UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01625-GPG-SKC

_____

REHAB MOHAMED,

        Plaintiff,

vs.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

        Defendant.

_____

VIDEOCONFERENCE DEPOSITION OF CAROLYN ANNE BARLEY

APPEARING REMOTELY

_____

**Thursday, May 17, 2023**
**8:30 a.m.**

PURSUANT TO NOTICE and the Federal Rules of Civil
Procedure, the above-entitled deposition was taken via
Zoom, on behalf of Plaintiff, before K. Michelle Dittmer,
Registered Professional Reporter and Notary Public within
Colorado.

---

**Page 2**

1   APPEARANCES: (VIA VIDEOCONFERENCE)

2   ON BEHALF OF THE PLAINTIFF:

3           HUNTER A. SWAIN, ESQ.
            Swain Law, LLC
4           1490 North Lafayette Street, Suite 303
            Denver, Colorado 80218
5           Phone: 720-815-5281
            Email: hunter@swainemploymentlaw.com
6
7           ARIEL B. DeFAZIO, ESQ.
            Lowrey Parady Lebsack, LLC
8           1490 North Lafayette Street, Suite 304
            Denver, Colorado 80218
9           Phone: 303-593-2595
            Email: ariel@lowrey-parady.com
10
11  ON BEHALF OF THE DEFENDANT:
12
            KATHERINE N. HOFFMAN, ESQ.
13          Hall & Evans LLC
            1001 17th Street, Suite 300
14          Denver, Colorado 80202
            Phone: 303-628-3300
15          Email: hoffmank@hallevans.com
16
17  Also Present:  Ruby Mohamed
18
19
20
21
22
23
24
25

---

**Page 3**

1                    I N D E X

2   EXAMINATION                                    PAGE

3   May 17, 2023

4

5   By Mr. Swain                     5

6

7   EXHIBITS                        INITIAL REFERENCE

8

9   Exhibit 38   Typed notes, including email chains    47
                 (SHRM 0726 - 0735)

10
11  Exhibit 39   9/9/20 Letter to Johnny C. Taylor, Jr.  52
                 from Hunter A. Swain
                 (MOHAMED 000615 - 000618)

12  Exhibit 40   8/31/20 Letter to Ruby Mohamed from    118
                 Michael T. Jackson
13
14  Exhibit 41   Document entitled "SEPARATION AGREEMENT 121
                 AND GENERAL RELEASE"
15  Exhibit 42   Email chain, top email to Carolyn      130
                 Barley and Mike Jackson from Sean
16               Sullivan, dated 8/7/20
                 (SHRM 0788 - 0790)
17
18  Exhibit 43   Various email chains, top email to     139
                 Jeanne Morris, Elizabeth Lacey, and
19               Carolyn Barley from Ruby Mohamed,
                 dated 7/21/20
20               (Non-sequential Bates numbers)

21  Exhibit 44   Email chain, top email to Laurie       184
                 McIntosh from Carolyn Barley,
22               dated 2/9/23
                 (SHRM 0617 - 0619)
23  Exhibit 45   Email chain, top email to Lisa Jang    195
                 from Carolyn Barley, dated 12/7/21
24               (SHRM 0621 - 0625)
25

---

**Page 4**

1   EXHIBITS                        INITIAL REFERENCE

2   Exhibit 46   8/25/20 Email to Nick Schacht, Jeanne  201
                 Morris, Bernée Long, and Mike Jackson
3                from Carolyn Barley
                 (SHRM 0714 - 0715)
4
5   Exhibit 47   Audio recording                        216

    Exhibit 48   Email chain, top email to Ruby         236
6                Mohamed, Elizabeth Lacey, and Jeanne
                 Morris from Carolyn Barley,
7                dated 8/28/20
                 (MOHAMED 008322 - 008326)
8
9   Exhibit 49   Email chain, top email to Ruby Mohamed 248
                 and Carolyn Barley from Elizabeth
10               Lacey, dated 6/26/20
11
12  PRIOR MARKED EXHIBITS:

13  12                                              24

14  36                                             254

15  37                   286
16

17  REQUEST FOR INFORMATION:
18  Page 93, Line 24
19  Page 145, Line 9
20  Page 146, Line 9
21  Page 243, Line 9
22  Page 289, Line 18
23
24
25

Page 5

1    P R O C E E D I N G S
2         CAROLYN ANNE BARLEY,
3    having been first duly sworn, was examined and
4    testified as follows:
5              EXAMINATION
6    BY MR. SWAIN:
7         Q.   Good morning, Ms. Barley.  My name is
8    Hunter Swain.  We met off the record, but I just wanted
9    to introduce myself again.  I'm one of Ms. Mohamed's
10   attorneys in this case.
11             Can you state your full name and spell it
12   for the record.
13        A.   Sure, including middle name?
14        Q.   Sure.
15        A.   Sure.  Carolyn Anne Barley, C-a-r-o-l-y-n,
16   Anne, A-n-n-e, and Barley, B as in "boy," -a-r-l-e-y.
17        Q.   And what's your home address, Ms. Barley?
18        A.   3307 Beechcraft Drive, and that's in
19   Alexandria, Virginia 22306.
20        Q.   And are you currently employed?
21        A.   Yes.
22        Q.   Where are you employed?
23        A.   At the Society for Human Resource
24   Management, also known as SHRM.
25        Q.   And I'll be referring to it as SHRM

Page 6

1    throughout today, so I'm glad we're on the same page --
2         A.   Perfect.
3         Q.   -- about that.
4              And what's your current job title at SHRM?
5         A.   I am the lead instructional designer.
6         Q.   Have you held other job titles since
7    you've been working at SHRM?
8         A.   Yes.
9         Q.   What other job titles have you held?
10        A.   I have held the titles of senior
11   instructional designer, manager of instructional design,
12   and lead instructional designer.
13        Q.   And how long -- or let me ask, when did
14   you start working at SHRM, what year?
15        A.   2018.
16        Q.   Okay.  So were you a senior instructional
17   designer when you started working at SHRM in 2018?
18        A.   Yes.
19        Q.   How long did you hold that title?
20        A.   Just about two years, just under two
21   years.
22        Q.   Approximately until late 2019, early 2020?
23        A.   Yes.
24        Q.   And tell me what job title you assumed at
25   that time?

Page 7

1         A.   Then I assumed the title of manager of
2    instructional design.  I don't remember the exact date.
3         Q.   That was a promotion from senior
4    instructional designer; is that right?
5         A.   Correct.
6         Q.   And when did you move into your current
7    role?
8         A.   Started talking about it in the fall of
9    2020-- well, Q4 of 2021, but officially, I assumed the
10   role in January of 2022.
11        Q.   And remind me the title of your current
12   role again?
13        A.   Sure.  Lead instructional designer.
14        Q.   Okay.  Have you ever had your deposition
15   taken before?
16        A.   No.  I -- there was an interview for this
17   about a year or so or two years ago, but not a deposition
18   that I can remember.
19        Q.   Are you referring to the interview with
20   the Colorado Civil Rights Division?
21        A.   Yes.
22        Q.   And I can't recall; were you sworn in and
23   under oath in your interview with the Colorado Civil
24   Rights Division?
25        A.   I can't recall specifics.

Page 8

1         Q.   But you were telling the truth during that
2    interview, correct?
3         A.   Oh, absolutely.
4         Q.   And you understand you're under oath
5    today, which means that if you give testimony that's not
6    truthful, that's considered perjury.
7              Do you understand that?
8         A.   Yes.
9         Q.   Well, since you haven't sat for a
10   deposition before, I am going to walk through some of the
11   ground rules for a deposition.
12             I can tell you, a deposition is a strange,
13   kind of unnatural-feeling process compared to a normal
14   conversation.  And the reason why is, I get to ask you
15   questions up to seven hours and you respond to the
16   questions.
17             It is not quite a conversation in the way
18   that we might have if you and I were meeting for coffee,
19   right?
20        A.   Correct.  Yeah, understand.
21        Q.   So everything you and I say is being
22   transcribed by Ms. Dittmer.  Her job is really difficult,
23   by the way.  I don't think I could do it.  It is very
24   important that you and I try not to speak over each other
25   because if we do that, it makes her job that much harder,

Page 9

1  trying to write down what two people are saying at the
2  same time.
3          Do you understand?
4    A.    Yes.
5    Q.    So I will ask you to wait until I've
6  finished my question before you answer, even if you think
7  you know what the question is.
8          Can you agree to that?
9    A.    Yes.
10    Q.    And I will try to wait until you've
11  finished your answer to start asking my next question.
12          Another thing that's important to keep in
13  mind in a deposition is, when I ask you a yes-or-no
14  question, you need to try to say "yes" or "no" instead of
15  "uh-huh" or "huh-uh," which is what we usually do in
16  conversation, right?
17    A.    Yes.
18    Q.    If you do not understand a question that
19  I'm asking, please ask me to clarify it and I will do my
20  best to clarify it if I think I need to.
21          Understood?
22    A.    Yes.
23    Q.    If you start answering a question, I'll
24  assume that you've understood the question.
25          Okay?

Page 10

1    A.    Yes.
2    Q.    Ms. Hoffman will probably object to some
3  of my questions today, and the reason why she's objecting
4  is so that she can make a clear record that she found
5  something about my question objectionable.
6          Even if she objects, you still have to
7  answer the question unless she instructs you not to
8  answer the question.
9          Understood?
10    A.    Yes.
11    Q.    If you need a break, just let me know.
12  This is not a marathon -- well, it is a marathon, I
13  guess, but it's not an endurance test in that way.  So if
14  you need a break, just tell me and we can take one.  I
15  may ask to wait just a couple more minutes if you ask for
16  a break so I can finish a certain line of questioning.
17          Does that make sense?
18    A.    Yes.
19    Q.    And I will not allow us to take a break if
20  you ask for a break while I have a question pending.
21          Does that make sense?
22    A.    Yes.
23    Q.    Okay.  So we are also going to take a
24  lunch break, all right?  So during the breaks, during
25  your lunch break, you might be thinking about the

Page 11

1  testimony that you've given, right?  If you remember
2  something that you hadn't remembered earlier in response
3  to one of my questions, I would ask that you supplement
4  your answer for me.
5          Does that make sense?
6    A.    Yes.
7    Q.    Okay.  You'll have the opportunity to take
8  a look at the transcript of the deposition today after
9  Ms. Dittmer has completed it and make corrections, if
10  necessary.  Okay?  You're not allowed to change the
11  substance of your answer, but it's really just to make
12  changes to the transcription.
13          Are you reading something right now?
14    A.    No.  I'm putting my mute on and off
15  because my dog is barking in the background.
16    Q.    Okay.  What kind of dog do you have?
17    A.    He's a hound mix.
18    Q.    Okay.  My mom --
19    A.    Someone --
20    Q.    -- has a --
21    A.    -- must have walked by my house, so he's
22  going to bark for a moment.
23    Q.    Yeah, that's okay.
24          Okay.  So what did you do to prepare for
25  today's deposition?

Page 12

1    A.    Well, I met with Kate and had some
2  conversations to know what to expect, what kind of
3  documents might be discussed, and that's about it.
4    Q.    Okay.  And I am not allowed to ask you
5  about your conversations with Ms. Hoffman, and I'm not
6  going to ask about that.  Okay?
7          How many times did you meet with
8  Ms. Hoffman?
9    A.    Twice.
10    Q.    Twice.  And how long did you meet with her
11  for the first time?
12    A.    About two hours, give or take.
13    Q.    And how long did you meet with her the
14  second time?
15    A.    The same, about two hours.
16    Q.    So about four hours total?
17    A.    Yeah.
18    Q.    You said that you reviewed some documents
19  while you were meeting with her; is that right?
20    A.    Yes.
21    Q.    Which documents did you review?
22    A.    There was a few documents that I believe
23  are all part of this discovery.  I don't have the titles
24  of all of them memorized.  It was the Complaint, there
25  was evidence, different emails, performance reviews,

Page 13

1  items of that nature.
2          Q.    What was the subject matter of the emails
3  that you reviewed?
4          A.    One was the ISD report or operations
5  report, I believe was one of the titles. I don't
6  remember the titles of all of them.
7          Q.    And I'm not asking for the titles. I
8  asked you to describe the subject matter of them.
9          A.    I mean, there were quite a few. They were
10  all about the different projects that Ruby was working on
11  at the time, about the Digital HR program, about the
12  Compliance program, about deadlines.
13          And in a variety of different threads,
14  that's what the emails were about.
15          Q.    Did you speak with anyone other than
16  Ms. Hoffman about your deposition today?
17          A.    No. I mean, our general counsel needed to
18  notify me that it was happening, so there was some
19  logistics coordination. But otherwise, no.
20          Q.    Have you spoken to Jeanne Morris or Nick
21  Schacht about their depositions?
22          A.    Huh-uh.
23          Q.    Is that --
24          A.    No.
25          Q.    -- a no?

Page 14

1          A.    No.
2          Q.    Ms. Morris testified that before her
3  deposition, you and she spoke on the phone to discuss the
4  facts of this case.
5          Was she lying when she said that?
6          MS. HOFFMAN:    Form.
7          A.    When was that phone call?
8          Q. (By Mr. Swain)  Ms. Morris testified that
9  you and she spoke on the phone the day before her
10  deposition to discuss the facts of this case in
11  preparation for her deposition.
12          MS. HOFFMAN:    Form.
13          A.    Actually, I was on the phone with her
14  because I had to put my cat to sleep, so I don't really
15  remember all of the conversation.
16          Q. (By Mr. Swain)  I've had to put pets to
17  sleep, too. That's very traumatic. I'm sorry you had to
18  do that.
19          A.    Yeah, I don't remember the conversation
20  beyond that.
21          Q.    You don't remember talking about the facts
22  of this case with Ms. Morris during that conversation?
23          A.    I was grieving and I really don't remember
24  anything beyond what I was handling with the pet and my
25  children. It very well may have happened, but I don't

Page 15

1  remember because of the grief.
2          Q.    So that's an event that happened a couple
3  of weeks ago, correct?
4          A.    Yes.
5          Q.    Is -- are you concerned that you won't be
6  able to remember the facts of what happened three years
7  ago during today's deposition?
8          MS. HOFFMAN:    Form.
9          A.    I just need a moment to collect my
10  emotions.
11          Q. (By Mr. Swain)  Take a moment, and let me
12  know if you need to take a break.
13          A.    I don't think I need to take a break. I
14  just want to take a deep breath or two.
15          The -- I don't really want to talk about
16  my pet. It was just very unexpected and traumatic, and
17  so those few days are kind of a blur leading up to and,
18  like, the day or two after.
19          Outside of that, I have a pretty strong
20  memory, but I don't believe I'm going to remember
21  everything from three years ago at all. I will share
22  what I can remember for certainty, and if I can't
23  remember, I'll be -- I'll just share that, that I can't
24  remember.
25          Q.    You didn't speak with Mr. Schacht before

Page 16

1  or after his deposition about this case?
2          A.    No.
3          Q.    Did you speak with Ms. Morris after her
4  deposition about this case?
5          A.    Not that I remember.
6          Q.    Let me -- in your own words, what is this
7  case about?
8          A.    I believe this case is about
9  discrimination and retaliation, that Ruby is accusing
10  myself and other people at SHRM for discriminating
11  against her and retaliating against her.
12          Q.    And you understand that the -- this case
13  relates to the termination of Ms. Mohamed's employment
14  from SHRM, correct?
15          A.    I'm sorry, can you repeat that? There was
16  a glitch.
17          Q.    Sure.
18          You understand that this case relates to
19  SHRM's decision to fire Ms. Mohamed, correct?
20          A.    Yes.
21          Q.    Who made the decision to terminate
22  Ms. Mohamed's employment at SHRM?
23          A.    As her manager at the time, it was my
24  recommendation, but it was approved by the levels of
25  leadership and as well as HR.

Page 17

1     Q.    Who in leadership and HR approved the
2  decision to terminate Ms. Mohamed's employment?
3     A.    Sean Sullivan was involved.  I believe
4  Jeanne Morris was also -- I was talking to Jeanne Morris
5  about it when we were making the decision.  And I believe
6  Nick Schacht was involved, but I didn't directly have any
7  conversations with him about the decision.
8     Q.    And who in human resources was involved in
9  the decision, to your knowledge?
10     A.    That was Sean Sullivan, the CHRO.
11     Q.    What about Mike Jackson?
12     A.    He was involved.  I didn't have any direct
13  conversations with him that day.  He was part of the exit
14  conversations, I believe.  I think he was part of the
15  exit conversations.  But I didn't have any direct
16  conversations when we made the decision.
17     Q.    And just to be clear, I'm not asking about
18  the day of her termination specifically.
19           I'm asking who was involved in the
20  discussions about firing Ms. Mohamed generally, including
21  before the date of her termination.
22           MS. HOFFMAN:   Form.
23     A.    So we didn't have any decisions before the
24  date of her termination.
25     Q. (By Mr. Swain)  You certainly discussed it

Page 18

1  before the day she was terminated, didn't you?
2           MS. HOFFMAN:   Form.
3     A.    There were discussions about her
4  performance and her deadlines, but there weren't
5  discussions about what we would do.  It was:  Let's see
6  what happens on the deadline dates, and then we would
7  make decisions, recommendations about next steps.
8     Q. (By Mr. Swain)  So what date did you make
9  the decision to recommend Ms. Mohamed's termination?
10     A.    September 1.
11     Q.    And your testimony is that you had not
12  discussed terminating Ms. Mohamed before September 1,
13  2020?
14     A.    It probably came up as a conversation as
15  an option, but not that it was a decision because we
16  couldn't predict -- I couldn't predict what work product
17  she would turn in.  Yeah.
18     Q.    And I just want to be clear.
19           So your testimony is that you had not
20  decided to terminate Ms. Mohamed's employment before
21  September 1, 2020, correct?
22     A.    Correct.
23     Q.    So what was the reason for Ms. Mohamed's
24  termination?
25     A.    She failed to complete two projects on

Page 19

1  their deadline.
2     Q.    And I speculate we'll be talking a lot
3  about those deadlines today.  I'm going to put that aside
4  just for now.
5           Were there any other reasons, besides
6  Ms. Mohamed's failure to complete those two projects by
7  the deadline?
8     A.    No.
9     Q.    When did you first meet Ms. Mohamed?
10     A.    When I started at SHRM, either the first
11  or second day.
12     Q.    That would have been 2018?
13     A.    Yes.
14     Q.    So -- and you -- Ms. Mohamed was
15  terminated, I think you testified, on September 1, 2020,
16  correct?
17     A.    Yes.
18     Q.    So you worked with her either as kind of a
19  peer or her manager for over two years, correct?
20     A.    Yes.
21     Q.    So I want to orient us to the time period
22  starting in 2018, before you became her manager in 2019
23  or 2020.  Okay?
24     A.    Yes.
25     Q.    When -- when you and Ms. Mohamed were

Page 20

1  peers, what was your impression of her job performance?
2     A.    I didn't really have much.  I wasn't
3  working on any projects with her, but she was an
4  instructional designer, I was a senior instructional
5  designer.  We were on the same team.
6     Q.    You didn't have any opinions about her job
7  performance before you became her manager?
8     A.    I mean, I didn't have any direct review --
9  I mean, we reviewed each other's work, but I didn't know
10  too much about her work style so I didn't have a lot to
11  evaluate on.
12           I think, in general, I thought Ruby was
13  really creative.  I thought she was really technically
14  savvy and that, you know, was just kind of a strength
15  that came out in all of our team meetings and dialogues,
16  and I thought she was a good asset to the team.
17     Q.    And Ms. Mohamed was promoted to senior
18  instructional designer around late 2019/early 2020; is
19  that correct?
20     A.    Yes.
21     Q.    You encouraged her to apply for that
22  position, didn't you?
23     A.    Yes.
24     Q.    Why did you encourage her to apply for a
25  promotion as senior instructional designer?

Page 21

1    A.    I thought she was ready for the next step.
2  I thought she was ready to grow in her role as an
3  instructional designer.  I thought, with her tenure at
4  SHRM, I thought she would do really, really well in the
5  role and wanted to encourage her to apply if she was
6  interested in moving to that next level in her career.
7    Q.    And you wouldn't have encouraged her to
8  apply for that promotion if you didn't have a favorable
9  view of her job performance, would you?
10    A.    Yes, correct.
11    Q.    That's correct?  Okay.
12    A.    Yeah.
13    Q.    And, in fact, you -- at the time
14  Ms. Mohamed was promoted to senior instructional designer
15  and you became instructional design manager, you worked
16  with HR to advocate for her to get the biggest raise
17  possible, correct?
18    A.    Yes.
19    Q.    So do you recall the month and year when
20  Ms. Mohamed started reporting directly to you?
21    A.    I don't remember the specific month, and I
22  share that because I was serving as an interim manager
23  while we were filling the role fully, where I didn't have
24  all manager responsibilities.
25      I'd have to look back on the dates.  I

Page 22

1  think it was official December of 2020, but I would have
2  to double-check, and it may have been November.
3    Q.    And you said 2020 --
4    A.    Or 20-- -- I'm sorry, 2019.  That was the
5  miss -- misspeak.
6    Q.    We all do it.
7    A.    Yeah.
8    Q.    Want to make sure.
9      So Ms. Mohamed started reporting directly
10  to you about December 2019, at least in that time frame,
11  correct?
12    A.    Yes.
13    Q.    And you provided Ms. Mohamed a performance
14  review in May of 2020; is that right?
15    A.    Yes.
16    Q.    So at the time of that performance review,
17  she had been reporting to you for about six months?
18    A.    Yes.
19    Q.    And during that six-month period, you
20  became familiar enough with Ms. Mohamed's job performance
21  to actually give her a formal performance evaluation,
22  correct?
23    A.    Yes.
24    Q.    And do you -- so you told me that you
25  looked at a performance review while you were preparing

Page 23

1  for today's deposition.  Is that the May 2020 performance
2  review of Ms. Mohamed?
3    A.    Yes.
4    Q.    Tell me what you remember about that
5  performance review.
6    A.    If we have it that we could see, that
7  would be really helpful.
8    Q.    I'm asking you from your memory since you
9  reviewed it recently.
10    A.    I believe I gave her a mixture of positive
11  and constructive feedback about her specific projects
12  that she was working on.  I definitely gave her some
13  suggestions on things where she needed to improve and do
14  better and also highlighted areas where she was
15  excelling.
16    Q.    Where -- which areas was she excelling in?
17    A.    So -- I can't remember the details without
18  looking at the document.
19    Q.    Just tell me generally.
20    A.    I would really benefit from looking at the
21  document.  I don't want to misspeak.
22    Q.    I'm asking you your memory about it.
23      We can look at the document in a little
24  while, but you did review this document while you were
25  preparing for today's deposition, correct?

Page 24

1    A.    Yes.
2    Q.    Okay.  Tell me your memory about the areas
3  in which Ms. Mohamed was excelling.
4      MS. HOFFMAN:  Counsel, I believe she's
5  answered this question, that she doesn't know and that
6  she needs to see the document.  She already spoke to
7  generally what her memory was of the document.
8      So I believe that this is asked and
9  answered.
10      MR. SWAIN:  Okay.
11      Answer the question, please.
12    A.    I don't remember beyond what I've already
13  shared.
14    Q. (By Mr. Swain)  Okay.  Do you remember the
15  areas in which you gave Ms. Mohamed what you call
16  "constructive feedback"?
17    A.    There were areas about meeting deadlines,
18  about getting information from SMEs, growing as a
19  designer.  And beyond that, I don't remember the rest.
20    Q.    Okay.  Well, let's take a look at it then.
21      I am sending you what's been previously
22  marked as Deposition Exhibit 12.  When that comes
23  through, please open that up and take a look at it.
24      And let me know when you're ready to
25  resume questioning.

Page 25

1    A.    Just confirming it will come through the
2  chat, correct?
3    Q.    It should. Let's see.
4        On my end, it says it's still sending.
5    A.    Okay.
6    Q.    This is one of the joys of doing this
7  remotely.
8        MR. SWAIN:  I seem to be having an issue
9  with the chat. Let's go off the record for a moment
10  while I try to get this figured out so it doesn't create
11  an ongoing problem, okay?
12        MS. HOFFMAN:  Fine.
13        MR. SWAIN:  We can take a five-minute
14  break, if you like, Ms. Barley, while I'm trying to
15  figure this out. Okay?
16        THE WITNESS:  Okay. Five minutes?
17        MR. SWAIN:  Yeah.
18        THE WITNESS:  Okay.
19        (Recess taken from 8:57 a.m. until
20  9:06 a.m.)
21    Q.    (By Mr. Swain)  Okay. My apologies about
22  the technical difficulties. It looks like we've gotten
23  it sorted out.
24        So before we look at Deposition
25  Exhibit 12, Ms. Barley, you've already had some trouble

Page 26

1  remembering events that happened in the last couple of
2  weeks and -- and the contents of a document that you
3  reviewed while preparing for today.
4        Other than your cat passing away and the
5  passage of time, is there any other things that might
6  impair your ability to remember facts about this case?
7        MS. HOFFMAN:  Form.
8    A.    Not that I can think of.
9    Q.    (By Mr. Swain)  Can we expect that your
10  memory will be better at trial than it is sitting here
11  today?
12        MS. HOFFMAN:  Form.
13    A.    I'm going to give the best answers and the
14  most truthful answers that I can, here or at trial.
15    Q.    (By Mr. Swain)  Do you agree it would be
16  unfair if you could remember things at trial that you
17  can't remember here today?
18    A.    Say -- can you repeat that question?
19        MR. SWAIN:  Ms. Dittmer, can you repeat
20  the question, please.
21        (The following question was read:
22        "QUESTION:  Do you agree it would be
23  unfair if you could remember things at trial that you
24  can't remember here today?)
25    A.    Yes, that would be unfair.

Page 27

1    Q.    (By Mr. Swain)  Let's look at Deposition
2  Exhibit 12. This is the performance review we were
3  discussing before our short break -- well, let me ask
4  you, actually:
5        Is this the performance review that you
6  reviewed in preparation for today's deposition?
7    A.    Yes, this looks the same.
8    Q.    And you only gave Ms. Mohamed one formal
9  performance review during the time she reported to you;
10  is that correct?
11    A.    Yes.
12    Q.    In May 2020?
13    A.    Yes.
14    Q.    And I can see that the performance review
15  evaluated Ms. Mohamed's performance on a group of kind of
16  generalized topics:  "JOB"; "MISSION"; "CULTURE"; and
17  "EFFORT."
18        Is that correct?
19    A.    Yes.
20    Q.    And under the section that says "JOB: How
21  effective was this individual in performing their
22  assigned tasks, duties, and responsibilities," you rated
23  Ms. Mohamed's performance as "Solid Performer," correct?
24    A.    Yes.
25    Q.    Can you tell me what the other options

Page 28

1  were, besides Solid Performer?
2    A.    Underperformer, I believe is -- there's
3  three categories: Underperformer, Solid Performer, or
4  Role Model. I may have the language for the lower
5  performer wrong, but it's, you know, just a three-tier
6  scale.
7    Q.    Three-tier scale. So two out of three, in
8  your mind, is that a good rating?
9    A.    I think it's a Solid Performer. I think
10  it's an average rating.
11    Q.    Solid Performer means someone's doing
12  their job well, correct?
13        MS. HOFFMAN:  Form.
14    A.    I would say it means they're doing their
15  job.
16    Q.    (By Mr. Swain)  Well -- okay. So what does
17  the word "solid" mean to you in this context?
18    A.    That they're performing the duties of
19  their job.
20    Q.    Okay. What does the word "solid" mean to
21  you generally?
22    A.    It means a lot of different things.
23    Q.    And I'm talking about in the
24  metaphorical --
25    A.    I don't know --

Page 29

1    Q.  -- sense --
2    A.  -- how to answer that.
3    Q.  We're not talking about physics, right?
4 We're talking about in the metaphorical sense when you
5 use it as an adjective.
6        So tell me what that word means to you.
7        MS. HOFFMAN:  Form.
8    A.  I think it means that it is the definition
9 of performer, right?  So they were performing the duties
10 of their job, that someone is aligned with the word that
11 it's describing.
12    Q.  (By Mr. Swain)  Okay.  And under "MISSION:
13 How effective was this individual in living SHRM's
14 mission, vision, and organizational objectives," you also
15 rated Ms. Mohamed as a "Solid Performer" in that
16 category, correct?
17    A.  Yes.
18    Q.  And there's a third category called
19 "CULTURE: How effective was this individual in living
20 SHRM's guiding principles?"
21        And in that category, you rated
22 Ms. Mohamed as a "Role Model," correct?
23    A.  Yes.
24    Q.  The highest rating you can get on this
25 scale, correct?

Page 30

1    A.  Correct.  Yes.
2    Q.  In your words, what are SHRM's guiding
3 principles?
4    A.  So at the time, SHRM only had five guiding
5 principles.  We now have six.
6        The guiding principles are -- I'm not sure
7 if I can do them from memory -- bold purpose, flexibility
8 and agility, smart and curious.  There's two more and I'm
9 not remembering them off the top of my head.  But they're
10 all in the spirit of being innovative and moving forward
11 and making better workplaces, better world, which is our
12 mission.
13    Q.  Ms. Mohamed was a Role Model in each of
14 those senses, correct?
15    A.  Yes.  At the time of the performance
16 review.
17    Q.  Which was about three months before she
18 was fired, right?
19    A.  Four or five, but sure.
20    Q.  Well, let's count.  So you -- let's move
21 to page 2 of Deposition Exhibit 12, which at the bottom,
22 it says SHRM 0055.
23        Do you see that?
24    A.  SHRM 00- -- yes, I see SHRM 0054 --
25    Q.  Okay.

Page 31

1    A.  -- oh, the second page, I'm sorry.  Yes.
2    Q.  Yes.  SHRM 0055.
3        And then at the top of that page, it says,
4 "Approval Process."
5        Do you see that?
6    A.  Yes.
7    Q.  And it says Carolyn Barley submitted the
8 review on May 20, 2020.
9        Correct?
10    A.  Yes.
11    Q.  Ms. Mohamed was terminated on September 1,
12 2020, you testified earlier, correct?
13    A.  Yes.
14    Q.  So it's not four or five months between
15 May 20 and September 1, is it?
16    A.  No, but the performance review is for the
17 period of January to April, so I wasn't evaluating the
18 performance from May 1 on in this process, so that's
19 where I get four months.
20    Q.  So at the time you submitted this on
21 May 20, 2020, you still believed that Ms. Mohamed was
22 a -- either a Solid Performer or a Role Model, depending
23 on which category, correct?
24        MS. HOFFMAN:  Form.
25    A.  At the -- this time?  Yeah, yes.

Page 32

1    Q.  (By Mr. Swain)  Approximately three months
2 before her termination date, correct?
3    A.  Yes.
4    Q.  And let's look at -- moving back to the
5 page marked SHRM 0054, which is the first page of
6 Deposition Exhibit 12, let's look at the category called
7 "EFFORT: How effective was this individual in
8 contributing above and beyond their assigned" roles --
9 "role and responsibilities?"
10        And you rated her as a Solid Performer in
11 that category as well, correct?
12    A.  Yes.
13    Q.  Let me ask you, this document doesn't
14 synthesize these four categories into an overall
15 performance rating, does it?
16    A.  No.
17    Q.  Has -- let me ask you, has SHRM's process
18 for evaluating employee performance changed since you
19 gave Ms. Mohamed this performance review in May 2020?
20    A.  I'm not sure I can answer that.  Since I'm
21 not a people manager anymore, I'm not sure what that
22 process is.  I just, I'm a receiver of a performance
23 review.
24    Q.  Do the performance reviews that you
25 receive look differently than this now?

Page 33

1    A.    I think they are slightly different, but
2    I'd have to look at one and compare. They're similar,
3    for sure. But there might be some minor differences.
4    Q.    Is it fair to say that, overall, in May --
5    on May 20, 2020, you viewed Ms. Mohamed's overall job
6    performance as a Solid Performer or better?
7    A.    I viewed it as a solid performance, yes.
8    Q.    Well, and a Role Model in at least one
9    area, correct?
10    A.    A Role Model in the area of culture, but
11    you were asking about the job performance, which is the
12    job category.
13    Q.    Okay. Thank you for clarifying that.
14    Did you have input from anyone else when
15    you were creating this performance review of Ms. Mohamed
16    in May 2020?
17    A.    So I would draft for everyone on the team
18    their review, and then I would share with my supervisor,
19    Jeanne Morris. She would review and approve. I believe
20    Nick Schacht also is part of the review process in the
21    system before they are made final in the system that we
22    used.
23    Q.    So is it fair to say that Jeanne Morris
24    and Nick Schacht both approved this performance review,
25    Deposition Exhibit 12, before you sent it to Ms. Mohamed?

Page 34

1    A.    Yes.
2    Q.    Did they indicate that they disagreed with
3    your evaluation of Ms. Mohamed's performance in any of
4    these categories?
5    A.    Not that I recall.
6    Q.    So earlier, I was asking you to tell me in
7    which areas you believe that Ms. Mohamed was excelling as
8    an employee, and you said you wanted to look at this
9    document before you could answer it.
10    Do you remember that?
11    A.    Yes.
12    Q.    Now can you tell me in which areas you
13    believed that Ms. Mohamed was excelling as an employee?
14    A.    I was -- I thought she was excelling in
15    her analysis and design of Digital HR to the point with
16    Number 1 under the key accomplishments for the year. I
17    thought she was also excelling when there was an issue
18    with the HR department of One Specialty Credential.
19    I also thought that her jumping on the
20    Compliance and Employment Law program project and
21    carrying, you know, two projects was a good step as a
22    senior instructional designer and her showing the
23    initiative of what that new level and new role required
24    to perform.
25    Q.    She was excelling in several areas of her

Page 35

1    job, correct?
2    A.    I would say she was performing them
3    solidly, right. So when I think about the performance
4    ratings, you know, whether you say excel or, you know,
5    performing, I thought she was maturing into the senior
6    role.
7    But when I think about the longevity of
8    the senior instructional designer, I think she had some
9    growing still to do, and that's what -- where I was going
10    with the feedback in here.
11    Q.    And the reason why I use the word "excel"
12    in my question is you used that word, didn't you?
13    MS. HOFFMAN:    Form.
14    A.    Yes.
15    Q. (By Mr. Swain)  And you said that -- I'm
16    paraphrasing now -- there were some things -- I think you
17    said constructive feedback that you gave to Ms. Mohamed.
18    Is that fair to say?
19    A.    Yes.
20    Q.    And in which areas in this performance
21    review did you provide Ms. Mohamed constructive feedback?
22    A.    So I gave constructive feedback on how she
23    continues to grow in her design experience so that she
24    can have better efficiency and business impact.
25    Mentioned about timelines, making sure we adhere to

Page 36

1    timelines. I gave suggestions on areas where she could
2    grow in her instructional design skills.
3    And then the last piece that I gave
4    guidance on was about a different software that we were
5    using for the new PMQ product that we were launching.
6    Q.    Okay. And earlier, you testified that
7    Ms. Mohamed was terminated for missing a deadline -- or
8    two deadlines, correct?
9    A.    Correct.
10    Q.    Both deadlines occurred on the same day?
11    A.    Yes.
12    Q.    And so you also testified that there were
13    no other reasons for Ms. Mohamed's termination, correct?
14    A.    Correct.
15    Q.    So is it fair to say the only piece of
16    constructive feedback in this performance review that
17    could arguably be related to her termination is the part
18    about timeliness?
19    MS. HOFFMAN:    Form.
20    A.    Can you say that -- rephrase that? I'm
21    not sure I understand the question.
22    Q. (By Mr. Swain)  Sure.
23    So I just asked you the areas in which you
24    provided Ms. Mohamed constructive feedback, and you gave
25    three different categories; is that right?

Page 37

1    A.    Depends on how you're counting, but about
2    three-ish.
3    Q.    Yeah.
4          So my question is, only one of the things
5    you mentioned, timeliness, is even arguably related to
6    Ms. Mohamed's termination, correct?
7          MS. HOFFMAN:   Form.
8    A.    No.  Timeliness, as well as growing in her
9    instructional design skills.  So when I think about the
10   completeness of programs, missing the deadlines, as well
11   as what led to not finishing the projects, I think are
12   all intertwined and related when we think about what
13   instructional designers do.
14         Q.    (By Mr. Swain)   Growing in your
15   instructional design skills is a pretty subjective topic,
16   isn't it?
17         MS. HOFFMAN:   Form.
18   A.    I'm not sure how to answer that.
19         Q.    (By Mr. Swain)   It's a yes-or-no question,
20   so you can answer with "yes" or "no."
21   A.    It -- I think it's subjective if you're
22   not in instructional design.
23   Q.    I'm not.  So can you tell me how it would
24   be objective when you are in instructional design?
25   A.    So the longer you're in the field, there's

Page 38

1    very clear tasks that you do and there's different
2    methodologies that you can follow and why you would
3    follow different methodologies.
4          And so if someone is not conducting all of
5    those tasks, that's where I think it's very objective:
6    Like, are you doing it or not?  And how are you adapting
7    and flexing to getting to the final product?
8          Q.    Adapting and flexing are inherently
9    subjective concepts; can we agree on that?
10         MS. HOFFMAN:   Form.
11   A.    Yes.
12   Q.    (By Mr. Swain)   So tell me the objective
13   metrics by which you evaluate whether someone's growing
14   as an instructional designer.
15   A.    So you're -- I'm evaluating, you know,
16   technical things, such as their learning objectives,
17   their overviews, the flow of their programs, the graphic
18   work, and is it getting better?  Is it complete?  Do they
19   need less resources to support them?  Those are just some
20   examples.
21         Q.    What objective metrics do you use to
22   evaluate those topics?
23   A.    So there are definitive ways for how you
24   write a learning objective, there's --
25         Q.    What are they?

Page 39

1          MS. HOFFMAN:   Counsel, let her finish her
2    question before you jump in with the next -- or her
3    answer before you jump in with the next question.
4    Thanks.
5    Q.    (By Mr. Swain)   Please complete your
6    answer.  I'm sorry for talking over you.
7    A.    So a learning objective needs to have a
8    noun-verb or subject-verb, needs to be measurable, and
9    you need to be able to evaluate that, that the content
10   matches the learning objective, as well as then you can
11   evaluate upon those.
12         I'm not sure how far you want me to
13   expand, so I'm using that as one example.  Instructional
14   design is a complex field, as is any profession.
15   Q.    Were those objective measures that you're
16   referring to shared with Ms. Mohamed?
17   A.    I believe so.  I mean, it's part of our
18   work, it's part of our job duties, it's part of our
19   performance -- or our job descriptions.
20         And so it was definitely shared, that I'm
21   aware of, when she was promoted because she received a
22   new job description as far as -- as far as that process
23   went.
24   Q.    And looking back at the "JOB" section of
25   this performance review from May 2020, you rated

Page 40

1    Ms. Mohamed as a Solid Performer in performing her
2    assigned tasks, duties, and responsibilities, correct?
3    A.    Yes.
4    Q.    Tell me what you meant by timeliness in
5    Ms. Mohamed's May 2020 performance review.
6    A.    So at the time of the May 2020 review that
7    we're talking about, she already had received at least
8    one deadline extension, maybe two.  I'd have to look at
9    the specific dates or if we were just in discussion.
10         And so I was starting to notice that she
11   was -- time was slipping and she was asking for project
12   extensions, which is fine.  You know, it happens.  But I
13   wanted to make sure we were having that dialogue about:
14   It is important for the business that we deliver things
15   on time.
16   Q.    You -- and you can't remember if it's one
17   or two deadline extensions that she had asked for by the
18   time of this review, correct?
19   A.    I can't remember the exact dates, no.
20   Overall, there was much more than two extensions, but
21   whether it was one or two at this snapshot in time, I --
22   I'd have to look at documentation to remember.
23   Q.    And you reviewed documentation about
24   Ms. Mohamed's deadlines and job performance in
25   preparation for today's deposition, didn't you?

Page 41

1    A.    Yes.
2        Q.    Which projects were you referring to with
3    the one or two deadline extensions that you say were
4    referred to in this performance review?
5        A.    The Digital HR or Digital Transformation
6    program. It had a couple different titles as it evolved.
7        Q.    And how long was the -- so you know that
8    there was at least one deadline extension by the time of
9    this performance review, correct?
10       A.    Correct.
11       Q.    And you can't remember if a second one had
12   happened by the time of this May 2020 performance review,
13   correct?
14       A.    Yes.
15       Q.    How long of an extension did Ms. Mohamed
16   request before the May 2020 performance review?
17       A.    I don't remember.
18       Q.    Do you remember why she requested the
19   extension?
20       A.    Why? I believe you asked, how long was
21   the extension.
22       Q.    No, I know. I'm asking a separate
23   question now because you said you couldn't remember how
24   long.
25           Do you remember --

Page 42

1    A.    Okay.
2        Q.    -- why she requested it?
3        A.    I don't remember specifics.
4        Q.    How about generally?
5        A.    I mean, generally, at that time of -- of
6    2020, we were in the middle of a pandemic, so there were
7    a lot of things going on that were out of everyone's
8    control. So I'm sure that was probably part of the
9    conversation. If there were other things, I don't
10   remember.
11       Q.    The pandemic was still on full swing
12   through the summer and fall of 2020 also, wasn't it?
13       A.    I mean, you could argue the pandemic is
14   still going on today.
15           SHRM returned to work in the beginning of
16   June in the office. So, for us, it felt like we were
17   moving forward by the end of May/beginning of June.
18       Q.    So as an instructional design manager --
19   which you are not in that role anymore, so I'm orienting
20   you to when you had direct reports. Okay?
21       A.    Uh-huh.
22       Q.    When you're evaluating the appropriateness
23   of a deadline extension, does it matter to you why it's
24   being requested?
25       A.    Sometimes.

Page 43

1        Q.    When would it matter, when would it not
2    matter?
3        A.    I think there's extenuating circumstances
4    that can be considered for a deadline extension. But
5    always when considering deadlines, it's always balanced
6    with the needs and demands of the business and whether
7    something different needs to occur in order to make that
8    happen.
9        Q.    What are some of the extenuating
10   circumstances that would make a deadline extension more
11   appropriate?
12       A.    More appropriate than what?
13       Q.    Than denying it.
14       A.    Oh.
15       MS. HOFFMAN:    Form.
16       A.    I think each situation is -- is unique,
17   but I think there are, you know, things -- you know, if
18   there's a family emergency, for example. If there's an
19   illness or, you know, someone needs to take a leave of
20   absence, stuff like that. I think if there -- yeah, I
21   mean, I think there's lots of different reasons. I'm not
22   sure I can list them all off the top of my head.
23           I think, you know, unexpected emergencies,
24   family emergencies, stuff like that, are the ones that
25   come to mind. But, you know, there's definitely other

Page 44

1    reasons. If there are other business priorities and
2    someone got shifted to a different project that may take
3    more urgent matter, then deadlines can be, you know,
4    revisited and shifted and talked about.
5           Those are just some of the ones that come
6    to mind.
7        Q.    (By Mr. Swain)    So are there any objective
8    metrics that guide you in deciding whether a deadline
9    extension is appropriate or not?
10       A.    So in general, I also think about -- there
11   are formulas on, you know, how much time it takes to
12   design and develop training, whether it's an in-person or
13   whether it's an eLearning. There's some different
14   variables to consider: Whether it's -- you know, how
15   complex, if it's an eLearning, how -- what level of
16   interactivity is going on, Level 1 through Level 3.
17           So those are the standards when you think
18   about the full duration of how long someone should be to
19   finish a project, so there's some guide rails there.
20   When I think about most instructor-led programs, they
21   should take about three to four months from start to
22   finish.
23           So that's definitely some measurable
24   objectives. You know, it's not to the exact hour or down
25   to the minute, but generally, it should take about three

Page 45

1   to four months.  Then instructors need, you know, about
2   six to eight weeks to prepare before a program goes live.
3           How many people are involved in the -- in
4   the project can either gain time or extend time.  You
5   know, seat hours are definitely a factor.
6           Those are some of the objective things
7   that I use when I think about timeline extensions and,
8   you know, how much time has already been put into
9   something.
10      Q.  And -- well, so I think you were talking
11  about something a little bit different than I was asking,
12  so let me try and rephrase.  Okay?
13          So you indicated -- and I'm paraphrasing
14  your testimony -- that every situation is different,
15  right, and there are circumstances that would require an
16  extension because of things outside of the employee's
17  control.
18          Is that a fair summary of your testimony?
19      A.  Yes.
20      Q.  And so you look at each project
21  individually and determine based on those -- you know,
22  the circumstances maybe that are outside of the
23  employee's control.  There are some kind of business
24  considerations, and you synthesize all those things to
25  decide if extending a deadline is appropriate.

Page 46

1           Is that correct?
2       A.  Yes.
3       Q.  Okay.  And so at least there's some
4   element of subjectivity or -- let me -- let me rephrase
5   that.
6           You have discretion as a manager to
7   approve or deny a deadline extension, correct?
8       A.  Yes.
9       Q.  Considering the subjective and objective
10  factors all together to decide if an extension is
11  appropriate?
12      A.  Yes.
13      Q.  Did you have any concerns about
14  Ms. Mohamed's job performance as of May 20 -- May 20,
15  2020 that we haven't already discussed?
16      A.  I don't think so that we haven't already
17  discussed.
18      Q.  Now, at some point, you learned that
19  Ms. Mohamed had made a complaint about you to Jeanne
20  Morris, didn't you?
21      A.  I wouldn't -- I didn't know it was a
22  complaint.  I just knew that Jeanne asked me to join a
23  meeting with Ruby to talk about -- I didn't really know
24  the context of the meeting before the meeting.
25      Q.  Do you remember the date that you

Page 47

1   learned -- or that Ms. Morris invited you to a meeting?
2       A.  I don't remember the date without looking
3   at documentation.
4       Q.  All right.  Well, let's look at some
5   documentation.
6           I'm sending you what I'm marking as
7   Deposition Exhibit 38.
8           And please let me know if you receive
9   that, and take a moment to look through it, if you like.
10      A.  It's received and I just got it open.
11          All right.
12      Q.  And I apologize.  I accidentally marked
13  the wrong document as that one.
14          So go ahead and close that out, and I'm
15  going to mark another document as Deposition Exhibit 38.
16          And I'm sorry about that.  But you get a
17  sneak peek because I'll probably ask you about that one
18  later.
19          MR. SWAIN:   Let's go off the record for
20  just a moment.
21          (Discussion off the record.)
22      Q.  (By Mr. Swain)  Ms. Barley, I have re-sent
23  another document, the one that's properly being marked as
24  Deposition Exhibit 38.
25      A.  Okay.

Page 48

1       Q.  And this Deposition Exhibit 38 is ten
2   pages long.  The Bates numbers are SHRM 0726 to
3   SHRM 0735.
4           And --
5       A.  I have --
6       Q.  -- take a moment --
7       A.  -- the right one open.
8       Q.  Excuse me?
9       A.  I just confirmed I have the right one
10  open.
11      Q.  Do you have the right one open with the
12  Bates numbers that I just read into the record?
13      A.  Yes.
14      Q.  Okay.  Let me know when you're finished
15  reviewing it.
16          (A pause occurred in the proceedings.)
17      A.  Do you want me to review the whole
18  document right now, or do you want me to just review a
19  portion of it?
20      Q.  (By Mr. Swain)  Well, I'm just going to ask
21  you some general questions about it, right?  So --
22      A.  Okay.
23      Q.  We'll start asking the questions and if
24  you need to take a moment to look at it, then let me
25  know.  Okay?

Page 49

1    A.    Sounds fair. Thanks.
2    Q.    Do you recognize this document, Deposition
3  Exhibit Number 38?
4    A.    Yes.
5    Q.    What is it?
6    A.    This is documentation that I took from
7  June through August of 2020.
8    Q.    And just to clarify, when did you create
9  this document?
10    A.    It was an ongoing document. I started
11  creating it after -- let me check the document one moment
12  for the dates.
13        So when I spoke to Mike Jackson on
14  June 12, sharing the nature of some of my conversations
15  with Ruby, he advised that I keep documentation, just as
16  things continue.
17        And so I began keeping it on June 12 and,
18  you know, went back over the events over the last week or
19  so to work back to June 3. And then continued updating
20  it periodically as there were new events or new
21  conversations to keep record of.
22    Q.    On the last two pages, that's SHRM 0734
23  and 0735, it appears that the last entries were made on
24  August 25, 2020; is that correct?
25    A.    Yes.

Page 50

1    Q.    Did you make any revisions or edits to
2  this document after August 25, 2020?
3    A.    To this document, no.
4    Q.    The very last time you typed anything in
5  this document and saved it was August 25, 2020?
6    A.    I believe so based on what I can see here.
7  I wouldn't -- I believe so.
8    Q.    Do you still have -- so let me ask you:
9        Did you use Microsoft Word to create this
10  document?
11    A.    Yes.
12    Q.    Do you still have the Microsoft Word file
13  saved on your computer?
14    A.    Yes.
15    Q.    And that would be your computer that was
16  provided to you by SHRM, correct?
17    A.    Correct.
18    Q.    Is it a laptop or a desktop computer?
19    A.    Laptop.
20    Q.    Is that the same laptop that you've been
21  working on since 2020?
22    A.    I got a new laptop at one point. I don't
23  remember when that change was. But they map all of our
24  things, so it should still feel the same as far as
25  documents go.

Page 51

1    Q.    So let's flip back to the first page of
2  Deposition Exhibit 38. That's the one that says
3  SHRM 0726.
4    A.    Okay. I'm there.
5    Q.    The first entry is on June 3, 2020.
6        Do you see that?
7    A.    Yes.
8    Q.    And it says, "I was contacted via text
9  from Jeanne Morris that Ruby shared concerns about my
10  communication and management style."
11        Did I read that correctly?
12    A.    Yes.
13    Q.    Do you still have the text message that
14  Jeanne Morris sent you on June 3, 2020?
15    A.    I don't keep my text messages.
16    Q.    Can you explain what you mean?
17    A.    I mean, I wouldn't have anything going
18  back to 2020. I --
19    Q.    Is that because you've deleted them, or
20  what?
21    A.    I delete my text messages and I don't have
22  them backed up, for space on my phone.
23    Q.    How frequently do you delete your text
24  messages?
25    A.    Daily or weekly.

Page 52

1    Q.    Was that your practice, of deleting your
2  text messages daily or weekly, in June 2020?
3    A.    It's always been my practice.
4    Q.    Let me -- I'm going to show you another
5  document.
6        In the chat box, I'm sending you what I'm
7  marking as Deposition Exhibit 39. Please open up that
8  document, and let me know when you have it open.
9    A.    Okay. I have it open.
10    Q.    Have you ever seen this document before?
11    A.    Not that I recall. I may have. I don't
12  remember, though. It's not -- I don't -- it doesn't look
13  familiar.
14    Q.    I'll represent to you that this is a
15  letter that SHRM received just a few days after
16  Ms. Mohamed's termination, reminding SHRM of its
17  obligation to ensure that relevant evidence was preserved
18  and not destroyed in this case.
19        Let's go to page 2 of Deposition
20  Exhibit 39, the one that's Bates-numbered MOHAMED 000616.
21    A.    Okay.
22    Q.    And halfway through the page, do you see
23  where it says, "Specifically, SHRM has a duty to preserve
24  and not destroy the following categories of documents,"
25  and so on.

Page 53

1    Do you see that?
2    A.    Yes.
3    Q.    Okay. And paragraph 1 says: "All
4    correspondence and documents, including emails, text
5    messages and ESI, related to Ms. Mohamed's employment at
6    SHRM between and/or among anyone at SHRM including, but
7    not limited to" -- I'm going to skip down a little bit --
8    "Jeanne Morris [and] Carolyn Barley . . ."
9    Do you see that?
10   A.    Yes.
11   Q.    Okay. Then paragraph 2 is similar: "All
12   correspondence and documents, including emails, text
13   messages and ESI, related to Ms. Mohamed's job
14   performance, performance evaluations, or internal
15   complaints . . ."
16   Do you see that?
17   A.    Yes.
18   Q.    Okay. Let's skip down to the last page of
19   Deposition Exhibit 39 that bears the Bates Number MOHAMED
20   000618.
21   So the second-to-last full paragraph
22   says -- I'm sorry, the second full paragraph on the page:
23   "This litigation hold notice specifically applies to
24   documents and data contained on both SHRM's property and
25   the personal property of the individuals named in

Page 54

1    paragraph 1 above (for instance, the personal/work cell
2    phones and personal/work computers of each person)."
3    Did I read that correctly?
4    A.    Yes.
5    Q.    And then the last paragraph that starts
6    with the word "Finally" says: "Finally, I at the
7    beginning of this letter I identified" -- there's a typo
8    there -- "that Ms. Mohamed has potential legal claims
9    against Sean Sullivan, Nick Schacht, Jeanne Morris,
10   Carolyn Barley, Keren Maldonado, and Bernée Long in their
11   individual capacities. Please share a copy of this
12   letter with all of those individuals so that they are on
13   notice of their own preservation obligations."
14   Did I read that correctly?
15   A.    Yes.
16   Q.    Okay. So having looked through some of
17   the specific terms of this Deposition Exhibit 39, do you
18   now remember if you have ever seen this letter before?
19   A.    I remember being aware of the contents. I
20   don't remember this exact letter. I probably saw it, but
21   it was a long time ago. But I remember being told not
22   to -- or to hold onto any documentation that I had, yes.
23   Q.    What about text messages; did anyone at
24   SHRM ask you to stop deleting your text messages?
25   A.    As of this -- the date of this, yeah, or

Page 55

1    shortly thereafter. I would assume it was shortly after
2    the letter was received.
3    Q.    But you've testified that you still delete
4    your text messages daily or every few days, correct?
5    MS. HOFFMAN:    Form.
6    A.    I don't really text with work colleagues
7    about work or anything related to this matter.
8    Q. (By Mr. Swain)   Well, hang on. Let's look
9    back at Deposition Exhibit 38.
10   The first five words of that indicate that
11   you do text message with Jeanne Morris about work, don't
12   they?
13   MS. HOFFMAN:    Form.
14   A.    Jeanne texted me and that was prior to
15   being told to hold onto anything, so I was -- I deleted
16   it like I always delete messages. But I don't use text
17   to talk about -- you know, I don't respond or use them in
18   that way.
19   Q. (By Mr. Swain)   And there's no way for us
20   to confirm that because you've deleted all your text
21   messages, correct?
22   MS. HOFFMAN:    Form.
23   A.    I have not intentionally deleted any
24   messages related to this once I was made aware of -- of
25   holding onto anything.

Page 56

1    Q. (By Mr. Swain)   So is it your testimony
2    that you've never texted with any of your -- your
3    colleagues at SHRM about this case since you received the
4    litigation hold notice?
5    A.    Yes.
6    Q.    You realize you're under oath, don't you?
7    A.    Yes. I mean, I can't remember any.
8    Q.    And there's no way for you to go back and
9    search to see if your memory is failing you because
10   you've deleted all of them, correct?
11   A.    Maybe there's -- I don't think there's a
12   way. I don't know if there's a way to recover, but I
13   don't recall any. I didn't delete anything on purpose.
14   There was no messages to delete that I can remember.
15   Q.    When you were deleting the text messages
16   from your phone, is it your testimony that you're not
17   doing that on purpose?
18   MS. HOFFMAN:    Form.
19   A.    I delete them on my phone because I have
20   children and they're often on my phone, and it was --
21   once way long ago, one of my children responded to a text
22   message. So that's why I delete them, so that there's
23   no -- no accidents.
24   Q. (By Mr. Swain)   Tell me -- so have you been
25   asked by SHRM to gather documents or text messages or

Page 57

1  anything like that related to this case?
2       A.   I've been asked to gather documentation
3  and if there were any texts or anything else, yes, to
4  include those.
5       Q.   Okay.  Have you been asked to gather
6  documentation once or more than once?
7       A.   More than once.  Once in the beginning
8  when we were first made aware that there was -- I don't
9  remember the terminology, but before the -- interview
10 that we spoke about earlier in this deposition.
11           And then in the last couple months, I was
12 asked again to gather documentation to share.
13      Q.   So once at the beginning of the case,
14 approximately in late 2020, correct?
15      A.   Yeah, late 2020, early 2021.  I don't
16 remember the exact dates.
17      Q.   And then once again in 2023 --
18      A.   Yes.
19      Q.   -- is that correct?
20      A.   Yes, that I can remember, yeah.
21      Q.   Did -- did anyone at SHRM ask you for your
22 phone or your work computer, or did they just ask you to
23 send documents?
24      A.   I believe I was just asked to send
25 documents.  Can't remember anyone asking to look at my

Page 58

1  phone or computer.
2       Q.   And that would be both times, in late 2020
3  or early 2021 and then again in 2023?
4       A.   Correct.
5       Q.   Let's go back to Deposition Exhibit 38.
6            Do you have that pulled up?
7       A.   38.  Yes.
8       Q.   So we talked about that Jeanne Morris
9  contacted you via text that Ruby had shared concerns
10 about your communication and management style.
11           Tell me, what do you recall of what Jeanne
12 Morris said in that text?
13      A.   I can only refer to what was on here.  I
14 don't remember the specific language.  That she just
15 wanted to connect and that she was setting up a meeting
16 for us to talk, that I could -- so I could hear from Ruby
17 directly.
18           MR. SWAIN:   Just one moment here.
19           (A pause occurred in the proceedings.)
20           MR. SWAIN:   Sorry, I had to ask some of my
21 colleagues to keep it down.
22      Q.  (By Mr. Swain)   Okay.  And there's no way
23 for us to figure out what Jeanne Morris said to you in
24 that text because you deleted it, correct?
25           MS. HOFFMAN:   Form.

Page 59

1       A.   I deleted it shortly after she texted it,
2  in the next day or week.  I don't know if she has a copy
3  of it.
4       Q.  (By Mr. Swain)   So Jeanne Morris set up
5  some time for the three of you to talk the following day,
6  June 4, 2020, correct?
7       A.   Correct.
8       Q.   So I'm going to ask you about the June 4
9  meeting.
10           And right now, I'm just going to ask you
11 about your memory, not what it says in Deposition
12 Exhibit 38.  Okay?
13      A.   Okay.  Yeah, let me --
14      Q.   What do you remember of the meeting on
15 June 4, 2020 with Ms. Mohamed and Ms. Morris?
16      A.   So I remember being very curious about
17 what the meeting was going to be about, because I didn't
18 have much context.
19           The meeting started and Jeanne advised to
20 me that Ruby had some concerns with my management style
21 and communication style, I believe.  Asked me to just be
22 quiet and listen and let Ruby share what her concerns
23 are.
24           And then we worked, you know --
25 facilitated the meeting.  It was an emotional meeting.

Page 60

1  There was -- I mean, I definitely -- there were tears
2  involved at times.  I was upset.  I know Ruby was upset
3  as well, or at least it seemed that she was upset by what
4  emotions she was showing.
5            She was concerned and accused of
6  micromanaging and that I was treating her differently
7  than other folks on the team and that she wanted me to
8  make changes to my communication skills and that it
9  wasn't working for her.
10           And then I think we just kind of left
11 things for her and I to work out and figure out how we
12 could work together differently after that meeting.
13           So we didn't reach any resolutions in the
14 meeting, but that we would continue to collaborate and
15 figure out a better path forward.
16      Q.   You said it was very emotional, right, and
17 tears were shed?
18      A.   Yeah.
19      Q.   Who was shedding tears during the meeting?
20      A.   I know I did.  I can't remember if Ruby
21 did or not.
22      Q.   And you -- you also used the word that
23 Ruby "accused" you of micromanaging and some other
24 things.
25           Do you remember phrasing it that way?

Page 61

1      A.    Yes.

2      Q.    Did it -- did it make you feel attacked

3  hearing what Ms. Mohamed had to say in that meeting?

4           MS. HOFFMAN:   Form.

5      A.    I think that's how I felt. It's hard

6  to -- I mean, that's hard to remember exactly, but I

7  definitely didn't feel comfortable.

8      Q. (By Mr. Swain)  Yeah.

9           So Ms. Morris testified that during the

10  June 4 meeting, you were in "self-defense mode." That's

11  the phrase she used.

12          Does that sound like an accurate

13  description of --

14          MS. HOFFMAN:   Form.

15     Q. (By Mr. Swain)   -- how you were feeling

16  during the meeting?

17          MS. HOFFMAN:   Form.

18     A.    Fairly accurate, sure.

19     Q. (By Mr. Swain)   Tell me --

20     A.    There were a lot more -- a lot more

21  emotions than just that.

22     Q.    Well, tell me what emotions you were

23  feeling.

24     A.    So I was feeling very vulnerable. I was

25  feeling like there was already a lot of dialogue between

Page 62

1  Ruby and Jeanne that I wasn't aware of.

2           I was concerned because, prior to that, I

3  thought Ruby and I -- felt like Ruby and I had a good

4  working relationship. So it was a little bit humiliating

5  that she was going to my supervisor and not -- didn't

6  feel like she could address those with me. Made me feel

7  bad that she couldn't -- for some reason, she felt like

8  she couldn't come to me directly.

9           And, you know, the nature of the things,

10  there was nothing that I was doing to try to make Ruby

11  feel like she couldn't do her job. You know, I wanted

12  and thought that the things that I was doing were being

13  supportive and positioning her for success. I wanted her

14  to succeed, just like everybody else on the team, so it

15  was a very -- it was a shock to realize that that's --

16  you know, that she felt differently.

17          And so it was just -- it was a bundle of

18  all of those emotions. Yeah, if I can -- just

19  summarizing all of the different things that I remember

20  about that meeting.

21     Q.    And by the way, you said you wanted

22  Ms. Mohamed to succeed as a member of the team.

23          At least up to that point, she had been

24  succeeding as a member of the team if you're just looking

25  at her job performance, correct?

Page 63

1           MS. HOFFMAN:   Form.

2      A.    If you're just looking at her performance

3  documentation, yes. And I think she was -- I think she

4  was still growing into the new position and the new role

5  and the new duties that would be part of that, versus

6  just the -- you know, just an instructional designer,

7  more specialist level.

8           So as a senior, you're expected to do more

9  or different types of work. So I think that was still

10  part of the growth that needed to happen.

11     Q. (By Mr. Swain)  You viewed her as a Solid

12  Performer with respect to performing her job duties, at

13  least, you know, as of two weeks before this June 4, 2020

14  meeting, correct?

15     A.    Yes.

16     Q.    Did you think it was inappropriate for

17  Ms. Mohamed to have made a complaint to your supervisor?

18     A.    Do I think it was inappropriate? No. I

19  think we have an open-door policy at SHRM, so I thought

20  it was fine that she did.

21          I wish she would have came to me, but

22  that's okay. That was her right.

23     Q.    I want to unpack that a little bit. Okay?

24          People often do things that they have a

25  right to do that make other people angry, right? So when

Page 64

1  you were describing your emotions about this meeting, one

2  of the things that you identified as being troubling to

3  you was the fact that Ms. Mohamed had had conversations

4  with your direct supervisor and that she had gone to

5  Jeanne Morris instead of going to you directly.

6           Do you remember that?

7      A.    Yes, I shared that.

8      Q.    So if you think that was fine, why did it

9  cause you such intense emotions during the meeting?

10     A.    There were many emotions, and I'm not sure

11  I described them as "intense." I mean, I was just taking

12  it all in. And I still think it was -- I think that she

13  was fine that she did that even though it didn't make me

14  feel good. It doesn't -- I don't think they're

15  contradictory.

16     Q.    And so would you say that the emotions

17  were not intense?

18     A.    I mean, I was crying at times, so there

19  was -- I mean, that's definitely an intense emotion. I'm

20  also a cryer by nature, so just -- I think it varies.

21     Q.    Let's turn back to Deposition Exhibit 38.

22          And I'm looking at the paragraph just

23  about in the middle of the first page, on SHRM 0726. It

24  said -- it says, "Ruby started . . . asking me what my

25  management style was."

Page 65

1    Do you see that?
2    A.    Yes.  Yes.
3    Q.    Let's go to the third line of that
4    paragraph:
5    "Ruby's tone was accusatory, loud and
6    confrontational."
7    Did I read that correctly?
8    A.    Yes.
9    Q.    Can you describe what you meant when you
10   wrote this?
11   A.    I don't think I can expand more on that,
12   about that she was accusing me of -- that she was
13   accusing me of, you know, micromanagement, I think was a
14   lot of the terms that were in that meeting.  She was loud
15   and it felt very confrontational.  It felt very
16   aggressive.
17   Q.    Was there anything about her body language
18   that you found accusatory, loud, and confrontational?
19   A.    I can't remember her body language.
20   Q.    You just remember her tone, correct?
21   A.    And I'm -- I'm relying on -- on the
22   documentation notes that I have and, you know, what
23   memory that I do have of it, given that it was three
24   years ago.
25   Q.    And you're relying on those documentation

Page 66

1    notes, the ones that Mike Jackson instructed you to start
2    making, correct?
3    A.    Yes.
4    MS. HOFFMAN:  Form.
5    Q.    (By Mr. Swain)  It goes on to say, "I was
6    very upset . . ." which you've already described.  Caused
7    you to cry.
8    Let's move to the next paragraph after the
9    one that we were just looking at, the one that starts
10   with "The conversation continued."
11   Do you see that?
12   A.    Yes.
13   Q.    On the second line, it says, "Every
14   accusation, I tried to stay calm."
15   Did -- so is it common for you to have to
16   try to stay calm in a working environment?
17   A.    No.
18   Q.    What was unusual about the circumstance
19   that you had to actively try to stay calm?
20   A.    So I was struggling with the guidance that
21   I was supposed to just listen, and everything Ruby was
22   saying was probing with -- of questions and almost
23   repeating similar questions where it felt like I needed
24   to explain or respond, and so I was confused about
25   whether I should respond or whether I should just be

Page 67

1    taking this all in.
2    You know, I was also very, you know, just
3    upset because it was coming across like I was being
4    yelled at by a direct report, and I was just not sure how
5    to respond to that over a Zoom meeting that included also
6    my supervisor and just was looking for guidance, you
7    know, whether I should be reacting or whether I should
8    just be absorbing.
9    So I was trying to stay calm in the sense
10   of absorbing because I wanted to hear what she had to say
11   and wanted to also clarify as I didn't agree with some of
12   the things that she said, but I wanted to hear them.
13   Q.    You said Ms. Mohamed was yelling; is that
14   right?
15   A.    At times, not the entire meeting.
16   Q.    Do you recall what she was saying when she
17   was yelling?
18   A.    I don't remember verbatim, and I wouldn't
19   want to try to quote her, you know, three years later.
20   Q.    Can you summarize it generally?
21   A.    I mean, she was unhappy about that I was
22   joining meetings with subject matter experts, thought
23   that I was micromanaging her work.
24   I'm looking here at some of my prompts
25   about "Taking credit for her work"; "Unfair deadlines

Page 68

1    among [the] team"; and "Lack of support . . ."  You know,
2    so when she was -- those were the things that I was
3    hearing when she was yelling and making accusations.
4    Q.    And by the way, you know, right now, I'm
5    asking you about your memory without looking at the
6    documentation that Mike Jackson instructed you to start
7    making.  Okay?
8    So I just was trying to figure out what
9    you remember independently about this meeting.  Okay?
10   A.    Okay.  Sorry.  I had it open again because
11   you had asked me to look at something there, so --
12   Q.    Okay.
13   A.    -- I'll close it again so it's not open.
14   Q.    So you've worked at SHRM for, what,
15   five years now, about, correct?
16   A.    Yes, that's correct.
17   Q.    How many times at SHRM have you witnessed
18   an employee yelling at their supervisor?
19   A.    I'm not sure I remember witnessing it any
20   other times.
21   Q.    Do you think it's inappropriate for an
22   employee to yell at their supervisor?
23   MS. HOFFMAN:  Form.
24   A.    Yes.
25   Q.    (By Mr. Swain)  Is that something that

Page 69

1  would be the basis for employee discipline at SHRM?

2      A.    It -- it could be. I'm not sure.

3      Q.    Well, you were a manager for over a year,

4  weren't you?

5      A.    Yes.

6      Q.    And you don't know what types of behaviors

7  would be the basis for employee discipline and which ones

8  wouldn't be?

9          MS. HOFFMAN:   Form.

10      A.    I think there's a variety of different

11  reasons why people would, you know, have discipline or

12  different things, yes.

13      Q. (By Mr. Swain)   Why did you decide not to

14  discipline Ms. Mohamed for yelling at you at the meeting

15  so much that it made you cry?

16      A.    Well, I took her complaints seriously. I

17  wanted to work through a better solution, right? Like if

18  what I was doing wasn't working, I wanted to figure out a

19  different way. And so I wanted to focus on that. And I

20  was concerned that if I would try to discipline that

21  behavior at the same time, it would have been more

22  detrimental to the working relationship.

23      Q.    It would have appeared retaliatory,

24  correct?

25      A.    I'm sorry?

Page 70

1          MS. HOFFMAN:   Form.

2      Q. (By Mr. Swain)   Could have appeared

3  retaliatory; is that right?

4          MS. HOFFMAN:   Same objection.

5      A.    I wasn't looking at it as a retaliatory

6  measure. I was looking at it as I wanted to make the

7  relationship better and thought that it would be harmful

8  to the relationship.

9      Q. (By Mr. Swain)   Were you mindful of

10  avoiding retaliation after you learned that Ms. Mohamed

11  had made a complaint about you?

12      A.    Honestly, I didn't even think about

13  retaliation.

14      Q.    Did you go through management training --

15      A.    Oh --

16      Q.    -- at SHRM before you became an

17  instructional --

18      A.    I'm sorry to interrupt. My -- there was a

19  glitch.

20      Q.    Oh, okay. My question was:

21          Did you go through management training of

22  any type before you were promoted to instructional design

23  manager?

24      A.    I just want to clarify. You mean at SHRM

25  or in general?

Page 71

1      Q.    Thank you for clarifying. I -- let's

2  start with at SHRM.

3      A.    So I didn't have any official class or

4  program or anything that I took. I definitely got

5  coached and mentored by both my direct supervisor and

6  other leaders across SHRM.

7          And then there are some standard trainings

8  on performance management. You know, there's some

9  prefatory things for managers before those things occur.

10  And I think the workplace harassment, there's an annual

11  training or more on those. There's sometimes a different

12  slant on those for managers.

13          But I can't remember any other details

14  beyond that.

15      Q.    The workplace harassment trainings for

16  managers, do they cover employment discrimination and

17  retaliation?

18      A.    I can't remember all of the topics that

19  were covered. I'd have to go back and look at what the

20  trainings were.

21          And I don't think I got them before I was

22  promoted. They were just as part of the annual cycle.

23      Q.    Okay. My question was a little bit

24  different. I'm not asking you if you can remember all

25  the topics that were covered.

Page 72

1          I'm asking if you can remember whether

2  employment discrimination and retaliation were covered in

3  those trainings?

4      A.    I don't remember.

5      Q.    Okay. So you asked a really good

6  clarifying question: Was I talking about at SHRM or

7  generally, right?

8          So generally in your career, other than at

9  SHRM, have you had manager training?

10      A.    Some, yes.

11      Q.    Have you ever had manager training about

12  employment discrimination or retaliation?

13      A.    Not that I can remember.

14      Q.    Tell me about your management experience

15  before you became a manager at SHRM.

16      A.    So when I was a consultant at Corporate

17  University Enterprise, I led teams. I was not a direct

18  supervisor, but I definitely led teams and made sure that

19  we were on task with project management pieces.

20          And long, long time ago, I was in retail

21  management as a much younger person, and there was

22  definitely manager training about the different roles,

23  team leads, assistant managers, stuff like that.

24      Q.    And is it your testimony that you can't

25  remember if you've ever had training about employment

Page 73

1  discrimination and retaliation --
2              MS. HOFFMAN:  Counsel, you're just cutting
3  out --
4          Q.  (By Mr. Swain)  -- at SHRM --
5              MS. HOFFMAN:  -- a little bit.
6          Q.  (By Mr. Swain)  -- or otherwise?
7              MR. SWAIN:  Okay.  How is it now?  Can you
8  hear me?
9              MS. HOFFMAN:  Yes.  It's just been --
10             THE WITNESS:  I can hear you now.
11             MS. HOFFMAN:  -- on-and-off glitchy, I
12  think, a little bit the last few minutes.
13             MR. SWAIN:  That's --
14             THE WITNESS:  Yeah.
15             MR. SWAIN:  -- a bummer.
16         Q.  (By Mr. Swain)  Okay.  My question was, is
17  it your testimony that you can't remember if you've ever
18  had management training about employment discrimination
19  and retaliation, at SHRM or otherwise?
20         A.  Training?  Yeah, I can't remember if I had
21  a specific training.  I'm aware of the topics, but I
22  can't remember if there was a formal training that made
23  me aware of them.
24         Q.  What about informal training?
25         A.  Yeah.  I mean, SHRM has policies on

Page 74

1  different things, and definitely as part of our culture,
2  we're aware of them.  And the nature of my work as an
3  instructional designer, we've got content that discusses
4  these topics.
5              So I'm aware of them in a variety of
6  different ways, but not an actual training that I've
7  consumed.
8          Q.  Okay.  And by the way, one of the -- so
9  you've served both as an individual contributor, right,
10 an instructional designer, and as an instructional design
11 manager, correct?
12         A.  Correct.
13         Q.  So as an instructional designer, you've
14 created a lot of instructional design content; is that
15 right?
16         A.  Yes.
17         Q.  And I want to ask you about a program that
18 I believe you were working on around the same time
19 period, in mid 2020.  Okay?
20             And that would be -- I don't want to get
21 the name of it incorrect.
22             MR. SWAIN:  You know what, let's take a
23 break for just a moment so we can all go to the restroom
24 and then we'll resume this.  Okay?
25             MS. HOFFMAN:  Five minutes?

Page 75

1              MR. SWAIN:  Sure.
2              MS. HOFFMAN:  Okay.
3              (Recess taken from 10:16 a.m. until
4  10:23 a.m.)
5              MR. SWAIN:  Thank you for indulging me.  I
6  needed a quick bathroom break.
7          Q.  (By Mr. Swain)  So I told you I wanted to
8  ask you about another project you were working on around
9  this same time period, right?  June-ish 2020.  And that
10 is -- I think it's called "Inclusive Workplace Culture."
11             Is that -- does that ring a bell?
12         A.  We have a program called "Inclusive
13 Workplace Culture," yes.
14         Q.  And you were working on that program as --
15 in the role of creating content for the program; is that
16 right?
17         A.  Yes.  I created content for that program,
18 but I don't believe it was the summer of 2020.
19         Q.  Was there another program that you were
20 creating content for around this time period that dealt
21 with diversity and inclusion in the workplace?
22         A.  I'm trying to remember the time frames.
23 In general, the Inclusive Workplace Culture program and
24 Specialty Credential definitely work on those topics.  I
25 believe there was an assessment being developed at the

Page 76

1  early side of 2020, but I'd have to check dates on when.
2  The content was already created.
3              And then later in 2020, we had bonus
4  episodes created for the People Manager Qualification,
5  which dealt with social justice and workplace bias.
6              And I was involved in both of those
7  projects in some way, shape, or form.
8          Q.  So in the social justice and workplace
9  bias content, Ms. Mohamed was supposed to be working on
10 that content with you; isn't that right?
11         A.  She was supposed to be working on it with
12 Carrie Mills, and I was going to be project manager of
13 that line of content.
14         Q.  Understood.
15             And so when I was asking you about your
16 exposure to employment discrimination and retaliation
17 through management training, one of the things you said
18 was:  Well -- I'm paraphrasing again -- this is SHRM, so
19 our content deals with these types of topics, correct?
20         A.  Yes.
21         Q.  And so you must have been exposed to
22 content about inclusive workplace cultures and about
23 social justice and social bias in the workplace; is that
24 right?
25         A.  Yes.  I've been exposed to content, yes.

Page 77

1    Q.    Do you consider yourself knowledgeable
2    about those topics?
3    A.    I think fairly knowledgeable, yes.  I --
4    Q.    Are you familiar --
5    A.    -- wouldn't say I'm an expert.
6    Q.    Okay.  I'm sorry for speaking over you.
7    Are you familiar with the concept of
8    implicit bias?
9    A.    Yes.
10    Q.    Tell me what implicit bias means in your
11    own words.
12    A.    Sorry.  Can you say that again?  There was
13    a -- a glitch.
14    Q.    Tell me what implicit bias means in your
15    own words.
16    A.    Implicit bias, to me, means that there are
17    biases that you have that you're unaware of and that
18    they're just part of your beliefs.  And they're not
19    something that you make in an intentional way, but
20    they're just part of how your brain is wired based on
21    your whole life experience.
22    Q.    And can those implicit biases manifest in
23    discriminatory ways in the workplace?
24    MS. HOFFMAN:  Form.
25    A.    Can they?  I'm not sure an implicit bias

Page 78

1    is -- does not equal discrimination.  It's if you act on
2    them, is my opinion.
3    Q.  (By Mr. Swain)  So if a manager were to
4    treat employees of different races differently because of
5    the manager's implicit bias, in your mind, could that be
6    a form of employment discrimination?
7    MS. HOFFMAN:  Form.
8    A.    Can you rephrase that?
9    Q.  (By Mr. Swain)  What didn't you understand
10    about the question?
11    A.    I just want to make sure I'm understanding
12    what you're asking me.  That's why I was asking you to
13    rephrase that or give me a little more context for what
14    you're looking for me to say.
15    Q.    I'm going to have Ms. Dittmer reread the
16    question, and I would like you to identify what about it
17    you don't understand if you still don't understand after
18    hearing it again, okay?
19    A.    Okay.
20    MR. SWAIN:  Ms. Dittmer, can you reread
21    the question, please.
22    (The following question was read:
23    "QUESTION:  So if a manager were to treat
24    employees of different races differently because of the
25    manager's implicit bias, in your mind, could that be a

Page 79

1    form of employment discrimination?")
2    MS. HOFFMAN:  Form.
3    A.    Yes, I think that could be.
4    Q.  (By Mr. Swain)  And as the one who's
5    knowledgeable about implicit bias, did you ever think
6    about whether implicit bias was playing a role in your
7    management of the employees that reported directly to
8    you?
9    MS. HOFFMAN:  Form.
10    A.    Yes.
11    Q.  (By Mr. Swain)  Tell me your thoughts about
12    that.
13    A.    My thoughts about implicit bias?
14    Q.    Well, you said you thought about if your
15    own behavior was tainted by implicit bias, didn't you?
16    A.    I think -- yes, I did.  I did say that.
17    I think implicit bias is something that we
18    all need to be aware of, both in the workplace and in the
19    world, to just understand what might be influencing our
20    decisions.
21    I think that's also why we have, you know,
22    different checks and balances, so to speak, in different
23    areas.  And I think it's just good self-awareness to be,
24    you know, questioning your thoughts and thinking about
25    why you're making those choices.

Page 80

1    I think that's -- you know, whether you're
2    a leader or a worker or a family member, I think it's --
3    it's part of how we can make the world better.
4    Q.    And did you think about whether your own
5    implicit biases were playing a role in your management of
6    Ms. Mohamed in this instance?
7    MS. HOFFMAN:  Form.
8    A.    Did I think about them?  Yes, at different
9    points.
10    Q.  (By Mr. Swain)  Tell me what your thoughts
11    were.
12    A.    I can't remember all of them.  I know I
13    thought about them.
14    But, you know, I looked as objectively as
15    I could at the work, you know, and thought about the
16    reasons why I was making the decisions that I was.  And
17    it was all about, you know, managing the projects and
18    moving them forward.  And, you know, there were times
19    where, you know, she thought I was treating her
20    differently than other members on the team when I was
21    doing the same type of support for everyone.
22    So I was just evaluating and really
23    thinking through what she was saying and took them
24    seriously to see if there was anything that I was doing
25    differently for her.

Page 81

1    Q.    Would you do anything differently looking
2  back on what happened in May, June, and July, August,
3  2020, with the benefit of hindsight?
4        MS. HOFFMAN:  Form.
5    A.    I don't think I would do anything
6  differently.  I would hope that maybe I could be a little
7  less emotional in that first meeting just because, you
8  know, I don't like emotions to come into play of
9  conversations.  But I don't think -- I don't think that I
10 would do much differently, if anything.
11       Q.  (By Mr. Swain)   You still would have fired
12 Ms. Mohamed even knowing everything you know now?
13       MS. HOFFMAN:  Form.
14   A.    Yes.
15       Q.  (By Mr. Swain)   So during this first
16 meeting on June 4, 2020, did you understand that
17 Ms. Mohamed was making a complaint of race
18 discrimination?
19       MS. HOFFMAN:  Form.
20   A.    On the first meeting with Jeanne?  I don't
21 think we talked about race at all during that meeting.  I
22 felt it was --
23       Q.  (By Mr. Swain)   Well --
24   A.    -- all about leadership.
25   Q.    You later learned that Ms. Mohamed had

Page 82

1  made a complaint of race discrimination, didn't you?
2        A.    In a subsequent meeting, she brought up
3  race as part of a conversation that her and I were
4  having, and that was the first I was aware that that was
5  part of her concern or complaint.
6        Q.    And are you referring to the subsequent
7  meeting that you and Ms. Mohamed had on June 12, 2020?
8        A.    Yes, I believe it occurred on June 12, but
9  it was the one following when we met with Jeanne.
10       Q.    And in the June 12 meeting, Ms. Mohamed
11 said something like, "If I were a white male, would you
12 be doing this," didn't she?
13       A.    Yes, I believe so.
14       Q.    And you understood -- well, let me ask
15 you:
16             What color is Ms. Mohamed's skin?
17       A.    Brown.
18       Q.    Brown.
19             Do you know how she identifies racially?
20       A.    No.  I know she is from Egypt, but I don't
21 know how she identifies racially.
22       Q.    When you see Ms. Mohamed, do you see a
23 black woman?
24       A.    I think that's hard for me to judge.
25       Q.    Is it?

Page 83

1        MS. HOFFMAN:  Form.
2        A.    Yes.  I mean, I think she has brown skin,
3  but I can't judge whether she's Black or Middle Eastern
4  or, you know, Asian, or -- yeah, or what mix.  I mean, I
5  don't want to -- I don't assume what someone is.  I can
6  see that she has brown skin, yes, but I don't know what
7  that would -- what her background is beyond that by
8  looking at her.
9        Q.  (By Mr. Swain)  You know she's from Africa,
10 right?
11       A.    Yes.  I know she's from Egypt, which is in
12 Africa.
13       Q.    Is it your testimony that you don't know
14 what race someone is unless they tell you?
15       MS. HOFFMAN:  Form.
16       A.    Yes.
17       Q.  (By Mr. Swain)   By looking at me, can you
18 surmise what my race is?
19       MS. HOFFMAN:  Form.
20       A.    I don't think I can.  I mean, I can see
21 that your skin looks white, but that doesn't mean that I
22 know anything about beyond that.
23       Q.  (By Mr. Swain)  So -- okay.  I find that a
24 little bit incredible, to be honest.  I just want to make
25 sure I understand.

Page 84

1        So when you see someone walking down the
2  street and they have chocolate brown skin, you're not
3  able to determine that that person is a Black person just
4  by looking at them?
5        MS. HOFFMAN:  Form.
6        A.    So I've said that I can see what someone's
7  skin tone looks like, but I don't know beyond that of
8  their race, right?  So if someone's black, they could be
9  from Africa, they could be fourth generation, you know,
10 American, they could be from Europe, they could be from a
11 number of different places.  And so I don't speculate
12 that.
13       Q.  (By Mr. Swain)   So at least as of June 12,
14 2020, you knew that Ms. Mohamed was making a complaint
15 that you were treating her differently because of her
16 race, correct?
17       A.    It was made aware in that conversation
18 with her when she brought up about if she was white male,
19 then I -- then I kind of paused and I was like:  Oh, this
20 is a different -- a different concern than what I thought
21 going into the conversation.  I thought we were just
22 talking about management and leadership prior to that
23 convo.
24       Q.    So had she made a complaint of race
25 discrimination, did you think it was important to

Page 85

1    determine what Ms. Mohamed's race was?
2         A.    I don't think so.
3         Q.    Why not?
4         A.    I didn't think it was relevant.  Because
5    at that point, it was still, she brought it up with -- to
6    me and we were having conversations about, you know, what
7    made her feel that way and, you know, just talking
8    through context.  So I don't think I wanted to -- it
9    wasn't my business to go research that.
10        Q.    So when an employee makes a complaint of
11   race discrimination, you don't think it's important to
12   determine what the employee's race is --
13             MS. HOFFMAN:   Form.
14        Q. (By Mr. Swain)   -- as part of your
15   evaluation of the strength of the complaint of
16   discrimination?
17             MS. HOFFMAN:   Form.
18        A.    Well, I -- if she's making the -- or if
19   anyone's making the complaint against me, I don't think I
20   should be evaluating whether it happened or not.
21        Q. (By Mr. Swain)   So you never made a
22   decision if you were engaged in race discrimination or
23   not?
24        A.    I never made a decision?  I made my own
25   personal opinion, and I was asked about it later by

Page 86

1    others at SHRM.  But it wasn't ultimately my decision
2    whether it happened or not.
3         Q.    Who asked you about it at SHRM, the
4    complaint of race discrimination?
5         A.    So I had a couple different conversations
6    about it after June 12, well after.  You know, I'm not
7    sure when exactly the formal complaint was submitted, you
8    know, through HR.
9             I know I talked to Sean Sullivan, who was
10   the CHRO; I know I talked to Mike Jackson, who is also in
11   HR; and I also talked to Bernée Long, who is also in HR,
12   at different points throughout the summer of 2020.
13        Q.    And you -- you said something about the
14   formal complaint of discrimination in your answer just
15   now.
16             In your mind, is there a distinction
17   between a formal complaint of discrimination and an
18   informal complaint of discrimination?
19        A.    It was glitchy there for a moment.  I
20   think I heard you, but could we read the question back
21   just to make sure I didn't miss what you said?
22        Q.    If it was glitchy, I'll just repeat the
23   question instead of asking her to read it back.
24        A.    Okay.
25        Q.    My question was, in your prior answer, you

Page 87

1    used the phrase "formal complaint," talking about
2    Ms. Mohamed's complaints of discrimination.  My question
3    is:
4             In your mind, is there a distinction
5    between a formal complaint of discrimination and an
6    informal complaint of discrimination?
7         A.    Formal -- I think a complaint is a
8    complaint.
9         Q.    Okay.  So what did you mean when you said
10   the "formal complaint"?
11        A.    I'm not sure if I meant any distinction
12   other than just saying complaint.
13        Q.    Okay.
14        A.    That I can think of.
15        Q.    And you indicated that you were asked
16   about Ms. Mohamed's discrimination complaint by Mike
17   Jackson, correct?
18        A.    Yes.
19        Q.    Sean Sullivan?
20        A.    Yes.
21        Q.    Bernée Long?
22        A.    Yes.
23        Q.    Who else?
24        A.    Those are what I remember from -- you
25   know, from HR.

Page 88

1         Q.    And so after the June 12 meeting that you
2    had with Ms. Mohamed where it became clear that she was
3    complaining of race discrimination, you spoke with Mike
4    Jackson the same day after that meeting; isn't that
5    right?
6         A.    Yes, I believe so.  Either the same day or
7    the next day.  I would have to check.
8         Q.    Well, let's go to Deposition Exhibit 38.
9    And I'm looking at the page that has the Bates Number on
10   the bottom SHRM 0729.
11             Do you have that page pulled up?
12        A.    Yes.
13        Q.    Okay.  And on the bottom half of the page,
14   there's a paragraph that says, "I also spoke with Mike
15   Jackson later that day on June 12 for advice."
16        A.    Yes.
17        Q.    Do you see that?
18             So does that refresh your memory that you
19   spoke with Mike Jackson about your conversation with
20   Ms. Mohamed the same day that you learned she was
21   complaining about race discrimination, June 12 --
22        A.    Yes.
23        Q.    -- of 2020?
24             Why did you feel the need to speak with
25   Mr. Jackson for advice that day?

Page 89

1    A.    I was relatively new as a people manager
2  at SHRM and so, you know, if someone brings something
3  like that up, I wanted to, you know, consult with my HR
4  person.  I forget what Mike's title was at the time, but
5  he was a manager that oversaw all employee engagement,
6  employee relations types of things.  So as a manager, I
7  would often go to him for advice.
8          And so I just, you know -- no one's ever
9  brought that up in conversation with me before, so I
10  wanted to just consult with him and get his opinion on
11  what next steps I should take and how to move forward.
12    Q.    Do you have Mr. Jackson's cell phone
13  number?
14    A.    I don't think so.
15    Q.    Can you pull up in your phone and see if
16  you have it?
17    A.    Sure, I can check.  I'm checking the M's
18  and the J's in case it's in there differently.  I'm not
19  seeing it.
20          Doesn't look like it's in here.
21    Q.    So how did you reach out to Mr. Jackson on
22  June 12, 2020?
23          MS. HOFFMAN:    Can you repeat that,
24  Counsel?  You glitched out again.
25          MR. SWAIN:    I apologize for the

Page 90

1  glitchiness.
2          Q.    (By Mr. Swain)  How did you reach out to
3  Mr. Jackson for advice on June 12, 2020?
4    A.    I don't remember.
5    Q.    How did you typically reach out to him in
6  2020 when you needed to speak to him about something?
7    A.    Email.
8    Q.    Do you believe --
9    A.    Email is --
10    Q.    -- that you emailed him on that day?
11    A.    That would be my best guess, but I don't
12  remember.
13    Q.    Do you remember searching for emails that
14  you sent to Mr. Jackson as part of your search for
15  documents in this case?
16    A.    I'm not sure if I did or didn't.  You
17  know, I searched for what I could find and what I could
18  remember to pull through.
19    Q.    You're at your computer right now, aren't
20  you?
21    A.    Yes.
22    Q.    And by the way, my understanding is that
23  SHRM has a system in place that automatically deletes
24  emails within a year after they are sent or received; is
25  that correct?

Page 91

1    A.    Yes.
2    Q.    Did you save all of the emails from your
3  computer during this time period, June 2020, before they
4  were deleted?
5    A.    So I did my best to change the settings on
6  some of the email folders that I have.  You can change
7  things to something -- terminology about a "working
8  project" folder, and then it switches to a five-year
9  retention policy.
10          So I did my best to put that on all of the
11  folders that were related to the two projects of this
12  case, and then the -- you know, anything related to team
13  communications, you know, anything that I could.  I did
14  my best.  Doesn't mean that everything was saved.
15    Q.    Did you save all of your emails between
16  you and Mike Jackson related to Ms. Mohamed's complaint?
17    A.    I don't remember intentionally saving
18  those at the time because it was before, you know -- it
19  was before.  I'd have to go back and look and see if
20  there were any in there or not.
21    Q.    Well, since you're at your computer, go
22  ahead and look.
23          MS. HOFFMAN:    Counsel, I'm just going to
24  object to this line of questioning.  This isn't -- I
25  mean, there's a different mechanism to obtain this type

Page 92

1  of discovery.
2          MR. SWAIN:    Okay.  Your objection is
3  noted.
4          THE WITNESS:    Should I proceed looking for
5  the -- for emails?
6          MR. SWAIN:    Yes.
7          (A pause occurred in the proceedings.)
8    A.    In my sent box, it looks like they might
9  only go back to 2022.  I'm not sure I have control over
10  the sent retention beyond a year.
11    Q.    (By Mr. Swain)  And no one at SHRM --
12    A.    Look here.
13    Q.    -- told you to save all of your emails
14  from this time period?
15          MS. HOFFMAN:    Form.
16    A.    So I was told to save emails related to
17  the projects and communications with Ruby related to this
18  matter, not all of my emails from 2020.
19    Q.    (By Mr. Swain)  What about -- so no one
20  asked you to save the emails between you and Mike Jackson
21  related to this matter; is that right?
22          MS. HOFFMAN:    Form.
23    A.    I don't remember being specifically told
24  Mike Jackson.  I can look in one more place to see if
25  they were saved in a folder, if that's -- you know, if I

Page 93

1 can have a moment to finish looking.
2          Q.   (By Mr. Swain)   Please.
3          A.   Yeah.
4               (A pause occurred in the proceedings.)
5          A.   Well, I have some emails to connect with
6 Mike, but they were later in June and in July.
7               But I --
8          Q.   And did --
9          A.   -- you know, I don't have record -- I
10 can't find the one from June 12. It might be in here
11 somewhere, but I don't -- I have a lot of emails to sort
12 through quickly.
13         Q.   I don't think we've gotten a single email
14 just between you and Mike Jackson, and it sounds like the
15 reason why is you were asked to -- you weren't asked for
16 those types of emails by SHRM; is that correct?
17              MS. HOFFMAN:   Form.
18         A.   I didn't think about including the Mike
19 Jackson ones. It wasn't spell -- called out, you know:
20 Include the communications with Mike Jackson, you know.
21 There's not really any merit in the -- anything really in
22 the emails except coordinating times, but -- there's no
23 substance in them.
24         Q.   (By Mr. Swain)   Can you commit to sending
25 all the emails between you and Mike Jackson to SHRM's

Page 94

1 counsel after today's deposition?
2          A.   Sure. All the ones that I can find, sure.
3          Q.   All the ones that weren't destroyed,
4 right?
5               MS. HOFFMAN:   Form.
6          A.   If they were destroyed by the retention
7 policy, that's out of my control.
8          Q.   (By Mr. Swain)   And we looked at the
9 preservation letter where my law firm instructed SHRM to
10 hault its document retention policies earlier, didn't we?
11         A.   Yes.
12         Q.   To your knowledge, SHRM didn't do that?
13              MS. HOFFMAN:   Form. Foundation.
14         A.   I can't answer that. That's outside of my
15 knowledge.
16         Q.   (By Mr. Swain)   Well, at least your sent
17 emails only go back to 2022, correct?
18         A.   My sent emails unless I've saved them in a
19 folder. That's -- at a quick glance, that's what it
20 looks like. I can't say that that's the hard-and-fast
21 rule.
22         Q.   And you manually went through looking for
23 emails that would be saved and not destroyed by the
24 document retention policy using your own judgment about
25 which things were -- you should save or not, correct?

Page 95

1          A.   Yes.
2          Q.   So did you speak with Mr. Jackson on the
3 phone on June 12, or did you have a Zoom meeting with him
4 or something like that, or did you meet with him in
5 person?
6          A.   I can't remember.
7          Q.   Well, so we can agree that if he had given
8 you this advice about documenting in writing, it would
9 have been by email, correct?
10              MS. HOFFMAN:   Form.
11         A.   Writing would have been via email, or I
12 believe we also had Slack at the time.
13              You know, I can't remember if we spoke
14 over the phone or if it was over Zoom, but there was
15 definitely a live communication. I just can't remember
16 which platform we used.
17         Q.   (By Mr. Swain)   Tell me how you used Slack
18 during this time period: May, June, July 2020.
19         A.   Probably very similar to how I use it
20 today. I use it for, you know, informal, brief questions
21 or seeing if someone has a moment to discuss something,
22 you know, that we don't need a formal meeting for. Stuff
23 like that.
24         Q.   Did you search for and retain your Slack
25 messages related to Ms. Mohamed's employment?

Page 96

1          A.   Slack is outside of my control on how to
2 save those things. I'm not sure what happens when an
3 employee is removed from Slack, how to go back and find
4 any of those conversations. I don't --
5          Q.   Do you know who --
6          A.   -- know what the retention policy is.
7          Q.   Who at SHRM would know about the retention
8 policy for Slack messages?
9          A.   I don't know. I would -- I would be
10 speculating if I guessed.
11         Q.   Well, go ahead and tell me, noting that
12 you're speculating right now.
13              MS. HOFFMAN:   Foundation.
14         A.   I would imagine somebody in IT as they,
15 you know, implement whatever the policy is. Potentially
16 leadership for who would make those decisions on what the
17 policy is.
18         Q.   (By Mr. Swain)   And when you went through
19 and searched for documents and emails and things like
20 that, did you search through your Slacks as well?
21         A.   I'm trying to remember. I don't -- I
22 can't remember if I did or didn't. I don't remember
23 using Slack for any of this, any of these discussions, so
24 I can't remember if there was anything to save.
25         Q.   Which discussions are you referring to?

Page 97

1    A.    I'm not referring to any specific
2  discussion, but in general, I don't remember having
3  discussions over Slack.
4    Q.    About anything?
5    A.    About the merits of this case that we're
6  talking about right now; about, you know, Ruby's
7  timelines, you know, progress. I know Ruby and I would
8  Slack from time to time, but I don't remember Slacking
9  anybody outside of the team very much.
10    It was a newer tool that we were using, so
11  it wasn't really adapted very heavily at that point.
12  It's hard to remember, now versus then, how it's used.
13    Q.    Let's go back to your June 12, 2020
14  conversation with Mr. Jackson.
15    On -- in Deposition Exhibit 38 on
16  SHRM 0729, you also say, "Ruby's accusations about race
17  made me very concerned about it I needed to document
18  anything."
19    Do you see that?
20    A.    Yes.
21    Q.    And I'm assuming with the word "it," you
22  meant "if"; does that sound fair?
23    A.    Yes, yes. That's a typo.
24    Q.    Yeah. It happens.
25    "Most importantly, I did not think I was

Page 98

1  treating Ruby differently and very upset by the
2  accusations."
3    So we already talked about how you were
4  very upset during the June 4 meeting, right? You cried
5  and it was a very emotional meeting, right?
6    A.    Uh-huh, yes.
7    Q.    Did you become upset during the June 12
8  meeting as well?
9    A.    I can't remember.
10    Q.    But at least in your notes, Deposition
11  Exhibit 38, you indicated that you were very upset by the
12  accusations of -- about race, correct?
13    A.    May I look at the exhibit?
14    Q.    Sure.
15    A.    Yeah. I mean, I was definitely upset at
16  the accusations she was making. I don't remember how --
17  if I got emotional or if I -- if there -- if I was crying
18  at that one. I don't remember.
19    I remember being also confused with -- you
20  know, and looking at here about -- you know, she brought
21  up about that there was a pattern, which I was just very
22  confused. And I think we can all see what the language
23  is in there.
24    And I thought, actually, we were having
25  a -- I thought we ended on a positive note, and I thought

Page 99

1  we had a positive outcome and good next steps about how
2  to change things in leadership. And I thought we
3  actually bonded by the exchange of memories and
4  different -- different points of view from the past.
5    Is that answering your question?
6    Q.    I think so.
7    And so did you think -- you said you
8  thought that you ended the meeting on a positive note.
9    And, in fact, you and Ms. Mohamed
10  exchanged a couple of emails with a positive tone after
11  the meeting, correct?
12    A.    Yes.
13    Q.    So this -- your documentation that Mike
14  Jackson instructed you to start making, Deposition
15  Exhibit 38, appears to be mostly in chronological order;
16  is that fair?
17    A.    Yes.
18    Q.    So do you think that you and Ms. Mohamed
19  exchanged those emails before you met with Mr. Jackson or
20  after?
21    A.    I'm not sure. I think maybe they occurred
22  before and after.
23    Q.    And by that, would you mean that you sent
24  your email to Ms. Mohamed on June 12 after your meeting,
25  and then you spoke to Mr. Jackson and then Ms. Mohamed

Page 100

1  responded? Is that what you meant by "before and after"?
2    A.    I think so. I -- I don't remember what
3  time I met with Mike, when he was available. And the
4  call was very brief. You know, I just kind of shared,
5  like: Is this something I should be concerned about?
6  You know, it seems concerning to me. I just want to, you
7  know, check with you what to do.
8    And so, you know, when -- I don't know
9  what time of day I spoke with him in reference to the --
10  the emails, when they -- when they occurred.
11    Q.    So I know you have a summary of what he
12  told you in Deposition Exhibit 38. Okay?
13    I'm going to ask you, without looking at
14  this documentation that Mr. Jackson instructed you to
15  start making, what do you recall him saying -- or tell
16  me, what do you recall saying to Mr. Jackson about your
17  meeting with Ms. Mohamed on June 12?
18    A.    So I shared with Mike some background
19  context about the meeting about leadership style and
20  management style with -- that occurred with Jeanne, Ruby,
21  and myself.
22    Gave him that context and said that this
23  was -- you know, Ruby and I were following up to work
24  through, you know, what I thought were, you know,
25  management feedback, things that I should change, things

Page 101

1  how I could pivot, you know, what her -- you know,
2  typical team norms, you know, just to kind of summarize
3  and paraphrase what was discussed already.
4          And then I -- you know, I shared with him
5  that in the -- in the conversation, she brought up that
6  she thought I was treating her differently or that I
7  wouldn't treat her this way if she was a white male.  And
8  so I shared with him my concerns that she brought up race
9  and wanted to know if there was anything from an HR
10 standpoint that I should do as next steps.
11         And that's where he shared, "Well," he's
12 like, "it sounds like you guys have" -- I shared
13 that we were -- ended positively and we had good next
14 steps together.  And he advised that I keep documentation
15 and that to, you know, loop back with him if -- if things
16 take a different turn and our relationship doesn't stay
17 positive or things don't seem to progress, is my best
18 summary.
19      Q.    And did he use a phrase like "keep
20 documentation" or something like that?
21      A.    I'm sorry.  There was a little glitch.
22 What was the phrase?
23      Q.    Did he use a phrase like "you should keep
24 documentation" or something like that?
25      A.    Yeah, something about documentation.  And

Page 102

1  he said that that was, you know, like any -- everything
2  with HR, we should -- you know, if there's something, we
3  should document, take notes, just keep track of what's
4  going on.
5      Q.    And so did he tell you to create a
6  timeline like this, or did you just kind of intuit that
7  that's what he might have been referring to?
8      A.    I just kept it in a timeline because
9  that's what worked for me and easiest for me to remember,
10 because there were lots of different conversations and
11 projects going on outside of this.
12      Q.    And why do you think it's important to
13 have documentation like this Deposition Exhibit 38?
14      A.    I think it helps the memory, for one.  I
15 mean, as we're here right now, I don't remember -- I
16 wouldn't remember probably 25 percent of what was on --
17 on my notes and documentation, in the same way that I
18 keep notes and documentation on all of my projects.
19         And I think, as a manager, I think it's
20 important that, you know, when there's concerns or things
21 that you want to work through with team members, that you
22 can accurately remember or trigger your memory, what --
23 what occurred.
24      Q.    And when you say "concerns," are you
25 referring to your criticisms of Ms. Mohamed's performance

Page 103

1  or her race discrimination complaints?
2      A.    When I said "concerns," I was referring to
3  her concerns with my management style.
4      Q.    Her race discrimination complaints, right?
5      A.    Yes.
6          MS. HOFFMAN:   Form.
7      Q.  (By Mr. Swain)   Because we can agree that,
8  at this point at least, you and Ms. Mohamed both know
9  that she's not just complaining about your management
10 style, correct?
11         MS. HOFFMAN:   Form and foundation.
12     A.    As of June 12, yes.
13     Q.  (By Mr. Swain)   And you know, as of
14 June 12, 2020, that Ms. Mohamed has made a complaint of
15 race discrimination, correct?
16     A.    Yeah.  I mean, she used the phrase that
17 "you wouldn't treat me this way if I was a white male."
18         But for me, I felt that by the end of the
19 conversation as well, that we had moved forward and we
20 talked about different things.  And, you know, I shared
21 that I didn't think I was treating her differently.
22         And we can see all of that, you know, in
23 the summary notes.  So I thought we were moving forward
24 in a positive way and consulted with HR for my own checks
25 and balances of what to do next.

Page 104

1      Q.    Well, I mean, you wrote in here, "Ruby's
2  accusations about race made me very concerned about [if]
3  I needed to document anything," didn't you?
4      A.    Yes.  Those are the words in there, yeah.
5      Q.    What was it specifically about her race
6  discrimination complaints that made you concerned if you
7  needed to document anything?
8      A.    For my own recollection of the events.
9      Q.    And why would that be important to
10 document?
11     A.    Because I didn't agree with some of the
12 things that she was saying, so I wanted to document my
13 own point of view at the time.  I take notes on a lot of
14 things.
15     Q.    Were you concerned that you would forget
16 your own point of view at the time?
17     A.    No.
18     Q.    Then I'm trying to figure out why you felt
19 the need to document it specifically related to her race
20 discrimination complaints?
21     A.    I was following the advice of my HR.
22     Q.    You were concerned about if you needed to
23 document anything before you reached out (Zoom
24 interruption) --
25         THE WITNESS:   I'm sorry --

Page 105

1    THE COURT REPORTER:  You cut --
2    THE WITNESS:  -- was it glitchy for
3    anybody else?
4    THE COURT REPORTER:  Yeah, I was just
5    going to stop you.  You cut out at the end.
6    MR. SWAIN:  I just got a -- the bar across
7    my screen that says:  Your Internet connection is
8    unstable.
9    I think what I would like to do is take a
10   quick break so I can restart my computer and rejoin and
11   see if that resolves the network issues.
12   Is that okay with you, Ms. Barley?
13   THE WITNESS:  Yes.
14   MR. SWAIN:  Okay.
15   (Recess taken from 11:07 a.m. until
16   11:17 a.m.)
17   MR. SWAIN:  Back on the record.
18   Q.  (By Mr. Swain)  Ms. Barley, did you get a
19   chance to talk to Ms. Hoffman during the break?
20   A.  Yes.
21   Q.  Did you talk about your testimony?
22   MS. HOFFMAN:  I'm going to object and
23   instruct you not to answer.
24   Q.  (By Mr. Swain)  I'm permitted to ask about
25   the topics that you discussed with Ms. Hoffman, just not

Page 106

1    what you told her or what legal advice she gave you.
2    MS. HOFFMAN:  Fine.  Topics only, but that
3    includes requests for legal advice and/or any responses
4    to that, so . . .
5    MR. SWAIN:  Understood.
6    MS. HOFFMAN:  -- that's crossing the line.
7    Q.  (By Mr. Swain)  Did you discuss your
8    testimony with Ms. Hoffman during the break?
9    A.  No.
10   Q.  Would you like to change any of your
11   previous answers after talking to Ms. Hoffman during the
12   break?
13   A.  No.
14   Q.  Okay.  So you -- during your June 12, 2020
15   meeting with -- with Mike Jackson, you informed him that
16   Ruby had made a complaint of race discrimination,
17   correct?
18   A.  Yes.
19   Q.  Do you know if Mr. Jackson did anything to
20   begin investigating Ms. Mohamed's complaint of race
21   discrimination after you informed him of her complaint
22   during the June 12 meeting?
23   MS. HOFFMAN:  Foundation.
24   A.  I don't know.
25   Q.  (By Mr. Swain)  The reason why I ask is,

Page 107

1    you indicated that you were not asked much about your
2    perspective on the race discrimination complaint until
3    later in the summer.
4    Is that an accurate summary of what you
5    said earlier?
6    A.  Middle to later in the summer, but not
7    like in the next couple weeks after that, no.
8    Q.  So at least a couple weeks went by after
9    you informed Mr. Jackson of Ms. Mohamed's race
10   discrimination complaint before anyone began asking you
11   about the substance of it; is that right?
12   A.  I believe so, yes.
13   Q.  As of June 12, when Ms. Mohamed made the
14   complaint of race discrimination to you and you shared it
15   to Mr. Jackson, did you believe that SHRM should
16   investigate her complaint at that point?
17   A.  I'm not sure.
18   Q.  Why not?
19   A.  Because I'm -- I'm not sure.  It felt like
20   she -- she had her opinions and I -- and I shared mine in
21   the dialogue with her and that we were moving forward,
22   and so I think that was HR's decision and not my decision
23   about what to do next.
24   Q.  Well, generally when an employee makes a
25   complaint of discrimination, do you think it's important

Page 108

1    that it be investigated?
2    A.  Yes.
3    Q.  Why is that?
4    A.  Because I think that's part of our
5    workplace standards that we, you know, shouldn't take
6    accusations of any kind lightly and should explore if
7    there's merit and truth to the matter.
8    Q.  Well, and that's particularly true when
9    you're talking about accusations of something that's
10   illegal, right?
11   A.  Yes.
12   Q.  And do you agree that race discrimination
13   is wrong?
14   A.  Yes.
15   Q.  Why?
16   A.  Because it shouldn't have any bearing on
17   how you treat someone.
18   Q.  Is that it?
19   A.  I -- I'm not sure how lengthy of an answer
20   to give.
21   Yeah, I mean, I just -- it's wrong.  Like,
22   you shouldn't do it, and you can give lots of reasons as
23   to the why.  But, in essence, it's -- it's wrong.
24   Q.  And do you agree that retaliating against
25   an employee for making a complaint of discrimination is

Page 109

1  wrong?
2        A.    Yes, I think that's wrong.
3        Q.    Why is that wrong?
4        A.    Because we shouldn't fear for, you know,
5  making an accusation in being treated just to explore
6  something or investigate something.  Actions should only
7  be based on, you know, work effort, you know, when we're
8  thinking about the workplace.
9        Q.    Do you agree that employees should be
10  protected from making complaints of discrimination even
11  if it makes their supervisor feel bad?
12        A.    Yes.
13             MS. HOFFMAN:   Form.
14        Q.    (By Mr. Swain)   By the way, so we talked
15  about that you created this Deposition Exhibit 38 because
16  Mr. Jackson instructed you that you should document
17  everything, right?
18        A.    Yes.
19        Q.    And the last entry on here is August 25,
20  2020, correct?
21        A.    I believe so.  Yes.
22        Q.    Ms. Mohamed wasn't terminated until about
23  a week after that; is that right?
24        A.    Yes.
25        Q.    Why did you stop documenting on August 25,

Page 110

1  2020?
2             MS. HOFFMAN:   Counsel, you cut out again.
3  Can you please repeat?
4        Q.    (By Mr. Swain)   Why did you stop
5  documenting, consistent with Mr. Jackson's instructions,
6  on August 25, 2020?
7        A.    I'm not sure if I transferred them over to
8  this document as the -- as additional documentation, but
9  there were other notes via emails -- or not notes via
10  emails, but the next steps were in all of the emails.
11        Q.    What next steps are you talking about?
12        A.    The things that occurred after the 25th.
13        Q.    Ms. Mohamed being fired, for example?
14        A.    I'm sorry?
15        Q.    Ms. Mohamed being fired, for example?
16        A.    That was ultimately on September 1, but
17  prior to that, there were lots of emails about the status
18  of her work.  I just didn't transfer them over to this
19  because it was a very linear exchange, or I felt like it
20  was picking up where this left off and that I didn't need
21  to copy it over, because there was, you know, a nice
22  email chain there -- or chains, plural.
23        Q.    In your mind, is it important to document,
24  like you did in Deposition Exhibit 38, so you can have
25  evidence that an employee is being treated fairly?

Page 111

1        A.    I think that might be one reason, but I
2  think there's lots of reasons.  You know, memory is one,
3  to remember what happened and when.
4        Q.    What are some other ones?
5        A.    To remember, you know, what was said at
6  the time.  To remember -- you know, lots of different
7  reasons.  I'm struggling for how to summarize those
8  for -- for the court right now.
9             I think it helps remember, for myself,
10  what I knew at what point in time of -- of situations,
11  you know, because I -- you know, I know a lot more
12  information now than I knew three years ago about a lot
13  of different things unrelated to this.
14             So it helps me, you know, remember the
15  chain of events because I think that can get blurry over
16  time.
17        Q.    So you testified earlier, I think, that
18  the decision was not made to fire Ms. Mohamed until
19  January -- or, I'm sorry, September 1, 2020; is that
20  right?
21        A.    Correct.
22        Q.    When's the first time that you discussed
23  the possibility of firing Ms. Mohamed with anyone at
24  SHRM?
25        A.    I don't remember the exact date that it

Page 112

1  came up as a discussion, but it was definitely not any
2  decisions made before September 1 that I was not a part of.
3        Q.    But you're the person who made the
4  recommendation that she be fired, right?
5        A.    Yes.
6        Q.    And what documentation exists about the
7  discussions about terminating Ms. Mohamed before the
8  decision was made?
9        A.    I had verbal conversations with Jeanne
10  about, you know:  This is the status of Ruby's work.
11             I believe there were some emails as well
12  of just getting updates -- Ruby was on lots of those --
13  of where we were, where -- what the status of the
14  projects were.
15             And just about, you know:  Let's see what
16  happens at the deadlines.  These are firm.  They have
17  been extended a lot of times.  And then we'll determine
18  what the next steps are, you know.
19             We didn't want to make any presumptions of
20  things will be finished or not finished or what things
21  would look like, and so we didn't make decisions -- I
22  made the recommendation on September 1 in the morning
23  that, you know, with what was left to be done, I think we
24  needed to move forward with -- and I think termination
25  was the right recommendation.

Page 113

1    Q.    And you made that recommendation for the
2  first time on September 1, 2020, you said?
3    A.    I believe so, yes.
4    Q.    And is that based on your memory or
5  documents that you've reviewed, or what?
6    A.    It's based on my memory, but I also -- I
7  know I didn't say "We need to terminate Ruby" before we
8  saw what she turned in.
9    Q.    So you don't think SHRM had made the
10  decision to fire her before the deadlines passed on
11  August 31, 2020?
12    A.    Not that I'm aware of.
13    Q.    Just one moment here. I need to pull up
14  something.
15        (A pause occurred in the proceedings.)
16    Q. (By Mr. Swain)  Were you on the telephone
17  call when Ms. Mohamed was fired?
18    A.    There was a little glitch. Can you say
19  that again?
20    Q.    Sure.
21        Were you on the telephone call when
22  Ms. Mohamed was fired?
23    A.    Yes.
24    Q.    Who else was on that call?
25    A.    I believe it was Keren Maldonado, but I

Page 114

1  would want to double-check.
2    Q.    What would you need to look at to
3  double-check that?
4    A.    I'm not sure what -- if I have
5  documentation to remember that. I don't know if my
6  calendar goes back that far.
7    Q.    Okay.
8    A.    I think it was Keren. I've had a couple
9  different conversations with -- exit interviews with
10  employees. That's where, I'm just trying to remember. I
11  think it was Keren for -- for Ruby.
12    Q.    Okay. And is it your testimony that that
13  telephone call took place on September 1, 2020?
14    A.    I believe so, best I can remember.
15    Q.    Did -- tell me about what you remember on
16  the morning of September 1, 2020, when you say you first
17  made the recommendation that Ms. Mohamed would be
18  terminated.
19    A.    So I remember I went to my boss, Jeanne
20  Morris, and shared with her what work product was turned
21  in, how much was still missing, how much work still
22  left -- still was left to be complete, and recommended
23  that at this point, you know, I think we need to move
24  forward with separation for Ruby. And, you know, she
25  agreed.

Page 115

1        And then we also had a dialogue over the
2  phone together with Sean Sullivan, and he agreed that
3  that was the best steps. He had a couple questions to
4  verify. You know -- you know:  Are we talking, you know,
5  just a little bit of changes or documentation that she
6  needed to finish, or are we talking about significant
7  levels of effort left?
8        And when I confirmed that it was a lot of
9  work left to finish, he agreed that we should proceed
10  with termination.
11    Q.    And your testimony is that both of those
12  conversations, the one with Mr. Sullivan and the one with
13  Ms. Morris, happened on September 1, 2020; is that right?
14    A.    Yes, that's what I remember.
15    Q.    Would it surprise you if you learned that
16  SHRM had actually prepared Ms. Mohamed's termination
17  paperwork before September 1, 2020?
18    A.    Yes, that would surprise me.
19    Q.    Why would that surprise you?
20    A.    Because it wasn't a recommendation or a
21  decision until September 1.
22    Q.    Well, I'm going to share a document with
23  you.
24        And this one's a little bit different,
25  okay? Because this is a Word format document, all right?

Page 116

1  It was produced to us by SHRM in Word format. All right?
2        So open this up and tell me when you have
3  it open, please.
4    A.    Okay. I have it open.
5    Q.    What is this document?
6    A.    It looks like a termination letter
7  addressed to Ruby from Mike Jackson.
8    Q.    What's the date on it?
9    A.    August 31.
10    Q.    And that's before the date that you say
11  the decision to fire Ms. Mohamed was made, isn't it?
12    A.    Yes.
13    Q.    What's your reaction to seeing a
14  termination letter of Ms. Mohamed before you say the
15  decision was even made?
16        MS. HOFFMAN:  Form.
17    A.    I'm very surprised. I was not part of a
18  conversation before that -- that morning. I -- you know,
19  of September 1. I went over to Jeanne's office and, you
20  know, talked to her and, you know, then we called Sean
21  about what the next steps are. So I'm really surprised.
22    Q. (By Mr. Swain)  Why is that surprising to
23  you?
24    A.    Because I was her people manager, so the
25  recommendation would need to come from me, so I'm not

Page 117

1  sure why this was drafted and dated on the 31st because
2  it was definitely not conversations I was a part of.
3      Q.    You had discussed the possibility of
4  terminating Ms. Mohamed before September 1, though,
5  correct? You just hadn't made the formal recommendation?
6      A.    It was one of many possibilities, yes.
7      Q.    What were the other possibilities?
8      A.    Well, the best possibility would have been
9  that the projects would have been complete and we would
10  have continued on with what came next.
11          Another possibility would have been they
12  were really, really close and we would have talked about,
13  you know, how do we figure out how to make those ready
14  for market and quickly.
15          And, you know, also then talking about,
16  you know, if they were really close, addressing kind of
17  how to help her with timelines and help her resolve some
18  of the issues that started occurring over the summer with
19  her performance.
20          And as you mentioned, yes, of course,
21  termination was a possibility, but it was all based on
22  what the work product looked like -- or not looked like,
23  but the completeness and all the -- all the components
24  for a finished product.
25      Q.    At least this deposition exhibit --

Page 118

1          MR. SWAIN:   Is it 40?  I forgot to mark
2  that one with the title.  Deposition Exhibit 40; is that
3  correct, Ms. Dittmer?
4          THE COURT REPORTER:   Yes.
5      Q. (By Mr. Swain)  This Deposition Exhibit 40
6  seems to indicate that SHRM had made the decision to fire
7  Ms. Mohamed before the deadlines had even passed,
8  correct?
9          MS. HOFFMAN:   You're going to need to
10  repeat that.
11          MR. SWAIN:   Sure.
12          MS. HOFFMAN:   You glitched out.
13      Q. (By Mr. Swain)  This Deposition Exhibit 40,
14  the termination letter dated August 31, 2020, seems to
15  indicate that SHRM had made the decision to fire
16  Ms. Mohamed before then, correct?
17          MS. HOFFMAN:   Form and foundation.
18      A.    I mean, I can't speak to why someone wrote
19  this in advance.
20      Q. (By Mr. Swain)  Well, would you agree that
21  if the decision was made to fire Ms. Mohamed before the
22  deadlines had even passed, it casts doubt on the
23  explanation that that's the sole reason for her
24  termination?
25          MS. HOFFMAN:   Form.

Page 119

1      A.    I mean, I think when you're -- I mean,
2  just in general, when you're saying August 31 to
3  September 1, the deadlines were the 31st.  So they may
4  have drafted them in case that was a thing we did.  I
5  don't know.  I'm just speculating.  I can't speak to it.
6          But I know I definitely waited and
7  reviewed her work product before I made that
8  recommendation as a final decision, on my behalf, so I
9  can't speak to what others did.
10      Q. (By Mr. Swain)  So tell me, do you recall
11  what Ms. Mohamed submitted that you reviewed before
12  deciding she should be fired?
13      A.    I remember there were two PowerPoints that
14  were shared or -- you know, whether they were emailed or
15  in a shared, you know, folder.
16          The PowerPoint for Digital Transformations
17  was fairly complete, but the rest of the materials were
18  not.  Edits were also not incorporated yet.
19          And Compliance of HR, there was a
20  PowerPoint also in draft form, and it was about -- a
21  little over halfway complete on the PowerPoint.  There
22  were two modules that were still left to finish and --
23  about, and some other rework on the other modules, and
24  also all of the other materials were not done yet.
25      Q.    And had Ms. Mohamed offered any

Page 120

1  explanation why the two modules on Compliance and HR were
2  not finished?
3      A.    Yes.  She shared that the SME was not
4  providing documentation.
5      Q.    And what was your response to that?
6      A.    So that had been a conversation that had
7  been going on for quite a while with that project.
8          In -- in May, her and I were talking about
9  the SME, our subject matter expert, or SME, and, you
10  know, talked about how originally, the project was going
11  to be that the SME was going to draft content and that
12  she was more of just reviewing, maybe adding some
13  instructional design activities or, you know, adding some
14  graphics, things like that, and being kind of his
15  instructional designer guide.
16          And in May, she realized that that wasn't
17  happening and that he was falling behind.  And so, you
18  know, we talked about a different approach, that -- and
19  not different from instructional design, but the role
20  that she would be taking on the project would be
21  different and being more of doing the work and
22  interviewing him and getting the information from him
23  that we would with any project, in order to complete it
24  and get it done.
25          You know, so that started in May.  It was

Page 121

1  a conversation also in June. You know, and kind of kept
2  continuing.
3          But then, you know, as time would pass,
4  she would just share that she was waiting on updates from
5  Lou and I would -- Lou is the SME, I'm sorry. And so I
6  would continue to probe: Well, what are you doing to get
7  the information a different way? Because as an
8  instructional designer, you know, we can get content lots
9  of different ways.
10          And so that was my continued reaction, was
11  like: Well, this isn't a surprise. This has been the
12  case. How are you accommodating and pivoting for it?
13          You know, and a couple days before a
14  deadline or a week before the deadline, you know, is a
15  little late to be solving for it when I thought she was
16  working on that for the past few months.
17      Q.    Let me show you another exhibit. Okay?
18      A.    Okay.
19      Q.    And like Deposition Exhibit 40, this is
20  one that was produced to us in native format by SHRM.
21      A.    40 -- this one's 41, okay.
22      Q.    41, yes.
23      A.    Okay. I have it open.
24      Q.    Have you ever seen this before?
25      A.    I don't remember if I saw it. You know,

Page 122

1  reading it and kind of glancing at it, seems like a
2  document that was shared with Ruby on her termination
3  meeting, but I don't recall if I had a copy or saw it
4  during that conversation.
5      Q.    Okay. I'm going to do something a little
6  different, which is share my screen. All right?
7          Okay. So I'm opening the properties.
8          And what can you see from my screen now,
9  by the way? The whole thing?
10     A.    I'm seeing a very narrow window of, looks
11  like your file structure.
12     Q.    Okay. What I'm going to do is share --
13  here we go.
14          This is the properties of Deposition
15  Exhibit 41, okay? The one we were just looking at that
16  was the separation agreement.
17          Do you see it?
18     A.    Yes, I --
19     Q.    Okay.
20     A.    -- believe so.
21     Q.    You see the title is "Exhibit 41," the
22  same one I just sent to you, okay?
23     A.    Okay.
24     Q.    Now, let's go over and check out the
25  Details tab.

Page 123

1          So right here, it says the content was
2  created on August 28, 2020.
3          Do you see that?
4      A.    Yes.
5      Q.    And it says the date it was last saved was
6  8:09 a.m. on August 30, 2020.
7          Do you see that?
8      A.    I do.
9      Q.    Now, I think you said that you weren't
10  sure if you had seen this document before. But does it
11  surprise you to see that this separation agreement was
12  created on the morning of August 30, 2020 -- or last
13  saved on the morning of August 30, I should say?
14     A.    Yeah. I mean, I'm not sure why it would
15  have been prepared in advance of September 1. You
16  know --
17     Q.    Unless --
18     A.    -- that's --
19     Q.    -- the decision had already been made to
20  fire Ruby Mohamed, correct?
21          MS. HOFFMAN:  Counsel, let the witness
22  finish.
23     A.    Yeah. So I was saying I would not be
24  aware of why. I made the decision -- or made the
25  recommendation. I didn't make the decision solely. You

Page 124

1  know, like I mentioned, Jeanne and Sean were both part of
2  that decision-making process, and I have no idea why
3  or -- how HR operates or why they would have prepared
4  documentation in advance. I can't speak to why they did
5  that.
6      Q.    (By Mr. Swain)  Does it surprise you that
7  the agreement was created on the afternoon of August 28,
8  2020?
9          MS. HOFFMAN:  Form and foundation.
10     A.    I'm not sure how to react to it because,
11  you know, it's not -- it wasn't something I created.
12     Q.    (By Mr. Swain)  Does that raise doubts in
13  your mind whether the decision was actually made by
14  someone else before September 1, 2020?
15          MS. HOFFMAN:  Form and foundation.
16     A.    I mean, I -- when I think back on it, I
17  felt very much a part and felt very much like this was my
18  recommendation on the morning after deliverables were
19  due.
20          Yeah, I -- I can't speak to -- to why. I
21  mean, there's a lot of -- always a lot of things. I
22  just -- I don't want to speculate why someone would have
23  done that.
24     Q.    (By Mr. Swain)  I'm asking you a slightly
25  different question, okay?

Page 125

1    Does it raise doubts in your mind whether
2    the decision to fire Ruby Mohamed had already been made
3    before you recommended it on September 1, 2020?
4    MS. HOFFMAN:   Form and foundation.
5    A.   I would need a lot more information to
6    know whether there was any other conversations going on
7    that I wasn't a part of.
8    Q.   (By Mr. Swain)   What information would you
9    need?
10    A.   I would want to talk to the folks that
11    created those documents and understand why they were
12    created and have the dates that they do.
13    Q.   If someone seeing those creation and last
14    save dates concluded that the decision to fire
15    Ms. Mohamed had been made before September 1, 2020, would
16    you think that was an unreasonable conclusion?
17    MS. HOFFMAN:   Form.
18    A.   I don't think there's enough information
19    to make that conclusion.
20    Q.   (By Mr. Swain)   Why not?
21    A.   One, for me, I didn't make that decision
22    until after I had her submissions on the 31st.  One of
23    them may have come in before the 31st.  I don't
24    remember.
25    But, you know, I can't speak for others.

Page 126

1    I think, you know, it's definitely -- it's interesting,
2    and I think it would be worth exploring who created those
3    documents and why and if there was a reason why they were
4    created and what led to that.
5    Q.   If someone from HR had reached out to you
6    on August 28 and said, "Hey, we're going to create Ruby's
7    termination paperwork," what would your response have
8    been?
9    MS. HOFFMAN:   Form.
10    A.   If someone would have reached out to me
11    and said that?
12    Q.   (By Mr. Swain)   Yeah.
13    A.   I would have been like, "Well, I think
14    it's a little premature.  I think we need to see what she
15    turns in."
16    If they wanted to prepare it as an option,
17    that that might be something, because it was an option of
18    many that might be next steps.  You know, I don't know
19    what their workloads look like.  You know, maybe someone
20    was preparing something in advance.
21    But if they asked me, I would have been
22    like, "Well, what are you doing that for now?  Like, it's
23    too early."
24    Q.   Among the options, was extending the
25    deadlines considered as an option?

Page 127

1    A.   No.
2    Q.   So if Ms. -- because -- if Ms. Mohamed had
3    asked you to extend the deadlines, your answer would have
4    been no.
5    Am I understanding you?
6    A.   I would have needed to understand why she
7    wanted to extend the deadlines.  But when I looked at --
8    you know, just kind of thinking about the overall time
9    that she already had to complete the work on both of
10    those, it was a more than reasonable timeline to finish
11    those projects and already had many extensions.
12    Q.   So you mentioned you would have needed to
13    understand why she would need another deadline extension,
14    right?
15    A.   Uh-huh.
16    Q.   What -- what could Ms. Mohamed have said
17    to you that would have justified extending the deadlines
18    further?
19    MS. HOFFMAN:   Form.
20    A.   I think it's hard for me to think about at
21    that point in time what I would have decided versus now.
22    I'm not sure I can speculate that, honestly.
23    Q.   (By Mr. Swain)   You said you wouldn't have
24    made any different decisions knowing what you know now,
25    right?

Page 128

1    A.   Correct.
2    Q.   Ms. Mohamed had been telling you kind of
3    repeatedly why she was having difficulties getting the
4    completed product, hadn't she?
5    MS. HOFFMAN:   Form.
6    A.   She was mentioning that, like, a week --
7    the last week or two prior to the end of August.  I don't
8    remember exact dates.  But she was mentioning about this
9    to me not documenting content, which had been a
10    conversation we had been having since, to my memory,
11    probably about May.
12    And there were many different routes that
13    she could have taken in order to get that content.  So
14    that's where it felt like a late complaint or a continue
15    the same reason and not looking to solve for how to fix
16    that.
17    It's a common thing that comes up in
18    instructional design where SMEs may or may not follow
19    through, and we have to keep finding different routes to
20    get there.
21    MR. SWAIN:   I know you're in the East
22    Coast time zone.
23    THE WITNESS:   Sorry.
24    MR. SWAIN:   Do you need to break for lunch
25    or anything?

Page 129

1    THE WITNESS:  I'm good for a little bit
2  longer, but probably soon-ish, you know.
3    MR. SWAIN:  Okay.
4    THE WITNESS:  I would say within maybe the
5  next half an hour.
6    MR. SWAIN:  Okay.  That will be good.
7    Q.  (By Mr. Swain)  Let's talk about some of
8  the things that you were saying to other SHRM employees
9  about Ms. Mohamed shortly before her termination.
10    And we are at Exhibit 42?  Yes.
11    Before I send you Deposition Exhibit 42,
12  we looked at 40 and 41, right?  They're the two
13  native-format Word documents.
14    Sitting here today, is this the first time
15  you ever heard that SHRM had prepared the termination
16  documents before September 1, 2020?
17    MS. HOFFMAN:  And I'm just going to object
18  to the extent that that calls for attorney-client
19  privileged communications.
20    But, Carolyn, to the extent you can answer
21  that question without divulging anything attorney-client
22  privileged, you can.
23    A.  I don't remember seeing these before now.
24  If I had, I don't remember.  I'm -- I was just focused on
25  my own documentation and my own -- my own recollection

Page 130

1    Q.  (By Mr. Swain)  And I'm going to split a
2  hair very finely here, but it's my job as a lawyer.
3  Okay?
4    So without telling me what you said to
5  SHRM's lawyers or what SHRM's lawyers said to you, did
6  you know before today that SHRM had prepared this
7  termination paperwork before September 1, 2020?
8    MS. HOFFMAN:  And same objection.
9    And same instruction to the witness.
10    A.  Not that I can remember.
11    Q.  (By Mr. Swain)  Let's go to Exhibit 42.
12    Let me know when you have that pulled up,
13  and take a minute to look through it if you need to.
14    A.  Okay.  I remember this.
15    Q.  Deposition Exhibit 42 has the Bates
16  numbers SHRM 0788 to SHRM 0790.
17    You said that you remember this.  Why do
18  you remember it?
19    A.  Just because, as I read through it, I'm --
20  I'm remembering it.  It was --
21    Q.  Is --
22    A.  Yeah.
23    Q.  Is this one of the documents that you
24  looked at in preparation for today's deposition?
25    A.  It either was or it was something that I

Page 131

1  looked at in my own emails to remember.
2    Q.  I'd like to direct your attention to the
3  message on the first page of this Deposition Exhibit 42,
4  the one from you, Carolyn Barley, to Sean Sullivan and
5  Mike Jackson on Friday, August 7, 2020 at 10:49 a.m.
6    Do you see that email?
7    A.  I do.
8    Q.  And it says:
9    "Hi Sean and Mike -"
10    "I do want to circle back on this after
11  giving it some more thought. I think you are both aware
12  of how things were before Ruby was OOO in the past week
13  and a half."
14    Did I read that correctly?
15    A.  Yes. And "OOO" stands for "out of
16  office."
17    Q.  I was going to ask you that. I --
18    A.  Yeah.
19    Q.  -- thought that's what it meant, but you
20  never know. There's a lot of acronyms at SHRM.
21    A.  Yes.
22    Q.  So what did you mean "how things were
23  before Ruby was [out of the office] this past week and a
24  half"?
25    A.  Let me look back over the rest of the

Page 132

1  email exchange so that I can try to remember. I don't
2  remember off the top of my head.
3    (A pause occurred in the proceedings.)
4    A.  So prior to her leave -- and I think that
5  may have -- I think that's a typo for the "July 20
6  meeting." I think that actually occurred on June 20.
7    So prior to her out of office for probably
8  at least a month, give or take, she was unresponsive to
9  me, was canceling meetings, you know, right before, not
10  attending, and just really not -- to what I could
11  observe, not working.
12    And then, you know, asked for this
13  unplanned week and a half, almost two weeks of leave with
14  two days' notice, which I approved. You know, we have
15  open leave at SHRM, we had it at that time, but confirmed
16  that she would still be able to meet her deliverables and
17  her deadlines. And so that was what I -- I believe I was
18  referring to with Sean.
19    I also believe that Ruby had contacted
20  Sean before her leave. I may have those -- that timeline
21  wrong, just looking at this. But I just wanted to check
22  in with Sean and Mike about what to -- what next steps to
23  do.
24    Q.  (By Mr. Swain)  And so you just essentially
25  summarized the rest of the email. I was asking you what

Page 133

1  you meant by "how things were before Ruby was [out of the
2  office]."
3          So is it your testimony that that's what
4  you meant: Everything else in the rest of the email?
5          A.    Well, I think -- without reading the whole
6  email, I think I was adding that prior to her being out
7  of office, not only was she not in the meetings, but I
8  wasn't seeing any progress on any of her projects for
9  many weeks, almost a month.
10         Q.    You didn't say that in the email, though,
11 did you?
12         A.    I don't think I said that in the email.
13 That's where I was clarifying that I added that when I
14 mentioned "I think you are both aware of how things
15 were."
16         Q.    And it says, "Since the" June -- "July 20
17 meeting between Mike, Jeanne and the ISD team, Ruby has
18 cancelled her meetings with me and the team right before
19 they have been scheduled to happen."
20         And you clarified earlier, you thought
21 that was referring to June 20 instead, correct?
22         A.    Correct.
23         Q.    How many meetings did Ruby cancel with you
24 in that time period between July 20 and August 7, 2020?
25         A.    I don't remember off the top of my head.

Page 134

1          Q.    That would be documented in emails or
2  event cancellations from Outlook or something like that,
3  though, wouldn't it be?
4          MS. HOFFMAN:    Form.
5          A.    It should be. I don't know how those show
6  up in the retention policy or that -- you know, but it
7  should be.
8          Q. (By Mr. Swain)   Did you cancel any meetings
9  with Ms. Mohamed in that time period?
10         A.    I don't remember. I'm sure I canceled
11 meetings with Ruby from time to time or rescheduled them
12         Q.    Because having to cancel or rescheduling
13 meetings is a -- something that happens for legitimate
14 reasons, correct?
15         A.    It --
16         MS. HOFFMAN:    Form.
17         A.    Yes, it can.
18         Q. (By Mr. Swain)   And sitting here today, you
19 can't recall how many meetings Ms. Mohamed canceled with
20 you?
21         A.    I can't remember an exact number, but it
22 was many and it was over an extended period of time.
23         Q.    When you say "many," you mean more than
24 five?
25         A.    I think so. You know, it was definitely a

Page 135

1  significant number.
2          Q.    More than ten?
3          A.    I can't recall that specific. I would
4  probably say in the five-to-ten range, but again, I would
5  need to double-check. I'm not sure if there's
6  information where I can validate that or verify that, but
7  it was definitely becoming more than just once, and it
8  was both meetings with myself and with the team.
9          Q.    So it's your testimony that Ms. Mohamed
10 canceled multiple meetings just with you and meetings
11 with the team; is that correct?
12         A.    Yes.
13         Q.    Did you express to Ms. Mohamed that it was
14 inappropriate for her to reschedule or cancel her
15 attendance at a meeting?
16         A.    I can't remember.
17         Q.    Well, do you think it would have been a
18 good best practice to tell her that if it's something you
19 were going to hold against her?
20         MS. HOFFMAN:    Form.
21         A.    Yes, but because of the other
22 conversations that were going on with Sean at this time,
23 that's where I wanted to understand how they wanted me to
24 proceed and what next steps to -- to do.
25         Q. (By Mr. Swain)   And the conversations with

Page 136

1  Sean you're referring to are Ms. Mohamed's complaints of
2  discrimination and retaliation, correct?
3          A.    Yes.
4          Q.    I'm just going to spill the beans here. I
5  have looked at all of Ms. Mohamed's sent and received
6  emails from this time period. I could only find one
7  meeting that she missed.
8          What's your response to that?
9          MS. HOFFMAN:    Form and foundation.
10         A.    I'm sure there were more than one. There
11 were -- if I'm remembering, there were more than probably
12 five.
13         Q. (By Mr. Swain)   And is that based on your
14 memory or documents that you've looked at?
15         A.    Based on my memory at this point, as well
16 as the context of these emails that are helping me, you
17 know, trigger the memories that were at the time.
18         Q.    Your memory seems to be particularly
19 strong about this topic, right? When earlier, you
20 couldn't remember a conversation that you had with Jeanne
21 Morris less than two weeks ago.
22         So --
23         MS. HOFFMAN:    Form.
24         Q. (By Mr. Swain)   -- I'm trying to figure out
25 if there's any evidence to support your claim that

Page 137

1  Ms. Mohamed missed five meetings or if it's just
2  something that you remember?
3          MS. HOFFMAN:   Form.
4      A.   So there was extenuating circumstances the
5  other week, and I don't really want to repeat those.
6          But at the time and whether or not she
7  canceled the meetings -- but there were many team
8  meetings that she just didn't show up.  Whether that she
9  officially canceled and didn't show up to the meeting,
10 I'd have to go back and look in Outlook.  I don't know if
11 those are still in there, and I can look if there's other
12 notes that support that, as well as asking other team
13 members at the time that were present.
14         But I know there were cancellations with
15 me as well, where she didn't show up to meetings.  So
16 there might not be that evidence in the email chain.  But
17 yeah, it was definitely more than one.
18     Q.   (By Mr. Swain)   Was it more than ten?
19     A.   No.  I don't think it was more than ten.
20     Q.   What -- and I think you may have answered
21 this, but I just want to be clear.
22         So to your knowledge, what evidence exists
23 that would allow SHRM to prove Ms. Mohamed missed between
24 five and ten meetings during this time period?
25     A.   We would have to look at Outlook calendars

Page 138

1  to see if there's that information.  I can look through
2  other emails for documentation to support that piece of
3  information, as well as ask the other team members that
4  were a part of the team at the time.
5      Q.   Let's go on to the next sentence.
6          The next sentence says:  "She had not
7  responded to any team [mails] either" -- "team emails
8  either."  Pardon me.
9          Did I read that correctly?
10     A.   Yes.
11     Q.   Was that an accurate statement, that
12 Ms. Mohamed hadn't responded to any team emails?
13         MS. HOFFMAN:   Form.
14     A.   I -- I believed that at the time.  I would
15 have to go back and check to verify.
16         But when I say "responded to any team
17 emails," I was referring to that time period.
18     Q.   (By Mr. Swain)   The time period between
19 July 20 and August 7?
20     A.   Yes -- well, except I do state that is a
21 typo.  I think it was June 20, but --
22     Q.   June 20?
23     A.   Yeah, I think.
24     Q.   Okay.
25     A.   Yeah.  I'm not . . .

Page 139

1      Q.   So your testimony is you think it's
2  accurate that Ms. Mohamed didn't respond to any team
3  emails between June 20 and August 7, 2020?
4          MS. HOFFMAN:   Form.
5      A.   That's what I wrote at the time.
6      Q.   (By Mr. Swain)   Let's take a look at
7  Deposition Exhibit 43, which I'm just sending through.
8          Let me know when you have it open.
9      A.   43?  43.
10     Q.   Got it?
11     A.   Yes.
12     Q.   Okay.  The first page of Deposition
13 Exhibit 43 has the Bates Number MOHAMED 014398.
14         And this appears to be a meeting
15 invitation from Ms. Mohamed to you, Jeanne Morris, and
16 Elizabeth Lacey; is that correct?
17     A.   Yes.
18     Q.   And the date of this is July 21, 2020,
19 correct?
20     A.   Yes.
21     Q.   So can we agree that Ms. Mohamed was
22 proactively reaching out to you and other team members on
23 July 21 to schedule a meeting about the Digital
24 Transformation project?
25     A.   Yes.

Page 140

1          And I'd like to clarify.  When I mentioned
2  "team emails" in the note to Sean, I was referring to the
3  instructional design team as a whole.  In our group, all
4  communications.  Is that -- I don't know if I'm saying
5  that well.
6          So as a team, we would have group for the
7  whole instructional design team.  I wasn't referring to
8  the education team at large.
9      Q.   Okay.
10     A.   Nor individual project tracks.  I was
11 talking about group team emails.
12     Q.   And so what was the general subject matter
13 of the group team emails that you were talking about?
14     A.   I'd have to go back and look.  They're
15 usually related to project timelines, status updates,
16 next steps, those kind of -- kind of project management
17 topics.
18     Q.   Did you inform Ms. Mohamed that you
19 expected her to respond to those emails and that the fact
20 that she wasn't responding was troublesome for you?
21     A.   So the team was all instructed to respond
22 with updates.  I didn't single Ruby out and ask her
23 individually to give me her update except for continuing
24 the updates of the group team emails.
25         And I'm sure I -- I don't think I said

1  anything about that it was being held against her, but as
2  part of the team, we need to communicate.
3       Q.   We can agree that you did hold it against
4  her, though, didn't you?
5       MS. HOFFMAN:   Form.
6       A.   I thought it was concerning and wanted to
7  figure out how to mend this relationship.
8       Q. (By Mr. Swain)   Do you think it was fair to
9  Ms. Mohamed for you to have concerns about her behavior
10  or performance that you never communicated to her?
11       MS. HOFFMAN:   Form.
12       A.   So I think Ruby was aware of her deadlines
13  and needed to meet them and that I was supporting her in
14  the ways that she was asking me to change.  And so I
15  think she's responsible for her work performance and
16  performing her projects and completing them.  So I think
17  it's fair to understand that if you don't meet your
18  deadlines, that it would be held against you.
19       Q. (By Mr. Swain)   What do the deadlines have
20  to do with what we're talking about right now?
21       A.   Because Ruby not participating in
22  finishing her projects by the deadlines and not
23  collaborating with the team is part of what led, in my
24  opinion, to her not meeting her deadlines.
25       Q.   Explain what you mean by Ruby "not

1  collaborating with the team."
2       A.   That's when I'm referring to the updates
3  with the team meetings that she either didn't attend;
4  additionally, there were meetings where she would attend
5  and not participate at all.  And so it felt very much
6  like she was just not -- it felt like she wasn't working.
7       Q.   And was there anything else that created
8  this feeling that Ruby wasn't working, besides what
9  you've just testified to?
10       A.   The other piece was not being able to see
11  any progress on her work.  You know, she wasn't keeping
12  things on the S drive, which was a team norm and a SHRM
13  norm in general, so there was no way.
14       And, you know, I would have to ask for
15  updates, but it was challenging at that time because when
16  she criticized my management styles, she was asking me
17  not to micromanage her, so I was giving her some space
18  and then it would be:  Well, you know, Lou is not giving
19  me this information.
20       And so it was kind of a cyclical, you
21  know, I needed to ask her these questions as her manager,
22  but yet those were the things that she was complaining
23  about in turn.
24       Q.   Is it your testimony that Ms. Mohamed did
25  not send a performance report to the team with all the

1  updates in June 2020?
2       A.   I don't remember.  She may have sent an
3  update in 20 -- in June.
4       Q.   Is it your testimony that Ms. Mohamed did
5  not send an update in July 2020?
6       A.   I think some of my email with Sean is
7  being taken out of context, and I'd have to look at all
8  the emails.  I think there was definitely a withdrawal
9  from Ruby from the team in the updates, and I don't -- I
10  don't know without looking at the documentation and I
11  don't want to just rely on my emails.
12       Q.   Turn to the last page of Deposition
13  Exhibit 43, which has the Bates Number MOHAMED 016998.
14       A.   Okay.
15       Q.   Are you there?
16       A.   Yes, I'm there.
17       Q.   This is a team email, isn't it?
18       A.   Yes.
19       Q.   In which Mohamed's providing updates to
20  the team?
21       A.   Yes.
22       Q.   Would you like to amend any of your prior
23  testimony that Ms. Mohamed was not sending team emails or
24  providing updates to the team?
25       MS. HOFFMAN:   Form.

1       A.   I mean, clearly this happened in that time
2  frame.  I don't -- didn't remember this when we were just
3  talking.
4       I do think there were different emails
5  that I was specifically referring to related to the team
6  that there was unresponsiveness to.
7       But clearly this fell in that time frame
8  so, yes, there were some.
9       Q. (By Mr. Swain)   Well, can we agree that
10  your statement to Mr. Sullivan and Mr. Jackson that
11  Ms. Mohamed has "not responded to any team emails"
12  creates the impression that she's just not doing it?
13       MS. HOFFMAN:   Form.
14       A.   I'm sorry, can you repeat the question?
15       Q. (By Mr. Swain)   Sure.
16       It's inaccurate to claim that Ms. Mohamed
17  was not providing updates to the team between June 20 and
18  August 7, 2020, isn't it?
19       MS. HOFFMAN:   Form.
20       A.   I think I could have been more accurate in
21  my description to Sean in the email.  We had verbal
22  conversations as well.
23       Q. (By Mr. Swain)   Did you document those
24  verbal conversations consistent with Mr. Jackson's
25  instructions for you to document what was going on?

Page 145

1        MS. HOFFMAN:   Form.
2        A.    I believe I documented many of them.  I'd
3    have to look and -- and find them, whether they're in
4    written notes or whether there's any other electronic
5    format.
6        Q.    (By Mr. Swain)   It's really frustrating for
7    me to hear that you have to go back and look for stuff
8    that we've asked for for months and months and months.
9        Can you commit to go through whatever
10   emails were not destroyed or deleted and produce
11   everything to your counsel that you have not already
12   done?
13       A.    Yes.  And prior to this, I was doing my
14   best to find everything that was relevant.  There was no
15   intentional withholding of any documentation.
16       You know, you're asking if there maybe is
17   documentation somewhere.  I don't think so, but I will be
18   happy to look.
19       Q.    What does the word "relevant" mean to you
20   in this context?
21       MS. HOFFMAN:   Form.
22       A.    Related to the projects or conversations
23   pertaining to Ruby at the time, or since then, if any of
24   those had occurred.
25       Q.   (By Mr. Swain)   So, for instance, according

Page 146

1    to that definition, your emails between you and Mike
2    Jackson about Ms. Mohamed would be relevant, right?
3        A.    I guess.  I --
4        Q.    But you didn't --
5        A.    -- mean, I'm --
6        Q.    -- realize that --
7        A.    -- realizing that now, but I didn't think
8    about that prior to -- prior to today.
9        And when I looked at those emails, it
10   was -- there's -- it was literally scheduling time --
11   which I'll be happy to share those after this and be able
12   to share those through counsel -- that it was:  Hi, Mike,
13   are you available to talk later today?  And very -- Sure,
14   I'm available at this time.  And that was all that they
15   were.
16       And so, you know, even if I had thought of
17   them before, I would have been like:  Well, that doesn't
18   really prove anything or say anything of merit.  It was
19   just Mike and I connecting.
20       Q.    Well, do you realize, at least at the time
21   you were asked to gather these emails at first, you were
22   a potential defendant in this case?
23       A.    Yes.
24       Q.    Do you think it's fair for a defendant to
25   go through and make their own independent determinations

Page 147

1    about what's relevant and what isn't?
2        MS. HOFFMAN:   Form.
3        A.    I mean, at some point, I can -- I'm
4    happy to -- my whole in-box is available, that I -- it's
5    hard to know what's relevant and what's not, especially
6    when it's historical going back, to be able to find where
7    things are, because they're in different -- in different
8    places.  I mean --
9        Q.    (By Mr. Swain)   That's why I asked --
10       A.    -- I have hundreds of files.
11       Q.    -- SHRM to preserve everything instead of
12   just letting people decide on their own what's relevant
13   and what isn't.  Anyway . . .
14       MS. HOFFMAN:   I think it's a good time to
15   take that lunch break.
16       Carolyn, how long do you need on your end?
17       THE WITNESS:   I don't know.  20 minutes,
18   30 minutes?  I don't know what's normal.
19       MR. SWAIN:   20 or 30 is fine.  Whatever --
20       THE COURT REPORTER:   Can we take 30?
21       MR. SWAIN:   You said 30, Shelly?
22       THE COURT REPORTER:   Yes, please.
23       MR. SWAIN:   Okay.  30 minutes.
24       (Recess taken from 12:17 p.m. until
25   12:55 p.m.)

Page 148

1        Q.    (By Mr. Swain)   Ms. Barley, did you have a
2    nice lunch break?
3        A.    Yes, thank you.
4        Q.    As nice as possible under the
5    circumstances, I guess, right?
6        A.    Yeah, of course, yeah.  I got some
7    sunshine, so -- got --
8        Q.    Okay.
9        A.    -- fresh air.
10       Q.    Did you have an opportunity to talk to
11   Ms. Hoffman during the lunch break?
12       A.    Yes.
13       Q.    Same question as -- did you discuss your
14   testimony with Ms. Hoffman during the lunch break?
15       A.    No.
16       Q.    Did you review any documents during the
17   lunch break?
18       A.    No.
19       Q.    Is there anything from your testimony
20   earlier in the day that you want to supplement or change
21   after talking with Ms. Hoffman during the lunch break?
22       A.    No.
23       Q.    So we've talked about this is a race
24   discrimination and retaliation case, correct?
25       A.    Yes.

Page 149

1    Q.    Ms. Mohamed alleges that SHRM
2  discriminated against her because of her race and color.
3         You understand that?
4    A.    Yes.
5    Q.    And particularly, she alleges that she was
6  subjected to race and color discrimination by you as her
7  manager.
8         Do you understand that?
9    A.    Yes.
10    Q.    And Ms. Mohamed alleges that SHRM
11  retaliated against her, including by firing her, after
12  she made protected complaints of discrimination.
13         Do you understand that?
14    A.    Yes.
15    Q.    And in particular, she alleges that you
16  and the other folks who made the decision to fire her
17  were the ones who retaliated against her, acting on
18  SHRM's behalf.
19         Understood?
20    A.    Yes, I understand that's -- yeah.
21    Q.    Do you believe that Ms. Mohamed was
22  subjected to race and color discrimination?
23    A.    No.
24    Q.    When did you make that determination that
25  she was not subjected to race and color discrimination?

Page 150

1    A.    When she brought it to my attention in
2  June, when she brought up about race, I paused and
3  thought about anything that I did --
4    Q.    Okay.
5    A.    -- because nothing that I was doing was
6  intentional, but I paused and thought about if there was
7  anything that I was doing that could be construed that
8  way.
9         And I didn't see anything because I was
10  treating everybody with similar or the same guidance and
11  leadership.
12    Q.    So you made that decision that she was not
13  being subjected to race and color discrimination on
14  June 12, 2020?
15    A.    I'm sure I thought about it more than just
16  that day, but, you know, I reflected to make sure. In
17  some of our dialogue, she even asked, you know, "Could
18  you just pause and think about if there is anything?"
19  And I said, "Sure, I'll be happy to -- to think back."
20         But I couldn't come up with anything that
21  I was doing that was treating her differently than I was
22  the rest of the team or other members on the team.
23    Q.    I'm trying to figure out as close in time
24  as we can when you decided in your own mind that her race
25  and color discrimination complaints had no merit.

Page 151

1    A.    So --
2         MS. HOFFMAN:    Form.
3    A.    Can't give a specific date or time, and
4  that was my own opinion. And I believe -- and I'm glad
5  that HR performed their own evaluation because I don't
6  think it was my decision whether or not that occurred.
7  It was my own -- you know, I could reflect on my own
8  opinion, but I don't think that was -- I wasn't making it
9  for SHRM.
10    Q.    (By Mr. Swain)  Do you recall saying
11  something along the lines of "I can't think in that
12  racist mind-set because I have a biracial child"?
13    A.    I'm sorry, can you repeat that question?
14  Do I recall saying that?
15    Q.    Yeah, something along those lines.
16    A.    I don't remember saying it in that --
17  saying that. I probably mentioned that I have a biracial
18  son, but I don't recall saying that phrase.
19    Q.    Well, do you think that's true, that you
20  are less likely to discriminate against someone because
21  you have a biracial son?
22         MS. HOFFMAN:    Form.
23    A.    I don't think that has -- I don't think
24  that has one thing to do with the other. I think it's a
25  fact that I have a biracial son, but I don't think that

Page 152

1  would eliminate someone from, you know, having -- being
2  discriminatory. I don't think it's a cause and effect.
3    Q.    (By Mr. Swain)  Do you think it's possible
4  that you can ever be discriminatory in your interactions
5  with other folks?
6         MS. HOFFMAN:    Form.
7    A.    Do I think it's possible?
8    Q.    (By Mr. Swain)  Yep.
9    A.    Sure, I think it's possible for anybody to
10  do.
11    Q.    Do you think you're less likely to
12  discriminate against someone on the basis of race than
13  other people?
14         MS. HOFFMAN:    Form.
15    A.    I can't speak for other people, but I --
16  not in any intention make any decisions based on race or,
17  you know, think that I treat folks differently because of
18  their race or the color of their skin.
19    Q.    And we already discussed
20  implicit bias a bit this morning.
21         Do you remember that?
22    A.    Yes.
23    Q.    And I think part of what you were saying
24  is that implicit bias can impact the way that you treat
25  each other -- other people without intentionally making

Page 153

1  decisions because of their race.
2              Is that a fair summary?
3      A.    I think that's a general summary.
4      Q.    When did you first learn that Ms. Mohamed
5  was also alleging retaliation?  Do you remember?
6      A.    Oh, I don't remember.
7      Q.    Do you think Ms. Mohamed was retaliated
8  against for her complaints of discrimination?
9      A.    I don't think so.
10      Q.    When did you make that determination in
11  your own mind that Ms. Mohamed was not retaliated
12  against?
13          MS. HOFFMAN:   Form.
14      A.    I mean, well, I didn't -- my decisions
15  weren't based on anything other than the work
16  performance, so when it was brought to my attention
17  later -- because it was well after all of this had
18  transpired -- I was like:  Well, that's interesting
19  because that definitely wasn't why I made any
20  recommendations or decisions.
21          So I can only speak to what my decisions
22  were.
23      Q. (By Mr. Swain)   So it's your memory that
24  you didn't hear from Ms. Mohamed that she had been
25  retaliated against until after her termination?

Page 154

1      A.    Not that I can remember.  I don't remember
2  any times before that off the top of my head.
3      Q.    And you indicated that before
4  Ms. Mohamed's termination, SHRM did some kind of
5  investigation of her complaints of discrimination; is
6  that right?
7      A.    Yes, I'm aware of that there was something
8  of -- or investigated applied to me.
9      Q.    And you're aware of that because Mike
10  Jackson and I think Sean Sullivan both asked you about
11  it; is that right?
12      A.    Yes, I believe they both did.  I can't
13  remember which conversations were -- which conversations
14  took place when, but I remember talking to both of them
15  about the situations and the accusations and, you know,
16  giving my own context to both of them.
17      Q.    "Accusation" is a pretty strong word;
18  would you agree?
19          MS. HOFFMAN:   Form.
20      A.    Yes.
21      Q. (By Mr. Swain)   Why do you characterize
22  Ms. Mohamed's complaints as an accusation?
23      A.    Because I don't believe they were true,
24  and I -- they are a very strong thing to accuse someone
25  of.  And so I'm not sure what other word to use besides

Page 155

1  "accuse" or "accusation."
2      Q.    Do you think Ms. Mohamed is lying?
3          MS. HOFFMAN:   Form.  Foundation.
4      A.    I can't speak to what she thinks.
5      Q. (By Mr. Swain)   You haven't made up your
6  mind if you think she's being dishonest or not?
7          MS. HOFFMAN:   Same objection.
8      A.    I don't think that there's any evidence of
9  any kind of discrimination or retaliation that I'm aware
10  of.  I think that I treated her the same way that I
11  treated other team members and colleagues, and I didn't
12  make decisions based on anything other than her work
13  performance.
14      Q. (By Mr. Swain)   So you can't answer yes or
15  no whether you think she's lying or not?
16          MS. HOFFMAN:   Same objection.
17      Q. (By Mr. Swain)   Before you answer --
18          MR. SWAIN:   -- what's the basis of this
19  objection, Ms. Hoffman?
20          MS. HOFFMAN:   She can't speak to what's in
21  your client's mind.  It's a base -- it's a form objection
22  to the question, as well as to the foundation this
23  witness has.
24      Q. (By Mr. Swain)   I'm asking you your
25  opinions, Ms. Barley.

Page 156

1          Do you understand that?
2      A.    Yes.
3      Q.    In your opinion, do you believe
4  Ms. Mohamed is lying?
5      A.    I believe some of her information is not
6  the same interpretation that I have of the -- of the
7  events, and I don't believe that I treated her any
8  differently than I treated the rest of the team.  So I
9  don't think those are truthful accusations when she said
10  I treated her differently.
11      Q.    I want to unpack that a little bit.
12          So it sounds like you and Ms. Mohamed have
13  two different versions of the facts that led up to her
14  termination; is that fair to say?
15      A.    Probably, yeah, that seems fair.
16      Q.    Do you think it's because you genuinely
17  perceive the events that happened differently, or do you
18  think Ms. Mohamed is being dishonest?
19          MS. HOFFMAN:   Form.  Foundation.
20      A.    I'm still not sure how to answer that
21  question and -- and can't speak to what she believes as
22  her truth, and I don't feel that's fair to make that
23  opinion of someone else.
24          I can speak to what I was aware of or what
25  I know, so I'm not sure how else to answer that question.

Page 157

1    Q.   (By Mr. Swain)   Do you think Ms. Mohamed's
2    versions of events could be true and it could be the case
3    that SHRM discriminated against her and retaliated
4    against her?
5         MS. HOFFMAN:   Form.
6    A.   Not to my knowledge that I have, nor any
7    of my actions that I believe that happened.
8    Q.   (By Mr. Swain)   Do you think Ms. Mohamed
9    genuinely believes that SHRM discriminated and retaliated
10   against her?
11        MS. HOFFMAN:   Form and foundation.
12   A.   I feel like I still can't speak to what
13   someone else believes, and that's really hard for me to
14   make that judgment on what someone else feels.
15   Q.   (By Mr. Swain)   Is it possible that
16   Ms. Mohamed's version of events is the correct version of
17   events?
18        MS. HOFFMAN:   Form and foundation. Also
19   asked and answered at this point.
20        MR. SWAIN:   I'll keep asking the question
21   until I get a real answer.
22        MS. HOFFMAN:   She can't speak to what's in
23   your client's mind, which is certainly what you're trying
24   to get her to do.
25        MR. SWAIN:   Answer the question, and I'm

Page 158

1    going to keep asking until I get a real answer.
2         MS. HOFFMAN:   Okay. At some point in
3    time, you're harassing my client and I'm going to
4    terminate the deposition and we can take it up with the
5    judge.
6         MR. SWAIN:   Go ahead.
7    A.   I have a different opinion of what
8    occurred in that time frame. I can't speak to what
9    Ruby's opinion is or her mind-set or any of those things.
10        I'm answering what I can, and based on my
11   facts that I can share, clearly we have a different
12   opinion of what occurred. Not sure what else to say.
13   Q.   (By Mr. Swain)   Do you believe that it's a
14   genuine difference of opinion, or do you believe that
15   Ms. Mohamed is being dishonest in her recollection of
16   events?
17        MS. HOFFMAN:   Form and foundation.
18   A.   I don't know how to answer that question.
19   I think that -- I mean, I really, I don't know how to
20   answer that question.
21        I think that there are things that Ruby is
22   sharing or stating that are untrue. I did not treat her
23   differently than I treated other team members. And so
24   beyond that, I can't speak to any more of the -- of the
25   the -- of the opinions. I think that's the basis of a

Page 159

1    lot of -- a lot of her complaint.
2    Q.   (By Mr. Swain)   You think her complaint's
3    based on opinion; is that what you were just saying?
4         MS. HOFFMAN:   Form.
5    A.   I -- I think that's a piece of many
6    things. I'm really not sure how to speak to someone
7    else's opinion, so that's why this is really challenging
8    and I -- I'm not sure how else to answer the question.
9    Q.   (By Mr. Swain)   I'm asking you your
10   opinion, okay?
11        So when -- when someone asks you if you
12   think another person is lying, there's really only three
13   options: There's yes, I think they're lying; no, I think
14   that what they're saying is genuine, they genuinely
15   believed that; or I haven't made up my mind about that
16   yet.
17        MS. HOFFMAN:   Is that a question?
18   Q.   (By Mr. Swain)   Which of those three
19   options would you pick?
20        MS. HOFFMAN:   Form.
21   A.   I'm not sure I can pick an option other
22   than I guess maybe I haven't made up my mind yet, because
23   I wouldn't make up my mind about that for someone else.
24   Q.   (By Mr. Swain)   So if you haven't made up
25   your mind whether Ms. Mohamed is being dishonest in her

Page 160

1    claims of race discrimination and retaliation, it must be
2    that there's a possibility that she's right.
3         Do you agree with that?
4         MS. HOFFMAN:   Form and foundation.
5    A.   I -- can you repeat that question?
6    Q.   (By Mr. Swain)   Sure.
7         MR. SWAIN:   Ms. Dittmer, can you repeat
8    the question.
9         (The following question was read:
10        "QUESTION: So if you haven't made up your
11   mind whether Ms. Mohamed is being dishonest in her claims
12   of race discrimination and retaliation, it must be that
13   there's a possibility that she's right.
14        "Do you agree with that?")
15   A.   That's not where I thought that question
16   was being asked. It was asking me about her -- my
17   opinion of her, which I said I don't want to make that
18   opinion and I don't -- I can't make that decision.
19        But I, with my own self-evaluation, do not
20   believe that I discriminated against her in any way, and
21   that I treated her the same as I treated the other
22   members of the team.
23   Q.   And you stand by your decision to have
24   Ms. Mohamed fired, correct?
25   A.   Yes. Her not finishing her projects on

Page 161

1  time.
2      Q.   And for no other reason?
3      A.   No other reason.
4      Q.   That's a good transition to talk about the
5  deadlines.
6           So can you describe to me, generally, how
7  the instructional design manager position is different
8  than being an instructional designer or a senior
9  instructional designer or a lead instructional designer,
10 which is the title that you have now?
11     A.   Yeah.  So the manager is responsible for
12 overseeing the team, right?  So regular people management
13 duties like hiring, performance reviews, approving leave,
14 all those kind of administrative type of tasks as a -- as
15 a manager.
16          The instructional design manager is also
17 assigning, but also in a collaborative way, what projects
18 people are working on; establishing deadlines, also at
19 times in a collaborative way; and, you know, just
20 adhering and making sure that things are moving and
21 tracking in that, you know, same kind of project
22 management lens.
23          The manager's also at times going to be
24 developing content as business needs and working on other
25 projects.  There's always lots of other special projects

Page 162

1  as assigned, "special" just meaning outside of the normal
2  curriculum that we create.
3          An instructional designer is primarily
4  responsible for creating content, following, you know,
5  instructional design methodology, and other projects as
6  assigned.  We have lots of -- lots of different things
7  going on at SHRM, so there's lots of extra projects that
8  come up.
9          And then -- you wanted to explore the --
10 my role now as a lead?
11     Q.   Sure.  Yeah.  So a lead -- well, let me
12 ask you:
13          So as an instructional design manager, you
14 had direct reports; is that right?
15     A.   Yes.
16     Q.   In the time frame of May, June, July,
17 August 2020, how many direct reports did you have?
18     A.   Four.
19     Q.   Who were they?
20     A.   Ruby, Ann Godmere, Carrie Mills, and Ebony
21 Thompson.
22     Q.   And Ebony Thompson was fired in early
23 August 2020, correct?
24     A.   Yes.  I don't remember the date, but that
25 sounds right, of the time period.

Page 163

1      Q.   Ebony Thompson is a Black woman, isn't
2  she?
3      A.   Yes, she has black skin.
4      Q.   But like Ms. Mohamed, you can't determine
5  what her race is; is that right?
6      A.   Correct.
7      Q.   And can I also take it that you don't know
8  the race of Ann Godmere or Carrie Mills?
9      A.   Correct.
10     Q.   What color is their skin?
11     A.   They both look white.
12     Q.   By the way, so earlier, we were -- when we
13 were talking about implicit bias, you said that you had
14 thought about the concept of implicit bias and how it
15 might have impacted your interactions with Ms. Mohamed.
16          Is that a fair summary of what you said
17 earlier?
18     A.   I think I said something along those
19 lines, yeah.
20     Q.   How can you interrogate if implicit bias
21 is impacting how you're treating someone if you don't
22 know what their race is?
23          MS. HOFFMAN:  Form.
24     A.   So I was evaluating what I did with the
25 team in general and looked for any ways that I was

Page 164

1  treating folks differently.
2          MR. SWAIN:   Can you repeat the question I
3  asked, Ms. Dittmer.
4          (The following question was read:
5  "QUESTION:  How can you interrogate if
6  implicit bias is impacting how you're treating someone if
7  you don't know what their race is?")
8      A.   Am I supposed to answer again?
9      Q.   (By Mr. Swain)  Yes.
10     A.   So I evaluated how I treated the team as a
11 whole and each individual.  And, you know, their race, I
12 wasn't sure of what anyone's race was.  I was just
13 looking if there were ways that I was treating folks
14 differently.
15          And I mean, again, this was just my own
16 self-evaluation and my own opinions that I was sharing
17 later as the formal investigation and -- and more data
18 was gathered.  I wasn't making the ultimate decision on
19 whether it took place or not, so . . .
20     Q.   Okay.  Maybe you're not understanding my
21 question, so I'll try to reframe it.  Okay?
22          So in this -- and this is a race
23 discrimination case, correct?
24     A.   Yes.
25     Q.   And Ms. Mohamed is alleging that you

Page 165

1  treated her and other people of color differently than
2  white counterparts because of their race.
3             Does -- does that sound accurate?
4             MS. HOFFMAN:  Form.
5             Q. (By Mr. Swain)  Let me rephrase that
6  because I don't -- I don't mean that to be a misleading
7  question.
8             I'm summarizing what Ms. Mohamed is
9  alleging right now, right?  And I know you are not going
10 to admit to race discrimination.
11            But she's saying that you treated her and
12 other people of color differently than their white
13 coworkers, correct?
14            MS. HOFFMAN:  Form.
15            A.   I believe I've seen that -- that there's
16 claims that I treat others as well, but most of what I've
17 seen is that it's about my treatment of her.
18            Q. (By Mr. Swain)  Well, you know that Ebony
19 Thompson complained that you were discriminating against
20 her, too, don't you?
21            MS. HOFFMAN:  Form. Foundation.
22            A.   We had one meeting where things were
23 shared and where those -- you know, race -- racial
24 discrimination was part of that meeting.  But outside
25 of that, I didn't have any other context.

Page 166

1             Q. (By Mr. Swain)  You didn't ask what her
2  complaints were based on, anything like that?
3             A.   So in the meeting that I'm talking about,
4  I was very much absorbing the information and was told to
5  listen. You know, and so I -- I heard what she had to
6  say and I heard what Ruby and other team members said at
7  that meeting.
8             But again, I was using the same management
9  style and -- and project management techniques for
10 everyone, and so I couldn't find a way that I was doing
11 something different with anyone: Ebony, Ruby, Carrie,
12 Ann, or others that I worked with.
13            Q.   Did you ask for more details about the
14 basis for Ms. Thompson's complaint of race
15 discrimination, what she was saying you did or said?
16            A.   I can't remember.
17            Q.   You don't think that's important enough to
18 remember?
19            MS. HOFFMAN:  Form.
20            A.   It's no opinion about how important or not
21 important it is.  But I don't remember right now or I
22 can't recall any of the next-step details.
23            Q. (By Mr. Swain)  So when you learned that
24 two of the four people that were your direct reports had
25 accused you of race discrimination, you didn't even try

Page 167

1  to figure out what their races are?
2             MS. HOFFMAN:  Form.
3             A.   No.
4             Q. (By Mr. Swain)  Why not?
5             A.   I mean, visibly, they are both women of
6  color, right?  They both have brown or, you know, darker
7  skin.  But I have no idea what their race was.
8             I mean, I knew Ruby, from conversation and
9  working with her for, you know, the tenure that we had,
10 that I knew she was born in -- born in Egypt and moved
11 here, you know, in her college-ish age of -- at, you
12 know, time of life.
13            But I don't know much about Ebony's past
14 or, you know, I don't know any details about her race.
15            Q.   What does the word "ebony" mean, do you
16 know?
17            A.   I think "ebony" means black.
18            Q.   Let's get back to instructional design
19 lead.
20            So when did you move from instructional
21 design manager into the instructional design lead role?
22            A.   I think we mentioned that earlier.  It was
23 end of 2022/early 2020- -- I'm sorry, end of 2021/early
24 2022.  Whether it was December or January, you know,
25 there was some conversations leading up to it, and then

Page 168

1  it was official in January.
2             Q.   And when you moved into that instructional
3  design lead role, you no longer had any direct reports;
4  is that correct?
5             A.   Correct.
6             Q.   So is it fair to say that that is a
7  demotion in the sense that it involves less
8  responsibility?
9             MS. HOFFMAN:  Form.
10            A.   It seems more of a lateral move.  This
11 lead role has now been a -- shown up in a couple
12 different departments across SHRM, and it's when someone
13 decides that they're rather more passionate about the
14 work and creating the -- the deliverables, whatever
15 department you're in -- I can speak for myself -- rather
16 than having the people management side of the role.
17            And so, you know, after two years, I was
18 like: You know what?  I'm not -- this isn't quite for
19 me.  I'd rather stay pursuing, you know, learning and
20 development and it's similar more -- to me, it was more
21 of a lateral move.
22            Does that answer what you're looking for?
23            Q. (By Mr. Swain)  So is it fair to say that
24 you moved -- made that lateral move, you call it, because
25 you were having some challenges as a people manager?

Page 169

1    MS. HOFFMAN:   Form.
2    A.   I don't know if it was -- I don't know if
3  "challenge" is the word that I would use.  I didn't like
4  the work.  I didn't like the -- the people manager
5  responsibilities.  I could do them.  It had nothing to do
6  with whether I was capable.  It just wasn't what I wanted
7  to continue pursuing as I grew in my career.
8    Q.  (By Mr. Swain)  So if Jeanne Morris said
9  that the second half of 2020 presented some challenges
10  for you as a people manager, you would disagree with that
11  summary?
12    A.   Whether --
13    MS. HOFFMAN:   Form.
14    A.   -- I was presented with challenges?  I
15  mean, there were challenging situations going on in
16  2020 -- I'm sorry, end of 2021.  There was another
17  employee who was not performing well and challenging to,
18  you know, get that person to perform.
19    So, yeah, I mean, there were -- there were
20  people manager challenges going on.
21    Q.  (By Mr. Swain)  Who was that person you
22  were just referring to?
23    A.   Amy.
24    Q.   Amy Papp?
25    A.   Yes.

Page 170

1    Q.   And that's the woman who SHRM replaced to
2  step into Ms. Mohamed's role after SHRM fired Mohamed --
3  Ms. Mohamed; is that correct?
4    A.   I'd have to look at the timings because we
5  had multiple vacancies that we were filling.  I don't
6  remember, like, whether it was an exact replacement,
7  because there was Amy and there was also a hire of Darrin
8  Jones to -- you know, because we had multiple -- you
9  know, whether it was a one-to-one replacement, that's all
10  I'm trying to say.
11    Q.   Understood.
12    I take it that you don't know Ms. Papp's
13  race; is that right?
14    A.   No.
15    Q.   What color is her skin?
16    A.   It looks white.
17    Q.   The challenges presented to you as a
18  people manager, would that include being accused by half
19  of your team of race discrimination?
20    MS. HOFFMAN:   Form.
21    A.   I mean, that was definitely something that
22  was part of my tenure as a people manager at SHRM.  Was
23  also challenges of, you know, getting folks to perform at
24  the level that we needed for SHRM.  Among other things.
25  And just in general, it's not for me.

Page 171

1    Q.  (By Mr. Swain)  During your time as an
2  instructional design manager, how many people did you
3  terminate?
4    A.   As an instructional design manager, how
5  many did I terminate?  Three, I believe.
6    Q.   So we talked about Ms. Mohamed on
7  September 1, 2020.  Ms. Ebony Thompson in approximately
8  early August 2020.
9    A.   Uh-huh.
10    Q.   Who was the third person?
11    A.   Amy Papp.
12    Q.   Amy Papp.  And when -- when did SHRM fire
13  Ms. Papp?
14    A.   I don't remember the exact date.  I want
15  to say November-ish of 2021.  Whether -- it was November
16  or early December.  I don't remember the exact date.
17    Q.   2021?
18    A.   Yes.
19    Q.   Okay.  And during your time as an
20  instructional design manager, how many of your direct
21  reports resigned?
22    A.   One.  One or two.  I can't -- I think
23  Obi -- there was a woman on our team named Obi, and I
24  can't remember when she resigned, whether it was formally
25  before I was the manager.  It was around the same time

Page 172

1  period.  But there was one other person besides her.
2    Q.   And --
3    A.   Let me rephrase, I'm sorry.
4    Two.  I'm getting blurred of when I was
5  the manager and when I was the lead.  I'm sorry.
6    Q.   And Obi, is that -- and I'm going to
7  butcher her name because I've never heard someone say it
8  who I think really knows how to pronounce it.
9    Obianuju Oraqwue?
10    A.   Yes.
11    Q.   Okay.  And Obi, I take it, you don't know
12  her race; is that right?
13    A.   Correct.
14    Q.   What color is her skin?
15    A.   Black.
16    Q.   Carrie Mills resigned while you were an
17  instructional design manager, too, didn't she?
18    A.   Yes.
19    Q.   Did you ever hear that Ms. Mills had also
20  complained that you were discriminating against the
21  people of color on your team?
22    MS. HOFFMAN:   Form.  Foundation.
23    A.   I can't remember anything along those
24  lines.  I just don't remember.
25    Q.  (By Mr. Swain)   Is that the kind of thing

Page 173

1  you would forget if you had heard it?
2          MS. HOFFMAN:   Form.
3      A.   I -- I don't know.  I can't remember.
4      Q.  (By Mr. Swain)   There's a lot of race
5  discrimination complaints floating around, so I can see
6  how you might forget some of them.
7          What about Alek Nedelkovski; does that
8  name ring a bell?
9      A.   Yes.
10      Q.   Who is -- is that a man or a woman?
11      A.   Man.
12      Q.   Who was he?
13      A.   He was a senior instructional designer on
14  the team.
15      Q.   He also resigned while you were the
16  manager of the instructional design team, didn't he?
17      A.   No.
18      Q.   No?
19          Were you an instructional design lead at
20  the time that he resigned?
21      A.   Yes.
22      Q.   Who was the instructional design manager,
23  if there was one, after you moved into the lead position?
24      A.   So after I moved into the lead position,
25  the instructional design team temporarily reported,

Page 174

1  everyone, to Jeanne Morris.  And they -- they,
2  leadership, evaluated the role and elevated it to a
3  director of instructional design and then filled that
4  role around May of 2022.
5      Q.   Okay.
6      A.   And so then the rest of our team then
7  reported into that new director role.
8      Q.   And just to summarize, so during your time
9  as instructional design manager, you terminated three of
10  the team managers and two of the team members resigned,
11  correct?
12      A.   I believe so, but I'm -- I'm not sure with
13  Obi, whether she is part of that time period or not.
14          Just in all transparency, Carrie Mills
15  resigned and also Darrin Jones resigned while I was the
16  manager.
17      Q.   Did you ever hear the reason that they
18  gave why they were resigning?
19      A.   They told me they both got different
20  opportunities that aligned with their skill set.  I know
21  Carrie really wanted to work remotely, and so her new
22  position allowed her to work remote all the time, which
23  was not something SHRM was going to entertain for someone
24  that was hired for an office.
25      Q.   Okay.

Page 175

1      A.   Outside of that, I don't really know many
2  details.
3      Q.   Two of the three people you fired have
4  black skin, don't they?
5      A.   Yes.
6      Q.   Let's move back to talking about the
7  duties of the instructional design manager role.
8          So specifically the setting and managing
9  of deadlines function.  Okay?
10      A.   Okay.
11      Q.   Can you describe how deadlines are set for
12  projects on the instructional design team or at least how
13  they were -- how that was handled when you were the
14  instructional design manager?
15      A.   Sure.
16          So a number of things would be taken into
17  account.  One, if there were any -- what the business
18  demands were for a -- a new design or a redesign.  You
19  know, and depending on what kind of program.
20          I mentioned before about, you know, the
21  seat time of how much the final product would be
22  definitely has a factor into how much time it would take
23  to develop something.  So a 7 1/2-hour program obviously
24  takes less time than a 15-hour program.  It's just less
25  material to create.

Page 176

1          As well as, you know, workloads in
2  general.  If someone is primarily working on one project
3  or if they're needing to pivot on something else.
4          Yeah, those would be the -- kind of the
5  big things that come to mind when I would be setting a
6  timeline.
7      Q.   And this is related, but just slightly
8  different.
9          So what factors would you take into
10  consideration when deciding to adjust timelines once they
11  have been set?
12      A.   So I think some of the factors are, you
13  know, if there was another business priority that arose
14  and kind of required a:  Let's hit pause and move on to
15  something else.
16          I think if -- as a part of analysis and
17  design, if new things were uncovered, it's a reason to
18  reevaluate what's -- what's the new approach or different
19  approach, something along those lines.
20          You know, I mentioned before kind of
21  extenuating, you know, family circumstances or illness,
22  you know, things like that, of course.
23          And, you know, I think in general, like
24  deadlines of, you know, to the moment and extensions, I
25  think, are -- you know, are just, you know, treated on a

Page 177

1  case-by-case basis outside of some of those things, that
2  there might be other reasons that I'm not thinking of at
3  the moment to share.
4        Q.    To me, saying that you treat something on
5  a case-by-case basis implies that there's not objective
6  criteria that are going to decide your decision-making.
7              Would you agree with that?
8        A.    I think it's a mixture of both.
9        Q.    So there's some element of subjectivity at
10 least in making these decisions; would you agree with
11 that?
12       A.    Yes.
13       Q.    And at least when it comes to evaluating
14 the subjective criteria, that's part of your discretion
15 as a manager; is that correct?
16       A.    Yes.
17       Q.    Do you -- so you mentioned "seat time,"
18 and I hadn't heard that phrase.
19             I think I understand what it means from
20 the context, but can you explain.
21       A.    Sure.
22             "Seat time" is a term used to -- how many
23 learning hours are actually going to be created. It's
24 the amount of time -- you know, it's a little more old
25 lingo of how much time is a learner sitting in the seat

Page 178

1  of the class and how much content they're getting, so
2  "learning hours" is another accurate term.
3        Q.    Okay. So for the Digital Transformations
4  course that Ms. Mohamed was working on -- and originally,
5  it was called Digital HR; is that right?
6        A.    Yes. It had a couple different titles as
7  it evolved.
8        Q.    Sounds like there's a working title at
9  first and then the actual title gets firmed up as you get
10 closer to finalizing the project; is that right?
11       A.    Yes, that's fair.
12       Q.    So at the inception of that project, do
13 you remember what the seat time was for that one?
14       A.    Yes. I believe the seat time was
15 7 1/2 hours.
16       Q.    Did the seat time for that project change
17 over the course of the project?
18       A.    Yeah. I believe sometime during analysis,
19 Ruby proposed that it was more content, that it
20 should be a 15-hour program, which we all agreed to. I
21 think Jeanne was involved in some of those or -- or Liz
22 Lacey, but yeah, it evolved into a 15-hour program.
23       Q.    So the seat time doubled for that program
24 throughout its life cycle?
25       A.    Yeah. In the early stages of analysis, it

Page 179

1  was -- she noticed it quite early on that there would be
2  a lot of content.
3        Q.    And Compliance and HR, what was the seat
4  time for that project?
5        A.    I believe 15 hours.
6        Q.    And was it 15 hours in Compliance and HR
7  from the inception of the project, or did the seat time
8  change over the life cycle of that project as well?
9        A.    I believe from the inception. I don't
10 think that changed.
11       Q.    Are you familiar with SHRM's
12 anti-discrimination/anti-retaliation policies?
13       A.    I'm familiar with a lot of different
14 policies. Some of them, I think, are -- are lumped
15 together, but yeah, we have lots of policies.
16       Q.    And I'm asking specifically about the
17 policies about employment discrimination and retaliation.
18             Are you familiar with them?
19       A.    Yes.
20       Q.    Can you tell me, based on your familiarity
21 with those policies, generally what they require?
22       A.    What they require?
23       Q.    Yes.
24       A.    I'm not sure what they require. But, you
25 know, the general essence of them, to me, has always

Page 180

1  been, you know, you don't do it. You know, when we have
2  workplace harassment training, discrimination, you know,
3  tones and tenors like: It's just not acceptable, that
4  we, you know, take it very seriously and don't, you know,
5  tolerate that kind of behavior.
6        Q.    Can you tell me anything else about what
7  they state or require, other than that general
8  description?
9        A.    No, I don't remember anything in more
10 detail.
11       Q.    Why did you fire Amy Papp?
12       A.    For work performance.
13       Q.    What specifically about her work
14 performance?
15       A.    She was unable to finish her project on
16 time, and she just didn't seem like she was going to be
17 able to pivot or shift and be able to perform at the
18 level that we needed.
19       Q.    That was the --
20       A.    I --
21       Q.    -- Total Rewards --
22       A.    I do just want to ask my attorney.
23             THE WITNESS:   It's okay to speak to
24 Amy's -- the details of Amy?
25       Q. (By Mr. Swain)  I'm allowed to ask you

Page 181

1  about anything I want.
2          So -- so answer the question.
3          MS. HOFFMAN:   That's not privileged.
4          She was asking me a question.
5          And yes, you can answer that, Carolyn.
6          THE WITNESS:   Okay.
7          MS. HOFFMAN:   Thank you.
8          THE WITNESS:   Okay.
9      Q.   (By Mr. Swain)   That's the Total Rewards
10  Specialty Credential, right?
11      A.   Yes.
12      Q.   And do you recall when you fired Ms. Papp?
13      A.   I believe we -- we talked about that. I
14  don't remember the exact date, whether it was November or
15  December of -- it would have been 2021.
16      Q.   And --
17          MR. SWAIN:   Just give me one moment here.
18          (Discussion off the record.)
19          (Recess taken from 1:40 p.m. until
20  1:55 p.m.)
21      Q.   (By Mr. Swain)  Ms. Barley, is there
22  anything about your answers that you want to supplement
23  or change after the break?
24      A.   No.
25      Q.   We were talking about Amy Papp a moment

Page 182

1  ago.
2          Was her job title senior instructional
3  designer?
4      A.   Yes.
5      Q.   And you said that you couldn't quite
6  remember exactly when you fired her, but that it was in
7  November or December of 2021, about, right?
8      A.   Yes. I don't remember the specific date.
9      Q.   And you testified that she was terminated
10  for missing a deadline; is that right?
11      A.   For deadline and just performance in
12  general.
13      Q.   What was the general performance that
14  motivated her termination, other than the deadline?
15      A.   So the project that she was working on,
16  the deliverable, she needed significant amount of
17  helps -- help, excuse me. She needed a significant
18  amount of help in order to finish that project.
19          Actions that I would expect a senior
20  instructional designer to be able to do on their own, you
21  know, she just needed a significant amount of support to
22  get the part that she did. And I actually had to take on
23  some of the modules to develop it because there was a
24  business need that we were ready to launch the new
25  Specialty Credential.

Page 183

1          And so that was the basis of her
2  termination.
3      Q.   Did you take on responsibility for some of
4  those modules before or after her termination?
5      A.   Before.
6      Q.   And you said that she missed a deadline,
7  and I want to unpack that.
8          So with her deadline, did she submit
9  something by the deadline and that was incomplete, or did
10  she just blow through the deadline without submitting
11  anything?
12      A.   I would have to go back and -- and look at
13  the details. I don't remember the specifics of what
14  transpired off the top of my head.
15      Q.   Well, in your mind, earlier, you testified
16  that submitting something that is close to final form
17  might be justification for not terminating a person and
18  allowing them to continue working on the project instead
19  of being summarily fired.
20          Is that a fair summary of what you said?
21          MS. HOFFMAN:   Form.
22      A.   Yes. I said that.
23      Q.   (By Mr. Swain)   Were there any other
24  general performance considerations that motivated you to
25  fire Ms. Papp, besides what you already said?

Page 184

1      A.   No, not that I can think of.
2      Q.   I would like to take a look at what I'm
3  marking as Deposition Exhibit 44.
4          Let me know when you have it open.
5      A.   Yes, I have it open.
6      Q.   The first page of Deposition Exhibit 44 is
7  Bates-numbered SHRM 0617, and it goes on to 0619.
8          So at the top of Deposition Exhibit 44, it
9  appears to be an email that you sent to Laurie McIntosh
10  on February 9, 2023.
11          Do you see that?
12      A.   Yes.
13      Q.   Why did you send her that email in
14  February of this year?
15      A.   So Laurie reached out to me and asked me
16  for documentation related to anyone that I terminated
17  while I was a manager.
18      Q.   Who's Laurie?
19      A.   She's the lead -- oh, gosh, her -- I think
20  her title is employee engagement specialist, but she's a
21  lead HR representative. I don't know her title off the
22  top of my head. I'm sure it's in this email chain
23  somewhere.
24      Q.   Did she tell you why she was asking for
25  documentation about people you had fired?

Page 185

1    A.    She didn't.  The only detail she shared
2    was that she was asked to gather that information on
3    behalf of Jim Banks, who's our general counsel.
4        Q.    Understood.
5            And so let's scroll to the last page of --
6    I'm sorry, the second page of Deposition Exhibit 44, the
7    one that's marked SHRM 0618.
8            Do you see that?
9        A.    Yes, I'm there.
10        Q.    Okay.  And this appears to be an email
11    from you to Savita -- how do you pronounce her last name?
12        A.    I believe it's "Raeisian."  She's no
13    longer with SHRM.
14        Q.    Okay.  What was Ms. Raeisian's role at
15    SHRM?
16        A.    Director of talent acquisition, I believe.
17        Q.    Okay.  And the page that we were just
18    looking at, SHRM 0618, the subject of this email is
19    "Documentation"?
20        A.    Uh-huh.
21        Q.    And you sent it to Ms. Raeisian on
22    November 22 of 2021.
23            Is that right?
24        A.    Yes.
25        Q.    And it says:

Page 186

1            "Hi Savita -"
2            "Here is a summary of timeline from August
3    [to] now on Amy's performance.  Please let me know if
4    you'd like to explore any of the information below
5    further."
6            Did I read that correctly?
7        A.    Yes.
8        Q.    And can we agree that "Amy's" referring to
9    Amy Papp?
10        A.    Yes.
11        Q.    Okay.  And I'd like to direct your
12    attention to one of the bullet points halfway down the
13    page, that starts with "October 13."
14            Do you see that?
15        A.    "October 13," yes, I'm there.
16        A.    "October 13, I met with Amy and Alek.  I
17    asked direct questions about how much was completed and
18    how much time was left to finish.  Amy could not answer
19    these questions.  For Amy, I asked if we were going to
20    meet the October 22 date for drafting the program.  She
21    said no.  After that was acknowledged, Alek provided his
22    updates.  I shared with them both that we needed to
23    deliver and meet the timeline for the program launching
24    in December.  Alek committed to" that timeline -- "to the
25    timeline" -- apologies -- "Amy said she would not be able

Page 187

1    to and asked stay on to discuss.  Alek left the call.
2    Amy shared a personal reason for not being able to meet
3    the [deadline].  She shared that she has been performing
4    at 60 - 70% capacity [and] that is impacting her current
5    work and her ability to meet this [deadline]."
6            Did I read that correctly?
7        A.    Yes, and apologies for the typos at the
8    time.
9        Q.    It's okay.
10            What was the personal reason that Amy
11    shared for not being able to meet the timeline?
12        A.    She shared something related to -- gave me
13    the essence of anxiety or stress.  I can't remember the
14    exact words that she used at the time, but that she
15    needed to go and receive treatment and that she would be
16    able to work 60 to 70 percent capacity.
17            MS. HOFFMAN:    Okay.  And I'd like to just
18    mark this portion of the deposition transcript
19    "confidential."  If you could cover that answer, Shelly.
20            THE COURT REPORTER:    Okay.
21        Q. (By Mr. Swain)  So it doesn't indicate that
22    you agreed to extend the deadline in here, does it?
23        A.    No.
24        Q.    Did you agree to extend the deadline?
25        A.    I -- I don't remember, looking at here,

Page 188

1    what the exact deadline was.  I don't believe we extended
2    the deadline because the business needed this program to
3    launch.
4        Q.    And just to be clear, I mean, this
5    paragraph that I just read into the record says that
6    October 22 was the date -- the deadline, correct?
7        A.    The date for drafting the program.
8        Q.    Okay.
9        A.    That --
10        Q.    And --
11        A.    -- was a -- that was a draft milestone,
12    not the full completion of the entire Specialty
13    Credential.
14        Q.    And what was -- so can you explain the
15    distinction between those two for me?
16        A.    Sure.  I'll use this piece that we're
17    talking about.
18            Alek was responsible for eLearnings, and
19    Amy was responsible for the live instructor-led program.
20    This was a Specialty Credential, which has a little
21    different -- it's a little different than the other
22    programs we've been talking about, where there's more
23    components.  And then there's also an assessment
24    developed that would be delivered as, you know, part of
25    the launch and what someone would need to pass in order

1  to earn a digital badge or Specialty Credential.
2          And so when I say October 22 was the date
3  for drafting the program, I was referring to the deadline
4  of the first draft of the full PowerPoint deck.  A first
5  draft is circulated for review.  Both internal
6  stakeholders and subject matter experts are part of that
7  review.  They give feedback.  Depending on the feedback,
8  there's some -- some or a lot of changes.  It varies
9  program to program, and it varies on the current state.
10          And so then after the revisions are
11  implemented, there is often another round of reviews to
12  make sure things are still captured and complete, as well
13  as then once we get to a final -- speaking on the
14  instructor-led portion PowerPoint, then there are
15  materials that are created: workbook, handouts, et
16  cetera, as well as at the time of this, I believe we were
17  still using Adobe Connect.  I'd have to double-check my
18  dates.
19          Adobe Connect is the platform where we
20  delivered virtually, so the instructional designer would
21  still have to create that template for the class.
22          So --
23      Q.  I understand.
24      A.  -- this was just the draft, like the first
25  step of many that were still to come to finish the

1  program.
2      Q.  Understood.
3          And all of that work needed to be done for
4  the December launch date.  And so the reason why the
5  draft deadline was October 22, 2021, was so all the other
6  work could be completed before launch; is that correct?
7      A.  Correct.
8      Q.  And Ms. Papp had indicated that she was
9  not going to be able to meet that drafting deadline.  So
10  on October 19, you met with Ms. Papp to discuss a divide
11  and conquer plan.
12          Do you see that?
13      A.  Yes.
14      Q.  And you would take on building out 2
15  content modules, and you shared with her that:  If you
16  stepped in as a resource, it would have an impact on her
17  performance.
18          Correct?
19      A.  Yes, that's what's written here, and it
20  sounds like what I spoke to her about.
21      Q.  Well, and you wrote this email, didn't
22  you?
23      A.  Yeah.
24      Q.  Okay.  On October 20, you had a pulse
25  check conversation with Amy about her underperforming in

1  her job.
2          Correct?
3      A.  Yes.
4      Q.  And then it skips over October 22.
5          Did Ms. Papp meet the October 22 drafting
6  deadline?
7      A.  I can't recall with the documentation that
8  I have here.
9      Q.  You don't have any independent memory of
10  that after looking at this email?
11      A.  I -- I don't remember.
12      Q.  "October 25, I checked the state of the
13  project and spoke with Amy.  I added another resource
14  given the state of Amy's material and her continual
15  statements that she would not make the" dead -- "the
16  timeline.  I confirmed with her this would also have a
17  negative impact on her performance.  I added the second
18  resource to focus on the visual treatment so we could
19  make the timeline vs. delayed revenue.  I also had to
20  step in and support a section of another module."
21          Did I read that correctly?
22      A.  Yes.
23      Q.  So at this point, after the drafting
24  deadline had passed, you added another resource, meaning
25  another person to work on the visuals, and you took on a

1  third module; is that correct?
2      A.  Yes, I think that sounds -- that's right.
3      Q.  Well, that's what the email says, right?
4      A.  Yeah.
5      Q.  And you wrote the email?
6      A.  Yes.
7      Q.  Okay.  So let's skip to the next page,
8  SHRM 0619.
9          "November 18 - I asked Amy to share final
10  [PowerPoint] with me because I'd like to review."
11          Did I read that right?
12      A.  Yes.
13      Q.  "November 19 - Amy shared the [PowerPoint]
14  with me."
15          Is that the first time that she had shared
16  the PowerPoint with you, the complete draft?
17      A.  No.
18      Q.  When was the first time she shared the
19  complete draft of the PowerPoint with you?
20      A.  Oh, I'm sorry, the complete draft.  We
21  were working on, I believe, a shared document at times.
22  I cannot remember the specific dates when different
23  pieces were completed, that I completed versus what she
24  completed, based on what I see here.
25          And there were iterations where it was a

Page 193

1  draft circulated for SME review and then we had to
2  incorporate edits from the SME review.  So a full
3  PowerPoint was shared at different times.
4          Q.   I didn't say "full PowerPoint."  I said
5  "final PowerPoint."  Because that's what you said in the
6  email on November 18.
7                Is that the first time that she had shared
8  the final PowerPoint with you?
9          A.   The final, yes.  Sorry, clarification on
10  the final, yes.  That would be the -- based on what's
11  written here, I'd have to rely on the words that are
12  here.
13          Q.   Your own words, right?
14          A.   Yes, they're mine.
15          Q.   Okay.
16          A.   And I have to rely on those because I
17  don't have these memories on my -- without looking at
18  them.
19          Q.   It just sounds like you're trying to
20  distance yourself from what's written in this document,
21  and I want to make clear that you're the author of it,
22  okay?
23                MS. HOFFMAN:   Form.  To whatever extent
24  that was a comment or question.
25          Q.  (By Mr. Swain)  So at least as of

Page 194

1  November 22, Amy Papp was still employed at SHRM,
2  correct?
3          A.   Yes.
4          Q.   And that's the same date that you sent
5  this email to Savita -- I'm sorry -- Savita --
6          A.   Yes.
7          Q.   -- correct?
8                So Ms. Papp wasn't terminated at least
9  until late November 2019; is that correct?
10          A.   Yes.
11          Q.   The title of this document -- this email
12  is "Documentation."
13                Is that right?
14          A.   Yes.
15          Q.   Did anyone at SHRM instruct you to create
16  documentation about Ms. Papp the same way that Mike
17  Jackson had instructed you to create documentation about
18  Ms. Mohamed?
19                MS. HOFFMAN:   Form.
20          A.   So I --
21                MS. HOFFMAN:   You can answer.
22                THE WITNESS:   Yeah.
23          A.   I had conversations with Jeanne Morris
24  about my concerns with Amy's performance, as well as
25  Savita, and I also had conversations with Keren Maldonado

Page 195

1  because she was one of the subject matter experts we were
2  using to help create some of this content.
3                And so I was asked to, you know, explain
4  kind of the history and summarize, which is why some of
5  my questions before, I was -- this is definitely a
6  summary of statement.  You know, there were other
7  activities that were occurring that, you know, might
8  paint a -- might add some more detail that I can't
9  recall.
10                But -- so I was, you know, asked then,
11  leading up to November 22, to summarize this.  You know,
12  Savita said, You know, why don't you go ahead and
13  summarize the history and send that to me and we can
14  explore what are the right next steps.
15          Q.  (By Mr. Swain)  Understood.
16                So it was Savita that asked you to
17  document your concerns about Ms. Papp's performance --
18          A.   Yeah.
19          Q.   -- is that right?
20          A.   I believe so.  I'm not sure if anyone else
21  mentioned it or not.  I can't remember.
22          Q.   I'd like to look at another document
23  called -- that I'm marking as Deposition Exhibit 45.
24                Let me know when you have it open.
25          A.   45.

Page 196

1                I have 45 open.
2          Q.   Okay.  And Deposition Exhibit 45 has the
3  Bates Numbers SHRM 0621 to SHRM 0625?
4          A.   Yes.
5          Q.   And let's look about halfway down the
6  first page of Deposition Exhibit 45.
7                It's an email from Amy Papp to you,
8  Carolyn Barley, dated December 7, 2021, correct?
9          A.   Yes.
10          Q.   And so Ms. Papp is sending you an email
11  from her @SHRM.org email account, correct?
12          A.   Yes.
13          Q.   And so, to me, that indicates that she's
14  still employed at SHRM and has access to her email
15  account as of December 7, 2021.
16                Is that a reasonable inference for me to
17  make?
18          A.   Yes.
19          Q.   So does this refresh your memory that
20  Ms. Papp was not terminated until at least after
21  December 7, 2021?
22          A.   Yes.
23          Q.   Okay.  And this email is a little bit
24  spicy.  Let's take a look at it.
25                "Hello Carolyn,"

Page 197

1    "In the spirit of Collaborative Openness,
2  I am happy to be able to provide this information to you
3  via email rather than in Dayforce."
4            Let's move on to the second paragraph.
5            "Out of fairness to you, I feel I need to
6  be transparent in this space.  If I receive a negative
7  performance review, although this is my last choice, I
8  will have no choice but to share my experiences with
9  leadership, because any perceived failure on my part was
10  directly impacted by your actions, and we must own that
11  failure together.  Please believe me when I say I do not
12  want to do that!"
13            How did it make you feel when you saw this
14  email?
15        A.    Obviously not good.
16        Q.    Did you believe that -- and the email goes
17  on to share a number of criticisms of your management of
18  Ms. Papp.
19            Is that a fair summary?
20        A.    Yes, I believe that's fair.
21        Q.    How soon after Ms. Papp sent you this
22  email was she fired?
23        A.    I don't remember the date that she was
24  terminated.
25        Q.    Would it surprise you if it was only

Page 198

1  two days after she sent you this email?
2        MS. HOFFMAN:    Foundation.
3        A.    If that's when it occurred, that's when it
4  occurred.  I don't remember.
5        Q. (By Mr. Swain)    How does that make you feel
6  looking at this sitting here right now?
7        MS. HOFFMAN:    Form.
8        A.    I disagree with it and I think it is -- I
9  think there's a lot more to the situations.  But, you
10  know, people can say what they -- everyone can have their
11  own opinion.
12            So I'm not sure how to say how it makes me
13  feel.  In general, I'm tired, and, you know -- doesn't
14  make me feel one way or another, so -- reflecting on the
15  past.
16        Q. (By Mr. Swain)    Well, one way or another,
17  you had the last word because you terminated Ms. Papp,
18  correct?
19        MS. HOFFMAN:    Form.
20        A.    So --
21        MS. HOFFMAN:    You can answer.
22        A.    I mean, when we looked at the other email
23  with Savita, they were already having lots of
24  conversations about what were the right appropriate next
25  steps for Amy, and so the decisions for termination were

Page 199

1  already occurring prior to that email coming through.  I
2  was sharing documentation and was already making that
3  recommendation for this situation.
4        Q. (By Mr. Swain)    When did you make the
5  recommendation that Ms. Papp would be fired?
6        A.    I don't remember the specific date.
7        Q.    Was it before the actual date of her
8  termination?
9        A.    We were having those conversations and
10  exploring whether there was enough -- you know, had we
11  given her enough chances, and that's where that email to
12  Savita started from, for all of the events that were
13  leading up to it.
14        Q.    So that email to Savita, the one dated
15  November 22, 2021, that was part of the conversations
16  about -- that led to terminating Ms. Papp, correct?
17        MS. HOFFMAN:    Form.
18        A.    I believe that was the beginning of
19  conversations exploring what are the right next steps,
20  and yes, termination was part of the conversations and
21  the ultimate decision.
22        Q. (By Mr. Swain)    And so you don't remember
23  when you made the ultimate decision that Ms. Papp would
24  be fired?
25        A.    No.

Page 200

1        Q.    Because you testified that you made the
2  decision that Ms. Mohamed would be fired the same day
3  that she was terminated, correct?
4        A.    Yes.
5        Q.    But at least in the case of Ms. Papp, you
6  were having discussions about terminating her three weeks
7  or more before she was fired; is that right?
8        MS. HOFFMAN:    Form.
9        A.    I'm -- it sounds like three weeks.  When I
10  look at the dates, that seems appropriate.
11            But yeah, we were having conversations
12  about what were the right next steps to do.  As well as
13  for the personal matter that I shared prior, I was also
14  supporting Amy as an employee, if she was going to be
15  making an accommodation request; and wanted to also give
16  her ample time to be able to do that.  Where if she
17  ultimately decided that she was not making a request, you
18  know, I wanted to give her that fairness and -- and
19  courtesy.
20        Q. (By Mr. Swain)    Is it important to give
21  employees fairness and courtesy?
22        A.    Yes.
23        Q.    Why?
24        A.    Because I think that's part of being a
25  good leader and even just being a colleague.

Page 201

1    Q.   Do you think you were a good leader?
2    A.   I would like to think so.
3    Q.   Sharing a document that has been marked as
4    Deposition Exhibit 46.
5         Please let me know when you have it.
6    A.   Yes, I have it.
7    Q.   Deposition Exhibit 46 has been
8    Bates-numbered SHRM 0714 and SHRM 0715.
9         Do you recognize Deposition Exhibit
10   Number 46?
11   A.   Yes.
12   Q.   Is this one of the documents that you
13   reviewed in preparation for today's deposition?
14   A.   Yes.
15   Q.   This is an email from you to Nick
16   Schacht --
17        MR. SWAIN:  Was someone speaking?
18        Sorry.  I thought I heard something.
19   Q.  (By Mr. Swain)  This is an email from you
20   to Nick Schacht, Jeanne Morris, Bernée Long, and Mike
21   Jackson, entitled "Conversation Documentation."
22        Correct?
23   A.   Yes.
24   Q.   It's more documentation of your
25   interactions with Ms. Mohamed, correct?

Page 202

1    A.   Yes.
2    Q.   Less than a week before she was fired,
3    correct?
4    A.   Yes.
5    Q.   "Hi Nick, Jeanne, Mike and Bernée -"
6         "I just had a one on one check in with
7    Ruby on her projects. Per Nick's advice, he suggested I
8    share my documentation of the meeting. Ruby has 2
9    projects with deadlines of August 31. I've included
10   Bernée since Mike is [out of the office]. The whole
11   meeting lasted about 10 minutes."
12        Did I read that right?
13   A.   Yes.
14   Q.   And following that is a -- appears to be a
15   summary of your conversation with Ms. Mohamed, correct?
16   A.   Yes.
17   Q.   And this is the same type of documentation
18   that Mike Jackson had instructed you to start creating
19   the day that Ms. Mohamed complained of race
20   discrimination to you, correct?
21   A.   Yes.
22   Q.   And so, "Per Nick's advice, he suggested I
23   share my documentation of the meeting."
24        Tell me what you remember about your
25   conversation with Nick Schacht in which he suggested you

Page 203

1    share your documentation.
2    A.   I had seen him because we were on the same
3    floor at the time, and I just asked him for advice
4    because Ruby had looped him in on some other emails
5    related to the -- the deadlines on the projects
6    previously.
7         And so I just wanted his advice of, you
8    know, the meeting clearly did not go well and, you know,
9    there was a lot of conversations around deadlines. You
10   know, we can -- we can see what's here in the exhibit.
11        And he just shared: You know, I think it
12   would be fine if you go ahead and share that with HR.
13   You might as well document it and send it over to them so
14   that they are in the loop of what's happening.
15   Q.   And Bernée Long was supposed to be a
16   neutral mediator, wasn't she?
17   A.   She was, yes.
18   Q.   Why did you include her, other than the
19   fact that Mike Jackson was out of the office?
20   A.   Just because Mike was out of the office,
21   and I believe I had been -- yeah, I mean, just simply
22   because Mike Jackson was out of the office, and she was
23   who we would contact if Mike wasn't available.
24   Q.   Do you really think Ms. Long was, I mean,
25   kind of a neutral third party in her mediation role given

Page 204

1    that she was -- she's essentially just a stand-in for
2    Mike Jackson when he's not available?
3         MS. HOFFMAN:  Form.
4    A.   I'm not sure I can evaluate that. I mean,
5    I was told to reach out to Bernée, you know, I could keep
6    her in the loop as well. But there was also -- I would
7    have to look at what the dates were when mediation
8    stopped. I know Ruby declined continuing at one point.
9    I don't remember what the dates were off the top of my
10   head.
11   Q.  (By Mr. Swain)  This summary of your
12   conversation with Ms. Mohamed, is this an accurate
13   summary of what you said and what she said?
14   A.   I believe so.
15   Q.   Why do you believe that?
16   A.   Because I wrote it at -- shortly after it
17   occurred, you know, so I would like to think that my
18   memory would be good right afterwards.
19   Q.   Let's look into some of the specific
20   things you say in here.
21        So it starts off:  "I opened the meeting
22   saying . . . I don't have any updates to share but I
23   wanted to keep the meeting so she could provide project
24   updates."
25        "Ruby jumped in immediately and said well

Page 205

1  is there an update to the deadlines given the emails and
2  correspondences?"
3          Is that an attempt to quote Ms. Mohamed,
4  or are you paraphrasing what she said?
5      A.  I would say paraphrasing since I didn't
6  put things in quotation marks.
7      Q.  "I said I don't have any updates to the
8  deadlines. She said so you mean that the deadlines are
9  still 8/31? I said yes. She then got very snarky and
10  ranting about [how] she's told me that she shouldn't be
11  held accountable for the vendor not doing his work."
12          Do you see that?
13      A.  Yes.
14      Q.  Do you think that's an accurate
15  description of Ms. Mohamed's tone and demeanor and what
16  she was saying?
17      A.  That is -- yeah, I think that's accurate.
18      Q.  What about her tone or what she was saying
19  indicated that she was being snarky to you?
20      A.  It was about tone of voice and even just
21  some of the words that she chose. I'm not going to
22  remember them all right -- you know, clearly this was
23  three years ago.
24          But I remember that conversation. You
25  know, no matter what I responded, there was, you know,

Page 206

1  multiple questions at the same time or, you know, kind of
2  compressed pressure about, you know, not being held
3  for -- accountable. You know, I should know all of this
4  because I was a designer.
5          You know, I don't want to just summarize
6  what's here in the email.
7          But just a general tone came across
8  extremely snarky and very -- you know, when I use the
9  word "ranting," because it was, you know, a lot of
10  sentences and a lot of statements to -- that I was
11  summarizing here.
12          So it was like that kind of: Well, what
13  about and dah, dah, dah, dah, dah, dah, dah, dah, you
14  know, and why are you changing this and, you know, this
15  should be taken into consideration, dah, dah, dah, and it
16  just -- it was a lot at the same time and -- and an
17  elevated tone, borderline yelling, but I wouldn't
18  classify it as yelling. That's why I use the word
19  "snarky." That was more of a, you know, snarky tone.
20      Q.  Was she talking over you?
21      A.  Yes.
22      Q.  Was there anything else that caused you to
23  describe her behavior as "ranting," other than what
24  you've already said?
25      A.  No.

Page 207

1      Q.  She had elevated tone, close to yelling,
2  but not quite.
3          That's how you described it, correct?
4      A.  Yes.
5      Q.  Did she say, "I shouldn't be held
6  accountable for the vendor not doing his work"?
7      A.  I don't know if that was a quote, but I
8  clearly wrote that at the time, that she defended that
9  she shouldn't be responsible for a vendor not doing the
10  work.
11      Q.  Well, accountable and responsible are
12  different, aren't they?
13      A.  Yeah. I mean, they have slightly
14  different definitions.
15      Q.  What are they? What are the -- what's the
16  difference, in your mind?
17      A.  Responsible, it means that you're actually
18  performing the task, you know, the duties are yours to
19  do.
20          And accountable means that you're
21  responsible for the -- the final piece. You know, I'm
22  thinking of like a RACI matrix, responsible and
23  accountable; that, you know, an accountable party would
24  be, you know, ultimately the project owner, even though
25  they might not do all of the minor tasks or major tasks.

Page 208

1      Q.  And so she said something to the effect
2  of, "I shouldn't be held accountable for this"?
3      A.  Yes.
4      Q.  And it goes on to say: "She saw my note
5  about interviewing him but how can she know HR law and
6  the legal implications to document. She needs the SME."
7          Goes on to say: "She got even more of a
8  tone saying you should know all this, you're a designer."
9          Describe her tone.
10      A.  Pushy, snarky, you know, that kind of, you
11  know, trying to -- came across very belittling, like, you
12  know: Well, you should know this, you're a designer.
13  Right? Like very much talking down to me, that these are
14  facts that I should know and why am I not considering
15  this?
16          I think that's how I would describe the
17  tone there.
18      Q.  And you really wanted to convey that to
19  Nick Schacht, Jeanne Morris, Bernée Long, and Mike
20  Jackson, that Ms. Mohamed was being disrespectful and
21  snarky and talking to you with a tone, correct?
22      MS. HOFFMAN:  Form.
23      A.  Yeah, I wanted them to be aware of that,
24  as well as the questions about the deadlines.
25      Q.  (By Mr. Swain)  "I said first, Ruby, [can]

Page 209

1  you please change your tone. Let's talk about
2  solutions. She snapped back that she didn't know she had
3  a tone."
4          So when she responded that she didn't have
5  a tone, was she being snarky and angry and talking down
6  to you again?
7      A.   When she responded, it came across very --
8  I would think snarky is still accurate, if I could -- if
9  I'm remembering it correctly.
10         You know, I don't remember details beyond
11  what's documented here. I'm trying my best to recollect.
12     Q.   Well, I mean, saying that someone "snapped
13  back" at you, it implies that they're being nasty and
14  disrespectful, right?
15     A.   Yes.
16     Q.   And is that how you would characterize
17  Ms. Mohamed's statement that she didn't know she had a
18  tone?
19     A.   Yes.
20     Q.   "I said no problem, I'm asking you to be
21  aware so we can focus this conversation on updates and
22  solutions. I questioned why we were waiting on Lou for
23  documentation. I was just copied on a note last week
24  while I was . . . asking him for content. I told her I
25  was confused and that we shifted the roles so we wouldn't

Page 210

1  be waiting on Lou. I used Digital HR as an example - you
2  would get the info from Deborah for any other SME from
3  conversations or emails without waiting on documentation.
4  She then said yes of course (again with tone)."
5          Was that a nasty, snappy tone again?
6      A.   I'm assuming it was the same tone.
7      Q.   You're assuming that just based on what
8  you wrote here, right?
9      A.   Yes.
10     Q.   Because it was important for you to
11  document your interactions with Ms. Mohamed, correct?
12     A.   Yes.
13     Q.   And at this time, you had already had
14  discussions about the potential of terminating
15  Ms. Mohamed, correct?
16     A.   I don't remember the exact dates when
17  discussions occurred. It was probably around this same
18  time.
19     Q.   Around --
20     A.   You know --
21     Q.   -- the same --
22     A.   Whether it was before or after, I don't
23  know for sure without, you know, looking at other dates
24  or times or when meetings occurred. I'm not sure if I
25  have any of that.

Page 211

1      Q.   Well, Nick asked you to share your
2  documentation with HR about this conversation, didn't he?
3      A.   Yes.
4      Q.   I want to skip down a few lines.
5          Seven lines from the bottom of this
6  paragraph, it starts with, at the end: "She then
7  said . . . do you have any other updates for me regarding
8  deadlines. I said Ruby are you asking me to change it?
9  She said no, that's not what I'm saying. I just want to
10  know if you have any updates on the deadlines for me. I
11  said I don't have any updates right now. I was looking
12  for updates from you to help brainstorm solutions so you
13  can keep your projects on track. She said she will just
14  respond to my emails. She has communicated everything
15  she needs to in emails. She then said thank you and hung
16  up."
17         So you already testified that if
18  Ms. Mohamed had asked for an extension of the deadline,
19  you would have denied it, right?
20         MS. HOFFMAN:   Form.
21     A.   I would have needed to know what she
22  was -- why she was asking for more. You know, it's a
23  hypothetical situation.
24     Q.   (By Mr. Swain)   Well, you knew why she
25  needed more time on this, didn't you?

Page 212

1          MS. HOFFMAN:   Form and foundation.
2      A.   I think she was not making work progress
3  throughout June and July for a significant period of
4  time, and so I think here at the end, she was scrambling
5  to try to get the work done.
6      Q.   (By Mr. Swain)   I just want to be clear,
7  though, because it seemed like you were implying that
8  Ms. Mohamed didn't provide information about why a
9  deadline would be requested.
10         You knew the issues that she was having
11  with Lou Lessig on the Compliance and HR program, didn't
12  you?
13     A.   She had brought that to my attention and
14  we had talked about that in as early as May, and I had
15  shared with her at that time how to pivot and adjust her
16  role to be more of the -- to do more of the design and
17  development work herself.
18         And so this was an ongoing conversation
19  where I didn't see her changing in how she was working
20  with the vendor or finding other resources to fill the
21  tasks that needed to be completed.
22     Q.   Okay. I think that was a yes to my
23  question.
24         The last sentence: "She then said thank
25  you and hung up."

Page 213

1    So to me, reading that, it indicates that
2    she just kind of abruptly hung up on you. Is that what
3    happened?
4    A.    Yes.
5    Q.    And is that what you were trying to convey
6    to Nick Schacht, Sean Sullivan, Bernée Long, and Mike
7    Jackson?
8    A.    Yes. I was just trying to convey
9    accurately what occurred on the phone call.
10    Q.    And it's accurate that she said "thank
11    you" and abruptly hung up on you?
12    A.    That's what I wrote here, so that's what I
13    would say, is yes.
14    Q.    And it must have been true because you
15    wrote this immediately after your phone call, right, when
16    it was still fresh in your memory?
17    A.    I'm not sure how immediate. Shortly after
18    because --
19    Q.    The same day --
20    A.    I'm sorry?
21    Q.    -- right?
22    The same day, right?
23    A.    Yes, I believe so.
24    Q.    What were you hoping that Nick Schacht,
25    Sean Sullivan, Bernée Long, and Mike Jackson would take

Page 214

1    away from reading this summary of your conversation with
2    Ms. Mohamed?
3    MS. HOFFMAN:    Form.
4    A.    I wasn't trying to get them to take
5    anything away. I just wanted them to be aware of the
6    continued conversations about deadlines and that, you
7    know, I'm not going to extend them any farther, as well
8    as, you know, clearly I was documenting the tone as well.
9    I'm not sure who all was aware of the
10    mediation. Obviously Bernée was, so I wanted her to
11    know, like: This is happening and let's figure out how
12    we can do it better, just in the spirit of transparency.
13    Q. (By Mr. Swain)    You wanted them to know
14    that Ruby had a tone and that she was being rude and mean
15    to you; isn't that right?
16    MS. HOFFMAN:    Form.
17    A.    Yes, that's part of -- part of the email.
18    Q. (By Mr. Swain)    That's part of why you sent
19    this email to them?
20    MS. HOFFMAN:    Form.
21    A.    Yes.
22    MR. SWAIN:    Let's take a quick break,
23    five minutes.
24    (Recess taken from 2:41 p.m. until
25    2:53 p.m.)

Page 215

1    Q. (By Mr. Swain)    Ms. Barley, I think you
2    testified that at this time, around August 25, you were
3    not having many interactions with Ms. Mohamed, whether on
4    the phone or by email or whatever; is that accurate?
5    MS. HOFFMAN:    Form.
6    A.    At the time of end of August? We were
7    emailing, but there weren't a lot of phone calls that I
8    can recollect.
9    Q. (By Mr. Swain)    Do you recall speaking with
10    Ms. Mohamed on another phone call on August 25, or was
11    this the only phone call you had that day, to your
12    memory?
13    A.    I don't remember if there was another call
14    that day or not.
15    Q.    So this conversation with Ms. Mohamed, as
16    you've described it in Deposition Exhibit 46, did this
17    play any role in your decision to terminate Ms. Mohamed a
18    few days later?
19    A.    I don't think it had a play on the
20    decision except for the conversations about the
21    deadlines, you know, so I was just taking that into
22    consideration. But no, none of the other pieces were
23    part of the reason for termination.
24    Q.    As far as you were concerned, correct?
25    A.    Yes, as far as I'm concerned.

Page 216

1    Q.    Because we've looked at some documents
2    that suggest that HR had started the ball rolling on
3    Ms. Mohamed's termination before you formally made the
4    decision on September 1.
5    Do you remember that?
6    A.    Yes. You showed me those documents.
7    Q.    And so you sent this summary of the
8    conversation to, you know, one of the company's
9    executives and two HR folks as part of your efforts to
10    document your conversations with Ms. Mohamed about her
11    performance; is that right?
12    A.    Yes.
13    Q.    And you stand by the description of the
14    conversation as you wrote it in this email?
15    A.    Yes. I mean, it was my email that I
16    wrote, so . . .
17    Q.    And you wouldn't lie about what you and
18    Ms. Mohamed said or her tone or anything like that,
19    right?
20    A.    No.
21    Q.    And you wouldn't lie about the fact that
22    Ms. Mohamed abruptly hung up on you, right?
23    A.    No.
24    Q.    I am going to mark Deposition Exhibit 47,
25    but I'm not going to send it via the chat. It's an audio

Page 217

1  recording, and I'm actually just going to play it.
2          MR. SWAIN:  And, Ms. Dittmer, I do expect
3  that the audio recording will be transcribed, but if you
4  need me to pause it or something, if it's going too fast,
5  please just let me know.  Okay?
6          THE COURT REPORTER:  Okay.
7          MS. HOFFMAN:  And if you could just -- did
8  you give a Bates label for it?
9          MR. SWAIN:  Yes.  The Bates label for this
10  audio recording is MOHAMED 017107.
11          And I'm just making sure.  So when I start
12  playing, let me know if you can hear it.
13          (The audio recording was played and
14  transcribed as follows:)
15          MS. MOHAMED:  Good morning.  How's it
16  going?
17          MS. BARLEY:  It's going well.  How are
18  you?
19          MS. MOHAMED:  I'm doing well.  Thank you.
20          MS. BARLEY:  (Inaudible) on the calendar
21  (inaudible) that you wanted to share on your projects.
22      A.  I'm not able to hear all of that.
23          MS. MOHAMED:  Well --
24          (The audio recording was paused.)
25          MR. SWAIN:  Ms. Dittmer, can you hear it?

Page 218

1          THE COURT REPORTER:  No, that was very
2  faint, the last part.
3          MR. SWAIN:  Very faint?  Yeah, let me see
4  if I can increase the volume so we can make sure everyone
5  can hear it very well.
6          What I'm going to do is share my screen
7  with the media player and see if that makes it better.
8  I'll restart the recording so everyone has the benefit of
9  hearing the whole thing.
10          Tell me if the sound is better now.
11          (The audio recording resumed playing and
12  transcribed as follows:)
13          MS. MOHAMED:  Good morning.  How's it
14  going?
15          MS. BARLEY:  It's going well.  How are
16  you?
17          MS. MOHAMED:  I'm doing well.  Thank you.
18          MS. BARLEY:  So I don't have any new
19  updates for you, but I wanted to at least keep this on
20  the calendar to see if there were any updates that you
21  wanted to share on your projects.
22          MS. MOHAMED:  Well, you know, we've been
23  communicating via email, so I just wanted to -- I had a
24  couple questions regarding the information you shared
25  with me.

Page 219

1          So mainly, it's basically, where does the
2  changes or the recent updates that I've shared with you
3  and that you've shared with me, where does that put us
4  with the deadlines?
5          MS. BARLEY:  What -- in what regards?
6          MS. MOHAMED:  I mean, so, for example, for
7  compliance, the deadline was August 31 for the program to
8  be good to go, right?
9          MS. BARLEY:  Right.
10          MS. MOHAMED:  So is that still accurate?
11          MS. BARLEY:  I don't want to make any
12  changes to the deadline because let's see what Lou says,
13  because I think that's, you know -- I was out last week
14  and prior to that, I wasn't aware that we were still
15  waiting on things from Lou.
16          So I think we need to, you know, figure
17  out with him how we're getting that information.  And,
18  you know, like I suggested in the email about
19  interviewing him, I think I was -- I'm a little concerned
20  why we were waiting on him to document out the contents.
21  I thought we were doing a different approach with him.
22          MS. MOHAMED:  What approach did you think
23  we were doing?
24          MS. BARLEY:  Well, so prior to the shift
25  in roles, he was documenting the content.  And so then

Page 220

1  it -- I would -- with the shift in roles, similar to how
2  we would do any program, I thought there could be
3  conversations, there could be interviews, there could be,
4  you know, dialogues in order for you to fill in the gaps
5  of the content that you need to kind of build out the
6  modules.
7          MS. MOHAMED:  And, I mean, I'm a little
8  confused because that's exactly what took place for the
9  content that he had delivered.  So, you know, I have
10  been, you know, weekly meeting with him when he, you
11  know, actually shows up.  And we've been conducting --
12  I've been getting great information from the reviews that
13  we've been doing during these interviews, so we have been
14  conducting interviews for the content that he has already
15  delivered.
16          But Keren, we are talking about legal
17  information.  Do you think I can get like laws,
18  employment laws during interviews?  Like this is content
19  that has to be delivered in writing for -- in order for
20  me to use it in a course.  And you know this because
21  you're an instructional designer.
22          Now, during interviews, I can
23  definitely --
24          (Audio recording playback interruption.)
25          THE COURT REPORTER:  You just muted, it's

Page 221

1  gone away.
2          (The audio recording was resumed and
3  transcribed as follows:)
4          MS. MOHAMED:  By my own --
5          (The audio recording was paused.)
6          MR. SWAIN:  My apologies. I'll move back
7  just a short amount.
8          (The audio recording was resumed and
9  transcribed as follows:)
10          MS. MOHAMED:  You're an instructional
11  designer.
12          Now, during interviews, I can definitely
13  ask questions about the content that he delivered, you
14  know, and everything I -- he has delivered is literally
15  just the laws. Everything else, it has been filled in
16  just like in previous courses by my own research, by the
17  interviews that have been conducted with him, by other
18  resources that was already in place, you know. So I
19  definitely -- that's what been going on.
20          But I have relayed my concern about him
21  not sending the last three modules, the materials for the
22  last three modules, back in early August, in August -- I
23  can't remember the exact dates and -- you know, it's like
24  nothing was done. So now he, you know --
25          MS. BARLEY:  So let me back up.

Page 222

1          You forwarded me a note or copied me on a
2  note last week while I was out letting -- and in that
3  note, I saw that there was questions to Lou on content.
4          And so with what you just said, this is
5  where I'm a little confused for when we shifted roles.
6  You said you're waiting on him to send you the content.
7  And that's where I -- you know, when I look at any other
8  program that we're working on --
9          MS. MOHAMED:  Uh-huh.
10          MS. BARLEY:  -- when we shifted gears with
11  Lou, why are we still asking him to document the content?
12          MS. MOHAMED:  Right. So I'll ask you to
13  just go to the exact email where we talked about shifting
14  roles. I've --
15          MS. BARLEY:  So --
16          MS. MOHAMED:  -- you know, talked about --
17          MS. BARLEY:  -- can I also ask, Ruby, for
18  you to have a slightly different tone as we talk about
19  this? I'm trying to figure out a solution and I just --
20  you know, if we can have a little different tone, that
21  would be helpful.
22          MS. MOHAMED:  Oh, I'm sorry, I didn't
23  realize my tone was coming across the wrong way. That's
24  definitely not my intentions.
25          So, okay. Actually, we can just, you

Page 223

1  know, focus on the solution. So the deadlines are not
2  being pushed away because -- even though that the vendor
3  hasn't delivered the contents yet.
4          MS. BARLEY:  I don't want to make a change
5  to the deadline.
6          MS. MOHAMED:  Okay.
7          MS. BARLEY:  Well, it's two different
8  deadlines: Digital HR --
9          MS. MOHAMED:  Uh-huh.
10          MS. BARLEY:  -- and right now, we're
11  talking about Compliance.
12          MS. MOHAMED:  Uh-huh.
13          MS. BARLEY:  So I'd like to understand
14  where we are -- or not understand where we are.
15          So what -- what I'm hearing from you --
16  and if this is wrong, let me know. What I'm hearing from
17  you is you're like -- you would like the deadline to
18  change --
19          MS. MOHAMED:  No, actually, that is --
20          MS. BARLEY:  -- because of where we are
21  with the vendor --
22          MS. MOHAMED:  No, no.
23          MS. BARLEY:  -- or is that not --
24          MS. MOHAMED:  I'm sorry, I'm sorry. I
25  just have to, you know, clarify.

Page 224

1  I'm only asking --
2          MS. BARLEY:  Right, that's what I'm
3  asking.
4          MS. MOHAMED:  -- for updates. Like,
5  that's -- that's only -- that's the only thing I'm asking
6  for, so . . .
7          MS. BARLEY:  So I'm asking you for program
8  updates. As your manager, I would like to know where we
9  are with the program, where you have challenges and what
10  I can do to help you mitigate those challenges.
11          And so that's where I'm sharing and
12  reinforcing that when we talked about the shift in rules
13  with Compliance, the intent was we weren't going to rely
14  on Lou to document content. We would treat him like we
15  would any SME, right? So when you were doing Digital HR,
16  you weren't relying on Deborah or whatever other SMEs you
17  leaned on to document content.
18          And so that's what I'm trying to
19  understand where that changed over the past couple weeks
20  or month, you know, when we shifted things. I'd have to
21  pull up the date, but I don't have them off the top of my
22  head.
23          MS. MOHAMED:  All right. I'll just have
24  to think about that and get back to you.
25          MS. BARLEY:  Okay.

Page 225

1    MS. MOHAMED:  And regarding my program
2    updates, the emails that I just sent, you know, and you
3    responded to, I'll just respond back to that, you know,
4    and let you know if there are any further updates.
5    Does that work for you?
6    MS. BARLEY:  Sure, that's fine with me.
7    MS. MOHAMED:  Thanks.
8    MS. BARLEY:  Is there anything else you
9    would like to share?
10    MS. MOHAMED:  No.  Is there anything else
11    you would like to share?
12    MS. BARLEY:  No.  I was just looking to
13    get an update on other projects, if there was anything
14    else outside of the emails.
15    MS. MOHAMED:  Okay.  Yeah, like I
16    mentioned, I will respond to the emails and share any
17    further updates, if that's okay with you.
18    MS. BARLEY:  Sure.  That's totally fine.
19    MS. MOHAMED:  Okay.  Thank you.
20    MS. BARLEY:  Thank you.
21    (End of audio recording.)
22    MS. HOFFMAN:  And, Hunter, apologies.  Do
23    you just mind playing briefly at the 2-minute mark?  I
24    just couldn't hear something right around the 2-minute
25    mark.  Like, 10 seconds at the 2-minute mark, so 2:00 to

Page 226

1    2:10?
2    MR. SWAIN:  Sure thing.
3    And I apologize, Windows Media Player is
4    difficult to figure out where we are on the recording, so
5    I'm going to mute for just a moment while I find that
6    2-minute mark.
7    (A pause occurred in the proceedings.)
8    MR. SWAIN:  I am starting the recording at
9    1 minute, 56 seconds, and I will stop it at about 2:30.
10    MS. HOFFMAN:  Great, thank you.
11    (The audio recording was transcribed as
12    follows:)
13    MS. BARLEY:  -- with the shift in roles,
14    similar to how we would do any program, I thought there
15    could be conversations, there could be interviews, there
16    could be, you know, dialogues in order for you to fill in
17    the gaps of the content that you need to kind of build
18    out the modules.
19    MS. MOHAMED:  And, I mean, I'm a little
20    confused because that's exactly what took place for the
21    content that he had delivered.  So, you know, I have
22    been, you know --
23    (End of audio playing.)
24    MR. SWAIN:  I just stopped it at
25    2 minutes, 30 seconds.

Page 227

1    Q.   (By Mr. Swain)   Ms. Barley, whose voices
2    were those two voices?
3    A.   It sounds like Ruby and myself.
4    Q.   And the general subject matter of that
5    recording is similar to the -- the description of the
6    topics you and Ms. Mohamed were talking about in the
7    email that you sent on August 25, which has been marked
8    as Deposition Exhibit 46; is that right?
9    A.   It sounds like similar topics, yes.
10    Q.   Ms. Mohamed states that this is a
11    recording of the very same August 25, 2020 phone call
12    that you're summarizing in Deposition Exhibit 46.
13    Do you have any reason to dispute that?
14    MS. HOFFMAN:  Form and foundation.
15    You can answer.
16    A.   I have no reason -- I have no factual
17    evidence of whether that's the same recording or not, you
18    know.  I would . . .
19    THE COURT REPORTER:  Can you turn your
20    camera back on, Hunter?
21    MR. SWAIN:  I'm sorry?  Oh, yes.  I'm
22    sorry, I had my mike oriented towards the speaker again.
23    Q.   (By Mr. Swain)  Do you think that's a
24    recording of that phone call?
25    MS. HOFFMAN:  Form and foundation.

Page 228

1    A.   It could be.  It sounds like similar
2    topics, but it could have been a conversation on a
3    different day, on the same -- we had lots of
4    conversations about the projects and deadlines.
5    Q.   (By Mr. Swain)  So if Ms. Mohamed testifies
6    that she made that recording on August 25, 2020, do you
7    dispute -- do you -- would you dispute that testimony?
8    MS. HOFFMAN:  Form.
9    A.   I wouldn't have any -- I don't have any
10    information to dispute it or agree with it, other than
11    what you shared.
12    Q.   (By Mr. Swain)  Did you hear Ms. Mohamed
13    raising her voice at you during that recording?
14    A.   I don't think she really raised her voice
15    on the recording, no.
16    Q.   Well, at least in Deposition Exhibit 46,
17    you just testified that Ms. Mohamed was raising her voice
18    at you, that she was almost yelling, but not quite.
19    Do you remember that?
20    A.   Yes.
21    Q.   But that didn't happen in this recording,
22    did it?
23    A.   In the recording that you played, no.
24    Q.   Did you hear Ms. Mohamed getting very
25    snarky and ranting during the recording that you just

Page 229

1  heard, Deposition Exhibit 47?
2       A.   I felt like there was some snarky tone and
3  there was, you know, the -- you know, the piece in the
4  middle where she's starting to talk about the SMEs and we
5  were going back and forth, you know, I felt like there
6  was some of it there.
7       Q.   What in particular are you thinking about
8  that she said that was snarky tone?
9       A.   I don't remember verbatim. It was like
10 the middle towards the end of the recording.
11           It was also challenging to hear my own
12 voice in a lot of it. It sounded really, really far
13 away, so, you know, it was hard for me to even notice if
14 I had any -- anything on my own voice.
15      Q.   Do I need to play it again so you can hear
16 your own voice better?
17      A.   I don't think replaying it. It's because
18 my voice sounds so distant, and so I think that's where
19 it might not be an accurate depiction of how the
20 conversation went because we're getting Ruby's voice in a
21 very clear manner, and I sounded really far away.
22      Q.   Understood.
23           Is it that you weren't able to hear what
24 you were saying and what Ms. Mohamed was saying?
25      A.   I was able to hear. My voice just sounded

Page 230

1  much farther away, which makes it harder to pick up
2  inflections in the recording.
3       Q.   Is the fact that your voice sounded far
4  away going to prohibit you from giving truthful testimony
5  about the recording that you just listened to?
6       A.   I am going to give as -- the -- as
7  truthful of the testimony as possible and what I can
8  remember and based on what you're -- what you're sharing
9  and playing, yes.
10      Q.   What would -- is there anything that would
11 make it impossible for you to give fully truthful
12 testimony about the recording that we just listened to?
13           MS. HOFFMAN:   Form.
14      A.   I think that it sound -- Ruby sounded very
15 clear and that wouldn't be the way that the conversation
16 would go on, whether it was -- I don't even remember what
17 platform we used to have the -- the phone call, whether
18 it was a phone call or a WebEx or a Zoom, I don't -- I
19 don't remember.
20           And so I think that's -- it sounds
21 differently when it's just on -- on the one side, right,
22 where the recording is coming from.
23      Q. (By Mr. Swain)  Understood.
24           So in this recording that we just listened
25 to, just like in the summary that you sent in Deposition

Page 231

1  Exhibit 46, there's one point in the conversation where
2  you told Ms. Mohamed that she had a tone.
3           Do you remember that?
4       A.   Yes, I heard that.
5       Q.   Did you hear Ms. Mohamed snap back,
6  getting snarky or nasty with you, saying that she didn't
7  know she had a tone?
8       A.   On the recording, it sounded like she was
9  like: Oh, I didn't know I had a tone.
10      Q.   She sounded genuine, didn't she?
11           MS. HOFFMAN:   Form.
12      A.   I don't know how to answer whether she
13 sounded genuine. I think it -- I don't know if it
14 sounded genuine. I think it was just more of like:
15 Well, oh, I wasn't aware, is how --
16      Q. (By Mr. Swain)  Are you saying that you
17 can't tell from hearing someone talking whether they
18 sound like they're being genuine or not?
19           MS. HOFFMAN:   Form and foundation.
20      A.   I'm saying to that specific sentence that
21 you're referring to or statement, I can't tell if that
22 was genuine or not. Not in a universal, I can't tell if
23 someone's genuine.
24      Q. (By Mr. Swain)  And Ms. Mohamed said she
25 didn't know she had a tone and that she didn't intend it

Page 232

1  that way, or words to that effect, correct?
2       A.   Yes.
3       Q.   Do you have any reason to disbelieve that
4  she didn't know that she had a tone?
5       A.   No.
6           MS. HOFFMAN:   Foundation.
7       Q. (By Mr. Swain)  I did not hear your answer,
8  Ms. Barley, because of the objection. Can you repeat it?
9       A.   No. My answer was no. Not no, I can't
10 repeat it.
11      Q.   Let's go towards the end of your summary
12 on Deposition Exhibit 46 again.
13           Do you have that pulled up still?
14      A.   Yes.
15      Q.   This is towards the end of your summary:
16           "She said she will just respond to my
17 emails. She has communicated everything she needs to in
18 emails. She then said thank you and hung up."
19           Did I read that correctly?
20      A.   Yes.
21      Q.   And you testified that Ms. Mohamed said
22 "thank you" and just abruptly hung up on you, didn't you?
23      A.   Yes.
24      Q.   And you said that's actually what you were
25 attempting to convey to the recipients of this email,

Page 233

1  Nick Schacht, Jeanne Morris, Bernée Long, and Mike
2  Jackson, correct?
3          MS. HOFFMAN:  Form.
4      A.  Yes, based upon the documentation that I
5  was looking at.
6      Q.  (By Mr. Swain)  What documentation were you
7  looking at?
8      A.  The one you were just talking about, the
9  email correspondence.
10      Q.  The summary of the conversation that you
11  wrote the same day that the conversation happened?
12      A.  Yes.
13      Q.  It's just not true that Ms. Mohamed
14  abruptly hung up on you, is it?
15          MS. HOFFMAN:  Form.  Foundation.
16      A.  At the time I wrote the email, you know,
17  looking at this, that's how it read.
18      Q.  (By Mr. Swain)  Well, and it's how you
19  intended for it to read, too, correct?
20          MS. HOFFMAN:  Form.
21      A.  That's how it reads to me today.
22      Q.  (By Mr. Swain)  You're the --
23      A.  You know --
24      Q.  -- author of it, right?
25      A.  Yes.

Page 234

1          MS. HOFFMAN:  Let her finish her answer,
2  Counsel.
3          Q.  (By Mr. Swain)  Were you finished with your
4  answer?
5      A.  I've lost track of what the question was,
6  if we could repeat the question.
7      Q.  Sure.
8          MR. SWAIN:  Ms. Dittmer, can you read back
9  the last question and answer before I moved on to another
10  question.
11          (The following questions and answers were
12  read:
13          "QUESTION:  Well, and it's how you
14  intended for it to read, too, correct?"
15          Objection is "Form."
16          "ANSWER:  That's how it reads to me
17  today."
18          "QUESTION:  You're the author of it,
19  right?"
20          "ANSWER:  Yes."
21          MR. SWAIN:  It sounds like we have a clear
22  record.
23      Q.  (By Mr. Swain)  Did you hear a tone in your
24  own voice in that audio recording, Ms. Barley?
25      A.  It was hard to hear my voice.  I don't

Page 235

1  think I picked up on any tone.
2      Q.  Okay.  We'll let the jury decide that.
3          The Digital Transformations --
4  Transformations deadline on August 31, was that a draft
5  deadline?
6      A.  No.
7      Q.  Tell me what kind of deadline it was.  Go
8  ahead.
9      A.  It was for a fully finished,
10  ready-to-go-live program.
11      Q.  And that's because the draft deadline had
12  already passed and Ms. Mohamed had met it, correct?
13      A.  The draft -- there was a draft before
14  there was a change in some content in July, and she
15  submitted a draft of the PowerPoint.  I don't recollect
16  whether it was complete with instructor notes and all of
17  the pieces, but it was a pretty complete draft.
18      Q.  Who made the decision to make changes to
19  the content of the program in July?
20      A.  It was a collective decision.  Jeanne
21  Morris, Liz Lacey and myself and Ruby, we were all on a
22  call together.
23      Q.  And Ms. Mohamed did submit the Digital
24  Transformations PowerPoint the week of -- the week before
25  her termination, didn't she?

Page 236

1      A.  Yes.
2      Q.  And from your memory, what was the state
3  of the materials that she submitted for Digital
4  Transformations the week before her termination?
5      A.  It was the PowerPoint.  I believe there
6  were instructor notes.  I don't remember how complete of
7  a -- of a deck that it was.  It still needed to go to
8  editing for copy edits, but I don't remember any other
9  materials that were ready.
10      Q.  I'm going to share with you what I've
11  marked as Deposition Exhibit Number 48.
12          Do you have it?
13      A.  Yes, I do.
14      Q.  Deposition Exhibit 48 includes the pages
15  MOHAMED 008322 through MOHAMED 008326.
16          And I will direct your attention to the
17  second page of Deposition Exhibit 48, an email from
18  Ms. Mohamed to Liz Lacey that cc'd you and Jeanne Morris
19  on August 26, 2020.
20          Do you see that?
21      A.  Yes.
22      Q.  And it -- Ms. Mohamed writes:  "Of course,
23  Liz.  I am sorry to hear that Dr. Deborah has withdrawn.
24  I am certain that you will find another instructor for
25  the program."

Page 237

1      Who's Dr. Deborah?
2      A.    I believe she was the SME and author of a
3  book on the content relevant to Digital HR, Digital
4  Transformation.
5      Q.    Deborah Waddill?
6      A.    Yes, yeah.
7      Q.    And so the SME withdrew from Ms. Mohamed's
8  Digital Transformations project shortly before the
9  project due date?
10     A.    I believe she withdrew from instructing
11 the program, but I didn't have any of those direct
12 conversations with Dr. Deborah.
13     Q.    Well, let's go to page 4 of Deposition
14 Exhibit 48, the email from Liz Lacey to Ms. Mohamed,
15 copying you and Jeanne Morris, on August 26, 2020.
16     A.    Okay.
17     Q.    And in that email, Liz Lacey writes:
18 "Additionally, I wanted to let you know that Deborah has
19 withdrawn from facilitating [the] program and further
20 development review."
21     Did I read that correctly?
22     A.    Yes, you did.
23     Q.    So it appears that what Liz Lacey is
24 saying is that not only has Deborah Waddill withdrawn
25 from teaching the program but from acting as a

Page 238

1  contributor to the development of it.
2      Is -- is that how you read it?
3      A.    Yes.  I'm reading that now in that part of
4  the email, yes.
5      Q.    Can you think of any other circumstances
6  where a SME has withdrawn from a program within a short
7  time period before the deadline of the program?
8      A.    None that I can think of right now
9  quickly.  I mean, it -- it's --
10     Q.    Do you --
11     A.    -- happened, but I can't think of a
12 specific example.
13     Q.    Do you need time to think about it?
14     A.    I just don't think I'm going to remember
15 quickly, but I know there's been times when SMEs have
16 pivoted on work where -- you know, for a variety of
17 different reasons.
18     Q.    And Lou Lessig would be in the same camp,
19 right, pivoting on his work in the Compliance and HR
20 program?
21     A.    Yes.  I think the rule of Lou's -- the
22 relationship with Lou and Deborah was very different on
23 the two projects at conception.  You know, there -- the
24 original roles and responsibilities were very different.
25     Deborah was a reviewer and more of just a

Page 239

1  consultative SME.  Lou was going to be developing a lot
2  of the content himself.  And that shifted.  You know,
3  around April or May-ish, we started realizing that that
4  wasn't coming from him that way and that we needed to
5  treat him more like a SME -- like Deborah or any other
6  SME, where we would be interviewing him for the content.
7      Q.    In your mind, is a SME withdrawing from a
8  project five days before the deadline, could that
9  constitute good cause for extending the deadline?
10     A.    I think, at that point, Deborah's role was
11 very light in content, so I'm not sure that that would
12 have had any merit on that project getting finished.
13     Q.    I'm asking you in general terms.
14     A.    I think, in general terms, if a SME
15 withdrew, if all of the reviews had taken place already
16 or if we had other SMEs involved, then I don't think
17 extending a deadline would be necessary.
18     If there was only one SME on a project,
19 then we would need to evaluate how much content work was
20 left to be filled and how much was left of just
21 instructional design development, material creation,
22 virtual platform creation, and -- and elements like that.
23     Q.    What other SMEs were involved in Digital
24 Transformations, besides Deborah Waddill?
25     A.    I don't remember off the top of my head.

Page 240

1      Q.    Do you think there were other SMEs that
2  you just can't remember?
3      A.    I -- I don't remember.
4      Q.    And the reviews had not taken place of
5  Digital Transformation at this point, correct?
6      A.    I believe some reviews had been -- had
7  occurred.  I had mentioned that copy editing still needed
8  to occur, which is just from a copy editor of, you know,
9  proofing and editing.
10     Q.    Okay.  Okay.  So some of the reviews had
11 occurred but not all of them, correct?
12     A.    I don't believe.
13     Q.    Let's go back to the first page of
14 Deposition Exhibit 48.
15     A.    I'm sorry, you said the first page?
16     Q.    Yes, the page that says MOHAMED 008322 at
17 the bottom.
18     A.    Okay.
19     Q.    All right.  And I want to look at the
20 email from Ms. Mohamed to Liz Lacey, you, Jeanne Morris
21 on Thursday, August 27, 2020, correct?  Or --
22     A.    Yes.
23     Q.    That's what I want to look at, so it is
24 correct.
25     A.    Yeah.

Page 241

1    Q.    Okay.  And Ms. Mohamed says:
2        "All,"
3        "I wanted to share with you the final deck
4    for the Digital Transformations Program."  Then there's a
5    link to SharePoint.
6        Do you see that?
7    A.    Yes.
8    Q.    Do you still have the deck that
9    Ms. Mohamed sent to you on that day?  I can tell you that
10   we haven't gotten it from SHRM.
11   A.    I'd have to look.  If I had it, it's still
12   somewhere.
13   Q.    And you would -- and you'd still have it,
14   I guess, if you decided it was relevant in your search
15   for documents, right?
16       MS. HOFFMAN:   Form.
17   A.    I can look to see if I still have it.  I
18   wouldn't have deleted it.  The link may still even work.
19   I'm not sure.
20       But there was work done on the project
21   after Ruby to finish it, so that's why I have to think
22   about was it the version that she shared or did someone
23   else do some work on it.  I would just have to look at
24   the dates and the times.
25       Q.  (By Mr. Swain)   Click on the link and see

Page 242

1    if it still works.
2        MS. HOFFMAN:   No.  I'm instructing you not
3    to do that.
4        This is for testimonial evidence only.  If
5    you want to follow up with me and we can discuss written
6    discovery later, we can do that.
7        MR. SWAIN:   Tragically, we followed up
8    with you many, many times and it's apparent that SHRM did
9    not take reasonable efforts to either preserve or search
10   for responsive evidence in this case, so I -- I can
11   promise you that we'll be following up again and we'll be
12   filing a motion for sanctions.
13       MS. HOFFMAN:   My understanding was that we
14   had resolved the written discovery issues some time ago.
15       MR. SWAIN:   Well --
16       MS. HOFFMAN:   If you want --
17       MR. SWAIN:   -- that understanding --
18       MS. HOFFMAN:   -- to renew those
19   conversations, I'm happy to do that outside of this
20   deposition.
21       MR. SWAIN:   That understanding is
22   incorrect, but we can take that up later.
23   Q.  (By Mr. Swain)   So, Ms. Barley, moving to
24   your response to Ms. Mohamed's email on Friday,
25   August 28, 2020, you said:  "Thank you for sharing this

Page 243

1    Ruby, I will review later and let you know if I have
2    questions."
3        Do you remember reviewing that?
4    A.    Yes.  Whether I did later that day or
5    another day, I don't remember when I did, but yes.
6    Q.    And did you reach out to Ms. Mohamed with
7    any thoughts, comments, questions?
8    A.    I don't remember.
9    Q.    Will you add that to your list of things
10   to search for?
11   A.    Sure.
12   Q.    Because I haven't seen where you did.
13       Do you think it would have been the fair
14   thing to do to tell Ms. Mohamed if you believed that the
15   final SlideDeck that she submitted was not up to snuff
16   before firing her?
17       MS. HOFFMAN:   Form.
18   A.    I think that this was one of two projects
19   that I was evaluating when I was thinking about what were
20   the next steps for Ruby.
21       So, I mean, I don't think terminations
22   ever come as not a surprise.  I mean, no one ever wants
23   that to happen.  That wasn't what I wanted to have
24   happen.  I -- I felt like that was what we had to do as a
25   good next step.

Page 244

1        MR. SWAIN:   Ms. Dittmer, can you reread my
2    question back.
3        (The following question was read:
4        "QUESTION:  Do you think it would have
5    been the fair thing to do to tell Ms. Mohamed if you
6    believed that the final SlideDeck that she submitted was
7    not up to snuff before firing her?")
8    A.    Yes, I believe that would have been fair.
9    I also -- I'm not sure what my feedback was on this.  I
10   need to look if there was any because I don't remember
11   off the top of my head.
12       And I think it's also fair that Ruby would
13   know that a PowerPoint isn't finishing the project, that
14   there's more components that needed to be done.
15       Q.  (By Mr. Swain)   You didn't communicate that
16   to her in this email, did you?
17   A.    No, not in this email.
18   Q.    How about in any other emails?
19   A.    I think that's -- I'm not sure if it would
20   be documented in any emails, but that's part of our work.
21   Ruby had been at SHRM for a number of years already.
22   Final -- delivery ready means that all the materials are
23   ready for the programs team to share within, you know,
24   participants, share with instructors, and make sure that
25   we're ready to go.

Page 245

1     Q.    In general --
2     A.    So it wouldn't be new knowledge.
3     Q.    I'm sorry, what was that?
4     A.    I was just saying it wouldn't be new
5  knowledge. This was part of -- that's part of the work.
6     Q.    You don't think it makes a difference that
7  the SME had withdrawn five days before the due date for
8  the project?
9            MS. HOFFMAN:   Form.
10     A.    No.
11     Q.    (By Mr. Swain)   Let's talk about Compliance
12  and HR now.
13            By the way, before we move on to that, for
14  Digital Transformations, you testified that the deadline
15  was August 31, right?
16     A.    Yes.
17     Q.    And Ms. Mohamed submitted the SlideDeck on
18  August 28, according to this email, Deposition
19  Exhibit 48, correct?
20     A.    Yes.
21     Q.    You told her you would get back to her if
22  you had any questions, right?
23     A.    Yes.
24     Q.    And you don't remember if you ever
25  actually did get back to her with questions, comments,

Page 246

1  whatever, right?
2     A.    Yes.
3     Q.    And you also don't believe that you told
4  Ms. Mohamed that: Hey, sending this SlideDeck is not
5  good enough. You need to send all the other materials.
6            Right?
7            MS. HOFFMAN:   Form.
8     A.    I don't remember. I'll have to look.
9     Q.    (By Mr. Swain)   Do you agree that you at
10  least had an opportunity to do that between August 28,
11  September -- and September 1?
12     A.    Well, it was -- some of that was over a
13  weekend. You know, so when we -- I'm seeing that Friday,
14  August 28. So I'm not sure when I was able to look at
15  her deck, whether it was that afternoon or the Monday.
16     Q.    Did Ms. Mohamed work weekends, to your
17  knowledge?
18     A.    At times.
19     Q.    Do you ever work weekends?
20     A.    Yes.
21     Q.    And I'm guessing you did more frequently
22  when you had managerial responsibilities as well, too,
23  right?
24     A.    I think it's probably pretty much the same
25  in all the roles I've had.

Page 247

1     Q.    Unfortunately, I know that game.
2            Okay. Now let's head into Digital
3  Transformations.
4            MR. SWAIN:   And before we do that, let's
5  take just a quick five-minute break.
6            THE WITNESS:   Okay.
7            MS. HOFFMAN:   Sounds good.
8            (Recess taken from 3:37 p.m. until
9  3:50 p.m.)
10            MR. SWAIN:   Back on the record.
11     Q.    (By Mr. Swain)   Let's talk about Compliance
12  and HR now.
13            So the last week of Ms. Mohamed's
14  employment before she was terminated on September 1, you
15  and Ms. Mohamed were exchanging several emails and you
16  also had the phone call on August 25 about the Compliance
17  and HR project specifically, correct?
18     A.    Yes.
19     Q.    And at that time, can you -- well,
20  summarize in your own words what Ms. Mohamed was
21  conveying to you about her difficulties with that
22  project.
23     A.    So what I felt like she was conveying was
24  that Lou was not documenting the content and that she was
25  waiting on -- for him to submit documentation, which

Page 248

1  every time she mentioned that over the -- that came up as
2  early as May, long before these August conversations, and
3  that her role should have shifted to being more of an
4  interviewer or searching for other SMEs, things like
5  that, which we often and commonly do, which is why I
6  didn't want to or felt like we should extend the timeline
7  because she wasn't doing everything in her power to
8  finish that project.
9     Q.    And remind me, when did Mr. Lessig's role
10  transition from being a -- an author to a SME?
11     A.    I'd have to look at dates. It was -- May
12  was probably -- somewhere in the May timeframe when we
13  first had those conversations.
14     Q.    Well, I'm not asking you when you first
15  had those conversations.
16            I'm asking when it happened?
17     A.    I would have to, you know, look for the
18  specific dates, but it was in May or early June.
19     Q.    Let's look at Deposition Exhibit 49 that
20  I'm sharing right now.
21     A.    Okay. I have it open.
22     Q.    Uh-oh. And this one does not have the
23  Bates stamp on it. I will provide a copy that is
24  Bates-stamped because this is a document that we have
25  produced. Okay?

**Page 249**

1    But for now, let's roll with it. And I
2 can supplement the deposition exhibit record later.
3    All right. So on the first page of
4 Deposition Exhibit 49, near the bottom of that first
5 page, there's an email from Liz Lacey to Ms. Mohamed and
6 you, June 26, 2020.
7    And in this email, Ms. Lacey says: "When
8 is our next call scheduled with Lou? If you are
9 comfortable with pivoting Lou's role to a SME, I am happy
10 to help deliver that message on our next call should we
11 not receive the content we are expecting."
12    Did I read that correctly?
13    A.    Yes.
14    Q.    So at least as of June 26, Mr. Lessig's
15 role had not pivoted from being an author to a SME yet,
16 correct?
17    A.    I had conversations with Ruby before this
18 email exchange, that his role should be pivoted and that
19 she needs to take more of the lead role -- or not lead
20 role, that's the wrong word -- treat him more of a SME
21 prior to this email exchange.
22    Q.    Did you have those conversations via email
23 or in person or what?
24    A.    They were part of our weekly -- weekly or
25 biweekly check-ins that we were having.

**Page 250**

1    Q.    So you're just going from memory based on
2 your meetings with Ms. Mohamed?
3    A.    I -- yes.
4    Q.    And you have relied a lot on your
5 documentation that Mr. Jackson instructed you to start
6 making about Ms. Mohamed because you can't remember a lot
7 of what happened during this time period independently;
8 is that right?
9    MS. HOFFMAN:    Form.
10    A.    The documentation is helpful, but I do
11 have some memories.
12    Q. (By Mr. Swain)   So when is the first time
13 that you told Ms. Mohamed that Mr. Lessig should pivot to
14 a SME?
15    A.    I don't remember the exact date, but I
16 remember when this email exchange occurred, that I was
17 like: Wait a minute, we already had talked about this.
18 Why are we waiting until now to change Lou's role in how
19 he's being used as a SME?
20    Q.    Well, you didn't respond saying that, did
21 you?
22    A.    I don't think so. I don't know if I have
23 it in an email or if it was just in verbal conversations.
24    Q.    So the last week of Ms. Mohamed's
25 employment, we talked about the emails that you and she

**Page 251**

1 exchanged. We read your summary of your August 25 phone
2 call and listened to a recording that Ms. Mohamed says is
3 the very same August 25 phone call.
4    And during that, you and Ms. Mohamed were
5 discussing Mr. Lessig's -- what Ms. Mohamed perceived as
6 Mr. Lessig's failure to do what he needed to do to enable
7 her to finish the program; is that right?
8    MS. HOFFMAN:    Form.
9    A.    Yes. I think that summarizes what she was
10 asking --
11    Q. (By Mr. Swain) At any --
12    A.    -- or sharing.
13    Q.    At any point, did you consider providing
14 additional resources for the project the way that you had
15 with Ms. Papp?
16    MS. HOFFMAN:    Form.
17    A.    So at different points early on -- I say
18 "early on" -- at one point, I remember mentioning about
19 if she needed help with, you know, workbooks and things
20 like that, if things were colliding at the end of the
21 projects, to let me know and we could explore those kind
22 of pieces.
23    I think as -- I think this situation was a
24 little bit different in the sense that with Amy, I
25 happened to be able to pivot off my projects and step in

**Page 252**

1 and, you know, as I mentioned, that there was the
2 personal matter where I was anticipating her to submit an
3 accommodation request, which if it was granted, we wanted
4 to -- I wanted to give her that -- that opportunity,
5 which felt different with Ruby.
6    Q. (By Mr. Swain)   Why did it feel different?
7    A.    Because she wasn't asking for a medical
8 reason why she wasn't performing the work. It felt like,
9 you know, we just -- the email chain shows that in June,
10 Lou's role was supposed to change. I thought it happened
11 sooner than that, and then we were in the middle of
12 August and it still sounded like we were waiting on
13 documentation from Lou.
14    So I'm not sure why we were still,
15 two months later, waiting for the same information from
16 Lou when we had agreed numerous times to change that
17 role.
18    Q.    So is your answer that you did not
19 consider providing additional resources to ensure that
20 Ms. Mohamed was able to complete the deadline?
21    A.    I --
22    MS. HOFFMAN:    Form.
23    A.    -- con- -- I considered it and chose not
24 to.
25    Q. (By Mr. Swain)   When did you make that

Page 253

1  choice?
2         A.    In August when she was making requests, if
3  I remember.  I don't know if there was another time when
4  she had requested or not without looking at the
5  documentation closer.
6         Q.    And did you consider taking on one or more
7  modules of the program to assist Mohamed -- Ms. Mohamed
8  the same way that you had with Amy Papp?
9         MS. HOFFMAN:   Form.
10        A.    At the time when I was approaching it with
11 Amy, there was a Specialty Credential that we were
12 launching that was already being publicized.  In the same
13 way that Ruby's programs, the Digital HR and the
14 Compliance program, were already scheduled.
15               And I was able to step in on Amy's.  I
16 would have made different decisions had there not been an
17 accommodations request for Amy.  I would have made
18 decisions sooner.
19               So I'm not sure if I'm answering your
20 question.  I think it's a -- that's where I feel the
21 difference, was that there was this accommodation
22 request, that I wanted to give her time to submit her
23 documentation on that.
24        Q.  (By Mr. Swain)   Well, you didn't answer my
25 question, actually, because I'm just asking if you

Page 254

1  considered doing that for Ms. Mohamed?
2         A.    Yes.
3         MS. HOFFMAN:   Form.
4         A.    Yes, I considered resources for Ruby in
5  the same way that I would consider it when -- anyone
6  making a request, and decided not to for the various
7  points that we've talked about already.
8         Q.  (By Mr. Swain)   And would -- so is it true
9  that one of the reasons why you didn't think the deadline
10 could be extended again was the business considerations,
11 the fact that, for instance, Digital Transformations was
12 already scheduled?
13        A.    Digital Transformations was already
14 scheduled and I believe, also, so was the Compliance
15 program.
16        Q.    Let's look at Deposition Exhibit Number 36
17 that I'm sharing with you right now.
18        A.    36.
19        Q.    Do you see it?
20        A.    Yes.
21        Q.    And this document has the Bates
22 Number 004557 --
23        A.    Yes.
24        Q.    -- through -- through MOHAMED 004559?
25        A.    Yes.

Page 255

1         Q.    So this is a -- according to your top line
2  email, a "financial report for this week," as of
3  August 26, 2020, correct?
4         A.    "Financial report for this week."  Yes.
5         Q.    Okay.  And what do these financial reports
6  indicate, generally?
7         A.    Let me review it quickly.  We don't -- I
8  don't see these very often anymore.  We have some
9  different processes.
10               These are showing the goals and how many
11 seats have already been sold for various programs that
12 are coming up.
13        Q.    Great.
14               Let's go to the bottom of the second page
15 of Deposition Exhibit 36, so that's MOHAMED 004558.
16        A.    Uh-huh.
17        Q.    And do you see close to the bottom of that
18 page in this beautiful chart, it has:  October 1 -
19 Virtual - Digital Transformations.
20               You see that?
21        A.    Yes.
22        Q.    And am I correct in reading this that as
23 of August 26, 2020, there were only three registrants for
24 Digital Transformations?
25        A.    That's what I'm reading, too, yes.

Page 256

1         Q.    Do you really think it would have
2  jeopardized a lot of revenue if the program had been
3  pushed out a little bit, given that there were only three
4  registrants?
5         MS. HOFFMAN:   Form and foundation.
6         A.    So any of our programs, we can't predict,
7  especially because this was a brand-new program that we
8  were launching.  I don't know what the marketing plan was
9  or when those -- you know, I don't make the decisions for
10 when a program gets pushed.
11               I just know that from an instructional
12 design standpoint, we need to have things ready for when
13 they're scheduled and when they're advertised.  Programs
14 are -- our programs team does all the logistics and
15 determinations on budgeting when things may or may not
16 shift.
17        Q.  (By Mr. Swain)   And, in fact, Digital
18 Transformations, back when it was called Digital HR, had
19 already been listed and then delisted because there were
20 too few registrants.
21               Do you remember that?
22        A.    I vaguely recall that.  I don't remember
23 any of the details because I don't make those decisions.
24        Q.    And that's part of the reason why that
25 Ms. Mohamed was tasked with changing the content of the

Page 257

1    program in the first place, isn't it?

2         A.    Changing the content? I'm sorry, can you

3    rephrase? I'm not sure I understand your question.

4         Q.    Sure.

5               So you vaguely remember that Digital

6    Transformations had already been delisted, right?

7         A.    Yes, yes.

8         Q.    And after it was delisted, the decision

9    was made to rework some of the content of the program;

10   isn't that right?

11        A.    There was a decision to change some

12   content, yes, but the -- the program had not been at

13   full, final materials at any point.

14        Q.    Tell me about your mediation sessions with

15   Bernée Long. How many times did you meet with her?

16        A.    I think only twice. There may have been a

17   third, but I can't remember. I think only twice.

18        Q.    Did you meet with her in person or via

19   Zoom, or what?

20        A.    So we met via Zoom. Ruby, Bernée, and I

21   all met together as a collective meeting. That was over

22   Zoom. Obviously Ruby was remote, and I was not in the

23   same room as Bernée that I can remember. I don't think

24   so. I would have to double -- double-check. I'm not

25   sure.

Page 258

1               And then I definitely had at least one

2    one-on-one with Bernée. I can't remember if that was in

3    person or over Zoom.

4         Q.    Tell me what you recall of your at least

5    one one-on-one sessions with Bernée Long.

6         A.    Gosh. I don't remember a lot of details.

7    I remember we talked a lot about Ruby's performance. We

8    talked about -- you know, we talked about bias. We

9    talked about race. We talked about all the topics that

10   were coming up in the mediation.

11              Of course, it was -- we had a strained

12   relationship, which is why mediation needed to occur. I

13   remember talking about things that I can do that would

14   support the -- trying to alleviate some of the strains.

15              That's about all I can remember, given

16   that it was so long ago.

17        Q.    Did you think it was appropriate to be

18   talking with Bernée Long about Ms. Mohamed's performance

19   in the context of a mediation about her race

20   discrimination complaints?

21        A.    Did I think that it was appropriate? I

22   didn't really think about the appropriateness of it. I

23   was asked to do that by my CHRO, so, of course, I said

24   yes because I wanted to make things better.

25        Q.    Anything else you remember about your

Page 259

1    sessions with Bernée Long?

2         A.    I don't remember any specific details

3    other than the summaries that I shared already.

4         Q.    I would like for you to flip back to

5    Deposition Exhibit 38.

6               Do you still have that?

7         A.    I'm sorry, there was a small glitch.

8    Which number?

9         Q.    38. It was the first one I sent you this

10   morning, so I can resend it to you if you like.

11        A.    38. Well, I'm -- I don't remember which

12   38 because it looks like there were two labeled 38.

13        Q.    Uh-oh. It's the second one.

14              Let me reshare it, okay? Just --

15        A.    Okay.

16        Q.    -- so we're on the same page.

17        A.    Okay. I just was scrolling up in the chat

18   to double-check which one.

19        Q.    My bad.

20              Okay. I'm resending it.

21        A.    Okay.

22              Okay. I have it open.

23        Q.    So I'd like to talk about the PMQ project.

24        A.    Okay.

25        Q.    Because at one point in time, you learned

Page 260

1    that Ms. Mohamed had complained you were trying to

2    exclude her from participating in a PMQ meeting.

3               Is that a fair summary of her complaint?

4         A.    Yes. Yes, there was a meeting that that

5    occurred.

6         Q.    Tell me --

7         A.    Those conversations.

8         Q.    -- your perspective on what happened with

9    that.

10        A.    So my perspective with what happened with

11   that was, prior to the meeting, there were a number of

12   stakeholders that needed to be on the call. I scheduled

13   it -- I don't know -- middle of the week, earlier in the

14   week. I -- I only scheduled it just a few days before

15   the actual session would occur.

16              We had a team meeting a couple days prior.

17   And I shared with Ruby and Ann -- who were both involved

18   with different levels of review of the PMQ. And I said:

19   Hey, I'm sending an invite to you on my -- for a couple

20   of days from now. Ann was actually out of the office

21   that day, the day that the meeting was going to occur.

22   There was also a lot of information to review in advance.

23              And so I said: Hey, I'm sending you the

24   invite, join, prepare as much as you can, you know. But

25   I didn't want any pressure, and I was like: Ann,

Page 261

1  obviously you're out of office. Join if you like, but if
2  you can't, it's okay. I know it's last minute.
3          And then sent the invite, and didn't think
4  anything of it until the day of the meeting, Jeanne had
5  come over and asked me, was shortly before Ruby to
6  the meeting?" And I said, "To which meeting?" And, you
7  know, she was like, "You know, to the PMQ." And I was
8  like, "Yeah, of course, I did. I invited her and Ann
9  last week." And she said, "Okay. Well, I invited her as
10  well."
11          So there was -- that's when it first,
12  like, became aware to me, was shortly before the meeting,
13  but Ruby and Ann had both already been invited.
14      Q.    And Ms. Mohamed attended the meeting,
15  right?
16      A.    Yes.
17      Q.    And she participated, correct?
18      A.    Yes, I believe so.
19      Q.    And what was the date of that meeting; do
20  you remember?
21      A.    I don't remember off the top of my head.
22  I'm sure it's in the documentation here.
23      Q.    I'd like to direct your attention to the
24  page 5 in the PDF of Deposition Exhibit 38, and the Bates
25  Number of that is SHRM 0730.

Page 262

1      A.    Okay.
2      Q.    And I'm looking at "June 30, 2020."
3          Again, this is part of your documentation
4  that you began preparing per the instruction of Mike
5  Jackson; is that right?
6      A.    Yes.
7      Q.    It says, "This morning I emailed Ruby
8  regarding the PMQ pilot decisions to follow up about a
9  demographic concern across the characters."
10          Did I read that right?
11      A.    Yes.
12      Q.    Tell me about what the demographic concern
13  was regarding the PMQ project.
14      A.    As I'm looking at this, Ruby had made a
15  comment and brought up a concern that there were a number
16  of comments in the pilot feedback about that there were
17  too many white males in authority roles in the PMQ.
18      Q.    Did you think that was a fair piece of
19  feedback on her part?
20      A.    Well, I think it was her -- it wasn't her
21  feedback. It was feedback from the pilot participants
22  and that she saw it appear, you know -- there was many
23  comments, a very large Excel document. I think it was in
24  Excel.
25          And I think it was a fine idea to bring

Page 263

1  that up and explore before we launched this to go to
2  market.
3      Q.    Let's move to the next page, so the one
4  that is SHRM 0731. Still looking at your documentation.
5          And there's a cutout of an email exchange
6  between you and Ms. Mohamed, two emails that you sent
7  each other on June 30, 2020.
8          Do you see where I'm talking about?
9      A.    Yes.
10      Q.    So you are -- oh, okay. So the bottom one
11  is Ms. Mohamed sending an email to you at 8:29 a.m. on
12  June 30, 2020.
13          And she says: "I am glad you found my
14  comments to be helpful. I know you instructed me during
15  our last team meeting to just 'join and listen' but I
16  felt compelled to share my input."
17          "Ruby."
18          Did I read that right?
19      A.    Yes.
20      Q.    And your response says: "I always value
21  your input. I don't recall saying just 'join and
22  listen'. If I did, I'm sorry for that and definitely
23  didn't mean to imply you shouldn't share your thoughts.
24  You have been and definitely continue to be a critical
25  member of the PMQ project."

Page 264

1          Did I read that right?
2      A.    Yes.
3      Q.    So in this email, you're not denying that
4  you told her that. You're just saying that if you did, I
5  didn't mean it that way.
6          Is that a fair reading of your email?
7          MS. HOFFMAN:   Form.
8      A.    I definitely didn't remember saying that,
9  but didn't want to get hung up on that piece, and was not
10  my intention in any way of how she should participate or
11  not participate in the meeting.
12      Q. (By Mr. Swain)   Do you deny saying that, or
13  do you just not remember?
14      A.    I don't remember saying that.
15      Q.    Is it possible that you said that to her?
16      A.    It's possible that I said that in a larger
17  statement or sentence, you know, to the whole group and
18  it wasn't specifically to Ruby. Because I was speaking
19  to both her and Ann about attending the meeting.
20      Q.    Is it possible that you said that
21  specifically to Ruby?
22      A.    Not that I remember specific to her versus
23  the whole team.
24      Q.    I'm asking if you deny saying that or if
25  it's -- you just don't remember and it's possible that

Page 265

1  you did say it?
2          MS. HOFFMAN:  Counsel, she's answered this
3  question.
4          MR. SWAIN:  I haven't gotten a
5  satisfactory answer yet so I'm going to keep asking it
6  until I get one.
7          MS. HOFFMAN:  Her answer is she doesn't
8  remember.  I'll let you ask it one more time, but she's
9  answered it twice.
10         Q.   (By Mr. Swain)  Let me ask you again, and
11  this is as clear as I can be:
12         Do you deny telling Ms. Mohamed that if
13  she attended the meeting, she should just sit and listen?
14         A.   I don't remember my exact words on the
15  call.
16         Q.   Okay.  So after this email exchange with
17  Ms. Ruby, still looking at your documentation that you
18  started preparing on June 12, the day that Ms. Mohamed
19  complained of race discrimination, it says:
20              "After I hit send, I called Ruby as well.
21  I was a little confused by her note and didn't think
22  email was the best way to get to a resolution.  She was
23  extremely angry with me, yelled at me."
24              Did I read that right?
25         A.   Yes.

Page 266

1          Q.   And is that accurate, that she was
2  extremely angry and yelled at you?
3          A.   I believe so.  I can actually remember
4  that phone call pretty well because it was pretty rough.
5          Q.   And, you know, we've already looked at a
6  written summary of one of your telephone calls with
7  Ms. Mohamed where you said that she was raising her voice
8  at you, that she hung up on you abruptly.
9          Do you remember that?
10         A.   Yes.
11         Q.   Knowing that Ms. Mohamed has audio
12  recordings of her interactions with you, do you stand by
13  this characterization that she was extremely angry with
14  you and yelled at you?
15         MS. HOFFMAN:  Form.
16         A.   These are my notes from then, so I'm going
17  to believe what I have in my notes.
18         Q.   (By Mr. Swain)  Let's go down to
19  Ms. Mohamed's email cutout a little lower on this page.
20              And Ms. Mohamed sends you an email, it
21  says:
22              "Hi Carolyn,"
23              "During the team meeting, you have clearly
24  [indicated] me to, first, feel free to skip the meeting
25  because 'big decisions' will be made.  Second, if I

Page 267

1  decide to join the meeting, then I can feel free to 'just
2  join and listen', which is a clear implication that I
3  shouldn't share my thoughts."
4              "Just wanted to clarify the events that
5  took place."
6              Did I read that right?
7          A.   Yes.
8          Q.   And do you deny that you told Ms. Mohamed
9  to feel free to skip the meeting because Ms. -- big
10  decisions will be made?
11         A.   I don't remember saying that.
12         Q.   "Second, if I decide to join the meeting,
13  then I can feel free to 'just join and listen.'"
14              So -- and we already established you don't
15  remember saying that, either, right?
16         A.   Correct.
17         Q.   Do you think Ms. Mohamed's lying about
18  this or that she is just mistaken?
19         MS. HOFFMAN:  Form.
20         Q.   (By Mr. Swain)  Or something else?
21         A.   I don't think I can weigh in on whether
22  she's lying or not.  You know, this is what she's saying
23  in those emails.
24              It's not what I remember the conversation
25  to be, so I can only speak to what I remember.  And I --

Page 268

1  I shared that I spoke to the team about, you know:  This
2  meeting is coming up.  Here's the invitation.  I know
3  it's short notice.  Prepare if you can.  Ann -- you know,
4  and I definitely knew Ann was out of office so I was
5  trying to be accommodating to her, not feeling pressured
6  to give up her day off to attend the meeting.
7          Q.   Do you think it's possible that you and
8  Ms. Mohamed just genuinely have different memories of
9  what happened?
10         MS. HOFFMAN:  Form and foundation.
11         A.   I can't speak for -- for Ruby.  I'm
12  remembering the best that I can and, you know, reviewing
13  documentation to help fill in the pieces that I don't
14  remember.
15         MR. SWAIN:  Can you reread the question,
16  Ms. Dittmer.
17              (The following question was read:
18              "QUESTION:  Do you think it's possible
19  that you and Ms. Mohamed just genuinely have different
20  memories of what happened?")
21         MS. HOFFMAN:  I assume you're indicating
22  that her response is nonresponsive and you're asking her
23  to ask -- to answer it again?
24         MR. SWAIN:  That's right.
25         MS. HOFFMAN:  Do you remember --

Page 269

1      A.    I --
2            MS. HOFFMAN:    -- the question, Carolyn?
3      A.    I thought I answered it. Sorry about
4    that.
5            I can't speak for -- like what I was
6    saying is, I can't speak for Ruby's opinions. Clearly we
7    have different recollections of what happened, as we're
8    seeing in her complaint and when we're looking in the
9    documentation.
10     Q.    (By Mr. Swain)   Let's go to page SHRM 0732
11   of Deposition Exhibit 38, your documentation that you
12   began preparing the same day that Ms. Mohamed made a
13   complaint of discrimination.
14           I'm looking at "July 16, 2020."
15           Do you see that?
16     A.    July 16, yes.
17     Q.    It says, "In a verbal team meeting and in
18   email, Ruby is showing aggression toward Ann."
19           Do you see that?
20     A.    Yes.
21     Q.    Did -- and that's Ann Godmere?
22     A.    Yes.
23     Q.    Did Ms. Godmere say anything to you that
24   she felt like Ruby was showing aggression to her?
25     A.    Yes.

Page 270

1      Q.    What did she say?
2      A.    I don't remember her exact words, but I
3    remember, after the meeting, she was like: Gosh, that
4    felt awful. She's like: You know, why did she attack me
5    for, you know, just supporting what was, you know, team
6    norms?
7            I also was part of the call when, you
8    know, the -- when it transpired.
9      Q.    Let's look at "July 17, 2020":
10           "I had discussions with Jeanne regarding
11   both Ebony and Ruby."
12           I'm skipping forward a little bit:
13           "I expressed I was confused and concerned
14   given so many conversations continued to occur without me
15   present that seem to directly involve me."
16           You knew that these conversations were --
17   involved race discrimination complaints about you, didn't
18   you, at the time you wrote this?
19     A.    I don't know if I knew all of the
20   conversations. I knew there were a lot of employee
21   engagement conversations that managers weren't attending.
22   I wasn't the only manager that wasn't attending them.
23           But it was -- it was aware -- you know,
24   everyone at SHRM was aware that there were conversations
25   going on about race and equity and everything related to

Page 271

1    those pieces.
2      Q.    That's a pretty mild way to put it,
3    though.
4            I mean, you knew that people were
5    complaining about you discriminating against them on the
6    basis of race, right?
7            MS. HOFFMAN:    Form.
8      A.    Yes. I mean, Ruby had complained to me.
9    Prior to this, I'm not sure -- or prior to July 17, I was
10   not -- I have to look at the timeline. I don't remember
11   when I knew what information. Obviously I know more now,
12   that I know Ruby and Ebony were both, but I don't
13   remember at what point I knew each piece.
14           Obviously I knew about Ruby at this point
15   because she had already shared that with me directly.
16     Q.    (By Mr. Swain)   You knew about Ruby's
17   complaints of race discrimination?
18     A.    Yes.
19     Q.    And you, at least within a short time
20   after this, if not before, learned about Ms. Thompson's
21   complaints of race discrimination as well, right?
22     A.    Yes.
23     Q.    Why did you feel entitled to be present
24   for those conversations?
25           MS. HOFFMAN:    Form.

Page 272

1      A.    I don't think I felt like I needed to be
2    present for all of them. I was just concerned when or
3    how I was going to be involved to be able to also give my
4    perspective and point of view.
5      Q.    (By Mr. Swain)   Let's go to the next page,
6    SHRM 0733.
7            "July 21, 2020."
8            "Ruby did not connect regarding Ebony.
9    Ruby and Ebony both stopped replying to team emails and
10   slack messages."
11           Did I read that right?
12     A.    Yes.
13     Q.    Did -- so did -- let's start with Ruby
14   Mohamed first.
15           Did she stop replying to team emails and
16   Slack messages between July 21 and the termination of her
17   employment?
18     A.    No, I wouldn't say through the termination
19   of her employment. Definitely as I documented it here,
20   there seemed to be a -- there was a change where Ruby and
21   Ebony were not replying.
22           I would have to look further down to see
23   when that may have stopped, or I'm not sure if I even
24   documented when they replied or started replying.
25     Q.    Why would you document that they stopped

Page 273

1  replying but not when they started again?
2          A.    I'd have to look through the rest of this
3  to see if it's there.
4          Q.    Go ahead.  Do it.
5          Let me know when you're ready.
6          A.    So there's no documentation that I can see
7  about Ebony because we made decisions to terminate Ebony,
8  to terminate her employment.
9          Looks like there were emails then later
10 that I documented or were referencing with Ruby about
11 team updates.  So at some point, I'm sure she was also
12 responding to team messages in that time frame.
13         Q.    And I'm looking at the paragraph that
14 comes after that, towards the end:
15         "Jeanne shared that Ruby said she will no
16 longer work with Carolyn unless she apologizes and
17 admits . . . she had discriminated against her."
18         So it's your testimony that Ms. Mohamed
19 made an ultimatum that she wouldn't work with you anymore
20 unless you apologized and admitted discrimination?
21         MS. HOFFMAN:   Form and foundation.
22         A.    I'm sorry.  Can we repeat the question?  I
23 want to make sure I answer it correctly.
24 Q.  (By Mr. Swain)   Yes.
25         MR. SWAIN:   Can you repeat the -- the

Page 274

1  question from the record, Ms. Dittmer.
2          (The following question read:
3          "QUESTION:  So it's your testimony that
4  Ms. Mohamed made an ultimatum that she wouldn't work with
5  you anymore unless you apologized and admitted
6  discrimination?")
7          MS. HOFFMAN:   Same objection.
8          A.    Yes.  That's what was shared with me and
9  that was my impression.
10         Q.  (By Mr. Swain)   Ms. Mohamed never said that
11 to you, right?
12         A.    Not to me directly, no.
13         Q.    You have no personal knowledge if that
14 happened or not?
15         A.    No.
16         Q.    Let's go to "July 22, 2020":
17         "I get a phone call from Jeanne.  She
18 shared that Ruby reached out to Nick and recused herself
19 from the new PMQ project.  She refuses to work with
20 Carolyn until I admit her request."
21         Another conversation with Jeanne.
22         So do you know why Ms. Mohamed said that
23 she was recusing herself from the new PMQ project?
24         MS. HOFFMAN:   Foundation.
25         A.    I was just told that she didn't want to be

Page 275

1  a part of it, in the same way that, you know, I
2  understood it as an extension of what Jeanne had shared
3  prior, that she wouldn't work with me until I apologized.
4  And I thought that was just a general statement.  I don't
5  remember if there was anything else to it.
6          Q.  (By Mr. Swain)   You didn't think to ask
7  Mr. Schacht why Ms. Mohamed had recused herself from the
8  project?
9          A.    I reached out to him and shared my
10 concerns that, you know:  I'm really concerned here, like
11 this isn't a way that a team should function.  You know,
12 we need to be able to work together.  And I think we need
13 to figure out a way to move forward and figure these
14 things out and get to a better place.
15         Q.    Did you mention this ultimatum to
16 Mr. Schacht that Jeanne Morris had told you about?
17         A.    I don't remember if I shared that with
18 Nick or if it came up in conversation.  I don't remember
19 if I -- I said it in that exact way or what -- I don't
20 remember the details other than what's written here.
21         Q.    Okay.  Let's skip down towards the end of
22 "July 22, 2020":
23         "I'm so upset, more and more about this
24 situation.  These accusations have no justification.
25 Ruby is allowed to keep saying them and is damaging my

Page 276

1  character and reputation across SHRM.  And, continues to
2  be rewarded for it."
3          Did I read that correctly?
4          A.    Yes.
5          Q.    And "these accusations" refer to
6  Ms. Mohamed's complaints of discrimination; is that
7  right?
8          A.    Yes.
9          Q.    How was Ms. Mohamed being rewarded for her
10 complaints of discrimination?
11         A.    I think just even being asked to be part
12 of other projects is an honor, right?  And, you know, I
13 think it's a privilege when you're being asked to work on
14 other things or -- or, you know, just even the -- just a
15 lot of the compliments and tones that I was seeing across
16 emails, it was frustrating to me.
17         Q.    Very -- very upsetting to you, right?
18         A.    Yeah.  I mean, I was being accused of
19 something that I don't believe happened and that I didn't
20 do.
21         Q.    And Ms. Mohamed was fired less than
22 six weeks after you wrote this, right?
23         A.    Yes, that sounds accurate in time.
24         Q.    And you're the one who made the decision
25 to fire her?

Page 277

1    A.    I made the recommendation, and it had to
2  be approved by other folks as well.
3    Q.    And it was approved summarily the same day
4  you made the recommendation, correct?
5    A.    Yes.
6    Q.    By the way, remind me, who had to approve
7  the recommendation?
8    A.    Jeanne Morris and I believe Sean were both
9  involved.  I don't know if Nick was part of any
10  conversations that I wasn't in.
11    Q.    "I am not sure how I can get passed this
12  knowing a colleague can threaten me and not be held
13  accountable."
14          Did you believe that Ms. Mohamed was
15  threatening you?
16    A.    That's how I felt at the time.
17    Q.    Do you feel that way now?
18    A.    I felt -- yeah, I still feel that way.  I
19  felt very threatened.  I felt like she was damaging my
20  career, and I wanted to figure out a way that we could
21  resolve it.
22          And I was -- that's where I was also very
23  open and appreciative when we had mediation, and I
24  thought it was going to be a way that we could resolve
25  because prior to all of this, I thought we had a great

Page 278

1  professional relationship.
2    Q.    And later, on "July 27, 2020," in the same
3  document, Deposition Exhibit 38, you say:
4          "From what I'm being told, Ruby is
5  spreading accusations across SHRM about me.  I am
6  continued to being told to wait."
7          Do you see that?
8    A.    I'm not seeing that.  Where did you say
9  that was?
10    Q.    It's under "July 27, 2020," the second
11  paragraph under that heading.
12    A.    Oh, okay.  Yes, now I see it.
13    Q.    And again, the accusations are her
14  complaints of race discrimination, right?
15    A.    Yes.
16    Q.    Skipping down just a little bit, still on
17  July 27 --
18          And these are contemporaneous notes you're
19  taking, by the way; is that right?
20    A.    Contemporaneous.  I'm sorry, can you
21  remind me of the definition?
22    Q.    Well --
23    A.    Realtime?
24    Q.    -- so what I mean is, when it says
25  "July 27, 2020," you were writing that on that date,

Page 279

1  right?
2    A.    Not exclusively on every -- on every date.
3  I think I tried to document things when they happened or
4  it might have been the next day.  There was also lots of
5  other projects going on that I was keeping up with as
6  well.
7    Q.    So at least they're very close in time to
8  the date, correct?
9    A.    Yes.
10    Q.    So is it fair to say that this Deposition
11  Exhibit 38 is kind of a -- I mean, I don't want to say
12  diary, but it does include both your factual observations
13  and your feelings about what's going on; is that fair to
14  say?
15    A.    Yeah, I think that's fair.
16    Q.    Still on "July 27, 2020," the last line:
17          "I am unsure what I am supposed to do.
18  I'm feeling harassed or bullied by this situation."
19          Did you feel like Ms. Mohamed was
20  harassing you with her complaints of discrimination?
21    A.    I felt like with the time period that had
22  transpired, right, that HR was involved, that it was
23  shared, and that we, you know, didn't get a resolution or
24  an answer, I felt like as the rumors were spreading about
25  me, that it felt very much like I was being harassed and

Page 280

1  it felt like I was being bullied.
2          And wasn't sure what I should do because I
3  still needed to manage Ruby and make sure she had the
4  guidance as her manager.  But also was aware that, you
5  know, the rumor mill works very quickly in most offices.
6    Q.    Did you ever consider reassigning Ruby to
7  directly report to someone else, like Jeanne Morris?
8    A.    I didn't think about that at the time.
9    Q.    By the way, what were the rumors that were
10  being spread about you?
11    A.    That I was -- the racial discrimination.
12    Q.    Did you think Ms. Mohamed was making those
13  race discrimination complaints in bad faith?
14          MS. HOFFMAN:  Form.
15    A.    I can't speak to why or when she was --
16  why she made them.
17    Q.  (By Mr. Swain)  Well, you felt like she was
18  bullying you and harassing you and creating a toxic
19  environment and all that, right?
20          MS. HOFFMAN:  Form.
21    A.    Yes.
22          MR. SWAIN:  Let's take a quick break.  I
23  think I'm close to done, actually.
24          MS. HOFFMAN:  Great.
25          MR. SWAIN:  This will probably be our last

Page 281

1   break. In fact, I'm sure it will be because I don't have
2   much time left, either, right?
3               So we'll take a 5-ish-minute break and
4   reconvene.
5               MS. HOFFMAN:   Sounds good.
6               (Recess taken from 4:36 p.m. until
7   4:45 p.m.)
8        Q. (By Mr. Swain)   Are there any answers you
9   want to supplement or change after the break?
10       A.    No.
11       Q.    How many different people have accused you
12  of race discrimination in your life?
13              MS. HOFFMAN:   Form.
14       A.    In my life? I'm --
15       Q. (By Mr. Swain)   Yes.
16       A.    -- sorry, you said in my life?
17       Q.    Yes.
18       A.    Ruby and Ebony. I believe that's all.
19  That's it, my whole life.
20       Q.    Both within the span of a month or two,
21  though, right?
22       A.    Yes.
23       Q.    It must have been difficult for you to
24  process. Was it?
25       A.    It was difficult and a -- a shock.

Page 282

1        Q.    Ms. Mohamed took some time off as leave in
2   late July 2020 and early August 2020.
3               Do you remember that?
4        A.    Yes. I don't remember the exact dates,
5   but that sounds -- that's the right time of year, yeah.
6        Q.    Do you know why she asked for that leave?
7        A.    She didn't give any reason. Just said
8   that she needed some time off, and I believe her
9   significant other was going to be in town and wanted to
10  spend some time with him, I think, but I don't remember
11  exactly.
12       Q.    Did you ask her why she was taking the
13  leave, or that's just what you remember her saying?
14       A.    I just remember that's what she was
15  saying. I don't know if I specifically asked.
16       Q.    Do you remember Ms. Mohamed asking you if
17  you thought it would be an issue her taking a leave given
18  these project timelines?
19       A.    I don't remember her asking about the
20  projects when she asked for the time off.
21       Q.    And by the way, so how did you come up
22  with the August 31 deadlines for these two projects:
23  Digital Transformations, and Compliance and HR?
24       A.    Well, each had a different timeline and a
25  different start date. Digital HR had numerous

Page 283

1   extensions. Then there was the pivot of the -- there was
2   some additional content feedback. It was around like
3   10 percent more that would change. And that was in the
4   middle of July, which shouldn't take more than a -- a
5   couple weeks to adjust and -- and resolve that and finish
6   out the project. So August 31 was ample time when that
7   extension was made.
8               Compliance started early in the year. I
9   was on the project in February. I would have to look to
10  see which date Ruby was actually brought in, whether it
11  was February or March or -- or when she started being
12  involved.
13              And that deadline was earlier than August
14  as well to begin with. And so, you know, extending them
15  to August was a reasonable extension to get the work
16  done.
17       Q.    Let me ask you, though. You're the person
18  who made the decision that those would be the deadlines
19  for those two projects, right?
20       A.    Yes.
21       Q.    And you just explained to me why you think
22  those were reasonable deadlines.
23              How did you come up with those dates in
24  particular?
25       A.    I was evaluating how much content, the

Page 284

1   seat hours, you know, instruct -- I was using all of the
2   experience that I have on how long a program like those
3   should take to develop. Also took into account when the
4   extensions were occurring, how much was already done and
5   how much was left to -- left yet to be created, as well
6   as I was looking at the fall calendar for when programs
7   were going to go live.
8        Q.    So you took all that information and
9   synthesized it to conclude that August 31 seemed like a
10  reasonable deadline; is that correct?
11       A.    Yes.
12       Q.    Were there any objective metrics that you
13  used to determine August 31 for those two projects, or
14  was it that kind of subjective synthesis that you just
15  described?
16       A.    I mean, outside of calculating seat time
17  with development and looking at how much had occurred,
18  most of it is subjective.
19       Q.    Is there a formula for converting seat
20  time into a project link for the deadline, or is that
21  also kind of a subjective, like --
22       A.    Yeah, I --
23       Q.    -- this sounds like enough time given this
24  amount of seat time?
25       A.    I just want to clarify. You're asking if

Page 285

1  there's a metric to calculate that?

2      Q.   Yes, that's a better way to put it.

3      A.   Okay.

4           Yes. So there's industry averages and

5  standards. The general ratio across the industry is

6  40 hours of -- of -- and that's 40 hours for the whole

7  project to 1 hour of learning.

8           I've -- I had already -- as the manager,

9  one of the first things I did was calculate what was the

10  SHRM average. The SHRM average usually comes in a little

11  lower to that for an instructor-led training.

12          Both designers were coming in around 30 to

13  32 hours, given that we already have a lot of the content

14  at our fingertips across SHRM and stuff like that. So

15  those were -- those would be the metrics.

16          So if it was 15 hours of learning, I'd

17  multiply that by 40 or multiply that by 30, 32, and

18  that's where the beginning timelines would come up.

19          But when you think about -- and the reason

20  why SHRM would come in a little bit below is that we had

21  a delivery team. We have a team that handles operations

22  and logistics and those kind of things, which is part of

23  the industry average calculation.

24      Q.   So for the industry average of 40 hours of

25  work per 1 hour of instruction time, that means that a

Page 286

1  15-hour seat-time project would take 600 hours on

2  average, correct?

3      A.   Outside of SHRM, yeah. That's --

4      Q.   Outside of SHRM.

5      A.   -- including all parts of instructional

6  design, which some other teams do some of that work.

7      Q.   And so applying SHRM's average, 30 to 32

8  hours on average per 1 hour of seat time, that means a

9  15-hour seat-time project would take 450 to 480 hours, on

10  average, of work; is that right?

11      A.   Yeah, that sounds right. I can't keep up

12  with the math at this hour of the day.

13      Q.   Sorry, I'm --

14      A.   But that sounds right.

15      Q.   -- pretty good at mental arithmetic, so --

16      A.   I am earlier in the day.

17      Q.   Feel free to double-check my math,

18  but . . .

19          Okay. Well, when is the first time that

20  the firm August 31 deadlines were communicated to

21  Ms. Mohamed?

22      A.   I would have to look at the documentation.

23      Q.   Well, I'll show you some documentation.

24          Here is Deposition Exhibit 37. And the

25  Bates numbers for Deposition Exhibit 37 are SHRM 0132

Page 287

1  through SHRM 0138.

2      A.   Okay. Yes. I have it open.

3      Q.   And let's go to -- so page 5 of the PDF,

4  which is the one Bates-numbered SHRM 0136.

5      A.   Yes, I'm on that page.

6      Q.   All right. And it's -- at the bottom of

7  that page, there's an email from you, Carolyn Barley, to

8  Ruby Mohamed on August 12, 2020.

9          Do you see that?

10      A.   I have August 12, 2020, from me to Ruby,

11  yes.

12      Q.   Okay. And in the email, one of the things

13  you say is: "Both programs [need] to be finished by the

14  end of the month, August 31."

15          Do you see that?

16      A.   Yes.

17      Q.   Ms. Mohamed claims that this is the very

18  first time you communicated to her that these projects

19  had a firm August 31 deadline.

20          Do you disagree with Ms. Mohamed?

21      A.   I believe it was communicated prior to

22  that. I'd have to look at, you know, other documentation

23  and information. I'd have to look at some more info.

24      Q.   From your memory, when and how do you

25  think that that deadline was communicated to Ms. Mohamed

Page 288

1  before August 12, 2020?

2      A.   Well, when I look down farther in that

3  report, on July 16, Digital Transformations still had a

4  target completion of July of 2020 and the Compliance

5  program had it August 2020.

6          So those were already on the -- you know,

7  already aware. And even prior to that, those were --

8  they had earlier deadlines, and they kept getting pushed.

9  So, yeah --

10      Q.   Can we agree --

11      A.   -- (indiscernible crosstalk) --

12      Q.   Can we agree that the phrase "target

13  completion" does not denote that something's a firm

14  deadline?

15      A.   Sure. Yes.

16      Q.   Where else do you think that that firm

17  August 31 deadline was communicated to Ms. Mohamed before

18  August 12, 2020?

19      A.   Outside of looking at these emails, I

20  don't know. I don't have an answer for that.

21          Obviously the target completion when we

22  were looking in the middle of July was July for one of

23  the products -- or one of the projects. And so, you

24  know, at a point, it was -- we needed to be firm, like

25  these projects need done because they continued to slip

Page 289

1    and were slipping significantly.

2                So it had been just communicated on the

3    12th. I think it was communicated before that, but I

4    don't have anything to prove that right now.

5        Q.    So throughout the deposition today, a lot

6    of your responses have been along the lines of: I don't

7    know. I would have to check. I would have to look to

8    see, you know, what documentation there is. Things like

9    that.

10                Do you agree?

11                MS. HOFFMAN:  Form.

12        A.    I think when I don't remember, those are

13    going to be my answers.

14        Q.    (By Mr. Swain)  Okay. So you are going to

15    get a copy of the deposition transcript after today, and

16    you'll have an opportunity to make corrections to the

17    record. Okay?

18                Now, you know, as you're going through and

19    searching for more documents that haven't been produced

20    to us, like you've already committed to do, if you find

21    documents that would have answered your questions, can

22    you commit to communicating that information to SHRM's

23    counsel?

24        A.    Yes.

25        Q.    So Ms. Mohamed was fired, you testified,

Page 290

1    because she missed the deadlines for these two projects

2    on August 31, correct?

3        A.    Yes.

4        Q.    What happened to the Digital

5    Transformations project after Ms. Mohamed was fired?

6        A.    It was reassigned to another senior

7    instructional designer on the team.

8        Q.    To whom?

9        A.    Carrie Mills.

10        Q.    And was Ms. Mills able to complete the

11    project in order for it to meet the launch date?

12        A.    Yes, I believe so.

13        Q.    Do you know so, or are you just guessing?

14        A.    I would need to look at the documentation,

15    but I know she completed the project.

16        Q.    Without further extensions?

17        A.    I mean, we reevaluated her dates because

18    it was the 31st when it was transferred or the 1st or

19    2nd when it was transferred. I don't remember exactly

20    the date that it was transferred to her.

21        Q.    Okay. So she did not complete it

22    according to the original timeline, correct?

23        A.    It wasn't assigned to her until after

24    August 31.

25        Q.    Okay. And do you recall what date that

Page 291

1    project launched?

2        A.    I don't remember.

3        Q.    You don't know if it had to be delayed or

4    not?

5        A.    I don't remember.

6        Q.    What about Compliance and HR; what

7    happened with that project after Ms. Mohamed was fired?

8        A.    It was also reassigned.

9        Q.    To whom?

10        A.    That one was assigned -- reassigned to

11    Ann.

12        Q.    To Ann Godmere?

13        A.    Yes.

14        Q.    And did Ms. Godmere complete the project

15    on the original timeline as it was scheduled?

16        A.    So it wasn't assigned to her until after

17    the deadline date had passed.

18        Q.    The August 31 deadline that you selected,

19    correct?

20        A.    Yes.

21                MS. HOFFMAN:  Form.

22        Q.    (By Mr. Swain)  And do you know whether the

23    launch of that project had to be delayed because of the

24    reassignment to Ms. Godmere?

25        A.    I don't remember. I'd have to look at the

Page 292

1    calendar when it was going live.

2                MR. SWAIN:   Thank you for sitting with me

3    all day today. I know it hasn't been fun for you.

4                But I have no further questions.

5                MS. HOFFMAN:   I have no questions. Thank

6    you.

7                THE COURT REPORTER:  You'll order a copy

8    and handle signature?

9                MS. HOFFMAN:  Yes.

10                (WHEREUPON, the within proceedings were

11    concluded at 5:00 p.m. on the 17th day of May, 2023.)

12                *  *  *  *  *

13

14

15

16

17

18

19

20

21

22

23

24

25

## Page 293

1    I, CAROLYN ANNE BARLEY, hereby certify that I have read the foregoing transcript, and that the same and accompanying correction sheets, if any, constitute a true and complete record of my testimony.

4  PAGE LINE      NOW READS              SHOULD READ

5  ____ ____   _____   _____

6  ____ ____   _____   _____

7  ____ ____   _____   _____

8  ____ ____   _____   _____

9  ____ ____   _____   _____

10  ____ ____   _____   _____

11  ____ ____   _____   _____

12  ____ ____   _____   _____

13  ____ ____   _____   _____

14  ____ ____   _____   _____

15  ____ ____   _____   _____

16  ____ ____   _____   _____

17

18            _____
                 CAROLYN ANNE BARLEY

19    Subscribed and sworn to before me this _____

20  day of _____, 20____.

21    My Commission expires: _____

22

23            _____
                 Notary Public
24            Address: _____

25            _____

## Page 294

### REPORTER'S CERTIFICATE

I, K. MICHELLE DITTMER, Registered Professional Reporter and Notary Public, State of Colorado, do hereby certify that previous to the commencement of the examination, the deponent was duly sworn by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had. I further certify that I am not employed by, related to, nor counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

IN WITNESS WHEREOF, I have affixed my signature this 23rd day of June, 2023.

My commission expires April 15, 2024.

            _____
               K. MICHELLE DITTMER
            Registered Professional Reporter

## Page 295

1  Dittmer Reporting
   sdittmer@comcast.net
2  (303) 257-8702

3  June 23, 2023

4  KATHERINE N. HOFFMAN, ESQ.
   Hall & Evans LLC
5  1001 17th Street, Suite 300
   Denver, Colorado 80202

6  Deposition of:  CAROLYN ANNE BARLEY
7  Taken:  May 17, 2023

8  In Re:  Mohamed v. SHRM
              Civil Action No.  1:22-cv-01625-GPG-SKC
9
   Dear Ms. Hoffman:
10
   Enclosed please find the original signature page(s) of
11 the above deposition.  It was agreed that you would
   arrange for signature of CAROLYN ANNE BARLEY's deposition
12 by means of your copy transcript.

13 Also enclosed are amendment sheets for changes if
   necessary.  Please return the signature page(s) and
14 amendment sheet(s) ...

15   _XXX___  to our office for filing within 35 days to
            comply with the Rule.
16
     _____ to our office before _____, in
17             order that the deposition may be filed in time
               for trial.
18
     _____ to THE COURT prior to trial, furnishing copies
19             of amendments to opposing counsel.

20 Thank you for your attention to this matter.

21 Sincerely,

22 K. MICHELLE DITTMER, RPR
   Registered Professional Reporter
23
   cc: Counsel of Record/original transcript
24

25

## Page 296

1  Dittmer Reporting
   sdittmer@comcast.net
2  Arvada, Colorado 80003
   (303) 257-8702
3
4  HUNTER A. SWAIN, ESQ.
   Swain Law, LLC
5  1490 North Lafayette Street, Suite 303
   Denver, Colorado 80218
6
   RE:  Mohamed v. SHRM
7  Civil Action No. 1:22-cv-01625-GPG-SKC

8
9  Dear Mr. Swain:

10 Enclosed is the deposition of:  CAROLYN ANNE BARLEY

11 _____  Signature waived.

12 _____  Signed, no changes.

13 _____  Signed, with changes, copy of which is
              enclosed.
14
   _____  Unsigned, pursuant to stipulation of counsel
15            that the deponent may sign at the time of
              trial.
16
   _____  Unsigned, notice duly given _____,
17            pursuant to the Rules of Civil Procedure.

18 _____  Unsigned, notice duly given _____,
19            since trial is set for _____.

   _____  Unsigned, due to settlement of case.
20

21 DITTMER REPORTING

22 cc:  Counsel of Record

23

24

25

**MR. SWAIN: [65]** 24/10
25/8 25/13 25/17 26/19
47/19 58/18 58/20 73/7
73/13 73/15 74/22 75/1
75/5 78/20 89/25 92/2
92/6 105/6 105/14
105/17 106/5 118/1
118/11 128/21 128/24
129/3 129/6 147/19
147/21 147/23 155/18
157/20 157/25 158/6
160/7 164/2 181/17
201/17 214/22 217/2
217/9 217/25 218/3
221/6 226/2 226/8
226/24 227/21 234/8
234/21 242/7 242/15
242/17 242/21 244/1
247/4 247/10 265/4
268/15 268/24 273/25
280/22 280/25 292/2
**MS. BARLEY: [27]**
217/17 217/20 218/15
218/18 219/5 219/9
219/11 219/24 221/25
222/10 222/15 222/17
223/4 223/7 223/10
223/13 223/20 223/23
224/2 224/7 224/25
225/6 225/8 225/12
225/18 225/20 226/13
**MS. HOFFMAN: [209]**
14/6 14/12 15/8 17/22
18/2 24/4 25/12 26/7
26/12 28/13 29/7 31/24
35/13 36/19 37/7 37/17
38/10 39/1 43/15 55/5
55/13 55/22 56/18
58/25 61/4 61/14 61/17
63/1 66/4 68/23 69/9
70/1 70/4 73/2 73/5
73/9 73/11 74/25 75/2
77/24 78/7 79/2 79/9
80/7 81/4 81/13 81/19
83/1 83/15 83/19 84/5
85/13 85/17 89/23
91/23 92/15 92/22
93/17 94/5 94/13 95/10
96/13 103/6 103/11
105/22 106/2 106/6
106/23 109/13 110/2
116/16 118/9 118/12
118/17 118/25 123/21
124/9 124/15 125/4
125/17 126/9 127/19
128/5 129/17 130/8
134/4 134/16 135/20
136/9 136/23 137/3
138/13 139/4 141/5
141/11 143/25 144/13
144/19 145/1 145/21
147/2 147/14 151/2
151/22 152/6 152/14
153/13 154/19 155/3
155/7 155/16 155/20
155/7 155/16 157/11
157/18 157/22 158/2

158/17 159/4 159/17
159/20 160/4 163/23
165/4 165/14 165/21
166/19 167/2 168/9
169/1 169/13 170/20
172/22 173/2 181/3
181/7 183/21 187/17
193/23 194/19 194/21
198/2 198/7 198/19
198/21 199/17 200/8
204/3 208/22 211/20
212/1 214/3 214/16
214/20 215/5 217/7
225/22 226/10 227/14
227/25 228/8 230/13
231/11 231/19 232/6
233/3 233/15 233/20
234/1 241/16 242/2
242/13 242/16 242/18
243/17 245/9 246/7
247/7 250/9 251/8
251/16 252/22 253/9
254/3 256/5 264/7
265/2 265/7 266/15
267/19 268/10 268/21
268/25 269/2 271/7
271/25 273/21 274/7
274/24 280/14 280/20
280/24 281/5 281/13
289/11 291/21 292/5
292/9
**MS. MOHAMED: [30]**
217/15 217/19 217/23
218/13 218/17 218/22
219/6 219/10 219/22
220/7 221/4 221/10
222/9 222/12 222/16
222/22 223/6 223/9
223/12 223/19 223/22
223/24 224/4 224/23
225/1 225/7 225/10
225/15 225/19 226/19
**THE COURT
REPORTER: [11]**
105/1 105/4 118/4
147/20 147/22 187/20
217/6 218/1 220/25
227/19 292/7
**THE WITNESS: [17]**
25/16 25/18 73/10
73/14 92/4 104/25
105/2 105/13 128/23
129/1 129/4 147/17
180/23 181/6 181/8
194/22 247/6

**'**

**'big [1]** 266/25
**'join [2]** 263/15 263/21
**'just [2]** 267/1 267/13

**0**

**00 [1]** 30/24
**000615 [1]** 3/11
**000616 [1]** 52/20
**000618 [2]** 3/11 53/20
**004557 [1]** 254/22
**004558 [1]** 255/15
**004559 [1]** 254/24

**0054 [2]** 1/24 32/5
**0055 [2]** 30/22 31/2
**008322 [3]** 4/7 236/15
240/16
**008326 [2]** 4/7 236/15
**0132 [1]** 286/25
**0136 [1]** 287/4
**0138 [1]** 287/1
**014398 [1]** 139/13
**016998 [1]** 143/13
**017107 [1]** 217/10
**0617 [2]** 3/22 184/7
**0618 [2]** 185/7 185/18
**0619 [3]** 3/22 184/7
192/8
**0621 [2]** 3/24 196/3
**0625 [2]** 3/24 196/3
**0714 [2]** 4/3 201/8
**0715 [2]** 4/3 201/8
**0726 [4]** 3/9 48/2 51/3
64/23
**0729 [2]** 88/10 97/16
**0730 [1]** 261/25
**0731 [1]** 263/4
**0732 [1]** 269/10
**0733 [1]** 272/6
**0734 [1]** 49/22
**0735 [3]** 3/9 48/3 49/23
**0788 [2]** 3/16 130/16
**0790 [2]** 3/16 130/16

**1**

**10 [2]** 202/11 225/25
**10 percent [1]** 283/3
**1001 [2]** 2/13 295/5
**10:16 a.m [1]** 75/3
**10:23 a.m [1]** 75/4
**10:49 a.m [1]** 131/5
**118 [1]** 3/12
**11:07 a.m [1]** 105/15
**11:17 a.m [1]** 105/16
**12 [36]** 4/13 24/22
25/25 27/2 30/21 32/6
33/25 49/14 49/17 82/7
82/8 82/10 84/13 86/6
88/1 88/15 88/21 89/22
90/3 93/10 95/3 97/13
98/7 99/24 100/17
103/12 103/14 106/14
106/22 107/13 150/14
265/18 287/8 287/10
288/1 288/18
**12/7/21 [1]** 3/23
**121 [1]** 3/13
**12:17 p.m [1]** 147/24
**12:55 p.m [1]** 147/25
**12th [1]** 289/3
**13 [3]** 186/13 186/15
186/16
**130 [1]** 3/15
**139 [1]** 3/17
**145 [1]** 4/19
**146 [1]** 4/20
**1490 [3]** 2/4 2/8 296/5
**15 [4]** 179/5 179/6
285/16 294/19
**15-hour [5]** 175/24
178/20 178/22 286/1
286/9

**16 [3]** 269/14 269/16
288/3
**17 [5]** 1/13 3/3 270/9
271/9 295/7
**17th [3]** 2/13 292/11
295/5
**18 [3]** 4/22 192/9 193/6
**184 [1]** 3/20
**19 [2]** 190/10 192/13
**195 [1]** 3/23
**1:22-cv-01625-GPG-SK
C [3]** 1/2 295/8 296/7
**1:40 p.m [1]** 181/19
**1:55 p.m [1]** 181/20
**1st [1]** 290/18

**2**

**2 minutes [1]** 226/25
**2-minute [4]** 225/23
225/24 225/25 226/6
**2/9/23 [1]** 3/21
**20 [29]** 3/10 3/12 3/16
3/19 4/2 4/7 4/9 22/4
31/8 31/15 31/21 33/5
46/14 46/14 132/5
132/6 133/16 133/21
133/24 138/19 138/21
138/22 139/3 143/3
144/17 147/17 147/19
190/24 293/20
**201 [1]** 4/2
**2018 [4]** 6/15 6/17
19/12 19/22
**2019 [5]** 6/22 19/22
22/4 22/10 194/9
**2019/early [1]** 20/18
**2020 [125]** 6/22 7/9
18/13 18/21 19/15
19/23 20/18 22/1 22/3
22/14 23/1 27/12 31/8
31/12 31/21 32/19 33/5
33/16 39/25 40/5 40/6
41/12 41/16 42/6 42/12
46/15 49/7 49/24 50/2
50/5 50/21 51/5 51/14
51/18 52/2 57/14 57/15
58/2 59/6 59/15 63/13
74/19 75/9 75/18 76/1
76/3 81/3 81/16 82/7
84/14 86/12 88/23
89/22 90/3 90/6 91/3
92/18 95/18 97/13
103/14 106/14 109/20
110/1 110/6 111/19
113/2 113/11 114/13
114/16 115/13 115/17
118/14 123/2 123/6
123/12 124/8 124/14
125/3 125/15 129/16
130/7 131/5 133/24
139/3 139/18 143/1
143/5 144/18 150/14
162/17 162/23 167/23
169/9 169/16 171/7
171/8 227/11 228/6
236/19 237/15 240/21
242/25 249/6 255/3
255/23 262/2 263/7
263/12 269/14 270/9

272/7 274/16 275/22
278/2 278/10 278/25
279/16 282/2 282/2
287/8 287/10 288/1
288/4 288/5 288/18
**2021 [14]** 7/9 57/15
58/3 169/16 171/15
171/17 181/15 182/7
185/22 190/5 196/8
196/15 196/21 199/15
**2021/early [1]** 167/23
**2022 [5]** 7/10 92/9
94/17 167/24 174/4
**2022/early [1]** 167/23
**2023 [9]** 1/13 3/3 57/17
58/3 184/10 292/11
294/17 295/3 295/7
**2024 [1]** 294/19
**21 [5]** 3/23 139/18
139/23 272/7 272/16
**216 [1]** 4/4
**22 [12]** 185/22 186/20
188/6 189/2 190/5
191/4 191/5 194/1
195/11 199/15 274/16
275/22
**22306 [1]** 5/19
**23 [2]** 3/21 295/3
**236 [1]** 4/5
**23rd [1]** 294/17
**24 [2]** 4/13 4/18
**243 [1]** 4/21
**248 [1]** 4/8
**25 [15]** 49/24 50/2 50/5
109/19 109/25 110/6
191/12 215/2 215/10
227/7 227/11 228/6
247/16 251/1 251/3
**25 percent [1]** 102/16
**254 [1]** 4/14
**257-8702 [2]** 295/2
296/2
**2595 [1]** 2/9
**25th [1]** 110/12
**26 [6]** 236/19 237/15
249/6 249/14 255/3
255/23
**27 [6]** 240/21 278/2
278/10 278/17 278/25
279/10
**28 [7]** 123/2 124/7
126/6 242/25 245/18
246/10 246/14
**286 [1]** 4/15
**289 [1]** 4/22
**2:00 [1]** 225/25
**2:10 [1]** 226/1
**2:30 [1]** 226/9
**2:41 p.m [1]** 214/24
**2:53 p.m [1]** 214/25
**2nd [1]** 290/19

**3**

**30 [15]** 123/6 123/12
123/13 147/18 147/19
147/20 147/21 147/23
226/25 262/2 263/7
263/12 285/12 285/17
286/7

**3**

**300 [2]**  2/13 295/5
**303 [4]**  2/4 295/2 296/2 296/5
**303-593-2595 [1]**  2/9
**303-628-3300 [1]**  2/14
**304 [1]**  2/8
**31 [20]**  113/11 116/9 118/14 119/2 202/9 205/9 219/7 235/4 245/15 282/22 283/6 284/9 284/13 286/20 287/14 287/19 288/17 290/2 290/24 291/18
**31st [5]**  117/1 119/3 125/22 125/23 290/18
**32 [3]**  285/13 285/17 286/7
**3300 [1]**  2/14
**3307 [1]**  5/18
**35 [1]**  295/15
**36 [4]**  4/14 254/16 254/18 255/15
**37 [3]**  4/15 286/24 286/25
**38 [29]**  3/8 47/7 47/15 47/24 48/1 49/3 51/2 55/9 58/5 58/7 59/12 64/21 88/8 97/15 98/11 99/15 110/24 259/5 259/9 259/11 259/12 259/12 261/24 269/11 278/3 279/11
**39 [5]**  3/10 52/7 52/20 53/19 54/17
**3:37 p.m [1]**  247/8
**3:50 p.m [1]**  247/9

**4**

**40 [11]**  3/12 118/1 118/2 118/5 118/13 121/19 121/21 129/12 285/6 285/17 285/24
**40 hours [1]**  285/6
**41 [6]**  3/13 121/21 121/22 122/15 122/21 129/12
**42 [6]**  3/15 129/10 129/11 130/11 130/15 131/3
**43 [6]**  3/17 139/7 139/9 139/9 139/13 143/13
**44 [5]**  3/20 184/3 184/6 184/8 185/6
**45 [6]**  3/23 195/23 195/25 196/1 196/2 196/6
**450 [1]**  286/9
**46 [10]**  4/2 201/4 201/7 201/10 215/16 227/8 227/12 228/16 231/1 232/12
**47 [4]**  3/8 4/4 216/24 229/1
**48 [7]**  4/5 236/11 236/14 236/17 237/14 240/14 245/19

**480 [1]**  286/9
**49 [3]**  4/8 248/19 249/4
**4:36 p.m [1]**  281/6
**4:45 p.m [1]**  281/7

**5**

**5-ish-minute [1]**  281/3
**52 [1]**  3/10
**5281 [1]**  2/5
**56 [1]**  226/9
**5:00 p.m [1]**  292/11

**6**

**6/26/20 [1]**  4/9
**60 [2]**  187/4 187/16
**600 [1]**  286/1

**7**

**7 1/2 hours [1]**  178/15
**7 1/2-hour [1]**  175/23
**7/21/20 [1]**  3/19
**70 [1]**  187/4
**70 percent [1]**  187/16
**720-815-5281 [1]**  2/5

**8**

**8/25/20 [1]**  4/2
**8/28/20 [1]**  4/7
**8/31 [1]**  205/9
**8/31/20 [1]**  3/12
**8/7/20 [1]**  3/16
**80003 [1]**  296/2
**80202 [2]**  2/14 295/5
**80218 [3]**  2/4 2/8 296/5
**8702 [2]**  295/2 296/2
**8:09 a.m [1]**  123/6
**8:29 a.m [1]**  263/11
**8:30 [1]**  1/14
**8:57 a.m [1]**  25/19

**9**

**9/9/20 [1]**  3/19
**93 [1]**  4/18
**9:06 a.m [1]**  25/20

**A**

**a.m [10]**  1/14 25/19 25/20 75/3 75/4 105/15 105/16 123/6 131/5 263/11
**ability [2]**  26/6 187/5
**able [27]**  15/6 39/9 84/3 132/16 142/10 146/11 147/6 180/17 180/17 182/20 186/25 187/2 187/11 187/16 190/9 197/2 200/16 217/22 229/23 229/25 246/14 251/25 252/20 253/15 272/3 275/12 290/10
**about [355]**
**above [4]**  1/16 32/8 54/1 295/11
**above-entitled [1]**  1/16
**abruptly [6]**  213/2 213/11 216/22 232/22 233/14 266/8
**absence [1]**  43/20

**absolutely [1]**  8/3
**absorbing [3]**  67/8 67/10 164/4
**acceptable [1]**  180/3
**access [1]**  196/14
**accidentally [1]**  47/12
**accidents [1]**  56/23
**accommodating [2]**  121/12 268/5
**accommodation [3]**  200/15 252/3 253/21
**accommodations [1]**  253/17
**accompanying [1]**  293/2
**accomplishments [1]**  34/16
**according [4]**  145/25 245/18 255/1 290/22
**account [4]**  175/17 196/11 196/15 284/3
**accountable [9]**  205/11 206/3 207/6 207/11 207/20 207/23 207/23 208/2 277/13
**accurate [18]**  61/12 61/18 107/4 138/11 139/2 144/20 165/3 178/2 204/12 205/14 205/17 209/8 213/10 215/4 219/10 229/19 266/1 276/23
**accurately [2]**  102/22 213/9
**accusation [5]**  66/14 109/5 154/17 154/22 155/1
**accusations [14]**  68/3 97/16 98/2 98/12 98/16 104/2 108/6 108/9 154/15 156/9 275/24 276/5 278/5 278/13
**accusatory [2]**  65/5 65/18
**accuse [2]**  154/24 155/1
**accused [6]**  60/5 60/23 166/25 170/18 276/18 281/11
**accusing [3]**  16/9 65/12 65/13
**acknowledged [1]**  186/21
**acquisition [1]**  185/16
**acronyms [1]**  131/20
**across [14]**  67/3 71/6 105/6 168/12 206/7 208/11 209/7 222/23 262/9 276/1 276/15 278/5 285/5 285/14
**act [1]**  78/1
**acting [2]**  149/17 237/25
**Action [3]**  1/2 295/8 296/7
**actions [4]**  109/6 157/7 182/19 197/10
**actively [1]**  66/19
**activities [2]**  120/13

**195/7**
**actual [4]**  74/6 178/9 199/7 260/15
**actually [22]**  14/13 22/21 27/4 98/24 99/3 115/16 124/13 132/6 177/23 182/22 207/17 217/1 220/11 222/25 223/19 232/24 245/25 253/25 260/20 266/3 280/23 283/10
**adapted [1]**  97/11
**adapting [2]**  38/6 38/8
**add [2]**  195/8 243/9
**added [4]**  133/13 191/13 191/17 191/24
**adding [3]**  120/12 120/13 133/6
**additional [4]**  110/8 251/14 252/19 283/2
**additionally [2]**  142/4 237/18
**address [3]**  5/17 62/6 293/23
**addressed [1]**  116/7
**addressing [1]**  117/16
**adhere [1]**  35/25
**adhering [1]**  161/20
**adjective [1]**  29/5
**adjust [3]**  176/10 212/15 283/5
**administrative [1]**  161/14
**admit [2]**  165/10 274/20
**admits [1]**  273/17
**admitted [2]**  273/20 274/5
**Adobe [2]**  189/17 189/19
**advance [5]**  118/19 123/15 124/4 126/20 260/22
**advertised [1]**  256/13
**advice [12]**  88/15 88/25 89/7 90/3 95/8 104/21 106/1 106/3 202/7 202/22 203/3 203/7
**advised [3]**  49/15 59/19 101/14
**advocate [1]**  21/16
**affixed [1]**  294/16
**aforesaid [1]**  294/10
**Africa [3]**  83/9 83/12 84/9
**after [69]**  11/8 15/18 16/1 16/3 49/11 50/2 52/15 55/1 59/1 60/12 66/8 70/10 78/17 86/6 86/6 88/1 88/4 90/24 94/1 99/10 99/20 99/22 99/24 100/1 106/11 106/21 107/7 107/8 109/23 110/12 124/18 125/22 131/10 146/11 148/21 149/11 153/17 153/25 168/17 170/2 173/23 173/24 181/23

**183/4 186/21 189/10 191/10 191/23 196/20 197/21 198/1 204/16 210/22 213/15 213/17 241/21 257/8 265/16 265/20 270/3 271/20 273/14 276/22 281/9 289/15 290/5 290/23 291/7 291/16**
**afternoon [2]**  124/7 246/15
**afterwards [1]**  204/18
**again [30]**  5/9 7/12 57/12 57/17 58/3 68/10 68/13 76/18 77/12 78/18 89/24 110/2 113/19 135/4 164/8 164/15 166/8 209/6 210/4 210/5 227/22 229/15 232/12 242/11 254/10 262/3 265/10 268/23 273/1 278/13
**age [1]**  167/11
**aggression [2]**  269/18 269/24
**aggressive [1]**  65/16
**agility [1]**  30/8
**ago [14]**  7/17 15/3 15/7 15/21 54/21 56/21 65/24 72/20 111/12 136/21 182/1 205/23 242/14 258/16
**agree [27]**  9/8 26/15 26/22 38/9 67/11 95/7 103/7 104/11 108/12 108/24 109/9 118/20 139/21 141/3 144/9 154/18 160/3 160/14 177/7 177/10 186/8 187/24 228/10 246/9 288/10 288/12 289/10
**agreed [7]**  114/25 115/2 115/9 178/20 187/22 252/16 295/11
**agreement [4]**  3/13 122/16 123/11 124/7
**ahead [8]**  47/14 91/22 96/11 158/6 195/12 203/12 235/8 273/4
**air [1]**  148/9
**Alek [6]**  173/7 186/16 186/21 186/24 187/1 188/18
**Alexandria [1]**  5/19
**aligned [1]**  29/10 174/20
**all [103]**  10/24 12/23 12/24 13/6 13/10 14/15 15/21 20/15 21/24 22/6 30/10 37/12 38/4 43/22

A

**all... [89]** 45/24 46/10 47/4 47/11 50/23 53/3 53/11 54/12 55/20 56/10 62/18 62/19 64/12 67/1 71/18 71/24 74/23 79/18 80/12 80/17 81/21 81/24 89/5 91/2 91/10 91/15 92/13 92/18 93/25 94/2 94/3 98/22 102/18 103/22 110/10 115/25 116/1 117/21 117/23 117/23 119/24 122/6 136/5 140/3 140/21 142/5 142/25 143/7 146/14 153/17 161/14 170/9 174/14 174/22 178/20 190/3 190/5 199/12 205/22 206/3 207/25 208/8 214/9 217/22 224/23 235/16 235/21 239/15 240/11 240/19 241/2 244/22 246/5 246/25 249/3 256/14 257/21 258/9 258/15 270/19 272/2 277/25 280/19 281/18 284/1 284/8 286/5 287/6 292/3

**alleges [4]** 149/1 149/5 149/10 149/15

**alleging [3]** 153/5 164/25 165/9

**alleviate [1]** 258/14

**allow [2]** 10/19 137/23

**allowed [5]** 11/10 12/4 174/22 180/25 275/25

**allowing [1]** 183/18

**almost [4]** 66/22 132/13 133/9 228/18

**along [6]** 151/11 151/15 163/18 172/23 176/19 289/6

**already [50]** 24/6 24/12 25/25 40/7 45/8 46/15 46/16 61/25 66/6 76/2 98/3 101/3 123/19 125/2 127/9 127/11 145/11 152/19 183/25 198/23 199/1 199/2 206/24 210/13 211/17 220/14 221/18 235/12 239/15 244/21 250/17 253/12 253/14 254/7 254/12 254/13 255/11 256/19 257/6 259/3 261/13 266/5 267/14 271/15 284/4 285/8 285/13 288/6 288/7 289/20

**also [71]** 2/16 5/24 10/23 17/4 23/14 29/14 33/20 34/17 34/19 36/12 42/12 44/10 60/22 64/20 67/2 67/5 67/11 79/21 86/10 86/11 86/11 88/14

95/12 97/16 98/19 101/12 113/6 115/1 117/15 119/18 119/20 119/24 121/1 132/19 153/5 157/18 161/16 161/17 161/18 161/23 163/7 170/7 170/23 172/19 173/15 174/15 188/23 191/16 191/19 194/25 200/13 200/15 204/6 222/17 229/11 244/9 244/12 246/3 247/16 254/14 260/22 270/7 272/3 273/11 277/22 279/4 280/4 284/3 284/21 291/8 295/13

**although [1]** 197/7

**always [8]** 43/5 43/5 52/3 55/16 124/21 161/25 179/25 263/20

**am [22]** 6/5 8/10 12/4 24/21 127/5 164/8 197/2 208/14 216/24 226/8 230/6 236/23 236/24 249/9 255/22 263/13 277/11 278/5 279/17 279/17 286/16 294/13

**amend [1]** 143/22

**amendment [2]** 295/13 295/14

**amendments [1]** 295/19

**American [1]** 84/10

**among [4]** 53/6 68/1 126/24 170/24

**amount [6]** 177/24 182/16 182/18 182/21 221/7 284/24

**ample [2]** 200/16 283/6

**Amy [28]** 169/23 169/24 170/7 171/11 171/12 180/11 180/24 181/25 186/9 186/16 186/18 186/19 186/25 187/2 187/10 188/19 190/25 191/13 192/9 192/13 194/1 196/7 198/25 200/14 251/24 253/8 253/11 253/17

**Amy's [6]** 180/24 186/3 186/8 191/14 194/24 253/15

**analysis [4]** 34/15 176/16 178/18 178/25

**angry [5]** 63/25 209/5 265/23 266/2 266/13

**Ann [15]** 162/20 163/8 166/12 260/17 260/20 260/25 261/8 261/13 264/19 268/3 268/4 269/18 269/21 291/11 291/12

**ANNE [9]** 1/9 5/2 5/15 5/16 293/1 293/18 295/6 295/11 296/10

**annual [2]** 71/10 71/22

**another [29]** 9/12

47/15 47/16 52/4 75/8 75/19 117/11 121/17 127/13 159/12 169/16 176/13 178/2 189/11 191/13 191/20 191/24 191/25 195/22 198/14 198/16 215/10 215/13 234/9 236/24 243/5 253/3 274/21 290/6

**answer [56]** 9/6 9/11 10/7 10/8 11/4 11/11 24/11 29/2 32/20 34/9 37/18 37/20 39/3 39/6 86/14 86/25 94/14 105/23 108/19 127/3 129/20 155/14 155/17 156/20 156/25 157/21 157/25 158/1 158/18 158/20 159/8 164/8 168/22 181/2 181/5 186/18 187/19 194/21 198/21 227/15 231/12 232/7 232/9 234/1 234/4 234/9 234/16 234/20 252/18 253/24 265/5 265/7 268/23 273/23 279/24 288/20

**answered [8]** 24/5 24/9 137/20 157/19 265/2 265/9 269/3 289/21

**answering [4]** 9/23 99/5 158/10 253/19

**answers [7]** 26/13 26/14 106/11 181/22 234/11 281/8 289/13

**anti [2]** 179/12 179/12

**anti-discrimination/anti-retaliation [1]** 179/12

**anticipating [1]** 252/2

**anxiety [1]** 187/13

**any [127]** 17/6 17/12 17/15 17/23 19/5 20/3 20/6 20/8 26/5 34/3 39/14 44/7 46/13 50/1 54/22 55/23 56/2 56/7 56/13 57/3 60/3 68/19 70/22 71/3 71/13 87/11 91/20 93/21 96/4 96/23 96/23 97/1 102/1 106/3 106/10 108/6 108/16 112/1 112/19 119/25 120/23 125/6 127/24 133/8 133/8 134/8 136/25 138/7 138/12 138/16 139/2 142/11 143/22 144/11 145/4 145/15 145/23 148/16 152/16 152/16 153/19 154/2 155/8 155/9 156/7 157/6 158/9 158/24 160/20 163/25 165/25 166/22 167/14 168/3 175/17 183/23 186/4 191/9 197/9 204/22 205/7 210/2 210/25 211/7 211/10 211/11 214/7 215/17 218/18 218/20 219/11 220/2 222/7 224/15

225/4 225/16 226/14 227/13 228/9 228/9 229/14 232/3 235/1 236/8 237/11 238/5 239/5 239/12 243/7 244/10 244/18 244/20 245/22 251/11 251/13 256/6 256/23 257/13 259/2 260/25 264/10 277/9 281/8 282/7 284/12 293/2 294/14

**anybody [3]** 97/9 105/3 152/9

**anymore [5]** 32/21 42/19 255/8 273/19 274/5

**anyone [13]** 13/15 33/14 53/6 54/23 57/21 57/25 107/10 111/23 166/11 184/16 194/15 195/20 254/5

**anyone's [2]** 85/19 164/12

**anything [61]** 14/24 50/4 51/17 55/7 55/15 55/25 56/13 57/1 57/3 65/17 71/4 80/24 81/1 81/5 81/10 83/22 91/12 91/13 93/21 96/24 97/4 97/18 101/9 104/3 104/7 104/23 106/19 128/25 129/21 141/1 142/7 146/18 146/18 148/19 150/3 150/7 150/9 150/18 150/20 153/15 155/12 166/2 172/23 180/6 180/9 181/1 181/22 183/11 206/22 214/5 216/18 225/8 225/10 225/13 229/14 230/10 258/25 261/4 269/25 275/5 289/4

**Anyway [1]** 147/13

**apologies [5]** 25/21 186/25 187/7 221/6 225/22

**apologize [3]** 47/12 89/25 226/3

**apologized [3]** 273/20 274/5 275/3

**apologizes [1]** 273/16

**apparent [1]** 242/8

**appear [1]** 262/22

**APPEARANCES [1]** 1/21

**appeared [2]** 69/23 70/2

**APPEARING [1]** 1/10

**appears [7]** 49/23 99/15 139/14 184/9 185/10 202/14 237/23

**applied [1]** 154/8

**applies [1]** 53/23

**apply [4]** 20/21 20/24 21/5 21/8

**applying [1]** 286/7

**appreciative [1]** 277/23

**approach [5]** 120/18 176/18 176/19 219/21 219/22

**approaching [1]** 253/10

**appropriate [9]** 43/11 43/12 44/9 45/25 46/11 198/24 200/10 258/17 258/21

**appropriateness [2]** 42/22 258/22

**Approval [1]** 31/4

**approve [3]** 33/19 46/7 277/6

**approved [6]** 16/24 167/1 33/24 132/14 277/2 277/3

**approving [1]** 161/13

**approximately [4]** 6/22 32/1 57/14 171/7

**April [3]** 31/17 239/3 294/19

**are [136]** 5/20 5/22 7/19 9/1 10/23 11/13 12/23 15/5 15/17 30/2 30/6 33/1 33/21 37/11 37/24 38/6 38/6 38/8 38/19 38/23 38/25 42/19 43/9 43/17 43/24 44/1 44/5 44/7 44/11 44/17 45/3 45/5 45/6 54/12 59/23 71/7 77/4 77/7 77/16 82/6 87/24 90/24 96/25 102/24 104/4 110/11 111/4 112/16 112/18 115/4 115/6 116/21 121/6 121/12 126/22 129/10 131/11 133/14 136/1 136/16 137/11 143/15 146/13 147/7 151/20 154/24 156/9 158/21 158/22 161/18 161/20 165/9 167/1 167/5 175/11 176/12 176/25 176/25 177/6 177/23 179/11 179/14 179/14 179/18 189/6 189/10 189/12 189/14 189/15 193/11 195/14 199/19 203/14 205/4 205/8 206/14 207/11 207/15 207/15 207/18 208/13 211/8 217/17 218/15 220/16 222/11 223/1 223/14 223/14 223/20 224/9 225/4 226/4 229/7 231/16 244/22 249/8 249/11 250/18 255/10 255/12 256/14 263/10 266/16 278/13 278/18 281/8 286/25 289/12 289/14 290/13 295/13

**area [2]** 33/9 33/10

**areas [12]** 23/14 23/16 24/2 24/15 24/17 34/7 34/12 34/25 35/20 36/1

**A**

areas... [2]  36/23 79/23
aren't [2]  90/19 207/12
arguably [2]  36/17
37/5
argue [1]  42/13
ariel [2]  2/7 2/9
arithmetic [1]  286/15
arose [1]  176/13
around [15]  20/18
74/18 75/8 75/20
171/25 173/5 174/4
203/9 210/17 210/19
215/2 225/24 239/3
283/2 285/12
arrange [1]  295/11
Arvada [1]  296/2
as [240]  5/4 5/16 5/24
5/25 16/23 16/25 16/25
18/14 18/14 19/18
20/25 21/2 21/22 24/18
24/22 27/23 29/5 29/15
29/22 32/10 32/11 33/6
33/7 34/7 34/13 34/21
37/8 37/8 37/10 37/11
38/14 38/16 39/10
39/10 39/13 39/14
39/22 39/22 39/22
39/22 40/1 41/6 42/18
46/6 46/14 47/6 47/13
47/15 47/23 49/15
49/20 50/24 50/24 52/7
54/25 60/3 62/22 62/24
63/8 63/11 63/13 64/2
64/11 67/11 70/5 70/6
71/22 72/21 74/1 74/2
74/9 74/10 74/13 75/14
79/4 80/14 80/14 82/3
84/13 85/14 89/1 89/6
90/14 96/14 96/20 98/8
101/10 102/15 102/19
103/12 103/13 103/19
107/13 108/22 110/8
110/8 112/1 112/11
117/20 119/8 121/3
121/7 126/16 126/25
130/2 130/19 136/15
136/16 137/12 137/12
137/15 138/3 138/3
140/3 140/6 141/1
142/21 144/22 148/4
148/4 148/13 149/6
150/23 150/24 154/22
155/22 155/22 156/21
160/21 161/14 161/14
161/24 162/1 162/5
162/10 162/13 164/10
164/17 165/16 165/24
168/25 169/7 169/10
170/17 170/22 171/1
171/4 171/19 174/9
176/1 176/1 176/16
177/15 178/6 178/9
179/8 184/3 188/24
189/12 189/13 189/16
189/16 190/16 193/25
194/24 194/24 195/23
196/15 200/12 200/12

200/14 201/3 203/13
204/6 206/18 206/23
208/24 208/24 210/1
212/14 212/14 214/7
214/8 214/8 215/15
215/24 215/24 215/25
215/25 216/9 216/14
217/14 218/12 221/3
221/9 222/18 224/8
226/11 227/8 230/6
230/6 230/7 236/11
237/25 243/22 243/24
246/22 248/1 248/2
249/14 250/19 251/5
251/23 252/1 255/2
255/22 257/21 257/23
260/24 260/24 261/9
262/14 265/11 265/11
265/20 269/7 271/21
272/19 275/2 277/2
279/5 279/24 280/4
282/1 283/14 284/5
284/6 285/8 289/18
291/15
Asian [1]  83/4
aside [1]  19/3
ask [48]  6/13 8/14 9/5
9/13 9/19 10/15 10/15
10/20 11/3 12/4 12/6
27/3 32/13 32/17 47/17
48/20 50/8 54/24 57/21
57/22 58/20 59/8 59/10
74/17 75/8 82/14
100/13 105/24 106/25
131/17 138/3 140/22
142/14 142/21 162/12
166/1 166/13 180/22
180/25 221/13 222/12
222/17 265/8 265/10
268/23 275/6 282/12
283/17
asked [52]  13/8 24/8
36/23 40/17 41/20
46/22 56/25 57/2 57/5
57/12 57/24 59/21
68/11 72/5 85/25 86/3
87/15 92/20 93/15
93/15 107/1 126/21
127/3 132/12 145/8
146/21 147/9 150/17
154/10 157/19 160/16
164/3 184/15 185/2
186/17 186/19 187/1
192/9 195/3 195/10
195/16 203/3 211/1
211/18 258/23 261/5
276/11 276/13 282/6
282/15 282/20 294/12
asking [58]  9/11 9/19
13/7 17/17 17/19 23/8
23/22 33/11 34/6 40/11
41/22 45/11 48/23
57/25 64/24 68/5 71/24
72/1 76/15 78/12 78/12
86/23 107/10 124/24
132/25 137/12 141/14
142/16 145/16 155/24
157/20 158/1 159/9
160/16 179/16 181/4

186/24 209/20 209/24
211/8 211/22 222/11
224/1 224/3 224/5
224/7 239/13 248/14
248/16 251/10 252/7
253/25 264/24 265/5
268/22 282/16 282/19
284/25
asks [1]  159/11
assessment [2]  75/25
188/23
asset [1]  20/16
assigned [8]  27/22
32/8 40/2 162/1 162/6
290/23 291/10 291/16
assigning [1]  161/17
assist [1]  253/7
assistant [1]  72/23
assume [4]  9/24 55/1
83/5 268/21
assumed [3]  6/24 7/1
7/9
assuming [3]  97/21
210/6 210/7
attack [1]  270/4
attacked [1]  61/2
attempt [1]  205/3
attempting [1]  232/25
attend [3]  142/3 142/4
268/6
attendance [1]  135/15
attended [2]  261/14
265/13
attending [4]  132/10
264/19 270/21 270/22
attention [8]  131/2
150/1 153/16 186/12
212/13 236/16 261/23
295/20
attorney [3]  129/18
129/21 180/22
attorney-client [2]
129/18 129/21
attorneys [1]  5/10
audio [16]  4/4 216/25
217/3 217/10 217/13
217/24 218/11 220/24
221/2 221/5 221/8
225/21 226/11 226/23
234/24 266/11
August [74]  49/7 49/24
50/2 50/5 81/2 109/19
109/25 110/6 113/11
116/9 118/14 119/2
123/2 123/6 123/12
123/13 124/7 126/6
128/7 131/5 133/24
138/19 139/3 144/18
162/17 162/23 171/8
186/2 202/9 215/2
215/6 215/10 219/7
221/22 221/22 227/7
227/11 228/6 235/4
236/19 237/15 240/21
242/25 245/15 245/18
246/10 246/14 247/16
248/2 251/1 251/3
252/12 253/2 255/3
255/23 282/2 282/22

283/6 283/13 283/15
284/9 284/13 286/20
287/8 287/10 287/14
287/19 288/1 288/5
288/17 288/18 290/2
290/24 291/18
August 12 [4]  287/8
287/10 288/1 288/18
August 2020 [5]
162/17 162/23 171/8
282/2 288/5
August 25 [14]  49/24
50/2 50/5 109/19
109/25 110/6 215/2
215/10 227/7 227/11
228/6 247/16 251/1
251/3
August 26 [4]  236/19
237/15 255/3 255/23
August 27 [1]  240/21
August 28 [7]  123/2
124/7 126/6 242/25
245/18 246/10 246/14
August 30 [3]  123/6
123/12 123/13
August 31 [18]  113/11
116/9 118/14 119/2
219/7 235/4 245/15
282/22 283/6 284/9
284/13 286/20 287/14
287/19 288/17 290/2
290/24 291/18
August 7 [5]  131/5
133/24 138/19 139/3
144/18
author [6]  193/21
233/24 234/18 237/2
248/10 249/15
authority [1]  262/17
automatically [1]
90/23
available [6]  100/3
146/13 146/14 147/4
203/23 204/2
average [9]  28/10
285/10 285/10 285/23
285/24 286/2 286/7
286/8 286/10
averages [1]  285/4
avoiding [1]  70/10
aware [32]  39/21 54/19
55/24 57/8 62/1 73/21
73/23 74/2 74/5 79/18
82/4 84/17 113/12
123/24 131/11 133/14
141/12 154/7 154/9
155/9 156/24 208/23
209/21 214/5 214/9
219/14 231/15 261/12
270/23 270/24 280/4
288/7
awareness [1]  79/23
away [9]  26/4 214/1
214/5 221/1 223/2
229/13 229/21 230/1
230/4
awful [1]  270/4

**B**

back [53]  21/25 32/4
39/24 49/18 49/19 51/1
51/18 55/9 56/8 58/5
64/21 71/19 81/2 86/20
86/23 91/19 92/9 94/17
96/3 97/13 101/15
105/17 114/6 124/16
131/10 131/25 137/10
138/15 140/14 145/7
147/6 150/19 167/18
175/6 183/12 209/2
209/13 221/6 221/22
221/25 224/24 225/3
227/20 229/5 231/5
234/8 240/13 244/2
245/21 245/25 247/10
256/18 259/4
backed [1]  51/22
background [3]  11/15
83/7 100/18
bad [4]  62/7 109/11
259/19 280/13
badge [1]  189/1
balanced [1]  43/5
balances [2]  79/22
103/25
ball [1]  216/2
Banks [1]  185/3
bar [1]  105/6
bark [1]  11/22
barking [1]  11/15
BARLEY [36]  1/9 3/15
3/18 3/21 3/23 4/3 4/6
4/9 5/2 5/7 5/15 5/16
5/17 25/14 25/25 31/7
47/22 53/8 54/10
105/12 105/18 131/4
148/1 155/25 181/21
232/8 234/24 242/23
287/7 293/1 293/18
295/6 296/10
BARLEY's [1]  295/11
base [1]  155/21
based [22]  45/21 50/6
77/20 109/7 113/4
113/6 117/21 136/13
136/15 152/16 153/15
155/12 158/10 159/3
166/2 179/20 192/24
193/10 210/7 230/8
233/4 250/1
basically [1]  219/1
basis [10]  69/1 69/7
152/12 155/18 158/25
166/14 177/1 177/5
183/1 271/6
Bates [20]  3/19 48/2
48/12 52/20 53/19 88/9
130/15 139/13 143/13
184/7 196/3 201/8
217/8 217/9 248/23
248/24 254/21 261/24
286/25 287/4
Bates-numbered [4]
52/20 184/7 201/8
287/4

**B**

Bates-stamped [1] 248/24

bathroom [1] 75/6

be [212] 5/25 10/25 12/3 15/5 15/23 17/17 18/18 19/2 23/7 25/8 26/10 26/15 26/22 26/25 33/3 36/17 37/24 39/8 39/9 43/4 44/3 44/18 50/15 58/2 59/17 59/21 63/5 66/25 67/7 67/8 69/1 69/2 69/7 69/8 70/7 74/20 76/9 76/11 76/12 78/5 78/25 79/3 79/18 79/19 79/23 81/6 82/12 83/24 84/8 84/9 84/10 84/10 85/20 90/11 93/10 94/23 96/9 99/15 100/5 104/9 108/1 109/7 109/9 111/1 112/4 112/20 112/23 114/17 114/22 119/12 120/11 120/20 120/20 121/15 123/23 126/2 126/17 126/18 129/6 132/16 134/1 134/3 134/5 134/7 136/18 137/16 137/21 139/14 141/18 142/18 145/17 146/2 146/11 146/11 147/6 150/7 150/19 152/4 157/2 157/2 160/1 160/12 161/23 165/6 175/16 175/21 176/4 176/5 177/2 177/23 178/20 179/1 180/16 180/17 182/20 183/17 184/9 185/10 186/25 187/15 188/4 188/24 190/3 190/6 190/9 193/10 197/2 197/6 199/5 199/24 200/2 200/14 200/16 202/14 203/12 203/15 204/18 205/10 206/15 207/5 207/9 207/24 208/2 208/23 209/20 210/1 212/6 212/9 212/16 212/21 214/5 217/3 219/8 220/2 220/3 220/3 220/19 222/21 226/15 226/15 226/16 228/1 229/19 230/15 238/18 239/1 239/6 239/17 239/20 242/11 242/11 244/14 244/20 245/2 245/4 249/18 251/25 254/10 258/17 260/12 263/14 263/24 265/11 266/25 267/10 267/25 268/5 271/23 272/1 272/3 272/3 272/20 274/25 275/12 276/2 276/11 277/2 277/12 277/24 280/25 281/1 282/9 282/17 283/18

284/5 285/15 287/13 288/24 289/13 291/3 291/23 295/17

beans [1] 136/4

bearing [1] 108/16

bears [1] 53/19

beautiful [1] 255/18

became [8] 19/22 20/7 21/15 22/20 70/16 72/15 88/2 261/12

because [133] 8/25 11/15 14/14 15/1 18/15 21/22 39/21 41/23 45/16 47/17 51/19 55/20 56/9 56/19 58/24 59/17 62/2 67/3 67/10 68/10 78/4 78/24 81/7 84/15 85/4 91/18 102/8 102/10 103/7 104/11 107/19 108/4 108/16 109/4 109/15 110/19 110/21 111/11 111/15 115/20 115/25 116/24 117/1 121/7 124/10 126/17 127/2 130/19 134/12 135/21 141/21 142/15 147/7 149/2 150/5 150/9 151/5 151/12 151/20 152/17 153/1 153/17 153/19 154/9 154/23 156/16 159/22 165/2 165/6 168/24 170/4 170/7 170/8 172/7 182/23 188/2 192/10 193/5 193/16 195/1 197/9 198/17 200/1 200/24 203/2 203/4 203/20 203/22 204/16 206/4 206/9 210/10 212/7 213/14 213/18 216/1 219/12 219/13 220/8 220/20 223/2 223/20 226/20 229/17 229/20 232/8 235/11 243/12 244/10 248/7 248/24 250/6 252/7 253/25 256/7 256/19 256/23 258/24 259/12 259/25 264/18 266/4 266/25 267/9 271/15 273/7 277/25 280/2 281/1 288/25 290/1 290/17 291/23

become [1] 98/7

becoming [1] 135/7

Beechcraft [1] 5/18

been [86] 5/3 6/7 19/12 22/2 22/17 24/21 45/8 50/20 52/3 56/24 57/2 57/5 62/23 69/21 73/9 76/21 76/25 95/9 95/11 102/7 112/17 117/8 117/9 117/11 120/6 120/7 121/11 123/15 123/19 125/2 125/15 126/8 126/13 126/21 127/4 128/2 128/9 128/10 133/19 135/17

140/21 146/7 153/24 168/11 176/11 180/1 181/15 187/3 188/22 201/3 201/7 203/21 213/14 218/22 220/10 220/11 220/12 220/13 220/13 221/15 221/17 221/19 226/22 227/7 228/22 238/15 240/6 243/13 244/5 244/8 244/21 253/16 255/11 256/2 256/19 257/6 257/12 257/16 261/13 263/24 279/4 281/23 289/2 289/6 289/19 292/3

before [118] 1/17 7/15 8/10 9/6 14/2 14/9 15/25 17/21 17/23 18/1 18/12 18/20 19/22 20/7 25/24 27/3 30/17 32/2 33/21 33/25 34/9 39/2 39/3 41/16 45/2 46/24 52/10 54/18 57/9 63/13 70/16 70/22 71/9 71/21 72/15 89/9 91/3 91/18 91/19 99/19 99/22 100/1 104/23 107/10 112/2 112/7 113/7 113/10 115/17 116/10 116/14 116/18 117/4 118/7 118/16 118/21 119/7 119/11 121/13 121/14 121/24 123/10 124/14 125/3 125/15 125/23 129/9 129/11 129/16 129/23 130/6 130/7 131/12 131/23 132/9 132/20 133/1 133/18 146/17 154/2 154/3 155/17 171/25 175/20 176/20 183/4 183/5 190/6 195/5 199/7 200/7 202/2 210/22 216/3 234/9 235/13 235/24 236/4 237/8 238/7 239/8 243/16 244/7 245/7 245/13 247/4 247/14 248/2 249/17 260/14 261/12 263/1 271/20 288/1 288/17 289/3 293/19 295/16

began [4] 49/17 107/10 262/4 269/12

begin [2] 106/20 283/14

beginning [7] 42/15 42/17 54/7 57/7 57/13 199/18 285/18

behalf [6] 1/17 2/2 2/11 119/8 149/18 185/3

behavior [5] 69/21 79/15 141/9 180/5 206/23

behaviors [1] 69/6

behind [1] 120/17

being [62] 8/21 30/10 42/24 47/23 54/19

54/21 55/15 59/16 62/12 64/2 67/3 75/25 92/23 98/19 109/5 110/13 110/15 110/25 120/14 120/21 133/6 141/1 142/10 143/7 150/13 152/1 155/6 156/18 158/15 159/25 160/11 160/16 161/8 170/18 183/19 187/2 187/1 200/24 200/25 205/19 206/2 208/20 209/5 209/13 214/14 223/2 231/18 248/3 248/10 249/15 250/19 253/12 276/9 276/11 276/13 276/18 278/4 278/6 279/25 280/1 280/10 283/11

beliefs [1] 77/18

believe [89] 12/22 13/5 15/20 16/8 17/3 17/5 17/14 23/10 24/4 24/8 28/2 33/19 34/7 39/17 41/20 50/6 50/7 57/24 59/21 74/18 75/18 75/25 82/8 82/13 88/6 90/8 95/12 107/12 107/15 109/21 112/11 113/3 113/25 114/14 122/20 132/17 132/19 145/2 149/21 151/4 154/12 154/23 156/3 156/5 156/7 157/7 158/13 158/14 160/20 165/15 171/5 174/12 178/14 178/18 179/5 179/9 181/13 185/12 185/16 188/1 189/16 192/21 195/20 197/11 197/16 197/20 199/18 203/21 204/14 204/15 213/23 236/5 237/7 237/10 240/6 240/12 244/8 246/3 254/14 261/18 266/3 266/17 276/19 277/8 277/14 281/18 282/8 287/21 290/12

believed [6] 31/21 34/13 138/14 159/15 243/14 244/6

believes [3] 156/21 157/9 157/13

belittling [1] 208/11

bell [2] 75/11 173/8

below [2] 186/4 285/20

benefit [3] 23/20 81/3 218/8

Bernée [21] 4/2 54/10 86/11 87/21 201/20 202/5 202/10 203/15 204/5 208/19 213/6 213/25 214/10 233/1 257/15 257/20 257/23 258/2 258/5 258/18 259/1

besides [7] 19/5 28/1 142/8 154/25 172/1

183/25 239/24

best [15] 9/20 26/13 90/11 91/5 91/10 91/14 101/17 114/14 115/3 117/8 135/18 145/14 209/11 265/22 268/12

better [18] 23/14 26/10 30/11 30/11 33/6 35/24 38/18 60/15 69/17 70/7 80/3 214/12 218/7 218/10 229/16 258/24 275/14 285/2

between [21] 31/14 53/6 61/25 86/17 87/5 91/15 92/20 93/14 93/25 133/17 133/24 137/23 138/18 139/3 144/17 146/1 188/15 246/10 263/6 272/16 294/8

beyond [12] 14/20 14/24 24/12 24/19 32/8 71/14 83/7 83/22 84/7 92/10 158/24 209/10

bias [22] 76/5 76/9 76/23 77/8 77/10 77/14 77/16 77/25 78/5 78/25 79/5 79/6 79/13 79/15 79/17 152/20 152/24 163/13 163/14 163/20 164/6 258/8

biases [3] 77/17 77/22 80/5

big [2] 176/5 267/9

biggest [1] 21/16

biracial [4] 151/12 151/17 151/21 151/25

bit [19] 45/11 53/7 62/4 63/23 71/23 73/5 73/12 83/24 115/5 115/24 129/1 152/20 156/11 196/23 251/24 256/3 270/12 278/16 285/20

biweekly [1] 249/25

black [9] 82/23 83/3 84/3 84/8 163/1 163/3 167/17 172/15 175/4

blow [1] 183/10

blur [1] 15/17

blurred [1] 172/4

blurry [1] 111/15

body [2] 65/17 65/19

bold [1] 30/7

bonded [1] 99/3

bonus [1] 76/3

book [1] 237/3

borderline [1] 206/17

born [2] 167/10 167/10

boss [1] 114/19

both [37] 33/24 36/10 53/24 58/2 71/5 74/9 76/6 79/18 103/8 115/11 124/1 127/9 131/11 133/14 135/8 154/10 154/12 154/14 154/16 163/11 167/5 167/6 174/19 177/8 186/22 189/5 260/17 261/13 264/19 270/11

**B**

**both...** [7] 271/12
272/9 277/8 279/12
281/20 285/12 287/13
**bottom** [10] 30/21
88/10 88/13 211/5
240/17 249/4 255/14
255/17 263/10 287/6
**box** [3] 52/6 92/8 147/4
**boy** [1] 5/16
**brain** [1] 77/20
**brainstorm** [1] 211/12
**brand** [1] 256/7
**brand-new** [1] 256/7
**break** [31] 10/11 10/14
10/16 10/19 10/20
10/24 10/25 15/12
15/13 25/14 27/3 74/23
75/6 105/10 105/19
106/8 106/12 128/24
147/15 148/2 148/11
148/14 148/17 148/21
181/23 214/22 247/5
280/22 281/1 281/3
281/9
**breaks** [1] 10/24
**breath** [1] 15/14
**brief** [2] 95/20 100/4
**briefly** [1] 225/23
**bring** [1] 262/25
**brings** [1] 89/2
**brought** [13] 82/2
84/18 85/5 89/9 98/20
101/5 101/8 150/1
150/2 153/16 212/13
262/15 283/10
**brown** [6] 82/17 82/18
83/2 83/6 84/2 167/6
**budgeting** [1] 256/15
**build** [2] 220/5 226/17
**building** [1] 190/14
**bullet** [1] 186/12
**bullied** [2] 279/18
280/1
**bullying** [1] 280/18
**bummer** [1] 73/15
**bundle** [1] 62/17
**business** [12] 35/24
40/14 43/6 44/1 45/23
85/9 161/24 175/17
176/13 182/24 188/2
254/10
**butcher** [1] 172/7

**C**

**C-a-r-o-l-y-n** [1] 5/15
**calculate** [2] 285/1
285/9
**calculating** [1] 284/16
**calculation** [1] 285/23
**calendar** [5] 114/6
217/20 218/20 284/6
292/1
**calendars** [1] 137/25
**call** [29] 14/7 24/15
100/4 113/17 113/21
113/24 114/13 168/24
187/1 213/9 213/15

215/10 215/11 215/13
227/11 227/24 230/17
230/18 235/22 247/16
249/8 249/10 251/2
251/3 260/12 265/15
266/4 270/7 274/17
**called** [10] 29/18 32/6
75/10 75/12 93/19
116/20 178/5 195/23
256/18 265/20
**calls** [3] 129/18 215/7
266/6
**calm** [4] 66/14 66/16
66/19 67/9
**came** [10] 18/14 20/15
63/21 112/1 117/10
206/7 208/11 209/7
248/1 275/18
**camera** [1] 227/20
**camp** [1] 238/18
**can** [193] 5/11 7/18
8/12 9/8 10/4 10/14
10/16 15/22 16/15
23/23 25/13 26/8 26/9
26/14 26/18 26/19
27/14 27/25 29/24 30/7
32/20 34/12 35/24
36/20 37/20 37/23 38/2
38/9 39/10 43/4 43/22
44/3 45/4 50/6 51/16
56/14 57/20 58/13
62/18 65/9 65/11 67/20
71/24 72/1 72/13 73/7
73/10 74/23 77/12
77/22 77/25 78/8 78/20
80/3 83/5 83/17 83/20
83/20 84/6 87/14 89/15
89/17 89/23 91/6 92/24
93/1 93/24 94/2 95/7
98/22 102/22 103/7
103/22 105/10 108/22
110/3 110/24 111/15
113/18 114/14 121/8
122/8 127/22 129/20
129/22 130/10 132/1
134/17 135/6 137/11
138/1 139/21 141/3
144/9 144/14 145/9
147/3 147/20 150/24
151/13 152/4 152/24
153/21 154/1 156/24
158/4 158/10 158/11
159/21 160/5 160/7
161/6 163/7 163/20
164/2 164/5 168/15
173/5 175/11 177/20
179/20 180/6 181/5
184/1 186/8 188/14
194/21 195/13 198/10
198/10 198/21 203/10
203/10 204/4 208/5
208/25 209/21 211/13
214/12 215/8 217/12
217/25 218/4 218/4
218/5 220/17 220/22
221/12 222/17 222/20
222/25 224/10 227/15
227/19 229/15 230/7
232/8 234/8 238/5

238/6 240/9 241/17
242/5 242/6 242/10
242/22 244/1 247/19
249/2 257/2 257/23
258/13 258/15 259/10
260/24 265/11 266/3
267/1 267/13 267/21
267/25 268/3 268/12
268/15 273/6 273/22
273/25 277/11 277/12
278/20 288/10 288/12
289/21
**can't** [82] 7/22 7/25
15/22 15/23 23/17
26/17 26/24 40/16
40/19 41/11 56/7 57/25
60/20 65/19 71/13
71/18 72/24 73/17
73/20 73/22 80/12 83/3
93/10 94/14 94/20 95/6
95/13 95/15 96/22
96/24 98/9 118/18
119/5 119/9 124/4
124/20 125/25 134/19
134/21 135/3 135/16
151/3 151/11 152/15
154/12 155/4 155/14
155/20 156/21 157/12
157/22 158/8 158/24
160/18 163/4 166/16
166/22 171/22 171/24
172/23 173/3 187/13
191/7 195/8 195/21
221/23 231/17 231/21
231/22 232/9 238/11
240/2 250/6 256/6
257/17 258/2 261/2
268/11 269/5 269/6
280/15 286/11
**cancel** [4] 133/23
134/8 134/12 135/14
**canceled** [5] 134/10
134/19 135/10 137/7
137/9
**canceling** [1] 132/9
**cancellations** [2] 134/2
137/14
**cancelled** [1] 133/18
**cannot** [1] 192/22
**capable** [1] 169/6
**capacities** [1] 54/11
**capacity** [2] 187/4
187/16
**captured** [1] 189/12
**career** [4] 21/6 72/8
169/7 277/20
**CAROLYN** [29] 1/9
3/15 3/18 3/21 3/23 4/3
4/6 4/9 5/2 5/15 31/7
53/8 54/10 129/20
131/4 147/16 181/5
196/8 196/25 266/22
269/2 273/16 274/20
287/7 293/1 293/18
295/6 295/11 296/10
**Carrie** [2] 76/12 162/20
163/8 166/11 172/16
174/14 174/21 290/9
**carrying** [1] 34/21

**case** [32] 5/10 14/4
14/10 14/22 16/1 16/4
16/7 16/8 16/12 16/18
26/6 52/18 56/3 57/1
57/13 89/18 90/15
91/12 97/5 119/4
121/12 146/22 148/24
157/2 164/23 177/1
177/1 177/5 177/5
200/5 242/10 296/19
**casts** [1] 118/22
**cat** [2] 14/14 26/4
**categories** [5] 28/3
32/14 34/4 36/25 52/24
**category** [7] 29/16
29/18 29/21 31/23 32/6
32/11 33/12
**cause** [2] 64/9 152/2
239/9
**caused** [2] 66/6 206/22
**cc** [2] 295/23 296/22
**cc'd** [1] 236/18
**cell** [2] 54/1 89/12
**certain** [2] 10/16
236/24
**certainly** [2] 17/25
157/23
**certainty** [1] 15/22
**CERTIFICATE** [1]
294/1
**certify** [3] 293/1 294/5
294/13
**cetera** [1] 189/16
**chain** [10] 3/15 3/20
3/23 4/5 4/8 110/22
111/15 137/16 184/22
252/9
**chains** [3] 3/8 3/17
110/22
**challenge** [1] 169/3
**challenges** [8] 168/25
169/9 169/14 169/20
170/17 170/23 224/9
224/10
**challenging** [5] 142/15
159/7 169/15 169/17
229/11
**chance** [1] 105/19
**chances** [1] 199/11
**change** [24] 11/10
50/23 91/5 91/6 99/2
100/25 106/10 141/14
148/20 178/16 179/8
181/23 209/1 211/8
223/4 223/18 235/14
250/18 252/10 252/16
257/11 272/20 281/9
283/3
**changed** [3] 32/18
179/10 224/19
**changes** [10] 11/12
60/8 115/5 189/8 219/2
219/12 235/18 295/13
296/12 296/13
**changing** [4] 206/14
212/19 256/25 257/2
**character** [1] 276/1
**characterization** [1]
266/13

**characterize** [2]
154/21 209/16
**characters** [1] 262/9
**chart** [1] 255/18
**chat** [5] 25/2 25/9 52/6
216/25 259/17
**check** [20] 22/2 49/11
76/1 88/7 89/17 100/7
114/1 114/3 122/24
132/21 135/5 138/15
189/17 190/25 202/6
249/25 257/24 259/18
286/17 289/7
**check-ins** [1] 249/25
**checked** [1] 191/12
**checking** [1] 89/17
**checks** [2] 79/22
103/24
**child** [1] 151/12
**children** [3] 14/25
56/20 56/21
**chocolate** [1] 84/2
**choice** [3] 197/7 197/8
253/1
**choices** [1] 79/25
**chose** [2] 205/21
252/23
**CHRO** [3] 17/10 86/10
258/23
**chronological** [1]
99/15
**circle** [1] 131/10
**circulated** [2] 189/5
193/1
**circumstance** [1]
66/18
**circumstances** [8]
43/3 43/10 45/15 45/22
137/4 148/5 176/21
238/5
**Civil** [7] 1/2 1/16 7/20
7/23 295/8 296/7
296/17
**claim** [2] 136/25
144/16
**claims** [5] 54/8 160/1
160/11 165/16 287/17
**clarification** [1] 193/9
**clarified** [1] 133/20
**clarify** [9] 9/19 9/20
49/8 67/11 70/24 140/1
223/25 267/4 284/25
**clarifying** [4] 33/13
71/1 72/6 133/13
**class** [3] 71/3 178/1
189/21
**classify** [1] 206/18
**clear** [14] 10/4 17/17
18/18 38/1 88/2 137/21
188/4 193/21 212/6
229/21 230/15 234/21
265/11 267/2
**clearly** [9] 144/1 144/7
158/11 203/8 205/22
207/8 214/8 266/23
269/6
**Click** [1] 241/25
**client** [3] 129/18
129/21 158/3

**C**

client's [2]  155/21 157/23
close [10]  47/14 68/13 117/12 117/16 150/23 183/16 207/1 255/17 279/7 280/23
closer [2]  178/10 253/5
coached [1]  71/5
Coast [1]  128/22
coffee [1]  8/18
collaborate [1]  60/14
collaborating [2]  141/23 142/1
collaborative [3]  161/17 161/19 197/1
colleague [2]  200/25 277/12
colleagues [4]  55/6 56/3 58/21 155/11
collect [1]  15/9
collective [2]  235/20 257/21
college [1]  167/11
college-ish [1]  167/11
colliding [1]  251/20
color [15]  82/16 149/2 149/6 149/22 149/25 150/13 150/25 152/18 163/10 165/1 165/12 167/6 170/15 172/14 172/21
COLORADO [11]  1/1 1/18 2/4 2/8 2/14 7/20 7/23 294/4 295/5 296/2 296/5
comcast.net [2]  295/1 296/1
come [17]  25/1 43/25 44/5 62/8 81/8 116/25 125/23 150/20 162/8 176/5 189/25 243/22 261/5 282/21 283/23 285/18 285/20
comes [5]  24/22 128/17 177/13 273/14 285/10
comfortable [2]  61/7 249/9
coming [9]  67/3 199/1 222/23 230/22 239/4 255/12 258/10 268/2 285/12
commencement [1]  294/5
comment [2]  193/24 262/15
comments [5]  243/7 245/25 262/16 262/23 263/14
commission [2]  293/21 294/19
commit [3]  93/24 145/9 289/22
committed [2]  186/24 289/20
common [2]  66/15 128/17

commonly [1]  248/5
communicate [2]  141/2 244/15
communicated [10]  141/10 211/14 232/17 286/20 287/18 287/21 287/25 288/17 289/2 289/3
communicating [2]  218/23 289/22
communication [5]  51/10 58/10 59/21 60/8 95/15
communications [5]  91/13 92/17 93/20 129/19 140/4
company's [1]  216/8
compare [1]  33/2
compared [1]  8/13
compelled [1]  263/16
complained [6]  165/19 172/20 202/19 260/1 265/19 271/8
complaining [5]  88/3 88/21 103/9 142/22 271/5
complaint [43]  12/24 46/19 46/22 63/17 70/11 81/17 82/1 82/5 84/14 84/24 85/10 85/15 85/19 86/4 86/7 86/14 86/17 86/18 87/1 87/5 87/6 87/7 87/8 87/10 87/12 87/16 91/16 103/14 106/16 106/20 106/21 107/2 107/10 107/14 107/16 107/25 108/25 128/14 159/1 166/14 260/3 269/8 269/13
complaint's [1]  159/2
complaints [25]  53/15 69/16 87/2 103/1 103/4 104/6 104/20 109/10 136/1 149/12 150/25 153/8 154/5 154/22 166/2 173/5 258/20 270/17 271/17 271/21 276/6 276/10 278/14 279/20 280/13
complete [22]  18/25 19/6 38/18 39/5 114/22 117/9 119/17 119/21 120/23 127/9 189/12 192/16 192/19 192/20 235/16 235/17 236/6 252/20 290/10 290/21 291/14 293/2
completed [9]  11/9 128/4 186/17 190/6 192/23 192/23 192/24 212/21 290/15
completeness [2]  37/10 117/23
completing [1]  141/16
completion [4]  188/12 288/4 288/13 288/21
complex [2]  39/14 44/15

compliance [20]  13/12 34/20 119/19 120/1 179/3 179/6 212/11 219/7 223/11 224/13 238/19 245/11 247/11 247/16 253/14 254/14 282/23 283/8 288/4 291/6
compliments [1]  276/15
comply [1]  295/15
components [3]  117/23 188/23 244/14
compressed [1]  206/2
computer [9]  50/13 50/15 50/18 57/22 58/1 90/19 91/3 91/21 105/10
computers [1]  54/2
con [1]  252/23
concept [2]  77/7 163/14
conception [1]  238/23
concepts [1]  38/9
concern [6]  82/5 84/20 221/20 262/9 262/12 262/15
concerned [16]  15/5 60/5 62/2 69/20 97/17 100/5 104/2 104/6 104/15 104/22 215/24 215/25 219/19 270/13 272/2 275/10
concerning [2]  100/6 141/6
concerns [14]  46/13 51/9 58/9 59/20 59/22 101/8 102/20 102/24 103/2 103/3 141/9 194/24 195/17 275/10
conclude [1]  284/9
concluded [2]  125/14 292/11
conclusion [2]  125/16 125/19
conducted [1]  221/17
conducting [3]  38/4 220/11 220/14
confidential [1]  187/19
confirm [1]  55/20
confirmed [4]  48/9 115/8 132/15 191/16
confirming [1]  25/1
confrontational [3]  65/6 65/15 65/18
confused [9]  66/24 98/19 98/22 209/25 220/8 222/5 226/20 265/21 270/13
connect [5]  58/15 93/5 189/17 189/19 272/8
connecting [1]  146/19
connection [1]  105/7
conquer [1]  190/11
consider [7]  44/14 77/1 251/13 252/19 253/6 254/5 280/6
consideration [3]  176/10 206/15 215/22

considerations [3]  45/24 183/24 254/10
considered [6]  8/6 43/4 126/25 252/23 254/1 254/4
considering [3]  43/5 46/9 208/14
consistent [2]  110/5 144/24
constitute [2]  239/9 293/2
constructive [7]  23/11 24/16 35/17 35/21 35/22 36/16 36/24
construed [1]  150/7
consult [2]  89/3 89/10
consultant [1]  72/16
consultative [1]  239/1
consulted [1]  103/24
consumed [1]  74/7
contact [1]  203/23
contacted [3]  51/8 58/9 132/19
contained [1]  53/24
contemporaneous [2]  278/18 278/20
content [55]  39/9 74/3 74/14 75/15 75/17 75/20 76/2 76/9 76/10 76/13 76/19 76/22 76/25 120/11 121/8 123/1 128/9 128/13 161/24 162/4 178/1 178/19 179/2 190/15 195/2 209/24 219/25 220/5 220/9 220/14 220/18 221/13 222/3 222/6 222/11 224/14 224/17 226/17 226/21 235/14 235/19 237/3 239/2 239/6 239/11 239/19 247/24 249/11 256/25 257/2 257/9 257/12 283/2 283/25 285/13
contents [4]  26/2 54/19 219/20 223/3
context [14]  28/17 46/24 59/18 78/13 85/8 100/19 100/22 136/16 143/7 145/20 154/16 165/25 177/20 258/19
continual [1]  191/14
continue [7]  49/16 60/14 121/6 128/14 169/7 183/18 263/24
continued [8]  49/19 66/10 117/10 121/10 214/6 270/14 278/6 288/25
continues [2]  35/23 276/1
continuing [3]  121/2 140/23 204/8
contradictory [1]  64/15
contributing [1]  32/8
contributor [2]  74/9 238/1

control [6]  42/8 45/17 45/23 92/9 94/7 96/1
controversy [1]  294/7
conversation [46]  8/14 8/17 9/16 14/15 14/19 14/22 18/14 42/9 66/10 82/3 84/17 84/21 88/19 89/9 97/14 101/5 103/19 116/18 120/6 121/1 122/4 128/10 136/20 167/8 190/25 201/21 202/15 202/25 204/12 205/24 209/21 211/2 212/18 214/1 215/15 216/8 216/14 228/2 229/20 230/15 231/1 233/10 233/11 267/24 274/21 275/18
conversations [60]  12/2 12/5 17/7 17/13 17/14 17/15 17/16 49/14 49/21 64/3 81/9 85/6 86/5 96/4 102/10 112/9 114/9 115/12 117/2 125/6 135/22 135/25 144/22 144/24 145/22 154/13 154/13 167/25 194/23 194/25 198/24 199/9 199/15 199/19 199/20 200/11 203/9 210/3 214/6 215/20 216/10 220/3 226/15 228/4 237/12 242/19 248/2 248/13 248/15 249/17 249/22 250/23 260/7 270/14 270/16 270/20 270/21 270/24 271/24 277/10
converting [1]  284/19
convey [4]  208/18 213/5 213/8 232/25
conveying [2]  247/21 247/23
convo [1]  84/23
coordinating [1]  93/22
coordination [1]  13/19
copied [2]  209/23 222/1
copies [1]  295/18
copy [12]  54/11 59/2 110/21 122/3 236/8 240/7 240/8 248/23 289/15 292/7 295/12 296/13
copying [1]  237/15
Corporate [1]  72/16
correct [156]  7/5 8/2 8/20 15/3 16/14 16/19 18/21 18/22 19/16 19/19 20/19 21/10 21/11 21/17 22/11 22/22 23/25 25/2 27/10 27/18 27/23 28/12 29/16 29/22 29/25 30/1 30/14 31/9 31/12 31/23 32/2 32/11 33/9 35/1 36/8 36/9 36/13 36/14 37/6 40/2 40/18 41/9 41/10 41/13 46/1 46/7

# C

**correct...** [110] 49/24
50/16 50/17 55/4 55/21
56/10 57/14 57/19 58/4
58/24 59/6 59/7 62/25
63/14 65/20 66/2 68/15
68/16 69/24 74/11
74/12 76/19 84/16
87/17 90/25 93/16
94/17 94/25 95/9 98/12
99/11 103/10 103/15
106/17 109/20 111/21
117/5 118/3 118/8
118/16 123/20 128/1
133/21 133/22 134/14
135/11 136/2 139/16
139/19 148/24 157/16
160/24 162/23 163/6
163/9 164/23 165/13
168/4 168/5 170/3
172/13 174/11 177/15
188/6 190/6 190/7
190/18 191/2 192/1
194/2 194/7 194/9
196/8 196/11 198/18
199/16 200/3 201/22
201/25 202/3 202/15
202/20 207/3 208/21
210/11 210/15 215/24
232/1 233/2 233/19
234/14 235/12 240/5
240/11 240/21 240/24
245/19 247/17 249/16
255/3 255/22 261/17
267/16 277/4 279/8
284/10 286/2 290/2
290/22 291/19
**correction** [1] 293/2
**corrections** [2] 11/9
289/16
**correctly** [15] 51/11
54/3 54/14 65/7 131/14
138/9 186/6 187/6
191/21 209/9 232/19
237/21 249/12 273/23
276/3
**correspondence** [3]
53/4 53/12 233/9
**correspondences** [1]
205/2
**could** [61] 8/23 23/6
26/16 26/23 34/9 36/1
36/17 42/13 58/16
58/16 60/12 62/6 69/2
70/2 78/5 78/25 79/3
80/15 81/6 84/8 84/9
84/10 84/10 86/20
90/17 90/17 91/13
101/1 127/16 128/13
132/10 136/6 144/20
150/7 150/17 151/7
157/2 157/2 169/5
186/18 187/19 190/6
191/18 204/5 204/23
209/8 217/7 220/2
220/3 220/3 226/15
226/15 226/16 228/1
228/2 234/6 239/8

251/21 254/10 277/20
277/24
**couldn't** [11] 18/16
18/16 41/23 62/7 62/8
62/11 136/20 150/20
166/10 182/5 225/24
**counsel** [20] 13/17
24/4 39/1 73/2 89/24
91/23 94/1 110/2
123/21 145/11 146/12
185/3 234/2 265/2
289/23 294/14 295/19
295/23 296/14 296/22
**count** [1] 30/20
**counterparts** [1] 165/2
**counting** [1] 37/1
**couple** [19] 10/15 15/2
26/1 41/6 57/11 86/5
99/10 107/7 107/8
114/8 115/3 121/13
168/11 178/6 218/24
224/19 260/16 260/19
283/5
**course** [11] 117/20
148/6 176/22 178/4
178/17 210/4 220/20
236/22 258/11 258/23
261/8
**courses** [1] 221/16
**court** [3] 1/1 111/8
295/18
**courtesy** [2] 200/19
200/21
**cover** [2] 71/16 187/19
**covered** [3] 71/19
71/25 72/2
**coworkers** [1] 165/13
**create** [11] 25/10 49/8
50/9 102/5 126/6 162/2
175/25 189/21 194/15
194/17 195/2
**created** [17] 74/14
75/17 76/2 76/4 109/15
123/2 123/12 124/7
124/11 125/11 125/12
126/2 126/4 142/7
177/23 189/15 284/5
**creates** [1] 144/12
**creating** [8] 33/15
49/11 75/15 75/20
162/4 168/14 202/18
280/18
**creation** [3] 125/13
239/21 239/22
**creative** [1] 20/13
**Credential** [8] 34/18
75/24 181/10 182/25
188/13 188/20 189/1
253/11
**credit** [1] 67/25
**cried** [1] 98/4
**criteria** [2] 177/6
177/14
**critical** [1] 263/24
**criticisms** [2] 102/25
197/17
**criticized** [1] 142/16
**crossing** [1] 106/6
**crosstalk** [1] 288/11

**cry** [2] 66/9
**cryer** [1] 64/20
**crying** [2] 64/18 98/17
**culture** [7] 27/16 29/19
33/10 74/1 75/10 75/13
75/23
**cultures** [1] 76/22
**curious** [2] 30/8 59/16
**current** [5] 6/4 7/6 7/11
187/4 189/9
**currently** [1] 5/20
**curriculum** [1] 162/2
**cut** [3] 105/1 105/5
110/2
**cutout** [2] 263/5
266/19
**cutting** [1] 73/2
**cv** [3] 1/2 295/8 296/7
**cycle** [3] 71/22 178/24
179/8
**cyclical** [1] 142/20

# D

**dah** [11] 206/13 206/13
206/13 206/13 206/13
206/13 206/13 206/13
206/15 206/15 206/15
**daily** [3] 51/25 52/2
55/4
**damaging** [2] 275/25
277/19
**darker** [1] 167/6
**Darrin** [2] 170/7 174/15
**data** [2] 53/24 164/17
**date** [42] 7/2 17/21
17/24 18/8 32/2 46/25
47/2 54/25 111/25
116/8 116/10 123/5
139/18 151/3 162/24
171/14 171/16 181/14
182/8 186/20 188/6
188/7 189/2 190/4
194/4 197/23 199/6
199/7 224/21 237/9
245/7 250/15 261/19
278/25 279/2 279/8
282/25 283/10 290/11
290/20 290/25 291/17
**dated** [10] 3/16 3/19
3/21 3/23 4/7 4/9 117/1
118/14 196/8 199/14
**dates** [24] 18/6 21/25
40/9 40/19 49/12 57/16
76/1 125/12 125/14
128/8 189/18 192/22
200/10 204/7 204/9
210/16 210/23 221/23
241/24 248/11 248/18
282/4 283/23 290/17
**day** [44] 14/9 15/18
17/13 17/18 18/1 19/11
36/10 59/2 59/5 88/4
88/6 88/7 88/15 88/20
88/25 90/10 100/9
148/20 150/16 200/2
202/19 213/19 213/22
215/11 215/14 228/3
233/11 241/9 243/4
243/5 260/21 260/21

261/4 265/18 268/6
269/12 277/3 279/4
286/12 286/16 292/3
292/11 293/20 294/17
**Dayforce** [1] 197/3
**days** [12] 15/17 52/15
55/4 121/13 198/1
215/18 239/8 245/7
260/14 260/16 260/20
295/15
**days'** [1] 132/14
**dead** [1] 191/15
**deadline** [62] 18/6 19/1
19/7 36/7 40/8 40/17
41/3 41/8 42/23 43/4
43/10 44/8 45/25 46/7
121/14 121/14 127/13
182/10 182/11 182/14
183/6 183/8 183/9
183/10 187/3 187/5
187/22 187/24 188/1
188/2 188/6 189/3
190/5 190/9 191/6
191/24 211/18 212/9
219/7 219/12 223/5
223/17 235/4 235/5
235/7 235/11 238/7
239/8 239/9 239/17
245/14 252/20 254/9
283/13 284/10 284/20
287/19 287/25 288/14
288/17 291/17 291/18
**deadlines** [52] 13/12
18/4 19/3 24/17 36/8
36/10 37/10 40/24 43/5
44/3 67/25 112/16
113/10 118/7 118/22
119/3 126/25 127/3
127/7 127/17 132/17
141/12 141/18 141/19
141/22 141/24 161/5
161/18 175/9 175/11
176/24 202/9 203/5
203/9 205/1 205/8
205/8 208/24 211/8
211/10 214/6 215/21
219/4 223/1 223/8
228/4 282/22 283/18
283/22 286/20 288/8
290/1
**deals** [1] 76/19
**dealt** [2] 75/20 76/5
**Dear** [2] 295/9 296/9
**Deborah** [2] 210/2
224/16 236/23 237/1
237/5 237/12 237/18
237/24 238/22 238/25
239/5 239/24
**Deborah's** [1] 239/10
**December** [11] 22/1
22/10 167/24 171/16
181/15 182/7 186/24
190/4 196/8 196/15
196/21
**December 2019** [1]
22/10
**December 7** [3] 196/8
196/15 196/21
**decide** [8] 45/25 46/10

69/13 147/12 177/6
235/2 267/1 267/12
**decided** [6] 18/20
127/21 150/24 200/17
241/14 254/6
**decides** [1] 168/13
**deciding** [3] 44/8
119/12 176/10
**decision** [51] 16/19
16/21 17/2 17/5 17/7
17/9 17/16 18/9 18/15
85/22 85/24 86/1
107/22 107/22 111/18
112/8 113/10 115/21
116/11 116/15 118/6
118/15 118/21 119/8
123/19 123/24 123/25
124/2 124/13 125/2
125/14 125/21 149/16
150/12 151/6 160/18
160/23 164/18 177/6
199/21 199/23 200/2
215/17 215/20 216/4
235/18 235/20 257/8
257/11 276/24 283/18
**decision-making** [2]
124/2 177/6
**decisions** [23] 17/23
18/7 79/20 80/16 96/16
112/2 112/21 127/24
152/16 153/1 153/14
153/20 153/21 155/12
177/10 198/25 253/16
253/18 256/9 256/23
262/8 267/10 273/7
**decisions'** [1] 266/25
**deck** [5] 189/4 236/7
241/3 241/8 246/15
**declined** [1] 204/8
**deep** [1] 15/14
**DeFAZIO** [1] 2/7
**defendant** [4] 1/8 2/11
146/22 146/24
**defended** [1] 207/8
**defense** [1] 61/10
**definitely** [37] 13/12
39/20 43/25 44/23 45/5
60/1 61/7 64/19 71/4
72/18 72/22 74/1 75/24
95/15 98/15 112/1
117/2 119/6 126/1
134/25 135/7 137/17
143/8 153/19 170/21
175/22 195/5 220/23
221/12 221/19 222/24
258/1 263/22 263/24
264/8 268/4 272/19
**definition** [3] 29/8
146/1 278/21
**definitions** [1] 207/14
**definitive** [1] 38/23
**delayed** [3] 191/19
291/3 291/23
**delete** [8] 51/21 51/23
55/3 55/16 56/13 56/14
56/19 56/22
**deleted** [10] 51/19
55/15 55/20 55/23
56/10 58/24 59/1 91/4

**deleted...** [2] 145/10
241/18
**deletes** [1] 90/23
**deleting** [3] 52/1 54/24
56/15
**delisted** [3] 256/19
257/6 257/8
**deliver** [3] 40/14
186/23 249/10
**deliverable** [1] 182/16
**deliverables** [3] 124/18
132/16 168/14
**delivered** [9] 188/24
189/20 220/9 220/15
220/19 221/13 221/14
223/3 226/21
**delivery** [2] 244/22
285/21
**demands** [2] 43/6
175/18
**demeanor** [1] 205/15
**demographic** [2] 262/9
262/12
**demotion** [1] 168/7
**denied** [1] 211/19
**denote** [1] 288/13
**Denver** [5] 2/4 2/8 2/14
295/5 296/5
**deny** [5] 46/7 264/12
264/24 265/12 267/8
**denying** [2] 43/13
264/3
**department** [2] 34/18
168/15
**departments** [1]
168/12
**depending** [3] 31/22
175/19 189/7
**Depends** [1] 37/1
**depiction** [1] 229/19
**deponent** [2] 294/6
296/15
**deposition** [112] 1/9
1/16 7/14 7/17 8/10
8/11 8/12 9/13 11/8
11/25 13/16 14/3 14/10
14/11 15/7 16/1 16/4
23/1 23/25 24/22 25/24
27/1 27/6 30/21 32/6
33/25 40/25 47/7 47/15
47/24 48/1 49/2 51/2
52/7 52/19 53/19 54/17
55/9 57/10 58/5 59/11
64/21 88/8 94/1 97/15
98/10 99/14 100/12
102/13 109/15 110/24
117/25 118/2 118/5
118/13 121/19 122/14
129/11 130/15 130/24
131/3 139/7 139/12
143/12 158/4 184/3
184/6 184/8 185/6
187/18 195/23 196/2
196/6 201/4 201/7
201/9 201/13 215/16
216/24 227/8 227/12
228/16 229/1 230/25

**232/12** 236/11 236/14
236/17 237/13 240/14
242/20 245/18 248/19
249/2 249/4 254/16
255/15 259/5 261/24
269/11 278/3 279/10
286/24 286/25 289/5
289/15 294/8 295/6
295/11 295/11 295/17
296/10
**depositions** [1] 13/21
**describe** [7] 13/8 65/9
161/6 175/11 206/23
208/9 208/16
**described** [5] 64/11
66/6 207/3 215/16
284/15
**describing** [2] 29/11
64/1
**description** [7] 39/22
61/13 144/21 180/8
205/15 216/13 227/5
**descriptions** [1] 39/19
**design** [48] 6/11 7/2
21/15 34/15 35/23 36/2
37/9 37/15 37/22 37/24
39/14 42/18 44/12
70/22 74/10 74/14
120/13 120/19 128/18
140/3 140/7 161/7
161/16 162/5 162/13
167/18 167/21 167/21
168/3 171/2 171/4
171/20 172/17 173/16
173/19 173/22 173/25
174/3 174/9 175/7
175/12 175/14 175/18
176/17 212/16 239/21
256/12 286/6
**designer** [36] 6/5 6/11
6/12 6/17 7/4 7/13 20/4
20/5 20/18 20/25 21/3
21/14 24/19 34/22 35/8
38/14 63/6 74/3 74/10
74/13 120/15 121/8
161/8 161/9 161/9
162/3 173/13 182/3
182/20 189/20 206/4
208/8 208/12 220/21
221/11 290/7
**designers** [2] 37/13
285/12
**desktop** [1] 50/18
**destroy** [1] 52/24
**destroyed** [5] 52/18
94/3 94/6 94/23 145/10
**detail** [3] 180/10 185/1
195/8
**details** [14] 23/17
71/13 122/25 166/13
166/22 167/14 175/2
180/24 183/13 209/10
256/23 258/6 259/2
275/20
**determination** [2]
149/24 153/10
**determinations** [2]
146/25 256/15
**determine** [7] 45/21

**84/3** 85/1 88/7
163/4 284/13
**detrimental** [1] 69/22
**develop** [4] 44/12
175/23 182/23 284/3
**developed** [2] 75/25
188/24
**developing** [2] 161/24
239/1
**development** [6]
168/20 212/17 237/20
238/1 239/21 284/17
**dialogue** [5] 40/13
61/25 107/21 115/1
150/17
**dialogues** [3] 20/15
220/4 226/16
**diary** [1] 279/12
**did** [213] 6/13 6/19 7/6
11/24 12/7 12/10 12/13
12/21 13/15 16/3 18/8
19/9 20/24 23/24 33/14
34/2 35/21 41/15 46/13
49/8 50/1 50/9 51/11
54/3 54/14 54/23 57/21
57/21 57/22 60/20
60/21 61/2 61/2 63/16
63/20 64/8 64/13 65/7
66/15 69/13 70/14
70/21 79/5 79/16 79/16
80/4 80/8 81/16 84/25
87/9 88/24 89/21 90/2
90/5 90/16 91/2 91/5
91/10 91/13 91/15 93/8
95/2 95/3 95/4 95/24
96/20 96/22 97/25 98/7
99/7 101/19 101/23
102/5 102/6 105/18
105/21 106/7 106/19
107/15 109/25 110/4
110/24 114/15 119/4
119/9 124/4 130/5
131/14 131/22 133/11
133/23 134/8 135/13
138/9 140/18 141/3
142/24 143/4 144/23
148/1 148/10 148/13
148/16 149/24 150/3
153/4 153/10 154/4
154/12 158/22 162/17
163/24 166/13 166/15
167/20 171/2 171/5
171/12 172/19 174/17
178/16 179/7 180/11
182/22 183/3 183/8
183/9 184/13 184/24
186/6 187/6 187/24
191/5 191/21 192/11
194/15 197/13 197/16
199/4 202/12 203/8
203/18 207/5 215/16
217/7 219/22 228/12
228/22 228/24 231/5
232/7 232/19 234/23
235/23 237/21 237/22
241/22 242/8 243/4
243/5 243/6 243/12
244/16 245/25 246/16
246/21 248/9 249/12

**249/22** 250/20 251/13
252/6 252/18 252/25
253/6 257/15 257/18
258/17 258/21 261/5
261/8 262/10 262/18
263/18 263/22 264/1
264/4 265/1 265/24
267/6 269/21 269/23
270/1 270/4 271/23
272/8 272/11 272/13
272/13 272/15 275/15
276/3 277/14 278/8
279/19 280/6 280/12
282/12 282/21 283/23
285/9 290/21 291/14
**didn't** [115] 15/25 17/6
17/12 17/15 17/23 18/1
20/2 20/6 20/8 20/9
20/10 20/22 21/8 21/23
35/12 40/25 46/20
46/21 46/23 56/13
59/17 60/13 61/7 62/5
64/13 67/11 70/12 71/3
78/9 79/15 82/1 82/12
85/4 86/21 90/16 93/18
94/10 94/12 96/22
103/21 104/3 104/11
110/18 110/20 112/19
112/21 113/7 123/25
125/21 133/10 137/8
137/9 137/15 139/2
140/22 141/4 142/3
144/2 146/4 146/7
150/9 153/14 153/24
155/11 165/25 166/1
166/25 169/3 169/4
172/17 173/16 180/16
185/1 190/21 193/4
205/5 209/2 209/4
209/17 211/2 211/25
212/8 212/11 212/19
222/22 228/21 231/6
231/9 231/10 231/25
231/25 232/4 232/22
235/25 237/11 244/15
248/6 250/20 253/24
254/9 258/22 260/25
261/3 263/23 264/5
264/8 264/9 265/21
270/17 274/25 275/6
276/19 279/23 280/8
282/7
**difference** [4] 158/14
207/16 245/6 253/21
**differences** [1] 33/3
**different** [98] 12/25
13/10 13/13 28/22 33/1
36/4 36/25 38/1 38/3
41/6 43/7 43/21 44/2
44/13 45/11 45/14
62/19 63/9 69/10 69/12
69/19 71/11 71/24
72/22 74/1 74/6 78/4
78/24 79/22 79/22 80/8
84/11 84/20 84/20 86/5
86/12 91/25 99/4 99/4
101/16 102/10 103/20
111/6 111/13 114/9
115/24 120/18 120/19

**120/21** 121/7 121/9
122/6 124/25 127/24
128/12 128/19 144/4
147/7 147/7 156/13
158/7 158/11 161/7
162/6 166/11 168/12
174/19 176/8 176/18
178/6 179/13 188/21
188/21 192/22 193/3
207/12 207/14 219/21
222/18 222/20 223/7
228/3 238/17 238/22
238/24 251/17 251/24
252/5 252/6 253/16
255/9 260/18 268/8
268/19 269/7 281/11
282/24 282/25
**differently** [27] 32/25
60/6 60/12 62/16 78/4
78/24 80/20 80/25 81/1
81/6 81/10 84/15 89/18
98/1 101/6 103/21
150/21 152/17 156/18
156/10 156/17 158/23
164/1 164/14 165/1
165/12 230/21
**difficult** [4] 8/22 226/4
281/23 281/25
**difficulties** [3] 25/22
128/3 247/21
**digital** [35] 13/11 34/15
41/5 41/5 119/16
139/23 178/3 178/5
189/1 210/1 223/8
224/15 235/3 235/23
236/3 237/3 237/3
237/8 239/23 240/5
241/4 245/14 247/2
253/13 254/11 254/13
255/19 255/24 256/17
256/18 257/5 282/23
282/25 288/3 290/4
**direct** [19] 17/12 17/15
20/8 42/20 64/4 67/4
71/5 72/17 131/2
162/14 162/17 166/24
168/3 171/20 186/11
186/17 236/16 237/11
261/23
**directly** [12] 17/6 21/20
22/9 58/17 62/8 64/5
79/7 197/10 270/15
271/15 274/12 280/7
**director** [3] 174/3
174/7 185/16
**disagree** [3] 169/10
198/8 287/20
**disagreed** [1] 34/2
**disbelieve** [1] 232/3
**discipline** [5] 69/1 69/7
69/11 69/14 69/20
**discovery** [4] 12/23
92/1 242/6 242/14
**discretion** [2] 46/6
177/14
**discriminate** [2]
151/20 152/12
**discriminated** [5]
149/2 157/3 157/9

**D**

discriminated... [2] 160/20 273/17
discriminating [4] 16/10 165/19 172/20 271/5
discrimination [79] 16/9 71/16 72/2 72/12 73/1 73/18 76/16 78/1 78/6 79/1 81/18 82/1 84/25 85/11 85/16 85/22 86/4 86/14 86/17 86/18 87/2 87/5 87/6 87/16 88/3 88/21 103/1 103/4 103/15 104/6 104/20 106/16 106/21 107/2 107/10 107/14 107/25 108/12 108/25 109/10 136/2 148/24 149/6 149/12 149/22 149/25 150/13 150/25 153/8 154/5 155/9 160/1 160/12 164/23 165/10 165/24 166/15 166/25 170/19 173/5 179/12 179/17 180/2 202/20 258/20 265/19 269/13 270/17 271/17 271/21 273/20 274/6 276/6 276/10 278/14 279/20 280/11 280/13 281/12
discriminatory [3] 77/23 152/2 152/4
discuss [8] 14/3 14/10 95/21 106/7 148/13 187/1 190/10 242/5
discussed [10] 12/3 17/25 18/12 46/15 46/17 101/3 105/25 111/22 117/3 152/19
discusses [1] 74/3
discussing [2] 27/3 251/5
discussion [5] 40/9 47/21 97/2 112/1 181/18
discussions [11] 17/20 18/3 18/5 96/23 96/25 97/3 112/7 200/6 210/14 210/17 270/10
dishonest [5] 155/6 156/18 158/15 159/25 160/11
dispute [4] 227/13 228/7 228/7 228/10
disrespectful [2] 208/20 209/14
distance [1] 193/20
distant [1] 229/18
distinction [4] 86/16 87/4 87/11 188/15
DISTRICT [2] 1/1 1/1
Dittmer [21] 1/17 8/22 11/9 26/19 78/15 78/20 118/3 160/7 164/3 217/2 217/25 234/8 244/1 268/16 274/1

294/3 294/21 294/24 295/22 295/24 296/21
diversity [1] 75/21
divide [1] 190/10
Division [2] 7/20 7/24
divulging [1] 129/21
do [262] 8/7 8/23 8/25 9/3 9/15 9/18 9/19 11/16 11/24 14/18 18/5 21/4 21/19 22/6 22/24 23/13 24/14 26/15 26/22 30/7 30/23 31/5 32/24 34/10 35/9 37/13 38/1 38/18 38/21 41/18 41/25 46/25 48/11 48/17 48/18 49/2 50/8 50/12 51/6 51/13 51/23 52/22 53/1 53/9 53/16 54/17 55/11 58/6 58/11 59/14 60/25 62/11 63/8 63/18 63/24 63/25 64/6 65/1 65/23 66/11 67/16 68/21 71/16 77/1 81/1 81/5 81/10 82/19 82/22 88/11 88/17 89/12 90/8 90/13 94/12 96/5 97/19 99/18 100/7 100/15 100/16 101/10 102/12 103/25 105/9 106/19 107/23 107/25 108/12 108/22 108/24 109/9 117/13 119/10 122/5 122/12 122/17 123/3 123/7 123/8 125/12 128/24 130/17 131/6 131/7 131/10 132/23 135/17 135/24 138/20 141/8 141/19 141/20 144/4 146/20 146/24 147/16 149/8 149/13 149/21 151/10 151/14 151/19 151/21 152/3 152/7 152/10 152/11 152/21 153/5 153/7 154/21 155/2 156/1 156/3 156/16 156/17 157/1 157/8 157/24 158/13 158/14 160/3 160/14 160/19 167/15 169/5 169/5 177/17 178/12 180/1 180/22 181/12 182/20 184/11 185/8 185/11 186/14 190/12 197/11 197/12 200/12 200/16 201/1 201/9 203/24 204/15 205/12 205/14 207/19 207/25 211/7 212/16 214/12 215/9 216/5 217/2 218/6 220/2 220/17 224/10 225/22 226/14 227/13 227/23 228/6 228/7 228/19 229/15 231/3 232/3 232/13 236/12 236/13 236/20 238/10 238/13 240/1 241/6 241/8 241/23 242/3 242/6 242/19 243/3 243/13

293/1 293/6
243/14 244/4 244/5 246/9 246/10 246/19 247/4 248/5 250/10 251/6 251/6 254/19 255/5 255/17 256/1 256/21 258/13 258/23 259/6 261/19 263/8 264/12 264/13 265/12 266/9 266/12 267/8 267/17 268/7 268/18 268/25 269/15 269/19 273/4 274/22 276/20 277/17 278/7 279/17 280/2 282/3 282/6 282/16 286/6 287/9 287/15 287/20 287/24 288/16 289/10 289/20 290/13 290/25 291/22 294/4
document [65] 3/13 23/18 23/21 23/23 23/24 24/6 24/7 26/2 32/13 34/9 47/13 47/15 47/23 48/18 49/2 49/9 49/10 49/11 50/2 50/3 50/5 50/10 52/5 52/8 52/10 94/10 94/24 97/17 102/3 104/3 104/7 104/10 104/12 104/19 104/23 109/16 110/8 110/23 115/22 115/25 116/5 122/2 123/10 144/23 144/25 192/21 193/20 194/11 195/17 195/22 201/3 203/13 208/6 210/11 216/10 219/20 222/11 224/14 224/17 248/24 254/21 262/23 272/25 278/3 279/3
documentation [72] 40/22 40/23 47/3 47/5 49/6 49/15 54/22 57/2 57/6 57/12 63/3 65/22 65/25 68/6 99/13 100/14 101/14 101/20 101/24 101/25 102/13 102/17 102/18 110/8 112/6 114/5 115/5 120/4 124/4 129/25 138/2 143/10 145/15 145/17 184/16 184/25 185/19 191/7 194/12 194/16 194/17 199/2 201/21 201/24 202/8 202/17 202/23 203/1 209/23 210/3 211/2 233/4 233/6 247/25 250/5 250/10 252/13 253/5 253/23 261/22 262/3 263/4 265/17 268/13 269/9 269/11 273/6 286/22 286/23 287/22 289/8 290/14
documented [7] 134/1 145/2 209/11 244/20 272/19 272/24 273/10
documenting [7] 95/8 109/25 110/5 128/9

214/8 219/25 247/24
documents [28] 12/3 12/18 12/21 12/22 50/25 52/24 53/4 53/12 53/24 56/25 57/23 57/25 90/15 96/19 113/5 125/11 126/3 129/13 129/16 130/23 136/14 148/16 201/12 216/1 216/6 241/15 289/19 289/21
does [32] 10/17 10/21 11/5 28/16 28/20 32/15 42/23 61/12 75/11 78/1 88/18 97/22 123/10 124/6 124/12 125/1 145/19 165/3 165/3 167/15 168/22 173/7 187/22 196/19 198/5 219/1 219/3 225/5 248/22 256/14 279/12 288/13
doesn't [13] 24/5 25/10 32/13 52/12 64/14 83/21 89/20 91/14 101/16 146/17 187/21 198/13 265/7
dog [2] 11/15 11/16
doing [31] 25/6 28/11 28/14 38/6 56/17 62/10 62/12 69/18 80/21 80/24 82/12 120/21 121/6 126/22 144/12 145/13 150/5 150/7 150/21 166/10 205/11 207/6 207/9 217/19 218/17 219/21 219/23 220/13 224/15 248/7 254/1
don't [273] 7/2 8/23 12/23 13/5 14/14 14/19 14/21 14/23 14/25 15/13 15/15 15/20 21/21 23/21 24/12 24/19 28/25 41/17 42/3 42/9 46/16 47/2 50/22 51/15 51/21 52/11 52/12 54/20 55/6 55/11 55/16 55/17 56/6 56/11 56/12 56/13 57/8 57/15 58/14 59/2 64/14 65/11 67/18 69/6 71/21 72/4 74/20 75/18 78/17 78/17 81/5 81/8 81/9 81/9 81/20 82/20 83/5 83/5 83/6 83/13 83/20 84/7 84/11 85/2 85/8 85/11 85/19 89/14 90/4 90/11 91/17 92/23 93/9 93/11 93/13 95/22 96/4 96/9 96/21 96/22 97/2 97/8 98/16 98/18 100/2 100/8 101/17 102/15 106/24 111/25 113/9 114/5 119/5 121/25 122/3 124/22 125/18 125/23 126/18 128/7 129/23 129/24 132/1 133/12 133/25 134/5

134/10 137/5 137/10 137/19 140/4 140/25 141/17 143/2 143/9 143/10 143/11 144/2 145/17 147/17 147/18 151/5 151/8 151/16 151/18 151/23 151/23 151/25 152/2 153/6 153/9 154/1 154/23 155/8 156/7 156/9 156/22 158/18 158/19 160/17 160/18 162/24 163/7 163/21 164/7 165/6 165/6 165/20 166/17 166/21 167/13 167/14 169/2 169/2 170/5 170/12 171/14 171/16 172/11 172/24 173/3 175/1 175/4 179/9 180/1 180/4 180/9 181/14 182/8 183/13 184/21 187/25 188/1 191/9 191/11 193/17 195/12 197/23 198/4 199/6 199/22 204/9 204/22 205/7 206/5 207/7 209/10 210/16 210/22 211/11 215/13 215/19 218/18 219/11 223/4 224/21 228/9 228/14 229/9 229/17 230/16 230/18 230/19 231/12 231/13 234/25 235/15 236/6 236/8 238/14 239/16 239/25 240/3 240/12 243/5 243/8 243/21 244/10 245/6 245/24 246/3 246/8 250/15 250/22 250/22 253/3 255/7 255/8 256/8 257/23 258/6 259/2 259/11 260/13 261/21 263/21 264/14 264/25 265/14 267/11 267/14 267/21 268/13 270/2 270/19 271/10 271/12 272/1 275/4 275/17 275/18 275/19 276/19 277/9 279/11 281/1 282/4 282/10 282/15 282/19 288/20 288/20 289/4 289/6 289/12 290/19 291/2 291/3 291/5 291/25
done [14] 112/23 119/24 120/24 124/23 145/12 190/3 212/5 221/24 241/20 244/14 280/23 283/16 284/4 288/25
door [1] 63/19
double [9] 22/2 114/1 114/3 135/5 189/17 257/24 257/24 259/18 286/17
double-check [8] 22/2 114/1 114/3 135/5

**D**

double-check... [4] 189/17 257/24 259/18 286/17
doubled [1] 178/23
doubt [1] 118/22
doubts [2] 124/12 125/1
down [16] 9/1 44/24 53/7 53/18 58/21 84/1 186/12 196/5 208/13 209/5 211/4 266/18 272/22 275/21 278/16 288/2
Dr [1] 236/23
Dr. [2] 237/1 237/12
Dr. Deborah [2] 237/1 237/12
draft [18] 33/17 119/20 120/11 188/11 189/4 189/5 189/24 190/5 192/16 192/19 192/20 193/1 235/4 235/11 235/13 235/13 235/15 235/17
drafted [2] 117/1 119/4
drafting [6] 186/20 188/7 189/3 190/9 191/5 191/23
drive [2] 5/18 142/12
due [4] 124/19 237/9 245/7 296/19
duly [4] 5/3 294/6 296/16 296/18
duration [1] 44/18
during [42] 8/1 10/24 10/24 14/22 15/7 22/19 27/9 60/19 61/9 61/16 64/9 81/15 81/21 91/3 95/18 98/4 98/7 105/19 106/8 106/11 106/14 106/22 122/4 137/24 148/11 148/14 148/16 148/21 171/1 171/19 174/8 178/18 220/13 220/18 220/22 221/12 228/13 228/25 250/7 251/4 263/14 266/23
duties [10] 27/22 28/18 29/9 39/18 40/2 63/5 63/12 161/13 175/7 207/18
duty [1] 52/23

**E**

each [11] 8/24 20/9 30/13 43/16 45/20 54/2 152/25 164/11 263/7 271/13 282/24
earlier [19] 11/2 31/12 34/6 36/6 57/10 94/10 107/5 111/17 133/20 136/19 148/20 163/12 163/17 167/22 183/15 260/13 283/13 286/16 288/8
early [21] 6/22 20/18 57/15 58/3 76/1 126/23

162/22 167/23 167/23 171/8 171/16 178/25 179/1 212/14 221/22 248/2 248/18 251/17 251/18 282/2 283/8
earn [1] 189/1
easiest [1] 102/9
East [1] 128/21
Eastern [1] 83/3
ebony [16] 162/20 162/22 163/1 165/18 166/11 167/15 167/17 171/7 270/11 271/12 272/8 272/9 272/21 273/7 273/7 281/18
Ebony's [1] 167/13
editing [3] 236/8 240/7 240/9
editor [1] 240/8
edits [4] 50/1 119/18 193/2 236/8
education [1] 140/8
effect [3] 152/2 208/1 232/1
effective [4] 27/21 29/13 29/19 32/7
efficiency [1] 35/24
effort [4] 27/17 32/7 109/7 115/7
efforts [2] 216/9 242/9
Egypt [3] 82/20 83/11 167/10
eight [1] 45/2
either [12] 19/10 19/18 31/22 45/4 88/6 130/25 138/7 138/8 142/3 242/9 267/15 281/2
eLearning [2] 44/13 44/15
eLearnings [1] 188/18
electronic [1] 145/4
element [2] 46/4 177/9
elements [1] 239/22
elevated [3] 174/2 206/17 207/1
eliminate [1] 152/1
Elizabeth [4] 3/18 4/6 4/9 139/16
else [31] 33/14 57/3 62/14 87/23 105/3 113/24 124/14 133/4 142/7 156/23 156/25 157/13 157/14 158/12 159/8 159/23 176/3 176/15 180/6 195/20 206/22 221/15 225/8 225/10 225/14 241/23 258/25 267/20 275/5 280/7 288/16
else's [1] 159/7
email [106] 2/5 2/9 2/15 3/8 3/15 3/15 3/17 3/17 3/20 3/20 3/23 3/23 4/2 4/5 4/5 4/8 4/8 90/7 90/9 91/6 93/13 95/9 95/11 99/24 110/22 131/6 132/1 132/25 133/4 133/6 133/10 133/12 137/16

184/20 200/14 270/20
employee's [3] 45/16 45/23 85/12
employees [7] 78/4 78/24 79/7 109/9 114/10 129/8 200/21
employment [22] 16/13 16/22 17/2 18/20 34/20 53/5 71/16 72/2 72/12 72/25 73/18 76/16 78/6 79/1 95/25 179/17 220/18 247/14 250/25 272/17 272/19 273/8
enable [1] 251/6
enclosed [4] 295/10 295/13 296/10 296/13
encourage [2] 20/24 21/5
encouraged [2] 20/21 21/7
end [21] 25/4 42/17 103/18 105/5 128/7 147/16 167/23 167/23 169/16 211/6 212/44 215/6 225/21 226/23 229/10 232/11 232/15 251/20 273/14 275/21 287/14
ended [3] 98/25 99/8 101/13
endurance [1] 10/13
engaged [1] 85/22
engagement [3] 89/5 184/20 270/21
enough [7] 22/20 125/18 166/17 199/10 199/11 246/5 284/23
ensure [2] 52/17 252/19
Enterprise [1] 72/17
entertain [1] 174/23
entire [2] 67/15 188/12
entitled [4] 1/16 3/13 201/21 271/23
entries [1] 49/23
entry [2] 51/5 109/19
environment [2] 66/16 280/19
episodes [1] 76/4
equal [1] 78/1
equity [1] 270/25
ESI [2] 53/5 53/13
especially [2] 147/5 256/7
ESQ [5] 2/3 2/7 2/12 295/4 296/4
essence [3] 108/23 179/25 187/13
essentially [2] 132/24 204/1
established [1] 267/14
establishing [1] 161/18
et [1] 189/15
Europe [1] 84/10
evaluate [7] 20/11 38/13 38/22 39/9 39/11 204/4 239/19

evaluated [3] 27/15 164/10 174/2
evaluating [10] 31/17 32/18 38/15 42/22 80/22 85/20 163/24 177/13 243/19 283/25
evaluation [6] 22/21 34/3 85/15 151/5 160/19 164/16
evaluations [1] 53/14
Evans [2] 2/13 295/4
even [25] 9/6 10/6 37/5 64/13 70/12 81/12 109/10 116/15 118/7 118/22 146/16 150/17 166/25 200/25 205/20 207/24 208/7 223/2 229/13 230/16 241/18 272/23 276/11 276/14 288/7
event [2] 15/2 134/2
events [13] 26/1 49/18 49/20 104/8 111/15 156/7 156/17 157/2 157/16 157/17 158/16 199/12 267/4
ever [18] 7/14 52/10 54/18 72/11 72/25 73/17 79/5 89/8 121/24 129/15 152/4 172/19 174/17 243/22 243/22 245/24 246/19 280/6
every [6] 45/14 55/4 66/13 248/1 279/2 279/2
everybody [2] 62/14 150/10
everyone [8] 33/17 80/21 166/10 174/1 198/10 218/4 218/8 270/24
everyone's [1] 42/7
everything [17] 8/21 15/21 66/21 81/12 91/14 102/1 109/17 133/4 145/11 145/14 147/11 211/14 221/14 221/15 232/17 248/7 270/25
evidence [10] 12/25 52/17 110/25 136/25 137/16 137/22 155/8 227/17 242/4 242/10
evolved [3] 41/6 178/7 178/22
exact [22] 7/2 40/19 44/24 54/20 57/16 111/25 128/8 134/21 170/6 171/14 171/16 181/14 187/14 188/1 210/16 221/23 222/13 250/15 265/14 270/2 275/19 282/4
exactly [7] 61/6 86/7 182/6 220/8 226/20 282/11 290/19
examination [3] 3/2 5/5 294/6
examined [1] 5/3

**E**

**example [7]** 39/13
43/18 110/13 110/15
210/1 219/6 238/12
**examples [1]** 38/20
**excel [4]** 35/4 35/11
262/23 262/24
**excelling [8]** 23/15
23/16 24/3 34/7 34/13
34/14 34/17 34/25
**except [4]** 93/22
138/20 140/23 215/20
**exchange [8]** 99/3
110/19 132/1 249/18
249/21 250/16 263/5
265/16
**exchanged [3]** 99/10
99/19 251/1
**exchanging [1]** 247/15
**exclude [1]** 260/2
**exclusively [1]** 279/2
**excuse [2]** 48/8 182/17
**executives [1]** 216/9
**exhibit [94]** 3/8 3/10
3/12 3/13 3/15 3/17
3/20 3/23 4/2 4/4 4/5
4/8 24/22 25/25 27/2
30/21 32/6 33/25 47/7
47/15 47/24 48/1 49/3
51/2 52/7 52/20 53/19
54/17 55/9 58/5 59/12
64/21 88/8 97/15 98/11
98/13 99/15 100/12
102/13 109/15 110/24
117/25 118/2 118/5
118/13 121/17 121/19
122/15 122/21 129/10
129/11 130/11 130/15
131/3 139/7 139/13
143/13 184/3 184/6
184/8 185/6 195/23
196/2 196/6 201/4
201/7 201/9 203/10
215/16 216/24 227/8
227/12 228/16 229/1
231/1 232/12 236/11
236/14 236/17 237/14
240/14 245/19 248/19
249/2 249/4 254/16
255/15 259/5 261/24
269/11 278/3 279/11
286/24 286/25
**Exhibit 12 [6]** 24/22
25/25 27/2 30/21 32/6
33/25
**Exhibit 36 [1]** 255/15
**Exhibit 37 [2]** 286/24
286/25
**Exhibit 38 [20]** 47/24
48/1 51/2 55/9 58/5
59/12 64/21 88/8 97/15
98/11 99/15 100/12
102/13 109/15 110/24
259/5 261/24 269/11
278/3 279/11
**Exhibit 39 [4]** 52/7
52/20 53/19 54/17
**Exhibit 40 [3]** 118/2

118/13 121/19
**Exhibit 41 [2]** 122/15
122/21
**Exhibit 42 [5]** 129/10
129/11 130/11 130/15
131/3
**Exhibit 43 [3]** 139/7
139/13 143/13
**Exhibit 44 [4]** 184/3
184/6 184/8 185/6
**Exhibit 45 [3]** 195/23
196/2 196/6
**Exhibit 46 [8]** 201/4
201/7 215/16 227/8
227/12 228/16 231/1
232/12
**Exhibit 47 [2]** 216/24
229/1
**Exhibit 48 [5]** 236/14
236/17 237/14 240/14
245/19
**Exhibit 49 [2]** 248/19
249/4
**Exhibit Number 36 [1]**
254/16
**EXHIBITS [3]** 3/7 3/24
4/12
**exists [2]** 112/6 137/22
**exit [3]** 17/13 17/15
114/9
**expand [2]** 39/13 65/11
**expect [4]** 12/2 26/9
182/19 217/2
**expected [2]** 63/8
140/19
**expecting [1]** 249/11
**experience [4]** 35/23
72/14 77/21 284/2
**experiences [1]** 197/8
**expert [2]** 77/5 120/9
**experts [3]** 67/22 189/6
195/1
**expires [2]** 293/21
294/19
**explain [6]** 51/16 66/24
141/25 177/20 188/14
195/3
**explained [1]** 283/21
**explanation [2]** 118/23
120/1
**explore [7]** 108/6 109/5
162/9 186/4 195/14
251/21 263/1
**exploring [3]** 126/2
199/10 199/19
**exposed [2]** 76/21
76/25
**exposure [1]** 76/16
**express [1]** 135/13
**expressed [1]** 270/13
**extend [7]** 45/4 127/3
127/7 187/22 187/24
214/7 248/6
**extended [4]** 112/17
134/22 188/1 254/10
**extending [6]** 45/25
126/24 127/17 239/9
239/17 283/14
**extension [17]** 40/8

118/13 121/19
118/13 121/19
**40/8 41/16 41/19 41/21**
42/23 43/4 43/10 44/9
45/16 46/7 46/10
127/13 211/18 275/2
283/7 283/15
**extensions [10]** 40/12
40/17 40/20 41/3 45/7
127/11 176/24 283/1
284/4 290/16
**extent [3]** 129/18
129/20 193/23
**extenuating [4]** 43/3
43/9 137/4 176/21
**extra [1]** 162/7
**extremely [4]** 206/8
265/23 266/2 266/13

**F**

**facilitated [1]** 59/25
**facilitating [1]** 237/19
**fact [11]** 21/13 64/3
99/9 140/19 151/25
203/19 216/21 230/3
254/11 256/17 281/1
**factor [2]** 45/5 175/22
**factors [3]** 46/10 176/9
176/12
**facts [8]** 14/4 14/10
14/21 15/6 26/6 156/13
158/11 208/14
**factual [2]** 227/16
279/12
**failed [1]** 18/25
**failing [1]** 56/9
**failure [4]** 19/6 197/9
197/11 251/6
**faint [2]** 218/2 218/3
**fair [32]** 33/4 33/23
35/18 36/15 45/18 49/1
97/22 99/16 141/8
141/17 146/24 153/2
156/14 156/15 156/22
163/16 168/6 168/23
178/11 183/20 197/19
197/20 243/13 244/5
244/8 244/12 260/3
262/18 264/6 279/10
279/13 279/15
**fairly [4]** 61/18 77/3
110/25 119/17
**fairness [3]** 197/5
200/18 200/21
**faith [1]** 280/13
**fall [3]** 7/8 42/12 284/6
**falling [1]** 166/18
**familiar [7]** 22/20 52/13
77/4 77/7 179/11
179/13 179/18
**familiarity [1]** 179/20
**family [4]** 43/18 43/24
80/2 176/21
**far [10]** 39/12 39/22
39/22 50/24 114/6
215/24 215/25 229/12
229/21 230/3
**farther [3]** 214/7 230/1
288/2
**fast [2]** 94/20 217/4
**favorable [1]** 21/8

**fear [1]** 109/4
**February [4]** 184/10
184/14 283/9 283/11
**February 9 [1]** 184/10
**Federal [1]** 1/16
**feedback [17]** 23/11
24/16 35/10 35/17
35/21 35/22 36/16
36/24 100/25 189/7
189/7 244/9 262/16
262/19 262/21 262/21
283/2
**feel [28]** 50/24 61/2
61/7 62/6 62/6 62/11
64/14 85/7 88/24
109/11 156/22 157/12
197/5 197/13 198/5
198/13 198/14 252/6
253/20 266/24 267/1
267/9 267/13 271/23
277/17 277/18 279/19
286/17
**feeling [8]** 8/13 61/15
61/23 61/24 61/25
142/8 268/5 279/18
**feelings [1]** 279/13
**feels [1]** 157/14
**fell [1]** 144/7
**felt [38]** 42/16 61/5
62/3 62/7 62/16 65/15
65/15 66/23 81/22
103/18 104/18 107/19
110/19 124/17 124/17
128/14 142/5 142/6
229/2 229/5 243/24
247/23 248/6 252/5
252/8 263/16 269/24
270/4 272/1 277/16
277/18 277/19 277/19
279/21 279/24 279/25
280/1 280/17
**few [11]** 12/22 13/9
15/17 52/15 55/4 73/12
121/16 211/4 215/18
256/20 260/14
**field [2]** 37/25 39/14
**figure [19]** 25/15 58/23
60/11 60/15 68/8 69/18
104/18 117/13 136/24
141/7 150/23 167/1
214/11 219/16 222/19
226/4 275/13 275/13
277/20
**figured [1]** 25/10
**file [2]** 50/12 122/11
**filed [1]** 295/17
**files [1]** 147/10
**filing [2]** 242/12 295/15
**fill [4]** 212/20 220/4
226/16 268/13
**filled [3]** 174/3 221/15
239/20
**filling [2]** 21/23 170/5
**final [17]** 33/21 38/7
119/8 175/21 183/16
189/13 192/9 193/5
193/8 193/9 193/10
207/21 241/3 243/15
244/6 244/22 257/13

**finalizing [1]** 178/10
**Finally [2]** 54/6 54/6
**financial [2]** 255/2
255/4 255/5
**find [14]** 83/23 90/17
93/10 94/2 96/3 136/6
145/3 145/14 147/6
166/10 226/5 236/24
289/20 295/10
**finding [2]** 128/19
212/20
**fine [11]** 25/12 40/12
63/20 64/8 64/13 106/2
147/19 203/12 225/6
225/18 262/25
**finely [1]** 130/2
**fingertips [1]** 285/14
**finish [19]** 10/16 39/1
44/19 44/22 93/1 115/6
115/9 119/22 123/22
127/10 180/15 182/18
186/18 189/25 234/1
241/21 248/8 251/7
283/5
**finished [11]** 9/6 9/11
48/14 112/20 112/20
117/24 120/2 234/3
235/9 239/12 287/13
**finishing [4]** 37/11
141/22 160/25 244/13
**fire [15]** 16/19 111/18
113/10 116/11 118/6
118/15 118/21 123/20
125/2 125/14 149/16
171/12 180/11 183/25
276/25
**fired [26]** 30/18 81/11
110/13 110/15 112/4
113/17 113/22 119/12
160/24 162/22 170/2
175/3 181/12 182/6
183/19 184/25 197/22
199/5 199/24 200/2
200/7 202/2 276/21
289/25 290/5 291/7
**firing [5]** 17/20 111/23
149/11 243/16 244/7
**firm [7]** 94/9 112/16
286/20 287/19 288/13
288/16 288/24
**firmed [1]** 178/9
**first [47]** 5/3 12/11 19/9
19/10 32/5 51/1 51/5
55/10 57/8 64/23 81/7
81/15 81/20 82/4
111/22 113/2 114/16
129/14 131/3 139/12
146/21 153/4 178/9
184/6 189/4 189/4
189/24 192/15 192/18
193/7 196/6 208/25
240/13 240/15 248/13
248/14 249/3 249/4
250/12 257/1 259/9
261/11 266/24 272/14
285/9 286/19 287/18
**five [18]** 25/13 25/16
30/4 30/19 31/14 55/10
68/15 74/25 91/8

**F**

**five... [9]** 134/24 135/4 136/12 137/11 137/24 214/23 239/8 245/7 247/5

**five minutes [1]** 214/23

**five years [1]** 68/15

**five-minute [2]** 25/13 247/5

**five-year [1]** 91/8

**fix [1]** 128/15

**flexibility [1]** 30/7

**flexing [2]** 38/7 38/8

**flip [2]** 51/1 259/4

**floating [1]** 173/5

**floor [1]** 203/3

**flow [1]** 38/17

**focus [5]** 69/19 191/18 209/1 209/21 223/1

**focused [1]** 129/24

**folder [4]** 91/8 92/25 94/19 119/15

**folders [2]** 91/6 91/11

**folks [10]** 60/7 125/10 149/16 152/5 152/17 164/1 164/13 170/23 216/9 277/2

**follow [5]** 38/2 38/3 128/18 242/5 262/8

**followed [1]** 242/7

**following [16]** 26/21 52/24 59/5 78/22 82/9 100/23 104/21 160/9 162/4 164/4 202/14 234/11 242/11 244/3 268/17 274/2

**follows [6]** 5/4 217/14 218/12 221/3 221/9 226/12

**foregoing [2]** 293/1 294/11

**forget [4]** 89/4 104/15 173/1 173/6

**forgot [1]** 118/1

**form [160]** 14/6 14/12 15/8 17/22 18/2 26/7 26/12 28/13 29/7 31/24 35/13 36/19 37/7 37/17 38/10 43/15 55/5 55/13 55/22 56/18 58/25 61/4 61/14 61/17 63/1 66/4 68/23 69/9 70/1 76/7 77/24 78/6 78/7 79/1 79/2 79/9 80/7 81/4 81/13 81/19 83/1 83/15 83/19 84/5 85/13 85/17 92/15 92/22 93/17 94/5 94/13 95/10 103/6 103/11 109/13 116/16 118/17 118/25 119/20 124/9 124/15 125/4 125/17 126/9 127/19 128/5 134/4 134/16 135/20 136/9 136/23 137/3 138/13 139/4 141/5 141/11 143/25 144/13 144/19 145/1

145/21 147/2 151/2 151/22 152/6 152/14 153/13 154/19 155/3 155/21 156/19 157/5 157/11 157/18 158/17 159/4 159/20 160/4 163/23 165/4 165/14 165/21 166/19 167/2 168/9 169/1 169/13 170/20 172/22 173/2 183/16 183/21 193/23 194/19 198/7 198/19 199/17 200/8 204/3 208/22 211/20 212/1 214/3 214/16 214/20 215/5 227/14 227/25 228/8 230/13 231/11 231/19 233/3 233/15 233/20 234/15 241/16 243/17 245/9 246/7 250/9 251/8 251/16 252/22 253/9 254/3 256/5 264/7 266/15 267/19 268/10 271/7 271/25 273/21 280/14 280/20 281/13 289/11 291/21 294/10

**formal [13]** 22/21 27/8 73/22 86/7 86/14 86/17 87/1 87/5 87/7 87/10 95/22 117/5 164/17

**formally [2]** 171/24 216/3

**format [5]** 115/25 116/1 121/20 129/13 145/5

**formula [1]** 284/19

**formulas [1]** 44/11

**forth [1]** 229/5

**forward [12]** 30/10 42/17 60/15 80/18 89/11 103/19 103/23 107/21 112/24 114/24 270/12 275/13

**forwarded [1]** 222/1

**found [3]** 10/4 65/18 263/13

**foundation [29]** 94/13 96/13 103/11 106/23 118/17 124/9 124/15 125/4 136/9 155/3 155/22 156/19 157/11 157/18 158/17 160/4 165/21 172/22 198/2 212/1 227/14 227/25 231/19 232/6 233/15 256/5 268/10 273/21 274/24

**four [9]** 12/16 30/19 31/14 31/19 32/14 44/21 45/1 162/18 166/24

**fourth [1]** 84/9

**frame [6]** 22/10 144/2 144/7 158/8 162/16 273/12

**frames [1]** 75/22

**free [5]** 266/24 267/1 267/9 267/13 286/17

**frequently [2]** 51/23 246/21

**fresh [2]** 148/9 213/16

**Friday [3]** 131/5 242/24 246/13

**frustrating [2]** 145/6 276/16

**full [10]** 5/11 42/11 44/18 53/21 53/22 188/12 189/4 193/2 193/4 257/13

**fully [3]** 21/23 230/11 235/9

**fun [1]** 292/3

**function [2]** 175/9 275/11

**furnishing [1]** 295/18

**further [9]** 127/18 186/5 225/4 225/17 237/19 272/22 290/16 292/4 294/12

**G**

**gain [1]** 45/4

**game [1]** 247/1

**gaps [2]** 220/4 226/17

**gather [6]** 56/25 57/2 57/5 57/12 146/21 185/2

**gathered [1]** 164/18

**gave [14]** 23/10 23/12 24/15 27/8 32/19 35/17 35/22 36/1 36/3 36/24 100/22 106/1 174/18 187/12

**gears [1]** 222/10

**general [30]** 3/14 13/17 20/12 44/10 48/21 70/25 75/23 97/2 119/2 140/12 142/13 153/3 163/25 170/25 176/2 176/23 179/25 180/7 182/12 182/13 183/24 185/3 198/13 206/7 227/4 239/13 239/14 245/1 275/4 285/5

**generalized [1]** 27/16

**generally [14]** 17/20 23/19 24/7 28/21 42/4 42/5 44/25 67/20 72/7 72/8 107/24 161/6 179/21 255/6

**generation [1]** 84/9

**genuine [8]** 158/14 159/14 231/10 231/13 231/14 231/18 231/22 231/23

**genuinely [5]** 156/16 157/9 159/14 268/8 268/19

**get [40]** 8/14 21/16 25/10 29/24 31/19 47/16 74/20 89/10 105/18 111/15 120/24 121/6 121/8 128/13 128/20 157/21 157/24 158/1 167/18 169/18 178/9 182/22 189/13 210/2 212/5 214/4

220/17 224/24 225/13 245/21 245/25 264/9 265/6 265/22 274/17 275/14 277/11 279/23 283/15 289/15

**gets [2]** 178/9 256/10

**getting [16]** 24/18 38/7 38/18 112/12 120/22 128/3 170/23 172/4 178/1 219/17 220/12 228/24 229/20 231/6 239/12 288/8

**give [23]** 8/5 12/12 22/21 26/13 78/13 108/20 108/22 132/8 140/23 151/3 181/17 189/7 200/15 200/18 200/20 217/8 230/6 230/11 252/4 253/22 268/6 272/3 282/7

**given [16]** 11/1 65/23 95/7 191/14 199/11 203/25 205/1 256/3 258/15 270/14 282/17 284/23 285/13 294/12 296/16 296/18

**giving [5]** 131/11 142/17 142/18 154/16 230/4

**glad [3]** 6/1 151/4 263/13

**glance [1]** 94/19

**glancing [1]** 122/1

**glitch [6]** 16/16 70/19 77/13 101/21 113/18 259/7

**glitched [2]** 89/24 118/12

**glitchiness [1]** 90/1

**glitchy [4]** 73/11 86/19 86/22 105/2

**go [57]** 25/9 47/14 47/19 50/25 52/19 56/8 58/5 65/3 70/14 70/21 71/19 74/23 85/9 88/8 89/7 91/19 91/21 92/9 94/17 96/3 96/11 97/13 122/13 122/24 130/11 137/10 138/5 138/15 140/14 145/7 145/9 146/25 158/6 183/12 187/15 195/12 203/8 203/12 219/8 222/13 230/16 232/11 235/7 235/10 236/7 237/13 240/13 244/25 255/14 263/1 266/18 269/10 272/5 273/4 274/16 284/7 287/3

**goals [1]** 255/10

**Godmere [7]** 162/20 163/8 269/21 269/23 291/12 291/14 291/24

**goes [7]** 45/2 66/5 114/6 184/7 197/16 208/4 208/7

**going [97]** 8/10 10/23 11/22 12/6 15/20 19/3 26/13 35/9 42/7 42/14

44/16 47/15 48/20 51/17 52/4 53/7 59/8 59/10 59/17 62/5 64/5 76/12 78/15 84/21 91/23 100/13 102/4 102/11 105/5 105/22 115/22 118/9 120/7 120/10 120/11 122/5 122/12 125/6 126/6 129/17 130/1 131/17 135/19 135/22 136/4 144/25 147/6 158/1 158/3 161/23 162/7 165/9 169/15 169/20 172/6 174/23 177/6 177/23 180/16 186/19 190/9 200/14 205/21 214/7 216/24 216/25 217/1 217/4 217/16 217/17 218/6 218/14 218/15 221/19 224/13 226/5 229/5 230/4 230/6 236/10 238/14 239/1 250/1 260/21 265/5 266/16 270/25 272/3 277/24 279/5 279/13 282/9 284/7 289/13 289/14 289/18 292/1

**gone [2]** 64/4 221/1

**good [28]** 5/7 20/16 28/8 34/21 62/3 64/14 72/5 79/23 99/1 101/13 129/1 129/6 135/18 147/14 161/4 197/15 200/25 201/1 204/18 217/15 218/13 219/8 239/9 243/25 246/5 247/7 281/5 286/15

**gosh [3]** 184/19 258/6 270/3

**got [14]** 44/2 47/10 50/22 71/4 71/21 74/3 98/17 105/6 139/10 148/6 148/7 174/19 205/9 208/7

**gotten [4]** 25/22 93/13 241/10 265/4

**GPG [3]** 1/2 295/8 296/7

**granted [1]** 252/3

**graphic [1]** 38/17

**graphics [1]** 120/14

**great [5]** 220/12 226/10 255/13 277/25 280/24

**grew [1]** 169/7

**grief [1]** 15/1

**grieving [1]** 14/23

**ground [1]** 8/11

**group [7]** 27/15 140/3 140/6 140/11 140/13 140/24 264/17

**grow [3]** 21/2 35/23 36/2

**growing [6]** 24/18 35/9 37/8 37/14 38/13 63/4

**growth [1]** 63/10

**guess [6]** 10/13 90/11 146/3 148/5 159/22

**G**

guess... [1] 241/14
guessed [1] 96/10
guessing [2] 246/21
290/13
guidance [5] 36/4
66/20 67/6 150/10
280/4
guide [3] 44/8 44/19
120/15
guiding [4] 29/20 30/2
30/4 30/6
guys [1] 101/12

**H**

had [214] 7/14 12/1
14/14 14/16 14/17
18/11 18/19 22/17
25/25 30/4 35/8 40/7
40/17 41/6 41/11 42/20
46/19 54/22 58/9 58/20
59/20 61/3 62/3 62/23
64/3 64/3 64/4 66/19
67/10 68/10 68/11
70/11 72/9 72/11 72/25
73/18 73/20 76/3 81/25
82/7 84/24 86/5 88/2
95/7 95/12 99/1 101/13
103/19 106/16 107/20
112/9 113/9 114/8
115/1 115/3 115/16
117/3 118/6 118/7
118/15 118/22 119/25
120/6 120/6 122/3
123/10 123/19 125/2
125/15 125/22 126/5
127/2 127/9 127/11
128/2 128/9 128/10
129/15 129/24 130/6
132/15 132/19 136/20
138/6 144/21 145/24
146/16 150/25 153/17
153/24 162/14 163/13
165/22 166/5 166/24
167/9 168/3 169/5
170/5 170/8 172/19
173/1 178/6 182/22
184/25 190/8 190/24
191/19 191/24 192/15
193/1 193/7 194/17
194/23 194/25 198/17
199/10 202/6 202/18
203/2 203/4 203/21
207/1 209/2 209/17
210/13 210/13 211/18
212/13 212/14 212/14
214/14 215/11 215/19
216/2 218/23 220/9
226/21 227/22 228/3
229/14 231/2 231/7
231/9 231/25 232/4
235/11 235/12 239/12
239/15 239/16 240/4
240/6 240/6 240/7
240/10 241/11 242/14
243/24 244/21 245/7
245/22 246/10 246/22
246/25 247/16 248/13

248/15 249/15 249/17
250/17 251/14 252/16
253/4 253/8 253/16
256/2 256/18 257/6
257/12 258/1 258/11
260/1 260/16 261/4
261/13 262/14 270/10
271/8 271/15 273/17
275/2 275/7 275/16
277/1 277/6 277/23
277/25 279/21 280/3
282/24 282/25 284/17
285/8 285/20 287/19
288/3 288/5 288/8
289/2 291/3 291/17
291/23 294/12
hadn't [5] 11/2 117/5
128/4 138/12 177/18
hair [1] 130/2
half [7] 88/13 129/5
131/13 131/24 132/13
169/9 170/18
halfway [4] 52/22
119/21 186/12 196/5
Hall [2] 2/13 295/4
hallevans.com [1] 2/15
handle [1] 292/8
handled [1] 175/13
handles [1] 285/21
handling [1] 14/24
handouts [1] 189/15
hang [1] 55/8
happen [6] 43/8 63/10
133/19 228/21 243/23
243/24
happened [30] 14/25
15/2 15/6 26/1 41/12
81/2 85/20 86/2 111/3
115/13 144/1 156/17
157/7 213/3 233/11
238/11 248/16 250/7
251/25 252/10 260/8
260/10 268/9 268/20
269/7 274/14 276/19
279/3 290/4 291/7
happening [4] 13/18
120/17 203/14 214/11
happens [6] 18/6 40/12
96/2 97/24 112/16
134/13
happy [7] 145/18
146/11 147/4 150/19
197/2 242/19 249/9
happy to [1] 147/4
harassed [2] 279/18
279/25
harassing [3] 158/3
279/20 280/18
harassment [3] 71/10
71/15 180/2
hard [10] 61/5 61/6
82/24 94/20 97/12
127/20 147/5 157/13
229/13 234/25
harder [2] 8/25 230/1
harmful [1] 70/7
has [50] 11/9 11/20
32/17 32/17 45/8 52/23
54/8 59/2 73/25 83/2

83/6 88/9 90/23 95/21
95/25 121/11 130/15
133/17 139/13 143/13
144/11 151/23 151/24
155/23 163/3 168/11
175/22 179/25 187/3
188/20 196/2 196/14
201/3 201/7 202/8
211/14 218/8 220/14
220/19 221/14 221/15
227/7 232/17 236/23
237/18 237/24 238/6
254/21 255/18 266/11
hasn't [2] 223/3 292/3
hault [1] 94/10
have [313]
haven't [12] 8/9 46/15
46/16 155/5 159/15
159/22 159/24 160/10
241/10 243/12 265/4
289/19
having [21] 5/3 25/8
40/13 54/16 82/4 85/6
97/2 98/24 128/3
168/16 168/25 198/23
199/9 200/6 200/11
212/10 215/3 249/25
he [38] 17/12 17/13
17/14 49/15 89/5 95/7
100/3 100/11 101/11
101/14 101/19 101/23
102/1 102/5 102/7
115/2 115/3 115/9
120/17 173/12 173/13
173/15 173/16 173/20
202/7 202/22 202/25
203/11 211/2 219/25
220/9 220/10 220/14
221/13 221/14 221/24
226/21 251/6
he's [5] 11/17 11/21
101/11 204/2 250/19
head [13] 30/9 43/22
132/2 133/25 154/2
183/14 184/22 204/10
224/22 239/25 244/11
247/2 261/21
heading [1] 278/11
hear [25] 58/16 67/10
67/12 73/8 73/10 145/7
153/24 172/19 174/17
217/12 217/22 217/25
218/5 225/24 228/12
228/24 229/11 229/15
229/23 229/25 231/5
232/7 234/23 234/25
236/23
heard [10] 86/20
129/15 166/5 166/6
172/7 173/1 177/18
201/18 229/1 231/4
hearing [7] 61/3 68/3
78/18 218/9 223/15
223/16 231/17
heavily [1] 97/11
held [10] 6/6 6/9 6/10
141/1 141/18 205/11
206/2 207/5 208/2

277/12
Hello [1] 196/25
help [10] 117/17
117/17 182/17 182/18
195/2 211/12 224/10
249/10 251/19 268/13
helpful [4] 23/7 222/21
250/10 263/14
helping [1] 136/16
helps [4] 102/14 111/9
111/14 182/17
her [306]
here [47] 26/10 26/14
26/17 26/24 35/10 50/6
58/13 58/18 67/24
89/20 92/12 93/10
98/20 102/15 104/1
109/19 113/13 122/13
123/1 129/14 130/2
134/18 136/4 167/11
181/17 186/2 187/22
187/25 190/19 191/8
192/24 193/11 193/12
198/6 203/10 204/20
206/6 206/11 209/11
210/8 212/4 213/12
261/22 272/19 275/10
275/20 286/24
Here's [1] 268/2
hereby [2] 293/1 294/4
herein [1] 294/14
hereto [1] 294/8
herself [4] 212/17
274/18 274/23 275/7
Hey [4] 126/6 246/4
260/19 260/23
Hi [5] 131/9 146/12
186/1 202/5 266/22
highest [1] 29/24
highlighted [1] 23/14
him [41] 17/7 17/13
89/7 89/10 90/5 90/6
90/10 95/3 95/4 100/9
100/15 100/22 101/4
101/8 101/15 106/15
106/21 120/22 120/22
203/2 203/3 203/4
208/5 209/24 219/17
219/19 219/20 219/21
220/10 221/17 221/20
222/6 222/11 224/14
239/4 239/5 239/6
247/25 249/20 275/9
282/10
himself [1] 239/2
hindsight [1] 81/3
hire [1] 170/7
hired [1] 174/24
hiring [1] 161/13
his [9] 16/1 89/10
120/14 186/21 203/7
205/11 207/6 238/19
249/18
historical [1] 147/6
history [2] 195/4
195/13
hit [2] 176/14 265/20
HOFFMAN [15] 2/12
10/2 12/5 12/8 13/16

105/19 105/25 106/8
106/11 148/11 148/14
148/21 155/19 295/4
295/9
hoffmank [1] 2/15
hold [7] 6/19 53/23
54/22 55/15 56/4
135/19 141/3
holding [1] 55/25
home [1] 5/17
honest [1] 83/24
honestly [2] 70/12
127/22
honor [1] 276/12
hope [1] 81/6
hoping [1] 213/24
hound [1] 11/17
hour [12] 44/24 129/5
175/23 175/24 178/20
178/22 285/7 285/25
286/1 286/8 286/9
286/12
hours [19] 8/15 12/12
12/15 12/16 45/5
177/23 178/2 178/15
179/5 179/6 284/1
285/6 285/6 285/13
285/16 285/24 286/1
286/8 286/9
house [1] 11/21
how [155] 6/13 6/19
12/7 12/10 12/13 27/20
29/2 29/13 29/19 32/7
35/22 37/1 37/18 37/23
38/6 38/23 39/12 41/7
41/15 41/20 41/23 42/4
44/11 44/14 44/15
44/18 45/3 45/8 51/23
60/11 61/5 61/5 67/4
68/17 73/7 77/20 80/3
82/19 82/21 89/11
89/21 90/2 90/5 95/17
95/19 96/1 96/3 97/12
98/3 98/16 99/1 101/1
108/17 108/19 111/7
114/21 114/21 117/13
117/13 117/17 120/10
121/12 124/3 124/10
128/15 131/12 131/22
133/1 133/14 133/23
134/5 134/19 135/23
141/7 147/16 156/20
156/25 158/18 158/19
159/6 159/8 161/6
162/17 163/14 163/20
163/21 164/5 164/6
164/10 166/20 171/2
171/4 171/20 172/8
173/6 175/11 175/12
175/13 175/21 175/22
177/22 177/25 178/1
185/11 186/17 186/18
197/13 197/21 198/5
198/12 198/12 205/10
207/3 208/5 208/16
209/16 212/15 212/19
213/17 214/11 217/17
218/15 219/17 220/1
226/14 229/19 231/12

**H**

**how...** [28] 231/15
233/17 233/18 233/21
234/13 234/16 236/6
238/2 239/19 239/20
244/18 250/18 255/10
257/15 264/10 272/3
276/9 277/11 277/16
281/11 282/21 283/23
283/25 284/2 284/4
284/5 284/17 287/24
**How's** [2] 217/15
218/13
**HR** [45] 13/11 16/25
17/1 21/16 34/15 34/18
41/5 86/8 86/11 86/11
87/25 89/3 101/9 102/2
103/24 104/21 119/19
120/1 124/3 126/5
151/5 178/5 179/3
179/6 184/21 203/12
208/5 210/1 211/2
212/11 216/2 216/9
223/8 224/15 237/3
238/19 245/12 247/12
247/17 253/13 256/18
279/22 282/23 282/25
291/6
**HR's** [1] 107/22
**huh** [12] 9/15 9/15
13/22 42/21 98/6
127/15 171/9 185/20
222/9 223/9 223/12
255/16
**huh-uh** [2] 9/15 13/22
**human** [3] 1/7 5/23
17/8
**humiliating** [1] 62/4
**hundreds** [1] 147/10
**hung** [10] 211/15
212/25 213/2 213/11
216/22 232/18 232/22
233/14 264/9 266/8
**hunter** [7] 2/3 2/5 3/10
5/8 225/22 227/20
296/4
**hypothetical** [1]
211/23

**I**

**I'd** [32] 21/25 33/2 40/8
40/22 71/19 76/1 91/19
131/2 137/10 140/1
140/14 143/7 145/2
168/19 170/4 186/11
187/17 189/17 192/10
193/11 195/22 223/13
224/20 241/11 248/11
259/23 261/23 273/2
285/16 287/22 287/23
291/25
**I'll** [21] 5/25 9/23 15/23
15/23 47/17 52/14
68/13 86/22 146/11
150/19 157/20 164/21
188/16 218/8 221/6
222/12 224/23 225/3
246/8 265/8 286/23

**I'm** [286] 5/9 6/1 9/19
11/14 12/5 13/7 14/17
15/20 16/15 17/17
17/19 19/3 22/4 23/8
23/22 25/14 26/13
28/23 30/6 30/8 31/1
32/20 32/20 32/21
32/22 35/15 36/20
37/18 37/23 38/15 39/6
39/12 39/13 39/20
41/22 42/8 42/19 43/21
45/13 47/6 47/6 47/14
47/16 48/20 51/4 52/4
52/6 52/6 53/7 53/22
59/8 59/10 64/10 64/19
64/22 65/21 65/21
67/24 68/4 68/19 69/2
69/25 70/18 71/24 72/1
73/21 74/5 75/22 76/18
77/5 77/6 77/25 78/11
78/15 86/6 87/11 88/9
89/17 89/18 90/16
91/23 92/9 96/2 96/21
97/1 97/21 99/21
100/13 101/21 104/18
104/25 105/22 105/24
107/17 107/19 107/19
108/19 110/7 110/14
111/7 111/19 113/12
114/4 114/10 115/22
116/17 116/21 116/25
119/5 121/5 122/5
122/7 122/10 122/12
123/14 124/10 124/24
127/22 129/1 129/17
129/24 130/1 130/19
130/20 134/10 135/5
136/4 136/10 136/11
136/24 138/25 139/7
140/4 140/25 142/2
143/16 144/14 146/5
146/14 147/3 150/15
150/23 151/4 151/13
154/7 154/25 155/9
155/24 156/20 156/25
157/25 158/3 158/10
159/6 159/8 159/9
159/21 165/8 166/3
167/23 168/18 169/16
170/10 172/3 172/4
172/5 172/6 174/12
174/12 177/2 179/13
179/16 179/24 180/25
184/2 184/22 185/6
185/9 186/15 192/20
194/5 195/20 195/23
198/12 198/13 200/9
204/4 205/21 207/21
209/9 209/11 209/20
210/6 210/24 211/9
213/17 213/20 214/7
214/9 215/25 216/25
217/1 217/11 217/19
217/22 218/6 218/17
219/19 220/7 222/5
222/19 222/22 223/15
223/16 223/24 223/24
224/1 224/2 224/5
224/7 224/11 224/18

228/5 228/19 227/21
227/21 229/20 236/10
238/3 238/14 239/11
239/13 240/15 241/19
242/2 242/19 244/9
244/19 245/3 246/13
246/14 246/21 248/14
248/16 248/20 252/14
253/19 253/19 253/25
254/17 255/25 257/2
257/3 257/24 259/7
259/11 259/20 260/19
260/23 261/22 262/2
262/14 263/8 263/22
264/24 265/5 266/16
268/11 269/14 270/12
271/9 272/23 273/11
273/13 273/22 275/10
275/23 278/4 278/8
278/20 279/18 280/23
281/1 281/14 286/13
287/5
**I've** [20] 9/5 14/16
24/12 57/2 74/6 76/25
84/6 94/18 114/8
165/15 165/16 172/7
202/9 219/2 220/12
222/14 234/5 236/10
246/25 285/8
**idea** [3] 124/2 167/7
262/25
**identified** [2] 54/7 64/2
**identifies** [2] 82/19
82/21
**identify** [1] 78/16
**illegal** [1] 108/10
**illness** [2] 43/19
176/21
**imagine** [1] 96/14
**immediate** [1] 213/17
**immediately** [2] 204/25
213/15
**impact** [4] 35/24
152/24 190/16 191/17
**impacted** [2] 163/15
197/10
**impacting** [3] 163/21
164/6 187/4
**impair** [1] 26/6
**implement** [1] 96/15
**implemented** [1]
189/11
**implication** [1] 267/2
**implications** [1] 208/6
**implicit** [20] 77/8 77/10
77/14 77/16 77/22
77/25 78/5 78/25 79/5
79/6 79/13 79/15 79/17
80/5 152/20 152/24
163/13 163/14 163/20
164/6
**implies** [2] 177/5
209/13
**imply** [1] 263/23
**implying** [1] 212/7
**important** [15] 8/24
9/12 40/14 84/25 85/11
102/12 102/20 104/9
107/25 110/23 166/17

166/20 166/21 200/20
210/10
**importantly** [1] 97/25
**impossible** [1] 230/11
**impression** [3] 20/1
144/12 274/9
**improve** [1] 23/13
**inaccurate** [1] 144/16
**inappropriate** [4]
63/16 63/18 68/21
135/14
**inaudible** [2] 217/20
217/21
**inception** [3] 178/12
179/7 179/9
**include** [5] 57/4 93/20
170/18 203/18 279/12
**included** [2] 67/5
202/9
**includes** [2] 106/3
236/14
**including** [9] 3/8 5/13
17/20 53/4 53/6 53/12
93/18 149/11 286/5
**inclusion** [1] 75/21
**inclusive** [4] 75/10
75/12 75/23 76/22
**incomplete** [1] 183/9
**incorporate** [1] 193/2
**incorporated** [1]
119/18
**incorrect** [2] 74/21
242/22
**increase** [1] 218/4
**incredible** [1] 83/24
**independent** [2]
146/25 191/9
**independently** [2] 68/9
250/7
**indicate** [6] 34/2 55/10
118/6 118/15 187/21
255/6
**indicated** [8] 45/13
87/15 98/11 107/1
154/3 190/8 205/19
266/24
**indicates** [2] 196/13
213/1
**indicating** [1] 268/21
**indiscernible** [1]
288/11
**individual** [8] 27/21
29/13 29/19 32/7 54/11
74/9 140/10 164/11
**individually** [2] 45/21
140/23
**individuals** [2] 53/25
54/12
**indulging** [1] 75/5
**industry** [4] 285/4
285/5 285/23 285/24
**inference** [1] 196/16
**inflections** [1] 230/2
**influencing** [1] 79/19
**info** [2] 210/2 287/23
**inform** [1] 140/18
**informal** [1] 73/24
86/18 87/6 95/20
**information** [29] 4/17

166/20 166/21 200/20
210/10
**importantly** [1] 97/25
**impossible** [1] 230/11
**impression** [3] 20/1
144/12 274/9
**improve** [1] 23/13
**inaccurate** [1] 144/16
**inappropriate** [4]
63/16 63/18 68/21
135/14
**inaudible** [2] 217/20
217/21
**inception** [3] 178/12
179/7 179/9
**include** [5] 57/4 93/20
170/18 203/18 279/12
**included** [2] 67/5
202/9
**includes** [2] 106/3
236/14
**including** [9] 3/8 5/13
17/20 53/4 53/6 53/12
93/18 149/11 286/5
**inclusion** [1] 75/21
**inclusive** [4] 75/10
75/12 75/23 76/22
**incomplete** [1] 183/9
**incorporate** [1] 193/2
**incorporated** [1]
119/18
**incorrect** [2] 74/21
242/22
**increase** [1] 218/4
**incredible** [1] 83/24
**independent** [2]
146/25 191/9
**independently** [2] 68/9
250/7
**indicate** [6] 34/2 55/10
118/6 118/15 187/21
255/6
**indicated** [8] 45/13
87/15 98/11 107/1
154/3 190/8 205/19
266/24
**indicates** [2] 196/13
213/1
**indicating** [1] 268/21
**indiscernible** [1]
288/11
**individual** [8] 27/21
29/13 29/19 32/7 54/11
74/9 140/10 164/11
**individually** [2] 45/21
140/23
**individuals** [2] 53/25
54/12
**indulging** [1] 75/5
**industry** [4] 285/4
285/5 285/23 285/24
**inference** [1] 196/16
**inflections** [1] 230/2
**influencing** [1] 79/19
**info** [2] 210/2 287/23
**inform** [1] 140/18
**informal** [1] 73/24
86/18 87/6 95/20
**information** [29] 4/17

106/18 111/12 120/22
121/7 125/5 125/8
125/18 135/6 138/1
138/3 142/19 156/5
166/4 185/2 186/4
197/2 212/8 218/24
219/17 220/12 220/17
228/10 252/15 260/22
271/11 284/8 287/23
289/22
**informed** [3] 106/15
106/21 107/9
**inherently** [1] 38/8
**INITIAL** [2] 3/7 4/1
**initiative** [1] 34/23
**innovative** [1] 30/10
**input** [3] 33/14 263/16
263/21
**ins** [1] 249/25
**instance** [4] 54/1 80/6
145/25 254/11
**instead** [6] 9/14 64/5
86/23 133/21 147/11
183/18
**instruct** [3] 105/23
194/15 284/1
**instructed** [11] 66/1
68/6 94/9 99/14 100/14
109/16 140/21 194/17
202/18 250/5 263/14
**instructing** [2] 237/10
242/2
**instruction** [3] 130/9
262/4 285/25
**instructional** [76] 6/5
6/11 6/11 6/12 6/16 7/2
7/4 7/13 20/4 20/4
20/18 20/25 21/3 21/14
21/15 34/22 35/8 36/2
37/9 37/13 37/15 37/22
37/24 38/14 39/13
42/18 63/6 70/17 70/22
74/3 74/10 74/10 74/13
74/14 120/13 120/15
120/19 121/8 128/18
140/3 140/7 161/7
161/8 161/9 161/9
161/16 162/3 162/5
162/13 167/18 167/20
167/21 168/2 171/2
171/4 171/20 172/17
173/13 173/16 173/19
173/22 173/25 174/3
174/9 175/7 175/12
175/14 182/2 182/20
189/20 220/21 221/10
239/21 256/11 286/5
290/7
**instructions** [2] 110/5
144/25
**instructor** [7] 44/20
188/19 189/14 235/16
236/6 236/24 285/11
**instructor-led** [4]
44/20 188/19 189/14
285/11
**instructors** [2] 45/1
244/24
**instructs** [1] 10/7

**I**

**intend [1]** 231/25
**intended [2]** 233/19 234/14
**intense [4]** 64/9 64/11 64/17 64/19
**intent [1]** 224/13
**intention [2]** 152/16 264/10
**intentional [3]** 77/19 145/15 150/6
**intentionally [3]** 55/23 91/17 152/25
**intentions [1]** 222/24
**interactions [6]** 152/4 163/15 201/25 210/11 215/3 266/12
**interactivity [1]** 44/16
**interested [2]** 21/6 294/15
**interesting [2]** 126/1 153/18
**interim [1]** 21/22
**internal [2]** 53/14 189/5
**Internet [1]** 105/7
**interpretation [1]** 156/6
**interrogate [2]** 163/20 164/5
**interrupt [1]** 70/18
**interruption [2]** 104/24 220/24
**intertwined [1]** 37/12
**interview [5]** 7/16 7/19 7/23 8/2 57/9
**interviewer [1]** 248/4
**interviewing [4]** 120/22 208/5 219/19 239/6
**interviews [9]** 114/9 220/3 220/13 220/14 220/18 220/22 221/12 221/17 226/15
**introduce [1]** 5/9
**intuit [1]** 102/6
**investigate [2]** 107/16 109/6
**investigated [2]** 108/1 154/8
**investigating [1]** 106/20
**investigation [2]** 154/5 164/17
**invitation [2]** 139/15 268/2
**invite [4]** 260/19 260/24 261/3 261/5
**invited [4]** 47/1 261/8 261/9 261/13
**involve [1]** 270/15
**involved [17]** 17/3 17/6 17/8 17/12 17/19 45/3 60/2 76/6 178/21 239/16 239/23 260/17 270/17 272/3 277/9 279/22 283/12
**involves [1]** 168/7

**is [407]**
**ISD [2]** 13/4 133/17
**ish [7]** 37/2 75/9 129/2 167/11 171/15 239/3 281/3
**isn't [17]** 37/16 76/10 88/4 91/24 116/11 121/11 143/17 144/18 147/1 147/13 163/1 168/18 214/15 244/13 257/1 257/10 275/11
**issue [3]** 25/8 34/17 282/17
**issues [4]** 105/11 117/18 212/10 242/14
**it [668]**
**it's [131]** 10/13 11/11 25/4 28/5 28/9 28/10 29/11 31/14 37/19 37/21 38/5 39/17 39/18 39/18 40/16 42/23 43/5 44/12 44/13 44/14 44/15 44/24 47/10 52/3 52/12 61/5 68/13 68/21 73/9 75/10 78/1 79/23 80/2 80/3 85/11 89/18 89/20 97/12 97/12 102/12 102/19 107/25 108/21 108/23 108/23 113/6 124/11 126/1 126/1 126/14 126/22 127/20 128/17 130/2 135/9 135/18 137/1 139/1 141/17 144/16 145/6 146/24 147/4 147/6 147/14 151/24 152/2 152/3 152/7 152/9 153/23 155/21 155/21 156/16 158/13 165/17 166/20 168/12 168/20 170/25 175/24 176/17 177/8 177/23 177/24 180/3 180/23 184/22 185/12 187/9 188/21 196/7 201/24 211/22 213/10 216/25 217/4 217/17 218/15 219/1 220/25 221/23 223/7 229/17 230/21 233/13 233/18 234/13 238/9 241/11 242/8 244/12 246/24 253/20 259/13 261/2 261/2 261/22 264/16 264/25 264/25 267/24 268/3 268/7 268/18 273/3 273/18 274/3 276/13 278/10 287/6
**items [1]** 13/1
**iterations [1]** 192/25
**its [3]** 52/16 94/10 178/24

**J**

**J's [1]** 89/18
**Jackson [52]** 3/12 3/15 4/2 17/11 49/13 66/1 68/6 86/10 87/17 88/4 88/15 88/19 88/25

**89/2 90/8 90/14 91/16 92/20 92/24 93/4 93/19 93/20 93/25 95/2 97/14 99/14 99/19 99/25 100/14 100/16 106/15 106/19 107/9 107/15 109/16 116/7 131/5 144/10 146/2 154/10 194/17 201/21 202/18 203/19 203/22 204/2 208/20 213/7 213/25 233/2 250/5 262/5**
**Jackson's [3]** 89/12 110/5 144/24
**Jang [1]** 3/23
**January [5]** 7/10 31/17 111/19 167/24 168/1
**Jeanne [53]** 3/18 4/2 4/6 13/20 17/4 17/4 33/19 33/23 46/19 46/22 51/9 51/14 53/8 54/9 55/11 55/14 58/8 58/11 58/23 59/4 59/19 62/1 64/5 81/20 82/9 100/20 112/9 114/19 124/1 133/17 136/20 139/15 169/8 174/1 178/21 194/23 201/20 202/5 208/19 233/1 235/20 236/18 237/15 240/20 261/4 270/10 273/15 274/17 274/21 275/2 275/16 277/8 280/7
**Jeanne's [1]** 116/19
**jeopardized [1]** 256/2
**Jim [1]** 185/3
**job [33]** 6/4 6/6 6/9 6/24 8/22 8/25 20/1 20/6 21/9 22/20 27/16 27/20 28/12 28/15 28/19 29/10 33/5 33/11 33/12 35/1 39/18 39/19 39/22 39/24 40/24 46/14 53/13 62/11 62/25 63/12 130/2 182/2 191/1
**Johnny [1]** 3/10
**join [7]** 46/22 260/24 261/1 267/1 267/2 267/12 267/13
**joining [1]** 67/22
**Jones [2]** 170/8 174/15
**joys [1]** 25/6
**Jr [1]** 3/10
**judge [3]** 82/24 83/3 158/5
**judgment [2]** 94/24 157/14
**July [33]** 81/2 93/6 95/18 132/5 133/16 133/24 138/19 139/18 139/23 143/5 162/16 212/3 235/14 235/19 269/14 269/16 270/9 271/9 272/7 272/16 274/16 275/22 278/2 278/10 278/17 278/25**

**279/16 282/2 283/4 288/3 288/4 288/22 288/22**
**July 16 [3]** 269/14 269/16 288/3
**July 17 [2]** 270/9 271/9
**July 20 [4]** 132/5 133/16 133/24 138/19
**July 2020 [3]** 95/18 143/5 282/2
**July 21 [4]** 139/18 139/23 272/7 272/16
**July 22 [2]** 274/16 275/22
**July 27 [5]** 278/2 278/10 278/17 278/25 279/16
**jump [2]** 39/2 39/3
**jumped [1]** 204/25
**jumping [1]** 34/19
**June [66]** 42/16 42/17 49/7 49/14 49/17 49/19 51/5 51/14 52/2 59/6 59/8 59/15 61/10 63/13 75/9 81/2 81/16 82/7 82/8 82/10 84/13 86/6 88/1 88/15 88/21 89/22 90/3 90/13 95/3 95/18 97/13 98/4 98/7 99/24 100/17 103/12 103/14 106/14 106/22 107/13 121/1 132/6 133/16 133/21 138/21 138/22 139/3 143/1 143/3 144/17 150/2 150/14 162/16 212/3 248/18 249/6 249/14 252/9 262/2 263/7 263/12 265/18 294/17 295/3
**June 12 [25]** 49/14 49/17 82/7 82/8 82/10 84/13 86/6 88/1 88/15 88/21 89/22 90/3 93/10 95/3 97/13 98/7 99/24 100/17 103/12 103/14 106/14 106/22 107/13 150/14 265/18
**June 20 [6]** 132/6 133/21 138/21 138/22 139/3 144/17
**June 2020 [3]** 52/2 91/3 143/1
**June 26 [2]** 249/6 249/14
**June 3 [3]** 49/19 51/5 51/14
**June 30 [2]** 262/2 263/7
**June 4 [7]** 59/6 59/8 59/15 61/10 63/13 81/16 98/4
**June-ish [1]** 75/9
**jury [1]** 235/2
**just [262]** 5/8 6/20 6/20 10/11 10/14 10/15 11/11 15/9 15/14 15/16 15/23 17/17 18/18 19/4 20/14 23/19 25/1 28/5**

**32/22 36/23 38/19 40/9 44/5 46/22 47/10 47/20 48/9 48/12 48/18 48/20 49/8 49/15 52/15 57/22 57/24 58/14 58/18 59/10 59/21 60/10 61/21 62/14 62/17 62/18 62/24 63/2 63/6 63/6 64/11 64/20 64/22 65/20 66/9 66/21 66/25 67/2 67/4 67/6 67/8 68/8 70/24 71/22 73/2 73/9 74/23 77/18 77/20 78/11 79/19 79/23 80/22 81/7 83/24 84/3 84/21 85/7 86/14 86/21 86/22 87/12 89/8 89/10 91/23 93/14 95/15 98/21 100/4 100/6 101/2 102/3 102/6 102/8 103/9 105/4 105/6 105/25 108/21 109/5 110/18 112/12 112/15 113/13 114/10 115/5 117/5 119/2 119/5 120/12 121/4 122/15 122/22 124/22 127/8 129/17 129/24 130/19 132/10 132/21 132/21 132/24 135/7 135/10 136/4 137/1 137/8 137/21 139/7 142/6 142/9 143/11 144/2 144/12 146/19 147/12 150/15 150/18 159/3 161/19 162/1 164/12 164/15 169/6 169/22 170/25 172/24 174/8 174/14 175/24 176/7 176/25 180/3 180/16 180/22 181/17 182/11 182/21 183/10 185/17 187/17 188/4 188/5 189/24 193/19 200/25 202/6 203/3 203/7 203/11 203/20 203/21 204/1 205/20 206/5 206/7 206/16 209/23 210/7 211/9 211/13 212/6 213/2 213/8 214/5 214/12 215/21 217/1 217/5 217/7 217/11 218/23 220/25 221/7 221/15 221/16 222/4 222/13 222/19 222/25 223/25 224/23 225/2 225/3 226/5 226/24 228/17 228/25 229/25 230/5 230/12 230/21 230/24 230/25 231/14 232/16 232/22 233/8 233/13 238/14 238/25 239/20 240/2 240/8 241/23 245/4 247/5 250/1 250/23 252/9 253/25 256/11 259/14 259/17 260/14 263/15 263/21**

**J**

**this [407]**

**J**

**just... [24]** 264/4 264/13 264/25 265/13 267/4 267/18 268/8 268/19 270/5 272/2 274/25 275/4 276/11 276/14 276/14 278/16 282/7 282/13 282/14 283/21 284/14 284/25 289/2 290/13
**justice [3]** 76/5 76/8 76/23
**justification [2]** 183/17 275/24
**justified [1]** 127/17

**K**

**Kate [1]** 12/1
**KATHERINE [2]** 2/12 295/4
**keep [20]** 9/12 49/15 49/21 51/15 58/21 101/14 101/19 101/23 102/3 102/18 128/19 157/20 158/1 204/5 204/23 211/13 218/19 265/5 275/25 286/11
**keeping [3]** 49/17 142/11 279/5
**kept [3]** 102/8 121/1 288/8
**Keren [6]** 54/10 113/25 114/8 114/11 194/25 220/16
**key [1]** 34/16
**kind [47]** 8/13 11/16 12/2 15/17 19/18 20/14 27/15 45/23 60/10 84/19 100/4 101/2 102/6 108/6 117/16 120/14 121/1 122/1 127/8 128/2 140/16 140/16 142/20 154/4 155/9 161/14 161/21 172/25 175/19 176/4 176/14 176/20 180/5 195/4 203/25 206/1 206/12 208/10 213/2 220/5 226/17 235/7 251/21 279/11 284/14 284/21 285/22
**knew [17]** 46/22 84/14 111/10 111/12 167/8 167/10 211/24 212/10 268/4 270/16 270/19 270/20 271/4 271/11 271/13 271/14 271/16
**know [455]**
**knowing [4]** 81/12 127/24 266/11 277/12
**knowledge [9]** 17/9 94/12 94/15 137/22 157/6 245/2 245/5 246/17 274/13
**knowledgeable [3]** 77/1 77/3 79/5
**known [1]** 5/24
**knows [1]** 172/8

**L**

**label [2]** 217/8 217/9
**labeled [1]** 259/12
**Lacey [13]** 3/18 4/6 4/9 139/16 178/22 235/21 236/18 237/14 237/17 237/23 240/20 249/5 249/7
**Lack [1]** 68/1
**Lafayette [3]** 2/4 2/8 296/5
**language [5]** 28/4 58/14 65/17 65/19 98/22
**laptop [4]** 50/18 50/19 50/20 50/22
**large [2]** 140/8 262/23
**larger [1]** 264/16
**last [36]** 26/1 36/3 49/18 49/22 49/23 50/4 53/18 53/21 54/5 57/11 73/12 109/19 123/5 123/12 125/13 128/7 143/12 185/5 185/11 197/7 198/17 209/23 212/24 218/2 219/13 221/21 221/22 222/2 234/9 247/13 250/24 261/2 261/9 263/15 279/16 280/25
**lasted [1]** 202/11
**late [9]** 6/22 20/18 57/14 57/15 58/2 121/15 128/14 194/9 282/2
**later [21]** 47/18 67/19 76/3 81/25 85/25 88/15 93/6 107/3 107/6 146/13 153/17 164/17 215/18 242/6 242/22 243/1 243/4 249/2 252/15 273/9 278/2
**lateral [3]** 168/10 168/21 168/24
**launch [7]** 182/24 188/3 188/25 190/4 190/6 290/11 291/23
**launched [2]** 263/1 291/1
**launching [4]** 36/5 186/23 253/12 256/8
**Laurie [4]** 3/20 184/9 184/15 184/18
**law [5]** 2/3 34/20 94/9 208/5 296/4
**laws [3]** 220/17 220/18 221/15
**lawyer [1]** 130/2
**lawyers [2]** 130/5 130/5
**lead [18]** 6/5 6/12 7/13 161/9 162/10 162/11 167/19 167/21 168/3 168/11 172/5 173/19 173/23 173/24 184/19 184/21 249/19 249/19
**leader [3]** 80/2 200/25 201/1

**leaders [1]** 1/6
**leadership [10]** 16/25 17/1 81/24 84/22 96/16 99/2 100/19 150/11 174/2 197/9
**leading [4]** 15/17 167/25 195/11 199/13
**leads [1]** 72/23
**leaned [1]** 224/17
**learn [1]** 153/4
**learned [9]** 46/18 47/1 70/10 81/25 88/20 115/15 166/23 259/25 271/20
**learner [1]** 177/25
**learning [9]** 38/16 38/24 39/7 39/10 168/19 177/23 178/2 285/7 285/16
**least [31]** 22/10 33/8 40/7 41/8 46/3 60/3 62/23 63/13 84/13 94/16 98/10 103/8 107/8 117/25 132/8 146/20 175/12 177/10 177/13 193/25 194/8 196/20 200/5 218/19 228/16 246/10 249/14 258/1 258/4 271/19 279/7
**leave [10]** 43/19 132/4 132/13 132/15 132/20 161/13 282/1 282/6 282/13 282/17
**Lebsack [1]** 2/7
**led [11]** 37/11 44/20 72/17 72/18 126/4 141/23 156/13 188/19 189/14 199/16 285/11
**left [15]** 60/10 110/20 112/23 114/22 114/22 115/7 115/9 119/22 186/18 187/1 239/20 239/20 281/2 284/5 284/5
**legal [5]** 54/8 106/1 106/3 208/6 220/16
**legitimate [1]** 134/13
**lengthy [1]** 108/19
**lens [1]** 161/22
**less [10]** 38/19 81/7 136/21 151/20 152/11 168/7 175/24 175/24 202/2 276/21
**Lessig [3]** 212/11 238/18 250/13
**Lessig's [4]** 248/9 249/14 251/5 251/6
**let [51]** 6/13 10/11 15/11 16/6 24/24 27/3 32/13 32/17 39/1 45/12 46/4 46/4 47/8 48/14 48/24 49/11 50/8 52/4 52/8 59/13 59/22 82/14 121/17 123/21 130/12 131/25 139/8 162/11 165/5 172/3 184/4 186/3 195/24 201/5 217/5 217/12 218/3

**leaders** 221/25 223/16 225/4 234/1 235/2 237/18 243/1 251/21 255/7 259/14 265/8 265/10 275/23 283/17
**let's [63]** 18/5 24/20 25/3 25/9 27/1 30/20 30/20 32/4 32/6 47/4 47/19 51/1 52/19 53/18 55/8 58/5 64/21 65/3 66/8 71/1 74/22 88/8 97/13 112/15 122/24 129/7 130/11 138/5 139/6 167/18 175/6 176/14 185/5 192/7 196/5 196/24 197/4 204/19 209/1 214/11 214/12 219/12 232/11 237/13 240/13 245/11 247/2 247/4 247/11 248/19 249/1 254/16 255/14 263/3 266/18 269/10 270/9 272/5 272/13 274/16 275/21 280/22 287/3
**letter [12]** 3/10 3/12 52/15 54/7 54/12 54/18 54/20 55/2 94/9 116/6 116/14 118/14
**letting [2]** 147/12 222/2
**level [8]** 21/6 34/23 44/15 44/16 44/16 63/7 170/24 180/18
**Level 1 [1]** 44/16
**Level 3 [1]** 44/16
**levels [3]** 16/24 115/7 260/18
**lie [2]** 216/17 216/21
**life [8]** 77/21 167/12 178/24 179/8 281/12 281/14 281/16 281/19
**light [1]** 239/11
**lightly [1]** 108/6
**like [181]** 15/18 25/14 25/22 38/6 42/16 43/20 43/24 47/9 55/16 57/1 61/12 61/25 62/3 62/6 62/7 62/11 62/14 66/23 67/3 69/17 72/23 78/16 81/8 82/11 84/7 84/19 89/3 89/20 92/8 93/14 94/20 95/4 95/23 96/19 100/5 101/12 101/12 101/19 101/20 101/23 101/24 102/1 102/6 102/13 105/9 106/10 107/7 107/19 108/21 110/19 110/24 112/21 116/6 117/22 117/22 120/14 121/11 121/19 122/1 122/11 124/1 124/17 126/13 126/19 126/22 126/22 128/6 128/14 131/2 134/2 140/1 142/6 142/6 143/22 146/17 153/18 156/12 157/12 161/13 163/4 166/2 168/18 169/3 169/4 170/6
**like [181] cont'd** 176/22 176/23 178/8 180/3 180/16 184/2 186/4 186/11 187/17 189/24 190/20 192/10 193/19 195/22 200/9 201/2 204/17 206/12 207/22 208/11 208/13 212/7 214/11 216/18 219/18 220/17 220/18 221/16 221/23 223/13 223/17 223/17 224/4 224/8 224/14 225/9 225/11 225/15 225/25 227/3 227/9 228/1 229/2 229/5 229/9 230/25 231/8 231/9 231/14 231/18 234/21 239/5 239/5 239/22 243/24 247/23 248/4 248/6 250/17 251/20 252/8 252/12 259/4 259/10 259/12 259/23 260/25 261/1 261/7 261/8 261/12 261/23 269/5 269/24 270/3 270/4 272/1 273/9 275/10 277/19 279/19 279/21 279/24 279/25 280/1 280/7 280/17 283/2 284/2 284/9 284/21 284/23 285/14 288/24 289/8 289/20
**likely [2]** 151/20 152/11
**limited [1]** 53/7
**line [14]** 4/18 4/19 4/20 4/21 4/22 10/16 65/3 66/13 76/13 91/24 106/6 255/1 279/16 293/4
**linear [1]** 110/19
**lines [8]** 151/11 151/15 163/19 172/24 176/19 211/4 211/5 289/6
**lingo [1]** 177/25
**link [4]** 241/5 241/18 241/25 284/20
**Lisa [1]** 3/23
**list [2]** 43/22 243/9
**listed [1]** 256/19
**listen [4]** 59/22 66/21 166/5 265/13
**listen' [3]** 263/15 263/22 267/2
**listen.' [1]** 267/13
**listened [4]** 230/5 230/12 230/24 251/2
**literally [2]** 146/10 221/14
**litigation [3]** 53/23 56/4 294/15
**little [38]** 23/23 45/11 53/7 62/4 63/23 71/23 73/5 73/12 78/13 81/6 83/24 101/21 113/18 115/5 115/24 119/21 121/15 122/5 126/14 129/1 156/11 177/24 188/20 188/21 196/23

**L**

little... **[13]** 219/19
220/7 222/5 222/20
226/19 251/24 256/3
265/21 266/19 270/12
278/16 285/10 285/20

**live [6]** 45/2 95/15
188/19 235/10 284/7
292/1

**living [2]** 29/13 29/19

**Liz [9]** 178/21 235/21
236/18 236/23 237/14
237/17 237/23 240/20
249/5

**LLC [5]** 2/3 2/7 2/13
295/4 296/4

**logistics [3]** 13/19
256/14 285/22

**long [33]** 4/2 6/13 6/19
12/10 12/13 41/7 41/15
41/20 41/24 44/18 48/2
54/10 54/21 56/21
72/20 72/20 86/11
87/21 147/16 201/20
203/15 203/24 208/19
213/6 213/25 233/1
248/2 257/15 258/5
258/16 258/18 259/1
284/2

**longer [5]** 37/25 129/2
168/3 185/13 273/16

**longevity [1]** 35/7

**look [79]** 11/8 21/25
23/23 24/20 24/23
25/24 27/1 32/4 32/6
32/25 33/2 34/8 40/8
40/22 45/20 47/4 47/9
48/24 52/12 55/8 57/25
68/11 71/19 89/20
91/19 91/22 92/12
92/24 98/13 112/21
114/2 126/19 130/13
131/25 137/10 137/11
137/25 138/1 139/6
140/14 143/7 145/3
145/7 145/18 163/11
170/4 183/12 184/2
195/22 196/5 196/24
200/10 204/7 204/19
222/7 240/19 240/23
241/11 241/17 241/23
244/10 246/8 246/14
248/11 248/17 248/19
254/16 270/9 271/10
272/22 273/2 283/9
286/22 287/22 287/23
288/2 289/7 290/14
291/25

**looked [17]** 22/25
54/16 80/14 94/8
117/22 117/22 127/7
129/12 130/24 131/1
136/5 136/14 146/9
163/25 198/22 216/1
266/5

**looking [53]** 23/18
23/20 39/24 47/2 62/24
63/2 64/22 66/9 67/6

67/24 68/5 70/5 70/6
78/14 81/1 83/8 83/17
84/4 88/9 92/4 93/1
94/22 98/20 100/13
122/15 128/15 132/21
143/10 164/13 168/22
185/18 187/25 191/10
193/17 198/6 210/23
211/11 225/12 233/5
233/7 233/17 253/4
262/2 262/14 263/4
265/17 269/8 269/14
273/13 284/6 284/17
288/19 288/22

**looks [11]** 25/22 27/7
83/21 84/7 92/8 94/20
116/6 122/10 170/16
259/12 273/9

**loop [3]** 101/15 203/14
204/6

**looped [1]** 203/4

**lost [1]** 234/5

**lot [44]** 19/2 20/10
28/22 42/7 61/20 61/20
61/25 65/14 74/14
93/11 104/13 111/11
111/12 112/17 115/8
124/21 124/21 125/5
131/20 159/1 159/1
173/4 178/19 179/2
179/13 189/8 198/9
203/9 206/9 206/10
206/16 215/7 229/12
239/1 250/4 250/6
256/2 258/6 258/7
260/22 270/20 276/15
285/13 289/5

**lots [16]** 43/21 102/10
108/22 110/17 111/2
111/6 112/12 121/8
161/25 162/6 162/6
162/7 179/15 198/23
228/3 279/4

**Lou [18]** 121/5 121/5
142/18 209/22 210/1
212/11 219/12 219/15
222/3 222/11 224/14
238/18 238/22 239/1
247/24 249/8 252/13
252/16

**Lou's [4]** 238/21 249/9
250/18 252/10

**loud [3]** 65/5 65/14
65/18

**lower [3]** 28/4 266/19
285/11

**lowrey [2]** 2/7 2/9

**lowrey-parady.com [1]**
2/9

**lumped [1]** 179/14

**lunch [9]** 10/24 10/25
128/24 147/15 148/2
148/11 148/14 148/17
148/21

**lying [8]** 14/5 155/2
155/15 156/4 159/12
159/13 267/17 267/22

**M**

**M's [1]** 89/17

**machine [1]** 294/9

**made [79]** 16/21 17/16
33/21 46/19 49/23
55/24 57/8 62/6 63/17
69/15 70/11 72/18
73/22 82/1 84/17 84/24
85/7 85/21 85/24 85/24
97/17 103/14 104/2
104/6 106/16 107/13
111/18 112/2 112/3
112/8 112/22 113/1
113/9 114/17 116/11
116/15 117/5 118/6
118/15 118/21 119/7
123/19 123/24 123/24
124/13 125/2 125/15
127/24 149/12 149/16
150/12 153/19 155/5
159/15 159/22 159/24
160/10 168/24 199/23
200/1 216/3 228/6
235/18 253/16 253/17
257/9 262/14 266/25
267/10 269/12 273/7
273/19 274/4 276/24
277/1 277/4 280/16
283/7 283/18

**mails [1]** 138/7

**mainly [1]** 219/1

**major [1]** 207/25

**make [64]** 10/4 10/17
10/21 11/5 11/9 11/11
18/7 18/8 22/8 40/13
43/7 43/10 50/1 60/8
61/2 62/10 63/25 64/13
70/6 77/19 78/11 80/3
83/24 86/21 96/16
112/19 112/21 117/13
123/25 125/19 125/21
146/25 149/24 150/16
152/16 153/10 155/12
156/22 157/14 159/23
160/17 160/18 189/12
191/15 191/19 193/21
196/17 197/13 198/5
198/14 199/4 218/4
219/11 223/4 230/11
235/18 244/24 252/25
256/9 256/23 258/24
273/23 280/3 289/16

**makes [8]** 8/25 85/10
107/24 109/11 198/12
218/7 230/1 245/6

**making [34]** 17/5 30/11
35/25 66/2 68/3 68/7
79/25 80/16 81/17
84/14 85/18 85/19
98/16 99/14 100/15
108/25 109/5 109/10
124/2 151/8 152/25
161/20 164/18 177/6
177/10 199/2 200/15
200/17 212/2 217/11
250/6 253/2 254/6
280/12

**Maldonado [3]** 54/10

113/25 194/25

**male [4]** 82/11 84/18
101/7 103/17

**males [1]** 262/17

**man [2]** 173/10 173/11

**manage [1]** 280/3

**management [29]** 1/7
5/24 51/10 58/10 59/20
64/25 70/14 70/21 71/8
72/14 72/19 72/21
73/18 76/17 79/7 80/5
84/22 100/20 100/25
103/3 103/9 140/16
142/16 161/12 161/22
166/8 166/9 168/16
197/17

**manager [60]** 6/11 7/1
16/23 19/19 19/22 20/7
21/15 21/22 21/24
32/21 42/18 46/6 69/3
70/23 72/9 72/11 72/15
72/22 74/11 76/4 76/12
78/3 78/23 89/1 89/5
89/6 102/19 116/24
142/21 149/7 161/7
161/11 161/15 161/16
162/13 167/21 168/25
169/4 169/10 169/20
170/18 170/22 171/2
171/4 171/20 171/25
172/5 172/17 173/16
173/22 174/9 174/16
175/7 175/14 177/15
184/17 224/8 270/22
280/4 285/8

**manager's [3]** 78/5
78/25 161/23

**managerial [1]** 246/22

**managers [6]** 71/9
71/12 71/16 72/23
174/10 270/21

**managing [2]** 80/17
175/8

**manifest [1]** 77/22

**manner [1]** 229/21

**manually [1]** 94/22

**many [32]** 12/7 45/3
64/10 68/17 117/6
126/18 127/11 128/12
133/9 133/23 134/19
134/22 134/23 137/7
145/2 159/5 162/17
171/2 171/5 171/20
175/1 177/22 189/25
215/3 242/8 242/8
255/10 257/15 262/17
262/22 270/14 281/11

**map [1]** 50/23

**marathon [2]** 10/12
10/12

**March [1]** 283/11

**mark [8]** 47/15 118/1
187/18 216/24 225/23
225/25 225/25 226/6

**marked [9]** 4/12 24/22
32/5 47/12 47/23 185/7
201/3 227/7 236/11

**market [2]** 117/14
263/2

**marketing [1]** 256/8

**marking [4]** 47/6 52/7
184/3 195/23

**marks [1]** 205/6

**matches [1]** 39/10

**material [3]** 175/25
191/14 239/21

**materials [9]** 119/17
119/24 189/15 221/21
236/3 236/9 244/22
246/5 257/13

**math [2]** 286/12 286/17

**matrix [1]** 207/22

**matter [20]** 13/2 13/8
42/23 43/1 43/2 44/3
55/7 67/22 92/18 92/21
108/7 120/9 140/12
189/6 195/1 200/13
205/25 227/4 252/2
295/20

**matters [1]** 294/7

**maturing [1]** 35/5

**may [59]** 1/13 3/3
10/15 14/25 22/2 22/14
23/1 27/12 28/4 31/8
31/15 31/18 31/21
32/19 33/4 33/5 33/16
39/25 40/5 40/6 41/12
41/16 42/17 44/2 46/14
46/14 52/11 81/2 95/18
98/13 119/3 120/8
120/16 120/25 125/23
128/11 128/18 128/18
132/5 132/20 137/20
143/2 162/16 174/4
212/14 239/3 241/18
248/2 248/11 248/12
248/18 256/15 256/15
257/16 272/23 292/11
295/7 295/17 296/15

**May 1 [1]** 31/18

**May 20 [6]** 31/8 31/15
31/21 33/5 46/14 46/14

**May 2020 [9]** 23/1
27/12 32/19 33/16
39/25 40/5 40/6 41/12
41/16

**May-ish [1]** 239/3

**May/beginning [1]**
42/17

**maybe [11]** 40/8 45/22
56/11 81/6 99/21
120/12 126/19 129/4
145/16 159/22 164/20

**McIntosh [2]** 3/21
184/9

**me [210]** 6/13 6/24
7/11 9/19 10/11 10/14
11/4 13/18 15/11 16/6
22/24 23/4 23/19 24/2
24/24 27/3 27/25 29/6
32/13 32/17 34/6 34/12
37/23 38/12 39/12 40/4
45/12 46/4 46/4 46/22
47/8 48/8 48/14 48/17
48/18 48/24 49/11 50/8
52/4 52/8 55/14 56/24
58/11 59/13 59/20
59/21 60/7 61/19 61/22

**M**

me... [161]  62/6 62/6
62/8 63/21 64/13 64/24
65/12 65/13 68/11
72/14 73/8 73/23 75/5
77/10 77/14 77/16
78/12 78/13 78/14
79/11 80/10 82/14
82/24 83/17 85/6 85/19
89/9 95/17 96/11 97/17
100/6 100/16 102/9
102/9 103/17 103/18
104/2 111/14 114/15
115/18 116/2 116/25
119/10 121/17 125/21
126/10 126/21 127/20
128/9 130/4 130/12
131/25 132/9 133/18
135/23 136/16 137/15
138/8 139/8 140/23
141/14 142/16 142/19
145/7 154/8 157/13
160/16 161/6 162/11
165/5 168/19 168/20
170/25 172/3 174/19
177/4 179/20 179/25
180/6 181/4 181/17
182/17 184/4 184/15
184/15 186/3 187/12
188/15 192/10 192/14
195/13 195/24 196/13
196/16 197/11 198/12
198/14 201/5 202/24
205/10 208/13 211/7
211/8 211/10 213/1
216/6 217/4 217/5
217/12 218/3 218/10
218/25 219/3 220/20
221/25 222/1 222/1
223/16 225/6 229/13
233/21 234/16 235/7
242/5 248/9 251/21
255/7 257/14 258/4
259/14 260/6 261/5
261/12 262/12 263/14
265/10 265/23 265/23
266/24 270/4 270/14
270/15 271/8 271/15
273/5 274/8 274/12
275/3 276/16 277/6
277/12 278/5 278/21
279/25 283/17 283/21
287/10 292/2 293/19
294/6 294/9
**mean [83]**  13/9 13/17
20/8 20/9 28/17 28/20
39/17 42/5 42/13 43/21
51/16 51/17 56/7 60/1
61/6 64/11 64/18 64/19
67/21 70/24 73/25 83/2
83/4 83/20 83/21 87/9
91/14 91/25 98/15
99/23 102/15 103/16
104/1 108/21 118/18
119/1 119/1 123/14
124/16 124/21 131/22
134/23 141/25 144/1
145/19 146/5 147/3

147/8 153/14 158/19
164/15 165/6 167/5
167/8 167/15 169/15
169/19 170/21 188/4
198/22 203/21 203/24
204/4 205/8 207/13
209/12 214/14 216/15
219/6 220/7 226/19
238/9 243/21 243/22
263/23 264/5 271/4
271/8 276/18 278/24
279/11 284/16 290/17
**meaning [2]**  162/1
191/24
**means [17]**  8/5 28/11
28/14 28/22 29/6 29/8
77/10 77/14 77/16
167/17 177/19 207/17
207/20 244/22 285/25
286/8 295/12
**meant [8]**  40/4 65/9
87/11 97/22 100/1
131/19 133/1 133/4
**measurable [2]**  39/8
44/23
**measure [1]**  70/6
**measures [1]**  39/15
**mechanism [1]**  91/25
**media [2]**  218/7 226/3
**mediation [8]**  203/25
204/7 214/10 257/14
258/10 258/12 258/19
277/23
**mediator [1]**  203/16
**medical [1]**  252/7
**meet [18]**  12/7 12/10
12/13 19/9 95/4 132/16
141/13 141/17 186/20
186/23 187/2 187/5
187/11 190/9 191/5
257/15 257/18 290/11
**meeting [95]**  8/18
12/19 24/17 46/23
46/24 46/24 47/1 58/15
59/9 59/14 59/17 59/19
59/25 59/25 60/12
60/14 60/19 61/3 61/10
61/16 62/20 63/14 64/1
64/9 65/14 67/5 67/15
68/9 69/14 81/7 81/16
81/20 81/21 82/2 82/7
82/10 88/1 88/4 95/3
95/22 98/4 98/5 98/8
99/8 99/11 99/24
100/17 100/19 106/15
106/22 122/3 132/6
133/17 135/15 136/7
137/9 139/14 139/23
141/24 165/22 165/24
166/3 166/7 202/8
202/11 202/23 203/8
204/21 204/23 220/10
257/21 260/2 260/4
260/11 260/16 260/21
261/4 261/6 261/6
261/12 261/14 261/19
263/15 264/11 264/19
265/13 266/23 266/24
267/1 267/9 267/12

268/2 268/6 269/17
270/3
**meetings [22]**  20/15
67/22 132/9 133/7
133/18 133/23 134/8
134/11 134/13 134/19
135/8 135/10 135/10
137/1 137/7 137/8
137/15 137/24 142/3
142/4 210/24 250/2
**member [4]**  62/22
62/24 80/2 263/25
**members [11]**  80/20
102/21 137/13 138/3
139/22 150/22 155/11
158/23 160/22 166/6
174/10
**memories [6]**  99/3
136/17 193/17 250/11
268/8 268/20
**memorized [1]**  12/24
**memory [31]**  15/20
23/8 23/22 24/2 24/7
26/10 30/7 56/9 59/11
65/23 68/5 88/18
102/14 102/22 111/2
113/4 113/6 128/10
136/14 136/15 136/18
143/11 153/23 191/9
196/19 204/18 213/16
215/12 236/2 250/1
287/24
**mend [1]**  141/7
**mental [1]**  286/15
**mention [1]**  275/15
**mentioned [17]**  35/25
37/5 117/20 124/1
127/12 133/14 140/1
151/17 167/22 175/20
176/20 177/17 195/21
225/16 240/7 248/1
252/1
**mentioning [3]**  128/6
128/8 251/18
**mentored [1]**  71/5
**merit [5]**  93/21 108/7
146/18 150/25 239/12
**merits [1]**  97/5
**message [5]**  51/13
55/11 56/22 131/3
249/10
**messages [20]**  51/15
51/21 51/24 52/2 53/5
53/13 54/23 54/24 55/4
55/16 55/21 55/24
56/14 56/15 56/25
95/25 96/8 272/10
272/16 273/12
**met [10]**  5/8 12/1 82/9
99/19 100/3 186/16
190/10 235/12 257/20
257/21
**metaphorical [2]**  28/24
29/4
**methodologies [2]**
38/2 38/3
**methodology [1]**  162/5
**metric [1]**  285/1
**metrics [5]**  38/13 38/21

44/8 284/12 285/15
**Michael [1]**  3/12
**Michelle [4]**  1/17 294/3
294/21 295/22
**micromanage [1]**
142/17
**micromanagement [1]**
65/13
**micromanaging [3]**
60/6 60/23 67/23
**Microsoft [2]**  50/9
50/12
**mid [1]**  74/19
**middle [11]**  5/13 42/6
64/23 83/3 107/6 229/4
229/10 252/11 260/13
283/4 288/22
**might [23]**  8/18 10/25
12/3 26/5 33/3 79/19
92/8 93/10 102/7 111/1
126/17 126/18 137/16
163/15 173/6 177/2
183/17 195/7 195/8
203/13 207/25 229/19
279/4
**mike [48]**  3/15 4/2
17/11 49/13 66/1 68/6
86/10 87/16 88/3 88/14
88/19 91/6 92/20
92/24 93/6 93/14 93/18
93/20 93/25 99/13
100/3 100/18 106/15
116/7 131/5 131/9
132/22 133/17 146/1
146/12 146/19 154/9
194/16 201/20 202/5
202/10 202/18 203/19
203/20 203/22 203/23
204/2 208/19 213/6
213/25 227/22 233/1
262/4
**Mike's [1]**  89/4
**mild [1]**  271/2
**milestone [1]**  188/11
**mill [1]**  280/5
**Mills [8]**  76/12 162/20
163/8 172/16 172/19
174/14 290/9 290/10
**mind [28]**  9/13 28/8
43/25 44/6 78/5 78/25
86/16 87/4 110/23
124/13 125/1 150/24
151/12 153/11 155/6
155/21 157/23 158/9
159/15 159/22 159/23
159/25 160/11 176/5
183/15 207/16 225/23
239/7
**mind-set [2]**  151/12
158/9
**mindful [1]**  70/9
**mine [2]**  107/20 193/14
**minor [2]**  33/3 207/25
**minute [12]**  25/13
44/25 130/13 225/23
225/24 225/25 226/6
226/9 247/5 250/17
261/2 281/3
**minutes [10]**  10/15

25/16 73/12 74/25
147/17 147/18 147/23
202/11 214/23 226/25
**misleading [1]**  165/6
**miss [2]**  22/5 86/21
**missed [5]**  136/7 137/1
137/23 183/6 290/1
**missing [4]**  36/7 37/10
114/21 182/10
**mission [4]**  27/16
29/12 29/14 30/12
**misspeak [2]**  22/5
23/21
**mistaken [1]**  267/18
**mitigate [1]**  224/10
**mix [2]**  11/17 83/4
**mixture [2]**  23/10
177/8
**mode [1]**  61/10
**Model [6]**  28/4 29/22
30/13 31/22 33/8 33/10
**module [2]**  191/20
192/1
**modules [11]**  119/22
119/23 120/1 182/23
183/4 190/15 220/6
221/21 221/22 226/18
253/7
**MOHAMED [242]**  1/4
2/16 3/11 3/12 3/18 4/6
4/7 4/8 16/19 17/20
18/12 19/9 19/14 19/25
20/17 21/14 21/20 22/9
22/13 23/2 24/3 24/15
27/8 29/15 29/22 30/13
31/11 31/21 32/19
33/15 33/25 34/7 34/13
35/17 35/21 36/7 36/24
39/16 40/1 41/15 46/19
52/20 53/19 54/8 59/15
61/3 62/22 63/17 64/3
67/13 69/14 70/10 76/9
80/6 81/12 81/17 81/25
82/7 82/10 82/22 84/14
88/2 88/20 99/9 99/18
99/24 99/25 100/17
103/8 103/14 107/13
109/22 110/13 110/15
111/18 111/23 112/7
113/17 113/22 114/17
116/11 116/14 117/4
118/7 118/16 118/21
119/11 119/25 123/20
125/2 125/15 127/2
127/16 128/2 129/9
134/9 134/19 135/9
135/13 137/1 137/23
138/12 139/2 139/13
139/15 139/21 140/18
141/9 142/24 143/4
143/13 143/23 144/11
144/16 146/2 149/1
149/10 149/21 153/4
153/7 153/11 153/24
155/2 156/4 156/12
156/18 157/8 158/15
159/25 160/11 160/24
163/4 163/15 164/25
165/8 170/2 170/3

**M**

MOHAMED... **[105]**
171/6 178/4 194/18
200/2 201/25 202/15
202/19 204/12 205/3
208/20 210/11 210/15
211/18 212/8 214/2
215/3 215/10 215/15
215/17 216/10 216/18
216/22 217/10 227/6
227/10 228/5 228/12
228/17 228/24 229/24
231/2 231/5 231/24
232/21 233/13 235/12
235/23 236/15 236/15
236/18 236/22 237/14
240/16 240/20 241/1
241/9 243/6 243/14
244/5 245/17 246/4
246/16 247/15 247/20
249/5 250/2 250/6
250/13 251/2 251/4
251/5 252/20 253/7
253/7 254/1 254/24
255/15 256/25 260/1
261/14 263/6 263/11
265/12 265/18 266/7
266/11 266/20 267/8
268/8 268/19 269/12
272/14 273/18 274/4
274/10 274/22 275/7
276/9 276/21 277/14
279/19 280/12 282/1
282/16 286/21 287/8
287/17 287/20 287/25
288/17 289/25 290/5
291/7 295/8 296/6

**Mohamed's [50]** 5/9
16/13 16/22 17/2 18/9
18/20 18/23 19/6 22/20
27/15 27/23 33/5 34/3
36/13 37/6 40/5 40/24
46/14 52/16 53/5 53/13
82/16 85/1 87/2 87/16
91/16 95/25 102/25
106/20 107/9 115/16
136/1 136/5 143/19
154/4 154/22 157/1
157/16 170/2 205/15
209/17 216/3 237/7
242/24 247/13 250/24
258/18 266/19 267/17
276/6

**mom [1]** 11/18

**moment [20]** 11/22
15/9 15/11 25/9 47/9
47/20 48/6 48/24 49/11
58/18 74/23 86/19 93/1
95/21 113/13 176/24
177/3 181/17 181/25
226/5

**Monday [1]** 246/15

**month [8]** 21/19 21/21
22/19 132/8 133/9
224/20 281/20 287/14

**months [13]** 22/17
30/17 31/14 31/19 32/1
44/21 45/1 57/11

121/16 145/8 145/8
145/8 252/15

**more [71]** 10/15 30/8
40/20 43/10 43/12 44/3
57/6 57/7 61/20 61/20
63/7 63/8 65/11 69/21
71/11 78/13 92/24
111/11 120/12 120/21
125/5 127/10 131/11
134/23 135/2 135/7
136/10 136/11 137/17
137/18 137/19 144/20
150/15 158/24 164/17
166/13 168/10 168/13
168/20 168/20 177/24
178/19 180/9 188/22
195/8 198/9 200/7
201/24 206/19 208/7
211/22 211/25 212/16
212/16 231/14 238/25
239/5 244/14 246/21
248/3 249/19 249/20
253/6 265/8 271/11
275/23 275/23 283/3
283/4 287/23 289/19

**morning [12]** 5/7
112/22 114/16 116/18
123/12 123/13 124/18
152/20 217/15 218/13
259/10 262/7

**Morris [43]** 3/18 4/2
4/6 13/20 14/2 14/8
14/22 16/3 17/4 17/4
33/19 33/23 46/20 47/1
51/9 51/14 53/8 54/9
55/11 58/8 58/12 58/23
59/4 59/15 61/9 64/5
114/20 115/13 136/21
139/15 169/8 174/1
194/23 201/20 208/19
233/1 235/21 236/18
237/15 240/20 275/16
277/8 280/7

**most [6]** 26/14 44/20
97/25 165/16 280/5
284/18

**mostly [1]** 99/15

**motion [1]** 242/12

**motivated [2]** 182/14
183/24

**move [17]** 7/6 30/20
66/8 89/11 112/24
114/23 167/20 168/10
168/21 168/24 175/6
176/14 197/4 221/6
245/13 263/3 275/13

**moved [7]** 103/19
167/10 168/2 168/24
173/23 173/24 234/9

**moving [9]** 21/6 30/10
32/4 42/17 80/18
103/23 107/21 161/20
242/23

**Mr [3]** 3/5 5/6 296/9

**Mr. [29]** 15/25 88/25
89/12 89/21 90/3 90/14
95/2 97/14 99/19 99/25
100/14 100/16 106/19
107/9 107/15 109/16

09/51 1002
144/11 144/10
144/14 144/24 248/9
249/14 250/5 250/13
251/5 251/6 275/7
275/16

**Mr. Jackson [16]** 88/25
89/21 90/3 90/14 95/2
97/14 99/19 99/25
100/14 100/16 106/19
107/9 107/15 109/16
144/10 250/5

**Mr. Jackson's [3]**
89/12 110/5 144/24

**Mr. Lessig [1]** 250/13

**Mr. Lessig's [4]** 248/9
249/14 251/5 251/6

**Mr. Schacht [3]** 15/25
275/7 275/16

**Mr. Sullivan [2]** 115/12
144/10

**Ms [5]** 53/13 127/2
199/23 267/9 295/9

**Ms. [345]**

**Ms. Barley [15]** 5/7
5/17 25/14 25/25 47/22
105/12 105/18 148/1
155/25 181/21 215/1
227/1 232/8 234/24
242/23

**Ms. Dittmer [14]** 8/22
11/9 26/19 78/15 78/20
118/3 160/7 164/3
217/2 217/25 234/8
244/1 268/16 274/1

**Ms. Ebony [1]** 171/7

**Ms. Godmere [3]**
269/23 291/14 291/24

**Ms. Hoffman [12]** 10/2
12/5 12/8 13/16 105/19
105/25 106/8 106/11
148/11 148/14 148/21
155/19

**Ms. Lacey [1]** 249/7

**Ms. Long [1]** 203/24

**Ms. Mills [2]** 172/19
290/10

**Ms. Mohamed [261]**
16/19 17/20 18/12 19/9
19/14 19/25 20/17
21/14 21/20 22/9 22/13
23/2 24/3 24/15 27/8
29/15 29/22 30/13
31/11 31/21 32/19
33/15 33/25 34/7 34/13
35/17 35/21 36/7 36/24
39/16 40/1 41/15 46/19
54/8 59/15 61/3 62/22
63/17 64/3 67/13 69/14
70/10 76/9 80/6 81/12
81/17 81/25 82/7 82/10
82/22 84/14 88/2 88/20
99/9 99/18 99/24 99/25
100/17 103/8 103/14
107/13 109/22 110/13
110/15 111/18 111/23
112/7 113/17 113/22
114/17 116/11 116/14
117/4 118/7 118/16
118/21 119/11 119/25

125/5 127/2 127/16
128/2 129/9 134/9
134/19 135/9 135/13
137/1 137/23 138/12
139/2 139/15 139/21
140/18 141/9 142/24
143/4 143/23 144/11
144/16 146/2 149/1
149/10 149/21 153/4
153/7 153/11 153/24
155/2 156/4 156/12
156/18 157/8 158/15
159/25 160/11 160/24
163/4 163/15 164/25
165/8 170/3 171/6
178/4 194/18 200/2
201/25 202/15 202/19
204/12 205/3 208/20
210/11 210/15 211/18
212/8 214/2 215/3
215/10 215/15 215/17
216/10 216/18 216/22
227/6 227/10 228/5
228/12 228/17 228/24
229/24 231/2 231/5
231/24 232/21 233/13
235/12 235/23 236/18
236/22 237/14 240/20
241/1 241/9 243/6
243/14 244/5 245/17
246/4 246/16 247/15
247/20 249/5 250/2
250/6 250/13 251/2
251/4 251/5 252/20
253/7 254/1 256/25
260/1 261/14 263/6
263/11 265/12 265/18
266/7 266/11 266/20
267/8 268/8 268/19
269/12 273/18 274/4
274/10 274/22 275/7
276/9 276/21 277/14
279/19 280/12 282/1
282/16 286/21 287/17
287/20 287/25 288/17
289/25 290/5 291/7

**Ms. Mohamed's [48]**
5/9 16/13 16/22 17/2
18/9 18/20 18/23 19/6
22/20 27/15 27/23 33/5
34/3 36/13 37/6 40/5
40/24 46/14 52/16 53/5
82/16 85/1 87/2 87/16
91/16 95/25 102/25
106/20 107/9 115/16
136/1 136/5 154/4
154/22 157/1 157/16
170/2 205/15 209/17
216/3 237/7 242/24
247/13 250/24 258/18
266/19 267/17 276/6

**Ms. Morris [8]** 14/2
14/8 14/22 16/3 47/1
59/15 61/9 115/13

**Ms. Papp [17]** 171/13
181/12 183/25 190/8
190/10 191/5 194/8
194/16 196/10 196/20
197/18 197/21 198/17

199/5 199/16 200/5
251/15

**Ms. Papp's [2]** 170/12
195/17

**Ms. Raeisian [1]**
185/21

**Ms. Raeisian's [1]**
185/14

**Ms. Ruby [1]** 265/17

**Ms. Thompson's [2]**
166/14 271/20

**much [37]** 8/25 20/2
20/10 40/20 44/11 45/8
59/18 69/15 72/21
81/10 97/9 107/1
114/21 114/21 124/17
124/17 142/5 166/4
167/13 175/21 175/22
177/25 178/1 186/17
186/18 208/13 230/1
239/19 239/20 246/24
260/24 279/25 281/2
283/25 284/4 284/5
284/17

**multiple [4]** 135/10
170/5 170/8 206/1

**multiply [2]** 285/17
285/17

**must [7]** 11/21 76/21
160/1 160/12 197/10
213/14 281/23

**mute [2]** 11/14 226/5

**muted [1]** 220/25

**my [199]** 5/7 9/6 9/11
9/19 10/3 10/5 11/3
11/14 11/15 11/18
11/21 14/14 14/24 15/9
15/16 16/23 25/4 25/21
30/9 33/18 35/12 37/4
43/22 49/14 51/9 51/15
51/21 51/22 52/3 56/19
56/20 56/21 57/25
58/20 59/20 60/8 62/5
64/24 67/6 67/24 70/18
70/20 71/5 71/23 73/16
74/2 78/2 79/13 83/18
85/9 85/24 86/1 86/25
87/2 89/3 90/11 90/22
91/5 91/10 91/14 92/8
92/18 94/7 94/9 94/14
94/18 96/1 101/8
101/17 102/17 102/18
103/3 103/24 104/8
104/12 104/21 105/7
105/10 107/22 113/6
114/5 114/19 119/8
121/10 122/6 122/8
124/17 128/10 129/25
129/25 129/25 130/2
131/1 132/2 133/25
136/15 141/23 142/16
143/6 143/11 144/21
145/13 147/4 150/1
151/4 151/6 151/7
151/7 153/14 153/16
153/21 154/2 154/16
157/6 157/7 158/3
158/10 159/15 159/22
159/23 160/16 160/19

**M**

**my... [77]**  162/10
164/15 164/16 164/20
165/17 169/7 170/22
180/22 183/14 184/22
189/17 193/17 194/24
195/5 197/7 197/8
197/9 202/8 202/23
204/9 204/17 208/4
209/11 211/14 212/12
212/22 216/15 218/6
221/4 221/6 221/16
221/20 222/23 222/24
224/21 225/1 227/22
229/11 229/14 229/18
229/25 232/9 232/16
234/25 239/25 242/13
244/1 244/9 244/11
251/25 253/24 258/23
259/19 260/10 260/19
261/21 263/13 263/16
264/10 265/14 266/16
266/17 267/3 272/3
274/9 275/9 275/25
277/19 281/14 281/16
281/19 286/17 289/13
293/2 293/21 294/16
294/19
**myself [8]**  5/9 16/10
100/21 111/9 135/8
168/15 227/3 235/21

**N**

**name [7]**  5/7 5/11 5/13
74/21 172/7 173/8
185/11
**named [2]**  53/25
171/23
**narrow [1]**  122/10
**nasty [3]**  209/13 210/5
231/6
**native [2]**  121/20
129/13
**native-format [1]**
129/13
**nature [5]**  13/1 49/14
62/9 64/20 74/2
**near [1]**  249/4
**necessary [3]**  11/10
239/17 295/13
**Nedelkovski [1]**  173/7
**need [49]**  9/14 9/20
10/11 10/14 15/9 15/12
15/13 38/19 39/9 45/1
48/24 79/18 88/24
95/22 104/19 110/20
113/7 113/13 114/2
114/23 116/25 118/9
125/5 125/9 126/14
127/13 128/24 130/13
135/5 141/2 147/16
182/24 188/25 197/5
217/4 219/16 220/5
226/17 229/15 238/13
239/19 244/10 246/5
256/12 275/12 275/12
287/13 288/25 290/14
**needed [40]**  13/17

23/13 63/10 66/23 75/6
90/6 97/17 104/3 104/7
104/22 112/24 115/6
127/6 127/12 141/13
142/21 170/24 180/18
182/16 182/17 182/21
186/22 187/15 188/2
190/3 211/21 211/25
212/21 236/7 239/4
240/7 244/14 251/6
251/19 258/12 260/12
272/1 280/3 282/8
288/24
**needing [1]**  176/3
**needs [11]**  24/6 39/7
39/8 43/6 43/7 43/19
161/24 208/6 211/15
232/17 249/19
**negative [2]**  191/17
197/6
**network [1]**  105/11
**neutral [2]**  203/16
203/25
**never [7]**  56/2 85/21
85/24 131/20 141/10
172/7 274/10
**new [23]**  34/23 34/23
36/5 39/22 49/20 49/20
50/22 63/4 63/4 63/5
89/1 174/7 174/21
175/18 176/17 176/18
182/24 218/18 245/2
245/4 256/7 274/19
274/23
**newer [1]**  97/10
**next [41]**  9/11 18/7
21/1 21/6 39/2 39/3
59/2 66/8 88/7 89/11
99/1 101/10 101/13
103/25 107/7 107/23
110/10 110/11 112/18
116/21 117/10 126/18
129/5 132/22 135/24
138/5 138/6 140/16
166/22 192/7 195/14
198/24 199/19 200/12
243/20 243/25 249/8
249/10 263/3 272/5
279/4
**next-step [1]**  166/22
**nice [3]**  110/21 148/2
148/4
**Nick [18]**  4/2 13/20
17/6 33/20 33/24 54/9
201/15 201/20 202/5
202/25 208/19 211/1
213/6 213/24 233/1
274/18 275/18 277/9
**Nick's [2]**  202/7 202/22
**no [108]**  1/2 7/16 9/13
9/14 11/14 13/17 13/19
13/24 13/25 14/1 16/2
19/8 31/16 32/16 36/13
37/8 37/19 37/20 40/19
41/22 50/3 55/19 56/8
56/14 56/23 56/23
58/22 63/18 66/17
82/20 89/8 92/11 92/19
93/22 104/17 106/9

98/1 98/10 99
127/1 124/2
127/1 127/4 137/19
142/13 145/14 148/15
148/18 148/22 149/23
150/25 155/15 159/13
161/2 161/3 166/20
167/3 167/7 168/3
170/14 173/17 173/18
180/9 181/24 184/1
185/12 186/21 187/23
192/17 197/8 199/25
205/25 206/25 209/20
211/9 215/22 216/20
216/23 218/1 223/19
223/22 223/22 225/10
225/12 227/16 227/16
228/15 228/23 232/5
232/9 232/9 232/9
235/6 242/2 243/22
244/17 245/10 272/18
273/6 273/15 274/12
274/13 274/15 275/24
281/10 292/4 292/5
295/8 296/7 296/12
**Non [1]**  3/19
**Non-sequential [1]**
3/19
**none [2]**  215/22 238/8
**nonresponsive [1]**
268/22
**norm [2]**  142/12
142/13
**normal [3]**  8/13 147/18
162/1
**norms [2]**  101/2 270/6
**North [3]**  2/4 2/8 296/5
**not [296]**  7/17 8/5 8/17
8/24 9/18 10/7 10/12
10/13 10/19 11/10 12/4
12/5 13/7 16/5 17/17
18/11 18/15 18/19 26/8
29/3 30/6 30/9 31/14
32/20 32/21 32/21 34/5
36/21 37/11 37/18
37/22 37/23 38/4 38/6
39/12 42/19 43/1 43/21
44/9 44/24 52/11 52/12
52/18 52/24 53/7 54/21
55/23 56/16 59/11
60/21 62/5 64/10 64/17
67/4 67/15 68/13 68/19
69/2 69/13 71/24 72/13
72/17 74/6 77/18 77/25
78/1 84/2 85/3 85/20
85/23 86/2 86/6 87/11
89/18 90/16 91/20 92/9
92/18 93/21 94/23
94/25 96/2 97/1 97/25
99/21 103/9 105/23
105/25 107/1 107/6
107/17 107/18 107/19
107/22 108/19 110/7
110/9 111/18 112/1
112/20 113/12 114/4
116/17 116/25 117/2
117/22 119/18 119/18
119/24 120/2 120/3
120/19 123/14 123/23
124/10 124/11 125/20

127/22 128/9 128/15
128/18 130/10 132/9
132/10 132/11 133/7
133/7 135/5 137/6
137/16 138/6 138/25
141/21 141/22 141/24
141/25 142/5 142/6
142/10 142/17 142/18
142/25 143/5 143/23
144/11 144/12 144/17
145/10 145/11 147/5
149/25 150/12 151/6
152/16 153/11 154/1
154/25 155/6 155/15
156/5 156/20 156/25
157/6 158/12 158/22
159/6 159/8 159/21
160/15 160/19 160/25
164/19 164/20 165/9
166/20 167/4 168/18
169/17 170/25 174/12
174/13 174/23 177/2
177/5 179/24 180/3
181/3 183/17 184/1
186/18 186/25 187/2
187/11 188/12 190/9
191/15 195/20 195/21
196/20 197/11 197/15
198/12 200/17 203/8
204/2 204/4 205/11
205/21 206/2 207/2
207/6 207/9 207/25
208/14 210/24 211/9
212/2 213/17 214/7
214/9 215/3 215/14
216/25 217/22 221/21
222/24 223/1 223/14
223/23 227/17 228/18
229/19 231/18 231/22
231/22 232/7 232/9
233/13 237/24 239/11
240/4 240/11 241/19
242/2 242/9 243/15
243/22 244/7 244/9
244/17 244/19 246/4
246/14 247/24 248/14
248/22 249/11 249/15
249/19 252/14 252/18
252/23 253/4 253/16
253/19 254/6 256/15
257/3 257/12 257/22
257/24 264/3 264/9
264/11 264/13 264/22
267/22 267/24 268/5
271/9 271/10 271/20
272/8 272/21 272/23
273/1 274/12 274/14
277/11 277/12 278/8
279/2 288/13 290/21
291/4 294/13
**Notary [3]**  1/17 293/23
294/4
**note [9]**  98/25 99/8
140/2 208/4 209/23
222/1 222/2 222/3
265/21
**noted [1]**  92/3
**notes [18]**  3/8 65/22
66/1 98/10 102/3

102/17 102/18 103/23
104/13 110/9 110/9
137/12 145/4 235/16
236/6 266/16 266/17
278/18
**nothing [4]**  62/10
150/5 169/5 221/24
**notice [10]**  1/16 40/10
53/23 54/13 56/4
132/14 229/13 268/3
296/16 296/18
**noticed [1]**  179/1
**notify [1]**  13/18
**noting [1]**  96/11
**noun [1]**  39/8
**noun-verb [1]**  39/8
**November [13]**  22/2
171/15 171/15 181/14
182/7 185/22 192/9
192/13 193/6 194/1
194/9 195/11 199/15
**November 18 [2]**  192/9
193/6
**November 19 [1]**
192/13
**November 2019 [1]**
194/9
**November 22 [4]**
185/22 194/1 195/1
199/15
**November-ish [1]**
171/15
**now [62]**  11/13 19/4
30/5 32/25 34/12 35/16
41/23 46/18 48/18
54/18 59/10 68/4 68/15
73/7 73/10 81/12 86/15
90/19 96/12 97/6 97/12
102/15 111/8 111/12
122/8 122/24 123/9
126/22 127/21 127/24
129/23 141/20 146/7
161/10 162/10 165/9
166/21 168/11 186/3
198/6 211/11 218/10
220/22 221/12 221/24
223/10 238/3 238/8
245/12 247/2 247/12
248/20 249/1 250/18
254/17 260/20 271/11
277/17 278/12 289/4
289/18 293/4
**number [21]**  34/16
49/3 53/19 84/11 88/9
89/13 134/21 135/1
139/13 143/13 175/16
197/17 201/10 236/11
244/21 254/16 254/22
259/8 260/11 261/25
262/15
**Number 004557 [1]**
254/22
**Number 1 [1]**  34/16
**Number 38 [1]**  49/3
**Number 46 [1]**  201/10
**Number 48 [1]**  254/22
**numbered [4]**  52/20
184/7 201/8 287/4
**numbers [6]**  3/19 49/2

**N**

numbers... [4] 48/12
130/16 196/3 286/25
numerous [2] 252/16
282/25

**O**

oath [3] 7/23 8/4 56/6
Obi [5] 171/23 171/23
172/6 172/11 174/13
Obianuju [1] 172/9
object [4] 10/2 91/24
105/22 129/17
objecting [1] 10/3
objection [10] 70/4
92/2 130/8 155/7
155/16 155/19 155/21
232/8 234/15 274/7
objectionable [1] 10/5
objective [13] 37/24
38/5 38/12 38/21 38/24
39/7 39/10 39/15 44/7
45/6 46/9 177/5 284/12
objectively [1] 80/14
objectives [3] 29/14
38/16 44/24
objects [1] 10/6
obligation [1] 52/17
obligations [1] 54/13
observations [1]
279/12
observe [1] 132/11
obtain [1] 91/25
obviously [8] 175/23
197/15 214/10 257/22
261/1 271/11 271/14
288/21
occur [7] 43/7 71/9
240/8 258/12 260/15
260/21 270/14
occurred [30] 36/10
48/16 58/19 82/8 92/7
93/4 99/21 100/10
100/20 102/23 110/12
113/15 132/3 132/6
145/24 151/6 158/8
158/12 198/3 198/4
204/17 210/17 210/24
213/9 226/7 240/7
240/11 250/16 260/5
284/17
occurring [4] 117/18
195/7 199/1 284/4
October [13] 186/13
186/15 186/16 186/20
188/6 189/2 190/5
190/10 190/24 191/4
191/5 191/12 255/18
October 1 [1] 255/18
October 13 [3] 186/13
186/15 186/16
October 19 [1] 190/10
October 20 [1] 190/24
October 22 [6] 186/20
188/6 189/2 190/5
191/4 191/5
October 25 [1] 191/12
off [26] 5/8 11/14 25/9

30/9 43/22 47/19 47/21
73/11 110/20 132/2
133/25 154/2 181/18
183/14 184/21 204/9
204/21 224/21 239/25
244/11 251/25 261/21
268/6 282/1 282/8
282/20
offered [1] 119/25
office [17] 42/16
116/19 131/16 131/23
132/7 133/2 133/7
174/24 202/10 203/19
203/20 203/22 260/20
261/1 268/4 295/15
295/16
offices [1] 280/5
official [2] 22/1 71/3
168/1
officially [2] 7/9 137/9
often [6] 56/20 63/24
89/7 189/11 248/5
255/8
oh [17] 8/3 31/1 43/14
70/15 70/20 84/19
153/6 184/19 192/20
222/22 227/21 231/9
231/15 248/22 259/13
263/10 278/12
okay [174] 6/16 7/14
9/25 10/23 11/7 11/10
11/16 11/18 11/23
11/24 12/4 12/6 19/23
21/11 24/2 24/10 24/14
24/20 25/5 25/11 25/15
25/16 25/18 25/21
28/16 28/20 29/12
30/25 33/13 36/6 42/1
42/20 45/12 46/3 47/25
48/14 48/22 48/25 51/4
52/9 52/21 53/3 53/11
53/18 54/16 57/5 58/22
59/12 59/13 63/22
63/23 68/7 68/9 68/10
68/12 70/20 71/23 72/5
73/7 73/16 74/8 74/19
74/24 75/2 77/6 78/18
78/19 83/23 86/24 87/9
87/13 88/13 92/2
100/12 105/12 105/14
106/14 114/7 114/12
115/25 116/4 121/17
121/18 121/21 121/23
122/5 122/7 122/12
122/15 122/19 122/22
122/23 124/25 129/3
129/6 130/3 130/14
138/24 139/12 140/9
143/14 147/23 148/8
150/4 158/2 159/10
164/20 164/21 171/19
172/11 174/5 174/25
175/9 175/10 178/3
180/23 181/6 181/8
185/10 185/14 185/17
186/11 187/9 187/17
187/20 188/8 190/24
192/7 193/15 193/22
196/2 196/23 212/22

223/6 224/25 225/15
225/17 225/19 235/2
237/16 240/10 240/10
240/18 241/1 247/2
247/6 248/21 248/25
255/5 259/14 259/15
259/17 259/20 259/21
259/22 259/24 261/2
261/9 262/1 263/10
265/16 275/21 278/12
285/3 286/19 287/2
287/12 289/14 289/17
290/21 290/25
old [1] 177/24
once [11] 55/24 56/21
57/6 57/6 57/7 57/7
57/13 57/17 135/7
176/10 189/13
one [115] 5/9 10/14
11/3 13/4 13/5 25/6
27/8 33/2 33/8 34/18
37/4 39/13 40/8 40/16
40/21 41/3 41/8 41/11
47/13 47/17 47/23 48/7
48/9 48/11 49/11 50/22
51/2 52/20 56/21 58/18
64/1 66/9 66/9 74/8
76/17 79/4 82/9 92/11
92/19 92/24 93/10
98/18 102/14 111/1
111/2 113/13 115/12
115/12 117/6 118/2
121/20 122/15 122/22
125/21 125/22 130/23
131/4 136/6 136/10
137/17 151/24 165/22
170/9 170/9 171/22
171/22 172/1 173/23
177/17 176/2 178/13
181/17 185/7 186/12
195/1 198/14 198/16
199/14 201/12 202/6
202/6 204/8 216/8
230/21 231/1 233/8
239/18 243/18 243/22
248/22 251/18 253/6
254/9 258/1 258/2
258/2 258/5 258/5
258/5 259/9 259/13
259/18 259/25 263/3
263/10 265/6 265/8
266/6 276/24 285/9
287/4 287/12 288/22
288/23 291/10
one's [3] 89/8 115/24
121/21
ones [9] 43/24 44/5
66/1 69/7 93/19 94/2
94/3 111/4 149/17
ongoing [3] 25/11
49/10 212/18
only [29] 27/8 30/4
36/15 37/4 58/13 92/9
94/17 106/2 109/6
133/7 136/6 153/21
159/12 185/1 197/25
215/11 224/1 224/5
224/5 237/24 239/18

242/4 255/23 256/3
257/16 257/17 260/14
267/25 270/22
OOO [2] 131/12 131/15
open [25] 24/23 47/10
48/7 48/10 48/11 52/7
52/8 52/9 63/19 68/10
68/13 116/2 116/3
116/4 121/23 132/15
139/8 184/4 184/5
195/24 196/1 248/21
259/22 277/23 287/2
open-door [1] 63/19
opened [1] 204/21
opening [1] 122/7
Openness [1] 197/1
operates [1] 124/3
operations [2] 13/4
285/21
opinion [19] 78/2
85/25 89/10 141/24
151/4 151/8 156/3
156/23 158/7 158/9
158/12 158/14 159/3
159/7 159/10 160/17
160/18 166/20 198/11
opinions [6] 20/6
107/20 155/25 158/25
164/16 269/6
opportunities [1]
174/20
opportunity [5] 11/7
148/10 246/10 252/4
289/16
opposing [1] 295/19
option [5] 18/15
126/16 126/17 126/25
159/21
options [4] 27/25
126/24 159/13 159/19
Oraqwue [1] 172/9
order [12] 43/7 99/15
120/23 128/13 182/18
188/25 220/4 220/19
226/16 290/11 292/7
295/17
organizational [1]
29/14
orient [1] 19/21
oriented [1] 227/22
orienting [1] 42/19
original [5] 238/24
290/22 291/15 295/10
295/23
originally [2] 120/10
178/4
other [105] 6/6 6/9
8/24 13/15 16/10 19/5
26/4 26/5 27/25 36/13
42/9 43/25 44/1 60/7
60/23 63/25 68/20 71/6
71/13 72/8 80/20 87/12
110/9 111/4 117/7
119/23 119/23 119/24
125/6 129/8 135/21
137/5 137/11 137/12
138/2 138/3 139/22
142/10 145/4 149/16
150/22 151/24 152/5

212/15 152/15 152/25
152/25 153/15 154/25
155/11 155/12 158/23
159/21 160/21 161/2
161/3 161/24 161/25
162/5 165/1 165/12
165/25 166/6 170/24
172/1 177/2 180/7
182/14 183/23 188/21
190/5 195/6 198/22
203/4 203/18 206/23
210/2 210/23 211/7
212/20 215/22 221/17
222/7 224/16 225/13
228/10 236/8 238/5
239/5 239/16 239/23
240/1 244/18 246/5
248/4 259/3 263/7
275/20 276/12 276/14
277/2 279/5 282/9
286/6 287/22
other's [1] 20/9
others [25] 86/1 119/9
125/25 165/16 166/12
otherwise [4] 13/19
73/6 73/19 294/14
our [31] 13/17 20/15
27/3 30/11 39/17 39/18
39/18 39/19 50/23 74/1
76/19 79/19 101/16
108/4 120/9 140/3
150/17 171/23 174/6
185/3 244/20 249/8
249/10 249/24 256/6
256/14 263/15 280/25
285/14 295/15 295/16
out [69] 20/15 25/10
25/15 25/23 28/7 42/7
47/14 58/23 60/11
60/11 60/15 68/8 69/18
73/3 89/21 89/24 90/2
90/5 93/19 94/7 104/18
104/23 105/5 110/2
117/13 118/12 122/24
126/5 126/10 131/15
131/23 132/7 133/1
133/6 136/24 139/22
140/22 141/7 143/7
150/23 167/1 184/15
190/14 197/5 202/10
203/19 203/20 203/22
204/5 214/11 219/13
219/17 219/20 220/5
222/2 222/19 226/4
226/18 243/6 256/3
260/20 261/1 268/4
274/18 275/9 275/13
275/14 277/20 283/6
outcome [2] 99/1
294/15
Outlook [3] 134/2
137/10 137/25
outside [17] 15/19
45/16 45/22 94/14 96/1
97/9 102/11 162/1
165/24 175/1 177/1
225/14 242/19 284/16
286/3 286/4 288/19
over [34] 8/24 19/19

**O**

**over... [32]** 39/6 49/18
49/18 67/5 69/3 77/6
92/9 95/14 95/14 97/3
110/7 110/18 110/21
111/15 115/1 116/19
117/18 119/21 122/24
131/25 134/22 178/17
179/8 191/4 203/13
206/20 224/19 246/12
248/1 257/21 258/3
261/5
**overall [5]** 32/14 33/4
33/5 40/20 127/8
**oversaw [1]** 89/5
**overseeing [1]** 161/12
**overviews [1]** 38/17
**own [39]** 16/6 54/13
77/11 77/15 79/15 80/4
85/24 94/24 103/24
104/8 104/13 104/16
129/25 129/25 129/25
131/1 146/25 147/12
150/24 151/4 151/5
151/7 151/7 153/11
154/16 160/19 164/15
164/16 182/20 193/13
197/10 198/11 221/4
221/16 229/11 229/14
229/16 234/24 247/20
**owner [1]** 207/24

**P**

**p.m [11]** 147/24 147/25
181/19 181/20 214/24
214/25 247/8 247/9
281/6 281/7 292/11
**page [52]** 3/2 4/18 4/19
4/20 4/21 4/22 6/1
30/21 31/1 31/3 32/5
32/5 51/1 52/19 52/22
53/18 53/22 64/23 88/9
88/11 88/13 131/3
139/12 143/12 184/6
185/5 185/6 185/17
186/13 192/7 196/6
236/17 237/13 240/13
240/15 240/16 249/3
249/5 255/14 255/18
259/16 261/24 263/3
266/19 269/10 272/5
287/3 287/5 287/7
293/4 295/10 295/13
**page 2 [2]** 30/21 52/19
**page 4 [1]** 237/13
**page 5 [1]** 287/3
**pages [3]** 48/2 49/22
236/14
**paint [1]** 195/8
**pandemic [3]** 42/6
42/11 42/13
**paperwork [3]** 115/17
126/7 130/7
**Papp [27]** 169/24
171/11 171/12 171/13
180/11 181/12 181/25
183/25 186/9 190/8
190/10 191/5 194/1

**194/8** 194/16 196/7
196/10 196/20 197/18
197/21 198/17 199/5
199/16 199/23 200/5
251/15 253/8
**Papp's [2]** 170/12
195/17
**Parady [1]** 2/7
**parady.com [1]** 2/9
**paragraph [15]** 53/3
53/11 53/21 53/22 54/1
54/5 64/22 65/4 66/8
88/14 188/5 197/4
211/6 273/13 278/11
**paragraph 1 [2]** 53/3
54/1
**paraphrase [1]** 101/3
**paraphrasing [5]** 35/16
45/13 76/18 205/4
205/5
**Pardon [1]** 138/8
**part [62]** 12/23 17/13
17/14 33/20 36/17
39/17 39/18 39/18 42/8
63/5 63/10 71/22 74/1
77/18 77/20 80/3 82/3
82/5 85/14 90/14 108/4
112/2 116/17 117/2
124/1 124/17 125/7
138/4 141/2 141/23
152/23 165/24 170/22
174/13 176/16 177/14
182/22 188/24 189/6
197/9 199/15 199/20
200/24 214/17 214/17
214/18 215/23 216/9
218/2 238/3 244/20
245/5 245/5 249/24
256/24 262/3 262/19
270/7 275/1 276/11
277/9 285/22
**participants [2]** 244/24
262/21
**participate [3]** 142/5
264/10 264/11
**participated [1]** 261/17
**participating [2]**
141/21 260/2
**particular [3]** 149/15
229/7 283/24
**particularly [3]** 108/8
136/18 149/5
**parties [2]** 294/8
294/14
**parts [1]** 286/5
**party [2]** 203/25 207/23
**pass [2]** 121/3 188/25
**passage [1]** 26/5
**passed [7]** 113/10
118/7 118/22 191/24
235/12 277/11 291/17
**passing [1]** 26/4
**passionate [1]** 168/13
**past [7]** 99/4 121/16
131/12 131/23 167/13
198/15 224/19
**path [1]** 60/15
**pattern [1]** 98/21
**pause [10]** 48/16 58/19

**337** 93/4 132/3
150/18 176/14 217/4
226/7
**paused [5]** 84/19 150/2
150/6 217/24 221/5
**PDF [2]** 261/24 287/3
**peek [1]** 47/17
**peer [1]** 19/19
**peers [1]** 20/1
**pending [1]** 10/20
**people [33]** 9/1 16/10
32/21 45/3 63/24 63/25
69/11 76/4 89/1 116/24
147/12 152/13 152/15
152/25 161/12 161/18
165/1 165/12 166/24
167/16 168/25 169/4
169/10 169/20 170/18
170/22 171/2 172/21
175/3 184/25 198/10
271/4 281/11
**per [5]** 202/7 202/22
262/4 285/25 286/8
**perceive [1]** 156/17
**perceived [2]** 197/9
251/5
**percent [3]** 102/16
187/16 283/3
**Perfect [1]** 6/2
**perform [4]** 34/24
169/18 170/23 180/17
**performance [71]**
12/25 18/4 20/1 20/7
21/9 22/13 22/16 22/20
22/21 22/25 23/1 23/5
27/2 27/5 27/9 27/14
27/15 27/23 30/15
31/16 31/18 32/15
32/18 32/19 32/22
32/24 33/6 33/7 33/11
33/15 33/24 34/3 35/3
35/20 36/16 39/19
39/25 40/5 40/24 41/4
41/9 41/12 41/16 46/14
53/14 53/14 62/25 63/2
71/8 102/25 117/19
141/10 141/15 142/25
153/16 155/13 161/13
180/12 180/14 182/11
182/13 183/24 186/3
190/17 191/17 194/24
195/17 197/7 216/11
258/7 258/18
**performed [1]** 151/5
**performer [13]** 27/23
28/1 28/3 28/5 28/9
28/11 29/9 29/15 31/22
32/10 33/6 40/1 63/12
**performing [12]** 27/21
28/18 29/9 35/2 35/5
40/1 63/12 141/16
169/17 187/3 207/18
252/8
**period [23]** 19/21
22/19 31/17 74/19 75/9
75/20 91/3 92/14 95/18
133/24 134/9 134/22
136/6 137/24 138/17
138/18 162/25 172/1

**174/13** 212/3 238/7
250/7 279/21
**periodically [1]** 49/20
**perjury [1]** 8/6
**permitted [1]** 105/24
**person [19]** 44/12 54/2
72/21 84/3 84/3 89/4
95/5 112/3 159/12
169/18 169/21 171/10
172/1 183/17 191/25
249/23 257/18 258/3
283/17
**personal [9]** 53/25
54/1 54/2 85/25 187/2
187/10 200/13 252/2
274/13
**personal/work [2]** 54/1
54/2
**perspective [4]** 107/2
260/8 260/10 272/4
**pertaining [1]** 145/23
**pet [2]** 14/24 15/16
**pets [1]** 14/16
**phone [33]** 2/5 2/9
2/14 14/3 14/7 14/9
14/13 51/22 56/16
56/19 56/20 57/22 58/1
89/12 89/15 95/3 95/14
115/2 213/9 213/15
215/4 215/7 215/10
215/11 227/11 227/24
230/17 230/18 247/16
251/1 251/3 266/4
274/17
**phones [1]** 54/2
**phrase [9]** 61/11 87/1
101/19 101/22 101/23
103/16 151/18 177/18
288/12
**phrasing [1]** 60/25
**physics [1]** 29/3
**pick [3]** 159/19 159/21
230/1
**picked [1]** 235/1
**picking [1]** 110/20
**piece [11]** 36/3 36/15
138/2 142/10 159/5
188/16 207/21 229/3
262/18 264/9 271/13
**pieces [7]** 72/19
192/23 215/22 235/17
251/22 268/13 271/1
**pilot [3]** 262/8 262/16
262/21
**pivot [7]** 101/1 176/3
180/17 212/15 250/13
251/25 283/1
**pivoted [3]** 238/16
249/15 249/18
**pivoting [3]** 121/12
238/19 249/9
**place [14]** 90/23 92/24
114/13 154/14 164/19
220/8 221/18 226/20
239/15 240/4 257/1
267/5 275/14 294/9
**places [2]** 84/11 147/8
**Plaintiff [1]** 1/5 1/17
2/2

**plan [2]** 190/11 256/8
**platform [4]** 95/16
189/19 230/17 239/22
**play [5]** 81/8 215/17
215/19 217/1 229/17
**playback [1]** 220/24
**played [2]** 217/13
228/23
**player [2]** 218/7 226/3
**playing [7]** 79/6 80/5
217/12 218/11 225/23
226/23 230/9
**please [20]** 9/19 24/11
24/23 26/20 39/5 47/8
52/7 54/11 78/21 93/2
110/3 116/3 147/22
186/3 197/11 201/5
209/1 217/5 295/10
295/13
**plural [1]** 110/22
**PMQ [11]** 36/5 259/23
260/2 260/18 261/7
262/8 262/13 262/17
263/25 274/19 274/23
**point [31]** 34/15 46/18
50/22 62/23 85/5 97/11
103/8 104/13 104/16
107/16 111/10 114/23
127/21 136/15 147/3
157/19 158/2 191/23
204/8 231/1 239/10
240/5 251/13 251/18
257/13 259/25 271/13
271/14 272/4 273/11
288/24
**points [6]** 80/9 86/12
99/4 186/12 251/17
254/7
**policies [7]** 73/25
94/10 179/12 179/14
179/15 179/17 179/21
**policy [9]** 63/19 91/9
94/7 94/24 96/6 96/8
96/15 96/17 134/6
**portion [3]** 48/19
187/18 189/14
**position [6]** 20/22 63/4
161/7 173/23 173/24
174/22
**positioning [1]** 62/13
**positive [7]** 23/10
98/25 99/1 99/8 99/10
101/17 103/24
**positively [1]** 101/13
**possibilities [2]** 117/6
117/7
**possibility [7]** 111/23
117/3 117/8 117/11
117/21 160/2 160/13
**possible [13]** 21/17
148/4 152/3 152/7
152/9 157/15 230/7
264/15 264/16 264/20
264/25 268/7 268/18
**potential [3]** 54/8
146/22 210/14
**Potentially [1]** 96/15
**power [1]** 248/7
**PowerPoint [17]**

**P**

**PowerPoint... [17]**
119/16 119/20 119/21
189/4 189/14 192/10
192/13 192/16 192/19
193/3 193/4 193/5
193/8 235/15 235/24
236/5 244/13
**PowerPoints [1]**
119/13
**practice [3]** 52/1 52/3
135/18
**predict [3]** 18/16 18/16
256/6
**prefatory [1]** 71/9
**premature [1]** 126/14
**preparation [5]** 14/11
27/6 40/25 130/24
201/13
**prepare [5]** 11/24 45/2
126/16 260/24 268/3
**prepared [5]** 115/16
123/15 124/3 129/15
130/6
**preparing [7]** 22/25
23/25 26/3 126/20
262/4 265/18 269/12
**present [5]** 2/16
137/13 270/15 271/23
272/2
**presented [3]** 169/9
169/14 170/17
**preservation [2]** 54/13
94/9
**preserve [3]** 52/23
147/11 242/9
**preserved [1]** 52/17
**pressure [2]** 206/2
260/25
**pressured [1]** 268/5
**presumptions [1]**
112/19
**pretty [9]** 15/19 37/15
154/17 235/17 246/24
266/4 266/4 271/2
286/15
**previous [3]** 106/11
221/16 294/5
**previously [2]** 24/21
203/6
**primarily [2]** 162/3
176/2
**principles [4]** 29/20
30/3 30/5 30/6
**prior [28]** 4/12 55/14
62/2 84/22 86/25
110/17 128/7 132/4
132/7 133/6 143/22
145/13 146/8 146/8
199/1 200/13 219/14
219/24 249/21 260/11
260/16 271/9 271/9
275/3 277/25 287/21
288/7 295/18
**priorities [1]** 44/1
**priority [1]** 176/13
**privilege [1]** 276/13
**privileged [3]** 129/19

**proactively [1]** 139/22
**probably [18]** 10/2
18/14 42/8 47/17 54/20
95/19 102/16 128/11
129/2 132/7 135/4
136/11 151/17 156/15
210/17 246/24 248/12
280/25
**probe [1]** 121/6
**probing [1]** 66/22
**problem [2]** 25/11
209/20
**Procedure [2]** 1/16
296/17
**proceed [3]** 92/4 115/9
135/24
**proceedings [9]** 48/16
58/19 92/7 93/4 113/15
132/3 226/7 292/10
294/12
**process [9]** 8/13 31/4
31/18 32/17 32/22
33/20 39/22 124/2
281/24
**processes [1]** 255/9
**produce [1]** 145/10
**produced [4]** 116/1
121/20 248/25 289/19
**product [9]** 18/16 36/5
38/7 114/20 117/22
117/24 119/7 128/4
175/21
**products [1]** 288/23
**profession [1]** 39/14
**professional [5]** 1/17
278/1 294/3 294/21
295/22
**program [58]** 13/11
13/12 34/20 41/6 45/2
71/4 74/17 75/12 75/14
75/15 75/17 75/19
75/23 175/19 175/23
175/24 178/20 178/22
178/23 186/20 186/23
188/2 188/7 188/19
189/3 189/9 189/9
190/1 212/11 219/7
220/2 222/8 224/7
224/9 225/1 226/14
235/10 235/19 236/25
237/11 237/19 237/25
238/6 238/7 238/20
241/4 251/7 253/7
253/14 254/15 256/2
256/7 256/10 257/1
257/9 257/12 284/2
288/5
**programs [12]** 37/10
38/17 44/20 188/22
244/23 253/13 255/11
256/6 256/13 256/14
284/6 287/13
**progress [5]** 97/7
101/17 133/8 142/11
212/2
**prohibit [1]** 230/4
**project [67]** 34/20
40/11 44/2 44/19 45/4

129/22 181/3
**492/12 (7)**

49/20 74/15 75/8 76/12
91/8 120/7 120/10
120/20 120/23 139/24
140/10 140/15 140/16
161/21 166/9 176/2
178/10 178/12 178/16
178/17 179/4 179/7
179/8 180/15 182/15
204/23 207/24 237/8
237/9 239/8 239/12
239/18 241/20 244/13
245/8 247/17 247/22
248/8 251/14 259/23
262/13 263/25 274/19
274/23 275/8 282/18
283/6 283/9 284/20
285/7 286/1 286/9
290/5 290/11 290/15
291/1 291/7 291/14
291/23
**projects [50]** 13/10
18/25 19/6 20/3 23/11
34/21 37/11 41/2 76/7
80/17 91/11 92/17
102/11 102/18 112/14
117/9 127/11 133/8
141/16 141/22 145/22
160/25 161/17 161/25
161/25 162/5 162/7
175/12 202/7 202/9
203/5 211/13 217/21
218/21 225/13 228/4
238/23 243/18 251/21
251/25 276/12 279/5
282/20 282/22 283/19
284/13 287/18 288/23
288/25 290/1
**promise [1]** 242/11
**promoted [5]** 20/17
21/14 39/21 70/22
71/22
**promotion [1]** 7/3
20/25 21/8
**prompts [1]** 67/24
**pronounce [2]** 172/8
185/11
**proofing [1]** 240/9
**properly [1]** 47/23
**properties [2]** 122/7
122/14
**property [2]** 53/24
53/25
**proposed [1]** 178/19
**protected [2]** 109/10
149/12
**prove [3]** 137/23
146/18 289/4
**provide [5]** 35/21
197/2 204/23 212/8
248/23
**provided [4]** 22/13
36/24 50/16 186/21
**providing [6]** 120/4
143/19 143/24 144/17
251/13 252/19
**Public [3]** 1/17 293/23
294/4
**publicized [1]** 253/12

**pull [4]** 89/15 90/18
113/13 224/21
**pulled [4]** 58/6 88/11
130/12 232/13
**pulse [1]** 190/24
**purpose [3]** 30/7 56/13
56/17
**pursuant [3]** 1/16
296/14 296/17
**pursuing [2]** 168/19
169/7
**pushed [4]** 223/2 256/3
256/10 288/8
**Pushy [1]** 208/10
**put [9]** 14/14 14/16
19/3 45/8 91/10 205/6
219/3 271/2 285/2
**putting [1]** 11/14

**Q**

**Q4 [1]** 7/9
**Qualification [1]** 76/4
**question [87]** 9/6 9/7
9/11 9/14 9/18 9/23
9/24 10/5 10/7 10/8
10/20 24/5 24/11 26/18
26/20 26/21 26/22
35/12 36/21 37/4 37/19
39/2 39/3 41/23 70/20
71/23 72/6 73/16 78/10
78/16 78/21 78/22
78/23 86/20 86/23
86/25 87/2 99/5 124/25
129/21 144/14 148/13
151/13 155/22 156/21
156/25 157/20 157/25
158/18 158/20 159/8
159/17 160/5 160/8
160/9 160/10 160/15
164/2 164/4 164/5
164/21 165/7 181/2
181/4 193/24 212/23
234/5 234/6 234/9
234/10 234/13 234/18
244/2 244/3 244/4
253/20 253/25 257/3
265/3 268/15 268/17
268/18 269/2 273/22
274/1 274/2 274/3
**questioned [1]** 209/22
**questioning [4]** 10/16
24/25 79/24 91/24
**questions [28]** 8/15
8/16 10/3 11/3 48/21
48/23 66/22 66/23
95/20 115/3 142/21
186/17 186/19 195/5
206/1 208/24 218/24
221/13 222/3 234/11
243/2 243/7 245/22
245/25 289/21 292/4
292/5 294/11
**quick [6]** 75/6 94/19
105/10 214/22 247/5
280/22
**quickly [6]** 93/12
117/14 238/9 238/15
255/7 280/5
**quiet [1]** 59/22

**quite [8]** 8/17 13/9
120/7 168/18 179/1
182/5 207/2 228/18
**quotation [1]** 205/6
**quote [3]** 67/19 205/3
207/7

**R**

**race [75]** 81/17 81/21
82/1 82/3 83/14 83/18
84/8 84/16 84/24 85/1
85/11 85/12 85/22 86/4
88/3 88/21 97/16 98/12
101/8 103/1 103/4
103/15 104/2 104/5
104/19 106/16 106/20
107/2 107/9 107/14
108/12 148/23 149/2
149/6 149/22 149/25
150/2 150/13 150/24
152/12 152/16 152/18
153/1 160/1 160/12
163/5 163/8 163/22
164/7 164/11 164/12
164/22 165/2 165/10
165/23 166/14 166/25
167/7 167/14 170/13
170/19 172/12 173/4
202/19 258/9 258/19
265/19 270/17 270/25
271/6 271/17 271/21
278/14 280/13 281/12
**races [3]** 78/4 78/24
167/1
**RACI [1]** 207/22
**racial [2]** 165/23
280/11
**racially [2]** 82/19 82/21
**racist [1]** 151/12
**Raeisian [2]** 185/12
185/21
**Raeisian's [1]** 185/14
**rails [1]** 44/19
**raise [3]** 21/16 124/12
125/1
**raised [1]** 228/14
**raising [3]** 228/13
228/17 266/7
**range [1]** 135/4
**ranting [4]** 205/10
206/9 206/23 228/25
**rated [5]** 27/22 29/15
29/21 32/10 39/25
**rather [4]** 168/13
168/15 168/19 197/3
**rating [4]** 28/8 28/10
29/24 32/15
**ratings [1]** 35/4
**ratio [1]** 285/5
**re [3]** 47/22 295/8
296/6
**re-sent [1]** 47/22
**reach [6]** 60/13 89/21
90/2 90/5 204/5 243/6
**reached [6]** 104/23
126/5 126/10 184/15
274/18 275/9
**reaching [1]** 139/22
**react [1]** 124/10

R

**reacting [1]** 67/7
**reaction [2]** 116/13
121/10
**read [42]** 26/21 48/12
51/11 54/3 54/14 65/7
78/22 86/20 86/23
130/19 131/14 138/9
160/9 164/4 186/6
187/6 188/5 191/21
192/11 202/12 232/19
233/17 233/19 234/8
234/12 234/14 237/21
238/2 244/3 249/12
251/1 262/10 263/18
264/1 265/24 267/6
268/17 272/11 274/2
276/3 293/1 293/4
**reading [9]** 11/13
122/1 133/5 213/1
214/1 238/3 255/22
255/25 264/6
**reads [3]** 233/21
234/16 293/4
**ready [12]** 21/1 21/2
24/24 117/13 182/24
235/10 236/9 244/22
244/23 244/25 256/12
273/5
**ready-to-go-live [1]**
235/10
**real [2]** 157/21 158/1
**realize [5]** 56/6 62/15
146/6 146/20 222/23
**realized [1]** 120/16
**realizing [2]** 146/7
239/3
**really [44]** 8/22 11/11
14/14 14/23 15/15 20/2
20/13 20/13 21/4 21/4
23/7 23/20 46/23 55/6
72/5 80/22 93/21 93/21
97/11 116/21 117/12
117/12 117/16 132/10
137/5 145/6 146/18
157/13 158/19 159/6
159/7 159/12 172/8
174/21 175/1 203/24
208/18 228/14 229/12
229/12 229/21 256/1
258/22 275/10
**Realtime [1]** 278/23
**reason [26]** 8/14 10/3
18/23 35/11 62/7 93/15
106/25 111/1 118/23
126/3 128/15 161/2
161/3 174/17 176/17
187/2 187/10 190/4
215/23 227/13 227/16
232/3 252/8 256/24
282/7 285/19
**reasonable [6]** 127/10
196/16 242/9 283/15
283/22 284/10
**reasons [13]** 19/5
36/13 43/21 44/1 69/11
80/16 108/22 111/2
111/7 134/14 177/2

238/17 254/9
**reassigned [3]** 290/6
291/8 291/10
**reassigning [1]** 280/6
**reassignment [1]**
291/24
**recall [26]** 7/22 7/25
21/19 34/5 52/11 56/13
58/11 67/16 100/15
100/16 119/10 122/3
134/19 135/3 151/10
151/14 151/18 166/22
181/12 191/7 195/9
215/9 256/22 258/4
263/21 290/25
**receive [4]** 32/25 47/8
197/6 249/11
**received [8]** 39/21 40/7
47/10 52/15 55/2 56/3
90/24 136/5
**receiver [1]** 32/22
**recent [1]** 219/2
**recently [1]** 23/9
**Recess [8]** 25/19 75/3
105/15 147/24 181/19
214/24 247/8 281/6
**recipients [1]** 232/25
**recognize [2]** 49/2
201/9
**recollect [1]** 209/11
215/8 235/15
**recollection [3]** 104/8
129/25 158/15
**recollections [1]** 269/7
**recommend [1]** 18/9
**recommendation [17]**
16/24 112/4 112/22
112/25 113/1 114/17
115/20 116/25 117/5
119/8 123/25 124/18
199/3 199/5 277/1
277/4 277/7
**recommendations [2]**
18/7 153/20
**recommended [2]**
114/22 125/3
**reconvene [1]** 281/4
**record [20]** 5/8 5/12
10/4 25/9 47/19 47/21
48/12 49/21 93/9
105/17 181/18 188/5
234/22 247/10 249/2
274/1 289/17 293/2
295/23 296/22
**Record/original [1]**
295/23
**recording [35]** 4/4
217/1 217/3 217/10
217/13 217/24 218/8
218/11 220/24 221/2
221/5 221/8 225/21
226/4 226/8 226/11
227/5 227/11 227/17
227/24 228/6 228/13
228/15 228/21 228/23
228/25 229/10 230/2
230/5 230/12 230/22
230/24 231/8 234/24
251/2

recordings[1] 266/12
**recover [1]** 56/12
**recused [2]** 274/18
275/7
**recusing [1]** 274/23
**redesign [1]** 175/18
**reduced [1]** 294/10
**reevaluate [1]** 176/18
**reevaluated [1]** 290/17
**refer [2]** 58/13 276/5
**reference [3]** 3/7 4/1
100/9
**referencing [1]** 273/10
**referred [1]** 41/4
**referring [22]** 5/25 7/19
39/16 41/2 82/6 96/25
97/1 102/7 102/25
103/2 132/18 133/21
136/1 138/17 140/2
140/7 142/2 144/5
169/22 186/8 189/3
231/21
**reflect [1]** 151/7
**reflected [1]** 150/16
**reflecting [1]** 198/14
**reframe [1]** 164/21
**refresh [2]** 88/18
196/19
**refuses [1]** 274/19
**regarding [7]** 211/7
218/24 225/1 262/8
262/13 270/10 272/8
**regards [1]** 219/5
**Registered [4]** 1/17
294/3 294/21 295/22
**registrants [3]** 255/23
256/4 256/20
**regular [1]** 161/12
**REHAB [1]** 1/4
**reinforcing [1]** 224/12
**rejoin [1]** 105/10
**related [25]** 36/17 37/5
37/12 53/5 53/13 55/7
55/24 57/1 91/11 91/12
91/16 92/16 92/17
92/21 95/25 104/19
140/15 144/5 145/22
176/7 184/16 187/12
203/5 273/25 294/13
**relates [2]** 16/13 16/18
**relation [1]** 294/7
**relations [1]** 89/6
**relationship [9]** 62/4
69/22 70/7 70/8 101/16
141/7 238/22 258/12
278/1
**relatively [1]** 89/1
**relayed [1]** 221/20
**RELEASE [1]** 3/14
**relevant [10]** 52/17
85/4 145/14 145/19
146/2 147/1 147/5
147/12 237/3 241/14
**relied [1]** 250/4
**rely [4]** 143/11 193/11
193/16 224/13
**relying [3]** 65/21 65/25
224/16
**remember [251]** 7/2

7/18 11/1 13/6 14/15
14/19 14/21 14/23 15/1
15/6 15/20 15/22 15/23
15/24 16/5 21/21 23/4
23/17 24/12 24/14
24/19 26/6 26/16 26/17
26/23 26/24 34/10
40/16 40/19 40/22
41/11 41/17 41/18
41/23 41/25 42/3 42/10
46/25 47/2 50/23 52/12
54/18 54/19 54/20
54/21 56/7 56/14 57/9
57/16 57/20 57/25
58/14 59/14 59/16
60/20 60/25 61/6 62/19
64/6 65/19 65/20 67/18
68/9 68/19 71/13 71/18
71/24 72/1 72/4 72/13
72/25 73/17 73/20
73/22 75/22 80/12
87/24 90/4 90/12 90/13
90/18 91/17 92/23 95/6
95/13 95/16 96/21
96/22 96/22 96/24 97/2
97/8 97/12 98/9 98/16
98/18 98/19 100/2
102/9 102/15 102/16
102/22 111/3 111/5
111/6 111/9 111/14
111/25 114/5 114/10
114/14 114/15 114/19
115/14 119/13 121/25
125/24 128/8 129/23
129/24 130/10 130/14
130/17 130/18 131/1
132/1 132/2 133/25
134/10 134/21 135/16
136/20 137/2 143/2
144/2 151/16 152/21
153/5 153/6 154/1
154/1 154/13 154/14
162/24 166/16 166/18
166/21 170/6 171/14
171/16 171/24 172/23
172/24 173/3 178/13
180/9 181/14 182/6
182/8 183/13 187/13
187/25 191/11 192/22
195/21 197/23 198/4
199/6 199/22 202/24
204/9 205/22 205/24
209/10 210/16 215/13
216/5 221/23 228/19
229/9 230/8 230/16
230/19 231/3 236/6
236/8 238/14 239/25
240/2 240/3 243/3
243/5 243/8 244/10
245/24 246/8 250/6
250/15 250/16 251/18
253/3 256/21 256/22
257/5 257/17 257/23
258/2 258/6 258/7
258/13 258/15 258/25
259/2 259/11 261/20
261/21 264/8 264/13
264/14 264/22 264/25
265/8 265/14 266/3

266/9 267/11 267/15
267/24 267/25 268/14
268/25 270/2 270/3
271/10 271/13 275/5
275/17 275/18 275/20
282/3 282/4 282/10
282/13 282/14 282/16
282/19 289/12 290/19
291/2 291/5 291/25
**remembered [1]** 11/2
**remembering [6]** 26/1
30/9 130/20 136/11
209/9 268/12
**remind [4]** 7/11 248/9
277/6 278/21
**reminding [1]** 52/16
**remote [2]** 174/22
257/22
**remotely [3]** 1/10 25/7
174/21
**removed [1]** 96/3
**renew [1]** 242/18
**repeat [18]** 16/15 26/18
26/19 86/22 89/23
110/3 118/10 137/5
144/14 151/13 160/5
160/7 164/2 232/8
232/10 234/6 273/22
273/25
**repeatedly [1]** 128/3
**repeating [1]** 66/23
**rephrase [8]** 36/20
45/12 46/4 78/8 78/13
165/5 172/3 257/3
**replaced [1]** 170/1
**replacement [2]** 170/6
170/9
**replaying [1]** 229/17
**replied [1]** 272/24
**replying [5]** 272/9
272/15 272/21 272/24
273/1
**report [8]** 13/4 13/5
67/4 142/25 255/2
255/4 280/7 288/3
**reported [4]** 27/9 79/7
173/25 174/7
**Reporter [4]** 1/17
294/4 294/21 295/22
**REPORTER'S [1]**
294/1
**reporting [6]** 21/20
22/9 22/17 295/1 296/1
296/21
**reports [7]** 42/20
162/14 162/17 166/24
168/3 171/21 255/5
**represent [1]** 52/14
**representative [1]**
184/21
**reputation [1]** 276/1
**request [9]** 4/17 41/16
200/15 200/17 252/3
253/17 253/22 254/6
274/20
**requested [5]** 41/18
42/2 42/24 212/9 253/4
**requests [2]** 106/3
253/2

**R**

require [5] 45/15
179/21 179/22 179/24
180/7
required [2] 34/23
176/14
reread [4] 78/15 78/20
244/1 268/15
reschedule [1] 135/14
rescheduled [1]
134/11
rescheduling [1]
134/12
research [2] 85/9
221/16
resend [1] 259/10
resending [1] 259/20
reshare [1] 259/14
resigned [8] 171/21
171/24 172/16 173/15
173/20 174/10 174/15
174/15
resigning [1] 174/18
resolution [2] 265/22
279/23
resolutions [1] 60/13
resolve [4] 117/17
277/21 277/24 283/5
resolved [1] 242/14
resolves [1] 105/11
resource [6] 1/7 5/23
190/16 191/13 191/18
191/24
resources [7] 17/8
38/19 212/20 221/18
251/14 252/19 254/4
respect [1] 63/12
respond [7] 8/15
55/17 66/24 66/25 67/5
139/2 140/19 140/21
211/14 225/3 225/16
232/16 250/20
responded [10] 56/21
100/1 138/7 138/12
138/16 144/11 205/25
209/4 209/7 225/3
responding [2] 140/20
273/12
response [7] 11/2
120/5 126/7 136/8
242/24 263/20 268/22
responses [2] 106/3
289/6
responsibilities [7]
21/24 27/22 32/9 40/2
169/5 238/24 246/22
responsibility [2]
168/8 183/3
responsible [10]
141/15 161/11 162/4
188/18 188/19 207/9
207/11 207/17 207/21
207/22
responsive [1] 242/10
rest [9] 24/19 119/17
131/25 132/25 133/4
150/22 156/8 174/6
273/2

restart [2] 105/10
218/8
restroom [1] 74/23
resume [2] 24/25 74/24
resumed [1] 218/11
221/2 221/8
retail [1] 72/20
retain [1] 95/24
retaliated [7] 149/11
149/17 153/7 153/11
153/25 157/3 157/9
retaliating [2] 16/11
108/24
retaliation [17] 16/9
70/10 70/13 71/17 72/2
72/12 73/1 73/19 76/16
136/2 148/24 153/5
155/9 160/1 160/12
179/12 179/17
retaliatory [3] 69/23
70/3 70/5
retention [8] 91/9
92/10 94/6 94/10 94/24
96/6 96/7 134/6
return [1] 295/13
returned [1] 42/15
revenue [2] 191/19
256/2
review [46] 12/21 20/8
22/14 22/16 22/25 23/2
23/5 23/24 27/2 27/5
27/9 27/14 30/16 31/8
31/16 32/19 32/23
33/15 33/18 33/19
33/20 33/24 35/21
36/16 39/25 40/5 40/6
40/18 41/4 41/9 41/12
41/16 48/17 48/18
148/16 189/5 189/7
192/10 193/1 193/2
197/7 237/20 243/1
255/7 260/18 260/22
reviewed [11] 12/18
13/3 20/9 23/9 26/3
27/6 40/23 113/5 119/7
119/11 201/13
reviewer [1] 238/25
reviewing [4] 48/15
120/12 243/3 268/12
reviews [9] 12/25
32/24 161/13 189/11
220/12 239/15 240/4
240/6 240/10
revisions [2] 50/1
189/10
revisited [1] 44/4
rewarded [2] 276/2
276/9
Rewards [2] 180/21
181/9
rework [2] 119/23
257/9
right [177] 7/4 8/19
9/16 10/24 11/1 11/13
12/19 22/14 29/3 29/9
30/18 35/3 36/25 45/15
47/4 47/11 48/7 48/9
48/11 48/18 48/21
59/10 60/16 63/22

roll [1] 249/1
rolling [1] 216/2
room [1] 257/23
rough [1] 266/4
round [1] 189/11
routes [2] 128/12
128/19
RPR [1] 295/22
Ruby [112] 2/16 3/12
3/18 4/5 4/8 13/10 16/9
20/12 46/23 49/15 51/9
58/9 58/16 59/20 59/22
60/2 60/20 60/23 62/1
62/3 62/3 62/10 64/24
66/21 92/17 97/7 98/1
100/20 100/23 106/16
112/12 113/7 114/11
114/24 116/7 122/2
123/20 125/2 131/12
131/23 132/19 133/1
133/17 133/23 134/11
140/22 141/12 141/21
141/25 142/8 143/9
145/23 158/21 162/20
166/6 166/11 167/8
178/19 202/7 202/8
203/4 204/8 204/25
208/25 211/8 214/14
222/17 227/3 230/14
235/21 241/21 243/1
243/20 244/12 244/21
249/17 252/5 254/4
257/20 257/22 260/17
261/5 261/13 262/7
262/14 263/17 264/18
264/21 265/17 265/20
268/11 269/18 269/24
270/11 271/8 271/12
271/14 272/8 272/9
272/13 272/20 273/10
273/15 274/18 275/25
278/4 280/3 280/6
281/18 283/10 287/8
287/10
Ruby's [12] 65/5 97/6
97/16 104/1 112/10
126/6 158/9 229/20
253/13 258/7 269/6
271/16
rude [1] 214/14
rule [3] 94/21 238/21
295/15
rules [4] 1/16 8/11
224/12 296/17
rumor [1] 280/5
rumors [2] 279/24
280/9

**S**

said [105] 12/18 14/5
22/3 34/8 35/15 35/17
41/23 58/12 58/23
60/16 62/21 64/24
67/12 67/13 76/17
79/14 82/11 84/6 86/13
86/21 87/9 99/7 100/22
102/1 103/2 107/5
111/5 113/2 123/9
126/6 126/11 127/16

127/23 130/4 130/5
130/17 133/12 140/25
147/21 150/19 156/9
160/17 163/13 163/16
163/18 166/6 166/15
169/8 182/5 183/6
183/20 183/22 183/25
186/21 186/25 193/4
193/5 195/12 204/13
204/13 204/25 205/4
205/7 205/8 205/9
206/24 208/1 208/25
209/20 210/4 211/7
211/8 211/9 211/11
211/13 211/15 212/24
213/10 216/18 222/4
222/6 229/8 231/24
232/16 232/18 232/21
232/24 240/15 242/25
258/23 260/18 260/23
261/6 261/9 264/15
264/16 264/20 266/7
273/15 274/10 274/22
275/19 281/16 282/7
294/8
same [62] 6/1 9/2
12/15 20/5 27/7 36/10
50/20 50/24 69/21 70/4
74/18 75/9 80/21 88/4
88/6 88/20 102/17
122/22 128/15 130/8
130/9 148/13 150/10
155/7 155/10 155/16
156/6 160/21 161/21
166/8 171/25 194/4
194/16 200/2 202/17
203/2 206/1 206/16
210/6 210/17 210/21
213/19 213/22 227/11
227/17 228/3 233/11
238/18 246/24 251/3
252/15 253/8 253/12
254/5 257/23 259/16
269/12 274/7 275/1
277/3 278/2 293/1
sanctions [1] 242/12
sat [1] 8/9
satisfactory [1] 265/5
save [9] 91/2 91/15
92/13 92/16 92/20
94/25 96/2 96/24
125/14
saved [8] 50/5 50/13
91/14 92/25 94/18
94/23 123/5 123/13
saving [1] 91/17
Savita [10] 185/11
186/1 194/5 194/5
194/25 195/12 195/16
198/23 199/12 199/14
savvy [1] 20/14
saw [8] 54/20 113/8
121/25 122/3 197/13
208/4 222/3 262/22
say [65] 8/21 9/14
26/18 28/14 33/4 33/23
35/2 35/4 35/18 36/15
36/20 41/3 61/3 64/16
66/5 67/10 77/5 77/12

**S**

**say... [47]** 78/14 79/16 94/20 97/16 102/24 113/7 113/18 114/16 116/10 116/14 123/13 129/4 133/10 134/23 135/4 138/16 146/18 156/14 158/12 166/6 168/6 168/23 170/10 171/15 172/7 189/2 193/4 197/11 198/10 198/12 204/20 205/5 207/5 208/4 208/7 213/13 251/17 265/1 269/23 270/1 272/18 278/3 278/8 279/10 279/11 279/14 287/13

**saying [50]** 9/1 66/22 67/16 80/23 87/12 100/15 100/16 104/12 119/2 123/23 129/8 140/4 151/10 151/14 151/16 151/17 151/18 152/23 159/3 159/14 165/11 166/15 177/4 204/22 205/16 205/18 208/8 209/12 211/9 229/24 229/24 231/6 231/16 231/20 237/24 245/4 250/20 263/21 264/4 264/8 264/12 264/14 264/24 267/11 267/15 267/22 269/6 275/25 282/13 282/15

**says [36]** 25/4 27/20 30/22 31/3 31/7 51/2 51/8 52/23 53/3 53/22 54/6 59/11 64/24 66/13 88/14 105/7 123/1 123/5 131/8 133/16 138/6 185/25 188/5 192/3 219/12 240/16 241/1 249/7 251/2 262/7 263/13 263/20 265/19 266/21 269/17 278/24

**scale [3]** 28/6 28/7 29/25

**Schacht [16]** 4/2 13/21 15/25 17/6 33/20 33/24 54/9 201/16 201/20 202/25 208/19 213/6 213/24 233/1 275/7 275/16

**schedule [1]** 139/23

**scheduled [9]** 133/19 249/8 253/14 254/12 254/14 256/13 260/12 260/14 291/15

**scheduling [1]** 146/10

**scrambling [1]** 212/4

**screen [4]** 105/7 122/6 122/8 218/6

**scroll [1]** 185/5

**scrolling [1]** 259/17

**sdittmer [2]** 295/1 296/1

**Sean [23]** 3/15 17/3

17/10 54/9 86/9 87/19 115/2 116/20 124/1 131/4 131/9 132/18 132/20 132/22 135/22 136/1 140/2 143/6 144/21 154/10 213/6 213/25 277/8

**search [7]** 56/9 90/14 95/24 96/20 241/14 242/9 243/10

**searched [2]** 90/17 96/19

**searching [3]** 90/13 248/4 289/19

**seat [18]** 45/5 175/21 177/17 177/22 177/25 178/13 178/14 178/16 178/23 179/3 179/7 284/1 284/16 284/19 284/24 286/1 286/8 286/9

**seat-time [2]** 286/1 286/9

**seats [1]** 255/11

**second [17]** 12/14 19/11 31/1 41/11 53/21 53/22 66/13 169/9 185/6 191/17 197/4 236/17 255/14 259/13 266/25 267/12 278/10

**seconds [3]** 225/25 226/9 226/25

**section [3]** 27/20 39/24 191/20

**see [77]** 18/5 23/6 24/6 25/3 27/14 30/23 30/24 31/5 50/6 51/6 52/22 53/1 53/9 53/16 56/9 65/1 66/11 80/24 82/22 82/22 83/6 83/20 84/1 84/6 88/17 89/15 91/19 92/24 97/19 98/22 103/22 105/11 112/15 122/8 122/17 122/21 123/3 123/7 123/11 126/14 131/6 138/1 142/10 150/9 173/5 184/11 185/8 186/14 190/12 192/24 203/10 205/12 212/19 218/3 218/7 218/20 219/12 236/20 241/6 241/17 241/25 254/19 255/8 255/17 255/20 263/8 269/15 269/19 272/22 273/3 273/6 278/7 278/12 283/10 287/9 287/15 289/8

**seeing [11]** 89/19 95/21 116/13 122/10 125/13 129/23 133/8 246/13 269/8 276/15 278/8

**seem [4]** 25/8 101/17 180/16 270/15

**seemed [4]** 60/3 212/7 272/20 284/9

**seems [8]** 100/6 118/6 118/14 122/1 136/18

150/15 188/9 200/10 200/11

**seen [8]** 52/10 54/18 121/24 123/10 165/15 165/17 203/2 243/12

**selected [1]** 291/18

**self [4]** 61/10 79/23 160/19 164/16

**self-awareness [1]** 79/23

**self-defense [1]** 61/10

**self-evaluation [2]** 160/19 164/16

**send [12]** 57/23 57/24 129/11 142/25 143/5 184/13 195/13 203/13 216/25 222/6 246/5 265/20

**sending [13]** 24/21 25/4 47/6 52/6 93/24 139/7 143/23 196/10 221/21 246/4 260/19 260/23 263/11

**sends [1]** 266/20

**senior [16]** 6/10 6/16 7/3 20/4 20/17 20/25 21/14 34/22 35/5 35/8 63/8 161/8 173/13 182/2 182/19 290/6

**sense [8]** 10/17 10/21 11/5 29/1 29/4 67/9 168/7 251/24

**senses [1]** 30/14

**sent [27]** 33/25 47/22 51/14 90/14 90/24 92/8 92/10 94/16 94/18 99/23 122/22 136/5 143/2 184/9 185/21 194/4 197/21 198/1 214/18 216/7 225/2 227/7 230/25 241/9 259/9 261/3 263/6

**sentence [5]** 138/5 138/6 212/24 231/20 264/17

**sentences [1]** 206/10

**separate [1]** 41/22

**separation [4]** 3/13 114/24 122/16 123/11

**September [30]** 18/10 18/12 18/21 19/15 31/11 31/15 110/16 111/19 112/2 112/22 113/2 114/13 114/16 115/13 115/17 115/21 116/19 117/4 119/3 123/15 124/14 125/3 125/15 129/16 130/7 171/7 216/4 246/11 246/11 247/14

**September 1 [29]** 18/10 18/12 18/21 19/15 31/11 31/15 110/16 111/19 112/2 112/22 113/2 114/13 114/16 115/13 115/17 115/21 116/19 117/4 119/3 123/15 124/14 125/3 125/15 129/16 130/7 171/7 216/4

246/11 247/14

**sequential [1]** 3/19

**seriously [3]** 69/16 80/24 180/4

**served [1]** 74/9

**serving [1]** 21/22

**session [1]** 260/15

**sessions [3]** 257/14 258/5 259/1

**set [7]** 59/4 151/12 158/9 174/20 175/11 176/11 296/18

**setting [3]** 58/15 175/8 176/5

**settings [1]** 91/5

**settlement [1]** 296/19

**seven [2]** 8/15 211/5

**several [2]** 34/25 247/15

**shape [1]** 76/7

**share [37]** 15/21 15/23 21/22 33/18 54/11 57/12 59/22 115/22 121/4 122/6 122/12 146/11 146/12 158/11 177/3 192/9 197/8 197/17 202/8 202/23 203/1 203/12 204/22 211/1 217/21 218/6 218/21 225/9 225/11 225/16 236/10 241/3 244/23 244/24 263/16 263/23 267/3

**shared [53]** 24/13 39/16 39/20 51/9 58/9 64/7 100/4 100/18 101/4 101/8 101/11 101/12 103/20 107/14 107/20 114/20 119/14 119/15 120/3 122/2 165/23 185/1 186/22 187/2 187/3 187/11 187/12 190/15 192/13 192/15 192/18 192/21 193/3 193/7 200/13 203/11 212/15 218/24 219/2 219/3 228/11 241/22 259/3 260/17 268/1 271/15 273/15 274/8 274/18 275/2 275/9 275/17 279/23

**SharePoint [1]** 241/5

**sharing [11]** 49/14 158/22 164/16 199/2 201/3 224/11 230/8 242/25 248/20 251/12 254/17

**she [356]**

**she was [1]** 280/15

**she's [26]** 10/3 24/4 83/3 83/9 83/11 85/18 103/9 141/15 144/12 155/6 155/15 160/2 160/13 165/11 184/19 184/20 185/12 196/13 204/1 205/10 229/4 265/2 265/8 267/22 267/22 270/4

**shed [1]** 60/17

246/11 247/14

**shedding [1]** 60/19

**sheet [1]** 295/14

**sheets [2]** 293/2 295/13

**Shelly [1]** 147/21 187/19

**shift [6]** 180/17 219/24 220/1 224/12 226/13 256/16

**shifted [8]** 44/2 44/4 209/25 222/5 222/10 224/20 239/2 248/3

**shifting [1]** 222/13

**shock [2]** 62/15 281/25

**short [5]** 27/3 221/7 238/6 268/3 271/19

**shorthand [1]** 294/9

**shortly [8]** 55/1 55/1 59/1 129/9 204/16 213/17 237/8 261/12

**should [46]** 25/3 44/18 44/21 44/25 50/24 66/25 66/25 67/7 67/7 85/20 89/11 92/4 94/25 100/5 100/25 101/10 101/23 102/2 102/3 107/15 108/6 109/6 109/9 109/16 115/9 119/12 123/13 134/5 134/7 178/20 206/3 206/15 208/8 208/12 208/14 248/3 248/6 249/10 249/18 250/13 264/10 265/13 275/11 280/2 284/3 293/4

**shouldn't [11]** 108/5 108/16 108/22 109/4 205/10 207/5 207/9 208/2 263/23 267/3 283/4

**show [7]** 52/4 121/17 134/5 137/8 137/9 137/15 286/23

**showed [1]** 216/6

**showing [5]** 34/22 60/4 255/10 269/18 269/24

**shown [1]** 168/11

**shows [2]** 220/11 252/9

**SHRM [130]** 3/9 3/16 3/22 3/24 4/3 5/24 5/25 6/4 6/7 6/14 6/17 16/10 16/14 16/22 19/10 21/4 30/4 30/22 30/24 30/24 31/2 32/5 42/15 48/2 48/3 49/22 50/16 51/3 52/15 52/16 52/23 53/6 53/6 54/24 56/3 56/25 57/21 63/19 64/23 68/14 68/17 69/1 70/16 70/24 71/2 71/6 72/6 72/9 72/15 73/4 73/19 73/25 76/18 86/1 86/3 88/10 89/2 90/23 92/11 93/16 94/9 94/12 96/7 97/16 107/15 111/24 113/9 115/16 116/1 118/6 118/15 121/20 129/8 129/15 130/6

**S**

SHRM... **[55]** 130/16 130/16 131/20 132/15 137/23 142/12 147/11 149/1 149/10 151/9 154/4 157/3 157/9 162/7 168/12 170/1 170/2 170/22 170/24 171/12 174/23 184/7 185/7 185/13 185/15 185/18 192/8 194/1 194/15 196/3 196/3 196/14 201/8 201/8 241/10 242/8 244/21 261/25 263/4 269/10 270/24 272/6 276/1 278/5 285/10 285/10 285/14 285/20 286/3 286/4 286/25 287/1 287/4 295/8 296/6

SHRM 0726 **[1]** 51/3
SHRM 0729 **[1]** 97/16
SHRM 0735 **[1]** 48/3
SHRM's **[13]** 16/19 29/13 29/20 30/2 32/17 53/24 93/25 130/5 130/5 149/18 179/11 286/7 289/22

SHRM.org **[1]** 196/11
side **[3]** 76/1 168/16 230/21
sign **[1]** 296/15
signature **[6]** 292/8 294/16 295/10 295/11 295/13 296/11
Signed **[2]** 296/12 296/13
significant **[7]** 115/6 135/1 182/16 182/17 182/21 212/3 282/9
significantly **[1]** 289/1
similar **[11]** 33/2 53/11 66/23 95/19 150/10 168/20 220/1 226/14 227/5 227/9 228/1
simply **[1]** 203/21
since **[14]** 6/6 8/9 23/8 32/18 32/20 50/21 56/3 91/21 128/10 133/16 145/23 202/10 205/5 296/18
Sincerely **[1]** 295/21
single **[2]** 93/13 140/22
sit **[1]** 265/13
sitting **[6]** 26/10 129/14 134/18 177/25 198/6 292/2
situation **[7]** 43/16 45/14 199/3 211/23 251/23 275/24 279/18
situations **[4]** 111/10 154/15 169/15 198/9
six **[5]** 22/17 22/19 30/5 45/2 276/22
six weeks **[1]** 276/22
six-month **[1]** 22/19
SKC **[3]** 1/2 295/8 296/7

skill **[1]** 174/20
skills **[4]** 36/2 37/9 37/15 60/8
skin **[13]** 82/16 83/2 83/6 83/21 84/2 84/7 152/18 163/3 163/10 167/7 170/15 172/14 175/4
skip **[7]** 53/7 53/18 192/7 211/4 266/24 267/9 275/21
skipping **[2]** 270/12 278/16
skips **[1]** 191/4
slack **[11]** 95/12 95/17 95/24 96/1 96/3 96/8 96/23 97/3 97/8 272/10 272/16
Slacking **[1]** 97/8
Slacks **[1]** 96/20
slant **[1]** 71/12
sleep **[2]** 14/14 14/17
SlideDeck **[4]** 243/15 244/6 245/17 246/4
slightly **[5]** 33/1 124/24 176/7 207/13 222/18
slip **[1]** 288/25
slipping **[2]** 40/11 289/1
small **[1]** 259/7
smart **[1]** 30/8
SME **[26]** 120/3 120/9 120/9 120/11 121/5 193/1 193/2 208/6 210/2 224/15 237/2 237/7 238/6 239/1 239/5 239/6 239/7 239/14 239/18 245/7 248/10 249/9 249/15 249/20 250/14 250/19
SMEs **[9]** 24/18 128/16 224/16 229/4 238/15 239/16 239/23 240/1 248/4
snap **[1]** 231/5
snapped **[2]** 209/2 209/12
snappy **[1]** 210/5
snapshot **[1]** 40/21
snarky **[13]** 205/9 205/19 206/8 206/19 206/19 208/10 208/21 209/5 209/8 228/25 229/2 229/8 231/6
sneak **[1]** 47/17
snuff **[2]** 243/15 244/7
so **[506]**
social **[4]** 76/5 76/8 76/23 76/23
SOCIETY **[2]** 1/7 5/23
software **[1]** 36/4
sold **[1]** 255/11
sole **[1]** 118/23
solely **[1]** 123/25
solid **[14]** 27/23 28/1 28/3 28/9 28/11 28/17 28/20 29/15 31/22 32/10 33/6 33/7 40/1 63/11

solidly **[1]** 98/3
solution **[3]** 69/17 222/19 223/1
solutions **[3]** 209/2 209/22 211/12
solve **[1]** 128/15
solving **[1]** 121/15
some **[98]** 8/10 10/2 12/1 12/18 13/18 23/12 25/25 33/3 35/8 35/16 38/19 43/9 44/5 44/13 44/19 44/23 45/6 45/23 46/3 46/18 47/4 48/21 49/14 54/16 58/20 59/5 59/20 60/23 62/7 67/11 67/24 71/7 71/8 72/10 76/7 91/6 93/5 100/18 104/11 111/4 112/11 117/17 119/23 120/12 120/13 129/7 131/11 142/17 143/6 144/8 147/3 148/6 150/17 154/4 156/5 158/2 167/25 168/25 169/9 173/6 176/12 177/1 177/9 178/21 179/14 182/23 183/3 189/8 189/8 195/2 195/4 195/8 203/4 204/19 205/21 216/1 229/2 229/6 235/14 240/6 240/10 241/23 242/14 246/12 250/11 255/8 257/9 257/11 258/14 273/11 282/1 282/8 282/10 283/2 286/6 286/6 286/23 287/23
somebody **[1]** 96/14
someone **[41]** 11/19 29/10 38/4 43/19 44/2 44/18 83/5 83/14 84/1 89/2 95/21 108/17 118/18 124/14 124/22 125/13 126/5 126/10 126/19 151/20 152/1 152/12 154/24 156/23 157/13 157/14 159/6 159/11 159/23 163/21 164/6 168/12 172/7 174/23 176/2 188/25 201/17 209/12 231/17 241/22 280/7
someone's **[5]** 28/11 38/13 84/6 84/8 231/23
something **[56]** 10/15 11/2 11/13 43/7 45/9 45/11 68/11 68/25 77/19 79/17 82/11 86/13 89/2 90/6 91/7 95/4 95/21 100/5 101/20 101/24 101/25 102/2 108/9 109/6 109/6 113/14 122/5 124/11 126/17 126/20 130/25 134/2 134/13 135/18 137/2 151/11 151/15 154/7 163/18 166/11 170/21 174/23 175/23 176/3 176/15

176/19 177/4 183/9 183/16 187/12 201/18 208/1 217/4 225/24 267/20 276/19
something's **[1]** 288/13
sometime **[1]** 178/18
sometimes **[2]** 42/25 71/11
somewhere **[5]** 93/11 145/17 184/23 241/12 248/12
son **[3]** 151/18 151/21 151/25
soon **[2]** 129/2 197/21
soon-ish **[1]** 129/2
sooner **[2]** 252/11 253/18
sorry **[47]** 14/17 16/15 22/4 31/1 39/6 47/16 53/22 58/20 68/10 69/25 70/18 77/6 77/12 101/21 104/25 110/14 111/19 121/5 128/23 144/14 151/13 167/23 169/16 172/3 172/5 185/6 192/20 193/9 194/5 201/18 213/20 222/22 223/24 223/24 227/21 227/22 236/23 240/15 245/3 257/2 259/7 263/22 269/3 273/22 278/20 281/16 286/13
sort **[1]** 93/11
sorted **[1]** 25/23
sound **[6]** 61/12 97/22 165/3 218/10 230/14 231/18
sounded **[10]** 229/12 229/21 229/25 230/3 230/14 231/8 231/10 231/13 231/14 252/12
sounds **[23]** 49/1 93/14 101/12 156/12 162/25 178/8 190/20 192/2 193/19 200/9 227/3 227/9 228/1 229/18 230/20 234/21 247/7 276/23 281/5 282/5 284/23 286/11 286/14
space **[3]** 51/22 142/17 197/6
span **[1]** 281/20
speak **[32]** 8/24 13/15 15/25 16/3 79/22 88/24 90/6 95/2 118/18 119/5 119/9 124/4 124/20 125/25 152/15 153/21 155/4 155/20 156/21 156/24 157/12 157/22 158/8 158/24 159/6 168/15 180/23 267/25 268/11 269/5 269/6 280/15
speaker **[1]** 227/22
speaking **[5]** 77/6 189/13 201/17 215/9 264/18

special **[2]** 161/25 162/1
specialist **[2]** 63/7 184/20
Specialty **[8]** 34/18 75/24 181/10 182/25 188/12 188/20 189/1 253/11
specific **[18]** 21/21 23/11 40/9 54/17 58/14 73/21 97/1 135/3 151/3 182/8 192/22 199/6 204/19 231/20 238/12 248/18 259/2 264/22
specifically **[14]** 17/18 52/23 53/23 92/23 104/5 104/19 144/5 175/8 179/16 180/13 247/17 264/18 264/21 282/15
specifics **[3]** 7/25 42/3 183/13
speculate **[4]** 19/2 84/11 124/22 127/22
speculating **[3]** 96/10 96/12 119/5
spell **[2]** 5/11 93/19
spend **[1]** 282/10
spicy **[1]** 196/24
spill **[1]** 136/4
spirit **[3]** 30/10 197/1 214/12
split **[1]** 130/1
spoke **[14]** 14/3 14/9 24/6 49/13 57/10 88/3 88/14 88/19 95/13 99/25 100/9 190/20 191/13 268/1
spoken **[1]** 13/20
spread **[1]** 280/10
spreading **[2]** 278/5 279/24
stages **[1]** 178/25
stakeholders **[2]** 189/6 260/12
stamp **[1]** 248/23
stamped **[1]** 248/24
stand **[4]** 160/23 204/1 216/13 266/12
stand-in **[1]** 204/1
standard **[1]** 71/7
standards **[3]** 44/17 108/5 285/5
standpoint **[2]** 101/10 256/12
stands **[1]** 131/15
start **[15]** 6/14 9/11 9/23 44/21 48/23 66/1 68/6 71/2 99/14 100/15 202/18 217/11 250/5 272/13 282/25
started **[18]** 6/17 7/8 19/10 21/20 22/9 49/10 59/19 64/24 117/18 120/25 199/12 216/2 239/3 265/18 272/24 273/1 283/8 283/11
starting **[4]** 19/22 40/10 226/8 229/4

**S**

**starts [5]** 54/5 66/9
186/13 204/21 211/6
**state [8]** 5/11 138/20
180/7 189/9 191/12
191/14 236/2 294/4
**statement [7]** 138/11
144/10 195/6 209/17
231/21 264/17 275/4
**statements [2]** 191/15
206/10
**states [2]** 1/1 227/10
**stating [1]** 158/22
**status [4]** 110/17
112/10 112/13 140/15
**stay [7]** 66/14 66/16
66/19 67/9 101/16
168/19 187/1
**step [9]** 21/1 34/21
166/22 170/2 189/25
191/20 243/25 251/25
253/15
**stepped [1]** 190/16
**steps [19]** 18/7 89/11
99/1 101/10 101/14
110/10 110/11 112/18
115/3 116/21 126/18
132/22 135/24 140/16
195/14 198/25 199/19
200/12 243/20
**still [56]** 10/6 25/4
31/21 35/9 42/11 42/14
50/8 50/12 50/24 51/13
55/3 63/4 63/9 64/12
78/17 81/11 85/5
114/21 114/21 114/22
119/22 132/16 137/11
156/20 157/12 189/12
189/17 189/21 189/25
194/1 196/14 205/9
209/8 213/16 219/10
219/14 222/11 232/13
236/7 240/7 241/8
241/11 241/13 241/17
241/18 242/1 252/12
252/14 259/6 263/4
265/17 277/18 278/16
279/16 280/3 288/3
**stipulation [1]** 296/14
**stop [6]** 54/24 105/5
109/25 110/4 226/9
272/15
**stopped [5]** 204/8
226/24 272/9 272/23
272/25
**strained [1]** 258/11
**strains [1]** 258/14
**strange [1]** 8/12
**street [6]** 2/4 2/8 2/13
84/2 295/5 296/5
**strength [2]** 20/14
85/15
**stress [1]** 187/13
**strong [4]** 15/19
136/19 154/17 154/24
**structure [1]** 122/11
**struggling [2]** 66/20
111/7

**stuff [6]** 43/20 43/24
72/23 95/22 145/7
285/14
**style [11]** 20/10 51/10
58/10 59/20 59/21
64/25 100/19 100/20
103/3 103/10 166/9
**styles [1]** 142/16
**subject [10]** 13/2 13/8
39/8 67/22 120/9
140/12 185/18 189/6
195/1 227/4
**subject-verb [1]** 39/8
**subjected [4]** 149/6
149/22 149/25 150/13
**subjective [8]** 37/15
37/21 38/9 46/9 177/14
284/14 284/18 284/21
**subjectivity [2]** 46/4
177/9
**submissions [1]**
125/22
**submit [5]** 183/8
235/23 247/25 252/2
253/22
**submitted [9]** 31/7
31/20 86/7 119/11
235/15 236/3 243/15
244/6 245/17
**submitting [2]** 183/10
183/16
**Subscribed [1]** 293/19
**subsequent [2]** 82/2
82/6
**substance [3]** 11/11
93/23 107/11
**succeed [2]** 62/14
62/22
**succeeding [1]** 62/24
**success [1]** 62/13
**such [2]** 38/16 64/9
**suggest [1]** 216/2
**suggested [4]** 202/7
202/22 202/25 219/18
**suggestions [2]** 23/13
36/1
**Suite [5]** 2/4 2/8 2/13
295/5 296/5
**Sullivan [13]** 3/16 17/3
17/10 54/9 86/9 87/19
115/2 115/12 131/4
144/10 154/10 213/6
213/25
**summaries [1]** 259/3
**summarily [2]** 183/19
277/3
**summarize [9]** 67/20
101/2 111/7 174/8
195/4 195/11 195/13
206/5 247/20
**summarized [1]**
132/25
**summarizes [1]** 251/9
**summarizing [4]** 62/19
165/8 206/11 227/12
**summary [25]** 45/18
100/11 101/18 103/23
107/4 153/2 153/3
163/16 169/11 183/20

182/19 182/19 197/19
202/15 204/11 204/13
214/1 216/7 230/25
232/11 232/15 233/10
251/1 260/3 266/6
**summer [6]** 42/12
75/18 86/12 107/3
107/6 117/18
**sunshine [1]** 148/7
**supervisor [10]** 33/18
62/5 63/17 64/4 67/6
68/18 68/22 71/5 72/18
109/11
**supplement [5]** 11/3
148/20 181/22 249/2
281/9
**support [9]** 38/19 68/1
80/21 136/25 137/12
138/2 182/21 191/20
258/14
**supporting [3]** 141/13
200/14 270/5
**supportive [2]** 62/13
**supposed [7]** 66/21
76/9 76/11 164/8
203/15 252/10 279/17
**sure [115]** 5/13 5/14
5/15 7/13 16/17 22/8
30/6 30/19 32/20 32/21
33/3 35/25 36/21 36/22
37/18 39/12 40/13 42/8
43/22 61/18 64/10 67/4
68/19 69/2 72/18 75/1
77/25 78/11 83/25 86/7
86/21 87/11 89/17
90/16 92/9 94/2 94/2
96/2 98/14 99/21
107/17 107/19 108/19
110/7 113/20 114/4
117/1 118/11 123/10
123/14 124/10 127/22
134/10 135/5 136/10
140/25 144/15 146/13
150/15 150/16 150/19
152/9 154/25 156/20
156/25 158/12 159/6
159/8 159/21 160/6
161/20 162/11 164/12
174/12 175/15 177/21
179/24 184/22 188/16
189/12 195/20 198/12
204/4 210/23 210/24
213/17 214/9 217/11
218/4 225/6 225/18
226/2 234/7 239/11
241/19 243/11 244/9
244/19 244/24 246/14
252/14 253/19 257/3
257/4 257/25 261/22
271/9 272/23 273/11
273/23 277/11 280/2
280/3 281/1 288/15
**surmise [1]** 83/18
**surprise [8]** 115/15
115/18 115/19 121/11
123/11 124/6 197/25
243/22
**surprised [2]** 116/17
116/21

**surprising [1]** 116/22
**SWAIN [9]** 2/3 2/3 3/5
3/10 5/6 5/8 296/4
296/4 296/9
swainemploymentlaw.
com [1] 2/5
**swing [1]** 42/11
**switches [1]** 91/8
**sworn [4]** 5/3 7/22
293/19 294/6
**synthesis [1]** 284/14
**synthesize [2]** 32/14
45/24
**synthesized [1]** 284/9
**system [3]** 33/21 33/21
90/23

**T**

**tab [1]** 122/25
**tainted [1]** 79/15
**take [56]** 10/14 10/19
10/23 11/7 12/12 15/11
15/12 15/13 15/14
24/20 24/23 25/13
43/19 44/2 44/21 44/25
47/9 48/6 48/24 74/22
89/11 101/16 102/3
104/13 105/9 108/5
130/13 132/8 139/6
147/15 147/20 158/4
163/7 170/12 172/11
175/22 176/9 180/4
182/22 183/3 184/2
190/14 196/24 213/25
214/4 214/22 242/9
242/22 247/5 249/19
280/22 281/3 283/4
284/3 286/1 286/9
**taken [18]** 1/16 7/15
25/19 75/3 105/15
128/13 143/7 147/24
175/16 181/19 206/15
214/24 239/15 240/4
247/8 281/6 294/9
295/7
**takes [2]** 44/11 175/24
**taking [9]** 64/11 67/1
67/25 120/20 215/21
253/6 278/19 282/12
282/17
**talent [1]** 185/16
**talk [18]** 15/15 46/23
55/17 58/16 59/5
105/19 105/21 125/10
129/7 146/13 148/10
161/4 209/1 222/18
229/4 245/11 247/11
259/23
**talked [28]** 44/4 58/8
81/21 86/9 86/10 86/11
98/3 103/20 109/14
116/20 117/12 120/10
120/18 148/23 171/6
181/13 212/14 222/13
222/16 224/12 250/17
250/25 254/7 258/7
258/8 258/8 258/9
258/9
**talking [46]** 7/8 14/21

17/4 19/2 28/23 29/3
29/4 39/6 40/7 45/10
72/6 84/22 85/7 87/1
97/6 106/11 108/9
110/11 115/4 115/6
117/15 120/8 140/11
140/13 141/20 144/3
148/21 154/14 163/13
166/3 175/6 181/25
188/17 188/22 206/20
208/13 208/21 209/5
220/16 223/11 227/6
231/17 233/8 258/13
258/18 263/8
**target [3]** 288/4 288/12
288/21
**task [2]** 72/19 207/18
**tasked [1]** 256/25
**tasks [8]** 27/22 38/1
38/5 40/2 161/14
207/25 207/25 212/21
**Taylor [1]** 3/10
**teaching [1]** 237/25
**team [89]** 20/5 20/15
20/16 33/17 60/7 62/14
62/22 62/24 68/1 72/23
80/20 91/12 97/9 101/2
102/21 133/17 133/18
135/8 135/11 137/7
137/12 138/3 138/4
138/7 138/7 138/12
138/16 139/2 139/22
140/2 140/3 140/6
140/7 140/8 140/11
140/13 140/21 140/24
141/2 141/23 142/1
142/3 142/12 142/25
143/9 143/17 143/20
143/23 143/24 144/5
144/11 144/17 150/22
150/22 155/11 156/8
158/23 160/22 161/12
163/25 164/10 166/6
170/19 171/23 172/21
173/14 173/16 173/25
174/6 174/10 174/10
175/12 244/23 256/14
260/16 263/15 264/23
266/23 268/1 269/17
270/5 272/9 272/15
273/11 273/12 275/11
285/21 285/21 290/7
**teams [3]** 72/17 72/18
286/6
**tears [3]** 60/1 60/17
60/19
**technical [2]** 25/22
38/16
**technically [1]** 20/13
**techniques [1]** 166/9
**telephone [4]** 113/16
113/21 114/13 266/6
**tell [47]** 6/24 8/12
10/14 23/4 23/19 24/2
27/25 29/6 34/6 34/12
37/23 38/12 40/4 56/24
58/11 61/19 61/22
72/14 77/10 77/14
79/11 80/10 83/14

**tell... [24]** 95/17 96/11
100/15 102/5 114/15
116/2 119/10 135/18
179/20 180/6 184/24
202/24 218/10 231/17
231/21 231/22 235/7
241/9 243/14 244/5
257/14 258/4 260/6
262/12
**telling [4]** 8/1 128/2
130/4 265/12
**template [1]** 189/21
**temporarily [1]** 173/25
**ten [6]** 48/1 135/2
135/4 137/18 137/19
137/24
**tenors [1]** 180/3
**tenure [3]** 21/3 167/9
170/22
**term [2]** 177/22 178/2
**terminate [10]** 16/21
17/2 18/20 113/7 158/4
171/3 171/5 215/17
273/7 273/8
**terminated [15]** 18/1
19/15 31/11 36/7
109/22 114/18 174/9
182/9 184/16 194/8
196/20 197/24 198/17
200/3 247/14
**terminating [7]** 18/12
112/7 117/4 183/17
199/16 200/6 210/14
**termination [39]** 16/13
17/18 17/21 17/24 18/9
18/24 32/2 36/13 36/17
37/6 52/16 112/24
115/10 115/16 116/6
116/14 117/21 118/14
118/24 122/2 126/7
129/9 129/15 130/7
153/25 154/4 156/14
182/14 183/2 183/4
198/25 199/8 199/20
215/23 216/3 235/25
236/4 272/16 272/18
**terminations [1]**
243/21
**terminology [2]** 57/9
91/7
**terms [4]** 54/17 65/14
239/13 239/14
**test [1]** 10/13
**testified [20]** 5/4 14/2
14/8 19/15 31/12 36/6
36/12 55/3 61/9 111/17
142/9 182/9 183/15
200/1 211/17 215/2
228/17 232/21 245/14
289/25
**testifies [1]** 228/5
**testify [1]** 294/6
**testimonial [1]** 242/4
**testimony [31]** 8/5
11/1 18/11 18/19 45/14
45/18 56/1 56/16 72/24
73/17 83/13 105/21

106/8 114/12 115/11
133/3 135/9 139/1
142/24 143/4 143/23
148/14 148/19 228/7
230/4 230/7 230/12
273/18 274/3 293/2
294/12
**text [21]** 51/8 51/13
51/15 51/21 51/23 52/2
53/4 53/12 54/23 54/24
55/4 55/6 55/11 55/16
55/20 56/15 56/21
56/25 58/9 58/12 58/24
**texted [3]** 55/14 56/2
59/1
**texts [1]** 57/3
**than [54]** 11/15 26/4
26/10 32/25 40/20
43/12 43/13 45/11 57/6
57/7 60/7 61/21 72/8
80/20 84/20 87/12
111/12 127/10 134/23
135/2 135/7 136/10
136/11 136/21 137/17
137/18 137/19 150/15
150/21 152/12 153/15
155/12 156/8 158/23
159/22 161/8 165/1
165/12 168/16 175/24
180/7 182/14 188/21
197/3 202/2 203/18
206/23 228/10 252/11
259/3 275/20 276/21
283/4 283/13
**thank [19]** 33/13 71/1
75/5 148/3 181/7
211/15 212/24 213/10
217/19 218/17 225/19
225/20 226/10 232/18
232/22 242/25 292/2
292/5 295/20
**Thanks [3]** 39/4 49/1
225/7
**that [1611]**
**that's [151]** 5/18 8/5
8/6 9/12 11/23 12/3
13/14 14/17 15/2 21/11
31/18 35/9 38/5 44/23
47/23 49/22 51/2 52/20
56/22 61/5 61/6 61/10
62/15 63/22 64/19
68/16 73/13 78/12
79/21 80/1 82/24 92/25
94/7 94/14 94/19 94/19
94/20 97/23 101/11
102/7 102/9 106/6
108/4 108/8 108/9
109/2 114/10 115/14
116/10 118/23 123/18
128/14 131/19 132/5
133/3 133/13 135/23
139/5 142/2 147/9
149/20 151/19 153/3
153/18 156/22 157/13
158/25 159/5 159/7
160/15 161/4 166/17
170/1 170/9 177/14
178/11 181/3 181/9
185/7 190/19 192/2

193/10 193/6 194/4
199/11 200/24 205/14
205/17 206/18 207/3
208/16 211/9 213/12
213/12 214/17 214/18
219/13 220/8 221/19
222/7 222/23 224/2
224/5 224/5 224/5
224/11 224/18 225/6
225/17 225/18 226/20
227/17 227/23 229/18
230/20 232/24 233/17
233/21 234/16 235/11
240/23 241/21 244/19
244/20 245/5 249/20
253/20 255/15 255/25
256/24 258/15 261/11
268/24 269/21 271/2
274/8 277/16 277/22
279/15 281/18 281/19
282/5 282/13 282/14
285/2 285/6 285/18
286/3
**their [36]** 13/21 19/1
27/21 28/12 28/14
28/19 29/10 32/8 33/18
38/16 38/17 38/17
54/10 54/13 68/18
68/22 84/8 109/11
126/19 146/25 147/12
151/5 152/18 152/18
153/1 163/10 163/22
164/7 164/11 165/2
165/12 167/1 167/7
174/20 182/20 198/10
**them [65]** 12/24 13/6
13/8 30/7 30/9 35/2
38/19 43/22 51/19
51/22 55/17 56/10
56/19 56/22 64/11
67/12 71/21 73/23 74/2
74/5 78/2 80/8 80/12
80/13 80/18 80/23 84/4
93/23 94/18 110/7
110/18 119/4 125/23
134/11 141/13 141/16
145/2 145/3 146/17
154/14 154/16 169/5
173/6 179/14 179/18
179/25 183/18 186/22
193/18 203/13 205/22
208/23 214/4 214/5
214/7 214/13 214/19
224/21 240/11 270/22
271/5 272/2 275/25
280/16 283/14
**then [71]** 7/1 18/6
24/20 31/3 33/18 36/3
39/10 44/3 45/1 48/24
49/19 53/11 54/5 57/17
57/17 58/3 59/24 60/10
71/7 74/24 76/3 84/19
84/19 91/8 91/12 97/12
99/25 99/25 101/4
104/18 112/17 115/1
116/20 117/15 118/16
121/3 132/12 142/18
145/23 162/9 167/25

174/3 174/6 174/6
178/9 188/23 189/10
189/13 189/14 191/4
193/1 195/10 205/9
210/4 211/6 211/15
212/24 219/25 232/18
239/16 239/19 241/4
252/11 256/19 258/1
261/3 266/16 267/1
267/13 273/9 283/1
**there [197]** 7/16 12/22
12/24 13/9 13/18 16/15
18/3 18/4 19/5 24/17
26/5 33/3 34/17 35/16
36/12 38/23 40/20 41/8
42/6 42/9 43/17 43/20
44/1 44/7 44/10 44/19
45/15 45/23 49/20 51/4
54/8 56/14 57/3 57/8
60/1 60/1 61/20 61/25
62/10 64/10 64/18
65/17 68/11 70/18 71/7
72/21 73/22 75/19
75/25 77/12 77/16
80/18 80/24 86/16
86/19 87/4 89/18 91/20
91/20 95/14 96/24
98/17 98/21 98/23
101/9 101/21 102/10
104/4 110/9 110/17
110/21 110/22 112/11
113/18 119/13 119/19
119/21 125/6 126/3
128/12 128/20 136/10
136/10 136/11 137/4
137/7 137/11 137/14
137/16 142/4 142/7
142/13 143/8 143/15
143/16 144/4 144/6
144/8 145/14 145/16
148/19 150/6 150/18
154/7 158/21 164/13
167/25 169/15 169/16
169/19 169/19 170/7
170/7 171/23 172/1
173/23 175/17 176/13
177/2 178/19 179/1
181/21 182/23 183/23
185/9 186/15 189/11
189/14 192/25 195/6
199/10 203/9 204/6
205/1 205/25 206/22
208/17 215/7 215/13
218/20 220/2 220/3
220/3 222/3 225/4
225/8 225/10 225/13
226/14 226/15 226/15
229/2 229/3 229/5
229/6 230/10 235/13
235/14 236/5 238/23
239/18 240/1 241/20
244/10 252/1 253/3
253/11 253/16 253/21
255/23 256/3 256/19
257/11 257/16 259/7
259/12 260/4 260/11
260/22 261/11 262/15
262/16 262/22 270/20
270/24 272/20 272/20

273/3 273/9 275/5
279/4 281/8 283/1
283/1 284/12 284/19
289/8
**there's [69]** 28/2 29/18
30/8 37/25 38/1 38/24
43/3 43/18 43/18 43/21
43/25 44/13 44/19 46/3
54/7 55/19 56/8 56/11
56/11 56/12 56/22
58/22 69/10 71/8 71/10
71/11 88/14 91/25
93/21 93/22 102/2
102/20 108/7 111/2
124/21 125/18 131/20
135/5 136/25 137/11
138/1 145/4 146/10
155/8 159/12 159/13
160/2 160/13 161/25
162/7 165/15 173/4
177/5 177/9 178/8
188/22 188/23 189/8
198/9 231/1 238/15
241/4 244/14 249/5
263/5 273/6 285/1
285/4 287/7
**thereafter [2]** 55/1
294/10
**these [31]** 32/14 34/4
74/4 76/19 96/23
112/16 129/23 136/16
142/21 146/21 177/10
186/19 193/17 208/13
220/13 248/2 255/5
255/8 255/10 266/16
270/16 275/13 275/24
276/5 278/18 282/18
282/22 287/18 288/19
288/25 290/1
**they [86]** 13/9 29/9
33/1 33/21 34/2 34/2
38/18 38/25 44/20
50/23 54/12 55/12
57/22 63/24 71/16
71/22 77/25 83/14 84/2
84/8 84/9 84/10 84/10
90/24 91/3 92/8 92/25
93/6 94/6 96/14 99/21
100/10 100/10 112/16
117/11 117/16 119/3
119/14 124/3 124/4
125/11 125/12 126/3
126/16 126/21 133/19
135/23 146/14 154/12
154/23 154/24 159/14
162/19 163/11 167/5
167/6 174/1 174/1
174/17 174/18 174/19
174/19 175/4 175/13
176/10 179/21 179/22
179/24 180/7 189/7
198/10 198/23 203/14
207/12 207/13 207/15
207/25 231/17 249/24
272/24 272/25 273/1
279/3 288/8 288/8
288/25
**they're [24]** 28/14
28/18 30/9 33/2 56/20

they're... **[19]** 64/14
77/18 77/18 77/20
129/12 140/14 145/3
147/7 159/13 159/14
168/13 176/3 178/1
193/14 209/13 231/18
256/13 256/13 279/7

**thing [12]** 9/12 119/4
122/9 128/17 151/24
154/24 172/25 218/9
224/5 226/2 243/14
244/5

**things [91]** 23/13 26/5
26/16 26/23 28/22
35/16 37/4 38/16 40/14
42/7 42/9 43/17 45/6
45/16 45/24 49/16
50/24 60/11 60/24 62/9
62/12 62/19 63/24 64/2
67/12 68/2 69/12 71/9
71/9 74/1 76/17 89/6
91/7 94/25 96/2 96/19
99/2 100/25 100/25
101/15 101/17 102/20
103/20 104/12 104/14
110/12 111/13 112/20
112/20 120/14 124/21
129/8 131/12 131/22
133/1 133/14 142/12
142/22 147/7 158/9
158/21 159/6 161/20
162/6 165/22 170/24
175/16 176/5 176/17
176/22 177/1 189/12
204/20 205/6 219/15
224/20 243/9 248/4
251/19 251/20 256/12
256/15 258/13 258/24
275/14 276/14 279/3
285/9 285/22 287/12
289/8

**think [302]**

**thinking [9]** 10/25
79/24 80/23 109/8
127/8 177/2 207/22
229/7 243/19

**thinks [1]** 155/4

**third [6]** 29/18 65/3
171/10 192/1 203/25
257/17

**this [318]**

**Thompson [5]** 162/21
162/22 163/1 165/19
171/7

**Thompson's [2]**
166/14 271/20

**those [103]** 15/17 19/3
19/6 30/14 38/5 38/19
38/22 39/11 39/15 44/5
44/17 45/6 45/21 45/24
54/12 57/4 62/6 62/18
65/25 68/2 71/9 71/11
71/12 72/3 75/24 76/6
77/2 77/22 79/25 87/24
91/18 93/16 96/2 96/4
96/16 99/19 104/4
111/7 112/12 115/11

117/13 125/11 125/13
126/2 127/10 127/11
132/20 134/5 137/5
137/11 140/16 140/19
142/22 144/23 145/24
146/9 146/11 146/12
151/15 156/9 158/9
159/18 161/14 163/18
165/23 172/23 176/4
176/19 177/1 178/21
179/21 183/4 188/15
193/16 199/9 216/6
224/10 227/2 237/11
242/18 248/13 248/15
249/22 251/21 256/9
256/23 260/7 267/23
271/1 271/24 280/12
283/18 283/19 283/22
283/23 284/2 284/13
285/15 285/15 285/22
288/6 288/7 289/12

**though [12]** 52/12
64/13 117/4 133/10
134/3 141/4 207/24
212/7 223/2 271/3
281/21 283/17

**thought [51]** 20/12
20/13 20/16 21/1 21/2
21/3 21/4 34/14 34/17
34/19 35/5 62/3 62/12
63/19 67/22 70/7 79/14
80/13 80/15 80/19
84/20 84/21 98/24
98/25 98/25 99/2 99/8
100/24 101/6 103/23
121/15 131/11 131/19
133/20 141/6 146/16
150/3 150/6 150/15
160/15 163/14 201/18
219/21 220/2 226/14
252/10 269/3 275/4
277/24 277/25 282/17

**thoughts [7]** 79/11
79/13 79/24 80/10
243/7 263/23 267/3

**threads [1]** 13/13

**threaten [1]** 277/12

**threatened [1]** 277/19

**threatening [1]** 277/15

**three [28]** 15/6 15/21
28/3 28/5 28/7 28/7
30/17 32/1 36/25 37/2
44/21 44/25 59/5 65/23
67/19 111/12 159/12
159/18 171/5 174/9
175/3 200/6 200/9
205/23 221/21 221/22
255/23 256/3

**three-ish [1]** 37/2

**three-tier [2]** 28/5 28/7

**through [40]** 8/10
24/23 25/1 42/12 44/16
47/9 49/7 52/22 54/16
69/17 70/14 70/21
76/17 80/23 85/8 86/8
90/18 93/12 94/22
96/18 96/20 100/24
102/21 128/19 130/13
130/19 138/1 139/7

146/19 146/25 146/25
146/19 146/19
183/10 199/7 236/15
254/24 254/24 272/18
273/22 287/1 289/18

**throughout [5]** 6/1
86/12 178/24 212/3
289/5

**Thursday [2]** 1/13
240/21

**tier [2]** 28/5 28/7

**time [173]** 6/25 9/2
12/11 12/14 13/11
16/23 19/21 21/13
22/10 22/16 26/5 27/9
30/4 30/15 31/20 31/25
40/6 40/11 40/15 40/18
40/21 41/8 41/12 42/5
44/11 45/4 45/4 45/8
50/4 54/21 59/5 69/21
72/20 74/18 75/9 75/20
75/22 89/4 91/3 91/18
92/14 95/12 95/18 97/8
97/8 100/3 100/9
104/13 104/16 111/6
111/10 111/16 111/22
113/2 121/3 127/8
127/21 128/22 129/14
132/15 133/24 134/9
134/11 134/11 134/22
135/22 136/6 136/17
137/6 137/13 137/24
138/4 138/14 138/17
138/18 139/5 142/15
144/1 144/7 145/23
146/10 146/14 146/20
147/14 150/23 151/3
158/3 158/8 161/1
162/16 162/25 167/12
171/1 171/19 171/25
173/20 174/8 174/13
174/22 175/21 175/22
175/24 177/17 177/22
177/24 177/25 178/13
178/14 178/16 178/23
179/4 179/7 180/16
186/18 187/8 187/14
189/16 192/15 192/18
193/7 200/16 203/3
206/1 206/16 207/8
210/13 210/18 211/25
212/4 212/15 215/2
215/6 233/16 238/7
238/13 242/14 247/19
248/1 250/7 250/12
253/3 253/10 253/22
259/25 265/8 270/18
271/19 273/12 276/23
277/16 279/7 279/21
280/8 281/2 282/1
282/5 282/8 282/10
282/20 283/6 284/16
284/20 284/23 284/24
285/25 286/1 286/8
286/9 286/19 287/18
294/9 295/17 296/15

**timeframe [1]** 248/12

**timeline [18]** 45/7
102/6 102/8 127/10
132/20 176/6 186/2

186/23 186/24 186/25
187/11 191/16 191/19
248/6 271/10 282/24
290/22 291/15

**timelines [8]** 35/25
36/1 97/7 117/17
140/15 176/10 282/18
285/18

**timeliness [4]** 36/18
37/5 37/8 40/4

**times [22]** 12/7 58/2
60/2 64/18 67/15 68/17
68/20 80/18 93/22
112/17 154/2 161/19
161/23 192/21 193/3
210/24 238/15 241/24
242/8 246/18 252/16
257/15

**timings [1]** 170/4

**tired [1]** 198/13

**title [15]** 6/4 6/19 6/24
7/1 7/11 89/4 118/2
122/21 161/10 178/8
178/9 182/2 184/20
184/21 194/11

**titles [9]** 6/6 6/9 6/10
12/23 13/5 13/6 13/7
41/6 178/6

**today [22]** 6/1 8/5 10/3
11/8 13/16 19/3 26/3
26/11 26/17 26/24
42/14 95/20 129/14
130/6 134/18 146/8
146/13 233/21 234/17
289/5 289/15 292/3

**today's [9]** 11/25 15/7
23/1 23/25 27/6 40/25
94/1 130/24 201/13

**together [9]** 46/10
60/12 101/14 115/2
179/15 197/11 235/22
257/21 275/12

**told [24]** 22/24 54/21
55/15 75/7 92/13 92/16
92/23 100/12 106/1
166/4 174/19 204/5
205/10 209/24 231/2
245/21 246/3 250/13
264/4 267/8 274/25
275/16 278/4 278/6

**tolerate [1]** 180/5

**tone [37]** 65/5 65/20
84/7 99/10 205/15
205/18 205/20 206/7
206/17 206/19 207/1
208/8 208/9 208/17
208/21 209/1 209/3
209/5 209/18 210/4
210/5 210/6 214/8
214/14 216/18 222/18
222/20 222/23 229/2
229/8 231/2 231/7
231/9 231/25 232/4
234/23 235/1

**tones [2]** 180/3 276/15

**too [12]** 14/17 210/10
126/23 165/20 172/17
217/4 233/19 234/14
246/22 255/25 256/20

262/17

**took [14]** 49/6 69/16
71/4 80/23 114/13
154/14 164/19 191/25
220/8 226/20 267/5
282/1 284/3 284/8

**tool [1]** 97/10

**top [21]** 3/15 3/17 3/20
3/23 4/5 4/8 30/9 31/3
43/22 132/2 133/25
154/2 183/14 184/8
184/22 204/9 224/21
239/25 244/11 255/1
261/21

**topic [2]** 37/15 136/19

**topics [16]** 27/16 38/22
71/18 71/25 73/21 74/4
75/24 76/19 77/2
105/25 106/2 140/17
227/6 227/9 228/2
258/9

**total [3]** 12/16 180/21
181/9

**totally [1]** 225/18

**toward [1]** 269/18

**towards [6]** 227/22
229/10 232/11 232/15
273/14 275/21

**town [1]** 282/9

**toxic [1]** 280/18

**track [3]** 102/3 211/13
234/5

**tracking [1]** 161/21

**tracks [1]** 140/10

**Tragically [1]** 242/7

**training [17]** 44/12
70/14 70/21 71/11 72/9
72/11 72/22 72/25
73/18 73/20 73/21
73/22 73/24 74/6 76/17
180/2 285/11

**trainings [4]** 71/7
71/15 71/20 72/3

**transcribed [7]** 8/22
217/3 217/14 218/12
221/3 221/9 226/11

**transcript [7]** 11/8
187/18 289/15 293/1
294/11 295/12 295/23

**transcription [1]** 11/12

**transfer [1]** 110/18

**transferred [4]** 110/7
290/18 290/19 290/20

**Transformation [4]**
41/5 139/24 237/4
240/5

**Transformations [20]**
119/16 178/3 235/3
235/4 235/24 236/4
237/8 239/24 241/4
245/14 247/3 254/11
254/13 255/19 255/24
256/18 257/6 282/23
288/3 290/5

**transition [2]** 161/4
248/10

**transparency [2]**
174/14 214/12

**transparent [1]** 197/6

**T**

**transpired [4]** 153/18 183/14 270/8 279/22
**traumatic [2]** 14/17 15/16
**treat [13]** 78/4 78/23 101/7 103/17 108/17 152/17 152/24 158/22 165/16 177/4 224/14 239/5 249/20
**treated [14]** 109/5 110/25 155/10 155/11 156/7 156/8 156/10 158/23 160/21 160/21 164/10 165/1 165/11 176/25
**treating [12]** 60/6 80/19 84/15 98/1 101/6 103/21 150/10 150/21 163/21 164/1 164/6 164/13
**treatment [3]** 165/17 187/15 191/18
**trial [8]** 26/10 26/14 26/16 26/23 295/17 295/18 296/15 296/18
**tried [2]** 66/14 279/3
**trigger [2]** 102/22 136/17
**trouble [1]** 25/25
**troublesome [1]** 140/20
**troubling [1]** 64/2
**true [9]** 108/8 151/19 154/23 157/2 213/14 233/13 254/8 293/2 294/11
**truth [4]** 8/1 108/7 156/22 294/7
**truthful [6]** 8/6 26/14 156/9 230/4 230/7 230/11
**try [14]** 8/24 9/10 9/14 25/10 45/12 62/10 66/16 66/19 67/19 69/20 132/1 164/21 166/25 212/5
**trying [23]** 9/1 25/14 67/9 68/8 75/22 96/21 104/18 114/10 136/24 150/23 157/23 170/10 193/19 208/11 209/11 213/5 213/8 214/4 222/19 224/18 258/14 260/1 268/5
**turn [6]** 18/17 64/21 101/16 142/23 143/12 227/19
**turned [2]** 113/8 114/20
**turns [1]** 126/15
**twice [5]** 12/9 12/10 257/16 257/17 265/9
**two [53]** 6/20 6/20 7/17 9/1 12/12 12/15 15/14 15/18 18/25 19/6 19/19 28/7 30/8 34/21 36/8 40/8 40/17 40/20 40/21

41/3 49/22 63/13 91/11 119/13 119/22 120/1 128/7 129/12 132/13 132/14 136/21 156/13 166/24 168/17 171/22 172/4 174/10 175/3 188/15 198/1 216/9 223/7 227/2 238/23 243/18 252/15 259/12 263/6 281/20 282/22 283/19 284/13 290/1
**two days [1]** 198/1
**two months [1]** 252/15
**type [5]** 70/22 80/21 91/25 161/14 202/17
**typed [2]** 3/8 50/4
**types [5]** 63/9 69/6 76/19 89/6 93/16
**typewritten [1]** 294/10
**typical [1]** 101/2
**typically [1]** 90/5
**typo [4]** 54/7 97/23 132/5 138/21
**typos [1]** 187/7

**U**

**uh [14]** 9/15 9/15 13/22 42/21 98/6 127/15 171/9 185/20 222/9 223/9 223/12 248/22 255/16 259/13
**uh-huh [10]** 9/15 42/21 98/6 127/15 171/9 185/20 222/9 223/9 223/12 255/16
**Uh-oh [2]** 248/22 259/13
**ultimate [3]** 164/18 199/21 199/23
**ultimately [4]** 86/1 110/16 200/17 207/24
**ultimatum [3]** 273/19 274/4 275/15
**unable [1]** 180/15
**unaware [1]** 77/17
**uncovered [1]** 176/17
**under [10]** 6/20 7/23 8/4 27/20 29/12 34/16 56/6 148/4 278/10 278/11
**Underperformer [2]** 28/2 28/3
**underperforming [1]** 190/25
**understand [30]** 8/4 8/7 8/20 9/3 9/18 16/12 16/18 36/21 78/9 78/17 78/17 79/19 81/16 83/25 125/11 127/6 127/13 135/23 141/17 149/3 149/8 149/13 149/20 156/1 177/19 189/23 223/13 223/14 224/19 257/3
**understanding [7]** 78/11 90/22 127/5 164/20 242/13 242/17 242/21
**understood [14]** 9/21

9/16 10/9 16/14 82/14 100/5 149/19 170/11 185/4 190/2 195/15 229/22 230/23 275/2
**unexpected [2]** 15/16 43/23
**unfair [4]** 26/16 26/23 26/25 67/25
**Unfortunately [1]** 247/1
**unhappy [1]** 67/21
**unique [1]** 43/16
**UNITED [1]** 1/1
**universal [1]** 231/22
**University [1]** 72/17
**unless [7]** 10/7 83/14 94/18 123/17 273/16 273/20 274/5
**unnatural [1]** 8/13
**unnatural-feeling [1]** 8/13
**unpack [1]** 63/23 156/11 183/7
**unplanned [1]** 132/13
**unreasonable [1]** 125/16
**unrelated [1]** 111/13
**unresponsive [1]** 132/8
**unresponsiveness [1]** 144/6
**Unsigned [4]** 296/14 296/16 296/18 296/19
**unstable [1]** 105/8
**unsure [1]** 279/17
**until [28]** 6/22 9/5 9/10 25/19 75/3 105/15 107/2 109/22 111/18 115/21 125/22 147/24 153/25 157/21 158/1 181/19 194/9 196/20 214/24 247/8 250/18 261/4 265/6 274/20 275/3 281/6 290/23 291/16
**untrue [1]** 158/22
**unusual [1]** 66/18
**up [84]** 8/15 15/17 18/14 24/23 51/22 52/7 58/6 58/15 59/4 62/23 82/2 84/18 85/5 88/11 89/3 89/9 89/15 98/21 100/23 101/5 101/8 110/20 112/1 113/13 116/2 128/17 130/12 134/6 137/8 137/9 137/15 150/2 150/20 155/5 156/13 158/4 159/15 159/22 159/23 159/24 160/10 162/8 167/25 168/11 178/9 195/11 199/13 211/16 212/25 213/2 213/11 216/22 220/11 221/25 224/21 230/1 232/13 232/18 232/22 233/14 235/1 242/5 242/7 242/11 242/22 243/15 244/7 248/1 255/12

258/10 259/17 262/8 262/15 263/1 264/9 266/8 268/2 268/6 275/18 279/5 282/21 283/23 285/18 286/11
**update [5]** 140/23 143/3 143/5 205/1 225/13
**updates [30]** 112/12 121/4 140/15 140/22 140/24 142/2 142/15 143/1 143/9 143/19 143/24 144/17 186/22 204/22 204/24 205/7 209/21 211/7 211/10 211/11 211/12 218/19 218/20 219/2 224/4 224/8 225/2 225/4 225/17 273/11
**updating [1]** 49/19
**upon [2]** 39/11 233/4
**upset [11]** 60/2 60/2 60/3 66/6 67/3 98/1 98/4 98/7 98/11 98/15 275/23
**upsetting [1]** 276/17
**urgent [1]** 44/3
**us [10]** 10/19 19/21 42/16 55/19 58/16 58/23 116/1 121/20 219/3 289/20
**use [17]** 29/5 35/11 38/21 45/7 50/9 55/16 55/17 95/19 95/20 101/19 101/23 154/25 169/3 188/16 206/8 206/18 220/20
**used [15]** 33/22 35/12 60/22 61/11 87/1 95/16 95/17 97/12 103/16 177/22 187/14 210/1 230/17 250/19 284/13
**using [9]** 36/5 39/13 94/24 96/23 97/10 166/8 189/17 195/2 284/1
**usually [3]** 9/15 140/15 285/10

**V**

**vacancies [1]** 170/5
**vaguely [2]** 256/22 257/5
**validate [1]** 135/6
**value [1]** 263/20
**variables [1]** 44/14
**varies [3]** 64/20 189/8 189/9
**variety [4]** 13/13 69/10 74/5 238/16
**various [3]** 3/17 254/6 255/11
**vendor [6]** 205/11 207/6 207/9 212/20 223/2 223/21
**verb [2]** 39/8 39/8
**verbal [5]** 112/9 144/21 144/24 250/23 269/17
**verbatim [2]** 67/18

229/9
**verify [3]** 115/4 135/6 138/15
**version [3]** 157/16 157/16 241/22
**versions [2]** 156/13 157/2
**versus [5]** 63/5 97/12 127/21 192/23 264/22
**very [63]** 8/23 14/17 14/25 15/16 38/1 38/5 50/4 59/16 60/16 61/24 62/15 65/15 65/15 66/6 67/2 95/19 97/9 97/11 97/17 98/1 98/4 98/5 98/11 98/21 100/4 104/2 110/19 116/17 122/10 124/17 124/17 130/2 142/5 146/13 154/24 166/4 180/4 205/9 206/8 208/11 208/13 209/7 218/1 218/3 218/5 227/11 228/24 229/21 230/14 238/22 238/24 239/11 251/3 255/8 262/23 276/17 276/17 277/19 277/22 279/7 279/25 280/5 287/17
**via [13]** 1/16 2/1 51/8 58/9 95/11 110/9 110/9 197/3 216/25 218/23 249/22 257/18 257/19
**VIDEOCONFERENCE [2]** 1/9 2/1
**view [5]** 21/9 99/4 104/13 104/16 272/4
**viewed [3]** 33/5 33/7 63/11
**Virginia [1]** 5/19
**virtual [2]** 239/22 255/19
**virtually [1]** 189/20
**visibly [1]** 167/5
**vision [1]** 29/14
**visual [1]** 191/18
**visuals [1]** 191/25
**voice [14]** 205/20 228/13 228/14 228/17 229/12 229/14 229/16 229/18 229/20 229/25 230/3 234/24 234/25 266/7
**voices [2]** 227/1 227/2
**volume [1]** 218/4
**vs [2]** 1/6 191/19
**vulnerable [1]** 61/24

**W**

**Waddill [3]** 237/5 237/24 239/24
**wait [5]** 9/5 9/10 10/15 250/17 278/6
**waited [1]** 119/6
**waiting [11]** 121/4 209/22 210/1 210/3 219/15 219/20 222/6 247/25 250/18 252/12 252/15

**W**

waived [1] 296/11
walk [1] 8/10
walked [1] 11/21
walking [1] 84/1
want [55] 15/14 15/15
18/18 19/21 22/8 23/21
39/12 48/17 48/18
63/23 67/19 70/24
74/17 74/20 78/11 83/5
83/24 100/6 102/21
112/19 114/1 124/22
125/10 131/10 137/5
137/21 143/11 148/20
156/11 160/17 171/14
180/22 181/1 181/22
183/7 193/21 197/12
206/5 211/4 211/9
212/6 219/11 223/4
240/19 240/23 242/5
242/16 248/6 260/25
264/9 273/23 274/25
279/11 281/9 284/25
wanted [54] 5/8 21/5
34/8 40/13 58/15 60/7
62/11 62/13 62/21
67/10 67/11 67/12
69/17 69/18 69/19 70/6
75/7 85/8 89/3 89/10
101/9 104/12 126/16
127/7 132/21 135/23
135/23 141/6 162/9
169/6 174/21 200/15
200/18 203/7 204/23
208/18 208/23 214/5
214/10 214/13 217/21
218/19 218/21 218/23
237/18 241/3 243/23
252/3 252/4 253/22
258/24 267/4 277/20
282/9
wants [1] 243/22
was [884]
wasn't [46] 20/2 31/17
42/12 60/9 62/1 69/18
70/5 85/9 86/1 93/19
97/11 109/22 115/20
120/16 124/11 125/7
133/8 140/7 140/20
142/6 142/8 142/11
151/8 153/19 164/12
164/18 169/6 194/8
203/16 203/23 214/4
219/14 231/15 239/4
243/23 248/7 252/7
252/8 262/20 264/18
270/22 270/22 277/10
280/2 290/23 291/16
way [64] 8/17 8/23
10/13 55/18 55/19 56/8
56/12 56/12 56/21
58/22 60/25 62/21 68/4
69/19 74/8 76/7 77/19
85/7 90/22 101/7
102/17 103/17 103/24
109/14 121/7 122/9
142/13 150/8 152/24
155/10 160/20 161/17
161/19 163/12 166/10
194/16 198/14 198/16
222/23 230/15 232/1
239/4 245/13 251/14
253/8 253/13 254/5
264/5 264/10 265/22
271/2 275/1 275/11
275/13 275/19 277/6
277/17 277/18 277/20
277/24 278/19 280/9
282/21 285/2
ways [7] 38/23 74/6
77/23 121/9 141/14
163/25 164/13
we [279] 5/8 8/18 8/25
9/15 10/14 10/23 17/5
17/16 17/23 18/5 18/6
18/15 20/5 20/9 21/23
22/6 23/6 23/6 23/23
25/13 25/24 26/9 27/2
30/5 33/21 35/25 36/4
36/5 37/12 38/9 40/9
40/13 40/14 42/6 42/16
46/15 46/16 57/8 57/10
58/8 59/24 60/10 60/11
60/13 60/14 63/9 66/9
72/19 74/23 75/12 76/3
79/17 79/21 80/3 81/21
82/9 84/21 85/6 86/20
94/8 94/10 95/7 95/12
95/13 95/16 95/22
97/10 98/3 98/22 98/24
98/25 99/1 99/2 101/13
101/13 102/2 102/2
103/7 103/19 103/19
103/22 103/23 107/21
108/5 109/4 109/14
112/13 112/19 112/21
112/23 113/17 114/7
114/23 115/1 115/4
115/6 115/9 116/20
117/9 117/12 117/13
119/4 120/18 120/23
121/8 122/13 122/15
126/14 128/10 128/19
129/10 129/12 132/14
132/15 137/25 139/21
140/6 141/2 141/3
144/2 144/9 144/21
147/20 150/24 152/19
158/4 158/11 162/2
162/6 163/12 163/12
165/22 167/9 167/22
170/4 170/5 170/8
170/24 171/6 178/20
179/15 180/1 180/4
180/18 181/13 181/13
181/25 182/24 185/17
186/8 186/19 186/22
188/1 189/13 189/16
189/19 191/18 192/20
193/1 195/1 195/13
197/10 198/22 199/9
199/10 200/11 203/2
203/10 203/10 203/23
209/21 209/22 209/25
209/25 212/14 214/12
215/6 218/4 219/14
219/16 219/20 219/21
we'll [8] 19/2 48/23
74/24 112/17 235/2
242/11 242/11 281/3
we're [19] 6/1 29/3
29/4 40/7 74/2 97/5
102/15 109/7 126/6
141/20 188/16 219/17
222/8 223/10 229/20
244/25 259/16 269/7
269/8
we've [12] 25/22 74/3
93/13 145/8 148/23
188/22 216/1 218/22
220/11 220/13 254/7
266/5
WebEx [1] 230/18
week [24] 49/18 59/2
109/23 121/14 128/6
128/7 131/12 131/23
132/13 137/5 202/2
209/23 219/13 222/2
235/24 235/24 236/4
247/13 250/24 255/2
255/4 260/13 260/14
261/9
weekend [1] 246/13
weekends [2] 246/16
246/19
weekly [5] 51/25 52/2
220/10 249/24 249/24
weeks [14] 15/3 26/2
45/2 63/13 107/7 107/8
132/13 133/9 136/21
200/6 200/9 224/19
276/22 283/5
weigh [1] 267/21
110/23 220/9 220/13
220/16 222/5 222/10
222/11 222/13 222/18
222/20 222/25 223/14
223/14 223/20 224/8
224/12 224/13 224/14
224/14 224/20 226/4
226/14 228/3 229/4
230/12 230/17 230/24
234/6 234/21 235/21
239/3 239/4 239/6
239/16 239/19 241/10
242/5 242/6 242/7
242/13 242/22 243/24
245/13 246/13 247/4
248/5 248/6 248/12
248/24 249/10 249/11
249/25 250/17 250/18
250/25 251/1 251/21
252/3 252/9 252/11
252/12 252/14 252/16
253/11 255/7 255/8
256/6 256/7 256/12
257/20 258/7 258/7
258/8 258/8 258/9
258/11 260/16 263/1
267/14 269/6 273/7
273/22 275/12 275/12
277/20 277/23 277/24
277/25 279/23 285/13
285/20 285/21 288/10
288/12 288/21 288/24
290/17
we'll [8] 19/2 48/23
74/24 112/17 235/2
242/11 242/11 281/3
we're [19] 6/1 29/3
well [135] 7/9 8/9
10/12 12/1 14/25 16/25
21/4 24/20 27/3 28/12
28/16 30/20 32/11 33/8
37/8 37/10 39/10 45/10
47/4 48/20 55/8 60/3
61/22 69/3 69/16 76/18
79/14 81/23 82/14
85/18 86/6 88/8 91/21
93/5 94/16 95/7 96/11
96/20 98/8 101/11
103/19 104/1 107/24
108/8 112/11 115/22
117/8 118/20 121/6
121/11 126/13 126/22
133/5 135/17 136/15
137/12 137/15 138/3
138/20 140/5 142/18
144/9 144/22 146/17
146/20 151/19 153/14
153/17 153/18 155/22
162/11 165/16 165/18
169/17 176/1 179/8
183/15 189/12 189/16
190/21 192/3 194/24
198/16 200/12 203/8
203/13 204/6 204/25
206/12 207/11 208/12
208/24 209/12 211/1
211/24 214/7 214/8
217/17 217/19 217/23
218/5 218/15 218/17
218/22 219/24 223/7
228/16 231/15 233/18
234/13 237/13 242/15
246/12 246/22 247/19
248/14 250/20 253/24
259/11 261/9 261/10
262/20 265/20 266/4
271/21 277/2 278/22
279/6 280/17 282/24
283/14 284/5 286/19
286/23 288/2
went [8] 39/23 49/18
94/22 96/18 107/8
114/19 116/19 229/20
were [285] 6/16 7/22
8/1 8/18 12/19 13/9
13/9 13/14 17/5 18/3
19/5 19/25 20/5 21/23
22/25 23/24 24/17 27/2
28/1 29/9 33/11 33/15
35/16 36/4 36/5 36/12
39/15 40/9 40/13 41/2
41/3 42/6 42/6 42/7
42/9 42/16 45/10 49/20
49/23 56/15 57/3 57/8
60/1 60/17 61/10 61/15
61/20 61/22 62/12 64/1
64/10 64/17 65/14 66/9
68/2 69/3 70/9 70/22
71/19 71/20 71/22
71/25 72/2 72/19 74/18
75/8 75/14 75/19 78/3
78/23 80/5 80/11 80/18
82/3 82/11 84/5 84/21
85/6 85/22 87/15 91/4
91/11 91/20 92/25 93/6
93/15 94/6 94/25 97/10
98/3 98/11 98/17 98/24
100/23 100/24 101/13
102/10 103/23 104/15
104/22 107/1 107/21
110/9 110/10 110/17
112/11 112/13 112/14
113/16 113/21 117/7
117/12 117/16 119/3
119/13 119/14 119/14
119/17 119/18 119/22
119/22 119/24 120/1
120/8 122/15 124/1
124/18 125/11 126/3
128/12 129/8 131/12
131/22 133/1 133/15
135/19 135/22 136/10
136/11 136/11 136/17
137/7 137/13 137/14
138/4 140/13 142/4
142/22 144/2 144/4
144/8 145/10 146/15
146/21 146/21 149/17
152/23 153/22 154/13
154/23 159/3 162/19
163/12 163/13 164/13
165/19 165/22 166/2
166/24 168/25 169/15
169/19 169/19 169/22
170/5 172/16 172/20
173/15 173/19 174/18
175/13 175/13 175/17
175/18 176/17 181/25
182/24 183/23 185/17
186/19 189/16 189/25
192/21 192/23 192/25
195/1 195/6 195/7
198/23 198/24 198/25
199/9 199/12 200/6
200/11 200/12 201/1
203/2 204/7 204/9
209/22 212/7 213/5
213/24 215/2 215/6
215/22 215/24 218/20
219/14 219/20 219/21
219/23 224/15 227/2
227/6 229/5 229/24
232/24 233/6 233/8
234/3 234/11 235/21
236/6 236/9 238/24
239/23 240/1 243/19
247/15 249/24 249/25
251/4 251/20 252/11
252/12 252/14 253/11
253/14 255/23 256/3
256/8 256/19 258/10
259/12 260/1 260/11
260/17 262/15 262/16
270/16 270/20 270/24
271/4 271/12 272/21
273/9 273/10 277/8
278/25 279/24 280/9
280/9 283/22 284/4
284/7 284/12 285/12
285/15 286/20 288/6
288/7 288/22 289/1
292/10
weren't [11] 18/4 69/4
93/15 94/3 123/9
153/15 215/7 224/13

**W**

weren't... [3] 224/16
229/23 270/21

**what [373]**

**what's [27]** 5/17 6/4
24/21 102/3 116/8
116/13 136/8 147/1
147/5 147/5 147/12
147/18 155/18 155/20
157/22 176/18 176/18
190/19 193/10 193/20
203/10 203/14 206/6
207/15 209/11 275/20
279/13
**whatever [8]** 96/15
145/9 147/19 168/14
193/23 215/4 224/16
246/1
**when [205]** 6/13 6/17
7/6 9/13 14/5 14/7 17/5
17/16 19/9 19/10 19/25
19/25 21/19 24/22
24/24 29/4 33/14 34/17
35/3 35/7 37/9 37/12
37/24 39/21 42/20
42/22 43/1 43/1 43/5
44/17 44/20 45/7 48/14
49/8 49/13 50/23 52/8
56/15 57/8 63/25 65/9
67/16 68/2 68/3 72/16
76/1 76/15 80/20 82/9
82/22 84/1 84/18 85/10
86/7 87/9 90/6 96/2
96/18 100/3 100/8
100/10 100/10 102/20
102/24 103/2 107/13
107/24 108/8 109/7
111/3 113/17 113/21
114/16 115/8 116/2
119/1 119/2 121/15
124/16 127/7 130/12
133/13 134/23 136/19
138/16 139/8 140/1
142/2 142/15 144/2
146/9 147/6 149/24
150/1 150/2 150/24
153/4 153/10 153/16
154/14 156/9 159/11
159/11 163/12 166/23
167/20 168/2 168/12
171/12 171/12 171/24
172/4 172/5 175/13
176/5 176/10 177/13
180/1 181/12 182/6
184/4 189/2 192/18
192/22 195/24 197/11
197/13 198/3 198/3
198/22 199/4 199/23
200/9 201/5 204/2
204/7 206/8 209/4
209/7 210/16 210/24
213/15 217/11 220/10
222/5 222/7 222/10
224/12 224/15 224/20
230/21 238/15 243/5
243/19 246/13 246/14
246/22 248/9 248/12
248/14 248/16 249/7

250/12 250/16 252/16
252/25 253/2 253/3
253/10 254/5 256/9
256/10 256/12 256/13
256/15 256/18 261/11
269/8 270/7 270/8
271/11 272/2 272/23
272/24 273/1 273/5
276/13 277/23 278/24
279/3 280/15 282/20
283/6 283/11 284/3
284/6 285/19 286/19
287/24 288/2 288/21
289/12 290/18 290/19
292/1
**When's [1]** 111/22
**where [66]** 5/22 21/23
23/13 23/14 23/16
31/19 35/9 36/1 38/5
52/23 66/23 80/19 88/2
94/9 101/11 110/20
112/13 112/13 114/10
128/14 128/18 133/13
135/6 135/23 137/15
142/4 147/6 160/15
165/22 165/23 188/22
189/19 192/25 199/11
200/16 212/19 219/1
219/3 222/5 222/7
222/13 223/14 223/14
223/20 224/8 224/9
224/11 224/19 226/4
229/4 229/18 230/22
231/1 238/6 238/16
239/6 243/12 252/2
253/20 263/8 266/7
272/20 277/22 278/8
285/18 288/16
**WHEREOF [1]** 294/16
**WHEREUPON [1]**
292/10
**whether [55]** 35/4
38/13 40/21 43/6 44/8
44/12 44/13 44/14
66/25 66/25 67/7 67/7
72/1 79/6 80/1 80/4
83/3 85/20 86/2 119/14
124/13 125/1 125/6
137/6 137/8 145/3
145/4 151/6 155/15
159/25 160/11 164/19
167/24 169/6 169/12
170/6 170/9 171/15
171/24 174/13 181/14
199/10 210/22 215/3
227/17 230/16 230/17
231/12 231/17 235/16
243/4 246/15 267/21
283/10 291/22
**which [67]** 8/5 9/15
12/21 23/16 24/3 24/15
30/11 30/17 30/21
31/23 32/5 33/11 34/7
34/12 35/20 36/23
38/13 40/12 41/2 42/19
66/6 69/7 76/5 83/11
94/25 95/16 96/25
98/21 122/6 128/9
132/14 139/7 142/12

108/31 146/11
158/14 149/9
154/13 154/13 157/23
159/18 160/17 161/10
174/22 178/20 188/20
195/4 202/25 227/7
230/1 240/8 247/25
248/5 248/5 252/3
252/5 258/12 259/8
259/11 259/18 261/6
267/2 283/4 283/10
285/22 286/6 287/4
296/13
**while [17]** 10/20 12/19
21/23 22/25 23/24
23/24 25/10 25/14 26/3
120/7 172/16 173/15
174/15 184/17 209/24
222/2 226/5
**white [10]** 82/11 83/21
84/18 101/7 103/17
163/11 165/2 165/12
170/16 262/17
**who [34]** 16/21 17/1
17/8 17/19 60/19 86/3
86/9 86/10 86/11 87/23
96/5 96/7 96/16 112/3
113/24 126/2 149/16
149/17 162/19 169/17
169/21 170/1 171/10
172/8 173/10 173/12
173/22 203/23 214/9
235/18 260/17 276/24
277/6 283/18
**who's [4]** 79/4 184/18
185/3 237/1
**whole [14]** 48/17 77/21
122/9 133/5 140/3
140/7 147/4 164/11
202/10 218/9 264/17
264/23 281/19 285/6
**whom [2]** 290/8 291/9
**whose [1]** 227/1
**why [96]** 8/14 10/3
20/24 35/11 38/2 41/18
41/20 42/2 42/23 56/22
64/8 69/11 69/13 78/12
79/21 79/25 80/16 85/3
88/24 93/15 102/12
104/9 104/18 106/25
107/18 108/3 108/15
108/23 109/3 109/25
110/4 115/19 116/22
117/1 118/18 120/1
123/14 123/24 124/2
124/3 124/4 124/20
124/22 125/11 125/20
126/3 126/3 127/6
127/13 128/3 130/17
147/9 153/19 154/21
159/7 167/4 174/18
180/11 184/13 184/24
190/4 195/4 195/12
200/23 203/18 204/15
206/14 206/18 208/14
209/22 211/22 211/24
212/8 214/18 219/20
222/11 241/21 248/5
250/18 252/6 252/8
252/14 254/9 256/24

258/12 270/4 271/23
272/25 274/22 275/7
280/15 280/16 282/6
282/12 283/21 285/20
**will [27]** 9/5 9/10 9/19
10/2 10/19 15/21 25/1
26/10 112/20 129/6
145/17 197/8 211/13
217/3 225/16 226/9
232/16 236/16 236/24
243/1 243/9 248/23
266/25 267/10 273/15
280/25 281/1
**window [1]** 122/10
**Windows [1]** 226/3
**wired [1]** 77/20
**wish [1]** 63/21
**withdrawal [1]** 143/8
**withdrawing [1]** 239/7
**withdrawn [5]** 236/23
237/19 237/24 238/6
245/7
**withdrew [3]** 237/7
237/10 239/15
**withholding [1]** 145/15
**within [9]** 1/17 90/24
129/4 238/6 244/23
271/19 281/20 292/10
295/15
**without [16]** 23/17
47/2 68/5 100/13
129/21 130/4 133/5
143/10 152/25 183/10
193/17 210/3 210/23
253/4 270/14 290/16
**witness [4]** 123/21
130/9 155/23 294/16
**witnessed [1]** 68/17
**witnessing [1]** 68/19
**woman [5]** 82/23 163/1
170/1 171/23 173/10
**women [1]** 167/5
**won't [1]** 15/5
**word [23]** 28/17 28/20
29/6 29/10 35/11 35/12
50/9 50/12 54/6 60/22
97/21 115/25 116/1
129/13 145/19 154/17
154/25 167/15 169/3
198/17 206/9 206/18
249/20
**words [14]** 16/6 30/2
55/10 77/11 77/15
104/4 187/14 193/11
193/13 205/21 232/1
247/20 265/14 270/2
**work [78]** 18/16 20/9
20/10 38/18 39/18
42/15 49/19 54/1 54/2
55/6 55/7 55/11 57/22
60/11 60/12 63/9 67/23
67/25 69/17 74/2 75/24
80/15 100/23 102/21
109/7 110/18 112/10
114/20 114/21 115/9
117/22 119/7 120/21
127/9 141/15 142/11
153/15 155/12 168/14
169/4 174/21 174/22

180/12 180/13 187/5
187/16 190/3 190/6
191/25 205/11 207/6
207/10 212/2 212/5
212/17 225/5 238/16
238/19 239/19 241/18
241/20 241/23 244/20
245/5 246/16 246/19
252/8 273/16 273/19
274/4 274/19 275/3
275/12 276/13 283/15
285/25 286/6 286/10
**workbook [1]** 189/15
**workbooks [1]** 251/19
**worked [6]** 19/18 21/15
59/24 68/14 102/9
166/12
**worker [1]** 80/2
**working [33]** 6/7 6/14
6/17 13/10 20/3 23/12
50/21 60/9 62/4 66/16
69/18 69/22 74/18 75/8
75/14 76/9 76/11 91/7
121/16 132/11 142/6
142/8 161/18 161/24
167/9 176/2 178/4
178/8 182/15 183/18
192/21 212/19 222/8
**workloads [2]** 126/19
176/1
**workplace [15]** 71/10
71/15 75/10 75/13
75/21 75/23 76/5 76/8
76/22 76/23 77/23
79/18 108/5 109/8
180/2
**workplaces [1]** 30/11
**works [2]** 242/1 280/5
**world [3]** 30/11 79/19
80/3
**worth [1]** 126/2
**would [227]** 11/3 18/5
18/6 18/17 19/12 21/4
21/9 22/1 23/7 23/20
26/15 26/22 26/25
28/14 33/17 33/18
33/19 35/2 37/23 38/2
43/1 43/1 43/10 45/15
50/15 55/1 58/2 60/14
63/5 63/21 64/16 69/1
69/7 69/11 69/20 69/21
69/23 70/7 74/20 78/16
81/1 81/5 81/6 81/10
81/11 82/11 83/7 88/7
89/7 90/11 94/23 95/8
95/11 96/7 96/9 96/9
96/14 96/16 97/7 99/23
104/9 104/15 105/9
106/10 112/21 114/1
114/2 114/17 115/15
115/18 115/19 116/25
117/8 117/9 117/9
117/11 117/12 118/20
120/20 120/20 120/23
121/3 121/4 121/5
121/6 123/14 123/23
124/3 124/22 125/5
125/8 125/10 125/15
126/2 126/7 126/10

**W**

would... **[131]** 126/13
126/21 127/3 127/6
127/12 127/13 127/17
127/21 129/4 132/16
134/1 135/3 135/4
135/17 137/23 137/25
138/14 140/6 141/18
142/4 142/14 142/18
143/22 146/2 146/17
152/1 154/18 159/19
169/3 169/10 170/18
173/1 175/16 175/21
175/22 176/4 176/5
176/9 177/7 177/10
179/1 181/15 182/19
183/12 184/2 186/25
187/15 188/24 188/25
189/20 190/14 190/16
191/15 191/16 193/10
197/25 199/5 199/23
200/2 201/2 203/12
203/23 204/6 204/17
204/18 205/5 207/23
208/16 209/8 209/16
210/2 211/19 211/21
212/9 213/13 213/25
220/1 220/2 222/21
223/17 224/8 224/14
224/15 225/9 225/11
226/14 227/18 228/7
230/10 230/10 230/16
238/18 239/6 239/11
239/17 239/19 241/13
241/23 243/13 244/4
244/8 244/12 244/19
245/21 248/17 253/16
253/17 254/5 254/8
256/1 257/24 258/13
259/4 260/15 272/22
272/25 282/17 283/3
283/9 283/18 285/15
285/18 285/20 286/1
286/9 286/22 289/7
289/7 289/21 290/14
295/11
wouldn't **[26]** 21/7
46/21 50/7 51/17 67/18
69/8 77/5 101/7 102/16
103/17 127/23 134/3
159/23 206/17 209/25
216/17 216/21 228/9
230/15 241/18 245/2
245/4 272/18 273/19
274/4 275/3
write **[2]** 9/1 38/24
writes **[2]** 236/22
237/17
writing **[4]** 95/8 95/11
220/19 278/25
written **[8]** 145/4
190/19 193/11 193/20
242/5 242/14 266/6
275/20
wrong **[12]** 28/5 47/13
108/13 108/21 108/23
109/1 109/2 109/3
132/21 222/23 223/16

249/20
wrote **[17]** 65/10 104/16
118/18 139/5 190/21
192/5 204/16 207/8
210/8 213/12 213/15
216/14 216/16 233/11
233/16 270/18 276/22

**X**

XXX **[1]** 295/15

**Y**

yeah **[75]** 8/20 11/23
12/17 14/19 18/17
21/12 22/7 25/17 31/25
37/3 43/20 54/25 57/15
57/20 59/13 60/18 61/8
62/18 73/14 73/20
73/25 83/4 93/3 97/24
98/15 101/25 103/16
104/4 105/4 108/21
123/14 123/23 124/20
126/12 130/22 131/18
137/17 138/23 138/25
148/6 148/6 149/20
151/15 156/15 161/11
162/11 163/19 169/19
176/4 178/18 178/22
178/25 179/15 190/23
192/4 194/22 195/18
200/11 203/21 205/17
207/13 208/23 218/3
225/15 237/6 240/25
261/8 276/18 277/18
279/15 282/5 284/22
286/3 286/11 288/9
year **[11]** 6/14 7/17
21/19 34/16 69/3 90/24
91/8 92/10 184/14
282/5 283/8
years **[13]** 6/20 6/21
7/17 15/6 15/21 19/19
65/24 67/19 68/15
111/12 168/17 205/23
244/21
yell **[1]** 68/22
yelled **[4]** 67/4 265/23
266/2 266/14
yelling **[9]** 67/13 67/17
68/3 68/18 69/14
206/17 206/18 207/1
228/18
Yep **[1]** 152/8
yes **[388]**
yet **[9]** 119/18 119/24
142/22 159/16 159/22
223/3 249/15 265/5
284/5
you **[1637]**
you'd **[2]** 186/4 241/13
you'll **[3]** 11/7 289/16
292/7
you're **[73]** 8/4 11/10
24/24 37/1 37/21 37/25
38/15 39/15 42/22
48/14 56/6 56/16 62/24
63/2 63/8 65/25 73/2
77/17 78/12 78/14
79/25 80/1 84/2 90/19

08/9
9/11 96/12 08/9
112/3 118/9 119/1
119/2 128/21 136/1
145/16 152/11 154/9
157/23 158/3 163/21
164/6 164/20 168/15
168/22 193/19 193/21
207/17 207/20 208/8
208/12 210/7 220/21
221/10 222/6 223/17
227/12 230/8 230/8
231/21 233/22 234/18
250/1 261/1 264/3
264/4 268/21 268/22
273/5 276/13 276/24
278/18 283/17 284/25
289/18
you've **[24]** 6/7 9/10
9/24 11/1 25/25 50/20
51/19 55/3 55/20 56/2
56/10 66/6 68/14 72/25
73/17 74/9 74/13 113/5
136/14 142/9 206/24
215/16 219/3 289/20
younger **[1]** 72/21
your **[241]** 5/11 5/17
6/4 7/6 7/11 7/14 7/23
9/11 10/25 11/4 11/11
12/5 13/16 16/6 17/9
18/11 18/19 20/1 23/8
23/22 24/2 26/4 26/6
26/9 28/8 30/2 34/3
37/14 39/5 45/14 45/18
50/13 50/15 51/23 52/1
52/1 54/24 55/4 55/20
56/1 56/2 56/2 56/9
56/16 56/16 57/21
57/22 58/10 59/11
63/17 64/1 64/4 68/5
72/8 72/14 72/24 73/17
76/15 77/10 77/14
77/18 77/20 77/21 78/5
78/25 79/6 79/11 79/14
79/24 80/4 80/5 80/10
83/13 83/21 85/14
86/14 86/16 86/25 87/4
88/18 88/19 89/15
90/14 90/19 91/2 91/15
91/21 92/2 92/13 94/12
94/16 94/24 95/24
96/20 97/13 98/10 99/5
99/13 99/24 99/24
100/16 102/22 102/25
103/9 104/16 105/7
105/21 106/7 106/10
106/14 107/1 110/23
113/4 114/12 115/11
116/13 120/5 122/11
124/13 125/1 126/7
127/3 131/2 133/3
135/9 136/8 136/13
136/18 136/25 137/22
139/1 141/17 142/24
143/4 143/22 144/10
145/11 146/1 147/16
148/13 148/19 150/24
152/4 153/11 153/23
155/5 155/21 155/24
156/3 157/23 159/9

159/25 160/10 160/23
163/15 166/24 170/19
171/1 171/19 171/20
172/21 174/8 177/6
177/14 179/20 181/22
183/15 186/11 193/13
195/17 196/19 197/10
197/17 201/24 202/15
202/24 203/1 204/11
207/16 209/1 210/11
211/1 211/13 213/15
213/16 214/1 215/11
215/17 216/9 216/10
217/21 218/21 224/8
227/19 229/16 230/3
232/7 232/11 232/15
234/3 234/23 236/2
236/16 239/7 241/14
242/24 243/9 246/16
247/20 250/2 250/4
251/1 251/1 252/18
253/19 255/1 257/3
257/14 258/4 258/25
260/8 261/23 262/3
263/4 263/20 263/21
263/23 264/6 265/17
266/6 269/11 273/18
274/3 279/12 279/13
281/12 287/24 289/6
289/21 295/12 295/20
yours **[1]** 207/18
yourself **[2]** 77/1
193/20

**Z**

zone **[1]** 128/22
Zoom **[10]** 1/17 67/5
95/3 95/14 104/23
230/18 257/19 257/20
257/22 258/3