UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01625-GPG-SKC

_____

REHAB MOHAMED,

    Plaintiff,

vs.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

_____

VIDEOCONFERENCE DEPOSITION OF NICHOLAS RUSSELL SCHACHT

APPEARING REMOTELY

_____

**Friday, May 5, 2023**

**8:30 a.m.**

PURSUANT TO NOTICE and the Federal Rules of Civil Procedure, the above-entitled deposition was taken via Zoom, on behalf of Plaintiff, before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within Colorado.

---

**Page 2**

1  APPEARANCES: (VIA VIDEOCONFERENCE)

2  ON BEHALF OF THE PLAINTIFF:
3    ARIEL B. DeFAZIO, ESQ.
    Lowrey Parady Lebsack, LLC
4    1490 North Lafayette Street, Suite 304
    Denver, Colorado 80218
5    Phone: 303-593-2595
    Email: ariel@lowrey-parady.com
6
    HUNTER A. SWAIN, ESQ.
7    Swain Law, LLC
    1490 North Lafayette Street, Suite 303
8    Denver, Colorado 80218
    Phone: 720-815-5281
9    Email: hunter@swainemploymentlaw.com

10  ON BEHALF OF THE DEFENDANT:
    KATHERINE N. HOFFMAN, ESQ.
11    Hall & Evans LLC
    1001 17th Street, Suite 300
12    Denver, Colorado 80202
    Phone: 303-628-3300
13    Email: hoffmank@hallevans.com

14  Also Present: Ruby Mohamed

15

16

17

18

19

20

21

22

23

24

25

---

**Page 3**

**I N D E X**

1  EXAMINATION                   PAGE

May 5, 2023

By Ms. DeFazio        5

EXHIBITS              INITIAL REFERENCE

Exhibit 28  Policies and Procedures    32
    Resignation/Termination
    Effective 1/1/94, Last Revision
    Date 4/19/17
    (SHRM 0036 - 37)

Exhibit 29  Email chain, top email 7/21/20 to  67
    Ruby Mohamed from Nick Schacht
    (MOHAMED 010330 - 010333)

Exhibit 30  Email chain, top email 7/16/20 to  74
    Global Development Team from
    Nick Schacht
    (MOHAMED 003327 - 003329)

Exhibit 31  6/18/20 Email to Global Development  77
    Team from Nick Schacht
    (MOHAMED 002784 - 002785)

Exhibit 32  Email chain, top email 6/29/20 to  106
    Ruby Mohamed from Jeanne Morris
    (MOHAMED 007553 - 007554)

Exhibit 33  Email chain, top email 8/12/20 to  109
    Ruby Mohamed and Jeanne Morris
    from Nick Schacht
    (MOHAMED 009556 - 009559)

Exhibit 34  Email chain, top email 8/21/20 to  132
    Ruby Mohamed, Carolyn Barley, and
    Jeanne Morris from Nick Schacht
    (MOHAMED 008700 - 008706)

---

**Page 4**

EXHIBITS              INITIAL REFERENCE

Exhibit 35  Email chain, top email 8/28/20 to  157
    Ruby Mohamed, Elizabeth Lacey, and
    Jeanne Morris from Carolyn Barley
    (MOHAMED 008322 - 008326)

Exhibit 36  Email chain, top email 8/26/20 to  175
    Carrie Mills, Ann Godmere, and
    Ruby Mohamed from Carolyn Barley
    (MOHAMED 004557 - 004559)

Exhibit 37  Email chain, top email 8/21/20 to  181
    Nick Schacht and Carolyn Barley
    from Jeanne Morris
    (SHRM 0132 - 0138)

PRIOR MARKED EXHIBITS:

16                       192

17                       196

24                       112

27                       105

**REQUEST FOR INFORMATION:**

Page 210, Line 19

EXHIBIT A-8

Page 5

P R O C E E D I N G S

1
2              NICHOLAS RUSSELL SCHACHT,
3   having been first duly sworn, was examined and
4   testified as follows:
5                   EXAMINATION
6   BY MS. DeFAZIO:
7        Q.    All right.  Good morning, Mr. Schacht.  We
8   met off the record, but again, my name is Ariel DeFazio
9   and I am an attorney representing Ms. Mohamed in this
10  case.
11             Can you please state your full name and
12  your home address for the record.
13       A.    My name is Nicholas Russell Schacht.  Home
14  address, 9316 Mount Vernon Circle, Alexandria, Virginia
15  22309.
16       Q.    And what is your current position and
17  employer?
18       A.    Position is chief commercial officer for
19  SHRM, Society for Human Resource Management.
20       Q.    How long have you been in that role?
21       A.    In this role, approximately three weeks.
22       Q.    Oh.
23       A.    The title has -- title has changed.  The
24  role has evolved consistently since I joined SHRM.
25       Q.    Gotcha.  Congratulations.

Page 6

1             How long have you been at SHRM overall?
2        A.    Five years and ten months.
3        Q.    Okay.
4        A.    Plus or minus a day or two.
5        Q.    Gotcha.
6             And can you give me a breakdown -- and you
7   don't have to attach exact days to it, but -- of what
8   roles you've had in those five years, ten months?
9        A.    Sure.  I joined SHRM in July of 2017 as VP
10  of education.  October of 2017, I was promoted to senior
11  VP for professional development.  Then sometime in mid
12  2018, my title changed to chief global development
13  officer.
14             In the fall of 2021, I added chief
15  strategy officer, and last month my title was changed to
16  chief commercial officer.
17       Q.    Got it.
18             Have you ever been deposed before?
19       A.    Not to my recollection, no.  I've been
20  part of administrative processes, but not a deposition.
21       Q.    Okay.  And what were those administrative
22  processes?
23       A.    Related to a previous employer and a
24  proceeding with the Department of Justice.
25       Q.    Oh, interesting.  Were you a whistleblower

Page 7

1   or did you bring a -- did they bring a suit on your
2   behalf?
3        A.    No.  The DOJ was conducting an
4   investigation.
5        Q.    Got it.  Okay.
6             And you were a witness in that?
7        A.    Yes.
8        Q.    Okay.  Did you appear in court?
9        A.    Did not.
10       Q.    Okay.  Was it that you were just
11  interviewed as opposed to being deposed?
12       A.    Yeah.  It was -- it was an interview
13  because there was no -- there was no formal court action
14  or court proceeding underway, but it was an investigation
15  that -- that was ongoing.
16       Q.    Gotcha.
17             What was the basis of the investigation,
18  do you recall?
19       A.    It was related to business practices under
20  a government contract; specifically, prepayment of forest
21  services by government entities and government
22  individuals and whether that was consistent with the --
23  whether that was consistent both with the contract and
24  with the Federal Acquisition Regulations and the DFARS.
25       Q.    Got it.

Page 8

1             And who was your employer at the time?
2        A.    Employer at the time was Learning Tree
3   International.
4        Q.    Were you an employee when you were part of
5   that investigation?
6        A.    Yes.
7        Q.    Okay.  And did you -- I'm guessing that
8   you left at some point.  Was that of your own volition,
9   or were you terminated?
10       A.    I was terminated from the job for reasons
11  unrelated a number of years later.
12       Q.    Okay.  What was the reason for your
13  termination?
14       A.    The old CEO wanted his job back.
15       Q.    Were you the CEO at the time?
16       A.    Yes, I was.
17       Q.    Oh, that's inconvenient.
18             Well, because it's been a while and/or you
19  may have never actually been through one of these before,
20  I'll just give you a few pointers.
21             Basically, the most important thing we
22  need to keep in mind is that we have a court reporter
23  here who's taking down everything that we're both saying,
24  and so we have that transcript going forward that's
25  terribly valuable.  So we want to make sure to keep that

Page 9

1    transcript clear.
2            And by doing -- in order to do so, we need
3    to not talk over each other.  Your audio sounds really
4    good, which is great so, you know, there's all those
5    interesting IT, you know, quirks about Zoom, too.  So if
6    there's a delay or something, you know, our court
7    reporter may stop us to ask us to repeating something.
8    If we talk over each other, sometimes that can, you know,
9    cut out the sounds.  I'll try my best to not do that, and
10   I'm sure you will as well.
11       A.    Sounds good.
12       Q.    Good.
13            Same thing for verbal answers.  So you
14   may -- just because we do it in our regular
15   conversations, you may shake your head or nod your head.
16   If you do that, I'll follow up and just say, "Is that a
17   yes or is that a no?"  I'm not trying to be rude.  I just
18   want to make sure that we have on the record that you
19   said yes or no.
20            Does that make sense?
21       A.    Absolutely.
22       Q.    Okay.  Great.
23            And then if you don't understand a
24   question, I expect you'll let me know that.  Is that
25   fair?

Page 10

1        A.    Absolutely.
2        Q.    Okay.  If you need a break, just let me
3    know.  I forgot to ask our court reporter on the record
4    when she -- how often she prefers to do breaks, but I
5    know every hour and a half or so is usually a good
6    benchmark to give her hands a break and to give us, you
7    know, time to do what we need to do for a few minutes.
8            But if you do need a break, let me know,
9    before I actually request one.  I would just ask that if
10   there's a pending question, you answer that before the
11   break.
12            Okay?
13       A.    Yes.  Counsel has advised me exactly those
14   points.
15       Q.    Stellar.  All right.
16            And Ms. Hoffman will likely object to some
17   of my questions.  However, unless she actually directs
18   you not to answer a question, you do still need to
19   respond.
20            Does that make sense?
21       A.    Yes, it does.
22       Q.    Okay.  And you will, several weeks after
23   this deposition, have the opportunity to review your
24   transcript to make sure there's no errors.  If there --
25   you know, there's a misspelling or something, you will be

Page 11

1    able to do that.  However, if you change radically an
2    answer from a yes to a no or add a whole bunch of, you
3    know, depth that wasn't offered at the deposition, I do
4    reserve the right to reopen your deposition.
5            Does that make sense?
6        A.    Yes.  I understand.
7        Q.    Okay.  Do you have any questions for me
8    while you have the opportunity to ask?
9        A.    Probably many, but none -- none that are
10   relevant to the proceeding at hand.
11       Q.    Oh, okay.  What do you know about this
12   case?
13       A.    I know that Ms. Mohamed was an employee of
14   SHRM through September 1, 2020.  I know that following
15   her -- following her employment with SHRM, she submitted
16   a complaint to the Colorado -- CCRD, whatever that stands
17   for, the administrative authority for employment matters
18   in Colorado; that that -- that went through the process;
19   that there was nothing resulting from the process in
20   terms of actions regarding SHRM; and that Ms. Mohamed has
21   since filed a Complaint in court that we are now going
22   through the process of addressing.  This Complaint
23   regards her treatment at SHRM and, in particular, her
24   dismissal from SHRM.
25            So that's my -- that is my understanding

Page 12

1    of what we are doing here today.
2        Q.    Sure.
3            And any understanding about the actual
4    legal claims that she's brought?
5            MS. HOFFMAN:   I'm just going to object and
6    instruct you not to answer to the extent that it calls
7    for attorney-client privilege, but to the extent you can
8    answer without divulging anything attorney-client
9    privileged, you can answer.
10       A.    Regarding the legal claims, I understand
11   the words and all the counts of the Complaint that has
12   been filed.  Do I have an understanding of the legal
13   merits of those claims or complaints?  No.  I'm not a
14   lawyer.  I'm --
15       Q. (By Ms. DeFazio)  Sure.
16       A.    -- I'm not a -- but I understand what's
17   written and what's -- what's stated.
18       Q.    Okay.  And that's not my -- the merits are
19   not my question.
20            Just, you understand that this is a race
21   discrimination claim --
22       A.    Yes.
23       Q.    -- or there's a race discrimination claim
24   in this case?
25       A.    Yes, I understand that.

Page 13

1    Q.    Okay.  And also retaliation for bringing
2  up concerns about race discrimination?
3    A.    Yes.
4    Q.    Okay.  Have you spoken to anybody other
5  than counsel for SHRM about the case?
6    A.    I have not.
7    Q.    Okay.  Did you talk to Jeanne Morris after
8  her or before her deposition testimony?
9    A.    Before her testimony, only to get -- she
10  told me, "I had my deposition."  And after I did a mental
11  health check-in with her, just, "How are you feeling
12  after that, Jeanne?"  I did not discuss the merits or the
13  content of the deposition with her.
14    Q.    Okay.  When did you check in with her
15  after the deposition?
16    A.    It was by text the evening after her
17  deposition.  Her deposition ended at whatever time it
18  ended, like 6:30 or 7:00, or later even, maybe.
19    Q.    And it gives me no joy to keep somebody
20  that late.  The time difference does not help, just so
21  you know.
22    What -- how did she respond to your text?
23    A.    Her response to my text was, "Feel like it
24  was okay.  I need a glass of wine."
25    Q.    Okay.  And what had you texted her to

Page 14

1  start that conversation?
2    A.    I just said, "How did it go and how are
3  you doing," essentially.
4    Q.    All right.  And then have you had any
5  other text communications with her or Slack
6  communications, in-person communications about her
7  testimony?
8    A.    No.
9    Q.    Okay.  Do you use a cell phone for work?
10    A.    I do, yes.
11    Q.    Okay.  And has that been the case since
12  2020?
13    A.    Yes.  It's a personal cell phone, but I
14  use it for work occasionally.
15    Q.    Gotcha.
16    Do you have a separate cell phone that you
17  have through SHRM?
18    A.    No.
19    Q.    Do you communicate with coworkers via
20  text?
21    A.    Occasionally.
22    Q.    And has that been the case since 2020?
23    A.    Yes.
24    Q.    And then is Slack utilized by SHRM as
25  well?

Page 15

1    A.    Slack is utilized by some employees in
2  SHRM, yes.
3    Q.    All right.  And how about yourself?  Do
4  you use it?
5    A.    Sometimes, depending upon whether the
6  person I'm communicating with is a Slack user or not.
7    Q.    Got it.
8    So it sounds like it's not required.  It's
9  just one of many channels to communicate?
10    A.    That is correct.
11    Q.    All right.  And had you used it on
12  occasion in 2020?
13    A.    I don't recall how far back I have used
14  it. It's been more than one year.  That far back,
15  possibly, but I don't recall.
16    Q.    All right.  Have you ever been asked to
17  search for communications in your phone or email or Slack
18  that involved Ms. Mohamed?
19    A.    When the CCRD case was raised, I was asked
20  to both preserve communications and to search for and
21  provide communications as a result of that process.  At
22  the time, the request, I believe, was limited to email.
23    Q.    So have you ever been asked to look
24  through your text messages or Slack messages for
25  communications that involve Ms. Mohamed?

Page 16

1    A.    Not specifically, to my recollection.
2    Q.    Okay.  And do those -- do your texts from
3  2020 through the present still exist, or have you deleted
4  any of them that are work related?
5    A.    My phone deletes all my texts after 30
6  days.
7    Q.    Okay.
8    A.    So my text retention on my phone is 30
9  days.
10    Q.    Okay.  And how about Slack, are -- do
11  those still exist?
12    A.    I don't know what happens to Slack.  Slack
13  just kind of exists as a messaging service.
14    Q.    Yeah.
15    A.    The messaging service -- and you're
16  allowed to create channels that people can subscribe to.
17  But you, as a user -- as far I know -- it's not the same
18  as texts, where you have something substantial that you
19  can delete.
20    Q.    Okay.
21    A.    I, frankly, wouldn't know how to go about
22  deleting a Slack text or a Slack thread if anybody asked
23  me to.
24    Q.    Yeah, I have no idea either.  We use it at
25  my firm, and I have no clue how it works.

Page 17

1    So had you turned over relevant documents
2    back when the CCRD case was raised?
3         A.    I turned over everything I had, everything
4    that I could find.
5         Q.    Okay.  And emails only, you said?
6         A.    Emails only, yes.
7         Q.    Okay.
8         A.    Because, for me, email is my document
9    retention device.  If a document is sent to me as an
10   attachment, it's in my email.
11        Q.    Okay.  And have you done another
12   look-through since the CCRD charge was in place?
13        A.    I believe that after this Complaint was
14   filed, we were requested to look again.  I did not find
15   anything else that I had not already submitted.  I
16   believe --
17        Q.    All right.
18        A.    -- that I had done a thorough job.
19        Q.    And those were emails only again?
20        A.    Yes.
21        Q.    And you mentioned receiving a -- maybe
22   notice about not deleting communications; do you recall
23   that?
24        A.    Yes, I do.
25        Q.    Okay.  And when do you think you received

Page 18

1    that?
2         A.    Shortly after the CCRD complaint was
3    filed.
4         Q.    Okay.  But at that point, you didn't take
5    any measures to stop the automatic deletion of texts on
6    your phone, did you?
7         A.    I did not.  I had not been -- to my
8    knowledge, I had not been using my phone routinely to
9    text.
10        Q.    Okay.
11        A.    Especially around matters regarding this,
12   my -- my communications were limited to email.
13        Q.    Okay.  Tell me about your role with
14   respect to creating education -- educational programs at
15   SHRM, and let's go to 2020.
16        A.    In 2020, I was chief global development
17   officer.  So if we look at the chain and the organization
18   structure, Jeanne Morris was the vice president of
19   education, reporting to me.  And then within her
20   organization, relevant to this case, Carolyn Barley was
21   the manager of instructional design, and obviously
22   Ms. Mohamed reported to Carolyn Barley.
23        Q.    Uh-huh.
24        A.    My role is to -- at the time was, and
25   still is, to oversee the strategy, the business goals and

Page 19

1    expectations for both creation and then the management
2    and the delivery of educational products and programs and
3    services.
4                In that regard, I knew when we initiated
5    different programs and projects, if there were a
6    situation that were to have a major business impact,
7    either positive or adverse, I was made aware of that; and
8    then available to the entire chain, from Ms. Morris on
9    down, to provide assistance or troubleshoot as necessary.
10        Q.    Okay.  Did you play a role in coming up
11   with ideas for programming?
12        A.    Occasionally, yes.
13        Q.    Okay.  But not as a regular course?
14        A.    Not as a regular course.  I mean, that's
15   what the education team is for.
16        Q.    Gotcha.
17        A.    If I had an idea, I inserted it into their
18   process.
19        Q.    Okay.  And then they would run with it.
20   And then would you be looped back in for, let's say, an
21   idea that you had pitched?
22        A.    For an idea that I had pitched, I'd get
23   some feedback.  Feedback could range from, "That was a
24   really stupid idea," or, "This is something that we're
25   doing," or, "We've already got this covered," or

Page 20

1    whatever.
2                There has been one case where I had a
3    particular passion project, which was a project called
4    PMQ, where I was deeply and heavily involved through the
5    entire development process.  It was my -- my little
6    playground.
7         Q.    And how about for an idea that you had not
8    generated?  Are you involved, you know, periodically on
9    the progress of those -- those educational programs?
10        A.    Yeah, as asked by the people who are doing
11   the work or to the extent that I receive routine
12   situational reports or operations reports from the teams.
13        Q.    Okay.  So is it -- is it correct that
14   consulting with you is not a regular part of the process,
15   but that you can be involved if need be?
16        A.    That is correct.
17        Q.    How is -- as far as you know, how is a
18   completion date for an education program generated?
19        A.    There's several factors that are
20   considered -- that are considered as we generate a
21   completion date.  We have a business plan, a marketing
22   plan that says:  We want to start offering this product
23   on a given date, so whatever that date is.
24                That will then be reflected in marketing
25   plans.  We'll go out, whether it's in a catalog or on the

1  website or whatever, and say -- let's say it's a course:
2  This course is available starting on this date.
3          We have experience in developing any given
4  number of courses. I mean, dozens, maybe even hundreds
5  of courses over time. Developing a course from scratch,
6  revising course content, and so on.
7          And from that, we have a good
8  understanding of both what's the most effective process
9  and what's the timeline for that process.
10         Once we have a "go live" date, if you
11 will, then knowing the product development process, we
12 can back up through that, give ourselves a little bit of
13 buffer time, because projects almost never go according
14 to plan.
15         And then from that, we establish the
16 timeline for the project and the deadlines and the
17 milestones for the project.
18     Q.    So is it right, then, that the launch date
19 is established from the outset and then deadlines are
20 kind of backed up from that?
21     A.    Yes. Generally, that is the process.
22     Q.    Okay. Gotcha.
23         And how -- you know, in an ideal world if,
24 you know, marketing says, "This is the launch date we
25 want," how much time do you actually build in for those

1  milestones and the development of --
2      A.    I -- I don't know offhand. I don't know
3  what the current state of the development process is.
4      Q.    Gotcha.
5          Who would know that?
6      A.    That would be in the education team, so
7  either Ms. Morris or somebody on her team.
8      Q.    Got it.
9          So you have a general understanding of the
10 process, but not kind of the nitty-gritty of how long it
11 takes to actually develop a program?
12     A.    Correct.
13     Q.    Okay. And do you have any understanding
14 as to how the launch date is set? You said it was by the
15 marketing folks?
16     A.    We have -- it's a combination of the
17 marketing team and the product team, and this is true
18 with -- with any product. We set a set of business
19 objectives. So, for example, for our education portfolio
20 and for our seminars in the education portfolio, we want
21 to drive this many dollars of revenue during this time
22 period.
23         In order to drive this many dollars of
24 revenue, we need to have this many classes with this many
25 average attendees.

1          The classes, then, are driven by what
2  courses are available when and where are we going to
3  offer those courses. That is set out in a schedule.
4          That schedule is then jointly finalized
5  between the product team and the marketing team,
6  typically on the basis of spring and fall semesters
7  because we tend to run a spring set of offerings and a
8  fall set of offerings.
9          So it's work together and -- and then the
10 first class for a given course will be, you know: Which
11 semester are we going to introduce this class? How does
12 it fit in the overall curriculum? How are we
13 communicating this to our customers and to potential
14 attendees? And then -- and then how do we -- how do we
15 proceed from that point?
16     Q.    And is the launch date ever adjusted.
17     A.    It can be.
18     Q.    Okay. And under what circumstances have
19 you seen that happen?
20     A.    I've seen a launch date adjusted when the
21 market changes for a course. So, let's say, one, develop
22 a given course, and the market need changes because we're
23 constantly collecting market information. If -- if the
24 need for the course were different than what we had
25 initially thought, we might change the design objective,

1  in which case we'd probably change the launch date for a
2  course.
3          If there were development difficulties
4  during the course, unforeseen circumstances. As I said,
5  no project ever goes according to plan. Sometimes
6  those -- those circumstances cause you to sit back and
7  rethink: Can we still meet the original schedule? Can
8  we not meet the original schedule? And in those cases,
9  we may make a decision to change the launch date.
10         Sometimes we may run into difficulties and
11 say, you know, we're going to push through and we're
12 going to -- we're going to get to the launch date anyway.
13     Q.    Can you think of any specific examples of
14 programs that have had launch dates that were moved in
15 the last two to three years?
16     A.    I don't have specific examples.
17     Q.    Okay.
18     A.    From -- from my perspective, that's not
19 something that would normally be raised to my level.
20     Q.    Gotcha.
21     A.    Mostly it would be material business
22 impact, like we were counting on this because it was
23 going to deliver $3 million of revenue; now we're pushing
24 it off three months. Or a given course to be moved or
25 for a launch date to be moved is -- is just part of the

Page 25

1  business that's controlled by the education team.
2      Q.    Gotcha.
3            So it's not within -- it's within the
4  purview of the individuals in the education department to
5  make that decision?
6      A.    That's correct.
7            MS. HOFFMAN:    Form.
8      Q.  (By Ms. DeFazio)  Okay.  And what you've
9  just testified to regarding, you know, the adjustment of
10 launch dates, was that all in place in 2020?  Was that
11 the process then as well?
12     A.    Yes.
13     Q.    SHRM uses subject matter experts, or SMEs,
14 for some of their programming; is that right?
15     A.    That is correct.
16     Q.    And are you involved in the solicitation
17 of SMEs or, you know, deciding who to utilize for what
18 programs?
19     A.    Typically not, no.
20     Q.    And, again, is that something that occurs
21 in the education department below you?
22     A.    Yes, it is.
23     Q.    Okay.  So Ms. Morris or below?
24     A.    Correct.
25     Q.    Okay.  Who are your direct reports now?

Page 26

1      A.    I have eight direct reports.  So they
2  include Ms. Morris, VP of education.  Tony Lee, who is VP
3  of publishing or editorial.  George Rivera, who is the
4  senior VP for sales.  Jennifer McCollum, who is the CEO
5  of Linkage Inc.  Achal Khanna, who is the CEO of SHRM
6  India.  Ashley Miller, who is the director of e-commerce
7  and premium products.  Derrick Lange, who is the director
8  of business strategy.  And my executive assistant, LaToya
9  Munoz.
10     Q.    And was that group different in 2020?
11     A.    Yes, it was substantially different in
12 2020.
13     Q.    Really?
14     A.    Mr. Lee did not report to me.  Neither
15 Ms. McCollum nor Mr. Rivera were at SHRM, nor were their
16 functions at SHRM.  And Ms. Munoz is a new executive
17 assistant, so --
18     Q.    Got it.
19     A.    -- she's new this year.
20     Q.    Gotcha.
21           So was it a smaller team that you had
22 reporting to you at the time, in 2020?
23     A.    It was a different team with different
24 structure.  There were people I had reporting to me who
25 now report up to other divisions.  There was an

Page 27

1  organization that we consolidated and integrated, so that
2  function was dispersed throughout the organization.
3      Q.    Gotcha.
4      A.    SHRM is a dynamic organization.  We don't
5  stay the same.
6      Q.    Gotcha.
7            So you -- there was some reorganization,
8  it sounds like --
9      A.    Correct.
10     Q.    -- since 2020?
11     A.    Yes.
12     Q.    How many direct reports did you have in
13 2020?
14     A.    To my recollection, it would have been
15 about the same number, but I don't remember exactly who
16 at those points in time.
17     Q.    Sure.
18           What is your management style with respect
19 to your direct reports?
20     A.    Transparency, direct communication, open
21 door, but I leave them -- I expect them to run their
22 businesses.  They're all very experienced professionals.
23 They know what they do.  That's the reason we either hire
24 them or put them in position.  And I let them run their
25 businesses.

Page 28

1            I provide observations where I have
2  observations.  I provide guidance the times that I feel
3  it's needed.  Most of my responsibility, however, is to
4  make sure they have the resources they need; make sure
5  that if there are barriers in their way -- because my
6  role, I may be able to remove those barriers or do
7  something about those barriers; make sure the
8  communication is flowing effectively; and then just get
9  out of the way and let them do what they do.
10     Q.    How often do you meet with your direct
11 reports?
12     A.    It varies by report -- direct report, but
13 either weekly or biweekly.
14     Q.    And "biweekly" being every other week?
15     A.    Correct.
16     Q.    And was that the case in 2020 as well?
17     A.    Yes.
18     Q.    Okay.  And how involved are you in your
19 direct reports' management of their own direct reports?
20     A.    I'm involved to the extent that I'm always
21 available for consultation.  I'm involved to the extent
22 that if there is a recommendation for a change in
23 somebody's employment status -- that change could be a
24 change in title, change in responsibility, a promotion, a
25 demotion, a -- an out-of-normal change in compensation, a

Page 29

1  hiring decision, or a termination decision -- all of
2  those decisions will come through me for review and,
3  ideally, for concurrence.
4            The vast majority of the time, I trust my
5  managers to manage and lead when they make a
6  recommendation. Unless I see something that's
7  significantly unusual or -- or out of norm in a
8  situation, then I am more than likely to go with their
9  recommendation and just -- and just recommend -- either
10 approve or recommend approval if higher-level approval is
11 required.
12    Q.    When is your approval required with
13 respect to changes in employment as you mentioned?
14    A.    That's a good question. In terms of
15 required versus everything -- they come through me
16 anyway, there is always an endorsement that goes through.
17           So anytime there is a new person hired in
18 my team, there's a recommendation that is made by the
19 hiring manager, and then I and the chief human resources
20 officer will both approve that recommendation.
21           For individuals hired at the director
22 level and above, that recommendation -- then we make a
23 recommendation to the CEO that he approve that.
24           I do not recall the exact terms of our
25 policies or -- or the specific written requirements for

Page 30

1  that. I just know how it works.
2            And, frankly, even for the situations
3  where the CEO is -- is not required to approve,
4  frequently I will inform him just as a matter of course.
5    Q.    Okay. And does that include terminations?
6    A.    Yes, that would include terminations.
7    Q.    So do you bring to his attention every
8  termination that you are looped into?
9    A.    Typically, yes. He -- he does not like to
10 be surprised by what goes on in the organization,
11 so . . .
12    Q.    Did you discuss Ms. Mohamed's termination
13 with Mr. Taylor?
14    A.    I made sure that he was aware of the
15 situation. At the point in time, to my recollection, he
16 had already been made aware of the situation by HR as
17 well.
18    Q.    Okay. And tell me what you mean by made
19 him aware of the situation.
20    A.    I said "to my recollection" -- and this
21 would have been in a conversation as opposed to anything
22 written -- that it was my understanding that we would be
23 terminating Ms. Mohamed effective that day, which would
24 have been the date of her termination, and asked him if
25 he had any questions about it.

Page 31

1    Q.    Did he have any questions?
2    A.    I do not recall whether he had any
3  questions about it.
4    Q.    All right. And am I right that that was
5  really offered more as a courtesy and not as any kind of
6  requirement that he approve her termination?
7    A.    That is correct.
8    Q.    Are you involved or looped in when there's
9  a demotion in either any of your direct reports or their
10 direct reports?
11    A.    If there is a demotion action, I am
12 involved to the extent at least that I'm informed about
13 it. I don't want these things happening in my
14 organization without me being aware of it, without me
15 knowing about it.
16    Q.    Okay. But your -- again, your express
17 authorization or approval is not required?
18           MS. HOFFMAN:  Form.
19           You can answer.
20    A.    My express authorization is not required.
21 What I do require is that, in the case of a demotion,
22 that we ensure that HR has been coordinated and is
23 providing their guidance and support in the process as
24 well.
25    Q. (By Ms. DeFazio)  Okay. So, Mr. Schacht,

Page 32

1  I'm going to share with you what will be marked as
2  Exhibit 28.
3    A.    Okay.
4    Q.    And as I mentioned, it's going to pop up
5  in your chat box and just let me know when you've been
6  able to open it and have it open in front of you.
7    A.    I'm trying to figure out how to get it out
8  of the download status and onto my screen. Maybe I have
9  to go to my binder folder. Hold on one second.
10    Q.    No problem.
11    A.    Okay. This is opened.
12    Q.    Great.
13    A.    It is the termination policy effective
14 1/1/94, revised 4/2017.
15    Q.    Great.
16           Does this look familiar to you?
17    A.    I'm sure I have seen it at some point, but
18 I haven't seen this document certainly in recent years.
19    Q.    Okay. So if there's a resignation or a
20 termination that's pending, you don't -- you haven't
21 looked at this, to your recollection --
22    A.    I --
23    Q.    -- recently?
24    A.    I have not looked at this.
25    Q.    What I'm curious about is on the second

Page 33

1  page, so in the bottom right-hand corner you'll see a
2  Bates number that says SHRM 0037. And if you go to
3  paragraph or Section (b)(1) under Involuntary Departure.
4      Do you see that?
5      A. Yes.
6      Q. Okay. The second sentence of that
7  paragraph says, "The Director, Human Resources or the
8  Manager, Employee Relations will ensure that the
9  progressive discipline policy has been adhered to, as
10  appropriate, prior to concurring with an involuntary
11  termination."
12      Do you see that?
13      A. Yes, I do.
14      Q. Okay. What is the progressive discipline
15  policy at SHRM?
16      A. I am not familiar with the written version
17  of the policy.
18      A general summary of the policy is that if
19  an individual's performance is deemed, for whatever
20  reason, not to be appropriate, not to be sufficient, not
21  to be good, that the individual is made aware of that
22  deficiency; the individual is given an opportunity to
23  correct the deficiency and may be coached in the process
24  of correcting that deficiency; that if the performance
25  continues to be insufficient, there may be further

Page 34

1  opportunity granted to the individual to improve, but not
2  necessarily in all cases because every case is different.
3      But progressive discipline means that
4  unless there is an egregious violation of company policy
5  or law, that the individual is counseled and given an
6  opportunity to correct performance.
7      Q. And as far as you know, is there a written
8  progressive discipline policy at SHRM?
9      A. I do not know.
10      Q. In the summary that you provided, are
11  there any timelines for how long someone is given to
12  improve their performance and then under what
13  circumstance -- well, let's start with that question.
14      So is there a timeline provided for how
15  long they have to improve performance?
16      MS. HOFFMAN:  Form.
17      A. There is typically a timeline associated
18  with an individual case. In other words, if somebody did
19  not improve their performance, we would likely say:  This
20  is what we would like you to do over the next period of
21  time.
22      Q. (By Ms. DeFazio)  And is that period of
23  time, you know, increments of 30 days?  Does it vary by
24  the individual?
25      A. I don't know.

Page 35

1      Q. Okay. So it sounds --
2      A. In --
3      Q. Okay.
4      A. In the cases that I've been involved with,
5  I haven't referred to a specific written policy, so it's
6  become a matter of process and what do we think is
7  reasonable.
8      Q. I see. So on a case-by-case basis --
9      A. Correct.
10      Q. -- it sounds like?
11      Okay. And then what circumstances -- you
12  mentioned that there may be further opportunity for an
13  individual to improve if they haven't.
14      What factors go into considering whether
15  they are given an additional opportunity to improve?
16      A. Factors that would go into consideration
17  would include:  Have they shown some improvement, even if
18  they haven't gotten to the standard of improvement
19  ultimately that's expected to be consistent with their
20  role. Are they showing a desire to improve?  Even if
21  they haven't shown improvement, have they taken -- (Zoom
22  distortion)
23      THE COURT REPORTER:  I'm sorry, it's
24  cutting out. You're freezing.
25      (Discussion off the record.)

Page 36

1      A. Have they taken the actions that have
2  been -- that have been recommended or prescribed for them
3  to improve, even if there's been no improvement?
4      And then, finally, if they're taking the
5  actions, if they're working, do they have the ability to
6  improve or do they have the ability to address the
7  situation?
8      Those are the factors that would be
9  considered in providing continued periods to improve
10  performance.
11      Q. (By Ms. DeFazio)  Okay. And how, under
12  this -- you know, your understanding of this policy, is a
13  person made aware of performance deficiencies?
14      A. Individuals should be made aware of
15  performance deficiencies, first through discussions with
16  their manager, and this is -- this is where it begins.
17  The manager has a discussion. Performance management is
18  an ongoing process.
19      In an ideal world, this doesn't wait for
20  performance reviews, but in between performance reviews,
21  you're regularly having performance discussions with
22  people.
23      If there is an issue that is serious
24  enough to warrant a performance period of some sort, then
25  that needs to be made clear to the individual:  That this

Page 37

1  is what we are expecting of you by this point in time.
2  If you are not doing this, you are not meeting the
3  standards of the job.
4            The individual -- if the individual isn't
5  made aware of it, clearly then the individual can't
6  redress the situation.
7       Q.   Yes.
8       A.   Typically, I will advise managers to
9  document their concerns in writing so that what's been
10 said is clear between the manager and the employee.
11      Q.   And what does that documentation typically
12 look like?
13      A.   These days, it's typically an email that's
14 sent to the individual, typically a copy kept by the
15 manager, a copy may be sent to HR.
16      Q.   And have you seen performance improvement
17 plans or PIPs utilized at SHRM?
18      A.   I don't believe we use the term "PIP."
19      Q.   Okay.  What do you use as a term?
20      A.   I don't know that we do.
21      Q.   Okay.  Is there some sort of -- other than
22 an email which you referenced, any sort of document or
23 contract between an employee and their manager about what
24 their expectations are in writing?
25      A.   There is the normal course of

Page 38

1  documentation through the regular, routine performance
2  management process:  Performance reviews, performance
3  evaluations, which will typically identify what's been
4  going well, what may not have been going well, and things
5  to be done in the next period.
6            In addition, there is every employee's job
7  description, which lays out:  Here are the requirements
8  for the job.
9            So between those, you have a description
10 of what is expected from the employee, both from a
11 structural perspective, which is the job description, and
12 then from a performance in the context of that structure.
13      Q.   And are the regular performance reviews
14 that you referenced, are those conducted quarterly --
15      A.   We have --
16      Q.   -- or annually?
17      A.   We've changed periodicity over time.
18 We've done them quarterly, we've done them semiannually,
19 we've done them annually.
20            I couldn't tell you at what points in time
21 we were doing them, but we certainly have done them no
22 less than annually.
23      Q.   Okay.  And at present, how often are they
24 performed?
25      A.   At present, I believe every six months.

Page 39

1       Q.   Okay.  And then how about in 2020, if you
2  recall?
3       A.   I do not recall specifically in 2020.
4       Q.   All right.  So you would agree with me
5  that, as a matter of fairness, employees need to be put
6  on notice about areas that they may be deficient in for
7  their performance?
8       A.   I would agree with you, yes.
9       Q.   And if those performance issues are
10 occurring not in line with the timing of an annual
11 performance review, then they should be documented in
12 some way?
13      A.   Yes.
14      Q.   And that's so that the individual has the
15 opportunity to improve, as you testified to?
16      A.   Yes, and so that the organization also has
17 a record of a discussion, should the organization need to
18 progress toward disciplinary action.
19      Q.   Okay.  And do you think it's important to
20 have annual or semiannual evaluations accurately reflect
21 how an employee is doing at work?
22      A.   I think it's important to have a
23 performance management process where there is a dialogue
24 between the individual and the individual's manager to
25 understand how the individual is doing.  I'm not a fan of

Page 40

1  long periods between periods.
2            So you talk about semiannual or annual
3  performance.  Performance evaluations, yeah, that's a
4  tool, but that is -- if you have a scale of what's least
5  optimal to most optimal, then that's toward the least
6  optimal side of the scale.
7            From my perspective, more optimal is --
8  you asked how frequently I meet with my direct reports,
9  biweekly or weekly.  Every single one of those
10 conversations is a performance management conversation to
11 some extent.
12      Q.   Uh-huh.
13      A.   To -- if there is something that needs
14 documentation coming out of one of those meetings, my
15 personal practice is to follow up with an email saying:
16 Hey, good meeting today.  Here are the things we talked
17 about.  You know, these are things we agreed that would
18 happen in the next week.
19            That can be constructive.  In other words,
20 there's something where I want to raise performance.  It
21 can also be reinforcing:  This was really good, this is
22 really great work, just keep doing more of this.
23            That's performance management.  That's way
24 more effective in terms of guiding an individual's
25 performance than a formal process where you have these

Page 41

1    annual or semiannual written -- written reports.

2         Q.    Gotcha.

3              So that you're -- you're keeping kind of

4    realtime dialogue with the employee about areas they

5    either need to improve or that they're doing well or

6    both?

7         A.    That is correct.

8         Q.    And do you -- do you have the expectation

9    that your direct reports supervise in the same manner,

10   that they have these same frequent conversations about

11   performance with their supervisees?

12             MS. HOFFMAN:  Form.  Foundation.

13        A.    My expectation of my direct employees is

14   that they will have a process for managing the

15   performance of their employees and that they will conform

16   with the specific requirements of the organization at a

17   minimum.

18             Every manager is different.  Every style

19   is different.  Jobs are different.  Certain people in

20   certain jobs may not require feedback with the same

21   extent, even from myself.  I have weekly meetings with

22   some people, biweekly meetings with other people.

23             So this is very situational.  If I

24   expected my managers to be carbon copies of me and what I

25   did, then all I do is proliferate both my strengths and

Page 42

1    my weaknesses throughout the organization.

2              I give them my perspective, and I set

3    guidelines:  So you have to conform with what the

4    organization requires, and here's what I found to be

5    effective.

6              But it's not a requirement that they do it

7    the same way that I do it.

8         Q.  (By Ms. DeFazio)  Does SHRM provide

9    training to managers on these, you know, topics including

10   performance management, progressive discipline, and the

11   like?

12        A.    SHRM provides training in these topics,

13   yes.

14        Q.    Okay.  Are they required?

15        A.    I can't give you chapter and verse on

16   exactly what is required when.  I can tell you when we

17   have made changes to our performance management process

18   in the past; for example, every manager, every individual

19   has employees reporting to -- to them is required to go

20   through the training on a new performance management

21   process.

22        Q.    And when is the last time you recall that

23   performance management process changing?

24        A.    Probably between a year to two years

25   ago --

Page 43

1         Q.    Okay.

2         A.    -- is my guess.  Again, I don't -- don't

3    recall exactly.

4         Q.    Sure.

5              And what was the general kind of change

6    there the year, year and a half ago?

7         A.    We changed the structure of the

8    documentation from what had been previously to the

9    current structure.  It was intended to reduce and focus

10   the amount of writing that was being done and focus on

11   the core areas that were constructive to -- to

12   performance management.

13        Q.    Gotcha.

14             And this is when you mention that they

15   became -- they may have gone from quarterly to

16   semiannually; do you think that's the change that you're

17   referring to?

18        A.    It may have been a frequency change there,

19   but I do not recall.

20        Q.    Okay.  Gotcha.

21             But as far as you -- as far as you can

22   recall, other than when someone becomes a manager and

23   goes through this training, it sounds like it's not

24   required as a matter of course --

25             MS. HOFFMAN:  Form.

Page 44

1         Q.  (By Ms. DeFazio)  -- by managers?

2         A.    Training, other than in the incidence of a

3    change with regard to performance management, is not --

4    that's -- ongoing training and performance management is

5    not required, in answer to your question.

6         Q.    Thank you.

7              What training, if any, is required of

8    management-level employees at SHRM?

9         A.    Training required now is, when an

10   individual becomes a manager or is hired as a manager,

11   they're required to go through a course called PMQ, which

12   is People Manager Qualification.

13             They -- other training required of

14   managers is our annual harassment training.  Harassment

15   training addresses harassment.  It addresses

16   discrimination.  It addresses retaliation.  This is

17   training that's conducted -- that's e-learning.  It's

18   done annually for all employees.

19             In addition, for managers, there's a

20   manager version which is longer and addresses -- well,

21   factors that you would expect related to management that

22   are in addition to what's covered in the employee

23   version.

24        Q.    Okay.  And the People Manager

25   Qualifications, that's your playground you talked about

Page 45

1  before?
2          A.    That was my -- that was my pet project,
3  yes.
4          Q.    When was it put in place?
5          A.    PMQ was developed during the summer of
6  2020 and hit the market in the fall, late fall of 2020.
7          Q.    And I apologize if you testified to this
8  already.
9                But you said that it's required only of
10  new managers; is that right?
11         A.    It's -- it's available to everybody.
12         Q.    Okay.
13         A.    It's required of people who are newly
14  being promoted into manager roles.  We may put somebody
15  through it if they're being considered or we think that
16  they're a good candidate for a managerial role.
17                It's required if somebody comes into the
18  organization in a managerial role and has not already
19  taken it at a previous employer.
20         Q.    Okay.  And what about individuals who were
21  managers at the time that the program was created and,
22  let's say, had, you know -- were they grandfathered in?
23  Were they required to take it?  They were already
24  managers at the time that it was developed.
25         A.    We put many of the SHRM managers through

Page 46

1  it.  I do not know whether it was universal or mandatory.
2  I know that we had dozens of managers go through the
3  program when it was first released.
4          Q.    Okay.  Going back to your testimony a
5  little bit ago about the importance of documenting
6  performance concerns, why do you think it's important for
7  SHRM to have performance concerns documented for
8  discipline?
9          A.    As we discussed, it's twofold.  It's --
10  well, threefold, I guess.  The first is to make sure that
11  everybody has the same recollection of a conversation
12  that was held.  Second is to ensure that the employee has
13  an objective statement of:  This is what we are expecting
14  in terms of performance.
15                A performance conversation with an
16  employee can be an emotional experience, and not
17  everything that is said is always remembered or is
18  necessarily -- necessarily internalized as intended.  So
19  the written statement helps to be an objective grounding
20  of that.
21                And the third is from the organizational
22  perspective.  This is also a matter of good performance
23  management process.  Document so that you can understand,
24  in reviewing with HR, reviewing with management, if there
25  is a basis for disciplinary action, what is the basis and

Page 47

1  what has been said to the employee and what's been the
2  progress.
3          Q.    You talked about the importance of having
4  an objective, I guess, document in place.  But the
5  documents we're talking about are emails from a --
6  generally, emails from a supervisor, right?
7                MS. HOFFMAN:    Form.
8          A.    Generally, yes.
9          Q.    (By Ms. DeFazio)   Okay.  And do you think
10  it's possible that the content of that may, in fact, not
11  be objective?
12                MS. HOFFMAN:    Form.
13         A.    I believe that the content of an email can
14  be as objective or as unobjective as the content of any
15  other written document based on the perspective of the
16  person who's drafting the document.  The fact that it's
17  an email doesn't change its objectivity, it doesn't
18  change its subjectivity.
19                At the same time, I also believe that
20  there is an opportunity for response and dialogue in the
21  context of an email.  So if I, as a manager, am
22  documenting a subordinate's -- a conversation with a
23  subordinate and the individual doesn't agree that that is
24  what we said, there's an opportunity for the individual
25  to respond --

Page 48

1          Q.    (By Ms. DeFazio)   Okay.
2          A.    -- and engage and continue dialogue.  But
3  I don't think the form of an email contributes to
4  objectivity or subjectivity.
5          Q.    Okay.  And so -- so you would encourage
6  that dialogue, then.  So the feedback from a supervisee
7  to their supervisor in response to an email documenting
8  their purported -- or their purported performance
9  deficiencies?
10         A.    Yes.
11                MS. HOFFMAN:    Form.
12         Q.    (By Ms. DeFazio)   Okay.
13         A.    I would encourage dialogue, yes.
14         Q.    And you don't think there's anything
15  inappropriate about somebody who receives an email like
16  that responding with their -- their perspective on the
17  situation?
18         A.    I believe appropriateness depends on the
19  nature of the response.
20         Q.    That's fair.
21         A.    The fact that an employee responds, in and
22  of itself, is not inappropriate.  Tone may be
23  inappropriate, content may be inappropriate, any number
24  of things may be inappropriate.
25                But just like any other dialogue, people

**Page 49**

1    sometimes just agree to disagree as well.

2          Q.    And in the context of SHRM's progressive

3    discipline policy that you testified to a little bit

4    earlier, when, if ever, is there involvement required

5    from somebody in HR?

6          MS. HOFFMAN:   Form.

7          A.    HR is required to become involved with

8    progressive discipline policy whenever there is a

9    material change to somebody's employment terms.

10          So is somebody's job being changed?  We

11   talked about this in the context of a demotion, for

12   example.  Is somebody being terminated?  Is somebody's

13   compensation changing?  Is somebody's job role changing?

14          All those are situations in which HR must

15   be involved.

16          Q. (By Ms. DeFazio)   Okay.  And what about if

17   the dialogue between supervisor and supervisee, there's

18   an -- there's an agreement to disagree.  Is HR involved

19   at some point if, let's say, you know, the employee is

20   resistant to or doesn't agree with the purported, you

21   know, deficiencies that are being pointed out to them?

22          MS. HOFFMAN:   Form.  Foundation.

23          A.    HR can become involved in situations

24   involving disagreement between an employee and the

25   employee's manager.  HR has an employee relations team,

**Page 50**

1    which are the experts.  If you think about discipline

2    expertise in an organization, the employee relations team

3    has discipline expertise in helping address and resolve

4    conflicts in the workplace.

5          Q. (By Ms. DeFazio)   But is their involvement

6    prior to the actual change of an employee's employment

7    status?  Is that up to the supervisor who's actually

8    dealing with the performance deficiencies?

9          MS. HOFFMAN:   Form.  Foundation.

10          A.    I'm considering -- if you -- could you

11   reframe the question, please.

12          Q. (By Ms. DeFazio)   Yeah, certainly.  Maybe

13   I'll get it a little bit less hypothetical.

14          A.    Okay.

15          Q.    So let's say -- or a bit more concrete.

16          So let's say that an employee is

17   identified as having some sort of performance deficiency.

18   Their supervisor writes them one of those coaching

19   emails, maybe it follows an in-person dialogue.  The

20   employee disagrees with the perception of their conduct

21   as having some performance deficiency.

22          Is it up to the manager to pull in HR if

23   there's a disagreement between, you know, her and the

24   supervisee about whether performance deficiencies exist

25   in the first place and how they should be dealt with?

**Page 51**

1          MS. HOFFMAN:   Form.

2          A.    The initiation of -- or the initiation of

3    involvement of HR in something like that is typically

4    triggered by the manager because the manager is the one

5    who's most aware of the conflict.  There may be cases

6    where somebody else observes a conflict, so the manager's

7    manager may observe a conflict and say, "Hey, let's get

8    HR involved in this."

9          But the manager obviously is the one who's

10   going to be most closely affected by and closely

11   cognizant of the conflict.

12          Q. (By Ms. DeFazio)   Gotcha.

13          But as a matter of course, if there is

14   dialogue about performance deficiencies, there's not a

15   requirement that the manager pull in someone from HR?

16          A.    I am unaware of the existence of a

17   specific requirement.

18          Q.    Okay.  You mentioned -- or in passing

19   you've mentioned discipline a few times.

20          Does SHRM discipline employees short of

21   termination?

22          A.    Yes.

23          Q.    Okay.  What types of discipline does it

24   enforce with employees?

25          A.    Things that I am aware of include the

**Page 52**

1    issuance of a written warning relative to a specific

2    behavior; remedial education; remedial training that

3    could be functional, that could be cultural, it could be

4    behavioral.  I am aware of at least one case when an

5    individual has been suspended without pay for a period of

6    time.

7          So there are various elements of

8    discipline, there are various ways in which -- you know,

9    using the broad heading of "discipline," there are

10   various actions that the organization may take to support

11   the need for improved performance.

12          Q.    Sure.

13          And would you put demotion in that -- in

14   that -- you know, that list of potential discipline short

15   of termination?

16          MS. HOFFMAN:   Sorry, can you repeat that?

17   You just cut out, at least on my end, for a second.

18          Q. (By Ms. DeFazio)   Sure.

19          Would you put demotion as -- on that list

20   of potential discipline short of termination?

21          A.    A demotion could be a form of discipline.

22   That's not a one-to-one relationship, however, in that a

23   demotion is not always a form of discipline.  Demotion is

24   just an action of reducing somebody's pay grade, which

25   could result from any number of factors.

Page 53

1    Q.    Sure.
2          But it sounds like maybe one or more of
3    these are considered --
4    A.    Yes.
5    Q.    -- when there's a performance issue?
6    A.    Yes. And depending upon the situation,
7    you take an approach which you consider appropriate and
8    most likely to -- to address the performance change
9    that's desired.
10   Q.    Got it.
11         And all these disciplinary actions are
12   offered, at least in part I would think, to allow
13   employees to improve and to --
14   A.    Yes.
15   Q.    Yeah, go ahead.
16   A.    I would agree with that.
17   Q.    Okay. And to remain at SHRM if at all
18   possible?
19   A.    To allow them to perform the role in a way
20   that SHRM expects somebody in the role to perform the
21   role.
22   Q.    Okay. Who have you terminated at SHRM?
23   A.    This is going to sound really crass, but I
24   can't remember everybody I've terminated at SHRM.
25   Q.    That is -- that is okay.

Page 54

1    A.    I have -- I have -- I have terminated
2    direct reports certainly at the vice president level and
3    at the director level. I have -- as we've discussed
4    previously in terms of my involvement with termination
5    actions for people not directly reporting to me but in my
6    chain of command, I have been a part of the review
7    process of numerous terminations.
8    Q.    Okay. Let's talk about direct reports who
9    you've terminated. Who -- who have you terminated?
10   A.    I will preface this by saying this is not
11   necessarily a complete list because I may not recall all.
12   Q.    Okay.
13   A.    Individuals at SHRM who I have terminated
14   include Lisa Block, who is VP of events. Oh, lord, this
15   sounds terrible. I can't remember her name -- Vicky
16   Huerta, also VP of events. Diego Salmon, VP of
17   enterprise sales. Robert Garcia, VP of international
18   operations. Michael McCallum, director of -- he was
19   director of international sales or something. Inigo
20   Sanchez-Montoya, director of international sales.
21   Lillian McFadden, executive assistant.
22         There may be others, but we're talking
23   about a six-year period of time, so that --
24   Q.    Sure.
25   A.    Those are the names that immediately come

Page 55

1    to mind.
2    Q.    Sure.
3          And does this include folks at the VP
4    level and director level?
5    A.    These include folks at the VP level and
6    director level, as well as Ms. McFadden, who is an
7    executive assistant.
8    Q.    Got it.
9          But who was a direct report of yours?
10   A.    Yes.
11   Q.    Okay. All right. And for -- for these
12   folks, did you go through the -- well, let me -- strike
13   that, sorry.
14         Did you offer -- were any of these people
15   disciplined before they were terminated?
16   A.    With regard to performance management and
17   performance counseling, all of them were counseled.
18   Q.    Okay.
19   A.    In terms of discipline prior to
20   termination, I do not believe that any disciplinary
21   action, such as demotion, such as suspension and so on,
22   were -- were made with regard to any of those
23   individuals.
24   Q.    And did you consider any disciplinary
25   action with these folks before you terminated them?

Page 56

1    A.    To my recollection, knowing my thought
2    process, I would have gone through the thought process
3    of, you know: Is something else other than termination a
4    possibility here?
5          But in -- in these cases, the progressive
6    performance management was -- was sufficient to reach
7    that decision.
8    Q.    Okay.
9    A.    Discipline was not -- would not have been
10   a -- would not have been a constructive process.
11   Q.    And is there any objective metric for
12   deciding whether someone will be fired versus just
13   discipline short of termination?
14   A.    In some cases, objective metrics are
15   easier to establish than others. So, for example, for
16   somebody in a sales position, if they're not meeting
17   their sales targets -- they're given an opportunity to
18   meet their sales targets and they don't meet their sales
19   targets, that's pretty objective.
20         If somebody's not meeting the requirements
21   of a job description, that can be fairly -- fairly
22   objective, only -- but to the extent that what's required
23   of the job is an objectively verifiable thing: You do
24   this project, you lead this project, you produce this
25   result, and so on.

Page 57

1    In other cases, a decision may be made for
2    less -- not -- not purely objective reasons.  Culture fit
3    is a clear example.  If you have somebody who is -- is
4    being disruptive, is counseled on disruptive behavior,
5    that's a much less objective criterion.  But you might
6    decide to separate them from the organization due to a
7    lack of fit with the organization's culture.
8    Q.    You mentioned a little bit earlier going
9    through a yearly harassment training that included
10    discrimination and retaliation.
11    Do you recall that?
12    A.    Yes.
13    Q.    Okay.  Have -- has there been any
14    inclusion in that training about implicit bias?
15    A.    I do not recall whether implicit bias is
16    included in that training.
17    Q.    Are you familiar with the term "implicit
18    bias"?
19    A.    Yes, I am.
20    Q.    What is your understanding of what it is?
21    A.    My understanding of implicit bias is a --
22    a behavioral tendency based on an individual's pattern of
23    experience and exposure and beliefs and culture that
24    may cause the individual to express bias or apply bias
25    and behaviors in dealing with a certain class of people

Page 58

1    without it being a conscious decision or a conscious
2    determination.
3    MS. HOFFMAN:    And, Ariel, do you mind if
4    we take, like, a five- or ten-minute break?
5    MS. DeFAZIO:    Yeah.  I have just a couple
6    more questions in this category.  Do you need it right
7    now?
8    MS. HOFFMAN:    Nick, if you're okay to
9    answer a few more questions, that's fine with me, as long
10    as -- yeah, we can . . .
11    THE WITNESS:    Yeah, I'm good for a couple
12    more questions.
13    MS. HOFFMAN:    Okay.
14    MS. DeFAZIO:    Thank you.  I appreciate it,
15    Katherine.
16    Q.  (By Ms. DeFazio)  Have you ever done the
17    Implicit Association Test through Harvard?
18    A.    I have not.
19    Q.    Okay.  Have you heard of them?
20    A.    I've heard of many different instruments
21    in this regard.  I don't recall the Harvard test as being
22    distinct -- you know, distinguished from the others.
23    Q.    Sure.  They are interesting, I must say.
24    It is -- is it your understanding that
25    everyone is vulnerable to implicit bias?

Page 59

1    MS. HOFFMAN:    Form.
2    A.    I would state that implicit bias is a
3    potential in any human, but also that it is possible to
4    teach people to understand and recognize implicit bias
5    and make conscious attempts to override it.
6    Q.  (By Ms. DeFazio)  Sure.
7    And is that -- I've heard the terminology
8    "interrupting" or "disrupting" it.  Is that -- are you
9    familiar with that terminology?
10    A.    I'm not familiar with it.  I could
11    understand why you would use the terminology.
12    Q.    Okay.  Have you ever looked at SHRM's
13    resource page for implicit bias?
14    A.    I am sure I have looked at it because I
15    looked at it as we were building the PMQ modules on
16    implicit bias, but this would have been two to three
17    years ago now.
18    Q.    Got it.
19    But it is something that people need to be
20    aware of and taught to recognize.  Would you agree with
21    that?
22    A.    At SHRM, we affirmatively state that
23    people should be aware of implicit bias and be taught to
24    recognize implicit bias.
25    Q.    Okay.  How are people taught to recognize

Page 60

1    it, as far as you know?
2    A.    Can you be a little more specific with
3    your question, please?
4    Q.    Sure.
5    Well, you mentioned that it's something
6    that people should be taught to recognize.  So, you know,
7    what do you have in mind when you say that?  How do you
8    think people are taught to recognize it?
9    A.    In general, there are a number of ways
10    people can be taught.  For example, we have -- at SHRM we
11    have an Inclusive Workplace Culture Specialty Credential
12    that includes modules on implicit bias.  So you could
13    teach people in a formal education program.
14    You can teach people at conferences.  We
15    have sessions at our conferences that address implicit
16    bias specifically.  You can teach through articles.  So
17    you talked about the implicit bias page on SHRM.org.  Our
18    editorial team writes articles in that regard.  That's a
19    form of teaching people.
20    You teach people through explicit
21    discussion in a leadership context, whether that might be
22    a discussion in a group meeting or a one-on-one
23    discussion between a leader and any other individual,
24    just as part of the normal coaching and mentoring that we
25    to.

**Page 61**

1    So there are many, many ways that you can
2    teach people about implicit bias.
3    Q.    And have you -- have you actually been
4    through a training yourself in the last year or two?
5    A.    I have not been through a formal training
6    program on implicit bias.  I have read any number of
7    articles, so I guess you could say I've been through
8    self-training as these other modes of training in terms
9    of implicit bias.
10    Q.    Got it.
11    But you've never been through training --
12    regardless of time, you have never been through a formal
13    training on implicit bias?
14    A.    That is correct.
15    Q.    Okay.  Do you have an understanding as to
16    what people can do to -- to prevent themselves from kind
17    of falling prey to their own implicit biases in a
18    workplace?
19    MS. HOFFMAN:    Form.  Foundation.
20    A.    Certainly I'm not an expert in implicit
21    bias.  If I were, I would probably be teaching the
22    classes on it.
23    But from my perspective, I believe I have
24    a general understanding of things that people can do to
25    address the potential for implicit bias.

**Page 62**

1    Q.    (By Ms. DeFazio)    Okay.  And what are those
2    things?
3    A.    Those things might include -- but, again,
4    this is not a -- you know, an exhaustive list -- might
5    include just general situational awareness.
6    I'm an old white male, so to the extent
7    that I'm talking to a woman in any context, is there the
8    potential that I could exhibit implicit bias toward or
9    against women?  I could.
10    If I have a general situational awareness
11    that, okay, I'm in a conversation with a woman, maybe I
12    want to listen to my language a little more closely.
13    Maybe I want to be aware of my body language and my
14    personal space.  Maybe I want to be aware of any other
15    factors that could either be offensive to this individual
16    or where I might be treating this individual differently
17    than, in this case, I would treat a man with whom I was
18    in a conversation.
19    Situational awareness is a big part of it.
20    Levels of cultural awareness are also important to the
21    extent that we are talking about differences in culture,
22    differences in race.
23    Age differences also play into it.  What's
24    acceptable for people of certain generations may not be
25    acceptable for people of other generations.

**Page 63**

1    All of these can be indications of:  Do we
2    have an implicit bias that is somehow changing our
3    behavior, changing our speech, and so on.
4    It comes back to thinking about who I am,
5    what my exposure is, what my basic mind-set is, and who
6    are the people that I'm dealing with.
7    Q.    Okay.  Do you think that there's utility
8    to having objective measures in place in a workplace to
9    prevent people, namely supervisors, from falling prey to
10    implicit bias?
11    MS. HOFFMAN:    Form.  Foundation.
12    A.    I think that would be wonderful.  However,
13    I'm not aware of any such objective measures that exist.
14    Q.    (By Ms. DeFazio)    Well, for instance, for
15    performance.  So if you -- well, let me ask you it this
16    way:
17    If you have a supervisor who has -- it may
18    be an implicit bias that they're unaware of -- and
19    they're treating an employee of the group that they're
20    biased against differently.
21    Would it not be helpful to have some
22    measures in place to prevent that bias from actually
23    manifesting?
24    A.    Hard to say anything but yes in response
25    to your question, Ariel, because that -- removing bias,

**Page 64**

1    removing implicit bias would be good for everything and
2    everybody.
3    But you talk about an objective measure.
4    I'm not sure what objective measures there are because
5    perception of bias and manifestation of bias is not an
6    objective thing.
7    So that's where I -- that's the reason I
8    pause, and that's the reason -- in general, reduce
9    implicit bias, reduce the evidence of bias, absolutely.
10    Q.    Sure.
11    Well, and I'll be transparent with you.
12    So in your testimony earlier, you testified to, you know,
13    progressive discipline policy.  That sounds rather
14    nimble, you know, it's pretty flexible.  You kind of take
15    people on a case-by-case basis, decide how to, you know,
16    coach them.  Maybe you discipline them, you know, prior
17    to termination, maybe you don't.
18    Is that accurate?
19    A.    Yes --
20    MS. HOFFMAN:    Form.
21    A.    -- that is.
22    Q.    (By Ms. DeFazio)    Okay.  So if you have a
23    situation where you have a supervisor who has a bias,
24    maybe one that's even unrecognized, against an employee
25    and they're dealing with what they -- they perceive as

Page 65

1  performance deficiencies in that supervisee, how do you
2  prevent them from, you know, potentially disciplining or
3  terminating an employee because of that bias, if there is
4  no objective process in place on how to discipline them
5  short of termination?
6              MS. HOFFMAN:   Form and foundation.
7       A.   This is the reason why, for any
8  disciplinary action, including termination, HR becomes
9  involved.
10             HR is that, to the extent possible,
11 objective yardstick for the organization, to make sure
12 that, in my division, employees are not being treated
13 measurably differently than in a different division;
14 similarly, from one manager to another.
15      Q.   (By Ms. DeFazio)   Got it.
16      A.   So HR provides --
17             MS. HOFFMAN:   And let's take that break
18 now.
19             MS. DeFAZIO:   Okay.  Sure thing.
20             MS. HOFFMAN:   Thanks.
21             MS. DeFAZIO:   Okay.  We'll be back in
22 about five --
23             MS. HOFFMAN:   Great.
24             MS. DeFAZIO:   -- if that works for you
25 all.  Great.  Thanks.

Page 66

1              (Recess taken from 9:46 a.m. until
2  9:53 a.m.)
3       Q.   (By Ms. DeFazio)   Mr. Schacht, was there a
4  point when you came to understand that Ms. Mohamed had
5  raised concerns about race discrimination during her
6  employment?
7       A.   Yes, there was.
8       Q.   Okay.  And when was that?
9       A.   That point was when she told me in an
10 email that she had raised concerns about race
11 discrimination.
12      Q.   Okay.  And is it your testimony that she
13 had never brought up that issue to you previously?
14      A.   Yes, that is correct.  That's my
15 testimony.
16      Q.   Okay.  You did have a conversation with
17 her about the PMQ project prior to that email you
18 testified to; is that right?
19      A.   That is correct.
20      Q.   Okay.  And she had -- how did that (Zoom
21 distortion)
22             MS. HOFFMAN:   Sorry, can you repeat that?
23      Q.   (By Ms. DeFazio)   Sure.
24             How did that conversation about the PMQ
25 project come about?

Page 67

1       A.   To my recollection, we had requested that
2  Ms. Mohamed participate in the development of some of the
3  PMQ modules.  She was initially part of that process, and
4  then she requested that -- she said that she did not want
5  to participate in the process anymore, and she felt --
6  she felt that it would be better if she didn't, if she
7  recused herself from the project.
8       Q.   Okay.  And I'm going to share with you
9  what I'll mark as Exhibit 29, which we'll just put a date
10 range on this.
11             Just let me know when you've got that
12 open.
13      A.   I've got it open.
14      Q.   Okay.  Great.  So if you turn to the
15 second-to-last page, you'll see the first email,
16 presumably, in this chain.  So that's on the bottom
17 right-hand corner MOHAMED 010332.
18      A.   Yeah.
19      Q.   And there's an email from Ms. Mohamed to
20 you on July 21, 2020.
21             Do you see that?
22      A.   Yes.
23      Q.   Okay.  And in it, she mentions:  "As you
24 may be aware, I am" having -- or "I am have ongoing
25 issues with Carolyn Barley, the person who is leading

Page 68

1  this project, related to the very same topics that we
2  will be discussing.  I find myself hindered to share my
3  input on the project as an instructional designer in fear
4  of further escalation of the ongoing issues and
5  retaliation."
6              And then you respond, essentially asking
7  for some time to discuss this.
8              Do you see that?
9       A.   Yes, I do.
10      Q.   Okay.  Tell me what you recall about that
11 discussion in as much detail as you can remember now that
12 it's nearly three years later.
13      A.   I do not recall the discussion.  The only
14 inference I have is based on the subsequent email chain.
15 We discussed that Ruby's decision was intact and -- and
16 that she didn't want to participate any further.  Beyond
17 that, I would be speculating.
18      Q.   Okay.  Now, in her first email to you on
19 MOHAMED 010332, she mentions that the issues she's having
20 with Ms. Barley are "related to the very same topics that
21 we will be discussing."
22             Now, I read that as some of the very same
23 topics that will be discussed in the PMQ project on
24 workplace bias and social justice.
25             Is that how you read it?

Page 69

1    A.    I do not recall how I read it at the time.

2    Q.    Okay.  But reading this email, did it

3  occur to you that there may be some kind of concern about

4  discrimination with Ms. --

5    MS. HOFFMAN:    Form.

6  Q. (By Ms. DeFazio)  -- Barley?

7    MS. HOFFMAN:    Sorry.

8    Form.  Foundation.

9    A.    Reading it now, I read it as certainly

10  referring to that, but also not identifying any specific

11  instances.  Simply in the case of the last sentence, "in

12  fear of further escalation."  "In fear of" means I'm

13  worried that something might happen, not this is

14  happening.

15    So I'm -- you know, I'm finding myself

16  wondering:  Okay, what exactly -- what exactly is the

17  meaning here?

18    At the same time, I believe I was aware at

19  the time that there were overall performance discussions

20  underway with -- with regard to Ms. Mohamed's performance

21  on the tasks that she was -- that she was assigned, and

22  it's entirely possible that, at the time, that was the

23  context in which I placed this.

24    Q. (By Ms. DeFazio)  Okay.  But you don't --

25  and you don't recall, sitting here, what your response

Page 70

1  was to reading that email?

2    A.    I do not.

3    Q.    Okay.  And you don't recall that she -- or

4  do you recall that she brought up discrimination or you

5  just can't -- you can't remember either way?

6    A.    I do not recall her bringing up

7  discrimination.

8    Q.    Okay.  And you -- did you ask her any

9  questions about what her -- the meaning was of her email

10  to you?

11    A.    I do not recall.

12    Q.    Okay.  Did you say to her that you thought

13  that her experience as black woman at SHRM would be quite

14  valuable to this project?

15    A.    I don't recall.

16    Q.    Okay.  It sounds like you -- and I'm not

17  trying to beat a dead horse.  Just to --

18    A.    Fair enough.

19    Q.    -- fully exhaust your recollection.

20    A.    Yeah.

21    Q.    It sounds like you really have no

22  independent recollection of that conversation; is that

23  right?

24    A.    I -- I have no independent recollection of

25  that conversation.

Page 71

1    Q.    Okay.  So at the time you had that

2  conversation, you said that you may have already been

3  aware of performance discussions about Ms. Mohamed; is

4  that right?

5    A.    Yes.

6    Q.    Okay.  What were you aware of at the time

7  that you had this call with her in July of 2020?

8    A.    What I recall being aware of is that there

9  was a potential performance issue that was being

10  addressed between Ruby and her manager, but no more

11  detail than that at that point.

12    Q.    Okay.  And how did you learn about that?

13    A.    I would have learned about that through

14  discussions with Ms. Morris as part of our regular

15  ongoing review of her -- her department and her -- her

16  people.

17    Q.    Okay.  And again -- and you have no

18  additional understanding of what those -- what those

19  performance issues were?

20    A.    Not -- I don't recall anything at this

21  time.

22    Q.    Okay.  Did you have a subsequent

23  conversation with Ms. Morris about your conversation with

24  Ms. Mohamed about withdrawing from the PMQ program?

25    A.    I believe I did because I know that

Page 72

1  Ms. Mohamed didn't participate in the PMQ program

2  further.  I do not have a direct recollection of my

3  conversation with Ms. Morris, but obviously there's a

4  statement here saying that I would do so, I would follow

5  up with Ms. Morris to let her know.

6    My MO is, if I say I'm going to do

7  something, then I do it.  So I would have communicated

8  with Jeanne Morris and let her know.

9    Q.    Got it.

10    So you would have done it, but you don't

11  recall what you told her?

12    A.    I do not recall.

13    Q.    Do you remember having a subsequent

14  conversation with Ms. Barley about Ms. Mohamed

15  withdrawing from the PMQ program?

16    A.    I do not recall.

17    Q.    Do you know if you did, or you just can't

18  remember either way?

19    A.    I just can't remember either way.

20    Q.    That's fair.

21    Do you remember having a discussion with

22  anybody else about Ms. Mohamed withdrawing from the PMQ

23  program?

24    A.    I do not.

25    Q.    Okay.  Now, around this time, in the

Page 73

1  summer of 2020, there had been an employment -- or an
2  employee survey engagement -- no -- an employee
3  engagement survey that had been sent out to SHRM
4  employees.
5          Is that correct?
6      A.  I believe during the summer at some point,
7  yes.
8      Q.  Okay.  Or that maybe the results had come
9  in around then.
10         So were there meetings that were taking
11  place regarding those results?
12     A.  Timing aside, there would have been
13  meetings taking place regarding the results of an
14  employee engagement survey.
15     Q.  Okay.  How often are they conducted -- or
16  I should ask, are they conducted regularly, or was this
17  the only, you know, such example of that survey happening
18  during your tenure?
19     A.  They are conducted regularly.  On average,
20  in general, annually.  They may occasionally be conducted
21  at greater frequency.
22     Q.  Okay.  Do any particular results from the
23  survey that came out in the summer of 2020 come to mind?
24     A.  None in particular, no.
25     Q.  All right.  So I'm going to share with you

Page 74

1  what will be marked at Exhibit 30.
2          Do you have it open?
3      A.  I do.
4      Q.  Great.
5          And what is this document?
6      A.  It appears to be an email from me to the
7  entire global development team.  It says from me to me,
8  but that's the way I typically address issues to --
9  emails to the entire team.
10         The fact that I addressed it to the team,
11  I bcc the entire team so we don't get people responding
12  to absolutely everybody.
13     Q.  Yeah.  Because how many people are on that
14  distribution list?
15     A.  Currently, 198.
16     Q.  Okay.  That would be a massive --
17     A.  At that time -- at that time, it would
18  have been a smaller list, but more than a hundred.
19     Q.  Got it.  But, yeah, that would be a mess
20  of a "reply all" kind of debacle.
21         Was it -- is it normal for you to send out
22  these messages every Thursday?  Is that part of your
23  practice?
24     A.  At the time during the pandemic, that
25  became a practice.  I've discontinued that practice as we

Page 75

1  got back to more in person.  We have -- I have monthly
2  all-hands meetings where I get everybody on a Zoom call
3  now.
4          But at the time, the Thursday messages
5  were -- were messages that I just -- any -- address any
6  variety of things, so . . .
7      Q.  Got it.
8          And was the function of them to just
9  connect with employees, maybe send some inspirational,
10  you know, information out, also let them know what's
11  going on in the -- in your division?
12     A.  That is exactly right.
13     Q.  Okay.  So in the -- I'm looking at the
14  first paragraph of this email.  It looks like you were
15  responding to an email from Bernée -- I'm assuming Bernée
16  Long -- and then that's -- the second sentence of that
17  first paragraph you say, "First, let me thank Bernée for
18  answering Ruby's question from our Tuesday meeting so
19  quickly and so well below."
20         And then in two more sentences you say,
21  "Thank you again, Ruby, for the question, and we'll
22  continue to look for other learning avenues as well."
23         I'm assuming, first, that "Ruby" is Ruby
24  Mohamed?
25     A.  Yes, that would be correct.

Page 76

1      Q.  Okay.  And do you have any recollection as
2  to what the question was that, you know, Ms. Long was
3  answering and what -- yeah, what Ms. Mohamed had asked in
4  the meeting?
5      A.  I do not have a direct recollection of the
6  question.  I do see that Ms. Long's email is at the
7  bottom of the -- the bottom of my note, so you can scroll
8  all the way down to the very bottom, find her note with
9  the subject line "Empathy & Kindness."
10         So I would infer that Ms. Long's email
11  responds to Ruby's question, but I do not recall what
12  Ruby's question was.
13     Q.  Sure.
14         And that Tuesday meeting that you refer to
15  here, when the question came up, do you think that was a
16  meeting about the employee engagement survey results?
17     A.  I believe --
18         MS. HOFFMAN:  Form.
19         You can answer.
20     A.  I don't know what the Tuesday meeting was.
21  The follow-up to the question that's raised in Ms. Long's
22  note refers to a "CEO Update on Monday."  So whether
23  there was confusion between Tuesday and Monday, I don't
24  know, or whether that was a different meeting.
25         Q.  (By Ms. DeFazio)  Okay.

Page 77

1    A.    I could have been confused, Ms. Long could
2    have been confused, or there might have been two
3    meetings.
4        Q.    Sure.
5            Do you have an independent recollection of
6    what question Ms. Mohamed may have asked in an all-hands
7    meeting around this time?
8        A.    No, I do not.
9        Q.    Okay.  Do you recall that the engagement
10   survey results from the education department had values
11   for supervisors and managers that were lower than SHRM
12   overall?
13       A.    I don't recall.
14       Q.    Okay.  And I'll show you one more document
15   to see if it refreshes your memory, and then I'll stop
16   beating a dead horse.
17       A.    This is your job, Counselor.  I'm . . .
18           All right.  Exhibit 31.  Let me get that
19   and -- go over to that and open it.
20           So this is an email from me to me/global
21   development team, approximately four weeks before the one
22   we just looked at, correct?
23       Q.    Uh-huh.  That looks -- looks like it to
24   me.
25           And is this one of those Thursday messages

Page 78

1    that you sent to your team?
2        A.    Yes.  That would have been one of those
3    messages.
4        Q.    Okay.  So in the second paragraph, it
5    refers to an all-hands meeting on WebEx for the U.S. team
6    and that there will be a focus on the SHRM employee
7    survey results for the division?
8        A.    Yes, that -- I recall that I arranged to
9    do it that way because we weren't having an in-person
10   meeting, so . . .
11       Q.    Got it.  Yeah, that makes sense.
12           And then in the third paragraph it says
13   that, you know, you're planning to review the division
14   results, provide some comparisons to the SHRM overall
15   results.  And then the second sentence of that third
16   paragraph says, "While we're by and large consistent with
17   the overall organizational results, there are some areas
18   of divergence which are worth exploring a little."
19           Do you have any recollection as to what
20   those areas of divergence were?
21       A.    I do not specifically, but it doesn't
22   surprise me to hear that.  Divergence can be up or down,
23   and with a division of a certain size, not ever going to
24   be identical.  And remember, this paragraph relates to
25   the overall division results, not --

Page 79

1        Q.    Sure.
2        A.    -- departmental results.
3        Q.    Sure.
4            Do you have any recollection as to
5    whether, if any, you know, changes were made to address
6    the feedback that you received from the employee
7    engagement survey?
8        A.    My recollection is jarred just by seeing
9    this email.
10       Q.    Okay.
11       A.    So, for example, if you look at the next
12   paragraph following the all-hands meeting, I split
13   everybody into department teams and one cross-department
14   team --
15       Q.    Yeah.
16       A.    -- so that we could review specific
17   results and -- because the variations that you see or
18   divergences are going to differ even by departments
19   within a division.  So education would go and review
20   education's results, events would review events' results
21   and so on.
22           The idea being that if we could identify
23   one or two or three specific things that we could address
24   in each of those departments, then we could overall
25   continue to try to improve employee engagement, drive

Page 80

1    positive change in the workforce, and so on.
2            And then -- so this must relate to the
3    other Tuesday meeting because I said we'll schedule
4    another all-hands meeting in a couple of weeks, where
5    these four groups will report out their conclusions and
6    recommendations for change.
7        Q.    Okay.
8        A.    We discuss those recommendations and
9    narrow down and prioritize a set of things that we commit
10   to changing and which are under our control.
11           So from that, I laid out a process that I
12   expected that we would follow.  I don't recall what the
13   specific recommendations were or what we might have ended
14   up deciding.  But I would believe that I at least
15   followed the process.
16       Q.    Got it.
17           So you mention that there were, you know,
18   divided -- divided everybody into smaller groups by
19   department.  And then those folks, there was a report
20   back as to what was discussed -- discussed in each
21   department meeting, right?
22       A.    Yes.
23       Q.    Were you at the meeting where that
24   report-back occurred?
25       A.    I would have been leading that meeting.

Page 81

1    Q.    Okay.  Do you recall Stephanie Dunmore
2    reporting on behalf of the education department?
3    A.    When you mention it, I recall that
4    Stephanie Dunmore did report, which was unusual because
5    Stephanie never liked to speak in front of a group.
6    Q.    Oh, yeah?
7    A.    That's what I -- that's what I recall
8    about Stephanie's report.  It was -- it was good to hear
9    from people who didn't speak up.  I cannot tell you what
10   Stephanie said.
11   Q.    Okay.  You don't remember her mentioning
12   that there were concerns about managers being unethical
13   in the department?
14   MS. HOFFMAN:   Form.
15   A.    I do not recall that.
16   Q.  (By Ms. DeFazio)  Okay.  Do you recall her
17   mentioning anything about concerns of discrimination by
18   people who are members of the ISD team?
19   A.    I do not --
20   MS. HOFFMAN:   Form.
21   A.    -- recall that.
22   Q.  (By Ms. DeFazio)  Okay.  Do you have any
23   independent recollection as to what she shared from, you
24   know, what she had heard from the department --
25   A.    No.

Page 82

1    Q.    -- the education department?
2    A.    No, I don't.
3    Q.    Okay.  And I --
4    A.    As you might expect, every time we do one
5    of these surveys, we have activities like this.  And so
6    we have teams always reporting out.  And things change
7    from one survey to the next, from one group to the next,
8    and so on.
9    So I don't have any specific recollection
10   of what was said in that meeting.
11   Q.    Do you recall meeting with Ms. Morris
12   about, you know, the survey results and maybe what had
13   been reported back to her?
14   A.    I imagine that I would have, but I do not
15   recall a specific meeting.
16   Q.    Okay.  And you don't have any either
17   specific or general recollection of what you might have
18   talked about with Ms. Morris?
19   A.    That is correct.
20   Q.    Okay.  And no memory of what changes, if
21   any, were made as a result of this -- this process
22   following the survey?
23   A.    I have no recollection.
24   Q.    All right.  Do you recall Ms. Mills coming
25   to you with concerns about Carolyn Barley?

Page 83

1    A.    I do not recall.
2    Q.    So before Ms. Mohamed's termination, so
3    around July or August of 2020, you don't remember
4    Ms. Mills meeting with you for maybe 15 minutes to talk
5    about how Ms. Barley was treating her direct reports?
6    A.    I do not --
7    MS. HOFFMAN:   Form.
8    A.    -- recall that meeting.
9    Q.  (By Ms. DeFazio)  Okay.  In the summer of
10   2020, so July or August of 2020, did you have any
11   independent concerns about Ms. Barley's management?
12   A.    From what I recall, in the summer of 2020,
13   Ms. Barley was still a new manager.  She had been
14   promoted to manager, I believe, sometime toward the
15   beginning of the year.
16   With new managers, there's always a
17   concern because becoming a manager, you transition  You
18   transition to what it means to be a manager, especially
19   when you've been a peer or a coworker of those people.
20   Communication skills.  I mean, I'm just
21   drawing directly from PMQ, by the way, so I'm not making
22   this up on the fly.
23   But what changes when you become a
24   manager: communication skills and the requirements for
25   communication change when you become a manager, and

Page 84

1    performance management is the toughest area for a
2    manager, for an individual to learn how to do effective
3    performance management for their employees.
4    I recall, in general, a desire to provide
5    Ms. Barley, as with any new manager, the best support
6    that we would -- could provide her in terms of being an
7    effective manager and an effective new manager.
8    Beyond that, I don't recall specific
9    conversations or specific actions.
10   Q.    Okay.  So no -- were any concerns
11   expressed to you by Ms. Morris about Ms. Barley's
12   development as a manager?
13   A.    Well, that's who I would have had the
14   conversations with.
15   Q.    Sure.
16   A.    I can't recall a specific conversation
17   with Ms. Morris, but she is the one that I would have had
18   a conversation along the lines of:  What can we do to
19   support Carolyn and help Carolyn grow as a manager --
20   Q.    I see.
21   A.    -- would be the -- you know, the general
22   heading.
23   Q.    Gotcha.
24   And you don't have any specific
25   recollection of what was discussed during those meetings

Page 85

1  with Ms. Morris?
2       A.   I do not.
3       Q.   Okay.  Do you recall anyone coming to you
4  with concerns about Ms. Barley's management?
5       A.   I do not.
6       Q.   Ever?
7       A.   I -- it could have.  I mean, I have an
8  open door policy.  People can come to me with anything.
9  I just don't remember.
10       Q.   Sure.
11            Would you have documented such a meeting
12  if someone came to you to talk to you either in person
13  or, you know, over the phone?
14       A.   I expect that if -- depending upon degree,
15  I might have documented a conversation.  Depending upon
16  the degree of severity, the degree of actionability.
17            You know, for example, to take it out of
18  the context of this conversation:  If somebody came to me
19  and said, "I'm being sexually harassed by this person,"
20  well, A, I would have documented that right away.  B, I
21  would have been to HR right away, and so on.  I mean, you
22  know, clear -- very, very clear responsibility for what I
23  need to do and immediate actionability.
24            People come into my office frequently and
25  sometimes just to blow off steam, sometimes to vent,

Page 86

1  sometimes to express an issue.  And depending upon what
2  they talk about, many times people will come in and say,
3  "I don't want to talk to -- I don't want anybody to know
4  about this conversation."
5            And so unless there's something that I
6  have a responsibility to report -- go back to the sexual
7  harassment conversation -- my general approach with
8  people is, "Do you want me to do something about this?
9  Is there something you want me to do?  Should I talk to
10  somebody about it?"
11            Many times people will say no, and then I
12  have to trust in that, again, unless there's something
13  that I am obliged to report and obliged to take action
14  on.
15            Depending upon what they are saying,
16  sometimes there may be a situation where I will go and
17  talk to a person's manager or something about that.  It's
18  all highly variable and it all depends.
19            So when I say I might have, it would
20  depend on what the conversation was.
21       Q.   Got it.
22            What kinds of concerns from an employee
23  would, to you, trigger responsibility to report it
24  elsewhere or to take some action?
25       A.   Well, I mentioned sexual harassment,

Page 87

1  obviously.  Any type of harassment in the workplace that
2  is counter to the anti-harassment policy would be --
3  would be something that would trigger a thought for,
4  "Gee, we need to do something about this," whatever the
5  "do something" might be.  Anything where, you know,
6  so-and-so is stealing from the company.
7            I mean, I'm giving extreme examples --
8       Q.   Sure.
9       A.   -- right?  Those are easy to -- to
10  visualize.
11            If there is a case where I thought we
12  might be in danger of losing an employee:  "I'm unhappy,
13  I'm looking for another job" that we wanted to keep, I
14  would be likely to go to that person's manager and say --
15  even if I'm not referencing the conversation -- talk
16  about how that person is doing, talk about what are we
17  doing with regard to what person, talk about morale and
18  so on.
19            So, again, it depends -- it depends.  Some
20  cases are very, very clear-cut.  Other cases, it's very,
21  very situational.
22       Q.   Gotcha.
23            Do you think a complaint or a concern
24  about discrimination would -- would trigger your
25  requirement to either report it or take some action?

Page 88

1       A.   An explicit complaint about discrimination
2  would, yes, I would believe would.  An explicit complaint
3  about discrimination, yes.
4       Q.   Okay.  Have you ever received an explicit
5  complaint about discrimination during your tenure at
6  SHRM?
7       A.   I have.
8       Q.   Okay.  From who?
9       A.   I received a report from one of my
10  employees that my executive assistant was complaining
11  about me being a racist.
12       Q.   And which executive assistant was this?
13       A.   Ms. McFadden.
14       Q.   Okay.  And is Ms. McFadden a woman of
15  color?
16       A.   Yes, she is.
17       Q.   Okay.  All right.  So tell me about the
18  context of that -- receiving that complaint or learning
19  of that complaint.
20       A.   I learned of that complaint -- it
21  surprised me because I had no previous indications or no
22  statements from Ms. McFadden about it.  I went to HR and
23  asked HR to investigate.
24       Q.   How did you learn about the complaint?
25       A.   I heard about it because one of my

Page 89

1  employees told me.
2         Q.   So Ms. McFadden had shared with that
3  employee the concern?
4         A.   Yes.
5         Q.   Okay.
6         A.   And was sharing with other employees.
7         Q.   Okay.  When did this happen?
8         A.   This happened fall of last year.
9         Q.   And what was the result of that
10  investigation?
11        A.   The result of that investigation was that
12  there was no finding of racism, no finding of racist
13  behaviors, and that Ms. McFadden had been fabricating
14  events in her conversations with employees.
15        Q.   What had she fabricated?
16        A.   I don't recall specifically because, as
17  the object of the investigation, the results were -- the
18  specific results were not released to me.
19             Yeah, I mean, it's a typical HR
20  investigation, right?
21        Q.   Uh-huh.  So you were -- you were
22  interviewed, I'm guessing?
23        A.   I was interviewed, yes.
24        Q.   Do you know if anyone else was?
25        A.   I believe numerous other people were

Page 90

1  interviewed, but again, I don't have -- I don't have
2  details into the process, other than I was kept -- I was
3  made aware that there was a process, but I had requested
4  the process, right?
5         Q.   Sure.
6         A.   I was made aware that there was a process
7  and was essentially told that:  We're interviewing a
8  number of people.  Okay.  We've done the interviews.
9  We're considering.  We've come to a conclusion.  Here's
10  what the conclusion is.
11        Q.   Got it.
12             Who do you think was interviewed, if you
13  know?
14             MS. HOFFMAN:   Form.  Foundation.
15        A.   I really don't know.  I've -- I -- I would
16  be guessing, so I -- I don't.
17        Q.   (By Ms. DeFazio)   Got it.
18             But you -- but it's your recollection that
19  someone from HR said "People have been interviewed" and
20  that's --
21        A.   Yes.  The --
22        Q.   -- that's all you heard?
23        A.   The HRO said people have been interviewed,
24  numerous people got interviewed.
25        Q.   All right.  And who was this HRO at the

Page 91

1  time?
2         A.   Jim Link, current CHRO.
3         Q.   Got it.
4              And the CHRO before him was Sean Sullivan,
5  right?
6         A.   That is correct.
7         Q.   Okay.  When did Mr. Sullivan leave?
8         A.   I want to say it was a little more than a
9  year ago, sometime early 2022.  I could be wrong, but I
10  believe that's the timing.
11        Q.   Do you know why he left?
12        A.   I don't have specific knowledge.  It was
13  to -- to look for something different.
14        Q.   Okay.  Did he resign?
15        A.   I believe so.
16        Q.   Okay.  And then it sounds like
17  Ms. McFadden was terminated; is that right?
18        A.   That's correct.
19        Q.   Was that, I would imagine, after the HR
20  investigation took place?
21        A.   Yes, it was.
22        Q.   Okay.  How much longer -- or how -- how
23  much time passed, approximately, between the end of the
24  HR investigation and her termination?
25        A.   Very little time.

Page 92

1         Q.   Why was she terminated?
2         A.   She was terminated for making false
3  statements, stirring up discontent, lack -- violation of
4  trust.
5              As an executive assistant, the
6  relationship between EA and the executive is a trusting
7  relationship.  A person who's going around and lying
8  about their executive, especially making unfounded
9  accusations, loses all that trust.  Can't perform
10  effectively in the role.
11        Q.   And what were the unfounded accusations
12  that she had made?
13        A.   Again, I don't have detailed statements,
14  other than just the general statement that I was a
15  racist.
16        Q.   Okay.  Do you think that somebody could
17  report that they believe a supervisor is a racist and
18  they -- they do genuinely believe that?
19        A.   Yes, I do.
20             MS. HOFFMAN:   Form.
21        Q.   (By Ms. DeFazio)   Okay.
22        A.   I believe somebody could report and state
23  that.  I believe somebody could report and accurately
24  relate situations or occurrences that could lead them to
25  believe that.

Page 93

1   Q.   Uh-huh.

2   A.   However, I believe it's different when

3   somebody fabricates situations or outright lies about

4   situations.

5   Q.   Okay.  So if I understand your testimony

6   correctly, is it -- the problem was not that she said you

7   were racist, but that she fabricated maybe events or

8   examples supporting that statement --

9   A.   Yes.

10   Q.   -- is that right?

11   A.   That is correct.

12   MS. HOFFMAN:   Form.

13   Q. (By Ms. DeFazio)   But overall, it sounds

14   like you're probably not the one who would know that

15   anyway because you were not included on the inner

16   workings of that investigation, correct?

17   A.   That is correct.

18   Q.   Okay.  Did Mr. Link perform that

19   investigation?

20   A.   Yes, Mr. Link performed that

21   investigation.

22   Q.   Okay.  Any other times during your tenure

23   at SHRM that you've learned of a complaint of

24   discrimination, either about you or someone else?

25   A.   Not that I can recall.

Page 94

1   Q.   Okay.  Do you believe you've seen

2   instances of discrimination at SHRM during your tenure?

3   A.   Not that I can recall.

4   Q.   Who is Angela Elder?

5   A.   Angela Elder was a VP of events.

6   Q.   And she's no longer with the company,

7   correct?

8   A.   That is correct.

9   Q.   When did she leave?

10   A.   She left in the late summer of 2020, if I

11   recall correctly.

12   Q.   Okay.  Do you remember her submitting an

13   open letter to you in July of 2020?

14   A.   I have a recollection of her doing that.

15   I do not recall the letter.

16   Q.   Okay.  You don't recall any part of it?

17   A.   I have a general recollection of

18   Ms. Elder's situation, Ms. Elder's general beliefs.  That

19   would color my recollection of what was in the letter.

20   But I -- beyond that, I don't have a detailed

21   recollection.

22   Q.   Did she express concerns in the letter

23   about racism at SHRM?

24   MS. HOFFMAN:   Form.  Foundation.

25   A.   I do not recall specific expressing of

Page 95

1   concerns about racism at SHRM.

2   Q. (By Ms. DeFazio)   Okay.  What do you

3   recall, if anything, about the content of the letter?

4   A.   What I recall principally was her concern

5   that SHRM was not taking a public social position on the

6   murder of George Floyd and her belief that SHRM should

7   have taken that position and SHRM's actions being at

8   specific odds with what she believed should have

9   happened.

10   Q.   Okay.  What was your response to the

11   letter, if any?

12   A.   Certainly I would have discussed it with

13   her.  My response would have included a reminder that we

14   have a very clear approach at SHRM of what we call

15   policy, not politics.

16   So we focus -- when we make public

17   statements, we focus on matters of workplace policy and

18   workforce policy and work policy and so on.  Because we

19   support HR and HR professionals across the country, who

20   in turn support 150 million employees who span every

21   possible portion of the political and social spectrum.

22   We don't make social statements.  We did

23   condemn the murder of George Floyd in a statement, but

24   beyond that, we have to focus on the workplace policy

25   implication.

Page 96

1   So if you look at our -- if you look at

2   our workplace bias resource page, it gives all sorts of

3   tools for HR professionals to help their employees, help

4   the workplaces and so on.

5   If you look at -- if you look at

6   discrimination in the workplace, obviously we are against

7   discrimination.  We also give tools to help HR people

8   educate their workplace and -- and support that.

9   But our policy is not to make public

10   comment on that.  And Ms. Elder was adamant that we

11   should have made some sort of a broader public stand, a

12   Black Lives Matter stand and so on.

13   Q.   Okay.  And I -- I'm assuming that her

14   coming forward with those concerns and sharing themwith

15   you, that you viewed that as part of collaborative

16   openness, right?

17   A.   Yes, absolutely.

18   Q.   Okay.  All right.  Is that why she was --

19   was she terminated?

20   A.   She was not terminated.

21   Q.   Okay.  What were the circumstances around

22   her separation?

23   A.   Ms. Elder decided that she could not -- no

24   longer be effective in her role.  She was becoming

25   increasingly combative, so could that have led to a

Page 97

1  termination?  Yes, potentially, if that didn't change.
2  But we mutually agreed -- "we" being the company -- and
3  she agreed for her to leave SHRM as just a -- as just a
4  matter of mutual agreement.
5       Q.   So -- so her position wasn't eliminated?
6       A.   Her position was not eliminated, no.
7       Q.   Was there a settlement agreement entered
8  into by her and the company?
9       A.   I believe there may have been.  I cannot
10  specifically recall.
11       Q.   Was there a severance payment made to her?
12       A.   Well, that would be the only reason to
13  enter into a severance agreement.  So if we did, it would
14  be documented in a settlement agreement.
15            Again, I don't specifically recall.  That
16  would have been -- that would have been handled between
17  HR and Ms. Elder.
18       Q.   Okay.  But you do think that there was
19  some kind of release of claims on her part?
20       A.   I believe there --
21            MS. HOFFMAN:   Form and foundation.
22       A.   I believe there would have -- I believe
23  there was some sort of an agreement.  Let me put it that
24  way.
25       Q.  (By Ms. DeFazio)   Okay.  And it's your

Page 98

1  testimony that she -- she was -- there were grounds to
2  terminate her had she not -- that you -- that the company
3  and she had not come to this agreement?
4            MS. HOFFMAN:   Form.
5       A.   Look, I believe that in -- in Virginia,
6  and Ms. Elder being a Virginia employee, we can decide to
7  terminate someone just because they are not working out
8  in the role.
9            If an individual is becoming combative, is
10  at odds with the public position or the ethos of the
11  company, all this could be reasons for a termination.
12            But we had not gotten to the point of a
13  termination yet.  If it had continued on that path, it
14  would have been difficult to see how she could have been
15  effective in her role or how the company could have
16  employed her as an executive.
17       Q.  (By Ms. DeFazio)   And when you speak -- and
18  was she -- she was your direct report at the time?
19       A.   She was.
20       Q.   Okay.  And the piece that she was
21  combative about or the subject of her being combative was
22  that regarding her disagreement with the stance that SHRM
23  took publicly on BLM and --
24       A.   Essentially, yes, that SHRM -- SHRM took
25  publicly or didn't take publicly.

Page 99

1       Q.   Okay.  So you think that that, had it
2  continued along the vein it was on, that she would have
3  had to have been removed from her role?
4       A.   I would --
5            MS. HOFFMAN:   Form.
6       A.   I would have found it hard to continue
7  with her as a leader in any capacity in the organization
8  if she is unable to lead and express consistently
9  alignment with the direction of the organization.
10       Q.  (By Ms. DeFazio)   Okay.
11       A.   In the long run -- looking down the
12  road -- it's totally speculative, right -- I could have
13  seen a point where it could have gotten to that point.
14            Now, as you went back to the point about
15  collaborative openness, we were able to engage in a
16  discussion, and a collaborative discussion, that led to a
17  mutual agreement as to a direction forward.
18       Q.   But that -- it sounds like you foresaw
19  that was probably not going to be a point where you could
20  agree to disagree if it had gone on?
21            MS. HOFFMAN:   Form.
22       A.   At the time, given her adamance, it would
23  have been hard to continue.
24       Q.  (By Ms. DeFazio)   You testified earlier
25  that you recalled vaguely some discussion with Ms. Morris

Page 100

1  about Ms. Mohamed having some performance issues, and
2  this was in July of 2020.
3            Do you recall that?
4       A.   In and around that time period --
5       Q.   Okay.
6       A.   -- so vaguely, yes.
7       Q.   Sure.
8            Prior to that, do you have any independent
9  recollection of, you know, knowing about Ms. Mohamed's
10  performance, either good or bad, from her direct report
11  or her supervisor?
12       A.   Prior to that, I had been leading
13  Ms. Mohamed's department for three years.  I was aware of
14  Ms. Mohamed in a very junior role, in an associate role.
15  I was aware of her showing promise, but obviously needing
16  a lot of development in the role.
17            I was aware of her showing improvement,
18  being promoted to a specialist, then being promoted on
19  Ms. Barley's recommendation to a senior specialist.
20  Obviously, there is an escalating level of expectation
21  with regard to performance in each of those roles.
22            I was aware that the deadline on one of
23  Ms. Mohamed's projects had been extended earlier in the
24  year, I believe in the March or the April time frame.
25  And at that point, in the summer, I was aware that there

Page 101

1  was a concern as to whether Ms. Mohamed was going to
2  complete her projects on the schedules that were -- that
3  had been laid out.
4       Q.   Okay.  But again, previous to around July
5  of 2020 -- I won't hold you exactly to that timing -- you
6  were aware overall of Ms. Mohamed's progression at SHRM,
7  right?
8       A.   Yes.
9       Q.   And that would be through Ms. Morris?
10      A.   It would have been through Ms. Morris and
11 then through whoever Ms. Mohamed's managers were at the
12 time.
13      Q.   Gotcha.
14           Did you ever actually observe her, you
15 know, present or, you know, engage in any other activity
16 where you were able to see her work product prior to July
17 of 2020?
18      A.   I recall a couple of instances where I had
19 seen her work product.  I recall one of those will before
20 that period of time was -- was a piece of a course, not a
21 whole course.  The other, I believe, was internal
22 training around one of our systems perhaps.
23           My overall recollection is that I had a
24 favorable response to those and, in fact, those may have
25 contributed to the recommendation for her promotions.

Page 102

1       Q.   Okay.  So in or around July 2020, that's
2  the first that you learned that there were any kind of
3  performance deficiencies from --
4       MS. HOFFMAN:   Form.
5       Q. (By Ms. DeFazio)   -- Ms. Mohamed; is that
6  right?
7       MS. HOFFMAN:   Form.
8       A.   To what I can recall.  I know in July of
9  2020, I was aware of that.  I do not recall whether prior
10 to that I had been made aware of significant concerns.
11      Q. (By Ms. DeFazio)   Okay.  Did you have any
12 conversations with Ms. Morris about her conversation with
13 Ms. Mohamed in June regarding concerns about Ms. Barley?
14      A.   I do not recall.
15      Q.   Okay.  And any -- any recollection of
16 Ms. Morris sharing with you her meeting with Ms. Mohamed
17 and Ms. Barley about those concerns?
18      A.   I recall that the meeting happened.  I do
19 not recall the conversation with Ms. Morris about that
20 meeting.
21      Q.   Okay.  Do you have an understanding as to
22 when HR became involved in Ms. Mohamed's concerns?
23      A.   I did not recall the exact time frame when
24 HR became involved.  I know that HR did become involved,
25 but I don't recall the exact time.

Page 103

1       Q.   Okay.  Do you know who actually
2  involved -- who pulled them in?
3       A.   I can't state that I know.  It would have
4  been somebody in the chain of command because it wasn't
5  me.
6       Q.   Okay.  But not you?
7       A.   Not me.
8       Q.   Well, that's easy.
9            Did you ever become aware that Ms. Mohamed
10 had brought her concerns directly to Mr. Taylor?
11      A.   I was aware that she had spoken with
12 Mr. Taylor, yes.
13      Q.   Okay.  Who told you that, do you think?
14      A.   Mr. Taylor.
15      Q.   Okay.  And was that shortly after his
16 meeting with Ms. Mohamed?
17      A.   I don't recall.
18      MS. HOFFMAN:   Form.
19      Q. (By Ms. DeFazio)   Okay.  Was it before
20 Ms. Mohamed's termination?
21      A.   I believe so, but I can't say specifically
22 when.
23      Q.   Okay.  What do you recall about that
24 conversation with Mr. Taylor about his meeting with
25 Ms. Mohamed?

Page 104

1       A.   Nothing specific.
2       Q.   Okay.  Anything generally?
3       A.   Just that she expressed some concerns, and
4  anything else is -- is influenced by any number of
5  conversations with Mr. Taylor.
6            His normal approach would be:  An employee
7  expresses concerns.  He tends to do what I do, which is
8  redirect them back to the chain of command to work with
9  their managers, to work things out.  If HR is involved,
10 to work the HR process.
11           But I can't specifically say in this case
12 exactly what he said or what was discussed.
13      Q.   Sure.
14           And you don't recall him mentioning that
15 Ms. Mohamed had brought up discrimination with him?
16      A.   I do not recall that.
17      Q.   Okay.  Because you testified earlier the
18 first time you became aware of that is when she put it in
19 an email --
20      A.   Yes.
21      Q.   -- which will -- okay.  And we'll look at
22 that.
23           Did you have any involvement in the
24 decision to bring Ms. Long into the situation as a
25 mediator?

Page 105

1    A.   I would have been aware of it, but as I
2  said, I didn't make the decision.
3        Q.   Okay.
4        A.   Ms. Long was an employee of HR and in the
5  employee relations team, so she would have been an
6  appropriate person to engage in those discussions.
7        Q.   Got it.
8             I'm going to share with you something
9  that's been already marked as Exhibit 27 in a previous
10 deposition, and it's a bit lengthy.
11            Just some context, my primary question
12 here is:  Have you ever seen this before?  So feel free
13 to skim it, you know, read it in detail, whatever makes
14 the most sense to you.
15       A.   I may have seen this before.  I don't have
16 immediate recollection or any detailed recollection of
17 having seen it before or how and why I would have seen
18 it.
19       Q.   Okay.  So it looks familiar, but you don't
20 know when you first received it?
21       A.   That is correct.
22            MS. HOFFMAN:   Form.
23       Q. (By Ms. DeFazio)   Okay.  Any idea if it was
24 before Ms. Mohamed's termination?
25            MS. HOFFMAN:   Form.

Page 106

1        A.   I do not recall.
2        Q. (By Ms. DeFazio)   Okay.  Had you been
3  involved at all in Ms. Mohamed's -- so let me back up.
4             Ms. Mohamed was working on two projects in
5  particular that -- that then became the subject, I think,
6  of her termination.
7             Does that sound right?
8        A.   That sounds correct.
9        Q.   Okay.  So it was Digital HR and then
10 Compliance and Employment Law.
11            Does that sound correct?
12       A.   Yes.
13       Q.   Okay.  Were you involved in, or did you
14 collaborate with her on either one of those prior to her
15 termination?
16       A.   I have a recollection of her interviewing
17 me about the Digital HR course early in the process --
18       Q.   Okay.
19       A.   -- the development of that course.  That
20 would have been many months before the summer of 2020.
21            So beyond that, I don't have any
22 recollection of involvement.
23       Q.   Okay.  All right.  I'm going to share with
24 you what I'm going to mark as Exhibit 32 -- or what will
25 be marked as Exhibit 32.

Page 107

1        A.   Yeah.
2        Q.   And I'll preface this with, my read of
3  this document is that it's an email chain on which you
4  are not included in the top two messages.
5        A.   Right.  Clearly this refers -- Ruby sent
6  me a document, and I must have given her some feedback on
7  that document.
8        Q.   Okay.
9        A.   And it appears that I made some comments
10 to suggest improvements to it, and it appears to be a
11 little bit closer to this time frame than I recalled.
12       Q.   Okay.  And do you have any recollection --
13 any independent recollection jogged by this document as
14 to, you know, what -- what exactly you had reviewed
15 and -- yeah.
16            For example, was it a deck, like, you
17 know, a draft of a deck presentation?
18       A.   My general recollection is that it had to
19 do with a Digital HR course and that it was likely an
20 outline of the work in progress.  Whether in the form of
21 a deck or whatever, I don't remember.
22       Q.   Okay.  But you don't recall.  Okay.
23            Now, at some point, a hard deadline of
24 August 31, 2020, was communicated to Ms. Mohamed for both
25 of those programs.

Page 108

1             Do you remember that?
2        A.   Yes, I do.
3             MS. HOFFMAN:   Form.
4        Q. (By Ms. DeFazio)   Do you know who
5  established those deadlines?
6        A.   I don't know.  It would have been as part
7  of the normal education department process --
8        Q.   Okay.
9        A.   -- as we discussed earlier.
10       Q.   That's right.  And so you were probably
11 not a part of establishing that deadline?
12       A.   That's correct, I was not a part of that.
13       Q.   Okay.  And Ms. Morris didn't speak to you
14 about it prior to it being communicated to Ms. Mohamed,
15 did she?
16            MS. HOFFMAN:   Form.
17       A.   She did not.
18       Q. (By Ms. DeFazio)   Okay.  And it sounds like
19 that would not have been part of the normal course
20 of how these things go, right?
21       A.   The normal course would be for this to be
22 established in the education department.  I wouldn't
23 normally see that.
24       Q.   Okay.  Do you have an understanding as to
25 when that deadline was first communicated to Ms. Mohamed?

Page 109

1    A.    I don't know.
2        Q.    And at some point, Ms. Mohamed looped you
3    in about the completion date of her two projects, right,
4    through an email?
5        A.    I believe that is correct.  I mean, there
6    is an email chain about that as part of the -- as part of
7    the materials that -- that we were all copied on.  So it
8    came out of my email, as well as many other people's
9    emails.
10        Q.    Okay.  Let me give that to you.  So this
11    will be Exhibit 33.  Here it comes.
12        A.    Okay.  Is it -- okay.
13        Q.    And were you able to open this?
14        A.    Yes, I have it.
15        Q.    Okay.  Great.
16            And it's an email chain where you're --
17    you're just included on August 12 at 9:45 a.m. on the
18    first page.
19            Do you see that?
20        A.    Yes.
21        Q.    Okay.  Now, before Ms. Mohamed forwarded
22    to loop you in, so her email says:
23            "Hi all,
24            "In efforts of full transparency and
25    collaboration, I wanted to bring you up to speed on my

Page 110

1    projects and the conversation that Carolyn and I are
2    having regarding next steps."
3            Do you see that?
4        A.    Yes, I do.
5        Q.    Before she sent this to you and
6    Ms. Morris, with a copy to Ms. Barley, do you remember
7    having a conversation with her about looping you in or
8    starting to see --
9        A.    I don't recall.
10        Q.    Sorry.
11        A.    I don't recall the conversation.
12        Q.    Okay.  Or an email or a text message or a
13    Slack message?
14        A.    If I had an email, it would have been in
15    the record.
16        Q.    Okay.
17        A.    So I -- I just don't recall.
18        Q.    Okay.
19        A.    It could have happened, but I don't
20    remember.
21        Q.    Gotcha.  I appreciate that clarification.
22            And you respond:
23            "Thank you, Ruby - all, please let me know
24    if there is any assistance I can provide the team on
25    these efforts."

Page 111

1            Do you see that?
2        A.    Yes.
3        Q.    And presumably before you responded, had
4    you looked at the whole email chain?
5        A.    I would have looked at the whole email
6    chain before responding, yes.
7        Q.    Okay.  Got it.
8            Were there any other actions that you
9    think you had to take, other than just saying: Hey, I'm
10    here to help, basically?
11        A.    As I read it now, I can't see that there
12    would be anything else that I would do.  This is work --
13    work process, work product process, being handled by the
14    manager, and no specific request for me to do anything
15    about it.  So I wouldn't have done anything with it.
16        Q.    Okay.  Do you remember having either a
17    call or a meeting with Ms. Morris or Ms. Barley about:
18    Hey, what's this about?  What's going on?
19        A.    I do not recall such a meeting.
20        Q.    Okay.  Do you work in the
21    office --
22        A.    Yes.
23        Q.    -- or . . .
24            Okay.  Did you at the time -- at this
25    time, in the summer of 2020?

Page 112

1        A.    Yes.  We were back in the office at that
2    time.
3        Q.    Okay.  And you and Ms. Morris both work in
4    the same office building, right?
5        A.    Yes.  At the time, we were -- we were on
6    the same floor.
7        Q.    Okay.  So would you pop in from time to
8    time to just talk to her about issues and what -- you
9    know, collaborations?
10        A.    Yes, frequently.
11        Q.    All right.  And do you remember one of
12    those pop-in meetings about this in response to seeing
13    this email?
14        A.    I don't remember a specific one, no.
15    Again, could it have happened?  Yes, but I don't recall a
16    specific one.
17        Q.    Sure.
18            Okay.  And then I'm going to have you look
19    at what's been previously marked as Exhibit 24.
20        A.    Okay.
21        Q.    Do you have that open?
22        A.    I do have that open.
23        Q.    Okay.  And it looks like another email
24    chain where you're -- you're involved at the beginning.
25    So on page SHRM 0543, there is an email from you to

Page 113

1  Ms. Morris, and then it looks like you're included in a

2  couple more messages.  And then it becomes a conversation

3  between Mr. Sullivan and Ms. Long.

4           Does that look right to you?

5      A.   Yes, it does.

6      Q.   Okay.  So turning to the last page, so

7  SHRM --

8      A.   Highlighted.

9      Q.   Yeah, the highlighted part.

10          Do you know why this is highlighted, by

11  the way?

12     A.   I -- I have my suspicions, but I'm not

13  going to speculate as to your or anybody else's motive in

14  highlighting something.

15     Q.   Well, just to represent to you, I did not

16  highlight this, so . . .

17     A.   Okay.

18     Q.   Someone highlighted it before we got it.

19  But it sounds like that was not you?

20     A.   No.  That was not me highlighting it.

21     Q.   Okay.  Okay.

22     A.   I mean -- okay.  Anyhow . . .

23     Q.   So here you -- you're saying to Ms. Morris

24  that Ms. Barley should consider conferring with Mike

25  Jackson, who at the time was -- he was an HR manager?

Page 114

1      A.   He was in HR, yes.

2      Q.   Okay.

3      A.   He was employee relations in HR.

4      Q.   Gotcha.

5           And then you write, "That email shouldn't

6  go unanswered by Ruby's manager . . ."

7           And this was sent by you on August 13 in

8  the morning.

9           So my question for you is, what email are

10  you referring to?  Is it the one -- is it one in

11  Exhibit 33 that we just looked at?

12     A.   I do not know what email we're referring

13  to, so I don't want to speculate.

14     Q.   Okay.  Well, looking back at Exhibit 33 --

15  so if you have that screen open, too.

16     A.   Right.

17     Q.   -- Ms. Mohamed had sent an email to

18  Ms. Barley on August 12 and then forwarded that to you

19  and Ms. Morris --

20     A.   Right.

21     Q.   -- you know, a short time later.

22          Do you think that her email to Ms. Barley

23  from August 12 is the one you're referring to?

24          MS. HOFFMAN:   Form.

25     A.   I don't know if it is.  I will say that as

Page 115

1  I look at the August 12, 8:50 a.m. email from Ms. Mohamed

2  to Ms. Barley, that the tone is disrespectful in some

3  cases, borderline insubordinate, and -- and problematic

4  in a number of ways.  So it could be this email.

5           I guess it could have been a different

6  email, but I don't know what other email it would have

7  been.

8      Q.   (By Ms. DeFazio)   Okay.  Well, that's --

9  that's what I was thinking.

10          Tell me what in this email from

11  Ms. Mohamed to Ms. Barley did you find problematic?

12     A.   Things I find problematic as I read the

13  email are -- it's various.  There are elements where

14  Ms. Mohamed is attempting to -- is asking Ms. Barley to

15  do her job:  "If so, it would be very helpful if you

16  can" --

17          (Reporter clarification; discussion off

18  the record.)

19     A.   The -- in the second paragraph, the final

20  sentence:  "If so, it would be very helpful if you can

21  take a look at the SME's feedback and identify which

22  parts should be included and which parts should be left

23  out."

24          As a senior instructional designer, that's

25  your role.  It is not your manager's role.

Page 116

1           Same in the third paragraph:  Identifying

2  problems, bringing no solutions to the table.

3           The fourth paragraph is where tone starts

4  to become a problem.  ". . . it's apparent from your

5  email that the end of the month deadline for both

6  projects is very urgent, so I invite you to work with me

7  to ensure that these deadlines are met."

8           I invite you to work with me?  That is not

9  the tone for somebody working with their manager.

10          "I am open to" this?  "Open to," what does

11  that mean?

12          The tone and the language here are

13  problematic.  To the extent that there was a situation

14  that was already being addressed in terms of trying to

15  improve the working relationship between Ms. Mohamed and

16  Ms. Barley, Ms. Mohamed's tone does not help here at all.

17          So as I go to the August 13 email, when I

18  say "That email shouldn't go unanswered by Ruby's

19  manager," Carolyn has a responsibility to answer that,

20  but -- but it offers an opportunity to get the right

21  language on the table to correct her quickly.

22          In other words, performance management,

23  timely performance management, bringing in HR to help the

24  manager, help the new manager deal with this performance

25  management -- or, as I say, "or to support an eventual

Page 117

1  case for termination."

2         As a manager, part of your role, part of

3  my role as a leader, is to be looking downstream and

4  seeing:  What are the number of ways in which this could

5  go?  Can we correct performance?  Can we improve

6  performance?  Do -- may we need to part ways with this

7  person?  If so, we want to do it with appropriate

8  documentation, appropriate support and all due process.

9         So that was -- that's a connection between

10  those two, if that helps.

11     Q.    It does.

12         So you noted a sense, in the first

13  paragraph, the first full paragraph, about requesting

14  Ms. Barley to look at the SME's feedback and identify

15  which parts should be included.

16         Do you see that?

17     A.    Yes.

18     Q.    Okay.  Do you have any understanding as to

19  whether Ms. Mohamed had already made that request to

20  Ms. Barley?

21     A.    I do not have an understanding of that,

22  no.

23     Q.    Okay.  So you don't have any background as

24  to, you know, what had gone on previously --

25     A.    No.

Page 118

1     Q.    -- in the digital HR program?  Okay.

2         And then --

3     A.    I -- I didn't have the -- the details on

4  that.

5     Q.    Sure.

6         And then in the second paragraph, you

7  note, the -- you testified that here Ms. Mohamed was, I

8  guess, at -- maybe presenting a problem without a

9  solution.

10         Is that your --

11     A.    Yes.

12     Q.    That was the problem?  Okay.

13         And so she says, ". . . the SME has an

14  established record of these behaviors" -- meaning not

15  providing efficient -- sufficient information timely --

16  "that we have struggled with in the past and caused the

17  program deadline to be pushed several times."

18         Do you see that?

19     A.    Yes, I see that.

20     Q.    Okay.  And did you have any independent

21  understanding of what those problems had been or the

22  history?

23     A.    I had no independent understanding of any

24  of that or no interaction on the project or interaction

25  with the SME or anything.

Page 119

1     Q.    Okay.  So you didn't know that the SME had

2  already delayed the project by, you know, several months?

3     A.    I --

4         MS. HOFFMAN:  Form.  Foundation.

5     A.    I knew that the project deadline had been

6  extended.  I had no basis of understanding what the cause

7  of that extension was.

8     Q. (By Ms. DeFazio)  Got it.

9         And is that because -- or at least my

10  understanding from your testimony is that you trust your

11  direct reports to just do their job and just basically

12  raise flags to you if things come up and they need help.

13         So here, had you just, you know, trusted

14  Ms. Morris and Ms. Barley to complete the project and

15  just let you know if they need something?

16     A.    Yes.

17     Q.    All right.  So before you see this email,

18  you haven't -- had anyone reached out to you, either

19  Ms. Morris or Ms. Barley, with concerns about the delay

20  to the Compliance project with the SME?

21     A.    Before this, I don't have a detailed

22  recollection of when anybody would have reached out to

23  me.  I suspect that I had been aware that there was a

24  concern over the timely completion of the project.

25     Q.    Okay.  But you didn't know, you know, what

Page 120

1  the explanation was for why it had not -- it may not be

2  completed timely?

3     A.    I didn't have a detailed understanding of

4  that.

5     Q.    Okay.  And then the third paragraph, you

6  talk about tone:  ". . . so I invite you to work with

7  me . . ."

8         Now, I agree that that may not be a

9  traditional way to put it, but, you know, what is it

10  that's inappropriate about that?  Inviting someone "to

11  work with me to ensure that these deadlines are met."

12         So, to me, that reads as collaborative.

13  What do you find problematic about that terminology?

14         MS. HOFFMAN:  Form.

15     A.    What I find problematic about it is

16  that -- the tone of it, and my interpretation of that is

17  that the implication -- and I'm reading implication into

18  the words on Ms. Mohamed's part -- is that Ms. Barley is

19  the one causing the problem, not Ms. Mohamed's inability

20  to deliver the course on time.

21     Q. (By Ms. DeFazio)  So -- so your perception

22  of the language is that Ms. Mohamed is implying that

23  Ms. Barley is the problem here?

24     A.    That --

25         MS. HOFFMAN:  Form.

Page 121

1       A.      That is -- that is a way that I am

2   interpreting those words as I look at them now.

3       Q.   (By Ms. DeFazio)   Okay.  And then same

4   thing with ". . . I am open to delegating parts of either

5   programs to you or others to finalize as I simultaneously

6   work on the rest of the content."

7           What did you find problematic there with

8   respect to tone?

9       A.   Tone and content.  It's not Ms. Mohamed's

10  decision to delegate parts of her project to other

11  people.  It's her project.  She has the responsibility of

12  getting that project done.

13          So to delegate parts of the program to her

14  boss to finalize it:  "I'm running late on the project,

15  I'm not going to get it done, so why don't you finish it

16  off with me and -- and get my work done for me" is a --

17  one interpretation of those comments.

18      Q.   Well, are you aware that there --

19  Ms. Godmere and Ms. Mills had been able to delegate parts

20  of their projects to other individuals?

21      A.   I have --

22          MS. HOFFMAN:   Foundation.

23      A.   -- of that.

24          THE COURT REPORTER:   Can you repeat your

25  answer, please.

Page 122

1       A.   I have no knowledge of that.

2       Q.   (By Ms. DeFazio)   And then Ms. Mohamed asks

3   if Ms. Barley has "Any ideas that can help us [to] reach

4   the deadline for both programs?  All ideas and

5   collaboration efforts are greatly appreciated."

6           Do you see that?

7       A.   Yes, I see that.

8       Q.   Okay.  Did you find anything problematic

9   there with respect to tone?

10      A.   Those two sentences, on their own, not

11  particularly.

12      Q.   Okay.  But you read them all together as

13  part of Ms. Mohamed painting Ms. Barley as the problem

14  with respect to timeliness of these projects?

15      A.   I read that as part of the tone, and part

16  of the tone is looking to shift responsibility for the

17  completion of her work.

18      Q.   Okay.  Did you talk to Ms. Morris after

19  you saw this email?  I'm sorry, I think I may have asked

20  you that already, but I guess -- let me ask you -- let me

21  ask this:

22          So Exhibit 24, when you sent this email to

23  Ms. Morris about having Ms. Barley respond, did you have

24  a conversation with Ms. Morris about that idea?

25      A.   I -- I don't remember.  I may have, but I

Page 123

1   don't remember.

2       Q.   In your email to Ms. Morris on August 13

3   at 7:26 a.m., you write:  "We want the right words in

4   there."

5           Do you see that?

6       A.   Yes.

7       Q.   What -- what were the right words?

8       A.   Right words are twofold.  We want the

9   right words in there to provide Ms. Mohamed the feedback,

10  this appropriate feedback, get the right language on the

11  table to correct her quickly.  Or we want language that

12  also makes it clear what the performance expectations are

13  and whether those expectations are being met, were we to

14  get to the point of termination.

15      Q.   And the place where you believed she

16  needed to be corrected at this point was with respect to

17  tone and not presenting a solution to the problem.  Is

18  that accurate?

19      A.   Essentially --

20          MS. HOFFMAN:   Form.

21      A.   Essentially, I believe that is accurate.

22      Q.   (By Ms. DeFazio)   Okay.  And you talked

23  about, you know, making some -- some assumptions about

24  what Ms. Mohamed meant in her email, right?

25      A.   Yes.

Page 124

1       Q.   Okay.  Would you agree with me that tone

2   is -- interpreting tone is fairly subjective?

3           MS. HOFFMAN:   Form.

4       A.   I would agree that interpreting tone can

5   be subjective, that we all do that.  So yes, I would

6   agree with you that tone can be subjective.

7       Q.   (By Ms. DeFazio)   Yeah.

8           Would you agree that particularly in the

9   case of something in writing, like an email or a text

10  message, tone can be very difficult to interpret?

11          MS. HOFFMAN:   Form.

12      A.   I believe that tone can be harder to infer

13  from an email.  I believe that you can interpret the

14  language and the words that are used, as to what the

15  words say.

16      Q.   (By Ms. DeFazio)   Okay.  But the meaning is

17  in the eye of the -- the perceiver?

18          MS. HOFFMAN:   Form.

19      A.   I believe that in any communication,

20  you've got a sender and you've got a receiver, and that

21  the receiver of a written or a spoken communication or

22  any other type of communication applies any number of

23  filters to that.

24          So there can be a misalignment between

25  what is said and what was intended -- or what is heard

Page 125

1 and what was intended.

2 Q. (By Ms. DeFazio) Okay. Did you think

3 about, at this point, just picking up the phone and

4 calling Ms. Mohamed to see what was going on?

5 A. I did not.

6 Q. Okay. And why not?

7 A. The reason that I didn't and that I

8 wouldn't is because that would be me reaching over two

9 levels of management and interfering in something that

10 management was already dealing with.

11 Q. Did you encourage Ms. Morris to reach out

12 to Ms. Mohamed in -- in a phone call as opposed to email?

13 A. I don't have any recollection of doing so.

14 Q. Okay. And I'm assuming you didn't provide

15 that feedback to Ms. Barley either, that she should reach

16 out to Ms. Mohamed by phone?

17 A. I don't have any recollection of that.

18 Q. If communication is starting to break

19 down, do you think -- would you agree with me that it is

20 sometimes a good idea to just call somebody and talk to

21 them?

22 MS. HOFFMAN: Form.

23 A. I believe that when communication is

24 starting to break down, multiple forms of communication

25 can often be a good idea. I also know that when a

Page 126

1 situation is complicated and you have multiple parties

2 being involved, such as Ms. Long being involved, as well

3 as Ms. Barley, Ms. Morris and so on, too many

4 conversations going on through too many methods of

5 communication may start to be counterproductive, may

6 counterproductive, may often work at odds with each

7 other.

8 So sometimes it's better to consolidate

9 and get everything in one stream of communication.

10 That's a general statement.

11 Q. (By Ms. DeFazio) Uh-huh. What did you --

12 I think you used the word "complicated."

13 What did you believe was complicated about

14 this situation?

15 A. The increasing number of people involved

16 in the discussions and the increasing -- the increasing

17 potential for different messages to be delivered by

18 different people along different lines of communication.

19 That gets very complicated.

20 Q. Okay. But at least in this email,

21 Ms. Mohamed brought in Ms. Morris and yourself, so

22 this -- you two were the direct chain of command over

23 Ms. Barley, correct?

24 A. That is correct.

25 Q. Ms. Long, Mr. Sullivan, others from HR,

Page 127

1 were -- were brought in by somebody other than you --

2 A. Yes.

3 Q. -- is that right? Okay.

4 Did you view Ms. Mohamed looping you and

5 Ms. Morris into this discussion via email in Exhibit 33

6 as complicating the situation?

7 A. No.

8 MS. HOFFMAN: Form.

9 A. That -- I felt that, at that point in

10 time, for Ms. Mohamed to loop in me and Ms. Morris, she's

11 appropriately involving the chain of command up to -- at

12 least up to my level. I see no issues with that.

13 Q. (By Ms. DeFazio) Okay.

14 A. And the reason I don't see it as

15 complicating, by the way, is it's the same message going

16 at the same time to multiple people.

17 Q. Uh-huh. Then it's consolidated in one

18 spot?

19 A. Yes.

20 Q. Okay.

21 MS. HOFFMAN: And, Counsel, I don't know

22 if you're about to maybe pursue a different line of

23 questioning, but I know that Nick is two hours ahead of

24 us, so probably looking at a break soon and -- and I

25 think Nick's looking for maybe 20 minutes, just so he can

Page 128

1 grab a quick bright to eat. So I don't know if you're at

2 a -- nearing a stopping point soon.

3 MS. DeFAZIO: Sure. Yeah. Well, let's go

4 off the record and I'm fine with that.

5 (Recess taken from 11:12 a.m. until

6 11:37 a.m.)

7 Q. (By Ms. DeFazio) So welcome back,

8 Mr. Schacht.

9 Going back to Exhibit 30- -- no, I'm

10 sorry, 24.

11 A. Yes.

12 Q. And I'm looking again at the highlighted

13 portion that you wrote.

14 A. Uh-huh.

15 Q. At this point -- so you write that it's

16 important "to get the right language on the table to

17 correct her quickly, or to support an eventual case for

18 termination."

19 At this point, on August 13, 2020, what's

20 your understanding of what the case for termination would

21 be?

22 MS. HOFFMAN: Form.

23 A. At that point, the case for termination is

24 essentially around Ruby's ability to get the work done.

25 The -- it's not only the -- it's not merely the inability

Page 129

1  to complete the work by the deadlines, which have been in
2  place for a while and extended significantly in one case,
3  but also the fact that as you've seen in other emails
4  that have been entered into -- as exhibits here,
5  Ms. Mohamed made the decision in July to take an
6  unscheduled vacation longer than a week when she's in the
7  middle of a project, in the middle of not getting a
8  project done on time.
9            So there was growing concern as to whether
10 she was going to be able to finish the work, whether she
11 had a desire to improve and get the work done on time,
12 and whether that made for a (Zoom distortion) for
13 employment.
14           Q. (By Ms. DeFazio)  Got it.  So her -- the
15 act of her taking that vacation, you felt, reflected that
16 she did not have a desire to -- to complete the work; is
17 that right?
18           A.  I would --
19           MS. HOFFMAN:  Form.
20           A.  I would suggest it -- her -- her -- the
21 act of her taking the vacation is at odds with somebody
22 who is working to complete a project on deadline.
23           Q. (By Ms. DeFazio)  Okay.  But you didn't
24 have any understanding as to why she took that vacation
25 at the last minute, did you?

Page 130

1           A.  No.
2           Q.  Okay.  If you had known at the time that
3  she took the vacation because she was so incredibly
4  anxious from all this -- what was going on at the
5  workplace, would that have made a difference to you?
6           MS. HOFFMAN:  Form and foundation.
7           A.  I think that's -- I think that's
8  speculative.  I don't know that it would have made a
9  difference to me.  But, I mean, there's so many ways that
10 could have been presented or discussed or whatever, that
11 I suppose there's scenarios where it could have made a
12 difference.
13           Q. (By Ms. DeFazio)  But, again, your
14 testimony is that, as of August 13, when you wrote this
15 email that's in Exhibit 24, the eventual case for
16 termination was her inability to meet that August 31
17 deadline and also taking a vacation, which to you
18 indicated that she was maybe not invested in actually
19 meeting the deadline --
20           MS. HOFFMAN:  Form.
21           Q. (By Ms. DeFazio)  -- is that right?
22           A.  Yes.  Inability to get the job done.
23           Q.  Okay.  And again, you didn't have any
24 independent understanding as to why the deadlines had
25 been extended as they had been, did you?

Page 131

1           A.  I did not.
2           Q.  Okay.  And you mention that one of the
3  projects that had a -- I guess -- I forget the
4  terminology you used.  I'm not trying to misquote you --
5  but that it had a particularly lengthy extension.
6           Do you know which project that was?
7           A.  I do not know which project.  My
8  understanding was that the original deadline had been
9  April.  It was extended by four months to August.
10          Q.  Okay.  And that -- and again, you were
11 relying on information from Ms. Morris about, you know,
12 the kind of details of the two projects and how they
13 progressed; is that right?
14          MS. HOFFMAN:  Form.
15          A.  That's correct.  I was relying on
16 information from Ms. Morris through the normal updates of
17 business activities.
18          Q. (By Ms. DeFazio)  Gotcha.
19          And you ended up responding to
20 Ms. Mohamed, is that right, on this email -- email
21 string?
22          A.  I believe so, but I believe there's a
23 different email string that has that.  It's not in --
24 it's not in any of the exhibits that you've entered so
25 far in this call.

Page 132

1           Q.  Right you are.  I will need to find those.
2           Well, take a look -- have I sent you --
3  no, I have not.  Okay.  Ah, this is what I was doing when
4  we took a break, so I -- my apologies for the -- the
5  break here.
6           Okay.  So Exhibit 34 I'm going to show
7  you, and I believe this has your response on it.  First,
8  I'm going to ask you about the third page.  So in the
9  bottom right-hand corner it says MOHAMED 008702.  Do you
10 see that?
11          A.  Yes, I see that.
12          Q.  Okay.  And then at the bottom of that
13 page, there's an -- that's the start of an email from
14 Ms. Barley from August 13 in -- 6:00 p.m.
15          Do you see that?
16          A.  Yes, I do.
17          Q.  Okay.  So that appears, to me, to be her
18 response to Ms. Mohamed's August 12 email.
19          Does that appear to be accurate to you?
20          A.  It would appear to be accurate.  It's a
21 direct -- appears to be a direct response.
22          Q.  Okay.  And again, going to -- back to your
23 testimony from before the break, the email from
24 Ms. Mohamed from August 12 at 8:50 a.m. was one that you
25 thought warranted a response from her manager, right?

Page 133

1    MS. HOFFMAN:  Form.
2    A.   I believe that the earlier email from
3  8:50 a.m. on the 12th warranted response.  There are a
4  lot of open-ended questions that a manager has to respond
5  to in order to be an effective manager.
6    Q.  (By Ms. DeFazio)   Sure.
7    A.   So from that perspective, it was -- it
8  was -- Carolyn had a responsibility to respond and to
9  provide guidance as appropriate, and I had suggested that
10 she work with HR.
11    As I had said before, Carolyn was a new
12 manager.  Getting some coaching from HR, getting coaching
13 from employee relations as to how to present and how to
14 respond was entirely appropriate.
15    Q.   So then her -- so Ms. Barley's response,
16 we don't -- do you know offhand if this response was made
17 in conjunction with, you know, working with HR?
18    MS. HOFFMAN:   Foundation.
19    MS. DeFAZIO:   Well, I'm asking if he
20 knows, so we'll find out if there's a foundation.
21    A.   I do not know --
22    Q.  (By Ms. DeFazio)   Okay.
23    A.   -- if that was the case.
24    Q.   Okay.  Well, in reviewing Ms. Barley's
25 response, do you think that it -- she fulfilled her

Page 134

1  responsibility as a manager to respond to the open-ended
2  items in Ms. Ruby's -- or in Ms. Mohamed's email from
3  August 12?
4    A.   I believe that Ms. Barley responds to
5  Ms. Mohamed's specific questions.  Ms. Mohamed --
6  Ms. Barley responds to the suggestion of delegating out
7  work to other members of the team, not necessarily with
8  the response that Ms. Mohamed might have wanted, but
9  responds to that.
10    And Ms. Barley reminds Ms. Mohamed of the
11 role of a senior instructional designer -- not in those
12 words -- but in the final paragraph: ". . . the
13 leadership team trusts your judgment to make the
14 decisions regarding the edits that should be incorporated
15 into the . . . program."
16    Q.   Okay.
17    A.   And then Ms. Barley reinforces the
18 expectation that the work will be done by the deadlines.
19    Q.   Okay.  And again, do you have any
20 understanding as to why August 31 was "nonnegotiable," in
21 Ms. Barley's words?
22    A.   My understanding -- my -- my -- any answer
23 would be speculation.
24    Q.   Okay.  Well, then I'll stop you there.  I
25 appreciate you providing that background.

Page 135

1    So back to MOHAMED 008702.
2    A.   Uh-huh.
3    Q.   Ms. Mohamed responds on August 14.
4    Do you see that?
5    A.   Yes, I do.
6    Q.   Okay.  And then she provides, in this
7  first kind of lengthy section with the four bullet
8  points, a background on the Digital HR program and its --
9  kind of how it progressed.
10    In reviewing that summary in those four
11 bullet points, is there anything in there that you
12 believe is not accurate?
13    A.   I have no basis for understanding whether
14 it was accurate or not accurate.  These are all details
15 that I wasn't involved in or privy to.
16    Q.   Okay.  Do you recall reviewing this at the
17 time that she copied you on this email?
18    A.   Yes, I do.
19    Q.   Okay.  And, you know, at the time, in
20 reviewing this and, you know, maybe crediting the
21 accuracy of this timeline, does that strike you as
22 reasonable, you know, justification for delaying the
23 program?
24    MS. HOFFMAN:   Form and foundation.
25    A.   I had no basis for knowing whether it was

Page 136

1  reasonable or unreasonable.  I mean, given -- I didn't
2  know the details about exactly what had been done and
3  what hadn't been done, and I didn't have the information
4  to really have a detailed understanding of where the
5  work -- where the work was or how much actually really
6  had to be done.
7    Q.  (By Ms. DeFazio)   Did you do anything to
8  get that information at the time?
9    A.   I did not.
10    Q.   I mean, as you sit here today, it looks
11 like July 8, there were zero registrations for the
12 program, so that prompted SHRM to push the program's
13 launch from July 28 to October 27.
14    Do you see that?
15    A.   Yes, I do.
16    Q.   Now, would that be a legitimate reason
17 to extend the launch of a program, is to have no
18 registrants?
19    A.   Given that timing, four weeks out, that
20 would be a reasonable decision.
21    Q.   Okay.  So that decision -- we obviously
22 don't know from the context here who made that
23 decision -- but that had nothing to do with Ms. Mohamed's
24 performance, right?
25    A.   That decision has nothing to do with

Page 137

1  Ms. Mohamed's performance.  That decision also has
2  nothing to do with Ms. Mohamed's projects.
3          Q.    What do you mean by that?
4          A.    This is Digital Transformation program,
5  but we're not talking about the Digital Transformation
6  program.
7          Q.    Ah.
8          A.    Digital HR is the course that Ms. Mohamed
9  was working on.
10         Q.    Okay.  And you don't think that they're
11 the same program?
12         A.    I don't believe they're the same program.
13 The reason I don't believe they're the same program is
14 Digital HR had an August 31 deadline.  That deadline --
15 if the course was originally scheduled for July 28 and it
16 was just postponed on July 9, the course -- the deadline
17 wouldn't be August 31 for it.
18         Q.    I -- and again, you know, we're talking --
19 the August 31 deadline, as far as you're aware, was -- it
20 had been extended previously, correct?
21         A.    I do not know that it was that course or
22 the Compliance course.
23         Q.    Okay.
24         A.    But my understanding from the review of
25 these documents is that that August 31 deadline was based

Page 138

1  on an early October offering of the course.
2          Q.    Okay.
3          A.    So the first -- the first bullet is
4  irrelevant to the discussion about Ms. Mohamed's
5  projects.
6          Q.    Okay.  If, assuming for a moment that
7  Digital Transformation and Digital HR are the same
8  program, would that change your answer?
9          MS. HOFFMAN:    Form.
10         A.    That would just be -- that would be an
11 inaccurate assumption, so I can't answer your question.
12         Q.  (By Ms. DeFazio)  Okay.  Well, let's look
13 at the same document, page MOHAMED 008705, and that will
14 take you to the top portion of a table that Ms. Barley
15 sent out to her team with the "Content Dashboard."
16         Do you see that?
17         A.    Yep.
18         Q.    So five lines -- five rows down, the --
19         A.    I see what you're looking at.
20         Q.    Okay.  The topic area is "Digital
21 Transformation: Cultivating Elastic HR," and that one is
22 assigned to Ms. Mohamed as the lead designer.  Here it
23 says July 2020 is the target completion.
24         I don't see any other Digital HR program
25 in this table.  Would you agree with me?

Page 139

1          A.    I would agree with you, and then I would
2  have to say that my earlier statements were mistaken,
3  that they appear to be the same course.  I still don't
4  understand that first bullet, though --
5          Q.    Okay.
6          A.    -- because here is the way that I lay out
7  the timeline.
8          All through this, we've been concerned
9  about an August 31 deadline.  If the Digital
10 Transformation program was scheduled for July 28, an
11 August 31 deadline makes no sense because there would be
12 no course materials available for it.
13         Q.    Right.
14         A.    Right?
15         But if that decision was only made on
16 July 9, then -- we've been talking about the August 31
17 deadline, it appears to me, since before that time.
18         Now, it's possible I'm mistaken about
19 that, but . . .
20         The only other interpretation of this is
21 that there was an earlier deadline than August 31 and
22 then on July 9, that deadline was extended by some period
23 of time.
24         Q.    Uh-huh.  I would agree with that, although
25 I was not there.  And maybe --

Page 140

1          A.    Neither was I.
2          Q.    Yeah, you don't have the direct knowledge
3  either, but --
4          A.    Right.
5          Q.    -- but that is the assumption I am under,
6  not that --
7          A.    All right.
8          Q.    -- matters.
9          A.    No, I -- I would agree with that as a
10 possible interpretation.
11         Q.    Okay.  So if -- crediting the accuracy of
12 these bullet points reports -- the bullet point report
13 from Ms. Mohamed in her email from August 14, the program
14 had a previous deadline, it was ready to go, there was a
15 launch date of July 28, no one signed up, so there was a
16 decision made to push it.
17         Do you agree with that?
18         A.    That's what --
19         MS. HOFFMAN:    Form and foundation.
20         A.    That is what this appears to be saying,
21 yes.
22         Q.  (By Ms. DeFazio)  Okay.  And then in the
23 subsequent three bullet points, she talks about how the
24 program was being tweaked slightly to, among other
25 things, integrate some content from a SME, Deborah Will,

Page 141

1  an author of a book related to Digital HR.
2          Do you have any independent knowledge of
3  that?
4      A.   I do not.
5      Q.   Okay.  And at some point there, August 31
6  is set as a deadline.
7          But it sounds like, again, you don't have
8  direct knowledge of how these deadlines have changed over
9  time, if at all?
10     A.   And -- I do not, no.
11     Q.   Okay.  And then in the first paragraph
12 after those four bullet points, the second -- no, the
13 third sentence, Ms. Mohamed writes, "It was great that
14 you offered Ann the option to tap in with Sarah Cole if
15 she needs help with her projects after sharing her
16 updates during today's meeting.  I was only asking for
17 the same willingness to support to be extended to every
18 member on the team, rather than negotiating deadlines."
19         Do you see that?
20     A.   I do see that.
21     Q.   And would you agree with me that Ann is
22 probably Ann Godmere?
23     A.   I believe that's a reasonable
24 expectation --
25     Q.   Okay.

Page 142

1      A.   -- interpretation.
2      Q.   And so Ms. Mohamed is saying here that the
3  option had been given for Ms. Godmere to delegate some
4  work to a person named Sarah Cole.
5          Would you agree with me that appears to be
6  the case?
7      A.   That could possibly be the case, although
8  the word "delegate" is a word that -- I mean, from a
9  vocabulary perspective, I might take -- I might take
10 issue with.  "Assist with" perhaps.
11         But I do not know about the comparability
12 of the two situations.
13     Q.   Sure.
14     A.   I -- without a much more detailed
15 understanding, I can't say whether it's the same kind of
16 thing or not.
17     Q.   So if Ms. Mohamed, in her email on
18 August 12, had said, "I am open to having other people
19 assist with" either program instead of "delegate," would
20 that have been a more appropriate tone in your mind?
21         MS. HOFFMAN:   Form.
22     A.   Using the language "assist" rather than --
23 than "delegate" might have changed the way I would have
24 interpreted her tone.
25     Q.  (By Ms. DeFazio)   Okay.  All right.  So

Page 143

1  then turning to your response on MOHAMED 008701, it looks
2  like you wrote this on August 14 at 4:09 p.m.
3          Do you see that?
4      A.   I do.
5      Q.   Okay.  And then in this email, is it fair
6  to say that you're giving the feedback to Ms. Mohamed
7  that you've shared in your testimony about the tone and
8  her approach in the August 12 email?
9      A.   That is the way that I would interpret
10 what I wrote at the time, yes.
11     Q.   Okay.  So why did you end up writing this,
12 even though Ms. Barley had already responded to that
13 email?
14     A.   I ended up writing this, as I recall, to,
15 A, reflect that I saw a change and an improvement in
16 Ruby's tone between the two notes.  In other words, after
17 a night of reflection, her orientation and her attitude
18 appeared to change, appeared to improve.
19         I wanted to reinforce, as a learning
20 point, my expectations about her -- about her appearance
21 of kicking the problems to her -- to her manager and
22 about tone, particularly with somebody in a manager, but
23 in general, and my interpretation of tone on reading it
24 at the time.
25         I -- from an educational perspective, it's

Page 144

1  important to me that people understand how what they
2  communicate can be perceived by others.  It is an
3  opportunity in this case for a teaching point.  You can
4  see in my last paragraph, "It's possible that the words
5  you chose did not accurately reflect what you meant to
6  say but it's important to me that you understand how your
7  communications can be received and interpreted by
8  others."
9          So this was clearly a teaching moment and
10 a teaching opportunity for me with Ruby.
11     Q.   Okay.  When I asked you earlier before the
12 break about, had you thought about just picking up the
13 phone and calling Ms. Mohamed, do you remember that
14 testimony?
15     A.   Yes, I did -- do.
16     Q.   And you said something to the effect of,
17 you know, you didn't want to go over your direct reports
18 and let them deal with it; is that right?
19     A.   That's correct.
20     Q.   Okay.  Why did you not feel the same
21 barrier here?
22     A.   I didn't feel the same barrier, in part,
23 because -- well, two reasons.  First, my choice of
24 communications medium is response to the email in which
25 we were all copied.  So I didn't go around their backs, I

Page 145

1  didn't talk to Ruby first, and then talk to them.
2  Everybody got the same message all together.
3          The second is, in this, I'm not making any
4  direction. I'm not making any determination or providing
5  any countermanding instructions to Ruby in terms of the
6  nature of her work. All I'm doing is providing my
7  personal perspective and my coaching.
8          And in general, since everybody was on
9  this chain to begin with, this is also implicitly and
10 indirectly coaching for both Carolyn and Jeanne, that
11 part of this.
12         Because the words that I'm using,
13 especially my last words, the very last sentence, is
14 important for everybody: "How we [can] communicate and
15 how we assume accountability for our job responsibilities
16 are key elements of our culture." Sorry, next-to-last
17 sentence.
18     Q.    Gotcha.
19     A.    So there were multiple reasons for my
20 wanting to reach out and respond in this case. As I said
21 before, this is all highly situational. You make
22 decisions based on situation, based on your previous
23 experience, based on where you've been -- where you've --
24 where you've made mistakes before and you hope you do
25 better in the future and so on.

Page 146

1      Q.    Okay. All right. Then Ms. Mohamed
2  responds and thanks you for using this as an opportunity
3  for a teachable lesson and that she's always looking for
4  ways to improve.
5          Did you appreciate that response?
6      A.    I did appreciate that response, yes.
7      Q.    Did anyone have input into your email on
8  August 14, or did you write it yourself?
9      A.    There was no input from anybody else on my
10 email.
11     Q.    All right. And on Wednesday, so on
12 page MOHAMED 008700, on August 19, Ms. Mohamed writes
13 another email to you but that includes this group still.
14         Is this the email that you testified to
15 earlier that's the first time you learned of her having a
16 race discrimination claim or concern about race
17 discrimination?
18     A.    This was the first time where she ever
19 explicitly said to me that she was making a complaint of
20 race discrimination.
21     Q.    Did she ever implicitly make a claim of
22 race discrimination? I'm just trying to parse that out.
23     A.    You'll -- well, good parsing. You will
24 recall in one of the previous emails you entered into
25 exhibit from July, I believe, where she recused herself

Page 147

1  from PMQ, that she referenced concerns about the topics
2  of those -- those modules, the PMQ modules.
3      Q.    Yes.
4      A.    That may have been, to her mind, an
5  implicit reference in that regard. To my mind, my
6  interpretation at that point in time was the broader
7  social issues of Black Lives Matter and George Floyd's
8  murder, and there was a fair amount of dialogue
9  throughout the workplace about those topics at that time,
10 as there were in many workplaces. And I had a general
11 understanding that Ruby and numerous others felt very
12 strongly about it.
13         So that was my interpretation of the July
14 email. It was not that Ruby herself had made a complaint
15 of race discrimination or was -- was engaged in that.
16         So this email was the first time I was
17 specifically aware of this issue --
18     Q.    Gotcha.
19     A.    -- in this email.
20     Q.    What was your -- and I'm not talking about
21 the response that you actually wrote, but, you know, what
22 was your response personally when you read this?
23     A.    My personal response was that I was sorry
24 that Ruby was feeling this way; that it appeared, upon
25 reading this, that -- there were a lot of conversations

Page 148

1  going on with pretty much everybody in the management
2  chain up to Johnny Taylor, except me, about it.
3          Given that, I was also not going to step
4  in the middle of it, because HR's in it, the CEO is
5  involved in it. There's nothing to be gained unless I am
6  explicitly asked to comment or be interviewed and so on.
7      Q.    So other than sending a response to her a
8  couple days later, did you take any action once you read
9  this email?
10     A.    I do not recall, other than the response
11 that's here.
12     Q.    Okay. Did you forward it to anybody?
13     A.    I do not recall.
14     Q.    Okay. I mean, did you feel any
15 responsibility to get involved insofar as making sure
16 there was no discrimination and retaliation happening in
17 your division?
18     A.    I always have that responsibility, to make
19 sure that that is the case. As I said, I cannot recall
20 what I did.
21         My -- if I look at what would I do now,
22 today, in getting this email, I likely would have walked
23 down to the CHRO's office and asked: "You know, hey, I
24 got this. Is there anything I need to know about this
25 specific issue?"

Page 149

1    Q.    But you don't think you did that at the
2  time, in 2020?
3    A.    I may have done that. I cannot remember
4  whether I did or not.
5    Q.    Okay. Then you responded on the 21st.
6  Did anybody help you craft this email?
7    A.    Well, actually, you can see in the second
8  sentence, "I've . . . shared and discussed it with Sean,"
9  so I did go to the CHRO's office and discuss that with
10  him, so there we go. Corroboration on that point.
11          But no, I wrote this email and sent it and
12  did not collaborate with anybody in the -- in the
13  crafting of this email.
14    Q.    Okay. And do you have any independent
15  recollection as to what you talked about with Sean
16  Sullivan?
17    A.    I do not.
18    Q.    And then you write in here that: "I'll
19  note that SHRM has already invested substantial time and
20  energy into reviewing and addressing this issue,
21  including Bernée's involvement with both of you last week
22  and ongoing discussions."
23          What did you mean when you said
24  "substantial time and energy"?
25    A.    What I meant by that is that there are a

Page 150

1  lot of people paying attention to this, so we are taking
2  this issue seriously.
3    Q.    And how did you know there were a lot of
4  people paying attention?
5    A.    Well, A, Ruby tells us. Conversations
6  with Jeanne, Carolyn, SHRM's CEO, SHRM's CHRO, plus my
7  conversation with Sean. If I wasn't aware of it
8  before -- which I believe I was -- having Bernée assigned
9  to try to work through the issues between Ruby and
10  Carolyn.
11          So that's -- I mean, substantial time and
12  energy. It's a lot -- a lot of people and a lot of
13  different levels --
14    Q.    Okay.
15    A.    -- addressing this issue, which is -- for
16  the type of issue, is appropriate.
17    Q.    And you learned about these people's
18  involvement just from her email; is that right?
19    MS. HOFFMAN:    Form.
20    A.    As we've established, I learned about
21  different things in different ways. But with regard to
22  the existence of a discrimination complaint, it was from
23  the previous email that I had -- it was from the -- it
24  was from -- sorry -- this email that I learned about the
25  discrimination complaint.

Page 151

1          So that's putting together pieces. For
2  example, hearing from Johnny that Ruby had talked with
3  him. I don't know what they talked about, but now she's
4  connected it. The fact that Bernée is involved in her
5  conversation -- Ruby's conversations with Sean. That
6  connects those conversations to this issue.
7          So, contextually, things became clearer at
8  this point.
9    Q.    (By Ms. DeFazio)  Okay. But it sounds like
10  the primary basis for you to say there's been substantial
11  time and energy was based -- was just reflecting back
12  Ms. Mohamed mentioning the number of people she had
13  already brought her concerns to?
14    A.    It was.
15    MS. HOFFMAN:    Form.
16    A.    It was also intended to be a -- so that's
17  accurate. But it was also intended to be a reflection
18  that the organization, it is taking this matter
19  seriously. We're not brushing it off. We're not not
20  paying attention to it. We're putting energy into it,
21  and we're putting time into it.
22    Q.    (By Ms. DeFazio)  Okay. And you knew
23  that -- at least based on Ms. Mohamed's representations
24  that she had discussed her concerns with a number of
25  people, did you have any understanding that they were

Page 152

1  actually being looked into, that her concerns were being
2  looked into?
3    A.    To my recollection, at that point Sean
4  Sullivan shared with me that there was an investigation
5  ongoing. Whether I had heard about that before or not, I
6  don't know.
7          But it would have been a logical point of
8  our discussion, the discussion that I reference there at
9  the beginning of the August 21 note.
10    Q.    And did Mr. Sullivan say who was
11  conducting the investigation?
12    A.    No.
13    Q.    Did he say if anyone had been interviewed
14  for it?
15    A.    I don't recall, but I wouldn't have asked.
16  I mean, it's an HR investigation. For me to go and ask,
17  "Well, who's involved, who's conducting it, who's doing
18  this" is a violation of the privacy of those proceedings.
19          Similar -- similar to my own case. Once
20  that started, it was like, I may be the subject of the
21  investigation, but the investigation has to go. It has
22  to be independent. It has to be its own thing for it to
23  be valid, for it to be objective.
24          So for me to be poking around the edges of
25  it, whether it's me or anybody else who's the subject of

Page 153

1  it, is inappropriate.
2          Q.    And you --
3          A.    And the CHRO would say, "You know I can't
4  tell you that," so . . .
5          Q.    Was that a policy, that that information
6  couldn't be shared?
7          A.    That's just good practice.
8          Q.    Okay.  And you had every faith that it was
9  being conducted objectively, the investigation?
10         A.    Yes.
11         Q.    Have you ever learned of an investigation
12 conducted at SHRM into discrimination that actually came
13 out in support, finding that there -- there had been
14 discrimination that occurred?
15         A.    I am not aware of any such report.  On the
16 other hand, it would be unusual for me to be aware of one
17 unless it were something that directly involved me or one
18 of my people, again, because of the privacy.  It's not
19 like these are trumpeted across the organization.
20         Q.    Now, in your second paragraph in this
21 August 21 email, you comment on the work deadlines and
22 you write, ". . . the deadlines that have been set for
23 your current projects are neither unfair nor
24 unrealistic."
25              And then you go on to explain a little bit

Page 154

1  more about what you mean.
2              Where -- what was the basis -- given --
3  given your lack of involvement in these projects thus
4  far, what was your basis for saying that the deadlines
5  were neither unfair nor unrealistic?
6          A.    The basis for that was my understanding,
7  first, of the process by which the deadlines were
8  originally set, which is based on past practice and based
9  on an understanding of resources and -- and the timing of
10 the courses and so on.
11             More notably, since the Digital HR course
12 had been extended, not once but multiple times, that was
13 based on Ruby's conversations with Carolyn.
14             And so there was a reflection of dialogue
15 and input from the project leader, the senior
16 instructional designer working on it, which also seemed
17 to me to be fair and realistic.  She was part of the
18 discussion.  She was part of the extension and the
19 setting of the revised deadlines.
20         Q.    Okay.  But again, it sounds like you were
21 basing that assumption on the way these projects normally
22 go, but you didn't have any personal knowledge about what
23 had occurred with these deadlines, right?
24         A.    That is correct.
25         Q.    Did you do anything before you wrote this

Page 155

1  email to -- to look into further what had happened
2  specifically with the deadlines, why they had been
3  extended?
4          A.    Not to my recollection.
5          Q.    Would it have made a difference to you if
6  you had known at the time that, in fact, the course had
7  been completed and then put off because of no -- zero
8  registrants for the Digital HR course in particular?
9              MS. HOFFMAN:    Form and foundation.
10         A.    My question would then be, if the course
11 had been completed on time, why wasn't it complete by
12 August 31?
13         Q.    (By Ms. DeFazio)  But it's not August 31.
14 It's August 21 here in this email.
15         A.    Well, it wasn't complete by August 21.  It
16 wasn't complete by August 18.  It wasn't complete by
17 August 31.  So it will be illogical to assume it would
18 have been complete by July 9, for example.
19         Q.    Have you --
20         A.    You asked would it made -- would it have
21 made a difference if I had known that the course was
22 complete by July 9 and that the only reason the deadline
23 was extended was because of that.
24         Q.    Uh-huh.
25         A.    Could it have made a difference?  Yeah,

Page 156

1  but I wouldn't have known that because the course wasn't
2  complete.
3          Q.    What is the -- what is the basis of your
4  knowledge that the HR -- Digital HR course wasn't
5  complete?  Is that what Ms. Morris told you, or did you
6  actually see the work product?
7          A.    I did not see the work product.  Certainly
8  that was reflected in conversations with Ms. Morris, but
9  if we go back and parse through some of Ms. Mohamed's
10 statements about the Digital HR course, I'm sure we can
11 find something that indicates things that still need to
12 be done in that course to complete that course.
13         Q.    Let me show you -- let me show you
14 Exhibit 35.
15         A.    And while you are pulling that up, I'll
16 just --
17         Q.    Yeah.
18         A.    -- say Ms. Mohamed's August 12 email
19 to Ms. Barley:  "As for Digital HR, the 10 percent
20 is referring to the book content that will be used
21 verbatim . . . My understanding was to restructure the
22 additional content from the book . . . should I only
23 focus . . . 10 percent of the content the SME identified
24 to include and ignore the rest?"
25              In other words, there is a bunch of work

Page 157

1   that needs to be done on this course as of August 12.
2       Q.    Sure.
3       A.    So it wasn't complete by July 9.
4       Q.    Okay.
5       A.    I don't mean to sound combative. I am
6   just trying to fit the pieces in.
7       Q.    Sure. No, I understand what you're
8   saying.
9             So take a look at 35.
10      A.    Okay.
11      Q.    And this is not an email chain that you
12  were included on, I'll tell you that up-front.
13            Do you have it open?
14      A.    I do have it open.
15      Q.    Okay. So the second message down on the
16  first page, Ms. Mohamed is sending a message to
17  Ms. Lacey, Ms. Barley, and Ms. Morris, titled "Digital
18  Transformations Program." And in it she says:
19            "All,
20            "I wanted to share with you the final deck
21  for the Digital Transformations Program."
22            And this is August 27.
23      A.    Yes, I see that.
24      Q.    Okay. And again, I'm not trying to trap
25  you because you're not on this email. But this, to me,

Page 158

1   appears to be the final copy of the program.
2             What was your understanding as to what was
3   incomplete?
4             MS. HOFFMAN:  Form. Foundation.
5       A.    I don't have a detailed basis for
6   understanding, but I will caution that simply because
7   Ms. Mohamed says this is the final deck, that does not
8   reflect anybody else's review of what was in that deck.
9             As an absurd extreme example, Ms. Mohamed
10  could have submitted a 300 deck full of blank pages just
11  with a SHRM format on them and said this was the final
12  deck, which wouldn't have been complete.
13            So from this statement, I have no basis to
14  understand whether what was submitted there by Ruby on
15  August 27 was indeed complete or whether it still had
16  gaps.
17      Q.    (By Ms. DeFazio)  Okay. And Ms. Barley
18  responds, "Thank you for sharing this Ruby, I will review
19  later and let you know if I have questions."
20            Now, this is Friday, August 28, and the
21  deadline is the 31st. Would you have expected
22  Ms. Barley to have followed up in the interim to say,
23  "Hey, this isn't done," or "X, Y, Z needs to be done"?
24      A.    I would have expected Ms. Barley to at
25  least look at the deck certainly over a weekend. I --

Page 159

1   not knowing what the shape of the deck was or whether
2   there was sufficient -- you know, whether -- whether
3   there was sufficient time to get through it, whether
4   there would have been time for that feedback or not, I
5   can't say.
6       Q.    Okay. But at least from -- on the face of
7   this email, it appears that Ms. Mohamed turned something
8   in that she believed was final before the deadline on
9   Digital HR?
10            MS. HOFFMAN:  Form and foundation.
11      A.    That is the statement of Ms. Mohamed's
12  email.
13      Q.    (By Ms. DeFazio)  Okay. Why was
14  Ms. Mohamed terminated?
15      A.    My recollection is that she was terminated
16  for her inability to perform her job duties as a senior
17  instructional designer.
18      Q.    And was her tone and attitude any -- also
19  a reason for her termination?
20      A.    Not to my understanding.
21      Q.    Okay. Who made the decision to terminate
22  her?
23      A.    That decision would have been made through
24  a process of recommendation by her manager; concurrence
25  by her manager's manager, Jeanne Morris; concurrence by

Page 160

1   me; approval by the CHRO; and then a pass-through for
2   information through the CEO.
3       Q.    Okay. And let me ask this with the
4   preface of, you know, as opposed to assuming what would
5   have happened based on procedure, tell me what you recall
6   actually happening in the runup to her termination.
7             So when was the decision made, first of
8   all, if you know?
9       A.    To my recollection, the decision was made
10  after the deadline passed, essentially, so either very
11  late on August 31 or very early on September 1.
12      Q.    Okay. And then what did that look like?
13      A.    It looked like what I described, to my
14  recollection.
15      Q.    Okay. Well, tell me what -- who do you
16  remember talking to first about it?
17      A.    My recollection is talking to Jeanne
18  Morris about it and hearing from Jeanne Morris about it.
19      Q.    Okay. And so that was late -- and I'm
20  just going to break this down.
21            So you said that was probably late on the
22  31st or early on the 1st?
23      A.    Sometime in around there. Obviously --
24      Q.    Okay.
25      A.    -- a deadline's a deadline, right? So if

Page 161

1  somebody's going to submit and complete by a deadline,
2  then we give them that time.
3       Q.   Uh-huh.  Okay.  And what do you recall
4  about that meeting with Ms. Morris either late on the
5  31st or early on the 1st?
6       A.   I don't recall anything specific.
7       Q.   Anything generally?
8       A.   Generally, it would have been a statement
9  to the effect of:  We recommending terminating -- we
10  recommend terminating Ruby for these reasons.
11           Me looking at the reasons, if I didn't
12  have any concerns, then just concurring.  Likely
13  assurance that HR is fully in the loop and -- and agrees
14  that this is the right and proper course of action at
15  this time.
16       Q.   Okay.  And Ms. Morris is the one saying
17  "We recommend terminating"?
18       A.   Again, I'm not exactly recalling the
19  words.
20       Q.   Okay.
21       A.   She would likely take ownership of one of
22  her manager's recommendation.
23       Q.   Got it.
24           So it was -- is it correct that it was
25  ultimately Ms. Barley's recommendation that then she ran

Page 162

1  through Ms. Morris and then Ms. Morris to you?
2       A.   Ultimately, that would be the case, yes.
3       Q.   Okay.  And then HR, it's your
4  understanding, was consulted at some point therein,
5  right?
6       A.   Yes.
7       Q.   Okay.  And was that by you or by
8  Ms. Morris or by Ms. Barley or don't you know?
9       A.   I don't know.  What I do know is that --
10  or what I recall is that I would have gone down to Sean
11  Sullivan's office and said, "Hey, this is what I hear
12  from Jeanne.  Are you all looped in on this?"
13       Q.   Got it.
14       A.   Just to make sure.  So I would have gone
15  and verified the process was being followed.  I don't
16  have any other recollection than -- than him saying,
17  "Yes, we're involved and we are -- we are working through
18  the process."
19       Q.   Okay.  And then did that happen on the
20  31st or prior?
21       A.   I believe the 1st is when those
22  conversations happened.
23       Q.   Okay.  And before Ms. Mohamed was
24  terminated, do you know if anyone considered giving her a
25  written warning instead of terminating her?

Page 163

1       A.   I do not know.
2       Q.   Okay.  And what about providing her with
3  remedial education or training?
4       A.   Other than the counseling that had been
5  offered that I had been part of seeing and seeing in
6  these email discussions, I do not know of anything else.
7       Q.   Okay.  What about a suspension?
8       A.   I do not know.
9       Q.   Or a demotion to just an instructor
10  instead of a senior instructor?
11       A.   Instructional designer, but I --
12       Q.   Instructional designer, thank you.
13       A.   I do not know.
14       Q.   Okay.  So you just don't know either way?
15       A.   I don't.
16       Q.   Okay.  Do you know, was it also ever
17  considered to maybe transfer Ms. Mohamed to a different
18  supervisor?
19       A.   I do not know.
20       Q.   Okay.
21       A.   I cannot imagine who that might have been
22  since she was in an instructional designer and we have
23  one instructional design group.
24       Q.   What about Ms. Morris?
25       A.   Certainly that was never discussed with

Page 164

1  me.  Had it been discussed with me, I would have
2  questioned the advisability of taking an instructional
3  designer out of the instructional design group and having
4  a separate reporting relationship.
5       Q.   Okay.  Have you ever had a discussion with
6  Ms. Barley about, you know, her feelings as a result of
7  Ms. Mohamed's concerns?
8       A.   Yes, I have.
9       Q.   Okay.  Tell me about that.  Was that one
10  discussion or more than one?
11       A.   I recall, but cannot give you dates --
12       Q.   Okay.
13       A.   -- of at least two discussions.  Wouldn't
14  be many more than that, so maybe three.
15       Q.   Okay.
16       A.   Where, subsequent to Ms. Mohamed's
17  termination, Ms. Barley expressed a number of feelings --
18  and, again, I can't recall the entire conversation -- but
19  the feelings that I remember are first bewilderment that
20  earlier in the year, Ruby had been doing very, very well.
21  I mean, well enough to be promoted from instructional
22  designer to senior instructional designer at Ms. Barley's
23  recommendation.
24           And so bewilderment as to how and why
25  things seemed to change between them.  I think she felt

Page 165

1  besieged by Ms. Mohamed. I think she felt at times under
2  attack by Ms. Mohamed.
3          The second conversation I had was after
4  the filing of the CCRD case in which, if anything, those
5  feelings became -- those feelings of being under attack
6  became more pronounced on Ms. Barley's part.
7      Q.  Anything else that you can recall about
8  those conversations?
9      A.  She hated being a part of the whole thing.
10  I mean, Carolyn, again, is a new manager. Would much
11  have rather that this just went well and went smoothly
12  and her people had good results and -- and the
13  relationships were smooth. That's not necessarily the
14  real world for being a manager or a leader, but that's
15  what she would have hoped for.
16          She didn't like the outcome. But she
17  thought that the outcome of Ms. Mohamed's termination was
18  the right outcome, given the situation, given the facts
19  of what transpired.
20      Q.  Do you recall anything else about those
21  conversations?
22      A.  I do not.
23      Q.  Okay. The two terms you used that
24  Ms. Barley thought -- felt she was being besieged and
25  under attack by Ms. Mohamed, what specifically was she

Page 166

1  referencing?
2      A.  She was referencing interactions that I
3  was not party to. So the day-to-day -- she characterized
4  the day-to-day of working with Ms. Mohamed as being a
5  constant barrage of being questioned, being yelled at,
6  being belittled sometimes, having her authority
7  questioned regularly, and so on.
8          Again, I wasn't party to any of this.
9  None of this had surfaced to me certainly in the earlier
10  period of time.
11      Q.  Sure.
12          Was any piece of the being besieged or
13  under attack, did that stem from the fact that
14  Ms. Mohamed had raised concerns to other people above
15  Ms. Barley, like Ms. Morris, like Mr. Taylor?
16      MS. HOFFMAN:  Form and foundation.
17      A.  I can't speak to that. I -- I didn't -- I
18  was listening to Ms. Barley's feelings, as opposed to
19  trying to delve deeper to understand the drivers behind
20  those feelings.
21      Q. (By Ms. DeFazio)  Sure.
22          Did Ms. Barley ever share with you that
23  she felt that Ms. Mohamed was spreading rumors about her
24  at the -- at SHRM?
25      A.  She never did, no.

Page 167

1      Q.  Okay. What was your advice to Ms. Barley
2  in those conversations, if you gave any?
3      A.  To the -- to my recollection, again, my
4  counsel was first: I'm sorry that you had to go through
5  this. This is a bad experience as a manager. This is
6  not what management -- people management is always like.
7  That we -- that I shared her feeling of being bewildered
8  about the change in the relationship with Ms. Mohamed;
9  that I had also had high hopes for Ruby and her ability
10  to continue growing and progressing; and I was sorry that
11  the situation ended the way that it did.
12          I also would have reminded her that she
13  had my support and the support of -- and the support of
14  SHRM.
15      Q.  Were you consulted by Ms. Morris regarding
16  Ms. Barley's change in position at the end of 2021?
17      A.  Yes.
18      Q.  Okay. And what did Ms. Morris share with
19  you about that?
20      A.  To my recollection, we discussed the fact
21  that Ms. Barley was having a difficult time as a manager;
22  that she was feeling stress and she was not feeling
23  confident in her role as a manager; and that was
24  causing -- that was causing some concern for both
25  Ms. Barley and Ms. Morris.

Page 168

1      Q.  Okay. And what was the concern that it
2  was causing them?
3      A.  Whether Ms. Barley was cut out to be a
4  manager, whether she should continue being a manager or
5  whether we should look at some -- something else.
6      Q.  Did Ms. Morris think she was cut out to be
7  a manager?
8      A.  Ms. Morris had hoped -- we had both hoped
9  when Carolyn was promoted into the managerial position,
10  that she would be a good manager based on the experience
11  then of what would have been, I guess, close to two years
12  at that point in time.
13          I believe that Ms. Morris's feelings at
14  that point were, maybe management isn't the right role
15  for Carolyn. She's a very talented designer. She does
16  great work on projects. She's certainly not thriving as
17  a manager, so maybe this isn't the right fit for her.
18      Q.  And SHRM put her into the position of lead
19  instructional designer without her having to apply for
20  it, right?
21      A.  We changed her role to be the role of an
22  individual contributor --
23      Q.  Uh-huh.
24      A.  -- as an instructional designer where she
25  had performed before. We took advantage of an open

1  position to create a role that was consistent with
2  Ms. Barley's tenure and experience and capability in the
3  organization.
4      Q.    But she didn't have to apply for that
5  role, right?
6      A.    She did not have to apply, no.  That was a
7  mutual discussion that we had, and it was in -- it was a
8  mutual accommodation.
9      Q.    Okay.  Were you at all concerned with the
10 amount of turnover under Ms. Barley, the number of people
11 who had reported to her that either were terminated or
12 had quit over her tenure as a manager?
13     A.    I was concerned with the difficulty we
14 were having in finding and keeping qualified
15 instructional designers in general.  Turnover is a part
16 of that, whether it's voluntary or involuntary turnover.
17           What concerned me more was the lack of
18 good candidates on the market and the inability of the
19 number of people to develop good product and good result.
20 That was my general concern.
21     Q.    Okay.  Has that improved since she moved
22 into her individual contributor role?
23     A.    I will not say that our ability to staff
24 and keep a full slate of instructional designers has
25 improved.  And here's what I mean by that.  We had -- we

1  hired a replacement in the manager role, ended up
2  terminating him five months later because of his
3  inability to perform.
4           Again, somebody coming in with a portfolio
5  that looks one way, and yet when you have them work on a
6  job, it looks -- the results are not the same as what was
7  in the portfolio.  To the point where we have now made a
8  decision to outsource a significant portion of the
9  instructional design work to a partner organization,
10 where that's their business, is instructional design.
11          So they're only worried about going out
12 and getting the best possible instructional designers,
13 and we can work with them on a contract basis to do that
14 work.
15          We are keeping a couple positions on
16 board, so for example, Ms. Godmere and Ms. Barley.  It's
17 good to have in-house talent that's proven that generates
18 the results that you want.
19          But we've had to restructure our approach
20 to the work because of our inability to get and keep the
21 talent that we need in those roles.
22     Q.    And the individual who you said had -- was
23 terminated within five months, was that Brian Simms?
24     A.    Yes, that was.
25     Q.    Okay.  Do you have any understanding as to

1  why Carrie Mills resigned her position from SHRM?
2      A.    I do not.
3      Q.    Okay.  And were you involved in the
4  decision to terminate Ebony Thompson?
5      A.    I was involved to the extent that I was
6  made aware of it as the decision was made.  But I
7  don't -- I don't recall much except that it was an
8  inability-to-perform issue.
9      Q.    There were at least three women of color
10 under Ms. Barley who were terminated or resigned during
11 her tenure.  Does that sound about right?
12     A.    Certainly there's Ms. Mohamed and
13 Ms. Thompson.  I don't recall who the third person was,
14 so I can't corroborate three.
15     Q.    How about Obianuju Orakwue?
16     A.    Now that you mention the name, she was --
17 yes, she was in that team as well.
18     Q.    Okay.  Did you find that concerning at
19 all, to have three women of color in about a year
20 period -- well, maybe a six-month period leaving under
21 Ms. Barley?
22          MS. HOFFMAN:  Form.
23          You can answer.
24     A.    It concerns me when any three people are
25 leaving.  It concerns me when people can't perform their

1  roles.  It -- you know, whether -- the demographics of
2  the people are, for me, much, much less the issue.  Is
3  the -- is -- you know, would I logically have a question
4  about that?  I wonder.  Yeah, probably.
5          But I can't -- you know, I can't recall
6  raising it as an issue.  I certainly -- I recall I did
7  not raise it as an issue.  I'll put that way.
8          Q. (By Ms. DeFazio)  Okay.  But my question to
9  you is, did you find that concerning?
10     A.    Like I said, I find it concerning when
11 we've got person after person who is not performing in
12 the role because it's not just people of color who
13 weren't performing in the role.  It's white people also
14 who were either leaving, choosing to leave, or not
15 performing in the role.
16          So I'm concerned about all of that, not
17 just the -- not just the three people of color.
18     Q.    Prior to putting Ms. Barley in this
19 different position, in the individual contributor
20 position, was she put through any additional manager
21 training?
22     A.    She was given substantial coaching by
23 Ms. Morris to the extent that I understand that.
24 Additional training, I don't believe so.  I'm not aware
25 of any.

Page 173

1    Q.    Okay. Was it considered to maybe give her
2  additional training on implicit bias or on harassment or
3  discrimination?
4    A.    I'm not aware of any discussions in that
5  regard.
6    Q.    Did you ever come to an understanding that
7  Ms. Thompson had brought forward concerns about being
8  discriminated against by Ms. Barley?
9    A.    I had no understanding of that.
10    Q.    Okay. Sitting here today, is this the
11  first time you're hearing it?
12    A.    It's not ringing any bells --
13    Q.    Okay.
14    A.    -- put it that way. So I don't -- I don't
15  recall anything. That doesn't mean that something
16  wasn't -- wasn't raised to me or mentioned to me. But I
17  don't recall anything.
18    Q.    Okay. So other than Ms. Mohamed, in the
19  email that we've looked at already, raising concerns
20  about discrimination, you don't recall anyone else
21  bringing to your attention concerns about discrimination
22  by Ms. Barley?
23    A.    Not to my recollection. I mean, going
24  back to Ms. Thompson, I can't remember ever having had a
25  one-on-one conversation with Ms. Thompson specifically,

Page 174

1  so . . .
2    Q.    And it sounds like, for Ms. Mohamed, you
3  had had at least some interaction with her. Do you think
4  that was more a matter of her just being there for a
5  lengthier period of time than Ms. Thompson?
6    A.    Yes, I believe so.
7    Q.    Okay. How long has Ms. Morris been
8  reporting to you?
9    A.    Five years and ten months.
10    Q.    And how would you describe her
11  performance?
12    A.    I would describe her performance as
13  strong, growing, capable.
14    Q.    Any areas of improvement for her?
15    A.    There are always areas of improvement for
16  everybody. So things -- things that Ms. Morris and I
17  have worked on from a discipline -- from a technical
18  discipline perspective, as we were -- as I was preparing
19  her to move from a director role to the VP role were:
20         What's the difference in those roles?
21  What are you expected to do as a VP that's in addition to
22  what you do as a director? How do you have to look more
23  across the business as opposed to within your own
24  department or within your own function? How do you have
25  to work more strategically and, correspondingly, a little

Page 175

1  less tactically on things?
2         Same now as I'm looking for what comes
3  next potentially for Ms. Morris with no guarantee and no
4  specific position in mind at the moment. But what are
5  the things to grow on, focusing more on driving external
6  relationships and interacting with the most senior
7  executives in the organization effectively and building
8  those bases of trust and communication.
9         From a behavioral and interpersonal
10  perspective, my conversations with Ms. Morris, my
11  development with Ms. Morris center around resilience and
12  being able to take a deep breath, take a step or two
13  back, and create a little arm's length distance between
14  herself and any given situation that is causing her
15  stress or challenge or pain or difficulty before
16  feeling -- as opposed to feeling like she has to step in
17  and do something about it right now.
18         So it's resilience coaching more than
19  anything else.
20    Q.    I'm going to share with you Exhibit 36.
21         Do you have that open?
22    A.    I do. Registration counts.
23    Q.    Got it.
24         And another email you're not included on,
25  and it looks to be -- the email below on MOHAMED 004557

Page 176

1  is an email from Juan Carlos Estrella.
2    A.    Uh-huh.
3    Q.    Why -- and it looks like it's a summary of
4  kind of the programming out there and how many people
5  have signed up. Is that fair?
6    A.    That's fair. I mean, this is a -- it says
7  "Daily Count Report." It's probably a weekly report at
8  that point in time. But a summary of registrations for
9  future courses.
10    Q.    Got it.
11         Is there a reason why you're not on the
12  distribution list from him, from Mr. Estrella?
13         MS. HOFFMAN:  Foundation.
14    Q. (By Ms. DeFazio)   Do you know why you're
15  not included as a --
16    A.    Yes, I know why I'm not included. It's
17  too much in the weeds at this point in time. For my
18  role, given Jeanne's role as VP -- when I was VP of
19  education or even SVP, it was logical for me to be
20  included in these.
21         At some point in time, like, what am I
22  doing with this? I don't need to see it. If there's a
23  problem, Jeanne is going to bring it to my attention.
24    Q.    Got it.
25         So that kind of falls into the bucket of:

Page 177

1  Hey, let me know if you need something.  Otherwise, it's
2  you-all are taking care of it?
3          A.    Yep.
4          Q.    My question here is that this came -- or
5  this was sent out on August 26, 2020.
6          A.    Yep.
7          Q.    And if you turn to page MOHAMED 004558.
8          A.    Uh-huh.
9          Q.    I'm looking at the second-to-last row:
10  October 1 - Virtual - Digital Transformations?
11          A.    Yeah.
12          Q.    Which I believe is the project that
13  Ms. Mohamed was working on.
14          A.    That looks like it.
15          Q.    Okay.  As of this date, there were three
16  paid registrants.
17                Do you see that?
18          A.    Yes, I do.
19          Q.    And it looks like the goal is 12.
20                If you know, at what point will SHRM delay
21  the launch of a program because the number of registrants
22  is too small?  Or how is that decision made?
23          A.    That decision is made -- well, based on
24  two principal facts:  How many weeks do we have to go
25  until the program, and what is the timing of those weeks?

Page 178

1  I'll explain that in a minute.  And then how many people
2  do we have registered in the course?
3                For a first run of the course -- and this
4  just isn't SHRM.  This is my experience as a -- as -- you
5  know, in learning, almost 40 years of learning and
6  development organizations -- it would not be atypical to
7  run with a lower number than your target number, so the
8  target of 12, simply because you want to get the first
9  one out there.  You want to see what the experience is.
10  You want to get some feedback from a live audience.
11                Would we have run it with three?  Probably
12  not.  At the same time, this is the week before Labor
13  Day, so it's the last week of the summer.  Summer is a
14  notoriously weak time.
15                It would have been completely logical at
16  this point in time to say:  Hey, let registrations run
17  for a couple more weeks and see if we build up sufficient
18  registrations to hold take course on October 1 and maybe
19  make a decision three weeks out from the course or
20  something like that.
21          Q.    Okay.
22          A.    So that's -- that's an example of how that
23  decision might be made.
24          Q.    Gotcha.
25                And if at this point there had been a

Page 179

1  further extension of Ms. Mohamed's deadline, of the
2  August 31 deadline, that necessitated rescheduling the
3  launch, it would have only impacted three people, right?
4          MS. HOFFMAN:    Form.
5          A.    Based on the data that is shown here and
6  the number of people enrolled and paid at that point in
7  time, that is the extent of the people that would have
8  been impacted by a decision to delay at that time.
9          Q.    (By Ms. DeFazio)  Do you know why -- and
10  you probably don't, but that's why I'm asking.
11                Do you have any idea why the Compliance in
12  HR program that Ms. Mohamed was working on was not --
13  seems to not even be listed on this group of virtual
14  courses?  I guess that's a two-part question.
15                First, do you agree with me that you don't
16  see it here?
17          A.    I agree with you that I don't see it
18  there.
19          Q.    Okay.  So would that imply to you that it
20  has not actually been put up on the website so there are
21  no paid registrants?
22          A.    No, not necessarily.  The -- what I see
23  here is courses through October 3.  We would have had an
24  entire fall schedule of course available at that point in
25  time.  So what they're looking at there is the next six

Page 180

1  weeks, five to six weeks of courses and looking at:  Are
2  there any cancellation decisions that need to be made at
3  this time for the courses in that window?
4                We didn't see anything beyond October 3.
5  That course might have been scheduled for October 7 or 10
6  or 25 or whatever.
7          Q.    Uh-huh.  Okay.  So it's your testimony
8  that the courses here in this report would be limited to
9  just the next six weeks?
10          A.    That's my interpretation viewing the
11  report and based on my understanding of how cancellation
12  decisions are made, yes.
13          Q.    Okay.  Is that the primary reason that
14  these daily count reports or, really, weekly count
15  reports are sent out, is for cancellation purposes or
16  cancellation decisions?
17          A.    That's one of the reasons.
18          Q.    Okay.
19          A.    I mean, to be able to make cancellation
20  decisions, do we have to cancel an instructor because we
21  have a certain notice period that we have to give an
22  instructor?  Or in person for face-to-face courses, if
23  not in our facility -- and we have a facility contract --
24  we have a certain time at which we have to make a
25  decision to cancel the course to avoid paying for the

Page 181

1  facility or cancellation fee.
2           We also just want to see how the business
3  is doing and where things are strong and where things are
4  not so strong.
5           So the interpretation here is, green is
6  really, really good, and we really like to see those
7  numbers.  Black is, you know, it's doing okay.  Maybe
8  we'll get some more, and we're certainly not going to
9  lose money.  Red is, this is something we really want to
10 keep an eye on and, you know, do we make a decision to go
11 or stay?
12     Q.    Got it.
13           So the ones in red are possible contenders
14 for cancellation depending on whether, you know --
15     A.    Yes.
16     Q.    -- what the notice period is for the
17 instructor and how much longer you want to wait to see if
18 there's more robust registration?
19     A.    That's correct.
20     Q.    Okay.  Thank you for that explanation.
21           All right.  I'm going to share Exhibit 37.
22           And just let me know when you've got that
23 open.
24     A.    I have it open.
25     Q.    Great.

Page 182

1           So this is a continuation of -- or a
2  permutation of some of the other exhibits that have been
3  entered.  I think the difference really starts on the
4  first page, so SHRM 0132.
5     A.    Yeah.
6     Q.    If you look at the next page, the SHRM
7  0133, the top there, that's Ms. Mohamed's email to you
8  alerting you to her concerns of --
9     A.    Yeah.
10    Q.    -- discrimination and retaliation.
11          Does that sound right?
12    A.    That sounds right.
13    Q.    Okay.  And then it looks like Ms. Barley
14 responds to just you and Ms. Morris, saying she doesn't
15 agree with Ms. Mohamed's summary.  And then she writes,
16 "I'm hopeful we can determine the best path forward for
17 everyone."
18          Did you have an understanding of what that
19 means -- what that meant at the time?
20    A.    My understanding, and what I recall, is
21 just what it says there:  Determine the best path
22 forward.
23          At that point in time, Ruby was still
24 giving us to believe that there was a possibility of
25 completing the courses on time because she says so in --

Page 183

1  in other emails.  We were still looking at also the
2  possibility of an eventual termination.  And so that -- I
3  mean, it's what it says:  Determine the best path forward
4  for everyone.
5     Q.    So you testified earlier that you had some
6  discussions on late -- late August 31, maybe early
7  September 1 about termination.
8           Are you saying that there were -- there
9  had been discussions at this point about termination?
10    A.    You asked about the decision to terminate
11 previously.
12    Q.    Uh-huh.
13    A.    Our discussion was about when the decision
14 was made.
15    Q.    Sure.
16    A.    I referenced before in an email that I
17 wrote, that you saw the highlighted portion on, that we
18 wanted the right language in the event of a possible
19 termination.
20    Q.    Okay.
21    A.    So termination was under consideration and
22 under discussion for some number of weeks prior to the
23 actual termination.
24    Q.    Gotcha.
25          And was that in emails only or also in

Page 184

1  meetings?
2     A.    Likely both.
3     Q.    Okay.  And would the meetings have just
4  been between you and Ms. Morris as you're monitoring the
5  situation?
6     A.    Between myself and Ms. Morris.  At some
7  point, obviously, HR would have been brought into this
8  from the perspective:  We're thinking about
9  termination -- to explain the thought process here.
10 We're thinking termination is a possibility.
11          Part of the guidance that we expect from
12 HR is what are the conditions under which termination is
13 appropriate versus inappropriate?  And how does this
14 situation stack up?
15          If HR looks at this and says:  You got
16 nothing.  There's nothing going on here.  You need -- you
17 need -- you know, somebody needs to be, you know, not
18 performing in a way that can be demonstrated.  Or:
19 There's no documentation of any discussions with a person
20 or anything like that.
21          Our path forward is going to be different
22 than if HR says:  We see, we understand the issue.  Let's
23 keep working through it and see what we get to, which is
24 what I recollect the discussions being here.
25          But from a responsibility to the

Page 185

1  organization perspective, I as a leader, HR as an
2  organization, we have to be looking ahead and thinking
3  about these things. We have to be both concerned with
4  fairness to the employee, development of the employee we
5  have to be concerned with having the right people with
6  the right skills to do jobs in place; and we have to be
7  sure that whatever we do follows a process that supports
8  and protects the interests of the organization as well;
9  while complying with law, while complying with statute,
10  while complying with our policies against discrimination,
11  against harassment, against retaliation.
12          So, I mean, all these things are in
13  balance, right? So we're looking down the road and
14  seeing all of these different things.
15          So, of course, we are having some
16  discussions about "what if" in a variety of scenarios.
17      Q.    Okay. Well, let's talk about your -- your
18  specific recollection in this case.
19          So you -- you remember maybe termination
20  coming up with Ms. Morris. Do you remember a meeting
21  with Mr. Sullivan or someone else from HR where you --
22  the analysis occurred that you've just, you know,
23  testified to?
24      A.    Well, there would have been. You can see
25  the language right here: "Update - I spoke with Sean

Page 186

1  yesterday afternoon."
2      Q.    Okay. But you -- but your independent
3  recollection. Do you have an independent recollection of
4  that meeting?
5      A.    I don't have an independent recollection
6  of the details. Do I know that I met with Sean Sullivan
7  to discuss this? Yes.
8      Q.    Okay.
9      A.    Do I have any recollection of the details
10  of exactly what was discussed and how? No.
11      Q.    Although the email where you reference
12  having met with Mr. Sullivan, that was with respect to
13  Ms. Mohamed's discrimination/retaliation complaint,
14  correct?
15      A.    That was with regard to the note that --
16  so the previous note, the August 19 note from
17  Ms. Mohamed --
18      Q.    Yes.
19      A.    -- where she said, "As you know, I made a
20  complaint about race discrimination about my manager's
21  treatment of me . . ."
22      Q.    Yes.
23      A.    At that point in time -- so that would
24  have been a key topic of my discussion with Mr. Sullivan.
25  At that point in time, I don't know what the status was

Page 187

1  of discussions around: Ruby is not meeting her deadlines
2  and at what point in time do we consider a termination.
3          Those discussions would have started at
4  some point.
5      Q.    Okay.
6      A.    I --
7      Q.    Do you -- I'm sorry to interrupt you.
8          You remembered them happening?
9      A.    I know those discussions started at some
10  point.
11      Q.    Got it.
12      A.    I don't remember when or by whom or when I
13  would have discussed them with Mr. Sullivan specifically.
14  But at some point, all of this comes together. It all
15  gets wrapped together.
16          Part of the consideration is, if we have a
17  discrimination complaint out there, if that
18  discrimination complaint has not been investigated, has
19  not been resolved, then termination clearly is not a
20  possible action under any other circumstances, simply
21  because of the potential for that being a retaliatory
22  action.
23          So --
24      Q.    Okay.
25      A.    -- these all link together. They are not

Page 188

1  separate. They are interrelated issues.
2      Q.    So it's your testimony that these
3  discussions about termination being a possibility were
4  happening before the August 31 deadline had come and
5  gone?
6      A.    That is correct.
7      Q.    Okay. And any -- do you have any estimate
8  as to how far in advance these discussions had started
9  in -- how far in advance of the August 31 deadline?
10      A.    It would have been a matter of weeks
11  rather than months or anything like that. It would have
12  been a matter of weeks. And it would have been just
13  looking at the tea leaves and reading the tea leaves.
14      Q.    Okay. And this is discussions with you
15  and Mr. Sullivan?
16      A.    Discussions with me and Ms. Morris.
17      Q.    Okay.
18      A.    But then Mr. Sullivan obviously was
19  brought in at some point.
20      Q.    Okay.
21      A.    I can't tell you at what point.
22      Q.    That's right. And you testified you don't
23  know who exactly looped him in.
24          But do you recall sitting in with -- a
25  meeting with him and anyone else to talk about

1 termination, or you just knew these were -- these

2 meetings were happening with HR?

3          A.   I knew the meetings were happening.  I am

4 certain that, at some point in time, I had a face-to-face

5 meeting with Sean about this.  But again, I can't recall

6 exactly what date.

7          Q.   Okay.  As a matter of course, does SHRM

8 terminate people who don't meet deadlines?

9          A.   I can't speak as to a matter of course.

10 As a matter of course, do we terminate people who cannot

11 perform their jobs effectively?  Yes.

12          Q.   So you think missing one deadline, perhaps

13 for reasons that are outside your control, means that you

14 can't perform your job functions?

15          MS. HOFFMAN:  Form.

16          A.   I think missing a deadline is a symptom of

17 not being able to perform a job effectively.  Other

18 factors that would be considered include the quality of

19 work, the completeness of work, the ability -- the

20 ability to manage work projects independently at the

21 level expected by a person in a role.  All those factors

22 and other factors.

23          Q. (By Ms. DeFazio)  In Ms. Mohamed's case,

24 other than the August 31 deadlines for these two

25 projects, what -- what were the other -- were there other

1 symptoms?  Were there other reasons for getting rid of

2 her?

3          A.   I don't recall because I haven't looked at

4 the work products.

5          Q.   Okay.

6          A.   So I would be speculating.

7          Q.   Okay.  As you sit here today, do you think

8 there's -- you would have done anything differently with

9 respect to her termination?

10          MS. HOFFMAN:  Form.

11          A.   I can't think that I would have done

12 anything differently or made any different decisions

13 based on both my recollection, as well as the prodded

14 recollection from the exhibits and the documents that

15 we're looking at.

16          Q. (By Ms. DeFazio)  Okay.  Let me have you

17 look back at Exhibit 37.

18          A.   Yeah.

19          Q.   My question for you is, your email on the

20 first page from August 21 at 8:49 a.m. you wrote:  "I

21 spoke with Sean yesterday afternoon.  He's reviewing

22 response language with Jim Banks.  This has been

23 escalated appropriately."

24          So my question for you is, what response

25 language and, you know, what does that mean?

1          A.   I honestly don't recall and I can't tell

2 you.

3          Q.   Who's Jim Banks?

4          A.   Our corporate counsel.

5          Q.   Okay.  Is still corporate counsel?

6          A.   He is still general counsel, yes.

7          Q.   Okay.

8          A.   Sorry, general counsel.

9          Q.   Oh, that's fine.  I think it's, frankly,

10 the same thing.

11          And you're referring, again, to

12 Ms. Mohamed's email where she expresses -- she discusses

13 her race discrimination and retaliation concerns, right?

14          A.   That's a reasonable interpretation, but

15 honestly I -- I don't recall.

16          Q.   Okay.  What do you -- what do you

17 understand "escalated appropriately" means?

18          A.   Means that everybody who should be aware

19 of these situations and this language is aware: chief

20 human resources officer, chief legal officer for the

21 organization.

22          Q.   Okay.

23          MS. HOFFMAN:  Can we take a quick

24 five-minute break?

25          MS. DeFAZIO:  Yeah, that's fine.

1          MS. HOFFMAN:  Great.

2          MS. DeFAZIO:  Thanks.

3          (Recess taken from 1:03 p.m. until

4 1:13 p.m.)

5          Q. (By Ms. DeFazio)  Okay.  So I'm going to

6 share, Mr. Schacht, another exhibit with you.  This is

7 16.  It was marked at an earlier deposition.

8          Have you seen this before?

9          A.   Yes.  This was shared with me by counsel

10 prior to the deposition.  Obviously, I saw it

11 contemporaneously, too.

12          Q.   Okay.  Gotcha.

13          And drawing your attention to the actual

14 memo from August 31 on the second page --

15          A.   Right.

16          Q.   -- so SHRM 0043?

17          A.   Yeah.

18          Q.   The second sentence says, "Throughout this

19 time, I, and members of my HR team . . . and senior

20 leadership" -- and you are included in that -- "(Jeanne

21 Morris, Nick Schacht) have been involved in varying

22 degrees to understand and respond to your complaint."

23          Were -- I guess first question is, were

24 you involved in the drafting of this memo?

25          A.   I was not.

Page 193

1    Q.    Was it -- a copy of it or draft given to
2  you before it was finalized?
3    A.    I don't believe so, but I don't
4  specifically recall.  But I don't believe so.
5    Q.    Okay.  What -- and I understand you didn't
6  write this, but to the extent you know, how were you
7  involved in understanding and responding to Ms. Mohamed's
8  complaints of discrimination and retaliation, as
9  represented in this memo?
10    A.    Well, that's where, if I had been able to
11  comment on this memo as it was being written, I might
12  have suggested different language.  Ms. -- Ms. Mohamed's
13  email of the -- of the 19th lists a number of concerns,
14  including which is race discrimination and retaliation.
15         Clearly, I had been involved in some of
16  those discussions around the other concerns about,
17  whether it's deadlines or her communication with her
18  manager or things like that.
19         I wasn't involved in anything having to do
20  with the race discrimination and retaliation complaint.
21  As far as understanding and responding to the complaint,
22  I just was not involved with that.
23    Q.    Got it.
24         So that's -- it's just not accurate that
25  you were involved in understanding and responding to it?

Page 194

1    A.    Yeah.  The manager's -- your manager's
2  treatment of you is where I could say yes, I was
3  involved, but not regarding to race discrimination and
4  retaliation.
5    Q.    Okay.  Have you ever made an independent
6  determination as to whether Ms. Mohamed's complaint of
7  race discrimination was legitimate?
8    A.    I have not.
9    Q.    Okay.  And how about for retaliation?
10    A.    I have not.
11    Q.    And is that because you just relied on
12  SHRM's HR to make that determination?
13    A.    That's correct.
14    Q.    And Ms. Mohamed was terminated the day
15  after this memo; is that right?
16    A.    That is, I believe, when the termination
17  decision was made, finalized and communicated, yes.
18    Q.    Okay.  And you testified a little bit
19  earlier before the break that you don't -- as a matter of
20  course, you don't want to terminate an employee before
21  the conclusion of an investigation into discrimination;
22  is that right?
23    A.    Yes.
24         MS. HOFFMAN:   Object to form.
25    A.    I just personally believe that's bad

Page 195

1  practice.  I mean, if anything, you're shortcutting the
2  investigative process and the ability for the
3  investigation to actually reach a conclusion.
4    Q. (By Ms. DeFazio)  And I think part of your
5  concern is, you testified to earlier is, that if you
6  terminate someone before the completion of an
7  investigation, you may also open a company up to
8  liability for discrimination or retaliation, right?
9    A.    Any, all of those, yes, absolutely.
10    Q.    Do you see any problem with the timing of
11  Ms. Mohamed's termination with respect to the time when
12  she complained about discrimination?
13         MS. HOFFMAN:   Form.
14    A.    To the timing of when she complained about
15  discrimination?  Not -- I mean, it came afterward, but I
16  don't know how long afterward or when the original
17  complaint was made or whatnot.  So I can't say I see a
18  problem with timing of the termination.
19         In substance, the investigation was open,
20  the investigation was done, the investigation was closed
21  with no finding of discrimination or retaliation.
22         At that point, you're still -- we're still
23  dealing with job performance and -- and fitness to
24  perform the role.
25    Q. (By Ms. DeFazio)  Was there ever discussion

Page 196

1  around the possibility that Ms. Mohamed's job performance
2  may, in fact, have been impacted by her work environment?
3         MS. HOFFMAN:   Form.  Foundation.
4    A.    Not to my knowledge, and I did not
5  participate in any discussions in that regard.
6    Q. (By Ms. DeFazio)  I'm going to share with
7  you Exhibit 17, which was previously marked as well.
8         And my question for you is, did you have
9  any role in drafting this separation agreement memo?
10    A.    I did not.
11    Q.    You did not.
12         And did you see it before it was sent to
13  Ms. Mohamed?
14    A.    I did not see this memo before it was
15  sent, no.
16    Q.    Okay.  Going back to the HR investigation
17  piece, in your mind, because SHRM's investigation
18  concluded that no discrimination or retaliation occurred,
19  does that mean that it didn't occur?
20    A.    That means that the investigation found
21  that it didn't occur.
22    Q.    But do you think that means that there was
23  no discrimination or retaliation at play?
24    A.    I did not observe any discrimination based
25  on race or any other factor.  I did not observe any

**Page 197**

1  retaliation. The investigation reviewed, with whatever
2  scope it had, the allegations of discrimination/
3  retaliation and didn't find anything.
4  　　　　　　To that extent, I believe it is unlikely
5  that there was discrimination or retaliation at play. By
6  saying, you know, was there any, it's -- it's -- it's
7  asking for me to prove every conceivable possible
8  evidence of existence of something that I have no
9  knowledge of or awareness of.
10 　　　　　　Based on the information available to me,
11 I don't believe there was discrimination, and I don't
12 believe there was retaliation.
13 　　Q.　SHRM holds itself out as a -- a place that
14 has to be a model workplace.
15 　　　　　　Would you agree with that?
16 　　A.　We aspire to be a model for workplaces,
17 yes.
18 　　Q.　Got it.
19 　　　　　　And as a result of that, you would expect
20 that SHRM has adopted best practices in HR, right?
21 　　A.　We would assume and hope so, yes.
22 　　Q.　Okay. Because of that, do you believe
23 that discrimination and retaliation are less likely to
24 happen at SHRM?
25 　　A.　I would like to think that. I believe

**Page 198**

1  that on a scale of comparing awareness of discrimination,
2  awareness of retaliation, educating our employees about
3  our policies against discrimination, against harassment,
4  against -- against retaliation, that we do a lot to
5  create an environment where it is less likely for that to
6  occur.
7  　　　　　　So I believe we do many things that reduce
8  the likelihood of that.
9  　　Q.　Okay. But it still can occur at SHRM,
10 right?
11 　　　　　　MS. HOFFMAN:  Form.
12 　　A.　I believe that it can occur at SHRM. It
13 can occur anywhere.
14 　　Q. (By Ms. DeFazio)  And it may have occurred
15 in Ms. Mohamed's case?
16 　　　　　　MS. HOFFMAN:  Form.
17 　　A.　I do not believe -- based on the evidence
18 and based on my own personal interaction, I do not
19 believe that it occurred in Ms. Mohamed's case.
20 　　Q. (By Ms. DeFazio)  In 2020, was Ms. Barley
21 put in charge of a program regarding implicit bias?
22 　　A.　I don't recall. Don't have any knowledge
23 of that, but if -- you know, if I ever had knowledge, I
24 can't remember.
25 　　Q.　Okay. I'm trying to find the exact name

**Page 199**

1  of it. Let's see.
2  　　　　　　I think it was something about maybe
3  "Social justice in the workplace." Does that sound
4  familiar?
5  　　A.　The only project regarding social justice
6  in workplace bias relates to two modules of PMQ that we
7  added, and this was the project from which Ms. Mohamed
8  recused herself.
9  　　Q.　Okay.
10 　　A.　By way of context, PMQ was a management
11 training program. It was initially designed as a program
12 with -- well, we used -- we used kind of a contemporary
13 design approach, so 3 seasons and 28 episodes of content.
14 We added 2 episodes of content in the summer of 2020
15 following the George Floyd murder, Black Lives Matter,
16 all of those aspects.
17 　　　　　　I don't recall Ms. Barley's specific
18 involvement of the project -- in the project, but it was
19 a broad effort across the -- across the education team,
20 along with -- with our instructional design partner in
21 that case, partner organization.
22 　　Q.　Sure.
23 　　　　　　I can't remember -- it has an interesting
24 name.
25 　　A.　SweetRush.

**Page 200**

1  　　Q.　SweetRush. Thank you. Something with a
2  river. I couldn't remember.
3  　　A.　Yeah.
4  　　Q.　And to your -- is it your understanding
5  that implicit bias is some -- some piece of that
6  workplace, the social justice workplace bias modules of
7  PMQ?
8  　　A.　Yes, that is my recollection.
9  　　Q.　Okay. And earlier, you -- you said
10 something very humble about you're not an expert in
11 implicit bias, and if you were, you would probably be --
12 maybe you'd be teaching it, you'd be teaching the
13 program.
14 　　　　　　Do you have an understanding as to whether
15 Ms. Barley is perceived as an expert in implicit bias?
16 　　A.　I don't believe that Ms. Barley or any of
17 our subject matter -- or, sorry, our instructional
18 designers are experts in any of the topics on which they
19 develop programs.
20 　　Q.　Okay.
21 　　A.　You yourself referenced the fact that we
22 use SME, subject matter experts, as we develop our
23 courses. It's from the SMEs that we glean the content.
24 　　　　　　The instructional designer is responsible
25 for two things: making sure that the content is presented

Page 201

1  in a way that facilitates the learning and the mastery of
2  new knowledge and skills; and second, running the project
3  to turn everything from idea to a final educational
4  product or service. That's the role of the instructional
5  designer.
6        So Ms. Barley or anybody else who would be
7  in charge of that project wouldn't be expected to be an
8  expert in implicit bias. I would expect when they finish
9  that program, as a result of their exposure to the SMEs,
10 that they would have more knowledge of implicit bias than
11 when they started, and they might be more knowledgeable
12 than other people in similar positions in the
13 organization.
14       Q.    When was her work on those modules done,
15 do you recall?
16       A.    I don't recall specifically. I do know
17 that we initiated the work after George Floyd's murder in
18 June of 2020. I recall these modules taking several
19 months to complete, so my belief is that those modules
20 were complete and came online in the last two or three
21 months in 2020.
22       Q.    Okay. And there was no concern, either on
23 your part or anyone else's, expressed about Ms. Barley
24 working on that, having been accused of discriminating
25 against an employee?

Page 202

1             MS. HOFFMAN:    Form.
2        A.    I had no concern about Ms. Barley working
3  on that, regardless of the matters that we've been
4  discussing today.
5        Q.   (By Ms. DeFazio)  Okay. Harkening back to
6  some of your earlier testimony about the importance of
7  documenting employee performance and the counseling to
8  improve that, do you remember that testimony earlier?
9        A.    I do. It's getting to be a lot to
10 remember, but I remember it.
11       Q.    I know. I can't blame you.
12       And there's, you know, an importance of
13 documenting that, both for the purposes of fairness to
14 the employee and also for the organization to have
15 records of that.
16       Would --
17       A.    Yes.
18       Q.    -- you agree?
19       Okay. Now, I think -- if you could help
20 me square, I don't know. It sounds like in this
21 situation -- and I don't know if it's emblematic of other
22 terminations -- but there were a number of conversations
23 that happened about Ms. Mohamed in the, you know, last
24 weeks of her employment that were not documented that --
25 regarding her termination.

Page 203

1        Would you agree with that?
2             MS. HOFFMAN:    Form and foundation.
3        A.    I would agree that I know I was party to
4  conversation that -- for which I don't have
5  documentation.
6        Q.   (By Ms. DeFazio)  Okay. So you talked --
7  you referenced at least, probably, two meetings with
8  Mr. Sullivan that you remember by seeing a reference in
9  an email; is that right?
10       A.    Yes, that is correct.
11       Q.    Okay. And you don't recall taking notes
12 from that meeting, do you?
13       A.    No, I do not.
14       Q.    Do you know if Mr. Sullivan took notes?
15       A.    I don't recall.
16       Q.    Okay. And so -- and those weren't reduced
17 to writing in any way that you're aware of?
18       A.    Not that I'm aware of.
19       Q.    Okay.
20       A.    But you asked me to try to square what
21 appears to be a disconnect for you.
22       Q.    Uh-huh.
23       A.    I said conversations -- we need to
24 document the performance conversations that managers have
25 with employees. So conversations between Ms. Barley and

Page 204

1  Ms. Mohamed, for example.
2        Or were I in the situation to have had a
3  conversation with Ms. Barley about her performance or
4  Ms. Morris about her performance, we want those to be
5  documented for exactly the reasons that you cited.
6  Because those are the ones that we want everybody to be
7  able to refer to and have a common frame of reference
8  for.
9        So when Ms. Mohamed looks at the record of
10 her conversation with Ms. Barley, she would say: Yes,
11 this is what Caroline and I talked about. Yes, this is
12 what Caroline expects of me.
13       Similarly, for Ms. Barley to look and say:
14 Yes, this is what we talked about, and it wasn't these
15 other three things that I want to talk about now, or I
16 don't forget it and lose track of it.
17       So it's those performance conversations in
18 which we talked about the importance of documentation.
19       Q.    Well, if an employee with, you know, a
20 tenure of five years or so is about to be terminated, do
21 you think it's equally important to memorialize SHRM's
22 decision-making around that termination?
23             MS. HOFFMAN:    Form.
24       A.    The relevant documentation around
25 somebody's termination is ultimately laid out in whatever

Page 205

1  documentation is provided the employee at that time.
2  Whatever conversations may be leading up to that could be
3  exploring a wide range of things that may, in the end, be
4  irrelevant to the matter at hand.
5          So I guess I don't -- I can't answer your
6  question as simply as it was asked.
7          Q.  (By Ms. DeFazio)  But we won't ever know
8  the relevance of the discussions that were had between
9  you and Mr. Sullivan because they don't -- they were
10 never documented and you don't remember them now?
11         MS. HOFFMAN:  Form.
12     A.   That's correct.
13         MS. DeFAZIO:  I know we just took a break,
14 but I am nearing the end.  So let's -- let's take like a
15 ten-minute break, and then I might come back with just a
16 few items here and there, but we should be done soon.
17         MS. HOFFMAN:  Okay.
18         MS. DeFAZIO:  Does that work for
19 everybody?
20         MS. HOFFMAN:  Sounds good.
21         MS. DeFAZIO:  Okay.  Great.  All right.
22 Thanks.
23         (Recess taken from 1:32 p.m. until
24 1:44 p.m.)
25         Q.  (By Ms. DeFazio)  Mr. Schacht, do you know

Page 206

1  if the two programs that Ms. Mohamed had been working on
2  that she purportedly didn't complete or allegedly didn't
3  complete by August 31, did they end up happening in
4  October?
5      A.   I do not know.
6      Q.   Okay.  Who do you -- who would know that?
7      A.   The education team would certainly know.
8  There would be a record of that.
9      Q.   Okay.  We had -- there was some testimony
10 about when the decision to terminate actually was made.
11         If I understand your testimony correctly,
12 there were discussions in the works about that being a
13 pathway maybe weeks before August 31, but that the
14 decision itself wasn't made until later in the day on the
15 31st or on the 1st.
16         Is that accurate?
17     A.   Yes, that is accurate.
18     Q.   Okay.  And you --
19     A.   That's my recollection.
20     Q.   Okay.  Do you stand by the decision that
21 SHRM made to terminate Ms. Mohamed?
22     A.   I do, yes.
23     Q.   Okay.  And are you prepared to take
24 responsibility for it?
25         MS. HOFFMAN:  Form.

Page 207

1      A.   I'm responsible for whatever happens in my
2  part of the business.  So ultimately, even though my role
3  is review and concur in these types of things frequently,
4  I'm still responsible.
5          So of course I take responsibility for it.
6      Q.   (By Ms. DeFazio)  And I know -- I think I
7  asked you something along these lines.
8          But, you know, looking back at this
9  situation, is there anything you would have done
10 differently?
11         MS. HOFFMAN:  Form.
12     A.   My answer previously, and my answer still
13 is no because I knew then what I knew then as opposed to,
14 you know, any change in that.
15         If I look now, I suppose I can spend time
16 and think, Gee, could I have suggested a different line
17 of counseling or so on.  But there's no guarantee that
18 the results would have been any different.
19         Based on what happened, based on
20 performance, based on the results, you know, I wouldn't
21 change the decision that we made.
22     Q.   (By Ms. DeFazio)  And other than the one
23 conversation that you testified to with Mr. Taylor, do
24 you recall having any other discussions with him about
25 this case?

Page 208

1      A.   Only in hindsight as the CCRD case was
2  filed and -- and, you know, looking -- looking back on
3  it.  Not -- not contemporaneously at the time of the
4  case -- at the time of these matters.
5      Q.   Tell me, when did that conversation take
6  place?
7      A.   It would have taken place after the CCRD
8  case was filed.
9      Q.   And tell me what you recall about that
10 conversation.
11     A.   What I recall about the conversation was a
12 combination of refreshing our memory about the basic
13 facts of the -- of the situation about Ms. Mohamed's
14 termination and a belief that we followed the appropriate
15 process and that we made the right decision.
16     Q.   Have you become aware at any point of any
17 press about this case?
18     A.   I have not become aware of any press about
19 this case, no.  But I would ask you to define what you
20 mean by "press."
21     Q.   Sure, fair point.
22         Any articles written by entities other
23 than SHRM about this case.
24     A.   Not that have been raised to my attention
25 or raised to me, no.

Page 209

1    Q.    Okay.  Is there anything else that you
2    have in mind that I didn't cover in that definition?
3         A.    When anybody else says "press," I always
4    think to social media.  I believe there have been a
5    couple of comments on social media, but anybody with a
6    keyboard and a Wi-Fi connection can make comments on
7    social media, so . . .
8         Q.    That's for sure.
9              Has -- have any blog posts on other HR,
10   you know, websites, organizations, been brought to your
11   attention that have been written about this case?
12        A.    Not that I remember.
13        Q.    Okay.  Now, there was -- you know, there
14   were quite a few, you know, pieces of your testimony that
15   you -- or items in this case that you can't remember.
16   So, for example, you know, specific things that were said
17   during meetings, whether meetings took place.
18              Is that fair?
19        A.    Yes, that's fair.
20        Q.    Okay.  If, by chance, your memory is
21   jogged about any of those items, will you commit to tell
22   your counsel to reach out to me about that?
23        A.    If my memory is jogged, I will be happy to
24   consult with my counsel about that.
25        Q.    Okay.  And you believe that it would be

Page 210

1    fair, since this is our one chance to talk to you before
2    trial, to let us know everything that you can remember
3    right now?
4         A.    Well, that's what I have committed to, and
5    that's what I have been doing.  And as you've seen in
6    reviewing certain of the exhibits that you've -- that
7    you've shared, a couple of times that's adjusted my
8    recollection of events.
9         Q.    Okay.
10        A.    So I swore to tell the truth and that's
11   what we're doing.
12        Q.    Great.
13              And those text messages that you testified
14   to, very beginning of your testimony, where you had
15   exchanged -- or had had a conversation with Ms. Morris
16   about her deposition.
17              Do you remember that?
18        A.    I do.
19        Q.    Would you commit to sending those to your
20   counsel?
21        A.    I will locate them and send them.
22        Q.    Okay.
23              MS. DeFAZIO:  All right.  I have no
24   further questions.
25              MS. HOFFMAN:  I have no questions.  Thank

Page 211

1    you.
2              MS. DeFAZIO:  Great.  Mr. Schacht, thank
3    you so much for your time.  I think we -- I'm not going
4    to let you go yet because Shelly has got spelling
5    questions for you, but we are off the record.
6              THE COURT REPORTER:  Ms. Hoffman, are you
7    handling signature and ordering a copy?
8              MS. HOFFMAN:  Please.
9              THE COURT REPORTER:  And you want the
10   exhibits that were the new exhibits?
11             MS. HOFFMAN:  Yeah, that makes sense.
12             THE COURT REPORTER:  Okay.
13             MS. DeFAZIO:  And, Shelly, we do not need
14   exhibits, by the way.
15             THE COURT REPORTER:  Okay.
16             MS. DeFAZIO:  ETran is good.
17             (Discussion off the record.)
18        Q.  (By Ms. DeFazio)  Mr. Schacht, you've since
19   recalled that the last name of one of the individuals you
20   testified to was incorrect?
21        A.    Yes.  That individual's full name is Inigo
22   Sanchez-Cabezudo.
23        Q.    Okay.  And what was his role again?
24        A.    He was a director of sales for our
25   international programs.

Page 212

1              MS. DeFAZIO:  Got it.  Okay.  Great.
2              (WHEREUPON, the within proceedings were
3    concluded at 1:54 p.m. on the 5th day of May, 2023.)
4              *  *  *  *  *

## Page 213

```
1           I, NICHOLAS RUSSELL SCHACHT, hereby certify
   that I have read the foregoing transcript, and that the
2  same and accompanying correction sheets, if any,
   constitute a true and complete record of my testimony.
3
4  PAGE LINE      NOW READS           SHOULD READ

5  ____  ____  _____  _____

6  ____  ____  _____  _____

7  ____  ____  _____  _____

8  ____  ____  _____  _____

9  ____  ____  _____  _____

10 ____  ____  _____  _____

11 ____  ____  _____  _____

12 ____  ____  _____  _____

13 ____  ____  _____  _____

14 ____  ____  _____  _____

15 ____  ____  _____  _____

16 ____  ____  _____  _____

17
18              NICHOLAS RUSSELL SCHACHT

19       Subscribed and sworn to before me this _____

20 day of _____, 20____.

21
         My Commission expires: _____
22
23              Notary Public
                Address: _____
24
                         _____
25
```

## Page 214

```
1              REPORTER'S CERTIFICATE

2

3       I, K. MICHELLE DITTMER, Registered Professional

4  Reporter and Notary Public, State of Colorado, do hereby

5  certify that previous to the commencement of the

6  examination, the deponent was duly sworn by me to testify

7  to the truth in relation to the matters in controversy

8  between the parties hereto; that the said deposition was

9  taken in machine shorthand by me at the time and place

10 aforesaid and was thereafter reduced to typewritten form;

11 that the foregoing is a true transcript of the questions

12 asked, testimony given, and proceedings had.  I further

13 certify that I am not employed by, related to, nor

14 counsel for any of the parties herein, nor otherwise

15 interested in the outcome of this litigation.

16       IN WITNESS WHEREOF, I have affixed my signature

17 this 14th day of June, 2023.

18

19       My commission expires April 15, 2024.

20

21       _____
              K. MICHELLE DITTMER
22         Registered Professional Reporter

23

24

25
```

## Page 215

```
1  Dittmer Reporting
   sdittmer@comcast.net
2  (303) 257-8702

3  June 15, 2023

4

5  KATHERINE N. HOFFMAN, ESQ.
   Hall & Evans LLC
6  1001 17th Street, Suite 300
   Denver, Colorado 80202
7
   Deposition of:  NICHOLAS RUSSELL SCHACHT
8  Taken:  May 5, 2023

9  In Re:  Mohamed v. SHRM
           Civil Action No. 1:22-cv-01625-GPG-SKC
10
   Dear Ms. Hoffman:
11
   Enclosed please find the original signature page(s) of
12 the above deposition.  It was agreed that you would
   arrange for signature of NICHOLAS RUSSELL SCHACHT's
13 deposition by means of your copy transcript.

14 Also enclosed are amendment sheets for changes if
   necessary.  Please return the signature page(s) and
15 amendment sheet(s) ...

16 __XXX__   to our office for filing within 35 days to
             comply with the Rule.
17
   _____   to our office before _____, in
18             order that the deposition may be filed in time
               for trial.
19
   _____   to THE COURT prior to trial, furnishing copies
20             of amendments to opposing counsel.

21 Thank you for your attention to this matter.

22 Sincerely,

23 K. MICHELLE DITTMER, RPR
   Registered Professional Reporter
24
25 cc: Counsel of Record/original transcript
```

## Page 216

```
1  Dittmer Reporting
   sdittmer@comcast.net
2  Arvada, Colorado  80003
   (303) 257-8702
3

4  ARIEL B. DeFAZIO, ESQ.
   Lowrey Parady Lebsack, LLC
5  1490 North Lafayette Street, Suite 304
   Denver, Colorado 80218
6
   RE:  Mohamed v. SHRM
7  Civil Action No. 1:22-cv-01625-GPG-SKC

8

9  Dear Ms. DeFazio:

10 Enclosed is the deposition of:  NICHOLAS RUSSELL SCHACHT

11 _____   Signature waived.

12 _____   Signed, no changes.

13 _____   Signed, with changes, copy of which is
               enclosed.
14
   _____   Unsigned, pursuant to stipulation of counsel
15             that the deponent may sign at the time of
               trial.
16
   _____   Unsigned, notice duly given _____,
17             pursuant to the Rules of Civil Procedure.

18 _____   Unsigned, notice duly given _____,
19             since trial is set for _____.

20 _____   Unsigned, due to settlement of case.

21 DITTMER REPORTING

22 cc: Counsel of Record

23

24

25
```

MS. DeFAZIO: [17]
58/5 58/14 65/19 65/21
65/24 128/3 133/19
191/25 192/2 205/13
205/18 205/21 210/23
211/2 211/13 211/16
212/1
MS. HOFFMAN: [99]
12/5 25/7 31/18 34/16
41/12 43/25 47/7 47/12
48/11 49/6 49/22 50/9
51/1 52/16 58/3 58/8
58/13 59/1 61/19 63/11
64/20 65/6 65/17 65/20
65/23 66/22 69/5 69/7
76/18 81/14 81/20 83/7
90/14 92/20 93/12
94/24 97/21 98/4 99/5
99/21 102/4 102/7
103/18 105/22 105/25
108/3 108/16 114/24
119/4 120/14 120/25
121/22 123/20 124/3
124/11 124/18 125/22
127/8 127/21 128/22
129/19 130/6 130/20
131/14 133/1 133/18
135/24 138/9 140/19
142/21 150/19 151/15
155/9 158/4 159/10
166/16 171/22 176/13
179/4 189/15 190/10
191/23 192/1 194/24
195/13 196/3 198/11
198/16 202/1 203/2
204/23 205/11 205/17
205/20 206/25 207/11
210/25 211/8 211/11
THE COURT
REPORTER: [6] 35/23
121/24 211/6 211/9
211/12 211/15
THE WITNESS: [1]
58/11

$
$3 [1] 24/23
$3 million [1] 24/23

0
002784 [1] 3/16
002785 [1] 3/14
003327 [1] 3/14
003329 [1] 3/14
0036 [1] 3/10
0037 [1] 33/2
0043 [1] 192/16
004557 [2] 4/6 175/25
004558 [1] 177/7
004559 [1] 4/6
007553 [1] 3/18
007554 [1] 3/18
008322 [1] 4/3
008326 [1] 4/3
008700 [2] 3/23 146/12
008701 [1] 143/1
008702 [2] 132/9 135/1
008705 [1] 138/13

008706 [1] 3/23
009556 [1] 3/21
009559 [1] 3/21
010330 [1] 3/12
010332 [2] 67/17 68/19
010333 [1] 3/12
0132 [2] 4/8 182/4
0133 [1] 182/7
0138 [1] 4/8
0543 [1] 112/25

1
1/1/94 [2] 3/9 32/14
10 [1] 180/5
10 percent [2] 156/19
156/23
1001 [2] 2/11 215/6
105 [1] 4/14
106 [1] 3/17
109 [1] 3/19
112 [1] 4/13
11:12 a.m [1] 128/5
11:37 a.m [1] 128/6
12 [13] 109/17 114/18
114/23 115/1 132/18
132/24 134/3 142/18
143/8 156/18 157/1
177/19 178/8
12th [1] 133/3
13 [6] 114/7 116/17
123/2 128/19 130/14
132/14
132 [1] 3/22
14 [4] 135/3 140/13
143/2 146/8
1490 [3] 2/3 2/7 216/5
14th [1] 214/17
15 [3] 83/4 214/19
215/3
150 million [1] 95/20
157 [1] 4/2
16 [2] 4/11 192/7
17 [3] 3/9 4/12 196/7
175 [1] 4/4
17th [2] 2/11 215/6
18 [1] 155/16
181 [1] 4/7
19 [3] 4/19 146/12
186/16
192 [1] 4/11
196 [1] 4/12
198 [1] 74/15
19th [1] 193/13
1:03 p.m [1] 192/3
1:13 p.m [1] 192/4
1:22-cv-01625-GPG-SK
C [3] 1/2 215/9 216/7
1:32 [1] 205/23
1:44 p.m [1] 205/24
1:54 p.m [1] 212/3
1st [4] 160/22 161/5
162/21 206/15

2
20 [11] 3/11 3/13 3/15
3/17 3/19 3/22 4/2 4/4
4/7 127/25 213/20
2017 [3] 6/9 6/10 32/14
2018 [1] 6/12

2020 [44] 6/1/14 14/12
4/22 15/12 16/3 18/15
18/16 25/10 26/10
26/12 26/22 27/10
27/13 28/16 39/1 39/3
45/6 45/6 67/20 71/7
73/1 73/23 83/3 83/10
83/10 83/12 94/10
94/13 100/2 101/5
101/17 102/1 102/9
106/20 107/24 111/25
128/19 138/23 149/2
177/5 198/20 199/14
201/18 201/21
2021 [2] 6/14 167/16
2022 [1] 91/9
2023 [6] 1/13 3/3 212/3
214/17 215/3 215/8
2024 [1] 214/19
21 [6] 67/20 152/9
153/21 155/14 155/15
190/20
210 [1] 4/19
21st [1] 149/5
22309 [1] 5/15
24 [5] 4/13 112/19
122/22 128/10 130/15
25 [1] 180/6
257-8702 [2] 215/2
216/2
2595 [1] 2/4
26 [1] 177/5
27 [5] 4/14 105/9
136/13 157/22 158/15
28 [8] 3/8 32/2 136/13
137/15 139/10 140/15
158/20 199/13
29 [2] 3/11 67/9

3
30 [6] 3/13 16/5 16/8
34/23 74/1 128/9
300 [3] 2/11 158/10
215/6
303 [3] 2/7 215/2 216/2
303-593-2595 [1] 2/4
303-628-3300 [1] 2/12
304 [2] 2/3 216/5
31 [26] 3/15 77/18
107/24 130/16 134/20
137/14 137/17 137/19
137/25 139/9 139/11
139/16 139/21 141/5
155/12 155/13 155/17
160/11 179/2 183/6
188/4 188/9 189/24
192/14 206/3 206/13
31st [5] 158/21 160/22
161/5 162/20 206/15
32 [4] 3/8 3/17 106/24
106/25
33 [5] 3/19 109/11
114/11 114/14 127/5
3300 [1] 2/12
34 [2] 3/22 132/6
35 [4] 4/2 156/14 157/9
215/16
36 [2] 4/4 175/20
37 [4] 3/10 4/7 181/21

190/17

4
4/19/17 [1] 3/9
4/2017 [1] 32/14
40 [1] 178/5
4:09 p.m [1] 143/2

5
5281 [1] 2/8
5th [1] 212/3

6
6/18/20 [1] 3/15
6/29/20 [1] 3/17
67 [1] 3/11
6:00 p.m [1] 132/14
6:30 [1] 13/18

7
7/16/20 [1] 3/13
7/21/20 [1] 3/11
720-815-5281 [1] 2/8
74 [1] 3/13
77 [1] 3/15
7:00 [1] 13/18
7:26 a.m [1] 123/3

8
8/12/20 [1] 3/19
8/21/20 [2] 3/22 4/7
8/26/20 [1] 4/4
8/28/20 [1] 4/2
80003 [1] 216/2
80202 [2] 2/11 215/6
80218 [3] 2/4 2/7 216/5
8702 [2] 215/2 216/2
8:30 [1] 1/14
8:49 a.m [1] 190/20
8:50 a.m [3] 115/1
132/24 133/3

9
9316 [1] 5/14
94 [2] 3/9 32/14
9:45 a.m [1] 109/17
9:46 [1] 66/1
9:53 a.m [1] 66/2

A
a.m [11] 1/14 66/1 66/2
109/17 115/1 123/3
128/5 128/6 132/24
133/3 190/20
ability [8] 36/5 36/6
128/24 167/9 169/23
189/19 189/20 195/2
able [13] 11/1 28/6
32/6 99/15 101/16
109/13 121/19 129/10
175/12 180/19 189/17
193/10 204/7
about [230]
above [4] 1/16 29/22
166/14 215/12
above-entitled [1] 1/16
absolutely [6] 9/21
10/1 64/9 74/12 96/17
195/9

absurd [1] 158/9
acceptable [2] 62/24
62/25
accommodation [1]
169/8
accompanying [1]
213/2
according [2] 21/13
24/5
accountability [1]
145/15
accuracy [2] 135/21
140/11
accurate [12] 64/18
123/18 123/21 132/19
132/20 135/12 135/14
135/14 151/17 193/24
206/16 206/17
accurately [3] 39/20
92/23 144/5
accusations [2] 92/9
92/11
accused [1] 201/24
Achal [1] 26/5
Acquisition [1] 7/24
across [5] 95/19
153/19 174/23 199/7
199/19
act [2] 129/15 129/21
action [18] 1/2 7/13
31/11 39/18 46/25
52/24 55/21 55/25 65/8
86/13 86/24 87/25
148/8 161/14 187/20
187/22 215/9 216/7
actionability [2] 85/16
85/23
actions [9] 11/20 36/1
36/5 52/10 53/11 54/5
84/9 95/7 111/8
activities [2] 82/5
131/17
activity [1] 101/15
actual [4] 12/3 50/6
183/23 192/13
actually [21] 8/19 10/9
10/17 21/25 22/11 50/7
61/3 63/22 101/14
103/1 130/18 136/5
147/21 149/7 152/1
153/12 156/6 160/6
179/20 195/3 206/10
adamance [1] 99/22
adamant [1] 96/10
add [1] 11/2
added [3] 6/14 199/7
199/14
addition [4] 38/6 44/19
44/22 174/21
additional [6] 35/15
71/18 156/22 172/20
172/24 173/2
address [12] 5/12 5/14
36/6 50/3 53/8 60/15
61/25 74/8 75/5 79/5
79/23 213/23
addressed [3] 71/10
74/10 116/14
addresses [4] 44/15

**A**

addresses... [3] 44/15 44/16 44/20
addressing [3] 11/22 149/20 150/15
adhered [1] 33/9
adjusted [3] 23/16 23/20 210/7
adjustment [1] 25/9
administrative [3] 6/20 6/21 11/17
adopted [1] 197/20
advance [2] 188/8 188/9
advantage [1] 168/25
adverse [1] 19/7
advice [1] 167/1
advisability [1] 164/2
advise [1] 37/8
advised [1] 10/13
affected [1] 51/10
affirmatively [1] 59/22
affixed [1] 214/16
aforesaid [1] 214/10
after [21] 10/22 13/7 13/10 13/12 13/15 13/16 16/5 17/13 18/2 91/19 103/15 122/18 141/12 141/15 143/16 160/10 165/3 172/11 194/15 201/17 208/7
afternoon [2] 186/1 190/21
afterward [2] 195/15 195/16
again [36] 5/8 17/14 17/19 25/20 31/16 43/2 62/3 71/17 75/21 86/12 87/19 90/1 92/13 97/15 101/4 112/15 128/12 130/13 130/23 131/10 132/22 134/19 137/18 141/7 153/18 154/20 157/24 161/18 164/18 165/10 166/8 167/3 170/4 189/5 191/11 211/23
against [13] 62/9 63/20 64/24 96/6 173/8 185/10 185/11 185/11 198/3 198/3 198/4 198/4 201/25
Age [1] 62/23
ago [5] 42/25 43/6 46/5 59/17 91/9
agree [28] 39/4 39/8 47/23 49/1 49/20 53/16 59/20 99/20 120/8 124/1 124/4 124/6 124/8 125/19 138/25 139/1 139/24 140/9 140/17 141/21 142/5 179/15 179/17 182/15 197/15 202/18 203/1 203/3
agreed [4] 40/17 97/2 97/3 215/12
agreement [9] 49/18

97/4 97/7 97/13 97/14 97/23 98/3 99/17 196/9
agrees [1] 161/13
Ah [2] 132/3 137/7
ahead [3] 53/15 127/23 185/2
alerting [1] 182/8
Alexandria [1] 5/14
alignment [1] 99/9
all [87] 5/7 9/4 10/15 12/11 14/4 15/3 15/11 15/16 16/5 17/17 25/10 27/22 29/1 31/4 34/2 39/4 41/25 44/18 49/14 53/11 53/17 54/11 55/11 55/17 63/1 65/25 73/25 74/20 75/2 76/8 77/6 77/18 78/5 79/12 80/4 82/24 86/18 86/18 88/17 90/22 90/25 92/9 96/2 96/18 98/11 106/3 106/23 109/7 109/23 110/23 112/11 116/16 117/8 119/17 122/4 122/12 124/5 130/4 135/14 139/8 140/7 141/9 142/25 144/25 145/2 145/6 145/21 146/1 146/11 157/19 160/8 162/12 169/9 171/19 172/16 177/2 181/21 185/12 185/14 187/14 187/14 187/25 189/21 195/9 199/16 205/21 210/23
all-hands [5] 75/2 77/6 78/5 79/12 80/4
allegations [1] 197/2
allegedly [1] 206/2
allow [2] 53/12 53/19
allowed [1] 16/16
almost [2] 21/13 178/5
along [5] 84/18 99/2 126/18 199/20 207/7
already [17] 17/15 19/25 30/16 45/8 45/18 45/23 71/2 105/9 116/14 117/19 119/2 122/20 125/10 143/12 149/19 151/13 173/19
also [34] 2/14 13/1 39/16 40/21 46/22 47/19 54/16 59/3 62/20 62/23 69/10 75/10 96/7 123/12 125/25 129/3 130/17 137/1 145/9 148/3 151/16 151/17 154/16 159/18 163/16 167/9 167/12 172/13 181/2 183/1 183/25 195/7 202/14 215/14
although [3] 139/24 142/7 186/11
always [11] 28/20 29/16 46/17 52/23 82/6 83/16 146/3 148/18 167/6 174/15 209/3
am [27] 5/9 29/8 31/4 31/11 33/16 47/21

97/14 63/4 67/24 67/24 86/13 116/10 121/1 121/4 140/5 142/18 148/5 153/15 157/5 176/21 189/3 205/14 214/13
amendment [2] 215/14 215/15
amendments [1] 215/20
among [1] 140/24
amount [3] 43/10 147/8 169/10
analysis [1] 185/22
Angela [2] 94/4 94/5
Ann [4] 4/5 141/14 141/21 141/22
annual [5] 39/10 39/20 40/2 41/1 44/14
annually [5] 38/16 38/19 38/22 44/18 73/20
another [8] 17/11 65/14 80/4 87/13 112/23 146/13 175/24 192/6
answer [19] 10/10 10/18 11/2 12/6 12/8 12/9 31/19 44/5 58/9 76/19 116/19 121/25 134/22 138/8 138/11 171/23 205/5 207/12 207/12
answering [2] 75/18 76/3
answers [1] 9/13
anti [1] 87/2
anti-harassment [1] 87/2
anxious [1] 130/4
any [143] 11/7 12/3 14/4 16/4 18/5 21/3 22/13 22/18 24/13 30/25 31/1 31/2 31/5 31/9 34/11 37/22 44/7 47/14 48/23 48/25 52/25 55/14 55/20 55/22 55/24 56/11 57/13 59/3 60/23 61/6 62/7 62/14 63/13 65/7 68/16 69/10 70/8 73/22 75/5 75/5 76/1 78/19 79/4 79/5 81/22 82/9 82/16 82/21 83/10 84/5 84/10 84/24 87/1 93/22 94/16 95/11 99/7 100/8 101/15 102/2 102/11 102/15 102/15 104/4 104/23 105/16 105/23 106/21 107/12 107/13 110/24 111/8 117/18 117/23 118/20 118/23 122/3 124/19 124/22 124/22 125/13 125/17 129/24 130/23 131/24 134/19 134/22 138/24 141/2 145/3 145/4 145/5 148/8 148/14

149/14 151/25 153/15 154/22 159/18 161/12 162/16 166/8 166/12 167/2 170/25 171/24 172/20 172/25 173/4 173/12 174/14 175/14 179/11 180/2 184/19 186/9 187/20 188/7 188/7 190/12 195/9 195/10 196/5 196/9 196/24 196/25 196/25 197/6 198/22 200/16 200/18 203/17 207/14 207/18 207/24 208/16 208/16 208/18 208/22 209/9 209/21 213/2 214/14
any either [1] 82/16
anybody [15] 13/4 16/22 72/22 86/3 113/13 119/22 146/9 148/12 149/6 149/12 152/25 158/8 201/6 209/3 209/5
Anyhow [1] 113/22
anymore [1] 67/5
anyone [9] 85/3 89/24 119/18 146/7 152/13 162/24 173/20 188/25 201/23
anything [40] 12/8 17/15 30/21 48/14 63/24 71/20 81/17 85/8 87/5 95/3 104/2 104/4 111/12 111/14 111/15 118/25 122/8 135/11 136/7 148/24 154/25 161/6 161/7 163/6 165/4 165/7 165/20 173/15 173/17 175/19 180/4 184/20 188/11 190/8 190/12 193/19 195/1 197/3 207/9 209/1
anytime [1] 29/17
anyway [3] 24/12 29/16 93/15
anywhere [1] 198/13
apologies [1] 132/4
apologize [1] 45/7
apparent [1] 116/4
appear [4] 7/8 132/19 132/20 139/3
appearance [1] 143/20
APPEARANCES [1] 1/21
appeared [3] 143/18 143/18 147/24
APPEARING [1] 1/10
appears [11] 74/6 107/9 107/10 132/17 132/21 139/17 140/20 142/5 158/1 159/7 203/21
applies [1] 124/22
apply [4] 57/24 168/19 169/4 169/6
appreciate [5] 58/14 110/21 134/25 146/5

146/6
appreciated [1] 122/5
approach [7] 53/7 86/7 95/14 104/6 143/8 170/19 199/13
appropriate [13] 33/10 33/20 53/7 105/6 117/7 117/8 123/10 133/9 133/14 142/20 150/16 184/13 208/14
appropriately [3] 127/11 190/23 191/17
appropriateness [1] 48/18
approval [5] 29/10 29/10 29/12 31/17 160/1
approve [5] 29/10 29/20 29/23 30/3 31/6
approximately [3] 5/21 77/21 91/23
April [3] 100/24 131/9 214/19
are [143] 11/9 11/21 12/1 12/18 13/11 14/2 16/4 16/10 20/8 20/10 20/19 20/20 21/19 23/1 23/2 23/2 23/11 23/12 25/16 25/25 28/5 28/18 30/8 31/8 34/10 35/15 35/20 36/8 37/1 37/2 37/2 37/24 38/7 38/13 38/14 38/23 39/9 40/16 40/17 41/19 42/14 44/22 45/13 46/13 47/5 49/14 49/21 50/1 52/7 52/8 52/9 53/3 53/11 54/25 56/14 57/17 58/23 59/8 59/25 60/8 60/9 61/1 62/1 62/20 62/21 63/6 64/4 65/12 68/20 73/15 73/16 73/19 74/13 78/17 78/18 79/18 80/10 81/18 86/15 87/9 87/16 87/20 96/6 98/7 107/4 110/1 114/9 115/13 115/13 116/7 116/12 117/4 120/11 121/18 122/5 123/8 123/12 123/13 124/14 132/1 133/3 135/14 138/7 145/16 149/25 150/1 153/19 153/23 156/15 162/12 162/17 162/17 164/19 170/6 170/15 171/24 172/12 174/15 174/21 175/4 177/2 179/20 180/1 180/12 180/15 181/3 181/3 181/13 183/8 184/12 185/12 185/15 187/25 188/1 189/13 192/20 197/23 200/18 204/6 206/23 211/5 211/6 215/14
area [2] 84/1 138/20
areas [7] 39/6 41/4 43/11 78/17 78/20

**A**

areas... [2] 174/14
174/15
ariel [6] 2/2 2/5 5/8
58/3 63/25 216/4
arm's [1] 175/13
around [21] 18/11
72/25 73/9 77/7 83/3
92/7 96/21 100/4 101/4
101/22 102/1 128/24
144/25 152/24 160/23
175/11 187/1 193/16
196/1 204/22 204/24
arrange [1] 215/12
arranged [1] 78/8
articles [4] 60/16 60/18
61/7 208/22
Arvada [1] 216/2
as [233]
Ashley [1] 26/6
aside [1] 73/12
ask [13] 9/7 10/3 10/9
11/8 63/15 70/8 73/16
122/20 122/21 132/8
152/16 160/3 208/19
asked [21] 15/16 15/19
15/23 16/22 20/10
30/24 40/8 76/3 77/6
88/23 122/19 144/11
148/6 148/23 152/15
155/20 183/10 203/20
205/6 207/7 214/12
asking [6] 68/6 115/14
133/19 141/16 179/10
197/7
asks [1] 122/2
aspects [1] 199/16
aspire [1] 197/16
assigned [3] 69/21
138/22 150/8
assist [3] 142/10
142/19 142/22
assistance [2] 19/9
110/24
assistant [7] 26/8
26/17 54/21 55/7 88/10
88/12 92/5
associate [1] 100/14
associated [1] 34/17
Association [1] 58/17
assume [3] 145/15
155/17 197/21
assuming [6] 75/15
75/23 96/13 125/14
138/6 160/4
assumption [3] 138/11
140/5 154/21
assumptions [1]
123/23
assurance [1] 161/13
attach [1] 6/7
attachment [1] 17/10
attack [4] 165/2 165/5
165/25 166/13
attempting [1] 115/14
attempts [1] 59/5
attendees [2] 22/25
23/14

attention [10] 30/7
150/1 150/4 151/20
173/21 176/23 192/13
208/24 209/11 215/21
attitude [2] 143/17
159/18
attorney [3] 5/9 12/7
12/8
attorney-client [2] 12/7
12/8
atypical [1] 178/6
audience [1] 178/10
audio [1] 9/3
August [60] 83/3 83/10
107/24 109/17 114/7
114/18 114/23 115/1
116/17 123/2 128/19
130/14 130/16 131/9
132/14 132/18 132/24
134/3 134/20 135/3
137/14 137/17 137/19
137/25 139/9 139/11
139/16 139/21 140/13
141/5 142/18 143/2
143/8 146/8 146/12
152/9 153/21 155/12
155/13 155/14 155/15
155/16 155/17 156/18
157/1 157/22 158/15
158/20 160/11 177/5
179/2 183/6 186/16
188/4 188/9 189/24
190/20 192/14 206/3
206/13
August 12 [11] 109/17
114/18 114/23 115/1
132/18 132/24 134/3
142/18 143/8 156/18
157/1
August 13 [6] 114/7
116/17 123/2 128/19
130/14 132/14
August 14 [4] 135/3
140/13 143/2 146/8
August 18 [1] 155/16
August 19 [2] 146/12
186/16
August 21 [5] 152/9
153/21 155/14 155/15
190/20
August 26 [1] 177/5
August 27 [2] 157/22
158/15
August 28 [1] 158/20
August 31 [24] 107/24
130/16 134/20 137/14
137/17 137/19 137/25
139/9 139/11 139/16
139/21 141/5 155/12
155/13 155/17 160/11
179/2 183/6 188/4
188/9 189/24 192/14
206/3 206/13
author [1] 141/1
authority [2] 11/17
166/6
authorization [2] 31/17
31/20
automatic [1] 18/5

available [6] 19/8 21/2
23/2 28/21 45/11
139/12 179/24 197/10
avenues [1] 75/22
average [2] 22/25
73/19
avoid [1] 180/25
aware [52] 19/7 30/14
30/16 30/19 31/14
33/21 36/13 36/14 37/5
51/5 51/25 52/4 59/20
59/23 62/13 62/14
63/13 67/24 69/18 71/3
71/6 71/8 90/3 90/6
100/13 100/15 100/17
100/22 100/25 101/6
102/9 102/10 103/9
103/11 104/18 105/1
119/23 121/18 137/19
147/17 150/7 153/15
153/16 171/6 172/24
173/4 191/18 191/19
203/17 203/18 208/16
208/18
awareness [7] 62/5
62/10 62/19 62/20
197/9 198/1 198/2
away [2] 85/20 85/21

**B**

back [34] 8/14 15/13
15/14 17/2 19/20 21/12
24/6 46/4 63/4 65/21
75/1 80/20 80/24 82/13
86/6 99/14 104/8 106/3
112/1 114/14 128/7
128/9 132/22 135/1
151/11 156/9 173/24
175/13 190/17 196/16
202/5 205/15 207/8
208/2
backed [1] 21/20
background [3] 117/23
134/25 135/8
backs [1] 144/25
bad [3] 100/10 167/5
194/25
balance [1] 185/13
Banks [2] 190/22 191/3
Barley [77] 3/22 4/3
4/5 4/7 18/20 18/22
67/25 68/20 69/6 72/14
82/25 83/5 83/13 84/5
102/13 102/17 110/6
111/17 113/24 114/18
114/22 115/2 115/11
115/14 116/16 117/14
117/20 119/14 119/19
120/18 120/23 122/3
122/13 122/23 125/15
126/3 126/23 132/14
134/4 134/6 134/10
134/17 138/14 143/12
156/19 157/17 158/17
158/22 158/24 162/8
164/6 164/17 165/24
166/15 166/22 167/1
167/21 167/25 168/3
169/10 170/16 171/10

171/21 172/18 173/8
173/22 182/13 198/20
200/15 200/16 201/6
201/23 202/2 203/25
204/3 204/10 204/13
Barley's [14] 83/11
84/11 85/4 100/19
133/15 133/24 134/21
161/25 164/22 165/6
166/18 167/16 169/2
199/17
barrage [1] 166/5
barrier [2] 144/21
144/22
barriers [3] 28/5 28/6
28/7
based [25] 47/15 57/22
68/14 137/25 145/22
145/22 145/23 151/11
151/23 154/8 154/8
154/13 160/5 168/10
177/23 179/5 180/11
190/13 196/24 197/10
198/17 198/18 207/19
207/19 207/20
bases [1] 175/8
basic [2] 63/5 208/12
basically [3] 8/21
111/10 119/11
basing [1] 154/21
basis [17] 7/17 23/6
35/8 46/25 46/25 64/15
119/6 135/13 135/25
151/10 154/2 154/4
154/6 156/3 158/5
158/13 170/13
Bates [1] 33/2
bcc [1] 74/11
be [229]
beat [1] 70/17
beating [1] 77/16
became [9] 43/15
74/25 102/22 102/24
104/18 106/5 151/7
165/5 165/6
because [61] 7/13 8/18
9/14 17/8 21/13 23/7
23/22 24/22 28/5 34/2
51/4 54/11 59/14 63/25
64/4 65/3 71/25 74/13
78/9 79/17 80/3 81/4
83/17 88/21 88/25
89/16 93/15 95/18 98/7
103/4 104/17 119/9
125/8 130/3 139/6
139/11 144/23 145/12
148/4 153/18 155/7
155/23 156/1 157/25
158/6 170/2 170/20
172/12 177/21 178/8
180/20 182/25 187/21
190/3 194/11 196/17
197/22 204/6 205/9
207/13 211/4
become [10] 35/6 49/7
49/23 83/23 83/25
102/24 103/9 116/4
208/16 208/18
becomes [4] 43/22

44/10 65/8 113/2
becoming [3] 83/17
96/24 98/9
been [156] 5/3 5/20 6/1
6/18 6/19 8/18 8/19
12/12 14/11 14/22
15/14 15/16 15/23 18/7
18/8 20/2 27/14 30/16
30/21 30/24 31/22 32/5
33/9 35/4 36/22 36/3
36/3 37/9 38/3 38/4
43/8 43/18 47/1 47/1
52/5 54/6 56/9 56/10
57/13 59/16 61/3 61/5
61/7 61/11 61/12 71/2
73/1 73/3 73/12 74/18
77/1 77/2 77/2 78/2
80/25 82/13 83/13
83/19 85/21 89/13
90/19 90/23 97/9 97/16
97/16 98/14 98/14 99/3
99/23 100/12 100/23
101/3 101/10 102/10
103/4 105/1 105/5
105/9 106/2 106/20
108/6 108/19 110/14
112/19 115/5 115/7
118/21 119/5 119/23
121/19 129/1 129/4
130/10 130/25 130/25
131/8 136/2 136/3
137/20 139/8 139/16
142/3 142/20 145/23
147/4 151/10 152/7
152/13 153/13 153/22
154/12 155/2 155/7
155/11 155/18 158/12
159/4 159/23 161/8
163/4 163/5 163/21
164/1 164/20 168/11
174/7 178/15 178/25
179/8 179/20 180/5
182/2 183/9 184/4
184/7 185/24 186/24
187/18 187/19 188/10
188/12 188/12 190/22
192/21 193/10 193/15
196/2 201/24 202/3
206/1 207/18 208/24
209/4 209/10 209/11
210/5
before [54] 1/17 6/18
8/19 10/9 10/10 13/8
13/9 45/1 55/15 55/25
77/21 83/2 91/4 101/19
103/19 105/12 105/15
105/17 105/24 106/20
109/21 110/5 111/3
111/6 113/18 119/17
119/21 132/23 133/11
139/17 144/11 145/21
145/24 150/8 152/5
154/25 159/8 162/23
168/25 175/15 178/12
183/16 188/4 192/8
193/2 194/19 194/20
195/6 196/12 196/14
206/13 210/1 213/19
215/17

**B**

begin [1] 145/9
beginning [4] 83/15 112/24 152/9 210/14
begins [1] 36/16
behalf [5] 1/17 2/2 2/9 7/2 81/2
behavior [3] 52/2 57/4 63/3
behavioral [3] 52/4 57/22 175/9
behaviors [3] 57/25 89/13 118/14
behind [1] 166/19
being [57] 7/11 28/14 31/14 43/10 45/14 45/15 49/10 49/12 49/21 57/4 58/1 58/21 65/12 71/8 71/9 79/22 81/2 84/6 85/19 88/11 95/7 97/2 98/6 98/21 100/18 100/18 108/14 111/13 116/14 123/13 126/2 126/2 140/24 152/1 152/1 153/9 162/15 165/5 165/9 165/14 165/24 166/4 166/5 166/5 166/6 166/12 167/7 168/4 173/7 174/4 175/12 184/24 187/21 188/3 189/17 193/11 206/12 208/14
belief [3] 95/6 201/19 208/14
beliefs [2] 57/23 94/18
believe [75] 15/22 17/13 17/16 37/18 38/25 47/13 47/19 48/18 55/20 61/23 69/18 71/25 73/6 76/17 80/14 83/14 88/2 89/25 91/10 91/15 92/17 92/18 92/22 92/23 92/25 93/2 94/1 97/9 97/20 97/22 97/22 98/5 100/24 101/21 103/21 109/5 123/21 124/12 126/13 131/22 131/22 132/7 133/2 134/4 135/12 137/12 137/13 141/23 146/25 150/8 162/21 168/13 172/24 174/6 177/12 182/24 193/3 193/4 194/16 194/25 197/4 197/11 197/12 197/22 197/25 198/7 198/12 198/17 198/19 200/16 209/4 209/25
believed [3] 95/8 123/15 159/8
belittled [1] 166/6
bells [1] 173/12
below [4] 25/21 25/23 75/19 175/25
benchmark [1] 10/6
Bernée [5] 75/15 75/15
75/17 150/8 151/4
Bernée's [1] 149/21
besieged [3] 165/1 165/24 166/12
best [7] 9/9 84/5 170/12 182/16 182/21 183/3 197/20
better [3] 67/6 126/8 145/25
between [30] 23/5 36/20 37/10 37/23 38/9 39/24 40/1 42/24 49/17 49/24 50/23 60/23 71/10 76/23 91/23 92/6 97/16 113/3 116/15 117/9 124/24 143/16 150/9 164/25 175/13 184/4 184/6 203/25 205/8 214/8
bewildered [1] 167/7
bewilderment [2] 164/19 164/24
beyond [6] 68/16 84/8 94/20 95/24 106/21 180/4
bias [46] 57/14 57/15 57/18 57/21 57/24 57/24 58/25 59/2 59/4 59/13 59/16 59/23 59/24 60/12 60/16 60/17 61/2 61/6 61/9 61/13 61/21 61/25 62/8 63/2 63/10 63/18 63/22 63/25 64/1 64/5 64/5 64/9 64/9 64/23 65/3 68/24 96/2 173/2 198/21 199/6 200/5 200/6 200/11 200/15 201/8 201/10
biased [1] 63/20
biases [1] 61/17
big [1] 62/19
binder [1] 32/9
bit [10] 21/12 46/5 49/3 50/13 50/15 57/8 105/10 107/11 153/25 194/18
biweekly [4] 28/13 28/14 40/9 41/22
black [5] 70/13 96/12 147/7 181/7 199/15
blame [1] 202/11
blank [1] 158/10
BLM [1] 98/23
Block [1] 54/14
blog [1] 209/9
blow [1] 85/25
board [1] 170/16
body [1] 62/13
book [3] 141/1 156/20 156/22
borderline [1] 115/3
boss [1] 121/14
both [21] 7/23 8/23 15/20 19/1 21/8 29/20 38/10 41/6 41/25 107/24 112/3 116/5 122/4 145/10 149/21 167/24 168/8 184/2

Bernée's [1] 149/21
bottom [7] 33/1 67/16 76/7 76/7 76/8 132/9 132/12
box [1] 32/5
break [18] 10/2 10/6 10/8 10/11 58/4 65/17 125/18 125/24 127/24 132/4 132/5 132/23 144/12 160/20 191/24 194/19 205/13 205/15
breakdown [1] 6/6
breaks [1] 10/4
breath [1] 175/12
Brian [1] 170/23
bright [1] 128/1
bring [6] 7/1 7/1 30/7 104/24 109/25 176/23
bring a [1] 7/1
bringing [5] 13/1 70/6 116/2 116/23 173/21
broad [2] 52/9 199/19
broader [2] 96/11 147/6
brought [12] 12/4 66/13 70/4 103/10 104/15 126/21 127/1 151/13 173/7 184/7 188/19 209/10
brushing [1] 151/19
bucket [1] 176/25
buffer [1] 21/13
build [2] 21/25 178/17
building [3] 59/15 112/4 175/7
bullet [8] 135/7 135/11 138/3 139/4 140/12 140/12 140/23 141/12
bunch [2] 11/2 156/25
business [13] 7/19 18/25 19/6 20/21 22/18 24/21 25/1 26/8 131/17 170/10 174/23 181/2 207/2
businesses [2] 27/22 27/25

**C**

Cabezudo [1] 211/22
call [7] 71/7 75/2 95/14 111/17 125/12 125/20 131/25
called [2] 20/3 44/11
calling [2] 125/4 144/13
calls [1] 12/6
came [10] 66/4 73/23 76/15 85/12 85/18 109/8 153/12 177/4 195/15 201/20
can [78] 5/11 6/6 9/8 12/7 12/9 16/16 16/19 20/15 21/12 23/17 24/7 24/7 24/13 31/19 40/19 40/21 42/16 43/21 46/16 46/23 47/13 49/23 52/16 56/21 58/10 60/2 60/10 60/14 60/16 61/1 61/16 61/24

63/1 66/22 68/11 76/7 76/19 78/22 84/18 85/8 93/25 94/3 98/6 102/8 110/24 115/16 115/20 117/5 117/5 121/24 122/3 124/4 124/6 124/10 124/12 124/13 124/24 125/25 127/25 144/2 144/3 144/7 145/14 149/7 156/10 165/7 170/13 171/23 182/16 184/18 185/24 191/23 198/9 198/12 198/13 207/15 209/6 210/2
can't [37] 37/5 42/15 53/24 54/15 70/5 70/5 72/17 72/19 84/16 92/9 103/3 103/21 104/11 111/11 138/11 142/15 153/3 159/5 164/18 166/17 171/14 171/25 172/5 172/5 173/24 188/21 189/5 189/9 189/14 190/11 191/1 195/17 198/24 199/23 202/11 205/5 209/15
cancel [2] 180/20 180/25
cancellation [7] 180/2 180/11 180/15 180/16 180/19 181/1 181/14
candidate [1] 45/16
candidates [1] 169/18
cannot [7] 81/9 97/9 148/19 149/3 163/21 164/11 189/10
capability [1] 169/2
capable [1] 174/13
capacity [1] 99/7
carbon [1] 41/24
care [1] 177/2
Carlos [1] 176/1
Caroline [2] 204/11 204/12
Carolyn [21] 3/22 4/3 4/5 4/7 18/20 18/22 67/25 82/25 84/19 84/19 110/1 116/19 133/8 133/11 145/10 150/6 150/10 154/13 165/10 168/9 168/15 169/15 169/16 171/9 195/17 207/25 208/1 208/4 208/8 208/17 208/19

208/23 209/11 209/15 216/19
cases [10] 24/8 34/2 35/4 51/5 56/5 56/14 57/1 87/20 87/20 115/3
catalog [2] 20/25
category [1] 58/6
cause [3] 24/6 57/24 119/6
caused [1] 118/16
causing [5] 120/19 167/24 167/24 168/2 175/14
caution [1] 158/6
cc [2] 215/24 216/22
CCRD [8] 11/16 15/19 17/2 17/12 18/2 165/4 208/1 208/7
cell [3] 14/9 14/13 14/16
center [1] 175/11
CEO [10] 8/14 8/15 26/4 26/5 29/23 30/3 76/22 148/4 150/6 160/2
certain [9] 41/19 41/20 57/25 62/24 78/23 180/21 180/24 189/4 210/6
certainly [16] 32/18 38/21 50/12 54/2 61/20 69/9 95/12 156/7 158/25 163/25 166/9 168/16 171/12 172/6 181/8 206/7
CERTIFICATE [1] 214/1
certify [3] 213/1 214/5 214/13
chain [26] 3/11 3/13 3/17 3/19 3/22 4/2 4/4 4/7 18/17 19/8 54/6 67/16 68/14 103/4 104/8 107/3 109/6 109/16 111/4 111/6 112/24 126/22 127/11 145/9 148/2 157/11
challenge [1] 175/15
chance [2] 209/20 210/1
change [31] 11/1 23/25 24/1 24/9 28/22 28/23 28/24 28/24 28/25 43/5 43/16 43/18 44/3 47/17 47/18 49/9 50/6 53/8 80/1 80/6 82/6 83/25 97/1 138/8 143/15 143/18 164/25 167/8 167/16 207/14 207/21
changed [9] 5/23 6/12 6/15 38/17 43/7 49/10 141/8 142/23 168/21
changes [10] 23/21 23/22 29/13 42/17 79/5 82/20 83/23 215/14 216/12 216/13
changing [6] 42/23 49/13 49/13 63/2 63/3 80/10

# C

channels [2]  15/9 16/16
chapter [1]  42/15
characterized [1]  166/3
charge [3]  17/12 198/21 201/7
chat [1]  32/5
check [2]  13/11 13/14
check-in [1]  13/11
chief [8]  5/18 6/12 6/14 6/16 18/16 29/19 191/19 191/20
choice [1]  144/23
choosing [1]  172/14
chose [1]  144/5
CHRO [5]  91/2 91/4 150/6 153/3 160/1
CHRO's [2]  148/23 149/9
Circle [1]  5/14
circumstance [1]  34/13
circumstances [6]  23/18 24/4 24/6 35/11 96/21 187/20
cited [1]  204/5
Civil [5]  1/2 1/16 215/9 216/7 216/17
claim [4]  12/21 12/23 146/16 146/21
claims [4]  12/4 12/10 12/13 97/19
clarification [2]  110/21 115/17
class [3]  23/10 23/11 57/25
classes [3]  22/24 23/1 61/22
clear [9]  9/1 36/25 37/10 57/3 85/22 85/22 87/20 95/14 123/12
clear-cut [1]  87/20
clearer [1]  151/7
clearly [5]  37/5 107/5 144/9 187/19 193/15
client [2]  12/7 12/8
close [1]  168/11
closed [1]  195/20
closely [3]  51/10 51/10 62/12
closer [1]  107/11
clue [1]  16/25
coach [1]  64/16
coached [1]  33/23
coaching [8]  50/18 60/24 133/12 133/12 145/7 145/10 172/22 175/18
cognizant [1]  51/11
Cole [2]  141/14 142/4
collaborate [2]  106/14 149/12
collaboration [2]  109/25 122/5
collaborations [1]  112/9
collaborative [4]  96/15 99/15 99/16 120/12
collecting [1]  23/23
color [6]  88/15 94/19 171/9 171/19 172/12 172/17
COLORADO [11]  1/1 1/18 2/4 2/7 2/11 11/16 11/18 214/4 215/6 216/2 216/5
combative [5]  96/25 98/9 98/21 98/21 157/5
combination [2]  22/16 208/12
comcast.net [2]  215/1 216/1
come [15]  29/2 29/15 54/25 66/25 73/8 73/23 85/8 85/24 86/2 90/9 98/3 119/12 173/6 188/4 205/15
comes [5]  45/17 63/4 109/11 175/2 187/14
coming [7]  19/10 40/14 82/24 85/3 96/14 170/4 185/20
command [5]  54/6 104/3 104/8 126/22 127/11
commencement [1]  214/5
comment [4]  96/10 148/6 153/21 193/11
comments [4]  107/9 121/17 209/5 209/6
commerce [1]  26/6
commercial [2]  5/18 6/16
commission [2]  213/21 214/19
commit [3]  80/9 209/21 210/19
committed [1]  210/4
common [1]  204/7
communicate [4]  14/19 15/9 144/2 145/14
communicated [5]  72/7 107/24 108/14 108/25 194/17
communicating [2]  15/6 23/13
communication [16]  27/20 28/8 83/20 83/24 83/25 124/19 124/21 124/22 125/18 125/23 125/24 126/5 126/9 126/18 175/8 193/17
communications [11]  14/5 14/6 14/6 15/17 15/20 15/21 15/25 17/22 18/12 144/7 144/24
company [9]  34/4 87/6 94/6 97/2 97/8 98/2 98/11 98/15 195/7
comparability [1]  142/11
comparing [1]  198/1
comparisons [1]  78/14
compensation [2]  28/25 49/13
complained [2]  195/12 195/14
complaining [1]  88/10
complaint [28]  11/16 11/21 11/22 12/11 17/13 18/2 87/23 88/1 88/2 88/5 88/18 88/19 88/20 88/24 93/23 146/19 147/14 150/22 150/25 186/13 186/20 187/17 187/18 192/22 193/20 193/21 194/6 195/17
complaints [2]  12/13 193/8
complete [24]  54/11 101/2 119/14 129/1 129/16 129/22 155/11 155/15 155/16 155/16 155/18 155/22 156/2 156/5 156/12 157/3 158/12 158/15 161/1 201/19 201/20 206/2 206/3 213/2
completed [3]  120/2 155/7 155/11
completely [1]  178/15
completeness [1]  189/19
completing [1]  182/25
completion [7]  20/18 20/21 109/3 119/24 122/17 138/23 195/6
complicated [1]  126/1 126/12 126/13 126/19
complicating [2]  127/6 127/15
comply [1]  215/16
complying [3]  185/9 185/9 185/10
conceivable [1]  197/7
concern [15]  69/3 83/17 87/23 89/3 95/4 101/1 119/24 129/9 146/16 167/24 168/1 169/20 195/5 201/22 202/2
concerned [7]  139/8 169/9 169/13 169/17 172/16 185/3 185/5
concerning [3]  171/18 172/9 172/10
concerns [39]  13/2 37/9 46/6 46/7 66/5 66/10 81/12 81/17 82/25 83/1 84/10 85/4 86/22 94/22 95/1 96/14 102/10 102/13 102/17 102/22 103/10 104/3 104/7 119/19 147/1 151/13 151/24 152/1 164/7 166/14 171/24 171/25 173/7 173/19 173/21 182/8 191/13
193/13 193/16
concluded [2]  196/18 212/3
conclusion [4]  90/9 90/10 194/21 195/3
conclusions [1]  80/5
concrete [1]  50/15
concur [1]  207/3
concurrence [2]  29/3 159/24 159/25
concurring [2]  33/10 161/12
condemn [1]  95/23
conditions [1]  184/12
conduct [1]  50/20
conducted [8]  38/14 44/17 73/15 73/16 73/19 73/20 153/9 153/12
conducting [3]  7/3 152/11 152/17
conferences [2]  60/14 60/15
conferring [1]  113/24
confident [1]  167/23
conflict [4]  51/5 51/6 51/7 51/11
conflicts [1]  50/4
conform [2]  41/15 42/3
confused [2]  77/1 77/2
confusion [1]  76/23
Congratulations [1]  5/25
conjunction [1]  133/17
connect [1]  75/9
connected [1]  151/4
connection [2]  117/9 209/6
connects [1]  151/6
conscious [3]  58/1 58/1 59/5
consider [4]  53/7 55/24 113/24 187/2
considerated [1]  20/20
consideration [3]  35/16 183/21 187/20
considered [8]  20/20 36/9 45/15 53/3 162/24 163/17 173/1 189/18
considering [3]  35/14 50/10 90/9
consistent [5]  7/22 7/23 35/19 78/16 169/1
consistently [2]  5/24 99/8
consolidate [1]  126/8
consolidated [2]  27/1 127/17
constant [1]  166/5
constantly [1]  23/23
constitute [1]  213/2
constructive [3]  40/19 43/11 56/10
consult [1]  209/24
consultation [1]  28/21
consulted [2]  162/4 167/15
consulting [1]  20/14
contemporaneously [2]  192/11 208/3
contemporary [1]  199/12
contenders [1]  181/13
content [18]  13/13 21/6 47/10 47/13 47/14 48/23 95/3 121/6 121/9 138/15 140/25 156/20 156/22 156/23 199/13 199/14 200/23 200/25
context [12]  38/12 47/21 49/2 49/11 60/21 62/7 69/23 85/18 88/18 105/11 136/22 199/10
contextually [1]  151/7
continuation [1]  182/1
continue [7]  48/2 75/22 79/25 99/6 99/23 167/10 168/4
continued [3]  36/9 98/13 99/2
continues [1]  33/25
contract [5]  7/20 7/23 37/23 170/13 180/23
contributed [1]  101/25
contributes [1]  48/3
contributor [3]  168/22 169/22 172/19
control [2]  80/10 189/13
controlled [1]  25/1
controversy [1]  214/7
conversation [46]  14/1 30/21 40/10 46/11 46/15 47/22 62/11 62/18 66/16 66/24 70/22 70/25 71/2 71/23 71/23 72/3 72/14 84/16 84/18 85/15 85/18 86/4 86/7 86/20 87/15 102/12 102/19 103/24 110/1 110/7 110/11 113/2 122/24 150/7 151/5 164/18 165/3 173/25 203/4 204/3 204/10 207/23 208/5 208/10 208/11 210/15
conversations [26]  9/15 40/10 41/10 84/9 84/14 89/14 102/12 104/5 126/4 147/25 150/5 151/5 151/6 154/13 156/8 162/22 165/8 165/21 167/2 175/10 202/22 203/23 203/24 203/25 204/17 205/2
coordinated [1]  31/22
copied [3]  109/7 135/17 144/25
copies [2]  41/24 215/19
copy [8]  37/14 37/15 110/6 158/1 193/1 211/7 215/13 216/13
core [1]  43/11
corner [3]  33/1 67/17 132/9
corporate [2]  191/4 191/5

**C**

**correct [50]** 15/10 20/13 20/16 22/12 25/6 25/15 25/24 27/9 28/15 31/7 33/23 34/6 35/9 41/7 61/14 66/14 66/19 73/5 75/25 77/22 82/19 91/6 91/18 93/11 93/16 93/17 94/7 94/8 105/21 106/8 106/11 108/12 109/5 116/21 117/5 123/11 126/23 126/24 128/17 131/15 137/20 144/19 154/24 161/24 181/19 186/14 188/6 194/13 203/10 205/12
**corrected [1]** 123/16
**correcting [1]** 33/24
**correction [1]** 213/2
**correctly [3]** 93/6 94/11 206/11
**correspondingly [1]** 174/25
**corroborate [1]** 171/14
**Corroboration [1]** 149/10
**could [50]** 17/4 19/23 28/23 50/10 52/3 52/3 52/3 52/21 52/25 59/10 60/12 61/7 62/8 62/9 62/15 77/1 77/1 79/16 79/22 79/23 79/24 84/6 85/7 91/9 92/16 92/22 92/23 92/24 96/23 96/25 98/11 98/14 98/15 99/12 99/13 99/19 110/19 112/15 115/4 115/5 117/4 130/10 130/11 142/7 155/25 158/10 194/2 202/19 205/2 207/16
**couldn't [3]** 38/20 153/6 200/2
**counsel [17]** 10/13 13/5 127/21 167/4 191/4 191/5 191/6 191/8 192/9 209/22 209/24 210/20 214/14 215/20 215/24 216/14 216/22
**counseled [3]** 34/5 55/17 57/4
**counseling [4]** 55/17 163/4 202/7 207/17
**Counselor [1]** 77/17
**count [3]** 176/7 180/14 180/14
**counter [1]** 87/2
**countermanding [1]** 145/5
**counterproductive [1]** 126/6
**counterprotective [1]** 126/5
**counting [1]** 24/22
**country [1]** 95/19
**counts [2]** 12/11 175/22

**couple [10]** 58/5 58/11 80/4 101/18 113/2 148/8 170/15 178/17 209/5 210/7
**course [59]** 19/13 19/14 21/1 21/2 21/5 21/6 23/10 23/21 23/22 23/24 24/2 24/4 24/24 30/4 37/25 43/24 44/11 51/13 101/20 101/21 106/17 106/19 107/19 108/19 108/21 120/20 137/8 137/15 137/16 137/21 137/22 138/1 139/3 139/12 154/11 155/6 155/8 155/10 155/21 156/1 156/4 156/10 156/12 156/12 157/1 161/14 178/2 178/3 178/18 178/19 179/24 180/5 180/25 185/15 189/7 189/9 189/10 194/20 207/5
**courses [14]** 21/4 21/5 23/2 23/3 154/10 176/9 179/14 179/23 180/1 180/3 180/8 180/22 182/25 200/23
**court [9]** 1/1 7/8 7/13 7/14 8/22 9/6 10/3 11/21 215/19
**courtesy [1]** 31/5
**cover [1]** 209/2
**covered [2]** 19/25 44/22
**coworker [1]** 83/19
**coworkers [1]** 14/19
**craft [1]** 149/6
**crafting [1]** 149/13
**crass [1]** 53/23
**create [4]** 16/16 169/1 175/13 198/5
**created [1]** 45/21
**creating [1]** 18/14
**creation [1]** 19/1
**Credential [1]** 60/11
**crediting [2]** 135/20 140/11
**criterion [1]** 57/5
**cross [1]** 79/13
**cross-department [1]** 79/13
**Cultivating [1]** 138/21
**cultural [2]** 52/3 62/20
**culture [6]** 57/2 57/7 57/23 60/11 62/21 145/16
**curious [1]** 32/25
**current [5]** 5/16 22/3 43/9 91/2 153/23
**Currently [1]** 74/15
**curriculum [1]** 23/12
**customers [1]** 23/13
**cut [5]** 9/9 52/17 87/20 168/3 168/6
**cutting [1]** 35/24
**cv [3]** 1/2 215/9 216/7

**D**

**daily [2]** 176/7 180/14
**danger [1]** 87/12
**Dashboard [1]** 138/15
**data [1]** 179/5
**date [22]** 3/9 20/18 20/21 20/23 20/23 21/2 21/10 21/18 21/24 22/14 23/16 23/20 24/1 24/9 24/12 24/25 30/24 67/9 109/3 140/15 177/15 189/6
**dates [3]** 24/14 25/10 164/11
**day [12]** 6/4 30/23 166/3 166/3 166/4 166/4 178/13 194/14 206/14 212/3 213/20 214/17
**days [7]** 6/7 16/6 16/9 34/23 37/13 148/8 215/16
**dead [2]** 70/17 77/16
**deadline [36]** 100/22 107/23 108/11 108/25 116/5 118/17 119/5 122/4 129/22 130/17 130/19 131/8 137/14 137/14 137/16 137/19 137/25 139/9 139/11 139/17 139/21 139/22 140/14 141/6 155/22 158/21 159/8 160/10 160/25 161/1 179/1 179/2 188/4 188/9 189/12 189/16
**deadline's [1]** 160/25
**deadlines [21]** 21/16 21/19 108/5 116/7 120/11 129/1 130/24 134/18 141/8 141/18 153/21 153/22 154/4 154/7 154/19 154/23 155/2 187/1 189/8 189/24 193/17
**deal [2]** 116/24 144/18
**dealing [6]** 50/8 57/25 63/6 64/25 125/10 195/23
**dealt [1]** 50/25
**Dear [2]** 215/10 216/9
**debacle [1]** 74/20
**Deborah [1]** 140/25
**decide [3]** 57/6 64/15 98/6
**decided [1]** 96/23
**deciding [3]** 25/17 56/12 80/14
**decision [42]** 24/9 25/5 29/1 29/1 56/7 57/1 58/1 68/15 104/24 105/2 121/10 129/5 136/20 136/21 136/23 136/25 137/1 139/15 140/16 159/21 159/23 160/7 160/9 170/8 171/4 171/6 177/22 177/23 178/19 178/23

**D**

179/8 180/25 181/10 183/10 183/13 194/17 204/22 206/10 206/14 206/20 207/21 208/15
**decision-making [1]** 204/22
**decisions [8]** 29/2 134/14 145/22 180/2 180/12 180/16 180/20 190/12
**deck [10]** 107/16 107/17 107/21 157/20 158/7 158/8 158/10 158/12 158/25 159/1
**deemed [1]** 33/19
**deep [1]** 175/12
**deeper [1]** 166/19
**deeply [1]** 20/4
**DeFAZIO [6]** 2/2 3/5 5/6 5/8 216/4 216/9
**Defendant [2]** 1/8 2/9
**deficiencies [9]** 36/13 36/15 48/9 49/21 50/8 50/24 51/14 65/1 102/3
**deficiency [5]** 33/22 33/23 33/24 50/17 50/21
**deficient [1]** 39/6
**define [1]** 208/19
**definition [1]** 209/2
**degree [3]** 85/14 85/16 85/16
**degrees [1]** 192/22
**delay [4]** 9/6 119/19 177/20 179/8
**delayed [1]** 119/2
**delaying [1]** 135/22
**delegate [7]** 121/10 121/13 121/19 142/3 142/8 142/19 142/23
**delegating [2]** 121/4 134/6
**delete [1]** 16/19
**deleted [1]** 16/3
**deletes [1]** 16/5
**deleting [2]** 16/22 17/22
**deletion [1]** 18/5
**deliver [2]** 24/23 120/20
**delivered [1]** 126/17
**delivery [1]** 19/2
**delve [1]** 166/19
**demographics [1]** 172/1
**demonstrated [1]** 184/18
**demotion [12]** 28/25 31/9 31/11 31/21 49/11 52/13 52/19 52/21 52/23 52/23 55/21 163/9
**Denver [5]** 2/4 2/7 2/11 215/6 216/5
**department [17]** 6/24 25/4 25/21 71/15 77/10 79/13 79/13 80/19 80/21 81/2 81/13 81/24 82/1 100/13 108/7

178/25 181/24 124/24
**departmental [1]** 79/2
**departments [2]** 79/18 79/24
**Departure [1]** 33/3
**depend [1]** 86/20
**depending [7]** 15/5 53/6 85/14 85/15 86/1 86/15 181/14
**depends [4]** 48/18 86/18 87/19 87/19
**deponent [2]** 214/6 216/15
**deposed [2]** 6/18 7/11
**deposition [22]** 1/9 1/16 6/20 10/23 11/3 11/4 13/8 13/10 13/13 13/15 13/17 13/17 105/10 192/7 192/10 210/16 214/8 215/7 215/12 215/13 215/18 216/10
**depth [1]** 11/3
**Derrick [1]** 26/7
**describe [2]** 174/10 174/12
**described [1]** 160/13
**description [4]** 38/7 38/9 38/11 56/21
**design [8]** 18/21 23/25 163/23 164/3 170/9 170/10 199/13 199/20
**designed [1]** 199/11
**designer [17]** 68/3 115/24 134/11 138/22 154/16 159/17 163/11 163/12 163/22 164/3 164/22 164/22 168/15 168/19 168/24 200/24 201/5
**designers [4]** 169/15 169/24 170/12 200/18
**desire [4]** 35/20 84/4 129/11 129/16
**desired [1]** 51/9
**detail [3]** 68/11 71/11 105/13
**detailed [8]** 92/13 94/20 105/16 119/21 120/3 136/4 142/14 158/5
**details [7]** 90/2 118/3 131/12 135/14 136/2 186/6 186/9
**determination [4]** 58/2 145/4 194/6 194/12
**determine [3]** 182/16 182/21 183/3
**develop [5]** 22/11 23/21 169/19 200/19 200/22
**developed [2]** 45/5 45/24
**developing [2]** 21/3 21/5
**development [19]** 3/13 3/15 6/11 6/12 18/16 20/5 21/11 22/1 22/3 24/3 67/2 74/7 77/21

**D**

**development... [6]** 84/12 100/16 106/19 175/11 178/6 185/4
**device [1]** 17/9
**DFARS [1]** 7/24
**dialogue [12]** 39/23 41/4 47/20 48/2 48/6 48/13 48/25 49/17 50/19 51/14 147/8 154/14
**did [124]** 7/1 7/1 7/8 7/9 8/7 13/7 13/10 13/12 13/14 13/22 14/2 17/14 18/6 18/7 19/10 26/14 27/12 30/12 31/1 34/18 41/25 55/12 55/14 55/24 66/16 66/20 66/24 67/4 69/2 70/8 70/12 71/12 71/22 71/25 72/17 81/4 83/10 88/24 89/7 91/7 91/14 93/18 94/9 94/22 95/22 97/13 101/14 102/11 102/24 103/9 104/23 106/13 108/15 108/17 111/24 113/15 115/11 118/20 121/7 122/8 122/18 122/23 125/2 126/13 127/4 129/16 129/25 130/25 131/1 136/7 136/9 143/11 144/5 144/15 144/20 146/5 146/6 146/7 146/8 146/21 148/8 148/12 148/14 148/20 149/1 149/4 149/6 149/9 149/12 149/23 150/3 151/25 152/10 152/13 154/25 156/5 156/7 160/12 162/19 166/13 166/22 166/25 167/11 167/18 168/6 169/6 171/18 172/6 172/9 173/6 182/18 196/4 196/8 196/10 196/11 196/12 196/14 196/24 196/25 206/3 208/5
**didn't [35]** 18/4 67/6 68/16 72/1 81/9 97/1 98/25 105/2 108/13 118/3 119/1 119/25 120/3 125/7 125/14 129/23 130/23 136/1 136/3 144/17 144/22 144/25 145/1 154/22 161/11 165/16 166/17 169/4 193/5 196/19 196/21 197/3 206/2 206/2 209/2
**Diego [1]** 54/16
**differ [1]** 79/18
**difference [9]** 13/20 130/5 130/9 130/12 155/5 155/21 155/25 174/20 182/3

**differences [3]** 62/21 62/22 62/23
**different [32]** 19/5 23/24 26/10 26/11 26/23 26/23 34/2 41/18 41/19 41/19 58/20 65/13 76/24 91/13 93/2 115/5 126/17 126/18 126/18 127/22 131/23 150/13 150/21 150/21 163/17 172/19 184/21 185/14 190/12 193/12 207/16 207/18
**differently [6]** 62/16 63/20 65/13 190/8 190/12 207/10
**difficult [3]** 98/14 124/10 167/21
**difficulties [2]** 24/3 24/10
**difficulty [2]** 169/13 175/15
**digital [24]** 106/9 106/17 107/19 118/1 135/8 137/4 137/5 137/8 137/14 138/7 138/7 138/20 138/24 139/9 141/1 154/11 155/8 156/4 156/10 156/19 157/17 157/21 159/9 177/10
**direct [29]** 25/25 26/1 27/12 27/19 27/20 28/10 28/12 28/19 28/19 31/9 31/10 40/8 41/9 41/13 54/2 54/8 55/9 72/2 76/5 83/5 98/18 100/10 119/11 126/22 132/21 132/21 140/2 141/8 144/17
**direction [3]** 99/9 99/17 145/4
**directly [4]** 54/5 83/21 103/10 153/17
**director [13]** 26/6 26/7 29/21 33/7 54/3 54/18 54/19 54/20 55/4 55/6 174/19 174/22 211/24
**directs [1]** 10/17
**disagree [3]** 49/1 49/18 99/20
**disagreement [3]** 49/24 50/23 98/22
**disagrees [1]** 50/20
**disciplinary [6]** 39/18 46/25 53/11 55/20 55/24 65/8
**discipline [27]** 33/9 33/14 34/3 34/8 42/10 46/8 49/3 49/8 50/1 50/3 51/19 51/20 51/23 52/8 52/9 52/14 52/20 52/21 52/23 55/19 56/9 56/13 64/13 64/16 65/4 174/17 174/18
**disciplined [1]** 55/15
**disciplining [1]** 65/2
**disconnect [1]** 203/21
**discontent [1]** 92/3

**discontinued [1]** 74/25
**discriminated [1]** 173/8
**discriminating [1]** 201/24
**discrimination [59]** 12/21 12/23 13/2 44/16 57/10 66/5 66/11 69/4 88/1 88/3 88/5 93/24 94/2 96/6 96/7 104/15 146/16 146/17 146/20 146/22 147/15 148/16 150/22 150/25 153/12 153/14 173/3 173/20 173/21 182/10 185/10 186/13 186/20 187/17 187/18 191/13 193/8 193/14 193/20 194/3 194/7 194/21 195/8 195/12 195/15 195/21 196/18 196/23 196/24 197/2 197/5 197/11 197/23 198/1 198/3
**discrimination/retaliation [1]** 186/13
**discuss [6]** 13/12 30/12 68/7 80/8 149/9 186/7
**discussed [18]** 46/9 54/3 68/15 68/23 80/20 80/20 84/25 95/12 104/12 108/9 130/10 149/8 151/24 163/25 164/1 167/20 186/10 187/13
**discusses [1]** 191/12
**discussing [3]** 68/2 68/21 202/4
**discussion [26]** 35/25 36/17 39/17 60/21 60/22 60/23 68/11 68/13 72/21 99/16 99/16 99/25 115/17 127/5 138/4 152/8 152/8 154/18 164/5 164/10 169/7 183/13 183/22 186/24 195/25 211/17
**discussions [28]** 36/15 36/21 69/19 71/3 71/14 105/6 126/16 149/22 163/6 164/13 173/4 183/6 183/9 184/19 184/24 185/16 187/1 187/3 187/9 188/3 188/8 188/14 188/16 193/16 196/5 205/8 206/12 207/24
**dismissal [1]** 11/24
**dispersed [1]** 27/2
**disrespectful [1]** 115/2
**disrupting [1]** 59/8
**disruptive [2]** 57/4 57/4
**distance [1]** 175/13
**distinct [1]** 58/22
**distinguished [1]** 58/22

**distortion [3]** 35/22 66/21 129/12
**distribution [2]** 74/14 176/12
**DISTRICT [2]** 1/1 1/1
**Dittmer [7]** 1/17 214/3 214/21 214/24 215/23 215/25 216/21
**divergence [3]** 78/18 78/20 78/22
**divergences [1]** 79/18
**divided [2]** 80/18 80/18
**division [9]** 65/12 65/13 75/11 78/7 78/13 78/23 78/25 79/19 148/17
**divisions [1]** 26/25
**divulging [1]** 12/8
**do [310]**
**document [17]** 17/8 17/9 32/18 37/9 37/22 46/23 47/4 47/15 47/16 74/5 77/14 107/3 107/6 107/7 107/13 138/13 203/24
**documentation [10]** 37/11 38/1 40/14 43/8 117/8 184/19 203/5 204/18 204/24 205/1
**documented [9]** 39/11 46/7 85/11 85/15 85/20 97/14 202/24 204/5 205/10
**documenting [5]** 46/5 47/22 48/7 202/7 202/13
**documents [4]** 17/1 47/5 137/25 190/14
**doesn't [8]** 36/19 47/17 47/17 47/23 49/20 78/21 173/15 182/14
**doing [24]** 9/2 12/1 14/3 19/25 20/10 37/2 38/21 39/21 39/25 40/22 41/5 87/16 87/17 94/14 125/13 132/3 145/6 152/17 164/20 176/22 181/3 181/7 210/5 210/11
**DOJ [1]** 7/3
**dollars [2]** 22/21 22/23
**don't [148]** 6/17 9/23 15/13 15/15 16/12 22/2 22/2 24/16 27/4 27/15 31/13 32/20 34/25 37/18 37/20 43/2 43/2 48/3 48/14 56/18 58/21 64/17 69/24 69/25 70/3

70/15 71/20 72/10 74/11 76/20 76/23 77/13 80/12 81/11 82/2 82/9 82/16 83/3 84/8 84/24 85/9 86/3 86/3 89/16 90/1 90/1 90/15 90/16 91/12 92/13 94/16 94/20 95/2 97/15 102/25 103/17 104/14 105/15 105/19 106/21 107/21 107/22 108/6 109/1 110/9 110/11 110/17 110/19 112/14 112/15 114/13 114/25 115/6 117/23 119/21 121/15 122/25 123/1 125/13 125/17 127/14 127/21 128/1 130/8 133/16 136/22 137/10 137/12 137/13 138/24 139/3 140/2 141/7 149/1 151/3 152/6 152/15 157/5 158/5 161/6 162/8 162/9 162/15 163/16 163/15 171/7 171/7 171/13 172/24 173/14 173/14 173/17 173/20 176/22 179/10 179/15 179/17 180/4 186/5 186/25 187/12 188/22 189/8 190/3 191/1 191/15 193/3 193/3 193/4 194/19 194/20 195/16 197/11 197/11 198/22 198/22 199/17 200/16 201/16 202/20 202/21 203/4 203/11 203/15 204/16 205/5 205/9 205/10
**done [35]** 17/11 17/18 38/5 38/18 38/18 38/19 38/21 43/10 44/18 58/16 72/10 90/8 111/15 121/12 121/15 121/16 128/24 129/8 129/11 130/22 134/18 136/2 136/3 136/6 149/3 156/12 157/1 158/23 158/23 190/8 190/11 195/20 201/14 205/16 207/9
**door [2]** 27/21 85/8
**down [14]** 8/23 19/9 76/8 78/22 80/9 99/11 125/19 125/24 138/18 148/23 157/15 160/20 162/10 185/13
**download [1]** 32/8
**downstream [1]** 117/3
**dozens [2]** 21/4 46/2
**draft [2]** 107/17 193/1
**drafting [3]** 47/16 192/24 196/9
**drawing [2]** 83/21 192/13
**drive [3]** 22/21 22/23 79/25
**driven [1]** 23/1

**D**

drivers [1] 166/19
driving [1] 175/5
due [3] 57/6 117/8
216/19
duly [4] 5/3 214/6
216/16 216/18
Dunmore [2] 81/1 81/4
during [14] 22/21 24/4
45/5 66/5 73/6 73/18
74/24 84/25 88/5 93/22
94/2 141/16 171/10
209/17
duties [1] 159/16
dynamic [1] 27/4

**E**

e-commerce [1] 26/6
e-learning [1] 44/17
EA [1] 92/6
each [6] 9/3 9/8 79/24
80/20 100/21 126/6
earlier [21] 49/4 57/8
64/12 99/24 100/23
104/17 108/9 133/2
139/2 139/21 144/11
146/15 164/20 166/9
183/5 192/7 194/19
195/5 200/9 202/6
202/8
early [7] 91/9 106/17
138/1 160/11 160/22
161/5 183/6
easier [1] 56/15
easy [2] 87/9 103/8
eat [1] 128/1
Ebony [1] 171/4
edges [1] 152/24
editorial [2] 26/3 60/18
edits [1] 134/14
educate [1] 96/8
educating [1] 198/2
education [24] 6/10
18/14 18/19 19/15
20/18 22/6 22/19 22/20
25/1 25/4 25/21 26/2
52/2 60/13 77/10 79/19
81/2 82/1 108/7 108/22
163/3 176/19 199/19
206/7
education's [1] 79/20
educational [5] 18/14
19/2 20/9 143/25 201/3
effect [2] 144/16 161/9
effective [12] 3/9 21/8
30/23 32/13 40/24 42/5
84/2 84/7 84/7 96/24
98/15 133/5
effectively [5] 28/8
92/10 175/7 189/11
189/17
efficient [1] 118/15
effort [1] 199/19
efforts [3] 109/24
110/25 122/5
egregious [1] 34/4
eight [1] 26/1
either [30] 16/24 19/7

22/7 27/23 28/13 29/9
31/9 41/5 62/15 70/5
72/18 72/19 82/16
85/12 87/25 93/24
100/10 106/14 111/16
119/18 121/4 125/15
140/3 142/19 160/10
161/4 163/14 169/11
172/14 201/22
Elastic [1] 138/21
Elder [6] 94/4 94/5
96/10 96/23 97/17 98/6
Elder's [2] 94/18 94/18
elements [3] 52/7
115/13 145/16
eliminated [2] 97/5
97/6
Elizabeth [1] 4/2
else [21] 17/15 51/6
56/3 72/22 89/24 93/24
104/4 111/12 146/9
152/25 163/6 165/7
165/20 168/5 173/20
175/19 185/21 188/25
201/6 209/1 209/3
else's [3] 113/13 158/8
201/23
elsewhere [1] 86/24
email [139] 2/5 2/8
2/12 3/11 3/11 3/13
3/13 3/15 3/17 3/17
3/19 3/19 3/22 3/22 4/2
4/2 4/4 4/4 4/7 4/7
15/17 15/22 17/8 17/10
18/12 37/13 37/22
40/15 47/13 47/17
47/21 48/3 48/7 48/15
66/10 66/17 67/15
67/19 68/14 68/18 69/2
70/1 70/9 74/6 75/14
75/15 76/6 76/10 77/20
79/9 104/19 107/3
109/4 109/6 109/8
109/16 109/22 110/12
110/14 111/4 111/5
112/13 112/23 112/25
114/5 114/9 114/12
114/17 114/22 115/1
115/4 115/6 115/6
115/10 115/13 116/5
116/17 116/18 119/17
122/19 122/22 123/2
123/24 124/9 124/13
125/12 126/20 127/5
130/15 131/20 131/20
131/23 132/13 132/18
132/23 133/2 134/2
135/17 140/13 142/17
143/5 143/8 143/13
144/24 146/7 146/10
146/13 146/14 147/14
147/16 147/19 148/9
148/22 149/6 149/11
149/13 150/18 150/23
150/24 153/21 155/1
155/14 156/18 157/11
157/25 159/7 159/12
163/6 173/19 175/24
175/25 176/1 182/7

/82/16 186/11 190/19
197/12 193/13 203/9
emails [12] 17/5 17/16
17/19 47/5 47/6 50/19
74/9 109/9 129/3
146/24 183/1 183/25
emblematic [1] 202/21
emotional [1] 46/16
Empathy [1] 76/9
employed [2] 98/16
214/13
employee [46] 8/4
11/13 33/8 37/10 37/23
38/10 39/21 41/4 44/22
46/12 46/16 47/7 48/21
49/19 49/24 49/25 50/2
50/16 50/20 63/19
64/24 65/3 73/2 73/2
73/14 76/16 78/6 79/6
79/25 86/22 87/12 89/3
98/6 104/6 105/4 105/5
114/3 133/13 185/4
185/4 194/20 201/25
202/7 202/14 204/19
205/1
employee's [3] 38/6
49/25 50/6
employees [22] 15/1
39/5 41/13 41/15 42/19
44/8 44/18 51/20 51/24
53/13 65/12 73/4 75/9
84/3 88/10 89/1 89/6
89/14 95/20 96/3 198/2
203/25
employer [5] 5/17 6/23
8/1 8/2 45/19
employment [11]
11/15 11/17 28/23
29/13 49/9 50/6 66/6
73/1 106/10 129/13
202/24
enclosed [4] 215/11
215/14 216/10 216/13
encourage [3] 48/5
48/13 125/11
end [8] 52/17 91/23
116/5 143/11 167/16
205/3 205/14 206/3
ended [9] 13/17 13/18
80/13 131/19 133/4
134/1 143/14 167/11
170/1
endorsement [1] 29/16
energy [5] 149/20
149/24 150/2 151/11
151/20
enforce [1] 51/24
engage [4] 48/2 99/15
101/15 105/6
engaged [1] 147/15
engagement [7] 73/2
73/3 73/14 76/16 77/9
79/7 79/25
enough [3] 36/24
70/18 164/21
enrolled [1] 179/6
ensure [5] 31/22 33/8
46/12 116/7 120/11
enter [1] 97/13

entered [5] 97/7 129/4
131/24 146/24 182/3
enterprise [1] 54/17
entire [7] 19/8 20/5
74/7 74/9 74/11 164/18
179/24
entirely [2] 69/22
133/14
entities [2] 7/21 208/22
entitled [1] 1/16
environment [2] 196/2
198/5
episodes [2] 199/13
199/14
equally [1] 204/21
errors [1] 10/24
escalated [2] 190/23
191/17
escalating [1] 100/20
escalation [2] 68/4
69/12
especially [4] 18/11
83/18 92/8 145/13
ESQ [5] 2/2 2/6 2/10
215/5 216/4
essentially [8] 14/3
68/6 90/7 98/24 123/19
123/21 128/24 168/15
establish [2] 21/15
56/15
established [5] 21/19
108/5 108/22 118/14
150/20
establishing [1]
108/11
estimate [1] 188/7
Estrella [2] 176/1
176/12
ethos [1] 98/10
ETran [1] 211/16
evaluations [3] 38/3
39/20 40/3
Evans [2] 2/10 215/5
even [16] 13/18 21/4
30/2 35/17 35/20 36/3
41/21 57/23 64/24
79/18 87/15 108/19
143/12 176/19 179/13
207/2
evening [1] 13/16
event [1] 183/18
events [7] 54/14 54/16
79/20 89/14 93/7 94/5
210/8
events' [1] 79/20
eventual [4] 116/25
128/17 130/15 183/2
ever [26] 6/18 15/16
15/23 23/16 24/5 49/4
58/16 59/12 78/23 85/6
88/4 101/14 103/9
105/12 146/18 146/21
153/11 163/16 164/5
166/22 173/6 173/24
194/5 195/25 198/23
205/7
every [17] 10/5 28/14
30/7 34/2 38/6 38/25
40/9 41/18 41/18 42/18

entered [5] 97/7 129/4
42/18 74/22 82/4 95/20
141/17 153/8 197/7
everybody [16] 45/11
46/11 53/24 64/2 74/12
75/2 79/13 80/18 145/2
145/8 145/14 148/1
174/16 191/18 204/6
205/19
everyone [3] 58/25
182/17 183/4
everything [9] 8/23
17/3 17/3 29/15 46/17
64/1 126/9 201/3 210/2
evidence [1] 64/9
197/8 198/17
evolved [1] 5/24
exact [5] 6/7 29/24
102/23 102/25 198/25
exactly [16] 10/13
27/15 42/16 43/3 69/16
69/16 75/12 101/5
104/12 107/14 136/2
161/18 186/10 188/23
189/6 204/5
examination [3] 3/2
5/5 214/6
examined [1] 5/3
example [17] 22/19
42/18 49/12 56/15 57/3
60/10 73/17 79/11
85/17 107/16 151/2
155/18 158/9 170/16
178/22 204/1 209/16
examples [4] 24/13
24/16 87/7 93/8
except [2] 148/2 171/7
exchanged [1] 210/15
executive [10] 26/8
26/16 54/21 55/7 88/10
88/12 92/5 92/6 92/8
98/16
executives [1] 175/7
exhaust [1] 70/19
exhaustive [1] 62/4
exhibit [34] 3/8 3/11
3/13 3/15 3/17 3/19
3/22 4/2 4/4 4/7 32/2
62/8 67/9 74/1 77/18
105/9 106/24 106/25
109/11 112/19 114/11
114/14 122/22 127/5
128/9 130/15 132/6
146/25 156/14 175/20
181/21 190/17 192/6
196/7
Exhibit 17 [1] 196/7
Exhibit 24 [3] 112/19
122/22 130/15
Exhibit 27 [1] 105/9
Exhibit 28 [1] 32/2
Exhibit 29 [1] 67/9
Exhibit 30 [1] 74/1
Exhibit 31 [1] 77/18
Exhibit 32 [2] 106/24
106/25
Exhibit 33 [4] 109/11
114/11 114/14 127/5
Exhibit 34 [1] 132/6
Exhibit 35 [1] 156/14

**E**

Exhibit 36 [1]  175/20
Exhibit 37 [2]  181/21
190/17
exhibits [11]  3/7 3/24
4/10 129/4 131/24
182/2 190/14 210/6
211/10 211/10 211/14
exist [4]  16/3 16/11
50/24 63/13
existence [3]  51/16
150/22 197/8
exists [1]  16/13
expect [8]  9/24 27/21
44/21 82/4 85/14
184/11 197/19 201/8
expectation [5]  41/8
41/13 100/20 134/18
141/24
expectations [5]  19/1
37/24 123/12 123/13
143/20
expected [9]  35/19
38/10 41/24 80/12
158/21 158/24 174/21
189/21 201/7
expecting [2]  37/1
46/13
expects [2]  53/20
204/12
experience [10]  21/3
46/16 57/23 70/13
145/23 167/5 168/10
169/2 178/4 178/9
experienced [1]  27/22
expert [4]  61/20 200/10
200/15 201/8
expertise [2]  50/2 50/3
experts [4]  25/13 50/1
200/18 200/22
expires [2]  213/21
214/19
explain [3]  153/25
178/1 184/9
explanation [2]  120/1
181/20
explicit [4]  60/20 88/1
88/2 88/4
explicitly [2]  146/19
148/6
exploring [2]  78/18
205/3
exposure [3]  57/23
63/5 201/9
express [6]  31/16
31/20 57/24 86/1 94/22
99/8
expressed [4]  84/11
104/3 164/17 201/23
expresses [2]  104/7
191/12
expressing [1]  94/25
extend [1]  136/17
extended [11]  100/23
119/6 129/2 130/25
131/9 137/20 139/22
141/17 154/12 155/3
155/23

extension [4]  119/7
131/5 154/18 179/1
extent [18]  12/6 12/7
20/11 28/20 28/21
31/12 40/11 41/21
56/22 62/6 62/21 65/10
116/13 171/5 172/23
179/7 193/6 197/4
external [1]  175/5
extreme [2]  87/7 158/9
eye [2]  124/17 181/10

**F**

fabricated [2]  89/15
93/7
fabricates [1]  93/3
fabricating [1]  89/13
face [5]  159/6 180/22
180/22 189/4 189/4
facilitates [1]  201/1
facility [3]  180/23
180/23 181/1
fact [12]  47/10 47/16
48/21 74/10 101/24
129/3 151/4 155/6
166/13 167/20 196/2
200/21
factor [1]  196/25
factors [10]  20/19
35/14 35/16 36/8 44/21
52/25 62/15 189/18
189/21 189/22
facts [3]  165/18 177/24
208/13
fair [13]  9/25 48/20
70/18 72/20 143/5
147/8 154/17 176/5
176/6 208/21 209/18
209/19 210/1
fairly [3]  56/21 56/21
124/2
fairness [3]  39/5 185/4
202/13
faith [1]  153/8
fall [7]  6/14 23/6 23/8
45/6 45/6 89/8 179/24
falling [2]  61/17 63/9
falls [1]  176/25
false [1]  92/2
familiar [7]  32/16 33/16
57/17 59/9 59/10
105/19 199/4
fan [1]  39/25
far [14]  15/13 15/14
16/17 20/17 34/7 43/21
43/21 60/1 131/25
137/19 154/4 188/8
188/9 193/21
favorable [1]  101/24
fear [3]  68/3 69/12
69/12
Federal [2]  1/16 7/24
fee [1]  181/1
feedback [14]  19/23
19/23 41/20 48/6 79/6
107/6 115/21 117/14
123/9 123/10 125/15
143/6 159/4 178/10
feel [6]  13/23 28/2

feeling [2]  13/11
147/24 167/17 167/22
167/22 175/16 175/16
feelings [8]  164/6
164/17 164/19 165/5
165/5 166/18 166/20
168/13
felt [9]  67/5 67/6 127/9
129/15 147/11 164/25
165/1 165/24 166/23
few [6]  8/20 10/7 51/19
58/9 205/16 209/14
Fi [1]  209/6
figure [1]  32/7
filed [7]  11/21 12/12
17/14 18/3 208/2 208/8
215/18
filing [2]  165/4 215/16
filters [1]  124/23
final [8]  115/19 134/12
157/20 158/1 158/7
158/11 159/8 201/3
finalize [2]  121/5
121/14
finalized [3]  23/4 193/2
194/17
finally [1]  36/4
find [19]  17/4 17/14
68/2 76/8 115/11
115/12 120/13 120/15
121/7 122/8 132/1
133/20 156/11 171/18
172/9 172/10 197/3
198/25 215/11
finding [6]  69/15 89/12
89/12 153/13 169/14
195/21
fine [4]  58/9 128/4
191/9 191/25
finish [3]  121/15
129/10 201/8
fired [1]  56/12
firm [1]  16/25
first [43]  5/3 23/10
36/15 46/3 46/10 50/25
67/15 68/18 75/14
75/17 75/17 75/23
102/2 104/18 105/20
108/25 109/18 117/12
117/13 132/7 135/7
138/3 138/3 139/4
141/11 144/23 145/1
146/15 146/18 147/16
154/7 157/16 160/7
160/16 164/19 167/4
173/11 178/3 178/8
179/15 182/4 190/20
192/23
fit [5]  23/12 57/2 57/7
157/6 168/17
fitness [1]  195/23
five [12]  6/2 6/8 58/4
65/22 138/18 138/18
170/2 170/23 174/9
180/1 191/24 204/20
five-minute [1]  191/24
flags [1]  119/12

flexible [1]  64/14
floor [1]  112/6
flowing [1]  28/8
Floyd [3]  95/6 95/23
199/15
Floyd's [2]  147/7
201/17
fly [1]  83/22
focus [7]  43/9 43/10
78/6 95/16 95/17 95/24
156/23
focusing [1]  175/5
folder [1]  32/9
folks [6]  22/15 55/3
55/5 55/12 55/25 80/19
follow [5]  9/16 40/15
72/4 76/21 80/12
follow-up [1]  76/21
followed [4]  80/15
158/22 162/15 208/14
following [5]  11/14
11/15 79/12 82/22
199/15
follows [3]  5/4 50/19
185/7
foregoing [2]  213/1
214/11
foresaw [1]  99/18
forest [1]  7/20
forget [2]  131/3 204/16
forgot [1]  10/3
form [85]  25/7 31/18
34/16 41/12 43/25 47/7
47/12 48/3 48/11 49/6
49/22 50/9 51/1 52/21
52/23 59/1 60/19 61/19
63/11 64/20 65/6 69/5
69/8 76/18 81/14 81/20
83/7 90/14 92/20 93/12
94/24 97/21 98/4 99/5
99/21 102/4 102/7
103/18 105/22 105/25
107/20 108/3 108/16
114/24 119/4 120/14
120/25 123/20 124/3
124/11 124/18 125/22
127/8 128/22 129/19
130/6 130/20 131/14
133/1 135/24 138/9
140/19 142/21 150/19
151/15 155/9 158/4
159/10 166/16 171/22
179/4 189/15 190/10
194/24 195/13 196/3
198/11 198/16 202/1
203/2 204/23 205/11
206/25 207/11 214/10
formal [5]  7/13 40/25
60/13 61/5 61/12
format [1]  158/11
forms [1]  125/24
forward [9]  8/24 96/14
99/17 148/12 173/7
182/16 182/22 183/3
184/21
forwarded [2]  109/21
114/18
found [3]  42/4 99/6
196/20

foundation [24]  41/12
49/22 50/9 61/19 63/11
65/6 69/8 90/14 94/24
97/21 119/4 121/22
130/6 133/18 133/20
135/24 140/19 155/9
158/4 159/10 166/16
176/13 196/3 203/2
four [7]  77/21 80/5
131/9 135/7 135/10
136/19 141/12
fourth [1]  116/3
frame [4]  100/24
102/23 107/11 204/7
frankly [3]  16/21 30/2
191/9
free [1]  105/12
freezing [1]  35/24
frequency [2]  43/18
73/21
frequent [1]  41/10
frequently [5]  30/4
40/8 85/24 112/10
207/3
Friday [2]  1/13 158/20
front [3]  32/6 81/5
157/12
fulfilled [1]  133/25
full [6]  5/11 109/24
117/13 158/10 169/24
211/21
fully [2]  70/19 161/13
function [3]  27/2 75/8
174/24
functional [1]  52/3
functions [2]  26/16
189/14
furnishing [1]  215/19
further [10]  33/25
35/12 68/4 68/16 69/12
72/2 155/1 179/1
210/24 214/12
future [2]  145/25 176/9

**G**

gained [1]  148/5
gaps [1]  158/16
Garcia [1]  54/17
gave [1]  167/2
Gee [2]  87/4 207/16
general [25]  22/9 33/18
43/5 60/9 61/24 62/5
62/10 64/8 73/20 82/17
84/4 84/21 86/7 92/14
94/17 94/18 107/18
126/10 143/23 145/8
147/10 169/15 169/20
191/6 191/8
generally [6]  21/21
47/6 47/8 104/2 161/7
161/8
generate [1]  20/20
generated [2]  20/8
20/18
generates [1]  170/17
generations [2]  62/24
62/25
genuinely [1]  92/18
George [6]  26/3 95/6

**G**

George... [4] 95/23
147/7 199/15 201/17
get [28] 13/9 19/22
24/12 28/8 32/7 50/13
51/7 74/11 75/2 77/18
116/20 121/15 121/16
123/10 123/14 126/9
128/16 128/24 129/11
130/22 136/8 148/15
159/3 170/20 178/8
178/10 181/8 184/23
gets [2] 126/19 187/15
getting [8] 121/12
129/7 133/12 133/12
148/22 170/12 190/1
202/9
give [13] 6/6 8/20 10/6
10/6 21/12 42/2 42/15
96/7 109/10 161/2
164/11 173/1 180/21
given [27] 20/23 21/3
23/10 23/22 24/24
33/22 34/5 34/11 35/15
56/17 99/22 107/6
136/1 136/19 142/3
148/3 154/2 154/3
165/18 165/18 172/22
175/14 176/18 193/1
214/12 216/16 216/18
gives [2] 13/19 96/2
giving [4] 87/7 143/6
162/24 182/24
glass [1] 13/24
glean [1] 200/23
global [6] 3/13 3/15
6/12 18/16 74/7 77/20
go [41] 14/2 16/21
18/15 20/25 21/10
21/13 29/8 32/9 33/2
35/14 35/16 42/19
44/11 46/2 53/15 55/12
77/19 79/19 86/6 86/16
87/14 108/20 114/6
116/17 116/18 117/5
128/3 140/14 144/17
144/25 149/9 149/10
152/16 152/21 153/25
154/22 156/9 167/4
177/24 181/10 211/4
goal [1] 177/19
goals [1] 18/25
Godmere [5] 4/5
121/19 141/22 142/3
170/16
goes [4] 24/5 29/16
30/10 43/23
going [58] 8/24 11/21
12/5 23/2 23/11 24/11
24/12 24/12 24/23 32/1
32/4 38/4 38/4 46/4
51/10 53/23 57/8 67/8
72/6 73/25 75/11 78/23
79/18 92/7 99/19 101/1
105/8 106/23 106/24
111/18 112/18 113/13
121/15 125/4 126/4
127/15 128/9 129/10

130/4 132/6 132/8
132/22 148/1 148/3
160/20 161/1 170/11
173/23 175/20 176/23
181/8 181/21 184/16
184/21 192/5 196/6
196/16 211/3
gone [7] 43/15 56/2
99/20 117/24 162/10
162/14 188/5
good [29] 5/7 9/4 9/11
9/12 10/5 21/7 29/14
33/21 40/16 40/21
45/16 46/22 58/11 64/1
81/8 100/10 125/20
125/25 146/23 153/7
165/12 168/10 169/18
169/19 169/19 170/17
181/6 205/20 211/16
got [48] 6/17 7/5 7/25
15/7 19/25 22/8 26/18
53/10 55/8 59/18 61/10
65/15 67/11 67/13 72/9
74/19 75/1 75/7 78/11
80/16 86/21 90/11
90/17 90/24 91/3 105/7
111/7 113/18 119/8
124/20 124/20 129/14
145/2 148/24 161/23
162/13 172/11 175/23
176/10 176/24 181/12
181/22 184/15 187/11
193/23 197/18 211/4
212/1
Gotcha [27] 5/25 6/5
7/16 14/15 19/16 21/22
22/4 24/20 25/2 26/20
27/3 27/6 41/2 43/13
43/20 51/12 84/23
87/22 101/13 110/21
114/4 131/18 145/18
147/18 178/24 183/24
192/12
gotten [3] 35/18 98/12
99/13
government [3] 7/20
7/21 7/21
GPG [3] 1/2 215/9
216/7
grab [1] 128/1
grade [1] 52/24
grandfathered [1]
45/22
granted [1] 34/1
great [18] 9/4 9/22
32/12 32/15 40/22
65/23 65/25 67/14 74/4
109/15 141/13 168/16
181/25 192/1 205/21
210/12 211/2 212/1
greater [1] 73/21
greatly [1] 122/5
green [1] 181/5
gritty [1] 22/10
grounding [1] 46/19
grounds [1] 98/1
group [9] 26/10 60/22
63/19 81/5 82/7 146/13
163/23 164/3 179/13

groups [4] 80/5 80/18
grow [2] 81/9 175/5
growing [3] 129/9
167/10 174/13
guarantee [2] 175/3
207/17
guess [22] 43/2 46/10
47/4 61/7 115/5 118/8
122/20 131/3 168/11
179/14 192/23 205/4
guessing [3] 8/7 89/22
90/16
guidance [4] 28/2
31/23 133/9 184/11
guidelines [1] 42/3
guiding [1] 40/24

**H**

had [170] 6/8 13/10
13/25 14/4 15/11 17/1
17/3 17/15 17/18 18/7
18/8 19/17 19/21 19/22
20/2 20/7 23/24 24/14
26/21 26/24 30/16
30/25 31/2 43/8 45/22
46/2 66/4 66/10 66/13
66/20 67/1 71/1 71/7
73/1 73/3 73/8 76/3
77/10 81/24 82/12
83/13 84/13 84/17
88/21 89/2 89/13 89/15
90/3 92/12 98/2 98/3
98/12 98/13 99/1 99/3
99/20 100/12 100/23
101/3 101/18 101/23
102/10 103/10 103/11
104/15 106/2 107/14
107/18 110/14 111/3
111/9 114/17 117/19
117/24 118/21 118/23
119/1 119/5 119/6
119/13 119/18 119/23
120/1 121/19 129/11
130/2 130/24 130/25
131/3 131/5 131/8
133/8 133/9 133/11
135/25 136/2 136/6
137/14 137/20 140/14
142/3 142/18 143/12
144/12 147/10 147/14
150/23 151/2 151/12
151/24 152/5 152/13
153/8 153/13 154/12
154/23 155/1 155/2
155/21 158/15 163/4
163/5 164/1 164/5
164/20 165/3 165/12
166/9 166/14 167/4
167/9 167/9 167/13
168/8 168/8 168/25
169/7 169/11 169/12
169/25 170/19 170/22
173/7 173/9 173/24
173/13 174/3 178/25
179/23 183/5 183/9
188/4 188/8 189/4
193/10 193/15 197/2
198/23 202/2 204/2

205/8 206/7 206/9
210/14 210/15 210/15
214/12
hadn't [1] 136/3
half [2] 10/5 43/6
Hall [2] 2/10 215/5
hallevans.com [1] 2/12
hand [6] 11/10 33/1
67/17 132/9 153/16
205/4
handled [2] 97/16
111/13
handling [1] 211/7
hands [6] 10/6 75/2
77/6 78/5 79/12 80/4
happen [6] 23/19 40/18
69/13 89/7 162/19
197/24
happened [10] 89/8
95/9 102/18 110/19
112/15 155/1 160/5
162/22 202/23 207/19
happening [10] 31/13
69/14 73/17 148/16
160/6 187/8 188/4
189/2 189/3 206/3
happens [2] 16/12
207/1
happy [1] 209/23
harassed [1] 85/19
harassment [11] 44/14
44/14 44/15 57/9 86/7
86/25 87/1 87/2 173/2
185/11 198/3
hard [4] 63/24 99/6
99/23 107/23
harder [1] 124/12
Harkening [1] 202/5
Harvard [2] 58/17
58/21
has [52] 5/23 5/23 5/24
10/13 11/20 12/11
14/11 14/22 20/2 31/22
33/9 36/17 39/14 39/16
42/19 45/18 46/11
46/12 47/1 49/25 50/3
52/5 57/13 63/17 64/23
116/19 118/13 121/11
122/3 131/23 132/7
133/4 136/23 136/25
137/1 149/19 152/21
152/21 152/22 169/21
169/24 174/7 175/16
179/20 187/18 187/18
190/22 197/14 197/20
199/23 209/9 211/4
hated [1] 165/9
have [402]
haven't [8] 32/18 32/20
35/5 35/13 35/18 35/21
119/18 190/3
having [32] 5/3 36/21
47/3 50/17 50/21 63/8
67/24 68/19 72/13
72/21 78/9 100/1
105/17 110/2 110/7
111/16 122/23 142/18
146/15 150/8 164/3
166/6 167/21 168/19

169/14 173/24 185/5
185/15 186/12 193/19
201/24 207/24
he [23] 29/23 30/9 30/9
30/14 30/15 30/25 31/1
31/2 31/6 54/18 91/11
91/14 104/7 104/12
113/25 114/1 114/3
127/25 133/19 152/13
191/5 191/6 211/24
He's [1] 190/21
head [2] 9/15 9/15
heading [2] 52/9 84/22
health [1] 13/11
hear [3] 78/22 81/8
162/11
heard [8] 58/19 58/20
59/7 81/24 88/25 90/22
124/25 152/5
hearing [3] 151/2
160/18 173/11
heavily [1] 20/4
held [1] 46/12
help [14] 13/20 84/19
96/3 96/3 96/7 111/10
116/16 116/23 116/24
119/12 122/3 141/15
149/6 202/19
helpful [3] 63/21
115/15 115/20
helping [1] 50/3
helps [2] 46/19 117/10
her [186] 10/6 11/15
11/15 11/23 11/23 13/8
13/8 13/9 13/11 13/13
13/14 13/16 13/17
13/23 13/25 14/5 14/6
18/19 22/7 30/24 31/6
50/23 54/15 66/5 66/17
68/18 70/6 70/8 70/9
70/9 70/12 70/13 71/7
71/10 71/15 71/15
71/15 71/15 72/5 72/8
72/11 76/8 81/11 81/16
82/13 83/5 84/6 89/14
91/24 94/12 94/14 95/4
95/6 95/13 96/13 96/22
96/24 97/3 97/5 97/6
97/8 97/11 97/19 98/2
98/15 98/16 98/21
98/22 99/3 99/7 99/22
100/10 100/11 100/15
100/17 101/2 101/14
101/16 101/19 101/25
102/12 102/16 103/10
106/6 106/14 106/14
106/16 107/6 109/3
109/22 110/7 112/8
114/22 115/15 116/21
121/10 121/11 121/13
122/17 123/11 123/24
128/17 129/14 129/15
129/20 129/20 129/21
130/16 132/17 132/25
133/15 133/25 138/15
140/13 141/15 141/15
142/17 142/24 143/8
143/17 143/17 143/20
143/20 143/21 143/21

**H**

**her...** [61] 145/6 146/15
147/4 148/7 150/18
151/4 151/13 151/24
152/1 159/16 159/16
159/18 159/19 159/22
159/24 159/25 160/6
161/22 162/24 162/25
163/2 164/6 165/12
166/6 166/23 167/7
167/9 167/12 167/23
168/17 168/18 168/19
168/21 169/11 169/12
169/22 171/1 171/11
173/1 174/3 174/4
174/10 174/12 174/14
174/19 175/14 182/8
187/1 190/2 190/9
191/13 193/17 193/17
196/2 201/14 202/24
202/25 204/3 204/4
204/10 210/16
**here** [42] 8/23 12/1
38/7 40/16 56/4 69/17
69/25 72/4 76/15
105/12 109/11 111/10
113/23 116/12 116/16
118/7 119/13 120/23
129/4 132/5 136/10
136/22 138/22 139/6
142/2 144/21 148/11
149/18 155/14 173/10
177/4 179/5 179/16
179/23 180/8 181/5
184/9 184/16 184/24
185/25 190/7 205/16
**here's** [3] 42/4 90/9
169/25
**hereby** [2] 213/1 214/4
**herein** [1] 214/14
**hereto** [1] 214/8
**herself** [5] 67/7 146/25
147/14 175/14 199/8
**hey** [9] 40/16 51/7
111/9 111/18 148/23
158/23 162/11 177/1
178/16
**Hi** [1] 109/23
**high** [1] 167/9
**higher** [1] 29/10
**higher-level** [1] 29/10
**highlight** [1] 113/16
**highlighted** [6] 113/8
113/9 113/10 113/18
128/12 183/17
**highlighting** [2] 113/14
113/20
**highly** [2] 86/18 145/21
**him** [14] 30/4 30/19
30/24 91/4 104/14
104/15 149/10 151/3
162/16 170/2 176/12
188/23 188/25 207/24
**hindered** [1] 68/2
**hindsight** [1] 208/1
**hire** [1] 27/23
**hired** [4] 29/17 29/21
44/10 170/1

**hiring** [2] 29/1 29/19
**his** [7] 8/14 30/7
103/15 103/24 104/6
170/2 211/23
**history** [1] 118/22
**hit** [1] 45/6
**HOFFMAN** [5] 2/10
10/16 211/6 215/5
215/10
**hoffmank** [1] 2/12
**hold** [3] 32/9 101/5
178/18
**holds** [1] 197/13
**home** [2] 5/12 5/13
**honestly** [2] 191/1
191/15
**hope** [2] 145/24 197/21
**hoped** [3] 165/15 168/8
168/8
**hopeful** [1] 182/16
**hopes** [1] 167/9
**horse** [2] 70/17 77/16
**hour** [1] 10/5
**hours** [1] 127/23
**house** [1] 170/17
**how** [93] 5/20 6/1 10/4
13/11 13/22 14/2 14/2
15/3 15/13 16/10 16/21
16/25 20/7 20/17 20/17
21/23 21/25 22/10
22/14 23/11 23/12
23/14 23/14 27/12
28/10 28/18 30/1 32/7
34/11 34/14 36/11
38/23 39/1 39/21 39/25
40/8 50/25 59/25 60/7
64/15 65/1 65/4 66/20
66/24 68/25 69/1 71/12
73/15 74/13 83/5 84/2
87/16 88/24 91/22
91/22 91/22 98/14
98/15 105/17 108/20
131/12 133/13 133/13
135/9 136/5 140/23
141/8 144/1 144/6
145/14 145/15 150/3
164/24 171/15 174/7
174/10 174/22 174/24
176/4 177/22 177/24
178/1 178/22 180/11
181/2 181/17 184/13
186/10 188/8 188/9
193/6 194/9 195/16
**however** [6] 10/17 11/1
28/3 52/22 63/12 93/2
**HR** [77] 30/16 31/22
37/15 46/24 49/5 49/7
49/14 49/18 49/23
49/25 50/22 51/3 51/8
51/15 65/8 65/10 65/16
85/21 88/22 88/23
89/19 90/19 91/19
91/24 95/19 95/19 96/3
96/7 97/17 102/22
102/24 102/24 104/9
104/10 105/4 106/9
106/17 107/19 113/25
114/1 114/3 116/23
118/1 126/25 133/10

135/2 137/14 137/6
137/8 137/14 138/7
138/21 138/24 141/1
152/16 154/11 155/8
156/4 156/4 156/10
156/19 159/9 161/13
162/3 179/12 184/7
184/12 184/15 184/22
185/1 185/21 189/2
192/19 194/12 196/16
197/20 209/9
**HR provides** [1] 65/16
**HR's** [1] 148/4
**HRO** [2] 90/23 90/25
**Huerta** [1] 54/16
**huh** [18] 18/23 40/12
77/23 89/21 93/1
126/11 127/17 128/14
135/2 139/24 155/24
161/3 168/23 176/2
177/8 180/7 183/12
203/22
**human** [6] 1/7 5/19
29/19 33/7 59/3 191/20
**humble** [1] 200/10
**hundred** [1] 74/18
**hundreds** [1] 21/4
**hunter** [2] 2/6 2/8
**hypothetical** [1] 50/13

**I**

**I have** [1] 121/21
**I would** [2] 99/4 129/18
**I'd** [1] 19/22
**I'll** [15] 8/20 9/9 9/16
50/13 64/11 67/9 77/14
77/15 107/2 134/24
149/18 156/15 157/12
172/7 178/1
**I'm** [96] 8/7 9/10 9/17
12/5 12/13 12/14 12/16
15/6 28/20 28/20 28/21
31/12 32/1 32/7 32/17
32/25 35/23 39/25
50/10 58/11 59/10
61/20 62/6 62/7 62/11
63/6 63/13 64/4 67/8
69/12 69/15 69/15
70/16 72/6 73/25 75/13
75/15 75/23 77/17
83/20 83/21 85/19 87/7
87/12 87/13 87/15
89/22 96/13 105/8
106/23 106/24 111/9
112/18 113/12 120/17
121/14 121/15 122/19
125/14 128/4 128/9
128/12 131/4 132/6
132/8 133/19 139/18
143/5 145/4 145/6
145/12 146/22 147/20
156/10 157/24 160/19
161/18 167/4 172/16
172/24 173/4 175/2
175/20 176/16 177/9
179/10 181/21 182/16
187/7 192/5 196/6
198/25 203/18 207/1
207/4 211/3

**I've** [11] 6/19 23/20
35/4 53/24 58/20 59/7
61/7 67/13 74/25 90/15
149/8
**idea** [13] 16/24 19/17
19/21 19/22 19/24 20/7
79/22 105/23 122/24
125/20 125/25 179/11
201/3
**ideal** [2] 21/23 36/19
**ideally** [1] 29/3
**ideas** [3] 19/11 122/3
122/4
**identical** [1] 78/24
**identified** [2] 50/17
156/23
**identify** [4] 38/3 79/22
115/21 117/14
**identifying** [2] 69/10
116/1
**ignore** [1] 156/24
**illogical** [1] 155/17
**imagine** [3] 82/14
91/19 163/21
**immediate** [2] 85/23
105/16
**immediately** [1] 54/25
**impact** [2] 19/6 24/22
**impacted** [3] 179/3
179/8 196/2
**implication** [3] 95/25
120/17 120/17
**implicit** [36] 57/14
57/15 57/17 57/21
58/17 58/25 59/2 59/4
59/13 59/16 59/23
59/24 60/12 60/15
60/17 61/2 61/6 61/9
61/13 61/17 61/20
61/25 62/8 63/2 63/10
63/18 64/1 64/9 147/5
173/2 198/21 200/5
200/11 200/15 201/8
201/10
**implicitly** [2] 145/9
146/21
**imply** [1] 179/19
**implying** [1] 120/22
**importance** [5] 46/5
47/3 202/6 202/12
204/18
**important** [10] 8/21
39/19 39/22 46/6 62/20
128/16 144/1 144/6
145/14 204/21
**improve** [20] 34/1
34/12 34/15 34/19
35/13 35/15 35/20 36/3
36/6 36/9 39/15 41/5
53/13 79/25 116/15
117/5 129/11 143/18
146/4 202/8
**improved** [3] 52/11
169/21 169/25
**improvement** [9] 35/17
35/18 35/21 36/3 37/16
100/17 143/15 174/14
174/15
**improvements** [1]

107/10
**inability** [9] 120/19
128/25 130/16 130/22
159/16 169/18 170/3
170/20 171/8
**inaccurate** [1] 138/11
**inappropriate** [8]
48/15 48/22 48/23
48/23 48/24 120/10
153/1 184/13
**Inc** [1] 26/5
**incidence** [1] 44/2
**include** [12] 26/2 30/5
30/6 35/17 51/25 54/14
55/3 55/5 62/3 62/5
156/24 189/18
**included** [15] 57/9
57/16 93/15 95/13
107/4 109/17 113/1
115/22 117/15 157/12
175/24 176/15 176/16
176/20 192/20
**includes** [2] 60/12
146/13
**including** [4] 42/9 65/8
149/21 193/14
**inclusion** [1] 57/14
**Inclusive** [1] 60/11
**incomplete** [1] 158/3
**inconvenient** [1] 8/17
**incorporated** [1]
134/14
**incorrect** [1] 211/20
**increasing** [3] 126/15
126/16 126/16
**increasingly** [1] 96/25
**incredibly** [1] 130/3
**increments** [1] 34/23
**indeed** [1] 158/15
**independent** [17]
70/22 70/24 77/5 81/23
83/11 100/8 107/13
118/20 118/23 130/24
141/2 149/14 152/22
186/2 186/3 186/5
194/5
**independently** [1]
189/20
**India** [1] 26/6
**indicated** [1] 130/18
**indicates** [1] 156/11
**indications** [2] 63/1
88/21
**indirectly** [1] 145/10
**individual** [30] 33/21
33/22 34/1 34/5 34/18
34/24 35/13 36/25 37/4
37/4 37/5 37/14 39/14
39/24 39/25 42/18
44/10 47/23 47/24 52/5
57/24 60/23 62/15
62/16 84/2 98/9 168/22
169/22 170/22 172/16
**individual's** [5] 33/19
39/24 40/24 57/22
211/21
**individuals** [9] 7/22
25/4 29/21 36/14 45/20
54/13 55/23 121/20

# I

individuals... [1]
211/19
infer [2] 76/10 124/12
inference [1] 68/14
influenced [1] 104/4
inform [1] 30/4
information [11] 4/18
23/23 75/10 118/15
131/11 131/16 136/3
136/8 153/5 160/2
197/10
informed [1] 31/12
Inigo [2] 54/19 211/21
INITIAL [2] 3/7 4/1
initially [3] 23/25 67/3
199/11
initiated [2] 19/4
201/17
initiation [2] 51/2 51/2
inner [1] 93/15
input [4] 68/3 146/7
146/9 154/15
inserted [1] 19/17
insofar [1] 148/15
inspirational [2] 75/9
instance [1] 63/14
instances [3] 69/11
94/2 101/18
instead [3] 142/19
162/25 163/10
instruct [1] 12/6
instructional [25]
18/21 68/3 115/24
134/11 154/16 159/17
163/11 163/12 163/22
163/23 164/2 164/3
164/21 164/22 168/19
168/24 169/15 169/24
170/9 170/10 170/12
199/20 200/17 200/24
201/4
instructions [1] 145/5
instructor [5] 163/9
163/10 180/20 180/22
181/17
instruments [1] 58/20
insubordinate [1]
115/3
insufficient [1] 33/25
intact [1] 68/15
integrate [1] 140/25
integrated [1] 27/1
intended [6] 43/9
46/18 124/25 125/1
151/16 151/17
interacting [1] 175/6
interaction [4] 118/24
118/24 174/3 198/18
interactions [1] 166/2
interested [1] 214/15
interesting [4] 6/25 9/5
58/23 199/23
interests [1] 185/8
interfering [1] 125/9
interim [1] 158/22
internal [1] 101/21
internalized [1] 46/18

international [5] 8/3
54/17 54/19 54/20
211/25
interpersonal [1] 175/9
interpret [3] 124/10
124/13 143/9
interpretation [11]
120/16 121/17 139/20
140/10 142/1 143/23
147/6 147/13 180/10
181/5 191/14
interpreted [2] 142/24
144/7
interpreting [3] 121/2
124/2 124/4
interrelated [1] 188/1
interrupt [1] 187/7
interrupting [1] 59/8
interview [1] 7/12
interviewed [10] 7/11
89/22 89/23 90/1 90/12
90/19 90/23 90/24
148/6 152/13
interviewing [2] 90/7
106/16
interviews [1] 90/8
introduce [1] 23/11
invested [2] 130/18
149/19
investigate [1] 88/23
investigated [1]
187/18
investigation [30] 7/4
7/14 7/17 8/5 89/10
89/11 89/17 89/20
91/20 91/24 93/16
93/19 93/21 152/4
152/11 152/16 152/21
152/21 153/9 153/11
194/21 195/3 195/7
195/19 195/20 195/20
196/16 196/17 196/20
197/1
investigative [1] 195/2
invite [3] 116/6 116/8
120/6
Inviting [1] 120/10
involuntary [3] 33/3
33/10 169/16
involve [1] 15/25
involved [45] 15/18
20/4 20/8 20/15 25/16
28/18 28/20 28/21 31/8
31/12 35/4 49/7 49/15
49/18 49/23 51/8 65/9
102/22 102/24 102/24
103/2 104/9 106/3
106/13 112/24 126/2
126/2 126/15 135/15
148/5 148/15 151/4
152/17 153/17 162/17
171/3 171/5 192/21
192/24 193/7 193/15
193/19 193/22 193/25
194/3
involvement [10] 49/4
50/5 51/3 54/4 104/23
106/22 149/21 150/18
154/3 199/18

involving [2] 49/24
127/11
irrelevant [2] 138/4
205/4
is [494]
is a [1] 176/6
is referring [1] 156/20
ISD [1] 81/18
isn't [5] 37/4 158/23
168/14 168/17 178/4
issuance [1] 52/1
issue [18] 36/23 53/5
66/13 71/9 86/1 142/10
147/17 148/25 149/20
150/2 150/15 150/16
151/6 171/8 172/2
172/6 172/7 184/22
issues [12] 39/9 67/25
68/4 68/19 71/9 74/8
100/1 112/8 127/12
147/7 150/9 188/1
it [450]
it's [98] 8/18 14/13
15/8 15/8 15/14 16/17
17/10 20/25 21/1 22/16
23/9 25/3 25/3 28/3
32/4 35/5 35/23 37/13
39/19 39/22 42/6 43/23
44/17 45/9 45/11 45/11
45/13 45/17 46/6 46/9
46/9 47/10 47/16 60/5
64/14 68/12 69/22
86/17 87/20 89/19
90/18 93/2 97/25 99/12
105/10 107/3 109/16
115/13 116/4 121/9
121/11 126/8 127/15
127/17 128/15 128/25
128/25 131/23 131/24
132/20 139/18 142/15
143/25 144/4 144/6
150/12 152/16 152/25
153/18 155/13 155/14
162/3 169/16 170/16
172/12 172/13 173/12
175/18 176/3 176/7
176/16 177/1 178/13
180/7 181/7 183/3
188/2 191/9 193/17
193/24 197/6 197/6
197/6 200/23 202/9
202/21 204/17 204/21
items [4] 134/2 205/16
209/15 209/21
its [4] 47/17 47/18
135/8 152/22
itself [3] 48/22 197/13
206/14

# J

Jackson [1] 113/25
jarred [1] 79/8
Jeanne [17] 3/18 3/20
3/23 4/3 4/8 13/7 13/12
18/18 72/8 145/10
150/6 159/25 160/17
160/18 162/12 176/23
192/20
Jeanne's [1] 176/18

Jennifer [1] 26/4
Jim [3] 91/2 190/22
191/3
job [23] 8/10 8/14
17/18 37/3 38/6 38/8
38/11 49/10 49/13
56/21 56/23 77/17
87/13 115/15 119/11
130/22 145/15 159/16
170/6 189/14 189/17
195/23 196/1
jobs [4] 41/19 41/20
185/6 189/11
jogged [3] 107/13
209/21 209/23
Johnny [2] 148/2 151/2
joined [2] 5/24 6/9
jointly [1] 23/4
joy [1] 13/19
Juan [1] 176/1
judgment [1] 134/13
July [26] 6/9 67/20
71/7 83/3 83/10 94/13
100/2 101/4 101/16
102/1 102/8 129/5
136/11 136/13 137/15
137/16 138/23 139/10
139/16 139/22 140/15
146/25 147/13 155/18
155/22 157/3
July 2020 [1] 102/1
July 21 [1] 67/20
July 28 [4] 136/13
137/15 139/10 140/15
July 9 [6] 137/16
139/16 139/22 155/18
155/22 157/3
June [4] 102/13 201/18
214/17 215/3
junior [1] 100/14
just [99] 7/10 8/20 9/14
9/16 9/17 10/2 10/9
12/5 12/20 13/11 13/20
14/2 15/9 16/13 24/25
25/9 28/8 29/9 29/9
30/1 30/4 32/5 40/22
48/25 49/1 52/17 52/24
56/12 58/5 60/24 62/5
67/9 67/11 70/5 70/17
72/17 72/19 75/5 75/8
77/22 79/8 83/20 85/9
85/25 92/4 97/3 97/3
98/7 104/3 105/11
109/17 110/17 111/9
112/8 113/15 114/11
119/11 119/11 119/13
119/15 125/3 125/20
127/25 137/16 138/10
144/12 146/22 150/18
151/11 153/7 156/16
157/6 158/10 160/20
161/12 162/14 163/9
163/14 165/11 172/12
172/17 172/17 174/4
178/4 180/9 181/2
181/22 182/14 182/21
184/3 185/22 188/12
189/1 193/22 193/24
194/11 194/25 205/13

205/15
just the [1] 172/17
justice [5] 6/24 68/24
199/3 199/5 200/6
justification [1] 135/22

# K

KATHERINE [3] 2/10
58/15 215/5
keep [9] 8/22 8/25
13/19 40/22 87/13
169/24 170/20 181/10
184/23
keeping [3] 41/3
169/14 170/15
kept [2] 37/14 90/2
key [2] 145/16 186/24
keyboard [1] 209/6
Khanna [1] 26/5
kicking [1] 143/21
kind [19] 16/13 21/20
22/10 31/5 41/3 43/5
61/16 64/14 69/3 74/20
97/19 102/2 131/12
135/7 135/9 142/15
176/4 176/25 199/12
Kindness [1] 76/9
kinds [1] 86/22
knew [7] 19/4 119/5
151/22 189/1 189/3
207/13 207/13
know [210] 9/4 9/5 9/6
9/8 9/24 10/3 10/5 10/7
10/8 10/25 11/3 11/11
11/13 11/14 13/21
16/12 16/17 16/21 20/8
20/17 21/23 21/24 22/2
22/2 22/5 23/10 24/11
25/9 25/17 27/23 30/1
32/5 34/7 34/9 34/23
34/25 36/12 37/20
40/17 42/9 45/22 46/1
46/2 49/19 49/21 50/23
52/8 52/14 56/3 58/22
60/1 60/6 62/4 64/12
64/14 64/15 64/16 65/2
67/11 69/15 71/25 72/5
72/8 72/17 73/17 75/10
75/10 76/2 76/20 76/24
78/13 79/5 80/17 81/24
82/12 84/21 85/13
85/17 85/22 86/3 87/5
89/24 90/13 90/15
91/11 93/14 100/9
101/15 101/15 102/8
102/24 103/1 103/3
105/13 105/20 107/14
107/17 108/4 108/6
109/1 110/23 112/9
113/10 114/12 114/21
114/25 115/6 117/24
119/1 119/2 119/13
119/15 119/25 119/25
120/9 123/23 125/25
127/21 127/23 128/1
130/8 131/6 131/7
131/11 133/16 133/17
133/21 135/19 135/20
135/22 136/2 136/22

**K**

**know... [78]** 137/18
137/21 142/11 144/17
147/21 148/23 148/24
150/3 151/3 152/6
153/3 158/19 159/2
160/4 160/8 162/8
162/9 162/9 162/24
163/1 163/6 163/8
163/13 163/14 163/16
163/19 164/6 172/1
172/3 172/5 176/14
176/16 177/1 177/20
178/5 179/9 181/7
181/10 181/14 181/22
184/17 184/17 185/22
186/6 186/19 186/25
187/9 188/23 190/25
193/6 195/16 197/6
198/23 201/16 202/11
202/12 202/20 202/21
202/23 203/3 203/14
204/19 205/7 205/13
205/25 206/5 206/6
206/7 207/6 207/8
207/14 207/20 208/2
209/10 209/13 209/14
209/16 210/2
**knowing [6]** 21/11
31/15 56/1 100/9
135/25 159/1
**knowledge [14]** 18/8
91/12 122/1 140/2
141/2 141/8 154/22
156/4 196/4 197/9
198/22 198/23 201/2
201/10
**knowledgeable [1]**
201/11
**known [4]** 130/2 155/6
155/21 156/1
**knows [1]** 133/20

**L**

**Labor [1]** 178/12
**Lacey [2]** 4/2 157/17
**lack [4]** 57/7 92/3
154/3 169/17
**Lafayette [3]** 2/3 2/7
216/5
**laid [1]** 80/11 101/3
204/25
**Lange [1]** 26/7
**language [16]** 62/12
62/13 116/12 116/21
120/22 123/10 123/11
124/14 128/16 142/22
183/18 185/25 190/22
190/25 191/19 193/12
**large [1]** 78/16
**last [20]** 3/9 6/15 24/15
42/22 61/4 67/15 69/11
89/8 113/6 129/25
144/4 145/13 145/13
145/16 149/21 177/9
178/13 201/20 202/23
211/19
**late [10]** 13/20 45/6

94/10 121/14 160/11
160/19 160/21 161/4
183/6 183/6
**later [8]** 8/11 13/18
68/12 114/21 148/8
158/19 170/2 206/14
**LaToya [1]** 2/3
**launch [16]** 21/18
21/24 22/14 23/16
23/20 24/1 24/9 24/12
24/14 24/25 25/10
136/13 136/17 140/15
177/21 179/3
**law [4]** 2/6 34/5 106/10
185/9
**lawyer [1]** 12/14
**lay [1]** 139/6
**lays [1]** 38/7
**lead [6]** 29/5 56/24
92/24 99/8 138/22
168/18
**leader [6]** 60/23 99/7
117/3 154/15 165/14
185/1
**leadership [3]** 60/21
134/13 192/20
**leading [4]** 67/25 80/25
100/12 205/2
**learn [3]** 71/12 84/2
88/24
**learned [9]** 71/13 88/20
93/23 102/2 146/15
150/17 150/20 150/24
153/11
**learning [8]** 8/2 44/17
75/22 88/18 143/19
178/5 178/5 201/1
**least [17]** 31/12 40/4
40/5 52/4 52/17 53/12
80/14 119/9 126/20
127/12 151/23 158/25
159/6 164/13 171/9
174/3 203/7
**leave [5]** 27/21 91/7
94/9 97/3 172/14
**leaves [2]** 188/13
188/13
**leaving [3]** 171/20
171/25 172/14
**Lebsack [2]** 2/3 216/4
**led [2]** 96/25 99/16
**Lee [2]** 26/2 26/14
**left [4]** 8/8 91/11 94/10
115/22
**legal [4]** 12/4 12/10
12/12 191/20
**legitimate [2]** 136/16
194/7
**length [1]** 175/13
**lengthier [1]** 174/5
**lengthy [3]** 105/10
131/5 135/7
**less [8]** 38/22 50/13
57/2 57/5 172/2 175/1
197/23 198/5
**lesson [1]** 146/3
**let [32]** 9/24 10/2 10/8
27/24 28/9 32/5 55/12
63/15 67/11 72/5 72/8

81/4 76/23 77/18
97/23 106/3 109/10
110/23 119/15 122/20
122/20 144/18 156/13
156/13 158/19 160/3
177/1 178/16 181/22
190/16 210/2 211/4
**let's [19]** 18/15 19/20
21/1 23/21 34/13 45/22
49/19 50/15 50/16 51/7
54/8 65/17 128/3
138/12 184/22 185/17
199/1 205/14 205/14
**letter [6]** 94/13 94/15
94/19 94/22 95/3 95/11
**level [13]** 24/19 29/10
29/22 44/8 54/2 54/3
55/4 55/4 55/5 55/6
100/20 127/12 189/21
**levels [3]** 62/20 125/9
150/13
**liability [1]** 195/8
**lies [1]** 93/3
**like [59]** 13/18 13/23
15/8 24/22 27/8 30/9
34/20 35/10 37/12
42/11 43/23 48/15
48/25 51/3 53/2 58/4
70/16 70/21 75/14
77/23 82/5 91/16 93/14
99/18 107/16 108/18
112/23 113/1 113/19
124/9 136/11 141/7
143/2 151/9 152/20
153/19 154/20 160/12
160/13 165/16 166/15
166/15 167/6 172/10
174/2 175/16 176/3
176/21 177/14 177/19
178/20 181/6 182/13
184/20 188/11 193/18
197/25 202/20 205/14
**like you [1]** 70/16
**liked [1]** 81/5
**likelihood [1]** 198/8
**likely [12]** 10/16 29/8
34/19 53/8 87/14
107/19 148/22 161/12
161/21 184/2 197/23
198/5
**Lillian [1]** 54/21
**limited [3]** 15/22 18/12
180/8
**line [6]** 4/19 39/10 76/9
127/22 207/16 213/4
**lines [1]** 84/18 126/18
138/18 207/7
**link [4]** 91/2 93/18
93/20 187/25
**Linkage [1]** 26/5
**Lisa [1]** 54/14
**list [7]** 52/14 52/19
54/11 62/4 74/14 74/18
176/12
**listed [1]** 179/13
**listen [1]** 62/12
**listening [1]** 166/18
**lists [1]** 193/13
**litigation [1]** 214/15

little [16] 20/5 21/12
46/5 49/3 50/13 57/8
60/2 62/12 78/18 91/8
91/25 107/11 153/25
174/25 175/13 194/18
**live [2]** 21/10 178/10
**Lives [3]** 96/12 147/7
199/15
**LLC [5]** 2/3 2/6 2/10
215/5 216/4
**locate [1]** 210/21
**logical [3]** 152/7
176/19 178/15
**logically [1]** 172/3
**long [18]** 5/20 6/1
22/10 34/11 34/15 40/1
58/9 75/16 76/2 77/1
99/11 104/24 105/4
113/3 126/2 126/25
174/7 195/16
**Long's [3]** 76/6 76/10
76/21
**longer [6]** 44/20 91/22
94/6 96/24 129/6
181/17
**look [34]** 15/23 17/12
17/14 18/17 32/16
37/12 75/22 79/11
91/13 96/1 96/1 96/5
96/5 98/5 104/21
112/18 113/4 115/1
115/21 117/14 121/2
132/2 138/12 148/21
155/1 157/9 158/25
160/12 168/5 174/22
182/6 190/17 204/13
207/15
**look-through [1]** 17/12
**looked [14]** 32/21
32/24 59/12 59/14
59/15 77/22 111/4
111/5 114/11 152/1
152/2 160/13 173/19
190/3
**looking [24]** 75/13
87/13 99/11 114/14
117/3 122/16 127/24
127/25 128/12 138/19
146/3 161/11 175/2
177/9 179/25 180/1
183/1 185/2 185/13
188/13 190/15 207/8
208/2 208/2
**looks [17]** 75/14 77/23
77/23 105/19 112/23
113/1 136/10 143/1
170/5 170/6 175/25
176/3 177/14 177/19
182/13 184/15 204/9
**loop [3]** 109/22 127/10
161/13
**looped [6]** 19/20 30/8
31/8 109/2 162/12
188/23
**looping [2]** 110/7
127/4
**lord [1]** 54/14
**lose [2]** 181/9 204/16
**loses [1]** 92/9

**losing [1]** 87/12

**lot [10]** 100/16 133/4
147/25 150/1 150/3
150/12 150/12 150/12
198/4 202/9
**lower [2]** 77/11 178/7
**lowrey [3]** 2/3 2/5
216/4
**lowrey-parady.com [1]**
2/5
**lying [1]** 92/7

**M**

**machine [1]** 214/9
**made [61]** 19/7 29/18
30/14 30/16 30/18
33/21 36/13 36/14
36/25 37/5 42/17 55/22
57/1 79/5 82/21 90/3
90/6 92/12 96/11 97/11
102/10 107/9 117/19
129/5 129/12 130/5
130/8 130/11 133/16
136/22 139/15 140/16
145/24 147/14 155/5
155/20 155/21 155/25
159/21 159/23 160/7
160/9 170/7 171/6
171/6 177/22 177/23
178/23 180/2 180/12
183/14 186/19 190/12
194/5 194/17 195/17
206/10 206/14 206/21
207/21 208/15
**major [1]** 19/6
**majority [1]** 29/4
**make [31]** 8/25 9/18
9/20 10/20 10/24 11/5
24/9 25/5 28/4 28/4
28/7 29/5 29/22 46/10
59/5 65/11 95/16 95/22
96/9 105/2 134/13
145/21 146/21 148/18
162/14 178/19 180/19
180/24 181/10 194/12
209/6
**makes [5]** 78/11
105/13 123/12 139/11
211/11
**making [10]** 83/21 92/2
92/8 123/23 145/3
145/4 146/19 148/15
200/25 204/22
**male [1]** 62/6
**man [1]** 62/17
**manage [2]** 29/5
189/20
**management [37]** 1/7
5/19 19/1 27/18 28/19
36/17 38/2 39/23 40/10
40/23 42/10 42/17
42/20 42/23 43/12 44/3
44/4 44/8 44/21 46/23
46/24 55/16 56/6 83/11
84/1 84/3 85/4 116/22
116/23 116/25 125/9
125/10 148/1 167/6
167/6 168/14 199/10
**management-level [1]**

# M

**management-level...
[1]** 44/8

**manager [73]** 18/21
29/19 33/8 36/16 36/17
37/10 37/15 37/23
39/24 41/18 42/18
43/22 44/10 44/10
44/12 44/20 44/24
45/14 47/21 49/25
50/22 51/4 51/4 51/7
51/9 51/15 65/14 71/10
83/13 83/14 83/17
83/18 83/24 83/25 84/2
84/5 84/7 84/7 84/12
84/19 86/17 87/14
111/14 113/25 114/6
116/9 116/19 116/24
116/24 117/2 132/25
134/1 143/21 143/22
159/24 159/25 165/10
165/14 167/5 167/21
167/23 168/4 168/4
168/7 168/10 168/17
169/12 170/1 172/20
193/18

**manager's [7]** 51/6
115/25 159/25 161/22
186/20 194/1 194/1

**managerial [3]** 45/16
45/18 168/9

**managers [18]** 29/5
37/8 41/24 42/9 44/1
44/14 44/19 45/10
45/21 45/24 45/25 46/2
77/11 81/12 83/16
101/11 104/9 203/24

**managing [1]** 41/14

**mandatory [1]** 46/1

**manifestation [1]** 64/5

**manifesting [1]** 63/23

**manner [1]** 41/9

**many [25]** 11/9 15/9
22/21 22/23 22/24
22/24 27/12 45/25
58/20 61/1 61/1 74/13
86/2 86/11 106/20
109/8 126/3 126/4
130/9 147/10 164/14
176/4 177/24 178/1
198/7

**March [1]** 100/24

**mark [2]** 67/9 106/24

**marked [8]** 4/10 32/1
74/1 105/9 106/25
112/19 192/7 196/7

**market [5]** 23/21 23/22
23/23 45/6 169/18

**marketing [6]** 20/21
20/24 21/24 22/15
22/17 23/5

**massive [1]** 74/16

**mastery [1]** 201/1

**material [2]** 24/1 49/9

**materials [2]** 109/7
139/12

**matter [23]** 25/13 30/4

35/6 39/5 43/24 46/22
51/13 96/12 97/4 147/7
151/18 174/4 188/10
188/12 189/7 189/9
189/10 194/19 199/15
200/17 200/22 205/4
215/21

**matters [7]** 11/17
18/11 95/17 140/8
202/3 208/4 214/7

**may [60]** 1/13 3/8 8/19
9/7 9/14 9/15 24/9
24/10 28/6 33/23 33/25
35/12 37/15 38/4 39/6
41/20 43/15 43/18
45/14 47/10 48/22
48/23 48/24 51/5 51/7
52/10 54/11 54/22 57/1
57/24 62/24 63/17
67/24 69/3 71/2 73/20
77/6 86/16 97/9 101/24
105/15 117/6 120/1
120/8 122/19 122/25
126/5 126/6 147/4
149/3 152/20 195/7
196/2 198/14 205/2
205/3 212/3 215/8
215/18 216/15

**maybe [37]** 13/18
17/21 21/4 32/8 50/12
50/19 53/2 62/11 62/13
62/14 64/16 64/17
64/24 73/8 75/9 82/12
83/4 93/7 118/8 127/22
127/25 130/18 135/20
139/25 163/17 164/14
168/14 168/17 171/20
173/1 178/18 181/7
183/6 185/19 199/2
200/12 206/13

**McCallum [1]** 54/18

**McCollum [2]** 26/4
26/15

**McFadden [8]** 54/21
55/6 88/13 88/14 88/22
89/2 89/13 91/17

**me [129]** 6/6 9/24 10/2
10/8 10/13 11/7 13/10
13/19 16/23 17/8 17/9
18/13 18/19 26/14
26/24 29/2 29/15 30/18
31/14 31/14 32/5 39/4
41/24 54/5 55/12 58/9
63/15 66/9 67/11 68/10
74/6 74/7 74/7 75/17
77/18 77/20 77/20
77/24 78/22 85/8 85/18
86/8 86/9 88/11 88/17
88/21 89/1 89/18 97/23
103/5 103/7 106/3
106/17 107/6 109/10
110/23 111/14 113/20
115/10 116/6 116/8
119/23 120/7 120/11
120/12 121/16 121/16
122/20 122/20 124/1
125/8 125/19 127/10
130/9 132/17 138/25
139/17 141/21 142/5

144/6 144/10
146/19 148/2 152/4
152/16 152/24 152/25
153/16 153/17 154/17
156/13 156/13 157/25
160/1 160/3 160/5
160/15 161/11 164/1
164/1 164/9 166/9
169/17 171/24 171/25
172/2 173/16 173/16
176/19 177/1 179/15
181/22 186/21 188/16
190/16 192/9 197/7
197/10 202/20 203/20
204/12 208/5 208/9
208/25 209/22 213/19
214/6 214/9

**me get [1]** 77/18

**me what [1]** 160/15

**me/global [1]** 77/20

**mean [36]** 19/14 21/4
30/18 83/20 85/7 85/21
87/7 89/19 109/5
113/22 116/11 130/9
136/1 136/10 137/3
142/8 148/14 149/23
150/11 152/16 154/1
157/5 164/21 165/10
169/25 173/15 173/23
176/6 180/19 183/3
185/12 190/25 195/1
195/15 196/19 208/20

**meaning [4]** 69/17 70/9
118/14 124/16

**means [10]** 34/3 69/12
83/18 182/19 189/13
191/17 191/18 196/20
196/22 215/13

**meant [4]** 123/24 144/5
149/25 182/19

**measurably [1]** 65/13

**measure [1]** 64/3

**measures [5]** 18/5 63/8
63/13 63/22 64/4

**media [3]** 209/4 209/5
209/7

**mediator [1]** 104/25

**medium [1]** 144/24

**meet [8]** 24/7 24/8
28/10 40/8 56/18 56/18
130/16 189/8

**meeting [42]** 37/2
40/16 56/16 56/20
60/22 75/18 76/4 76/14
76/16 76/20 76/24 77/7
78/5 78/10 79/12 80/3
80/4 80/21 80/23 80/25
82/10 82/11 82/15 83/4
83/8 85/11 102/16
102/18 102/20 103/16
103/24 111/17 111/19
130/19 141/16 161/4
185/20 186/4 187/1
188/25 189/5 203/12

**meetings [16]** 40/14
41/21 41/22 73/10
73/13 75/2 77/3 84/25
112/12 184/1 184/3
189/2 189/3 203/7

209/17 209/17

**member [1]** 141/18

**members [3]** 81/18
134/7 192/19

**memo [7]** 192/14
192/24 193/9 193/11
194/15 196/9 196/14

**memorialize [1]** 204/21

**memory [5]** 77/15
82/20 208/12 209/20
209/23

**mental [1]** 13/10

**mention [5]** 43/14
80/17 81/3 131/2
171/16

**mentioned [10]** 17/21
29/13 32/24 35/12 51/18
51/19 57/8 60/5 86/25
173/16

**mentioning [4]** 81/11
81/17 104/14 151/12

**mentions [2]** 67/23
68/19

**mentoring [1]** 60/24

**merely [1]** 128/25

**merits [3]** 12/13 12/18
13/12

**mess [1]** 74/19

**message [7]** 110/12
110/13 124/10 127/15
145/2 157/15 157/16

**messages [11]** 15/24
15/24 74/22 75/4 75/5
77/25 78/3 107/4 113/2
126/17 210/13

**messaging [2]** 16/13
16/15

**met [6]** 5/8 116/7
120/11 123/13 186/6
186/12

**methods [1]** 126/4

**metric [1]** 56/11

**metrics [1]** 56/14

**Michael [1]** 54/18

**Michelle [4]** 1/17 214/3
214/21 215/23

**mid [1]** 6/11

**middle [3]** 129/7 129/7
148/4

**might [25]** 23/25 57/5
60/21 62/3 62/4 62/16
69/13 77/2 80/13 82/4
82/17 85/15 86/19 87/5
87/12 134/8 142/9
142/9 142/23 163/21
178/23 180/5 193/11
201/11 205/15

**Mike [1]** 113/24

**milestones [2]** 21/17
22/1

**Miller [1]** 26/6

**million [2]** 24/23 95/20

**Mills [5]** 4/5 82/24 83/4
121/19 171/1

**mind [12]** 8/22 55/1
58/3 60/7 63/5 73/23
142/20 147/4 147/5
175/4 196/17 209/2

**mind-set [1]** 63/5

**minimum [1]** 41/17

**minus [1]** 6/4

**minute [5]** 58/4 129/25
178/1 191/24 205/15

**minutes [3]** 10/7 83/4
127/25

**misalignment [1]**
124/24

**misquote [1]** 131/4

**missing [2]** 189/12
189/16

**misspelling [1]** 10/25

**mistaken [2]** 139/2
139/18

**mistakes [1]** 145/24

**MO [1]** 72/6

**model [2]** 197/14
197/16

**modes [1]** 61/8

**modules [10]** 59/15
60/12 67/3 147/2 147/2
199/6 200/6 201/14
201/18 201/19

**MOHAMED [125]** 1/4
2/14 3/11 3/12 3/14
3/16 3/18 3/18 3/20
3/21 3/22 3/23 4/2 4/3
4/5 4/6 5/9 11/13 11/20
15/18 15/25 18/22
30/23 66/4 67/2 67/17
67/19 68/19 71/3 71/24
72/1 72/14 72/22 75/24
76/3 77/6 100/1 100/14
101/1 102/5 102/13
102/16 103/9 103/16
103/25 104/15 106/4
109/2 109/21 114/17
115/1 115/11 115/14
116/15 117/19 118/7
120/22 122/2 122/13
123/9 123/24 125/4
125/12 125/16 126/21
127/4 127/10 129/5
131/20 132/9 132/24
134/5 134/8 134/10
135/1 135/3 137/8
138/13 138/22 140/13
141/13 142/2 142/17
143/1 143/6 144/13
146/1 146/12 146/12
151/12 157/16 158/7
158/9 159/7 159/14
162/23 163/17 165/1
165/2 165/25 166/4
166/14 166/23 167/8
171/12 173/18 174/2
175/25 177/7 177/13
179/12 186/17 194/14
196/13 199/7 202/23
204/1 204/9 206/1
206/21 215/9 216/6

**Mohamed's [44]** 30/12
69/20 83/2 100/9
100/13 100/23 101/6
101/11 102/22 103/20
105/24 106/3 116/16
120/18 120/19 121/9
132/18 134/2 134/5

**M**

**Mohamed's... [25]**
136/23 137/1 137/2
138/4 151/23 156/9
156/18 159/11 164/7
164/16 165/17 179/1
182/7 182/15 186/13
189/23 191/12 193/7
193/12 194/6 195/11
196/1 198/15 198/19
208/13
**moment [3]** 138/6
144/9 175/4
**Monday [2]** 76/22
76/23
**money [1]** 181/9
**monitoring [1]** 184/4
**month [3]** 6/15 116/5
171/20
**monthly [1]** 75/1
**months [13]** 6/2 6/8
24/24 38/25 106/20
119/2 131/9 170/2
170/23 174/9 188/11
201/19 201/21
**Montoya [1]** 54/20
**morale [1]** 87/17
**more [38]** 15/14 29/8
31/5 40/7 40/22 40/24
50/15 53/2 58/6 58/9
58/12 60/2 62/12 71/10
74/18 75/1 75/20 77/14
91/8 113/2 142/14
142/20 154/1 154/11
164/10 164/14 165/6
169/17 174/4 174/22
174/25 175/5 175/18
178/17 181/8 181/18
201/10 201/11
**morning [2]** 5/7 114/8
**Morris [79]** 3/18 3/20
3/23 4/3 4/8 13/7 18/18
19/8 22/7 25/23 26/2
71/14 71/23 72/3 72/5
72/8 82/11 82/18 84/11
84/17 85/1 99/25 101/9
101/10 102/12 102/16
102/19 108/13 110/6
111/17 112/3 113/1
113/23 114/19 119/14
119/19 122/18 122/23
122/24 123/2 125/11
127/10 131/11 131/16
156/5 156/8 157/17
159/25 160/18 160/18
161/4 161/16 162/1
162/1 162/8 163/24
166/15 167/15 167/18
167/25 168/6 168/8
172/23 174/7 174/16
175/3 175/10 175/11
182/14 184/4 184/6
185/20 188/16 192/21
204/4 210/15
**Morris's [1]** 168/13
**most [9]** 8/21 21/8 28/3
40/5 51/5 51/10 53/8

105/14 175/6
**Mostly [1]** 24/21
**motive [1]** 113/13
**Mount [1]** 5/14
**move [1]** 174/19
**moved [4]** 24/14 24/24
24/25 169/21
**Mr. [34]** 5/7 26/14
26/15 30/13 31/25 66/3
91/7 93/18 93/20
103/10 103/12 103/14
103/24 104/5 113/3
126/25 128/8 152/10
166/15 176/12 185/21
186/12 186/24 187/13
188/15 188/18 192/6
203/8 203/14 205/9
205/25 207/23 211/2
211/18
**Mr. Estrella [1]** 176/12
**Mr. Lee [1]** 26/14
**Mr. Link [2]** 93/18
93/20
**Mr. Rivera [1]** 26/15
**Mr. Schacht [8]** 5/7
31/25 66/3 128/8 192/6
205/25 211/2 211/18
**Mr. Sullivan [13]** 91/7
113/3 126/25 152/10
185/21 186/12 186/24
187/13 188/15 188/18
203/8 203/14 205/9
**Mr. Taylor [8]** 30/13
103/10 103/12 103/14
103/24 104/5 166/15
207/23
**Ms [8]** 3/5 5/6 69/4
77/1 134/2 193/12
215/10 216/9
**Ms. [329]**
**Ms. Barley [67]** 68/20
72/14 83/5 83/13 84/5
102/13 102/17 110/6
111/17 113/24 114/18
114/22 115/2 115/11
115/14 116/16 117/14
117/20 119/14 119/19
120/18 120/23 122/3
122/13 122/23 125/15
126/3 126/23 132/14
134/4 134/6 134/10
134/17 138/14 143/12
157/17 158/17 158/22
158/24 162/8 164/6
164/17 165/24 166/15
166/22 167/1 167/21
167/25 168/3 169/10
170/16 171/10 171/21
172/18 173/8 173/22
182/13 198/20 200/15
200/16 201/6 201/23
202/2 203/25 204/3
204/10 204/13
**Ms. Barley's [14]** 83/11
84/11 85/4 100/19
133/15 133/24 134/21
161/25 164/22 165/6
166/18 167/16 169/2
199/17

**Ms. Elder [4]** 96/10
96/23 97/17 98/6
**Ms. Elder's [2]** 94/18
94/18
**Ms. Godmere [3]**
121/19 142/3 170/16
**Ms. Hoffman [2]** 10/16
211/6
**Ms. Lacey [1]** 157/17
**Ms. Long [6]** 76/2
104/24 105/4 113/3
126/2 126/25
**Ms. Long's [3]** 76/6
76/10 76/21
**Ms. McCollum [1]**
26/15
**Ms. McFadden [7]**
55/6 88/13 88/14 88/22
89/2 89/13 91/17
**Ms. Mills [3]** 82/24
83/4 121/19
**Ms. Mohamed [97]** 5/9
11/13 11/20 15/18
15/25 18/22 30/23 66/4
67/2 67/19 71/3 71/24
72/1 72/14 72/22 76/3
77/6 100/1 100/14
101/1 102/5 102/13
102/16 103/9 103/16
103/25 104/15 106/4
107/24 108/14 108/25
109/2 109/21 114/17
115/1 115/11 115/14
116/15 117/19 118/7
120/22 122/2 122/13
123/9 123/24 125/4
125/12 125/16 126/21
127/4 127/10 129/5
131/20 132/24 134/5
134/8 134/10 135/3
137/8 138/22 140/13
141/13 142/2 142/17
143/6 144/13 146/1
146/12 151/12 157/16
158/7 158/9 159/7
159/14 162/23 163/17
165/1 165/2 165/25
167/8 171/12 173/18
174/2 177/13 179/12
186/17 194/14 196/13
199/7 202/23 204/1
204/9 206/1 206/21
**Ms. Mohamed's [43]**
30/12 69/20 83/2 100/9
100/13 100/23 101/6
101/11 102/22 103/20
105/24 106/3 116/16
120/18 120/19 121/9
132/18 134/2 134/5
136/23 137/1 137/2
138/4 151/23 156/9
164/16 165/17 179/1
182/7 182/15 186/13
189/23 191/12 193/7
193/12 194/6 195/11
196/1 198/19 208/13
**Ms. Morris [67]** 19/8

22/7 25/23 26/2 71/14
71/23 72/3 72/5 82/11
82/18 84/11 84/17 85/1
99/25 101/9 101/10
102/12 102/16 102/19
108/13 110/6 111/17
112/3 113/1 113/23
114/19 119/14 119/19
122/18 122/23 122/24
123/2 125/11 126/3
126/21 127/5 127/10
131/11 131/16 156/5
156/8 157/17 161/4
161/16 162/1 162/1
162/8 163/24 166/15
167/15 167/18 167/25
168/6 168/8 172/23
174/7 174/16 175/3
175/10 175/11 182/14
184/4 184/6 185/20
188/16 204/4 210/15
**Ms. Morris's [1]**
168/13
**Ms. Munoz [1]** 26/16
**Ms. Thompson [5]**
171/13 173/7 173/24
173/25 174/5
**much [15]** 21/25 57/5
68/11 91/22 91/23
136/5 142/14 148/1
165/10 171/7 172/2
172/2 176/17 181/17
211/3
**multiple [5]** 125/24
126/1 127/16 145/19
154/12
**Munoz [2]** 26/9 26/16
**murder [5]** 95/6 95/23
147/8 199/15 201/17
**must [4]** 49/14 58/23
80/2 107/6
**mutual [4]** 97/4 99/17
169/7 169/8
**mutually [1]** 97/2
**my [169]** 5/8 5/13 6/12
6/15 6/19 9/9 10/17
11/25 11/25 12/18
12/19 13/10 13/23 16/1
16/5 16/5 16/8 16/8
16/25 17/8 17/10 18/7
18/8 18/12 18/12 18/24
20/5 20/5 24/18 24/19
26/8 27/14 28/3 28/5
29/4 29/18 30/15 30/20
30/22 31/13 31/20 32/8
32/9 40/7 40/8 40/14
41/13 41/13 41/24
41/25 42/1 42/2 43/2
45/2 45/2 52/17 54/4
54/5 56/1 56/1 57/21
61/23 62/12 62/13
62/13 63/5 63/5 65/12
66/14 67/1 68/2 72/2
72/6 76/7 79/8 85/24
86/7 88/9 88/10 88/25
94/19 95/13 101/23
105/11 107/2 107/18
109/8 109/25 113/12
114/9 117/3 119/9

120/16 121/16 127/12
131/7 132/4 134/22
134/22 134/22 137/24
139/2 143/20 143/23
144/4 144/23 145/6
145/7 145/13 145/19
146/9 147/5 147/5
147/13 147/23 148/21
150/6 152/3 152/19
153/18 154/6 155/4
155/10 156/21 159/15
159/20 160/9 160/13
160/17 167/3 167/3
167/13 167/20 169/20
172/8 173/23 175/10
175/10 176/17 176/23
177/4 178/4 180/10
180/11 182/20 186/20
186/24 190/13 190/19
190/24 192/19 196/4
196/8 198/18 200/8
201/19 206/19 207/1
207/2 207/12 207/12
208/24 209/23 209/24
210/7 213/2 213/21
214/16 214/19
**myself [4]** 41/21 68/2
69/15 184/6

**N**

**name [9]** 5/8 5/11 5/13
54/15 171/16 198/25
199/24 211/19 211/21
**named [1]** 142/4
**namely [1]** 63/9
**names [1]** 54/25
**narrow [1]** 80/9
**nature [2]** 48/19 145/6
**nearing [2]** 128/2
205/14
**nearly [1]** 68/12
**necessarily [7]** 34/2
46/18 46/18 54/11
134/7 165/13 179/22
**necessary [2]** 19/9
215/14
**necessitated [1]** 179/2
**need [34]** 8/22 9/2 10/2
10/7 10/8 10/18 13/24
20/15 22/24 23/22
23/24 28/4 39/5 39/17
41/5 52/11 58/6 59/17
85/23 87/4 117/6
119/12 119/15 132/1
148/24 156/11 170/21
176/22 177/1 180/2
184/16 184/17 203/23
211/13
**needed [2]** 28/3 123/16
**needing [1]** 100/15
**needs [6]** 36/25 40/13
141/15 157/1 158/23
184/17
**negotiating [1]** 141/18
**neither [4]** 26/14 140/1
153/23 154/5
**never [9]** 8/19 21/13
61/11 61/12 66/13 81/5
163/25 166/25 205/10

**N**

**new [14]** 26/16 26/19
29/17 42/20 45/10
83/13 83/16 84/5 84/7
116/24 133/11 165/10
201/2 211/10
**newly [1]** 45/13
**next [12]** 34/20 38/5
40/18 79/11 82/7 82/7
110/2 145/16 175/3
179/25 180/9 182/6
**NICHOLAS [8]** 1/9 5/2
5/13 213/1 213/18
215/7 215/12 216/10
**Nick [9]** 3/11 3/14 3/16
3/20 3/23 4/7 58/8
127/23 192/21
**Nick's [1]** 127/25
**night [1]** 143/17
**nimble [1]** 64/14
**nitty [1]** 22/10
**nitty-gritty [1]** 22/10
**no [98]** 1/2 6/19 7/3
7/13 7/13 9/17 9/19
14/8 14/18 16/24 16/25
24/5 25/19 32/10 36/3
38/21 65/4 70/21 70/24
71/10 71/17 73/2 73/24
77/8 81/25 82/2 82/20
82/23 84/10 86/11
88/21 88/21 89/12
89/12 94/6 96/23 97/6
111/14 112/14 113/20
116/2 117/22 117/25
118/23 118/24 119/6
122/1 127/7 127/12
128/9 130/1 132/3
135/13 135/25 136/17
139/11 139/12 140/9
140/15 141/10 141/12
146/9 148/16 149/11
152/12 155/7 157/7
158/13 166/25 169/6
173/9 175/3 175/3
179/21 179/22 184/19
186/10 195/21 196/15
196/18 196/23 197/8
201/22 202/22 203/13
207/13 207/17 208/19
208/25 210/23 210/25
215/9 216/7 216/12
**nod [1]** 9/15
**none [4]** 11/9 11/9
73/24 166/9
**nonnegotiable [1]**
134/20
**norm [1]** 29/7
**normal [9]** 28/25 37/25
60/24 74/21 104/6
108/7 108/19 108/21
131/16
**normally [3]** 24/19
108/23 154/21
**North [3]** 2/3 2/7 216/5
**not [305]**
**notably [1]** 154/11
**Notary [3]** 1/17 213/23

214/4
**note [9]** 76/7 76/8
76/22 118/7 149/19
152/9 186/15 186/16
186/16
**noted [1]** 117/12
**notes [3]** 143/16
203/11 203/14
**nothing [8]** 11/19
104/1 136/23 136/25
137/2 148/5 184/16
184/16
**notice [7]** 1/16 17/22
39/6 180/21 181/16
216/16 216/18
**notoriously [1]** 178/14
**now [37]** 11/21 24/23
25/25 26/25 44/9 58/7
59/17 65/18 68/11
68/18 68/22 69/9 72/25
75/3 99/14 107/23
109/21 111/11 120/8
121/2 136/16 139/18
148/21 151/3 153/20
158/20 170/7 171/16
175/2 175/17 202/19
204/15 205/10 207/15
209/13 210/3 213/4
**number [26]** 8/11 21/4
27/15 33/2 48/23 52/25
60/9 61/6 90/8 104/4
115/4 117/4 124/22
126/15 151/12 151/24
164/17 169/10 169/19
177/21 178/7 178/7
179/6 183/22 193/13
202/22
**numbers [1]** 181/7
**numerous [4]** 54/7
89/25 90/24 147/11

**O**

**Obianuju [1]** 171/15
**object [4]** 10/16 12/5
89/17 194/24
**objective [20]** 23/25
46/13 46/19 47/4 47/11
47/14 56/11 56/14
56/19 56/22 57/2 57/5
63/8 63/13 64/3 64/4
64/6 65/4 65/11 152/23
**objectively [2]** 56/23
153/9
**objectives [1]** 22/19
**objectivity [2]** 47/17
48/4
**obliged [2]** 86/13
86/13
**observations [2]** 28/1
28/2
**observe [4]** 51/7
101/14 196/24 196/25
**observes [1]** 51/6
**obviously [12]** 18/21
51/9 72/3 87/1 96/6
100/15 100/20 136/21
160/23 184/7 188/18
192/10
**occasion [1]** 15/12

occasionally [4]  14/14
94/21 94/21 73/20
**occur [7]** 69/3 196/19
196/21 198/6 198/9
198/12 198/13
**occurred [7]** 80/24
153/14 154/23 185/22
196/18 198/14 198/19
**occurrences [1]** 92/24
**occurring [1]** 39/10
**occurs [1]** 25/20
**October [9]** 6/10
136/13 138/1 177/10
178/18 179/23 180/4
180/5 206/4
**October 1 [2]** 177/10
178/18
**October 27 [1]** 136/13
**October 3 [2]** 179/23
180/4
**October 7 [1]** 180/5
**odds [4]** 95/8 98/10
126/6 129/21
**off [11]** 5/8 24/24 35/25
85/25 115/17 121/16
128/4 151/19 155/7
211/5 211/17
**offensive [1]** 62/15
**offer [2]** 23/3 55/14
**offered [5]** 11/3 31/5
53/12 141/14 163/5
**offering [2]** 20/22
138/1
**offerings [2]** 23/7 23/8
**offers [1]** 116/20
**offhand [2]** 22/2
133/16
**office [9]** 85/24 111/21
112/1 112/4 148/23
149/9 162/11 215/16
215/17
**officer [8]** 5/18 6/13
6/15 6/16 18/17 29/20
191/20 191/20
**often [6]** 10/4 28/10
38/23 73/15 125/25
126/6
**Oh [7]** 5/22 6/25 8/17
11/11 54/14 81/6 191/9
**okay [405]**
**old [2]** 8/14 62/6
**once [4]** 21/10 148/8
152/19 154/12
**one [69]** 8/19 10/9 15/9
15/14 20/2 23/21 32/9
40/9 40/14 50/18 51/4
51/9 52/4 52/22 52/22
53/2 60/22 60/22 64/24
65/14 77/14 77/21
77/25 78/2 79/13 79/23
82/4 82/7 82/7 84/17
88/9 88/25 93/14
100/22 101/19 101/22
106/14 112/11 112/14
112/16 114/10 114/10
114/23 120/19 121/17
126/9 127/17 129/2
131/2 132/24 138/21
140/15 146/24 153/16

153/17 161/16 161/21
163/23 164/9 164/10
170/5 173/25 173/25
178/9 180/17 189/12
207/22 210/1 211/19
**ones [2]** 181/13 204/6
**ongoing [8]** 7/15 36/18
44/4 67/24 68/4 71/15
149/22 152/5
**online [1]** 201/20
**only [20]** 13/9 17/5
17/6 17/19 45/9 56/22
68/13 73/17 97/12
128/25 139/15 139/20
141/16 155/22 156/22
170/11 179/3 183/25
199/5 208/1
**open [27]** 27/20 32/6
32/6 67/12 67/13 74/2
77/19 85/8 94/13
109/13 112/21 112/22
114/15 116/10 116/10
121/4 133/4 134/1
142/18 157/13 157/14
168/25 175/21 181/23
181/24 195/7 195/19
**open-ended [2]** 133/4
134/1
**opened [1]** 32/11
**openness [2]** 96/16
99/15
**operations [2]** 20/12
54/18
**opportunity [15]** 10/23
11/8 33/22 34/1 34/6
35/12 35/15 39/15
47/20 47/24 56/17
116/20 144/3 144/10
146/2
**opposed [8]** 7/11
30/21 125/12 160/4
166/18 174/23 175/16
207/13
**opposing [1]** 215/20
**optimal [4]** 40/5 40/5
40/6 40/7
**option [2]** 141/14
142/3
**Orakwue [1]** 171/15
**order [4]** 9/2 22/23
133/5 215/18
**ordering [1]** 211/7
**organization [31]**
18/17 18/20 27/1 27/2
27/4 30/10 31/14 39/16
39/17 41/16 42/1 42/4
45/18 50/2 52/10 57/6
65/11 99/7 99/9 151/18
153/19 169/3 170/9
175/7 185/1 185/2
185/8 191/21 199/21
201/13 202/14
**organization's [1]** 57/7
**organizational [2]**
46/21 78/17
**organizations [2]**
178/6 209/10
**orientation [1]** 143/17
**original [6]** 24/7 24/8

131/8 195/16 215/11
215/24
**originally [2]** 137/15
154/8
**other [74]** 9/3 9/8 13/4
14/5 26/25 28/14 34/18
37/21 40/19 41/22
43/22 44/2 44/13 47/15
48/25 56/3 57/1 60/23
61/8 62/14 62/25 75/22
80/3 87/20 89/6 89/25
90/2 92/14 93/22
101/15 101/21 109/8
111/8 111/9 115/6
116/22 121/10 121/20
124/22 126/7 127/1
129/3 134/7 138/24
139/20 140/24 142/18
143/16 148/7 148/10
153/16 156/25 162/16
163/4 166/14 173/18
182/2 183/1 187/20
189/17 189/22 189/24
189/25 189/25 190/1
193/16 196/25 201/12
202/21 204/15 207/22
207/24 208/22 209/9
**others [8]** 54/22 56/15
58/22 121/5 126/25
144/2 144/8 147/11
**otherwise [2]** 177/1
214/14
**our [42]** 9/6 9/14 10/3
22/19 22/20 23/13
29/24 42/17 44/14
60/15 60/17 63/2 63/3
71/14 75/18 80/10 96/1
96/2 96/9 101/22
145/15 145/16 152/8
169/23 170/19 170/20
180/23 183/13 184/21
185/10 191/4 198/2
198/3 199/20 200/17
200/17 200/22 208/12
210/1 211/24 215/16
215/17
**ourselves [1]** 21/12
**out [51]** 9/9 20/25 23/3
28/9 28/25 29/7 32/7
32/7 35/24 38/7 40/14
49/21 52/17 73/3 73/23
74/21 75/10 80/5 80/11
82/6 85/17 98/7 101/3
104/9 109/8 115/23
119/18 119/22 125/11
125/16 133/20 134/6
136/19 138/15 139/6
145/20 146/22 153/13
164/3 168/3 168/6
170/11 176/4 177/5
178/9 178/19 180/15
187/17 197/13 204/25
209/22
**outcome [4]** 165/16
165/17 165/18 214/15
**outline [1]** 107/20
**outright [1]** 93/3
**outset [1]** 21/19
**outside [1]** 189/13

**O**

outsource [1] 170/8
over [16] 9/3 9/8 17/1
17/3 21/5 34/20 38/17
77/19 85/13 119/24
125/8 126/22 141/8
144/17 158/25 169/12
overall [11] 6/1 23/12
69/19 77/12 78/14
78/17 78/25 79/24
93/13 101/6 101/23
override [1] 59/5
oversee [1] 18/25
own [9] 8/8 28/19
61/17 122/10 152/19
152/22 174/23 174/24
198/18
ownership [1] 161/21

**P**

p.m [7] 132/14 143/2
192/3 192/4 205/23
205/24 212/3
page [23] 3/2 4/19 33/1
59/13 60/17 67/15 96/2
109/18 112/25 113/6
132/8 132/13 138/13
146/12 157/16 177/7
182/4 182/6 190/20
192/14 213/4 215/11
215/14
page MOHAMED [1]
146/12
pages [1] 158/10
paid [3] 177/16 179/6
179/21
pain [1] 175/15
painting [1] 122/13
pandemic [1] 74/24
Parady [2] 2/3 216/4
parady.com [1] 2/5
paragraph [20] 33/3
33/7 75/14 75/17 78/4
78/12 78/16 78/24
79/12 115/19 116/1
116/3 117/13 117/13
118/6 120/5 134/12
141/11 144/4 153/20
parse [2] 146/22 156/9
parsing [1] 146/23
part [42] 6/20 8/4 20/14
24/25 53/12 54/6 60/24
62/19 67/3 71/14 74/22
94/16 96/15 97/19
108/6 108/11 108/12
108/19 109/6 109/6
113/9 117/2 117/2
122/15 122/15 144/22
145/11 154/17 154/18
163/5 165/6 165/9
169/15 179/14 184/11
187/16 195/4 201/23
207/2
participate [5] 67/2
67/5 68/16 72/1 196/5
particular [6] 11/23
20/3 73/22 73/24 106/5

155/8
particularly [4] 122/11
124/8 131/5 143/22
parties [3] 126/1 214/8
214/14
partner [3] 170/9
199/20 199/21
parts [7] 115/22 115/22
117/15 121/4 121/10
121/13 121/19
party [3] 166/3 166/8
203/3
pass [1] 160/1
pass-through [1]
160/1
passed [2] 91/23
160/10
passing [1] 51/18
passion [1] 20/3
past [3] 42/18 118/16
154/8
path [5] 98/13 182/16
182/21 183/3 184/21
pathway [1] 206/13
pattern [1] 57/22
pause [1] 64/8
pay [2] 52/5 52/24
paying [4] 150/1 150/4
151/20 180/25
payment [1] 97/11
peer [1] 83/19
pending [2] 10/10
32/20
people [82] 16/16
20/10 26/24 36/22
41/19 41/22 41/22
44/12 44/24 45/13
48/25 54/5 55/14 57/25
59/4 59/19 59/23 59/25
60/6 60/8 60/10 60/13
60/14 60/19 60/20 61/2
61/16 61/24 62/24
62/25 63/6 63/9 64/15
71/16 74/11 74/13 81/9
81/18 83/19 85/8 85/24
86/2 86/8 86/11 89/25
90/8 90/19 90/23 90/24
96/7 121/11 126/15
126/18 127/16 142/18
144/1 150/1 150/4
150/12 151/12 151/25
153/18 165/12 166/14
167/6 169/10 169/19
171/24 171/25 172/2
172/12 172/13 172/17
176/4 178/1 179/3
179/6 179/7 185/5
189/8 189/10 201/12
people's [2] 109/8
150/17
perceive [1] 64/25
perceived [2] 144/2
200/15
perceiver [1] 124/17
percent [2] 156/19
156/23
perception [3] 50/20
64/5 120/21
perform [12] 53/19

53/20 92/8 93/18
157/16 170/3 171/8
171/25 189/11 189/14
189/17 195/24
performance [87]
33/19 33/24 34/6 34/12
34/15 34/19 36/10
36/13 36/15 36/17
36/20 36/20 36/21
36/24 37/16 38/1 38/2
38/2 38/12 38/13 39/7
39/9 39/11 39/23 40/3
40/3 40/10 40/20 40/23
40/25 41/11 41/15
42/10 42/17 42/20
42/23 43/12 44/3 44/4
46/6 46/7 46/14 46/15
46/22 48/8 50/8 50/17
50/21 50/24 51/14
52/11 53/5 53/8 55/16
55/17 56/6 63/15 65/1
69/19 69/20 71/3 71/9
71/19 84/1 84/3 100/1
100/10 100/21 102/3
116/22 116/23 116/24
117/5 117/6 123/12
136/24 137/1 174/11
174/12 195/23 196/1
202/7 203/24 204/3
204/4 204/17 207/20
performed [3] 38/24
93/20 168/25
performing [4] 172/11
172/13 172/15 184/18
perhaps [3] 101/22
142/10 189/12
period [16] 22/22
34/20 34/22 36/24 38/5
52/5 54/23 100/4
101/20 139/22 166/10
171/20 171/20 174/5
180/21 181/16
periodically [1] 20/8
periodicity [1] 38/17
periods [3] 36/9 40/1
40/1
permutation [1] 182/2
person [23] 14/6 15/6
29/17 36/13 47/16
50/19 67/25 75/1 78/9
85/12 85/19 87/16
87/17 92/7 105/6 117/7
142/4 171/13 172/11
172/11 180/22 184/19
189/21
person's [2] 86/17
87/14
personal [7] 14/13
40/15 62/14 145/7
147/23 154/22 198/18
personally [2] 147/22
194/25
perspective [16] 24/18
38/11 40/7 42/2 46/22
47/15 48/16 61/23
133/7 142/9 143/25
145/7 174/18 175/10
184/8 185/1
pet [1] 45/2

phone [16] 2/4 2/8
2/12 14/9 14/13 14/16
15/17 16/5 16/8 18/6
18/8 85/13 125/3
125/12 125/16 144/13
picking [2] 125/3
144/12
piece [5] 98/20 101/20
166/12 196/17 200/5
pieces [3] 151/1 157/6
209/14
pieces in [1] 157/6
PIP [1] 37/18
PIPs [1] 37/17
pitched [2] 19/21 19/22
place [19] 17/12 25/10
45/4 47/4 50/25 63/8
63/22 65/4 73/11 73/13
91/20 123/15 129/2
185/6 197/13 208/6
208/7 209/17 214/9
placed [1] 69/23
Plaintiff [1] 1/5 1/17
2/2
plan [4] 20/21 20/22
21/14 24/5
planning [1] 78/13
plans [2] 20/25 37/17
play [4] 19/10 62/23
196/23 197/5
playground [2] 20/6
44/25
please [8] 5/11 50/11
60/3 110/23 121/25
211/8 215/11 215/14
plus [2] 6/4 150/6
PMQ [18] 20/4 44/11
45/5 59/15 66/17 66/24
67/3 68/23 71/24 72/1
72/15 72/22 83/21
147/1 147/2 199/6
199/10 200/7
point [63] 8/8 18/4
23/15 30/15 32/17 37/1
49/19 66/4 66/9 71/11
73/6 98/12 99/13 99/13
99/14 99/19 100/25
107/23 109/2 123/14
123/16 125/3 127/9
128/2 128/15 128/19
128/23 140/12 141/5
143/20 144/3 147/6
149/10 151/8 152/3
152/7 162/4 168/12
168/14 170/7 176/8
176/17 176/21 177/20
178/16 178/25 179/6
179/24 182/23 183/9
184/7 186/23 186/25
187/2 187/4 187/10
187/14 188/19 188/21
189/4 195/22 208/16
208/21
pointed [1] 49/21
pointers [1] 8/20
points [8] 10/14 27/16
38/20 135/8 135/11
140/12 140/23 141/12
poking [1] 152/24

policies [4] 3/8 29/25
185/10 198/3
policy [21] 32/13 33/9
33/15 33/17 33/18 34/4
34/8 35/5 36/12 49/3
49/8 64/13 85/8 87/2
95/15 95/17 95/18
95/18 95/24 96/9 153/5
political [1] 95/21
politics [1] 95/3
pop [3] 32/4 112/7
112/12
pop-in [1] 112/12
portfolio [4] 22/19
22/20 170/4 170/7
portion [1] 95/21
128/13 138/14 170/8
183/17
position [17] 5/16 5/18
27/24 56/16 95/5 95/7
97/5 97/6 98/10 167/16
168/9 168/18 169/1
171/1 172/19 172/20
175/4
positions [2] 170/15
201/12
positive [2] 19/7 80/1
possibility [6] 56/4
182/24 183/2 184/10
188/3 196/1
possible [14] 47/10
53/18 59/3 65/10 69/22
95/21 139/18 140/10
144/4 170/12 181/13
183/18 187/20 197/7
possibly [2] 15/15
142/7
postponed [1] 137/16
posts [1] 209/9
potential [9] 23/13
52/14 52/20 59/3 61/25
62/8 71/9 126/17
187/21
potentially [3] 65/2
97/1 175/3
practice [7] 40/15
74/23 74/25 74/25
153/7 154/8 195/1
practices [2] 7/19
197/20
preface [3] 54/10 107/2
160/4
prefers [1] 10/4
premium [1] 26/7
prepared [1] 206/23
preparing [1] 174/18
prepayment [1] 7/20
prescribed [1] 36/2
present [6] 2/14 16/3
38/23 38/25 101/15
133/13
presentation [1]
107/17
presented [2] 130/10
200/25
presenting [2] 118/8
123/17
preserve [1] 15/20
president [2] 18/18

**P**

**president...** [1] 54/2
**press** [4] 208/17
208/18 208/20 209/3
**presumably** [2] 67/16
111/3
**pretty** [3] 56/19 64/14
148/1
**prevent** [4] 61/16 63/9
63/22 65/2
**previous** [11] 6/23
45/19 88/21 101/4
105/9 140/14 145/22
146/24 150/23 186/16
214/5
**previously** [9] 43/8
54/4 66/13 112/19
117/24 137/20 183/11
196/7 207/12
**prey** [2] 61/17 63/9
**primary** [3] 105/11
151/10 180/13
**principal** [1] 177/24
**principally** [1] 95/4
**prior** [17] 4/10 33/10
50/6 55/19 64/16 66/17
100/8 100/12 101/16
102/9 106/14 108/14
162/20 172/18 183/22
192/10 215/19
**prioritize** [1] 80/9
**privacy** [2] 152/18
153/18
**privilege** [1] 12/7
**privileged** [1] 12/9
**privy** [1] 135/15
**probably** [16] 11/9
24/1 42/24 61/21 93/14
99/19 108/10 127/24
141/22 160/21 172/4
176/7 178/11 179/10
200/11 203/7
**problem** [12] 32/10
93/6 116/4 118/8
118/12 120/19 120/23
122/13 123/17 176/23
195/10 195/18
**problematic** [8] 115/3
115/11 115/12 116/13
120/13 120/15 121/7
122/8
**problems** [3] 116/2
118/21 143/21
**procedure** [3] 1/16
160/5 216/17
**Procedures** [1] 3/8
**proceed** [1] 23/15
**proceeding** [3] 6/24
7/14 11/10
**proceedings** [3]
152/18 212/2 214/12
**process** [54] 11/18
11/19 11/22 15/21
19/18 20/5 20/14 21/8
21/9 21/11 21/21 22/3
22/10 25/11 31/23
33/23 35/6 36/18 38/2
39/23 40/25 41/14

42/17 42/21 42/23
46/23 54/7 56/2 56/2
56/10 65/4 67/3 67/5
80/11 80/15 82/21 90/2
90/3 90/4 90/6 104/10
106/17 108/7 111/3
111/13 117/8 154/7
159/24 162/15 162/18
184/9 185/7 195/2
208/15
**processes** [2] 6/20
6/22
**prodded** [1] 190/13
**produce** [1] 56/24
**product** [12] 20/22
21/11 22/17 22/18 23/5
101/16 101/19 111/13
156/6 156/7 169/19
201/4
**products** [3] 19/2 26/7
190/4
**professional** [1] 1/17
6/11 214/3 214/21
215/23
**professionals** [3]
27/22 95/19 96/3
**program** [40] 20/18
22/11 45/21 46/3 60/13
61/6 71/24 72/1 72/15
72/23 118/1 118/17
121/13 134/15 135/8
135/23 136/12 136/17
137/4 137/6 137/11
137/12 137/13 138/8
138/24 139/10 140/13
140/24 142/19 157/18
157/21 158/1 177/21
177/25 179/12 198/21
199/11 199/11 200/13
201/9
**program's** [1] 136/12
**programming** [3]
19/11 25/14 176/4
**programs** [12] 18/14
19/2 19/5 20/9 24/14
25/18 107/25 121/5
122/4 200/19 206/1
211/25
**progress** [4] 20/9
39/18 47/2 107/20
**progressed** [2] 131/13
135/9
**progressing** [1] 167/10
**progression** [1] 101/6
**progressive** [9] 33/9
33/14 34/3 34/8 42/10
49/2 49/8 56/5 64/13
**project** [38] 20/3 20/3
21/16 21/17 24/5 45/2
56/24 56/24 66/17
66/25 67/7 68/1 68/3
68/23 70/14 118/24
119/2 119/5 119/14
119/20 119/24 121/10
121/11 121/12 121/14
129/7 129/8 129/22
131/6 131/7 154/15
177/12 199/5 199/7
199/18 199/18 201/2

**Q**

**Qualification** [1] 44/12
**Qualifications** [1]
44/25

2022 of 80

**projects** [21] 19/5
21/13 100/23 101/2
106/4 109/3 110/1
116/6 121/20 122/14
131/3 131/12 137/2
138/5 141/15 153/23
154/3 154/21 168/16
189/20 189/25
**proliferate** [1] 41/25
**promise** [1] 100/15
**promoted** [7] 6/10
45/14 83/14 100/18
100/18 164/21 168/9
**promotion** [1] 28/24
**promotions** [1] 101/25
**prompted** [1] 136/12
**pronounced** [1] 165/6
**proper** [1] 161/14
**protects** [1] 185/8
**prove** [1] 197/7
**proven** [1] 170/17
**provide** [12] 15/21
19/9 28/1 28/2 42/8
78/14 84/4 84/6 110/24
123/9 125/14 133/9
**provided** [3] 34/10
34/14 205/1
**provides** [3] 42/12
65/16 135/6
**providing** [7] 31/23
36/9 118/15 134/25
145/4 145/6 163/2
**public** [8] 1/17 95/5
95/16 96/9 96/11 98/10
213/23 214/4
**publicly** [3] 98/23
98/25 98/25
**publishing** [1] 26/3
**pull** [2] 50/22 51/15
**pulled** [1] 103/2
**pulling** [1] 156/15
**purely** [1] 57/2
**purported** [3] 48/8
48/8 49/20
**purportedly** [1] 206/2
**purposes** [2] 180/15
202/13
**pursuant** [3] 1/16
216/14 216/17
**pursue** [1] 127/22
**purview** [1] 25/4
**push** [3] 24/11 136/12
140/16
**pushed** [1] 118/17
**pushing** [1] 24/23
**put** [18] 27/24 39/5
45/4 45/14 45/25 52/13
52/19 67/9 97/23
104/18 120/9 155/7
168/18 172/7 172/20
173/14 179/20 198/21
**putting** [4] 151/1
151/20 151/21 172/18

**qualified** [1] 169/14
**quality** [1] 189/18
**quarterly** [3] 38/14
38/18 43/15
**question** [32] 9/24
10/10 10/18 12/19
29/14 34/13 44/5 50/11
60/3 63/25 75/18 75/21
76/2 76/6 76/11 76/12
76/15 76/21 77/6
105/11 114/9 138/11
155/10 172/3 172/8
177/4 179/14 190/19
190/24 192/23 196/8
205/6
**questioned** [3] 164/2
166/5 166/7
**questioning** [1] 127/23
**questions** [17] 10/17
11/7 30/25 31/1 31/3
58/6 58/9 58/12 70/9
133/4 134/5 158/19
161/12 210/24 210/25
211/5 214/11
**quick** [2] 128/1 191/23
**quickly** [4] 75/19
116/21 123/11 128/17
**quirks** [1] 9/5
**quit** [1] 169/12
**quite** [2] 70/13 209/14

**R**

**race** [18] 12/20 12/23
13/2 62/22 66/5 66/10
146/16 146/16 146/20
146/22 147/15 186/20
191/13 193/14 193/20
194/3 194/7 196/25
**racism** [3] 89/12 94/23
95/1
**racist** [5] 88/11 89/12
92/15 92/17 93/7
**radically** [1] 11/1
**raise** [3] 40/20 119/12
172/7
**raised** [10] 15/19 17/2
24/19 66/5 66/10 76/21
166/14 173/16 208/24
208/25
**raising** [2] 172/6
173/19
**ran** [1] 161/25
**range** [3] 19/23 67/10
205/3
**rather** [5] 64/13 141/18
142/22 165/11 188/11
**Re** [2] 215/9 216/6
**reach** [7] 56/6 122/3
125/11 125/15 145/20
195/3 209/22
**reached** [2] 119/18
119/22
**reaching** [1] 125/8
**read** [15] 61/6 68/22
68/25 69/1 69/9 105/13
107/2 111/11 115/12
122/12 122/15 147/22
148/8 213/1 213/4
**reading** [7] 69/2 69/9

70/1 120/17 143/23
147/25 188/13
**reads** [2] 120/12 213/4
**ready** [1] 140/14
**real** [1] 165/14
**realistic** [1] 154/17
**really** [17] 9/3 19/24
26/13 31/5 40/21 40/22
53/23 70/21 90/15
136/4 136/5 180/14
181/6 181/6 181/6
181/9 182/3
**realtime** [1] 41/4
**reason** [15] 8/12 27/23
33/20 64/7 64/8 65/7
97/12 125/7 127/14
136/16 137/13 155/22
159/19 176/11 180/13
**reasonable** [6] 35/7
135/22 136/1 136/20
141/23 191/14
**reasons** [11] 8/10 57/2
98/11 144/23 145/19
161/10 161/11 180/17
189/13 190/1 204/5
**recall** [122] 7/18 15/13
15/15 17/22 29/24 31/2
39/2 39/3 42/22 43/3
43/19 43/22 54/11
57/11 57/15 58/21
68/10 68/13 69/1 69/25
70/3 70/4 70/6 70/11
70/15 71/8 71/20 72/11
72/12 72/16 76/11 77/9
77/13 78/8 80/12 81/1
81/3 81/7 81/15 81/16
81/21 82/11 82/15
82/24 83/1 83/8 83/12
84/4 84/8 84/16 85/3
89/16 93/25 94/3 94/11
94/15 94/16 94/25 95/3
95/4 97/10 97/15 100/3
101/18 101/19 102/8
102/9 102/14 102/18
102/19 102/23 102/25
103/17 103/23 104/14
104/16 106/1 107/22
110/9 110/11 110/17
111/19 112/15 135/16
143/14 146/24 148/10
148/13 148/19 152/15
160/5 161/3 161/6
162/10 164/11 164/18
165/7 165/20 171/7
171/13 172/5 172/6
173/15 173/17 173/20
182/20 188/24 189/5
190/3 191/1 191/15
193/4 198/22 199/17
201/15 201/16 201/18
203/11 203/15 207/24
208/9 208/11
**recalled** [3] 99/25
107/11 211/19
**recalling** [1] 161/18
**receive** [1] 20/11
**received** [6] 17/25 79/6
88/4 88/9 105/20 144/7
**receiver** [2] 124/20

receiver... [1] 124/21
receives [1] 48/15
receiving [2] 17/21 88/18
recent [1] 32/18
recently [1] 32/23
Recess [4] 66/1 128/5 192/3 205/23
recognize [6] 59/4 59/20 59/24 59/25 60/6 60/8
recollect [1] 184/24
recollection [63] 6/19 16/1 27/14 30/15 30/20 32/21 46/11 56/1 67/1 70/19 70/22 70/24 72/2 76/1 76/5 77/5 78/19 79/4 79/8 81/23 82/9 82/17 82/23 84/25 90/18 94/14 94/17 94/19 94/21 100/9 101/23 102/15 105/16 105/16 106/16 106/22 107/12 107/13 107/18 119/22 125/13 125/17 149/15 152/3 155/4 159/15 160/9 160/14 160/17 162/16 167/3 186/3 186/3 186/5 186/9 190/13 190/14 200/8 206/19 210/8
recommend [4] 29/9 29/10 161/10 161/17
recommendation [13] 28/22 29/6 29/9 29/18 29/20 29/22 29/23 100/19 101/25 159/24 161/22 161/25 164/23
recommendations [3] 80/6 80/8 80/13
recommended [1] 36/2
recommending [1] 161/9
record [17] 5/8 5/12 9/18 10/3 35/25 39/17 128/4 204/9 206/8 211/5 211/17 213/2 215/24 216/22
Record/original [1] 215/24
records [1] 202/15
recused [3] 67/7 146/25 199/8
red [2] 181/9 181/13
redirect [1] 104/8
redress [1] 37/6
reduce [4] 43/9 64/8 64/9 198/7
reduced [2] 203/16 214/10
reducing [1] 52/24
refer [2] 76/14 204/7
reference [7] 3/7 4/1 147/5 152/8 186/11 203/8 204/7

referenced [6] 37/22 38/14 147/1 183/16 200/21 203/7
referencing [3] 87/15 166/1 166/2
referred [1] 35/5
referring [7] 43/17 69/10 114/10 114/12 114/23 156/20 191/11
refers [3] 76/22 78/5 107/5
reflect [4] 39/20 143/15 144/5 158/8
reflected [3] 20/24 129/15 156/8
reflecting [1] 151/11
reflection [3] 143/17 151/17 154/14
reframe [1] 50/11
refreshes [1] 77/15
refreshing [1] 208/12
regard [14] 19/4 44/3 55/16 55/22 58/21 60/18 69/20 87/17 100/21 147/5 150/21 173/5 186/15 196/5
regarding [15] 11/20 12/10 18/11 25/9 73/11 73/13 98/22 102/13 110/2 134/14 167/15 194/3 198/21 199/5 202/25
regardless [2] 61/12 202/3
regards [1] 11/23
registered [5] 1/17 178/2 214/3 214/21 215/23
registrants [5] 136/18 155/8 177/16 177/21 179/21
registration [2] 175/22 181/18
registrations [4] 136/11 176/8 178/16 178/18
regular [7] 9/14 19/13 19/14 20/14 38/1 38/13 71/14
regularly [4] 36/21 73/16 73/19 166/7
Regulations [1] 7/24
REHAB [1] 1/4
reinforce [1] 143/19
reinforces [1] 134/17
reinforcing [1] 40/21
relate [2] 80/2 92/24
related [8] 6/23 7/19 16/4 44/21 68/1 68/20 141/1 214/13
relates [2] 78/24 199/6
relation [1] 214/7
relations [6] 33/8 49/25 50/2 105/5 114/3 133/13
relationship [6] 52/22 92/6 92/7 116/15 164/4 167/8
relationships [2]

referenced [6] 37/22
relative [1] 52/1
release [1] 97/19
released [2] 46/3 89/18
relevance [1] 205/8
relevant [4] 11/10 17/1 18/20 204/24
relied [1] 194/11
relying [2] 131/11 131/15
remain [1] 53/17
remedial [3] 52/2 52/2 163/3
remember [43] 27/15 53/24 54/15 68/11 70/5 72/13 72/18 72/19 72/21 78/24 81/11 83/3 85/9 94/12 107/21 108/1 110/6 110/20 111/16 112/11 112/14 122/25 123/1 144/13 149/3 160/16 164/19 173/24 185/19 185/20 187/12 198/24 199/23 200/2 202/8 202/10 202/10 203/8 205/10 209/12 209/15 210/12 210/17
remembered [2] 46/17 187/8
reminded [1] 167/12
reminder [1] 95/13
reminds [1] 134/10
REMOTELY [1] 1/10
remove [1] 28/6
removed [1] 99/3
removing [2] 63/25 64/1
reopen [1] 11/4
reorganization [1] 27/7
repeat [3] 52/16 66/22 121/24
repeating [1] 9/7
replacement [1] 170/1
reply [1] 74/20
report [26] 26/14 26/25 28/12 28/12 55/9 80/5 80/19 80/24 81/4 81/8 86/6 86/13 86/23 87/25 88/9 92/17 92/22 92/23 98/18 100/10 140/12 153/15 176/7 176/7 180/8 180/11
report-back [1] 80/24
reported [3] 18/22 82/13 169/11
reporter [8] 1/17 8/22 9/7 10/3 115/17 214/4 214/21 215/23
REPORTER'S [1] 214/1
reporting [12] 18/19 26/22 26/24 42/19 54/5 81/2 82/6 164/4 174/8 215/1 216/1 216/21
reports [21] 20/12 20/12 25/25 26/1 27/12 27/19 28/11 28/19 31/9

31/10 40/8 41/1 41/9 54/2 54/8 83/5 119/11 140/12 144/17 180/14 180/15
reports' [1] 28/19
represent [1] 113/15
representations [1] 151/23
represented [1] 193/9
representing [1] 159/13
request [5] 4/18 10/9 15/22 111/14 117/19
requested [4] 17/14 67/1 67/4 90/3
requesting [1] 117/13
require [2] 31/21 41/20
required [23] 15/8 29/11 29/12 29/15 30/3 31/17 31/20 42/14 42/16 42/19 43/24 44/5 44/7 44/9 44/11 44/13 45/9 45/13 45/17 45/23 49/4 49/7 56/22
requirement [3] 31/6 42/6 51/15 51/17 87/25
requirements [5] 29/25 38/7 41/16 56/20 83/24
requires [1] 42/4
rescheduling [1] 179/2
reserve [1] 11/4
resign [1] 91/14
resignation [2] 3/8 32/19
Resignation/Terminati on [1] 3/8
resigned [2] 171/1 171/10
resilience [2] 175/11 175/18
resistant [1] 49/20
resolve [1] 50/3
resolved [1] 187/19
resource [4] 1/7 5/19 59/13 96/2
resources [5] 28/4 29/19 33/7 154/9 191/20
respect [10] 18/14 27/18 29/13 121/8 122/9 122/14 123/16 186/12 190/9 195/11
respond [12] 10/19 13/22 47/25 68/6 110/22 122/23 133/4 133/8 133/14 134/1 145/20 192/22
responded [3] 111/3 143/12 149/5
responding [8] 48/16 74/11 75/15 111/6 131/19 193/7 193/21 193/25
responds [9] 48/21 76/11 134/4 134/6 134/9 135/3 146/2 158/18 182/14
response [30] 13/23 47/20 48/7 48/19 63/24 69/25 95/10 95/13

101/24 112/12 132/7 132/18 132/21 132/25 133/3 133/15 133/16 133/25 134/8 143/1 144/24 146/5 146/6 147/21 147/22 147/23 148/7 148/10 190/22 190/24
responsibilities [1] 145/15
responsibility [15] 28/3 28/24 85/22 86/6 86/23 116/19 121/11 122/16 133/8 134/1 148/15 148/18 184/25 206/24 207/5
responsible [3] 200/24 207/1 207/4
rest [2] 121/6 156/24
restructure [2] 156/21 170/19
result [10] 15/21 52/25 56/25 82/21 89/9 89/11 164/6 169/19 197/19 201/9
resulting [1] 11/19
results [23] 73/8 73/11 73/13 73/22 76/16 77/10 78/7 78/14 78/15 78/17 78/25 79/2 79/17 79/20 79/20 82/12 89/17 89/18 165/12 170/6 170/18 207/18 207/20
retaliation [25] 13/1 44/16 57/10 68/5 148/16 182/10 185/11 186/13 191/13 193/8 193/14 193/20 194/4 194/9 195/8 195/21 196/18 196/23 197/1 197/3 197/5 197/12 197/23 198/2 198/4
retaliatory [1] 187/21
retention [2] 16/8 17/9
rethink [1] 24/7
return [1] 215/14
revenue [3] 22/21 22/24 24/23
review [13] 10/23 29/2 39/11 54/6 71/15 78/13 79/16 79/19 79/20 137/24 158/8 158/18 207/3
reviewed [2] 107/14 197/1
reviewing [9] 46/24 46/24 133/24 135/10 135/16 135/20 149/20 190/21 210/6
reviews [4] 36/20 36/20 38/2 38/13
revised [2] 32/14 154/19
revising [1] 21/6
Revision [1] 3/9
rid [1] 190/1
right [113] 5/7 10/15 11/4 14/4 15/3 15/11

**R**

**right...** [107] 15/16
17/17 21/18 25/14 31/4
31/4 33/1 39/4 45/10
47/6 55/11 58/6 66/18
67/17 70/23 71/4 73/25
75/12 77/18 80/21
82/24 85/20 85/21 87/9
88/17 89/20 90/4 90/25
91/5 91/17 93/10 96/16
96/18 99/12 101/7
102/6 106/7 106/23
107/5 108/10 108/20
109/3 112/4 112/11
113/4 114/16 114/20
116/20 119/17 123/3
123/7 123/8 123/9
123/10 123/24 127/3
128/16 129/17 130/21
131/13 131/20 132/1
132/9 132/25 136/24
139/13 139/14 140/4
140/7 142/25 144/18
146/1 146/11 150/18
154/23 160/25 161/14
162/5 165/18 168/14
168/17 168/20 169/5
171/11 175/17 179/3
181/21 182/11 182/12
183/18 185/5 185/6
185/13 185/25 188/22
191/13 192/15 194/15
194/22 195/8 197/20
198/10 203/9 205/21
208/15 210/3 210/23
**right-hand** [3] 33/1
67/17 132/9
**ringing** [1] 173/12
**river** [1] 200/2
**Rivera** [2] 26/3 26/15
**road** [2] 99/12 185/13
**Robert** [1] 54/17
**robust** [1] 181/18
**role** [48] 5/20 5/21 5/24
18/13 18/24 19/10 28/6
35/20 45/16 45/18
49/13 53/19 53/20
53/21 92/10 96/24 98/8
98/15 99/3 100/14
100/14 100/16 115/25
115/25 117/2 117/3
134/11 167/23 168/14
168/21 168/21 169/1
169/5 169/22 170/1
172/12 172/13 172/15
174/19 174/19 176/18
176/18 189/21 195/24
196/9 201/4 207/2
211/23
**roles** [6] 6/8 45/14
100/21 170/21 172/1
174/20
**routine** [2] 20/11 38/1
**routinely** [1] 18/8
**row** [1] 177/9
**rows** [1] 138/18
**RPR** [1] 215/23
**Ruby** [29] 2/14 3/11

3/18 3/20 3/22 4/2 4/5
71/10 75/21 75/23
75/23 107/5 110/23
144/10 145/1 145/5
147/11 147/14 147/24
150/5 150/9 151/2
158/14 158/18 161/10
164/20 167/9 182/23
187/1
**Ruby's** [11] 68/15
75/18 76/11 76/12
114/6 116/18 128/24
134/2 143/16 151/5
154/13
**rude** [1] 9/17
**Rule** [1] 215/16
**Rules** [2] 1/16 216/17
**rumors** [1] 166/23
**run** [10] 19/19 23/7
24/10 27/21 27/24
99/11 178/3 178/7
178/11 178/16
**running** [1] 121/14
201/2
**runup** [1] 160/6
**RUSSELL** [8] 1/9 5/2
5/13 213/1 213/18
215/7 215/12 216/10

**S**

**said** [40] 9/19 14/2
17/5 22/14 24/4 30/20
37/10 45/9 46/17 47/1
47/24 67/4 71/2 80/3
81/10 82/10 85/19
90/19 90/23 93/6
104/12 105/2 124/25
133/11 142/18 144/16
145/20 146/19 148/19
149/23 158/11 160/21
162/11 170/22 172/10
186/19 200/9 203/23
209/16 214/8
**sales** [9] 26/4 54/17
54/19 54/20 56/16
56/17 56/18 56/16
211/24
**Salmon** [1] 54/16
**same** [36] 9/13 16/17
27/5 27/15 41/9 41/10
41/20 42/7 46/11 47/19
68/1 68/20 68/22 69/18
112/4 112/6 116/1
121/3 127/15 127/16
137/11 137/12 137/13
138/7 138/13 139/3
141/17 142/15 144/20
144/22 145/2 170/6
175/2 178/12 191/10
213/2
**Sanchez** [2] 54/20
211/22
**Sanchez-Cabezudo** [1]
211/22
**Sanchez-Montoya** [1]
54/20
**Sarah** [2] 141/14 142/4
**saw** [4] 122/19 143/15
183/17 192/10

**say** [48] 9/16 19/20
9/21/7 21/7 23/21 24/11
34/19 45/22 49/19
50/15 50/16 51/7 58/23
60/7 61/7 63/24 70/12
72/6 75/17 75/20 86/2
86/11 86/19 87/14 91/8
103/21 104/11 114/25
116/18 116/25 124/15
139/2 142/15 143/6
144/6 151/10 152/10
152/13 153/3 156/18
158/22 159/5 169/23
178/16 194/2 195/17
204/10 204/13
**saying** [16] 8/23 40/15
54/10 72/4 86/15 111/9
113/23 140/20 142/2
154/4 157/8 161/16
162/16 182/14 183/8
197/6
**says** [21] 20/22 21/24
33/2 33/7 74/7 78/12
78/16 109/22 118/13
132/9 138/23 157/18
158/7 176/6 182/21
182/25 183/3 184/15
184/22 192/18 209/3
**scale** [3] 40/4 40/6
198/1
**scenarios** [2] 130/11
185/16
**SCHACHT** [22] 1/9
3/11 3/14 3/16 3/20
3/23 4/7 5/2 5/7 5/13
31/25 66/3 128/8 192/6
192/21 205/25 211/2
211/18 213/1 213/18
215/7 216/10
**SCHACHT's** [1] 215/12
**schedule** [6] 23/3 23/4
24/7 24/8 80/3 179/24
**scheduled** [3] 137/15
139/10 180/5
**schedules** [1] 101/2
**scope** [1] 197/2
**scratch** [1] 21/5
**screen** [2] 32/8 114/15
**scroll** [1] 76/7
**sdittmer** [2] 215/1
216/1
**Sean** [11] 91/4 149/8
149/15 150/7 151/5
152/3 162/10 185/25
186/6 189/5 190/21
**search** [2] 15/17 15/20
**seasons** [1] 199/13
**second** [21] 32/9 32/25
33/6 46/12 52/17 67/15
75/16 78/4 78/15
115/19 118/6 141/12
145/3 149/7 153/20
157/15 165/3 177/9
192/14 192/18 201/2
**section** [2] 33/3 135/7
**see** [65] 29/6 33/1 33/4
33/12 35/8 67/15 67/21
68/8 76/6 77/15 79/17
84/20 98/14 101/16

108/23 109/19 110/3
110/8 111/1 111/11
117/16 118/18 118/19
119/17 122/6 122/7
123/5 125/4 127/12
127/14 132/10 132/11
132/15 135/4 136/14
138/16 138/19 138/24
141/19 141/20 143/3
144/4 149/7 156/6
156/7 157/23 176/22
177/17 178/9 178/17
179/16 179/17 179/22
180/4 181/2 181/6
181/17 184/22 184/23
185/24 195/10 195/17
196/12 196/14 199/1
**seeing** [7] 79/8 112/12
117/4 163/5 163/5
185/14 203/8
**seemed** [2] 154/16
164/25
**seems** [1] 179/13
**seen** [15] 23/19 23/20
32/17 32/18 37/16 94/1
99/13 101/19 105/12
105/15 105/17 105/17
129/3 192/8 210/5
**self** [1] 61/8
**self-training** [1] 61/8
**semester** [1] 23/11
**semesters** [1] 23/6
**semiannual** [3] 39/20
40/2 41/1
**semiannually** [2] 38/18
43/16
**seminars** [1] 22/20
**send** [3] 74/21 75/9
210/21
**sender** [1] 124/20
**sending** [3] 148/7
157/16 210/19
**senior** [11] 6/10 26/4
100/19 115/24 134/11
154/15 159/16 163/10
164/22 175/6 192/19
**sense** [8] 9/20 10/20
11/5 78/11 105/14
117/12 139/11 211/11
**sent** [17] 17/9 37/14
37/15 73/3 78/1 107/5
110/5 114/7 114/17
122/22 132/2 138/15
149/11 177/5 180/15
196/12 196/15
**sentence** [10] 33/6
69/11 75/16 78/15
115/20 141/13 145/13
145/17 149/8 192/18
**sentences** [2] 75/20
122/10
**separate** [4] 14/16 57/6
164/4 188/1
**separation** [2] 96/22
196/9
**September** [3] 11/14
160/11 183/7
**September 1** [3] 11/14
160/11 183/7

**serious** [1] 36/23
**seriously** [2] 150/2
151/19
**service** [3] 16/13 16/15
201/4
**services** [2] 7/21 19/3
**sessions** [1] 60/15
**set** [13] 22/14 22/18
22/18 23/3 23/7 23/8
42/2 63/5 80/9 141/6
153/22 154/8 216/18
**setting** [1] 154/19
**settlement** [3] 97/7
97/14 216/19
**several** [5] 10/22 20/19
118/17 119/2 201/18
**severance** [2] 97/1
97/13
**severity** [1] 85/16
**sexual** [2] 86/6 86/25
**sexually** [1] 85/19
**shake** [1] 9/15
**shape** [1] 159/1
**share** [13] 32/1 67/8
68/2 73/25 105/8
106/23 157/20 166/22
167/18 175/20 181/21
192/6 196/6
**shared** [9] 81/23 89/2
143/7 149/8 152/4
153/6 167/7 192/9
210/7
**sharing** [5] 89/6 96/14
102/16 141/15 158/18
162/16 162/16 162/16
**she** [134] 10/4 10/4
10/17 11/15 13/9 13/22
66/9 66/10 66/12 66/20
67/3 67/4 67/4 67/4
67/5 67/6 67/6 67/6
67/23 68/16 68/19
69/21 69/21 70/3 70/4
81/23 81/24 83/13
84/17 88/16 89/5 92/1
92/2 92/12 93/6 93/7
94/9 94/10 94/22 95/8
96/18 96/19 96/20
96/23 96/24 97/3 98/1
98/1 98/2 98/3 98/14
98/18 98/18 98/19
98/20 99/2 99/8 103/11
104/3 104/18 105/5
108/15 108/17 110/5
118/13 121/11 123/15
125/15 129/10 129/10
129/16 129/24 130/3
130/3 130/18 133/10
133/25 135/6 135/17
140/23 141/15 146/18
146/19 146/21 146/25
147/1 151/12 151/24
154/17 154/18 157/18
159/8 159/15 161/21
161/25 163/22 164/25
165/1 165/9 165/15
165/16 165/16 165/24
165/25 166/2 166/3
166/23 166/25 167/12
167/22 167/22 168/4
168/6 168/10 168/15

**S**

**she...** [19] 168/24 169/4 169/6 169/21 171/16 171/17 172/20 172/22 175/16 182/14 182/15 182/25 186/19 191/12 191/12 195/12 195/14 204/10 206/2

**she's** [10] 12/4 26/19 68/19 94/6 127/10 129/6 146/3 151/3 168/15 168/16

**sheet** [1] 215/15

**sheets** [2] 213/2 215/14

**Shelly** [2] 211/4 211/13

**shift** [1] 122/16

**short** [6] 51/20 52/14 52/20 56/13 65/5 114/21

**shortcutting** [1] 195/1

**shorthand** [1] 214/9

**shortly** [2] 18/2 103/15

**should** [23] 36/14 39/11 39/17 50/25 59/23 60/6 73/16 86/9 95/6 95/8 96/11 113/24 115/22 115/22 117/15 125/15 134/14 156/22 168/4 168/5 191/18 205/16 213/4

**shouldn't** [2] 114/5 116/18

**show** [4] 77/14 132/6 156/13 156/13

**showing** [3] 35/20 100/15 100/17

**shown** [3] 35/17 35/21 179/5

**SHRM** [81] 3/10 4/8 5/19 5/24 6/1 6/9 11/14 11/15 11/20 11/23 11/24 13/5 14/17 14/24 15/2 18/15 25/13 26/5 26/15 26/16 27/4 33/2 33/15 34/8 37/17 42/8 42/12 44/8 45/25 46/7 51/20 53/17 53/20 53/22 53/24 54/13 59/22 60/10 70/13 73/3 77/11 78/6 78/14 88/6 93/23 94/2 94/23 95/1 95/5 95/6 95/14 97/3 98/22 98/24 98/24 101/6 112/25 113/7 136/12 149/19 153/12 158/11 166/24 167/14 168/18 171/1 177/20 178/4 182/4 182/6 189/7 192/16 197/13 197/20 197/24 198/9 198/12 206/21 208/23 215/9 216/6

**SHRM's** [8] 49/2 59/12 95/7 150/6 150/6 194/12 196/17 204/21

**SHRM.org** [1] 60/17

**side** [1] 40/6

**sign** [1] 216/15

**signature** [6] 211/7 214/16 215/11 215/12 215/14 216/11

**signed** [4] 140/15 176/5 216/12 216/13

**significant** [2] 102/10 170/8

**significantly** [2] 29/7 129/2

**similar** [3] 152/19 152/19 201/12

**similarly** [2] 65/14 204/13

**Simms** [1] 170/23

**simply** [5] 69/11 158/6 178/8 187/20 205/6

**simultaneously** [1] 121/5

**since** [14] 5/24 11/21 14/11 14/22 17/12 27/10 139/17 145/8 154/11 163/22 169/21 210/1 211/18 216/18

**Sincerely** [1] 215/22

**single** [1] 40/9

**sit** [3] 24/6 136/10 190/7

**sitting** [3] 69/25 173/10 188/24

**situation** [27] 19/6 29/8 30/15 30/16 30/19 36/7 37/6 48/17 53/6 64/23 86/16 94/18 104/24 116/13 126/14 126/14 127/6 145/22 165/18 167/11 175/14 184/5 184/14 202/21 204/2 207/9 208/13

**situational** [7] 20/12 41/23 62/5 62/10 62/19 87/21 145/21

**situations** [8] 30/2 49/14 49/23 92/24 93/3 93/4 142/12 191/19

**six** [6] 38/25 54/23 171/20 179/25 180/1 180/9

**six-month** [1] 171/20

**six-year** [1] 54/23

**size** [1] 78/23

**SKC** [3] 1/2 215/9 216/7

**skills** [4] 83/20 83/24 185/6 201/2

**skim** [1] 105/13

**Slack** [12] 14/5 14/24 15/1 15/6 15/17 15/24 16/10 16/12 16/12 16/22 16/22 110/13

**slate** [1] 169/24

**slightly** [1] 140/24

**small** [1] 177/22

**smaller** [3] 26/21 74/18 80/18

**SME** [7] 118/13 118/25 119/1 119/20 140/25 156/23 200/22

**SME's** [2] 115/21

**sign** [1] 216/15

**SMEs** [4] 25/13 25/17 200/23 201/9

**smooth** [1] 165/13

**smoothly** [1] 165/11

**so** [319]

**social** [11] 68/24 95/5 95/21 95/22 147/7 199/3 199/5 200/6 204/9 209/5 209/7

**SOCIETY** [2] 1/7 5/19

**solicitation** [1] 25/16

**solution** [2] 118/9 123/17

**solutions** [1] 116/2

**some** [71] 8/8 10/16 15/1 19/23 25/14 27/7 32/17 35/17 36/24 37/21 39/12 40/11 41/22 49/19 50/17 50/21 56/14 63/21 67/2 68/7 68/22 69/3 73/6 75/9 78/14 78/17 86/24 87/19 87/25 96/11 97/19 97/23 99/25 100/1 104/3 105/11 107/6 107/9 107/23 109/2 115/2 123/23 123/23 133/12 139/22 140/25 141/5 142/3 156/9 162/4 167/24 168/5 174/3 176/21 178/10 181/8 182/2 183/5 183/22 184/6 185/15 187/4 187/9 187/14 188/19 189/4 193/15 200/5 200/5 202/6 206/9

**somebody** [26] 13/19 22/7 34/18 45/14 45/17 48/15 49/5 49/12 51/6 53/20 56/16 57/3 85/18 86/10 92/16 92/22 92/23 93/3 103/4 116/9 125/20 127/1 129/21 143/22 170/4 184/17

**somebody's** [9] 28/23 49/9 49/10 49/12 49/13 52/24 56/20 161/1 204/25

**somehow** [1] 63/2

**someone** [12] 34/11 43/22 51/15 56/12 85/12 90/19 93/24 98/7 113/18 120/10 185/21 195/6

**something** [47] 9/6 9/7 10/25 16/18 19/24 24/19 25/20 28/7 29/6 40/13 40/20 51/3 54/19 56/3 59/19 60/5 69/13 72/7 86/5 86/8 86/9 86/12 86/17 87/3 87/4 87/5 91/13 105/8 113/14 119/15 124/9 125/9 144/16 153/17 156/11 159/7 168/5 173/15 175/17 177/1 178/20 181/9 197/8

**199/2 200/1 200/10 207/7**

**sometime** [4] 6/11 83/14 91/9 160/23

**sometimes** [12] 9/8 15/5 24/5 24/10 49/1 85/25 85/25 86/1 86/16 125/20 126/8 166/6

**soon** [3] 127/24 128/2 205/16

**sorry** [16] 35/23 52/16 55/13 66/22 69/7 110/10 122/19 128/10 145/16 147/23 150/24 167/4 167/10 187/7 191/8 200/17

**sort** [6] 36/24 37/21 37/22 50/17 96/11 97/23

**sorts** [1] 96/2

**sound** [7] 53/23 106/7 106/11 157/5 171/11 182/11 199/3

**sounds** [26] 9/3 9/9 9/11 15/8 27/8 35/1 35/10 43/23 53/2 54/15 64/13 70/16 70/21 91/16 93/13 99/18 106/8 108/18 113/19 141/7 151/9 154/20 174/2 182/12 202/20 205/20

**space** [1] 62/14

**span** [1] 95/20

**speak** [6] 81/5 81/9 98/17 108/13 166/17 189/9

**specialist** [2] 100/18 100/19

**Specialty** [1] 60/11

**specific** [34] 24/13 24/16 29/25 35/5 41/16 51/17 52/1 60/2 69/10 79/16 79/23 80/13 82/9 82/15 82/17 84/8 84/9 84/16 84/24 89/18 91/12 94/25 95/8 104/1 111/14 112/14 112/16 134/5 148/25 161/6 175/4 185/18 199/17 209/16

**specifically** [17] 7/20 16/1 39/3 60/16 78/21 89/16 97/10 97/15 103/21 104/11 147/17 155/2 165/25 173/25 187/13 193/4 201/16

**spectrum** [1] 95/21

**speculate** [2] 113/13 114/13

**speculating** [2] 68/17 190/6

**speculation** [1] 134/23

**speculative** [2] 99/12 130/8

**speech** [1] 63/3

**speed** [1] 109/25

**spelling** [1] 211/4

**spend** [1] 207/15

**split** [1] 79/12

**spoke** [2] 185/25 190/21

**spoken** [3] 13/4 103/11 124/21

**spot** [1] 127/18

**spreading** [1] 166/23

**spring** [2] 23/6 23/7

**square** [2] 202/20 203/20

**stack** [1] 184/14

**staff** [1] 169/23

**stance** [1] 98/22

**stand** [3] 96/11 96/12 206/20

**standard** [1] 35/18

**standards** [1] 37/3

**stands** [1] 11/16

**start** [5] 14/1 20/22 34/13 126/5 132/13

**started** [5] 152/20 187/3 187/9 188/8 201/11

**starting** [4] 21/2 110/8 125/18 125/24

**starts** [1] 116/3 182/3

**state** [7] 5/11 22/3 59/2 59/22 92/22 103/3 214/4

**stated** [1] 12/17

**statement** [10] 46/13 46/19 72/4 92/14 93/8 95/23 126/10 158/13 159/11 161/8

**statements** [7] 88/22 92/3 92/13 95/17 95/22 139/2 156/10

**STATES** [1] 1/1

**status** [4] 28/23 32/8 50/7 186/25

**statute** [1] 185/9

**stay** [2] 27/5 181/11

**stealing** [1] 87/6

**steam** [1] 85/25

**Stellar** [1] 10/15

**stem** [1] 166/13

**step** [3] 148/3 175/12 175/16

**Stephanie** [4] 81/1 81/4 81/5 81/12

**Stephanie's** [1] 81/8

**steps** [1] 110/2

**still** [19] 10/18 16/3 16/11 18/25 24/7 83/13 139/3 146/13 156/11 158/15 182/23 183/1 191/5 191/6 195/22 195/22 198/9 207/4 207/12

**stipulation** [1] 216/14

**stirring** [1] 92/3

**stop** [4] 9/7 18/5 77/15 134/24

**stopping** [1] 128/2

**strategically** [1] 174/25

**strategy** [3] 6/15 18/25 26/8

**stream** [1] 126/9

**S**

**Street [5]** 2/3 2/7 2/11 215/6 216/5

**strengths [1]** 41/25

**stress [2]** 167/22 175/15

**strike [2]** 55/12 135/21

**string [2]** 131/21 131/23

**strong [3]** 174/13 181/3 181/4

**strongly [1]** 147/12

**structural [1]** 38/11

**structure [5]** 18/18 26/24 38/12 43/7 43/9

**struggled [1]** 118/16

**stupid [1]** 19/24

**style [2]** 27/18 41/18

**subject [8]** 25/13 76/9 98/21 106/5 152/20 152/25 200/17 200/22

**subjective [3]** 124/2 124/5 124/6

**subjectivity [2]** 47/18 48/4

**submit [1]** 161/1

**submitted [4]** 11/15 17/15 158/10 158/14

**submitting [1]** 94/12

**subordinate [1]** 47/23

**subordinate's [1]** 47/22

**subscribe [1]** 16/16

**Subscribed [1]** 213/19

**subsequent [5]** 68/14 71/22 72/13 140/23 164/16

**substance [1]** 195/19

**substantial [6]** 16/18 149/19 149/24 150/11 151/10 172/22

**substantially [1]** 26/11

**such [8]** 55/21 55/21 63/13 73/17 85/11 111/19 126/2 153/15

**sufficient [6]** 33/20 56/6 118/15 159/2 159/3 178/17

**suggest [2]** 107/10 129/20

**suggested [3]** 133/9 193/12 207/16

**suggestion [1]** 134/6

**suit [1]** 7/1

**Suite [5]** 2/3 2/7 2/11 215/6 216/5

**Sullivan [17]** 91/4 91/7 113/3 126/25 149/16 152/4 152/10 185/21 186/6 186/12 186/24 187/13 188/15 188/18 203/8 203/14 205/9

**Sullivan's [1]** 162/11

**summary [6]** 33/18 34/10 135/10 176/3 176/8 182/15

**summer [13]** 45/5 73/1 73/6 73/23 83/9 83/12

94/10 100/25 106/20 111/25 178/13 178/13 199/14

**supervise [1]** 41/9

**supervisee [4]** 48/6 49/17 50/24 65/1

**supervisees [1]** 41/11

**supervisor [10]** 47/6 48/7 49/17 50/7 50/18 63/17 64/23 92/17 100/11 163/18

**supervisors [2]** 63/9 77/11

**support [15]** 31/23 52/10 84/5 84/19 95/19 95/20 96/8 116/25 117/8 128/17 141/17 153/13 167/13 167/13 167/13

**supporting [1]** 93/8

**supports [1]** 185/7

**suppose [2]** 130/11 207/15

**sure [58]** 6/9 8/25 9/10 9/18 10/24 12/2 12/15 27/17 28/4 28/4 28/7 30/14 32/17 43/4 46/10 52/12 52/18 53/1 54/24 55/2 58/23 59/6 59/14 60/4 64/4 64/10 65/11 65/19 66/23 76/13 77/4 79/1 79/3 84/15 85/10 87/8 90/5 100/7 104/13 112/17 118/5 128/3 133/6 142/13 148/15 148/19 156/10 157/2 157/7 162/14 166/11 166/21 183/15 185/7 199/22 200/25 208/21 209/8

**surfaced [1]** 166/9

**surprise [1]** 78/22

**surprised [2]** 30/10 88/21

**survey [12]** 73/2 73/3 73/14 73/17 73/23 76/16 77/10 78/7 79/7 82/7 82/12 82/22

**surveys [1]** 82/5

**suspect [1]** 119/23

**suspended [1]** 52/5

**suspension [2]** 55/21 163/7

**suspicions [1]** 113/12

**SVP [1]** 176/19

**SWAIN [2]** 2/6 2/6

**swainemploymentlaw.com [1]** 2/8

**SweetRush [2]** 199/25 200/1

**swore [1]** 210/10

**sworn [3]** 5/3 213/19 214/6

**symptom [1]** 189/16

**symptoms [1]** 190/1

**systems [1]** 101/22

**T**

**table [6]** 116/2 116/21

78/1 78/5 79/14 81/18 105/5 110/24 134/7 134/13 138/15 141/18 171/17 192/19 199/19 206/7

**teams [3]** 20/12 79/13 82/6

**technical [1]** 174/17

**tell [19]** 18/13 30/18 38/20 42/16 68/10 81/9 88/17 115/10 153/4 157/12 160/5 160/15 164/9 188/21 191/1 208/5 208/9 209/21 210/10

**tells [1]** 150/5

**ten [5]** 6/2 6/8 58/4 174/9 205/15

**ten-minute [2]** 58/4 205/15

**tend [1]** 23/7

**tendency [1]** 57/22

**tends [1]** 104/7

**tenure [8]** 73/18 88/5 93/22 94/2 169/2 169/12 171/11 204/20

**term [3]** 37/18 37/19 57/17

**terminate [11]** 98/2 98/7 159/21 171/4 183/10 189/8 189/10 194/20 195/6 206/10 206/21

**terminated [24]** 8/9 8/10 49/12 53/22 53/24 54/1 54/9 54/9 54/13 55/15 55/25 91/17 92/1 92/2 96/19 96/20 159/14 159/15 162/24 169/11 170/23 171/10 194/14 204/20

**terminating [7]** 30/23 65/3 161/9 161/10 161/17 162/25 170/2

**termination [61]** 3/8 8/13 29/1 30/8 30/12 30/24 31/6 32/13 32/20 33/11 51/12 52/15 52/20 54/4 55/20 56/3 56/13 64/17 65/5 65/8 83/2 91/24 97/1 98/11 98/13 103/20 105/24 106/6 106/15 117/1 123/14 128/18 128/20 128/23 130/16 159/19 160/6 164/17 165/17 183/2 183/7 183/9 183/19 183/21 183/23 184/9 184/10 184/12 185/19 187/2 187/19 188/3 189/1 190/9 194/16 195/11 195/18 202/25 204/22 204/25 208/14

**terminations [4]** 30/5 30/6 54/7 202/22

**terminology [5]** 59/7 59/9 59/11 120/13 131/4

**terms [13]** 11/20 29/14 29/24 40/24 46/14 49/9 54/4 55/19 61/8 84/6 116/14 145/5 165/23

**terrible [1]** 54/15

**terribly [1]** 8/25

**test [2]** 58/17 58/21

**testified [19]** 5/4 25/9 39/15 45/7 49/3 64/12 66/18 99/24 104/17 118/7 146/14 183/5 185/23 188/22 194/18 195/5 207/23 210/13 211/20

**testify [1]** 214/6

**testimony [24]** 13/8 13/9 14/7 46/4 64/12 66/12 66/15 93/5 98/1 119/10 130/14 132/23 143/7 144/14 180/7 188/2 202/6 202/8 206/9 206/11 209/14 210/14 213/2 214/12

**text [12]** 13/16 13/22 13/23 14/5 14/20 15/24 16/8 16/22 18/9 110/12 124/9 210/13

**texted [1]** 13/25

**texts [4]** 16/2 16/5 16/18 18/5

**than [45]** 13/5 15/14 23/24 29/8 37/21 38/22 40/25 43/22 44/2 56/3 56/15 62/17 65/13 71/11 74/18 77/11 90/2 91/8 92/14 107/11 111/9 127/1 129/6 139/21 141/18 142/22 142/23 148/7 148/10 162/16 162/16 163/4 164/10 164/14 173/18 174/5 175/18 178/7 184/22 188/11 189/24 201/10 201/12 207/22 208/23

**thank [12]** 44/6 58/14 75/17 75/21 110/23 158/18 163/12 181/20 200/1 210/25 211/2 215/21

**thanks [5]** 65/20 65/25 146/2 192/2 205/22

**that [1186]**

**that I [1]** 75/5

**That is [2]** 53/25 121/1

**that's [104]** 8/17 8/24 11/25 12/18 19/14 24/18 25/1 25/6 27/23 29/6 29/14 32/20 35/19 37/13 39/14 40/3 40/5 40/23 40/23 43/16 44/4 44/17 44/17 44/25 48/20 52/22 53/9 56/19 57/5 58/9 60/18 64/7 64/7 64/8 64/24 66/14 67/16 72/20 74/8 75/16 76/21 81/7 81/7 84/13 90/20 90/22 91/10 91/18 102/1 103/8

The following index continues from center column:

**tactically [1]** 175/1

**take [30]** 18/4 45/23 52/10 53/7 58/4 64/14 65/17 85/17 86/13 86/24 87/25 98/25 111/9 115/21 129/5 132/2 138/14 142/9 142/9 148/8 157/9 161/21 175/12 175/12 178/18 191/23 205/14 206/23 207/5 208/5

**taken [12]** 1/16 35/21 36/1 45/19 66/1 95/7 128/5 192/3 205/23 208/7 214/9 215/8

**takes [1]** 22/11

**taking [14]** 8/23 36/4 73/10 73/13 95/5 129/15 129/21 130/17 150/1 151/18 164/2 177/2 201/18 203/11

**talent [2]** 170/17 170/21

**talented [1]** 168/15

**talk [25]** 9/3 9/8 13/7 40/2 54/8 64/3 83/4 85/12 86/2 86/3 86/9 86/17 87/15 87/16 87/17 112/8 120/6 122/18 125/20 145/1 145/1 185/17 188/25 204/15 210/1

**talked [14]** 40/16 44/25 47/3 49/11 60/17 82/18 123/22 149/15 151/2 151/3 203/6 204/11 204/14 204/18

**talking [10]** 47/5 54/22 62/7 62/21 137/5 137/18 139/16 147/20 160/16 160/17

**talks [1]** 140/23

**tap [1]** 141/14

**target [3]** 138/23 178/7 178/8

**targets [3]** 56/17 56/18 56/19

**tasks [1]** 69/21

**taught [6]** 59/20 59/23 59/25 60/6 60/8 60/10

**Taylor [9]** 30/13 103/10 103/12 103/14 103/24 104/5 148/2 166/15 207/23

**tea [2]** 188/13 188/13

**teach [6]** 59/4 60/13 60/14 60/16 60/20 61/2

**teachable [1]** 146/3

**teaching [7]** 60/19 61/21 144/3 144/9 144/10 200/12 200/12

**team [35]** 3/13 3/16 19/15 22/6 22/7 22/17 22/17 23/5 23/5 25/1 26/21 26/23 29/18 49/25 50/2 60/18 74/7 74/9 74/10 74/11 77/21

that's... **[54]** 105/9
108/10 108/12 115/8
115/9 115/24 117/9
120/10 126/10 130/7
130/7 130/15 131/15
132/13 140/18 141/23
144/19 146/15 148/11
150/11 151/1 151/16
153/7 165/13 165/14
170/10 170/17 174/21
176/6 178/22 178/22
179/10 179/14 180/10
180/17 181/19 182/7
188/22 191/9 191/14
191/25 193/10 193/24
194/13 194/25 201/4
205/12 206/19 209/8
209/19 210/4 210/5
210/7 210/10

**their [47]** 19/17 25/14
26/15 27/21 27/24 28/5
28/19 29/8 31/9 31/23
34/12 34/19 35/19
36/16 37/9 37/23 37/24
39/7 41/11 41/15 48/7
48/8 48/8 48/16 48/16
50/5 50/18 50/20 56/17
56/18 56/18 61/17 80/5
84/3 92/8 96/3 96/8
104/9 116/9 119/11
121/20 122/10 144/25
170/10 171/25 189/11
201/9

**their -- their [1]** 48/16

**them [48]** 16/4 27/21
27/21 27/24 27/24
27/24 28/9 36/2 38/18
38/18 38/19 38/21
38/21 42/2 42/19 49/21
50/18 53/19 55/17
55/25 57/6 58/19 64/16
64/16 65/2 65/4 75/8
75/10 92/24 96/14
103/2 104/8 121/2
122/12 125/21 144/18
145/1 158/11 161/2
164/25 168/2 170/5
170/13 187/8 187/13
205/10 210/21 210/21

**themselves [1]** 61/16

**then [100]** 6/11 9/23
14/4 14/24 18/19 19/1
19/8 19/19 19/20 20/24
21/11 21/15 21/18
21/19 23/1 23/4 23/9
23/14 23/14 25/11 28/8
29/8 29/19 29/22 34/12
35/11 36/4 36/24 37/5
38/12 39/1 39/11 40/5
41/25 48/6 67/8 68/6
72/7 73/9 75/16 75/20
77/15 78/12 78/15
79/24 80/2 80/19 86/11
91/16 100/18 101/11
106/5 106/9 112/18
113/1 113/2 114/5
114/18 118/2 118/6

120/5 121/3 122/2
127/17 132/12 133/15
134/17 134/24 135/6
139/1 139/16 139/22
140/22 141/11 143/1
143/5 145/1 146/1
149/5 149/18 153/25
155/7 155/10 160/1
160/12 161/2 161/12
161/25 162/1 162/3
162/19 168/11 178/1
182/13 182/15 187/19
188/18 205/15 207/13
207/13

**there [164]** 7/13 7/13
10/24 11/19 19/5 20/2
24/3 26/24 26/25 27/7
28/5 28/22 29/16 29/17
31/11 33/25 34/4 34/7
34/11 34/14 34/17
35/12 36/23 37/21
37/25 38/6 39/23 40/13
43/6 43/18 46/24 47/20
49/4 49/8 51/5 51/13
52/7 52/8 52/9 54/22
56/11 57/13 60/9 61/1
62/7 64/4 65/3 66/3
66/7 69/3 69/19 71/8
73/1 73/10 73/12 76/23
77/2 78/6 78/17 80/7
80/19 81/12 86/9 86/16
87/11 89/12 90/3 90/6
97/7 97/9 97/11 97/18
97/20 97/22 97/23 98/1
100/20 100/25 102/2
109/5 110/24 111/8
111/11 112/25 115/13
116/13 119/23 121/7
121/18 122/9 123/4
123/9 124/24 129/9
133/3 134/24 135/11
135/11 136/11 139/11
139/21 139/25 140/14
140/15 141/5 145/19
146/9 147/8 147/10
147/25 148/16 148/24
149/10 149/25 150/3
152/4 152/8 153/13
153/13 154/14 156/25
158/14 159/2 159/3
159/4 160/23 171/9
174/4 174/15 176/4
176/11 177/15 178/9
178/25 179/18 179/20
179/25 180/2 182/7
182/21 182/24 183/8
183/8 185/24 187/17
189/25 190/1 195/25
196/22 197/5 197/6
197/11 197/12 201/22
202/22 205/16 206/8
206/9 206/12 207/9
209/1 209/4 209/13
209/13

**there's [41]** 9/4 9/6
10/10 10/24 10/25
12/23 20/19 29/18 31/8
32/19 36/3 40/20 44/19
47/24 48/14 49/17

49/18 50/23 51/14 53/5
63/7 67/19 72/3 83/16
86/5 86/12 130/9
130/11 131/22 132/13
133/20 148/5 151/10
171/12 176/22 181/18
184/16 184/19 190/8
202/12 207/17

**thereafter [1]** 214/10

**therein [1]** 162/4

**these [54]** 8/19 31/13
37/13 40/17 40/25
41/10 42/9 42/12 53/3
53/11 55/5 55/11 55/14
55/25 56/5 61/8 63/1
74/22 80/5 82/5 108/20
110/25 116/7 118/14
120/11 122/14 135/14
137/25 140/12 141/8
150/17 153/19 154/3
154/21 154/23 161/10
163/6 176/20 180/14
185/3 185/12 185/14
187/25 188/2 188/8
189/1 189/1 189/24
191/19 201/18 204/14
207/3 207/7 208/4

**they [71]** 7/1 19/19
26/1 27/23 27/23 28/4
28/4 28/9 29/5 29/15
34/15 35/13 35/15
35/17 35/18 35/20
35/21 35/21 36/1 36/5
36/6 38/23 39/6 39/11
41/4 41/10 41/14 41/15
42/6 42/14 43/14 43/15
44/13 45/22 45/23
45/23 50/25 55/15
56/18 58/23 64/25
64/25 73/15 73/16
73/19 73/20 86/2 86/15
92/17 92/18 92/18 98/7
119/12 119/15 130/25
131/12 139/3 144/1
151/3 151/25 155/2
187/25 188/1 200/18
201/8 201/10 201/11
201/11 205/9 205/9
206/3

**they're [18]** 27/22 36/4
36/5 41/5 44/11 45/15
45/16 56/16 56/17
63/18 63/19 63/19
64/25 137/10 137/12
137/13 170/11 179/25

**thing [10]** 8/21 9/13
56/23 64/6 65/19 121/4
142/16 152/22 165/9
191/10

**things [38]** 31/13 38/4
40/16 40/17 48/24
51/25 61/24 62/2 62/3
75/6 79/23 80/9 82/6
104/9 108/20 115/12
119/12 140/25 150/21
157/7 156/11 164/25
174/16 174/16 175/1
175/5 181/3 181/3
185/3 185/12 185/14

193/18 198/7 200/25
204/15 205/3 207/3
209/16

**think [56]** 17/25 24/13
35/6 39/19 39/22 43/16
45/15 46/6 47/9 48/3
48/14 50/1 53/12 60/8
63/7 63/12 76/15 87/23
90/12 92/16 97/18 99/1
103/13 106/5 111/9
114/22 122/19 125/2
125/19 126/12 127/25
130/7 130/7 133/25
137/10 149/1 164/25
165/1 168/6 174/3
182/3 189/12 189/16
190/7 190/11 191/9
195/4 196/22 197/25
199/2 202/19 204/21
207/6 207/16 209/4
211/3

**thinking [5]** 63/4 115/9
184/8 184/10 185/2

**third [8]** 46/21 78/12
78/15 116/1 120/5
132/8 141/13 171/13

**this [287]**

**this -- you [1]** 36/12

**Thompson [6]** 171/4
171/13 173/7 173/24
173/25 174/5

**thorough [1]** 17/18

**those [96]** 6/8 6/21 9/4
10/13 12/13 16/2 16/11
17/19 20/9 20/9 21/25
23/3 24/6 24/6 24/8
27/16 28/6 28/7 29/2
36/8 38/9 38/14 39/9
40/9 40/14 49/14 50/18
54/25 55/22 62/1 62/3
71/18 71/18 73/11
77/25 78/2 78/20 79/24
80/8 80/19 83/19 84/25
87/9 96/14 100/21
101/19 101/24 101/24
102/17 105/6 106/14
107/25 108/5 112/12
117/10 118/21 121/2
121/17 122/10 123/13
132/1 134/11 135/10
141/12 147/2 147/2
147/9 151/6 152/18
162/21 165/4 165/5
165/8 165/20 166/20
167/2 170/21 174/20
175/8 177/25 181/6
187/3 187/9 189/21
193/16 195/9 199/16
201/14 201/19 203/16
204/4 204/6 204/17
209/21 210/13 210/19

**though [3]** 139/4
143/12 207/2

**thought [11]** 23/25
56/1 56/2 70/12 87/3
87/11 132/25 144/12
165/17 165/24 184/9

**thread [1]** 16/22

**three [20]** 5/21 24/15

24/24 59/16 68/12
79/23 100/13 140/23
164/14 171/9 171/14
171/19 171/24 172/17
177/15 178/11 178/19
179/3 201/20 204/15

**threefold [1]** 46/10

**thriving [1]** 168/16

**through [53]** 8/19
11/14 11/18 11/22
14/17 15/24 16/3 17/12
20/4 21/12 24/11 29/2
29/15 29/16 36/15 38/1
42/20 43/23 44/11
45/15 45/25 46/2 55/12
56/2 57/9 58/17 60/16
60/20 61/4 61/5 61/7
61/11 61/12 71/13
101/9 101/10 101/11
109/4 126/4 131/16
139/8 150/9 156/9
159/3 159/23 160/1
160/2 162/1 162/17
167/4 172/20 179/23
184/23

**throughout [4]** 27/2
42/1 147/9 192/18

**Thursday [3]** 74/22
75/4 77/25

**thus [1]** 154/3

**time [128]** 8/1 8/2 8/15
10/7 13/17 13/20 15/22
18/24 21/5 21/13 21/25
22/21 26/22 27/16 29/4
30/15 34/21 34/23 37/1
38/17 38/20 42/22
45/21 45/24 47/19 52/6
54/23 61/12 68/7 69/1
69/18 69/19 69/22 71/1
71/6 71/21 72/25 74/17
74/17 74/24 75/4 77/7
82/4 91/1 91/23 91/25
98/18 99/22 100/4
100/24 101/12 101/20
102/23 102/25 104/18
107/11 111/24 111/25
112/2 112/5 112/7
112/8 113/25 114/21
120/20 127/10 127/16
129/8 129/11 130/2
135/17 135/19 136/8
139/17 139/23 141/9
143/10 143/24 146/15
146/18 147/6 147/9
147/16 149/2 149/19
149/24 150/11 151/11
151/21 155/6 155/11
159/3 159/4 161/2
161/15 166/10 167/21
168/12 173/11 174/5
176/8 176/17 176/21
178/12 178/14 178/16
179/7 179/8 179/25
180/3 180/24 182/19
182/23 182/25 186/23
186/25 187/2 189/4
192/19 195/11 205/1
207/15 208/3 208/4
211/3 214/9 215/18

**T**

**time... [1]** 216/15
**timeline [6]** 21/9 21/16 34/14 34/17 135/21 139/7
**timelines [1]** 34/11
**timeliness [1]** 122/14
**timely [4]** 116/23 118/15 119/24 120/2
**times [9]** 28/2 51/19 86/2 86/11 93/22 118/17 154/12 165/1 210/7
**timing [10]** 39/10 73/12 91/10 101/5 136/19 154/9 177/25 195/10 195/14 195/18
**title [5]** 5/23 5/23 6/12 6/15 28/24
**titled [1]** 157/17
**today [7]** 12/1 40/16 136/10 148/22 173/10 190/7 202/4
**today's [1]** 141/16
**together [7]** 23/9 122/12 145/2 151/1 187/14 187/15 187/25
**told [7]** 13/10 66/9 72/11 89/1 90/7 103/13 156/5
**tone [27]** 48/22 115/2 116/3 116/9 116/12 116/16 120/6 120/16 121/8 121/9 122/9 122/15 122/16 123/17 124/1 124/2 124/4 124/6 124/10 124/12 142/20 142/24 143/7 143/16 143/22 143/23 159/18
**Tony [1]** 26/2
**too [7]** 9/5 114/15 126/3 126/4 176/17 177/22 192/11
**took [10]** 91/20 98/23 98/24 129/24 130/3 132/4 168/25 203/14 205/13 209/17
**tool [1]** 40/4
**tools [2]** 96/3 96/7
**top [11]** 3/11 3/13 3/17 3/19 3/22 4/2 4/4 4/7 107/4 138/14 182/7
**topic [2]** 138/20 186/24
**topics [8]** 42/9 42/12 68/1 68/20 68/23 147/1 147/9 200/18
**totally [1]** 99/12
**toughest [1]** 84/1
**toward [4]** 39/18 40/5 62/8 83/14
**track [1]** 204/16
**traditional [1]** 120/9
**training [28]** 42/9 42/12 42/20 43/23 44/2 44/4 44/7 44/9 44/13 44/14 44/15 44/17 52/2 57/9 57/14 57/16 61/4

61/5 61/8 61/8 61/11 61/13 101/22 163/3 172/21 172/24 173/2 199/11
**transcript [7]** 8/24 9/1 10/24 213/1 214/11 215/13 215/24
**transfer [1]** 163/17
**Transformation [5]** 137/4 137/5 138/7 138/21 139/10
**Transformations [3]** 157/18 157/21 177/10
**transition [2]** 83/17 83/18
**transparency [2]** 27/20 109/24
**transparent [1]** 64/11
**transpired [1]** 165/19
**trap [1]** 157/24
**treat [1]** 62/17
**treated [1]** 65/12
**treating [3]** 62/16 63/19 83/5
**treatment [3]** 11/23 186/21 194/2
**Tree [1]** 8/2
**trial [5]** 210/2 215/18 215/19 216/15 216/18
**trigger [3]** 86/23 87/3 87/24
**triggered [1]** 51/4
**troubleshoot [1]** 19/9
**true [3]** 22/17 213/2 214/11
**trumpeted [1]** 153/19
**trust [6]** 29/4 86/12 92/4 92/9 119/10 175/8
**trusted [1]** 119/13
**trusting [1]** 92/6
**trusts [1]** 134/13
**truth [2]** 210/10 214/7
**try [4]** 9/9 79/25 150/9 203/20
**trying [10]** 9/17 32/7 70/17 116/14 131/4 146/22 157/6 157/24 166/19 198/25
**Tuesday [5]** 75/18 76/14 76/20 76/23 80/3
**turn [4]** 67/14 95/20 177/7 201/3
**turned [3]** 17/1 17/3 159/7
**turning [2]** 113/6 143/1
**turnover [3]** 169/10 169/15 169/16
**tweaked [1]** 140/24
**two [32]** 6/4 24/15 42/24 59/16 61/4 75/20 77/2 79/23 106/4 107/4 109/3 117/10 122/10 125/8 126/22 127/23 131/12 142/12 143/16 144/23 164/13 165/23 168/11 175/12 177/24 179/14 189/24 199/6 200/25 201/20 203/7 206/1

**two-part [1]** 179/14
**twofold [2]** 46/9 123/8
**type [3]** 87/1 124/22 150/16
**types [2]** 51/23 207/3
**typewritten [1]** 214/10
**typical [1]** 89/19
**typically [11]** 23/6 25/19 30/9 34/17 37/8 37/11 37/13 37/14 38/3 51/3 74/8

**U**

**U.S [1]** 78/5
**Uh [18]** 18/23 40/12 77/23 89/21 93/1 126/11 127/17 128/14 135/2 139/24 155/24 161/3 168/23 176/2 177/8 180/7 183/12 203/22
**Uh-huh [18]** 18/23 40/12 77/23 89/21 93/1 126/11 127/17 128/14 135/2 139/24 155/24 161/3 168/23 176/2 177/8 180/7 183/12 203/22
**ultimately [5]** 35/19 161/25 162/2 204/25 207/2
**unable [1]** 99/8
**unanswered [2]** 114/6 116/18
**unaware [2]** 51/16 63/18
**under [18]** 7/19 23/18 33/3 34/12 36/11 80/10 140/5 165/1 165/5 165/25 166/13 169/10 171/10 171/20 183/21 183/22 184/12 187/20
**understand [24]** 9/23 11/6 12/10 12/16 12/20 12/25 39/25 46/23 59/4 59/11 66/4 93/5 139/4 144/1 144/6 157/7 158/14 166/19 172/23 184/22 191/17 192/22 193/5 206/11
**understanding [53]** 11/25 12/3 12/12 21/8 22/9 22/13 30/22 36/12 57/20 57/21 58/24 61/15 61/24 71/18 102/21 108/24 117/18 117/21 118/21 118/23 119/6 119/10 120/3 128/20 129/24 130/24 131/8 134/20 134/22 135/13 136/4 137/24 142/15 147/11 151/25 154/6 154/9 156/21 158/2 158/6 159/20 162/4 170/25 173/6 173/9 180/11 182/16 182/20 193/7 193/21 193/25 200/4 200/14
**underway [2]** 7/14

69/20
**unethical [1]** 81/12
**unfair [2]** 153/23 154/5
**unforeseen [1]** 24/4
**unfounded [2]** 92/8 92/11
**unhappy [1]** 87/12
**UNITED [1]** 1/1
**universal [1]** 46/1
**unless [7]** 10/17 29/6 34/4 86/5 86/12 148/5 153/17
**unlikely [1]** 197/4
**unobjective [1]** 47/14
**unrealistic [2]** 153/24 154/5
**unreasonable [1]** 136/1
**unrecognized [1]** 64/24
**unrelated [1]** 8/11
**unscheduled [1]** 129/6
**Unsigned [4]** 216/14 216/16 216/18 216/19
**until [6]** 66/1 128/5 177/25 192/3 205/23 206/14
**unusual [3]** 29/7 81/4 153/16
**up [46]** 9/16 13/2 19/10 21/12 21/20 26/25 32/4 40/15 50/7 50/22 66/13 70/4 70/6 72/5 76/15 76/21 78/22 80/14 81/9 83/22 92/3 104/15 106/3 109/25 119/12 125/3 127/11 127/12 131/19 140/15 143/11 143/14 144/12 148/2 156/15 157/12 158/22 170/1 176/5 178/17 179/20 184/14 185/20 195/7 205/2 206/3
**up-front [1]** 157/12
**Update [2]** 76/22 185/25
**updates [2]** 131/16 141/16
**upon [7]** 15/5 53/6 85/14 85/15 86/1 86/15 147/24
**urgent [1]** 116/6
**us [8]** 9/7 9/7 10/6 122/3 127/24 150/5 182/24 210/2
**use [8]** 14/9 14/14 15/4 16/24 37/18 37/19 59/11 200/22
**used [9]** 15/11 15/13 124/14 126/12 131/4 156/20 165/23 199/12 199/12
**user [2]** 15/6 16/17
**uses [1]** 25/13
**using [5]** 18/8 52/9 142/22 145/12 146/2
**usually [1]** 10/5
**utility [1]** 63/7
**utilize [1]** 25/17

**utilized [3]** 14/24 15/1 37/17

**V**

**vacation [6]** 129/6 129/15 129/21 129/24 130/3 130/17
**vaguely [2]** 99/25 100/6
**valid [1]** 152/23
**valuable [2]** 8/25 70/14
**values [1]** 77/10
**variable [1]** 86/18
**variations [1]** 79/17
**varies [1]** 28/12
**variety [2]** 75/6 185/16
**various [4]** 52/7 52/8 52/10 115/13
**vary [1]** 34/23
**varying [1]** 192/21
**vast [1]** 29/4
**vein [1]** 99/2
**vent [1]** 85/25
**verbal [1]** 9/13
**verbatim [1]** 156/21
**verifiable [1]** 56/23
**verified [1]** 162/15
**Vernon [1]** 5/14
**verse [1]** 42/15
**version [3]** 33/16 44/20 44/23
**versus [3]** 29/15 56/12 184/13
**very [29]** 27/22 41/23 68/1 68/20 68/22 76/8 85/22 85/22 87/20 87/20 87/20 87/21 91/25 95/14 100/14 115/15 115/20 116/6 124/10 126/19 145/13 147/11 160/10 160/11 164/20 164/20 168/15 200/10 210/14
**via [4]** 1/16 2/1 14/19 127/5
**vice [2]** 18/18 54/2
**Vicky [1]** 54/15
**VIDEOCONFERENCE [2]** 1/9 2/1
**view [1]** 127/4
**viewed [1]** 96/15
**viewing [1]** 180/10
**violation [3]** 34/4 92/3 152/18
**Virginia [3]** 5/14 98/5 98/6
**virtual [2]** 177/10 179/13
**visualize [1]** 87/10
**vocabulary [1]** 142/9
**volition [1]** 8/8
**voluntary [1]** 169/16
**VP [16]** 6/9 6/11 26/2 26/2 26/4 54/14 54/16 54/16 54/17 55/3 55/5 94/5 174/19 174/21 176/18 176/18
**vs [1]** 1/6
**vulnerable [1]** 58/25

**W**

**wait [2]** 36/19 181/17
**waived [1]** 216/11
**walked [1]** 148/22
**want [35]** 8/25 9/18
20/22 21/25 22/20
31/13 40/20 62/12
62/13 62/14 67/4 68/16
86/3 86/3 86/8 86/9
91/8 114/13 117/7
123/3 123/8 123/11
144/17 170/18 178/8
178/9 178/10 181/2
181/9 181/17 194/20
204/4 204/6 204/15
211/9
**wanted [7]** 8/14 87/13
109/25 134/8 143/19
157/20 183/18
**wanting [1]** 145/20
**warning [2]** 52/1
162/25
**warrant [1]** 36/24
**warranted [2]** 132/25
133/3
**was [429]**
**wasn't [18]** 11/3 97/5
103/4 135/15 150/7
155/11 155/15 155/16
155/16 156/1 156/4
157/3 166/8 173/16
173/16 193/19 204/14
206/14
**way [34]** 28/5 28/9
39/12 40/23 42/7 53/19
63/16 70/5 72/18 72/19
74/8 76/8 78/9 83/21
97/24 113/11 120/9
121/1 127/15 139/6
142/23 143/9 147/24
154/21 163/14 167/11
170/5 172/7 173/14
184/18 199/10 201/1
203/17 211/14
**ways [9]** 52/8 60/9
61/1 115/4 117/4 117/6
130/9 146/4 150/21
**we [232]**
**we'd [1]** 24/1
**we'll [8]** 20/25 65/21
67/9 75/21 80/3 104/21
133/20 181/8
**we're [27]** 8/23 19/24
23/22 24/11 24/11
24/12 24/23 47/5 54/22
78/16 90/7 90/9 114/12
137/5 137/18 151/19
151/19 151/20 151/21
162/17 181/8 184/8
184/10 185/13 190/15
195/22 210/11
**we've [15]** 19/25 38/17
38/18 38/18 38/19 54/3
90/8 90/9 139/8 139/16
150/20 170/19 172/11
173/19 202/3
**weak [1]** 178/14
**weaknesses [1]** 42/1

**WebEx [1]** 78/5
**website [2]** 21/1
179/20
**websites [1]** 209/10
**Wednesday [1]** 146/11
**weeds [1]** 176/17
**week [6]** 28/14 40/18
129/6 149/21 178/12
178/13
**weekend [1]** 158/25
**weekly [5]** 28/13 40/9
41/21 176/7 180/14
**weeks [17]** 5/21 10/22
77/21 80/4 136/19
177/24 177/25 178/17
178/19 180/1 180/1
180/9 183/22 188/10
188/12 202/24 206/13
**welcome [1]** 128/7
**well [62]** 8/18 9/10
14/25 25/11 28/16
30/17 31/24 34/13 38/4
38/4 41/5 44/20 46/10
49/1 55/6 55/12 60/5
63/14 63/15 64/11
75/19 75/22 84/13
85/20 86/25 97/12
101/19 103/8 109/8
113/15 114/14 115/8
121/18 126/2 128/3
132/2 133/19 133/24
134/24 138/12 144/23
146/23 149/7 150/5
152/17 155/15 160/15
164/20 164/21 165/11
171/17 171/20 177/23
185/8 185/17 185/24
190/13 193/10 196/7
199/12 204/19 210/4
**went [5]** 11/18 88/22
99/14 165/11 165/11
**were [132]** 6/21 6/25
7/6 7/10 8/4 8/4 8/9
8/15 17/14 17/19 18/12
19/5 19/6 23/24 24/3
24/14 24/22 26/15
26/15 26/24 38/21
43/11 45/20 45/22
45/23 45/23 55/14
55/15 55/17 55/22
55/22 59/15 61/21
69/19 71/6 71/19 73/10
73/10 75/5 75/5 75/14
77/11 78/20 79/5 80/13
80/17 80/23 81/12
82/21 84/10 89/17
89/18 89/21 89/21
89/25 92/11 93/7 93/15
96/21 98/1 99/15 101/2
101/6 101/11 101/16
102/2 106/13 108/10
109/7 109/13 111/8
112/1 112/5 112/5
123/7 123/13 126/22
127/1 127/1 131/10
136/11 139/2 144/25
145/19 147/10 147/25
150/3 151/25 152/1
153/17 154/5 154/7

**whoop [1]** 165/13
167/15 168/14 169/9
169/11 169/14 171/3
171/9 171/10 172/14
174/18 174/19 177/15
183/1 183/8 188/3
189/1 189/2 189/3
189/25 189/25 190/1
192/23 192/23 193/6
193/25 200/11 201/20
202/22 202/24 204/2
205/8 205/9 206/12
209/14 209/16 211/10
212/2
**weren't [3]** 78/9 172/13
203/16
**what [256]**
**what's [18]** 12/16
12/17 12/17 21/8 21/9
37/9 38/3 40/4 44/22
47/1 56/22 62/23 75/10
111/18 111/18 112/19
128/19 174/20
**whatever [16]** 11/16
13/17 20/1 20/23 21/1
33/19 87/4 105/13
107/21 130/10 180/6
185/7 197/1 204/25
205/2 207/1
**whatnot [1]** 195/17
**when [80]** 8/4 10/4
13/14 15/19 17/2 17/25
19/4 23/2 23/20 29/5
29/12 31/8 32/5 42/16
42/16 42/22 43/14
43/22 44/9 45/4 46/3
49/4 53/5 60/7 66/4
66/8 66/9 67/11 76/15
81/3 83/19 83/23 83/25
86/19 89/7 91/7 93/2
94/9 95/16 98/17
102/22 102/23 103/22
104/18 105/20 108/25
116/17 119/22 122/22
125/23 125/25 129/6
130/14 132/3 144/11
147/22 149/23 160/7
162/21 168/9 170/5
171/24 171/25 172/10
176/18 181/22 183/13
187/12 187/12 194/16
195/11 195/14 195/16
201/8 201/11 201/14
204/9 206/10 208/5
209/3
**whenever [1]** 49/8
**where [53]** 16/18 20/2
20/4 23/2 28/1 30/3
36/16 39/23 40/20
40/25 51/6 52/4 62/16
64/7 64/23 75/2 80/4
80/23 86/16 87/5 87/11
99/13 99/19 101/16
101/18 109/16 112/24
115/13 116/3 123/15
130/11 136/4 136/5
145/23 145/23 145/24
146/18 146/25 154/2
164/16 168/24 170/7

**whoop [1]** 165/13
167/15 168/14 169/9
170/10 181/3 181/3
185/21 186/11 186/19
191/12 193/10 194/2
198/5 210/14
**WHEREOF [1]** 214/16
**WHEREUPON [1]**
212/2
**whether [44]** 7/22 7/23
15/5 20/25 31/2 35/14
46/1 50/24 56/12 57/15
60/21 76/22 76/24 79/5
101/1 102/9 107/20
117/19 123/13 129/9
129/10 129/12 135/13
135/25 142/15 149/4
152/5 152/25 158/14
158/15 159/1 159/2
159/2 159/3 168/3
168/4 168/5 169/16
172/1 181/14 193/17
194/6 200/14 209/17
**which [52]** 9/4 20/3
23/10 24/1 30/23 37/22
38/3 38/7 38/11 44/11
44/20 49/14 50/1 52/8
52/24 53/7 67/9 69/23
78/18 80/10 81/4 88/12
104/7 104/21 107/3
115/21 115/22 117/4
117/15 129/1 130/17
131/6 131/7 144/24
150/8 150/15 154/7
154/8 154/16 158/12
165/4 177/12 180/24
184/12 184/23 193/14
196/7 199/7 200/18
203/4 204/18 216/13
**while [8]** 8/18 11/8
78/16 129/2 156/15
185/9 185/9 185/10
**whistleblower [1]** 6/25
**white [2]** 62/6 172/13
**who [65]** 8/1 20/10
22/5 25/17 25/25 26/2
26/3 26/4 26/5 26/6
26/7 26/24 27/15 45/13
45/20 48/15 53/22 54/8
54/9 54/9 54/13 54/14
55/6 55/9 57/3 63/4
63/5 63/17 64/23 67/25
81/9 81/18 84/13 88/8
90/12 90/25 93/14 94/4
95/19 95/20 103/1
103/2 103/13 108/4
113/25 129/22 136/22
152/10 159/21 160/15
163/21 169/11 170/22
171/10 171/13 172/11
172/12 172/14 188/23
189/8 189/10 191/18
201/6 206/6 206/16
**who's [11]** 8/23 47/16
50/7 51/5 51/9 92/7
152/17 152/17 152/17
152/25 191/3
**whoever [1]** 101/11
**whole [5]** 11/2 101/21
111/4 111/5 165/9
**whom [2]** 62/17 187/12

**why [28]** 46/6 59/11
65/7 91/11 92/1 96/18
105/17 113/10 120/1
121/15 125/6 129/24
130/24 134/20 143/11
144/20 155/2 155/11
159/13 164/24 171/1
176/3 176/11 176/14
176/16 179/9 179/10
179/11
**Wi [1]** 209/6
**Wi-Fi [1]** 209/6
**wide [1]** 205/3
**will [45]** 9/10 10/16
10/22 10/25 20/24
21/11 23/10 29/2 29/20
30/4 32/1 33/8 37/8
38/3 41/14 41/15 54/10
56/12 68/2 68/21 68/23
74/1 78/6 80/5 86/2
86/11 86/16 104/21
106/24 109/11 114/25
132/1 134/18 138/13
140/25 146/23 155/17
156/20 158/6 158/18
169/23 177/20 209/21
209/23 210/21
**willingness [1]** 141/17
**window [1]** 180/3
**wine [1]** 13/24
**withdrawing [3]** 71/24
72/15 72/22
**within [10]** 1/17 18/19
25/3 25/3 79/19 170/23
174/23 174/24 212/2
215/16
**without [8]** 12/8 31/14
31/14 52/5 58/1 118/8
142/14 168/19
**witness [2]** 7/6 214/16
**woman [4]** 62/7 62/11
70/13 88/14
**women [3]** 62/9 171/9
171/19
**won't [2]** 101/5 205/7
**wonder [1]** 172/4
**wonderful [1]** 63/12
**wondering [1]** 69/16
**word [3]** 126/12 142/8
142/8
**words [20]** 12/11 34/18
40/19 116/22 120/18
121/2 123/3 123/7
123/8 123/9 124/14
124/15 134/12 134/21
143/16 144/4 145/12
145/13 156/25 161/19
**work [59]** 14/9 14/14
16/4 20/11 23/9 39/21
40/22 95/18 101/16
101/19 104/8 104/9
104/10 107/20 111/12
111/13 111/13 111/20
112/3 116/6 116/8
120/6 120/11 121/6
121/16 122/17 126/6
128/24 129/1 129/10
129/11 129/16 133/10
134/7 134/18 136/5

**W**

**work... [23]** 136/5 142/4 145/6 150/9 153/21 156/6 156/7 156/25 168/16 170/5 170/9 170/13 170/14 170/20 174/25 189/19 189/19 189/20 190/4 196/2 201/14 201/17 205/18
**worked [1]** 174/17
**workforce [2]** 80/1 95/18
**working [17]** 36/5 98/7 106/4 116/9 116/15 129/22 133/17 137/9 154/16 162/17 166/4 177/13 179/12 184/23 201/24 202/2 206/1
**workings [1]** 93/16
**workplace [18]** 50/4 60/11 61/18 63/8 68/24 87/1 95/17 95/24 96/2 96/6 96/8 130/5 147/9 197/14 199/3 199/6 200/6 200/6
**workplaces [3]** 96/4 147/10 197/16
**works [4]** 16/25 30/1 65/24 206/12
**world [3]** 21/23 36/19 165/14
**worried [2]** 69/13 170/11
**worth [1]** 78/18
**would [215]** 10/9 19/19 19/20 22/5 22/6 24/19 24/21 27/14 30/6 30/21 30/22 30/23 34/19 34/20 35/16 35/17 36/8 39/4 39/8 40/17 44/21 48/5 48/13 52/13 52/19 53/12 53/16 56/2 56/9 56/10 59/2 59/11 59/16 59/20 61/21 62/17 63/12 63/21 64/1 67/6 68/17 70/13 71/13 72/4 72/4 72/7 72/10 73/12 74/16 74/17 74/19 75/25 76/10 78/2 79/19 79/20 80/12 80/14 80/25 82/14 84/6 84/13 84/17 84/21 85/11 85/20 85/21 86/19 86/23 87/2 87/3 87/3 87/14 87/24 87/24 88/2 88/2 88/2 90/15 91/9 93/14 94/19 95/12 95/13 97/12 97/13 97/16 97/16 97/22 98/14 99/2 99/4 99/6 99/22 101/9 101/10 103/3 104/6 105/1 105/5 105/17 106/20 108/6 108/19 108/21 110/14 111/5 111/12 111/12 112/7 115/6 115/15 115/20 119/22

124/1 124/4 124/5 124/8 125/8 125/19 128/20 129/18 129/20 130/5 130/8 132/20 134/23 136/16 136/20 138/8 138/10 138/10 138/25 139/1 139/1 139/11 139/24 140/9 141/21 142/5 142/19 142/23 143/9 148/21 148/22 152/7 153/3 153/16 155/5 155/10 155/17 155/20 155/20 158/21 158/24 159/4 159/23 160/4 161/8 161/21 162/2 162/10 162/14 164/1 165/10 165/15 167/12 168/10 168/11 172/3 174/10 174/12 178/6 178/11 178/15 179/3 179/7 179/19 179/23 180/8 184/3 184/7 185/24 186/23 187/3 187/13 188/10 188/11 188/12 189/18 190/6 190/8 190/11 197/15 197/19 197/21 197/25 200/11 201/6 201/8 201/10 202/16 203/1 203/3 204/10 206/6 206/7 206/8 207/9 207/18 208/7 208/19 209/25 210/19 215/12
**would have [1]** 97/16
**wouldn't [11]** 16/21 108/22 111/15 125/8 137/17 152/15 156/1 158/12 164/13 201/7 207/20
**wrapped [1]** 187/15
**write [7]** 114/5 123/3 128/15 146/8 149/18 153/22 193/6
**writes [5]** 50/18 60/18 141/13 146/12 182/15
**writing [7]** 37/9 37/24 43/10 124/9 143/11 143/14 203/17
**written [16]** 12/17 29/25 30/22 33/16 34/7 35/5 41/1 41/1 46/19 47/15 52/1 124/21 162/25 193/11 208/22 209/11
**wrong [1]** 91/9
**wrote [9]** 128/13 130/14 143/2 143/10 147/21 149/11 154/25 183/17 190/20

**X**

**XXX [1]** 215/16

**Y**

**yardstick [1]** 65/11
**yeah [37]** 7/12 16/14 16/24 20/10 40/3 50/12 53/15 58/5 58/10 58/11

74/13 74/19 76/3 78/11 79/15 81/6 89/19 107/1 107/15 113/9 124/7 128/3 140/2 155/25 156/17 172/4 177/11 182/5 182/9 190/18 191/25 192/17 194/1 200/3 211/11
**year [13]** 15/14 26/19 42/24 43/6 43/6 54/23 61/4 83/15 89/8 91/9 100/24 164/20 171/19
**yearly [1]** 57/9
**years [13]** 6/2 6/8 8/11 24/15 32/18 42/24 59/17 68/12 100/13 168/11 174/9 178/5 204/20
**yelled [1]** 166/5
**Yep [3]** 138/17 177/3 177/6
**yes [147]** 7/7 8/6 8/16 9/17 9/19 10/13 10/21 11/2 11/6 12/22 12/25 13/3 14/10 14/13 14/23 15/2 17/6 17/20 17/24 19/12 21/21 25/12 25/22 26/11 27/11 28/17 30/6 30/9 33/5 33/13 37/7 39/8 39/13 39/16 42/13 45/3 47/8 48/10 48/13 51/22 53/4 53/6 53/14 55/10 57/12 57/19 63/24 64/19 66/7 66/14 67/22 68/9 71/5 73/7 75/25 78/2 78/8 80/22 88/2 88/3 88/16 89/4 89/23 90/21 91/21 92/19 93/9 93/20 96/17 97/1 98/24 100/6 101/8 103/12 104/20 106/12 108/2 109/14 109/20 110/4 111/2 111/6 111/22 112/1 112/5 112/10 112/15 113/5 114/1 117/17 118/11 118/19 119/16 122/7 123/6 123/25 124/5 127/2 127/19 128/11 130/22 132/11 132/16 135/5 135/18 136/15 140/21 143/10 144/15 146/6 147/3 153/10 157/23 162/2 162/6 162/17 164/8 167/17 170/24 171/17 174/6 176/16 177/18 180/12 181/15 186/7 186/18 186/22 189/11 191/6 192/9 194/2 194/17 194/23 195/9 197/17 197/21 200/8 202/17 203/10 204/10 204/11 204/14 206/17 206/22 209/19 211/21
**yesterday [2]** 186/1 190/21
**yet [3]** 98/13 170/5

211/4
**you [907]**
**you'd [2]** 200/12 200/12
**you'll [4]** 9/24 33/1 67/15 146/23
**you're [33]** 16/15 35/24 36/21 41/3 41/3 43/16 58/8 78/13 93/14 109/16 109/17 112/24 112/24 113/1 113/23 114/23 127/22 128/1 137/19 138/19 143/6 157/7 157/25 173/11 175/24 176/11 176/14 184/4 191/11 195/1 195/22 200/10 203/17
**you've [24]** 6/8 25/8 32/5 51/19 54/9 61/11 67/11 83/19 93/23 94/1 124/20 124/20 129/3 131/24 143/7 145/23 145/23 145/24 181/22 185/22 210/5 210/6 210/7 211/18
**you-all [1]** 177/2
**your [126]** 5/11 5/12 5/16 7/1 8/1 8/8 8/12 9/3 9/15 9/15 10/23 11/4 13/22 15/17 15/24 16/2 18/6 18/13 25/25 27/18 27/19 28/10 28/18 29/12 31/9 31/16 31/16 32/5 32/21 36/12 41/9 44/5 44/25 46/4 57/20 58/24 60/3 63/25 64/12 66/12 69/25 70/19 71/23 73/18 74/22 75/11 77/15 77/17 78/1 87/24 88/5 90/18 93/5 93/22 94/2 95/10 97/25 98/18 113/13 115/25 115/25 116/4 117/2 118/10 119/10 119/10 120/21 121/24 123/2 128/20 130/13 132/7 132/22 134/13 138/8 138/11 142/20 143/1 143/7 144/6 144/17 145/22 146/7 147/20 147/22 148/17 153/20 153/23 154/3 154/4 156/3 158/2 162/3 167/1 173/21 174/23 174/24 178/7 180/7 185/17 185/17 186/2 188/2 189/13 189/14 190/19 192/13 192/22 194/1 195/4 196/17 200/4 200/4 201/23 202/6 205/5 206/11 209/10 209/14 209/20 209/22 210/14 210/19 211/3 215/13 215/21
**yours [1]** 55/9
**yourself [5]** 15/3 61/4 126/21 146/8 200/21

**Z**

**zero [2]** 136/11 155/7
**Zoom [6]** 1/17 9/5 35/21 66/20 75/2 129/12