**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01625-GPG-SKC

───────────────────────────────────────────

REHAB MOHAMED,

    Plaintiff,

vs.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

───────────────────────────────────────────

**VIDEOCONFERENCE DEPOSITION OF MICHAEL TIMMY JACKSON**

**VOLUME I**

**APPEARING REMOTELY**

───────────────────────────────────────────


**Monday, June 12, 2023**

**8:30 a.m.**


PURSUANT TO NOTICE and the Federal Rules of Civil
Procedure, the above-entitled deposition was taken via
Zoom, on behalf of Plaintiff, before K. Michelle Dittmer,
Registered Professional Reporter and Notary Public within
Colorado.

```
 1    APPEARANCES: (VIA VIDEOCONFERENCE)

 2    ON BEHALF OF THE PLAINTIFF:

 3              HUNTER A. SWAIN, ESQ.
              Swain Law, LLC
 4              1490 North Lafayette Street, Suite 303
              Denver, Colorado 80218
 5              Phone: 720-815-5281
              Email: hunter@swainemploymentlaw.com
 6

 7              ARIEL B. DeFAZIO, ESQ.
              Lowrey Parady Lebsack, LLC
 8              1490 North Lafayette Street, Suite 304
              Denver, Colorado 80218
 9              Phone: 303-593-2595
              Email: ariel@lowrey-parady.com
10

11
      ON BEHALF OF THE DEFENDANT:
12

13              KAITLIN I. SPITTELL, ESQ.
              Hall & Evans LLC
14              1001 17th Street, Suite 300
              Denver, Colorado 80202
15              Phone: 303-628-3300
              Email: spittellk@hallevans.com
16

17    Also Present:  Ruby Mohamed

18

19

20

21

22

23

24

25
```

 1                         I N D E X

 2     EXAMINATION                                      PAGE

 3     June 12, 2023

 4

 5     By Mr. Swain                                        5

 6

 7     EXHIBITS                              INITIAL REFERENCE

 8
       Exhibit 54    8/31/20 Letter to Ruby Mohamed from      50
 9                   Michael T. Jackson

10     Exhibit 55    8/31/20 Letter to Ruby Mohamed from      53
                     Keren Maldonado
11
       Exhibit 56    Document entitled "SEPARATION AGREEMENT  56
12                   AND GENERAL RELEASE"

13     Exhibit 57    Xcel spreadsheet entitled "Term          59
                     Employee Checklist"
14
       Exhibit 58    Undated letter to Ruby Mohamed from      60
15                   Michael T. Jackson

16     Exhibit 59    Email chain, top email to Carolyn       196
                     Barley from Bernée Long, dated 8/13/20
17                   (SHRM 1053 – 1056)

18     Exhibit 60    Typed-up notes starting "Good           199
                     Afternoon, Ruby"
19                   (SHRM 1066)

20

21

22

23

24

25

```
 1    PRIOR MARKED EXHIBITS:

 2    Exhibit 24                                          193

 3    Exhibit 28                                           81

 4    Exhibit 34                                          200

 5    Exhibit 37                                          131

 6    Exhibit 38                                          159

 7    Exhibit 41                                           46

 8    Exhibit 42                                          219

 9    Exhibit 46                                          205

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                P R O C E E D I N G S
 2              (Ms. DeFazio was not present at the
 3   commencement of the proceedings.)
 4                   MICHAEL TIMMY JACKSON,
 5   having been first duly sworn, was examined and
 6   testified as follows:
 7                      EXAMINATION
 8   BY MR. SWAIN:
 9         Q.   Good morning, Mr. Jackson.  We've just met
10   a moment ago off the record, but I am Hunter Swain.  I'm
11   one of Ms. Mohamed's attorneys in this case.
12              Can you state your full name for the
13   record and spell it.
14         A.   Michael, M-i-c-h-a-e-l, middle name Timmy,
15   T-i-m-m-y, last name Jackson, J-a-c-k-s-o-n.
16         Q.   And what is your home address,
17   Mr. Jackson?
18         A.   It is 1300 Army Navy Drive, Unit 703,
19   Arlington, Virginia 22202, United States.
20         Q.   Have you ever had your deposition taken
21   before?
22         A.   No.
23         Q.   I'm going to go over some of the ground
24   rules for a deposition, just so we're on the same page
25   about how today will work.  Okay?
```

 1            A.    Okay.    Sounds good.

 2            Q.    You've been sworn in, and that means that

 3    you are under oath.  If you fail to tell the truth under

 4    oath, that's considered perjury.

 5                  Do you understand that?

 6            A.    Yes.

 7            Q.    Everything we say is being transcribed by

 8    Ms. Dittmer today, and some of the ground rules for the

 9    deposition are going to be different than a normal

10    conversation.

11                  One of them is that we need to make sure

12    not to interrupt each other.  So what that means is, I

13    will ask you to wait until I've finished asking my

14    question to begin your answer, even if you think you know

15    where I'm going with the question.

16                  Understood?

17            A.    Understood.

18            Q.    And likewise, I will do my best to wait

19    until you have finished your answer to start asking my

20    next question.  Okay?

21            A.    Okay.

22            Q.    So there is an added challenge in the

23    deposition where sometimes when we answer in the

24    affirmative, we tend to say "uh-huh," or if we're

25    answering no, we'll say "huh-uh," things like that.  But

1      I am going to ask you to articulate a "yes" or a "no,"

2      just so we have a clear record of what the answer is.

3                  Does that make sense?

4            A.    Noted.  Yes.

5            Q.    Okay.  And if you forget and answer with

6      one of those, I might say, "Was that a yes," or, "Was

7      that a no?"  It's not because I'm trying to be rude; it's

8      just to make sure that we have a clear record.

9                  Okay?

10           A.    Okay.

11           Q.    If you don't understand a question, please

12     ask me to clarify it.  If you start answering a question,

13     I will assume that you have understood the question.

14                 Agreed?

15           A.    Agreed.

16           Q.    And if you need a break, just let me know.

17     This is not an endurance test in that way, right?

18                 So you're allowed to go to the bathroom,

19     or if you need a drink of water or a snack, just let me

20     know.

21           A.    All right.

22           Q.    I will just ask that you not request a

23     break while a question is pending.  Okay?

24           A.    Okay.

25           Q.    Ms. Spittell will likely object to some of

1    my questions today, and that's her right as the person

2    defending the deposition.  The purpose of making those

3    objections is to note for the record that she found one

4    of my questions objectionable.

5                    But if she objects, you'll have to answer

6    the question unless she instructs you not to answer the

7    question.

8                    Does that make sense?

9         A.    Yes.

10        Q.    Okay.  And you will have the opportunity

11   to review the entire transcript after Ms. Dittmer has

12   finished preparing it and make corrections to the

13   transcript.  The purpose of making corrections really is

14   to fix stenological mistakes, which happen every now and

15   then.  It's not to change the substance of your

16   testimony.

17                    Agreed?

18        A.    Agreed.  And -- and one follow-up question

19   on that?

20        Q.    Sure.

21        A.    When receiving the transcript, will it

22   include instructions on how to do that, you know, time

23   frame for turning around, et cetera?

24        Q.    Yes, it will.

25        A.    Okay.

 1              Q.    And I believe that you will be getting

 2      that copy of the transcript from Ms. Spittell or one of

 3      SHRM's other lawyers.  And so if you have questions about

 4      the process, you can ask them that.

 5              Okay?

 6              A.    Okay.

 7              Q.    And by the way, so this case is brought by

 8      Ms. Mohamed, Ruby Mohamed, against the Society for Human

 9      Resource Management.  And I will refer to the Society for

10      Human Resource Management as "SHRM" at times today.

11              And you understand that "SHRM" is the same

12      as "Society for Human Resource Management," correct?

13              A.    Yes.

14              Q.    And did you call it "SHRM" while you were

15      working there?

16              A.    Yes.

17              Q.    Because the full name is kind of a

18      mouthful, huh?

19              A.    And it also aligned with the branding of

20      the organization.

21              Q.    Okay.  What did you do to prepare for

22      today's deposition, Mr. Jackson?

23              A.    I have met -- you know, I talked with --

24      with Ms. Spittell and other counsel.  And then also, you

25      know -- you know, was provided, you know -- you know,

1  documentation to review prior.  And also went through my,

2  you know -- you know, spent time myself doing personal

3  recollection in advance of today.

4          Q.   How many times did you meet with SHRM's

5  attorneys to prepare for today?

6          A.   I met with them just once.  There was

7  email correspondence, but just once.

8          Q.   And you mentioned Ms. Spittell.  Who else

9  was at that meeting?

10          A.   There was another counsel whose name I

11  don't remember, unfortunately.  I think it starts with a

12  K, Katherine perhaps, but I don't -- but I don't recall

13  the -- the exact name.

14          Q.   Had you ever met Katherine or spoken to

15  her before the preparation meeting?

16          A.   Not that I'm aware of.

17          Q.   Had you ever met Ms. Spittell or spoken to

18  her before the preparation meeting?

19          A.   Only by email.

20          Q.   Are you represented by an attorney in this

21  case?

22          A.   No.

23          Q.   How -- approximately how long did you meet

24  with Ms. Spittell and the other attorney for your

25  preparation meeting?

1            A.    Approximately 90 minutes, give or take.  I

2    didn't time exactly.

3            Q.    And tell me your recollection of which

4    documents you remember reviewing in preparation for

5    today.

6            A.    There were several documents.  The ones

7    that I do recall include my -- you know, my notes, you

8    know -- you know, notes that I had of various meetings,

9    as well as notes that I had taken of -- of, you know --

10   related to a conversation between Ms. Mohamed and Sean

11   Sullivan, the CHRO.

12                 There were other documents, but I don't

13   recall specifically.  There was probably -- you know, but

14   those were the ones off the top of my head that I do

15   recall.

16           Q.    Understood.

17                 Did you speak with anyone other than

18   SHRM's attorneys in preparation for today's deposition?

19           A.    No.

20           Q.    You didn't speak with Jeanne Morris, Nick

21   Schacht, Carolyn Barley, or Bernée Long?

22           A.    No.

23           Q.    When is the last time you spoke to Jeanne

24   Morris?

25           A.    The last time that I recall was right

1   around the time that I left SHRM, which was October of

2   2021.

3            Q.   And Mr. Schacht, when is the last time you

4   spoke with him?

5            A.   Approximately the same time, you know,

6   right -- right around the time of my departure from SHRM.

7            Q.   And I should clarify.

8                 When I say "spoke with" Ms. Morris or

9   Mr. Schacht, that includes exchanging emails, text

10  messages, and so on.

11                Does that change your answer for

12  Ms. Morris or Mr. Schacht?

13           A.   No, not that I'm aware of.

14           Q.   And you would be aware if you had spoken

15  to them in that time period, wouldn't you?

16           A.   I, you know -- you know, I believe I would

17  be aware, but I don't recall speaking to either one, you

18  know, after -- after I left.

19           Q.   Since approximately October of 2021?

20           A.   Yes.  I believe my last day was the 14th

21  or 15th of October of 2021.

22           Q.   And Carolyn Barley, when's the last time

23  you spoke or communicated with her?

24           A.   Around the same time.

25           Q.   And Bernée Long, when is the last time you

1    spoke or communicated with her?

2          A.    I -- earlier than my departure because

3    I -- she had -- you know, because she -- if I recall

4    correctly, she had -- had been out on leave just before

5    my departure.  I don't recall exactly, but it was prior

6    to my departure in October of 2021, and I have not -- you

7    know, I have not communicated with her since.

8          Q.    Have you communicated with Sean Sullivan

9    since your departure from SHRM?

10          A.    I did send him a -- yes, I sent him a

11    text, I believe when he was departing SHRM in early 2022,

12    I believe correctly, just wishing him -- wishing him

13    well.

14          Q.    Was there any other substance to the text,

15    other than wishing him well?

16          A.    No.

17          Q.    Why did you leave SHRM?

18          A.    For -- for a new position.

19          Q.    What is your new position?

20          A.    Well, my -- the position I left SHRM for

21    was to become chief of staff of Worldwide ERC.  My

22    current position is now vice president of member

23    relations and operations.

24          Q.    At the same organization?

25          A.    At the same organization, correct.

 1          Q.    And you said it's called Worldwide ERC?

 2          A.    Worldwide ERC.

 3          Q.    And what does "ERC" stand for?

 4          A.    "Employee Relocation Council."

 5          Q.    Okay.  And can you describe what Worldwide

 6    ERC does as an organization?

 7          A.    It is a trade organ- -- trade association

 8    that represents the workforce mobility industry, so

 9    people that -- that move people for employment-related

10    reasons, as well as the various service providers that

11    support them.

12          Q.    And isn't it right that, at one time at

13    SHRM, your position included working with SHRM to help

14    folks relocate?

15          A.    It was facilitating short-term training --

16    short-term assignments, you know, training and internship

17    programs to the United States through a program called

18    the J-1 Visa Exchange Visitor Program, correct.

19          Q.    And at the time you left SHRM in

20    October 2021, what was your title?

21          A.    My title was manager of employee

22    experience.

23          Q.    Did you hold any other titles at SHRM

24    while you worked there?

25          A.    I -- I had several -- I had a couple of

```
 1    titles.  I had the title of -- within -- during my work

 2    with -- with the Council for Global Immigration, which

 3    it's formerly known as the American Council on

 4    International Personnel, which became an affiliate of

 5    SHRM's in -- in -- technically in July 2012, and we

 6    became part of -- we became part of the SHRM orbit

 7    officially as staff in -- in August of 2012.

 8                   And -- and after that time, my title

 9    was -- I -- I had multiple titles.  Manager of exchange

10    visitor programs, manager of marketing and exchange

11    visitor programs; and then when we split up, my position

12    back to manager of exchange visitor programs.

13                   And then I moved into the HR unit, and my

14    title shifted to manager of employee experience.

15         Q.   And manager of employee experience, is

16    that title ever referred to as "manager employee

17    relations"?

18         A.   It -- my -- my portfolio and job

19    description within the role encompassed a number of

20    areas, and so that it did include the employee relations

21    element within SHRM.

22         Q.   Can you generally describe what your job

23    duties were in that position as manager of employee

24    experience?

25         A.   So, you know, there -- there were sort of
```

 1    three main areas that, you know -- that, you know, that

 2    that involved.  You know, the -- the employee relations

 3    piece, you know -- you know, again, you know, working

 4    with Sean Sullivan, our CHRO, our legal counsel, and

 5    others, you know, to address employee-related matters as

 6    they arose across, you know, various forms.

 7                    That -- that also included overseeing the

 8    performance management process within SHRM that --

 9    that -- that we would do throughout the year, you know,

10    as well as, you know -- you know, facilitating the -- the

11    offboarding process for -- within the HR function for --

12    for employees.  And so that was one element.

13                    The second element, employee engage --

14    employee experience, really focused on the, you know,

15    sort of the -- you know, employee engagement, you know,

16    and various elements of trying to, you know, facilitate

17    the -- the process, you know, the experience of employees

18    within SHRM in conjunction with the executive office

19    within our communications team, within other -- and

20    within other stakeholders, both within the United States,

21    but then also collaborating with our colleagues in India.

22                    And then the -- and -- and that element

23    also included, you know, from the HR function, overseeing

24    sort of the implementation in conjunction with our

25    consultants of our -- of the employee engagement survey.

 1                    And then the third piece was really sort

 2    of, you know -- was really related to HRIS and sort of

 3    that -- you know, the data piece of that.  I inherited

 4    that piece, you know, a couple of months into my time

 5    within SHRM.

 6                    And so that was sort of the third piece of

 7    my portfolio, working across the HR team and with our

 8    technology team as we -- as we implemented a new HR

 9    information system in 2020 into 2021.

10         Q.    Okay.  And for now, I would like to focus

11    on the first of those three elements that you described,

12    the -- I think you put it as working with Sean Sullivan

13    to manage employee personnel matters.

14                    Is that a fair description of that segment

15    that you described?

16         A.    I would -- I would work with Sean

17    Sullivan, but also with other members of the -- of the HR

18    team, as well as legal counsel and others.  And so, you

19    know, again, it varies depending on the -- you know,

20    depending on the issue, depending on sort of, you know,

21    who was needed to connect in.

22                    You know, but I worked very closely with,

23    you know -- you know, with Sean, but also -- but also

24    with others, you know, within -- within SHRM.

25         Q.    And in that portion of your role, which

1    types of employee personnel matters did you work on?

2              A.    Really involved with, you know -- you

3    know, the range of -- range of things that would come up

4    within the organization, whether it's performance-related

5    issues, issues between employees, you know -- you know,

6    issues between a manager and employee, you know,

7    involuntary terminations, you know, whether it be

8    performance related or due to restructuring or, you

9    know -- or voluntary, you know, departures, helping to

10   facilitate that process.

11             So a -- a real mix, you know, depending --

12   again, typical with what you would see with -- you know,

13   within -- within any employer.

14             (Discussion off the record.)

15             (At this time, Ms. DeFazio joined the Zoom

16   proceedings.)

17             MR. SWAIN:  Ms. DeFazio just joined us.

18   She is another one of Ms. Mohamed's attorneys.

19             THE WITNESS:  Right.

20        Q.   (By Mr. Swain)  What I was asking is:  For

21   that portion of your manager of employee relations job,

22   would your responsibilities include investigating

23   employee complaints of discrimination and retaliation?

24             A.   Yes.  You know -- you know, any sort of

25   employee issue, which would include any sort of -- any

1    sort of discrimination or retaliation, any -- any sort of

2    employee issue would fall within the employee relations

3    part of my portfolio.

4              Q.   And while you were at SHRM in your manager

5    of employee relations position, how many employee

6    complaints of discrimination did you investigate?

7              A.   The only -- the only one that I recall

8    that -- that involved, you know -- you know, that -- you

9    know, any discussion of -- of discrimination, you know --

10   you know, involved Ruby Mohamed.

11             Q.   Okay.  And do you recall that Ms. Mohamed

12   also made complaints of retaliation?

13             A.   The -- I -- I've read that in the -- in

14   the Complaint.

15             Q.   But you had not learned that Ms. Mohamed

16   had made complaints of retaliation until you read it in

17   the Complaint; is that correct?

18             A.    If I recall correct, I -- you know, I

19   think -- you know, there had been talk about, you know --

20   you know, various activities that, you know, where --

21   meetings where she -- where she had been, you know,

22   either, you know -- and again, you know, where she had,

23   you know, either, you know, felt that she had been

24   micromanaged or that she -- you know, she had not been

25   allowed to do the duties at the senior instructional

1   design.

2                    Within the Complaint, it was -- you know,

3   it was framed, you know, within sort of that -- you know,

4   that -- that element of retaliation.  But, you know, I --

5   you know, what I recall -- and again, you know, from --

6   you know, from looking at my notes and everything, there

7   was, again, you know -- you know, looking through the

8   circumstances, you know, connected with that.

9                    And then I think it did, you know --

10  again, without looking back, you know, I think that this

11  did come up in conversations with -- with others, but I

12  think in the conversation that I had -- the conversations

13  that I had with Ruby Mohamed, I don't specifically recall

14  that phrasing.

15                   But I do recall, again, elements that, in

16  the Complaint, you know, were -- were connected as such.

17             Q.   And just to clarify, when you say "the

18  Complaint," which Complaint are you referring to?

19             A.   Looking at what was filed, you know, again

20  just looking, you know -- you know, I think what was

21  initially filed in Colorado.

22             Q.   Okay.  And would that be -- and I just

23  want to make sure because the word "complaint" can mean

24  different things in different --

25             A.   Certainly.

1            Q.    -- contexts.

2                  So on the one hand, can we agree that

3    Ms. Mohamed made complaints of discrimination while she

4    was employed at SHRM?

5            A.    I -- you know, that -- you know -- you

6    know, that -- you know, based on, you know, the

7    conversations that -- that I'm aware of, I -- you know, I

8    do believe that that was the case.

9            Q.    Yes.

10                 And then Ms. Mohamed filed a Complaint, a

11   written document, in Federal Court in Colorado as well,

12   correct?

13           A.    That is my understanding.

14           Q.    So -- and I just want to clarify.

15                 You knew that Ms. Mohamed had made

16   complaints of discrimination, with a lower case c, while

17   she was employed at SHRM; is that correct?

18           A.    Based on my recollection of the

19   conversation with -- with Mr. Sullivan, you know, that --

20   that I -- you know, that I took notes on, I believe

21   that -- you know, that -- that that was the case.

22                 Again, I -- you know, I don't have, you

23   know -- you know, you've got the notes specifically that

24   were taken.  But, you know, so -- you know, I'm just

25   working off of recollection.

 1              Q.    And you conducted an investigation into

 2    Ms. Mohamed's complaints of discrimination while

 3    Ms. Mohamed was still employed at SHRM, didn't you?

 4              A.    Correct.

 5              Q.    Okay.  Tell me, what is your educational

 6    background?

 7              A.    I have a bachelor's degree, as well as a

 8    master's degree.

 9              Q.    What is your bachelor's degree in?

10              A.    History.

11              Q.    And from which university did you earn

12    that bachelor's degree?

13              A.    The George Washington University.

14              Q.    And what is your master's degree in?

15              A.    Public diplomacy.

16              Q.    Is that a master of science or a master of

17    arts?

18              A.    Neither.  It's technically an MPD, master

19    of public diplomacy.

20              Q.    Interesting.

21                    And from which university did you earn

22    that master's degree?

23              A.    University of Southern California.

24              Q.    Do you have any other educational degrees,

25    other than bachelor's degree and your master's degree

1    that you just described?

2              A.    No.

3              Q.    Do you have any human resources

4    certifications?

5              A.    Yes, I do.

6              Q.    Which ones do you have?

7              A.    I have my SHRM CP from SHRM.

8              Q.    What is "CP"?

9              A.    "Certified Professional."

10             Q.    Okay.  And can you describe what

11   educational work you have to do to obtain that SHRM CP

12   certification?

13             A.    In -- well, in terms of educational, you

14   know, training that has to be done, you know -- you know,

15   in theory, you know -- and again, I'm -- I'm trying to --

16   you know, I don't fully recall the specifics.

17                   I don't know if you necessarily have to --

18   you don't have to take a certain number of educational

19   requirements, per se.  It's certain -- certain level --

20   you know -- you know, there are discussed materials and

21   other things and -- and, you know, basically, it's, you

22   know -- it's certifying you on your body of knowledge,

23   you know, that you have with -- you know, with -- you

24   know, across the industry.

25                   I don't -- it doesn't require necessarily

1    X amount of educational experience in the HR field, you

2    know.  But many people, and myself included, you know,

3    did take, you know, certifica- -- you know, do take

4    certification prep courses, you know, which I did through

5    SHRM, the training for the -- the SCP -- or sorry, for

6    the SHRM CP exam.

7            Q.    Did you obtain your SHRM CP certification

8    while you were employed at SHRM?

9            A.    Yes, I did.

10           Q.    And what qualifications do you have to be

11   a human resources professional?

12           A.    So my -- my experience, I, you know -- you

13   know, worked for -- you know, prior to moving into the HR

14   function as a -- as -- prior to moving into the HR

15   function as -- in 2019 as the manager of employee

16   experience, I worked for over a decade in -- in -- in

17   the, you know -- in a number of HR-adjacent areas,

18   involving, again, learning and development, helping

19   facilitate training and internship programs.

20                Developing, you know -- you know, training

21   internship placement plans with -- in conjunction with

22   companies; helping to be able to manage compliance

23   issues, again, from the immigration angle, you know,

24   for -- for individuals; managing, you know, my own direct

25   reports within an organi- -- within the organization.

1               But then also doing -- you know, sort of

2    educational development programs for -- for foreign

3    nationals that were under the programs that -- that I

4    did, you know, both in the context of SHRM, but also in

5    a -- prior to us becoming part of SHRM, at the American

6    Council on International Personnel, and then in my prior

7    experience as well.

8          Q.   Is it fair to say that you worked in human

9    resources or human resources-adjacent roles for decades

10   now?

11         A.   I would -- I would say over -- I would say

12   over a decade.  You know -- you know, how you define

13   "decades," you know -- you know, could -- you know, could

14   be up for interpretation, but I've -- I've got, you know,

15   at -- at this point, well over ten years, you know.  I'd

16   have to stop and do the math, but . . .

17         Q.   And how many complaints of employment

18   discrimination have you investigated in your career?

19         A.   Just -- just the one.

20         Q.   Ruby Mohamed's?

21         A.   Correct.

22         Q.   What qualifications do you have to conduct

23   investigations of employee complaints of discrimination?

24         A.   It -- you know, it -- you know, I guess

25   the question would be, you know -- you know, how you

1    define "qualification."

2              Q.    Well, use your personal interpretation of

3    that word.

4              A.    Uh-huh.

5                    You know, again, you know, I think, you

6    know -- you know, my experience, I worked -- you know --

7    you know, I've had quite a lot of experience dealing with

8    compliance-related matters, primarily the immigration,

9    you know, space.

10                   But then also dealing with, you know --

11   you know, dealing with issues and really just going

12   through a process and -- you know, process and -- and

13   method, you know, and going through, you know.

14                   So, you know, I think, you know, I've

15   dealt both in, you know, in my -- you know, in various

16   roles with issues that, you know -- that have arised

17   where it did involve having to go through some sort of

18   investigation, you know, to go through a process, you

19   know.

20                   So -- so I do, you know -- did, you

21   know -- you know, going into this, you know, have, you

22   know, experience in a range of areas even though this was

23   the first, you know, discrimination-related matter that I

24   had to investigate.

25             Q.    Describe the previous experience that you

1    had that qualified you to conduct the investigation into

2    Ms. Mohamed's discrimination complaint.

3              A.    I, you know -- you know, I would say --

4    you know, I would point to a couple of different things

5    dealing -- dealing with, you know, employee-related

6    issues where, you know -- you know, where there was a

7    disagreement or, you know -- or, you know --

8    disagreements or issues between employees, being able

9    to -- to see what happened, you know, what occurred in

10   that situation and then work it through to -- to

11   resolution.

12              You know, dealing with, you know, issues

13   related to, you know -- you know, again, you know,

14   with -- on the immigration side, you know, looking, you

15   know -- you know, look -- you know, reviewing people's --

16   you know, people's information, again, making sure that

17   we have compliance with various immigration laws under

18   the J-1 Visa Program, you know.

19              And, you know, those were two just off the

20   top of my head.

21              Q.    Have you ever undergone any training in

22   conducting employee complaints of discrimination?

23              A.    When I -- when I joined the HR department,

24   I did do, you know -- I did do a number of -- of

25   trainings, both, you know, online, you know -- both

1    virtual training, but then also several of our in-person

2    seminars, including one on investigations.

3                And I did that -- I don't -- some -- it

4    was sometime in the fall of 2019, if I remember

5    correctly.

6        Q.    So less than a year before Ms. Mohamed

7    made her first complaint of discrimination, correct?

8        A.    It would have been, you know -- it would

9    have been less than a year of -- you know, before the

10   events that occurred with Ms. Mohamed.

11       Q.    Tell me what you recall from the training

12   that you underwent on conducting employee investigations.

13       A.    In -- in terms of this, you know, specific

14   curriculum, again, I -- you know, I haven't -- you

15   know -- you know, reviewed it in four years, so I can't

16   speak specifically to -- you know, to details.

17               But really talking through, you know --

18   you know, on a high level, really looking at the -- you

19   know, sort of the -- you know, sort of the process and

20   context for going through and doing an investigation,

21   sort of some of the common scenarios that that comes up

22   and then, you know -- and then, you know, that sort of

23   a -- you know, the working through, you know, with and

24   collaborating with -- you know, with counsel, with other,

25   you know, stakeholders to, you know, see the process

1    through.

2              Q.    Would you agree that it's important that

3    employers conduct thorough investigations of complaints

4    of discrimination made by their employees?

5              A.    Yes.

6              Q.    Why -- why is that important?

7              A.    I -- it's important because it -- you

8    know, I -- you know, it -- you know, to ensure that

9    issues are addressed and that, you know -- and that, you

10   know -- well, the issues, you know, if they are

11   addressed.

12             But then also, you know, I -- you know,

13   making sure the -- to, you know, really, you know, ensure

14   that, you know, compliance with, you know, federal,

15   state, and local requirements, you know, and laws.

16             Q.    In your mind, what steps are necessary to

17   ensure that an employee's complaint of discrimination is

18   thoroughly investigated?

19             A.    I -- you know, I -- you know, again, I --

20   you know, I would point to a couple of things.  I think,

21   one, you know, it's, you know, really, you know,

22   looking -- you know, talking through -- you know, really,

23   you know -- you know, going through the various

24   information to discover what -- and learn what, you

25   know -- you know, has or hasn't -- you know, hasn't

1    occurred.

2                    You know, then, you know -- you know, and

3    that includes talking with the individuals directly

4    involved, but then others that are connected in and then

5    take -- and then making sure that, you know, depending

6    on, again, the course of that -- you know, that action,

7    that things, you know, that that -- you know, that --

8    that action occurs, you know, again depending one way or

9    the other, depending on what occurs, you know, with the

10    scope of the investigation.

11            Q.    Okay.  We'll return to this topic a little

12    bit later.

13                    Tell me in your own words what your

14    understanding is of what this case is about.

15                    MS. SPITTELL:  Objection.  Foundation.

16                    MR. SWAIN:  Please answer the question.

17            A.    Have -- you know, my understanding is,

18    again, it's, you know -- you know, discrimination and

19    retaliation allegations made by Ms. Mohamed against SHRM.

20            Q.    (By Mr. Swain)  And you understand that, in

21    part, Ms. Mohamed's claims of discrimination and

22    retaliation are based upon SHRM's decision to terminate

23    her employment, correct?

24                    MS. SPITTELL:  Objection to form.

25                    You can answer.

1              A.    You know, that is -- based on, you know,

2     again, you know, my -- my understanding, yes.

3              Q.    (By Mr. Swain)  Is that -- is your

4     understanding based on having read the Complaint that

5     Ms. Mohamed filed in Federal Court --

6              A.    Yes.

7              Q.    -- here in Colorado?

8              Did you know anything about Ms. Mohamed's

9     claims of discrimination or retaliation before you read

10    the Complaint that she filed in court?

11             A.    As I -- as I, you know, mentioned before,

12    you know, we had discussed various elements, but then

13    also, you know -- you know, there were -- you know, there

14    were -- you know, I had been a part of conversations, you

15    know -- you know -- you know, that -- you know, where I

16    did take notes with the conversations that she had

17    with -- with Sean Sullivan, our CHRO.

18             Q.    And when you said "we had discussed

19    various elements," who is "we"?

20             A.    So I -- I had had -- you know, I had had

21    two conversations with -- with Ms. Mohamed, involving

22    Ms. Mohamed, that -- that I recall, you know, and both in

23    early July of 2020.

24             Q.    And just to clarify, so you're saying you

25    had two conversations with Ms. Mohamed about her --

1          A.    Correct.

2          Q.    -- claims of discrimination, correct?

3          A.    That -- two conversations involving

4    Ms. Mohamed, you know, that -- where we discussed matters

5    again relating with -- with, you know, this -- various

6    elements of the circumstances described here.

7          Q.    And when you say "involving Ms. Mohamed,"

8    do you mean where Ms. Mohamed was present for the

9    conversations?

10         A.    It depends on how you define "present."

11   One was, if I recall, a phone conversation.  And then the

12   second was -- and with -- if I recall, an in-person

13   with -- with Carolyn Barley.

14         Q.    Because you certainly had more than two

15   conversations about Ms. Mohamed where she was not present

16   or directly involved; isn't that right?

17         A.    Correct.

18         Q.    Who made the decision to fire Ms. Mohamed?

19               MS. SPITTELL:  Objection.  Foundation.

20               You can answer.

21         A.    In terms of the -- in terms of the final

22   decision, I, you know -- you know, I do not know.  You

23   know, I, you know -- you know, ultimately, you know, I,

24   you know -- you know -- you know, I -- ultimately with

25   any sort of action, you know, usually it's -- it's a

1    discussion, it -- it again involves multiple people in

2    the process.

3                   And -- but I don't know what -- you know,

4    in the -- in the decision process leading up to her

5    termination, you know, I -- I was not directly, you

6    know -- you know, involved with conversations where --

7    where any -- a final decision on action was made.

8          Q.    (By Mr. Swain)  And by the way, in your

9    mind, does the phrase "final decision" mean something

10   different than "decision"?

11         A.    No.

12         Q.    Okay.  Who, to your knowledge, was

13   involved in the discussions about Ms. Mohamed's being

14   terminated before she was actually terminated?

15               MS. SPITTELL:  Objection.  Foundation.

16               You can answer.

17         A.    In terms of -- you know, in terms of

18   discussions, again, I -- you know, I can't speak to, you

19   know -- to specifics because, again, you know -- you

20   know, the final actions that, you know -- that they --

21   the -- a lot of the final circumstances occurred after I

22   was, you know -- you know, after I was out on medical

23   leave, you know, for a medical procedure on the 24th of

24   August of 2020.  So, you know -- you know, I -- so I

25   can't speak specifically about what might have -- you

 1    know, specific conversations, you know -- you know.

 2                    But in general, you know, it would

 3    typically be -- with SHRM, it would be a process that

 4    would involve -- of an involuntary termination would

 5    involve discussions, not just with the manager and HR,

 6    but also with, you know, typically other leadership

 7    involved within the organization.

 8                    But again, I -- you know, and I -- you

 9    know, I can't speak to what specific conversations, you

10    know, about a decision to be -- you know, to proceed with

11    the involuntary termination occurred.  You know, I -- you

12    know, if I recall, you know, I -- you know, I was

13    notified that the action was moving forward, but I

14    think -- but conversations had happened, you know -- you

15    know -- you know, before that had occurred.  So I

16    couldn't speak to that.

17            Q.   (By Mr. Swain)  Who notified you that the

18    termination was moving forward?

19            A.   My recollection was that it was Sean

20    Sullivan and I -- and I -- you know, I received, I

21    recall, an email from him.

22            Q.   I can tell you that we haven't gotten that

23    email, and we've requested it probably a dozen times at

24    least.

25                    So you pivoted in your answer from talking

1   about this case specifically, which is what I asked you

2   about --

3           A.   Uh-huh.

4           Q.   -- to talking about SHRM's general

5   processes, okay?

6           A.   Yep.

7           Q.   So can you describe your involvement in

8   the decision to terminate Ms. Mohamed's employment.

9           A.   My involvement into -- you know, again, as

10  I stated before, you know, again, you know, I was out on

11  medical leave when the -- you know -- you know, and was

12  not involved in -- you know, in discussions where the

13  decision was made to terminate the employment.

14          Q.   You prepared --

15          A.   I can't --

16          Q.   -- multiple documents related to

17  Ms. Mohamed's termination, didn't you?

18          A.   Yes.

19          Q.   Who --

20          A.   Yes.

21          Q.   -- told you to prepare those documents?

22          A.   And so, you know, in terms of who told me,

23  you know, I -- you know, one, you know, that typically

24  fell within my portfolio, you know, I -- before I went

25  out, to prepare exit-related documentation.

1                    Before I went out on leave, I tried to

2       prepare as much as possible for -- for any, you know,

3       four scenarios where they come in, you know, where there

4       might be things where things were needed within my

5       portfolio while I was out.

6                    You know, I -- you know, I did, you

7       know -- in terms of when I prepared, I do know I, you

8       know, did offer to -- you know, to support -- because

9       ultimately my employee relations portfolio was being

10      handled by another colleague, Keren Maldonado, who was

11      our director of total rewards, while I was out.

12                   I did offer to go ahead and -- you know, I

13      did offer to, you know, prepare that exit-related

14      documentation related to -- to Ruby's exit, you know,

15      including the exit letter, as well as the package that

16      would be provided, both the electronic and then, you

17      know, Keren would then print out, you know, a -- you

18      know, a physical copy.

19           Q.   What were the dates of your medical leave

20      around that time period in August 2020?

21           A.   So I went -- so it -- on that, it depends

22      on how you define "medical leave."  I was technically on

23      open leave, which -- which we have within SHRM, from

24      August 24 and then returning I think the day after Labor

25      Day.  I don't remember the exact date, but roughly, you

1    know, early September, whatever the -- the date was

2    there.

3                    You know, but then for two weeks prior, I

4    had been -- been working -- I -- upon, you know, request

5    of doctors, working remotely, you know, to be able to

6    make sure that -- to minimize any potential exposure to

7    COVID, you know, prior to -- prior to my medical

8    procedure.

9           Q.    And we can designate your answer to the

10   following question confidential.  I want to reassure you

11   that this information is not going to be used outside of

12   this case.

13                   What was the purpose of your leave that

14   you took?  Was it for a medical procedure?

15          A.    Yes.  I was having gastric bypass surgery.

16   The -- the Roux-en-Y gastric bypass procedure.

17          Q.    And did the procedure go well?

18          A.    It did.

19          Q.    Good.  I'm glad to hear that.

20                   Do you recall the date of the actual

21   bypass procedure?

22          A.    April -- August 24.

23          Q.    And you were working remotely in the days

24   following your bypass procedure, weren't you, while you

25   were recovering?

1           A.    I -- you know, I had very limit -- you

2    know, very limited involvement, you know, but there were

3    certain elements I did, you know -- you know, that I did

4    offer to, you know -- you know, to do to -- you know, to

5    make sure that things went smoothly or, you know -- you

6    know, and that did include preparing the exit documents

7    related to Ms. Mohamed.

8           Q.    Did you prepare any exit documents for

9    Ms. Mohamed before your bypass surgery?

10          A.    I don't -- I don't recall.  You know,

11   again, I think you would be able to see from the time

12   stamps, but I did try to prepare as much, you know, in

13   advance for things that may have been -- may be needed

14   during that period.

15              You know, if I recall, you know -- you

16   know -- you know, Ms. Mohamed was the only sort of

17   employee relations, you know, matter that -- that was on

18   my docket, you know, during -- you know -- you know,

19   during that two-week period that -- you know, that --

20   that -- where there -- where things may or may not have

21   been needed.

22          Q.    And I want to make sure that we're fully

23   understanding a distinction here.

24              So in your mind, is there a significant

25   distinction between making the decision to terminate

CONFIDENTIAL

1    Ms. Mohamed and carrying out the termination?

2              A.    I don't understand your question.  Can you

3    elaborate?

4              Q.    Sure.

5                    So certainly you were involved in taking

6    actions to facilitate Ms. Mohamed's termination, like

7    preparing termination documents, correct?

8              A.    Yes.

9              Q.    And is it your testimony that you didn't

10   participate in actually making the decision to fire

11   Ms. Mohamed?

12             A.    I was not -- you know, I was not -- you

13   know, the decision, you know, by the organization to --

14   you know, to -- to involuntarily, you know, separate

15   Ms. Mohamed was made while -- you know, by the

16   organization while I was out on leave.

17                  You know, I had been involved with and --

18   and had seen email communications, you know -- you know,

19   prior, you know, but the -- you know, to my recollection,

20   you know, until I got an email from Sean Sullivan, you

21   know, that the action was moving forward, you know, I did

22   not know that a determination had been made.

23             Q.    Understood.

24                  So is it true that you had seen email

25   communications about the termination of Ruby Mohamed

CONFIDENTIAL

1    before your medical procedure?

2           A.    I -- not about -- no.  You know, in terms

3    of the -- everything that was transpiring related to Ruby

4    Mohamed, that included the -- you know, that included

5    the, you know -- you know, the -- you know, I had been

6    included on some -- on a number of the emails related to

7    sort of progress with meeting deadlines, you know, and

8    sort of the -- you know, the requirements there.

9           You know -- you know, I, you know, had

10   also -- you know, had -- had been involved with some of

11   the communication and seen communication, again, which we

12   had said at -- within the HR, you know, function as we

13   set up the facilitation involving both Ms. Mohamed, as

14   well as Ms. Barley, you know.

15           So I had been cc'd on a lot of, you

16   know -- a lot of various, you know, email communication,

17   again, you know, which you could -- you know, you can see

18   from the -- from the discovery documentation.

19           Q.    Are you referring to discovery

20   documentation that you reviewed in preparation for

21   today's deposition?

22           A.    I'm, you know, referring -- you know,

23   when -- you know, again, you know, to -- you know, all my

24   emails related to Ms. Mohamed, you know, were, you

25   know -- you know -- you know, upon the request of legal

1    counsel internally within SHRM when the initial -- you

2    know, the initial Complaint was, you know, was filed, you

3    know, to save documents.

4                    You know, that -- you know -- you know,

5    I -- I save -- you know, had saved in all of my various

6    documentations, you know, within, so . . .

7              Q.    Understood.

8                    MR. SWAIN:  Let's take a quick break.

9                    (Recess taken from 9:17 a.m. until

10   9:30 a.m.)

11             Q.    (By Mr. Swain)  Mr. Jackson, before the

12   break, we were talking about the role you played in

13   preparing some of the termination documents related to

14   Ms. Mohamed's termination.

15                   Do you remember that?

16             A.    Yes.

17             Q.    By the way, during the break, did you get

18   a chance to speak to Ms. Spittell?

19             A.    Yes, I did.

20             Q.    Did you discuss any of your testimony --

21             A.    No.

22             Q.    -- during this deposition?

23             A.    No.

24             Q.    So I asked you a question earlier, and I

25   don't think I got a responsive answer to it.

1                    So did anyone ask you to start preparing

2    Ms. Mohamed's termination documents?

3            A.    Not that I'm aware of.  You know,

4    typically, you know, that, you know -- I, you know --

5    what -- typically what -- you know, this was a -- this

6    was a unique situation where, again, with my being out on

7    leave and someone else covering, you know, I -- you know,

8    I tried to cover as many of my bases, you know, as

9    possible, you know -- you know -- you know, in -- you

10   know, in case someone did -- in this case, it would have

11   been Keren Maldonado, had to step in to deal with

12   anything.

13                   You know, so I did, you know -- you know,

14   try to line up as much -- you know, if things -- you

15   know, looking at sort of where things were, you know --

16   you know, on the employee relations document, you know --

17   you know, I had created, you know -- you know,

18   step-by-step processes of what I typically do, you know,

19   and -- you know -- you know -- you know, of everything.

20                   But then, you know -- you know, I, you

21   know -- you know -- you know, did -- you know, did offer,

22   you know, to step in, you know -- you know, and create

23   the documents for -- you know, for Ms. Mohamed even

24   though I was, you know, out on medical -- out on the open

25   leave at that period.

1          Q.   And so is it your testimony that at the

2     time you went on leave for your medical procedure on

3     August 24, you did not know yet that Ms. Mohamed was

4     going to be terminated?

5          A.   I -- you know, my recollection is that the

6     email that I received from -- from Mr. Sullivan, you

7     know, informing me that the decision had been made to --

8     to -- to separate Ruby occurred while I was on medical

9     leave, which would have been after -- you know, on or

10    after the 24th of August.

11         Q.   And do you recall if you prepared

12    termination documents for Ms. Mohamed before or after you

13    received that email from Mr. Sullivan?

14         A.   I -- you know, I -- you know, I do

15    remember that I prepped a number of things that may or

16    may not have been needed, you know, during the two weeks

17    that I was out.

18              I don't remember, you know -- you know,

19    specifically, you know -- you know, if -- you know, if I

20    had prepped something prior to the 24th related to, you

21    know -- you know -- you know, related to any exit

22    documents that may or may not have been needed, you know.

23    But again, you know, you should be able to see that from

24    the time stamps.

25              But unfortunately, I don't -- I don't

```
 1   recall the -- you know, the exact timing, you know -- you
 2   know.  But again, as I mentioned, I did also, you know --
 3   you know -- you know, once I did know of the -- you know,
 4   of the action per the email from Sean Sullivan, you know,
 5   offered to -- you know, offered to create the full
 6   package of items that would ultimately be sent to make
 7   sure that everything was in correct order.
 8             Q.   When you were a manager of employee
 9   relations at SHRM, was it your typical practice to
10   prepare termination documents for an employee when no
11   termination decision had been made?
12             A.   So, one, let me -- you know, let me just
13   preface again, my title was manager of employee
14   experience, you know, not manager of employee -- manager
15   of employee relations.
16             But, you know, as I mentioned before, you
17   know, this was a -- you know, this was a unique
18   circumstance with me being out, you know, on medical
19   leave and trying to -- you know, trying to prepare for,
20   you know, every, you know, conceivable contingency that I
21   could think of that might come up, at least in -- as I
22   knew at the -- you know -- you know -- you know, at the
23   time, you know, that may or may not be needed, you know.
24   And so trying to lighten the load as much as possible for
25   my HR colleagues that may have to step in on various
```

 1    matters.

 2                    So this was a unique circumstance, you

 3    know, with my going out on -- on open leave with my

 4    procedure.

 5              Q.   Was there anything unique about the

 6    circumstance, other than the fact that you were going on

 7    leave?

 8              A.   In -- in terms of -- in -- unique about

 9    this circumstance?  Not that, you know -- you know -- you

10    know, really, you know, this, you know -- you know, this

11    was an -- you know, this was a -- you know, like an

12    employee relations matter.

13                    You know, again, unique in the

14    circumstances but, you know, in terms of process, similar

15    to, you know, others that have been done.

16              Q.   What was unique about the circumstances?

17              A.   My -- the fact that I was going to be out

18    on medical leave.  And so, you know, again, you know, I

19    was going to be out of pocket, you know, and

20    unavailable -- you know, largely unavailable for most of

21    that period recovering.

22              Q.   I would like to look at a document with

23    you --

24              A.   Yeah.

25              Q.   -- that I am going to place in the chat

 1    function of Zoom.

 2              A.   Okay.

 3              Q.   This document that I'm sending you now has

 4    previously been marked as Deposition Exhibit 41.

 5                   And when it appears in your chat box,

 6    please open it up.

 7              A.   One moment.

 8                   (A pause occurred in the proceedings.)

 9              A.   Yes, I see it.

10              Q.   (By Mr. Swain)  Have you ever seen this

11    document before?

12              A.   Yes.

13              Q.   What is it?

14              A.   It is -- it is a copy of -- of a

15    separation agreement and general release.

16              Q.   Between who?

17              A.   You know, as -- you know, as stated here,

18    between Ruby Mohamed and SHRM.

19              Q.   You prepared this document, didn't you?

20              A.   In -- you know, depends on how you define

21    "prepared."  This was based off of -- this is based off

22    of a template that, you know -- you know, that we were

23    provided and -- and reviewed typically by general

24    counsel -- or -- or let me phrase it, the general

25    counsel's office.  Typically it would be with the

1   assistant general counsel.

2            But typically, you know -- you know, it

3   would be a combination of, you know, of me -- you know --

4   you know, of HR, you know, my role working with legal

5   counsel to prepare any sort of separation agreement and

6   general release.

7            Q.   And I'm not asking you in general terms.

8   I'm asking specifically about this Deposition Exhibit 41.

9            So --

10           A.   Uh-huh.

11           Q.   -- you indicated that SHRM has a template,

12  so someone had to take the template and insert the name

13  "Ruby Mohamed," correct?

14           A.   Well, you know, there would be a number of

15  things that would have to be updated on -- on each

16  template, you know -- you know, and not -- and name being

17  one of them, but not -- but not just name.

18           Q.   Who updated the template for this

19  document, Exhibit 41?

20           A.   I -- you know, I -- you know, I don't

21  recall specifically.  I can't -- you know, I can't

22  remember -- you know, I can't remember if this was one of

23  the things that I had had updated, you know, with other

24  documents, or if this was, you know, updated and handled

25  by counsel directly.  I unfortunately just don't recall

1    the -- the specifics.

2            Q.    Okay.  I'm going to share my screen.

3            A.    Yeah.

4            Q.    So right now, I have Deposition Exhibit 41

5    right here.

6            A.    Uh-huh.

7            Q.    It's the very same document that I just

8    showed to you.

9            A.    Yeah.

10           Q.    Do you see that?

11           A.    Uh-huh.

12           Q.    Is that a yes?

13           A.    Yes, I can see your screen.

14           Q.    Okay.  I am going to the properties of

15    Deposition Exhibit 41, and I am going to -- let's see

16    here.

17                 MR. SWAIN:  What's so funny?

18                 MS. SPITTELL:  Just depositions over Zoom.

19           Q.    (By Mr. Swain)  Here are the properties for

20    Deposition Exhibit 41, the one that I just showed to you.

21           A.    Uh-huh.

22           Q.    That's the same title, correct?

23           A.    I'm sorry, let -- hold on, let me . . .

24                 "00589 - Confidential," yes.

25           Q.    I'm going to the details of the

1    properties, and I'm going to scroll down.

2                So do you see the date the content was

3    created?

4            A.    Uh-huh.

5            Q.    Is that a yes?

6            A.    Yes.

7            Q.    And what's the date and time that this

8    content was created?

9            A.    Per your screen, it says August 28, 2020,

10   4:31 p.m.  I'm not sure what time zone.

11           Q.    And the date that the document was last

12   saved, what's the date and time that it was last saved?

13           A.    According to your screen, it says

14   August 30, 2020, 8:09 a.m.

15           Q.    I'm going to show you another document.

16           A.    Uh-huh.

17                MS. SPITTELL:  And, Mr. Jackson, when you

18   answer Mr. Swain's questions, be sure to use verbal cues,

19   just because "uh-huh" and "huh-uh --"

20                THE WITNESS:  I'm sorry --

21                MS. SPITTELL:  -- are hard to follow.

22                THE WITNESS:  -- thank you.

23                MS. SPITTELL:  No problem.

24                MR. SWAIN:  And I recognize that that is

25   an unnatural way to speak because we often do.

1              THE WITNESS:  Yes.  Yes, so thank you for

2    reminding me if I slip back into that.  Thank you.

3              MR. SWAIN:  Sure thing.

4              Ms. Dittmer, can you remind me which

5    deposition exhibit number we are at now?  I believe it is

6    54, but I want to make sure.

7              THE COURT REPORTER:  You're right, 54 is

8    next.

9              MR. SWAIN:  Okay.  Thank you.

10             Q.   (By Mr. Swain)  I am sharing what has been

11   marked as Deposition Exhibit 54 with you, Mr. Jackson.

12             Please let me know when you're ready.  Go

13   ahead and open it.

14             A.   One moment.

15             Yes, I've got it open.

16             Q.   Okay.  And bear with me just one moment,

17   please.

18             While I'm doing something, please take a

19   look at that document, and I am --

20             A.   Uh-huh.

21             Q.   -- going to ask you some questions about

22   it.

23             A.   Yeah.

24             Q.   Okay.  Deposition Exhibit 54, do you

25   recognize this document, Mr. Jackson?

1           A.   Yes, I do.

2           Q.   This is a native format document in

3    Microsoft Word format that has been produced as the

4    document with the Bates Number MOHAMED 000557.

5                Do you see that in the title of the

6    document?

7           A.   00 -- sorry, can you repeat that again?

8           Q.   Mohamed 000557.

9           A.   Yes.

10          Q.   Did I read that correctly?

11          A.   Yes, you did.

12          Q.   And what is this Deposition Exhibit 54?

13          A.   This is a copy of our standard exit letter

14   that -- that we -- that we use for -- for exits, both

15   voluntary and involuntary.

16          Q.   And on the second page of Deposition

17   Exhibit 54 appears your signature, correct?

18          A.   Correct.  That was a standard part of

19   the -- you know, of every exit letter.

20          Q.   Do you recall if you prepared this exit

21   letter?

22          A.   I recall preparing -- you know, I recall

23   preparing exit -- you know, preparing an exit letter, and

24   actually I -- if I recall correctly, I think -- if I

25   recall correctly, that, you know, I don't -- you know --

1    you know, that -- I -- if I recall correctly, there were

2    some -- you know, there was some uncertainty over dates.

3    I think I prepared two versions of this date.

4                    Again, you would be able to have that in

5    the documentation, but I -- you know, my -- from my

6    recollection, I created, you know, exit letters related

7    to Ruby Mohamed.

8              Q.    I'm going to share my screen again.  I'm

9    sharing the properties of Deposition Exhibit 54.

10                   Have you reviewed the title to make sure

11   that it's the same document I was just asking you about?

12             A.    Yes, it is.

13             Q.    I'm going to the details tab of the

14   properties of Deposition Exhibit 54.

15                   And can you tell me who it says the

16   document was last saved by?

17             A.    By Mike Jackson.

18             Q.    That's you, correct?

19             A.    That -- you know, it appears to be me,

20   and -- and it aligns with my recollection that I created

21   the exit letter.

22             Q.    So you don't have any reason to believe

23   that the "Mike Jackson" here is another Mike Jackson

24   other than you, correct?

25             A.    Not that I -- not that I'd be aware of.

1    My -- you know, again, this -- seeing this aligns with my

2    recollection that I created the exit letters related to

3    Ruby Mohamed.

4         Q.   And the content created field indicates

5    that this Deposition Exhibit 54 was created on August 31,

6    2020 at 8:12 a.m., correct?

7         A.   Yes, that is correct.

8         Q.   And that it was last saved one minute

9    later, at 8:13 a.m. on August 31, 2020, correct?

10        A.   Yes, that is correct.

11        Q.   Do you recall if the decision to fire

12   Ms. Mohamed had already been made by 8:12 or 8:13 a.m. on

13   August 31, 2020?

14        A.   Again, this -- you know, my -- I don't

15   recall when I received the email from Sean Sullivan, you

16   know -- you know, I -- you know, so I can't speak

17   specifically to whenever that -- the email I received

18   versus, you know, when I created this document.

19        Q.   Okay.  Let's take a look at Deposition

20   Exhibit 55.

21             When you have Deposition Exhibit 55,

22   please open it.

23        A.   One moment.

24             (A pause occurred in the proceedings.)

25        A.   Yes, I've got it open.

 1          Q.  (By Mr. Swain)  What is Deposition

 2   Exhibit 55?

 3          A.   This is a cover sheet that we would

 4   include with the -- with the copy of the -- of the

 5   separation agreement and general release.

 6          Q.   And Deposition Exhibit 55 is a native

 7   format document produced in Microsoft Word format that

 8   bears the Bates stamp MOHAMED 000560.

 9               Do you see that?

10          A.   Yes, I do.

11          Q.   And same story as before:  I am going to

12   share my screen and look at the properties --

13          A.   Okay.

14          Q.   -- of Deposition Exhibit 55.

15               Do you see the properties that I'm looking

16   at bear the same title as the document that we were just

17   looking at before?

18          A.   Yes.

19          Q.   And the last saved date indicates that it

20   was last saved by Mike Jackson, correct?

21          A.   Correct.

22          Q.   Do you have any reason to believe that

23   doesn't refer to you?

24          A.   No.  As stated before, I -- again, my

25   recollection is creating the exit-related documents.

1              Q.   And this document indicates that the

2    content was created at 10:29 a.m. on August 31, 2020; is

3    that correct?

4              A.   Yes, that's what I -- that's what I read

5    on your screen: 10:29 a.m.

6              Q.   And that it was last saved the same

7    minute, 10:29 a.m. on August 31, 2020, correct?

8              A.   Yes, that is correct.   That is what I read

9    on your screen.

10             Q.   And I'll represent to you, Mr. Jackson,

11   that I received these documents in native format from La

12   Tanya James-Rouse at SHRM.

13             A.   Uh-huh, yeah.

14             Q.   Have you ever -- well, do you know

15   Ms. James-Rouse?

16             A.   I worked with her during my time at SHRM,

17   and it's "James-Rouse."

18             Q.   "Rouse," thank you.

19             A.   Yeah.

20             Q.   I've never heard her name pronounced out

21   loud before, so . . .

22             A.   Yeah, no worries.

23             Q.   Did you find Ms. James-Rouse to be an

24   honest and trustworthy person when you worked with her?

25             A.   From my experience, yes.

     1              Q.    Do you have any reason to believe that she

     2     would have manipulated the metadata on any documents that

     3     she would send to someone?

     4              A.    I have no reason to believe that.

     5              Q.    Let's look at Deposition Exhibit 56 now,

     6     which is a native format document --

     7              A.    Uh-huh.

     8              Q.    -- produced in Microsoft Word format,

     9     bearing the Bates Number MOHAMED 000562.

    10              When that appears in your chat function,

    11     please open it.

    12              A.    One moment.

    13              Yes, I have it open.

    14              Q.    And what is Deposition Exhibit 56?

    15              A.    It is a copy of a separation agreement and

    16     general release.

    17              Q.    Between Ms. Mohamed and SHRM, correct?

    18              A.    Correct.

    19              Q.    It appears to be a version of the same

    20     separation agreement that we looked at a moment ago,

    21     Deposition Exhibit 41, correct?

    22              A.    Correct.  I'm -- you know, I -- again, I

    23     have not gone back and compared the two versions, but it

    24     appears to be, you know, similar to whatever it was

    25     before, 50- -- was it 41 or 54?  I can't remember.

1              Q.    It was 41, the one --

2              A.    Okay.

3              Q.    -- that I showed you before.

4              A.    Yeah.

5              Q.    Again, let's take a look at the properties

6        of Deposition Exhibit 56.

7                    The properties that I have open on my

8        screen now, can you verify that the title is the same

9        document we were just looking at: Deposition Exhibit 56?

10             A.    One moment.  Let me make sure I've got it.

11                   56, Mohamed 000562, yes, that is correct.

12             Q.    And in the details tab of the properties

13       of Deposition Exhibit 56, it indicates that the content

14       of this document was created at 8:11 a.m. on August 30,

15       2020, correct?

16             A.    Correct.

17             Q.    Do you recall if you were the person who

18       created the content of this Deposition Exhibit 56?

19             A.    I -- again, it depends on how you define,

20       you know -- define "created."  Again, this was a standard

21       template with -- within the -- within the, you know --

22       within the -- you know, that was used and then updated.

23       I don't specifically recall the, you know, updating, but

24       it would be consistent with updating all the other

25       documents.

1              But, you know -- so I -- you know, so

2    it -- you know, so I don't recall specifically this --

3    you know, this document, if this was done by -- by me or

4    by general counsel -- or by the general counsel's office,

5    excuse me.

6         Q.   Understood.

7              Who at the general counsel's office were

8    you working with to facilitate Ms. Mohamed's termination?

9         A.   My primary -- my primary contact within --

10   you know, primary with any employee relations matter, I

11   would work with our assistant general counsel, La Tanya

12   James-Rouse.

13             But -- you know, but I would, you know,

14   depending on circumstances, you know, also work with

15   others on -- you know, in the office, but I -- you know,

16   but I don't recall working with -- with Jim Banks

17   directly, who was general counsel at the time, you

18   know -- you know, on -- on anything related to -- to Ruby

19   Mohamed.

20        Q.   Okay.

21        A.   So I -- my recollection, La Tanya

22   James-Rouse.

23        Q.   And you don't know whether it was her or

24   you who created this document, Deposition Exhibit 56,

25   correct?

1            A.    I don't recall specifically, you know.

2                  And -- and that's where, you know -- you

3     know, it -- it -- it could have been, you know --

4     typically it was some combination of, you know -- of, you

5     know, typically it would be, you know -- we would get a

6     draft, you know, and then update from legal, but in this

7     particular circumstance, I'm not sure -- I'm not sure

8     sort of, you know -- I don't recall the, you know -- what

9     may or may not have occurred.

10           Q.    Understood.

11                 I'm going to show you Deposition

12    Exhibit 57 now, which is another native format document

13    produced in Microsoft Excel format.

14           A.    Uh-huh.

15           Q.    Bearing the Bates Number MOHAMED 000563.

16                 When you've received it, please open it

17    up.

18           A.    One moment.

19                 I've got it open.

20           Q.    Tell me what this Deposition Exhibit 57

21    is.

22           A.    This is an Excel document that, you

23    know -- you know, that -- you know, of a template that I

24    used for, you know -- for -- you know, as a checklist for

25    terminations and would create with terminations to be

1    able to -- you know, to concisely have, you know, the --

2    the -- coordinate any -- any involuntary termination, or

3    voluntary.

4               Q.   So you believed that you took the template

5    and updated it to reflect Ms. Mohamed's termination; is

6    that correct?

7               A.   That, you know -- you know, I don't

8    specifically recall -- recall creating this document, but

9    it would be in line with creating all the -- you know,

10   the various other exit-related items.

11              Q.   Understood.

12              Let's take a look at Deposition

13   Exhibit 58, which is a native format document produced in

14   Microsoft Word format that --

15              A.   Uh-huh.

16              Q.   -- bears the Bates Number MOHAMED 000585.

17              Please open it up when you have it.

18              A.   Yeah, one moment.

19              Yep, I've got it open.

20              Q.   And tell me what Deposition Exhibit 58 is.

21              A.   This is a -- this is a template exit

22   letter, similar to the -- similar to one, you know,

23   referred to earlier.

24              Q.   And it bears your signature, correct?

25              A.   Correct.  That is part -- that is standard

1    with -- with our exit template at the time.

2              Q.    Understood.

3                    And so this termination letter has the

4    exit date highlighted, right?  And it's not a date; it

5    just says "EXIT DATE."

6                    Is that --

7              A.    Uh-huh.

8              Q.    -- correct?

9              A.    Correct.

10             Q.    So does that indicate that the date of

11   Ms. Mohamed's termination had not been decided yet?

12             A.    Typically, you know -- typically with the,

13   you know -- you know, with a template like this, you

14   know -- you know, if a date wasn't listed, then, you

15   know -- then either, you know, it wasn't onboard or it

16   hadn't -- or this form hadn't been fully filled out at

17   that point.

18                   You know -- you know, I'm not sure what --

19   what specifically there, but clearly, you know, looking

20   at the form, you know, there are no dates listed on this

21   form as of -- you know, as what I'm seeing here.

22             Q.    Does the fact that this letter was

23   prepared indicate that the decision to terminate

24   Ms. Mohamed had already been made but the date was just

25   to be determined?

1          A.    No.

2          Q.    Why not?

3          A.    Because, again, as I -- as I mentioned

4    previously, you know, prior to me, you know -- you know,

5    knowing that I was going on leave, I did, you know, try

6    to line -- you know, prepare for as many scenarios as

7    potentially possible that may or may not happen.

8               And so, again, not knowing when this

9    document was created, you know, I'm not sure of the

10   circumstances, but I think, you know, this doesn't say

11   that it -- that a decision had been made.

12         Q.    But would you agree the fact you prepared

13   this means that you viewed her termination as a real

14   possibility?

15         A.    It meant that I was, you know, trying to

16   cover as many -- you know, as many scenarios, you know,

17   likely or unlikely, as possible.

18              As I mentioned before, this was the

19   employee relations matter that was on the -- on the

20   docket when I went out on surgery, you know -- you know,

21   and again, you know -- you know -- you know, I can't

22   prepare for the unexpected, but, you know -- but again,

23   thinking through, you know -- you know -- you know,

24   what -- you know, even remotely could happen during

25   the -- you know, during the course of my absence.

1             You know -- you know, if there was a
2    situation that may -- you know, may have warranted, you
3    know, an exit, you know -- you know, this is the only one
4    that -- that was -- that I was aware of that could have
5    progressed to that point, but it hadn't by the time that
6    I had went out on leave.
7             Q.   What other scenarios did you prepare for
8    before your leave with respect to Ms. Mohamed?
9             A.   I had -- you know -- you know, I -- you
10   know, preparing checklists of, you know, how to handle
11   both voluntary and involuntary, you know, processes that
12   may come up that I hadn't anticipated.
13             You know, looking at, you know -- you
14   know, if -- you know, I think trying to, again, make sure
15   that my team members knew how to handle various things
16   related to our HRIS system, you know, things in that
17   regard.
18             So trying to think through sort of what
19   was, you know, within my portfolio that might have -- you
20   know, that -- you know, that -- you know, that I could,
21   you know -- you know, prepare to the extent, you know,
22   that I could, you know, again, not knowing what may or
23   may not happen.
24             Q.   Did you prepare anything for the
25   possibility that Ms. Mohamed would not be separated

1    during your leave?

2              A.    Well, you know, at that point, you know,

3    there -- you know, well, from my -- from my role of

4    things, there wouldn't be, you know -- you know, there

5    wouldn't be anything for me to prepare, per se.

6              And when I went out on leave, you know,

7    my -- my recollection was that, you know, she was still

8    engaging with the facilitation with -- with Bernée Long

9    and that, you know, again there was work with the team on

10   various elements.  So, you know, that's -- you know --

11   you know, that's -- you know, so -- you know . . .

12             But to your question, there wouldn't --

13   you know, there wouldn't have been, you know -- you

14   know -- you know, it would have been -- you know, if she

15   hadn't had been exited out, she -- you know, there would

16   have been nothing, you know, on -- on that exit-related

17   side to do because she would still be an employee.

18             Q.    By the way, of the documents that we

19   looked at earlier, Deposition Exhibits 41, 54, 55, 56,

20   57?

21             A.    Uh-huh.

22             Q.    Do you recall that those -- the properties

23   all indicated that those were prepared on August 30 or

24   August 31?

25             A.    Yes.

    1             Q.   And that was during your leave, correct?

    2             A.   Yes.

    3             Q.   And so to me, that indicates that you

    4    actually were working on matters related to Ms. Mohamed's

    5    termination during your leave.

    6                  Is that --

    7             A.   Which is -- which is consistent with what

    8    I said before.  I offered to, you know -- you know, to --

    9    you know, to -- to -- you know, to the extent possible,

   10    to, you know, prepare exit documents related to

   11    Ms. Mohamed and, again, prepare -- and support my team in

   12    scenario planning with, you know, what may or may not

   13    happen, you know, as I led up before, so just as I said

   14    before.

   15             Q.   And you indicated the fact that this

   16    template doesn't have an exit date, that indicates that

   17    the decision to terminate Ms. Mohamed had not been

   18    formally made yet; is that right?

   19             A.   Again, you know, I can't -- you know --

   20    you know, without knowing, one, the date of the -- you

   21    know, that that template was created; but then, two, the

   22    date of when I received the email notification, you know,

   23    from Mr. Sullivan that the action was moving forward, I,

   24    you know -- you know, it would just be speculation.

   25             Q.   Well, the separation checklist that we

1    looked at -- or, I'm sorry, the separation agreement,

2    Deposition Exhibit 56, do you recall that the creation

3    date of that document was on August 30, 2020?

4              A.    I -- you know, I don't -- you know, I

5    recall that some of the -- some of the documents we

6    discussed -- again, you know, I would have to go back and

7    look at that, see the string again to confirm, but . . .

8              Q.    Well, let's do it.

9              A.    Let's do it.

10             Q.    I'm showing you the properties of

11   Deposition Exhibit 56, the separation agreement that we

12   looked at a few moments ago.

13                   Do you see where it says the content was

14   created on August 30, 2020 at 8:11 a.m.?

15             A.    Yes, I do.

16             Q.    Okay.  And let's -- you should still have

17   Deposition Exhibit 56 --

18             A.    Uh-huh.

19             Q.    -- available to you to open it up.

20                   So please open it up again.

21             A.    I have it open.

22             Q.    Good.

23                   So on the bottom of the first page of

24   Deposition Exhibit 56 --

25             A.    Uh-huh.

1            Q.    -- in Paragraph 3(a), it says, "Employee's

2    last day of employment will be August 31, 2020."

3            Do you see that?

4            A.    Yes, I do.

5            Q.    So when you -- when SHRM prepares

6    termination documents that actually include a termination

7    date, does that indicate to you that the decision to

8    terminate an employee has already been made?

9            A.    Not necessarily.  You know, if I -- if I

10   recall correctly, you know, the -- you know -- you know,

11   I'm not sure, you know -- you know -- you know, again,

12   without -- without knowing when exactly I received, you

13   know, the communication there, you know -- you know, I --

14   you know, I'm not sure, you know -- you know -- you know,

15   it's not uncommon for us to -- to draft documents, you

16   know -- you know, to have them available if needed.

17           But then -- you know, but then dates shift

18   or actions don't occur.  You know, we've had that also

19   happen, you know, before.

20           So I do see that that says August 31.  You

21   know, again, you know, in terms of, you know, the

22   specific timing, I -- you know, again, without -- you

23   know -- you know -- you know, without recollection of

24   this specific email, when I received, you know -- you

25   know, was informed from Sean Sullivan, you know, I can't

1    speak specifically to the dates there, but, you know --

2    but yes, that form does say August 31, to your question.

3              Q.    And Ms. Mohamed was, in fact, fired,

4    correct?

5              A.    She was -- it was an involuntary

6    termination.

7              Q.    Is there a distinction between being fired

8    and being involuntarily terminated in your mind?

9              A.    You know -- you know -- in, you know --

10   I -- you know, involuntary termination was how we -- you

11   know, was how we, again, you know, framed it within --

12   you know, within our system and paperwork, you know.  You

13   know, I -- I defer to you on the legal distinctions,

14   but . . .

15             Q.    Well, is there a distinction in your mind,

16   recognizing that you're not an attorney?

17             A.    There --

18             MS. SPITTELL:  Objection.  Foundation.

19             A.    -- there are many -- you know, there --

20   you know -- you know -- again, you know, involuntary

21   termination involves a range of things.  The term

22   "firing" -- you know, again, if -- you know, it's a --

23   it's a bit arbitrary.

24                   So without drilling down further, it's

25   a -- you know -- you know, it's really a question of

1    semantics.

2              Q.   (By Mr. Swain)   And semantically, they mean

3    the exact same thing, right:   That someone is being

4    terminated from their job against their will?

5              MS. SPITTELL:   Objection.   Foundation.

6              You can answer.

7              A.   I'm, you know -- you know, I -- you know,

8    again, you know -- you know, I'm not going to get into a

9    Merriam-Webster back-and-forth.   You know, we classified

10   it as an involuntary termination.

11             Q.   (By Mr. Swain)   Okay.   But -- so you said,

12   you know, generally, maybe there were circumstances where

13   you would prepare this document with a termination date

14   and then the employee would not be terminated; is that

15   correct?

16             MS. SPITTELL:   Objection --

17             A.   There --

18             MS. SPITTELL:   -- form.

19             THE WITNESS:   Sorry.

20             MS. SPITTELL:   Go ahead.

21             A.   You know -- you know, we've had scenarios

22   where -- you know, where documents were created where an

23   action was not -- where a separation agreement was

24   created and the -- and the action ultimately did not

25   happen.

1            Q.   (By Mr. Swain)   And can we agree that this

2      is not one of those circumstances?

3            A.   Correct.   This -- you know, Ms. Mohamed

4      was -- was -- was -- was an involuntary termination.

5            Q.   Is it your testimony that as of August 30,

6      the date this document was created, the decision to

7      terminate Ms. Mohamed's employment had not yet been made?

8            A.   I do not -- you know, again, I was not

9      involved with the specific, you know, discussions and

10     decisions there.

11               As I mentioned before, you know -- you

12     know, my awareness, you know, of when the decision came

13     was from an email from Sean Sullivan, and so

14     unfortunately, I don't recall specifically when that

15     email was received.  You know, you should have that in

16     your documentation, but unfortunately, I just, I don't --

17     I don't recall.

18            Q.   Unfortunately, I don't have it because

19     despite over a dozen requests, SHRM hasn't given it to

20     us.

21               MS. SPITTELL:  Is there a question?

22               MR. SWAIN:  Not right now.

23               MS. SPITTELL:  Okay.  Well --

24               MR. SWAIN:  Let's --

25               MS. SPITTELL:  -- hold off from

1    testifying, Mr. Swain.

2              Q.  (By Mr. Swain)  Let's take a look at the

3    properties of Deposition Exhibit 58.  That's the template

4    letter that we just looked at that had kind of a place

5    holder for the termination date.

6              Do you --

7              A.   Yeah.

8              Q.   -- recall that?

9              A.   Yep.  And I've got it pulled up here.

10             Q.   All right.  And I -- please look at my

11   screen that I'm sharing because I'm showing you the

12   details.

13             A.   One moment.  Let me just -- let me just

14   make -- verify, 5 -- 00585.  Yes.

15             Q.   This indicates that the document was last

16   saved by Mike Jackson, correct?

17             A.   Correct.

18             Q.   And you don't have a reason to think

19   that's another Mike Jackson, correct?

20             A.   No.

21             Q.   Because preparing these documents was one

22   of your responsibilities as the manager of employee

23   relations, correct?

24             A.   Employee -- manager --

25             Q.   Employee --

1          A.    -- of employee --

2          Q.    -- experience?

3          A.    -- experience, yes.  Correct.

4          Q.    I apologize, I keep --

5          A.    That's --

6          Q.    -- misspeaking.

7          A.    -- all right.

8          Q.    Thank you for clarifying that, though.

9          A.    Oh, absolutely.

10          Q.    And the properties of this document

11    indicate that it was created at 7:40 a.m. on August 21,

12    2020.

13              Do you see that?

14          A.    Yes, I do.

15          Q.    And is it your testimony that you just

16    took it upon yourself to prepare Ms. Mohamed's

17    termination documents on August 21 without any

18    instruction from Sean Sullivan or La Tanya James-Rouse or

19    anyone else?

20          A.    As I --

21              MS. SPITTELL:  Objection.  Form.

22              Go ahead and answer.

23          A.    As I mentioned previously, you know -- you

24    know, that -- you know, I prepared a number of documents

25    that may or may not have been needed by the HR department

1    during the time of my leave, which -- which, you know,

2    again, my surgery was on August 24.  This was the Friday

3    prior, if I'm -- and if I'm calculating the dates

4    correctly, this would have been Friday, the 21st.

5                    And so, you know, again, you know, this

6    would be consistent with -- you know, with my, you know,

7    trying to prepare things that may or may not have been

8    needed by my team, you know, while I was out, you know,

9    as I mentioned before.

10              Q.   (By Mr. Swain)  And it would also be

11   consistent with an inference that the decision to fire

12   Ms. Mohamed had already been made, wouldn't it?

13              A.   No.

14              Q.   Why not?

15              A.   Because, again, you know, if you -- you

16   know, as noted before, the, you know -- you know, there

17   were no dates or information on that.  Again, you know,

18   as I mentioned before, I tried to, you know, think

19   through, you know -- you know, scenarios, you know, even

20   remote ones, that -- that, you know, that -- you know,

21   that could potentially occur.  You know, that doesn't say

22   that that decision had been made at that point.

23                    And again, as I mentioned before, you

24   know, I was not, you know, made aware that a decision had

25   been made until I received the email from Sean Sullivan.

1            Q.    And you don't recall the date that you

2    received that email from Mr. Sullivan?

3            A.    Unfortunately, I don't.

4            Q.    Do you recall when you completed your

5    investigation of Ms. Mohamed's discrimination complaints?

6            A.    So in terms of -- well, my work with --

7    with, you know -- related to, you know, Ms. Mohamed

8    really started -- you know, really from late June and

9    then, you know, I -- you know, I continued to engage, you

10   know, with, you know -- you know, with various parties

11   and everything there.

12            But really, if I recall correctly, my

13   conversations, you know, went on, you know, through I

14   think sometime in mid-to-late July.  But then I know that

15   there were other conversations, you know, looking into

16   this matter that were made by Sean Sullivan, you know --

17   you know -- you know -- you know, subsequent to that.

18            Q.    So when did your portion of the

19   investigation of Ms. Mohamed's discrimination complaints

20   conclude?

21            A.    So my, you know --

22                  Sorry, go ahead.

23            Q.    I didn't say anything.

24            A.    I'm sorry.  I thought someone else did.

25                  In term -- you know, from my recollection,

1    you know, I think the -- you know, the -- you know, the

2    core, you know -- you know -- you know, the core

3    investigation that I did, you know -- you know, in terms

4    of following up with various parties, you know, I believe

5    occurred, you know, in -- from late June into mid-to-late

6    July.

7                    I can't remember exactly when, but, you

8    know -- but then I do know that, again, you know, that

9    Sean Sullivan had talked -- you know, had subsequent

10   further conversations related to this matter and the --

11   you know, and the -- you know, and the claims by

12   Ms. Mohamed, you know, subsequent to that.

13              Q.    Okay.  Do you -- to your knowledge, what

14   was the reason for Ms. Mohamed's termination?

15              A.    If I'm -- if I recall, it was due to

16   performance.

17              Q.    What about her performance?

18              A.    I -- you know, I believe -- if I recall,

19   it had been the -- you know, it had been the

20   circumstances occurring really from July on in terms of,

21   you know -- you know -- you know, communication, missed

22   deadlines.  But then also, you know -- you know, in, you

23   know, sort of -- also in terms of issues related to the

24   work product, it ranged with a -- with a number of

25   different elements.

1                    You know, I believe there were -- if -- if

2    I recall correctly, I think there were -- there were two

3    particular projects that -- that were involved:  I think

4    one on Digital HR and one -- it may have been Compliance,

5    but I'm -- I can't -- I can't recall specifically what

6    the second one was.

7                    But I believe that there were two main --

8    two main products that -- that were -- you know, that --

9    that she was focused on during that period of July -- you

10   know, July into August.

11             Q.   And what specifically about those two

12   projects was related to her termination?

13             A.   You know, I -- again, I think, you know,

14   the -- you know, I -- you know, I -- if I recall

15   correctly, the issue was really, you know, the totality

16   of, you know -- you know, communication -- you know, lack

17   of communication, you know -- you know, and

18   responsiveness to various stakeholders, you know -- you

19   know, delays in delivering the product and when products

20   were delivered, issues with the quality, if -- if I'm

21   remembering correctly.

22             Q.   And you testified that you actually didn't

23   personally participate in the decision to terminate

24   Ms. Mohamed, correct?

25             A.   I was out --

1           MS. SPITTELL:  Objection.  Foundation.

2           Go ahead, Mr. Jackson.

3      A.    Yeah.

4           As noted before, you know, I -- you know,

5  I was not involved with the -- with the decision to --

6  you know, I was not involved when the decision was made

7  to terminate Ms. Mohamed.  Again, I found out about the

8  decision after, you know -- you know, with -- from the

9  email from Sean Sullivan.

10      Q.    (By Mr. Swain)  In the email from

11  Mr. Sullivan that the decision had been made to terminate

12  Ms. Mohamed, did he say the reason why?

13      A.    I don't -- I don't recall specifically.

14  Again, without having seen, you know, that email, I

15  can't -- you know, it would -- it would be speculation.

16  I don't recall specifically, but the key part of the

17  email that -- that I remember was the decision had been

18  made.

19      Q.    And, you know, acknowledging that you

20  didn't personally participate in the decision to

21  terminate Ms. Mohamed, how do you know the reason why she

22  was terminated?

23      A.    You know, I -- you know, again, you know,

24  I -- you know, having been involved with the -- you know,

25  with the process up to that point and if -- you know,

1    having to, you know -- you know, been involved with --

2    with, you know, and having seen the correspondence

3    related to that.  Even though I was, you know, out on

4    leave, I was still cc'd on a number of emails, again,

5    related to, you know, the -- the performance challenges,

6    deadline challenges, you know, various things there.

7            Q.    Do you have any personal knowledge about

8    Ms. Mohamed's work performance, or are you just relying

9    on things you heard from other people?

10           A.    In -- define -- can you -- can you define

11   a bit more the scope of what you're asking with that?

12           Q.    Sure.

13                 Well, you said you didn't participate in

14   the decision to terminate Ms. Mohamed.  You were just

15   relying on the notification from Mr. Sullivan, correct?

16           A.    Correct.

17           Q.    Were you present for any discussions

18   between Mr. Sullivan and anyone else about the reason for

19   Ms. Mohamed's termination?

20           A.    Present for discussions related -- you

21   know, related to the decision, you know -- so now you're

22   asking related to the decision to terminate.  Again, you

23   know, I -- you know, the decision to make, I was not, you

24   know -- you know, I was, you know, out on leave at the

25   time that that was made.

          1                    I was aware, again, of the -- you know, of

          2    various, you know, performance matters that were

          3    occurring in the weeks prior, you know, and -- and, you

          4    know -- you know, both, again, from, you know, the

          5    various conversations that I was involved with, but also

          6    email communications.

          7                    So I, you know, did know that there was

          8    the progression of issues, you know, in July, into

          9    August.

         10            Q.    And remind me specifically what the

         11    performance issues were?

         12            A.    In term -- from my recollection, it was

         13    really, you know, sort -- you know, a couple, but one

         14    was, you know, lack of communication and lack of

         15    responsiveness to -- to -- to her manager and other

         16    leadership related to various initiatives and challenges

         17    there.

         18                    Two, you know, was, you know, there was --

         19    there was issues related to deadlines and, you know --

         20    you know, with, I believe the two main projects, again,

         21    as I -- as I noted before.

         22                    And then if I recall, you know, I think

         23    there was also some issues with, again, some of the

         24    deliverables of various projects along the way.

         25                    So I think -- you know, so my recollection

1    is, again, sort of around those three areas.

2              Q.    And is it your testimony that each of

3    those three areas was part of the motivation for

4    Ms. Mohamed's termination?

5              A.    Again, you know, not having been part of

6    the, you know -- you know, of the conversation, I

7    can't -- you know, I can't say specifically.  But again,

8    you know, the situation is looking at the totality, you

9    know, of -- you know, would be looking at the totality of

10   events.

11             Q.    Do you know if Ms. Mohamed actually missed

12   deadlines or not?

13             A.    My understanding -- you know, I -- you

14   know, I know that there -- I -- but, again, without

15   looking -- going back and looking, I know that there were

16   issues related to deadlines and -- and, you know --

17   and -- but, you know, I -- and I believe that there were

18   deadlines missed, you know.

19                  In terms of specifics, I'm afraid I don't,

20   you know, recall specific examples.  But, you know,

21   that -- you know, but my recollection was that there was

22   issues related to deadlines, you know, at -- at various

23   points.

24             Q.    And you'll have to forgive me but "issues

25   related to deadlines" is pretty vague.

1              So what --

2        A.   Uh-huh.

3        Q.   -- were the issues specifically?

4        A.   I believe --

5              MS. SPITTELL:  Objection.  Foundation.

6              Go ahead.

7        A.   If I recall correctly, it was, you know --

8   you know, really -- you know, I think that there had been

9   a number of deadlines that had slipped.

10             And then also, I think, you know, there

11  had been, you know -- you know, that -- you know, and I

12  think -- if I recall correctly, that there had been some

13  internal deadlines, and I can't remember which project,

14  that -- that hadn't been met.

15             Again, you know -- you know, I would

16  have -- you know, without, you know, it seems -- you

17  know, the particular details, I can't, you know, provide

18  specifics.

19             But just from my general recollection, I

20  think those were the two areas that -- that I recall

21  related to deadlines.

22        Q.   (By Mr. Swain)  Anything else?

23        A.   Not that I recall.

24        Q.   Let's look at Deposition Exhibit 28, which

25  I'm going to share with you.

```
1              A.    Uh-huh.

2              Q.    When that appears in the chat box, please

3     open it.

4              A.    One moment.

5                    Yep, I've got it open.

6              Q.    And Deposition Exhibit 28 bears the Bates

7     marker SHRM 0036 through SHRM 0037.

8                    Do you see that on the bottom right of

9     each page?

10             A.    Sorry.  0036 and what was the other one?

11             Q.    0037.

12             A.    That is correct.

13             Q.    And what is Deposition Exhibit 28?

14             A.    This was -- this -- you know, it appears

15    to be a copy of our resignation/termination policy.

16             Q.    And as the manager of employee engagement,

17    were you familiar with SHRM's various internal human

18    resources policies?

19             A.    Yes.

20             Q.    And did you follow SHRM's internal human

21    resources policies in that role?

22             A.    Yes.

23             Q.    Would you agree that SHRM following its

24    own internal human resources policies was important?

25             A.    That's the nature of policies, yes.
```

```
 1            Q.    Why?

 2            A.    It is, you know -- why -- why -- sorry, I

 3    don't understand your --

 4            Q.    Why is --

 5            A.    -- question "why."

 6            Q.    -- it important for SHRM to follow its own

 7    policies?

 8            A.    In terms of consistency, in terms of, you

 9    know, again, ensuring that we comply with various -- you

10    know, various, you know, legal requirements, you know --

11    you know, it just -- you know, it -- there was a range

12    of -- yeah.

13            Q.    Also important to make sure people are

14    being treated fairly; would you agree with that?

15            A.    Yes.

16            Q.    Let's take a look at the second page of

17    Deposition Exhibit 28.

18            A.    Deposition 28, so --

19            Q.    This is --

20            A.    -- is that --

21            Q.    -- Deposition Exhibit 28.

22                  I want you to look at the page --

23            A.    Yeah.

24            Q.    -- that says SHRM 0037 on the bottom.

25            A.    Yep, yep, I've got it.
```

1              Q.   Okay.  And about one-third of the way

2    through that page, there's a section called "Involuntary

3    Departure."

4              Do you see that?

5         A.   Yep.  Yep.

6         Q.   And under "Involuntary Departure," it

7    says, "If a supervisor believes an employee should be

8    terminated, the supervisor must first discuss the

9    situation with the Director, Human Resources or the

10   Manager, Employee Relations."

11             Do you see that?

12        A.   Uh-huh, uh-huh.

13        Q.   And did I read it correctly?

14        A.   Well, I -- if you could read it again, I

15   will -- I can confirm that.

16        Q.   How about you read it.

17        A.   "If a supervisor believes an employee

18   should be terminated, the supervisor must first discuss

19   the situation with the Director, Human Resources or the

20   Manager, Employee Relations."

21        Q.   So in August 2020, who was the director of

22   human resources?

23        A.   We -- we did not have a director of human

24   resources.

25        Q.   Okay.  And in August of 2020, who was the

1    manager of employee relations?

2              A.   We did not have a manager of employee

3    relations.  Again, that role, once it became vacant,

4    evolved into a broader position: manager of employee

5    experience.

6              Q.   So do you believe that this portion of the

7    policy was no longer applicable because there was not

8    someone in either of those roles at the time of

9    Ms. Mohamed's termination?

10             A.   No, I do not believe that.

11             Q.   Why not?

12             A.   Because, again, the -- you know, even

13   though the titles have changed and the -- and the

14   organizational structure has evolved, you know, there --

15   there was -- you know, the essence of -- of roles were

16   there.  And, again, the policy to make sure that -- you

17   know, that -- you know, that there is review -- you know,

18   review before any decision, you know, is -- you know --

19   you know, remained the same.

20             So even though titles changed in the

21   organization, you know, the essence being covered there

22   remained the same.

23             Q.   So who would those two individuals have

24   been at the time of Ms. Mohamed's termination, given that

25   there weren't folks in either of those two named roles?

 1              A.    So, you know --

 2                   MS. SPITTELL:  Objection to foundation.

 3              A.    The equivalent, you know, in the structure

 4     that we had at the time in question would have been --

 5     would have been Sean Sullivan, you know, for the -- you

 6     know, in the director, human resources; and then myself,

 7     you know, for the manager, employee relations, would have

 8     been the closest equivalents.

 9              Q.  (By Mr. Swain)  Okay.  And the next

10     sentence says, "The Director, Human Resources or the

11     Manager, Employee Relations will ensure that the

12     progressive discipline policy has been adhered to, as

13     appropriate, prior to concurring with an involuntary

14     termination."

15                   Did I read that correctly?

16              A.    Yes, you did.

17              Q.    And again, that would be either Sean

18     Sullivan or you during this time period, in August 2020,

19     correct?

20              A.    Correct.

21              Q.    Describe SHRM's progressive discipline

22     policy at the time.

23              A.    So --

24                   MS. SPITTELL:  Objection.  Foundation.

25                   Go ahead.

1                    THE WITNESS:  Thank you.

2            A.    So in terms of, you know, progressive

3    discipline policy, you know, at the -- you know -- you

4    know, at -- at this time, this was something that had

5    evolved within the -- within the organization.

6                    The organization, you know, in -- you

7    know -- you know, prior to that point had moved away from

8    a -- you know, from a structured performance improvement

9    plan, you know, structure to really, you know, being

10   able -- you know, to more of a, you know, as issues

11   arised working directly with -- you know -- you know,

12   have -- you know, work -- working directly with the

13   employee to address issues and lay out milestones for --

14   you know, for -- and expectations for mitigating those.

15                   So, you know, that -- you know, so that --

16   the process had evolved.  But, again, the essence of, you

17   know, laying -- laying out markers for -- for, you

18   know -- for addressing concerns and looking for

19   improvement in process was still there.

20           Q.    (By Mr. Swain)  Before Ms. Mohamed was

21   terminated, did you ensure that SHRM's progressive

22   discipline policy had been adhered to?

23           A.    We -- you know, again, both Sean Sullivan

24   and myself were, you know -- you know, had been connected

25   in with -- you know, with the process of seeing the

1   progression related to deadlines and -- and things there.

2   We had seen that expectations had been set out and then,

3   you know, had seen that, you know, what had or had not

4   occurred, you know -- you know, related -- you know,

5   related to that.

6                    I would, you know -- you know, I would

7   say, you know, that -- that that -- that that was adhered

8   to.

9                    Q.    Well, can you agree with me that if the

10  decision to terminate Ms. Mohamed's employment had been

11  made before her deadlines even occurred, that she can't

12  legitimately have been fired for missing the deadlines?

13                   A.    Again, I -- I can't speculate because --

14  you know, again, on when the -- when the final

15  decision -- when the final decision was made.  So it

16  would be hard for me to answer, you know, directly

17  vis-a-vis that.

18                   Q.    So that answer was nonresponsive.  So I'm

19  going to ask Ms. Dittmer to ask the question again.

20                   A.    Certainly.

21                   (The following question was read:

22                   "QUESTION:  Well, can you agree with me

23  that if the decision to terminate Ms. Mohamed's

24  employment had been made before her deadlines even

25  occurred, that she can't legitimately have been fired for

1   missing the deadlines?")

2           A.   So, you know, again, one, as I stated

3   before, you know -- you know, part of that question, you

4   know, supposes something that, you know, again, I was --

5   you know, was not involved with, with the final decision.

6                But again, I will say, you know, again,

7   you know -- you know, that, you know, that performance

8   doesn't necessarily, you know, mean, you know -- you

9   know, the specific deadline alone.

10               Again, it's looking at the totality of

11  performance and, you know -- and, you know, what had or

12  hadn't occurred, you know, in -- you know, in the -- you

13  know, in the -- in the period, you know, leading up to

14  and prior.

15          Q.   So let's -- we talked about Ms. Mohamed,

16  but not directly.

17               So when did you first meet Ruby Mohamed?

18          A.   I -- I don't recall specifically when I --

19  when I first met Ruby Mohamed, but I will say, you know,

20  I -- I knew her in my prior role when I worked at the

21  Council for Global Immigration, you know, and with the

22  J-1 Visa Program.

23               You know, I had -- you know, had known

24  her, you know -- you know, and then had actually worked

25  with her and -- at the time, you know, her -- well, I

1    worked with her and my team had worked with her to --

2    to -- to update an eLearning program that we had, you

3    know, for our program participants, you know, during that

4    time.

5                 And so I had -- had worked with her in

6    that capacity and then knew her, you know -- you know,

7    from that -- you know, from that time at SHRM.

8        Q.    What were your observations about

9    Ms. Mohamed's work on that eLearning program that you and

10   your team worked on with her?

11       A.    From my experience, she did a fantastic

12   job with it.  She was very -- very, you know -- very

13   thorough with getting the updates.  She -- you know, she

14   responded well to the feedback that -- that we gave and,

15   you know -- and -- and allowed us to be able to meet the

16   deadlines that we had for being able to -- to get this

17   updated.

18                 So very positive from my experience with

19   her on that project.

20       Q.    And can you orient me in terms of the

21   timing of when we're talking about, like, the approximate

22   month and year?

23       A.    I don't recall specifically when -- when

24   that -- you know, when that would have occurred.  It --

25   it -- if I -- and, again, this is going to be just my

1   best recollection, you know -- that it would have been

2   about the time that we were -- that we -- that CFGI was

3   fully merging into SHRM and our J-1 Visa Program was

4   rebranding as a SHRM program, which, if I recall

5   correctly, that occurred in -- in September of 2018.

6              I can't remember when -- we did a number

7   of things leading up in the months prior to that, you

8   know, so I don't recall specifically when we -- when I

9   worked with Ruby on that project.

10             But I do recall that -- working with her

11  on that project is when she was still with the

12  eLearning -- with the eLearning team.

13        Q.   Did you have any other observations about

14  Ms. Mohamed's work from the time period where you were

15  actually collaborating with her?

16        A.   The only -- you know, to my -- to the best

17  I can recall, that was the only project where I

18  specifically worked with her on that with eLearning.  But

19  again, as I said before, it was a, you know, very

20  positive experience and -- you know, and was very pleased

21  with the -- with the collaboration and the -- and the --

22  with the collaboration and the -- and the outcome.

23             And -- and if I recall correctly, I said

24  so as much to her manager at the time, which --

25        Q.   Who was that?

 1              A.    -- I can't -- I believe it was Christine

 2    Paradise, but I -- you know, I -- you know, I can't

 3    remember exactly.  It may have -- I can't -- yeah, yeah.

 4    I think it was Christine.  But, you know, again, you

 5    know, my -- you know -- you know, I -- you know, it

 6    could -- it could have been a different individual at

 7    that point.

 8              But I do know that I did say something to

 9    the manager, that I was really pleased.

10              MR. SWAIN:  Let's take a quick break.  Is

11    five minutes okay for everyone?

12              MS. SPITTELL:  Are we off the record?

13              THE COURT REPORTER:  Yes.

14              (Recess taken from 10:36 a.m. until

15    10:45 a.m.)

16         Q.  (By Mr. Swain)  Mr. Jackson, do you know

17    Ruby Mohamed's race?

18         A.   Hold on.  Sorry about that.  From -- from

19    documentation, yes.

20         Q.   What is her race?

21         A.   I -- I know that she -- you know -- you

22    know, I know that she is a protected class, you know --

23    you know, Egyptian origin.  You know -- you know, I can't

24    remember how specifically she was classified in the

25    documentation.  But I do know, again, you know, a

 1   protected class.

 2            Q.   You just know that she was a member of a

 3   protected class, but --

 4            A.   I -- I believe -- you know, I -- I

 5   can't -- you know, I can't recall specifically from the

 6   documentation.  I'm -- you know -- you know, I can't

 7   remember if it was classified African -- I know it was

 8   Egyptian -- you know, Egyptian, you know, origin, but I

 9   can't remember -- I can't remember specifically.

10            Q.   Have you ever met Ms. Mohamed?

11            A.   Have I -- have I met Ms. Mohamed?

12            Q.   Yes.

13            A.   Yes.

14            Q.   What color is her skin?

15            A.   It's a, you know -- it -- a dark color

16   skin.

17            Q.   And you indicated that Ms. Mohamed is of

18   Egyptian national origin, correct?

19            A.   That is my understanding, if I remember

20   correctly.

21            Q.   And which continent is Egypt in?

22            A.   It is Africa.

23            Q.   Ms. --

24            A.   North Africa but . . .

25            Q.   Ms. Mohamed is from Africa and she has

1    dark skin, correct?

2              A.    Again, I can't say specifically where --

3    you know, where she was born, you know.  You know -- you

4    know, and again -- you know, as I said, I don't recall

5    specifically, you know, exactly how she was labeled in --

6    you know, for EEO purposes and things there.

7              But yes, you know, she had, you

8    know -- you know -- you know, origins from -- from Egypt.

9              Q.    Okay.

10             A.    And Egypt, as you noted, is in Africa.

11             Q.    And you don't know her race offhand,

12   correct?

13             A.    Again -- again, I'm not speculating.

14   I'm -- you know, I want to -- you know -- you know, I

15   don't recall what was specifically within the

16   documentation.  I -- you know -- you know, I -- you know,

17   I -- you know, I'm just stating, you know, what I know or

18   don't know.

19             Q.    And I'm asking you, do you know her race?

20             A.    I -- if I -- if I recall, it's, you know,

21   African-American, you know.  But again, I don't -- you

22   know -- you know, but I can't remember the -- you know,

23   what it -- what it was -- you know, what -- you know,

24   how -- you know, how it was officially classified in

25   documentation or other things.

1           Q.    In your mind, does it matter -- is it

2    dispositive how she was documented in -- like, for EEO

3    purposes in the documentation?

4           A.    I'm sorry.  I don't follow your question

5    there.

6           Q.    Yeah, that wasn't a very good question.

7                 Well, let me ask you, you were referring

8    to the documentation --

9           A.    Uh-huh.

10          Q.    -- in a few of your prior answers.  What

11   documentation are you referring to?

12          A.    Well, I remember, you know, again, reading

13   the -- you know, the Complaint, Chicago -- not Chicago,

14   excuse me -- Colorado, whatever the agency was.  You

15   know -- you know, it labeled -- it listed both for

16   Ms. Mohamed and -- as well as a number of other folks

17   identified in what -- you know -- you know, their --

18   their -- you know, their -- you know, what -- you know,

19   their -- their race.

20                So I just don't recall, you know, what it

21   listed there or from -- you know, again, the

22   documentation from the time at SHRM, again, that being

23   over three years ago.

24          Q.    So is it your testimony that you may have

25   known her race during her time at SHRM but have since

1   forgotten it?

2          A.   I -- you know, I -- I -- I'm not saying

3   that.  You know, what I'm saying is, I don't -- you know,

4   I don't want to, you know, say something independently

5   without -- you know, I don't know how she identifies.

6               I have my best, you know -- you know, what

7   I think it is, you know, but again -- you know, I -- you

8   know, I -- I do want to be mindful, again, knowing that

9   I'm under oath.

10         Q.   Did you ask her how she self-identifies

11  racially?

12         A.   Have I ever asked her?

13         Q.   Yes.

14         A.   I don't -- I don't recall asking her

15  specifically.

16         Q.   What about generally?

17         A.   I don't -- I don't recall generally

18  either.

19         Q.   So is it your testimony that your only

20  understanding of her race is from reviewing documents

21  filed with the Colorado Civil Rights Division?

22         A.   In -- you know, in terms of the question

23  of her -- you know, in terms of the question of her race,

24  you know -- you know, there's -- you know -- you

25  know -- you know -- you know, I will say, one, I've

1    known, you know -- you know, knowing Ms. Mohamed, you

2    know, I know her personally, you know, have seen the

3    color of her skin.

4                But again, you know, that doesn't, you

5    know, suppose race one -- you know -- you know, per se,

6    you know.  Again, what I officially know, you know -- you

7    know, would have been either from the documentation or,

8    again, reading the Complaint.

9         Q.   Okay.  So let me ask you a really direct

10   question.

11        A.   Uh-huh.

12        Q.   And I can't imagine that there's any other

13   answer besides yes and no.

14                Do you know what Ms. Mohamed's race is?

15        A.   Do I -- it depends on how you define, do I

16   know.  Again, I don't have the official document -- you

17   know -- you know, without -- you know -- you know,

18   without seeing the documentation that we have from the

19   EEO or how she identified in the legal filings -- you

20   know, I can give you, you know, what I believe.

21                But, you know -- but again, that's not

22   definitive.  And again, you know, not -- you know, so

23   I -- you know, that's where I -- you know, again, being

24   mindful that I am under oath so, you know -- you know, as

25   I stated before, I -- you know, I note, you know -- you

1    know, I -- you know, I know -- you know, I believe I

2    know, but again, I want to be mindful.

3              Q.    At some point, you became aware that

4    Ms. Mohamed had made a complaint of race discrimination

5    during her employment at SHRM, correct?

6              A.    Correct.

7              Q.    How did you learn -- and Ms. Mohamed's

8    complaint of race discrimination was specifically about

9    her direct supervisor, Carolyn Barley, correct?

10             A.    Correct.

11             Q.    And how did you learn about Ms. Mohamed's

12   complaint of race discrimination against Ms. Barley?

13             A.    My recollection is that I learned from

14   Carolyn Barley directly.

15             Q.    What do you recall about the nature of the

16   complaint that you learned from Ms. Barley directly?

17             A.    If -- if I -- you know, if I remember

18   correctly, you know -- and again, you know, caveating

19   that this was, you know, over three years ago -- that,

20   you know -- that, you know, it was along the lines

21   that -- that, you know, that -- that, you know, that

22   Carolyn Barley was -- was -- was discriminatory against

23   her by, you know -- in terms of, you know, various

24   actions related to projects that she was doing in terms

25   of micromanaging, treating her differently than other --

1    other employees, you know -- you know, and, you know, I

2    think -- you know, if I recall correctly, you know,

3    potential microaggressions.

4            Q.    And specifically her complaint related to

5    being treated differently than employees of other races,

6    right?

7            A.    Correct.

8            Q.    Do you recall the date that you learned

9    Ms. Mohamed had made this race discrimination complaint

10   about Ms. Barley?

11           A.    I don't recall the specific -- the

12   specific date that -- you know, from -- you know, the

13   earliest recollection of -- where I have notes, you know,

14   was June 30.  And to the best of my -- to the best of my

15   recollection, I -- you know, that aligns with my memory

16   of it being in late June.

17               But, you know, specific -- I'm not -- but,

18   again, I can't specifically say if -- if June 30 was the

19   first day that I learned, but, you know, I -- I would say

20   late June.

21           Q.    And did you -- you testified earlier that

22   you initially were responsible for investigating

23   Ms. Mohamed's complaint of race discrimination, correct?

24           A.    Correct.

25           Q.    How soon after you learned that

1    Ms. Mohamed had made a race discrimination complaint did

2    you begin investigating?

3              A.   The -- you know -- you know, in terms of

4    specific timelines, I, you know, again, can't -- you

5    know, I don't specifically recall exact dates and times.

6              But I do, you know -- you know, recall,

7    you know, again, you know, I think, you know -- you know,

8    based off of the conversation with -- with Ms. Barley,

9    you know -- you know, then talking with -- with --

10   with -- excuse me, Jeanne Morris, you know, in --

11   because, again, you know, at that point had learned that

12   there had been conversations there.  Talked with

13   Ms. Morris.

14             And then -- and then also consulted

15   with -- with Sean Sullivan, and then basically the

16   decision was made to then basically -- to then do a

17   facilitated conversation with -- with Ms. Barley and

18   Ms. Mohamed.

19             Q.   Was that facilitated conversation part of

20   your investigation into Ms. Mohamed's discrimination

21   complaints?

22             A.   It was, you know, looking into the

23   totality of the -- you know, of -- of the complaint by,

24   you know -- the totality of the complaint.  Again, you

25   know, there were -- you know -- you know, there were

1    elements -- and at the time, you know, the -- you know,

2    the -- it was really focused on, again, sort of

3    the -- you know, the micromanagement, the lack of, you

4    know, empowerment in terms of -- of opportunities there

5    and, you know -- you know -- you know, and they had

6    mentioned that -- you know, that -- you know, then there

7    was the element of -- you know, that -- that she was

8    being treated differently.

9                But again, you know, the conversation was

10   about the totality of, you know -- you know, of matters

11   that had been occurring.

12               Q.    Okay.  What did you actually do to

13   investigate Ms. Mohamed's race discrimination complaints?

14               A.    So in -- you know -- you know, in terms

15   of -- in terms of looking into the complaints, again,

16   there were, you know, one -- multiple conversations

17   with -- with -- with Carolyn Barley and Jeanne Morris.

18               You know, there were -- you know, there

19   was a conversation with Ruby Mohamed, you know, in early

20   July.  Then the facilitated conversation that -- that

21   occurred.

22               And then also conversations with other

23   team members, you know, in -- you know -- you know,

24   during -- during that time, you know.  The two that I

25   recall are Ann Godmere and -- and Carrie Mills.

```
 1              Q.   Those conversations, did you consider them

 2   to be an interview or was it more informal?

 3              A.   It was, you know -- you know, it was a

 4   conversation with the individuals.  But against, you

 5   know, you know -- you know, within the -- you know,

 6   within the confines of, you know, determining what had or

 7   hadn't occurred relating to the totality of the

 8   situation.

 9              Q.   Okay.  So did you have conversations with

10   Ann Godmere and Carrie Mills and Carolyn Barley and

11   Jeanne Morris as part of a fact-finding portion of your

12   investigation?  Is that what you're saying?

13              A.   It was, you know, part of looking into the

14   overall situation, so yes.  There were conversations, you

15   know, that were had.

16              Q.   Does SHRM have internal processes that

17   govern investigations of employee complaints of

18   discrimination?

19              A.   Again, you know, it -- it depends on how

20   you define specific processes.  Again, there are, you

21   know, policies within harassment and discrimination of --

22   you know, that -- that do provide, you know, sort of, you

23   know, out -- you know, process and outlines there.

24                   You know, again, you know, I haven't seen

25   those within -- you know, in several years.  So, you
```

 1    know, I -- you know, but, you know, any investigation,

 2    you know, would -- would be done, you know -- you know,

 3    would -- would be aligned with either our employee code

 4    of conduct that we had -- we didn't have a handbook, per

 5    se -- or the various policies that would be applicable.

 6              Q.   And tell me what you recall of the -- of

 7    the requirements of the policies for investigating

 8    employee complaints of discrimination.

 9              A.   At -- at this point, I -- you know, I

10    haven't seen that policy, you know, in -- in a couple

11    years.  I wouldn't want to speculate.

12              So I'm afraid that, you know, I would, you

13    know -- you know, I -- you know, I wouldn't want to

14    speculate without -- because, again, it's -- my -- my

15    memory's, you know, two-plus years removed now, almost --

16    no -- yes.

17              Q.   Three years.

18              A.   Almost two years, almost two years.

19              Q.   I'm not asking you to speculate.  I'm just

20    asking you what your memory is, so if you can't remember

21    anything about them, you can just say that.

22              A.   Yeah.  I -- I'm afraid I don't recall

23    the -- you know, what the policy said.

24              Q.   And you were the manager of employee

25    engagement at the time --

```
 1              A.    Employee --

 2              Q.    -- correct?

 3              A.    -- experience.

 4              Q.    Experience.  My apologies.  I hope I --

 5              A.    No worries, no worries.

 6              Q.    But you were the manager of employee

 7    experience at the time, correct?

 8              A.    Correct.

 9              Q.    So other than the chief human resources

10    officer, the one person responsible for investigating and

11    resolving employee complaints of discrimination, correct?

12              A.    That -- employee relations was within my

13    portfolio.  Again, we -- you know -- you know -- you

14    know, your -- your question makes it sound like, you

15    know -- you know, again, you know, HR would work in

16    conjunction with legal and others.

17                    But yes, it would be myself and -- and

18    the -- and the CHRO from the HR side of things.

19              Q.    And initially, you were the one person

20    tasked with investigating Ms. Mohamed's complaints of

21    discrimination, correct?

22              A.    I would -- you know, I -- you know, I

23    would say that I had, you know -- I had official

24    conversations.  But again, I worked closely and connected

25    with Sean Sullivan, you know -- you know, throughout the
```

1    process, you know -- you know, partly, you know, again,

2    you know -- you know -- you know, out of due diligence to

3    make sure that -- you know, that -- that he, you know,

4    was -- you know, was kept in the loop.

5                    But then also, you know, again, you

6    know -- you know -- you know -- you know, my -- you know,

7    looking, you know -- you know, using him as a resource

8    for helping, you know, frame for next courses of action.

9                    So -- so I worked very closely with Sean

10   throughout the process.

11                   Q.   Describe that division of labor between

12   you and Mr. Sullivan in more detail, like, what tasks he

13   was handling and what tasks you were handling with --

14                   A.   Well --

15                   Q.   -- respect to -- hang on -- with respect

16   to the investigation of Ms. Mohamed's race discrimination

17   complaint.

18                   A.   And so, you know, I -- you know, in terms

19   of I -- you know, I -- I had conversations, again, as I

20   mentioned, with a number -- number of players

21   within -- you know, involved within -- within the

22   process, you know -- you know, and shared -- and shared

23   my findings, again, with -- with Mr. Sullivan.

24                   Additionally, he had conversations with a

25   number of folks as well, you know -- you know, in

1    addition to what I had done.  So, you know, it was -- you

2    know -- you know, and again, part of this was, again, you

3    know, making sure that we look -- you know, that we had,

4    you know, an understanding of the totality of what --

5    what had or was occurring with that situation.

6              Q.   What were the findings that you shared

7    with Mr. Sullivan?

8              A.   The -- you know -- you know, in terms of

9    the -- you know, in terms of the findings, you know --

10   you know -- you know, through the conversations that --

11   that I had, you know -- you know, I had not come across,

12   you know -- you know, any specific evidence where -- you

13   know, where -- you know, where Ruby had been, you know --

14   had been discriminated against because of race.

15             You know -- you know, I -- you know, what

16   I had discovered was that there -- you know, that -- you

17   know, that there had been, you know -- you know -- you

18   know -- you know, that there had been the challenges

19   related to, you know -- you know, with her manager and

20   that, you know -- that they -- you know, that there were,

21   you know -- there -- you know, that there had been, you

22   know, again, you know, instances that had occurred where,

23   you know -- you know, where, you know, Carolyn had, you

24   know, not empowered, you know, Ms. Mohamed in her role as

25   a senior director.

1                But, you know -- but nothing where it was,

2    you know -- you know, it was -- you know, where -- where

3    it indicated it was due to race.

4           Q.   And just to be clear, sitting here today,

5    you don't even know Ms. Mohamed's race, right?

6           A.   Again, I said I believe I know, but I --

7    you know, I'm -- you know, again, I'm mindful that I'm on

8    the record.  I believe that she -- you know -- you know,

9    that -- that she was listed as African-American.

10               But again, I am mindful that I am under

11   oath, so I'm being, you know -- being -- you know, being

12   careful because, again, I, you know, don't have access to

13   what, you know -- you know, either hearing directly from

14   her or remembering what was stated on documentation,

15   either the Complaint or that.

16               So I'm being -- I'm, you know, erring on

17   the side of caution.

18          Q.   And you didn't think it would make sense

19   to ask Ms. Mohamed what her race was, given that she had

20   made a complaint of race discrimination?

21          A.   In the, you know -- well, in terms of

22   asking, that's where, you know -- you know, in terms of

23   the documentation, I would have looked at her employee

24   personnel file, you know, which would have had, you know,

25   both the EEO determination, as well as, you know -- you

 1    know -- you know, would have had, you know -- you know,

 2    information listed there.

 3                    So it's something that I could have seen

 4    through -- you know, through other -- and determined

 5    through other means.  And I would have at the time.

 6                    Again, I -- you know -- you know -- you

 7    know, that's something, again, I don't have in front of

 8    me, don't -- you know, I'm being mindful of.

 9            Q.   And this was the only complaint of race

10    discrimination you've ever investigated in your entire

11    career?

12            A.   That I -- you know, to my -- to my

13    recollection, yes.

14            Q.   And you indicated that you had a series of

15    conversations with Ms. Morris, with Ms. Barley --

16            A.   Uh-huh.

17            Q.   -- that you had a facilitated discussion

18    once with Ms. Barley and Ms. Mohamed, correct?

19            A.   Correct.

20            Q.   Did you ever meet with Ms. Mohamed or

21    speak to her one-on-one about her complaints of

22    discrimination?

23            A.   I did prior to the facilitated discussion.

24            Q.   Tell me about that discussion you had with

25    Ms. Mohamed.

```
 1              A.    The -- the conversation, you know, was,

 2    you know -- you know, again, you know, she had -- she

 3    had -- yeah, it was per her request and, you know, really

 4    wanted to discuss with me, you know -- you know,

 5    her -- you know -- you know, her -- you know -- you know,

 6    her -- you know, her perspective, you know, of things

 7    prior to the facilitated conversation.

 8              And so, you know, I had the conversation,

 9    you know, the notes of which I -- I know are, you know,

10    included, again, in the discovery documents that you

11    have.

12              Q.    Tell me, without us looking at the notes

13    together, what you recall she said during that

14    conversation.

15              A.    Again, you know -- you know, again, you

16    know, this is -- you know, without -- you know, again,

17    not -- you know, without remembering the specifics, you

18    know, the elements I do particularly recall, again, the

19    elements of micro -- you know, micromanagement,

20    the -- you know, that -- you know, that she -- you know,

21    there had been something related -- again, this was with

22    the PMQ project that she was on at the time, where there

23    had been some -- you know -- you know, there had

24    been -- you know, a back-and-forth with Ms. Barley about

25    attending, you know, and -- you know, where she --
```

1    where -- where she had felt that, you know, that -- that

2    Ms. Barley did not want her to, you know, to attend.   I

3    can't remember the specific language, but that -- you

4    know, that was a piece.

5                    And then, you know, also, if I recall,

6    there was an element about, you know -- you know, concern

7    about, you know, having the autonomy to work with the --

8    with the subject matter experts, you know -- you know --

9    you know, freely without, you know, having Carolyn

10   engaged with that, you know, if I'm remembering.

11                   I think those were three of the elements

12   that I -- that I recall from the conversation.

13            Q.   Is it your testimony that you investigated

14   each of those three elements while you were investigating

15   Ms. Mohamed's race discrimination complaints?

16            A.   I -- you know, I -- you know, those

17   various elements, again, came through both with the

18   conversations with -- with -- with Ms. Barley, with --

19   during the conversation -- in the conversations with

20   Ms. Mohamed, as well as with -- with others.

21            Q.   I'm asking you if you investigated those

22   three elements.

23            A.   I -- you know -- you know, I -- I would

24   say yes.

25            Q.   What did you do to investigate those three

1    elements?

2            A.    As I -- as I mentioned before, I had

3    conversations with multiple parties, you know, and

4    ascertained their perspective on their -- on -- on

5    various elements.

6            Q.    What's the source of your knowledge on

7    conducting race discrimination investigations?

8            A.    Again, as I had mentioned previously, you

9    know, my -- you know, this was the first -- you know,

10   this was the first specific investigation that I had

11   done.  I had done the -- the training through the --

12   through the SHRM in-person seminar, you know, and had

13   done other online trainings, you know, previously.

14            You know, but -- you know -- you know,

15   so -- you know -- you know, so in terms of experience,

16   you know, there had been that -- that prior training, but

17   this was the first, you know -- you know, case that I had

18   actually been involved with.

19            Q.    Do you believe you were qualified to

20   handle this discrimination of -- Ms. Mohamed's race

21   discrimination complaints?

22            MS. SPITTELL:  Objection.  Form.

23   Foundation.

24            You can answer.

25            THE WITNESS:  Thank you.

1          A.   I -- you know, I -- you know, it was my

2    role, it was my job.  I believe I was qualified.  You

3    know -- you know, it would -- you know -- you know -- you

4    know, and -- to -- in my opinion, yes.

5          Q.  (By Mr. Swain)  And have you described all

6    of your qualifications already?

7          A.   In -- in -- you know, prior -- per our

8    prior conversations, yes.  I -- you know -- you know,

9    again, I -- you know -- you know, I've described my

10   experience to you, as well as the trainings that I have

11   done.

12         Q.   And you've described all of your

13   experience and trainings, at least with respect to

14   conducting investigations of employee complaints of race

15   discrimination, correct?

16         A.   Insofar as I can recall.

17         Q.   Did you ever ask Ms. Mohamed to document

18   her race discrimination complaints in writing?

19         A.   I can -- you know, I -- I don't -- I don't

20   recall specific -- you know -- you know, I believe, you

21   know, I -- I had taken -- I recall taking notes during

22   both of our conversations, you know, and -- but I don't

23   recall if she sent anything subsequent.  I feel -- I

24   believe she may have, but I don't recall specifically,

25   so . . .

1          Q.   My question wasn't whether she sent you

2    anything, but whether you asked her to document her

3    complaints in writing?

4          A.   I don't recall.

5          Q.   Other than the discussions with various

6    individuals that you've described, did you do anything

7    else to investigate Ms. Mohamed's complaints of

8    discrimination?

9          A.   I, you know, again, had the multiple

10   conversations, looked at, you know, the information

11   available to me and then, you know -- and then, you know,

12   provided my findings, you know, and -- and what I -- what

13   I found, you know, again, to Mr. Sullivan.

14         Q.   And did you examine any other information

15   besides the -- having conversations with folks?

16         A.   You know, I -- I don't -- you know, in

17   terms of, you know -- I, again, you know, typically, you

18   know, would look at any other, you know, material -- you

19   know -- you know, I do recall looking again at the

20   personnel file, looking at performance reviews, looking

21   at, you know, other, you know, employee-related

22   information that was available, you know, as well as, you

23   know -- you know -- you know -- you know, and the

24   communication then, I think, items -- and then any items

25   that would have been shared by other parties.

1                   But again, I don't remember, you know --

2     you know, specific documents or documentation.  But, you

3     know -- you know, typically with any -- you know, with

4     any -- with any situation that would arise, I would look

5     at the -- at the documentation and the employee's record,

6     you know -- you know -- you know, which -- you know,

7     that -- that I had access to within the -- within the HR

8     function.

9                   Q.   Did you ever document what steps you were

10    taking during the investigation?

11                  A.   I -- you know, in terms -- you know, in

12    terms of documentation, you know, again, I, you know,

13    took notes at various points and then, you know -- and

14    then, you know, provided -- you know, provided my updates

15    and findings to Sean Sullivan.

16                  Q.   Did you provide your updates and findings

17    to Sean Sullivan in writing or verbally or by some other

18    means?

19                  A.   I, you know, primarily recall verbally,

20    you know.  Again, you know, I -- you know, I -- you know,

21    there were -- you know, I believe that there were -- you

22    know, that there -- that there -- that there would have

23    been, you know, some email exchange back and forth.

24                  But again, I don't recall, you know.  You

25    know, I can't say, you know -- you know -- you know, for

1    certain sort of what was what, but I believe it was a

2    combination, but primarily verbally.

3             Q.   Did you ever prepare --

4             A.   To my recollection.

5             Q.   Okay.  Did you ever prepare a written

6    summary of your findings?

7             A.   I -- I -- again, I -- I feel like I did,

8    you know, provide, you know -- you know, provide

9    something for Mr. Sullivan, again, you know, when he --

10   you know -- and again, I'm vaguely -- you know, my memory

11   is a little bit hazy here.  But again, you know,

12   outlining, I think, particularly, you know -- you know,

13   sort of -- you know, sort of, you know, what had been --

14   had or had not been looked into, you know.

15             But -- you know, and I believe it was in a

16   Word document.  But, you know, I -- you know, but I don't

17   recall, you know -- yeah, but the specifics, again, you

18   know, sort of outlining the allegations and then sort of

19   what had or hadn't been looked into there.  So it was a

20   combination.

21             Q.   Can you agree it would have been a best

22   practice to document what you were actually doing as part

23   of the investigation?

24             MS. SPITTELL:  Objection --

25             A.   I --

 1              MS. SPITTELL:  -- form.  Foundation.

 2          Go ahead.

 3          A.   I would argue that I did document.  I, you

 4      know -- you know, had notes from my conversations and

 5      then provided, you know -- you know, and you've got

 6      access to -- to, you know -- to those, so, you know, I

 7      would argue that to -- to your question, I did.

 8          Q.   (By Mr. Swain)  Okay.  Can you agree it

 9      would have been a best practice to ask Ms. Mohamed to

10      reduce her employment discrimination complaints to

11      writing so you could ensure that you were adequately

12      investigating them?

13          A.   Can I -- can I say that it would have --

14      that it was a -- you know, that it would have been a best

15      practice?  You know, I -- you know, again, that -- I --

16      you know, again, I don't recall that I did do that.  And,

17      you know -- and, you know, in a -- and, you know, and if

18      I -- you know, and if I, you know, didn't, again -- you

19      know, any error therein, you know, would have been my

20      responsibility.

21              But I don't -- you know, I can't recall,

22      you know -- I don't recall doing it, but again, you know,

23      again, three years removed.

24          Q.   Well, so let me ask you:  You provided

25      documents to SHRM as part of this case, didn't you?

1           A.    Yes.

2           Q.    And that would have been -- well, let me

3     ask you:

4                 At what times did you provide documents to

5     SHRM for this case?

6           A.    If I recall correctly, you know, I

7     received a notifi- -- well, you know -- you know -- you

8     know, I received notification from -- from legal, and I

9     believe it was still La Tanya James-Rouse at the time

10    before her departure, that -- you know, that we needed to

11    provide, you know -- you know, documentation, that had

12    received from -- from La Tanya James-Rouse, so a list of

13    items, you know, from the HR side.

14                Typically, requests for documentation were

15    coordinated by -- by the legal counsel's office, you

16    know, with the various -- you know, various stakeholders

17    based on what was, you know, needed or not needed.

18          Q.    Okay.  And what was the time period that

19    you received that notification from Ms. James-Rouse or

20    whoever it was in legal?

21          A.    Yeah.  You know, I don't recall

22    specifically.  You know, it -- if I remember, it would

23    have -- you know, La Tanya James-Rouse left sometime in

24    the spring of 2021, if I'm remembering correctly, you

25    know.  So it would have been sometime prior to that, but

1    I don't remember specifically, you know, when -- when

2    that request would have came through.

3            Q.    And when the request came through, did you

4    manually search for documents, like, for instance, in

5    your own email account to send to her?

6            A.    Correct.  So -- so basically, based off of

7    what was, you know -- what was provided from La Tanya

8    James-Rouse, I, you know, went through and -- you know --

9    you know, and searched my email -- my emails, you know,

10   to then copy those files over into the Share Drive, you

11   know, that was there, as well as procure other documents

12   that -- that were requested, you know, from the HR

13   function, either myself or, you know, there were other,

14   you know -- you know, there were documents that -- that

15   other folks may have needed to provide, whether -- you

16   know, depending on what the ask was.

17           Q.    Do you recall, in mid to late 2020, SHRM

18   had a document retention policy that automatically

19   deleted emails when they became a year old?

20           A.    That was -- correct.  That would -- but

21   let me -- you know, but let me caveat that -- that that

22   was the standard practice.  But there were mechanisms

23   for -- for preserving documents, you know, outside of

24   that period.

25                 So, you know, that was the standard.  It

1    was, you know, at least in my time there, the -- the

2    standard retention policy, but with the caveats that

3    there were areas where documents needed to be, you

4    know -- you know, needed to be retained outside of that

5    period.

6              Q.    To your knowledge, did SHRM implement

7    changes to the document retention policy for you or

8    anyone else in this case?

9              A.    My -- you know, I can't -- you know, I

10   can -- you know, from my -- I can't say particularly for

11   others.  Typically, the -- you know -- you know, the --

12   you know, legal would work with IT and others to retain

13   documents, particularly when there were legal holds or

14   other things there.

15             In my case, I -- if I remember correctly,

16   you know, I believe that the IT team had worked to -- to

17   set certain folders of my email to have a longer

18   retention policy, partly because, again, one, of my work

19   with the -- on the HR side of things, employee relations;

20   but two, for documents that -- that pertain to my prior

21   immigration work as the J-1 Visa manager where I had to,

22   you know, basically keep, you know -- you know, documents

23   related to cases for a certain period of time after the

24   end of a program per the Federal Regulations.

25             So -- so -- you know -- you know, so -- so

1    that's a long-winded answer for, you know, saying that

2    my -- my understanding was that -- that IT had set up,

3    for my emails, a certain -- you know -- you know -- you

4    know, to account for certain parameters.

5              The other thing I will say is that when I

6    left, I reminded both Sean Sullivan, as well as our

7    general counsel, that -- you know, that my emails were

8    subject to IT holds, the -- or, sorry, that were subject

9    to, you know, again, legal holds and make sure that they

10   were aware of that.

11             Q.    What was their response --

12             A.    What happened after that I can't say.

13             Q.    What was their response when you notified

14   them of that?

15             A.    They -- they acknowledged, you know, but

16   that was -- you know, that was the extent of it, that I

17   recall.

18             Q.    What methodology did you use to go through

19   and select which documents to send to Ms. James-Rouse

20   when you received that request from her?

21             A.    The methodology was, you know, really

22   based off of what -- you know -- you know, the criteria

23   of what was asked for, you know.  And so she basically

24   provided -- if I remember correctly -- and, again, you

25   can -- you can probably, you know -- you can probably

 1   have this, again, the list of what was asked for and

 2   so --

 3              Q.   Before you continue your answer:

 4              MR. SWAIN:  Ms. Spittell, is this

 5   testimony that SHRM asserts is attorney-client

 6   privileged?

 7              MS. SPITTELL:  Yeah, I would -- yes.

 8              MR. SWAIN:  Okay.  And the -- let's -- I'm

 9   directing my statements to Ms. Spittell right now,

10   Mr. Jackson.

11              THE WITNESS:  Yeah, I got it.

12              MR. SWAIN:  But let's stay on the record.

13              We have some various topics in the

14   30(b)(6) Notice about this same kind of general topic

15   and, you know, we've already conferred about it.  And

16   there was no attorney-client privilege objection to that,

17   that I can recall.

18              So, you know, if you like, you can

19   pause -- you know, I can move on to a different topic,

20   and we can address this in the 30(b)(6).

21              The reason why I bring that up is, my

22   understanding is that Mr. Jackson might be designated to

23   testify about some of these topics in the 30(b)(6).  So I

24   wanted to give you an opportunity to assert the --

25              MS. SPITTELL:  Well, I -- I appreciate

1    that and I'm sure, as you know, Ms. Hoffman is kind of

2    taking lead on the 30(b)(6) topic matters.

3                    But I would like to move on from this

4    topic, and maybe we can discuss it a bit later off

5    record, if necessary, before you conclude his individual

6    deposition to see if you can or want to ask any

7    additional questions.

8                    MR. SWAIN:  Understood.

9                    So for now, Mr. Jackson, please do not

10   tell me the contents of the request that you received

11   from Ms. James-Rouse.  Okay?

12                   THE WITNESS:  Got it.

13                   MR. SWAIN:  And Ms. Spittell and I may end

14   discussing it further, and I may end up returning to it,

15   but . . .

16                   THE WITNESS:  Okay.

17                   MS. SPITTELL:  And, Hunter, do you want to

18   continue?  It is 11:22.

19                   MR. SWAIN:  Sure.  Let's take a lunch

20   break.  Can we meet back at -- well, how long does

21   everyone need?  I think 30 minutes would be fine for me,

22   but . . .

23                   THE COURT REPORTER:  Do you want to go off

24   the record for this?

25                   MS. SPITTELL:  Yes.

1                    (Recess taken from 11:22 a.m. until

2      11:58 a.m.)

3                    Q.   (By Mr. Swain)  Mr. Jackson, we're back

4      after lunch.  I hope you got a bite to eat.

5                    A.   Yes, thank you.

6                    Q.   Did you get a chance to speak with

7      Ms. Spittell during the lunch break?

8                    A.   I spoke with her briefly.

9                    Q.   While we were off the record before we

10     started again after lunch, Ms. Spittell just said that,

11     contrary to your testimony earlier, Hall & Evans actually

12     does represent you.

13                   Did you hear her say that?

14                   A.   Yes.  She did inform me of that.

15                   Q.   Did you say that the first time you ever

16     met or spoke with Ms. Spittell was to prepare for today's

17     deposition?

18                   A.   Spoke with Ms. -- you know, I had been in

19     email correspondence with Ms. Spittell, you know, prior

20     to preparing for this deposition, but had -- the first

21     time that I recall talking with her was during a --

22     during a call on Friday.

23                   Q.   And do you believe that Hall & Evans

24     represents you in this case?

25                   A.   That corresponds with -- with my -- you

```
 1   know, with -- with my general -- you know, with my

 2   general understanding.  Again, the details, I had -- you

 3   know -- you know, it makes sense given the circumstances

 4   of this.

 5              Again, I -- you know, I think there -- you

 6   know, there may be some communication, you know -- you

 7   know, challenges.  But, you know -- but, you know,

 8   this -- this doesn't surprise me.

 9        Q.   Have you signed a representation agreement

10   with Hall & Evans?

11              MS. SPITTELL:  That -- objection.

12   Attorney-client privilege.  I'm directing him not to

13   answer that.

14              MR. SWAIN:  Okay.

15        Q.   (By Mr. Swain)  Are you compensating Hall &

16   Evans for their time working on this case?

17              MS. SPITTELL:  Objection.  Attorney-client

18   privilege.  Not -- I'm objecting --

19              MR. SWAIN:  This is not attorney-client

20   privileged information, so I'm willing to call the Court

21   over this if you're going to instruct him not to answer.

22              MS. SPITTELL:  Any of the contents in any

23   alleged attorney-client agreement would be privilege, and

24   that type of information would be in such a document.

25              MR. SWAIN:  I'm asking him if he has a
```

1    signed representation agreement with Hall & Evans, and

2    that is not attorney-client privileged information.

3                    So either answer the question or we're

4    going to call the Court.

5                    MS. SPITTELL:  How is that relevant to any

6    of the line of questioning you have for Mr. Jackson

7    today?

8                    MR. SWAIN:  Are you -- do you want to call

9    the Court, or are you going to let him answer the

10   question?

11                   MS. SPITTELL:  No, I don't want to call

12   the Court, Hunter.

13                   MR. SWAIN:  Okay.  Then make a decision.

14   Do you stand by your instruction not to -- for him not to

15   answer or not?

16                   MS. SPITTELL:  Can we go on a break for a

17   second -- actually, we're going on a break.

18                   (Recess taken from 12:01 p.m. until

19   12:30 p.m.)

20           Q.  (By Mr. Swain)  Mr. Jackson, before we went

21   on the record just now, Ms. Spittell withdrew her

22   instruction for you not to answer my two questions from

23   earlier.

24                   So have you signed a representation

25   agreement with Hall & Evans?

 1          A.    No.

 2          Q.    Have you compensated Hall & Evans for any

 3    of the law firm's time working on this case?

 4          A.    No.

 5          Q.    Do you know who is compensating Hall &

 6    Evans for its time working on this case?

 7          A.    I do not know.

 8          Q.    Have you ever acknowledged and waived in

 9    writing any potential conflicts of interest that may

10    arise from a joint representation?

11               MS. SPITTELL:  Objection.  Foundation.

12          A.    Can you repeat the question, please?

13          Q.  (By Mr. Swain)  Have you ever acknowledged

14    and waived in writing any potential conflicts of interest

15    that might arise from a joint representation of you and

16    SHRM?

17          A.    Not that I'm aware of.

18          Q.    And you heard Ms. Spittell off the record

19    say that SHRM represents you as a former management

20    employee of SHRM, but not in your individual capacity.

21    Did you hear that?

22          A.    Correct.

23          Q.    Do you know what she meant by that?

24          A.    Do I know what she -- I mean, it -- I

25    mean, exactly what you just said, that she represents me

1    in my former capacity, not in a personal capacity.

2              Q.    What's the distinction in your mind?

3              A.    The distinction is that this is, you

4    know -- you know, related to the -- you know, to the

5    circumstances of my role, you know, related to this case

6    when I was the manager of employee experience.

7              Q.    And you learned for the first time sitting

8    here today that Hall & Evans claims to represent you in

9    this case, correct?

10             MS. SPITTELL:  Objection.  Form.

11             THE WITNESS:  Go ahead and answer or . . .

12             MS. SPITTELL:  Yes.  Go ahead and answer.

13             A.    I -- you know, I -- I -- you know, I

14   learned, you know -- I learned this today, not -- not

15   sitting here.  This was during the lunch break.

16             Q.   (By Mr. Swain)  Okay.  Thank you for

17   clarifying.

18             So today, a couple hours, 2 1/2 hours into

19   your deposition, you learned for the first time that

20   Hall & Evans claims to represent you in this case,

21   correct?

22             MS. SPITTELL:  Objection.  Attorney-client

23   privilege.  You are asking about the communications

24   between myself and Mr. Jackson and the substance

25   talked -- discussed between us.

1          Q.   (By Mr. Swain)  Mr. Jackson, does Hall &

2    Evans represent you or not?

3          A.   My understanding, you know -- you know, is

4    that -- that Hall -- that -- that Hall & Evans represents

5    my, you know -- you know, represents me in my former

6    capacity as manager of employee experience.

7          Q.   And you indicated that you've never

8    acknowledged and waived any potential conflicts of

9    writing -- of interest in writing; is that correct?

10         A.   Insofar as I'm aware.

11         Q.   Understood.

12              Before the lunch break, we talked about

13   your investigation of Ms. Mohamed's complaints of race

14   discrimination.

15              Do you recall that?

16         A.   Yes.

17         Q.   And did it come to your attention before

18   Ms. Mohamed's termination that she had complained of

19   retaliation as well?

20         A.   Yes.

21         Q.   Did you investigate Ms. Mohamed's

22   complaints of retaliation?

23         A.   The -- you know, the -- the -- the claims

24   were, again, within the context of, you know, the

25   circumstances related, again, with Ms. -- you know -- you

```
 1   know, with her relationship with the manager and were --

 2   and were looked into as part of the -- the overall

 3   circumstances of events.

 4              Q.   Did you investigate her retaliation

 5   complaints or not?

 6              A.   Again, it depends -- you know, it -- the

 7   retali- -- you know, it depends on how you're defining

 8   "retaliation," you know.  You know, she -- as noted

 9   previously, she, you know, had talked about impacts

10   related, you know -- you know -- you know, that -- you

11   know, related to various projects and that was looked

12   into.

13              I don't know, you know, how specifically

14   you're defining it, so without -- you know, without

15   specific examples, I can't -- you know -- you know -- you

16   know, it would be hard for me to say specifically what

17   you're -- you know, what you're referring to.

18              Q.   Do you know what the word "retaliation"

19   means in this context?

20              A.   Do I know what the word "retaliation"

21   means?  Yes, I do know what the word "retaliation" means.

22              Q.   What does it mean?

23              A.    It means, you know -- you know, and again,

24   not to -- you know, not to -- you know, not to play

25   Merriam-Webster, but to answer your question, it, you
```

1    know, really -- you know, it basically means, you know,

2    negative -- you know -- you know, negative impact,

3    adverse impact, you know, based -- based on something --

4    you know, to an issue raised or allegation raised.

5             Q.    Okay.  Now that you've defined

6    retaliation, tell me if you investigated Ms. Mohamed's

7    complaints of retaliation.

8             A.    I looked in -- I looked to see if there

9    was -- if there was any, you know -- you know, if there

10   was any adverse impact, you know, related to, you know --

11   you know, to -- you know -- you know -- you know, related

12   to, you know, what she claimed related to Ms. Barley.

13            And I -- you know, in -- in my -- you

14   know, from -- from everything that I saw, I did not see

15   any -- you know, any cause -- any -- anything that

16   pointed to retaliation.

17            Q.    What did you look into as part of that

18   investigation?

19            A.    You know -- you know -- you know, as

20   talked about previously, again, looking into the areas

21   of, you know -- you know, micromanagement in terms of,

22   you know, being -- you know, her role being, you know,

23   impacted, you know, in -- you know, in -- you know,

24   being -- being able to work within projects or not in

25   projects.  You know, really, you know, seeing if there

```
 1   was, you know, any impact, you know, raised as a result

 2   of the -- you know, of -- you know, of her raising

 3   concerns about Ms. Barley.

 4           Q.   I'm going to show you what's been

 5   previously marked as Deposition Exhibit 37.

 6           A.   Okay.

 7           Q.   Please open it when you get it in the chat

 8   function.

 9           A.   Uh-huh.

10                Yep, I have it open.

11           Q.   And I'll direct you to the second page of

12   this document, the one that's marked SHRM 0133.

13           A.   0133.

14           Q.   That will be page 2 of this seven-page

15   PDF.

16           A.   Yep, I see it.

17           Q.   Okay.  And actually going on to the bottom

18   of page 1, you see there's an email from Ruby Mohamed

19   sent on Wednesday, August 19, 2020?

20           A.   Yes, I do see that.

21           Q.   And the recipients of this email are Nick

22   Schacht, Carolyn Barley, and Jeanne Morris, correct?

23           A.   From -- from reading this, that -- that

24   appears to be the case.

25           Q.   And do you have any reason to believe that
```

1    those were not the actual recipients of this email?

2              A.    Not that I'm aware of.

3              Q.    And in the body of the email, I will

4    direct your attention to the second paragraph, the

5    longest one, okay?  And I will read it.  I want you to

6    follow along and tell me if I misread it.  Okay?

7              Agreed?

8              A.    Agree.

9              Q.    "As an employee who has been with the

10   organization for almost five years and with a documented

11   history of excellent performance, I am very troubled that

12   I have just now started receiving criticism about my

13   performance and vague complaints about the tone of my

14   conversations with others.  As you know, I made a

15   complaint of race discrimination about my manager's

16   treatment of me in early June.  I have elaborated on my

17   discrimination complaints and repeated them several times

18   since, including in conversations with you, Jeanne, and

19   Carolyn (not to mention with HR and with SHRM's CEO and

20   CHRO).  Almost immediately after Jeanne and Carolyn

21   learned that my discrimination claims have been reported

22   to you and the rest of the division, I started being

23   subjected to hostility, undeserved criticism, increased

24   scrutiny and other forms of retaliation.  One of the

25   things I complained about was differential treatment by

1   Carolyn compared to my white peers.  I have given lots of

2   examples and am happy to provide them again.  Now, just

3   weeks after I made my discrimination complaints, SHRM is

4   setting me up to fail by imposing an inflexible and

5   unrealistic deadline on me while denying me the support I

6   need to successfully complete the project before the

7   deadline.  Meanwhile, white colleagues are given support,

8   allowed to delegate tasks to others when necessary to

9   complete deadlines, and are allowed to freely miss or

10  extend similar deadlines."

11              "This retaliation against me and ongoing

12  discrimination goes against SHRM's guiding principles and

13  everything you have been communicating to us about

14  'challenge culture and open conversation.'  I have spent

15  almost five years going above and beyond to help SHRM

16  move forward, and I sincerely hope that I can continue to

17  be a successful member of our team without further

18  retaliation."

19              Did I read that correctly?

20       A.    Yes, you did.

21       Q.    Did you ever become aware of this specific

22  complaint of retaliation between when Ms. Mohamed sent it

23  and when she was fired less than two weeks later?

24       A.    I am -- you know, I don't recall seeing

25  this particular email.  You know -- you know, again,

1    there were -- I was, you know -- you know -- you know,

2    either included on or -- or did the range of

3    communications, but I don't -- you know, I don't recall,

4    you know -- you know, specifically if this one was -- was

5    one that -- that I had seen.  So I -- I can't say for

6    certain.

7                Q.    Can you agree that it's a direct and

8    unambiguous complaint of discrimination and retaliation?

9                    MS. SPITTELL:  Objection.  Foundation.

10                   You can answer.

11               A.    I would -- you know, I would say -- you

12   know, I would say that, you know, from -- from -- you

13   know, from Ruby's perspective that she, you know, is --

14   is stating the -- and -- that the circumstances, you

15   know -- that -- that she raises retaliation in relation

16   to the circumstances, you know, as she states in this

17   email.

18               Q.    (By Mr. Swain)  And my question was, her

19   complaint of discrimination and retaliation in this

20   August 19 email is direct and unambiguous, correct?

21               A.    I -- you know, she -- you know, she states

22   it in this email.

23               Q.    Is that a yes?

24               A.    You -- you read it.  You know, I -- you

25   know, it depends on how you -- you know, it depends on

1    how you say "direct and unambiguous."  The words speak

2    for themselves.

3              Q.    What does the word "direct" mean to you?

4              A.    What does the word "direct" mean to me?

5              Q.    Yes.  You're indicating that you're not --

6    you don't understand my question because the word "direct

7    and unambiguous" may be confusing to you, so I'm --

8              A.    I -- I didn't -- I didn't indicate that.

9              Q.    Can you just answer the question then?

10             A.    I did.  You know, and -- you know, I said

11   that, you know -- and I'll reiterate again.

12             The email, you know, as -- you know, as --

13   as you, you know, read and as I see here, you know -- you

14   know, there -- you know, there is -- you know, she does,

15   you know, state within the circumstances that -- that she

16   feels that there -- that there was -- that -- that she

17   was being set to fail, you know, based on the -- on the

18   deadlines and that there was, you know, differing

19   treatment, you know, again, as her -- her perspective in

20   the email.

21             Q.    Do you have any reason to believe that

22   Ms. Mohamed was not making this complaint in good faith?

23             A.    I can't speak to -- I can't speak to,

24   again, her -- you know, to -- to -- to her perspective.

25   You know, I will say that, you know -- you know, from the

1  moment that -- that -- that I -- you know, that I learned

2  of this, you know, this, you know, was something that,

3  again, as part of reviewing the totality of the

4  situation, that -- you know, that I, you know, did, you

5  know, look into -- into a range of areas, you know -- you

6  know, and with a range of individuals, as noted

7  previously, and did not find any, you know -- any -- you

8  know, any -- any evidence where that -- that, you know --

9  where, you know, Carolyn, you know -- where -- where the

10  events that occurred were due to Ruby's race.

11          Q.    And I can't recall.  Did you say you

12  investigated her complaints that she was being retaliated

13  against for her discrimination complaints?

14          A.    I looked at -- you know, as I noted

15  before, looked into the totality of the circumstances

16  related to this situation.

17          Q.    Okay.  That is an invariably vague

18  response.

19              So please tell me what you did

20  specifically to look into the totality of the

21  circumstances.

22          A.    So, you know, this was -- you know, when I

23  talked with Ms. Barley, when I talked with Ms. Morris, as

24  well as -- you know, as well as others, you know -- you

25  know, I did, you know, ask about sort of how -- you

 1   know -- you know, how projects were managed.  If there

 2   was, you know, distinctions, you know, based on different

 3   members of the team, you know, and -- you know, and

 4   nothing that I came -- you know, that -- in my

 5   conversations in looking into the matter indicated that

 6   there were, you know -- that there were, you know -- that

 7   there -- that -- that Carolyn Barley was, you know -- you

 8   know, was discriminating based on race.

 9            Q.    What about retaliating against Mohamed in

10   (Zoom interruption)

11            A.    Hunter, you're breaking up there.

12            Q.    (Zoom interruption)

13            A.    I'm sorry, you're breaking up.

14                 MS. SPITTELL:  Your screen, Hunter.

15                 MR. SWAIN:  I'm receiving a notice that my

16   Internet connection is unstable.  I am going to restart

17   my computer, because that worked last time we had this

18   issue.  We will be back in three minutes.

19                 THE WITNESS:  Okay.

20                 MS. SPITTELL:  Now you're coming in fine,

21   of course.

22                 MR. SWAIN:  Yeah.  Well, let me know if it

23   happens again and I will do that.

24                 For now, let's just plow forward, okay?

25                 THE WITNESS:  Sounds good.

1                    MS. SPITTELL:  Yeah, and you're -- we can

2    all hear you.

3                    THE WITNESS:  Yeah, you're fine now.

4          Q.   (By Mr. Swain)  You know, when I ask you

5    what you did to investigate --

6          A.    Yeah.

7          Q.    -- the gist of your response is:  I talked

8    to Jeanne Morris and Carolyn Barley and some other

9    members of the team, and I looked into the matter, okay?

10                   And I'm entitled to know specifically what

11   you did to look into the matter.  So tell me everything

12   you did to investigate Ms. Mohamed's complaints of

13   discrimination.

14         A.    So, one, you know, again, as -- as I

15   mentioned before, I had multiple conversations with

16   different stakeholders, multiple conversations with

17   Ms. Barley, with -- you know, with Ms. -- with Jeanne

18   Morris, you know.

19                   Had -- you know, had two -- the two

20   conversations with -- with Ruby Mohamed.  Also had

21   conversations with -- with Ann Godmere and Carrie Mills,

22   you know.

23                   And then, you know -- you know, and then,

24   you know, also, you know, had looked at, you know, again,

25   you know -- and then, if I recall, you know, I believe --

1    you know, and, again, you know, I'm recollecting, you had

2    gotten various documents about email communications that

3    had gone back and forth at -- you know, over the course,

4    you know, and had reviewed, you know, what had been

5    shared with me, you know, by various parties.

6            Q.   By which parties?

7            A.   Again, as noted before, you know -- you

8    know, the parties involved, you know, the various

9    stakeholders involved.  In terms of what I specifically

10   received, you know, you had -- I don't recall, you know,

11   again, like, specific emails and examples.  You know, but

12   you would -- you know, that would be within the -- the

13   email correspondence that was -- that was saved.  I don't

14   remember specifics.

15           Q.   And you didn't document, in a summary of

16   your investigation or anything like that, specifically

17   which documents you reviewed, did you?

18           A.   I -- you know, I had -- you know, again,

19   you know -- you know, I shared my findings primarily

20   verbally with -- you know, with -- with Sean Sullivan.

21               But there was, you know, email

22   communication, you know -- you know -- you know, that --

23   that, as I recall, I believe also did include, you know,

24   in some cases, you know -- you know, Microsoft Word

25   documentation.

1          Q.   And did you provide every document related

2     to your investigation of Ms. Mohamed's complaints to La

3     Tanya James-Rouse?

4          A.   Insofar as I'm aware, you know, as

5     discussed previously.

6          Q.   Okay.  I still haven't gotten an answer.

7               Did you or did you not investigate

8     Ms. Mohamed's complaint of retaliation that she made

9     separate from her complaints of discrimination?

10         A.   As -- as I've mentioned before -- and I

11    will, you know, again reiterate -- I, you know, looked

12    into -- you know, I did, you know, look into various --

13    all the various matters of this, you know, that were

14    raised, so -- so yes.

15         Q.   What did you do to investigate her

16    complaint of retaliation that's different than

17    investigating her prior complaints of discrimination?

18         A.   In terms -- you know, in terms of

19    retali- -- you know, again, this was looking at

20    conversations and seeing what -- with the conversations

21    with the stakeholders, looking to see, you know, if there

22    were -- if there was any -- you know, anything that

23    pointed to retaliation, you know.

24               And -- and, again, you know, based --

25    based off of my review and findings, I -- you know, I,

1    you know, saw no instance that -- that indicated

2    retaliation.

3              Q.    But you indicated earlier that your role

4    in investigating Ms. Mohamed's complaints was primarily

5    in June and July of 2020, didn't you?

6              A.    Correct.

7              Q.    Okay.

8              A.    And, you know, and this -- you know, and

9    this is where -- and, you know -- but that -- you know,

10   and again, you know, there were concerns being raised,

11   you know -- you know, even in -- you know -- you know,

12   even in July, if I recall, even, you know, leading up

13   about, you know, again, impacts on -- you know, on

14   programs and deadlines.

15              So this email that you point to, you know,

16   was in August.  But, you know, again, you know -- you

17   know -- you know, then again, I was included -- you know,

18   while my primary investigation and work was done in June

19   and July, I was still included on emails after that.  But

20   this --

21              Q.    What did you do after -- on or after

22   August 19 to investigate Ms. Mohamed's complaint of

23   retaliation?

24              A.    In terms -- well, again, as I mentioned

25   before, with this email, you know, I -- you know,

1    I -- you know, I don't recall, you know, if I had seen

2    this particular email.  You know, again, as I noted

3    before, I, you know, was on, you know -- you know, was

4    out of the office, you know, with my medical procedure on

5    the 24th.  So this -- this email would have been 19 --

6    probably the Wednesday.  I would have to look at the

7    calendar.

8                    And so, you know, I -- you know, so my

9    time would have been -- would have been very narrow, you

10   know, if I -- you know -- you know, prior to that.

11                   Again, I don't know if I had seen this

12   particular email, you know -- you know, so I can't really

13   answer that.

14                   Q.   You don't think the three recipients of

15   the email had a responsibility to share this with you,

16   given that you were the person tasked with investigating

17   Ms. Mohamed's discrimination complaints?

18                   A.   Again, I -- you know, I can't speculate --

19   sorry -- sorry.

20                   THE WITNESS:  Kaitlin, were you going

21   to --

22                   MS. SPITTELL:  Go ahead.

23                   Q.  (By Mr. Swain)  Before you continue with

24   your answer, I'm not asking you to speculate.  I'm

25   asking you --

```
 1            A.    Yeah.

 2            Q.    -- to --

 3            A.    You know, I -- you know, I can't say

 4    what -- you know, what was or wasn't shared.  I don't

 5    recall, you know -- you know, that I received it, but

 6    that doesn't -- again, there was a lot of email traffic

 7    back and forth.

 8            You know, again, you know -- you know,

 9    what I -- you know, the expectation, you know, and -- and

10    what I've experienced, you know, throughout dealing with

11    this matter, that as things were raised, you know, to

12    various parties, that they were -- you know, that -- that

13    HR -- you know, myself and/or Sean Sullivan -- or others,

14    as appropriate, were -- were -- you know -- you know,

15    were -- were kept in the loop, but I -- again, I can't

16    speak to specifics on this.

17            Q.    Do you agree that SHRM's code of conduct

18    required them to report this complaint to you?

19            A.    Well, I would -- you know, I would say

20    that this -- you know, again, this deals with the matter

21    that was already on -- you know, that was already ongoing

22    and being looked into, you know.

23            So I -- you know, I don't -- you know, my

24    opinion, I don't see any issue vis-a-vis the code of

25    conduct.  Again, I -- you know, I can't say for certain
```

 1    what was or doesn't -- what was or wasn't done related to

 2    this specific email.

 3                Q.    Are you willing to take responsibility for

 4    the integrity of SHRM's investigation into Ms. Mohamed's

 5    complaints of discrimination and retaliation?

 6                MS. SPITTELL:  Objection.  Form.

 7                THE WITNESS:  Can I -- can I go ahead and

 8    answer?

 9                MS. SPITTELL:  Go ahead and answer, yes.

10                A.    I can only speak to the -- you know, to

11    the elements that I, you know -- that -- that -- that

12    I -- you know, that I was involved with.  You know -- you

13    know, you're -- you're asking, you know -- you know,

14    from -- for the overall -- and again, there were many

15    different players, not just me, involved with -- with the

16    circumstances here.

17                You know, I -- you know, I can only speak

18    for -- you know, for -- for, you know, my -- my role and

19    my -- the elements that I was involved with.

20                Q.    (By Mr. Swain)  You were the manager of

21    employee experience, correct?

22                A.    Yes.

23                Q.    Second in command to the chief human

24    resources officer?

25                A.    I -- depends on -- you know, again, I

 1   would object, you know, to, you know -- you know, second

 2   in command, you know -- you know, technically, you know,

 3   depends on how you define in the organizational

 4   structure.

 5             Q.   So when it comes to investigating

 6   complaints of discrimination, that was one of your duties

 7   secondary to Sean Sullivan, the chief human resources

 8   officer, correct?

 9             A.   Correct.

10             Q.   Are you or are you not willing to take

11   responsibility for the integrity of the investigation

12   into Ms. Mohamed's race discrimination and retaliation

13   complaints?

14             A.   I can only take --

15                  MS. SPITTELL:  Objection.  Form.

16                  You can answer.

17                  THE WITNESS:  Go ahead.

18                  MS. SPITTELL:  You can answer.

19             A.   I can only -- I can only take

20   responsibility for, you know, again, the elements that --

21   that I was directly involved with.  You know, again,

22   that, you know -- you know -- you know, so that's -- you

23   know, that's how I would respond.

24             Q.   (By Mr. Swain)  You have not been able to

25   explain cogently which elements you were involved with,

1    so that's what I'm trying to understand.

2              A.   Again, we've been -- we've been over this

3    multiple -- multiple times.  Happy to -- you know, to

4    address again.

5              Again, you know --

6              Q.   Please.

7              A.   -- you know, when -- you know, as

8    the -- you know, the circumstance -- you know, when I

9    learned of the -- the matter in late June, again, I

10   talked with -- with Carolyn Barley, with Jeanne Morris.

11   You know, also had the two conversations with -- with --

12   with Ms. Mohamed and then also, you know, had -- you

13   know, had conversations with Ann Godmere and -- and

14   Carrie Mills, you know -- you know, in the -- in the

15   mid -- mid-to-late July range.  I can't remember specific

16   dates there.

17              You know, I -- you know, I -- you

18   know -- you know, I reviewed the information available

19   and talked to, you know, various parties and again,

20   provided my, you know -- you know, my -- my, you know --

21   my -- my -- my findings to Sean Sullivan, CHRO, who then

22   also had conversations with -- with Ruby Mohamed, as well

23   as Carolyn Barley, as well as other parties involved.

24              Q.   To your knowledge, did anyone else, other

25   than you, do anything to investigate Ms. Mohamed's

1    complaints of discrimination?

2              A.    Again, as I mentioned, you know -- you

3    know, in my last answer, you know, I do know that Sean

4    Sullivan did talk with Ms. Mohamed, with -- with -- with

5    Ms. Barley, with Jeanne Morris, you know, and other

6    stakeholders.

7              So, you know, there -- there were, you

8    know, numerous other conversations that -- that he had.

9    Some -- you know, a couple -- you know, again, the

10   one -- you know, two that I'm aware of with Ms. Mohamed,

11   you know, I -- you know, I listened in and took notes at

12   Mr. Sullivan's request.

13             You know, other conversations were held

14   without me present, you know, so I can only -- you know,

15   so -- but -- but I do know that he did do a number of

16   other conversations, but he would have to address

17   specifics.

18             Q.    To your knowledge, did anyone other than

19   you or Mr. Sullivan do anything to investigate

20   Ms. Mohamed's complaints of race discrimination?

21             A.    In terms of investigate -- in terms of

22   investigation, you know, it would be, you know, my, you

23   know -- it would be my -- insofar as I'm aware, it was,

24   you know -- it was done within the HR function by

25   Mr. Sullivan and/or myself.

1          Q.   And no one else?

2          A.   Insofar as I'm aware.

3          Q.   Did anyone -- to your knowledge, did

4     anyone other than you do anything to investigate

5     Ms. Mohamed's complaints of retaliation?

6          A.   Again, as I -- as I mentioned previously,

7     you know -- you know, Sean Sullivan had -- you know, had

8     multiple conversations with those parties, again, looking

9     at the totality of the -- you know, of the situation and

10    that, you know -- and I think that did include seeing if

11    there was any -- well, and it did include, you know, if

12    there was any, you know -- any adverse impact, you know,

13    on Ms. Mohamed, you know, related to her raising these

14    claims.

15         Q.   To your knowledge, did anyone other than

16    you or Mr. Sullivan do anything to investigate

17    Ms. Mohamed's complaints of retaliation before she was

18    fired?

19         A.   Again, you know, insofar as I'm aware,

20    that, you know -- that -- you know, that the

21    investigation was done within the HR function and that

22    was, you know -- and that was focused on by Mr. Sullivan

23    and/or myself.

24         Q.   And no one else?

25         A.   Insofar as I'm aware.

1             Q.   Were there pieces of the investigation

2    happening that you weren't aware of?

3             A.   Not that I'm aware of, but again, you

4    know -- you know, remembering the -- the time frame, you

5    know, I was, again, out of the -- you know, I was, you

6    know, working remotely from, you know -- from after

7    August 7, you know, until -- you know, until my surgery

8    on the 24th and then on open leave, you know, from the

9    24th on.

10            So, you know, there -- you know, there --

11   there may be elements of things that transpired that --

12   you know, that -- that occurred in the office that I was

13   not aware of.

14            But to the best of my knowledge, you

15   know -- you know, there isn't.  But again, you know, with

16   that caveat again of the -- of my circumstances during

17   that timeline.

18            Q.   So you're not willing to take

19   responsibility for the integrity of the investigation; is

20   that right?

21            A.   As I --

22            MS. SPITTELL:  Objection to form.

23            A.   -- as I mentioned before --

24            MS. SPITTELL:  Go ahead and answer.

25            A.   As I mentioned before, you know, I can,

1   you know -- you know, I can, you know, only talk about

2   the integrity of the elements that -- that I was involved

3   with.

4            Q.  (By Mr. Swain)  And are you willing to take

5   responsibility for the integrity of the elements that you

6   were involved with?

7            A.   As I mentioned before, you know, I feel

8   that I did -- you know, did thoroughly investigate the

9   matter and do believe that, you know, that -- that there

10  was no -- you know, no discrimination against Ms. Mohamed

11  or -- you know, or retaliation against her.

12           Q.   When did you make that determination that

13  no discrimination or retaliation occurred?

14           A.   I had -- you know, again, I provided my --

15  my recommendations to -- you know, I provided my insights

16  to Mr. Sullivan primarily after concluding -- you know,

17  concluding, you know -- you know, the conversations that

18  I had had, again, late June up until mid-to-late July.

19           Q.   Was that before or after you prepared

20  the -- the template termination letter that we looked at

21  dated August 21?

22           A.   It would have been prior.

23           Q.   So you -- just so I'm clear on the

24  timing --

25           A.   Uh-huh.

1          Q.   -- did you make the determination that no

2     discrimination or retaliation had occurred before or

3     after Ms. Mohamed's August 19 email that we just looked

4     at, Deposition Exhibit 37?

5          A.   My -- the finding -- you know, my findings

6     that I gave to Mr. Sullivan were prior to August 19, you

7     know, and -- you know, so yeah, it would have been prior.

8          Q.   To your knowledge, did anyone do anything

9     to investigate her August 19 complaint of discrimination

10    and retaliation?

11         A.   Again, this -- you know, that -- you know,

12    again, you know, what may or -- you know, may or may not

13    have been done, I'm not aware of.  You know, I'm -- you

14    know -- you know, again, as I mentioned before, I'm not

15    aware, you know -- you know, I'm not aware of seeing

16    this -- this email come through.

17              You know, that's not to say that the

18    parties didn't provide it to -- you know, to us or in --

19    but I can't say what was or wasn't done.  I don't recall,

20    again, this email or any actions thereafter, but that's

21    not to say that it didn't -- you know, something didn't

22    occur.

23         Q.   So you said you're not sure whether

24    someone sent you that email or not; is that correct?

25         A.   Again, there was a lot of email

1    correspondence related to -- you know, back and forth

2    related to this.  You know, I -- I don't recall this

3    email specifically, but, you know, again, you know, you

4    would be able to see in the discovery documents what was

5    received or not received.

6                    I -- you know, I don't recall, but that

7    doesn't say that I -- you know -- you know, that this

8    wasn't forwarded on.

9                    Q.   And you had already concluded your portion

10   of the investigation and provided your findings to

11   Mr. Sullivan by the time the August 19 email, Deposition

12   Exhibit 37, came through, correct?

13             A.   Correct.

14                    Q.   If someone had provided that email to you,

15   do you think you would have had a responsibility to

16   investigate further?

17             A.   If, you know, I -- you know, I -- I would

18   argue, you know, again, that -- you know, that this

19   matter was something -- you know, this was not a new --

20   new matter.  It's something that had been -- you know,

21   had been brought up previously and -- and had been looked

22   into in -- in prior conversations.

23                    Q.   Well, let's just be clear, though.

24                    Ms. Mohamed sent that email on August 19,

25   and then she was fired two weeks later, correct?

```
 1              A.    I'm sorry.  Can you say that again?

 2              Q.    Was I breaking up again?

 3              A.    A little bit.  I got -- I think I got most

 4   of it, but I just want to be sure.

 5              Q.    Just so we're on the same page,

 6   Ms. Mohamed sent that email complaining of discrimination

 7   and retaliation on August 19 and was fired less than two

 8   weeks later, correct?

 9              A.    She -- she would -- you know -- you know,

10   the term "fired" again -- involuntary termination, but

11   yes, she was separated from the organization on

12   September 1.

13              Q.    Okay.

14              A.    So I can't do the math.  You know, you

15   would need to look at the calendar to do the math,

16   but . . .

17              Q.    And you prepared her template termination

18   letter two days after she sent that August 19 email,

19   Deposition Exhibit 37, correct?

20              A.    I would need to look at the time stamp,

21   you know, again, you know.  But I believe that was the

22   case, the Friday -- again -- but again, let me again

23   reiterate that, you know, again, you know, preparation of

24   templates, you know, again, was preparation for -- you

25   know, for my surgery, not -- you know, not due to, you
```

 1    know -- you know, not, again, knowing, you know, that

 2    Ms. -- that Ms. Mohamed was going to be terminated.

 3              Q.   Would you agree that it's kind of a

 4    suspicious coincidence?

 5              MS. SPITTELL:  Objection.  Form.

 6         A.   The --

 7              MS. SPITTELL:  Go ahead and --

 8              THE WITNESS:  Sorry.  Go ahead, Kaitlin.

 9              MS. SPITTELL:  You can answer.

10         A.   You know, I -- you know -- you know,

11    the -- you know, I can't speak -- you know, again, you

12    know, I would -- I would say, you know, I can't speak to

13    whether, you know -- you know, coincidence.  But again,

14    the timing is that it was two -- it was a two-day period.

15              Q.   (By Mr. Swain)  Can you agree that it

16    appears suspicious?

17         A.   That depends on how you define it.  Again,

18    you know, it was a two-day -- you know -- you know, it

19    was a two-day period in between.

20              Q.   In between her sending her August 19 email

21    complaining of race discrimination and retaliation and

22    your preparation of her termination letter, correct?

23         A.   A two-day period between the email, you

24    know, SHRM 0133, and the -- you know, and my preparation

25    of the -- of the template email that we discussed

1    previously.  It was a -- you know, well, actually, not

2    even quite a two-day period.  But it looks like a --

3    yeah, actually, it was about a two-day period, give or

4    take a few minutes or so.

5              Q.   And we can agree that as of August 21, she

6    hadn't missed her August 31 deadlines, correct?

7              A.   There -- you know, there have been a

8    number of, you know, again, performance-related matters.

9    You know, again, the -- the -- the final delivery on the

10   products, if I recall correctly, had not occurred at that

11   point.

12             Q.   So she -- if someone was considering

13   firing Ms. Mohamed on August 21, they couldn't have been

14   considering firing her for missing the August 31

15   deadlines because they were still ten days away, correct?

16             A.   So again, you know, let me -- you know,

17   the -- you know, in terms of the -- you know, the --

18   sorry, let me just make sure that I'm understanding your

19   question.  You're saying -- actually, can you repeat the

20   question, just to make sure that I'm understanding it?

21             MR. SWAIN:  Ms. Dittmer, can you reread

22   the question, please.

23             THE WITNESS:  Thank you.

24             (The following question was read:

25             "QUESTION:  So she -- if someone was

1    considering firing Ms. Mohamed on August 21, they

2    couldn't have been considering firing her for missing the

3    August 31 deadlines because they were still ten days

4    away, correct?")

5              A.    So in -- so in terms of the -- you know,

6    in terms of the final deadlines for the -- for the

7    deliverables, those, you know -- you know, that was after

8    the 21st period.  Again, I would say that, you know,

9    again, the template, you know, on the 21st, you know,

10   wasn't created, you know, knowing that, you know,

11   Ms. Mohamed -- that there was going to be an action

12   related to Ms. Mohamed.

13             Again, it was, you know -- you know, my

14   creation of that was in preparation for my leave and in

15   trying to cover bases for what may or may not occur, you

16   know, during -- during the period that I was out on -- on

17   open leave.

18             Q.    Do you recall earlier we looked at a

19   document, a termination document that you prepared on

20   August 30 with a termination date of August 31?

21             A.    Uh-huh, yes.

22             Q.    And by that point, you knew Ms. Mohamed

23   was being terminated, didn't you?

24             A.    I -- as I mentioned before, I -- you know,

25   I -- I knew from -- you know, again, I received an email

1    from Sean Sullivan, CHRO, informing me that -- that there

2    was going to be action proceeding.  I don't remember

3    exactly the timing of -- of when I received that email.

4            Q.   Would you have prepared a termination

5    document with an actual termination date in it, not

6    knowing that someone's being terminated?

7            A.    I -- you know, again, I don't remember

8    the -- you know, the specifics of -- of, you know --

9    of -- of the dates going in.

10            What I do recall is, you know, I feel

11   like that -- if -- if I'm remembering correctly, that

12   there was, you know, questions about sort of, you know,

13   when the action would occur and, you know -- you know,

14   and -- and determining dates there.

15            Again, you know, I'm not sure, you know,

16   where the August 31 or September 1 date came from.

17   Again, without knowing the date of that email from

18   Mr. Sullivan, you know, that's -- you know, to my

19   recollection, you know -- you know, that was when I

20   learned that an action was going ahead.

21            But again, I don't remember exactly when I

22   received that email.

23            Q.   So can you agree that it wouldn't make

24   sense to write a letter to someone that says, "You're

25   being terminated effective August 31" if you didn't know

1    the person was already going to be terminated?

2            A.    The -- you know, I -- you know, I would

3    say -- you know, I -- you know -- you know, I -- I don't

4    remember specifically where the August 31, September 1

5    dates came from.  But what I do recall is, again, you

6    know -- you know, to the best of my recollection, that

7    there was a question about when the action for

8    Ms. Mohamed was going to occur, you know.

9            But I don't -- I don't -- I do not know --

10   you know, recall specifically, you know -- you know, what

11   the -- what the potential dates were.  But I think that

12   that would, again, looking at the documentation, reflect

13   why there -- you know, why there are differing dates

14   on -- on -- on versions.

15           Q.    One of the versions you created on

16   August 30.  We were just talking about that.  Do you

17   recall?

18           A.    Yeah.

19           Q.    Okay.

20           A.    Yep.

21           Q.    Can you agree that when you prepared the

22   document on August 30 with an August 31 termination date,

23   that the decision had already been made to fire

24   Ms. Mohamed?

25           A.    Again, I -- you know, I don't recall

1    the -- you know, the date, you know, when I received the

2    email from Mr. Sullivan.  You know, so again, you know --

3    you know, saying sort of -- you know, without knowing

4    that it's hard for me to, again, say, you know,

5    definitively there.

6                    But, you know, again, as I'm -- you

7    know -- you know, I clearly, you know, created -- you

8    know, there clearly was a document created on the 30th,

9    you know, as you -- you know, as you showed.  You know --

10   you know, this -- you know, to my recollection, I do

11   recall, you know, there being questions about the dates.

12                   But I can't remember, you know, again,

13   when I got communication that there was an action moving

14   forward and then what that meant there.  Unfortunately,

15   without that communication, I -- you know, I don't

16   remember a specific date.

17          Q.   I'd like to look at a document that's been

18   previously marked as Deposition Exhibit 38.  I'm going to

19   send it to you right now.

20          A.   Okay.

21          Q.   And when you have it, please open it up

22   and let me know when you are ready.

23          A.   One moment.

24               Okay.  I've got it open.

25          Q.   Have you seen this document before?

 1              A.    Sorry, let me -- let me just read the

 2    document so I know what I'm -- what I'm looking at.

 3                    (A pause occurred in the proceedings.)

 4              Q.    Let me know when you're ready.

 5              A.    Yeah.   Thank you.   It will be -- it will

 6    be a minute.   I'm just reading through this.

 7                    (A pause occurred in the proceedings.)

 8              Q.    My first question that you may already be

 9    able to answer is, have you seen this before?

10              A.    Sorry.   Can you give me a -- just a

11    minute?   I'm still reading.

12                    (A pause occurred in the proceedings.)

13                    MR. SWAIN:   We're going to go off the

14    record for a moment while you finish reading it and --

15              A.    Yep, yep.   I'm done reading, so . . .

16              Q.    (By Mr. Swain)   Okay.   Did you --

17              A.    Unless you want -- yeah, but you can still

18    go ahead and go off the record if you --

19              Q.    Did you read the entire document?

20              A.    Yes, I did.

21              Q.    That was pretty quick for ten pages.

22              A.    Well, again, not in full detail, but

23    it's -- you know, tried to at least, you know,

24    familiarize myself with the ten pages.

25              Q.    Okay.   My first question is, have you ever

1    seen this document before, Deposition Exhibit 38?

2              A.   Not that I recall.  But, you know, I do

3    know, you know, from reading the document, it appears

4    that the collection, you know, the -- a collection of

5    items compiled by Carolyn Barley, you know, which -- you

6    know, which I knew that she had created, again, some --

7    you know -- you know, elements of this, again, you

8    know -- you know -- you know, so I think some of the

9    specific elements I either recall from my notes or

10   elsewhere.

11             But I don't think I've seen this

12   particular document before that I recall.

13             Q.   Okay.  And I can represent to you that

14   Carolyn Barley testified that she prepared this document

15   to document what was going on at the time.  Okay?

16             A.   Okay.

17             Q.   I would like you to turn to page 4 of the

18   PDF --

19             A.   Uh-huh.

20             Q.   -- the page that bears the Bates Number

21   SHRM 0729.

22             A.   Uh-huh.

23             Q.   And I'll --

24             A.   Yep.

25             Q.   -- direct your attention to the middle of

1    the page, just after a screenshot of a portion of an

2    email.  Okay?

3            A.    Uh-huh.

4            Q.    It says:

5                  "I also spoke with Mike Jackson later that

6    day on June 12 for advice.  Ruby's accusations about race

7    made me very concerned about it I needed to document

8    anything.  Most importantly, I did not think I was

9    treating Ruby differently and [was] very upset by the

10   accusations."

11                 "Mike shared that I needed to document for

12   myself what occurred.  I also need to ensure I keep

13   documentation going forward.  As far as micromanaging, I

14   do still need to manage her but ok to work on

15   compromising on the points she raised.  He agreed to keep

16   conversations open with her.  He also asked to be kept in

17   the loop."

18                 Did I read that correctly?

19           A.    Yes.

20           Q.    So seeing this portion of Ms. Barley's

21   notes, does that refresh your recollection that you spoke

22   to her on June 12, 2020?

23           A.    I do recall, you know -- I -- you know,

24   I -- you know, I know that there were conversations in

25   June.  The first one that I had, you know, notes in my

1    records for was the June 30 conversation.  But, you know,

2    this -- you know, this does -- you know, this does, you

3    know, sound familiar to me.

4            Q.    And by the way, we're talking about three

5    years ago to the day.

6            A.    Uh-huh.

7            Q.    So in her deposition, Ms. Barley testified

8    that she was really explicit with you on your June 12,

9    2020 conversation that Ms. Mohamed had been complaining

10   about race discrimination.

11               Do you recall that you and Carolyn Barley

12   discussed Ms. Mohamed's complaints of race discrimination

13   on June 12, 2020?

14           A.    I recall that she, you know -- you know,

15   in the initial conversation that I had with Ms. Barley,

16   that she did raise that -- that -- that Ruby had said

17   that -- that -- that she was being treatedly -- treated

18   differently according to race.

19           Q.    And, you know, you and Ms. Barley have

20   both said you don't know Ms. Mohamed's race.

21               Did you feel the need to determine what

22   Ms. Mohamed's race was so you could evaluate if race

23   discrimination was occurring?

24           A.    In -- you know -- you know, again, you

25   know, with -- with that process, you know, I -- after

1    this conversation, I do -- you know, I do recall, you

2    know, again, talking with Mr. Sullivan.  And I do recall

3    also, again, looking at -- you know, at personnel

4    records.

5              Q.    Was -- did you do that as part of an

6    investigation into Ms. Mohamed's complaints that

7    Ms. Barley had shared with you or for some other purpose?

8              A.    That would have been in connection with

9    the conversation that Ms. -- that Ms. Barley -- the first

10   conversation that I had with Carolyn Barley.

11             Q.    Okay.  And my question was, did you do

12   that as part of your investigation or for some other

13   purpose?

14             A.    It would have been in connection with --

15   with -- with what was raised by, you know -- you know --

16   you know, related to Carolyn Barley.

17             Q.    Related to Ms. Mohamed's complaints of

18   race discrimination, correct?

19             A.    Correct.

20             Q.    Okay.  Did you instruct Ms. Barley that

21   she needed to document for herself what had occurred?

22             A.    That -- you know -- you know -- I -- you

23   know, that would -- that was typically a standard

24   practice that I would have when talking with -- with

25   managers on various matters, you know.  And, you know, to

1   the best of my recollection, that does align with -- with

2   that first conversation.

3           Q.    Is that a yes that you told her that?

4           A.    To the best of my recollection, yes.

5           Q.    And did you also instruct her that she

6   needed to ensure she kept documentation going forward?

7           A.    That would -- you know, my -- you know, my

8   recommendation, again, you know, would have been to keep

9   documentation related to -- to the matter, to any matter

10  such as this.

11          Q.    But you never instructed Ms. Mohamed to

12  document any aspect of her complaints of discrimination,

13  did you?

14          A.    As, again, noted before, I -- you know, I

15  don't recall specific -- you know, specific reference to

16  documentation.

17          Q.    What about a general reference to

18  documentation?

19          A.    You know, not -- you know, I -- I don't

20  recall.  I would have -- you know, again, you

21  would -- you know, I don't -- you know, from the

22  conversation, we talked about a number of things, but I

23  don't specifically recall.

24          Q.    Let's move on to the page that has the

25  Bates Number SHRM 0731.

1          A.    Uh-huh.  Yep.

2          Q.    And near the bottom of the page, there's a

3    screenshot of an email from Ms. Mohamed to Carolyn

4    Barley.

5                Do you see that?

6          A.    Uh-huh.

7          Q.    And in the body of the email, Ms. Mohamed

8    writes to Carolyn Barley:

9                "Hi Carolyn,"

10               "During the team meeting, you have clearly

11   instructed me to, first, feel free to skip the meeting

12   because 'big decisions' will be made.  Second, if I

13   decide to join the meeting, then I can feel free to 'just

14   join and listen,' which is a clear implication that I

15   shouldn't share my thoughts."

16               "Just wanted to clarify the events that

17   took place."

18               Did I read that correctly?

19         A.    Yes.

20         Q.    And earlier in today's deposition, you

21   mentioned that Ms. Mohamed had raised discrimination

22   concerns related to the PMQ project.

23               Do you recall that?

24         A.    Uh-huh.

25         Q.    Do you believe that Ms. Mohamed is

 1    referring to the PMQ project meeting in this June 30

 2    email?

 3              A.    I'm sorry, you broke up a little bit.  Can

 4    you repeat that last question?

 5              Q.    Yes.

 6              Do you understand Ms. Mohamed's June 30

 7    email that I just read to you to be referring to the PMQ

 8    pilot meeting?

 9              A.    From my recollection, yes.

10              Q.    And, in fact, the title of the email

11    refers to that meeting, doesn't it?

12              A.    Yes, it does.

13              Q.    Okay.  So after the email that Ms. Barley

14    has screenshotted and pasted in here, she writes in her

15    notes:

16              "I immediately texted Jeanne and reached

17    out to Mike Jackson.  I will be speaking with Mike today

18    at 11:30.  Jeanne will be calling me.  These quotes are

19    extremely out of context and not at all the intent of the

20    meeting."

21              Did I read that correctly?

22              A.    Yes, that is correct.

23              Q.    And so earlier you indicated that the

24    first time you believed hearing Ms. Mohamed had

25    complained of race discrimination was on June 30.

1                    Do you remember that?

2              A.   I recall -- I stated that the first --

3    that the first -- that the first conversation that I had

4    notes for was June 30.

5              Q.   But we just looked at a document that

6    indicates that you actually learned of Ms. Mohamed's race

7    discrimination complaints on June 12, 2020, correct?

8              A.   According -- you know, according --

9    according to this -- and that does, you know -- you know,

10   and that does, you know, make sense -- make sense with my

11   recollection.  I don't recall the exact timing, but I

12   don't have a reason to -- or anything to rebuke the

13   June 12 date listed there.

14             Q.   Let's move on to the next page, which is

15   Bates-numbered SHRM 0732.

16             A.   Uh-huh.

17             Q.   And just a bit down the page, do you see

18   where it says, "Met with Mike"?

19             A.   Yep.

20             Q.   And then there's two bullet points

21   underneath that.  One says:

22                  "Suggested a facilitated conversation with

23   HR and documenting."

24                  And the second bullet point says:

25                  "Follow up on Strengths finder with Bernee

1    or Laurie (or coaching session to help with her

2    transition as new in her role, frame it in the context of

3    overall professional development resources)."

4              Did I read that correctly?

5         A.    Uh-huh.

6         Q.    Does that -- those two bullet points

7    accurately reflect the topics that you discussed with

8    Ms. Barley on June 30, 2020?

9         A.    Again, you know, in terms of the -- you

10   know, I think, you know, from my recollection -- and

11   again, you can look at -- you know, as you've got my

12   notes from this conversation in -- in the documentation.

13             You know -- you know, these were -- you

14   know, these were elements of that conversation and

15   really, you know -- you know, in terms of talking

16   through, you know, next steps related -- related to this

17   matter.

18        Q.    Okay.  It sounded like that was a yes.

19             MS. SPITTELL:  Is that a question?

20             MR. SWAIN:  No, it's not, actually.

21             MS. SPITTELL:  Okay.

22        Q.    (By Mr. Swain)  Okay.  Let's move to the

23   bottom of the same page, SHRM 0732.

24        A.    Okay.

25        Q.    "July 17, 2020."

```
 1          A.   Yep.

 2          Q.   It says:

 3               "I had discussions with Jeanne regarding

 4     both Ebony and Ruby.  She shared that there were

 5     challenges in the employee engagement individual

 6     contributor debrief meeting.  She has asked Mike to

 7     facilitate a meeting with members of the ISD team with

 8     Jeanne on Monday, July 20.  I am not [able] to attend.  I

 9     expressed I was confused and concerned given so many

10     conversations continue to occur without me present that

11     seem to directly involve me.  Jeanne and Mike both

12     advised to let this meeting happen and then we would"

13     discuss next step -- or "we would meet to discuss next

14     steps."

15               Did I read that correctly?

16          A.   Yes, you did.

17          Q.   And do you recall discussing the ISD team

18     individual contributor debrief meeting with Ms. Barley on

19     July 17?

20          A.   There were -- you know, there were

21     multiple conversations, again, during this time period

22     related to the employee engagement survey, which included

23     that overall division meeting with the entire division

24     that -- that -- that the ISD team -- you know,

25     instructional design team -- you know, was a part of, you
```

1    know -- you know, as well as follow-up conversations.

2                    And this -- and this would -- you know,

3    and this was an area where, again, you know, there were

4    numerous conversations related to, again, you know, the

5    results of the survey and then some of the -- and then

6    particular follow-up with, you know, elements of

7    Ms. Morris's team, including the instructional design

8    team.

9                    So there were multiple conversations

10   related to this employee engagement survey within this

11   several-day period, you know, during this time.

12        Q.    And you did, in fact, attend the meeting

13   with the ISD team to discuss the engagement survey on

14   July 20, didn't you?

15        A.    I -- you know, I attended a meeting with

16   the instructional design team.  I can't remember if the

17   date was the 20th or the 21st, but that

18   approximate -- that approximation sounds correct.  And I

19   know the notes of that are -- my notes of that are in the

20   documents that you have.

21                    But the time -- that timeline does seem,

22   you know -- that does seem ballpark correct, but I can't

23   remember exactly what day.

24                    MR. SWAIN:  Okay.  Let's take a quick

25   break.  We'll resume at 35 after.  Okay?

1               THE WITNESS:  All right.

2               (Recess taken from 1:28 p.m. until

3     1:35 p.m.)

4               Q.  (By Mr. Swain)  Let's turn to the page in

5     the same document that's marked SHRM 0733.

6               A.   Uh-huh.

7               Q.   And I'd like you to turn to the entry

8     that's dated July 27, 2020.

9               A.   July 27.  Yep.

10              Q.   "Ruby requested leave this morning for 8

11    days starting July 29.  I approved but would like to

12    address the short notice.  It's a long amount of leave -

13    I'm ok with it but the way Ruby goes about it is not

14    right.  But, I feel like I can't address these issues

15    given her current ultimatum."

16              Did I read that correctly?

17              A.   Yes, you did.

18              Q.   Did you ever hear about Ms. Mohamed giving

19    an ultimatum?

20              A.   I don't recall an -- you know, I do not

21    recall an ultimatum.  I do -- what I do recall was that

22    she requested -- you know, that she did request leave and

23    that it was approved by Ms. Barley.

24              Q.   Requesting leave and having it approved

25    isn't an ultimatum, though, correct?

1              A.    In terms -- you know -- you know, I -- you

2      know -- you know, again, all I'm aware of is, again, that

3      she was -- you know, that she had requested leave and it

4      was approved.

5              I -- you know, anything, you know,

6      regarding an ultimatum, I'm not aware of.

7              Q.    And the next paragraph under July 27,

8      2020, says:

9              "I reached out to Mike to find out what

10     next steps are being taken.  At this point, Ruby and

11     Ebony are withdrawn from the team.  From what I'm being

12     told, Ruby is spreading accusations across SHRM about me.

13     I am continued to being told to wait.  Mike said Ruby

14     spoke to Sean the Wednesday and Thursday before.  He

15     would connect with Sean when he returns from the ET

16     retreat later this week."

17             Did I read that correctly?

18             A.    Yes, you did.

19             Q.    Do you recall speaking to Ms. Barley on

20     July 27, 2020?

21             A.    I -- you know, I -- I -- I had multiple

22     conversations, you know -- you know, throughout this

23     period.  I, you know -- you know, I would either, you

24     know, see if I had notes specifically the day -- but this

25     does -- you know, I do recall conversations around the

 1    time related to the leave.

 2              Specific dates, I -- you know, I don't

 3    recall specific dates.

 4         Q.   Do you recall telling Ms. Barley that

 5    Ms. Mohamed had spoken to Sean Sullivan the Wednesday and

 6    Thursday before?

 7         A.   I don't recall the specifics of that

 8    conversation.

 9         Q.   What about the generals of the

10    conversation?

11         A.   I -- you know, I -- you know, I do recall

12    up -- you know, providing her an update of sort of, you

13    know, where -- you know, what -- what had occurred, you

14    know, and sort of what -- and then she, if I recall --

15    and, again, that aligns with what -- you know, what I'm

16    seeing here: asked what the next steps would be.

17              And that would -- you know, again, at the

18    time, I would -- you know, it's something I would have

19    needed to connect with Sean Sullivan about, you know, to

20    firm up, which -- and as listed here, you know -- you

21    know, he would have been out for several days, you know,

22    at an executive team retreat, which typically --

23    typically occurs in late July.

24         Q.   Okay.  And we'll talk about it a little

25    bit more in a minute.

1                    But you did, in fact, join a two-part call

2      on successive days with Sean Sullivan and Ms. Mohamed

3      about her --

4              A.    Correct.

5              Q.    -- discrimination --

6              A.    Correct.

7              Q.    -- on June 20 --

8              A.    I believe that that Thursday and Friday,

9      you know, before I was -- as noted before, listened in on

10     the conversation and took notes for most of those two

11     calls, as indicated.

12             Q.    And at this time, you were in charge of

13     the investigation into Ms. Mohamed's complaints of race

14     discrimination, weren't you?

15             A.    I was -- you know, again -- you know, I

16     had been conducting -- you know, been conducting the

17     investigation in conjunction with Sean Sullivan.

18             Q.    In your mind, do you believe it was

19     appropriate to be giving Carolyn Barley play-by-play

20     details about who Ms. Mohamed is speaking to about her

21     complaints of discrimination?

22             A.    I would --

23                  MS. SPITTELL:  Object to form.

24             A.    -- you know --

25                  MS. SPITTELL:  Go ahead and answer.

1              A.    You know, I would say that I was not

2    giving, you know -- you know, play-by-play, you know,

3    updates, you know.  I was providing -- you know, I

4    provided, you know -- provided an update to, you know,

5    to -- to Ms. Barley.  But again, being cognizant of my

6    responsibilities with -- you know, with -- you know, with

7    an ongoing matter.

8              Q.    (By Mr. Swain)  During this time, you were

9    having somewhat regular conversations with Ms. Barley

10   about what was happening with her supervision of

11   Ms. Mohamed and the discrimination complaints.

12              Is that fair to say?

13              A.    I was having regular conversations with

14   Ms. Barley throughout this period.  You know -- you know,

15   I -- you know, again, you know, the -- the -- you know,

16   yes.

17              Q.    What was your impression of Ms. Barley's

18   kind of state of mind, her response to the complaints of

19   discrimination?

20              A.    She would -- you know, I -- from my

21   recollection, you know, she was very upset with the --

22   with the -- with the -- with -- with -- with -- with the

23   allegation.  You know, she, you know -- you know,

24   repeated, you know, a number of times that, you know,

25   that -- you know, that -- you know, that anything that

1   occurred, you know, did not occur, you know,

2   intentionally and -- you know, and that she -- that she

3   was not discriminating against Ms. -- Ms. Barley --

4   sorry, excuse me, against Ms. Mohamed.

5            Q.   I'd like to unpack that a little bit

6   because --

7            A.   Certainly.

8            Q.   So in your mind, can race discrimination

9   be the result of unconscious behaviors?

10           A.   The -- you know, again, going back with

11  the, you know -- you know, with -- you know, again, you

12  know, I'm not -- I would not call myself an -- you know,

13  certain -- far from an expert in this area, so there's

14  others that would be better positioned to comment on this

15  than I.

16           But, you know, typically, you know -- you

17  know -- you know, bias can be conscious and unconscious.

18           Q.   And this area that you're talking about

19  you're far from an expert, what area is that

20  specifically?

21           A.   Dealing with matters related to diversity,

22  equity, and inclusion.

23           Q.   That would include race discrimination,

24  correct?

25           A.   I would say, you know, again, this is an

1    area that I -- you know, that I've covered through, you

2    know, again -- you know, through -- through my education

3    as I -- as I mentioned previously.  But again, I'm far

4    from an experienced expert from it in -- in this area.

5              Q.   And so the last line of the July 27, 2020

6    entry says:

7                   "I am unsure what I am supposed to do.

8    I'm feeling harassed or bullied by this situation."

9                   Do you see that?

10             A.   Uh-huh.

11             Q.   Did Ms. Barley tell you that she felt like

12   she was being harassed or bullied?

13             A.    I don't recall specific words about --

14   yeah, I don't recall specific, you know, conversation

15   about harassed or bullying.  I know she was upset with

16   the entire situation, and -- and it -- and it was

17   taking -- it was taking an emotional toll on her

18   personally.

19             Q.   Did Ms. Barley ever say anything to you

20   along the lines of that she doesn't think through a

21   racial lens because she has a biracial child?

22                  MS. SPITTELL:  Objection.  Foundation.

23                  Go ahead and answer.

24             A.    I don't recall her saying that

25   specifically to me.  I know that that phrase, you know,

1    did come up in the context of, you know, the -- of the

2    investigation.  You know -- you know, but I don't recall

3    it -- you know, I don't recall Ms. Barley saying that

4    directly to me.

5                Q.   (By Mr. Swain)  But is your understanding

6    that she said it to someone else?

7                MS. SPITTELL:  Objection.  Foundation.

8                A.   I --

9                MS. SPITTELL:  You can answer.

10               A.   I -- I -- I do recall that that -- that

11   that particular phrase came up, you know, in the course

12   of -- of looking into the -- and -- and dealing with this

13   matter.  I don't remember specifically the context, you

14   know, if it was something said to someone else.  I -- you

15   know, I don't recall the specifics.

16               But I -- I am aware of that, you know --

17   of that particular point.

18               Q.   (By Mr. Swain)  Okay.  Do you think

19   Ms. Barley was being treated unfair throughout this

20   process?

21               A.   Do I think Ms. Barley was being treated

22   unfair throughout this process?  I would say no.

23               Q.   Why not?

24               A.   I believe that, you know, again, you know,

25   we -- you know -- you know, that -- that in -- in the

1    course of this matter, you know, that -- that she

2    would -- you know, that she was able to give her, you

3    know -- gave her opinion and her -- her point of view

4    and -- and lens just as, you know, Ms. Mohamed, you know,

5    had given her view.

6                    It -- it was an unfortunate -- it is an

7    unfortunate situation all around that's created -- you

8    know, emotionally packed for Ms. Mohamed, Ms. Barley, and

9    many others, you know.

10                    So it, you know -- I -- you know, so it --

11    it -- just the overall circumstances are very -- you

12    know, have taken an emotional toll on a number of people.

13            Q.    Do you empathize with Ms. Mohamed here?

14            A.    I empathize -- yes, I do, and I also

15    empathize with Ms. Barley.  You know, I think, you know,

16    I -- you know, I -- you know, in looking at, you know --

17    into this situation, I believe that it -- you know, that

18    there -- you know, that there were, you know -- that, you

19    know, that it was a very -- you know, very painful

20    experience and very pain -- you know, with challenges for

21    both Ms. Barley and Ms. Mohamed.

22            Q.    With the benefit of hindsight, would you

23    do anything different?

24                    MS. SPITTELL:  Objection.  Form.

25    Foundation.

1                    Go ahead and answer.

2           A.    That's -- you know, that's hard to say

3    because, again, it's in the past.  I think, you know --

4    you know, I -- I think part of this situation -- you

5    know, I think one of the real challenges of this

6    situation was the confluence of events that occurred with

7    the timing.

8                    I think -- and again, I think with the --

9    you know, and I think with this overall situation, the

10   timing, you know -- you know, both within this context of

11   SHRM and overall, I think is critically important, you

12   know.

13                   You know, and so I do think -- you know, I

14   do think things could have -- you know, I think -- you

15   know, there -- you know, I think there are ways that this

16   could have been handled differently, you know, I -- but

17   ultimately, what should have been done -- you know, at

18   this point it has been done.  And, you know, so . . .

19          Q.   (By Mr. Swain)  What are some of the ways

20   it could have been handled differently?

21          A.    I think, you know -- you know, I think,

22   one, you know -- you know -- you know, I think being, you

23   know -- you know, again, a lot of the -- you know, a lot

24   of the communication, I think, again, between me and

25   Mr. Sullivan, you know, I -- you know, again, primarily

1    was verbal, as I mentioned before, with some

2    communication through email.  I think, you know, in

3    retrospect, you know, again, having more -- you know,

4    more written, you know -- you know, I think, one, would

5    have been better three years after the fact for recalling

6    events.

7                    But then also for having, you know -- you

8    know, for being able to -- again, be able to -- you know,

9    being able to show the picture of what -- what occurred

10   during that time.

11                   Q.   Well, and having more written

12   documentation about your investigation would have allowed

13   you to better defend the integrity of the investigation;

14   is that right?

15                   A.   Well, I -- I would say again --

16                   MS. SPITTELL:  Objection.  Form.

17                   You can answer.

18                   A.   I would -- you know, as I stated before,

19   again, I -- I still -- you know, I still defend, you

20   know, the integrity of, you know, the investigation

21   insofar as that I -- the part that I did and I'm aware.

22                   I think, you know -- you know -- you know,

23   to your question, you know -- you know, looking back with

24   a crystal lens, I think there -- you know, there are, you

25   know, elements, you know, as I mentioned that -- you

1    know, that, you know, I would have done -- you know,

2    would have done differently.

3                    But ultimately, you know, that doesn't --

4    you know, that doesn't change the, you know -- you

5    know -- you know, the facts from going through the

6    investigation that I did or -- you know, or even with

7    that, you know -- that -- you know, my findings that I

8    provided to Mr. Sullivan in terms of situation would not

9    have changed with that.

10                   Q.   (By Mr. Swain)  Why is having good written

11   documentation important?

12                   A.   When you get a situation like this three

13   years after the fact where you're trying to -- you know,

14   trying to refresh memory.

15                   Q.   You mean a situation like this, an

16   employment discrimination lawsuit?

17                   A.   Or any -- or any sort of situation where

18   you're having to recall facts from, you know -- from

19   years before.

20                   Q.   Because you know a lot of the facts that

21   you remember are disputed by Ms. Mohamed, correct?

22                   MS. SPITTELL:  Objection.  Foundation.

23                   You can answer based on your knowledge.

24                   A.   I -- you know, all I can say is, again,

25   from my experience and perspective.  You know,

1    that -- you know -- you know -- you know, I -- you

2    know -- you know, again, you know, that's all I can

3    answer for.

4            Q.  (By Mr. Swain)  But you are aware

5    Ms. Mohamed has a different recollection of many of the

6    events we've been discussing today, correct?

7            MS. SPITTELL:  Objection.  Foundation.

8            You can answer.

9            A.   Again, you know -- you know, my -- you

10   know, to get to -- to my understanding, again, you

11   know -- you know, I -- my understanding of this, again,

12   both from my -- you know, my conversations and

13   investigation, you know, into this -- into the totality

14   of this matter.

15           But then also from reading the -- the

16   Colorado Complaint, you know.  That's -- you know -- you

17   know -- you know, insofar as I can talk about what, you

18   know -- is I'm aware of, you know, Ms. Mohamed's

19   perspective.

20           Q.  (By Mr. Swain)  Well, let me ask you.  So

21   you said that one of the three reasons that Ms. Mohamed

22   was terminated was for missed deadlines.

23           Is that a fair summary of what you said?

24           A.   I'm sorry, you broke up a little bit in

25   that last part.  Can you please repeat?

1            Q.   Earlier you testified that one of the

2     three reasons for Ms. Mohamed's termination was that she

3     had missed deadlines.

4                 Is that a fair summary of what you said?

5            A.   That -- as I mentioned before, that it

6     was, you know -- you know, it was related to performance.

7     There was a number of factors in there, and deadlines was

8     one of the -- the areas that I do recall, you know -- you

9     know, being contributing -- contributing, again, with

10    that totality of performance.

11           Q.   And did you -- are you aware if Mohamed

12    submitted work product by those deadlines, August 31?

13           A.   In terms -- you know -- you know -- in --

14    in terms --

15           Q.   I'm going to stop you there because that's

16    a yes-or-no question.  You're aware of it or you're not.

17           A.   No -- well, I will answer the question,

18    you know, if you'll give me just a second.  You know,

19    I -- you know, I'm aware from the -- from -- and I

20    believe this was, again, reviewing, you know, the amount

21    of the documents prior -- you know, again, that if I

22    recall -- if I'm recalling correctly, that -- that work

23    product was submitted at the end of August, you know,

24    related to that.

25                 You know, I -- you know, again, that was

1    at the period while I was, again, on open leave.  But I

2    do know even prior to that, there have been a matter of

3    deadlines we've -- we've heard, you know -- you know,

4    leading up to that, you know.

5                    But specifically to the August 31, you

6    know, I can only recall based off of what I had reviewed,

7    you know, from documentation.  And if I recall correctly,

8    it would be on the 28th.

9            Q.    And have you ever reviewed what

10   Ms. Mohamed actually submitted before her termination?

11           A.    Have I reviewed the work product that she

12   submitted?  No.

13           Q.    So how do you know that that legitimately

14   played a role in her termination?

15           A.    As I -- as I mentioned before, I mentioned

16   that -- that, again, you know, missed deadlines and work

17   performance.  Again, with the totality of the situation,

18   I can't, you know -- you know -- what I can -- you know,

19   my awareness of the -- you know, the -- what was

20   delivered on the 28th of -- of August, again, you know,

21   just stems from reviewing, you know -- in reviewing, you

22   know, documentation that was shared with me, you know.

23                   But, you know, from my -- but again, this

24   was occurring at a period where, you know, I, you know,

25   again was on open leave.  And so, you know, I was cc'd on

 1    some things, not on others.

 2                    So, you know, I can't say specifically,

 3    you know, what I received or didn't receive directly.

 4    But I do recall the 28th deadline from, again, review

 5    of documentation.

 6            Q.   Well after the fact of her termination,

 7    correct?

 8            A.   Well, that was in preparation for our

 9    conversation today.

10            Q.   Okay.  So at the time of Ms. Mohamed's

11    termination, did you know whether she had met her

12    deadlines or not?  Independently, other than, you know,

13    other people telling you, did you have any personal

14    knowledge that Ms. Mohamed had failed to submit her

15    completed projects?

16                    MS. SPITTELL:  Objection.  Form.

17            A.   Well --

18                    MS. SPITTELL:  Go ahead.

19            A.   I -- you know, again, as I mentioned

20    before, you know -- you know, there were emails that I

21    was included on, you know -- you know, cc'd on during the

22    time that I was on open leave.

23                    I don't recall what -- what I was or

24    wasn't, you know, specifically cc'd on, you know, but I

25    do know that this was a recurring issue prior to

1    and -- you know, and up to the -- to the point of

2    termination.

3                   But -- but in terms of my specific

4    knowledge, I can't -- you know, I can't say specifically

5    because, you know, I may have been cc'd on email

6    communication, but I don't recall it.

7                   Q.   (By Mr. Swain)   Okay.   And you said this

8    was a recurring issue.   What's "this"?

9                   A.    The -- you know, the question of

10   deadlines.   This was something that had come up in -- you

11   know, if I -- if I'm remembering correctly, you know, it

12   had come up in the July and in the -- in the August

13   period.

14                  So this wasn't something that -- that had

15   just come up, you know, prior to, you know, August 31.

16   And -- and I know that there had been some back and

17   forth, you know -- you know, again, aware of this

18   broadly, but not a direct, you know, participant in it,

19   you know -- you know, related to the -- you know, the

20   deadlines for the two projects, the, I believe,

21   Compliance and Digital HR.

22                  Q.   So you were relying on what other people

23   were telling you at the time of Ms. Mohamed's

24   termination; is that correct?

25                  A.    Correct.

```
 1            Q.    Including Carolyn Barley?

 2            A.    A range of players in the -- you know, in

 3    the process.   Carolyn was one -- one of the stakeholders.

 4            Q.    Who were the other stakeholders?

 5            A.    You know, as noted before, you know -- you

 6    know -- you know, Nick -- you know, there were other

 7    folks that were in the communications related to the

 8    deadlines.   And so if I recall, that included Jeanne

 9    Morris and Nick Schacht that were starting to get cc'd on

10    communications about the deadlines, if I remember

11    correctly.

12            Q.    And remind me, to your recollection, who

13    made the decision to terminate Ms. Mohamed's employment?

14            A.    As -- as I noted before, I don't know

15    who -- who specifically made the decision to terminate

16    employment.

17                  Again, I, you know, learned from Sean

18    Sullivan that the decision had been made.   You know, but

19    in terms of who made that decision and when, I don't know

20    specifics.

21            Q.    Did you -- so, to me, it seems like during

22    this time you were wearing multiple hats in the sense

23    that you were investigating Ms. Mohamed's complaints of

24    race discrimination, one.   You were also helping coach

25    Carolyn Barley through her interactions with Mohamed,
```

1    number two.

2                    Is that correct?

3                    MS. SPITTELL:  Objection.  Form.

4                    You can answer.

5          A.    I would say, you know -- you know, well,

6    and typical with my role, you know, and -- and typical

7    for any HR professional, you wear many hats in a

8    situation, you know.  And particularly with an

9    organization like SHRM where, you know -- you know, we've

10   got a statistic -- you know, a decent-sized HR team, but

11   still one that requires wearing multiple hats.

12                   So, you know -- so, you know, so it -- you

13   know, it -- you know, dealing with multiple -- you know,

14   multiple elements ongoing is not an uncommon scenario.

15         Q.   (By Mr. Swain)  Let me ask you a more

16   direct question.

17         A.    Uh-huh.

18         Q.    During the June, July, August 2020 time

19   frame, were you helping Carolyn Barley -- coaching her

20   through her interactions with Ruby Mohamed?

21         A.    I --

22                   MS. SPITTELL:  Objection.  Form.

23                   THE WITNESS:  Sorry, go ahead.

24                   MS. SPITTELL:  Go ahead.

25         A.    You know, I provide -- you know -- you

1    know, she asked -- you know, I provided her guidance, you

2    know, at -- you know, as appropriate, you know, and as

3    you saw, you know, as -- as we talked about previously

4    within the -- the email communication, you know -- you

5    know.  So, you know -- you know -- you know, depending on

6    how you define "coaching," but I did provide her

7    guidance.

8            Q.   (By Mr. Swain)  In your mind, do you think

9    it's important for someone investigating a complaint of

10   employment discrimination to try to maintain neutrality?

11           A.   I would -- you know, I would argue that,

12   again, you know, the guidance that I provided, you

13   know -- you know, was not something that would, you

14   know -- you know, that would go against neutrality.

15           Q.   Why not?

16           A.   Ask -- you know, asking someone to

17   document, you know -- you know, make -- you know, is a

18   typical, you know, standard -- you know, standard

19   operating procedure.  And, you know, so it's -- you know,

20   it's not -- it's not a revolutionary, you know, concept.

21           Q.   Did you ever help ghostwrite Carolyn

22   Barley's emails to Ms. Mohamed?

23               MS. SPITTELL:  Objection.  Form.

24   Foundation.

25               You can answer.

1           A.   Not that I recall.  I -- you know, she may

2    have asked for guidance, you know, in -- you know, in --

3    but I don't recall specifically write -- you know, I

4    don't recall ghostwriting an email.  You know, she may

5    have asked questions and I provided thoughts, but not --

6    on the overall situation, but I would -- I do not recall

7    ghostwriting, to use your term.

8           Q.   (By Mr. Swain)  Okay.  Is there something

9    about the term "ghostwriting" that you disagree with, or

10   you -- do you genuinely disagree with the concept that

11   you helped write emails that Carolyn Barley was going to

12   send to Ruby Mohamed?

13          A.   I -- you know, to my recollection, I

14   provided her guidance on -- you know, on ways to address

15   the situation.  I don't recall ghostwriting, you know --

16   you know, an email to Ruby Mohamed.

17          Q.   Okay.

18          A.   Again --

19          Q.   And just to clarify, are you denying that

20   you helped write emails for Carolyn --

21          A.   I don't --

22          Q.   -- to send to Ruby Mohamed or are you

23   generally --

24          A.   As I said before, I don't recall

25   ghostwriting.  You know, I do recall providing guidance,

 1   how to -- how to respond back, you know, particularly in

 2   the periods before, you know, Bernée Long was pulled in

 3   to -- to help coach and facilitate with both Carolyn

 4   Barley and Ruby Mohamed.

 5            Q.   I'm going to show you what's been marked

 6   as Deposition Exhibit 24.

 7            Go ahead and --

 8            A.   Okay.

 9            Q.   -- open it when you can.

10            MS. SPITTELL:  And, Mike, just as a

11   reminder, make sure you wait until Mr. Swain is totally

12   done with asking his question to make sure that --

13            THE WITNESS:  I'm sorry.

14            MS. SPITTELL:  -- the court reporter --

15            THE WITNESS:  Yeah, thank you.

16            MS. SPITTELL:  -- can catch his --

17            THE WITNESS:  Yeah, thank you.

18            MS. SPITTELL:  -- his question and your

19   answer.

20            THE WITNESS:  Yep.  Thanks for the

21   reminder.

22            A.   And which am I opening now, Hunter?

23            Q.   (By Mr. Swain)  Deposition Exhibit 24 that

24   I just shared.

25            A.   One moment.

 1                      Yep, I have it open.

 2            Q.    Okay.  And I'd like you to go to the very

 3   end of that; it's on the second page -- the third page of

 4   the PDF, pardon me.

 5            A.    Yeah.  Can you -- can you read the number,

 6   just to make sure that . . .

 7            Q.    Yeah.  So for some reason, the third

 8   page -- oh, here it is.  The number is SHRM 0543.

 9                 Do you see that?

10            A.    543, yep.

11            Q.    Okay.  And there's an email here that's

12   highlighted in yellow.  It's from Nick Schacht to Jeanne

13   Morris on Thursday, August 13, 2020, at 7:26 a.m.

14                 Do you see that email?

15            A.    Uh-huh.

16            Q.    Okay.  And the text of the email says:

17                 "You may already be working down this

18   track."

19                 "I suggest having Carolyn confer with Mike

20   Jackson on a response to Ruby's email.  That email

21   shouldn't go unanswered by Ruby's manager - but this

22   offers an opportunity to get the right language on the

23   table to correct her quickly, or to support an eventual

24   case for termination.  We want the right words in there."

25                 Did I read that correctly?

1              A.   Yes, you did.

2              Q.   And then Jeanne Morris responds to

3    Mr. Schacht's email about an hour later, at 8:29 a.m., on

4    Thursday, August 13, 2020.

5                   And in her response email, she says:

6                   "Hi Nick,"

7                   "Carolyn is working with Bernée and Mike

8    on a response."

9                   Do you see that?

10             A.   Uh-huh.

11             Q.   So does that refresh your memory about any

12   times that you helped craft an email that Carolyn Barley

13   was going to send to Ruby Mohamed?

14             A.   Unfortunately, it doesn't.  You know --

15   you know, I -- you know, I don't -- you know -- you know,

16   I don't recall, you know, specifically working, you know,

17   with a response -- you know, and it looks like it was

18   with, you know, Bernée and myself, at least reading this

19   chain.  I don't recall this, you know, specific incident.

20   But that's -- you know, and -- you know, unfortunately,

21   I -- it's something I don't recall.

22                  But again, you know, any sort of

23   communication back and forth, you know, I think you would

24   be able to see through the -- through the document -- you

25   know, through the discovery documents.  But

 1   unfortunately, I don't -- you know, I don't specifically

 2   recall this -- you know, this element of things.

 3              Q.   Can we expect that your memory will be

 4   better at trial than it will be today?

 5              MS. SPITTELL:  Objection.  Form.

 6              You can answer.

 7              A.   I -- you know, again, you know, all I can

 8   say is that, you know -- you know -- you know, you -- you

 9   know, I don't -- I don't recall crafting a -- you know,

10   crafting a response.

11              It's not to say that it didn't happen, but

12   I just don't -- you know, I don't recall the

13   circumstances about this beyond what I've read -- you

14   know, read here.

15              Q.  (By Mr. Swain)  I am sending what's been

16   marked as Deposition Exhibit 59.

17              Go ahead and open that one, please.

18              A.   Yeah.

19              Let's see here.  One moment.  Let's see.

20   Here we go.  Sorry, one second.

21              Okay.

22              Q.   Okay.  And this Deposition Exhibit 59 --

23              A.   Uh-huh.

24              Q.   -- bears the Bates range of SHRM 1053

25   through SHRM 1056.

 1              A.    Uh-huh.

 2                    MS. SPITTELL:  Hunter, I'm not able to

 3   open it, and I'd like to look at it before he testifies.

 4   Can you give -- can you send another link to that?  I

 5   don't know why it's not working on my computer.

 6                    MR. SWAIN:  Sure.  I will try it through

 7   the chat again and see if it works this time.

 8                    Did it open this time?

 9                    MS. SPITTELL:  No, I'm sorry.

10                    MR. SWAIN:  I am emailing it to you

11   separately.

12                    MS. SPITTELL:  Okay.  Thank you.

13                    MR. SWAIN:  You should have it any moment.

14                    MS. SPITTELL:  Perfect.

15                    Any second.

16                    MR. SWAIN:  Do you have it now?

17                    MS. SPITTELL:  Nope.  Sorry, I'm not

18   sure -- I've been able to open every --

19                    MR. SWAIN:  I'll share my screen.

20                    MS. SPITTELL:  Okay.

21                    MR. SWAIN:  And I will ensure that you get

22   a copy of it.

23                    MS. SPITTELL:  Got it.

24                    MR. SWAIN:  Okay.

25              Q.   (By Mr. Swain)  I am sharing my screen

1    right now.

2                   MS. SPITTELL:  Okay.

3                   Q.  (By Mr. Swain)   This is Deposition

4    Exhibit 59, the page that's Bates-numbered SHRM 1053.

5                   And so this is an email from Bernée Long

6    to Carolyn Barley, dated Thursday, August 13, 2020, sent

7    at 5:49 p.m.

8                   Correct?

9              A.   That's what I read here.

10             Q.   And there's no text in the body of the

11   email.  It only contains Bernée Long's email signature.

12             A.   Uh-huh.

13             Q.   But there are two attachments to the

14   email.

15                  Do you see that?

16             A.   Uh-huh.

17             Q.   Okay.  And the one I want to focus on

18   right now is "draft email response to ruby v.1

19   bel-mtj.docx."

20             A.   Uh-huh.

21             Q.   Do you see that?

22             A.   Yes, I do.

23             Q.   Okay.  Does that refresh your recollection

24   whether you helped Ms. Long write an email response for

25   Carolyn Barley to send to Ruby Mohamed?

1              A.   I -- you know, as noted before, I don't --

2     you know, don't recall.  I see my initials there, so, you

3     know, with -- again, without seeing the specific

4     circumstances, you know, it looks like, you know -- you

5     know, my initials are there, you know.

6              But again, you know, I don't -- you know,

7     this -- until this conversation -- you know, this doesn't

8     ring a bell for me specifically, but, you know, I -- you

9     know, but again, I see my -- I see my initials there, you

10    know, again, not without seeing with -- what's the

11    contents of that attachment, you know, I can't argue with

12    what -- with -- you know, with what that's labeled as.

13    But I --

14              Q.   Let's --

15              A.   -- unfortunately --

16              Q.   Okay.

17              A.   -- don't recall the circumstances.

18              Q.   Let's look at Deposition Exhibit 60, which

19    is the contents of the attachment.

20              Please --

21              A.   Great.

22              Q.   -- open that.

23              A.   Okay.

24              Q.   Now do you recall helping Bernée Long

25    write this email draft for Carolyn Barley to send to Ruby

1   Mohamed?

2          A.   This -- you know, I don't recall.  Again,

3   I see my email -- I see my -- I saw my initials on the

4   name.  This doesn't ring a bell with my memory

5   specifically, but that -- that doesn't say that I, you

6   know, didn't work with Bernée -- with Bernée on this.

7               You know, I can't say -- I -- I

8   unfortunately just don't recall this or the circumstances

9   therein.

10          Q.   Let's take a look at Deposition

11   Exhibit 34, which I'm going to send to you.

12          A.   Uh-huh.

13          Q.   And I will direct your attention to page 3

14   of the PDF, the page that's Bates-stamped Mohamed 008702.

15          A.   8702.  Uh-huh.

16          Q.   I'm looking at the email that starts at

17   the very bottom of that page, from Carolyn Barley to Ruby

18   Mohamed on August 13, 2020 at 6:02 p.m.

19               Do you see that?

20          A.   The -- the email from Carolyn Barley,

21   6:02 p.m.?  Yes, I do see that.

22          Q.   Okay.  And also --

23          A.   The one -- the one -- the one that bleeds

24   into the page MOHAMED 008703, correct?

25          Q.   That's correct.

1          A.    Okay.

2          Q.    And the body of this email is identical to

3    the previous deposition exhibit that I showed to you,

4    Deposition Exhibit 60, that was attached as an attachment

5    to Bernée Long's email.

6                Do you see that?

7          A.    I -- I don't have the -- the two to be

8    able to compare side-by-side.  But they do -- they do

9    look similar, if not identical, but I have not done a

10   side-by-side comparison.

11         Q.    Okay.  Can you -- can we agree that it's a

12   version of the same email?

13         A.    It appears to be.  Again, with -- you

14   know, without -- you know, without having, you know, gone

15   line-by-line.

16         Q.    So we looked at an email in which Nick

17   Schacht says:  Carolyn is going to work with you on an

18   email response.

19                Do you recall that?

20         A.    Yes.

21         Q.    And that the email response could support

22   an eventual case for termination.

23                Do you recall that?

24         A.    That was Nick's -- you know, that appeared

25   to be Nick's wording in the email.  Again, I would have

```
 1   to go back and look, but I believe that was wording -- it

 2   might have been Nick or Jeanne, I can't remember which.

 3           Q.   Right.  And he was talking specifically

 4   about the email that you were going to help Carolyn

 5   Barley work on, correct?

 6           A.   The -- I -- again, you know, referring --

 7   you know, I think referring to an email response to -- to

 8   Ruby.

 9           Q.   Right.

10                To support an eventual case for

11   termination, correct?

12           A.   His, you know -- you know, again, those

13   were his words.

14           Q.   Right.

15                And we looked at an email directly

16   responsive to that from Jeanne Morris in which she said

17   that Bernée Long and Mike Jackson were going to work on

18   the email response together, correct?

19                MS. SPITTELL:  Objection.  Form.

20   Foundation.

21                Go ahead and answer.

22           A.   That -- that sounds -- you know, again,

23   without having that -- without having you pull that back

24   up, that sounds to be the case.

25           Q.   (By Mr. Swain)  Yes.
```

 1                    And then we looked at another email in

 2    which Bernée Long is sending an attachment to Carolyn

 3    Barley, and the attachment has your initials in it,

 4    correct?

 5           A.   Uh-huh --

 6                MS. SPITTELL:  Objection --

 7           A.   -- correct.

 8                MS. SPITTELL:  -- foundation.

 9                Go ahead and answer.

10           A.   Correct.

11           Q.   (By Mr. Swain)  And then we looked at the

12    attachment itself, which is a version of this email that

13    Carolyn Barley sent to Ruby Mohamed on August 13, 2020,

14    correct?

15                MS. SPITTELL:  Objection.  Form.

16    Foundation.

17                Go ahead.

18           A.   Again, without comparing it, it appears --

19    you know, they appear similar, if not identical.

20           Q.   (By Mr. Swain)  Okay.  So do you agree it's

21    a reasonable inference that you did help write that email

22    even though you can't independently remember it?

23           A.   I --

24                MS. SPITTELL:  Objection --

25           A.   -- you know --

1                    MS. SPITTELL:  -- to form.  Foundation.

2            You --

3        A.   Again --

4                    MS. SPITTELL:  -- can answer.

5        A.    -- I don't -- I don't recall, but again,

6    you know -- you know, they -- you know -- you know, I

7    don't recall.  But again, my -- my initials are -- you

8    know, are on that, you know, so -- you know, so it very

9    well could, you know, have been something that I review

10   and just -- reviewed and just don't remember.

11           Q.   (By Mr. Swain)  Do you think it was fair

12   for Ms. Mohamed for you to be helping to write emails

13   that would support an eventual case for her termination

14   as the person who personally investigated her complaints

15   of race discrimination?

16                   MS. SPITTELL:  Objection.  Form.

17   Foundation.

18                   Go ahead and answer.

19           A.   You know, again, you know -- you know --

20   you know, only working off of what I -- you know, what

21   I've seen as we've gone through the conversation today,

22   you know, I would say, you know, that it -- you know,

23   what I would have done would have been advising on a --

24   you know, on -- you know, on an -- on -- on a response,

25   you know, back to this.

1              You know, I would not say, you know -- you

2    know, I think -- you know, again, your point about, you

3    know, making a case for termination, you know -- you

4    know -- you know, again, you know, I've -- you know, saw

5    the words there, you know -- you know, in Mr. Schacht's

6    email.

7              Again, that, you know -- you know -- you

8    know, I can't, you know, say anything against his words,

9    you know, there.  But that's, you know -- you know -- you

10   know -- you know, from my view of this, you know, again,

11   you know, providing guidance on a response, you know,

12   not -- you know, not making a case for termination.

13        Q.   (By Mr. Swain)  Okay.  My question was, do

14   you think that's fair to Ms. Mohamed?

15        A.   That's not, you know -- that's not

16   something, you know -- you know -- you know, that -- that

17   would be for others to answer.

18        Q.   Okay.  The jury will answer it.

19        A.   Uh-huh.

20        Q.   Let's look at Deposition Exhibit 46, which

21   I'm sending to you right now.

22        A.   Okay.  Uh-huh.

23        Q.   And please read through this Deposition

24   Exhibit 46, and then I'll ask you some questions about

25   it.

1          A.    Great.  Give me just one minute.

2          Q.    Okay.

3          A.    "Please let me know if anyone would like

4    to discuss."

5               Okay.

6               MS. SPITTELL:  And, Mike, just for future

7    questions, when you read things aloud, the court reporter

8    does have to document all of that on the record, so try

9    to be sure to read to yourself.

10              THE WITNESS:  Okay.  Thank you.  I did not

11   know that, so I appreciate it.

12              Sorry for that, Shelly.

13              THE COURT REPORTER:  No problem.

14              THE WITNESS:  Didn't mean to make your

15   fingers work a little extra.

16              MR. SWAIN:  Shelly has seen it all, I

17   promise you.

18         Q.   (By Mr. Swain)  So looking at this

19   Deposition Exhibit 46, do you recall having read this

20   email before, Mr. Jackson?

21         A.   I, you know -- you know, this -- I do

22   recall this -- I do recall seeing this email in

23   preparation for today's conversation.

24              I was cc'd -- as you can see on the

25   email -- on this email, but this would have been, you

     1    know -- you know, this email would have came in during

     2    the time, you know, that -- you know, of my open leave.

     3    And specifically, I -- if I recall, I was still in the

     4    hospital on Tuesday, the 25th.  I don't think I was

     5    discharged until the afternoon, so . . .

     6          Q.   (By Mr. Swain)  And I hope you weren't

     7    checking emails while you were still in the hospital.

     8    Were you?

     9          A.   I'm -- I -- I don't recall, you know,

    10    checking emails while in the hospital.

    11          Q.   I've been known to do that before, but I

    12    wish I didn't do that.  Anyway . . .

    13               So what were your thoughts when you were

    14    reviewing this email in preparation for today?

    15          A.   My thoughts, you know, again, you know, in

    16    reading this, you know -- you know -- you know, again, I

    17    see, you know -- you know, again, you know -- you know,

    18    and again, an example of, you know -- you know, keep --

    19    you know, updating on sort of the status of things,

    20    particularly related to the two deliverables, you know,

    21    or the two projects with the 31st deadline.

    22               So I -- so I read this as an update on the

    23    conversation and related where things stood with the --

    24    with the two -- with the two deadlines and deliverables.

    25          Q.   Reading through this email, one thing that

1    sticks out to me is that Ms. Barley's characterization of

2    her conversation with Ms. Mohamed paints Ms. Mohamed as

3    aggressive, almost insubordinate.

4                    Would you agree with that?

5            A.    I would -- I would say that, you know,

6    that it does reference elements of tone.  You know, it

7    does say in here, you know:  Can you please change your

8    tone.  Let's talk and focus.

9                    You know, I -- I -- you know, it -- it is

10   very -- you know, it is, you know, clear in here that

11   there were, you know -- that -- that there was

12   back-and-forth related to tone, but, you know, I think,

13   you know -- as you can see in the -- in the

14   documentation.

15           Q.    And in the email, Deposition Exhibit 46,

16   Ms. Barley says that Ms. Mohamed "got very snarky and

17   ranting . . ."  "She got even more of a tone . . ."

18           A.    Uh-huh.

19           Q.    "She snapped back . . ."

20                    And the summary concludes by saying that

21   Ms. Mohamed hung up on Ms. Barley.

22                    Do you see those things?

23           A.    Uh-huh.

24           Q.    Is that a yes?

25           A.    Yes.  I'm sorry.  Thank you.

1            Q.    And do you recall, in the August 19, 2020

2    email that we reviewed together earlier, one of the

3    elements of Ms. Mohamed's retaliation complaint was that

4    her tone was being criticized without justification.

5                 Do you recall that?

6            A.    I don't have that document, you know,

7    pulled up in front of me.  If you refer -- if you can

8    refer to it, I'd be happy to go back and look again.

9            Q.    Sure.  We'll do that.  I'm going to pull

10   it up right now.

11           A.    Thank you.

12           Q.    I'm re-sharing what's been previously

13   marked as Deposition Exhibit 37.

14           A.    Perfect, one moment.  Number 37, one

15   moment.

16                 Okay.  I've got it open here.  If you can

17   just direct me.

18           Q.    Yeah, I'll direct you to the page

19   Bates-stamped SHRM 0133.  It's the second page of the

20   PDF --

21           A.    Uh-huh.

22           Q.    -- on Deposition Exhibit 37.

23           A.    Yep.

24           Q.    So at the top of that page, the biggest

25   paragraph, the one that starts with "As an employee"?

 1          A.    Uh-huh.  Yep.

 2          Q.    Actually, I'll just read that sentence:

 3                "As an employee" --

 4          A.    Yep.

 5          Q.    -- "who has been with the organization for

 6    almost five years and with a documented history of

 7    excellent performance, I am very troubled that I have

 8    just now started receiving criticism about my performance

 9    and vague complaints about the tone of my conversations

10    with others."

11                Do you see that?

12          A.    Uh-huh.

13          Q.    And in Deposition Exhibit 46, the one that

14    we were just looking at, Carolyn Barley is repeatedly

15    criticizing Ms. Mohamed's tone, correct?

16          A.    She's -- she's -- she references multiple

17    times, you know, Ms. -- Ms. Mohamed's tone.

18          Q.    And you didn't feel responsible for

19    investigating the elements of Ms. Mohamed's August 19,

20    2020 retaliation complaint?

21          A.    As I -- as I mentioned before, you know, I

22    don't, you know -- you know, I can't -- you know, I don't

23    recall, you know -- you know, again, you know, I was --

24    you know, from the email as seen here, I was not, you

25    know -- you know, I was not included on this message.

1                    I don't recall, again, you know -- you

2     know, if -- if this was shared with me or what action,

3     you know, if it -- if it had, you know, been done by --

4     by the HR team.

5                    Q.    Who do you think should bear ultimate

6     responsibility for ensuring that employee complaints of

7     discrimination and retaliation are adequately

8     investigated?

9                    MS. SPITTELL:  Objection.  Foundation.

10                   Go ahead and answer.

11                   A.    I would say, you know, it's ultimately the

12    organization's responsibility, you know -- you know,

13    to -- you know, to -- to review -- you know, to -- to

14    investigate various matters and -- and address

15    accordingly.

16                   And so, you know -- and in this case,

17    again, this was, you know, within the, you know -- you

18    know, was within the HR department over the course of,

19    you know -- of the events being described.

20                   Q.   (By Mr. Swain)  Do you think SHRM has a

21    responsibility to stamp out employment discrimination if

22    it's occurring at SHRM?

23                   A.    I would -- you know, I would say, you

24    know -- I would say any employer has that responsibility

25    should -- should it be occurring, you know, within SHRM

1   or any -- or any employer.

2              Q.   Do you think, because of the nature of

3   SHRM's mission and its business, it's less likely to have

4   employment discrimination occur in its workplace?

5              MS. SPITTELL:  Objection.  Foundation.

6              Go ahead and answer.

7              A.   I would, you know -- you know, I would

8   say, you know, SHRM is just like, you know -- and

9   certainly from my experience, you know, SHRM is just like

10  any other employer:  There are issues that -- that arise.

11             And during my time within HR, as well as

12  even my time, you know, as just being an employee of SHRM

13  from -- or as SHRM affiliate from 2012 through 2021, you

14  know, I was, you know -- you know, things did come up or

15  occur, you know, in a range of things, you know, as any

16  other workplace would.

17             And so, you know, just because we're

18  talking with SHRM, the HR association, doesn't make it

19  any -- any -- any -- any different than any other

20  employer.

21             Q.   (By Mr. Swain)  Well, do you think because

22  of the nature of SHRM's mission and its business, it has

23  a responsibility to be a model employer?

24             MS. SPITTELL:  Objection.  Form.

25  Foundation.

 1              Go ahead and answer.

 2         A.    I would say, you know, that it -- that it

 3    has responsibility to its employees and, you know -- you

 4    know -- you know, to -- you know -- you know, to adhere

 5    to all policies, procedures, legal laws.  You know, I

 6    don't think it's any different than any other

 7    organization, you know.

 8              You know, the requirements -- you know,

 9    the legal requirements, you know -- you know, or policy

10    requirements, you know, again, you know, don't differ

11    because, you know, we are the HR association, you know.

12    You know, it's the same as any other employer.

13         Q.   (By Mr. Swain)  Well, you said SHRM has a

14    responsibility to adhere to the laws.

15              I mean, that's the bare minimum we can

16    expect of employers, isn't it?

17         A.    Well, it's the legal requirement.

18         Q.    Right.

19              So at a minimum, we expect employers to

20    comply with the law, right?

21         A.    Yes.

22         Q.    And do you think SHRM should strive for

23    better than just legal compliance?

24         A.    I -- I think, you know, SHRM and any

25    employer, you know -- you know, should strive -- should

1    strive to have the best possible workplace.  I think

2    that, you know, as I stated before, you know, SHRM -- you

3    know, things arose within SHRM as you would see within

4    any other employer.

5              You know, I think, you know -- you know,

6    I -- you know, I -- you know -- you know, I -- but I

7    think to your question, you know, I think, you know,

8    every employer, in my opinion, has the responsibility to,

9    you know, to -- to address issues as they come up to

10   provide a positive workplace experience for all their

11   employees and work to address issues as they come up.

12             Q.   And to treat their employees with dignity

13   and respect, correct?

14             A.   Yes.

15             Q.   That includes SHRM?

16             A.   It -- I would say that -- I would say that

17   every employer has that responsibility and requirement.

18   You know, again, that's -- you know -- you know, that is,

19   you know, part of -- you know, and that is something

20   that's, you know, bread and butter for any organization,

21   you know, is -- you know, and -- you know, and again, you

22   know, so -- and I don't think it's any different because

23   we're talking about SHRM.

24             Q.   Do you think race discrimination is wrong?

25             A.   Yes.

1               MS. SPITTELL:  Objection.  Foundation.

2          Q.  (By Mr. Swain)  Why do you think race

3     discrimination is wrong?

4          A.   Well, you know, there are, you know -- you

5     know, I would, you know, start with pointing, you know,

6     at -- you know, again, we've got legal requirements, you

7     know, and legal statutes against racial discrimination,

8     you know -- you know, federal on down, you know, and --

9     you know, that then preclude -- you know, that then

10    address, you know -- you know, circumstances within

11    employers.

12               And so, you know, employers have a -- have

13    a legal responsibility, you know, to their employees, you

14    know -- you know, in this regard.

15          Q.   Well, race discrimination isn't just wrong

16    because it's illegal, right?  Because 60 years ago,

17    employment discrimination was legal.  It wasn't right

18    then.

19               Is that correct?

20          A.   I -- you know, I would argue that, you

21    know, again -- you know, and then even -- well, I would

22    say, again, you know, with discrimination, you know,

23    we -- you know, within SHRM, we have, you know -- well,

24    have -- you know, I'm not -- you know, I'm not talking

25    present tense, excuse me -- you know, had, you know, a

 1   discrimination policy that again, you know, was -- was --

 2   was very broad, you know, and it even went beyond the,

 3   you know -- you know, federal requirements, if I remember

 4   correctly.

 5                 And so, you know, we -- you know, we had,

 6   you know -- you know -- you know, within our -- you know,

 7   not just legal, you know, requirements; but then also our

 8   expectation of, again, you know, not discriminating

 9   against our employees, you know -- you know, and

10   addressing if that did come up.

11                 So, you know, there was a -- you know, so

12   there's the legal requirements, but then there's also the

13   ethical and moral elements there, too, so, you know --

14   you know, depending on which way you slice things.

15           Q.    Do you agree employment discrimination on

16   the base of race is unethical, right?

17           A.    Yes.

18           Q.    And immoral?

19           A.    Yes.

20           Q.    Why is it immoral?

21           A.    You know, I can only speak within my

22   personal beliefs and, you know, within my -- my personal

23   value system.  You know, I -- I find, you know -- you

24   know, I find discrimination to -- you know -- you know,

25   to go against my -- my personal values, you know.

1           You know, again, knowing -- when you --

2  when you talk about morality, you know, that can be

3  subjective, depending on who you're talking to.  So I can

4  only talk about my perspective, but -- but that's my

5  opinion.

6           Q.   Do you think it's wrong to retaliate

7  against an employee who has made a complaint of

8  discrimination by firing them?

9           A.   I would -- you know, I would say that

10  it -- you know, let me break up your question, you know,

11  a bit.

12           You know, I think it's wrong to retaliate

13  against -- you know, against an employee for bringing up

14  a claim, period.

15           You know, I think, you know -- you know,

16  as I stated before, you know, that, you know, the

17  circumstances related to Ms. Mohamed's termination, you

18  know, from my perspective and everything that I've seen,

19  you know, again, does not -- you know, it was connected

20  to performance, not to anything, you know, related, you

21  know, to -- to any claims that she had gone through.  We

22  had -- you know, we had looked through that and -- and

23  did our due diligence to be able to -- to see what had or

24  hadn't occurred.

25           But to your point about retaliation, and

 1   as we have within our -- you know, within our policies, a

 2   very clear non-retaliation policy for -- you know, to

 3   protect individuals that have brought up any -- any --

 4   any issue, you know, related to, you know, the policies

 5   or -- which would include harassment or -- or

 6   discrimination.

 7          Q.   So putting aside that it's prohibited by

 8   the law and by SHRM's internal policies, why is

 9   retaliation wrong?

10          A.   Why is it wrong?

11          Q.   Yes.

12          A.   Because then it's -- you know, and again,

13   this is, you know, just my -- you know, my -- my personal

14   opinion, you know -- you know, that, you know, again,

15   it -- you know, it -- it's -- it goes against being able

16   to have someone be able to raise their concern and to be

17   able to -- to address it.

18               If -- you know, retaliation is basically

19   punishing an individual for -- for raise -- for raising a

20   concern or an issue and basically, you know, adversely

21   impacting them as a result, which, you know -- which, you

22   know, again, you know, you've got -- you know, the

23   various legal elements.  But again, you know, within my

24   value system, you know, is -- is wrong.

25               MR. SWAIN:  Do you need a break or would

1   you like to keep going?

2                THE WITNESS:  I'm fine with -- with going

3   a little bit longer before a break, if that's all right

4   with everyone -- Shelly, I'd really look to you -- you

5   know, if you need -- if your fingers need a break . . .

6                MR. SWAIN:  Would you like a finger break,

7   Ms. Dittmer?

8                THE COURT REPORTER:  Well, sure.  Yes,

9   please.

10                MR. SWAIN:  Okay.

11                (Recess taken from 2:33 p.m. until

12   2:54 p.m.)

13                MR. SWAIN:  Back on the record.

14        Q.   (By Mr. Swain)  Mr. Jackson, I am going to

15   show you another deposition exhibit that's been

16   previously marked --

17        A.   Uh-huh.

18        Q.   -- as Deposition Exhibit 42.

19        A.   42?  Okay.  Let's see here.  One moment.

20             Uh-huh.

21        Q.   And this Deposition Exhibit 42 is an email

22   chain.

23             I would like to direct your attention to

24   the email that starts on the -- actually, the very end.

25   So SHRM 0790.

1           A.    Uh-huh.

2           Q.    And it starts with an email from Sean

3    Sullivan to you, Mike Jackson, and Carolyn Barley --

4           A.    Uh-huh.

5           Q.    -- dated August 7, 2020?

6           A.    Uh-huh.

7           Q.    And it says:

8                 "Mike and Carolyn:"

9                 "I have a 9am call with Ruby at her

10   request to talk about next week.  When I speak with her,

11   will she have heard about Ebony at that point?"

12                Did I read that correctly?

13          A.    Yes, you did.

14          Q.    And "Ebony" is referring to a woman named

15   Ebony Thompson; is that right?

16          A.    Correct.

17          Q.    Who is Ebony Thompson?

18          A.    She was an employee of SHRM in the

19   instructional design department.  I -- I believe she was

20   an instructional -- her title was instructional designer,

21   but I don't recall specifically.

22          Q.    And Ms. Thompson was terminated by SHRM in

23   early August 2020, correct?

24          A.    Correct.

25          Q.    Do you know Ms. Thompson's race?

1          A.   I -- again, similar circumstances.  I

2    would -- you know, and I'm speaking without having

3    reviewed documentation.  I believe she was

4    African-American.

5          Q.   And do you recall that Ms. Thompson made

6    complaints of race discrimination shortly before her

7    termination from SHRM?

8          A.   I, you know -- you know -- you know, I do,

9    you know, recall, you know, topics related to race being

10   brought up in conjunction with the instructional -- you

11   know, in -- in connection with the conversations.  I

12   can't remember if it was either the instructional

13   design -- or the meeting with the instructional designers

14   or if it was in the -- in the broader -- I think it was

15   the instructional design meeting that we had related to

16   the employee engagement survey.

17          You know, not -- not a specific complaint,

18   but, it, you know -- you know -- but again, you know --

19   but there was -- you know, it was something that she had

20   brought up in one of those meetings.  I believe it was

21   the -- the follow-up meeting with the instructional

22   design team.

23          Q.   Do you recall if that instructional design

24   team meeting occurred on June 25, 2020?

25          A.   No.  That would have been in July, you

1    know.  You know, if -- if I'm remembering correctly, I

2    think June 25 was -- well, I know -- I think there was a

3    PMQ meeting around that time, but then I think there were

4    other team meetings that -- that were occurring that --

5    that -- again, that I was not, you know, part of.

6                    But the -- my -- my specific recollection

7    was -- was the meeting in conjunction with the employee

8    engagement survey, and I believe it was sometime in

9    mid-July.

10                   Q.   Does July 20 sound right?

11                   A.   That's --

12                   Q.   I'll show a document later to --

13                   A.   Yeah --

14                   Q.   -- refresh --

15                   A.   -- that seems the right ballpark.  You

16   know, my notes are, again, in discovery, and it would

17   have the -- I believe it has the date listed there.  But

18   yeah, that -- that sounds -- you know, that ballpark

19   sounds correct from my recollection.

20                   Q.   And like I said, I will show you a

21   document to refresh your memory later, but --

22                   A.   Yeah.

23                   Q.   -- during that instructional design team

24   meeting to discuss the engagement survey results, you

25   said you recall race being discussed in that meeting?

1              A.   That is my recollection, you know.  You

2    know -- you know, again, without having -- you know,

3    being able to review the notes, I can't -- you know, I

4    can't recall -- you know, recall specifically what was

5    said in that conversation, but I do recall it, you

6    know -- it coming up in that context.

7              Q.   Let's move on to the page SHRM 0788 on

8    this same document, Deposition Exhibit 42.

9              A.   0788?

10             Q.   Yes, sir.

11             A.   One moment.

12             Q.   And that's the first page of the PDF.

13             A.   Yep.  Okay.  Well, that makes it easy.

14   Perfect.

15             Q.   Yep.

16                  So on the bottom half of that page,

17   there's an email from Carolyn Barley --

18             A.   Uh-huh.

19             Q.   -- to Sean Sullivan and you, Mike

20   Jackson --

21             A.   Yeah.

22             Q.   -- Friday, August 7, 2020.

23                  Do you see that?

24             A.   Uh-huh.

25             Q.   "Hi Sean and Mike -"

1                    "I do want to circle back on this after

2    giving it some more thought.  I think you are both aware

3    of how things were before Ruby was OOO this past week and

4    a half.  Since the July 20 meeting between Mike, Jeanne

5    and the ISD team, Ruby has cancelled her meetings with me

6    and the team right before they have been scheduled to

7    happen.  She [has] not responded to any team emails

8    either.  The only real contact we had was her reaching

9    out on Slack on July 27 requesting leave for July 29 -

10   August 7.  She did follow up with a team email on July 28

11   giving a project update but no indication of timeline.

12   She also recused herself from the PMQ project with strong

13   statements to Nick about why."

14             A.    Uh-huh.

15             Q.    "I do not expect Ruby to return my call or

16   email regarding the team update given the behavior before

17   her leave.  I'm even more challenged given that she

18   reached out directly to you, Sean today rather than

19   return my call or email.  I'm growing more and more

20   concerned about [her] work.  Her projects are now 3 weeks

21   behind with her unexpected leave and [the] actions the

22   week prior."

23                    "What is expected of me Monday if Ruby

24   won't return my call or email?"

25                    Did I read that correctly?

1          A.   You -- one -- you know, one comment.  I

2    think you had said "about her work" that -- in that --

3    the next-to-last line, the second -- to the end, it says

4    "about the work" --

5          Q.   Oh --

6          A.   -- not "her work."

7          Q.   -- thank you for correcting that.

8          A.   Yeah.

9          Q.   Other than transposing that word, did I

10   read it correctly?

11         A.   As far as I can tell, yes.

12         Q.   Okay.  And towards the top, "OOO" means

13   "out of the office," correct?

14         A.   That is how I would read it.

15         Q.   Okay.  And so "Since the July 20 [team]

16   meeting between Mike, Jeanne and the ISD team," does that

17   refresh your recollection that the engagement survey

18   meeting took place on July 20?

19         A.   You know, that, you know -- you know, I

20   mean, it's listed there.  You know, again, you know, I --

21   you know, I remember the broad timeline.  I would have to

22   check my notes on the specific.  But again, July 20

23   sounds correct, you know, from my -- from my

24   recollection.

25         Q.   The end of that first paragraph, it says,

1    "She also recused herself from the PMQ project with

2    strong statements to Nick about why."

3              A.    Uh-huh.

4              Q.    What's the "PMQ project"?

5              A.    That refers to a project that SHRM was

6    doing to create, you know, a -- a new credential called

7    the People Manager Qualification.  You know, I can't

8    remember, it's "People Manager" or "People Management," I

9    think it's People Manager Qualification.

10              PMQ, it basically was a series of learning

11    modules and learning courses, you know, to help -- to

12    basically educate -- you know, to help educate, you

13    know -- you know, current or potential managers, you

14    know, in dealing with a whole range of issues that may

15    come up related to their employees.

16              Q.    And do --

17              A.    And so it was a multi- -- multisegment

18    course that -- you know, that was worked on.  And I can't

19    remember if it was released in 2020 or 2021, but it was

20    an -- a major initiative for the organization during this

21    period.

22              Q.    And do you recall that Ms. Mohamed was

23    kind of a core contributor to the PMQ team during her

24    employment at SHRM?

25              A.    I -- I -- yes, I do recall that she was --

1    that she was part of the -- you know, sort of -- of that

2    core team that was working on the PMQ that -- that

3    included a range of folks from the instructional design

4    team, as well as others.

5              Q.   And do you recall learning at some

6    point -- I mean, we're looking at an email that says

7    so -- but that Ms. Mohamed recused herself from PMQ in

8    the summer of 2020?

9              A.   I do recall that.  You know, I -- you

10   know, my recollection was that she -- I can't recall -- I

11   don't recall if it was an email and/or, you know -- you

12   know, and/or conversation.  But I do recall that that did

13   occur.

14             Q.   Do you recall the reason that she stated

15   why she was recusing herself from the PMQ project?

16             A.    I, you know -- you know, without having

17   the ability to -- again, you know, to recall -- you know,

18   to review what -- you know, what was -- what was shared

19   either with Nick Schacht -- my recollection was that, I

20   think, you know, it was concern about, you know, again,

21   the events that happened previously with not -- not

22   feeling a part of the -- you know, not feeling like --

23   that she was wanting to be a part of the PMQ team and

24   then subsequently working, you know -- you know,

25   navigating working with -- with Ms. Barley, you know,

1    with this project.

2                    And so I -- you know, I think that -- if I

3    recall -- you know, there may have been other factors

4    there, but I do believe -- you know, but from my

5    recollection, it was, you know, again, connected back to

6    the events from June, but then also the broader element

7    of working, you know, with -- with Ms. Barley on this

8    project.

9            Q.   So you do remember that Ms. Mohamed linked

10   her decision to recuse herself from the PMQ project with

11   her discrimination complaint she had made about

12   Ms. Barley?

13           A.   She -- you know, I would -- you know, she,

14   you know, had, you know, linked it with the -- the

15   micromanagement and the management concerns that she had

16   raised with -- about Ms. -- about Ms. Barley.

17           Q.   Well, those were concerns that she had

18   raised as a basis for her race discrimination complaint,

19   correct?

20           A.   Yes.

21           Q.   Okay.  So did it concern you that Carolyn

22   Barley was referring to Ms. Mohamed's race discrimination

23   complaints in this kind of email criticizing

24   Ms. Mohamed's performance?

25           A.   I'm not sure that I understand your

1    question.  Can you reframe it, please?

2            Q.    Sure.

3                  So we've just established that Ms. Mohamed

4    recused herself from the PMQ project and that she linked

5    her decision to recuse herself from the PMQ project with

6    her race discrimination complaints, correct?

7                  MS. SPITTELL:  Objection --

8            A.    I --

9                  MS. SPITTELL:  -- form.

10                 You can answer.

11           A.    The, you know -- you know, that she

12   connect -- that the recusal was connected with the --

13   with the aforementioned reasons, correct.

14           Q.    (By Mr. Swain)  Okay.  And in this email,

15   Carolyn Barley is sharing some concerns and criticisms

16   about Ms. Mohamed's performance with you and Sean

17   Sullivan, correct?

18           A.    She is -- I would -- you know, I would --

19   you know, from my read of this, you know, this email, you

20   know, she's raising, you know, concerns about the overall

21   situation.

22                 The sentence that you're referring to, you

23   know -- you know -- you know, again, from my read of this

24   and, you know, again, it says, "She also recused herself

25   from the PMQ" -- PMQ projects -- or "the PMQ project,"

1    excuse me, "with strong sentiments to Nick about why."

2            You know -- you know, I, you know -- you

3    know, I -- you know, I see as, you know -- you know,

4    again, you know, just the -- you know, I -- you know, I

5    don't think that she -- you know, I can't -- you know,

6    I -- you know, I just read it as a statement.

7            But, you know, I don't know, you know,

8    again, in terms of what the intent of that statement was,

9    you know, that's something that Carolyn would have to

10   discuss, but . . .

11           Q.   It didn't concern you that Carolyn Barley

12   brought up Ruby's decision to recuse herself from the PMQ

13   project in the body of this email?

14           A.   Did it concern me?

15           Q.   As the person who is tasked with

16   investigating Ms. Mohamed's complaints of race

17   discrimination.

18           A.   Again, you know -- you know, I see this

19   as, again, you know -- you know, one element of her -- of

20   her sharing her perspective, you know, with the overall

21   situation.

22           Q.   Well, she's turning to you and Sean

23   Sullivan for guidance about how to manage Ms. Mohamed,

24   isn't she?

25           A.   She -- you know, as you can see, you know,

1    on the last question, you know, at the end, she's asking,

2    you know -- you know -- you know, asking guidance from us

3    on how to handle things, you know, related to -- to Ruby

4    related to her return after her out of office.

5             Q.   Well, let's turn to Sean Sullivan's

6    response.  I think that will be instructive, at least how

7    he viewed --

8             A.   Yeah.

9             Q.   -- her request.

10            A.   Yeah.

11            Q.   At the top of the same page:

12                 "Carolyn:"

13                 "It cannot be the case that an employee is

14   non-responsive to their manager."

15                 "Mike and I are meeting this afternoon to

16   discuss, we have some ideas and ways to address and

17   manage and just need" to put our -- "need time to put our

18   heads together.  Will circle back" --

19            A.   Uh-huh.

20            Q.   -- "with you later."

21                 So, I mean, I'm going to ask you again,

22   because it didn't concern you that Carolyn Barley was

23   nestling in Ms. Mohamed's decision to recuse herself from

24   the PMQ project with all of these complaints about

25   Ms. Mohamed?

```
 1              A.    I'm -- I'm sorry.  Forgive me, but I don't

 2    follow -- you know, can you restate your question?  I

 3    don't quite follow.

 4              Q.    What part of the question didn't you

 5    understand?

 6              A.    So, you know, you're going -- you know, I

 7    guess -- because you're asking about, you know -- you

 8    know, her statement at the end of that second paragraph

 9    about -- or no, first paragraph, excuse me, about

10    recusing her -- herself from the PMQ project with strong

11    statements to Nick about why.

12              Q.    Uh-huh.

13              A.    You know, where, again, the totality of

14    the -- you know, the email is -- you know, is, again,

15    looking at -- looking ahead toward, you know, how to

16    handle once she returns back into the office.  And that's

17    where -- and the lack of communication, you know -- you

18    know, there within the -- you know, within the totality.

19                    Not just, you know -- you know -- you

20    know, that -- there is that sentence about the PMQ

21    project.  But again, you know, the -- you know, the --

22    the bulk of the email is, again, regarding the -- you

23    know, the -- you know, the lack of communication, the

24    nonresponsiveness, the canceling of meetings, you know,

25    and -- you know, and so that's -- you know, in looking at
```

1    the email, you know, from Sean's email at 11:32, you

2    know, that first sentence, you know, it seems, you know,

3    connected, you know, again, with that broader issue.

4                Q.    By the way, do you know if it's true that

5    Ms. Mohamed was canceling her meetings with Carolyn

6    Barley right before they were scheduled to happen?

7                A.    That was my understanding, you know,

8    again, you know -- you know, that there were canceled

9    meetings.  I don't, you know -- you know -- you know,

10   I -- you know, in terms of specifics that were shared or

11   not shared, you know, I -- you know, I don't, you know,

12   recall, but that is my recollection from -- you know,

13   from conversations from the time.

14               Q.    Conversations with who?

15               A.    With Carolyn Barley, and I believe that it

16   was also brought up in the context with Jeanne Morris.

17               Q.    Okay.  So can we agree that just because

18   Carolyn Barley says something, it doesn't automatically

19   mean it's true?

20               A.    Correct.

21               Q.    So do you know if that was a true

22   statement that Carolyn Barley was making or not?

23               A.    I -- you know, that is based off the

24   information that -- that -- that I had at the time.  You

25   know -- you know -- you know, and to the best of my

1    recollection, I, you know, didn't have any information to

2    the contrary.

3                Q.    Well, you didn't ask Ms. Mohamed, right?

4                A.    Well, at this point, she was on -- you

5    know, she was on leave, you know, at -- you know, on the

6    date of this email.

7                Q.    Well, her leave was July 29 to August 7.

8                A.    August 7.

9                Q.    The date of this email is August 7.

10               So you had an opportunity to ask

11   Ms. Mohamed if these statements were true, didn't you?

12               A.    Once she would have been back from leave,

13   but she would not -- she still would have been on leave,

14   you know, on the 7th.

15               Q.    Okay.  You didn't ask her if any of these

16   statements were true, did you?

17               A.    I don't recall, you know, having a

18   conversation with her about it.

19               Q.    And you were -- you documented the two

20   conversations that you did have with Ms. Mohamed in July

21   and August 2020, didn't you?

22               A.    I had -- I documented the conversations

23   that I had in July -- the two conversations in July 2020.

24               Q.    Did you have any other conversations with

25   Ms. Mohamed about her discrimination complaints that you

 1    didn't document?

 2            A.    Not that I'm aware of.

 3            Q.    Okay.  Let's move on to the next

 4    paragraph.

 5            So -- "I'm even more challenged given that

 6    she reached out directly to you, Sean today rather than

 7    return my call or email."

 8            So do you remember why Ms. Mohamed reached

 9    out to Sean Sullivan on August 7, 2020?

10            A.    Why Ms. Mohamed did?  I do not recall.

11            Q.    Do you know what the phrase "protected

12    activity" means in the legal context?

13            MS. SPITTELL:  Objection.  Foundation.

14            You can answer.

15            A.    Can you please repeat the question?

16            Q.    (By Mr. Swain)  Sure.

17            In the context of a legal claim for

18    retaliation, do you know what the term "protected

19    activity" means?

20            A.    Can you -- you know, would -- you know --

21    you know, I -- I have a sense, but, you know, would

22    prefer, you know, if you want to, you know, provide me

23    the definition.

24            Q.    Well, you were the person investigating

25    Ms. Mohamed's complaints of retaliation, weren't you?

```
 1          A.    Uh-huh.

 2          Q.    Is that a yes?

 3          A.    Yes.  Sorry.  Thank you.

 4                Sorry.  Can you repeat the term -- repeat

 5   the question --

 6                THE WITNESS:  Or, Shelly, can you repeat

 7   the question for me?

 8          Q.    (By Mr. Swain) I will --

 9          A.    And I'll be happy to answer.

10          Q.    I will repeat it.

11          A.    Yeah, whichever one.

12          Q.    In the context of a legal claim for

13   retaliation, do you know what the phrase "protected

14   activity" means?

15          A.    Basic -- you know -- you know, that, you

16   know, refers to, you know -- you know, again, you know,

17   steps being made, you know, in terms of the process of

18   protecting.

19          Q.    Go on.

20                Is that --

21          A.    I --

22          Q.    -- your complete answer?

23          A.    That's going -- yeah, that's my complete

24   answer.

25          Q.    Did you ever have concerns that Carolyn
```

1   Barley was criticizing Ms. Mohamed for things that

2   Ms. Mohamed did that provided her legal protection

3   against retaliation?

4           A.   Did I -- sorry, can you repeat that, just

5   to make sure that I understand your question?

6           Q.   Did you ever have concerns that Carolyn

7   Barley was criticizing Ms. Mohamed for behaviors that

8   Ms. Mohamed engaged in that provided Ms. Mohamed

9   protections against retaliation for making complaints of

10  discrimination?

11          A.   Well, you know, Ms. Mohamed had those

12  protections, you know -- you know, in connection with

13  the -- you know, with -- you know, with -- with -- with

14  the -- with the allegations raised.  And that was

15  something that, again, you know, that I was mindful of

16  throughout this entire process, that, you know, again --

17  you know, that -- that -- that Ms. Mohamed, you know,

18  has -- you know, had protection -- has -- well, I guess

19  this would be past tense -- had protections against --

20  you know, against retaliation in any form.

21          Q.   So it didn't occur to you that two of the

22  items in this email were referring to Ms. Mohamed's

23  complaints of discrimination directly?

24          A.   I'm -- I'm not sure that I see, you know,

25  that -- you know, I guess what -- you know, I'm not sure

1    how you're -- you know, what -- what you're asking for in

2    that question.

3              Q.   Ms. Mohamed recused herself from the PMQ

4    project and said it's because she had -- she was

5    concerned that Carolyn Barley was discriminating against

6    her, correct?

7              A.   She -- she, you know, would -- you know,

8    again, as I mentioned before, it was due to the concerns

9    that she raised about, you know, Ms. -- you know -- you

10   know, Ms. Barley's management style, you know, which

11   again, you know, are connected with the -- with the --

12   you know, with the allegation in question.

13             Q.   The allegations of race discrimination,

14   right?

15             A.   Correct.

16             Q.   And you don't recall that Ms. Mohamed

17   reached out to Sean Sullivan directly to reiterate her

18   race discrimination complaints to him?

19             A.   I -- I know -- you know, I know, one, that

20   she had two -- two conversations with Mr. Sullivan in --

21   in July, July, I believe 22nd and 23rd.  Again, as we had

22   talked about before, I -- you know, I took notes as part

23   of that session.

24                  You know, there was also a conversation

25   that happened, you know -- you know -- you know, I

 1  believe, again, on August 7.  I -- you know, I was not

 2  part of that conversation.  So I, you know, can't speak

 3  specific to it beyond what I see in this email chain.

 4             But those are the conversations that I'm

 5  aware of.  You know, the two specifically that I -- that

 6  I had direct, you know, connection to was the -- were the

 7  two on the 22nd and 23rd.

 8         Q.   Let's go back to Sean Sullivan's response

 9  email at the top of this page.

10         A.   Uh-huh.

11         Q.   SHRM 0788.

12             So he says, "Mike and I are meeting this

13  afternoon . . ."

14             Do you recall meeting with Mr. Sullivan on

15  August 7, 2020?

16         A.   Yes, I do.

17         Q.   Tell me what you recall of that meeting.

18         A.   I recall, you know -- you know, talking

19  through next steps, you know, related to -- to, you

20  know -- you know -- you know, next steps related to

21  courses of action related to the overall situation.

22             And my recollection is that -- you know,

23  that -- that this -- that the -- that the 7th was when

24  we -- you know, I think we -- if I'm remembering

25  correctly, this was the conversation that -- where we --

1  where we aligned with -- with -- moving forward with

2  have -- you know, with asking Bernée Long to facilitate

3  between the two, you know, the two parties, with

4  Ms. Barley and -- and Ms. Mohamed.

5          Q.  By the way, do you recall earlier that we

6  looked at those termination documents that you prepared?

7          A.  Yep.

8          Q.  And --

9          A.  I remember.

10          Q.  -- we looked at ones that were prepared on

11  August 21, August 30, and August 31.

12              Do you remember --

13          A.  Uh-huh.

14          Q.  -- that?

15          A.  Yes, I do.

16          Q.  So at least as of August 21, you must have

17  had a discussion with someone indicating that it was a

18  possibility; is that correct?

19          A.  No.  I -- you know, I would say, as I said

20  before, you know -- you know, my -- you know, I was not

21  aware that -- you know, I received an email from Sean

22  Sullivan, you know -- you know, after -- you know,

23  while -- while I was on leave that action was moving

24  forward.

25              I had prepared a range of documents and

1    range of things, you know, processes and other things in

2    advance of my medical leave, you know, and that included

3    creating the -- you know, a template in case it was

4    needed, you know, or not needed by -- by the team during

5    the two weeks that I was away.

6                    You know, that -- you know, that

7    doesn't -- you know, that doesn't indicate that -- that I

8    knew that an action was happening.

9              Q.    So is it your testimony that the very

10   first time you heard anyone mention termination of Ruby

11   Mohamed was when you received this email from Sean

12   Sullivan saying that the decision had already been made?

13             A.    The -- you know, my -- you know, again, as

14   I stated before, you know, I didn't, you know -- you

15   know, I learned that the decision had been made to

16   terminate, you know -- to terminate Ruby Mohamed was from

17   the email from Sean Sullivan.

18             Q.    That answer was nonresponsive, so I'm

19   going to -- I'll reword my question.

20             A.    Okay.

21             Q.    So can we agree there's a difference

22   between a termination decision being made and discussion

23   of someone's termination as a possibility among multiple

24   possibilities?

25             A.    Yes.

1            Q.   Okay.  So you indicated that you learned

2       the decision to fire Ruby Mohamed had been made in that

3       email from Sean Sullivan, correct?

4            A.   Terminate, and yes.

5            Q.   And remind me, what's the difference

6       between being fired and being involuntarily terminated?

7            A.   Again, you know, I'm, you know, aligning

8       with -- with sort of, you know, the -- with the

9       terminology that we -- you know, that we used internally.

10           Q.   Okay.  And so when is the first time that

11      you heard any discussion that terminating Ruby Mohamed

12      was a possibility?

13           A.   In terms of specific timing, I don't --

14      you know, I don't recall specifically.  I do know that

15      there were conversations that, you know -- you know, as

16      we -- you know, that as we were talking, you know, as --

17      as I worked with Sean Sullivan, you know, I do know that,

18      you know, we did, you know, talk through that depending

19      how the facilitated discussion and the projects went, you

20      know, the worst -- you know, the -- you know, the --

21      there -- you know, that this could be an option, you

22      know.

23                And, you know, but that, you know -- and

24      so I think, again -- you know, which is not uncommon, you

25      know, when you've got performance-related matters, you

1    know, if there's not improvement.

2                You know, so I think this was something

3    that, you know, would have been, you know -- you know, a

4    worst-case scenario if this situation did not improve,

5    but, you know -- but again, not -- you know, I think, you

6    know, going through, you know, and certainly with, you

7    know, looking, you know, at, you know, and asking for,

8    you know, Bernée to do -- you know, to step in and do

9    mediation and work in, you know -- you know, there were

10   steps being taken to try to address the situation and

11   improve the situation to, you know -- you know, to

12   improve the performance, communication, and other steps

13   and efforts with both parties.

14               Q.   Let's look at Deposition Exhibit 24 again,

15   which I just re-shared in the chat.

16               A.   One moment.  24.  One moment.

17               24.  Yep.

18               Q.   And I'll direct your attention to the last

19   page of the PDF, the one marked SHRM 0453.

20               A.   Uh-huh.  Yep.

21               Q.   And we're looking again at the highlighted

22   text in an email from Nick Schacht to Jeanne Morris.

23               So I understand that you were not copied

24   or a recipient of this email, okay?

25               But we --

1          A.    Uh-huh.

2          Q.    -- can agree that in this email to Jeanne

3    Morris, Nick Schacht is -- refers to "an eventual case

4    for termination" of Ruby Mohamed, correct?

5          A.    The wording in -- again, from my reading

6    of the email is, "or to support a" -- you know, "or to

7    support an eventual case."  So -- but again, you know,

8    with that sentence in totality:  "[offered] an

9    opportunity to get the right language on the table to

10   correct" -- you know, "to correct her quickly, or to

11   support an eventual case for termination."

12          So, it -- you know, it -- you know, it's

13   not saying, you know -- you know -- you know, with this

14   email, you know, it also, you know, has the element about

15   correct -- correcting -- you know, correcting quickly in

16   the situation.  So it's not just referring to the

17   worst-case outcome here.

18          Q.    And so you indicated that termination was

19   discussed as an option.  You didn't quite tell me when.

20          But do you think it was before or after

21   August 13 when you began discussing termination as an

22   option with Mr. Sullivan?

23          A.    I don't -- I don't recall specifically.

24   You know, I -- you know, I -- from my recollection, you

25   know, the first conversation related to the range of

1    scenarios here, you know, was prior to August 13, but,

2    you know -- and, you know -- but I -- I don't recall for

3    certain.

4            Q.    But your best recollection generally is

5    that you had discussed termination as an option before

6    August 13; is that correct?

7            A.    With -- with -- within the range of

8    potential -- you know, potential scenarios that could

9    occur in this situation.

10           Q.    What other scenarios were considered?

11           A.    You know, I think -- you know, again,

12   this -- you know, this -- you know, with the timing of

13   this, this also includes, again, seeing the -- you know,

14   what occurred with the performance related to

15   deliverables, the outcome of the facilitation that Bernée

16   was doing with -- with both parties, you know, and I

17   think, you know, looking to see if there was improvement

18   with the overall communication.

19           So, you know, there was a range of -- a

20   range of factors.

21           Q.    And it's your testimony that overall

22   communication was one of the reasons why Ms. Mohamed was

23   terminated?

24           A.    Communication, you know -- you know,

25   with -- with -- with her manager and -- and others was an

1    element of the overall performance aspect.

2            Q.    Well, did -- so you learned that the

3    decision had been made to terminate Ms. Mohamed via email

4    from Sean Sullivan, correct?

5            A.    Correct.

6            Q.    Did he tell you why she was being

7    terminated in that email?

8            A.    I don't recall the -- you know, the

9    specific, you know -- you know, what I recall from the

10   email was that -- you know, that he let me know that, you

11   know, that the action -- you know, that -- that things

12   were -- that the action was moving forward to separate

13   Ruby.

14            I don't recall if the email

15   specifically -- if that particular email specifically

16   stated a reason.

17            Q.    Well, how do you know the reason for

18   Ms. Mohamed's termination if you weren't part of the

19   decision-making group?

20            A.    This -- you know, part -- you know, again,

21   looking, you know -- you know, at the communication

22   before, but then also, you know -- you know, having, you

23   know -- you know, would have, you know -- you know,

24   ultimately, you know -- you know -- you know, there would

25   have been, you know, notations made in the HRIS, as well

 1    as the employment files.

 2                    And, you know, I can't -- and I believe

 3    that -- I can't remember if I did those or if another

 4    member of the team did in my -- in -- while I was out.

 5             Q.    Well, if --

 6             A.    I believe --

 7             Q.    -- you --

 8             A.    -- I did.

 9             Q.    -- if you entered them, right, and you

10    weren't part of the group that actually made the decision

11    to terminate Ms. Mohamed, then you must have had to ask

12    someone, "What's the reason," right?

13             A.    I -- you know, what I -- I would have had

14    to get the reason, but again, I can't recall,

15    particularly with the circumstances of my being out on

16    leave, you know, when -- you know, when -- you know --

17    you know, what -- what I asked and when.

18             Q.    Bear with me for just one moment, please.

19             A.    Certainly.

20             Q.    By the way, do you recall what the actual

21    date of Ms. Mohamed's termination was?

22             A.    If I recall, it was September 1.

23             Q.    Because we've looked at documents that are

24    dated September 21, September 30, August --

25             A.    Sorry.

1           Q.    -- 31 --

2           A.    Do you mean --

3           Q.    -- and September 1 --

4           A.    Do you mean --

5           Q.    -- correct?

6           A.    -- August 30?

7           Q.    Did I say September 30?

8           A.    You did.

9           Q.    Let me -- let me restart that question,

10   just --

11          A.    Yeah.

12          Q.    -- so we're clear.

13                Because we've looked at documents that

14   have dates of August 21, August 30, August 31, and

15   September 1, correct?

16          A.    Uh-huh.

17          Q.    That --

18          A.    Correct.

19          Q.    -- all relate to Ms. Mohamed's

20   termination?

21          A.    Correct.

22          Q.    And to reiterate, you can't recall when

23   you actually learned that the decision to terminate her

24   had been made, correct?

25          A.    Correct.  I -- you know, I -- you know, I

1   remember that I got it through email, but I don't

2   remember exactly which day.

3            Q.   What's the (Zoom distortion) you mentioned

4   earlier?

5                 THE COURT REPORTER:  I'm sorry --

6            A.   I'm sorry, you --

7                 THE COURT REPORTER:  -- could you repeat?

8            A.   Can you repeat that?  You broke up.

9            Q.   (By Mr. Swain)  Sure.

10                Earlier, we talked about the employee

11   engagement survey, correct?

12           A.   Uh-huh, correct.

13           Q.   Can you describe what that is?

14           A.   So that was a -- a survey of -- of SHRM's

15   employees.  You know, we -- if I recall, we did it of,

16   you know, employees that were -- that had been employed

17   with the organization 90 or more days as of the date that

18   the survey was opened, basically asking for their, you

19   know -- you know, asking a range of questions related to

20   their experience as an employee within SHRM and, you

21   know, measuring the range of areas, you know -- you know,

22   that were identified as part of the survey.

23           Q.   And you testified earlier that you had a

24   meeting with the instructional design team to discuss one

25   aspect of the engagement survey; is that correct?

1                    A.    Correct.  The meeting was a follow-up to

2       the -- to the -- to the division meeting that was held

3       prior to that.

4                    Q.    Were you in attendance at the division

5       meeting?

6                    A.    At the division meeting, yes.

7                    Q.    And that would have been the -- well, do

8       you recall the date of the division meeting?

9                    A.    It was sometime in mid-July, you know,

10      14th, 15th, 16th, somewhere in that ballpark, you

11      know, of July.  I -- you know, my notes from that meeting

12      I know are in the documents that you have, you know.

13      But, you know, from my recollection, it was sometime in

14      that mid-July range.

15                   Q.    Before we dig into that a little deeper,

16      tell me -- so you also testified about a facilitated

17      discussion meeting that you had with Carolyn Barley and

18      Ruby Mohamed on July 7.

19                          Do you recall that?

20                   A.    Yes, I do.

21                   Q.    Tell me what you recall about the meeting.

22                   A.    I recall, you know -- you know, talking

23      with both the parties.  Again, the notes -- you know, my

24      notes from that meeting you have in the documentation.

25      You know, but talking through the issues and really, you

1    know -- you know, giving a -- you know, I -- you know,

2    and -- and recalling in both sides, you know, really

3    talking about a number of things that we've already

4    discussed.

5                You know -- you know, Ms. Mohamed in terms

6    of the -- you know, the -- you know, her -- you know,

7    her -- her feelings related to what occurred with the PMQ

8    and just with the -- you know, the -- the issues related

9    to micromanagement and sort of -- you know, that she

10   wasn't feeling she was being listened to or empowered by

11   Ms. Barley.

12               And then Ms. Barley talking about, you

13   know -- you know, the -- you know -- you know, from her

14   perspective, that, you know -- you know, that she

15   didn't -- you know, didn't have negative intent with that

16   and, you know, was trying to figure out -- you know,

17   wanting to figure out, work with her on how to move

18   forward.

19          Q.   Do you recall, during that meeting,

20   Ms. Mohamed specifically talking about employment

21   discrimination?

22          A.   I -- you know, I don't recall

23   specifically.  You know, I know that it -- it did come

24   up, but I -- again, I would have to refer to my notes,

25   you know, specifically.  You know, I -- I know it did

1    come up in the context of talking with -- with

2    Ms. Mohamed, but, you know, I would -- you know, I'm not

3    sure which conversation, if not both, without referring

4    with my notes on that.

5              Q.    We established earlier that you knew

6    Ms. Mohamed had made complaints of race discrimination as

7    of June 12, 2020, correct?

8              A.    Per the -- per the notes within, you

9    know -- you know, from -- from Carolyn Barley.    I

10   don't -- you know, my -- as I noted before, I don't -- I

11   didn't recall the initial -- you know, the initial

12   conversation.

13                   My notes, the first date that I had listed

14   in my notes was June 30, but, you know -- you know,

15   but -- but this -- you know, but the -- you know, the --

16   the context of the conversation, you know -- you know,

17   aligns with my memory.

18                   So, you know, that, you know -- so, you

19   know, I don't remember a specific date, but that -- you

20   know, that does align with my memory.

21             Q.    So you don't dispute that you explicitly

22   talked about race discrimination with Carolyn Barley on

23   June 12, correct?

24             A.    Correct.

25             Q.    What did you do to investigate

1    Ms. Mohamed's complaints of race discrimination between

2    June 12 and July 7, 2020?

3              A.    What I -- you know -- you know, what I --

4    you know, what I recall, you know, I think, one, you

5    know -- you know, I -- you know, I do recall

6    conversations again -- well, with Ms. Barley, but then

7    also conversations with Jeanne Morris, you know -- you

8    know, ascertaining, you know -- you know, information

9    related to the matter.

10             Q.    And what information would Jeanne Morris

11   have about it?  I mean, I guess what I'm asking is:

12             Jeanne Morris is the first person that

13   Ruby Mohamed complained to, correct?

14             A.    From looking at the documentation, that

15   does appear to be the case and -- and that does align

16   with my recollection.

17             Q.    So why did you feel the need to talk to

18   Ms. Morris about Ms. Mohamed's complaints?

19             A.    Why -- I wanted to, you know, basically

20   get more -- you know, get more information because, you

21   know, to see what -- you know, what had occurred with

22   that conversation, so really information gathering.

23             Q.    What other forms of information gathering

24   did you engage in between June 12, 2020 and July 7, 2020?

25             A.    The -- you know, from my -- from my

1    recollection, you know, the -- you know, the

2    conversations were -- were the key element there.  I know

3    that then, you know -- you know, in talking with

4    Mr. Sullivan, we then aligned on the -- on the

5    facilitated conversation, you know, within there, you

6    know -- you know -- you know, that, again, occurred on

7    July 7.

8              Part of this, you know, I -- you know,

9    again, part of the time and particularly from the late

10   June period and July, you know, accounting for the July 4

11   holiday and in other closings there.  But, you know, just

12   specifics, you know, again, my -- my notes on the

13   situation I have start from June 30, and I recall

14   conversations with, you know -- during the period asked

15   with -- with both Ms. Morris and Ms. Barley and then

16   having the conversation with -- with Ms. Mohamed at her

17   request prior to the July 7 conversation.

18             Q.   Well, do you have any recollection why you

19   didn't make any notes or apparently do anything to

20   investigate between June 12 and June 30, 2020?

21             A.   I don't -- unfortunately, I don't -- you

22   know, I don't -- don't -- I don't recall, you know, the

23   circumstances.  You know, again, I'm working from what I

24   remember from that period, you know -- you know, and

25   really based off the conversations and -- and then

1    reviewing from my notes there.

2              Q.    Have you told me everything you remember

3    about your facilitated discussion on July 7 with

4    Ms. Mohamed and Ms. Barley?

5              A.    The -- in terms of the -- you know,

6    what -- what I recall, you know, and -- you know, and,

7    again, you got my -- my notes that -- you know, to be

8    able to see, you know, specifically, you know, different

9    topics discussed.

10                   I know that we -- we talked through a

11   range of -- you know, a range of topics, but then also

12   really, just, you know -- you know, tried to hone in

13   on -- on a way forward with the two parties in terms of,

14   you know, trying to -- you know, ways to improve

15   communication, openness, and -- and really, you know,

16   trying to make sure that -- that both parties were heard

17   and that -- and -- and to find a way forward.

18                   I think, you know -- and this is where,

19   you know -- you know, I -- you know, my recollection from

20   the conversation was that, you know, I think, you know --

21   you know, both -- you know, both Ms. Mohamed and

22   Ms. Barley, you know -- you know, openly, you know,

23   shared, you know, their perspectives and, you know, in

24   that, you know -- and then really honed in on the

25   communication aspect as the, you know -- and the -- and

1    sort of in that -- that empowerment piece of her as a

2    senioral -- senior instructional designer as the -- as

3    the key elements --

4         Q.   So --

5         A.   -- from --

6         Q.   -- practically speaking --

7         A.   -- from that conversation.

8         Q.   Practically speaking, what did you expect

9    to happen next as a result of this meeting?

10        A.   What did -- what did I -- what did I

11   expect?

12        Q.   Yes.

13        A.   I -- you know, I -- you know, I -- I

14   basically expected, you know, the start of a process and

15   really, you know -- you know -- you know -- you know,

16   work -- you know, both parties, you know -- you know,

17   continuing to work and engage to -- you know, to -- to --

18   to continue addressing the issues raised and to -- and

19   to -- and to -- to look for a -- you know, if possible, a

20   way forward.

21             And, you know -- and what I recall from

22   the conversation was that both Ms. Mohamed and, you know,

23   Ms. Barley were -- you know, I -- you know, I -- you

24   know -- you know, from my recollection, the conversation

25   open to finding -- you know, finding, you know, paths

1    forward to continue to engage and address items are

2    ready, items readiness.

3              Q.    Were you planning to continue being

4    involved in this kind of process that you just described

5    after the July 7 meeting?

6              A.    From my -- from my recollection, you know,

7    this -- you know, this was something that, you know --

8    you know -- you know, after the process, you know -- you

9    know, seeing -- you know, my -- my -- I think coming out

10   of the meeting, my thought would be that, you know -- you

11   know, that -- you know, that I would continue work -- you

12   know, working with both of the parties.

13             But if I recall correctly, I think, you

14   know, again, ultimately -- and I, you know -- you know --

15   you know, in consultation with Mr. Sullivan, you know --

16   you know, we decided to, you know, to have any further,

17   you know, facilitation done with Bernée Long rather than

18   myself.

19             Q.    Why did you and Mr. Sullivan decide on

20   that?

21             A.    I think, you know -- you know, I -- you

22   know, from my -- my recommendation, you know -- you know,

23   to Sean to have -- you know, to pull Bernée in was

24   really, you know, based on, you know -- you know, I think

25   two factors.

1                    One, I think, you know -- you know, Bernée

2    is -- you know, as the director of learning and

3    organization development, she has more experience with --

4    with mediation and dealing with employee issues than I

5    do.

6                    And with this -- and, you know, with

7    facilitation, she would be a more -- you know, a -- you

8    know, a more natural fit and -- and have -- and the more

9    experienced hand than I would in terms of working with --

10   with all the parties.

11            Q.    Did you meet with Ms. Barley and

12   Ms. Mohamed together again after July 7, 2020?

13            A.    I believe -- well, with just the two of

14   them, not that I recall.  The -- you know, I believe both

15   parties were part of the global division employee

16   engagement survey meeting that we had, again, mid-July,

17   14th, 15th, 16th, whatever that date was.

18                    You know, but -- you know, just with the

19   two of them, no, not that I recall.

20            Q.    Thank you for clarifying.

21                    So I guess what I was really asking about

22   was, did you ever meet with them again after July 7, 2020

23   to discuss Ms. Mohamed's complaints of race

24   discrimination and retaliation?

25            A.    No, not with the two of them.

1          Q.   You did meet with Ms. Barley to discuss

2    the complaints kind of on a semi-regular basis; isn't

3    that right?

4          A.   I, you know, connected with her a number

5    of times, as we've discussed previously.

6          Q.   But you never met with Ms. Mohamed

7    one-on-one or spoke to her one-on-one again about her

8    complaints of race discrimination or retaliation after

9    July 7, 2020, correct?

10         A.   Not after July 7.

11         Q.   Ms. Mohamed has said that you ended the

12   meeting by telling her that you were going to follow up

13   with her.

14              Do you recall saying that to her?

15         A.   I -- I don't recall specifically, but, you

16   know, again, I -- you know, typically closing out a

17   meeting, you know -- you know, it's -- you know,

18   indicating that there would be, you know, next steps

19   following there.

20              You know, I don't know my specific

21   wording, but, you know, the -- you know, but, you know, I

22   think the essence of, you know, HR follow-up, you know --

23   you know, would not be uncommon for -- for such a

24   conversation.

25         Q.   Did you interview Ms. Mohamed as part of

```
 1    your investigation into her race discrimination and

 2    retaliation complaints?

 3              A.   I talked with Ms. Mohamed, you know, prior

 4    to the conversation.  As I stated before, I had two

 5    conversations with Ms. Mohamed:  One prior, at her

 6    request, prior to the facilitated conversation, and

 7    then -- and then the conversation on July 7.

 8              Q.   And that was the entirety of your efforts

 9    to gather information from Ms. Mohamed, correct?

10              A.   Further conversations by HR after that

11    point were then, you know, done, you know -- you know,

12    Sean Sullivan had further conversations.  My

13    conversations, you know, consisted of -- of the two

14    aforementioned.

15              MR. SWAIN:  I think now is a good time for

16    us to end, knowing that we are going to be reconvening.

17              I tried to time it so we would have kind

18    of an even amount of time left.

19              THE WITNESS:  Okay.

20              MR. SWAIN:  So by my -- by my

21    calculations, we have one hour and 40 minutes left out of

22    the seven hours.

23              MS. SPITTELL:  Okay.

24              MR. SWAIN:  And we can double-check that

25    and whatever.
```

1                    We're off the record now, by the way,

2    Shelly.

3                    (WHEREUPON, the within proceedings were

4    recessed at 3:46 p.m. on the 12th day of June, 2023.)

5                    *    *    *    *    *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1          I, MICHAEL TIMMY JACKSON, hereby certify that I
       have read the foregoing transcript, VOLUME I, and that
 2     the same and accompanying correction sheets, if any,
       constitute a true and complete record of my testimony.
 3

 4     PAGE  LINE            NOW READS              SHOULD READ

 5     ____  ____    _____    _____

 6     ____  ____    _____    _____

 7     ____  ____    _____    _____

 8     ____  ____    _____    _____

 9     ____  ____    _____    _____

10     ____  ____    _____    _____

11     ____  ____    _____    _____

12     ____  ____    _____    _____

13     ____  ____    _____    _____

14     ____  ____    _____    _____

15     ____  ____    _____    _____

16     ____  ____    _____    _____

17
                       _____
18                     MICHAEL TIMMY JACKSON

19          Subscribed and sworn to before me this _____

20     day of _____, 20____.

21
            My Commission expires: _____
22
                       _____
23                     Notary Public
                       Address:  _____
24
                                 _____
25
```

1                          REPORTER'S CERTIFICATE

2

3              I, K. MICHELLE DITTMER, Registered Professional

4    Reporter and Notary Public, State of Colorado, do hereby

5    certify that previous to the commencement of the

6    examination, the deponent was duly sworn by me to testify

7    to the truth in relation to the matters in controversy

8    between the parties hereto; that the said deposition was

9    taken in machine shorthand by me at the time and place

10   aforesaid and was thereafter reduced to typewritten form;

11   that the foregoing is a true transcript of the questions

12   asked, testimony given, and proceedings had.  I further

13   certify that I am not employed by, related to, nor

14   counsel for any of the parties herein, nor otherwise

15   interested in the outcome of this litigation.

16              IN WITNESS WHEREOF, I have affixed my signature

17   this 5th day of July, 2023.

18

19              My commission expires April 15, 2024.

20

21

22   _____
                    K. MICHELLE DITTMER
                 Registered Professional Reporter
23

24

25

```
 1   Dittmer Reporting
     sdittmer@comcast.net
 2   (303) 257-8702

 3   July 6, 2023

 4   KAITLIN I. SPITTELL, ESQ.
     Hall & Evans LLC
 5   1001 17th Street, Suite 300
     Denver, Colorado 80202
 6
     Deposition of:  MICHAEL TIMMY JACKSON
 7   Taken:  June 12, 2023

 8   In Re:  Mohamed v. SHRM
             Civil Action No. 1:22-cv-01625-GPG-SKC
 9
     Dear Ms. Spittell:
10
     Enclosed please find the original signature page(s) of
11   the above deposition.  It was agreed that you would
     arrange for signature of MICHAEL TIMMY JACKSON's
12   deposition by means of your copy transcript.

13   Also enclosed are amendment sheets for changes if
     necessary.  Please return the signature page(s) and
14   amendment sheet(s) ...

15   __XXX____ to our office for filing within 35 days to
               comply with the Rule.
16
     _____ to our office before _____, in
17             order that the deposition may be filed in time
               for trial.
18
     _____ to THE COURT prior to trial, furnishing copies
19             of amendments to opposing counsel.

20   Thank you for your attention to this matter.

21   Sincerely,

22   K. MICHELLE DITTMER, RPR
     Registered Professional Reporter
23
     cc: Counsel of Record/original transcript
24

25
```

```
 1   Dittmer Reporting
     sdittmer@comcast.net
 2   Arvada, Colorado 80003
     (303) 257-8702
 3


 4   HUNTER A. SWAIN, ESQ.
     Swain Law, LLC
 5   1490 North Lafayette Street, Suite 303
     Denver, Colorado 80218
 6
     RE:  Mohamed v. SHRM
 7   Civil Action No. 1:22-cv-01625-GPG-SKC


 8


 9   Dear Mr. Swain:

10   Enclosed is the deposition of:  MICHAEL TIMMY JACKSON

11   _____  Signature waived.

12   _____  Signed, no changes.

13   _____  Signed, with changes, copy of which is
                 enclosed.
14
     _____  Unsigned, pursuant to stipulation of counsel
15               that the deponent may sign at the time of
                 trial.
16
     _____  Unsigned, notice duly given_____,
17               pursuant to the Rules of Civil Procedure.

18   _____  Unsigned, notice duly given _____,
                 since trial is set for _____.
19
     _____  Unsigned, due to settlement of case.
20

21   DITTMER REPORTING

22   cc:  Counsel of Record

23


24


25
```

**5**

**50 [2]** 3/8 56/25
**5281 [1]** 2/5
**53 [1]** 3/10
**54 [12]** 3/8 50/6 50/7
50/11 50/24 51/12
51/17 52/9 52/14 53/5
56/25 64/19
**543 [1]** 194/10
**55 [7]** 3/10 53/20 53/21
54/2 54/6 54/14 64/19
**56 [15]** 3/11 3/11 56/5
56/14 57/6 57/9 57/11
57/13 57/18 58/24
64/19 66/2 66/11 66/17
66/24
**57 [4]** 3/13 59/12 59/20
64/20
**58 [4]** 3/14 60/13 60/20
71/3
**59 [5]** 3/13 3/16 196/16
196/22 198/4
**5:49 [1]** 198/7
**5th [2]** 263/17

**6**

**60 [5]** 3/14 3/18 199/18
201/4 215/16
**6:02 p.m [2]** 200/18
200/21

**7**

**703 [1]** 5/18
**720-815-5281 [1]** 2/5
**7:26 a.m [1]** 194/13
**7:40 a.m [1]** 72/11
**7th [2]** 234/14 239/23

**8**

**8/13/20 [1]** 3/16
**8/31/20 [2]** 3/8 3/10
**80003 [1]** 265/2
**80202 [2]** 2/14 264/5
**80218 [3]** 2/4 2/8 265/5
**81 [1]** 4/3
**8702 [3]** 200/15 264/2
265/2
**8:09 a.m [1]** 49/14
**8:11 a.m [2]** 57/14
66/14
**8:12 [1]** 53/12
**8:12 a.m [1]** 53/6
**8:13 [1]** 53/12
**8:13 a.m [1]** 53/9
**8:29 a.m [1]** 195/3
**8:30 [1]** 1/15

**9**

**90 [2]** 11/1 249/17
**9:17 a.m [1]** 41/9
**9:30 a.m [1]** 41/10
**9am [1]** 220/9

**A**

**a.m [19]** 1/15 41/9
41/10 49/14 53/8 53/9
53/12 55/2 55/5 55/7
57/14 66/14 72/11
92/14 92/15 123/1

**MR. SWAIN: [42]** 18/17
30/16 41/8 48/17 49/24
50/3 50/9 70/22 70/24
92/10 121/4 121/8
121/12 122/8 122/13
122/19 124/14 124/19
124/25 125/8 125/13
137/15 137/22 155/21
160/13 169/20 171/24
197/6 197/10 197/13
197/16 197/19 197/21
197/24 206/16 218/25
219/6 219/10 219/13
260/15 260/20 260/24
**MS. SPITTELL: [100]**
30/15 30/24 32/19
33/15 48/18 49/17
49/21 49/23 68/18 69/5
69/16 69/18 69/20
70/21 70/23 70/25
72/21 77/1 81/5 86/2
86/24 92/12 111/22
115/24 116/1 121/7
121/25 122/17 122/25
124/11 124/17 124/22
125/5 125/11 125/16
126/11 127/10 127/12
127/22 134/9 137/14
137/20 138/1 142/22
144/6 144/9 145/15
145/18 149/22 149/24
154/5 154/7 154/9
169/19 169/21 175/23
175/25 178/22 179/7
179/9 180/24 182/16
183/22 184/7 187/16
187/18 190/3 190/22
190/24 191/23 193/10
193/14 193/16 193/18
196/5 197/2 197/9
197/12 197/14 197/17
197/20 197/23 198/2
202/19 203/6 203/8
203/15 203/24 204/1
204/4 204/16 206/6
211/9 212/5 212/24
215/1 229/7 229/9
235/13 260/23
**THE COURT
REPORTER: [7]** 50/7
92/13 122/23 206/13
219/8 249/5 249/7
**THE WITNESS: [30]**
18/19 49/20 49/22 50/1
69/19 87/1 111/25
121/11 122/12 122/16
127/11 137/19 137/25
138/3 142/20 144/7
145/17 154/8 155/23
172/1 190/23 193/13
193/15 193/17 193/20
206/10 206/14 219/2
236/6 260/19

**'**

**'big [1]** 166/12
**'challenge [1]** 133/14

**just [1]** 166/13

**-**

**-- and [1]** 116/17
**-- the [1]** 129/6
**-- you [11]** 96/7 105/19
109/6 127/13 129/24
130/23 143/12 152/17
154/10 171/2 176/15

**0**

**00 [1]** 51/7
**000557 [2]** 51/4 51/8
**000560 [1]** 54/8
**000562 [2]** 56/9 57/11
**000563 [1]** 59/15
**000585 [1]** 60/16
**0036 [2]** 82/7 82/10
**0037 [3]** 82/7 82/11
83/24
**00585 [1]** 71/14
**00589 [1]** 48/24
**008702 [1]** 200/14
**008703 [1]** 200/24
**0133 [4]** 131/12 131/13
154/24 209/19
**0453 [1]** 243/19
**0543 [1]** 194/8
**0729 [1]** 161/21
**0731 [1]** 165/25
**0732 [2]** 168/15 169/23
**0733 [1]** 172/5
**0788 [3]** 223/7 223/9
239/11
**0790 [1]** 219/25

**1**

**1001 [2]** 2/14 264/5
**1053 [3]** 3/17 196/24
198/4
**1056 [2]** 3/17 196/25
**1066 [1]** 3/19
**10:29 a.m [3]** 55/2 55/5
55/7
**10:36 a.m [1]** 92/14
**10:45 a.m [1]** 92/15
**11:22 [1]** 122/18
**11:22 a.m [1]** 123/1
**11:30 [1]** 167/18
**11:32 [1]** 233/1
**11:58 a.m [1]** 123/2
**12 [14]** 1/14 3/3 162/6
162/22 163/8 163/13
168/7 168/13 252/7
252/23 253/2 253/24
254/20 264/7
**12:01 p.m [1]** 125/18
**12:30 p.m [1]** 125/19
**12th [1]** 261/4
**13 [8]** 194/13 195/4
198/6 200/18 203/13
244/21 245/1 245/6
**1300 [1]** 5/18
**131 [1]** 4/5
**1490 [3]** 2/4 2/8 265/5
**14th [3]** 12/20 250/10
258/17
**15 [1]** 263/19
**159 [1]** 4/6

**15th [3]** 12/21 250/10
258/17
**16th [2]** 250/10 258/17
**17 [2]** 169/25 170/19
**17th [2]** 2/14 264/5
**19 [14]** 131/19 134/20
141/22 142/5 151/3
151/6 151/9 152/11
152/24 153/7 153/18
154/20 209/1 210/19
**193 [1]** 4/2
**196 [1]** 3/16
**199 [1]** 3/18
**1:22-cv-01625-GPG-SK
C [3]** 1/2 264/8 265/7
**1:28 p.m [1]** 172/2
**1:35 p.m [1]** 172/3

**2**

**2 1/2 [1]** 127/18
**20 [12]** 3/8 3/10 3/16
170/8 171/14 175/7
222/10 224/4 225/15
225/18 225/22 262/20
**200 [1]** 4/4
**2012 [3]** 15/5 15/7
212/13
**2018 [1]** 91/5
**2019 [2]** 24/15 28/4
**2020 [58]** 17/9 31/23
33/24 36/20 49/9 49/14
53/6 53/9 53/13 55/2
55/7 57/15 66/3 66/14
67/2 72/12 84/21 84/25
86/18 118/17 131/19
141/5 162/22 163/9
163/13 168/7 169/8
169/25 172/8 173/8
173/20 178/5 190/18
194/13 195/4 198/6
200/18 203/13 209/1
210/20 220/5 220/23
221/24 223/22 226/19
227/8 234/21 234/23
235/9 239/15 252/7
253/2 253/24 253/24
254/20 258/12 258/22
259/9
**2021 [9]** 12/2 12/19
12/21 13/6 14/20 17/9
117/24 212/13 226/19
**2022 [1]** 13/11
**2023 [6]** 1/14 3/3 261/4
263/17 264/3 264/7
**2024 [1]** 263/19
**205 [1]** 4/9
**20th [1]** 171/17
**21 [10]** 72/11 72/17
150/21 155/5 155/13
156/1 240/11 240/16
247/24 248/14
**219 [1]** 4/8
**21st [4]** 73/4 156/8
156/9 171/17
**22202 [1]** 5/7
**22nd [2]** 238/21 239/7
**23rd [2]** 238/21 239/7
**24 [10]** 4/2 36/24 37/22
43/3 73/2 193/6 193/23

243/14 243/16 243/17
**24th [6]** 33/23 43/10
43/20 142/5 149/8
149/9
**25 [2]** 221/24 222/2
**257-8702 [2]** 264/2
265/2
**2595 [1]** 2/9
**25th [1]** 207/4
**27 [6]** 172/8 172/9
173/7 173/20 178/5
224/9
**28 [9]** 4/3 49/9 81/24
82/6 82/13 83/17 83/18
83/21 224/10
**28th [3]** 186/8 186/20
187/4
**29 [3]** 172/11 224/9
234/7
**2:33 p.m [1]** 219/11
**2:54 p.m [1]** 219/12

**3**

**30 [30]** 49/14 57/14
64/23 66/3 66/14 70/5
99/14 99/18 121/14
121/20 121/23 122/2
122/21 156/20 158/16
158/22 163/1 167/1
167/6 167/25 168/4
169/8 240/11 247/24
248/6 248/7 248/14
252/14 254/13 254/20
**300 [2]** 2/14 264/5
**303 [4]** 2/4 264/2 265/2
265/5
**303-593-2595 [1]** 2/9
**303-628-3300 [1]** 2/15
**304 [1]** 2/8
**30th [1]** 159/8
**31 [23]** 53/5 53/9 53/13
55/2 55/7 64/24 67/2
67/20 68/2 155/6
155/14 156/3 156/20
157/16 157/25 158/4
158/22 185/12 186/5
188/15 240/11 248/1
248/6
**31st [1]** 207/21
**3300 [1]** 2/15
**34 [2]** 4/4 200/11
**35 [2]** 171/25 264/15
**37 [8]** 4/5 131/5 151/4
152/12 153/19 209/13
209/14 209/22
**38 [3]** 4/6 159/18 161/1
**3:46 p.m [1]** 261/4

**4**

**40 [1]** 260/21
**41 [11]** 4/7 46/4 47/8
47/19 48/4 48/15 48/20
56/21 56/25 57/1 64/19
**42 [5]** 4/8 219/18
219/19 219/21 223/8
**46 [7]** 4/7 4/9 205/20
205/24 206/19 208/15
210/13
**4:31 p.m [1]** 49/10

**A**

**a.m...** [3]  123/2 194/13 195/3
**ability** [1]  227/17
**able** [29]  24/22 27/8 37/5 38/11 43/23 52/4 60/1 87/10 90/15 90/16 130/24 145/24 152/4 160/9 170/8 180/2 182/8 182/8 182/9 195/24 197/2 197/18 201/8 217/23 218/15 218/16 218/17 223/3 255/8
**about** [144]  5/25 9/3 19/19 30/14 31/8 31/25 32/15 33/13 33/25 34/10 35/1 35/2 35/4 39/25 40/2 41/12 45/5 45/8 45/16 47/8 50/21 52/11 75/17 76/11 77/7 78/7 78/18 84/1 84/16 89/15 90/8 90/21 91/2 91/13 92/18 96/16 98/8 98/11 98/15 99/10 101/10 103/21 108/21 108/24 109/24 110/6 110/7 121/14 121/15 121/23 127/23 128/12 129/9 130/20 131/3 132/12 132/13 132/15 132/25 133/13 136/25 137/9 139/2 141/13 150/1 155/3 157/12 158/7 158/16 159/11 162/6 162/7 163/4 163/10 165/17 165/22 172/13 172/18 173/12 174/9 174/19 174/24 175/3 175/20 175/20 176/10 177/18 178/13 178/15 182/12 184/17 189/10 191/3 192/9 195/3 195/11 196/13 202/4 205/2 205/24 210/8 210/9 214/23 217/2 217/4 217/25 224/20 225/2 225/4 226/2 227/20 228/11 228/16 228/16 229/16 229/20 230/1 230/23 231/24 232/7 232/9 232/9 232/11 232/20 234/18 234/25 238/9 238/22 244/14 249/10 250/16 250/21 251/3 251/12 251/20 252/22 253/11 253/18 255/3 258/21 259/7
**above** [3]  1/17 133/15 264/11
**above-entitled** [1]  1/17
**absence** [1]  62/25
**absolutely** [1]  72/9
**access** [3]  107/12 114/7 116/6
**accompanying** [1]

**according** [5]  49/13 163/18 168/8 168/8 168/9
**accordingly** [1]  211/15
**account** [2]  118/5 120/4
**accounting** [1]  254/10
**accurately** [1]  169/7
**accusations** [3]  162/6 162/10 173/12
**acknowledged** [4]  120/15 126/8 126/13 128/8
**acknowledging** [1]  77/19
**across** [5]  16/6 17/7 23/24 106/11 173/12
**action** [26]  1/2 30/6 30/8 32/25 33/7 34/13 39/21 44/4 65/23 69/23 69/24 105/8 156/11 157/2 157/13 157/20 158/7 159/13 211/2 239/21 240/23 241/8 246/11 246/12 264/8 265/7
**actions** [6]  33/20 39/6 67/18 98/24 151/20 224/21
**activities** [1]  19/20
**activity** [3]  235/12 235/19 236/14
**actual** [4]  37/20 132/1 157/5 247/20
**actually** [25]  33/14 39/10 51/24 65/4 67/6 76/22 80/11 89/24 91/15 101/12 111/18 115/22 123/11 125/17 131/17 155/1 155/3 155/19 168/6 169/20 186/10 210/2 219/24 247/10 248/23
**added** [1]  6/22
**addition** [1]  106/1
**additional** [1]  122/7
**Additionally** [1]  105/24
**address** [18]  5/16 16/5 87/13 121/20 146/4 147/16 172/12 172/14 192/14 211/14 214/9 214/11 215/10 218/17 231/16 243/10 257/1 262/23
**addressed** [2]  29/9 29/11
**addressing** [3]  87/18 216/10 256/18
**adequately** [2]  116/11 211/7
**adhere** [2]  213/4 213/14
**adhered** [3]  86/12 87/22 88/7
**adjacent** [2]  24/17 25/9
**advance** [3]  10/3 38/13 241/2
**adverse** [3]  130/3

**adversely** [1]  218/20
**advice** [1]  162/6
**advised** [1]  170/12
**advising** [1]  204/23
**affiliate** [2]  15/4 212/13
**affirmative** [1]  6/24
**affixed** [1]  263/16
**aforementioned** [2]  229/13 260/14
**aforesaid** [1]  263/10
**afraid** [3]  80/19 103/12 103/22
**Africa** [4]  93/22 93/24 93/25 94/10
**African** [4]  93/7 94/21 107/9 221/4
**African-American** [3]  94/21 107/9 221/4
**after** [45]  8/11 12/18 12/18 15/8 33/21 33/22 36/24 43/9 43/10 43/12 77/8 99/25 119/23 120/12 123/4 123/10 132/20 133/3 141/19 141/21 141/21 149/6 150/16 150/19 151/3 153/18 156/7 162/1 163/25 167/13 171/25 182/5 183/13 187/6 224/1 231/4 240/22 244/20 257/5 257/8 258/12 258/22 259/8 259/10 260/10
**afternoon** [4]  3/18 207/5 231/15 239/13
**again** [441]
**again -- you** [3]  94/4 96/7 175/15
**against** [29]  9/8 30/19 69/4 98/12 98/22 102/4 106/14 133/11 133/12 136/13 137/9 150/10 150/11 177/3 177/4 191/14 205/8 215/7 216/9 216/25 217/7 217/13 217/13 218/15 237/3 237/9 237/19 237/20 238/5
**agency** [1]  95/14
**aggressive** [1]  208/3
**ago** [7]  5/10 56/20 66/12 95/23 98/19 163/5 215/16
**agree** [25]  21/2 29/2 62/12 70/1 82/23 83/14 88/9 88/22 115/21 116/8 132/8 134/7 143/17 154/3 154/15 155/5 157/23 158/21 201/11 203/20 208/4 216/15 233/17 241/21 244/2
**agreed** [7]  7/14 7/15 8/17 8/18 132/7 162/15 165/5 180/14 182/7 184/15 189/24 200/22 216/7 216/12 224/12 226/1 228/6 229/24

**ahead** [36]  36/12 50/13 69/20 72/22 74/22 77/2 81/6 86/25 116/2 127/11 127/12 142/22 144/7 144/9 145/17 149/24 154/7 154/8 157/20 160/18 175/25 178/23 181/1 187/18 190/23 190/24 193/7 196/17 202/21 203/9 203/17 204/18 211/10 212/6 213/1 232/15 253/15
**align** [3]  165/1 252/20 253/15
**aligned** [4]  9/19 103/3 240/1 254/4
**aligning** [1]  242/7
**aligns** [5]  52/20 53/1 99/15 174/15 252/17
**all** [27]  7/21 40/23 41/5 57/24 60/9 64/23 71/10 72/7 112/5 112/12 138/2 140/13 167/19 172/1 173/2 180/7 183/24 184/2 196/7 206/8 206/16 213/5 214/10 219/3 231/24 248/19 258/10
**allegation** [3]  130/4 176/23 238/12
**allegations** [4]  30/19 115/18 237/14 238/13
**alleged** [1]  124/23
**allowed** [6]  7/18 19/25 90/15 133/8 133/9 182/12
**almost** [8]  103/15 103/18 103/18 132/10 132/20 133/15 208/3 210/6
**alone** [1]  89/9
**along** [4]  79/24 98/20 132/6 178/20
**aloud** [1]  206/7
**already** [15]  53/12 61/24 67/8 73/12 112/6 121/15 143/21 143/21 152/9 158/1 158/23 160/8 194/17 241/12 251/3
**also** [64]  2/17 9/19 9/24 10/1 16/7 16/21 16/23 17/17 17/23 17/23 19/12 25/1 25/4 26/10 28/1 29/12 31/13 34/6 40/10 44/2 58/14 67/18 73/10 75/22 75/23 79/5 79/23 81/10 83/13 100/14 101/22 105/5 110/5 138/20 138/24 139/23 146/11 146/12 146/22 162/5 162/12 162/16 164/3 165/5 180/14 182/7 184/15 189/24 200/22 216/7 216/12 224/12 226/1 228/6 229/24

**124/9 124/23 125/1 125/25**
**am** [27]  5/10 7/1 45/25 48/14 48/15 50/10 50/19 54/11 97/24 107/10 107/10 132/11 133/2 133/24 137/16 170/8 173/13 178/7 178/7 179/16 193/22 196/15 197/10 197/25 210/7 219/14 263/13
**am mindful** [1]  107/10
**amendment** [2]  264/13 264/14
**amendments** [1]  264/19
**American** [5]  15/3 25/5 94/21 107/9 221/4
**among** [1]  241/23
**amount** [4]  24/1 172/12 185/20 260/18
**angle** [1]  24/23
**Ann** [4]  101/25 102/10 138/21 146/13
**another** [11]  10/10 18/18 36/10 49/15 52/23 59/12 71/19 197/4 203/1 219/15 247/3
**answer** [74]  6/14 6/19 6/23 7/2 7/5 8/5 8/6 12/11 30/16 30/25 32/20 33/16 34/25 37/9 41/25 49/18 69/6 72/22 88/16 88/18 97/13 111/24 120/1 121/3 124/13 124/21 125/3 125/9 125/15 125/22 127/11 127/12 129/25 134/10 135/9 140/6 142/13 142/24 144/8 144/9 145/16 145/18 147/3 149/24 154/9 160/9 175/25 178/23 179/9 181/1 182/17 183/23 184/3 184/8 185/17 190/4 191/25 193/19 196/6 202/21 203/9 204/4 204/18 205/17 205/18 211/10 212/6 213/1 229/10 235/14 236/9 236/22 236/24 241/18
**answering** [2]  6/25 7/12
**answers** [1]  95/10
**anticipated** [1]  63/12
**any** [110]  13/14 14/23 18/13 18/24 18/25 18/25 19/1 19/1 19/9 22/24 23/3 27/21 32/25 33/7 36/2 37/6 38/8 41/20 43/21 47/5 52/22 54/22 56/1 56/2 58/10 60/2 60/2 72/17 78/7 78/17 85/18 91/13 97/12 103/1 106/12 113/14 113/18 113/24

**A**

any... **[72]** 114/3 114/4 114/4 116/19 122/6 124/22 124/22 125/5 126/2 126/9 126/14 128/8 130/9 130/10 130/15 130/15 130/15 131/1 131/25 135/21 136/7 136/7 136/8 136/8 140/22 143/24 148/11 148/12 148/12 151/20 165/9 165/12 183/17 183/17 187/13 190/7 195/11 195/22 197/13 197/15 211/24 212/1 212/1 212/10 212/15 212/19 212/19 212/19 212/19 212/19 213/6 213/6 213/12 213/24 214/4 214/20 214/22 217/21 218/3 218/3 218/4 224/7 234/1 234/15 234/24 237/20 242/11 254/18 254/19 257/16 262/2 263/14

any -- you **[2]** 130/15 136/7

anyone **[13]** 11/17 42/1 72/19 78/18 119/8 146/24 147/18 148/3 148/4 148/15 151/8 206/3 241/10

anything **[29]** 31/8 42/12 45/5 58/18 63/24 64/5 74/23 81/22 103/21 112/23 113/2 113/6 130/15 139/16 140/22 146/25 147/19 148/4 148/16 151/8 162/8 168/12 173/5 176/25 178/19 180/23 205/8 217/20 254/19

Anyway **[1]** 207/12

apologies **[1]** 104/4

apologize **[1]** 72/4

apparently **[1]** 254/19

appear **[2]** 203/19 253/15

APPEARANCES **[1]** 1/21

appeared **[1]** 201/24

APPEARING **[1]** 1/11

appears **[13]** 46/5 51/17 52/19 56/10 56/19 56/24 82/2 82/14 131/24 154/16 161/3 201/13 203/18

applicable **[2]** 85/7 103/5

appreciate **[1]** 121/25 206/11

appropriate **[4]** 86/13 143/14 175/19 191/2

approved **[4]** 172/11 172/23 172/24 173/4

approximate **[2]** 90/21 171/18

approximately **[4]** 10/23 11/1 12/5 12/19 192/5 247/17 254/14 263/12

approximation **[1]** 171/18

April **[2]** 37/22 263/19

arbitrary **[1]** 68/23

are **[70]** 6/3 6/9 10/20 20/18 23/20 29/9 29/10 29/16 30/4 30/22 40/19 48/19 49/21 50/5 61/20 68/19 78/8 83/13 92/12 95/11 101/25 102/20 109/9 124/15 125/8 125/9 127/23 131/21 133/7 133/9 144/3 145/10 145/10 150/4 158/13 159/22 167/18 171/19 171/19 173/10 173/11 180/11 181/15 181/19 182/24 183/21 184/4 185/11 192/19 192/22 198/13 199/5 204/7 204/8 211/7 212/10 213/11 215/4 222/16 224/2 224/20 231/15 238/11 239/4 239/12 247/23 250/12 257/1 260/16 264/13

area **[6]** 171/3 177/13 177/18 177/19 178/1 178/4

areas **[12]** 15/20 16/1 24/17 26/22 80/1 80/3 81/20 119/3 130/20 136/5 185/8 249/21

argue **[6]** 116/3 116/7 152/18 191/11 199/11 215/20

ariel **[2]** 2/7 2/9

arise **[4]** 114/4 126/10 126/15 212/10

arised **[2]** 26/16 87/11

Arlington **[1]** 5/18

Army **[1]** 5/18

arose **[2]** 16/6 214/3

around **[9]** 8/23 12/1 12/6 12/24 36/20 80/1 173/25 180/7 222/3

arrange **[1]** 264/11

articulate **[1]** 7/1

arts **[1]** 22/17

Arvada **[1]** 265/2

as **[287]**

ascertained **[1]** 111/4

ascertaining **[1]** 253/8

aside **[1]** 218/7

ask **[30]** 6/13 7/1 7/12 7/22 9/4 42/1 50/21 88/19 88/19 95/7 96/10 97/9 107/19 112/17 116/9 116/24 117/3 118/16 122/6 136/25 138/4 184/20 190/15 191/16 205/24 231/21 234/3 234/10 234/15 247/11

asked **[15]** 35/1 41/24 96/12 113/2 120/23 121/1 162/16 170/6

asking **[31]** 6/13 6/19 18/20 47/7 47/8 52/11 78/11 78/22 94/19 96/14 103/19 103/20 107/22 110/21 124/25 127/23 142/24 142/25 144/13 191/16 193/12 231/1 231/2 232/7 238/1 240/2 243/7 249/18 249/19 253/11 258/21

asking you **[1]** 142/25

aspect **[4]** 165/12 246/1 249/25 255/25

assert **[1]** 121/24

asserts **[1]** 121/5

assignments **[1]** 14/16

assistant **[2]** 47/1 58/11

association **[3]** 14/7 212/18 213/11

assume **[1]** 7/13

attached **[1]** 201/4

attachment **[6]** 199/11 199/19 201/4 203/2 203/3 203/12

attachments **[1]** 198/13

attend **[3]** 110/2 170/8 171/12

attendance **[1]** 250/4

attended **[1]** 171/15

attending **[1]** 109/25

attention **[7]** 128/17 132/4 161/25 200/13 219/23 243/18 264/20

attorney **[11]** 10/20 10/24 68/16 121/5 121/16 124/12 124/17 124/19 124/23 125/2 127/22

attorney-client **[8]** 121/5 121/16 124/12 124/17 124/19 124/23 125/2 127/22

attorneys **[4]** 5/11 10/5 11/18 18/18

August **[96]** 15/7 33/24 36/20 36/24 37/22 43/3 43/10 49/9 49/14 53/5 53/9 53/13 55/2 55/7 57/14 64/23 64/24 66/3 66/14 67/2 67/20 68/2 70/5 72/11 72/17 73/2 76/10 79/9 84/21 84/25 86/18 131/19 134/20 141/16 141/22 149/7 150/21 151/3 151/6 151/9 152/11 152/24 153/7 153/18 154/20 155/5 155/6 155/13 155/14 156/1 156/3 156/20 156/20 157/16 157/25 158/4 158/16 158/22 158/22 185/12 185/23 186/5 186/20

August 13 **[8]** 194/13 195/4 198/6 200/18 203/13 244/21 245/1 245/6

August 19 **[13]** 131/19 134/20 141/22 151/3 151/6 151/9 152/11 152/24 153/7 153/18 154/20 209/1 210/19

August 2020 **[6]** 36/20 84/21 86/18 190/18 220/23 234/21

August 21 **[9]** 72/11 72/17 150/21 155/5 155/13 156/1 240/11 240/16 248/14

August 24 **[4]** 36/24 37/22 43/3 73/2

August 28 **[1]** 49/9

August 30 **[12]** 49/14 57/14 64/23 66/3 66/14 70/5 156/20 158/16 158/22 240/11 248/6 248/14

August 31 **[22]** 53/5 53/9 53/13 55/2 55/7 64/24 67/2 67/20 68/2 155/6 155/14 156/3 156/20 157/16 157/25 158/4 158/22 185/12 186/5 188/15 240/11 248/14

August 7 **[10]** 149/7 220/5 223/22 224/10 234/7 234/8 234/9 235/9 239/1 239/15

automatically **[2]** 118/18 233/18

autonomy **[1]** 110/7

available **[5]** 66/19 67/16 113/11 113/22 146/18

aware **[42]** 10/16 12/13 12/14 12/17 21/7 42/3 52/25 63/4 73/24 79/1 98/3 120/10 126/17 128/10 132/2 133/21 140/4 147/10 147/23 148/2 148/19 148/25 149/2 149/3 149/13 151/13 151/15 151/15 173/2 173/6 179/16 182/21 184/4 184/18 185/11 185/16 185/19 188/17 224/2 235/2 239/5 240/21

awareness **[2]** 70/12 186/19

away **[4]** 87/7 155/15 156/4 241/5

**B**

bachelor's **[4]** 22/7 22/9 22/12 22/25

back **[33]** 15/12 20/10 50/2 56/23 66/6 69/9 80/15 109/24 114/23 122/20 123/3 137/18 139/3 143/7 152/1 177/10 182/23 188/16 193/1 195/23 202/1 202/23 204/25 208/12 208/19 209/8 219/13 224/1 228/5 231/18 232/16 234/12 239/8 background **[1]** 22/6 ballpark **[4]** 171/22 222/15 222/18 250/10 Banks **[1]** 58/16 bare **[1]** 213/15 Barley **[109]** 3/16 11/21 12/22 32/13 40/14 98/9 98/12 98/14 98/16 98/22 99/10 100/8 100/17 101/17 102/10 108/15 108/18 109/24 110/2 110/18 130/12 131/3 131/22 136/23 137/7 138/8 138/17 146/10 146/23 147/5 161/5 161/14 163/7 163/11 163/15 163/19 164/7 164/9 164/10 164/16 164/20 166/4 166/8 167/13 169/8 170/18 172/23 173/19 174/4 175/19 176/5 176/9 176/14 177/3 178/11 178/19 179/3 179/19 179/21 180/8 180/15 180/21 189/1 189/25 190/19 192/11 193/4 195/12 198/6 198/25 199/25 200/17 200/20 202/5 203/3 203/13 208/16 208/21 210/14 220/3 223/17 227/25 228/7 228/12 228/16 228/22 229/15 230/11 231/22 233/6 233/15 233/18 233/22 237/1 237/7 238/5 240/4 250/17 251/11 251/12 252/9 252/22 253/6 254/15 255/4 255/22 256/23 258/11 259/1

Barley's **[5]** 162/20 176/17 191/22 208/1 238/10

base **[1]** 216/16

based **[23]** 21/6 21/18 30/22 31/1 31/4 46/21 46/21 100/8 117/17 118/6 120/22 130/3 130/3 135/17 137/2 137/8 140/24 140/25

**B**

based... **[5]** 183/23
186/6 233/23 254/25
257/24
**bases [2]** 42/8 156/15
**Basic [1]** 236/15
**basically [14]** 23/21
100/15 100/16 118/6
119/22 120/23 130/1
218/18 218/20 226/10
226/12 249/18 253/19
256/14
**basis [2]** 228/18 259/2
**Bates [13]** 51/4 54/8
56/9 59/15 60/16 82/6
161/20 165/25 168/15
196/24 198/4 200/14
209/19
**Bates-numbered [2]**
168/15 198/4
**Bates-stamped [2]**
200/14 209/19
**bathroom [1]** 7/18
**be [140]** 6/9 7/7 9/1
12/14 12/17 18/7 20/22
23/14 24/10 24/22
25/14 25/25 34/3 34/3
34/10 36/4 36/16 37/5
37/11 38/11 38/13 43/4
43/23 44/6 44/23 45/17
45/19 46/25 47/3 47/14
47/15 49/18 52/4 52/19
52/25 55/23 56/19
56/24 57/24 59/5 59/25
60/9 61/25 63/25 64/4
64/5 64/17 65/24 67/2
69/14 73/6 73/10 77/15
80/9 82/15 84/7 84/18
86/17 88/16 90/15
90/25 96/8 98/2 102/2
103/2 103/3 103/5
104/17 107/4 119/3
119/4 121/22 122/21
124/6 124/23 124/24
129/16 131/14 131/24
133/17 135/7 137/18
139/12 147/22 147/23
149/11 152/4 152/23
153/4 154/2 156/11
157/2 158/1 160/5
160/6 160/8 162/16
166/12 167/7 167/17
167/18 174/16 175/19
177/9 177/14 177/17
182/8 186/8 194/17
195/24 196/3 196/4
201/7 201/13 201/25
202/24 204/12 205/17
206/9 209/8 211/25
212/23 217/2 217/23
218/16 218/16 227/23
231/6 231/13 236/9
237/19 242/21 253/15
255/7 257/10 258/7
259/18 259/23 260/16
264/17
**bear [4]** 50/16 54/16
211/5 247/18

**bearing [2]** 56/9 59/15
**bears [6]** 54/8 60/16
60/24 82/6 161/20
196/24
**became [6]** 15/4 15/6
15/6 85/3 98/3 118/19
**because [51]** 7/7 9/17
13/2 13/3 20/23 29/7
32/14 33/19 36/8 49/19
49/25 62/3 64/17 70/18
71/11 71/21 73/15 85/7
85/12 88/13 100/11
103/14 106/14 107/12
119/18 135/6 137/17
155/15 156/3 166/12
177/6 178/21 181/3
183/20 185/15 188/5
212/2 212/17 212/21
213/11 214/22 215/16
215/16 218/12 231/22
232/7 233/17 238/4
247/23 248/13 253/20
**become [2]** 13/21
133/21
**becoming [1]** 25/5
**been [164]** 5/5 6/2 13/4
19/19 19/21 19/23
19/24 28/8 28/9 31/14
37/4 37/4 38/13 38/21
39/17 39/22 40/5 40/10
40/15 42/11 43/7 43/9
43/16 43/22 44/11
45/15 46/4 50/10 51/3
53/12 59/3 61/11 61/16
61/24 62/11 64/13
64/14 64/15 64/16
65/17 67/8 70/7 72/25
73/4 73/7 73/12 73/22
73/25 75/19 75/19 76/4
77/11 77/17 77/24 78/1
80/5 81/8 81/11 81/12
81/14 85/24 86/4 86/5
86/8 86/12 87/22 87/24
88/2 88/10 88/12 88/24
88/25 91/1 92/6 97/7
100/12 101/11 106/13
106/14 106/17 106/18
106/21 109/21 109/23
109/24 111/6 111/18
113/25 114/23 115/13
115/14 115/19 115/21
116/9 116/14 116/19
117/2 117/25 123/18
131/4 132/9 132/21
133/13 139/4 142/5
142/9 142/9 145/24
146/2 146/2 150/22
151/7 151/13 152/20
152/21 152/21 155/7
155/13 156/2 158/23
159/17 163/9 164/8
164/14 165/8 174/21
175/16 175/16 181/16
181/17 181/18 181/20
182/5 184/6 186/2
188/5 188/16 189/18
193/5 196/15 197/18
202/2 204/9 204/23
206/25 207/11 209/12

**before [115]** 1/18 5/21
10/15 10/18 13/4 28/6
28/9 31/9 31/11 33/14
34/15 35/10 35/24 36/1
38/9 40/1 41/11 43/12
44/16 46/11 54/11
54/17 54/24 55/21
56/25 57/3 62/18 63/8
65/8 65/13 65/14 67/19
70/11 73/9 73/16 73/18
73/23 77/4 79/21 85/18
87/20 88/11 88/24 89/3
91/19 97/25 111/2
117/10 121/3 122/5
123/9 125/20 128/12
128/17 133/6 136/15
138/15 139/7 140/10
141/25 142/3 142/23
148/17 149/23 149/25
150/7 150/19 151/2
151/14 156/24 159/25
160/9 161/1 161/12
165/14 173/14 174/6
175/9 175/9 182/1
182/18 183/19 185/5
186/10 186/15 187/20
189/5 189/14 192/24
193/2 197/3 199/1
206/20 207/11 210/21
214/2 217/16 219/3
221/6 224/3 224/6
224/16 233/6 238/8
238/22 240/20 241/14
244/20 245/5 246/22
250/15 252/10 260/4
262/19 264/16
**began [1]** 244/21
**begin [2]** 6/14 100/2
**behalf [3]** 1/18 2/2 2/11
**behavior [1]** 224/16
**behaviors [2]** 177/9
237/7
**behind [1]** 224/21
**being [65]** 6/7 27/8
33/13 36/9 42/6 44/18
47/16 68/7 68/8 69/3
83/14 85/21 87/9 90/16
95/22 97/23 99/5 99/16
101/8 107/11 107/11
130/20 130/22 130/24
130/24 132/22 135/17
136/12 141/10 143/22
156/23 157/6 157/25
159/11 163/17 173/10
173/11 173/13 176/5
178/12 179/19 179/21
181/22 182/8 182/9
185/9 209/4 211/19
212/12 218/15 221/9

222/25 223/3 236/17
241/22 242/6 242/6
243/10 246/6 247/15
251/10 257/3
**bel [1]** 198/19
**bel-mtj.docx [1]**
198/19
**beliefs [1]** 216/22
**believe [64]** 9/1 12/16
12/20 13/11 13/12 21/8
21/20 50/5 52/22 54/22
56/1 56/4 75/4 75/18
76/1 76/7 79/20 80/17
81/4 85/6 85/10 92/1
93/4 97/20 98/1 107/6
107/8 111/19 112/2
112/20 112/24 114/21
115/1 115/15 117/9
119/16 123/23 131/25
135/21 138/25 139/23
150/9 153/21 166/25
175/8 175/18 179/24
180/17 185/20 188/20
202/1 220/19 221/3
221/20 222/8 222/17
228/4 233/15 238/21
239/1 247/2 247/6
258/13 258/14
**believed [2]** 60/4
167/24
**believes [2]** 84/7 84/17
**bell [2]** 199/8 200/4
**benefit [1]** 180/22
**Bernee [1]** 168/25
**Bernée [21]** 3/16 11/21
12/25 64/8 193/2 195/7
195/18 198/5 198/11
199/24 200/6 200/6
201/5 202/17 203/2
240/2 243/8 245/15
257/17 257/23 258/1
**besides [2]** 97/13
113/15
**best [16]** 6/18 91/1
91/16 96/6 99/14 99/14
115/21 116/9 116/14
149/14 158/6 165/1
165/4 214/1 233/25
245/4
**better [5]** 177/14 182/5
182/13 196/4 213/23
**between [27]** 11/10
18/5 18/6 27/8 38/25
46/16 46/18 56/17 68/7
78/18 105/11 127/24
127/25 133/22 154/19
154/20 154/23 181/24
224/4 225/16 240/3
241/22 242/6 253/1
253/24 254/20 263/8
**beyond [4]** 133/15
196/13 216/2 239/3
**bias [1]** 177/17
**biggest [1]** 209/24
**biracial [1]** 178/21
**bit [13]** 30/12 68/23
78/11 115/11 122/4
153/3 167/3 168/17
174/25 177/5 184/24

217/11 219/3
**bite [1]** 123/4
**bleeds [1]** 200/23
**body [6]** 23/22 132/3
166/7 198/10 201/2
230/13
**born [1]** 94/3
**both [38]** 16/20 25/4
26/15 27/25 27/25
31/22 36/16 40/13
51/14 63/11 79/4 87/23
95/15 107/25 110/17
112/22 120/6 163/20
170/4 170/11 180/21
181/10 184/12 193/3
224/2 243/13 245/16
250/23 251/2 252/3
254/15 255/16 255/21
255/21 256/16 256/22
257/12 258/14
**bottom [8]** 66/23 82/8
83/24 131/17 166/2
169/23 200/17 223/16
**box [2]** 46/5 82/2
**branding [1]** 9/19
**bread [1]** 214/20
**break [18]** 7/16 7/23
41/8 41/12 41/17 92/10
122/20 123/7 125/16
125/17 127/15 128/12
171/25 217/10 218/25
219/3 219/5 219/6
**breaking [3]** 137/11
137/13 153/2
**briefly [1]** 123/8
**bring [1]** 121/21
**bringing [1]** 217/13
**broad [2]** 216/2 225/21
**broader [4]** 85/4
221/14 228/6 233/3
**broadly [1]** 188/18
**broke [3]** 167/3 184/24
249/8
**brought [7]** 9/7 152/21
218/3 221/10 221/20
230/12 233/16
**bulk [1]** 232/22
**bullet [3]** 168/20
168/24 169/6
**bullied [1]** 178/8
178/12
**bullying [1]** 178/15
**business [2]** 212/3
212/22
**butter [1]** 214/20
**bypass [5]** 37/15 37/16
37/21 37/24 38/9

**C**

**calculating [1]** 73/3
**calculations [1]** 260/21
**calendar [2]** 142/7
153/15
**California [1]** 22/23
**call [13]** 9/14 123/22
124/20 125/4 125/8
125/11 175/1 177/12
220/9 224/15 224/19
224/24 235/7

**C**

called [4]  14/1 14/17 84/2 226/6
calling [1]  167/18
calls [1]  175/11
came [10]  50/12 110/17 118/2 118/3 137/4 152/12 157/16 158/5 179/11 207/1
can [134]  5/12 9/4 14/5 15/22 20/23 21/2 23/10 30/25 32/20 33/16 34/22 35/7 37/9 39/2 40/17 48/13 50/4 51/7 52/15 57/8 69/6 70/1 78/10 78/10 84/15 88/9 88/22 90/20 91/17 97/20 103/21 111/24 112/16 112/19 115/21 116/8 116/13 116/13 119/10 120/25 120/25 120/25 121/17 121/18 121/19 121/20 122/4 122/6 122/20 125/16 126/12 133/16 134/7 134/10 135/9 138/1 144/7 144/7 144/10 144/17 145/14 145/16 145/18 145/19 145/19 147/14 149/25 150/1 153/1 154/9 154/15 155/5 155/19 155/21 157/23 158/21 160/10 160/17 161/13 166/13 167/3 169/11 177/8 177/17 179/9 182/17 183/23 183/24 184/2 184/8 184/17 184/25 186/6 186/18 190/4 191/25 193/9 193/16 194/5 194/5 196/3 196/6 196/7 197/4 197/4 201/11 201/11 204/4 206/24 208/7 208/13 209/7 209/16 213/15 216/21 217/2 217/3 225/11 229/1 229/10 230/25 232/2 233/17 235/14 235/15 235/20 236/4 236/6 237/4 241/21 244/2 249/8 249/13 260/24
can't [87]  28/15 33/18 33/25 34/9 35/15 47/21 47/21 47/22 53/16 56/25 62/21 65/19 67/25 75/7 76/5 76/5 77/15 80/7 80/7 81/13 81/17 88/11 88/13 88/25 91/6 92/1 92/2 92/3 92/23 93/5 93/5 93/6 93/9 93/9 94/2 94/22 97/12 99/18 100/4 103/20 110/3 114/25 116/21 119/9 119/10 120/12 129/15 134/5 135/23 135/23 136/11 142/12 142/18

143/3 143/15 143/25 146/15 151/19 153/14 154/11 154/12 159/12 171/16 171/22 172/14 186/18 187/2 188/4 188/4 199/11 200/7 202/2 203/22 205/8 210/22 221/12 223/3 223/4 226/7 226/18 227/10 230/5 239/2 247/2 247/3 247/14 248/22
can't -- you [2]  119/9 129/15
canceled [1]  233/8
canceling [2]  232/24 233/5
cancelled [1]  224/5
cannot [1]  231/13
capacity [5]  90/6 126/20 127/1 127/1 128/6
career [2]  25/18 108/11
careful [1]  107/12
Carolyn [69]  3/16 11/21 12/22 32/13 98/9 98/14 98/22 101/17 102/10 106/23 110/9 131/22 132/19 132/20 133/1 136/9 137/7 138/8 146/10 146/23 161/5 161/14 163/11 164/10 164/16 166/3 166/8 166/9 175/19 189/1 189/3 189/25 190/19 191/21 192/11 192/20 193/3 194/19 195/7 195/12 198/6 198/25 199/25 200/17 200/20 201/17 202/4 203/2 203/13 210/14 220/3 220/8 223/17 228/21 229/15 230/9 230/11 231/12 231/22 233/5 233/15 233/18 233/22 236/25 237/6 238/5 250/17 252/9 252/22
Carrie [4]  101/25 102/10 138/21 146/14
carrying [1]  39/1
case [42]  5/11 9/7 10/21 21/8 21/16 21/21 30/14 35/1 37/12 42/10 42/10 111/17 116/25 117/5 119/8 119/15 123/24 124/16 126/3 126/6 127/5 127/9 127/20 131/24 153/22 194/24 201/22 202/10 202/24 204/13 205/3 205/12 211/16 231/13 241/3 243/4 244/3 244/7 244/11 244/17 253/15 265/19
cases [2]  119/23 139/24
catch [1]  193/16
cause [1]  130/15

caution [1]  207/17
caveat [2]  118/21 149/16
caveating [1]  98/18
caveats [1]  119/2
cc [2]  264/23 265/22
cc'd [8]  40/15 78/4 186/25 187/21 187/24 188/5 189/9 206/24
CEO [1]  132/19
certain [13]  23/18 23/19 23/19 38/3 115/1 119/17 119/23 120/23 120/4 134/6 143/25 177/13 245/3
certainly [8]  20/25 32/14 39/5 88/20 177/7 212/9 243/6 247/19
certifica [1]  24/3
CERTIFICATE [1]  263/1
certification [3]  23/12 24/4 24/7
certifications [1]  23/4
Certified [1]  23/9
certify [3]  262/1 263/5 263/13
certifying [1]  23/22
cetera [1]  8/23
CFGI [1]  91/2
chain [4]  3/16 195/19 219/22 239/3
challenge [1]  6/22
challenged [2]  224/17 235/5
challenges [8]  78/5 78/6 79/16 106/18 124/7 170/5 180/20 181/5
chance [2]  41/18 123/6
change [4]  8/15 12/11 183/4 208/7
changed [3]  85/13 85/20 183/9
changes [4]  119/7 264/13 265/12 265/13
characterization [1]  208/1
charge [1]  175/12
chat [7]  45/25 46/5 56/10 82/2 131/7 197/7 243/15
check [2]  225/22 260/24
checking [2]  207/7 207/10
checklist [3]  3/13 59/24 65/25
checklists [1]  63/10
Chicago [2]  95/13 95/13
chief [4]  13/21 104/9 144/23 145/7
child [1]  178/21
Christine [2]  92/1 92/4
CHRO [7]  11/11 16/4 31/17 104/18 132/20 146/21 157/1
circle [2]  224/1 231/18

circumstance [6]  44/18 45/2 45/6 45/9 59/7 146/8
circumstance -- you [1]  146/8
circumstances [31]  20/8 32/6 33/21 45/14 45/16 58/14 62/10 69/12 70/2 75/20 124/3 127/5 128/25 129/3 134/14 134/16 135/15 136/15 136/21 144/16 149/16 180/11 196/13 199/4 199/17 200/8 215/10 217/17 221/1 247/15 254/23
Civil [6]  1/2 1/17 96/21 264/8 265/7 265/17
claim [3]  217/14 235/17 236/12
claimed [1]  130/12
claims [10]  30/21 31/9 32/2 75/11 127/8 127/20 128/23 132/21 148/14 217/21
clarify [7]  7/12 12/7 20/17 21/14 31/24 166/16 192/19
clarifying [3]  72/8 127/17 258/20
class [2]  92/22 93/1 93/3
classified [4]  69/9 92/24 93/7 94/24
clear [9]  7/2 7/8 107/4 150/23 152/23 166/14 208/10 218/2 248/12
clearly [4]  61/19 159/7 159/8 166/10
client [8]  121/5 121/16 124/12 124/17 124/19 124/23 125/2 127/22
closely [3]  17/22 104/24 105/9
closest [1]  86/8
closing [1]  259/16
closings [1]  254/11
coach [2]  189/24 193/3
coaching [3]  169/1 190/19 191/6
code [3]  103/3 143/17 143/24
cogently [1]  145/25
cognizant [1]  176/5
coincidence [2]  154/4 154/13
collaborating [3]  16/21 28/24 91/15
collaboration [2]  91/21 91/22
colleague [1]  36/10
colleagues [3]  16/21 44/25 133/7
collection [2]  161/4 161/4
color [2]  93/14 93/15 97/3
COLORADO [15]  1/1 1/19 2/4 2/8 2/14 20/21

21/11 31/7 95/14 96/21 184/16 263/4 264/5 265/2 265/5
combination [4]  47/3 59/4 115/2 115/20
comcast.net [2]  264/1 265/1
come [19]  18/3 20/11 36/3 44/21 63/12 106/11 128/17 151/16 179/1 188/10 188/12 188/15 212/14 214/9 214/11 216/10 226/15 251/23 252/1
comes [2]  28/21 145/5
coming [3]  137/20 223/6 257/9
command [2]  144/23 145/2
commencement [2]  5/3 263/5
comment [2]  177/14 225/1
commission [2]  262/21 263/19
common [1]  28/21
communicated [4]  12/23 13/1 13/7 13/8
communicating [1]  133/13
communication [27]  40/11 40/11 40/16 67/13 75/21 76/16 76/17 79/14 113/24 124/6 139/22 159/13 159/15 181/24 182/2 188/6 191/4 195/23 232/17 232/23 243/12 245/18 245/22 245/24 246/21 255/15 255/25
communications [9]  16/19 39/18 39/25 79/6 127/23 134/3 139/2 189/7 189/10
companies [1]  24/22
compare [1]  201/8
compared [2]  56/23 133/1
comparing [1]  203/18
comparison [1]  201/10
compensated [1]  126/2
compensating [2]  124/15 126/5
compiled [1]  161/5
complained [4]  128/18 132/25 167/25 253/13
complaining [3]  153/6 154/21 163/9
complaint [48]  19/14 19/17 20/2 20/16 20/18 20/18 20/23 21/10 27/2 28/7 29/17 31/4 31/10 41/2 95/13 97/8 98/4 98/8 98/12 98/16 99/4 99/9 99/23 100/1 100/23 100/24 105/17 107/15 107/20 108/9 132/15 133/22 134/8

# C

complaint... [15]
134/19 135/22 140/8
140/16 141/22 143/18
151/9 184/16 191/9
209/3 210/20 217/7
221/17 228/11 228/18

complaints [80] 18/23
19/6 19/12 19/16 21/3
21/16 22/2 25/17 25/23
27/22 29/3 74/5 74/19
100/21 101/13 101/15
102/17 103/8 104/11
104/20 108/21 110/15
111/21 112/14 112/18
113/3 113/7 116/10
128/13 128/22 129/5
130/7 132/13 132/17
133/3 136/12 136/13
138/12 140/2 140/9
140/17 141/4 142/17
144/5 145/6 145/13
147/1 147/20 148/5
148/17 163/12 164/6
164/17 165/12 168/7
175/13 175/21 176/11
176/18 189/23 204/14
210/9 211/6 221/6
228/23 229/6 230/16
231/24 234/25 235/25
237/9 237/23 238/18
252/6 253/1 253/18
258/23 259/2 259/8
260/2

complete [5] 133/6
133/9 236/22 236/23
262/2

completed [2] 74/4
187/15

compliance [7] 24/22
26/8 27/17 29/14 76/4
188/21 213/23

compliance-related [1]
26/8

comply [3] 83/9 213/20
264/15

compromising [1]
162/15

computer [2] 137/17
197/5

conceivable [1] 44/20

concept [2] 191/20
192/10

concern [8] 110/6
218/16 218/20 227/20
228/21 230/11 230/14
231/22

concerned [4] 162/7
170/9 224/20 238/5

concerns [11] 87/18
131/3 141/10 166/22
228/15 228/17 229/15
229/20 236/25 237/6
238/8

concisely [1] 60/1

conclude [2] 74/20
122/5

concluded [1] 152/9

concludes [1] 208/20

concluding [2] 150/16
150/17

concluding -- you [1]
150/16

concurring [1] 86/13

conduct [6] 25/22 27/1
29/3 103/4 143/17
143/25

conducted [1] 22/1

conducting [6] 27/22
28/12 111/7 112/14
175/16 175/16

confer [1] 194/19

conferred [1] 121/15

confidential [2] 37/10
48/24

confines [1] 102/6

confirm [2] 66/7 84/15

conflicts [3] 126/9
126/14 128/8

confluence [1] 181/6

confused [1] 170/9

confusing [1] 135/7

conjunction [7] 16/18
16/24 24/21 104/16
175/17 221/10 222/7

connect [4] 17/21
173/15 174/19 229/12

connected [11] 20/8
20/16 30/4 87/24
104/24 217/19 228/5
229/12 233/3 238/11
259/4

connection [6] 137/16
164/8 164/14 221/11
237/12 239/6

conscious [1] 177/17

consider [1] 102/1

considered [2] 6/4
245/10

considering [4] 155/12
155/14 156/1 156/2

consisted [1] 260/13

consistency [1] 83/8

consistent [4] 57/24
65/7 73/6 73/11

constitute [1] 262/2

consultants [1] 16/25

consultation [1]
257/15

consulted [1] 100/14

contact [2] 58/9 224/8

contains [1] 198/11

content [7] 49/2 49/8
53/4 55/2 57/13 57/18
66/13

contents [4] 122/10
124/22 199/11 199/19

context [16] 25/4 28/20
128/24 129/19 167/19
169/2 179/1 179/13
181/10 223/6 233/16
235/12 235/17 236/12
252/1 252/16

contexts [1] 21/1

continent [1] 93/21

contingency [1] 44/20

continue [9] 121/3

422/18 133/6 142/23
170/10 256/18 257/1
257/3 257/11

continued [2] 74/9
173/13

continuing [1] 256/17

contrary [2] 123/11
234/2

contributing [2] 185/9
185/9

contributor [3] 170/6
170/18 226/23

controversy [1] 263/7

conversation [63] 6/10
11/10 20/12 21/19
32/11 80/6 100/8
100/17 100/19 101/9
101/19 101/20 102/4
109/1 109/7 109/8
109/14 110/12 110/19
163/1 163/9 163/15
164/1 164/9 164/10
165/2 165/22 168/3
168/22 169/12 169/14
174/8 174/10 175/10
178/14 187/9 199/7
204/21 206/23 207/23
208/2 223/5 227/12
234/18 238/24 239/2
239/25 244/25 252/3
252/12 252/16 253/22
254/5 254/16 254/17
255/20 256/7 256/22
256/24 259/24 260/4
260/6 260/7

conversation.' [1]
133/14

conversations [87]
20/11 20/12 21/7 31/14
31/16 31/21 31/25 32/3
32/9 32/15 33/6 34/1
34/9 34/14 74/13 74/15
75/10 79/5 100/12
101/16 101/22 102/1
102/9 102/14 104/24
105/19 105/24 106/10
108/15 110/18 110/19
111/3 112/8 112/22
113/10 113/15 116/4
132/14 132/18 137/5
138/15 138/16 138/20
138/21 140/20 140/20
146/11 146/13 146/22
147/8 147/13 147/16
148/8 150/17 152/22
162/16 162/24 170/10
170/21 171/1 171/4
171/9 173/22 173/25
176/9 176/13 184/12
210/9 221/11 233/13
233/14 234/20 234/22
234/23 234/24 238/20
239/4 242/15 253/6
253/7 254/2 254/14
254/25 260/5 260/10
260/12 260/13

coordinate [1] 60/2

coordinated [1] 117/15

copied [1] 243/23

copies [1] 264/18

copy [11] 9/2 36/18
46/14 51/13 54/4 56/15
82/15 118/10 197/22
264/12 265/13

core [4] 75/2 75/2
226/23 227/2

correct [167] 9/12
13/25 14/18 19/17
19/18 21/12 21/17 22/4
25/21 28/7 30/23 32/1
32/2 32/17 39/7 44/7
47/13 48/22 51/17
51/18 52/18 52/24 53/6
53/7 53/9 53/10 54/20
54/21 55/3 55/7 55/8
56/17 56/18 56/21
56/22 57/11 57/15
57/16 58/25 60/6 60/24
60/25 61/8 61/9 65/1
68/4 69/15 70/3 71/16
71/17 71/19 71/23 72/3
76/24 78/15 78/16
82/12 86/19 86/20
93/18 94/1 94/12 98/5
98/6 98/9 98/10 99/7
99/23 99/24 104/2
104/7 104/8 104/11
104/21 108/18 108/19
112/15 118/6 118/20
126/22 127/9 127/21
128/9 131/22 134/20
141/6 144/21 145/8
145/9 151/24 152/12
152/13 152/25 153/8
153/19 154/22 155/6
155/15 156/4 164/18
164/19 167/22 168/7
171/18 171/22 172/25
175/4 175/6 177/24
183/21 184/6 187/7
188/24 188/25 190/2
194/23 198/8 200/24
200/25 202/5 202/11
202/18 203/4 203/7
203/10 203/14 210/15
214/13 215/19 220/16
220/23 220/24 222/19
225/13 225/23 228/19
229/6 229/13 229/17
233/20 238/6 238/15
240/18 242/3 244/4
244/10 244/10 244/15
245/6 246/4 246/5
248/5 248/15 248/18
248/21 248/24 248/25
249/11 249/12 249/25
250/1 252/7 252/23
252/24 253/13 259/9
260/9

correcting [3] 225/7
244/15 244/15

correction [1] 262/2

corrections [2] 8/12
8/13

correctly [48] 13/4
13/12 28/5 51/10 51/24
51/25 52/1 67/10 73/4
74/12 76/2 76/15 76/21

81/7 81/12 84/13 86/15
91/5 91/23 93/20 98/18
99/2 117/6 117/24
119/15 120/24 133/19
150/10 157/11 162/18
166/18 167/21 169/4
170/15 172/16 173/17
185/22 186/7 188/11
189/11 194/25 216/4
220/12 222/1 224/25
225/10 239/25 257/13

correspondence [5]
10/7 78/2 123/19
139/13 152/1

corresponds [1]
123/25

could [24] 25/13 25/13
40/17 44/21 59/3 62/24
63/4 63/20 63/22 73/21
84/14 92/6 92/6 108/3
116/11 163/22 181/14
181/16 181/20 201/21
204/9 242/21 245/8
249/7

couldn't [3] 34/16
155/13 156/2

Council [5] 14/4 15/2
15/3 25/6 89/21

counsel [19] 9/24
10/10 16/4 17/18 28/24
41/1 46/24 47/1 47/5
47/25 58/4 58/11 58/17
120/7 263/14 264/19
264/23 265/14 265/22

counsel's [4] 46/25
58/4 58/7 117/15

couple [8] 14/25 17/4
27/4 29/20 79/13
103/10 127/18 147/9

course [8] 30/6 62/25
137/21 139/3 179/11
180/1 211/18 226/18

courses [4] 24/4 105/8
226/11 239/21

court [11] 1/1 21/11
31/5 31/10 124/20
125/4 125/9 125/12
193/14 206/7 264/18

cover [4] 42/8 54/3
62/16 156/15

covered [2] 85/21
178/1

covering [1] 42/7

COVID [1] 37/7

CP [5] 23/7 23/8 23/11
24/6 24/7

craft [1] 195/12

crafting [2] 196/9
196/10

create [4] 42/22 44/5
59/25 226/6

created [27] 42/17 49/3
49/8 52/6 52/20 53/2
53/4 53/5 53/18 55/2
57/14 57/18 57/20
58/24 62/9 65/21 66/14
69/22 69/24 70/6 72/11
156/10 158/15 159/7
159/8 161/6 180/7

**C**

creating [4]  54/25 60/8
60/9 241/3
creation [2]  66/2
156/14
credential [1]  226/6
criteria [1]  120/22
critically [1]  181/11
criticism [3]  132/12
132/23 210/8
criticisms [1]  229/15
criticized [2]  209/4
criticizing [4]  210/15
228/23 237/1 237/7
crystal [1]  182/24
cues [1]  49/18
culture [1]  133/14
current [3]  13/22
172/15 226/13
curriculum [1]  28/14
cv [3]  1/2 264/8 265/7

**D**

dark [2]  93/15 94/1
data [1]  17/3
date [44]  36/25 37/1
37/20 49/2 49/7 49/11
49/12 52/3 54/19 61/4
61/4 61/5 61/10 61/14
61/24 65/16 65/20
65/22 66/3 67/7 69/13
70/6 71/5 74/1 99/8
99/12 156/20 157/5
157/16 157/17 158/22
159/1 159/16 168/13
171/17 222/17 234/6
234/9 247/21 249/17
250/8 252/13 252/19
258/17
dated [6]  3/16 150/21
172/8 198/6 220/5
247/24
dates [18]  36/19 52/2
61/20 67/17 68/1 73/3
73/17 100/5 146/16
157/9 157/14 158/5
158/11 158/13 159/11
174/2 174/3 248/14
day [20]  12/20 36/24
36/25 67/2 99/19
154/14 154/18 154/19
154/23 155/2 155/3
162/6 163/5 171/11
171/23 173/24 249/2
261/4 262/20 263/17
days [9]  37/23 153/18
155/15 156/3 172/11
174/21 175/2 249/17
264/15
deadline [6]  78/6 89/9
133/5 133/7 187/4
207/21
deadlines [37]  40/7
75/22 79/19 80/12
80/16 80/18 80/22
80/25 81/9 81/13 81/21
88/1 88/11 88/12 88/24
89/1 90/16 133/9

**133/10 135/18 141/14**
155/6 155/15 156/3
156/6 184/22 185/3
185/7 185/12 186/3
186/16 187/12 188/10
188/20 189/8 189/10
207/24
deal [1]  42/11
dealing [12]  26/7 26/10
26/11 27/5 27/5 27/12
143/10 177/21 179/12
190/13 226/14 258/4
deals [1]  143/20
dealt [1]  26/15
Dear [2]  264/9 265/9
debrief [2]  170/6
170/18
decade [2]  24/16 25/12
decades [2]  25/9 25/13
decent [1]  190/10
decent-sized [1]
190/10
decide [2]  166/13
257/19
decided [2]  61/11
257/16
decision [61]  30/22
32/18 32/22 33/4 33/7
33/9 33/10 34/10 35/8
35/13 38/25 39/10
39/13 43/7 44/11 53/11
61/23 62/11 65/17 67/7
70/6 70/12 73/11 73/22
73/24 76/23 77/5 77/6
77/8 77/11 77/17 77/20
78/14 78/21 78/22
78/23 85/18 88/10
88/15 88/15 88/23 89/5
100/16 125/13 158/23
189/13 189/15 189/18
189/19 228/10 229/5
230/12 231/23 241/12
241/15 241/22 242/2
246/3 246/19 247/10
248/23
decision-making [1]
246/19
decisions [1]  70/10
decisions' [1]  166/12
deeper [1]  250/15
DeFAZIO [4]  2/7 5/2
18/15 18/17
defend [2]  182/13
182/19
Defendant [2]  1/8 2/11
defending [1]  8/2
defer [1]  68/13
define [14]  25/12 26/1
32/10 36/22 46/20
57/19 57/20 78/10
78/10 97/15 102/20
145/3 154/17 191/6
defined [1]  130/5
defining [2]  129/7
129/14
definition [1]  235/23
definitive [1]  97/22
definitively [1]  159/5
degree [8]  22/7 22/8

**229/22 22/24 14 22/22**
22/25 22/25
degrees [1]  22/24
delays [1]  76/19
delegate [1]  133/8
deleted [1]  118/19
deliverables [5]  79/24
156/7 207/20 207/24
245/15
delivered [2]  76/20
186/20
delivering [1]  76/19
delivery [1]  155/9
Denver [5]  2/4 2/8 2/14
264/5 265/5
denying [2]  133/5
192/19
departing [1]  13/11
department [4]  27/23
72/25 211/18 220/19
departure [8]  12/6 13/2
13/5 13/6 13/9 84/3
84/6 117/10
departures [1]  18/9
depending [13]  17/19
17/20 17/20 18/11 30/5
30/8 30/9 58/14 118/16
191/5 216/14 217/3
242/18
depends [13]  32/10
36/21 46/20 57/19
97/15 102/19 129/6
129/7 134/25 134/25
144/25 145/3 154/17
depends -- you [1]
129/6
deponent [2]  263/6
265/15
deposition [92]  1/9
1/17 5/20 5/24 6/9 6/23
8/2 9/22 11/18 40/21
41/22 46/4 47/8 48/4
48/15 48/20 50/5 50/11
50/24 51/12 51/16 52/9
52/14 53/5 53/19 53/21
54/1 54/6 54/14 56/5
56/14 56/21 57/6 57/9
57/13 57/18 58/24
59/11 59/20 60/12
60/20 64/19 66/2 66/11
66/17 66/24 71/3 81/24
82/6 82/13 83/17 83/18
83/21 122/6 123/17
123/20 127/19 131/5
151/4 152/11 153/19
159/18 161/1 163/7
166/20 193/6 193/23
196/16 196/22 198/3
199/18 200/10 201/3
201/4 205/20 205/23
206/19 208/15 209/13
209/22 210/13 219/15
219/18 219/21 223/8
243/14 263/8 264/6
264/11 264/12 264/17
265/10
depositions [1]  48/18
describe [8]  14/5 15/22
23/10 26/25 35/7 86/21

**105/11 249/13**
described [10]  17/11
17/15 23/1 32/6 112/5
112/9 112/12 113/6
211/19 257/4
description [2]  15/19
17/14
design [12]  20/1
170/25 171/7 171/16
220/19 221/13 221/15
221/22 221/23 222/23
227/3 249/24
designate [1]  37/9
designated [1]  121/22
designer [2]  220/20
256/2
designers [1]  221/13
despite [1]  70/19
detail [2]  105/12
160/22
details [8]  28/16 48/25
52/13 57/12 71/12
81/17 124/2 175/20
determination [4]
39/22 107/25 150/12
151/1
determine [1]  163/21
determined [2]  61/25
108/4
determining [2]  102/6
157/14
Developing [1]  24/20
development [4]  24/18
25/2 169/3 258/3
did [231]  9/14 9/21
10/4 10/23 11/17 13/10
13/17 14/23 15/20 18/1
19/6 20/9 20/11 22/11
22/21 24/3 24/4 24/7
24/9 25/4 26/17 26/20
27/24 27/24 28/3 31/8
31/16 36/6 36/8 36/12
36/13 37/17 37/18 38/3
38/3 38/6 38/8 38/12
39/21 41/17 41/19
41/20 42/1 42/10 42/13
42/21 42/21 43/3 44/2
44/3 51/10 51/11 55/23
62/5 63/7 63/24 69/24
74/18 74/24 75/3 77/12
79/7 82/20 84/13 84/23
85/2 86/15 86/16 87/21
89/17 90/11 91/6 91/13
92/8 96/10 98/7 98/11
99/21 100/1 101/12
102/1 102/9 108/20
108/23 110/2 110/25
112/17 113/6 113/14
114/9 114/16 115/3
115/5 115/7 116/3
116/7 116/16 117/4
118/3 119/6 120/18
123/6 123/13 123/14
123/15 126/21 128/17
128/21 129/4 130/14
130/17 133/19 133/20
133/21 134/2 135/10
136/4 136/7 136/11
136/19 136/25 138/5

**138/11 138/12 139/17**
139/23 140/1 140/7
140/7 140/12 140/15
141/21 146/24 147/4
147/15 147/18 148/3
148/3 148/10 148/11
148/15 150/8 150/8
150/12 151/1 151/8
160/16 160/19 160/20
162/8 162/18 163/16
163/21 164/5 164/11
164/20 165/5 165/13
166/18 167/21 169/4
170/15 170/16 171/12
172/16 172/17 172/18
172/22 173/17 173/18
175/1 177/1 178/11
178/19 179/1 182/21
183/6 185/11 187/11
187/13 189/21 191/6
191/21 194/25 195/1
197/8 203/21 206/10
212/14 216/10 217/23
220/12 220/13 224/10
224/25 225/9 227/12
228/21 230/14 234/16
234/20 234/24 235/10
236/25 237/2 237/4
237/6 242/18 243/4
246/2 246/6 247/3
247/4 247/8 248/7
248/8 249/15 251/23
251/25 252/25 253/17
253/24 256/8 256/10
256/10 256/10 257/19
258/11 258/22 259/1
259/25
Did you [1]  112/17
didn't [46]  11/2 11/20
22/3 35/17 39/9 46/19
74/23 76/22 77/20
78/13 103/4 107/18
116/18 116/25 135/8
135/8 139/15 141/5
151/18 151/21 151/21
156/23 157/25 171/14
187/3 196/11 200/6
206/14 207/12 210/18
230/11 231/22 232/4
234/1 234/3 234/11
234/15 234/21 235/1
237/21 241/14 244/19
251/15 251/15 252/11
254/19
differ [1]  213/10
difference [2]  241/21
242/5
different [18]  6/9 20/24
20/24 27/4 33/10 75/25
92/6 121/19 137/2
138/16 140/16 144/15
180/23 184/5 212/19
213/6 214/22 255/8
differential [1]  132/25
differently [8]  98/25
99/5 101/8 162/9
163/18 181/16 181/20
183/2
differing [2]  135/18

**D**

differing... [1] 158/13
dig [1] 250/15
Digital [2] 76/4 188/21
dignity [1] 214/12
diligence [2] 105/2
217/23
diplomacy [2] 22/15
22/19
direct [20] 24/24 97/9
98/9 131/11 132/4
134/7 134/20 135/1
135/3 135/4 135/6
161/25 188/18 190/16
200/13 209/17 209/18
219/23 239/6 243/18
directing [2] 121/9
124/12
directly [21] 30/3 32/16
33/5 47/25 58/17 87/11
87/12 88/16 89/16
98/14 98/16 107/13
145/21 170/11 179/4
187/3 202/15 224/18
235/6 237/23 238/17
director [9] 36/11 84/9
84/19 84/21 84/23 86/6
86/10 106/25 258/2
disagree [2] 192/9
192/10
disagreement [1] 27/7
disagreements [1]
27/8
discharged [1] 207/5
discipline [4] 86/12
86/21 87/3 87/22
discover [1] 29/24
discovered [1] 106/16
discovery [6] 40/18
40/19 109/10 152/4
195/25 222/16
discriminated [1]
106/14
discriminating [4]
137/8 177/3 216/8
238/5
discrimination [121]
18/23 19/1 19/6 19/9
21/3 21/16 22/2 25/18
25/23 26/23 27/2 27/22
28/7 29/4 29/17 30/18
30/21 31/9 32/2 74/5
99/9 99/23 100/1
100/20 101/13 102/18
102/21 103/8 104/11
104/21 105/16 107/20
108/10 108/22 110/15
111/7 111/20 111/21
112/15 112/18 113/8
116/10 128/14 132/15
132/17 132/21 133/3
133/12 134/8 134/19
136/13 138/13 140/9
140/17 142/17 144/5
145/6 145/12 147/1
147/20 150/10 150/13
151/2 151/9 153/6

154/21 163/10 163/12
163/23 164/18 165/12
166/21 167/25 168/7
175/5 175/14 175/21
176/11 176/19 177/8
177/23 183/16 189/24
191/10 204/15 211/7
211/21 214/2 214/24
215/3 215/7 215/15
215/17 215/22 216/1
216/15 216/24 217/8
218/6 221/6 228/11
228/18 228/22 229/6
230/17 234/25 237/10
237/23 238/13 238/18
251/21 252/6 252/22
253/1 258/24 259/8
260/1
discrimination-related
[1] 26/23
discriminatory [1]
98/22
discuss [15] 41/20
84/8 84/18 109/4 122/4
170/13 170/13 171/13
206/4 222/24 230/10
231/16 249/24 258/23
259/1
discussed [16] 23/20
31/12 31/18 32/4 66/6
127/25 140/5 154/25
163/12 169/7 222/25
244/19 245/5 251/4
255/9 259/5
discussing [4] 122/14
170/17 184/6 244/21
discussion [12] 18/14
19/9 33/1 108/17
108/23 108/24 240/17
241/22 242/11 242/19
250/17 255/3
discussions [9] 33/13
33/18 34/5 35/12 70/9
78/17 78/20 113/5
170/3
dispositive [1] 95/2
dispute [1] 252/21
disputed [1] 183/21
distinction [6] 38/23
38/25 68/7 68/15 127/2
127/3
distinctions [2] 68/13
137/2
distortion [1] 249/3
DISTRICT [2] 1/1 1/1
Dittmer [13] 1/18 6/8
8/11 50/4 88/19 155/21
219/7 263/3 263/22
263/25 264/22 264/24
265/21
diversity [1] 177/21
division [10] 96/21
105/11 132/22 170/23
170/23 250/2 250/4
250/6 250/8 258/15
do [263] 6/5 6/18 8/22
9/21 11/7 11/14 16/9
19/11 19/25 20/15 21/8
22/24 23/3 23/5 23/6

33/11 24/3 24/10 25/16
25/22 26/20 27/24
27/24 32/8 32/22 36/7
37/20 38/4 41/15 42/18
43/11 43/14 48/10 49/2
49/25 50/24 51/1 51/5
51/20 53/11 54/9 54/10
54/15 54/22 55/14 56/1
57/17 64/17 64/22 66/2
66/8 66/9 66/13 66/15
67/3 67/4 67/20 70/8
71/6 72/13 72/14 74/4
75/8 75/13 77/21 78/7
80/11 82/8 84/4 84/11
85/6 85/10 91/10 92/8
92/16 92/25 94/19 96/8
97/14 97/15 97/15
98/15 99/8 100/6
100/16 101/12 102/22
109/18 110/25 111/19
113/6 113/19 116/16
118/17 122/9 122/17
122/23 123/23 125/8
125/14 126/5 126/7
126/23 126/24 128/15
129/18 129/20 129/21
131/20 131/25 135/21
137/23 140/15 141/21
143/17 146/25 147/3
147/15 147/15 147/19
148/4 148/16 150/9
151/8 152/15 153/14
153/15 156/18 157/10
158/5 158/9 158/16
159/10 161/2 162/14
162/23 163/11 164/1
164/1 164/2 164/5
164/11 166/5 166/23
166/25 167/6 168/1
168/17 170/17 172/20
172/21 172/21 173/19
173/25 174/4 174/11
175/18 178/7 178/9
179/10 179/18 179/21
180/13 180/14 180/23
181/13 181/14 185/8
186/2 186/13 187/4
187/25 191/8 192/6
192/10 192/25 194/9
194/14 195/9 197/16
198/15 198/21 198/22
199/24 200/19 200/21
201/6 201/8 201/8
201/19 201/23 203/20
204/11 205/13 206/19
206/21 206/22 207/11
207/12 208/22 209/1
209/5 209/9 210/11
211/5 211/20 212/2
212/21 213/22 214/24
215/2 216/15 217/6
218/25 220/25 221/5
221/8 221/23 223/5
223/23 224/1 224/15
226/16 226/22 226/25
227/5 227/9 227/12
227/14 228/4 228/9
233/4 233/21 235/8
235/10 235/11 235/18

236/13 239/14 239/16
240/5 240/12 240/15
242/14 242/17 243/8
243/8 244/20 246/17
247/20 248/2 248/4
250/7 250/19 250/20
251/19 252/25 253/5
254/18 254/19 258/5
259/14 263/4
docket [2] 38/18 62/20
doctors [1] 37/5
document [78] 3/11
21/11 42/16 45/22 46/3
46/11 46/19 47/19 48/7
49/11 49/15 50/19
50/25 51/2 51/4 51/6
52/11 52/16 53/18 54/7
54/16 55/1 56/6 57/9
57/14 58/3 58/24 59/12
59/22 60/8 60/13 62/9
66/3 69/13 70/6 71/15
72/10 97/16 112/17
113/2 114/9 115/16
115/22 116/3 118/18
119/7 124/24 131/12
139/15 140/1 156/19
156/19 157/5 158/22
159/8 159/17 159/25
160/2 160/19 161/1
161/3 161/12 161/14
161/15 162/7 162/11
164/21 165/12 168/5
172/5 191/17 195/24
206/8 209/6 222/12
222/21 223/8 235/1
documentation [42]
10/1 35/25 36/14 40/18
40/20 52/5 70/16 92/19
92/25 93/6 94/16 94/25
95/3 95/8 95/11 95/22
97/7 97/18 107/14
107/23 114/2 114/5
114/12 117/11 117/14
139/25 158/12 162/13
165/6 165/9 165/16
165/18 169/12 182/12
183/11 186/7 186/22
187/5 208/14 221/3
250/24 253/14
documentations [1]
41/6
documented [5] 95/2
132/10 210/6 234/19
234/22
documenting [1]
168/23
documents [54] 11/4
11/6 11/12 35/16 35/21
38/6 38/8 39/7 41/3
41/13 42/2 42/23 43/12
43/22 44/10 47/24
54/25 55/11 56/2 57/25
64/18 65/10 66/5 67/6
67/15 69/22 71/21
72/17 72/24 96/20
109/10 114/2 116/25
117/4 118/4 118/11
118/14 118/23 119/3
119/13 119/20 119/22

120/19 139/2 139/17
152/4 171/20 185/21
195/25 240/6 240/25
247/23 248/13 250/12
does [41] 7/3 8/8 12/11
14/3 14/6 33/9 61/10
61/22 67/7 68/2 95/1
102/16 122/20 123/12
128/1 129/22 135/3
135/4 135/14 162/21
163/2 163/2 165/1
167/12 168/9 168/10
169/6 171/21 171/22
173/25 195/11 198/23
206/8 208/6 208/7
217/19 222/10 225/16
252/20 253/15 253/15
doesn't [23] 23/25
54/23 62/10 65/16
73/21 89/8 97/4 124/8
143/6 144/1 152/7
167/11 178/20 183/3
183/4 195/14 199/7
200/4 200/5 212/18
233/18 241/7 241/7
doing [9] 10/2 25/1
28/20 50/18 98/24
115/22 116/22 226/6
245/16
don't [201] 7/11 10/11
10/12 10/12 11/2 11/12
12/17 13/5 20/13 21/22
23/16 23/17 23/18
23/25 28/3 33/3 36/25
38/10 38/10 39/2 41/25
43/18 43/25 43/25
47/20 47/25 51/25
52/22 53/14 57/23 58/2
58/16 58/23 59/1 59/8
60/7 66/4 67/18 70/14
70/16 70/17 70/18
71/18 74/1 74/3 77/13
77/13 77/16 80/19 83/3
89/18 90/23 91/8 94/4
94/11 94/15 94/18
94/21 95/4 95/20 96/3
96/4 96/5 96/14 96/14
96/17 96/17 97/16
99/11 100/5 103/22
107/5 107/12 108/7
108/8 112/19 112/19
112/22 112/24 113/4
113/16 114/1 114/24
115/16 116/16 116/21
116/22 117/21 118/1
125/11 129/13 133/24
134/3 134/3 135/6
139/10 139/13 142/1
142/11 142/14 143/4
143/23 143/24 151/19
152/2 152/6 157/2
157/7 157/21 158/3
158/9 158/9 158/25
159/15 161/11 163/20
165/15 165/19 165/21
165/23 168/11 168/12
172/20 174/2 174/7
178/13 178/14 178/24
179/2 179/3 179/13

**D**

**don't...** [71] 179/15
187/23 188/6 189/14
189/19 192/3 192/4
192/15 192/21 192/24
195/15 195/16 195/19
195/21 196/1 196/1
196/9 196/9 196/12
196/12 197/5 199/1
199/2 199/6 199/17
200/2 200/8 201/7
204/5 204/5 204/7
204/10 207/4 207/9
209/6 210/22 210/22
211/1 213/6 213/10
214/22 220/21 227/11
230/5 230/7 232/1
232/3 233/9 233/11
234/17 238/16 242/13
242/14 244/23 244/23
245/2 246/8 246/14
249/1 251/22 252/10
252/10 252/19 252/21
254/21 254/21 254/22
254/22 254/22 259/15
259/20
**don't -- you** [1] 143/23
**done** [26] 23/14 45/15
58/3 103/2 106/1
111/11 111/11 111/13
112/11 141/18 144/1
147/24 148/21 151/13
151/19 160/15 181/17
181/18 183/1 183/2
193/12 201/9 204/23
211/3 257/17 260/11
**done -- you** [1] 183/1
**double** [1] 260/24
**double-check** [1]
260/24
**down** [5] 49/1 68/24
168/17 194/17 215/8
**dozen** [3] 34/23 70/19
**draft** [4] 59/6 67/15
198/18 199/25
**drilling** [1] 68/24
**drink** [1] 7/19
**Drive** [2] 5/18 118/10
**due** [9] 18/8 75/15
105/2 107/3 136/10
153/25 217/23 238/8
265/19
**duly** [4] 5/5 263/6
265/16 265/18
**during** [48] 15/1 38/14
38/18 38/19 41/17
41/22 43/16 55/16
62/24 62/25 64/1 65/1
65/5 73/1 76/9 86/18
90/3 95/25 98/5 101/24
101/24 109/13 110/19
112/21 114/10 123/7
123/21 123/22 127/15
149/16 156/16 156/16
166/10 170/21 171/11
176/8 182/10 187/21
189/21 190/18 207/1
212/11 222/23 226/20

226/23 241/4 251/19
254/14
**during a** [1] 123/21
**duties** [3] 15/23 19/25
145/6

**E**

**each** [5] 6/12 47/15
80/2 82/9 110/14
**earlier** [18] 13/2 41/24
60/23 64/19 99/21
123/11 125/23 141/3
156/18 166/20 167/23
185/1 209/2 240/5
249/4 249/10 249/23
252/5
**earliest** [1] 99/13
**early** [6] 13/11 31/23
37/1 101/19 132/16
220/23
**earn** [2] 22/11 22/21
**easy** [1] 223/13
**eat** [1] 123/4
**Ebony** [6] 170/4
173/11 220/11 220/14
220/15 220/17
**educate** [2] 226/12
226/12
**education** [1] 178/2
**educational** [7] 22/5
22/24 23/11 23/13
23/18 24/1 25/2
**EEO** [4] 94/6 95/2
97/19 107/25
**effective** [1] 157/25
**efforts** [2] 243/13
260/8
**Egypt** [3] 93/21 94/8
94/10
**Egyptian** [4] 92/23
93/8 93/8 93/18
**either** [20] 12/17 19/22
19/23 61/15 85/8 85/25
86/17 96/18 97/7 103/3
107/13 107/15 118/13
125/3 134/2 161/9
173/23 221/12 224/8
227/19
**elaborate** [1] 39/3
**elaborated** [1] 132/16
**eLearning** [5] 90/2
90/9 91/12 91/12 91/18
**electronic** [1] 36/16
**element** [13] 15/21
16/12 16/13 16/22 20/4
101/7 110/6 196/2
228/6 230/19 244/14
246/1 254/2
**elements** [37] 16/16
17/11 20/15 31/12
31/19 32/6 38/3 64/10
75/25 101/1 109/18
109/19 110/11 110/14
110/17 110/22 111/1
111/5 144/11 144/19
145/20 145/25 149/11
150/2 150/5 161/7
161/9 169/14 171/6
182/25 190/14 208/6

**D**

399/3 210/18 216/13
218/23 256/3
**else** [13] 10/8 42/7
72/19 74/24 78/18
81/22 113/7 119/8
146/24 148/1 148/24
179/6 179/14
**elsewhere** [1] 161/10
**email** [168] 2/5 2/9
2/15 3/16 3/16 10/7
10/19 34/21 34/23
39/18 39/20 39/24
40/16 43/6 43/13 44/4
53/15 53/17 65/22
67/24 70/13 70/15
73/25 74/2 77/9 77/10
77/14 77/17 79/6
114/23 118/5 118/9
119/17 123/19 131/18
131/21 132/1 132/3
133/25 134/17 134/20
134/22 135/12 135/20
139/2 139/13 139/21
141/15 141/25 142/2
142/5 142/12 142/15
143/6 144/2 151/3
151/16 151/20 151/24
151/25 152/3 152/11
152/14 152/24 153/6
153/18 154/20 154/23
154/25 156/25 157/3
157/17 157/22 159/2
162/2 166/3 166/7
167/2 167/7 167/10
167/13 182/2 188/5
191/4 192/4 192/16
194/11 194/14 194/16
194/20 194/20 195/3
195/5 195/12 198/5
198/11 198/11 198/14
198/18 198/24 199/25
200/3 200/16 200/20
201/2 201/5 201/12
201/16 201/18 201/21
201/25 202/4 202/7
202/15 202/18 203/1
203/12 203/21 205/6
206/20 206/22 206/25
206/25 207/1 207/14
207/25 208/15 209/2
210/24 219/21 219/24
220/2 223/17 224/10
224/16 224/19 224/24
227/6 227/11 228/23
229/14 229/19 230/13
232/14 232/22 233/1
233/1 234/6 234/9
235/7 237/22 239/3
239/9 240/21 241/11
241/17 242/3 243/22
243/24 244/2 244/6
244/14 246/3 246/7
246/10 246/14 246/15
249/1
**emailing** [1] 197/10
**emails** [18] 12/9 40/6
40/24 78/4 118/9
118/19 120/3 120/7
139/11 141/19 187/20

191/22 192/11 192/20
204/12 207/7 207/10
224/7
**emotional** [2] 178/17
180/12
**emotionally** [1] 180/8
**empathize** [3] 180/13
180/14 180/15
**employed** [6] 21/4
21/17 22/3 24/8 249/16
263/13
**employee** [92] 3/13
14/4 14/21 15/14 15/15
15/16 15/20 15/23 16/2
16/5 16/13 16/14 16/16
16/25 17/13 18/1 18/6
18/21 18/23 18/25 19/2
19/2 19/5 19/5 24/15
25/23 27/5 27/22 28/12
36/9 38/17 42/16 44/8
44/10 44/13 44/14
44/15 45/12 58/10
62/19 64/17 67/8 69/14
71/22 71/24 71/25 72/1
82/16 84/7 84/10 84/17
84/20 85/1 85/2 85/4
86/7 86/11 87/13
102/17 103/3 103/8
103/24 104/1 104/6
104/11 104/12 107/23
112/14 113/21 119/19
126/20 127/6 128/6
132/9 144/21 170/5
170/22 171/10 209/25
210/3 211/6 212/12
217/7 217/13 220/18
221/16 222/7 231/13
249/10 249/20 258/4
258/15
**employee's** [3] 29/17
67/1 114/5
**employee-related** [3]
16/5 27/5 113/21
**employees** [15] 16/12
16/17 18/5 27/8 29/4
99/1 99/5 213/3 214/11
214/12 215/13 216/9
226/15 249/15 249/16
**employer** [11] 18/13
211/24 212/1 212/10
212/20 212/23 213/12
213/25 214/4 214/8
214/17
**employers** [5] 29/3
213/16 213/19 215/11
215/12
**employment** [22] 14/9
25/17 30/23 35/8 35/13
67/2 70/7 88/10 88/24
98/5 116/10 183/16
189/13 189/16 191/10
211/21 212/4 215/17
216/15 226/24 247/1
251/20
**employment-related**
[1] 14/9
**empowered** [2] 106/24
251/10
**empowerment** [2]

101/4 256/1
**en** [1] 37/16
**enclosed** [4] 264/10
264/13 265/10 265/13
**encompassed** [1]
15/19
**end** [11] 119/24 122/13
122/14 185/23 194/3
219/24 225/3 225/25
231/1 232/8 260/16
**ended** [1] 259/11
**endurance** [1] 7/17
**engage** [5] 16/13 74/9
253/24 256/17 257/1
**engaged** [2] 110/10
237/8
**engagement** [15]
16/15 16/25 82/16
103/25 170/5 170/22
171/10 171/13 221/16
222/8 222/24 225/17
249/11 249/25 258/16
**engaging** [1] 64/8
**ensure** [9] 29/8 29/13
29/17 86/11 87/21
116/11 162/12 165/6
197/21
**ensuring** [2] 83/9
211/6
**entered** [1] 247/9
**entire** [6] 8/11 108/10
160/19 170/23 178/16
237/16
**entirety** [1] 260/8
**entitled** [4] 1/17 3/11
3/13 138/10
**entry** [2] 172/7 178/6
**equity** [1] 177/22
**equivalent** [1] 86/3
**equivalents** [1] 86/8
**ERC** [5] 13/21 14/1
14/2 14/3 14/6
**erring** [1] 107/16
**error** [1] 116/19
**ESQ** [5] 2/3 2/7 2/13
264/4 265/4
**essence** [4] 85/15
85/21 87/16 259/22
**established** [2] 229/3
252/5
**et** [8] 8/23 173/15
**ethical** [1] 216/13
**evaluate** [1] 163/22
**Evans** [14] 2/13 123/11
123/23 124/10 124/16
125/1 125/25 126/2
126/6 127/8 127/20
128/2 128/4 264/4
**even** [25] 6/14 26/22
42/23 62/24 73/19 78/3
85/12 85/20 88/11
88/24 107/5 141/11
141/12 141/12 155/2
183/6 186/2 203/22
208/17 212/12 215/21
216/2 224/17 235/5
260/18
**events** [11] 28/10
80/10 129/3 136/10

**E**

events... [7]  166/16
181/6 182/6 184/6
211/19 227/21 228/6
eventual [7]  194/23
201/22 202/10 204/13
244/3 244/7 244/11
ever [27]  5/20 10/14
10/17 15/16 27/21
46/10 55/14 93/10
96/12 108/10 108/20
112/17 114/9 115/3
115/5 123/15 126/8
126/13 133/21 160/25
172/18 178/19 186/9
191/21 236/25 237/6
258/22
every [7]  8/14 44/20
51/19 140/1 197/18
214/8 214/17
everyone [3]  92/11
122/21 219/4
everything [11]  6/7
20/6 40/3 42/19 44/7
74/11 130/14 133/13
138/11 217/18 255/2
evidence [2]  106/12
136/8
evolved [4]  85/4 85/14
87/5 87/16
exact [6]  10/13 36/25
44/1 69/3 100/5 168/11
exactly [11]  11/2 13/5
67/12 75/7 92/3 94/5
126/25 157/3 157/21
171/23 249/2
exam [1]  24/6
examination [3]  3/2
5/7 263/6
examine [1]  113/14
examined [1]  5/5
example [1]  207/18
examples [4]  80/20
129/15 133/2 139/11
Excel [2]  59/13 59/22
excellent [2]  132/11
210/7
exchange [5]  14/18
15/9 15/10 15/12
114/23
exchanging [1]  12/9
excuse [7]  58/5 95/14
100/10 177/4 215/25
230/1 232/9
executive [2]  16/18
174/22
exhibit [83]  3/8 3/10
3/11 3/13 3/14 3/16
3/18 4/2 4/3 4/4 4/5 4/6
4/7 4/8 4/9 46/4 47/8
47/19 48/4 48/15 48/20
50/5 50/11 50/24 51/12
51/17 52/9 52/14 53/5
53/20 53/21 54/2 54/6
54/14 56/5 56/14 56/21
57/6 57/9 57/13 57/18
58/24 59/12 59/20
60/13 60/20 66/2 66/11
66/17 66/24 71/3 81/24
82/6 82/13 83/17 83/21
131/5 151/4 152/12
153/19 159/18 161/1
193/6 193/23 196/16
196/22 198/4 199/18
200/11 201/3 201/4
205/20 205/24 206/19
208/15 209/13 209/22
210/13 219/15 219/18
219/21 223/8 243/14
Exhibit 24 [2]  193/6
193/23
Exhibit 28 [5]  81/24
82/6 82/13 83/17 83/21
Exhibit 34 [1]  200/11
Exhibit 37 [6]  131/5
151/4 152/12 153/19
209/13 209/22
Exhibit 38 [2]  159/18
161/1
Exhibit 41 [7]  46/4
47/8 47/19 48/4 48/15
48/20 56/21
Exhibit 42 [3]  219/18
219/21 223/8
Exhibit 46 [5]  205/20
205/24 206/19 208/15
210/13
Exhibit 54 [6]  50/11
50/24 51/12 51/17
52/14 53/5
Exhibit 55 [5]  53/20
53/21 54/2 54/6 54/14
Exhibit 56 [11]  56/5
56/14 57/6 57/9 57/13
57/18 58/24 66/2 66/11
66/17 66/24
Exhibit 57 [2]  59/12
59/20
Exhibit 58 [3]  60/13
60/20 71/3
Exhibit 59 [3]  196/16
196/22 198/4
Exhibit 60 [2]  199/18
201/4
EXHIBITS [3]  3/7 4/1
64/19
exit [25]  35/25 36/13
36/14 36/15 38/6 38/8
43/21 51/13 51/19
51/20 51/23 51/23 52/6
52/21 53/2 54/25 60/10
60/21 61/1 61/4 61/5
63/3 64/16 65/10 65/16
exit-related [5]  35/25
36/13 54/25 60/10
64/16
exited [1]  64/15
exits [1]  51/14
expect [6]  196/3
213/16 213/19 224/15
256/8 256/11
expectation [2]  143/9
216/8
expectations [2]  87/14
88/2
expected [2]  224/23
256/14

experience [37]  14/22
15/14 15/15 15/24
16/14 16/17 24/1 24/12
24/16 25/7 26/6 26/7
26/22 26/25 44/14
55/25 72/2 72/3 85/5
90/11 90/18 91/20
104/3 104/4 104/7
111/15 112/10 112/13
127/6 128/6 144/21
180/20 183/25 212/9
214/10 249/20 258/3
experienced [3]
143/10 178/4 258/9
expert [3]  177/13
177/19 178/4
experts [1]  110/8
expires [2]  262/21
263/19
explain [1]  145/25
explicit [1]  163/8
explicitly [1]  252/21
exposure [1]  37/6
expressed [1]  170/9
extend [1]  133/10
extent [3]  63/21 65/9
120/16
extra [1]  206/15
extremely [1]  167/19

**F**

facilitate [8]  16/16
18/10 24/19 39/6 58/8
170/7 193/3 240/2
facilitated [12]  100/17
100/19 101/20 108/17
108/23 109/7 168/22
242/19 250/16 254/5
255/3 260/6
facilitating [2]  14/15
16/10
facilitation [5]  40/13
64/8 245/15 257/17
258/7
fact [13]  45/6 45/17
61/22 62/12 65/15 68/3
102/11 167/10 171/12
175/1 182/5 183/13
187/6
fact-finding [1]  102/11
factors [4]  185/7 228/3
245/20 257/25
facts [3]  183/5 183/18
183/20
fail [3]  6/3 133/4
135/17
failed [1]  187/14
fair [7]  17/14 25/8
176/12 184/23 185/4
204/11 205/14
fairly [1]  83/14
faith [1]  135/22
fall [2]  19/2 28/4
familiar [2]  82/17 163/3
familiarize [1]  160/24
fantastic [1]  90/11
far [5]  162/13 177/13
177/19 178/3 225/11
federal [7]  1/17 21/11

29/14 31/5 119/24
215/8 216/3
feedback [1]  90/14
feel [10]  112/23 115/7
150/7 157/10 163/21
166/11 166/13 172/14
210/18 253/17
feeling [4]  178/8
227/22 227/22 251/10
feelings [1]  251/7
feels [1]  135/16
fell [1]  35/24
felt [3]  19/23 110/1
178/11
few [3]  66/12 95/10
155/4
field [2]  24/1 53/4
figure [2]  251/16
251/17
file [2]  107/24 113/20
filed [8]  20/19 20/21
21/10 31/5 31/10 41/2
96/21 264/17
files [2]  118/10 247/1
filing [1]  264/15
filings [1]  97/19
filled [1]  91/7
final [10]  32/21 33/7
33/9 33/20 33/21 88/14
88/15 89/5 155/9 156/6
find [7]  55/23 136/7
173/9 216/23 216/24
255/17 264/10
finder [1]  168/25
finding [4]  102/11
151/5 256/25 256/25
findings [13]  105/23
106/6 106/9 113/12
114/15 114/16 115/6
139/19 140/25 146/21
151/5 152/10 183/7
fine [4]  122/21 137/20
138/3 219/2
finger [1]  219/6
fingers [2]  206/15
219/5
finish [1]  160/14
finished [3]  6/13 6/19
8/12
fire [6]  32/18 39/10
53/11 73/11 158/23
242/2
fired [10]  68/3 68/7
88/12 88/25 133/23
148/18 152/25 153/7
153/10 242/6
firing [6]  68/22 155/13
155/14 156/1 156/2
217/8
firm [1]  174/20
firm's [1]  126/3
first [36]  5/5 17/11
26/23 28/7 66/23 84/8
84/18 89/17 89/19
99/19 111/9 111/10
111/17 123/15 123/20
127/7 127/19 160/8
160/25 162/25 164/9
165/2 166/11 167/24

168/2 168/3 168/3
223/12 225/25 232/9
233/2 241/10 242/10
244/25 252/13 253/12
fit [1]  258/8
five [4]  92/11 132/10
133/15 210/6
fix [1]  8/14
focus [3]  17/10 198/17
208/8
focused [4]  16/14 76/9
101/2 148/22
folders [1]  119/17
folks [8]  14/14 85/25
95/16 105/25 113/15
118/15 189/7 227/3
follow [16]  8/18 49/21
82/20 83/6 95/4 132/6
168/25 171/1 171/6
221/21 224/10 232/2
232/3 250/1 259/12
259/22
follow-up [6]  8/18
171/1 171/6 221/21
250/1 259/22
following [7]  37/10
37/24 75/4 82/23 88/21
155/24 259/19
follows [1]  5/6
foregoing [2]  262/1
263/11
foreign [1]  25/2
forget [1]  7/5
forgive [2]  80/24 232/1
forgotten [1]  96/1
form [30]  30/24 61/16
61/20 61/21 68/2 69/18
72/21 111/22 116/1
127/10 144/6 145/15
149/22 154/5 175/23
180/24 182/16 187/16
190/3 190/22 191/23
196/5 202/19 203/15
204/1 204/16 212/24
229/9 237/20 263/10
formally [1]  65/18
format [11]  51/2 51/3
54/7 54/7 55/11 56/6
56/8 59/12 59/13 60/13
60/14
former [3]  126/19
127/1 128/5
formerly [1]  15/3
forms [3]  16/6 132/24
253/23
forth [9]  69/9 109/24
114/23 139/3 143/7
152/1 188/17 195/23
208/12
forward [17]  34/13
34/18 39/21 65/23
133/16 137/24 159/14
162/13 165/6 240/1
240/24 246/12 251/18
255/13 255/17 256/20
257/1
forwarded [1]  152/8
found [3]  8/3 77/7
113/13

**F**

**foundation [29]** 30/15
32/19 33/15 68/18 69/5
77/1 81/5 86/2 86/24
111/23 116/1 126/11
134/9 178/22 179/7
180/25 183/22 184/7
191/24 202/20 203/8
203/16 204/1 204/17
211/9 212/5 212/25
215/1 235/13
**four [2]** 28/15 36/3
**frame [5]** 8/23 105/8
149/4 169/2 190/19
**framed [2]** 20/3 68/11
**free [2]** 166/11 166/13
**freely [2]** 110/9 133/9
**Friday [6]** 73/2 73/4
123/22 153/22 175/8
223/22
**front [2]** 108/7 209/7
**full [4]** 5/12 9/17 44/5
160/22
**fully [4]** 23/16 38/22
61/16 91/3
**function [12]** 16/11
16/23 24/14 24/15
40/12 46/1 56/10 114/8
118/13 131/8 147/24
148/21
**funny [1]** 48/17
**furnishing [1]** 264/18
**further [9]** 68/24 75/10
122/14 133/17 152/16
257/16 260/10 260/12
263/12
**future [1]** 206/6

**G**

**gastric [2]** 37/15 37/16
**gather [1]** 260/9
**gathering [2]** 253/22
253/23
**gave [3]** 90/14 151/6
180/3
**general [22]** 3/12 34/2
35/4 46/15 46/23 46/24
47/1 47/6 47/7 54/5
56/16 58/4 58/4 58/7
58/11 58/17 81/19
120/7 121/14 124/1
124/2 165/17
**general -- you [1]**
124/1
**generally [6]** 15/22
69/12 96/16 96/17
192/23 245/4
**genuinely [1]** 192/10
**George [1]** 22/13
**get [15]** 41/17 59/5
69/8 90/16 123/6 131/7
183/12 184/10 189/9
194/22 197/21 244/9
247/14 253/20 253/20
**getting [2]** 9/1 90/13
**ghostwrite [1]** 191/21
**ghostwriting [5]** 192/4

192/7 192/9 192/15
192/25
**gist [1]** 138/7
**give [9]** 11/1 97/20
121/24 155/3 160/10
180/2 185/18 197/4
206/1
**given [16]** 70/19 85/24
107/19 124/3 133/1
133/7 142/16 170/9
172/15 180/5 224/16
224/17 235/5 263/12
265/16 265/18
**giving [6]** 172/18
175/19 176/2 224/2
224/11 251/1
**glad [1]** 37/19
**global [8]** 15/2 89/21
258/15
**go [54]** 5/23 7/18 26/17
26/18 36/12 37/17
50/12 66/6 69/20 72/22
74/22 77/2 81/6 86/25
116/2 120/18 122/23
125/16 127/11 127/12
142/22 144/7 144/9
145/17 149/24 154/7
154/8 160/13 160/18
160/18 175/25 178/23
181/1 187/18 190/23
190/24 191/14 193/7
194/2 194/21 196/17
196/20 202/1 202/21
203/9 203/17 204/18
209/8 211/10 212/6
213/1 216/25 236/19
239/8
**Godmere [4]** 101/25
102/10 138/21 146/13
**goes [3]** 133/12 172/13
218/15
**going [75]** 5/23 6/9
6/15 7/1 26/11 26/13
26/21 28/20 29/23
37/11 43/4 45/3 45/6
45/17 45/19 45/25 48/2
48/14 48/15 48/25 49/1
49/15 50/21 52/8 52/13
54/11 59/11 62/5 69/8
80/15 81/25 88/19
90/25 124/21 125/4
125/9 125/17 131/4
131/17 133/15 137/16
142/20 154/2 156/11
157/2 157/9 157/20
158/1 158/8 159/18
160/13 161/15 162/13
165/6 177/10 183/5
185/15 192/11 193/5
195/13 200/11 201/17
202/4 202/17 209/9
219/1 219/2 219/14
231/21 232/6 236/23
241/19 243/6 259/12
260/16
**gone [5]** 56/23 139/3
201/14 204/21 217/21
**good [10]** 3/18 5/9 6/1
37/19 66/22 95/6

192/7 192/9 192/15
**got [31]** 21/23 25/14
39/20 41/25 50/15
53/25 57/10 59/19
60/19 71/9 82/5 83/25
116/5 121/11 122/12
123/4 153/3 153/3
159/13 159/24 169/11
190/10 197/23 208/16
208/17 209/16 215/6
218/22 242/25 249/1
255/7
**gotten [3]** 34/22 139/2
140/6
**govern [1]** 102/17
**GPG [3]** 1/2 264/8
265/7
**Great [2]** 199/21 206/1
**ground [2]** 5/23 6/8
**group [2]** 246/19
247/10
**growing [1]** 224/19
**guess [6]** 25/24 232/7
237/18 237/25 253/11
258/21
**guidance [9]** 191/1
191/7 191/12 192/2
192/14 192/25 205/11
230/23 231/2
**guiding [1]** 133/12

**H**

**had [281]**
**had -- you [4]** 138/19
139/18 146/12 148/7
**hadn't [11]** 61/16 61/16
63/5 63/12 64/15 81/14
89/12 102/7 115/19
155/6 217/24
**half [2]** 223/16 224/4
**Hall [15]** 2/13 123/11
123/23 124/10 124/15
125/1 125/25 126/2
126/5 127/8 127/20
128/1 128/4 128/4
264/4
**hallevans.com [1]** 2/15
**hand [1]** 21/2 258/9
**handbook [1]** 103/4
**handle [5]** 63/10 63/15
111/20 231/3 232/16
**handled [4]** 36/10
47/24 181/16 181/20
**handling [2]** 105/13
105/13
**handling with [1]**
105/13
**hang [1]** 105/15
**happen [12]** 81/4 62/7
62/24 63/23 65/13
67/19 69/25 170/12
196/11 224/7 233/6
256/9
**happened [5]** 27/9
34/14 120/12 227/21
238/25
**happening [3]** 149/2
176/10 241/8

**happens [1]** 137/23
**happy [4]** 133/2 146/3
209/8 236/9
**harassed [3]** 178/8
178/12 178/15
**harassment [2]** 102/21
218/5
**hard [5]** 49/21 88/16
129/16 159/4 181/2
**has [39]** 8/11 23/14
29/25 46/3 47/11 50/10
51/3 61/3 67/8 85/14
86/12 93/25 124/25
132/9 165/24 167/14
170/6 178/21 181/18
184/5 203/3 206/16
210/5 211/20 211/24
212/22 213/3 213/13
214/8 214/17 217/7
222/17 224/5 224/7
237/18 237/18 244/14
258/3 259/11
**hasn't [3]** 29/25 29/25
70/19
**hats [3]** 189/22 190/7
190/11
**have [265]** 5/20 6/19
7/2 7/8 7/13 8/5 8/10
9/3 9/23 13/6 13/7 13/8
21/22 22/7 22/24 23/3
23/6 23/7 23/11 23/17
23/18 23/23 24/10
25/16 25/18 25/22
26/16 26/21 27/17
27/21 28/8 28/9 30/17
33/25 36/23 38/13
38/20 42/10 43/9 43/16
43/22 44/25 45/15
46/10 47/15 48/4 52/4
52/10 52/22 53/21
54/22 55/14 56/1 56/2
56/4 56/13 56/23 57/7
59/3 59/9 60/1 60/17
63/2 63/4 63/19 64/13
64/14 64/16 65/16 66/6
66/16 66/21 67/16
70/15 70/16 71/18
72/25 73/4 73/7 76/4
78/7 80/24 81/16 84/23
85/2 85/13 85/23 86/4
86/5 86/7 87/12 88/12
88/25 90/24 91/1 91/13
92/3 92/6 93/10 93/11
93/11 95/24 95/25 96/6
96/12 97/2 97/7 97/16
97/18 99/13 102/9
102/16 103/4 107/12
107/23 107/24 108/1
108/3 108/5 108/7
109/11 112/5 112/10
112/24 113/25 114/22
115/21 116/9 116/13
116/14 116/19 117/2
117/23 117/25 118/2
118/15 119/17 121/1
121/13 124/9 125/6
125/24 126/2 126/8
126/13 131/10 131/25
132/12 132/16 132/21

133/11 133/13 133/14
135/21 142/5 142/6
142/9 142/9 145/24
147/16 150/22 151/7
151/13 152/15 155/7
155/13 156/2 157/4
159/21 159/25 160/9
160/25 163/19 164/8
164/14 164/24 165/8
165/20 166/10 168/12
171/20 174/18 174/21
180/12 181/14 181/16
181/17 181/20 182/5
182/12 183/1 183/2
183/9 186/2 186/9
186/11 187/13 188/5
192/2 192/5 194/1
197/13 197/16 201/7
201/9 201/25 202/2
204/9 204/23 204/23
206/8 206/25 207/1
209/6 210/7 212/3
214/1 215/12 215/12
215/23 215/24 218/1
218/3 218/16 220/9
220/11 221/25 222/17
224/6 225/21 228/3
230/9 231/16 234/1
234/12 234/13 234/20
234/24 235/21 236/25
237/6 240/2 240/16
243/3 246/23 246/25
247/11 247/13 248/14
250/7 250/12 250/24
251/15 251/24 253/11
254/13 254/18 255/2
257/16 257/23 258/8
260/17 260/21 262/1
263/16
**have -- you [1]** 117/23
**haven't [5]** 28/14 34/22
102/24 103/10 140/6
**having [31]** 5/5 26/17
31/4 37/15 77/14 77/24
78/1 78/2 80/5 110/7
110/9 113/15 172/24
176/9 176/13 182/3
182/7 182/11 183/10
183/18 194/19 201/14
202/23 202/23 206/19
221/2 223/2 227/16
234/17 246/22 254/16
**hazy [1]** 115/11
**he [21]** 13/11 77/12
105/3 105/12 105/24
115/9 124/25 147/8
147/15 147/16 162/15
162/16 173/14 173/15
174/21 197/3 202/3
231/7 239/12 246/6
246/10
**head [2]** 11/14 27/20
**heads [1]** 231/18
**hear [5]** 37/19 123/13
126/21 138/2 172/18
**heard [8]** 55/20 78/9
126/18 186/3 220/11
241/10 242/11 255/16
**hearing [2]** 107/13

**H**

hearing... [1] 167/24
held [2] 147/13 250/2
help [9] 14/13 133/15
169/1 191/21 193/3
202/4 203/21 226/11
226/12
helped [4] 192/11
192/20 195/12 198/24
helping [8] 18/9 24/18
24/22 105/8 189/24
190/19 199/24 204/12
her [193] 8/1 10/15
10/18 12/23 13/1 13/7
28/7 30/23 31/25 33/4
55/16 55/20 55/24
58/23 62/13 75/17
76/12 79/15 88/11
88/24 89/20 89/24
89/25 89/25 90/1 90/1
90/5 90/6 90/10 90/19
91/10 91/15 91/18
91/24 92/20 93/14
94/11 94/19 95/25
95/25 96/10 96/12
96/14 96/20 96/23
96/23 97/2 97/3 98/5
98/9 98/23 98/25 99/4
106/19 106/24 107/14
107/19 107/23 108/21
108/21 109/3 109/5
109/5 109/6 109/6
110/2 112/18 113/2
113/2 116/10 117/10
118/5 120/20 123/8
123/13 123/21 125/21
129/1 129/4 130/22
131/2 134/18 135/19
135/19 135/24 135/24
136/12 136/13 140/9
140/15 140/17 148/13
150/11 151/9 153/17
154/20 154/20 154/22
155/6 155/14 156/2
162/14 162/16 162/22
163/7 165/3 165/5
165/12 167/14 169/1
169/2 172/15 174/12
175/3 175/20 176/10
176/18 178/17 178/24
180/2 180/3 180/3
180/3 180/5 186/10
186/14 187/6 187/11
187/14 189/25 190/19
190/20 191/1 191/6
192/14 194/23 195/5
204/13 204/14 208/2
209/4 220/9 220/10
220/20 221/6 224/5
224/8 224/17 224/20
224/20 224/21 225/2
225/6 226/23 228/10
228/11 228/18 229/5
229/6 230/19 230/20
230/20 231/4 231/4
231/9 232/8 232/10
235/3 234/7 234/15
234/18 234/25 237/2

238/6 238/17 244/10
245/25 248/23 251/6
251/7 251/7 251/13
251/17 254/16 256/1
259/4 259/7 259/7
259/12 259/13 259/14
260/1 260/5
her -- you [4] 96/23
109/5 109/5 135/24
here [33] 31/7 32/6
38/23 46/17 48/5 48/16
48/19 52/23 61/21 71/9
107/4 115/11 127/8
127/15 135/13 144/16
167/14 174/16 174/20
180/13 194/8 194/11
196/14 196/19 196/20
198/9 208/7 208/10
209/16 210/24 219/19
244/17 245/1
hereby [2] 262/1 263/4
herein [1] 263/14
hereto [1] 263/8
herself [13] 164/21
224/12 226/1 227/7
227/15 228/10 229/4
229/5 229/24 230/12
231/23 232/10 238/3
Hi [3] 166/9 195/6
223/25
high [1] 28/18
highlighted [3] 61/4
194/12 243/21
him [14] 12/4 13/10
13/10 13/12 13/12
13/15 34/21 105/7
124/12 124/21 124/25
125/9 125/14 238/18
hindsight [1] 180/22
his [7] 122/5 193/12
193/16 193/18 202/12
202/13 205/8
history [3] 22/10
132/11 210/6
Hoffman [1] 122/1
hold [4] 14/23 48/23
70/25 92/18
holder [1] 71/5
holds [3] 119/13 120/8
120/9
holiday [1] 254/11
home [1] 5/16
hone [1] 255/12
honed [1] 255/24
honest [1] 55/24
hope [4] 104/4 123/4
133/16 207/6
hospital [3] 207/4
207/7 207/10
hostility [1] 132/23
hour [2] 195/3 260/21
hours [3] 127/18
127/18 260/22
how [57] 5/25 8/22
10/4 10/23 10/23 19/5
25/12 25/17 25/25
32/10 36/22 46/20
57/19 63/10 63/15
68/10 68/11 77/21

84/16 92/24 94/5 94/24
94/24 95/2 96/5 96/10
97/15 97/19 98/7 98/11
99/25 102/19 122/20
125/5 129/7 129/13
134/25 135/1 136/25
137/1 145/3 145/23
154/17 186/13 191/6
193/1 193/1 224/3
225/14 230/23 231/3
231/6 232/15 238/1
242/19 246/17 251/17
how -- you [2] 94/24
136/25
how you [1] 134/25
HR [38] 15/13 16/11
16/23 17/7 17/8 17/17
24/1 24/13 24/14 24/17
27/23 34/5 40/12 44/25
47/4 72/25 76/4 104/15
104/18 114/7 117/13
118/12 119/19 132/19
143/13 147/24 148/21
168/23 188/21 190/7
190/10 211/4 211/18
212/11 212/18 213/11
259/22 260/10
HR-adjacent [1] 24/17
HRIS [3] 17/2 63/16
246/25
huh [79] 6/24 6/25 9/18
26/4 35/3 47/10 48/6
48/11 48/21 49/4 49/16
49/19 49/19 50/20
55/13 56/7 59/14 60/15
61/7 64/21 66/18 66/25
81/2 82/1 84/12 84/12
95/9 97/11 108/16
131/9 150/25 156/21
161/19 161/22 162/3
163/6 166/1 166/6
166/24 168/16 169/5
172/6 178/10 190/17
194/15 195/10 196/23
197/1 198/12 198/16
198/20 200/12 200/15
203/5 205/19 205/22
208/18 208/23 209/21
210/1 210/12 219/17
219/20 220/1 220/4
220/6 223/18 223/24
224/14 226/3 231/19
232/12 236/1 239/10
240/13 243/20 244/1
248/16 249/12
huh-uh [2] 6/25 49/19
human [20] 1/7 9/8
9/10 9/12 23/3 24/11
25/8 25/9 82/17 82/20
82/24 84/9 84/19 84/22
84/23 86/6 86/10 104/9
144/23 145/7
hung [1] 208/21
hunter [10] 2/3 2/5
5/10 122/17 125/12
137/11 137/14 193/22
197/2 265/4

**I**

I -- you [29] 92/5
104/22 106/15 108/12
110/16 112/1 112/9
114/20 116/18 134/21
141/25 142/1 142/10
142/18 143/9 143/23
144/12 144/17 146/17
146/17 157/7 158/2
158/3 162/23 162/24
173/1 174/11 180/16
185/19
I believe [1] 81/4
I would [1] 175/22
I'd [9] 25/15 52/25
159/17 172/7 177/5
194/2 197/3 209/8
219/4
I'll [12] 55/10 131/11
135/11 161/23 197/19
205/24 209/18 210/2
222/12 236/9 241/19
243/18
I'm [172] 5/10 5/23
6/15 7/7 10/16 12/13
21/7 21/24 23/15 23/15
37/19 40/22 42/3 46/3
47/7 47/8 48/2 48/23
48/25 49/1 49/10 49/15
49/20 50/18 52/8 52/8
52/13 54/15 56/22 59/7
59/7 59/11 61/18 61/21
62/9 66/1 66/10 67/11
67/14 69/7 69/8 71/11
71/11 73/3 73/3 74/24
75/15 76/5 76/20 80/19
81/25 88/18 93/6 94/13
94/14 94/17 94/19 95/4
96/2 96/3 96/9 99/17
103/12 103/19 103/19
103/22 107/7 107/7
107/7 107/11 107/16
107/16 108/8 110/10
110/21 115/10 117/24
121/8 122/1 124/12
124/18 124/20 124/25
126/17 128/10 131/4
132/2 135/7 137/13
137/15 138/10 139/1
140/4 142/24 142/24
146/1 147/10 147/23
148/2 148/19 148/25
149/3 150/23 151/13
151/13 151/14 151/15
153/1 155/18 155/20
157/11 157/15 159/6
159/18 160/2 160/2
160/6 160/11 160/15
167/3 172/13 173/2
173/6 173/11 174/15
177/12 178/3 178/8
182/21 184/18 184/24
185/15 185/19 185/22
188/11 193/5 193/13
197/2 197/9 197/17
200/11 200/16 205/21
207/9 208/25 209/9
209/12 215/24 215/24

224/17 224/19 228/25
231/21 232/1 232/1
235/2 235/5 237/24
237/24 237/25 239/4
239/24 241/18 242/7
249/5 249/6 252/2
253/11 254/23
I'm -- you [1] 159/6
I've [29] 6/13 19/13
25/14 25/14 26/7 26/14
50/15 53/25 55/20
57/10 59/19 60/19 71/9
82/5 83/25 96/25 112/9
140/10 143/10 159/24
161/11 178/1 196/13
197/18 204/21 205/4
207/11 209/16 217/18
ideas [1] 231/16
identical [3] 201/2
201/9 203/19
identified [3] 95/17
97/19 249/22
identifies [2] 96/5
96/10
illegal [1] 215/16
imagine [1] 97/12
immediately [2] 132/20
167/16
immigration [7] 15/2
24/23 26/8 27/14 27/17
89/21 119/21
immoral [2] 216/18
216/20
impact [5] 130/2 130/3
130/10 131/1 148/12
impacted [1] 130/23
impacting [2] 218/21
impacts [2] 129/9
141/13
implement [1] 119/6
implementation [1]
16/24
implemented [1] 17/8
implication [1] 166/14
important [9] 29/2 29/6
29/7 82/24 83/6 83/13
181/11 183/11 191/9
importantly [1] 162/8
imposing [1] 133/4
impression [1] 176/17
improve [4] 243/4
243/11 243/12 255/14
improvement [4] 87/8
87/19 243/1 245/17
incident [1] 195/19
include [13] 8/22 11/7
15/20 18/22 18/25 38/6
54/4 67/6 139/23
148/10 148/11 177/23
218/5
included [17] 14/13
16/7 16/23 24/2 40/4
40/4 40/6 109/10 134/2
141/17 141/19 170/22
187/21 189/8 210/25
227/3 241/2
includes [4] 12/9 30/3
214/15 245/13

**I**

**including [5]** 28/2 36/15 132/18 171/7 189/1
**inclusion [1]** 177/22
**increased [1]** 132/23
**independently [3]** 96/4 187/12 203/22
**India [1]** 16/21
**indicate [6]** 61/10 61/23 67/7 72/11 135/8 241/7
**indicated [14]** 47/11 64/23 65/15 93/17 107/3 108/14 128/7 137/5 141/1 141/3 167/23 175/11 242/1 244/18
**indicates [8]** 53/4 54/19 55/1 57/13 65/3 65/16 71/15 168/6
**indicating [3]** 135/5 240/17 259/18
**indication [1]** 224/11
**individual [6]** 92/6 122/5 126/20 170/5 170/18 218/19
**individuals [7]** 24/24 30/3 85/23 102/4 113/6 136/6 218/3
**industry [2]** 14/8 23/24
**inference [2]** 73/11 203/21
**inflexible [1]** 133/4
**inform [1]** 123/14
**informal [1]** 102/2
**information [21]** 17/9 27/16 29/24 37/11 73/17 108/2 113/10 113/14 113/22 124/20 124/24 125/2 146/18 233/24 234/1 253/8 253/10 253/20 253/22 253/23 260/9
**informed [1]** 67/25
**informing [2]** 43/7 157/1
**inherited [1]** 17/3
**initial [6]** 3/7 41/1 41/2 163/15 252/11 252/11
**initially [3]** 20/21 99/22 104/19
**initials [6]** 199/2 199/5 199/9 200/3 203/3 204/7
**initiative [1]** 226/20
**initiatives [1]** 79/16
**insert [1]** 47/12
**insights [1]** 150/15
**insofar [9]** 112/16 128/10 140/4 147/23 148/2 148/19 148/25 182/21 184/17
**instance [2]** 118/4 141/1
**instances [1]** 106/22
**instruct [3]** 124/21 164/20 165/5

**instructed [2]** 165/11 166/11
**instruction [3]** 72/18 125/14 125/22
**instructional [17]** 19/25 170/25 171/7 171/16 220/19 220/20 220/20 221/10 221/12 221/13 221/15 221/21 221/23 222/23 227/3 249/24 256/2
**instructions [1]** 8/22
**instructive [1]** 231/6
**instructs [1]** 8/6
**insubordinate [1]** 208/3
**integrity [7]** 144/4 145/11 149/19 150/2 150/5 182/13 182/20
**intent [3]** 167/19 230/8 251/15
**intentionally [1]** 177/2
**interactions [2]** 189/25 190/20
**interest [3]** 126/9 126/14 128/9
**interested [1]** 263/15
**Interesting [1]** 22/20
**internal [6]** 81/13 82/17 82/20 82/24 102/16 218/8
**internally [2]** 41/1 242/9
**International [2]** 15/4 25/6
**Internet [1]** 137/16
**internship [3]** 14/16 24/19 24/21
**interpretation [2]** 25/14 26/2
**interrupt [1]** 6/12
**interruption [2]** 137/10 137/12
**interview [2]** 102/2 259/25
**invariably [1]** 136/17
**investigate [23]** 19/6 26/24 101/13 110/25 113/7 128/21 129/4 138/5 138/12 140/7 140/15 141/22 146/25 147/19 147/21 148/4 148/16 150/8 151/9 152/16 211/14 252/25 254/20
**investigated [9]** 25/18 29/18 108/10 110/13 110/21 130/6 136/12 204/14 211/8
**investigating [17]** 18/22 99/22 100/2 103/7 104/10 104/20 110/14 116/12 140/17 141/4 142/16 145/5 189/23 191/9 210/19 230/16 235/24
**investigation [38]** 22/1 26/18 27/1 28/20 30/10 74/5 74/19 75/3 100/20

49/12 103/6 105/16 111/10 114/10 115/23 128/13 130/18 139/16 140/2 141/18 144/4 145/11 147/22 148/21 149/1 149/19 152/10 164/6 164/12 175/13 175/17 179/2 182/12 182/13 182/20 183/6 184/13 260/1
**investigations [7]** 25/23 28/2 28/12 29/3 102/17 111/7 112/14
**involuntarily [3]** 39/14 68/8 242/6
**involuntary [15]** 18/7 34/4 34/11 51/15 60/2 63/11 68/5 68/10 68/20 69/10 70/4 84/2 84/6 86/13 153/10
**involve [4]** 26/17 34/4 34/5 170/11
**involved [34]** 16/2 18/2 19/8 19/10 30/4 32/16 33/6 33/13 34/7 35/12 39/5 39/17 40/10 70/9 76/3 77/5 77/6 77/24 78/1 79/5 89/5 105/21 111/18 139/8 139/9 144/12 144/15 144/19 145/21 145/25 146/23 150/2 150/6 257/4
**involvement [3]** 35/7 35/9 38/2
**involves [2]** 33/1 68/21
**involving [5]** 24/18 31/21 32/3 32/7 40/13
**is [271]**
**is -- you [2]** 109/16 135/14
**ISD [6]** 170/7 170/17 170/24 171/13 224/5 225/16
**isn't [8]** 14/12 32/16 149/15 172/25 213/16 215/15 230/24 259/2
**issue [12]** 17/20 18/25 19/2 76/15 130/4 137/18 143/24 187/25 188/8 218/4 218/20 233/3
**issues [32]** 18/5 18/5 18/6 24/23 26/11 26/16 27/6 27/8 27/12 29/9 29/10 75/23 76/20 79/8 79/11 79/19 79/23 80/16 80/22 80/24 81/3 87/10 87/13 172/14 212/10 214/9 214/11 226/14 250/25 251/8 256/18 258/4
**it [454]**
**it -- you [1]** 190/12
**it looks [1]** 155/2
**it's [74]** 7/7 7/7 8/15 14/1 15/3 18/4 22/18 23/19 23/21 23/22 29/2 29/7 29/21 30/18 32/25 32/25 48/7 52/11 55/17

61/4 67/15 68/22 68/23 68/24 68/25 89/10 93/15 94/20 103/14 108/3 134/7 152/20 154/3 159/4 160/23 169/20 172/12 174/18 181/3 191/9 191/19 191/20 191/20 194/3 194/12 195/21 196/11 197/5 201/11 203/20 209/19 211/11 211/22 212/3 213/6 213/12 213/17 214/22 215/16 217/6 217/12 218/7 218/12 218/15 225/20 226/8 226/9 233/4 233/19 238/4 244/12 244/16 245/21 259/17 257/2
**items [9]** 44/6 60/10 113/24 113/24 117/13 161/5 237/22 257/1 257/2
**its [27]** 82/23 83/6 126/6 212/3 212/4 212/22 213/3
**itself [1]** 203/12

**J**

**J-1 [5]** 14/18 27/18 49/2 91/3 119/21
**J-a-c-k-s-o-n [1]** 5/15
**JACKSON [41]** 1/9 3/9 3/15 5/4 5/9 5/15 5/17 9/22 41/11 49/17 50/11 50/25 52/17 52/23 52/23 54/20 55/10 71/16 71/19 77/2 92/16 121/10 121/22 122/9 123/3 125/6 125/20 127/24 128/1 162/5 167/17 194/20 202/17 206/20 219/14 220/3 223/20 262/1 262/18 264/6 265/10
**JACKSON's [1]** 264/11
**James [15]** 55/12 55/15 55/17 55/23 58/12 58/22 72/18 117/9 117/12 117/19 117/23 118/8 120/19 122/11 140/3
**James-Rouse [10]** 55/12 55/17 58/12 58/22 72/18 117/9 117/12 117/23 118/8 140/3
**Jeanne [30]** 11/20 11/23 100/10 101/17 102/11 131/22 132/18 132/20 138/8 138/17 146/10 147/5 167/16 167/18 170/3 170/8 170/11 189/8 194/12 195/2 202/2 202/16 224/4 225/16 233/16 243/22 244/2 253/7 253/10 253/12
**Jim [1]** 58/16
**job [6]** 15/18 15/22

18/21 69/4 90/12 112/12
**join [3]** 166/13 166/14 175/1
**joined [3]** 18/15 18/17 27/23
**joint [2]** 126/10 126/15
**July [63]** 15/5 31/23 74/14 75/6 75/20 76/9 76/10 79/8 101/20 141/5 141/12 141/19 146/15 150/18 169/25 170/8 170/19 171/14 172/8 172/9 172/11 173/7 173/20 174/23 178/5 188/12 190/18 221/25 222/9 222/10 224/4 224/9 224/9 224/10 224/25 225/15 225/18 225/22 234/7 234/20 234/23 234/23 238/21 238/21 250/9 250/11 250/14 250/18 253/2 253/24 254/7 254/10 254/17 255/3 257/5 258/12 258/16 258/22 259/9 259/10 260/7 264/3
**July 17 [2]** 169/25 170/19
**July 20 [7]** 170/8 171/14 222/10 224/4 225/15 225/18 225/22
**July 2012 [1]** 15/5
**July 2020 [1]** 234/23
**July 27 [6]** 172/8 172/9 173/7 173/20 178/5 224/9
**July 28 [1]** 224/10
**July 29 [3]** 172/11 224/9 234/7
**July 4 [1]** 254/10
**July 7 [12]** 250/18 253/2 253/24 254/7 254/17 253/3 257/5 258/12 258/22 259/9 259/10 260/7
**June [42]** 1/14 3/3 74/8 75/6 99/14 99/16 99/18 99/20 132/16 141/5 141/18 146/9 150/18 162/6 162/22 162/25 163/1 163/8 163/13 167/1 167/6 167/25 168/4 168/7 168/13 168/8 175/7 190/18 221/24 222/2 228/6 252/7 252/14 252/23 253/2 253/24 254/10 254/13 254/20 254/20 261/4 264/7
**June 12 [11]** 162/6 162/22 163/8 163/13 168/7 168/13 252/7 252/23 253/2 253/24 254/20
**June 20 [1]** 175/7
**June 25 [2]** 221/24 222/2
**June 30 [11]** 99/14

**J**

**June 30... [10]** 99/18
163/1 167/1 167/6
167/25 168/4 169/8
252/14 254/13 254/20

**jury [1]** 205/18

**just [123]** 5/9 5/24 7/2
7/8 7/16 7/19 7/22 10/6
10/7 13/4 13/12 18/17
20/17 20/20 20/22
21/14 21/24 23/1 25/19
25/19 26/11 27/19
31/24 34/5 44/12 47/17
47/25 48/7 48/18 48/20
49/19 50/16 52/11
54/16 57/9 61/5 61/24
65/13 65/24 70/16 71/4
71/13 71/13 72/15 78/8
78/14 81/19 83/11
90/25 93/2 94/17 95/20
103/19 103/21 107/4
123/10 125/21 126/25
132/12 133/2 135/9
137/24 144/15 150/23
151/3 152/23 153/4
153/5 155/18 155/20
158/16 160/1 160/6
160/10 162/1 166/16
167/7 168/5 168/17
180/4 180/11 185/18
186/21 188/15 192/19
193/10 193/24 194/6
196/12 200/8 204/10
204/10 206/1 206/6
209/17 210/2 210/8
210/14 212/8 212/9
212/12 212/17 213/23
215/15 216/7 218/13
229/3 230/4 230/6
231/17 232/19 233/17
237/4 243/15 244/16
247/18 248/10 251/8
254/11 255/12 257/4
258/13 258/18

**justification [1]** 209/4

**K**

**KAITLIN [4]** 2/13
142/20 154/8 264/4

**Katherine [2]** 10/12
10/14

**keep [7]** 72/4 119/22
162/12 162/15 165/8
207/18 219/1

**kept [4]** 105/4 143/15
162/16 165/6

**Keren [4]** 3/10 36/10
36/17 42/11

**key [3]** 77/16 254/2
256/3

**kind [11]** 9/17 71/4
121/14 122/1 154/3
176/18 226/23 228/23
257/4 259/2 260/17

**knew [10]** 21/15 44/22
63/15 89/20 90/6
156/22 156/25 161/6
241/8 252/5

**know [3316]**

**know -- you [63]** 88/4
89/3 92/5 92/21 93/6
94/3 94/8 94/8 96/24
96/25 97/17 98/1 100/3
101/14 101/23 102/3
105/7 106/2 106/8
108/6 108/6 109/5
109/5 109/15 110/23
111/14 112/3 112/9
114/6 114/6 119/11
120/22 124/3 128/5
129/15 129/15 136/24
138/23 142/10 144/12
146/18 153/9 154/10
156/7 158/10 159/7
163/24 171/1 173/1
173/2 176/14 176/23
179/2 179/25 182/7
183/4 183/5 184/1
184/9 184/16 184/17
187/20 191/5

**knowing [14]** 62/5 62/8
63/22 65/20 67/12 96/8
97/1 154/1 156/10
157/6 157/17 159/3
217/1 260/16

**knowledge [15]** 23/22
33/12 75/13 78/7 111/6
119/6 146/24 147/18
148/3 148/15 149/14
151/8 183/23 187/14
188/4

**known [5]** 15/3 89/23
95/25 97/1 207/11

**L**

**La [9]** 55/11 58/11
58/21 72/18 117/9
117/12 117/23 118/7
140/2

**labeled [3]** 94/5 95/15
199/12

**labor [2]** 36/24 105/11

**lack [6]** 76/16 79/14
79/14 101/3 232/17
232/23

**Lafayette [3]** 2/4 2/8
265/5

**language [3]** 110/3
194/22 244/9

**largely [1]** 45/20

**last [24]** 5/15 11/23
11/25 12/3 12/20 12/22
12/25 49/11 49/12
52/16 53/8 54/19 54/20
55/6 67/2 71/15 137/17
147/3 167/4 178/5
184/25 225/3 231/1
243/18

**late [13]** 74/8 74/14
75/5 75/5 99/16 99/20
118/17 146/9 146/15
150/18 150/18 174/23
254/9

**later [12]** 30/12 53/9
122/4 133/23 152/25
153/8 162/5 173/16
195/3 222/12 222/21

**Laurie [1]** 169/1

**law [5]** 2/3 126/3
213/20 218/8 265/4

**laws [4]** 27/17 29/15
213/5 213/14

**lawsuit [1]** 183/16

**lawyers [1]** 9/3

**lay [1]** 87/13

**laying [2]** 87/17 87/17

**lead [1]** 122/2

**leadership [2]** 34/6
79/16

**leading [5]** 33/4 89/13
91/7 141/12 186/4

**learn [3]** 29/24 98/7
98/11

**learned [21]** 19/15
98/13 98/16 99/8 99/19
99/25 100/11 127/7
127/14 127/14 127/19
132/21 136/1 146/9
157/20 168/6 189/17
241/15 242/1 246/2
248/23

**learning [5]** 24/18
226/10 226/11 227/5
258/2

**least [8]** 34/24 44/21
112/13 119/1 160/23
195/18 231/6 240/16

**leave [51]** 13/4 13/17
33/23 35/11 36/1 36/19
36/22 36/23 37/13
39/16 42/7 42/25 43/2
43/9 44/19 45/3 45/7
45/18 62/5 63/6 63/8
64/1 64/6 65/1 65/5
73/1 78/4 78/24 149/8
156/14 156/17 172/10
172/12 172/22 172/24
173/3 174/1 186/1
186/25 187/22 207/2
224/9 224/17 224/21
234/5 234/7 234/12
234/13 240/23 241/2
247/16

**Lebsack [1]** 2/7

**led [1]** 65/13

**left [8]** 12/1 12/18
13/20 14/19 117/23
120/6 260/18 260/21

**legal [30]** 16/4 17/18
40/25 47/4 59/6 68/13
83/10 97/19 104/16
117/8 117/15 117/20
119/12 119/13 120/9
213/5 213/9 213/17
213/23 215/6 215/7
215/13 215/17 216/7
216/12 218/23 235/12
235/17 236/12 237/2

**legitimately [3]** 88/12
88/25 186/13

**lens [3]** 178/21 180/4
182/24

**less [5]** 28/6 28/9
133/23 153/7 212/3

**let [34]** 7/16 7/19 44/12
44/12 46/24 48/23
48/23 50/12 57/10
71/13 71/13 95/7 97/9
116/24 117/2 118/21
118/21 125/9 137/22
153/22 155/16 155/18
159/22 160/1 160/17
160/4 170/12 184/20
190/15 206/3 217/10
222/18 240/8 248/9

**let's [38]** 41/8 48/15
53/19 56/15 57/5 60/12
66/8 66/9 66/16 70/24
71/2 81/24 83/16 89/15
92/10 121/8 121/12
122/19 137/24 152/23
165/24 168/14 169/22
171/24 172/4 196/19
196/19 199/14 199/18
200/10 205/20 208/8
219/19 223/7 231/5
235/3 239/8 243/14

**letter [17]** 3/8 3/10 3/14
36/15 51/13 51/19
51/21 51/23 52/1 52/1
60/22 61/3 61/22 71/4
150/20 153/18 154/22
157/24

**letters [2]** 52/6 53/2

**level [2]** 23/19 28/18

**lighten [1]** 44/24

**like [42]** 6/25 17/10
39/6 45/11 45/22 61/13
90/21 95/2 104/14
105/12 115/7 118/4
121/18 122/3 139/11
139/16 155/2 157/11
159/17 161/17 169/18
172/7 172/11 172/14
177/5 178/11 183/12
183/15 189/21 190/9
194/2 195/17 197/3
199/4 206/3 212/8
212/9 219/1 219/6
219/23 222/20 227/22

**like that [1]** 157/11

**likely [3]** 7/25 62/17
212/3

**likewise [1]** 6/18

**limit [1]** 38/1

**limited [1]** 38/2

**line [9]** 42/14 60/9 62/6
125/6 178/5 201/15
201/15 225/3 262/4

**lines [2]** 98/20 178/20

**link [1]** 197/4

**linked [3]** 228/9 228/14
229/4

**list [2]** 117/12 121/1

**listed [11]** 61/14 61/20
95/15 95/21 107/9
108/2 168/13 174/20
222/17 225/20 252/13

**listen,' [1]** 166/14

**listened [3]** 147/11
175/9 251/10

**litigation [1]** 263/15

**little [10]** 30/11 115/11
153/3 167/3 174/24

**177/5 184/24 206/15
219/3 250/15**

**LLC [5]** 2/3 2/7 2/13
264/4 265/4

**load [1]** 44/24

**local [1]** 29/15

**long [5]** 3/16 10/23
11/21 12/25 64/8 120/1
122/20 172/12 193/2
198/5 198/24 199/24
202/17 203/2 240/2
257/17

**Long's [2]** 198/11
201/5

**long-winded [1]** 120/1

**longer [3]** 85/7 119/17
219/3

**longest [1]** 132/5

**look [37]** 27/15 45/22
50/19 53/19 54/12 56/5
57/5 60/12 66/7 71/2
71/10 81/24 83/16
83/22 106/3 113/18
114/4 130/17 136/5
136/20 138/11 140/12
142/6 153/15 153/20
159/17 169/11 197/3
199/18 200/10 201/9
202/1 205/20 209/8
219/4 243/14 256/19

**looked [33]** 56/20
64/19 66/1 66/12 71/4
107/23 113/10 115/14
115/19 129/2 129/11
130/8 130/8 136/14
136/15 138/9 138/24
140/11 143/22 150/20
151/3 152/21 156/18
168/5 201/16 202/15
203/1 203/11 217/22
240/6 240/10 247/23
248/13

**looking [52]** 20/6 20/7
20/10 20/19 20/20
27/14 28/18 29/22
42/15 54/15 54/17 57/9
61/19 63/13 74/15 80/8
80/9 80/15 80/15 87/18
89/10 100/22 101/15
102/13 105/7 109/12
113/19 113/20 113/20
130/20 137/5 140/19
140/21 148/8 158/12
160/2 164/3 179/12
180/16 182/23 200/16
206/18 210/14 227/6
232/15 232/15 232/25
243/7 243/21 245/17
246/21 253/14

**looks [3]** 155/2 195/17
199/4

**loop [2]** 105/4 143/15
162/17

**lot [9]** 26/7 33/21 40/15
40/16 143/6 151/25
182/13 181/23 183/20

**lots [1]** 133/1

**loud [1]** 55/21

**lower [1]** 21/16

**L**

**lowrey** [2]  2/7 2/9
**lowrey-parady.com** [1]
2/9
**lunch** [6]  122/19 123/4
123/7 123/10 127/15
128/12

**M**

**M-i-c-h-a-e-l** [1]  5/14
**machine** [1]  263/9
**made** [60]  19/12 19/16
21/3 21/15 28/7 29/4
30/19 32/18 33/7 35/13
39/15 39/22 43/7 44/11
53/12 61/24 62/11
65/18 67/8 70/7 73/12
73/22 73/24 73/25
74/16 77/6 77/11 77/18
78/25 88/11 88/15
88/24 98/4 99/9 100/1
100/16 107/20 132/14
133/3 140/8 158/23
162/7 166/12 189/13
189/15 189/18 189/19
217/7 221/5 228/11
236/17 241/12 241/15
241/22 242/2 246/3
246/25 247/10 248/24
252/6
**main** [4]  16/1 76/7 76/8
79/20
**maintain** [1]  191/10
**major** [1]  226/20
**make** [38]  6/11 7/3 7/8
8/8 8/12 20/23 37/6
38/5 38/22 44/6 50/6
52/10 57/10 63/14
71/14 78/23 83/13
85/16 105/3 107/18
120/9 125/13 150/12
151/1 155/18 155/20
157/23 168/10 168/10
191/17 193/11 193/12
194/6 206/14 212/18
237/5 254/19 255/16
**makes** [3]  104/14
124/3 223/13
**making** [14]  8/2 8/13
27/16 29/13 30/5 38/25
39/10 106/3 135/22
205/3 205/12 233/22
237/9 246/19
**Maldonado** [3]  3/10
36/10 42/11
**manage** [5]  17/13
24/22 162/14 230/23
231/17
**managed** [1]  137/1
**management** [9]  1/7
9/9 9/10 9/12 16/8
126/19 226/8 228/15
238/10
**manager** [44]  14/21
15/9 15/10 15/12 15/14
15/15 15/16 15/23 18/6
18/21 19/4 24/15 34/5
44/8 44/13 44/14 44/14

**manager's** [1]  132/15
**managers** [2]  164/25
226/13
**managing** [1]  24/24
**manipulated** [1]  56/2
**manually** [1]  118/4
**many** [14]  10/4 19/5
24/2 25/17 42/8 62/6
62/16 62/16 68/19
144/14 170/9 180/9
184/5 190/7
**marked** [12]  4/1 46/4
50/11 131/5 131/12
159/18 172/5 193/5
196/16 209/13 219/16
243/19
**marker** [1]  82/7
**markers** [1]  87/17
**marketing** [1]  15/10
**master** [3]  22/16 22/16
22/18
**master's** [4]  22/8 22/14
22/22 22/25
**material** [1]  113/18
**material -- you** [1]
113/18
**materials** [1]  23/20
**math** [3]  25/16 153/14
153/15
**matter** [28]  26/23
38/17 45/12 58/10
62/19 74/16 75/10 95/1
110/8 137/5 138/9
138/11 143/11 143/20
146/9 150/9 152/19
152/20 165/9 165/9
169/17 176/7 179/13
180/1 184/14 186/2
253/9 264/20
**matters** [17]  16/5
17/13 18/1 26/8 32/4
45/1 65/4 79/2 101/10
122/2 140/13 155/8
164/25 177/21 211/14
242/25 263/7
**may** [51]  38/13 38/13
38/20 38/20 43/15
43/16 43/22 43/22
44/23 44/23 44/25 59/9
59/9 62/7 62/7 63/2
63/2 63/12 63/22 63/23
65/12 65/12 72/25
72/25 73/7 73/7 76/4
92/3 95/24 112/24
118/15 122/13 122/14
124/6 126/9 135/7
149/11 151/12 151/12
151/12 156/15 156/15
160/8 188/5 192/1
192/4 194/17 226/14

me [130]  7/12 7/16
7/19 11/3 22/5 28/11
30/13 35/22 43/7 44/12
44/12 44/18 46/24 47/3
48/23 50/2 50/4 50/12
50/16 52/15 52/19
57/10 58/3 58/5 59/20
60/20 62/4 64/5 65/3
71/13 71/13 79/10
80/24 88/9 88/16 88/22
90/20 95/7 95/14 97/9
100/10 103/6 108/8
108/24 109/4 109/12
113/11 116/24 117/2
118/21 118/21 122/10
122/21 123/14 124/8
126/25 128/5 129/16
136/9 132/6 132/16
133/4 133/5 133/5
133/11 135/4 136/19
137/22 138/11 139/5
144/15 147/14 153/22
155/16 155/18 157/1
159/4 159/22 160/1
160/1 160/4 160/10
162/7 163/3 166/11
167/18 170/10 170/11
173/12 177/4 178/25
179/4 181/24 184/20
185/18 186/22 189/12
189/21 190/15 194/4
199/8 206/1 206/3
208/1 209/7 209/17
211/2 215/25 217/10
224/5 224/23 230/1
230/14 232/1 232/9
235/22 236/7 239/17
242/5 244/19 246/10
247/18 248/9 248/9
250/16 250/21 255/2
262/19 263/6 263/9
**me -- you** [1]  155/16
**mean** [20]  20/23 32/8
33/9 69/2 89/8 126/24
126/25 129/22 135/3
135/4 183/15 206/14
213/15 225/20 227/6
231/21 233/19 248/2
248/4 253/11
**means** [15]  6/2 6/12
62/13 108/5 114/18
129/19 129/21 129/21
129/23 130/1 225/12
235/12 235/19 236/14
264/12
**meant** [3]  62/15 126/23
159/14
**Meanwhile** [1]  133/7
**measuring** [1]  249/21
**mechanisms** [1]
118/22
**mediation** [2]  243/9
258/4
**medical** [15]  33/22
33/23 35/11 36/19
36/22 37/7 37/14 40/1
42/24 43/2 43/8 44/18

**maybe** [2]  69/12 122/4

45/18 142/4 241/2
**meet** [10]  10/4 10/23
89/17 90/15 108/20
122/20 170/13 258/11
258/22 259/1
**meeting** [51]  10/9
10/15 10/18 10/25 40/7
166/10 166/11 166/13
167/1 167/8 167/11
167/20 170/6 170/7
170/12 170/18 170/23
171/12 171/15 221/13
221/15 221/21 221/24
222/3 222/7 222/24
222/25 224/4 225/16
225/18 231/15 239/12
239/14 239/17 249/24
250/1 250/2 250/5
250/6 250/8 250/11
250/17 250/21 250/24
251/19 256/9 257/5
257/10 258/16 259/12
259/17
**meetings** [8]  11/8
19/21 221/20 222/4
224/5 232/24 233/5
233/9
**member** [4]  13/22 93/2
133/17 247/4
**members** [6]  17/17
63/15 101/23 137/3
138/9 170/7
**memory** [10]  99/15
103/20 115/10 183/14
195/11 196/3 200/4
222/21 252/17 252/20
**memory's** [1]  103/15
**mention** [2]  132/19
241/10
**mentioned** [36]  10/8
31/11 44/2 44/16 62/3
62/18 70/11 72/23 73/9
73/18 73/23 101/6
105/20 111/2 111/8
138/15 140/10 141/24
147/2 148/6 149/23
149/25 150/7 151/14
156/24 166/21 178/3
182/1 182/25 185/5
186/15 186/15 187/19
210/21 238/8 249/3
**merging** [1]  91/3
**Merriam** [9]  69/9
129/25
**Merriam-Webster** [2]
69/9 129/25
**message** [1]  210/25
**messages** [1]  12/10
**met** [13]  5/9 9/23 10/6
10/14 10/17 81/14
89/19 93/10 93/11
123/16 168/18 187/11
259/6
**metadata** [1]  56/2
**method** [1]  26/13
**methodology** [2]
120/18 120/21
**MICHAEL** [10]  1/9 3/9
3/15 5/4 5/14 262/1

262/18 264/6 264/11
265/10
**Michelle** [4]  1/18 263/3
263/22 264/22
**micro** [1]  109/19
**micro -- you** [1]  109/19
**microaggressions** [1]
99/3
**micromanaged** [1]
19/24
**micromanagement** [5]
101/3 109/19 130/21
228/15 251/9
**micromanaging** [2]
98/25 162/13
**Microsoft** [6]  51/3 54/7
56/8 59/13 60/14
139/24
**mid** [10]  74/14 75/5
118/17 146/15 146/15
150/18 222/9 250/9
250/14 258/16
**mid-July** [4]  222/9
250/9 250/14 258/16
**middle** [2]  5/14 161/25
**might** [8]  7/6 33/25
36/4 44/21 63/19
121/22 126/15 202/2
**Mike** [28]  52/17 52/23
52/23 54/20 71/16
71/19 162/5 162/11
167/17 167/17 168/18
170/6 170/11 173/9
173/13 193/10 194/19
195/7 202/17 206/6
220/3 220/8 223/19
223/25 224/4 225/16
231/15 239/12
**milestones** [1]  87/13
**Mills** [4]  101/25 102/10
138/21 146/14
**mind** [11]  29/16 33/9
38/24 68/8 68/15 95/1
127/2 175/18 176/18
177/8 191/8
**mindful** [7]  96/8 97/24
98/2 107/7 107/10
108/8 237/15
**minimize** [1]  37/6
**minimum** [2]  213/15
213/19
**minute** [6]  53/8 55/7
160/6 160/11 174/25
206/1
**minutes** [6]  11/1 92/11
122/21 137/18 155/4
260/21
**misread** [1]  132/6
**miss** [1]  133/9
**missed** [7]  75/21 80/11
80/18 155/6 184/22
185/3 186/16
**missing** [4]  88/12 89/1
155/14 156/2
**mission** [2]  212/3
212/22
**misspeaking** [1]  72/6
**mistakes** [1]  8/14
**mitigating** [1]  87/14

**M**

mix [1] 18/11
mobility [1] 14/8
model [1] 212/23
modules [1] 226/11
MOHAMED [208] 1/4
2/17 3/8 3/10 3/14 9/8
9/8 11/10 19/10 19/11
19/15 20/13 21/3 21/10
21/15 22/3 28/6 28/10
30/19 31/5 31/21 31/22
31/25 32/4 32/7 32/8
32/15 32/18 38/7 38/9
38/16 39/1 39/11 39/15
39/25 40/4 40/13 40/24
42/23 43/3 43/12 46/18
47/13 51/4 51/8 52/7
53/3 53/12 54/8 56/9
56/17 57/11 58/19
59/15 60/16 61/24 63/8
63/25 65/11 65/17 68/3
70/3 73/12 74/7 75/12
76/24 77/7 77/12 77/21
78/14 80/11 87/20
89/15 89/17 89/19
93/10 93/11 93/17
93/25 95/16 97/1 98/4
99/9 100/1 100/18
101/19 106/24 107/19
108/18 108/20 108/25
110/20 112/17 116/9
131/18 133/22 135/22
137/9 138/20 146/12
146/22 147/4 147/10
148/13 150/10 152/24
153/6 154/2 155/13
156/1 156/11 156/12
156/22 158/8 158/24
163/9 165/11 166/3
166/7 166/21 166/25
167/24 172/18 174/5
175/2 175/20 176/11
177/4 180/4 180/8
180/13 180/21 183/21
184/5 184/21 185/11
186/10 187/14 189/25
190/20 191/22 192/12
192/16 192/22 193/4
195/13 198/25 200/1
200/14 200/18 200/24
203/13 204/12 205/14
208/2 208/2 208/16
208/21 226/22 227/7
228/9 229/3 230/23
231/25 233/5 234/3
234/11 234/20 234/25
235/8 235/10 237/1
237/2 237/7 237/8
237/8 237/11 237/17
238/3 238/16 240/4
241/11 241/16 242/2
242/11 244/4 245/22
246/3 247/11 250/18
251/5 251/20 252/2
252/6 253/13 254/16
255/4 255/21 256/22
258/12 259/6 259/11
259/25 260/3 260/5

**Mohamed or [1]**
192/22
**Mohamed's [93]** 5/11
18/18 22/2 25/20 27/2
30/21 31/8 33/13 35/8
35/17 39/6 41/14 42/2
58/8 60/5 61/11 65/4
70/7 72/16 74/5 74/19
75/14 78/8 78/19 80/4
85/9 85/24 88/10 88/23
90/9 91/14 92/17 97/14
98/7 98/11 99/23
100/20 101/13 104/20
105/16 107/5 110/15
111/20 113/7 128/13
130/6 138/12 140/2 140/8
138/12 140/2 140/8
141/4 141/22 142/17
144/4 145/12 146/25
147/20 148/5 148/17
151/3 163/12 163/20
163/22 164/6 164/17
167/6 168/6 175/13
184/18 185/2 187/10
188/23 189/13 189/23
209/3 210/15 210/17
210/19 217/17 228/22
228/24 229/16 230/16
231/23 235/25 237/22
246/18 247/21 248/19
253/1 253/18 258/23

moment [25] 5/10 46/7
50/14 50/16 53/23
56/12 56/20 57/10
59/18 60/18 71/13 82/4
136/1 159/23 160/14
193/25 196/19 197/13
209/14 209/15 219/19
223/11 243/16 243/16
247/18
moments [1] 66/12
Monday [3] 1/14 170/8
224/23
month [1] 90/22
months [1] 17/4 91/7
moral [1] 216/13
morality [1] 217/2
more [23] 32/14 78/11
87/10 102/2 105/12
174/25 182/3 182/4
182/11 190/15 208/17
224/2 224/17 224/19
224/19 235/5 249/17
253/20 253/20 258/3
258/7 258/8 258/8
more -- you [1] 182/3
morning [2] 5/9 172/10
Morris [27] 11/20
11/24 12/8 12/12
100/10 100/13 101/17
102/11 108/15 131/22
136/23 138/8 138/18
146/10 147/5 189/9
194/13 195/2 202/16
233/16 243/22 244/3
253/7 253/10 253/12
253/18 254/15
Morris's [1] 171/7

**most [4]** 45/20 153/3
162/8 175/10
motivation [1] 80/3
mouthful [1] 9/18
move [10] 14/9 121/19
122/3 133/16 165/24
168/14 169/22 223/7
235/3 251/17
moved [2] 15/13 87/7
moving [10] 24/13
24/14 34/13 34/18
39/21 65/23 159/13
240/1 240/23 246/12
MPD [1] 22/18
Mr [4] 3/5 5/8 193/11
265/9
Mr. [59] 5/9 5/17 9/22
12/3 12/9 12/12 21/19
41/11 43/6 43/13 49/17
49/18 50/11 50/25
55/10 65/23 71/1 74/2
77/2 77/11 78/15 78/18
92/16 105/12 105/23
106/7 113/13 115/9
121/10 121/22 122/9
123/3 125/6 125/20
127/24 128/1 147/12
147/19 147/25 148/16
148/22 150/16 151/6
152/11 157/18 159/2
164/2 181/25 183/8
195/3 205/5 206/20
219/14 238/20 239/14
244/22 254/4 257/15
257/19
Mr. Jackson [20] 5/9
5/17 9/22 41/11 49/17
50/11 50/25 55/10 77/2
92/16 121/10 121/22
122/9 123/3 125/6
125/20 127/24 128/1
206/20 219/14
Mr. Schacht [3] 12/3
12/9 12/12
Mr. Schacht's [2]
195/3 205/5
Mr. Sullivan [31] 21/19
43/6 43/13 65/23 74/2
77/11 78/15 78/18
105/12 105/23 106/7
113/13 115/9 147/19
147/25 148/16 148/22
150/16 151/6 152/11
157/18 159/2 164/2
181/25 183/8 238/20
239/14 244/22 254/4
257/15 257/19
Mr. Sullivan's [1]
147/12
Mr. Swain [1] 71/1
Mr. Swain's [1] 49/18
Ms [14] 5/2 18/15 32/7
93/23 123/18 128/25
138/17 154/2 164/9
177/3 210/17 228/16
238/9 264/9
Ms. [347]
Ms. Barley [56] 40/14
98/12 98/16 99/10

100/8 100/17 108/15
108/18 109/24 110/2
110/18 130/12 131/3
136/23 138/17 147/5
163/7 163/15 163/19
164/7 164/9 164/20
167/13 169/8 170/18
172/23 173/19 174/4
176/5 176/9 176/14
177/3 178/11 178/19
179/3 179/19 179/21
180/8 180/15 180/21
208/16 208/21 227/25
228/7 228/12 228/16
240/4 251/11 251/12
253/6 254/15 255/4
255/22 256/23 258/11
259/1
Ms. Mohamed's [91]
5/11 18/18 22/2 27/2
30/21 31/8 33/13 35/8
35/17 39/6 41/14 42/2
58/8 60/5 61/11 65/4
70/7 72/16 74/5 74/19
75/14 78/8 78/19 80/4
85/9 85/24 88/10 88/23
90/9 91/14 92/17 98/7
98/11 99/23 100/20
101/13 104/20 105/16
107/5 110/15 111/20
113/7 128/13 128/18
128/21 130/6 138/12
140/2 140/8 141/4
141/22 142/17 144/4
145/12 146/25 147/20
148/5 148/17 151/3
163/12 163/20 163/22
164/6 164/17 167/6
168/6 175/13 184/18
185/2 187/10 188/23
189/13 189/23 209/3
210/15 210/17 210/19
217/17 228/22 228/24
229/16 230/16 231/23
235/25 237/22 246/18
247/21 248/19 253/1
253/18 258/23
Ms. Morris [7] 12/8
12/12 100/13 108/15
136/23 253/18 254/15
Ms. Morris's [1] 171/7
Ms. Spittell [16] 7/25
9/2 9/24 10/8 10/17
10/24 41/18 121/4
121/9 122/13 123/7
123/10 123/16 123/19
125/21 126/18
Ms. Thompson [2]
220/22 221/5
Ms. Thompson's [1]
220/25
mtj.docx [1] 198/19
much [5] 36/2 38/12
42/14 44/24 91/24
multi [1] 226/17
multiple [20] 15/9 33/1
35/16 101/16 111/3
113/9 138/15 138/16
146/3 146/3 148/8
170/21 171/9 173/21
189/22 190/11 190/13
190/14 210/16 241/23
multisegment [1]
226/17
must [4] 84/8 84/18
240/16 247/11
my [331]
my -- you [7] 92/5

**Ms. Barley's [4]** 162/20
176/17 208/1 238/10
**Ms. DeFazio [1]** 18/17
**Ms. Dittmer [6]** 6/8
8/11 50/4 88/19 155/21
219/7
**Ms. Hoffman [1]** 122/1
**Ms. James-Rouse [5]**
55/15 55/23 117/19
120/19 122/11
**Ms. Long [1]** 198/24
**Ms. Mohamed [155]**
9/8 11/10 19/11 19/15
21/3 21/10 21/15 22/3
28/6 28/10 30/19 31/5
31/21 31/22 31/25 32/4
32/8 32/15 32/18 38/7
38/9 38/16 39/1 39/11
39/15 40/13 40/24
42/23 43/3 43/12 53/12
56/17 61/24 63/8 63/25
65/11 65/17 68/3 70/3
73/12 74/7 75/12 76/24
77/7 77/12 77/21 78/14
80/11 87/20 89/15
93/10 93/11 93/17
93/25 95/16 97/1 98/4
99/9 100/1 100/18
106/24 107/19 108/18
108/20 108/25 110/20
112/17 116/9 133/22
135/22 146/12 147/4
147/10 148/13 150/10
152/24 153/6 154/2
155/13 156/1 156/11
156/12 156/22 158/8
158/24 163/9 165/11
166/3 166/7 166/21
166/25 167/24 172/18
174/5 175/2 175/20
176/11 177/4 180/4
180/8 180/13 180/21
183/21 184/5 184/21
186/10 187/14 191/22
204/12 205/14 208/2
208/2 208/16 208/21
226/22 227/7 228/9
229/3 230/23 231/25
233/5 234/3 234/11
234/20 234/25 235/8
235/10 237/1 237/2

**M**

my -- you... [6]  105/6
119/9 123/25 130/13
184/9 184/12
myself [15]  10/2 24/2
86/6 87/24 104/17
118/13 127/24 143/13
147/25 148/23 160/24
162/12 177/12 195/18
257/18

**N**

name [11]  5/12 5/14
5/15 9/17 10/10 10/13
47/12 47/16 47/17
55/20 200/4
named [2]  85/25
220/14
narrow [1]  142/9
national [1]  93/18
nationals [1]  25/3
native [6]  51/2 54/6
55/11 56/6 59/12 60/13
natural [1]  258/8
nature [4]  82/25 98/15
212/2 212/22
navigating [1]  227/25
Navy [1]  5/18
near [1]  166/2
necessarily [4]  23/17
23/25 67/9 89/8
necessary [4]  29/16
122/5 133/8 264/13
need [16]  6/11 7/16
7/19 122/21 133/6
153/15 153/20 162/12
162/14 163/21 218/25
219/5 219/5 231/17
231/17 253/17
needed [23]  17/21 36/4
38/13 38/21 43/16
43/22 44/23 67/16
72/25 73/8 117/10
117/17 117/17 118/15
119/3 119/4 162/7
162/11 164/21 165/6
174/19 241/4 241/4
negative [3]  130/2
130/2 251/15
negative -- you [1]
130/2
Neither [1]  22/18
nestling [1]  231/23
neutrality [2]  191/10
191/14
never [4]  55/20 128/7
165/11 259/6
new [7]  13/18 13/19
17/8 152/19 152/20
169/2 226/6
next [18]  6/20 50/8
86/9 105/8 168/14
169/16 170/13 170/13
173/7 173/10 174/16
220/10 225/3 235/3
239/19 239/20 256/9
259/18
Nick [15]  11/20 131/21

189/6 189/9 194/12
195/6 201/16 202/2
224/13 226/22 227/19
230/1 232/11 243/22
244/3
Nick's [2]  201/24
201/25
no [59]  1/2 5/22 6/25
7/1 7/7 10/22 11/19
11/22 12/13 13/16 23/2
33/11 40/2 41/21 41/23
44/10 49/23 54/24
55/22 56/4 61/20 62/1
71/20 73/13 73/17 85/7
85/10 97/13 103/16
104/5 104/5 121/16
125/11 126/1 126/4
141/1 148/1 148/24
150/10 150/10 150/13
151/1 169/20 179/22
185/16 185/17 186/12
197/9 198/10 206/13
221/25 224/11 232/9
240/19 258/19 258/25
264/8 265/7 265/12
no -- you [1]  150/10
non [2]  218/2 231/14
non-responsive [1]
231/14
non-retaliation [1]
218/2
nonresponsive [2]
88/18 241/18
nonresponsiveness [1]
232/24
Nope [1]  197/17
normal [1]  6/9
North [4]  2/4 2/8 93/24
265/5
not [242]  5/2 6/12 7/7
7/17 7/22 8/6 8/15
10/16 12/13 13/6 13/7
19/15 19/24 32/15
32/22 33/5 34/5 35/12
37/11 38/20 39/12
39/12 39/22 40/2 42/3
43/3 43/16 43/22 44/14
44/23 45/9 47/7 47/16
47/17 47/17 49/10
52/25 52/25 56/23 59/7
59/7 59/9 61/4 61/11
61/18 62/2 62/7 62/8
62/9 63/22 63/23 63/25
65/12 65/17 67/9 67/11
67/14 67/15 68/16 69/8
69/14 69/23 69/24 70/2
70/7 70/8 70/8 70/22
72/25 73/7 73/14 73/24
77/5 77/6 78/23 80/5
80/12 81/23 84/23 85/2
85/7 85/10 85/13 88/3
89/5 89/16 94/13 95/13
96/2 97/21 97/22 99/17
103/19 106/11 106/24
109/17 110/2 115/14
117/17 122/9 124/12
124/18 124/19 124/21
125/2 125/14 125/14
125/15 125/22 126/7

189/10 189/9 194/12
146/10 146/20
127/14 127/14 128/2
129/5 129/24 129/24
129/24 130/14 130/24
132/1 132/2 132/19
135/5 135/22 136/7
140/7 142/24 144/15
145/10 145/24 149/3
149/13 149/18 151/12
151/13 151/14 151/15
151/17 151/21 151/23
151/24 152/5 152/19
153/25 153/25 154/1
155/1 155/10 156/15
157/5 157/15 158/9
160/22 161/2 162/8
165/19 167/19 169/20
170/8 172/13 172/20
173/6 176/1 177/1
177/3 177/12 177/12
179/23 183/8 185/16
190/14 191/13 191/15
191/20 191/20 192/1
192/5 192/6 196/11
197/2 197/5 197/17
199/10 201/9 201/9
203/19 205/1 205/12
205/12 205/15 205/15
206/10 210/24 210/25
215/24 215/24 216/7
216/8 217/19 217/20
221/17 221/17 222/5
224/7 224/15 225/6
227/21 227/21 227/22
228/25 232/19 233/11
233/22 234/13 235/2
235/10 237/24 237/25
239/1 240/20 241/4
242/24 243/1 243/4
243/5 243/23 244/13
244/16 252/2 252/3
258/14 258/19 258/25
259/10 259/23 263/13
not -- you [2]  97/22
165/19
not to [2]  129/24
129/24
Notary [3]  1/18 262/23
263/4
notations [1]  246/25
note [2]  8/3 97/25
noted [16]  7/4 73/16
77/4 79/21 94/10 129/8
136/6 136/14 139/7
142/2 165/14 175/9
189/5 189/14 199/1
252/10
notes [41]  3/18 11/7
11/8 11/9 20/6 21/20
21/23 31/16 99/13
109/9 109/12 112/21
114/13 116/4 147/11
161/9 162/21 162/25
167/15 168/4 169/12
171/19 171/19 173/24
175/10 222/16 223/3
225/22 238/22 250/11
250/23 250/24 251/24

252/4 252/8 252/13
252/14 254/12 254/19
255/1 255/7
nothing [3]  64/16
107/1 137/4
notice [6]  1/17 121/14
137/15 172/12 265/16
265/18
notifi [1]  117/7
notification [4]  65/22
78/15 117/8 117/19
notified [3]  34/13
34/17 120/13
now [35]  8/14 13/22
17/10 25/10 46/3 48/4
50/5 56/5 57/8 59/12
70/22 78/21 102/15
121/9 122/9 125/21
130/5 132/12 133/2
137/20 137/24 138/3
159/19 193/22 197/16
198/1 198/18 199/24
205/21 209/10 210/8
224/20 260/15 261/1
262/4
number [35]  15/19
23/18 24/17 27/24 40/6
43/15 47/14 50/5 51/4
56/9 59/15 60/16 72/24
75/24 78/4 81/9 91/6
95/16 105/20 105/20
105/25 147/15 155/8
161/20 165/22 165/25
176/24 180/12 185/7
190/1 194/5 194/8
209/14 251/3 259/4
Number 37 [1]  209/14
numbered [2]  168/15
198/4
numerous [2]  147/8
171/4

**O**

oath [5]  6/3 6/4 96/9
97/24 107/11
object [3]  7/25 141/1
175/23
objecting [1]  124/18
objection [47]  30/15
30/24 32/19 33/15
68/18 69/5 69/16 72/1
77/1 81/5 86/2 86/24
111/22 115/24 121/16
124/11 124/17 126/11
127/10 127/22 134/9
146/6 145/15 149/22
154/5 178/22 179/7
180/24 182/16 183/22
184/7 187/16 190/3
190/22 191/23 196/5
202/19 203/6 203/15
203/24 204/16 211/9
212/5 212/24 215/1
229/7 235/13
objectionable [1]  8/4
objections [1]  8/3
objects [1]  8/5
observations [2]  90/8
91/13

obtain [2]  23/11 24/7
occur [13]  67/18 73/21
151/22 156/15 157/13
158/8 170/10 177/1
212/4 212/15 227/13
237/21 245/9
occurred [40]  27/9
28/10 30/1 33/21 34/11
34/15 43/8 46/8 53/24
59/9 75/5 88/4 88/11
88/25 89/12 90/24 91/5
101/21 102/7 106/22
136/10 149/12 150/13
151/2 155/10 160/3
160/7 160/12 162/12
164/21 174/13 177/1
181/6 182/9 217/24
221/24 245/14 251/7
253/21 254/6
occurring [9]  75/20
79/3 101/11 106/5
163/23 186/24 211/22
211/25 222/4
occurs [3]  30/8 30/9
174/23
October [5]  12/1 12/19
12/21 13/6 14/20
October 2021 [1]  14/20
off [24]  5/10 11/14
18/14 21/25 27/19
46/21 46/21 70/25
92/12 100/8 118/6
120/22 122/4 122/23
123/9 126/18 140/25
160/13 160/18 186/6
204/20 233/23 254/25
261/1
offboarding [1]  16/11
offer [5]  36/8 36/12
36/13 38/4 42/21
offered [4]  44/5 44/5
65/8 244/8
offers [1]  194/22
offhand [1]  94/11
office [13]  16/18 46/25
58/4 58/7 58/15 117/15
142/4 149/12 225/13
231/4 232/16 264/15
264/16
officer [2]  104/10
144/24 145/8
official [2]  97/16
104/23
officially [3]  15/7 94/24
97/6
often [1]  49/25
oh [3]  72/9 194/8 225/5
ok [2]  162/14 172/13
okay [131]  5/25 6/1
6/20 6/21 7/5 7/9 7/10
7/23 7/24 8/10 8/25 9/5
9/6 9/21 14/5 17/10
19/11 20/22 22/5 23/10
30/11 33/12 35/5 46/2
48/2 48/14 50/9 50/16
50/24 53/19 54/13 57/2
58/20 66/16 69/11
70/23 75/13 84/1 84/25
86/9 92/11 94/9 97/9

**O**

okay... [88] 101/12
102/9 115/5 116/8
117/18 121/8 122/11
122/16 124/14 125/13
127/16 130/5 131/6
131/17 132/5 132/6
136/17 137/19 137/24
138/9 140/6 141/7
153/13 158/19 159/20
159/24 160/16 160/25
161/13 161/15 161/16
162/2 164/11 164/20
167/13 169/18 169/21
169/22 169/24 171/24
171/25 174/24 179/18
187/10 188/7 192/8
192/17 193/8 194/2
194/11 194/16 196/21
196/22 197/12 197/20
197/24 198/2 198/17
198/23 199/16 199/23
200/22 201/1 201/11
203/20 205/13 205/18
205/22 206/2 206/5
206/10 209/16 219/10
219/19 223/13 225/12
225/15 228/21 229/14
233/17 234/15 235/3
241/20 242/1 242/10
243/24 260/19 260/23
old [1] 118/19
onboard [1] 61/15
once [1] 10/6 10/7 44/3
85/3 108/18 232/16
234/12
one [115] 5/11 6/11 7/6
8/3 8/18 9/2 12/17
14/12 16/12 18/18 19/7
21/2 25/19 28/2 29/21
30/8 32/11 35/23 44/12
46/7 47/17 47/22 48/20
50/14 50/16 53/8 53/23
56/12 57/1 57/10 59/18
60/18 60/22 63/3 65/20
70/2 71/13 71/21 76/4
76/4 76/6 79/13 82/4
82/10 84/1 89/2 96/25
97/5 101/16 104/10
104/19 108/21 108/21
119/18 131/12 132/5
132/24 134/4 134/5
138/14 145/6 147/10
148/1 148/24 158/15
159/23 162/25 168/21
181/5 181/22 182/4
184/21 185/1 185/8
189/3 189/3 189/24
190/11 193/25 196/17
196/19 196/20 198/17
200/23 200/23 200/23
206/1 207/25 209/2
209/14 209/14 209/25
210/13 219/19 221/20
223/11 225/1 225/1
230/19 236/11 238/19
243/16 243/16 243/19
245/22 247/18 249/24

253/4 258/1 259/7
259/7 259/7 259/7
260/5 260/21
original [2] 264/10
264/23
one -- you [1] 147/10
one-third [1] 84/1
ones [5] 11/6 11/14
23/6 73/20 240/10
ongoing [4] 133/11
143/21 176/7 190/14
online [2] 27/25 111/13
only [22] 10/19 19/7
19/7 38/16 63/3 91/16
91/17 96/19 108/9
144/10 144/17 145/14
145/19 145/19 147/14
150/1 186/6 198/11
204/20 216/21 217/4
224/8
only -- you [1] 147/14
only take [1] 145/14
OOO [2] 224/3 225/12
open [41] 36/23 42/24
45/3 46/6 50/13 50/15
53/22 53/25 56/11
56/13 57/7 59/16 59/19
60/17 60/19 66/19
66/20 66/21 82/3 82/5
131/7 131/10 133/14
149/8 156/17 159/21
159/24 162/16 186/1
186/25 187/22 193/9
194/1 196/17 197/3
197/8 197/18 199/22
207/2 209/16 256/25
opened [1] 249/18
opening [1] 193/22
openly [1] 255/22
openness [1] 255/15
operating [1] 191/19
operations [1] 13/23
opinion [6] 112/4
143/24 180/3 214/8
217/5 218/14
opinion and [1] 180/3
opportunities [1]
101/4
opportunity [5] 8/10
121/24 194/22 234/10
244/9
opposing [1] 264/19
option [4] 242/21
244/19 244/22 245/5
orbit [1] 15/6
order [2] 44/7 264/17
organ [1] 14/7
organi [1] 24/25
organization [21] 9/20
13/24 13/25 14/6 18/4
24/25 34/7 39/13 39/16
85/21 87/5 87/6 132/10
153/11 190/9 210/5
213/7 214/20 226/20
249/17 258/3
organization's [1]
211/12
organizational [2]
85/14 145/3
orient [1] 90/20
origin [3] 92/23 93/8

9/13
origins [1] 94/8
other [84] 6/12 9/3
9/24 10/24 11/12 11/17
13/14 13/15 14/23
16/19 16/20 17/17
22/24 22/25 23/21
22/24 30/9 34/6 45/6
47/23 52/24 57/24
60/10 63/7 74/15 78/9
79/15 82/10 91/13
94/25 95/16 97/12
98/25 99/1 99/5 101/22
104/9 108/4 108/5
111/13 113/5 113/14
113/18 113/21 113/25
114/17 118/11 118/13
118/15 119/14 120/5
132/24 138/8 146/23
146/24 147/5 147/8
147/13 147/16 147/18
148/4 148/15 164/7
164/12 187/12 187/13
188/22 189/4 189/6
212/10 212/16 212/19
213/6 213/12 214/4
222/4 225/9 228/3
234/24 241/1 243/12
245/10 253/23 254/11
others [22] 16/5 17/18
17/24 20/11 30/4 45/15
58/15 104/16 110/20
119/11 119/12 132/14
133/8 136/24 143/13
177/14 180/9 187/1
205/17 210/10 227/4
245/25
otherwise [1] 263/14
our [34] 16/4 16/4
16/19 16/21 16/24
16/25 17/7 28/1 31/17
36/11 51/13 58/11 61/1
63/16 68/12 82/15 90/3
91/3 103/3 112/7
112/22 120/6 133/17
187/8 216/6 216/7
216/9 217/23 218/1
218/1 231/17 231/17
264/15 264/16
out [58] 13/4 33/22
35/10 35/25 36/1 36/5
36/11 36/17 39/1 39/16
42/6 42/24 42/24 43/17
44/18 45/3 45/17 45/19
55/20 61/16 62/20 63/6
64/6 64/15 73/8 76/25
77/7 78/3 78/24 87/13
87/17 88/2 102/23
105/2 142/4 149/5
156/16 167/17 167/19
173/9 173/9 174/21
208/1 211/21 224/9
235/6 235/9 238/17
247/4 247/15 251/16
251/17 257/9 259/16
260/21

out -- you [1] 102/23
outcome [4] 91/22
244/17 245/15 263/15
outlines [1] 102/23
outlining [2] 115/12
115/18
outside [3] 37/11
118/23 119/4
over [15] 5/23 24/16
25/11 25/12 25/15
48/18 52/2 70/19 95/23
98/19 118/10 124/21
139/3 146/2 211/18
overall [15] 102/14
129/2 144/14 169/3
170/23 180/11 181/9
181/11 192/6 229/20
230/20 239/21 245/18
245/21 246/1
overseeing [2] 16/7
16/23
own [5] 24/24 30/13
82/24 83/6 118/5

**P**

p.m [11] 49/10 125/18
125/19 172/2 172/3
198/7 200/18 200/21
219/11 219/12 261/4
package [2] 36/15 44/6
packed [1] 180/8
page [42] 3/2 5/24
51/16 66/23 82/9 83/16
83/22 84/2 131/11
131/14 131/14 131/18
153/5 161/17 161/20
162/1 165/24 166/2
168/14 168/17 169/23
172/4 194/3 194/3
194/8 198/4 200/13
200/14 200/17 200/24
209/18 209/19 209/24
223/7 223/12 223/16
231/11 239/9 243/19
262/4 264/10 264/13
page 1 [1] 131/18
page 2 [1] 131/14
page 3 [1] 200/13
page 4 [1] 161/17
pages [2] 160/21
160/24
pain [1] 180/20
pain -- you [1] 180/20
painful [1] 180/19
paints [1] 208/2
paperwork [1] 68/12
Paradise [1] 92/2
Parady [1] 2/7
parady.com [1] 2/9
paragraph [8] 67/1
132/4 173/7 209/25
225/25 232/8 232/9
235/4
Paragraph 3 [1] 67/1
parameters [1] 120/4
pardon [1] 194/4
part [44] 15/6 15/6 19/3
25/5 30/21 31/14 51/18
60/25 77/16 80/3 80/5

89/3 100/19 102/11
102/13 106/2 115/22
116/25 129/2 130/17
136/3 164/5 164/12
170/25 175/1 181/4
182/21 184/25 214/19
222/5 227/1 227/22
227/23 232/4 238/22
239/2 246/18 246/20
247/10 249/22 254/8
254/9 258/15 259/25
participant [1] 188/18
participants [1] 90/3
participate [4] 39/10
76/23 77/20 78/13
particular [11] 59/7
76/3 81/17 133/25
142/2 142/12 161/12
171/6 179/11 179/17
246/15
particularly [9] 109/18
115/12 119/10 119/13
190/8 193/1 207/20
247/15 254/9
parties [24] 74/10 75/4
111/3 113/25 139/5
139/6 139/8 143/12
146/19 146/23 148/8
151/18 240/3 243/13
245/16 250/23 255/13
255/16 256/16 257/12
258/10 258/15 263/8
263/14
partly [2] 105/1 119/18
past [3] 181/3 224/3
237/19
pasted [1] 167/14
paths [1] 256/25
pause [6] 46/8 53/24
121/19 160/3 160/7
160/12
PDF [7] 131/15 161/18
194/4 200/14 209/20
223/12 243/19
peers [1] 133/1
pending [1] 7/23
people [13] 14/9 14/9
24/2 33/1 78/9 83/13
180/12 187/13 188/22
226/7 226/8 226/8
226/9
people's [2] 27/15
27/16
per [11] 23/19 44/4
49/9 64/5 97/5 103/4
109/3 112/7 119/24
252/8 252/8
Perfect [3] 197/14
209/14 223/14
performance [28] 16/8
18/4 18/8 75/16 75/17
78/5 78/8 79/2 79/11
87/8 89/7 89/11 113/20
132/11 132/13 155/8
185/6 185/10 186/17
210/7 210/8 217/20
228/24 229/16 242/25
243/12 245/14 246/25
performance-related
[3] 18/4 155/8 242/25

**P**

**perhaps [1]** 10/12
**period [33]** 12/15
36/20 38/14 38/19
42/25 45/21 76/9 86/18
89/13 91/14 117/18
118/24 119/5 119/23
154/14 154/19 154/23
155/2 155/3 156/8
156/16 170/21 171/11
173/23 176/14 186/1
186/24 188/13 217/14
226/21 254/10 254/14
254/24
**periods [1]** 193/2
**perjury [1]** 6/4
**person [14]** 8/1 28/1
32/12 55/24 57/17
104/10 104/19 111/12
142/16 158/1 204/14
230/15 235/24 253/12
**personal [9]** 10/2 26/2
78/7 127/1 187/13
216/22 216/22 216/25
218/13
**personally [5]** 76/23
77/20 97/2 178/18
204/14
**personnel [7]** 15/4
17/13 18/1 25/6 107/24
113/20 164/3
**perspective [11]** 109/6
111/4 134/13 135/19
135/24 183/25 184/19
217/4 217/18 230/20
251/14
**perspectives [1]**
255/23
**pertain [1]** 119/20
**phone [4]** 2/5 2/9 2/15
32/11
**phrase [6]** 33/9 46/24
178/25 179/11 235/11
236/13
**phrasing [1]** 20/14
**physical [1]** 36/18
**picture [1]** 182/9
**piece [7]** 16/3 17/1
17/3 17/4 17/6 110/4
256/1
**pieces [1]** 149/11
**pilot [1]** 167/8
**pivoted [1]** 34/25
**place [5]** 45/25 71/4
166/17 225/18 263/9
**placement [1]** 24/21
**Plaintiff [3]** 1/5 1/18
2/2
**plan [1]** 87/9
**planning [2]** 65/12
257/3
**plans [1]** 24/21
**play [5]** 129/24 175/19
175/19 176/2 176/2
**played [2]** 41/12
186/14
**players [3]** 105/20
144/15 189/2

**please [32]** 7/11 30/16
46/6 50/12 50/17 50/18
53/22 56/11 59/16
60/17 66/20 71/10 82/2
122/9 126/12 131/7
136/19 146/6 155/22
159/21 184/25 196/17
199/20 205/23 206/3
208/7 219/9 229/1
235/15 247/18 264/10
264/13
**pleased [2]** 91/20 92/9
**plow [1]** 137/24
**plus [1]** 103/15
**PMQ [26]** 109/22
166/22 167/1 167/7
222/3 224/12 226/1
226/4 226/10 226/23
227/2 227/7 227/15
227/23 228/10 229/4
229/5 229/25 229/25
229/25 230/12 231/24
232/10 232/20 238/3
251/7
**pocket [1]** 45/19
**point [28]** 25/15 27/4
29/20 61/17 63/5 64/2
73/22 77/25 87/7 92/7
98/3 100/11 103/9
141/15 155/11 156/22
168/24 173/10 179/17
180/3 181/18 188/1
205/2 217/25 220/11
227/6 234/4 260/11
**pointed [2]** 130/16
140/23
**pointing [1]** 215/5
**points [5]** 80/23 114/13
162/15 168/20 169/6
**policies [12]** 82/18
82/21 82/24 82/25 83/7
102/21 103/5 103/7
213/5 218/1 218/4
218/8
**policy [16]** 82/15 85/7
85/16 86/12 86/22 87/3
87/22 103/10 103/23
118/18 119/2 119/7
119/18 213/9 216/1
218/2
**portfolio [8]** 15/18 17/7
19/3 35/24 36/5 36/9
63/19 104/13
**portion [8]** 17/25 18/21
74/18 85/6 102/11
152/9 162/1 162/20
**position [9]** 13/18
13/19 13/20 13/22
14/13 15/11 15/23 19/5
85/4
**positioned [1]** 177/14
**positive [3]** 90/18
91/20 214/10
**possibilities [1]**
241/24
**possibility [5]** 62/14
63/25 240/18 241/23
242/12
**possible [8]** 36/2 42/9

**please [32]** 7/11 65/9
94/21 62/4 62/17
214/1 256/19
**potential [9]** 37/6 99/3
126/9 126/14 128/8
158/11 226/13 245/8
245/8
**potentially [2]** 62/7
73/21
**practically [2]** 256/6
256/8
**practice [6]** 44/9
115/22 116/9 116/15
118/22 164/24
**preclude [1]** 215/9
**preface [1]** 44/13
**prefer [1]** 235/22
**prep [1]** 24/4
**preparation [14]** 10/15
10/18 10/25 11/4 11/18
40/20 153/23 153/24
154/22 154/24 156/14
187/8 206/23 207/14
**prepare [25]** 9/21 10/5
35/21 35/25 36/2 36/13
38/8 38/12 44/10 44/19
47/5 62/6 62/22 63/7
63/21 63/24 64/5 65/10
65/11 69/13 72/16 73/7
115/3 115/5 123/16
**prepared [20]** 35/14
36/7 43/11 46/19 46/21
51/20 52/3 61/23 62/12
64/23 72/24 150/19
153/17 156/19 157/4
158/21 161/14 240/6
240/10 240/25
**prepares [1]** 67/5
**preparing [11]** 8/12
38/6 39/7 41/13 42/1
51/22 51/23 51/23
63/10 71/21 123/20
**prepped [2]** 43/15
43/20
**present [10]** 2/17 5/2
32/8 32/10 32/15 78/17
78/20 147/14 170/10
215/25
**preserving [1]** 118/23
**president [1]** 13/22
**pretty [2]** 80/25 160/21
**previous [3]** 26/25
201/3 263/5
**previously [20]** 46/4
62/4 72/23 111/8
111/13 129/9 130/20
131/5 136/7 140/5
148/6 152/21 155/1
159/18 178/3 191/3
209/12 219/16 227/21
259/5
**primarily [7]** 26/8
114/19 115/2 139/19
141/4 150/16 181/25
**primary [4]** 58/9 58/9
58/10 141/18
**principles [1]** 133/12
**print [1]** 36/17
**prior [47]** 3/19 10/1
13/5 24/13 24/14 25/5

25/6 37/3 37/7 37/7
39/19 43/20 62/4 73/3
79/3 86/13 87/7 89/14
89/20 91/7 95/10
108/23 109/7 111/16
112/7 112/8 117/25
119/20 123/19 140/17
142/10 150/22 151/6
151/7 152/22 185/21
186/2 187/25 188/15
224/22 245/1 250/3
254/17 260/3 260/5
260/6 264/18
**privilege [5]** 121/16
124/12 124/18 124/23
127/23
**privileged [3]** 121/6
124/20 125/2
**probably [5]** 11/13
34/23 120/25 120/25
142/6
**problem [2]** 49/23
206/13
**procedure [14]** 1/17
33/23 37/8 37/14 37/16
37/17 37/21 37/24 40/1
43/2 45/4 142/4 191/19
265/17
**procedures [1]** 213/5
**proceed [1]** 34/10
**proceeding [1]** 157/2
**proceedings [9]** 5/3
18/16 46/8 53/24 160/3
160/7 160/12 261/3
263/12
**process [31]** 9/4 16/8
16/11 16/17 18/10
26/12 26/12 26/18
28/19 28/25 33/2 33/4
34/3 45/14 77/25 87/16
87/19 87/25 102/23
105/1 105/10 105/22
163/25 179/20 179/22
189/3 236/17 237/16
256/14 257/4 257/8
**processes [6]** 35/5
42/18 63/11 102/16
102/20 241/1
**procure [1]** 118/11
**produced [5]** 51/3 54/7
56/8 59/13 60/13
**product [5]** 75/24
76/19 185/12 185/23
186/11
**products [3]** 76/8
76/19 155/10
**professional [8]** 1/18
23/9 24/11 169/3 190/7
263/3 263/22 264/22
**program [10]** 14/17
14/18 27/18 89/22 90/2
90/3 90/9 91/3 91/4
119/24
**programs [8]** 14/17
15/10 15/11 15/12
24/19 25/2 25/3 141/14
**progress [1]** 40/7
**progressed [1]** 63/5
**progression [2]** 79/8

88/1
**progressive [4]** 86/12
86/21 87/2 87/21
**prohibited [1]** 218/7
**project [26]** 81/13
90/19 91/9 91/11 91/17
109/22 133/6 166/22
167/1 224/11 224/12
226/1 226/4 226/5
227/15 228/1 228/8
228/10 229/4 229/5
229/25 230/13 231/24
232/10 232/21 238/4
**projects [15]** 76/3
76/12 79/20 79/24
98/24 129/11 130/24
130/25 137/1 187/15
188/20 207/21 224/20
229/25 242/19
**promise [1]** 206/17
**pronounced [1]** 55/20
**properties [4]** 48/14
48/19 49/1 52/9 52/14
54/12 54/15 57/5 57/7
57/12 64/22 66/10 71/3
72/10
**protect [1]** 218/3
**protected [6]** 92/22
93/1 93/3 235/11
235/18 236/13
**protecting [1]** 236/18
**protection [2]** 237/2
237/18
**protections [3]** 237/9
237/12 237/19
**provide [15]** 81/17
102/22 114/16 115/8
115/8 117/4 117/11
118/15 133/2 140/1
151/18 190/25 191/6
214/10 235/22
**provided [24]** 9/5
36/16 46/23 113/12
114/14 114/14 116/5
116/24 118/7 120/24
146/20 150/14 150/15
152/10 152/14 176/4
176/4 183/8 191/1
191/12 192/5 192/14
237/2 237/8
**provided -- you [1]**
114/14
**providers [1]** 14/10
**providing [4]** 174/12
176/3 192/25 205/11
**providing -- you [1]**
176/3
**public [5]** 1/18 22/15
22/19 262/23 263/4
**pull [3]** 202/23 209/9
257/23
**pulled [3]** 71/9 193/2
209/7
**punishing [1]** 218/19
**purpose [5]** 8/2 8/13
37/13 164/7 164/13
**purposes [2]** 94/6 95/3
**pursuant [3]** 1/17
265/14 265/17

**P**

**put [3]** 17/12 231/17 231/17
**putting [1]** 218/7

**Q**

**qualification [3]** 26/1 226/7 226/9
**qualifications [3]** 24/10 25/22 112/6
**qualified [3]** 27/1 111/19 112/2
**quality [1]** 76/20
**question [73]** 6/14 6/15 6/20 7/11 7/12 7/13 7/23 8/6 8/7 8/18 25/25 30/16 37/10 39/2 41/24 64/12 68/2 68/25 70/21 83/5 86/4 88/19 88/21 88/22 89/3 95/4 95/6 96/22 96/23 97/10 104/14 113/1 116/7 125/3 125/10 126/12 129/25 134/18 135/6 135/9 155/19 155/20 155/22 155/24 155/25 158/7 160/8 160/25 164/11 167/4 169/19 182/23 185/16 185/17 188/9 190/16 193/12 193/18 205/13 214/7 217/10 229/1 231/1 232/2 232/4 235/15 236/5 236/7 237/5 238/2 238/12 241/19 248/9
**questioning [1]** 125/6
**questions [14]** 8/1 8/4 9/3 49/18 50/21 122/7 125/22 157/12 159/11 192/5 205/24 206/7 249/19 263/11
**quick [4]** 41/8 92/10 160/21 171/24
**quickly [3]** 194/23 244/10 244/15
**quite [4]** 26/7 155/2 232/3 244/19
**quotes [1]** 167/18

**R**

**race [71]** 92/17 92/20 94/11 94/19 95/19 95/25 96/20 96/23 97/5 97/14 98/4 98/8 98/12 99/9 99/23 100/1 101/13 105/16 106/14 107/3 107/5 107/19 107/20 108/9 110/15 111/7 111/20 112/14 112/18 128/13 132/15 136/10 137/8 145/12 147/20 154/21 162/6 163/10 163/12 163/18 163/20 163/22 163/22 164/18 167/25 168/6 175/13 177/8 177/23 189/24 204/15 214/24 215/2 215/15 216/16

**220/2 221/6 221/9 222/25 228/18 228/22 229/6 230/16 238/13 238/18 252/6 252/22 253/1 258/23 259/8 260/1**
**races [1]** 99/5
**racial [2]** 178/21 215/7
**racially [1]** 96/11
**raise [3]** 163/16 218/16 218/19
**raised [14]** 130/4 130/4 131/1 140/14 141/10 143/11 162/15 164/15 166/21 228/16 228/18 237/14 238/9 256/18
**raises [1]** 134/15
**raising [4]** 131/2 148/13 218/19 229/20
**range [25]** 18/3 18/3 26/22 68/21 83/11 134/2 136/5 136/6 146/15 189/2 196/24 212/15 226/14 227/3 240/25 241/1 244/25 245/7 245/19 245/20 249/19 249/21 250/14 255/11 255/11
**ranged [1]** 75/24
**ranting [1]** 208/17
**rather [3]** 224/18 235/6 257/17
**re [4]** 209/12 243/15 264/8 265/6
**re-shared [1]** 243/15
**re-sharing [1]** 209/12
**reached [6]** 167/16 173/9 224/18 235/6 235/8 238/17
**reaching [1]** 224/8
**read [47]** 19/13 19/16 31/4 31/9 51/10 55/4 55/8 84/13 84/14 84/16 86/15 88/21 132/5 133/19 134/24 135/13 155/24 160/1 160/19 162/18 166/18 167/7 167/21 169/4 170/15 172/16 173/17 194/5 194/25 196/13 196/14 198/9 205/23 206/7 206/9 206/19 207/22 210/2 220/12 224/25 225/10 225/14 229/19 229/23 230/6 262/1 262/4
**readiness [1]** 257/2
**reading [13]** 95/12 97/8 131/23 160/6 160/11 160/14 160/15 161/3 184/15 195/18 207/16 207/25 244/5
**READS [1]** 262/4
**ready [4]** 50/12 159/22 160/4 257/2
**real [4]** 18/11 62/13 181/5 224/8
**really [42]** 8/13 16/14 17/1 17/2 18/2 26/11

**98/17 28/18 29/5 29/21 29/22 45/10 68/25 74/8 74/8 74/12 75/20 76/15 79/13 81/8 87/9 92/9 97/9 101/2 109/3 120/21 130/1 130/25 142/12 163/8 169/15 219/4 250/25 251/2 253/22 254/25 255/12 255/15 255/24 256/15 257/24 258/21**
**reason [19]** 52/22 54/22 56/1 56/4 71/18 75/14 77/12 77/21 78/18 121/21 131/25 135/21 168/12 194/7 227/14 246/16 246/17 247/12 247/14
**reasonable [1]** 203/21
**reasons [5]** 14/10 184/21 185/2 229/13 245/22
**reassure [1]** 37/10
**rebranding [1]** 91/4
**rebuke [1]** 168/12
**recall [261]** 10/12 11/7 11/13 11/15 11/25 12/17 13/3 13/5 19/7 19/11 19/18 20/5 20/13 20/15 23/16 28/11 31/22 32/11 32/12 34/12 34/21 37/20 38/10 38/15 43/11 44/1 47/21 47/25 51/20 51/22 51/22 51/24 51/25 52/1 53/11 53/15 57/17 57/23 58/2 58/16 59/1 59/8 60/8 60/8 64/22 66/2 66/5 67/10 70/14 70/17 71/8 74/1 74/4 74/12 75/15 75/18 76/2 76/5 76/14 77/13 77/16 79/22 80/20 81/7 81/12 81/20 81/23 89/18 90/23 91/4 91/8 91/10 91/17 91/23 93/5 94/4 94/15 94/20 95/20 96/14 96/17 98/15 99/2 99/8 99/11 100/5 100/6 101/25 103/6 103/22 109/13 109/18 110/5 110/12 112/16 112/20 112/21 112/23 112/24 113/4 113/19 114/19 114/24 115/17 116/16 116/21 116/22 116/7 117/21 118/17 120/17 121/17 123/21 128/15 133/24 134/3 136/11 138/25 139/10 139/23 141/12 142/1 143/5 151/19 152/2 152/6 155/10 156/18 157/10 158/5 158/10 158/17 158/25 159/11 161/2 161/9 161/12 162/23 163/11 163/14 164/1 164/2 165/15 165/20 165/23 166/23 168/2**
**168/1 170/17 172/20 172/21 172/21 173/19 173/25 174/3 174/4 174/7 174/11 174/14 178/13 178/14 178/24 179/2 179/3 179/10 179/15 183/18 185/8 185/22 186/6 186/7 187/4 187/23 188/6 189/8 192/1 192/3 192/4 192/6 192/15 192/24 192/25 195/16 195/19 195/21 196/2 196/9 196/12 199/2 199/17 199/24 200/2 200/8 201/19 201/23 204/5 204/7 206/19 206/22 206/22 207/3 207/9 209/1 209/5 210/23 211/1 220/21 221/5 221/9 221/23 222/25 223/4 223/4 223/5 226/22 226/25 227/5 227/9 227/10 227/11 227/12 227/14 227/17 228/3 233/12 234/17 235/10 238/16 239/14 239/17 239/18 240/5 242/14 244/23 245/2 246/8 246/9 246/14 247/14 247/20 247/22 248/22 249/15 250/8 250/19 250/21 250/22 251/19 251/22 252/11 253/4 253/23 254/3 254/22 255/6 256/21 257/13 258/14 258/19 259/14 259/15
**recalling [3]** 182/5 185/22 251/2
**receive [2]** 187/3
**received [30]** 34/20 43/6 43/13 53/15 53/17 55/11 59/16 65/22 67/12 67/24 70/15 73/25 74/2 117/7 117/8 117/12 117/19 120/20 122/10 139/10 143/5 152/5 152/5 156/25 157/3 157/22 159/1 187/3 240/21 241/11
**receiving [4]** 8/21 132/12 137/15 210/8
**Recess [6]** 41/9 92/14 123/1 125/18 172/2 219/11
**recessed [1]** 261/4
**recipient [1]** 243/24
**recipients [3]** 131/21 132/1 142/14
**recognize [2]** 49/24 50/25
**recognizing [1]** 68/16
**recollecting [1]** 139/1
**recollection [59]** 10/3 11/3 21/18 21/25 34/19 39/19 43/5 52/6 52/20 53/2 54/25 58/21 64/7 67/23 74/25 79/12**
**25/25 80/21 81/19 91/1 98/13 99/13 99/15 108/13 115/4 157/19 158/6 159/10 162/21 165/1 165/4 167/9 168/11 169/10 176/21 184/5 189/12 192/13 198/23 222/6 222/19 223/1 225/17 225/24 227/10 227/19 228/15 233/12 234/1 239/22 244/24 245/4 250/13 253/16 254/1 254/18 255/19 256/24 257/6**
**recommendation [2]** 165/8 257/22
**recommendations [1]** 150/15
**reconvening [1]** 260/16
**record [23]** 5/10 5/13 7/2 7/8 8/3 18/14 92/12 107/8 114/5 121/12 122/5 122/24 123/9 125/21 126/18 160/14 160/18 206/8 219/13 261/1 262/2 264/23 265/22
**Record/original [1]** 264/23
**records [2]** 163/1 164/4
**recovering [2]** 37/25 45/21
**recurring [2]** 187/25 188/8
**recusal [1]** 229/12
**recuse [2]** 228/10 229/5 230/12 231/23
**recused [6]** 224/12 226/1 227/7 229/4 229/24 238/3
**recusing [2]** 227/15 232/10
**reduce [1]** 116/10
**reduced [1]** 263/10
**refer [5]** 9/9 54/23 209/7 209/8 251/24
**reference [4]** 3/7 165/15 165/17 208/6
**references [1]** 210/16
**referred [2]** 15/16 60/23
**referring [16]** 20/18 40/19 40/22 95/7 95/11 129/17 167/1 167/7 202/6 202/7 220/14 228/22 229/22 237/22 244/16 252/3
**refers [4]** 167/11 226/5 236/16 244/3
**reflect [1]** 60/5 158/12 169/7
**reframe [1]** 229/1
**refresh [7]** 162/21 183/14 195/11 198/23 222/14 222/21 225/17
**regard [2]** 63/17 215/14**

**R**

**regarding [4]** 170/3
173/6 224/16 232/22
**Registered [4]** 1/18
263/3 263/22 264/22
**regular [3]** 176/9
176/13 259/2
**Regulations [1]** 119/24
**REHAB [1]** 1/4
**reiterate [5]** 135/11
140/11 153/23 238/17
248/22
**relate [1]** 248/19
**related [107]** 11/10
14/9 16/5 17/2 18/4
18/8 26/8 26/23 27/5
27/13 35/16 35/25
36/13 36/14 38/7 40/3
40/6 40/24 41/13 43/20
43/21 52/6 53/2 54/25
58/18 60/10 63/16
64/16 65/4 65/10 74/7
75/10 75/23 76/12 78/3
78/5 78/20 78/21 78/22
79/16 79/19 80/16
80/22 80/25 81/21 88/1
88/4 88/5 98/24 99/4
106/19 109/21 113/21
119/23 127/4 127/5
128/25 129/10 129/11
130/10 130/11 130/12
136/16 140/1 144/1
148/13 152/1 152/2
155/8 156/12 164/16
164/17 165/9 166/22
169/16 169/16 170/22
171/4 171/10 174/1
177/21 185/6 185/24
188/19 189/7 207/20
207/23 208/12 217/17
217/20 218/4 221/9
221/15 226/15 231/3
231/4 239/19 239/20
239/21 242/25 244/25
245/14 249/19 251/7
251/8 253/9 263/13
**related -- you [1]** 88/4
**relating [2]** 32/5 102/7
**relation [2]** 134/15
263/7
**relations [24]** 13/23
15/17 15/20 16/2 18/21
19/2 19/5 36/9 38/17
42/16 44/9 44/15 45/12
58/10 62/19 71/23
84/10 84/20 85/1 85/3
86/7 86/11 104/12
119/19
**relationship [1]** 129/1
**release [5]** 3/12 46/15
47/6 54/5 56/16
**released [1]** 226/19
**relevant [1]** 125/5
**relocate [1]** 14/14
**Relocation [1]** 14/4
**relying [3]** 78/8 78/15
188/22
**remained [2]** 85/19

**remember [62]** 10/11
11/4 28/4 36/25 41/15
43/15 43/18 47/22
47/22 56/25 75/7 77/17
81/13 91/6 92/3 92/24
93/7 93/9 93/9 93/19
94/22 95/12 98/17
103/20 110/3 114/1
117/22 118/1 119/15
120/24 139/14 146/15
157/2 157/7 157/21
158/4 159/12 159/16
168/1 171/16 171/23
179/13 183/21 189/10
202/2 203/22 204/10
216/3 221/12 225/21
226/8 226/19 228/9
235/8 240/9 240/12
247/3 249/1 249/2
252/19 254/24 255/2
**remembering [10]**
76/21 107/14 109/17
110/10 117/24 149/4
157/11 188/11 222/1
239/24
**remind [4]** 50/4 79/10
189/12 242/5
**reminded [1]** 120/6
**reminder [2]** 193/11
193/21
**reminding [1]** 50/2
**remote [1]** 73/20
**remotely [5]** 1/11 37/5
37/23 62/24 149/6
**removed [2]** 103/15
116/23
**repeat [13]** 51/7 126/12
155/19 167/4 184/25
235/15 236/4 236/4
236/6 236/10 237/4
249/7 249/8
**repeated [2]** 132/17
176/24
**repeatedly [1]** 210/14
**report [1]** 143/18
**reported [1]** 132/21
**reporter [6]** 1/18
193/14 206/7 263/4
263/22 264/22
**REPORTER'S [1]**
263/1
**Reporting [3]** 264/1
265/1 265/21
**reports [1]** 24/25
**represent [6]** 55/10
123/12 127/8 127/20
128/2 161/13
**representation [5]**
124/9 125/1 125/24
126/10 126/15
**represented [1]** 10/20
**represents [6]** 14/8
123/24 126/19 126/25
128/4 128/5
**request [14]** 7/22 37/4
40/25 109/3 118/2
118/3 120/20 122/10
147/12 172/22 220/10

85/22
236/24 260/6
**requested [5]** 34/23
118/12 172/10 172/22
173/3
**requesting [2]** 172/24
224/9
**requests [2]** 70/19
117/14
**require [1]** 23/25
**required [1]** 143/18
**requirement [2]** 213/17
214/17
**requirements [12]**
23/19 29/15 40/8 83/10
103/7 213/8 213/9
213/10 215/6 216/3
216/7 216/12
**requires [1]** 190/11
**reread [1]** 155/21
**resignation [1]** 82/15
**resignation/terminatio
n [1]** 82/15
**resolution [1]** 27/11
**resolving [1]** 104/11
**resource [5]** 1/7 9/9
9/10 9/12 105/7
**resources [17]** 23/3
24/11 25/9 25/9 82/18
82/21 82/24 84/9 84/19
84/22 84/24 86/6 86/10
104/9 144/24 145/7
169/3
**resources-adjacent [1]**
25/9
**respect [5]** 63/8 105/15
105/15 112/13 214/13
**respond [2]** 145/23
224/7
**responded [2]** 90/14
224/7
**responds [1]** 195/2
**response [20]** 120/11
120/13 136/18 138/7
176/18 194/20 195/5
195/8 195/17 196/10
198/18 198/24 201/18
201/21 202/7 202/18
204/24 205/11 231/6
239/8
**responsibilities [3]**
18/22 71/22 176/6
**responsibility [18]**
116/20 142/15 144/3
145/11 145/20 149/19
150/5 152/15 211/6
211/12 211/21 211/24
212/23 213/3 213/14
214/8 214/17 215/13
**responsible [3]** 99/22
104/10 210/18
**responsive [3]** 41/25
202/16 231/14
**responsiveness [2]**
76/18 79/15
**rest [1]** 132/22
**restart [2]** 137/16
248/9
**restate [1]** 232/2
**restructuring [1]** 18/8

**result [4]** 131/1 177/9
218/21 256/9
**results [2]** 171/5
222/24
**resume [1]** 171/25
**retain [1]** 119/12
**retained [1]** 119/4
**retali [2]** 129/7 140/19
**retaliate [2]** 217/6
217/12
**retaliated [1]** 136/12
**retaliating [1]** 137/9
**retaliation [56]** 18/23
19/1 19/12 19/16 20/4
30/19 30/22 31/9
128/19 128/22 129/4
129/8 129/18 129/20
129/21 130/6 130/7
130/16 132/24 133/11
133/18 133/22 134/8
134/15 134/19 140/8
140/16 140/23 141/2
141/23 144/5 145/12
148/5 148/17 150/1
150/13 151/2 151/10
153/7 154/21 209/3
210/20 211/7 217/25
218/2 218/9 218/18
235/18 235/25 236/13
237/3 237/9 237/20
258/24 259/8 260/2
**retention [4]** 118/18
119/2 119/7 119/18
**retreat [2]** 173/16
174/22
**retrospect [1]** 182/3
**return [7]** 30/11 224/15
224/19 224/24 231/4
235/7 264/13
**returning [2]** 36/24
122/14
**returns [2]** 173/15
232/16
**review [10]** 8/11 10/1
85/17 85/18 140/25
187/4 204/9 211/13
223/3 227/18
**reviewed [13]** 28/15
40/20 46/23 52/10
139/4 139/17 146/18
186/6 186/9 186/11
204/10 209/2 221/3
**reviewing [9]** 11/4
27/15 96/20 136/3
185/20 186/21 186/21
207/14 255/1
**reviews [1]** 113/20
**revolutionary [1]**
191/20
**rewards [1]** 36/11
**reword [1]** 241/19
**right [53]** 7/17 7/21 8/1
11/25 12/6 12/6 14/12
18/19 32/16 48/4 48/5
50/7 61/4 65/18 69/3
70/22 71/10 72/7 82/8
99/6 107/5 121/9
149/20 159/19 172/1
172/14 182/14 194/22

194/24 198/1 198/18
202/3 202/9 202/14
205/21 209/10 213/18
213/20 215/16 215/17
216/16 219/3 220/15
222/10 222/15 224/6
233/6 234/3 238/14
244/9 247/9 247/12
259/3
**Rights [1]** 96/21
**ring [2]** 199/8 200/4
**role [17]** 15/19 17/25
41/12 47/4 64/3 82/21
85/3 89/20 106/24
112/2 127/5 130/22
141/3 144/18 169/2
186/14 190/6
**roles [5]** 25/9 26/16
85/8 85/15 85/25
**roughly [1]** 36/25
**Rouse [16]** 55/12
55/15 55/17 55/18
55/23 58/12 58/22
72/18 117/9 117/12
117/19 117/23 118/8
120/19 122/11 140/3
**Roux [1]** 37/16
**Roux-en-Y [1]** 37/16
**RPR [1]** 264/22
**ruby [60]** 2/17 3/8 3/10
3/14 3/18 9/8 19/10
20/13 25/20 39/25 40/3
43/8 46/18 47/13 52/7
53/3 58/18 89/17 89/19
91/9 92/17 101/19
106/13 131/18 138/20
146/22 162/9 163/16
170/4 172/10 172/13
173/10 173/12 173/13
190/20 192/12 192/16
192/22 193/4 195/13
198/18 198/25 199/25
200/17 202/8 203/13
220/9 224/3 224/5
224/15 224/23 231/3
241/10 241/16 242/2
242/11 244/4 246/13
250/18 253/13
**Ruby's [7]** 36/14
134/13 136/10 162/6
194/20 194/21 230/12
**rude [1]** 7/7
**Rule [1]** 264/15
**rules [4]** 1/17 5/24 6/8
265/17

**S**

**said [37]** 14/1 31/18
40/12 65/8 65/13 69/11
78/13 91/19 91/23 94/4
103/23 107/6 109/13
123/10 126/25 135/10
151/23 163/16 163/20
173/13 179/6 179/14
184/21 184/23 185/4
188/7 192/24 202/16
213/13 222/20 222/25
223/5 225/2 238/4
240/19 259/11 263/8

**S**

**same [26]** 5/24 9/11 12/5 12/24 13/24 13/25 48/7 48/22 52/11 54/11 54/16 55/6 56/19 57/8 69/3 85/19 85/22 121/14 153/5 169/23 172/5 201/12 213/12 223/8 231/11 262/2
**save [2]** 41/3 41/5
**saved [10]** 41/5 49/12 49/12 52/16 53/8 54/19 54/20 55/6 71/16 139/13
**saw [5]** 130/14 141/1 191/3 200/3 205/4
**say [87]** 6/7 6/24 6/25 7/6 12/8 20/17 25/8 25/11 25/11 27/3 32/7 62/10 68/2 73/21 74/23 77/12 80/7 88/7 89/6 89/19 92/8 94/2 96/4 96/25 99/18 99/19 103/21 104/23 110/24 114/25 116/13 119/10 120/5 120/12 123/13 123/15 126/19 129/16 134/5 134/11 134/12 135/1 135/25 136/11 143/3 143/19 143/25 151/17 151/19 151/21 152/7 153/1 154/12 156/8 158/3 159/4 176/1 176/12 177/25 178/19 179/22 181/2 182/15 183/24 187/2 188/4 190/5 196/8 196/11 200/5 200/7 204/22 205/1 205/8 208/5 208/7 211/11 211/23 211/24 212/8 213/2 214/16 214/16 215/22 217/9 240/19 248/7
**say -- you [2]** 134/11 158/3
**saying [13]** 31/24 96/2 96/3 102/12 120/1 155/19 159/3 178/24 179/3 208/20 241/12 244/13 259/14
**says [29]** 49/9 49/13 52/15 61/5 66/13 67/1 67/20 83/24 84/7 86/10 157/24 162/4 168/18 168/21 168/24 170/2 173/8 178/6 194/16 195/5 201/17 208/16 220/7 225/3 225/25 227/6 229/24 233/18 239/12
**scenario [3]** 65/12 190/14 243/4
**scenarios [10]** 28/21 36/3 62/6 62/16 63/7 69/21 73/19 245/1 245/8 245/10
**Schacht [11]** 11/21

12/3 12/9 12/12 131/22 189/9 194/12 201/17 227/19 243/22 244/3
**Schacht's [1]** 195/3 205/5
**scheduled [2]** 224/6 233/6
**science [1]** 22/16
**scope [2]** 30/10 78/11
**SCP [1]** 24/5
**screen [13]** 48/2 48/13 49/9 49/13 52/8 54/12 55/5 55/9 57/8 71/11 137/14 197/19 197/25
**screenshot [2]** 162/1 166/3
**screenshotted [1]** 167/14
**scroll [1]** 49/1
**scrutiny [1]** 132/24
**sdittmer [2]** 264/1 265/1
**se [4]** 23/19 64/5 97/5 103/5
**Sean [60]** 11/10 13/8 16/4 17/12 17/16 17/23 31/17 34/19 39/20 44/4 53/15 67/25 70/13 72/18 73/25 74/16 75/9 77/9 86/5 86/17 87/23 100/15 104/25 105/9 114/15 114/17 120/6 139/20 143/13 145/7 146/21 147/3 148/7 157/1 173/14 173/15 174/5 174/19 175/2 175/17 189/17 220/2 223/19 223/25 224/18 229/16 230/22 231/5 235/6 235/9 238/17 239/8 240/21 241/11 241/17 242/3 242/17 246/4 257/23 260/12
**Sean's [1]** 233/1
**search [1]** 118/4
**searched [1]** 118/9
**second [19]** 16/13 32/12 51/16 76/6 83/16 125/17 131/11 132/4 144/23 145/1 166/12 168/24 185/18 194/3 196/20 197/15 209/19 225/3 232/8
**secondary [1]** 145/7
**section [1]** 84/2
**see [70]** 18/12 27/9 28/25 38/11 40/17 43/23 46/9 48/10 48/13 48/15 49/2 51/5 54/9 54/15 66/7 66/13 67/3 67/20 72/13 82/8 84/4 84/11 122/6 130/8 130/14 131/16 131/18 131/20 135/13 140/21 143/24 152/4 166/5 168/17 173/24 178/9 194/9 194/14 195/9 195/24 196/19 196/19 197/7 198/15 198/21

**senior [3]** 19/25 106/25 256/2
**senior instructional [1]** 256/2
**senioral [1]** 256/2
**sense [9]** 7/3 8/8 107/18 124/3 157/24 168/10 168/10 189/22 235/21
**sent [12]** 13/10 44/6 112/23 113/1 131/19 133/22 151/24 152/24 153/6 153/18 198/6 203/13
**sentence [6]** 86/10 210/2 229/22 232/20 233/2 244/8
**sentiments [1]** 230/1
**separate [4]** 39/14 43/8 140/9 246/12
**separated [2]** 63/25 153/11
**separately [1]** 197/11

**separation [10]** 3/11 46/15 47/5 54/5 56/15 56/20 65/25 66/1 66/11 69/23
**September [11]** 37/1 91/5 153/12 157/16 158/4 247/22 247/24 247/24 248/3 248/7 248/15
**September 1 [5]** 153/12 157/16 158/4 247/22 248/15
**September 21 [1]** 247/24
**September 30 [2]** 247/24 248/7
**series [2]** 108/14 226/10
**service [1]** 14/10
**session [2]** 169/1 238/23
**set [6]** 40/13 88/2 119/17 120/2 135/17 265/18
**setting [1]** 133/4
**settlement [1]** 265/19
**seven [2]** 131/14 260/22
**seven-page [1]** 131/14
**several [7]** 11/6 14/25 28/1 102/25 132/17 171/11 174/21
**several-day [1]** 171/11
**share [8]** 48/2 52/8 54/12 81/25 118/10 142/15 166/15 197/19
**shared [18]** 105/22 105/22 106/6 113/25 139/5 139/19 143/4 162/11 164/7 170/4 186/22 193/24 211/2 227/18 233/10 233/11 243/15 255/23
**sharing [7]** 50/10 52/9 71/11 197/25 209/12 229/15 230/20
**she [181]** 8/3 8/5 8/6 13/3 13/3 13/4 18/18 19/21 19/21 19/22 19/23 19/24 19/24 21/3 21/17 31/10 31/16 32/15 33/4 56/1 56/3 64/7 64/14 64/15 64/17 68/5 76/9 77/21 88/11 88/25 90/11 90/12 90/13 90/13 91/11 92/21 92/22 92/24 93/2 93/25 94/3 94/5 94/7 95/2 96/5 96/10 97/19 98/24 101/7 107/8 107/9 107/19 109/2 109/2 109/13 109/20 109/22 109/25 110/1 112/23 112/24 113/1 120/23 123/14 126/23 126/24 126/25 128/18 129/8 129/9 130/12 133/23 134/13 134/15 134/16 134/21 134/21

135/14 135/15 135/16 136/12 140/8 148/17 152/25 153/9 153/9 153/11 153/18 155/5 155/12 155/25 161/6 161/14 162/15 163/8 163/14 163/16 163/17 164/21 165/5 165/6 167/14 170/4 170/6 172/22 172/22 173/3 173/3 174/14 176/20 176/21 176/23 177/2 177/2 178/11 178/12 178/15 178/20 178/21 179/6 180/1 180/2 185/2 186/11 187/11 191/1 192/1 192/4 195/5 202/16 208/17 208/19 210/16 217/21 220/11 220/18 220/19 221/3 221/19 224/7 224/10 224/12 224/17 226/1 226/25 227/1 227/10 227/14 227/15 227/23 228/11 228/13 228/13 228/15 228/17 229/4 229/11 229/18 229/24 230/5 230/24 230/25 232/16 234/4 234/5 234/12 234/13 234/13 235/6 238/4 238/4 238/7 238/7 238/9 238/20 246/6 251/9 251/10 251/14 258/3 258/7
**she -- you [1]** 92/21
**she's [5]** 210/16 210/16 229/20 230/22 231/1
**sheet [2]** 54/3 264/14
**sheets [2]** 262/2 264/13
**Shelly [5]** 206/12 206/16 219/4 236/6 261/2
**shift [1]** 67/17
**shifted [1]** 15/14
**short [3]** 14/15 14/16 172/12
**short-term [2]** 14/15 14/16
**shorthand [1]** 263/9
**shortly [1]** 221/6
**should [15]** 12/7 43/23 66/16 70/15 84/7 84/18 181/17 197/13 211/5 211/25 211/25 213/22 213/25 213/25 262/4
**shouldn't [2]** 166/15 194/21
**show [8]** 49/15 59/11 131/4 182/9 193/5 219/15 222/12 222/20
**showed [5]** 48/8 48/20 57/3 159/9 201/3
**showing [2]** 66/10 71/11
**SHRM [112]** 3/17 3/19 9/10 9/11 9/14 12/1

**S**

**SHRM... [106]** 12/6
13/9 13/11 13/17 13/20
14/13 14/13 14/19
14/23 15/6 15/21 16/8
16/18 17/5 17/24 19/4
21/4 21/17 22/3 23/7
23/7 23/11 24/5 24/6
24/7 24/8 25/4 25/5
30/19 34/3 36/23 41/1
44/9 46/18 47/11 55/12
55/16 56/17 67/5 70/19
82/7 82/7 82/23 83/6
83/24 90/7 91/3 91/4
95/22 95/25 98/5
102/16 111/12 116/25
117/5 118/17 119/6
121/5 126/16 126/19
126/20 131/12 133/3
133/15 154/24 161/21
165/25 168/15 169/23
172/5 173/12 181/11
190/9 194/8 196/24
196/25 198/4 209/19
211/20 211/22 211/25
212/8 212/9 212/12
212/13 212/18 213/13
213/22 213/24 214/2
214/3 214/15 214/23
215/23 219/25 220/18
220/22 221/7 223/7
226/5 226/24 239/11
243/19 249/20 264/8
265/6

**SHRM's [18]** 9/3 10/4
11/18 15/5 30/22 35/4
82/17 82/20 86/21
87/21 132/19 133/12
143/17 144/4 212/3
212/22 218/8 249/14

**side [10]** 27/14 64/17
104/18 107/17 117/13
119/19 201/8 201/8
201/10 201/10

**sides [1]** 251/2
**sign [1]** 265/15
**signature [8]** 51/17
60/24 198/11 263/16
264/10 264/11 264/13
265/11

**signed [5]** 124/9 125/1
125/24 265/12 265/13

**significant [1]** 38/24
**similar [8]** 45/14 56/24
60/22 60/22 133/10
201/9 203/19 221/1

**since [8]** 12/19 13/7
13/9 95/25 132/18
224/4 225/15 265/18

**sincerely [1]** 133/16
264/21

**sir [1]** 223/10
**sitting [3]** 107/4 127/7
127/15

**situation [37]** 27/10
42/6 63/2 80/8 84/9
84/19 102/8 102/14
106/5 114/4 136/4

136/16 148/9 178/8
178/16 180/7 180/17
181/4 181/6 181/9
183/8 183/12 183/15
183/17 186/17 190/8
192/6 192/15 229/21
230/21 239/21 243/4
243/10 243/11 244/16
245/9 254/13

**sized [1]** 190/10
**SKC [3]** 1/2 264/8
265/7

**skin [4]** 93/14 93/16
94/1 97/3

**skip [1]** 166/11
**Slack [1]** 224/9
**slice [1]** 216/14
**slip [1]** 50/2
**slipped [1]** 81/9
**smoothly [1]** 38/5
**snack [1]** 7/19
**snapped [1]** 208/19
**snarky [1]** 208/16
**so [293]**
**so -- you [1]** 111/15
**So I [1]** 121/23
**SOCIETY [4]** 1/7 9/8
9/9 9/12

**some [43]** 5/23 6/8
7/25 26/17 28/3 28/21
40/6 40/10 41/13 50/21
52/2 52/2 59/4 66/5
66/5 79/23 79/23 81/12
98/3 109/23 114/17
114/23 121/13 121/23
124/6 138/8 139/24
147/9 161/6 161/8
164/7 164/12 171/5
181/19 182/1 187/1
188/16 194/7 205/24
224/2 227/5 229/15
231/16

**someone [19]** 42/7
42/10 47/12 56/3 69/3
74/24 85/8 151/24
152/14 155/12 155/25
157/24 179/6 179/14
191/9 191/16 218/16
240/17 247/12

**someone's [2]** 157/6
241/23

**something [32]** 33/9
43/20 50/18 87/4 89/4
92/8 96/4 108/3 108/7
109/21 115/9 130/3
136/2 151/21 152/19
152/20 174/18 179/14
188/10 188/14 191/13
192/8 195/21 204/9
205/16 214/19 221/19
230/9 233/18 237/15
243/2 257/7

**sometime [7]** 28/4
74/14 117/23 117/25
222/8 250/9 250/13

**sometimes [1]** 6/23
**somewhat [1]** 176/9
**somewhere [1]** 250/10
**soon [1]** 99/25

**sorry [38]** 24/5 48/23
49/20 51/7 66/1 69/19
74/22 74/24 82/10 83/2
92/18 95/4 120/8
137/13 142/19 142/19
153/1 154/8 155/18
160/1 160/10 167/3
177/4 184/24 190/23
193/13 196/20 197/9
197/17 206/12 208/25
232/1 236/3 236/4
237/4 247/25 249/5
249/6

**sort [48]** 15/25 16/15
16/24 17/1 17/2 17/16
17/20 18/24 18/25 19/1
19/1 20/3 25/1 26/17
28/19 28/19 28/21
28/22 32/25 38/16 40/7
40/8 42/15 47/5 59/8
63/18 75/23 79/13 80/1
101/2 102/22 115/1
115/13 115/13 115/18
115/18 136/25 157/12
159/3 174/12 174/14
183/17 195/22 207/19
227/1 242/8 251/9
256/1

**sound [3]** 104/14 163/3
222/10

**sounded [1]** 169/18
**sounds [8]** 6/1 137/25
171/18 202/22 202/24
222/18 222/19 225/23

**source [1]** 111/6
**Southern [1]** 22/23
**space [1]** 26/9
**speak [24]** 11/17 11/20
28/16 33/18 33/25 34/9
34/16 41/18 49/25
53/16 68/1 108/21
123/6 135/1 135/23
135/23 143/16 144/10
144/17 154/11 154/12
216/21 220/10 239/2

**speak to [1]** 135/23
**speaking [7]** 12/17
167/17 173/19 175/20
221/2 256/6 256/8

**specific [42]** 28/13
34/1 34/9 67/22 67/24
70/9 80/20 89/9 99/11
99/12 99/17 100/4
102/20 106/12 110/3
111/10 112/20 114/2
129/15 133/21 139/11
144/2 146/15 159/16
161/9 165/15 165/15
174/2 174/3 178/13
178/14 188/3 195/19
199/3 221/17 222/6
225/22 239/3 242/13
246/9 252/19 259/20

**specific -- you [1]**
165/15

**specifically [81]** 11/13
20/13 21/23 28/16
33/25 35/1 43/19 47/8
47/21 53/17 57/23 58/2

59/1 60/8 61/19 68/1
70/14 76/5 76/11 77/13
77/16 79/10 80/7 81/3
89/18 90/23 91/8 91/18
92/24 93/5 93/9 94/2
94/5 94/15 96/15 98/8
99/4 99/18 100/5
112/24 117/22 118/1
129/13 129/16 134/4
136/20 138/10 139/9
139/16 152/3 158/4
158/10 165/23 173/24
177/20 178/25 179/13
186/5 187/2 187/24
188/4 189/15 192/3
195/16 196/1 199/8
200/5 202/3 207/3
220/21 223/4 239/5
242/14 244/23 246/15
246/15 251/20 251/23
251/25 255/8 259/15

**specifics [16]** 23/16
33/19 48/1 80/19 81/18
109/17 115/17 139/14
143/16 147/17 157/8
174/7 179/15 189/20
233/10 254/12

**speculate [6]** 88/13
103/11 103/14 103/19
142/18 142/24

**speculating [1]** 94/13
**speculation [2]** 65/24
77/15

**spell [1]** 5/13
**spent [2]** 10/2 133/14
**SPITTELL [19]** 2/13
7/25 9/2 9/24 10/8
10/17 10/24 41/18
121/4 121/9 122/13
123/7 123/10 123/16
123/19 125/21 126/18
264/4 264/9

**spittellk [1]** 2/15
**split [1]** 15/11
**spoke [12]** 11/23 12/4
12/8 12/23 13/1 123/8
123/16 123/18 162/5
162/21 173/14 259/7

**spoken [4]** 10/14 10/17
12/14 174/5

**spreading [1]** 173/12
**spreadsheet [1]** 3/13
**spring [1]** 117/24
**staff [2]** 13/21 15/7
**stakeholders [10]**
16/20 28/25 76/18
117/16 138/16 139/9
140/21 147/6 189/3
189/4

**stamp [3]** 54/8 153/20
211/21

**stamped [2]** 200/14
209/19

**stamps [2]** 38/12 43/24
**stand [2]** 14/3 125/14
**standard [10]** 51/13
51/18 57/20 60/25
118/22 118/25 119/2
164/23 191/18 191/18

**start [6]** 6/19 7/12 42/1
215/5 254/13 256/14

**started [5]** 74/8 123/10
132/12 132/22 210/8

**starting [3]** 3/18
172/11 189/9

**starts [5]** 10/11 200/16
209/25 219/24 220/2

**state [5]** 5/12 29/15
135/15 176/18 263/4

**stated [14]** 35/10 46/17
54/24 89/2 97/25
107/14 168/2 182/18
214/2 217/16 227/14
241/14 246/16 260/4

**statement [4]** 230/6
230/8 232/8 233/22

**statements [6]** 121/9
224/13 226/2 232/11
234/11 234/16

**states [6]** 1/1 5/19
14/17 16/20 134/16
134/21

**stating [2]** 94/17
134/14

**statistic [1]** 190/10
**status [1]** 207/19
**statutes [1]** 215/7
**stay [1]** 121/12
**stems [1]** 186/21
**stenological [1]** 8/14
**step [7]** 42/11 42/18
42/18 42/22 44/25
170/13 243/8

**steps [12]** 29/16 114/9
169/16 170/14 173/10
174/16 236/17 239/19
239/20 243/10 243/12
259/18

**sticks [1]** 208/1
**still [21]** 22/3 64/7
64/17 66/16 78/4 87/19
91/11 117/9 140/6
141/19 155/15 156/3
160/11 160/17 162/14
182/19 182/19 190/11
207/3 207/7 234/13

**stipulation [1]** 265/14
**stood [1]** 207/23
**stop [2]** 25/16 185/15
**story [1]** 54/11
**Street [5]** 2/4 2/8 2/14
264/5 265/5

**Strengths [1]** 168/25
**string [1]** 66/7
**strive [3]** 213/22
213/25 214/1

**strong [4]** 224/12
226/2 230/1 232/10

**structure [4]** 85/14
86/3 87/9 145/4

**structured [1]** 87/8
**style [1]** 238/10
**subject [3]** 110/8 120/8
120/8

**subjected [1]** 132/23
**subjective [1]** 217/3
**submit [1]** 187/14
**submitted [4]** 185/12

**S**

submitted... [3]  185/23
186/10 186/12
Subscribed [1]  262/19
subsequent [4]  74/17
75/9 75/12 112/23
subsequently [1]
227/24
substance [3]  8/15
13/14 127/24
successful [1]  133/17
successfully [1]  133/6
successive [1]  175/2
such [4]  20/16 124/24
165/10 259/23
suggest [1]  194/19
Suggested [1]  168/22
Suite [5]  2/4 2/8 2/14
264/5 265/5
Sullivan [81]  11/11
13/8 16/4 17/12 17/17
21/19 31/17 34/20
39/20 43/6 43/13 44/4
53/15 65/23 67/25
70/13 72/18 73/25 74/2
74/16 75/9 77/9 77/11
78/15 78/18 86/5 86/18
87/23 100/15 104/25
105/12 105/23 106/7
113/13 114/15 114/17
115/9 120/6 139/20
143/13 145/7 146/21
147/4 147/19 147/25
148/7 148/16 148/22
150/16 151/6 152/11
157/1 157/18 159/2
164/2 174/5 174/19
175/2 175/17 181/25
183/8 189/18 220/3
223/19 229/17 230/23
235/9 238/17 238/20
239/14 240/22 241/12
241/17 242/3 242/17
244/22 246/4 254/4
257/15 257/19 260/12
Sullivan's [3]  147/12
231/5 239/8
summary [5]  115/6
139/15 184/23 185/4
208/20
summer [1]  227/8
supervision [1]  176/10
supervisor [5]  84/7
84/8 84/17 84/18 98/9
support [12]  14/11
36/8 65/11 133/5 133/7
194/23 201/21 202/10
204/13 244/6 244/7
244/11
suppose [1]  97/5
supposed [1]  178/7
supposes [1]  89/4
sure [55]  6/11 7/8 8/20
20/23 27/16 29/13 30/5
37/6 38/5 38/22 39/4
44/7 49/10 49/18 50/3
50/6 52/10 57/10 59/7
59/7 61/18 62/9 63/14

67/11 67/14 78/12
83/13 85/16 105/3
106/3 120/9 122/1
122/19 151/23 153/4
155/18 155/20 157/15
193/11 193/12 194/6
197/6 197/18 206/9
209/9 219/8 228/25
229/2 235/16 237/5
237/24 237/25 249/9
252/3 255/16
surgery [6]  37/15 38/9
62/20 73/2 149/7
153/25
surprise [1]  124/8
survey [15]  16/25
170/22 171/5 171/10
171/13 221/16 222/8
222/24 225/17 249/11
249/14 249/18 249/22
249/25 258/16
suspicious [2]  154/4
154/16
SWAIN [10]  2/3 2/3 3/5
5/8 5/10 71/1 193/11
265/4 265/4 265/9
Swain's [1]  49/18
swainemploymentlaw.
com [1]  2/5
sworn [4]  5/5 6/2
262/19 263/6
system [5]  17/9 63/16
68/12 216/23 218/24

**T**

T-i-m-m-y [1]  5/15
tab [2]  52/13 57/12
table [2]  194/23 244/9
take [25]  11/1 23/18
24/3 24/3 30/5 31/16
41/8 47/12 50/18 53/19
57/5 60/12 71/2 83/16
92/10 122/19 144/3
145/10 145/14 145/19
149/18 150/4 155/4
171/24 200/10
taken [16]  1/17 5/20
11/9 21/24 41/9 92/14
112/21 123/1 125/18
172/2 173/10 180/12
219/11 243/10 263/9
264/7
taking [6]  39/5 112/21
114/10 122/2 178/17
178/17
talk [11]  19/19 147/4
150/1 174/24 184/17
208/8 217/2 217/4
220/10 242/18 253/17
talked [20]  9/23 75/9
89/15 100/12 127/25
128/12 129/9 130/20
136/23 136/23 138/7
146/10 146/19 165/22
191/3 238/22 249/10
252/22 255/10 260/3
talking [29]  28/17
29/22 30/3 34/25 35/4
41/12 90/21 100/9

338/21 59/6 163/4
164/2 164/24 169/15
177/18 202/3 212/18
214/23 215/24 217/3
239/18 242/16 250/22
250/25 251/3 251/12
251/20 252/1 254/3
Tanya [9]  55/12 58/11
58/21 72/18 117/9
117/12 117/23 118/7
140/3
tasked [3]  104/20
142/16 230/15
tasks [3]  105/12
105/13 133/8
team [47]  16/19 17/7
17/8 17/18 63/15 64/9
65/11 73/8 90/1 90/10
91/12 101/23 119/16
133/17 137/3 138/9
166/10 170/7 170/17
170/24 170/25 171/7
171/8 171/13 171/16
173/11 174/22 190/10
211/4 221/22 221/24
222/4 222/23 224/5
224/6 224/7 224/10
224/15 225/15 225/16
226/23 227/2 227/4
227/23 241/4 247/4
249/24
technically [4]  15/5
22/18 36/22 145/2
technology [1]  17/8
tell [24]  6/3 11/3 22/5
28/11 30/13 34/22
52/15 59/20 60/20
103/6 108/24 109/12
122/10 130/6 132/6
136/19 138/11 178/11
225/11 239/17 244/19
246/6 250/16 250/21
telling [4]  174/4 187/13
188/23 259/12
template [19]  46/22
47/11 47/12 47/16
47/18 57/21 59/23 60/4
60/21 61/1 61/13 65/16
65/21 71/3 150/20
153/17 154/25 156/9
241/3
templates [1]  153/24
ten [5]  25/15 155/15
156/3 160/21 160/24
tend [1]  6/24
tense [2]  215/25
237/19
term [11]  3/13 14/15
14/16 68/21 74/25
79/12 153/10 192/7
192/9 235/18 236/4
terminate [24]  30/22
35/8 35/13 38/25 61/23
65/17 67/8 70/7 76/23
77/7 77/11 77/21 78/14
78/22 88/10 88/23
189/13 189/15 241/16
241/16 242/4 246/3
247/11 248/23

terminated [20]  33/14
33/14 43/4 68/8 69/4
69/14 77/22 84/8 84/18
87/21 154/2 156/23
157/6 157/25 158/1
184/22 220/22 242/6
245/23 246/7
terminating [1]  242/11
termination [77]  33/5
34/4 34/11 34/18 35/17
39/1 39/6 39/7 39/25
41/13 41/14 42/2 43/12
44/10 44/11 58/8 60/2
60/5 61/3 61/11 62/13
65/5 67/6 67/6 68/6
68/10 68/21 69/10
69/13 70/4 71/5 72/17
75/14 76/12 78/19 80/4
82/15 85/9 85/24 86/14
128/18 150/20 153/10
153/17 154/22 156/19
156/20 157/4 157/5
158/22 185/2 186/10
186/14 187/6 187/11
188/2 188/24 194/24
201/22 202/11 204/13
205/3 205/12 217/17
221/7 240/6 241/10
241/22 241/23 244/4
244/11 244/18 244/21
245/5 246/18 247/21
248/20
terminations [3]  18/7
59/25 59/25
terminology [1]  242/9
terms [65]  23/13 28/13
32/21 32/21 33/17
33/17 35/22 36/7 40/2
45/8 45/14 47/7 67/21
74/6 75/3 75/20 75/23
80/19 83/8 83/8 87/2
90/20 96/22 96/23
98/23 98/24 100/3
101/4 101/14 101/15
105/18 106/8 106/9
107/21 107/22 111/15
113/17 114/11 114/12
130/21 139/9 140/18
140/18 141/24 147/21
147/21 155/17 156/5
156/6 169/9 169/15
173/1 183/8 185/13
185/14 188/3 189/19
230/8 233/10 236/17
242/13 251/5 255/5
255/13 258/9
terms -- you [2]  140/18
173/1
test [1]  7/17
testified [8]  5/6 76/22
99/21 161/14 163/7
185/1 249/23 250/16
testifies [1]  197/3
testify [2]  121/23 263/6
testifying [1]  71/1
testimony [16]  8/16
39/9 41/20 43/1 70/5
72/15 80/2 95/24 96/19
110/13 121/5 123/11

241/9 245/21 262/2
263/12
text [6]  12/9 13/11
13/14 194/16 198/10
243/22
texted [1]  167/16
than [34]  6/9 11/17
13/2 13/15 22/25 28/6
28/9 32/14 33/10 45/6
52/24 98/25 99/5 104/9
113/5 133/23 140/16
146/25 147/18 148/4
148/15 153/7 177/15
187/12 196/4 212/19
213/6 213/23 224/18
225/9 235/6 257/17
258/4 258/9
thank [22]  49/22 50/1
50/2 50/9 55/18 72/8
87/1 111/25 123/5
127/16 155/23 160/5
193/15 193/17 197/12
206/10 208/25 209/11
225/7 236/3 258/20
264/20
Thanks [1]  193/20
that [1523]
that -- you [5]  90/7
141/9 151/11 176/25
184/1
that is [1]  31/1
that's [59]  6/4 8/1
48/22 52/18 55/4 55/4
59/2 64/10 64/1 71/3
71/19 72/5 82/25 97/21
97/23 107/22 108/7
120/1 131/12 140/16
145/22 145/23 146/1
151/17 151/20 157/18
159/17 172/5 172/8
180/7 181/2 181/2
184/2 184/16 185/15
194/11 195/20 198/4
198/9 199/12 200/14
200/25 205/9 205/14
205/15 205/15 213/15
214/18 214/20 217/4
219/3 219/15 222/11
223/12 230/9 232/16
232/25 236/23 236/23
that's -- you [3]  145/22
181/2 184/16
That's going [1]
236/23
their [22]  29/4 69/4
69/4 95/17 95/18 95/18
95/19 95/19 111/4
111/4 120/11 120/13
124/16 214/10 214/12
215/13 218/16 226/15
231/14 249/18 249/20
255/23
them [21]  6/11 9/4 10/6
12/15 14/11 47/17
67/16 102/1 103/21
116/12 120/14 132/17
133/2 143/18 217/8
218/21 247/9 258/14
258/19 258/22 258/25

**T**

**themselves [1]** 135/2
**then [112]** 8/15 9/24
15/11 15/13 16/21
16/22 17/1 20/9 21/10
25/1 25/6 26/10 27/10
28/1 28/22 28/22 29/12
30/2 30/4 30/4 30/5
31/12 32/11 36/16
36/17 36/24 37/3 42/20
57/22 59/6 61/14 61/15
65/21 67/17 67/17
69/14 74/9 74/14 75/8
75/22 79/22 81/10 86/6
88/2 89/24 90/6 100/9
100/14 100/14 100/15
100/16 100/16 101/6
101/20 101/22 105/5
110/5 113/11 113/11
113/24 113/24 114/13
114/14 115/18 116/5
118/10 125/13 135/9
138/23 138/23 138/25
141/17 146/12 146/21
149/8 152/25 159/14
166/13 168/20 170/12
171/5 171/5 174/14
182/7 184/15 195/2
203/1 203/11 205/24
215/9 215/9 215/18
215/21 216/7 216/12
218/12 222/3 227/24
228/6 246/22 247/11
251/12 253/6 254/3
254/4 254/15 254/25
255/11 255/24 260/7
260/7 260/11
**theory [1]** 23/15
**there [226]** 6/22 9/15
10/6 10/10 11/6 11/12
11/13 13/14 14/24
15/25 15/25 19/19 20/6
23/20 27/6 31/13 31/13
36/3 37/2 38/2 38/20
38/24 40/8 45/5 47/14
52/1 52/2 61/19 61/20
63/1 64/3 64/4 64/4
64/9 64/12 64/13 64/15
67/13 68/1 68/7 68/15
68/17 68/19 68/19
69/12 69/17 70/10
70/21 73/16 74/11
74/15 76/1 76/2 76/2
76/7 78/6 79/7 79/17
79/18 79/19 79/23
80/14 80/15 80/17
80/21 81/8 81/10 81/12
83/11 85/7 85/14 85/15
85/16 85/17 85/21
85/25 87/19 88/1 94/6
95/5 95/21 100/12
100/12 100/25 100/25
101/4 101/6 101/16
101/18 101/18 102/14
102/20 102/23 106/16
106/17 106/18 106/20
106/21 106/21 108/2
109/21 109/22 109/23

110/6 111/16 114/21
114/21 114/22 114/22
114/22 115/19 118/11
118/13 118/14 118/22
119/1 119/3 119/13
119/14 121/16 124/5
124/6 130/8 130/9
130/9 130/25 134/1
135/14 135/14 135/16
135/14 135/18 137/1
137/6 137/6 137/7
137/11 139/21 140/21
140/22 141/10 143/6
144/14 146/16 147/7
147/7 148/11 148/12
149/1 149/10 149/10
149/11 149/15 150/9
151/25 155/7 155/7
156/11 157/1 157/12
157/14 158/7 158/13
158/13 159/5 159/8
159/11 159/13 159/14
162/24 168/13 170/4
170/20 170/20 171/3
171/9 180/18 180/18
181/15 181/15 182/24
182/24 185/7 185/7
185/15 186/2 187/20
188/16 189/6 192/8
194/24 198/13 199/2
199/5 199/9 205/5
205/9 208/11 208/11
212/10 215/4 216/11
216/13 221/19 222/2
222/3 222/17 225/20
228/3 228/4 232/18
232/20 233/8 238/24
242/15 242/21 243/9
245/17 245/19 246/24
254/2 254/5 254/11
255/1 259/18 259/19
**there -- you [3]** 106/16
124/5 180/18
**there's [14]** 84/2 96/24
97/12 131/18 166/2
168/20 177/13 194/11
198/10 216/12 216/12
223/17 241/21 243/1
**there's -- you [1]** 96/24
**thereafter [2]** 151/20
263/10
**therein [2]** 116/19
200/9
**these [11]** 55/11 71/21
121/23 148/13 167/18
169/13 169/14 172/14
231/24 234/11 234/15
**they [24]** 16/6 29/10
33/20 36/3 69/2 101/5
106/20 118/19 120/9
120/15 120/15 143/12
155/13 155/15 156/1
156/3 201/8 201/8
203/19 204/6 214/9
214/11 224/6 233/6
**they were [1]** 143/12
**thing [4]** 50/3 69/3
120/5 207/25
**things [54]** 6/25 18/3

30/4 34/4 36/4 38/5
38/13 38/20 42/14
42/15 43/15 47/15
47/23 63/15 63/16 64/4
68/21 73/7 78/6 78/9
88/1 91/7 94/6 94/25
104/18 109/6 119/14
119/19 132/25 143/11
149/11 165/22 181/14
187/1 196/2 206/7
207/19 207/23 208/22
212/14 212/15 214/3
216/14 224/3 231/3
237/1 241/1 241/1
246/11 251/3
**think [129]** 6/14 10/11
17/12 19/19 20/9 20/10
20/12 20/20 26/5 26/14
29/20 34/14 36/24
38/11 41/25 44/21
51/24 52/3 62/10 63/14
63/18 71/18 73/18
74/14 75/1 76/2 76/3
76/13 79/22 79/25 81/8
81/10 81/12 81/20 92/4
96/7 99/2 100/7 107/18
110/11 113/24 115/12
122/21 124/5 142/14
148/10 152/15 153/3
158/11 161/8 161/11
162/8 169/10 178/20
179/18 179/21 180/15
181/3 181/4 181/5
181/8 181/8 181/9
181/11 181/13 181/14
181/14 181/15 181/21
181/21 181/22 181/24
182/2 182/4 182/22
182/24 191/8 195/23
202/7 204/11 205/2
205/14 207/4 208/12
211/5 211/20 212/2
212/21 213/6 213/22
213/24 214/1 214/5
214/7 214/7 214/22
214/24 215/2 217/6
217/12 217/15 221/14
222/2 222/2 222/3
224/2 225/2 226/9
227/20 228/2 230/5
231/6 239/24 242/24
243/2 243/5 244/20
245/11 245/17 253/4
255/18 255/20 257/9
257/13 257/21 257/24
258/1 259/22 260/15
**think -- you [1]** 181/13
**thinking [1]** 62/23
**third [5]** 17/1 17/6 84/1
194/3 194/7
**this [337]**
**this -- you [2]** 141/8
151/11
**this would [1]** 171/2
**Thompson [4]** 220/15
220/17 220/22 221/5
**Thompson's [1]**
220/25

**thorough [2]** 29/3
90/13
**thoroughly [2]** 29/18
150/8
**those [40]** 7/6 8/2
11/14 17/11 27/19
35/21 64/22 64/23 70/2
76/11 80/1 80/3 81/20
85/8 85/23 85/25 87/14
102/1 102/25 110/11
110/14 110/16 110/21
110/25 116/6 118/10
132/1 148/8 156/7
169/6 175/10 185/12
202/12 208/22 221/20
228/17 237/11 239/4
240/6 247/3
**though [9]** 26/22 42/24
72/8 78/3 85/13 85/20
152/23 172/25 203/22
**thought [3]** 74/24
224/2 257/10
**thoughts [4]** 166/15
192/5 207/13 207/15
**three [19]** 16/1 17/11
80/1 80/3 95/23 98/19
103/17 110/11 110/14
110/22 110/25 116/23
137/18 142/14 163/4
182/5 183/12 184/21
185/2
**through [61]** 10/1
14/17 20/7 24/4 26/12
26/13 26/17 26/18
27/10 28/17 28/20
28/23 29/1 29/22 29/23
62/23 63/18 73/19
74/13 82/7 84/2 106/10
108/4 108/4 108/5
110/17 111/11 111/12
118/2 118/3 118/8
120/18 151/16 152/12
160/6 169/16 178/1
178/2 178/2 178/20
182/2 183/5 189/25
190/20 195/24 195/24
195/25 196/25 197/6
204/21 205/23 207/25
212/13 217/21 217/22
239/19 242/18 243/6
249/1 250/25 255/10
**throughout [9]** 16/9
104/25 105/10 143/10
173/22 176/14 179/19
179/22 237/16
**Thursday [6]** 173/14
174/6 175/8 194/13
195/4 198/6
**time [101]** 8/22 10/2
11/2 11/23 11/25 12/1
12/3 12/5 12/6 12/15
12/22 12/24 12/25
14/12 14/19 15/8 17/4
18/15 36/20 38/11 43/2
43/24 44/23 49/7 49/10
49/12 55/16 58/17 61/1
63/5 73/1 78/25 85/8
85/24 86/4 86/18 86/22
87/4 89/25 90/4 90/7

91/2 91/14 91/24 95/22
95/25 101/1 101/24
103/25 104/7 108/5
109/22 117/9 117/18
119/1 119/23 123/15
123/21 124/16 126/3
126/6 127/7 127/19
137/17 142/9 149/4
152/11 153/20 161/15
167/24 170/21 171/11
171/21 174/1 174/18
175/12 176/8 182/10
187/10 187/22 188/23
189/22 190/18 197/7
197/8 207/2 212/11
212/12 222/3 231/17
233/13 233/24 241/10
242/10 254/9 260/15
260/17 260/18 263/9
264/17 265/15
**timeline [4]** 149/17
171/21 224/11 225/21
**timelines [1]** 100/4
**times [11]** 9/10 10/4
34/23 100/5 117/4
132/17 146/3 176/24
195/12 210/17 259/5
**timing [11]** 44/1 67/22
90/21 150/24 154/14
157/3 168/11 181/7
181/10 242/13 245/12
**TIMMY [8]** 1/9 5/4 5/14
262/1 262/18 264/6
264/11 265/10
**title [14]** 14/20 14/21
15/1 15/8 15/14 15/16
44/13 48/22 51/5 52/10
54/16 57/8 167/10
220/20
**titles [5]** 14/23 15/1
15/9 85/13 85/20
**today [20]** 5/25 6/8 8/1
9/10 10/3 10/5 11/5
107/4 125/7 127/8
127/14 127/18 167/17
184/6 187/9 196/4
204/21 207/14 224/18
235/6
**today's [6]** 9/22 11/18
40/21 123/16 166/20
206/23
**together [5]** 109/13
202/18 209/2 231/18
258/12
**told [6]** 35/21 35/22
165/3 173/12 173/13
255/2
**toll [2]** 178/17 180/12
**tone [9]** 132/13 208/6
208/8 208/12 208/17
209/4 210/9 210/15
210/17
**too [1]** 216/13
**took [10]** 21/20 37/14
60/4 72/16 114/13
147/11 166/17 175/10
225/18 238/22
**top [7]** 3/16 11/14
27/20 209/24 225/12

**T**

top... [2] 231/11 239/9
topic [5] 30/11 121/14
121/19 122/2 122/4
topics [6] 121/13
121/23 169/7 221/9
255/9 255/11
total [1] 36/11
totality [19] 76/15 80/8
80/9 89/10 100/23
100/24 101/10 102/7
106/4 136/3 136/15
136/20 148/9 184/13
185/10 186/17 232/13
232/18 244/8
totally [1] 193/11
toward [1] 232/15
towards [1] 225/12
track [1] 194/18
trade [2] 14/7 14/7
traffic [1] 143/6
training [11] 14/15
14/16 23/14 24/5 24/19
24/20 27/21 28/1 28/11
111/11 111/16
trainings [4] 27/25
111/13 112/10 112/13
transcribed [1] 6/7
transcript [8] 8/11 8/13
8/21 9/2 262/1 263/11
264/12 264/23
transition [1] 169/2
transpired [1] 149/11
transpiring [1] 40/3
transposing [1] 225/9
treat [1] 214/12
treated [6] 83/14 99/5
101/8 163/17 179/19
179/21
treatedly [1] 163/17
treating [2] 98/25
162/9
treatment [3] 132/16
132/25 135/19
trial [5] 196/4 264/17
264/18 265/15 265/18
tried [6] 36/1 42/8
73/18 160/23 255/12
260/17
troubled [2] 132/11
210/7
true [8] 39/24 233/4
233/19 233/21 234/11
234/16 262/2 263/11
trustworthy [1] 55/24
truth [2] 6/3 263/7
try [7] 38/12 42/14 62/5
191/10 197/6 206/8
243/10
trying [17] 7/7 16/16
23/15 44/19 44/19
44/24 62/15 63/14
63/18 73/7 146/1
156/15 183/13 183/14
251/16 255/14 255/16
Tuesday [1] 207/4
turn [4] 161/17 172/4
172/7 231/5

turning [2] 8/23 230/22
two [70] 27/19 31/21
31/25 32/3 32/14 37/3
38/19 43/16 52/3 56/23
65/21 76/2 76/7 76/8
76/11 79/18 79/20
81/20 85/23 85/25
101/24 103/15 103/18
103/18 119/20 125/22
133/23 138/19 138/19
146/11 147/10 152/25
153/7 153/18 154/14
154/14 154/18 154/19
154/23 155/2 155/3
168/20 169/6 175/1
175/10 188/20 190/1
198/13 201/7 207/20
207/21 207/24 207/24
234/19 234/23 237/21
238/20 238/20 239/5
239/7 240/3 240/3
241/5 255/13 257/25
258/13 258/19 258/25
260/4 260/13
two-day [6] 154/14
154/18 154/19 154/23
155/2 155/3
two-part [1] 175/1
two-plus [1] 103/15
two-week [1] 38/19
type [1] 124/24
Typed [1] 3/18
Typed-up [1] 3/18
types [1] 18/1
typewritten [1] 263/10
typical [5] 18/12 44/9
190/6 190/6 191/18
typically [22] 34/3 34/6
35/23 42/4 42/5 42/18
46/23 46/25 47/2 59/4
59/5 61/12 61/12
113/17 114/3 117/14
119/11 164/23 174/22
174/23 177/16 259/16

**U**

uh [78] 6/24 6/25 26/4
35/3 47/10 48/6 48/11
48/21 49/4 49/16 49/19
49/19 50/20 55/13 56/7
59/14 60/15 61/7 64/21
66/18 66/25 81/2 82/1
84/12 84/12 95/9 97/11
108/16 131/9 150/25
156/21 161/19 161/22
162/3 163/6 166/1
166/6 166/24 168/16
169/5 172/6 178/10
190/17 194/15 195/10
196/23 197/1 198/12
198/16 198/20 200/12
200/15 203/5 205/19
205/22 208/18 208/23
209/21 210/1 210/12
219/17 219/20 220/1
220/4 220/6 223/18
223/24 224/14 226/3
231/19 232/12 236/1
239/10 240/13 243/20

un-huh [76] 6/24 26/4
35/3 47/10 48/6 48/11
48/21 49/4 49/16 49/19
50/20 55/13 56/7 59/14
60/15 61/7 64/21 66/18
66/25 81/2 82/1 84/12
84/12 95/9 97/11
108/16 131/9 150/25
156/21 161/19 161/22
162/3 163/6 166/1
166/6 166/24 168/16
169/5 172/6 178/10
190/17 194/15 195/10
196/23 197/1 198/12
198/16 198/20 200/12
200/15 203/5 205/19
205/22 208/18 208/23
209/21 210/1 210/12
219/17 219/20 220/1
220/4 220/6 223/18
223/24 224/14 226/3
231/19 232/12 236/1
239/10 240/13 243/20

ultimate [1] 211/5
ultimately [10] 32/23
32/24 36/9 44/6 69/24
181/17 183/3 211/11
246/24 257/14
ultimatum [5] 172/15
172/19 172/21 172/25
173/6
unambiguous [4]
134/8 134/20 135/1
135/7
unanswered [1]
194/21
unavailable [2] 45/20
45/20
uncertainty [1] 52/2
uncommon [4] 67/15
190/14 242/24 259/23
unconscious [2] 177/9
177/17
Undated [1] 3/14
under [9] 6/3 6/3 25/3
27/17 84/6 96/9 97/24
107/10 173/7
undergone [1] 27/21
underneath [1] 168/21
understand [13] 6/5
7/11 9/11 30/20 39/2
83/3 135/6 146/1 167/6
228/25 232/5 237/5
243/23
understanding [20]
21/13 30/14 30/17 31/2
31/4 38/23 80/13 93/19
96/20 106/4 120/2
121/22 124/2 128/3
155/18 155/20 179/5
184/10 184/11 233/7
understood [12] 6/16
6/17 7/13 11/16 39/23
41/7 58/6 59/10 60/11
61/2 122/8 128/11
underwent [1] 28/12
undeserved [1] 132/23

unethical [1] 216/16
unexpected [2] 62/22
224/21
unfair [2] 179/19
179/22
unfortunate [2] 180/6
180/7
unfortunately [14]
10/11 43/25 47/25
70/14 70/16 70/18 74/3
159/14 195/14 195/20
196/1 199/15 200/8
254/21
unique [7] 42/6 44/17
45/2 45/5 45/8 45/13
45/16
unit [2] 5/18 15/13
UNITED [4] 1/1 5/19
14/17 16/20
university [4] 22/11
22/13 22/21 22/23
unless [2] 8/6 160/17
unlikely [1] 62/17
unnatural [1] 49/25
unpack [1] 177/5
unrealistic [1] 133/5
Unsigned [4] 265/14
265/16 265/18 265/19
unstable [1] 137/16
unsure [1] 178/7
until [17] 6/13 6/19
19/16 39/20 41/9 73/25
92/14 123/1 125/18
149/7 149/7 150/18
172/2 193/11 199/7
207/5 219/11
until -- you [1] 149/7
up [73] 3/18 8/18 15/11
18/3 20/11 25/14 28/21
33/4 40/13 42/14 44/21
46/6 59/17 60/17 63/12
65/13 66/19 66/20 71/9
75/4 77/25 89/13 91/7
120/2 121/21 122/14
133/4 137/11 137/13
141/12 150/18 152/21
153/2 159/21 167/3
168/25 171/1 171/6
174/12 174/20 179/1
179/11 184/24 186/4
188/1 188/10 188/12
188/15 202/24 208/21
209/7 209/10 212/14
214/9 214/11 216/10
217/10 217/13 218/3
221/10 221/20 221/21
223/6 224/10 226/15
230/12 233/16 249/8
250/1 251/24 252/1
259/12 259/22
update [7] 59/6 90/2
174/12 176/4 207/22
224/11 224/16
updated [7] 47/15
47/18 47/23 47/24
57/22 60/5 90/17
updates [4] 90/13
114/14 114/16 176/3
updating [3] 57/23

254/20 207/19
upon [4] 30/22 37/4
40/25 72/16
upset [3] 162/9 176/21
178/15
us [11] 18/17 25/5
67/15 70/20 90/15
109/12 127/25 133/13
151/18 231/2 260/16
use [5] 26/2 49/18
51/14 120/18 192/7
used [4] 37/11 57/22
59/24 242/9
using [1] 105/7
usually [1] 32/25

**V**

v.1 [1] 198/18
vacant [1] 85/3
vague [4] 80/25 132/13
136/17 210/9
vaguely [1] 115/10
value [2] 216/23
218/24
values [1] 216/25
varies [1] 17/19
various [49] 11/8 14/10
16/6 16/16 19/20 26/15
27/17 29/23 31/12
31/19 32/5 40/16 41/5
44/25 60/10 63/15
64/10 74/10 75/4 76/18
78/6 79/2 79/5 79/16
79/24 80/22 82/17 83/9
83/10 98/23 103/5
110/17 111/5 113/5
114/13 117/16 117/16
121/13 129/11 139/2
139/5 139/8 140/12
140/13 143/12 146/19
164/25 211/14 218/23
verbal [2] 49/18 182/1
verbally [4] 114/17
114/19 115/2 139/20
verify [2] 57/8 71/14
version [3] 56/19
201/12 203/12
versions [4] 52/3 56/23
158/14 158/15
versus [1] 53/18
very [31] 17/22 38/1
38/2 48/7 90/12 90/12
90/12 90/18 91/19
91/20 95/6 105/9
132/11 142/9 162/7
162/9 176/21 180/11
180/19 180/19 180/20
194/2 200/17 204/8
208/10 208/16 210/7
216/2 218/2 219/24
241/9
via [3] 1/17 2/1 246/3
vice [1] 13/24
VIDEOCONFERENCE
[2] 1/9 2/1
view [3] 180/3 180/5
205/10
viewed [2] 62/13 231/7
Virginia [1] 5/19

**V**

virtual [1] 28/1
vis [4] 88/17 88/17
143/24 143/24
Visa [5] 14/18 27/18
89/22 91/3 119/21
visitor [4] 14/18 15/10
15/11 15/12
VOLUME [2] 1/10
262/1
voluntary [4] 18/9
51/15 60/3 63/11
vs [1] 1/6

**W**

wait [4] 6/13 6/18
173/13 193/11
waived [4] 126/8
126/14 128/8 265/11
want [25] 20/23 21/14
37/10 38/22 50/6 83/22
94/14 96/4 96/8 98/2
103/11 103/13 110/2
122/6 122/17 122/23
125/8 125/11 132/5
153/4 160/17 194/24
198/17 224/1 235/22
wanted [4] 109/4
121/24 166/16 253/19
wanting [2] 227/23
251/17
warranted [1] 63/2
was [616]
was -- you [4] 105/4
106/1 107/2 175/15
was a [2] 110/4 116/14
Washington [1] 22/13
wasn't [13] 61/14
61/15 95/6 113/1 143/4
144/1 151/19 152/8
156/10 187/24 188/14
215/17 251/10
wasn't onboard [1]
61/15
water [1] 7/19
way [19] 7/17 9/7 30/8
33/8 41/17 49/25 64/18
79/24 84/1 163/4
172/13 216/14 233/4
240/5 247/20 255/13
255/17 256/20 261/1
ways [5] 181/15 181/19
192/14 231/16 255/14
we [142] 6/7 6/11 6/23
6/24 7/2 7/8 15/5 15/6
15/11 16/9 17/8 17/8
21/2 27/17 31/12 31/18
31/19 32/4 34/22 36/23
37/9 40/11 40/12 41/12
46/22 49/25 50/5 51/14
51/14 54/3 54/16 56/20
57/9 59/5 64/18 65/25
66/5 66/11 68/10 68/11
69/9 70/1 71/4 83/9
84/23 84/23 85/2 86/4
87/23 88/2 89/15 90/2
90/14 90/16 91/2 91/2
91/6 91/8 92/12 97/18

103/4 103/4 104/13
106/3 106/3 117/10
121/13 121/20 122/4
122/20 123/9 123/9
125/16 125/20 128/12
137/17 137/18 138/1
150/20 151/3 154/25
155/5 156/18 158/16
165/22 168/5 170/12
170/13 179/25 191/3
194/24 196/3 196/20
201/11 201/16 202/15
203/1 203/11 209/1
210/14 213/11 213/15
213/19 215/23 215/23
216/5 216/5 217/21
217/22 218/1 221/15
224/8 231/16 233/17
238/21 239/24 239/24
239/25 240/1 240/5
240/10 241/21 242/9
242/9 242/16 242/16
242/18 243/25 249/10
249/15 249/15 250/15
252/5 254/4 255/10
255/10 257/16 258/16
260/16 260/17 260/21
260/24

we -- you [1] 179/25
we'll [5] 6/25 30/11
171/25 174/24 209/9
we're [16] 5/24 6/24
38/22 90/21 123/3
125/3 125/17 153/5
160/13 163/4 212/17
214/23 227/6 243/21
248/12 261/1
we've [18] 5/9 34/23
67/18 69/21 121/15
146/2 146/2 184/6
186/3 186/3 190/9
204/21 215/6 229/3
247/23 248/13 251/3
259/5
wear [1] 190/7
wearing [2] 189/22
190/11
Webster [2] 69/9
129/25
Wednesday [4] 131/19
142/6 173/14 174/5
week [5] 38/19 173/16
220/10 224/3 224/22
weeks [9] 37/3 43/16
79/3 133/3 133/23
152/25 153/8 224/20
241/5
well [100] 11/9 13/13
13/15 13/20 14/10
16/10 17/18 21/11 22/7
23/13 25/7 25/15 26/2
29/10 36/15 37/17
40/14 47/14 55/14 64/2
64/3 65/25 66/8 68/15
70/23 74/6 78/13 84/14
88/9 88/22 89/25 90/14
95/7 95/12 95/16
105/14 105/25 107/21
107/25 110/20 112/10

3/22 117/24 117/2
117/7 118/11 120/6
121/25 122/20 128/19
136/24 136/24 137/22
141/24 143/19 146/22
146/23 148/11 152/23
155/1 160/22 171/1
182/11 182/15 184/20
185/17 187/6 187/8
187/17 190/5 204/9
212/11 212/21 213/13
213/17 215/4 215/15
215/21 215/23 219/8
222/2 223/13 227/4
228/17 230/22 231/5
234/3 234/4 234/7
235/24 237/11 237/18
246/2 246/17 246/25
247/5 250/7 253/6
254/18 258/13
went [14] 10/1 35/24
36/1 36/21 38/5 43/2
62/20 63/6 64/6 74/13
118/8 125/20 216/2
242/19
were [188] 9/14 11/6
11/12 11/14 15/23
15/25 19/4 20/16 20/16
21/24 24/8 25/3 27/19
31/13 31/14 36/4 36/19
37/23 37/25 38/2 39/5
40/24 41/12 42/15 44/8
45/6 46/22 52/1 54/16
57/9 57/17 58/7 64/23
65/4 69/12 69/22 73/17
74/15 74/16 76/1 76/2
76/2 76/3 76/7 76/8
76/20 78/14 78/17 79/2
79/11 80/15 80/17 81/3
81/20 82/17 85/15
87/24 90/8 91/2 91/14
95/7 99/22 100/25
100/25 101/16 101/18
102/14 102/15 103/24
104/6 104/19 105/13
106/6 106/20 110/11
110/14 111/19 114/9
114/21 114/21 115/22
116/11 117/14 118/12
119/3 119/13 120/7
120/8 120/10 123/9
128/24 129/1 129/2
132/1 134/1 136/10
137/1 137/6 137/6
140/13 140/22 141/10
142/16 142/20 143/11
143/12 143/14 143/14
143/15 143/15 144/14
144/20 145/25 147/7
147/13 149/1 150/6
151/6 155/15 156/3
158/11 158/16 162/24
169/13 169/14 170/4
170/20 170/20 171/3
171/9 175/12 176/8
180/18 187/20 188/22
188/23 189/4 189/6
189/7 189/9 189/22

189/24 190/19
202/4 202/13 202/17
207/7 207/8 207/13
207/13 208/11 210/14
222/3 222/4 224/3
228/17 233/6 233/8
233/10 234/11 234/16
234/19 235/24 237/22
239/6 240/10 242/15
242/16 243/9 243/23
245/10 246/12 249/16
249/22 250/4 254/2
254/2 255/16 256/23
257/3 258/15 259/12
260/11 261/3
were -- you [3] 100/25
114/21 169/13
weren't [8] 37/24 85/25
149/2 175/14 207/6
235/25 246/18 247/10
what [259] 5/16 6/12
7/2 9/21 13/19 14/3
14/5 14/20 15/22 18/12
18/20 20/5 20/19 20/20
22/5 22/9 22/14 23/8
23/10 24/10 25/22 27/9
27/9 28/11 29/16 29/24
29/24 30/9 30/13 30/14
33/3 33/25 34/9 35/1
36/19 37/13 42/5 42/5
42/18 45/16 46/13
49/10 50/10 51/12 54/1
55/4 55/4 55/8 56/14
59/8 59/20 60/20 61/18
61/19 61/21 62/24 63/7
63/18 63/22 65/7 65/12
75/13 75/17 76/5 76/11
78/11 79/10 81/1 82/10
82/13 88/3 89/11 90/8
92/20 93/14 94/15
94/17 94/23 94/23
94/23 95/10 95/17
95/18 95/20 96/3 96/6
96/16 97/6 97/14 97/20
98/15 101/12 102/6
102/12 103/6 103/20
103/23 105/12 105/13
106/1 106/4 106/5
106/6 106/15 107/13
107/14 107/19 109/13
110/25 113/12 113/12
114/9 115/1 115/1
115/13 115/19 115/22
117/4 117/17 117/18
118/7 118/7 118/16
120/11 120/12 120/13
120/18 120/22 120/23
121/1 126/23 126/24
126/25 129/16 129/17
129/18 129/20 129/21
129/22 130/12 130/17
135/3 135/4 136/19
137/9 138/5 138/10
139/4 139/9 140/15
140/20 141/21 143/4
143/4 143/9 143/10
144/1 144/1 146/1
151/12 151/19 152/4
156/15 157/10 158/5

158/10 158/11 159/14
160/2 160/2 161/15
162/12 163/21 164/15
164/21 165/17 171/23
172/21 173/9 173/11
174/9 174/13 174/13
174/14 174/15 174/15
174/16 176/10 176/17
177/19 178/7 181/17
181/19 182/9 182/9
184/17 184/23 185/4
186/6 186/9 186/18
186/19 187/3 187/23
187/23 188/22 196/13
198/9 199/12 199/12
204/20 204/20 204/23
207/13 211/2 217/23
223/4 224/23 227/18
227/18 227/18 230/8
232/4 235/11 235/18
236/13 237/25 238/1
238/1 239/3 239/17
245/10 245/14 246/9
247/13 247/17 247/17
247/20 249/13 250/21
251/7 252/25 253/3
253/3 253/4 253/10
253/11 253/21 253/21
253/23 254/23 255/6
255/6 256/8 256/10
256/10 256/10 256/21
258/21
what -- you [2] 94/23
120/22
what's [15] 48/17 49/7
49/12 111/6 127/2
131/4 188/8 193/5
196/15 199/10 209/12
226/4 242/5 247/12
249/3
whatever [5] 37/1
56/24 95/14 258/17
260/25
when [112] 6/23 8/21
11/23 12/3 12/8 12/25
13/11 15/11 20/17
27/23 27/23 31/18 32/7
35/11 36/7 40/23 41/1
44/8 44/10 46/5 49/17
50/12 53/15 53/18
53/21 55/24 56/10
59/16 60/17 62/8 62/20
64/6 65/22 67/5 67/5
67/12 67/24 70/12
70/14 74/4 74/18 75/7
76/19 77/6 82/2 88/14
88/14 88/15 89/17
89/18 89/19 89/20
90/21 90/23 90/23
90/24 91/6 91/8 91/8
91/11 115/9 118/1
118/1 118/3 118/19
119/13 120/5 120/13
120/20 127/6 131/7
133/8 133/22 133/23
136/22 136/23 138/8
145/5 146/7 146/8
150/12 157/3 157/13
157/19 157/21 158/7

**W**

**when... [26]** 158/21
159/1 159/13 159/21
159/22 160/4 164/24
173/15 183/12 189/19
193/9 206/7 207/13
217/1 217/2 220/10
239/23 241/11 242/10
242/25 244/19 244/21
247/16 247/16 247/17
248/22
**when -- you [1]** 146/7
**when's [1]** 12/22
**whenever [1]** 53/17
**where [71]** 6/15 6/23
19/20 19/21 19/21
19/22 26/17 27/6 27/6
31/15 32/4 32/8 32/15
33/6 33/7 35/12 36/3
36/3 36/4 38/20 38/20
42/6 42/15 59/2 66/13
69/12 69/22 69/22
69/22 69/23 91/14
91/17 94/2 94/3 97/23
99/13 106/12 106/13
106/13 106/22 106/23
107/1 107/2 107/2
107/22 109/22 109/25
110/1 110/1 119/3
119/21 136/8 136/9
136/9 136/9 141/9
157/16 158/4 168/18
171/3 174/13 183/13
183/17 186/24 190/9
207/23 232/13 232/17
239/25 240/1 255/18
**where -- you [3]**
106/12 106/13 174/13
**WHEREOF [1]** 263/16
**WHEREUPON [1]**
261/3
**whether [10]** 18/4 18/7
58/23 113/1 113/2
118/15 151/23 154/13
187/11 198/24
**which [64]** 8/14 11/3
12/1 15/2 15/4 17/25
18/25 20/18 22/11
22/21 23/6 24/4 35/1
36/23 36/23 40/11
40/17 43/9 50/4 56/6
59/12 60/13 65/7 65/7
73/1 73/1 81/13 81/24
91/4 91/24 93/21
107/24 109/9 114/6
120/19 139/6 139/17
145/25 161/5 161/6
166/14 168/14 170/22
174/20 174/22 193/22
199/18 200/11 201/16
202/2 202/16 203/2
203/12 205/20 216/14
218/5 218/21 218/21
238/10 242/24 243/15
249/2 252/3 265/13
**whichever [1]** 236/11
**while [27]** 7/23 9/14
14/24 19/4 21/3 21/16

22/2 24/8 36/5 36/11
37/24 39/15 39/16 43/8
50/18 73/8 110/14
123/9 133/5 141/18
160/14 186/1 207/7
207/10 240/23 240/23
247/4
**white [2]** 133/1 133/7
**who [37]** 10/8 17/21
31/19 32/18 33/12
34/17 35/19 35/22
36/10 46/16 47/18
52/15 57/17 58/7 58/17
58/24 84/21 84/25
85/23 91/25 126/5
132/9 146/21 175/20
189/4 189/12 189/15
189/15 189/19 204/14
210/5 211/5 217/3
217/7 220/17 230/15
233/14
**whoever [1]** 117/20
**whole [1]** 226/14
**whose [1]** 10/10
**why [37]** 13/17 29/6
29/6 62/2 73/14 77/12
77/21 83/1 83/2 83/2
83/4 83/5 85/11 121/21
158/13 158/13 179/23
183/10 191/15 197/5
215/2 216/20 218/8
218/10 224/13 226/2
227/15 230/1 232/11
235/8 235/10 245/22
246/6 253/17 253/19
254/18 257/19
**will [44]** 5/25 6/13 6/18
7/13 7/22 7/25 8/10
8/21 8/24 9/1 9/9 67/2
69/4 84/15 86/11 89/6
89/19 96/25 120/5
131/14 132/3 132/5
135/25 137/18 137/23
140/11 160/5 160/5
166/12 167/17 167/18
185/17 196/3 196/4
197/6 197/21 200/13
205/18 220/11 222/20
231/6 231/18 236/8
236/10
**willing [5]** 124/20
144/3 145/10 149/18
150/4
**winded [1]** 120/1
**wish [1]** 207/12
**wishing [3]** 13/12
13/12 13/15
**withdrawn [1]** 173/11
**withdrew [1]** 125/21
**within [80]** 1/18 15/1
15/19 15/21 16/8 16/11
16/18 16/19 16/19
16/20 16/20 17/5 17/24
17/24 18/4 18/13 18/13
19/2 20/2 20/3 24/25
24/25 34/7 35/24 36/4
36/23 40/12 41/1 41/6
57/21 57/21 57/22 58/9
63/19 68/11 68/12 87/5

865 94/16 92/5 102/6
102/21 102/25 104/12
102/21 105/21 105/21
114/7 114/7 128/24
130/24 135/15 139/12
147/24 148/21 171/10
181/10 191/4 211/17
211/18 211/25 212/11
214/3 214/3 215/10
215/23 216/6 216/21
216/22 218/1 218/1
218/23 232/18 232/18
245/7 249/20 252/8
254/5 261/3 264/15
**within -- you [2]**
102/25 105/21
**within the [1]** 114/7
**without [39]** 20/10
65/20 67/12 67/12
67/22 67/23 68/24
72/17 77/14 80/14
81/16 96/5 97/17 97/18
103/14 109/12 109/16
109/17 110/9 129/14
129/14 133/17 147/14
157/17 159/3 159/15
170/10 199/3 199/10
201/14 201/14 202/23
202/23 203/18 209/4
221/2 223/2 227/16
252/3
**without -- you [2]**
97/17 109/16
**WITNESS [1]** 263/16
**woman [1]** 220/14
**won't [1]** 224/24
**word [15]** 20/23 26/3
51/3 54/7 56/8 60/14
115/16 129/18 129/20
129/21 135/3 135/4
135/6 139/24 225/9
**wording [4]** 201/25
202/1 244/5 259/21
**words [7]** 30/13 135/1
178/13 194/24 202/13
205/5 205/8
**work [42]** 5/25 15/1
17/16 18/1 23/11 27/10
58/11 58/14 64/9 74/6
75/24 78/8 87/12 90/9
91/14 104/15 110/7
119/12 119/18 119/21
130/24 141/18 162/14
185/12 185/22 186/11
186/16 200/6 201/17
202/5 202/17 206/15
214/11 224/20 225/2
225/4 225/6 243/9
251/17 256/16 256/17
257/11
**worked [22]** 14/24
17/22 24/13 24/16 25/8
26/6 55/16 55/24 89/20
89/24 90/1 90/1 90/5
90/10 91/9 91/18
104/24 105/9 119/16
137/17 226/18 242/17
**workforce [1]** 14/8
**working [33]** 9/15

14/13 16/3 17/7 17/12
21/25 28/23 37/4 37/5
37/23 47/4 58/8 58/16
65/4 87/11 87/12 91/10
124/16 126/3 126/6
149/6 194/17 195/7
195/16 197/5 204/20
227/2 227/24 227/25
228/7 254/23 257/12
258/9
**workplace [4]** 212/4
212/16 214/1 214/10
**works [1]** 197/7
**Worldwide [4]** 13/21
14/1 14/2 14/5
**worries [3]** 55/22
104/5 104/5
**worst [3]** 242/20 243/4
244/17
**worst-case [2]** 243/4
244/17
**would [262]** 12/14
12/16 16/9 17/10 17/16
17/16 18/3 18/12 18/22
18/25 19/2 20/22 25/11
25/11 25/11 25/25 27/3
27/4 28/8 28/8 29/2
29/20 34/2 34/3 34/4
34/4 36/16 36/17 38/11
42/10 43/9 44/6 45/22
46/25 47/3 47/14 47/15
52/4 54/3 56/2 56/3
57/24 58/11 58/13 59/5
59/5 59/25 60/9 62/12
63/25 64/14 64/15
64/17 65/24 66/6 69/13
69/14 73/4 73/6 73/10
77/15 77/15 80/9 81/15
82/23 83/14 85/23 86/4
86/5 86/7 86/17 88/6
88/6 88/16 90/24 91/1
97/7 99/19 103/2 103/2
103/3 103/3 103/5
103/12 104/15 104/17
104/22 104/23 107/18
107/23 107/24 108/1
108/5 110/23 112/3
113/18 113/25 114/4
114/4 114/22 115/21
116/3 116/7 116/9
116/13 116/14 116/19
117/2 117/22 117/25
118/2 118/20 119/12
121/7 122/3 122/21
124/23 124/24 129/16
134/11 134/11 134/12
139/12 139/12 142/5
142/6 142/9 142/9
143/19 143/19 145/1
145/23 147/16 147/22
147/23 150/22 151/7
152/4 152/15 152/17
153/9 153/15 153/20
154/3 154/12 154/12
156/8 157/4 157/13
158/2 158/12 161/17
164/8 164/14 164/23
164/24 165/7 165/8
165/20 165/21 170/12

170/13 171/2 172/11
173/15 173/23 174/16
174/17 174/18 174/18
174/21 175/22 176/1
176/20 177/12 177/14
177/23 177/25 179/22
180/2 180/22 182/4
182/12 182/15 182/18
183/1 183/2 183/8
186/8 190/5 191/11
191/11 191/13 191/14
192/6 195/23 201/25
204/13 204/22 204/23
204/23 205/1 205/17
206/3 206/25 207/1
208/4 208/5 208/5
211/11 211/23 211/23
211/24 212/7 212/7
212/16 213/2 214/3
214/16 214/16 215/5
215/20 215/21 217/9
217/9 218/5 218/25
219/6 219/23 221/2
221/25 222/16 225/14
225/21 228/13 229/18
229/18 230/9 234/12
234/13 234/13 235/20
235/21 237/19 238/7
240/19 243/3 246/23
246/24 247/13 250/7
251/24 252/2 253/10
257/10 257/11 258/7
258/9 259/18 259/23
260/17 264/11
**would -- you [3]** 112/3
134/11 165/21
**wouldn't [9]** 12/15
64/4 64/5 64/12 64/13
73/12 103/11 103/13
157/23
**write [8]** 157/24 192/3
192/11 192/20 198/24
199/25 203/21 204/12
**writes [2]** 166/8 167/14
**writing [8]** 112/18
113/3 114/17 116/11
126/9 126/14 128/9
128/9
**written [5]** 21/11 115/5
182/4 182/11 183/10
**wrong [8]** 214/24
215/3 215/15 217/6
217/12 218/9 218/10
218/24

**X**

**Xcel [1]** 3/13
**XXX [1]** 264/15

**Y**

**yeah [49]** 45/24 48/3
48/9 50/23 55/13 55/19
55/22 57/4 60/18 71/7
77/3 83/12 83/23 92/3
92/3 95/6 103/22 109/3
115/17 117/21 121/7
121/11 137/22 138/1
138/3 138/6 143/1
151/7 155/3 158/18

**Y**

**yeah... [19]** 160/5
160/17 178/14 193/15
193/17 194/5 194/7
196/18 209/18 222/13
222/18 222/22 223/21
225/8 231/8 231/10
236/11 236/23 248/11
**year [5]**  16/9 28/6 28/9
90/22 118/19
**years [19]**  25/15 28/15
95/23 98/19 102/25
103/11 103/15 103/17
103/18 103/18 116/23
132/10 133/15 163/5
182/5 183/13 183/19
210/6 215/16
**yellow [1]**  194/12
**yep [29]**  35/6 60/19
71/9 82/5 83/25 83/25
84/5 84/5 131/10
131/16 158/20 160/15
160/15 161/24 166/1
168/19 170/1 172/9
193/20 194/1 194/10
209/23 210/1 210/4
223/13 223/15 240/7
243/17 243/20
**yes [136]**  6/6 7/1 7/4
7/6 8/9 8/24 9/13 9/16
12/20 13/10 18/24 21/9
23/5 24/9 29/5 31/2
31/6 35/18 35/20 37/15
39/8 41/16 41/19 46/9
46/12 48/12 48/13
48/24 49/5 49/6 50/1
50/1 50/15 51/1 51/9
51/11 52/12 53/7 53/10
53/25 54/10 54/18 55/4
55/8 55/25 56/13 57/11
64/25 65/2 66/15 67/4
68/2 71/14 72/3 72/14
82/19 82/22 82/25
83/15 86/16 92/13
92/19 93/12 93/13 94/7
96/13 97/13 102/14
103/16 104/17 108/13
110/24 112/4 112/8
117/1 121/7 122/25
123/5 123/14 127/12
128/16 128/20 129/21
131/20 133/20 134/23
135/5 140/14 144/9
144/22 153/11 156/21
160/20 162/19 165/3
165/4 166/19 167/5
167/9 167/12 167/22
169/18 170/16 172/17
173/18 176/16 180/14
185/16 195/1 198/22
200/21 201/20 202/25
208/24 208/25 213/21
214/14 214/25 216/17
216/19 218/11 219/8
220/13 223/10 225/11
226/25 228/20 236/2
236/3 239/16 240/15
241/25 242/4 250/6

250/20 256/12
**yet [4]**  43/3 61/11
65/18 70/7
**you [4087]**
**you'll [3]**  8/5 80/24
185/18
**you're [39]**  7/18 31/24
50/7 50/12 68/16 78/11
78/21 102/12 124/21
129/7 129/14 129/17
129/17 135/5 135/5
137/11 137/13 137/20
138/1 138/3 144/13
144/13 149/18 151/23
155/19 157/24 160/4
177/18 177/19 183/13
183/18 185/16 185/16
217/3 229/22 232/6
232/7 238/1 238/1
**you've [12]**  6/2 21/23
59/16 108/10 112/12
113/6 116/5 128/7
130/5 169/11 218/22
242/25
**your [166]**  5/12 5/16
5/20 6/14 6/19 8/15
10/24 11/3 12/11 13/9
13/19 14/13 14/20
15/22 17/25 18/21
18/22 19/4 22/5 22/9
22/14 22/25 23/22 24/7
25/18 26/2 29/16 30/13
30/13 31/3 33/8 33/12
34/25 35/7 36/19 37/9
37/13 37/24 38/9 38/24
39/2 39/9 40/1 41/20
43/1 43/2 44/9 46/5
48/13 49/9 49/13 51/17
55/5 55/9 56/10 60/24
63/8 64/1 64/12 65/1
65/5 68/2 68/8 68/15
70/5 70/16 71/22 72/15
74/4 74/18 75/13 80/2
83/3 90/8 90/10 95/1
95/4 95/10 95/24 96/19
96/19 100/20 102/11
103/20 104/14 104/14
108/10 110/13 111/6
112/6 112/12 114/16
115/6 116/7 118/5
119/6 121/3 123/11
125/14 126/20 127/2
127/19 128/13 128/17
129/25 132/4 137/14
138/7 139/16 140/2
141/3 142/24 145/6
146/24 147/18 148/3
148/15 151/8 152/9
152/10 154/22 155/18
161/25 162/21 163/8
164/12 175/18 176/17
177/8 179/5 182/12
182/23 183/23 189/12
191/8 192/7 193/18
195/11 196/3 198/23
200/13 203/3 205/2
206/14 207/13 208/7
214/7 217/10 217/25
219/5 219/23 222/21

232/18 225/25 232/2
236/22 237/5 241/9
243/18 245/4 245/21
255/3 260/1 260/8
264/12 264/20
**yourself [2]**  72/16
206/9

**Z**

**zone [1]**  49/10
**Zoom [7]**  1/18 18/15
46/1 48/18 137/10
137/12 249/3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01625-GPG-SKC

─────────────────────────────────────────────

REHAB MOHAMED,

    Plaintiff,

vs.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

─────────────────────────────────────────────

**VIDEOCONFERENCE DEPOSITION OF MICHAEL TIMMY JACKSON**

**VOLUME II**

**APPEARING REMOTELY**

─────────────────────────────────────────────


**Friday, June 16, 2023**

**12:03 p.m.**


PURSUANT TO NOTICE and the Federal Rules of Civil
Procedure, the above-entitled deposition was taken via
Zoom, on behalf of Plaintiff, before K. Michelle Dittmer,
Registered Professional Reporter and Notary Public within
Colorado.

```
 1    APPEARANCES: (VIA VIDEOCONFERENCE)

 2    ON BEHALF OF THE PLAINTIFF:

 3             HUNTER A. SWAIN, ESQ.
               Swain Law, LLC
 4             1490 North Lafayette Street, Suite 303
               Denver, Colorado 80218
 5             Phone: 720-815-5281
               Email: hunter@swainemploymentlaw.com
 6

 7             ARIEL B. DeFAZIO, ESQ.
               Lowrey Parady Lebsack, LLC
 8             1490 North Lafayette Street, Suite 304
               Denver, Colorado 80218
 9             Phone: 303-593-2595
               Email: ariel@lowrey-parady.com
10

11
      ON BEHALF OF THE DEFENDANT:
12

13             KAITLIN I. SPITTELL, ESQ.
               Hall & Evans LLC
14             1001 17th Street, Suite 300
               Denver, Colorado 80202
15             Phone: 303-628-3300
               Email: spittellk@hallevans.com
16

17    Also Present:  Ruby Mohamed

18

19

20

21

22

23

24

25
```

1                          I N D E X

2    EXAMINATION                                    PAGE

3    June 12, 2023

4

5    By Mr. Swain                                    269

6

7    EXHIBITS

8
     (None were marked.)
9

10   PRIOR MARKED EXHIBITS:              INITIAL REFERENCE

11   Exhibit 37                                      271

12   Exhibit 63                                      280

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2                    MICHAEL TIMMY JACKSON,
 3       having been previously duly sworn, was examined and
 4       testified as follows:
 5                              EXAMINATION
 6       BY MR. SWAIN:
 7                Q.   Good afternoon, Mr. Jackson.
 8                A.   Hello.
 9                Q.   Thank you for making the time to wrap up
10       the rest of your June 12 deposition with us.
11                A.   Yes.  No, thank you to you and everyone
12       for your flexibility.
13                Q.   No problem.
14                     I want to remind you that you are still
15       under oath.
16                     Do you understand that?
17                A.   Yes.  And do I need to be re-sworn in, or
18       will it carry over from June 12?
19                Q.   It can carry over.  So as long as you
20       acknowledge that you are still sworn in in this
21       proceeding --
22                A.   Okay.  Okay.
23                Q.   -- that will --
24                A.   Just --
25                Q.   -- be sufficient for me.
```

1                 A.    Okay.   That's fine.   That's fine with me.

2                 Q.    Mr. Jackson, what have you done between

3    June 12 and today to review the facts of this case?

4                 A.    To my recollection, I have not done -- you

5    know, I have not done anything, you know, following the

6    conversation.

7                 Q.    Do you have any reason to think that your

8    recollection would be imperfect about things that

9    happened in the last three days?

10                A.    That my recollection would be perfect --

11   or would be imperfect?  Not that I'm aware of.  It's been

12   a busy week for me.  You know, I -- you know, I have

13   not -- you know -- you know, I -- you know -- you know, I

14   have not reviewed, you know -- you know, I have not

15   received any documentation or anything, you know,

16   reviewed, you know, since the material that -- that I can

17   remember.

18                Q.    Have you spoken to Ms. Spittell between

19   June 12 and today?

20                A.    Not -- only to receive the link via email

21   for the -- for the session for today.

22                Q.    You haven't spoken to her on the telephone

23   or on Zoom or anything?

24                A.    I -- I -- did I speak to her -- I think I

25   spoke to her very briefly at the conclusion, you know,

 1    but then not -- you know, have not spoken since.

 2                Q.    In between June 12 and today, have you

 3    remembered any information that would have been

 4    responsive to my questions on June 12?

 5                A.    Not, you know -- I mean, what -- nothing

 6    has -- has come to -- to my memory that would change

 7    anything that I said on June 12.

 8                Q.    I would like to start by looking at an

 9    exhibit that we reviewed on June 12.

10                This is --

11                A.    Okay.

12                Q.    -- Deposition Exhibit 37.

13                A.    Okay.  And are you going to resend this

14    document, or . . .

15                Q.    Yes, sir.  I just did.

16                A.    Perfect.  Give me just one minute then.

17    Let's see.

18                This is 37, 37.  Yep, there it is.

19                Q.    And when you open it, I'll direct you to

20    the page Bates-numbered SHRM 0133.

21                A.    Yep.

22                Q.    That's the second page of --

23                A.    0133.  Yep, I've got it.

24                Q.    And so at the top of the page --

25                A.    Uh-huh.

1          Q.   -- you'll recall that this is an email

2     from Ms. Mohamed to Nick Schacht, Carolyn Barley, and

3     Jeanne Morris on August 19, 2020, correct?

4          A.   Correct.

5          Q.   And on June 12, I read the entire email

6     into the record, so I'm not going to do that again.

7          A.   Correct.

8          Q.   But do you recall that this is an email in

9     which Ms. Mohamed is making a complaint that she has been

10    retaliated against for her complaints of discrimination

11    that you were investigating?

12         A.   I, you know -- you know, from relooking at

13    the email again, I see that -- that she's raising concern

14    that SHRM was setting her up to fail because of the

15    deadlines and, you know -- and following that this --

16    the -- you know -- you know -- you know, following making

17    the complaint of race discrimination against her manager

18    and subsequent follow-ups.

19         Q.   She uses the word "retaliation" in

20    multiple places in the email as well, doesn't she?

21         A.   Let me reread.  I've got the email up.

22              "Hostility," "deadline."

23              Let's see.  I see -- I see it in the last

24    line of the -- of the -- of the -- the last line of the

25    last paragraph --

1            Q.   What about --

2            A.   -- saying "I can . . . be a successful

3    member" --

4            Q.   What about the --

5            A.   -- "of" --

6            Q.   -- first part of the last paragraph?

7            A.   Ah, there, yep.  Yes.  "This retaliation

8    against me . . ."  Yes, I see.

9                 So -- so it looks like there were two

10   references, you know, that used the word "retaliation,"

11   if I'm counting correctly.

12           Q.   And can we agree that she is making a

13   clear and unambiguous complaint of retaliation in this

14   August 19, 2020, email?

15                MS. SPITTELL:  Objection.  Form.

16                You can go ahead and answer.

17                THE WITNESS:  Okay, thank you.

18           A.   You know, I would -- you know, I would say

19   again, she, you know -- you know, per the reading here,

20   she's -- you know, that she says that -- you know, that

21   there's retaliation against her, you know -- you know --

22   you know, as she writes here and -- and in, you know,

23   and -- in that last sentence.

24           Q.   (By Mr. Swain)  Do you have some kind of

25   objection to the phraseology that I was using in my

1    question that is not allowing you to clearly answer yes

2    or no?

3              A.    Something with your -- with your

4    phraseology?  I -- I -- you know, I don't know what

5    you're getting at with that question, you know, to be

6    honest.  I mean, I answered your question.  But I, you

7    know, would be happy to answer again if I -- you know,

8    if -- if something was not clear.

9              Q.    Okay.  I'm asking you a question that, in

10   my mind, is a question that demands a clear yes-or-no

11   answer, right?

12             Can we agree that Ms. Mohamed's August 19,

13   2020 email is making a clear and unambiguous complaint of

14   retaliation?

15             A.    I would say, you know, that she's -- that

16   she's, you know -- that she says that -- that there's

17   retaliation against her in that last paragraph.

18             Q.    And did you indicate on June 12 that you

19   could not recall if you had ever seen this email before?

20             MS. SPITTELL:  Objection --

21             A.    I said --

22             MS. SPITTELL:  -- to form.

23             A.    -- you know, I don't have a specific

24   recollection, but that there was a lot of email

25   communication back and forth.  And so, you know -- you

1    know, I'm not -- I wasn't, you know -- you know -- you

2    know, I'm not on the -- on the "Sent" line for this

3    email, but I -- you know, I don't -- you know, I don't

4    know if I -- it may have been forwarded, this email,

5    after -- you know, after the fact.

6              Q.   (By Mr. Swain)  Do you think that if you

7    did receive this email, you had a responsibility to

8    investigate Ms. Mohamed's complaints of retaliation,

9    given that you are the person responsible for

10   investigating her race discrimination and prior

11   retaliation complaints?

12             A.   I -- as -- as we talked about before on --

13   whatever -- whatever day it was, I guess Monday now --

14   the 12th, the -- you know, this, you know -- you know,

15   one, you know -- you know, the matters related to

16   Ms. Mohamed, you know, were looked at by the HR function,

17   which included myself, as well as others, including Sean

18   Sullivan, the CHRO.

19             I -- as I said on Monday, I do think that,

20   again, this, you know -- you know, what -- what is talked

21   about here again, you know -- you know -- you know -- you

22   know, would fall within the scope of things that -- that

23   we were looking at, you know, organ- -- you know, looking

24   at as an organization.  And I think if you go back and

25   look, you know, at -- you know, at, you know, other

1    pieces as we talked about, you know, this was not a --

2    you know, not a new element of this conversation.

3            Q.    So are you saying that you had already

4    investigated all the allegations in this email?

5            A.    If I -- if I'm recalling correctly -- and

6    again, without having, you know -- been going -- with not

7    having my notes in here, I -- I believe that this did

8    come up in the conversation that -- that -- that Ruby and

9    Sean had, you know, about sort of the disparate

10   treatment, you know -- you know, since -- you know,

11   since -- you know, since raising allegations against

12   Ms. Barley, you know -- you know, came up in either one

13   or -- you know, one or more of the conversations that --

14   well, I guess there were two conversations I was part of,

15   the 22nd and the 23rd, from the notes.

16            But, you know, if I recall, the -- you

17   know, that that -- you know, that that was a topic that

18   was discussed between them on that conversation.  So that

19   would have been several weeks before this email of the

20   19th.

21            Q.    And I just want to clarify.

22            Is it your testimony that SHRM did not

23   have a responsibility to investigate the retaliation

24   complaints in this August 19 email because it had already

25   investigated those complaints?

1                    A.    I did not say that.  I -- you know, I

2      think -- you know, I think SHRM, you know, has a

3      responsibility to -- to -- to investigate, you know --

4      you know, as per policy, in any potential, you know --

5      well, their potential policy as it was at the time,

6      the -- you know, any potential retaliation, you know --

7      you know, related to -- to -- to any claim filed for an

8      individual.

9                    I -- you know, again, this -- you know,

10     this was something that -- that had, you know, to my

11     recollection, had been part of conversations, you know,

12     in its essence prior, you know, to this -- you know, to

13     this email.  But, you know --

14                    Q.    Okay.

15                    A.    But yeah, so that's, you know -- so, you

16     know -- so but -- but to your point, you know, per -- per

17     the policy, you know -- you know, there -- there's a

18     responsibility to -- to investigate any potential claim

19     of retaliation.

20                    Q.    And between August 19, 2020 and

21     Ms. Mohamed's termination, did SHRM or did SHRM not

22     investigate the allegations in this August 19 email?

23                    A.    In this -- in terms of this particular

24     email, I -- you know, I -- you know, again, you know, as

25     I stated before, I don't have -- you know, I was not

1   included, and it does not look like Sean Sullivan was

2   included, on the -- on -- on the email, you know.

3              You know -- you know, again, I don't

4   recall, you know, if -- if we had been sent this email,

5   you know, subsequently.  And so without having access

6   available to look at records and information, I'm -- I'm

7   afraid I, you know -- you know, can't specifically say

8   what was or wasn't done to answer -- you know, to answer

9   your question there.

10             Q.   Well, you and Sean Sullivan were the

11  individuals responsible for investigating Ms. Mohamed's

12  complaints of race discrimination and retaliation,

13  weren't you?

14             A.   As I said before, this was within the --

15  within the HR function with -- you know, with myself

16  and -- and Sean Sullivan being the -- the primary folks,

17  you know, involved with this or would be the folks

18  involved with this in -- related into the -- to the

19  claims by Ms. Mohamed.

20             Q.   And I was going to clarify.  It sounds

21  like you may have resolved my question.

22             But you said --

23             A.   Yeah.

24             Q.   -- you and Sean Sullivan were the primary

25  folks.

1                    Was there anyone else involved in

2   investigating Ms. Mohamed's complaints of race

3   discrimination and retaliation?

4           A.    No, not from the HR.

5           Q.    What about from outside HR?

6           A.    No.  The, you know, investigations are

7   done within -- within the HR -- HR unit.  You know -- you

8   know, we do, you know, typical -- as things progress, you

9   know, there are conversations typically within -- with --

10  with legal counsel, but investigations are done by -- by

11  the HR -- by the HR function.

12          Q.    Meaning you and Sean Sullivan?

13          A.    Correct.

14          Q.    And no one else?

15          A.    That is my recollection.  We -- there were

16  other -- there were other HR folks, such as Bernée Long,

17  that -- that were involved with this matter in other

18  elements.

19          Q.    But not in investigating Ms. Mohamed's

20  complaints of race discrimination?

21          A.    Correct, correct.

22          Q.    So you and Sean Sullivan are the only two

23  people who would know if SHRM did anything to investigate

24  the complaints in this August 19, 2020 email, correct?

25          A.    From the H -- from HR, yes, that's

1    correct.

2             Q.    And you are telling me now that you don't

3    know if anything was done to investigate the complaints

4    in this August 19, 2020 email, between August 19 and

5    Ms. Mohamed's termination, correct?

6             A.    Well, as I stated before, I don't, you

7    know -- you know -- you know, and from looking what I see

8    here in SHRM 012 -- 32 and the 0133, you know -- you

9    know, neither myself nor Sean Sullivan were included

10   on -- on the email.

11                  I don't have a recollection of what -- you

12   know, if this was forwarded to us after the fact.  Again,

13   you -- you should have that within document -- you know,

14   within documentation if it was.  I just don't have a

15   recollection.

16             Q.    I'm going to share what's been marked as

17   Deposition Exhibit 63.

18             A.    Okay.  One moment.

19                  Let's see here.  And what was the number

20   again?  I'm sorry.  63?

21             Q.    Yes.

22             A.    Okay.  Yep.

23             Q.    And I'll direct your attention to the

24   second page of Deposition Exhibit 63, the one that's

25   Bates-numbered SHRM 0419.

1          A.    Uh-huh.  Yep.

2          Q.    And at the top of that page is the very

3    same email that we were just looking at:  Ms. Mohamed's

4    August 19, 2020 complaint of retaliation, correct?

5          A.    Correct.

6          Q.    Scroll up to the first page of the PDF --

7          A.    Yep.

8          Q.    -- SHRM 0418.

9          A.    Yep.

10         Q.    Do you see on August 19, 2020, the same

11   day as Ms. Mohamed's retaliation complaint email, Nick

12   Schacht --

13         A.    Yes.

14         Q.    -- forwarded the email to Sean Sullivan,

15   correct?

16         A.    Yep.  Yes --

17         Q.    Scrolling up again --

18         A.    -- I'm sorry.  Let me --

19         Q.    Scrolling up more.

20         A.    Uh-huh.

21         Q.    On August 21, 2020, Sean Sullivan

22   forwarded the August 19, 2020 retaliation complaint email

23   to you and Bernée Long --

24         A.    Uh-huh.

25         Q.    -- correct?

1          A.    Yes, I see -- I see that he sent that at

2    8:11 a.m. on the 20th.

3          Q.    21st, correct?

4          A.    Sorry, 21st.  I'm sorry.

5          Q.    And does this refresh your recollection

6    whether you ever received a copy of that email before

7    Ms. Mohamed's termination?

8          A.    Well, clearly, looking at the -- at the

9    email chain here, that it was -- you know, it was

10   forwarded on to -- to Sean and then on to Bernée Long and

11   myself.

12               So -- so that -- that -- that -- you know,

13   that does answer the question that -- that it was

14   forwarded on to both Sean and then ultimately to myself.

15         Q.    So now that we've established that you and

16   Mr. Sullivan actually did receive a copy of this

17   August 19, 2020 retaliation complaint, do you agree that

18   you and Mr. Sullivan had a responsibility to investigate

19   the retaliation complaint?

20         A.    I, you know -- you know, I -- I think

21   that, you know -- you know, looking at this chain, I

22   think that, you know -- you know, I -- you know, I can --

23   I can only speak from my perspective.

24               And I think that, you know, I -- to my

25   recollection, I -- you know, I'm -- you know, I'm -- you

1    know, I -- I -- you know, I don't recall any action

2    beyond what was listed here, you know, requested by Sean

3    Sullivan related to that.

4                    I don't know if he had had any

5    conversations or done anything.  But, you know,

6    unfortunately, you know -- you know, it doesn't look like

7    that -- you know, I don't recall any -- any steps taken

8    by me after -- you know, beyond what I see here after

9    the -- you know, after receiving this email except for

10   forwarding the performance element on per Sean's request.

11             Q.    And in Mr. Sullivan's email, where he's

12   forwarding Ms. Mohamed's retaliation complaint to you and

13   Bernée Long on --

14             A.    Uh-huh.

15             Q.    -- August 21, Mr. Sullivan makes a couple

16   of requests of you and Ms. Long, correct?

17             A.    Correct.

18             Q.    And with respect to you, he says, "Mike,

19   can we pull the last couple of performance reviews for

20   Ruby?"

21             A.    Uh-huh.

22             Q.    I'm --

23             A.    Yes.

24             Q.    "I'd like to make sure I'm looking at

25   [the] fullest set of information."

```
 1              Correct?

 2        A.   Yes.  That -- you know, "I'd like to make

 3   sure I'm looking at [the] fullest set of information."

 4   That is correct.

 5        Q.   And then the same day that Mr. Sullivan

 6   forwards the August 19 retaliation complaint to you on

 7   August 21, you respond, saying:

 8              "Thanks Sean for the update.  See attached

 9   reviews for Ruby from 2020 back to 2017.  If you have

10   questions or need anything else with them please let me

11   know."

12              "Best, Mike."

13              Did I read that correctly?

14        A.   Yes, you did.

15        Q.   And the email indicates that there were

16   two attachments:  One Excel spreadsheet with the title

17   "2017-2019 Reviews - Mohamed," and the second attachment

18   is a PDF with the title "RM 2020 Review 1."

19              Correct?

20        A.   Correct.

21        Q.   Do you -- let me ask you, did you review

22   those performance reviews before you sent them to

23   Mr. Sullivan?

24        A.   I don't -- you know, I -- you know, I

25   don't recall specifically how thoroughly I read the
```

 1    reviews at that point.  I know I had -- had looked at the

 2    reviews, you know, previously.

 3                    And partly, I would have had to at least

 4    look at the reviews to make sure that we pulled the right

 5    ones, given how the reviews were structured across the

 6    system, because if -- and part of this -- and bear with

 7    me for just a minute here on this.

 8                    You know -- you know, part of this gets

 9    with the -- with the transition of a legacy -- of legacy

10    systems.  The 2017 to 2019 reviews was from our prior --

11    our prior performance management system.  But then the

12    2020 review, I -- you know -- you know, if I'm recalling

13    correctly, would have been in our new Dayforce system,

14    which we -- which we were transitioning to.

15                    And so we -- and so part of this, you

16    know, would have been, you know, taking -- you know,

17    having to go through what had been extracted from our

18    prior -- our prior performance management system, you

19    know, getting the information for the -- you know, the

20    right lines for the individual for the -- each year,

21    because it was basically exported out per performance

22    review period, and then collating that into -- into the

23    document that would be attached, would -- you know, and

24    again, without seeing the document itself, you know,

25    my -- you know, my guess is that you would see different

1    lines from -- that was, again, copy-pasted from each of

2    those.

3                    And so I would have had to review the

4    performance review elements to make sure that I was

5    sending the right -- the right information and the right

6    individual's information in that collation.

7                    So -- so, you know -- so at the very

8    least, you know, there would have been a level of -- of

9    looking at the -- at that documentation to make sure

10   that it was compiled correctly and sent over correctly

11   to -- to address the question and the request from

12   Mr. Sullivan.

13           Q.   So --

14           A.   And I apologize, that was a long-winded

15   answer for a short question, but wanted to provide that

16   context.

17           Q.   Thank you.

18                    So it sounds like you are confident that

19   you at least opened the documents to ensure that they

20   contained what Mr. Sullivan had asked, but you don't

21   recall how closely you studied them; is that right?

22           A.   Correct.   I don't -- you know, I don't

23   recall, you know, how -- how closely I had -- I had

24   studied them, you know -- you know, on the 21st.

25           Q.   Understood.

1                    Do you recall what your impression of

2       Ms. Mohamed's history of performance reviews was at that

3       time?

4              A.    From -- you know, from my recollection of

5       looking at the, you know -- you know, at -- of her

6       performance history was that -- that, you know, that

7       her -- that at least, you know, for the periods that I

8       looked at -- and again, knowing that -- you know, that

9       there -- there were some elements that, again, go back to

10      previous roles.

11                   But in this, I think, you know, prior --

12      you know, that her performance was -- was -- was solid,

13      that she -- within our system, we typically -- if I'm

14      remembering correctly -- once we shifted our performance

15      management process in 2018, I believe, we -- we basically

16      shifted to a three-tier -- if I recall correctly, it was

17      a three- or four-tier, you know, structure where, you

18      know, it typically was sort of meets, you know -- you

19      know, sort of meets expectations, leads, you know, and

20      then needs improvement.

21                   And I can't remember if there was a fourth

22      rating, but it was a rating -- I think it was a

23      three-tier rating scale, if I remember correctly.

24      Perhaps a four-tier.  But, you know, it's a little fuzzy

25      on me.

1           But I -- but from my recollection, Ruby,

2    you know, had -- you know, her ratings were -- were --

3    you know, were -- were -- you know, across the different

4    years, in that range of what would have been either meets

5    expectations or -- or exceeds expectations or -- or

6    leads, whatever the -- I can't remember the terminology.

7           But -- but -- but overall, you know -- you

8    know, solid, you know -- you know, very solid reviews,

9    from my recollection.

10          Q.   Do the performance ratings entitled "solid

11   performer" and "role model" sound familiar?

12          A.   Yes --

13               MS. SPITTELL:  Objection --

14          A.   -- those do sound --

15               MS. SPITTELL:  -- foundation.

16          A.   -- familiar.

17          Q.   (By Mr. Swain)  So at least as of

18   August 21, 2020, SHRM had always formally rated

19   Ms. Mohamed's job performance as either a solid performer

20   or as a role model, which is better than solid performer,

21   correct?

22               MS. SPITTELL:  Objection.  Form.

23   Foundation.

24               Go ahead and answer.

25          A.   To my recollection.  Again, you know, not

1    having reviewed each of the, you know -- you know, the

2    reviews and, you know, at this -- you know, at this

3    point, you know, several years, you know, but to what I

4    recall from the time, that does align.

5              Q.   (By Mr. Swain)  And that's not a trick

6    question.  I mean, I've --

7              A.   Yeah.

8              Q.   -- reviewed them dozens of times, and

9    that's what they say.

10             A.   Yeah, yeah.

11             Q.   So . . .

12             A.   Yeah, yeah.  No, no, no, absolutely.  I'm

13   just very mindful that I'm under oath and want to be --

14   you know, be mindful of that.

15             Q.   Understood.

16                  Let me ask you, so August 21, 2020, do you

17   recall that that's the date that you prepared the initial

18   draft of Ms. Mohamed's termination letter?

19             A.   Yes, I do.

20             Q.   And you indicated that the reason that you

21   did that is because SHRM was considering multiple

22   contingent options at the time and you wanted to make

23   sure that all your ducks were in a row before you went

24   out on medical leave.

25                  Is that a --

1              A.   Well, let -- well, let me, you know --

2                   MS. SPITTELL:  Objection --

3              A.   I -- I --

4                   MS. SPITTELL:  -- form.  Foundation.

5              Q.   (By Mr. Swain)  Well, I was going to ask

6    the question:

7                   Is that a fair summary of your testimony

8    from June 12?

9              A.   You know, as I said on June 12, you know,

10   I, you know -- you know, was preparing as much as

11   possible for potential scenarios that may or may not

12   occur while I was out on medical leave.  You know, Friday

13   the 12th was my -- was my last workday in the office

14   before -- before my surgery the following Monday.

15             Q.   And SHRM was considering multiple

16   different courses of action at that time, correct?

17             A.   At -- you know, I would say, you know, at

18   that point, there -- you know, a course of action, you

19   know -- you know -- you know, there were multiple

20   elements ongoing related to -- to Ms. -- you know,

21   Ms. Mohamed's, you know -- you know, related to

22   Ms. Mohamed and Ms. Barley.

23                  You know, at that time, if I'm remembering

24   correctly, facilitation was still going on.  You know,

25   there were deadlines and then, you know, there was the

1    talk through.

2                   You know, to my recollection, you know,

3    there hadn't, you know -- you know -- you know, there --

4    there hadn't been a decision on a course of action.  But,

5    you know -- you know, with me being out for two weeks,

6    you know, if things did develop, I wanted to provide, you

7    know, to this -- to the extent that I could, prepare for

8    what may or may not happen.

9                   Because, you know, again, that was, you

10   know, on my end, you know, trying to cover potential

11   bases, you know, that, you know, if something was needed

12   while I was out on surgery, to the extent that I could

13   prepare for something, but . . .

14            Q.   Well, at this time, on August 21, 2020,

15   had you and Mr. Sullivan concluded the investigation into

16   Ms. Mohamed's race discrimination and retaliation

17   complaints?

18            A.   I -- you know, I had -- I had provide -- I

19   concluded my activities and had provided, you know, my

20   insights to Mr. Sullivan, you know -- you know -- you

21   know, I don't, you know -- you know, what -- you know --

22   you know, I can't speak, you know, for -- for

23   Mr. Sullivan.

24                 But --

25            Q.   So --

1           A.    -- from -- from my end, you know,

2    investigation, activities, and conversations were done

3    by -- at this point, as discussed, on the 12th.

4           Q.    And just to be clear -- okay.   I

5    understand.

6                 So to your knowledge, was Mr. Sullivan's

7    portion of the investigation concluded by August 21,

8    2020?

9           A.    That would, you know -- you know, that

10   would be a question for him.   You know -- you know, and

11   I -- you know -- you know, that was something, I had

12   given him my recommendations, but I do know that, you

13   know, again, you know, he had had conversations earlier

14   in August, you know, with Ruby.   And I think also, you

15   know, there was the ongoing, you know, work and

16   facilitation with Bernée Long.

17                So I -- I don't know exactly from his

18   perspective what was or wasn't done.   I can only speak

19   for mine.

20          Q.    So at least in -- by August 21, 2020, you

21   personally had come to the conclusion that no race

22   discrimination or retaliation had occurred; is that

23   correct?

24          A.    My -- you know, as I -- as I mentioned on

25   June 12, my -- you know, my -- my assessment that I

1  provided to Mr. Sullivan that -- was that there was --

2  you know, that -- that I could not find, you know -- you

3  know, documented evidence of -- of race discrimination

4  against Ms. Mohamed, or retaliation.

5          Q.  Well, so -- but your recommendation to

6  Mr. Sullivan was not binding on him; is that right?

7          A.  I'm sorry, say that again.

8          Q.  Was your recommendation to Mr. Sullivan

9  binding on him as far as the investigation's ultimate

10  conclusions?

11          A.  You know, that would be a question -- you

12  know, that would be a question for him as the -- you

13  know, the -- you know, ultimately, you know, I know that

14  he did have conversation -- you know, further

15  conversations with -- I -- I -- you know, with Ms. --

16  with Ms. Mohamed, also with Ms. Barley and others, you

17  know -- you know, and so that would, you know, ultimately

18  be a question for him --

19          Q.  So --

20          A.  -- on what was binding or not binding.

21          Q.  So do you know if the investigation was

22  concluded by August 21, 2020, or not?

23          A.  Again, I can only say from my -- from my

24  element of things that -- you know, that -- that, you

25  know, I provided my -- my -- you know, my findings and

```
 1   recommendations to Mr. Sullivan, you know -- you know,

 2   and insights there.

 3                But, you know, I don't know, you know --

 4   you know -- you know, I -- you know -- you know, prior to

 5   my going out on leave, you know, I -- you know, I had

 6   no -- you know, no knowledge of -- to where he was with

 7   things.

 8         Q.   So as of August 21, 2020, you had

 9   relinquished primary responsibility for the investigation

10   to Mr. Sullivan; is that correct?

11         A.   Correct.  And --

12         Q.   And --

13         A.   And again, you know, I think the other

14   piece of this, you know, to remember within the context

15   was that, again, you know, I was going out on -- on

16   medical leave after the 21$^{st}$ of August.  And so, you

17   know -- you know, I was going to be, you know -- you

18   know -- you know, severely limited being on open leave

19   after the 21$^{st}$.

20                And so that -- that's another, you know --

21   you know -- you know -- you know, in terms of looking at

22   the timeline here, you know -- you know, another element

23   to really, you know, just to -- to keep in mind, from my

24   perspective.

25         Q.   Well, so as of August 21, was there a
```

1    possibility that Mr. Sullivan would disagree with your

2    recommendations and conclude that race discrimination and

3    retaliation had occurred?

4            A.    Was there a possibility that he would

5    have?

6            Q.    Yes.

7            A.    You know, that -- you know, as of -- you

8    know, as of the, you know -- you know, per my

9    conversations, you know -- you know, in there -- you

10   know, I think again, you know -- you know, until -- until

11   he officially recommended, I can't say anything for

12   certain.

13            You know, from my understanding, you

14   know -- you know, and the conversations that, again, I --

15   you know, that I had with him or that I was privy to,

16   again, taking the notes for the two conversations with

17   Ms. Mohamed in July 22 or 23, you know -- you know,

18   that -- you know, at least insofar that I was aware, you

19   know -- you know, nothing had come up that would have,

20   you know -- you know, either -- you know, that would have

21   shaken -- you know, that would have -- that would have

22   changed his assessment.

23            But, again, ultimately, you know -- you

24   know, that would be a question for him, you know, of --

25   you know -- you know, from -- because -- from his

  1    perspective.

  2             Q.   Right, because you don't know what was

  3    going on in his mind, right?

  4             A.   I -- you know, I only know the elements

  5    that I know and I, you know -- and, you know, I don't

  6    know what I don't know.

  7             Q.   A little by tautological, but I take your

  8    point.

  9             A.   Yeah.

 10             Q.   But my question is, can we agree there was

 11    a possibility that after you turned over primary

 12    responsibility for the investigation, the investigation

 13    would conclude that discrimination happened?

 14             MS. SPITTELL:   Objection.   Form and

 15    foundation.

 16             Go ahead and answer.

 17             A.   And, I'm sorry, can you -- can you -- you

 18    know, I don't understand what your question was there, so

 19    if you could rephrase, that would -- or restate or

 20    rephrase, that would be helpful.

 21             Q.   (By Mr. Swain)  Okay.

 22             Before the investigation had formally

 23    concluded, you turned over primary responsibility for the

 24    investigation to Mr. Sullivan, correct?

 25             A.   Correct.

     1              Q.   And Mr. Sullivan's the one who concluded

     2    the investigation, correct?

     3              A.   Correct.

     4              Q.   Can you agree there's a possibility that

     5    Mr. Sullivan ultimately would have concluded that

     6    discrimination had occurred?

     7              A.   With -- with any -- you know, with any

     8    investigation, you know, circumstances can change with,

     9    you know, development of new circumstances or events, you

    10    know -- you know -- you know, so that -- you know, and

    11    even, you know, again, once the investigation is

    12    finalized, you know -- you know, there could be

    13    information that comes up.

    14              So that's, you know -- you know, that's

    15    one of the things that, you know, things -- you know,

    16    situations, you know, and -- you know, HR function -- or

    17    HR-related, you know, matters do continue to evolve and

    18    progress.  So, you know, that's -- you know, and so I can

    19    speak to, again, what, you know -- you know -- you know,

    20    what my recommendations were and things as I, you know,

    21    saw it in the points that I was connected in or -- or

    22    available.

    23              But then -- but that doesn't preclude

    24    that, again, if circumstances had -- had evolved or

    25    something else had occurred, you know, that could have

1    shifted, you know, the circumstances within -- within any

2    investigation.

3              Q.   And the circumstances could have shifted

4    such that the ultimate conclusion of the investigation

5    was that Ms. Mohamed's complaints of race discrimination

6    and retaliation were founded, right?

7              MS. SPITTELL:  Objection.  Form and

8    foundation.

9              Go ahead.  You can answer.

10             A.   I think, you know, with -- with any

11   situation, you know -- you know, things can shift, you

12   know, any -- any which direction.  So I think, you know,

13   trying -- you know, I think, you know -- you know, I

14   think, you know, again, you know -- you know -- you know,

15   circumstances can change any -- any investigation, you

16   know -- you know, regardless of when and what it is.

17             Q.   (By Mr. Swain)  Mr. Jackson, I'm a little

18   bit troubled by your inability to provide a clear answer

19   to a clear question.

20             You didn't make the ultimate decision

21   about the conclusion of the investigation, did you?

22             A.   I did not, you know -- as I said, I

23   provided my -- you know, my findings and -- and -- and

24   points to Mr. Sullivan.

25             Q.   Do you recall when you did that?

1              A.    I, you know, did -- you know, we -- you

2    know, again, you would have to go back and look.

3              I -- you know, I -- it was sometime -- I

4    provided initial findings sometime in late -- sometime in

5    late July, around the time of his, you know -- of his

6    conversations with Ms. Mohamed.

7              But then continued to, you know -- you

8    know -- you know -- you know, to have conversations with

9    him, you know, as things developed end of July and

10   August.

11             Q.    And at the time that you gave him your

12   initial conclusions, you turned over primary

13   responsibility for the investigation to him, correct?

14             A.    Correct.

15             Q.    And the ultimate outcome of the

16   investigation was up to Mr. Sullivan, right?

17             A.    As the CHRO, ultimately, you know, he

18   would -- he would -- you know, he would sign off on any

19   investigation.

20             Q.    So all I'm asking you -- and this is a

21   really clear question that demands a clear answer -- is

22   it possible that Mr. Sullivan could have determined that

23   race discrimination and retaliation did occur, as the

24   ultimate decision-maker?

25             Is --

1              A.    Ultimate- --

2              Q.    -- that possible, or is it not possible?

3                    MS. SPITTELL:  Objection.  Form.

4     Foundation.

5                    Go ahead and answer.

6              A.    Ultimately, you know -- ultimately, you

7     know -- you know, his findings or -- or the findings of

8     any investigation could -- you know, could have shifted

9     by -- by events or findings.

10             Q.    (By Mr. Swain)  Okay.  So you prepared

11    Ms. Mohamed's termination paperwork before your leave in

12    case it was needed while you were out, right?

13             A.    I prepared the -- I prepared a template

14    exit letter, you know.  You know, again, that was and --

15    and you would have to remind me.  That -- I can't

16    remember the exhibit number.  You know, there was one

17    dated the 21st and, you know, I -- I don't recall what

18    the -- what the exhibit number was there.

19                   But that one, as we talked about on

20    June 12, had a preparation date of -- of August -- of

21    August 21.  I can't remember the timing of that.  I'm --

22    you know, I'm sure you could pull it up or -- or resend

23    it, we could look at that.  But I just don't recall

24    off -- off the top of my head.

25                   But that, you know -- you know, that, you

1    know, as we showed with the time stamp, was prepared, you

2    know, on the 21st prior to my going on leave, based off

3    of the -- the standard template -- exit template letter

4    that we have, that we used for -- for any exit.

5              Q.    Did you create a separation letter

6    template for Carolyn Barley as well?

7              A.    Did I create a -- not to my recollection.

8              Q.    Why not?

9              A.    It's -- I would say at -- you know, at --

10   at that point, you know -- you know -- you know, at that

11   point, that was not on my radar screen, you know, as a

12   potential possibility.  Not to say that it couldn't have

13   happened, but . . .

14             Q.    Well --

15             A.    When I thought through potential scenarios

16   that might come in, that was not on my -- on my -- you

17   know, on my -- on my thought process.

18             Q.    So in your own mind, it wasn't even a

19   realistic possibility that the investigation would

20   substantiate Ms. Mohamed's claims?

21             A.    Based on what I knew at that point in

22   time.  Again, as you had talked about before, you know --

23   you know, and as we talked about before a few minutes

24   ago, circumstances could certainly change.

25                   But again, you know -- you know, I -- you

1    know, I -- you know, there was nothing -- you know, at

2    that point in time, you know -- you know, there was --

3    you know, nothing had -- you know, had lined up where --

4    where that, you know, looked like it might be a

5    possibility.

6            Q.    Well, Ms. Mohamed had just recently made a

7    new written complaint of retaliation that same day that

8    you prepared her separation letter template, right?

9            A.    Well, and correct me --

10           Q.    Wait --

11           A.    -- if I'm wrong --

12           Q.    -- hang on.  Before you answer -- because

13   I misspoke.

14           A.    Yep.

15           Q.    That same day, you had just learned that

16   Ms. Mohamed had recently made a new retaliation

17   complaint, correct?

18           A.    That is correct.  I don't -- you know,

19   what I -- but what I don't remember -- and we would have

20   to go back and look at the documentation, you know -- you

21   know, the timeline of that, you know, on -- on the day,

22   you know.  I can't recall what -- you know, things with

23   the timestamps that we had earlier with the -- with the

24   earlier exhibit.

25           Q.    But in either case, after you learned that

1    Ms. Mohamed had made a new retaliation complaint on

2    August 19, 2020, it still never crossed your mind that

3    the investigation might substantiate her complaints?

4              A.    Well, as -- as I mentioned before, you

5    know, I think, you know, this also, you know, was not

6    something that, you know, was -- you know, that -- in

7    terms of treatment, you know, in a sense bringing up the

8    initial complaint against Ms. Mohamed -- excuse me,

9    Ms. Barley, you know, it had been brought up in other

10   contexts.  So this wasn't, you know, a new, you know --

11   you know, this wasn't a new element, per se.

12              I think -- but, again, I think the other,

13   you know -- you know -- but again, what I don't know is,

14   again, the timing, you know -- you know, the timing of,

15   again, preparing that exit letter with receiving that

16   email, you know.  And then, you know -- and then, you

17   know, I don't, you know -- you know, I don't recall the

18   email, you know, or anything, you know, changing my, you

19   know -- you know, my thinking prior to going out on

20   leave.

21              Q.   At least for part of the investigation,

22   your testimony is that you were the person primarily

23   responsible for conducting the investigation into

24   Ms. Mohamed's race discrimination and retaliation

25   complaints, correct?

1          **A.    Correct.**

2          **Q.    Can you tell me, in your mind, what are**

3    **the most important best practices for conducting internal**

4    **investigations of race discrimination and retaliation**

5    **complaints?**

6          **A.    I'm sorry.  You broke up a little bit**

7    **there.  Do you mind repeating the question?**

8          **Q.    Yes.**

9                **In your mind, can you tell me what are**

10   **some of the most important best practices to utilize when**

11   **conducting an investigation into race discrimination and**

12   **retaliation complaints?**

13         **A.    Uh-huh.  So I would -- you know, I would**

14   **say two -- you know, I would -- you know, I would say a**

15   **couple of things.**

16               **I would say, one, you know -- you know, I**

17   **think -- you know -- you know, listening to and -- and**

18   **getting information from, you know -- you know,**

19   **parties -- you know, all parties involved, you know, and**

20   **it's what -- you know, collecting information to the**

21   **extent possible.**

22               **And then also looking at -- you know,**

23   **looking at the events, you know -- you know, objectively**

24   **with -- you know, within the -- you know, within the**

25   **confines of the -- you know, of -- of laws, as well as**

1    policies set out there.

2                    I think also, you know, making sure that,

3    you know -- you know, being able to -- you know, to --

4    you know, that -- to hear the -- you know, hear the

5    perspectives; have the -- you know, have the

6    conversations needed; you know, procure documentation.

7                    But then also, you know, to be able to,

8    you know -- you know, find a -- find the solution, you

9    know, based off of the findings there that, you know,

10   again, you know -- you know, address any sort of

11   retaliation or issue that occurs, you know, again,

12   pursuant to law and/or policy.

13                   But, you know -- you know, or if nothing's

14   not there, work through -- you know, work with the

15   parties for -- for resolution.

16          Q.   Do you agree that one best practice for

17   conducting investigations of race discrimination and

18   retaliation complaints would be documenting in writing

19   the information that you have elicited from witness

20   interviews?

21          A.   Yes.

22          Q.   And in a similar vein, would you agree

23   that a best practice for conducting these types of

24   investigations would be documenting in writing which

25   documents and correspondence you've reviewed as part of

1    your investigation?

2           A.    I think, you know, I would put that,

3    again, within your -- your point of overall

4    documentation.  I think, you know, again, being able

5    to -- to -- you know, being able to outline, you know --

6    you know -- you know -- you know -- you know, what -- you

7    know, what had been said and occurring, you know, I think

8    in -- because particularly as you're going through

9    information, being able to -- to -- being able to have

10   that -- that resource of information to be able to

11   then -- you know, to use -- you know, to be able to then

12   have that, you know, to -- to help shape, you know, the

13   resolution, whatever that might be.

14           So I put that within -- within that

15   broader context of documentation.

16           Q.    But we agree that written documentation is

17   important, correct?

18           A.    Yes.

19           Q.    Did you document in writing the

20   information you elicited from your witness interviews of

21   Ann Godmere and Carrie Mills?

22           A.    Yes, I did.

23           Q.    Tell me more about that.

24           A.    From my recollection, you know, I -- I

25   took notes on those calls and then -- you know, which --

```
 1    if I remember correctly, you know, those notes are in the

 2    discovery documents that -- that you have been provided.

 3    So -- so I did, you know, as I had conversations with

 4    both Ann Godmere and Carrie Mills, document -- you know,

 5    take notes of the conversation.

 6              Q.   How do you know what we've been provided

 7    or not?

 8              A.   As I discussed before, you know -- you

 9    know -- you know, I had -- you know, had met with -- with

10    counsel and had reviewed -- you know, and had -- had --

11    and had been shared several documents, you know -- you

12    know, for review prior.

13              Q.   And you reviewed your written

14    documentation of your interviews with Carrie Mills and

15    Ann Godmere in preparation for your deposition?

16              A.    I saw -- I had -- I had looked through

17    them.  I don't recall in, you know, specific detail.

18              I know that they were within the set of

19    notes that were -- that were taken from my -- from my

20    notebook, you know.  And I can't remember what -- you

21    know, what the -- you know -- you know, the -- you know,

22    I would -- I would, you know -- I can't remember what the

23    document was called, but I know that that -- yes, but I

24    know that they were part of that set of notes, among

25    others.
```

1                Q.   And when you say your notebook, are you

2      referring to handwritten notes?

3                A.   Correct.

4                Q.   And you turned over handwritten notes to

5      SHRM for use in this case; is that right?

6                A.   I -- I turned those over, you know, as

7      part of the discovery document -- you know, the discovery

8      request for -- for all -- for -- you know, as part of the

9      materials requested, you know, related to this case.

10               Q.   Did you review those handwritten notes in

11     preparation for your deposition?

12               MS. SPITTELL:  Can you repeat --

13               A.   I looked --

14               MS. SPITTELL:  -- that cut out pretty bad

15     on my end.

16               Q.   (By Mr. Swain)  Did you review those

17     handwritten notes you're referring to in preparation for

18     your deposition?

19               A.   I looked -- you know, I looked briefly

20     through them.  I didn't spend a lot of time, you know --

21     you know, going -- going through them in specific detail.

22               Q.   Do you have them handy with you right now?

23               A.   Not currently, but if -- you know, but if

24     you do, you know, I'd be happy to -- to look through

25     them.

1           Q.   Are they in your email or what?

2           A.   They were -- they were in -- in a link

3     that was provided by counsel.

4           Q.   Understood.

5                MR. SWAIN:  Well, we're going to take a

6     quick break; and while we're on the break, I want you to

7     figure out what the Bates-numbers -- remember the number

8     on the bottom right page of all the documents we're

9     looking at --

10               THE WITNESS:  Uh-huh.

11               MR. SWAIN:  -- for the handwritten notes

12    you're referring to.

13               Okay?

14               THE WITNESS:  Uh-huh.  Okay.

15               MR. SWAIN:  Five minutes, I'll see you

16    back.

17               (Recess taken from 12:52 p.m. until

18    1:32 p.m.)

19               MR. SWAIN:  Hello, Mr. Jackson.  We're

20    just returning from a short break.

21               So you'll recall that both parties

22    realized that we had not been provided a copy of your

23    handwritten notes that you were referring to before the

24    break.

25               Ms. Spittell has sent them to us.  It

1  appears that SHRM inadvertently left that tranche of

2  documents out of one of its production of documents.  We

3  don't have any reason to believe that it was intentional

4  or anything like that.

5              But because we just received these

6  documents in the last 15 minutes or so, I need time to

7  adequately review them before we can continue with the

8  rest of your deposition.  Okay?

9              So --

10              THE WITNESS:  Okay.

11              MR. SWAIN:  -- I -- as much as I don't

12  want to, we're going to have to hit the pause button on

13  your deposition and resume it on another day.

14              Understood?

15              THE WITNESS:  Okay.  Understood.

16              MR. SWAIN:  And I'll also say,

17  Ms. Spittell and I just spoke on the phone, and some of

18  the documents we were provided have redactions in them

19  that are not reflected on the privilege log that was

20  provided to us.  So Ms. Spittell indicated that she would

21  look into that and figure out what the basis for the

22  redactions are as well.  Okay?

23              So we will figure out another date that

24  works for everyone and get the remaining hour

25  rescheduled.  Okay?

1                    THE WITNESS:  Okay.

2                    MR. SWAIN:  Thank you for your time today,

3     and I'm sorry to keep dragging you back.  I know you --

4     there are things you'd rather be doing than hanging out

5     with me, but hang out with me at least one more day

6     after --

7                    THE WITNESS:  Only if you can tell some

8     more stories about your fishing.

9                    MR. SWAIN:  Okay.  Deal.

10                    Okay.  So with that --

11                    THE WITNESS:  And then in terms -- and

12     then in terms of next steps, will the, you know -- you

13     know, I guess, how will we firm up the time, you know,

14     there?  Will that be communication with counsel or what?

15                    MR. SWAIN:  Yes.

16                    MS. SPITTELL:  Shelly, can we go off the

17     record, unless Hunter wants to stay on, just so we're not

18     taking up your time.

19                    MR. SWAIN:  I would rather not take up

20     more of my time, but . . .

21                    (Discussion off the record.)

22                    (WHEREUPON, the within proceedings were

23     recessed at 1:34 p.m. on the 16th day of June, 2023.)

24                    *    *    *    *    *

25

```
 1            I, MICHAEL TIMMY JACKSON, hereby certify that I
       have read the foregoing transcript, VOLUME II, and that
 2     the same and accompanying correction sheets, if any,
       constitute a true and complete record of my testimony.

 3

 4     PAGE  LINE           NOW READS              SHOULD READ

 5     ____  ____    _____    _____

 6     ____  ____    _____    _____

 7     ____  ____    _____    _____

 8     ____  ____    _____    _____

 9     ____  ____    _____    _____

10     ____  ____    _____    _____

11     ____  ____    _____    _____

12     ____  ____    _____    _____

13     ____  ____    _____    _____

14     ____  ____    _____    _____

15     ____  ____    _____    _____

16     ____  ____    _____    _____

17
                      _____
18                    MICHAEL TIMMY JACKSON

19            Subscribed and sworn to before me this _____

20     day of _____, 20____.

21
              My Commission expires: _____
22

23                    _____
                      Notary Public
24                    Address:  _____

                                _____
25
```

 1                    REPORTER'S CERTIFICATE

 2

 3          I, K. MICHELLE DITTMER, Registered Professional

 4   Reporter and Notary Public, State of Colorado, do hereby

 5   certify that previous to the commencement of the

 6   examination, the deponent was duly sworn by me to testify

 7   to the truth in relation to the matters in controversy

 8   between the parties hereto; that the said deposition was

 9   taken in machine shorthand by me at the time and place

10   aforesaid and was thereafter reduced to typewritten form;

11   that the foregoing is a true transcript of the questions

12   asked, testimony given, and proceedings had.  I further

13   certify that I am not employed by, related to, nor

14   counsel for any of the parties herein, nor otherwise

15   interested in the outcome of this litigation.

16          IN WITNESS WHEREOF, I have affixed my signature

17   this 19th day of July, 2023.

18

19          My commission expires April 15, 2024.

20

21

22   _____
                  K. MICHELLE DITTMER
                  Registered Professional Reporter
23

24

25

 1    Dittmer Reporting
      sdittmer@comcast.net
 2    (303) 257-8702

 3    July 20, 2023

 4    KAITLIN I. SPITTELL, ESQ.
      Hall & Evans LLC
 5    1001 17th Street, Suite 300
      Denver, Colorado 80202
 6
      Deposition of:  MICHAEL TIMMY JACKSON - VOLUME II
 7    Taken:  June 16, 2023

 8    In Re:  Mohamed v. SHRM
              Civil Action No. 1:22-cv-01625-GPG-SKC
 9
      Dear Ms. Spittell:
10
      Enclosed please find the original signature page(s) of
11    the above deposition.  It was agreed that you would
      arrange for signature of MICHAEL TIMMY JACKSON's
12    VOLUME II deposition by means of your copy transcript.

13    Also enclosed are amendment sheets for changes if
      necessary.  Please return the signature page(s) and
14    amendment sheet(s) ...

15    __XXX____ to our office for filing within 35 days to
                comply with the Rule.
16
      _____ to our office before _____, in
17              order that the deposition may be filed in time
                for trial.
18
      _____ to THE COURT prior to trial, furnishing copies
19              of amendments to opposing counsel.

20    Thank you for your attention to this matter.

21    Sincerely,

22    K. MICHELLE DITTMER, RPR
      Registered Professional Reporter
23
      cc: Counsel of Record/original transcript
24

25

```
 1    Dittmer Reporting
      sdittmer@comcast.net
 2    Arvada, Colorado 80003
      (303) 257-8702
 3


 4    HUNTER A. SWAIN, ESQ.
      Swain Law, LLC
 5    1490 North Lafayette Street, Suite 303
      Denver, Colorado 80218
 6
      RE:  Mohamed v. SHRM
 7    Civil Action No. 1:22-cv-01625-GPG-SKC


 8


 9    Dear Mr. Swain:

10    Enclosed is the deposition of:  MICHAEL TIMMY JACKSON -
                                      VOLUME II
11
      _____  Signature waived.
12
      _____  Signed, no changes.
13
      _____  Signed, with changes, copy of which is
14               enclosed.

15    _____  Unsigned, pursuant to stipulation of counsel
                  that the deponent may sign at the time of
16               trial.

17    _____  Unsigned, notice duly given_____,
                  pursuant to the Rules of Civil Procedure.
18
      _____  Unsigned, notice duly given _____,
19               since trial is set for _____.

20    _____  Unsigned, due to settlement of case.


21
      DITTMER REPORTING
22
      cc:  Counsel of Record
23

24

25
```

**MR. SWAIN: [10]** 309/5
309/11 309/15 309/19
310/11 310/16 311/2
311/9 311/15 311/19
**MS. SPITTELL: [14]**
273/15 274/20 274/22
288/13 288/15 288/22
290/2 290/4 296/14
298/7 300/3 308/12
308/14 311/16
**THE WITNESS: [8]**
273/17 309/10 309/14
310/10 310/15 311/1
311/7 311/11

**0**

**012 [1]** 280/8
**0133 [3]** 271/20 271/23
280/8
**0418 [1]** 281/8
**0419 [1]** 280/25

**1**

**1001 [2]** 267/14 314/5
**12 [15]** 268/3 269/10
269/18 270/3 270/19
271/2 271/4 271/7
271/9 272/5 274/18
290/8 290/9 292/25
300/20
**12:03 [1]** 266/15
**12:52 p.m [1]** 309/17
**12th [3]** 275/14 290/13
292/3
**1490 [3]** 267/4 267/8
315/5
**15 [2]** 310/6 313/19
**16 [2]** 266/14 314/7
**16th [1]** 311/23
**17th [2]** 267/14 314/5
**19 [15]** 272/3 273/14
274/12 276/24 277/20
277/22 279/24 280/4
280/4 281/4 281/10
281/22 282/17 284/6
303/2
**19th [2]** 276/20 313/17
**1:22-cv-01625-GPG-SK
C [3]** 266/2 314/8 315/7
**1:32 p.m [1]** 309/18
**1:34 p.m [1]** 311/23

**2**

**20 [2]** 312/20 314/3
**2017 [2]** 284/9 285/10
**2017-2019 [1]** 284/17
**2018 [1]** 287/15
**2019 [2]** 284/17 285/10
**2020 [22]** 272/3 273/14
274/13 277/20 279/24
280/4 281/4 281/10
281/21 281/22 282/17
284/9 284/18 285/12
288/18 289/16 291/14
292/8 292/20 293/22
294/8 303/2
**2023 [6]** 266/14 268/3
311/23 313/17 314/3

**314/7**
**2024 [1]** 313/19
**20th [1]** 282/2
**21 [12]** 281/21 283/15
284/7 288/18 289/16
291/14 292/7 292/20
293/22 294/8 294/25
300/21
**21st [7]** 282/3 282/4
286/24 294/16 294/19
300/17 301/2
**22 [1]** 295/17
**22nd [1]** 276/15
**23 [1]** 295/17
**23rd [1]** 276/15
**257-8702 [2]** 314/2
315/2
**2595 [1]** 267/9
**269 [1]** 268/5
**271 [1]** 268/11
**280 [1]** 268/12

**3**

**300 [2]** 267/14 314/5
**303 [4]** 267/4 314/2
315/2 315/5
**303-593-2595 [1]** 267/9
**303-628-3300 [1]**
267/15
**304 [1]** 267/8
**32 [1]** 280/8
**3300 [1]** 267/15
**35 [1]** 314/15
**37 [4]** 268/11 271/12
271/18 271/18

**5**

**5281 [1]** 267/5

**6**

**63 [4]** 268/12 280/17
280/20 280/24

**7**

**720-815-5281 [1]** 267/5

**8**

**80003 [1]** 315/2
**80202 [2]** 267/14 314/5
**80218 [3]** 267/4 267/8
315/5
**8702 [2]** 314/2 315/2
**8:11 [1]** 282/2

**A**

**a.m [1]** 282/2
**able [8]** 305/3 305/7
306/4 306/5 306/9
306/9 306/10 306/11
**about [14]** 270/8 273/1
273/4 275/12 275/21
276/1 276/9 279/5
298/21 300/19 301/22
301/23 306/23 311/8
**above [2]** 266/17
314/11
**above-entitled [1]**
266/17
**absolutely [1]** 289/12

**access [1]** 278/5
**accompanying [1]**
312/2
**acknowledge [1]**
269/20
**across [1]** 285/5 288/3
**action [7]** 266/2 283/11
290/16 290/18 291/4
314/8 315/7
**activities [2]** 291/19
292/2
**actually [1]** 282/16
**address [3]** 286/11
305/10 312/23
**adequately [1]** 310/7
**affixed [1]** 313/16
**aforesaid [1]** 313/10
**afraid [1]** 278/7
**after [11]** 275/5 275/5
280/12 283/8 283/8
283/9 294/16 294/19
296/11 302/25 311/6
**afternoon [1]** 269/7
**again [44]** 272/6
272/13 273/19 274/7
275/20 275/21 276/6
277/9 277/24 278/3
280/12 280/20 281/17
285/24 286/1 287/8
287/9 288/25 291/9
292/13 293/7 293/23
294/13 294/15 295/10
295/14 295/16 295/23
297/11 297/19 297/24
298/14 299/2 300/14
301/22 301/25 303/12
303/13 303/14 303/15
305/10 305/11 306/3
306/4
**against [8]** 272/10
272/17 273/8 273/21
274/17 276/11 293/4
303/8
**ago [1]** 301/24
**agree [8]** 273/12
274/12 282/17 296/10
297/4 305/16 305/22
306/16
**agreed [1]** 314/11
**Ah [1]** 273/7
**ahead [5]** 273/16
288/24 296/16 298/9
300/5
**align [1]** 289/4
**all [6]** 276/4 289/23
299/20 304/19 308/8
309/8
**allegations [3]** 276/4
276/11 277/22
**allowing [1]** 274/1
**already [2]** 276/3
276/24
**also [9]** 267/17 292/14
293/16 303/5 304/22
305/2 305/7 310/16
314/13
**always [1]** 288/18
**am [1]** 313/13
**amendment [2]** 314/13

**314/14**
**amendments [1]**
314/19
**among [1]** 307/24
**Ann [3]** 306/21 307/4
307/15
**another [4]** 294/20
294/22 310/13 310/23
**answer [15]** 273/16
274/1 274/7 274/11
278/8 278/8 282/13
286/15 288/24 296/16
298/9 298/18 299/21
300/5 302/12
**answered [1]** 274/6
**any [26]** 270/7 270/15
271/3 277/4 277/6
277/7 277/18 283/1
283/4 283/7 283/7
297/7 297/7 298/1
298/10 298/12 298/12
298/15 298/15 299/18
300/8 301/4 305/10
310/3 312/2 313/14
**anyone [1]** 279/1
**anything [11]** 270/5
270/15 270/23 271/7
279/23 280/3 283/5
284/10 295/11 303/18
310/4
**apologize [1]** 286/14
**APPEARANCES [1]**
266/21
**APPEARING [1]**
266/11
**appears [1]** 310/1
**April [1]** 313/19
**are [20]** 269/14 269/20
271/13 275/9 276/3
279/6 279/9 279/10
279/22 280/2 286/18
304/2 304/9 307/1
308/1 309/1 310/19
310/22 311/4 314/13
**ariel [2]** 267/7 267/9
**around [1]** 299/5
**arrange [1]** 314/11
**Arvada [1]** 315/2
**as [61]**
**ask [3]** 284/21 289/16
290/5
**asked [2]** 286/20
313/12
**asking [2]** 274/9
299/20
**assessment [2]** 292/25
295/22
**attached [2]** 284/8
285/23
**attachment [1]** 284/17
**attachments [1]**
284/16
**attention [2]** 280/23
314/20
**August [31]** 272/3
273/14 274/12 276/24
277/20 277/22 279/24
280/4 280/4 281/4
281/10 281/21 281/22

**282/17 283/15 284/6
284/7 288/18 289/16
291/14 292/7 292/14
292/20 293/22 294/8
294/16 294/25 299/10
300/20 300/21 303/2
**August 19 [15]** 272/3
273/14 274/12 276/24
277/20 277/22 279/24
280/4 280/4 281/4
281/10 281/22 282/17
284/6 303/2
**August 21 [12]** 281/21
283/15 284/7 288/18
289/16 291/14 292/7
292/20 293/22 294/8
294/25 300/21
**available [2]** 278/6
297/22
**aware [2]** 270/11
295/18

**B**

**back [8]** 274/25 275/24
284/9 287/9 299/2
302/20 309/16 311/3
**bad [1]** 308/14
**Barley [6]** 272/2
276/12 290/22 293/16
301/6 303/9
**based [3]** 301/2 301/21
305/9
**bases [1]** 291/11
**basically [2]** 285/21
287/15
**basis [1]** 310/21
**Bates [3]** 271/20
280/25 309/7
**Bates-numbered [2]**
271/20 280/25
**Bates-numbers [1]**
309/7
**be [32]** 269/17 269/25
270/8 270/10 270/11
273/2 274/5 274/7
278/17 285/23 289/13
289/14 292/4 292/10
293/11 293/12 293/18
294/17 295/24 296/20
297/12 302/4 305/7
305/18 305/24 306/10
306/11 306/13 308/24
311/4 311/14 314/17
**bear [1]** 285/6
**because [11]** 272/14
276/24 285/6 285/21
289/21 291/9 295/25
296/2 302/12 306/8
310/5
**been [32]** 269/3 270/11
271/3 272/9 275/4
276/6 276/19 277/11
278/4 280/16 285/3
285/16 285/17 286/8
288/4 291/4 303/9
306/7 307/2 307/6
307/11 309/22
**before [23]** 266/18
274/19 275/12 276/17

## B

before... **[19]** 277/25 278/14 280/6 282/6 284/22 289/23 290/14 290/14 296/22 300/11 301/22 301/23 302/12 303/4 307/8 309/23 310/7 312/19 314/16

behalf **[3]** 266/18 267/2 267/11

being **[8]** 278/16 291/5 294/18 305/3 306/4 306/5 306/9 306/9

believe **[3]** 276/7 287/15 310/3

Bernée **[5]** 279/16 281/23 282/10 283/13 292/16

best **[5]** 284/12 304/3 304/10 305/16 305/23

better **[1]** 288/20

between **[7]** 270/2 270/18 271/2 276/18 277/20 280/4 313/8

beyond **[2]** 283/2 283/8

binding **[4]** 293/6 293/9 293/20 293/20

bit **[2]** 298/18 304/6

both **[3]** 282/14 307/4 309/21

bottom **[1]** 309/8

break **[4]** 309/6 309/6 309/20 309/24

briefly **[1]** 270/25 308/19

bringing **[1]** 303/7

broader **[1]** 306/15

broke **[1]** 304/6

brought **[1]** 303/9

busy **[1]** 270/12

button **[1]** 310/12

## C

called **[1]** 307/23

calls **[1]** 306/25

came **[1]** 276/12

can **[26]** 269/19 270/16 273/2 273/12 273/16 274/12 282/22 282/23 283/19 292/18 293/23 296/10 296/17 296/17 297/4 297/8 297/18 298/9 298/11 298/15 304/2 304/9 308/12 310/7 311/7 311/16

can't **[10]** 278/7 287/21 288/6 291/22 295/11 300/15 300/21 302/22 307/20 307/22

Carolyn **[2]** 272/2 301/6

Carrie **[3]** 306/21 307/4 307/14

carry **[2]** 269/18 269/19

case **[6]** 270/3 300/12 302/25 308/5 308/9 315/20

cc **[2]** 314/23 315/22

certain **[1]** 295/12

certainly **[1]** 301/24

CERTIFICATE **[1]** 313/1

certify **[3]** 312/1 313/5 313/13

chain **[2]** 282/9 282/21

change **[4]** 271/6 297/8 298/15 301/24

changed **[1]** 295/22

changes **[3]** 314/13 315/12 315/13

changing **[1]** 303/18

CHRO **[2]** 275/18 299/17

circumstances **[7]** 297/8 297/9 297/24 298/1 298/3 298/15 301/24

Civil **[5]** 266/2 266/17 314/8 315/7 315/17

claim **[2]** 277/7 277/18

claims **[2]** 278/19 301/20

clarify **[2]** 276/21 278/20

clear **[9]** 273/13 274/8 274/10 274/13 292/4 298/18 298/19 299/21 299/21

clearly **[2]** 274/1 282/8

closely **[2]** 286/21 286/23

collating **[1]** 285/22

collation **[1]** 286/6

collecting **[1]** 304/20

COLORADO **[9]** 266/1 266/19 267/4 267/8 267/14 313/4 314/5 315/2 315/5

comcast.net **[2]** 314/1 315/1

come **[5]** 271/6 276/8 292/21 295/19 301/16

comes **[1]** 297/13

commencement **[1]** 313/5

commission **[2]** 312/21 313/19

communication **[2]** 274/25 311/14

compiled **[1]** 286/10

complaint **[15]** 272/9 272/17 273/13 274/13 281/4 281/11 281/22 282/17 282/19 283/12 284/6 302/7 302/17 303/1 303/8

complaints **[17]** 272/10 275/8 275/11 276/24 276/25 278/12 279/2 279/20 279/24 280/3 291/17 298/5 303/3 303/25 304/5 304/12 305/18

complete **[1]** 312/2

comply **[1]** 314/15

concern **[1]** 272/13

conclude **[2]** 295/2

concluded **[7]** 291/15 291/19 292/7 293/22 296/23 297/1 297/5

conclusion **[4]** 270/25 292/21 298/4 298/21

conclusions **[2]** 293/10 299/12

conducting **[5]** 303/23 304/3 304/11 305/17 305/23

confident **[1]** 286/18

confines **[1]** 304/25

connected **[1]** 297/21

considering **[2]** 289/21 290/15

constitute **[1]** 312/2

contained **[1]** 286/20

context **[3]** 286/16 294/14 306/15

contexts **[1]** 303/10

contingent **[1]** 289/22

continue **[2]** 297/17 310/7

continued **[1]** 299/7

controversy **[1]** 313/7

conversation **[6]** 270/6 276/2 276/8 276/18 293/14 307/5

conversations **[15]** 276/13 276/14 277/11 279/9 283/5 292/2 292/13 293/15 295/9 295/14 295/16 296/6 299/8 305/6 307/3

copies **[1]** 314/18

copy **[6]** 282/6 282/16 286/1 309/22 314/12 315/13

copy-pasted **[1]** 286/1

correct **[39]** 272/3 272/4 272/7 279/13 279/21 279/21 279/24 280/1 280/5 281/4 281/5 281/15 281/25 282/3 283/16 283/17 284/1 284/4 284/19 284/20 286/22 288/21 290/16 292/23 294/10 294/11 296/24 296/25 297/2 297/3 299/13 299/14 302/9 302/17 302/18 303/25 304/1 306/17 308/3

correction **[1]** 312/2

correctly **[11]** 273/11 276/5 284/13 285/13 286/10 286/10 287/14 287/16 287/23 290/24 307/1

correspondence **[1]** 305/25

could **[14]** 274/19 291/7 291/12 293/2 296/19 297/12 297/25 298/3 299/22 300/8 300/8 300/22 300/23 301/24

couldn't **[1]** 301/12

counsel **[9]** 279/10 307/10 309/3 311/14 313/14 314/19 314/23 315/15 315/22

counting **[1]** 273/11

couple **[3]** 283/15 283/19 304/15

course **[2]** 290/18 291/4

courses **[1]** 290/16

COURT **[2]** 266/1 314/18

cover **[1]** 291/10

create **[2]** 301/5 301/7

crossed **[1]** 303/2

currently **[1]** 308/23

cut **[1]** 308/14

cv **[3]** 266/2 314/8 315/7

## D

date **[3]** 289/17 300/20 310/23

dated **[1]** 300/17

day **[11]** 275/13 281/11 284/5 302/7 302/15 302/21 310/13 311/5 311/23 312/20 313/17

Dayforce **[1]** 285/13

days **[2]** 270/9 314/15

deadline **[1]** 272/22

deadlines **[2]** 272/15 290/25

Deal **[1]** 311/9

Dear **[2]** 314/9 315/9

decision **[3]** 291/4 298/20 299/24

decision-maker **[1]** 299/24

DeFAZIO **[1]** 267/7

Defendant **[2]** 266/8 267/11

demands **[2]** 274/10 299/21

Denver **[5]** 267/4 267/8 267/14 314/5 315/5

deponent **[2]** 313/6 315/15

deposition **[17]** 266/9 266/17 269/10 271/12 280/17 280/24 307/15 308/11 308/18 310/8 310/13 313/8 314/6 314/11 314/12 314/17 315/10

detail **[2]** 307/17 308/21

determined **[1]** 299/22

develop **[1]** 291/6

developed **[1]** 299/9

development **[1]** 297/9

did **[29]** 270/24 271/15 274/18 275/7 276/7 276/22 277/1 277/21 277/21 279/23 282/16 284/13 284/14 284/21 289/21 291/6 293/14 298/21 298/22 298/25 299/1 299/23 301/5

different **[3]** 285/25 288/3 290/16

direct **[2]** 271/19 280/23

direction **[1]** 298/12

disagree **[1]** 295/1

discovery **[3]** 307/2 308/7 308/7

discrimination **[18]** 272/10 272/17 275/10 278/12 279/3 279/20 291/16 292/22 293/3 295/2 296/13 297/6 298/5 299/23 303/24 304/4 304/11 305/17

discussed **[3]** 276/18 292/3 307/8

Discussion **[1]** 311/21

disparate **[1]** 276/9

DISTRICT **[2]** 266/1 266/1

Dittmer **[7]** 266/18 313/3 313/22 313/25 314/22 314/24 315/21

do **[27]** 269/16 269/17 270/7 272/6 272/8 273/24 275/6 275/19 279/8 281/10 282/17 284/21 287/1 288/10 288/14 289/16 289/19 292/12 293/21 297/17 298/25 304/7 305/16 307/6 308/22 308/24 313/4

document **[8]** 271/14 280/13 285/23 285/24 306/19 307/4 307/23 308/7

documentation **[9]** 270/15 280/14 286/9 302/20 305/6 306/4 306/15 306/16 307/14

documented **[1]** 293/3

documenting **[2]** 305/18 305/24

documents **[9]** 286/19 305/25 307/2 307/11 309/8 310/2 310/2 310/6 310/18

does **[4]** 278/1 282/5 282/13 289/4

doesn't **[3]** 272/20 283/6 297/23

doing **[1]** 311/4

don't **[35]** 274/4 274/23 275/3 275/3 277/25 278/3 280/2 280/6 280/11 280/14 283/1 283/4 283/7 284/24 284/25 286/20 286/22 286/22 291/21 292/17 294/3 296/2 296/5 296/6 296/18 300/17 300/23 302/18 302/19 303/13 303/17 303/17

**D**

don't... **[3]** 307/17 310/3 310/11
done **[10]** 270/2 270/4 270/5 278/8 279/7 279/10 280/3 283/5 292/2 292/18
dozens **[1]** 289/8
draft **[1]** 289/18
dragging **[1]** 311/3
ducks **[1]** 289/23
due **[1]** 315/20
duly **[4]** 269/3 313/6 315/17 315/18

**E**

each **[3]** 285/20 286/1 289/1
earlier **[3]** 292/13 302/23 302/24
either **[5]** 276/12 288/4 288/19 295/20 302/25
element **[5]** 276/2 283/10 293/24 294/22 303/11
elements **[5]** 279/18 286/4 287/9 290/20 296/4
elicited **[2]** 305/19 306/20
else **[4]** 279/1 279/14 284/10 297/25
email **[40]** 267/5 267/9 267/15 270/20 272/1 272/5 272/8 272/13 272/20 272/21 273/14 274/13 274/19 274/24 275/3 275/4 275/7 276/4 276/19 276/24 277/13 277/22 277/24 278/2 278/4 279/24 280/4 280/10 281/3 281/11 281/14 281/22 282/6 282/9 283/9 283/11 284/15 303/16 303/18 309/1
employed **[1]** 313/13
enclosed **[4]** 314/10 314/13 315/10 315/14
end **[4]** 291/10 292/1 299/9 308/15
ensure **[1]** 286/19
entire **[1]** 272/5
entitled **[2]** 266/17 288/10
ESQ **[5]** 267/3 267/7 267/13 314/4 315/4
essence **[1]** 277/12
established **[1]** 282/15
Evans **[2]** 267/13 314/4
even **[2]** 297/11 301/14
events **[3]** 297/9 300/9 304/23
ever **[2]** 274/19 282/6
everyone **[2]** 269/11 310/24
evidence **[1]** 293/3
evolve **[1]** 297/17

evolved **[1]** 297/24
exactly **[1]** 292/17
examination **[3]** 268/2 269/5 313/6
examined **[1]** 269/3
exceeds **[1]** 288/5
Excel **[1]** 284/16
except **[1]** 283/9
excuse **[1]** 303/8
exhibit **[9]** 268/11 268/12 271/9 271/12 280/17 280/24 300/16 300/18 302/24
Exhibit 37 **[1]** 271/12
Exhibit 63 **[2]** 280/17 280/24
EXHIBITS **[2]** 268/7 268/10
exit **[4]** 300/14 301/3 301/4 303/15
expectations **[3]** 287/19 288/5 288/5
expires **[2]** 312/21 313/19
exported **[1]** 285/21
extent **[3]** 291/7 291/12 304/21
extracted **[1]** 285/17

**F**

facilitation **[2]** 290/24 292/16
fact **[2]** 275/5 280/12
facts **[1]** 270/3
fail **[1]** 272/14
fair **[1]** 290/7
fall **[1]** 275/22
familiar **[2]** 288/11 288/16
far **[1]** 293/9
Federal **[1]** 266/17
few **[1]** 301/23
figure **[3]** 309/7 310/21 310/23
filed **[2]** 277/7 314/17
filing **[1]** 314/15
finalized **[1]** 297/12
find **[4]** 293/2 305/8 305/8 314/10
find a **[1]** 305/8
findings **[7]** 293/25 298/23 299/4 300/7 300/7 300/9 305/9
fine **[2]** 270/1 270/1
firm **[1]** 311/13
first **[2]** 273/6 281/6
fishing **[1]** 311/8
Five **[1]** 309/15
flexibility **[1]** 269/12
folks **[4]** 278/16 278/17 278/25 279/16
follow **[1]** 272/18
follow-ups **[1]** 272/18
following **[4]** 270/5 272/15 272/16 290/14
follows **[1]** 269/4
foregoing **[2]** 312/1 313/11
form **[8]** 273/15 274/22

388/22 290/4 296/14 298/7 300/3 313/10
formally **[1]** 288/18 296/22
forth **[1]** 274/25
forwarded **[6]** 275/4 280/12 281/14 281/22 282/10 282/14
forwarding **[2]** 283/10 283/12
forwards **[1]** 284/6
foundation **[6]** 288/15 288/23 290/4 296/15 298/8 300/4
founded **[1]** 298/6
four **[2]** 287/17 287/24
four-tier **[2]** 287/17 287/24
fourth **[1]** 287/21
Friday **[2]** 266/14 290/12
fullest **[5]** 283/25 284/3
function **[4]** 275/16 278/15 279/11 297/16
furnishing **[1]** 314/18
further **[2]** 293/14 313/12
fuzzy **[1]** 287/24

**G**

gave **[1]** 299/11
get **[1]** 310/24
gets **[1]** 285/8
getting **[3]** 274/5 285/19 304/18
Give **[1]** 271/16
given **[6]** 275/9 285/5 292/12 313/12 315/17 315/18
go **[11]** 273/16 275/24 285/17 287/9 288/24 296/16 298/9 299/2 300/5 302/20 311/16
Godmere **[3]** 306/21 307/4 307/15
going **[18]** 271/13 272/6 276/6 278/20 280/16 290/5 290/24 294/5 294/15 294/17 296/3 301/2 303/19 306/8 308/21 308/21 309/5 310/12
Good **[1]** 269/7
got **[2]** 271/23 272/21
GPG **[3]** 266/2 314/8 315/7
guess **[4]** 275/13 276/14 285/25 311/13

**H**

had **[62]**
hadn't **[2]** 291/3 291/4
Hall **[2]** 311/3 314/4
hallevans.com **[1]** 267/15
handwritten **[6]** 308/2 308/4 308/10 308/17 309/11 309/23
handy **[1]** 308/22

hang **[1]** 302/12 311/5
hanging **[1]** 311/4
happen **[1]** 291/8
happened **[3]** 270/9 296/13 301/13
happy **[2]** 274/7 308/24
has **[5]** 271/6 271/6 272/9 277/2 309/25
have **[57]**
haven't **[1]** 270/22
having **[6]** 269/3 276/6 276/7 278/5 285/17 289/1
he **[11]** 282/1 283/4 283/18 292/13 293/14 294/6 295/4 295/11 299/17 299/18 299/18 299/20 300/21 300/22 302/11 304/6 311/3
he's **[1]** 283/11
head **[1]** 300/24
hear **[2]** 305/4 305/4
Hello **[1]** 269/8 309/19
help **[1]** 306/12
helpful **[1]** 296/20
her **[15]** 270/22 270/24 270/25 272/10 272/14 272/17 273/21 274/17 275/10 278/5 287/7 287/12 288/2 302/8 303/3
here **[11]** 273/19 273/22 275/21 276/7 280/8 280/19 282/9 283/2 283/8 285/7 294/22
hereby **[2]** 312/1 313/4
herein **[1]** 313/14
hereto **[1]** 313/8
him **[11]** 292/10 292/12 293/6 293/9 293/12 293/18 295/15 295/24 299/9 299/11 299/13 303/1 305/2 306/22 306/3 300/21 302/11 304/6 311/3
his **[7]** 292/17 295/22 295/25 296/3 299/5 299/5 300/7
history **[2]** 287/2 287/6
hit **[1]** 310/12
honest **[1]** 274/6
Hostility **[1]** 272/22
hour **[1]** 310/24
how **[7]** 284/25 285/5 286/21 286/23 286/23 307/6 311/13
HR **[12]** 275/16 278/15 279/4 279/5 279/7 279/7 279/11 279/11 279/16 279/25 297/16 297/17
HR-related **[1]** 297/17
huh **[9]** 271/25 281/1 281/20 281/24 283/14 283/21 304/13 309/10 309/14
HUMAN **[1]** 266/7
hunter **[4]** 267/3 267/5 311/17 315/4

**I**

I would **[1]** 304/14
I'd **[3]** 283/24 284/2

308/24
I'll **[4]** 271/19 280/23 309/15 310/16
I'm **[32]** 270/11 272/6 273/11 274/9 275/1 275/2 276/5 278/6 278/6 280/16 280/20 281/18 282/4 282/25 282/25 283/22 283/24 284/3 285/12 287/13 289/12 289/13 290/23 293/7 296/17 298/17 299/20 300/21 300/22 302/11 304/6 311/3
I've **[3]** 271/23 272/21 289/6
II **[5]** 266/10 312/1 314/6 314/12 315/10
imperfect **[2]** 270/8 270/11
important **[3]** 304/3 304/10 306/17
impression **[1]** 287/1
improvement **[1]** 287/20
inability **[1]** 298/18
inadvertently **[1]** 310/1
included **[4]** 275/17 278/1 278/2 280/9
including **[1]** 275/17
indicate **[1]** 274/18
indicated **[2]** 289/20 310/20
indicates **[1]** 284/15
individual **[2]** 277/8 285/20
individual's **[1]** 286/6
individuals **[1]** 278/11
information **[14]** 271/3 278/6 283/25 284/3 285/19 286/5 286/6 297/13 304/18 304/20 305/19 306/9 306/10 306/20
initial **[5]** 268/10 289/17 299/4 299/12 303/8
insights **[2]** 291/20 294/2
insofar **[1]** 295/18
intentional **[1]** 310/3
interested **[1]** 313/15
internal **[1]** 304/3
interviews **[3]** 305/20 306/20 307/14
investigate **[8]** 275/8 276/23 277/3 277/18 277/22 279/23 280/3 282/18
investigated **[2]** 276/4 276/25
investigating **[5]** 272/11 275/10 278/11 279/2 279/19
investigation **[26]** 291/15 292/2 292/7 293/21 294/9 296/12 296/12 296/22 296/24 297/2 297/8 297/11

**I**

**investigation... [14]**
298/2 298/4 298/15
298/21 299/13 299/16
299/19 300/8 301/19
303/3 303/21 303/23
304/11 306/1
**investigation's [1]**
293/9
**investigations [5]**
279/6 279/10 304/4
305/17 305/24
**involved [5]** 278/17
278/18 279/1 279/17
304/19
**is [41]** 271/10 271/18
271/18 272/1 272/8
272/9 273/12 274/1
274/10 274/13 275/20
276/22 279/15 281/2
284/4 284/18 285/25
286/21 288/20 289/21
289/25 290/7 292/22
293/6 294/10 296/10
297/11 298/16 299/20
299/21 299/25 300/2
302/18 303/13 303/22
306/16 308/5 313/11
315/10 315/13 315/19
**issue [1]** 305/11
**it [43]** 269/18 269/19
271/18 271/19 271/23
272/23 273/9 275/4
275/13 276/22 276/24
277/5 278/1 278/20
280/14 282/9 282/9
282/13 283/6 285/21
286/10 286/18 287/16
287/18 287/22 287/22
297/21 298/16 299/3
299/22 300/2 300/12
300/22 300/23 301/12
301/18 302/4 303/2
303/9 309/25 310/3
310/13 314/11
**it's [4]** 270/11 287/24
301/9 304/20
**it's what [1]** 304/20
**its [2]** 277/12 310/2
**itself [1]** 285/24

**J**

**JACKSON [10]** 266/9
269/2 269/7 270/2
298/17 309/19 312/1
312/18 314/6 315/10
**JACKSON's [1]** 314/11
**Jeanne [1]** 272/3
**job [1]** 288/19
**July [5]** 295/17 299/5
299/9 313/17 314/3
**July 22 [1]** 295/17
**June [18]** 266/14 268/3
269/10 269/18 270/3
270/19 271/2 271/4
271/7 271/9 272/5
274/18 290/8 290/9
292/25 300/20 311/23

**June 12 [14]** 269/10
269/18 270/3 270/19
271/2 271/4 271/7
271/9 272/5 274/18
290/8 290/9 292/25
300/20
**just [17]** 269/24 271/15
271/16 276/21 280/14
281/3 285/7 289/13
292/4 294/23 300/23
302/6 302/15 309/20
310/5 310/17 311/17

**K**

**KAITLIN [2]** 267/13
314/4
**keep [2]** 294/23 311/3
**kind [1]** 273/24
**knew [1]** 301/21
**know [546]**
**knowing [1]** 287/8
**knowledge [2]** 292/6
294/6

**L**

**Lafayette [1]** 267/4
267/8 315/5
**last [10]** 270/9 272/23
272/24 272/25 273/6
273/23 274/17 283/19
290/13 310/6
**late [2]** 299/4 299/5
**law [3]** 267/3 305/12
315/4
**laws [1]** 304/25
**leads [2]** 287/19 288/6
**learned [2]** 302/15
302/25
**least [9]** 285/3 286/8
286/19 287/7 288/17
292/20 295/18 303/21
311/5
**leave [8]** 289/24 290/12
294/5 294/16 294/18
300/11 301/2 303/20
**Lebsack [1]** 267/7
**left [1]** 310/1
**legacy [2]** 285/9 285/9
**legal [1]** 279/10
**let [7]** 272/21 281/18
284/10 284/21 289/16
290/1 290/1
**Let's [3]** 271/17 272/23
280/19
**letter [6]** 289/18 300/14
301/3 301/5 302/8
303/15
**level [1]** 286/8
**like [10]** 271/8 273/9
278/1 278/21 283/6
283/24 284/2 286/18
302/4 310/4
**limited [1]** 294/18
**line [4]** 272/24 272/24
275/2 312/4
**lined [1]** 302/3
**lines [2]** 285/20 286/1
**link [2]** 270/20 309/2

314/7
**listed [1]** 283/2
**listening [1]** 304/17
**litigation [1]** 313/15
**little [4]** 287/24 296/7
298/17 304/6
**LLC [5]** 267/3 267/7
267/13 314/4 315/4
**log [1]** 310/19
**long [8]** 269/19 279/16
281/23 282/10 283/13
283/16 286/14 292/16
**long-winded [1]**
286/14
**look [10]** 275/25 278/1
278/6 283/6 285/4
299/2 300/23 302/20
308/24 310/21
**looked [8]** 275/16
285/1 287/8 302/4
307/16 308/13 308/19
308/19
**looking [15]** 271/8
275/23 275/23 280/7
281/3 282/8 282/21
283/24 284/3 286/9
287/5 294/21 304/22
304/23 309/9
**looks [1]** 273/9
**lot [2]** 274/24 308/20
**lowrey [2]** 267/7 267/9
**lowrey-parady.com [1]**
267/9

**M**

**machine [1]** 313/9
**made [3]** 302/6 302/16
303/1
**make [7]** 283/24 284/2
285/4 286/4 286/9
289/22 298/20
**maker [1]** 299/24
**makes [1]** 283/15
**making [6]** 269/9 272/9
272/16 273/12 274/13
305/2
**management [4]** 266/7
285/11 285/18 287/15
**manager [1]** 272/17
**marked [3]** 268/8
268/10 280/16
**material [1]** 270/16
**materials [1]** 308/9
**matter [2]** 279/17
314/20
**matters [3]** 275/15
297/17 313/7
**may [8]** 275/4 278/21
290/11 290/11 291/8
291/8 314/17 315/15
**me [27]** 269/25 270/1
270/12 271/16 272/21
273/8 280/2 281/18
283/8 284/10 284/21
285/7 287/25 289/16
290/1 291/5 300/15
302/9 303/8 304/2
304/9 306/23 311/5
311/5 312/19 313/6
313/9

**mean [3]** 271/5 274/6
289/6
**Meaning [1]** 279/12
**means [1]** 314/12
**medical [3]** 289/24
290/12 294/16
**meets [3]** 287/18
287/19 288/4
**member [1]** 273/3
**memory [1]** 271/6
**mentioned [2]** 292/24
303/4
**met [1]** 307/9
**MICHAEL [7]** 266/9
269/2 312/1 312/18
314/6 314/11 315/10
**Michelle [4]** 266/18
313/3 313/22 314/22
**might [4]** 301/16 302/4
303/3 306/13
**Mike [2]** 283/18 284/12
**Mills [3]** 306/21 307/4
307/14
**mind [8]** 274/10 294/23
296/3 301/18 303/2
304/2 304/7 304/9
**mindful [2]** 289/13
289/14
**mine [1]** 292/19
**minute [2]** 271/16
285/7
**minutes [3]** 301/23
309/15 310/6
**misspoke [1]** 302/13
**model [2]** 288/11
288/20
**MOHAMED [18]** 266/4
267/17 272/2 272/9
275/16 278/19 284/17
290/22 293/4 293/16
295/17 299/6 302/6
302/16 303/1 303/8
314/8 315/6
**Mohamed's [20]**
274/12 275/8 277/21
278/11 279/2 279/19
280/5 281/3 281/11
282/7 283/12 287/2
288/19 289/18 290/21
291/16 298/5 300/11
301/20 303/24
**moment [1]** 280/18
**Monday [3]** 275/13
275/19 290/14
**more [6]** 276/13 281/19
306/23 311/5 311/8
311/20
**Morris [1]** 272/3
**most [2]** 304/3 304/10
**Mr [3]** 268/5 269/6
315/9
**Mr. [28]** 269/7 270/2
282/16 282/18 283/11
283/15 284/5 284/23
286/12 286/20 291/15
291/20 291/23 292/6
293/1 293/6 293/8
294/1 294/10 295/1
296/24 297/1 297/5

298/17 299/24 299/16
299/22 309/19
**Mr. Jackson [4]** 269/7
270/2 298/17 309/19
**Mr. Sullivan [21]**
282/16 282/18 283/15
284/5 284/23 286/12
286/20 291/15 291/20
291/23 293/1 293/6
293/8 294/1 294/10
295/1 296/24 297/5
298/24 299/16 299/22
**Mr. Sullivan's [3]**
283/11 292/6 297/1
**Ms [3]** 290/20 293/15
314/9
**Ms. [42]** 270/18 272/2
272/9 274/12 275/8
275/16 276/12 277/21
278/11 278/19 279/2
279/19 280/5 281/3
281/11 282/7 283/12
283/16 287/2 288/19
289/18 290/21 290/22
290/22 291/16 293/4
293/16 293/16 295/17
298/5 299/6 300/11
301/20 302/6 302/16
303/1 303/8 303/9
303/24 309/25 310/17
310/20
**Ms. Barley [4]** 276/12
290/22 293/16 303/9
**Ms. Long [1]** 283/16
**Ms. Mohamed [13]**
272/2 272/9 275/16
278/19 290/22 293/4
293/16 295/17 299/6
302/6 302/16 303/1
303/8
**Ms. Mohamed's [20]**
274/12 275/8 277/21
278/11 279/2 279/19
280/5 281/3 281/11
282/7 283/12 287/2
288/19 289/18 290/21
291/16 298/5 300/11
301/20 303/24
**Ms. Spittell [4]** 270/18
309/25 310/17 310/20
**much [2]** 290/10
310/11
**multiple [4]** 272/20
289/21 290/15 290/19
**my [63]**
**myself [5]** 275/17
278/15 280/9 282/11
282/14

**N**

**necessary [1]** 314/13
**need [3]** 269/17 284/10
310/6
**needed [3]** 291/11
300/12 305/6
**needs [1]** 287/20
**neither [1]** 280/9
**never [1]** 303/2
**new [8]** 276/2 285/13

## N

**new... [6]** 297/9 302/7 302/16 303/1 303/10 303/11
**next [1]** 311/12
**Nick [2]** 272/2 281/11
**no [17]** 266/2 269/11 269/13 274/2 274/10 279/4 279/6 279/14 289/12 289/16 289/12 292/21 294/6 294/6 314/8 315/7 315/12
**None [1]** 268/8
**North [3]** 267/4 267/8 315/5
**not [50]** 270/4 270/5 270/11 270/13 270/14 270/14 270/20 271/1 271/1 271/5 272/6 274/1 274/8 274/19 275/1 275/2 276/1 276/2 276/6 276/22 277/1 277/21 277/25 278/1 279/4 279/19 288/25 289/5 290/11 291/8 293/2 293/6 293/20 293/22 298/22 300/2 301/7 301/8 301/11 301/12 301/16 303/5 305/14 307/7 308/23 309/22 310/19 311/17 311/19 313/13
**Notary [3]** 266/18 312/23 313/4
**notebook [2]** 307/20 308/1
**notes [14]** 276/7 276/15 295/16 306/25 307/1 307/5 307/19 307/24 308/2 308/4 308/10 308/17 309/11 309/23
**nothing [4]** 271/5 295/19 302/1 302/3
**nothing's [1]** 305/13
**notice [3]** 266/17 315/17 315/18
**now [5]** 275/13 280/2 282/15 308/22 312/4
**number [4]** 280/19 300/16 300/18 309/7
**numbered [2]** 271/20 280/25
**numbers [1]** 309/7

## O

**oath [2]** 269/15 289/13
**objection [9]** 273/15 273/25 274/20 288/13 288/22 290/2 296/14 298/7 300/3
**objectively [1]** 304/23
**occur [2]** 290/12 299/23
**occurred [4]** 292/22 295/3 297/6 297/25
**occurring [1]** 306/7
**occurs [1]** 305/11

**off [7]** 299/18 300/24 300/24 301/2 305/9 311/16 311/21
**office [3]** 290/13 314/15 314/16
**officially [1]** 295/11
**okay [23]** 269/22 269/22 270/1 271/11 271/13 273/17 274/9 277/14 280/18 280/22 292/4 296/21 300/10 309/13 309/14 310/8 310/10 310/15 310/22 310/25 311/1 311/9 311/10
**once [2]** 287/14 297/11
**one [16]** 271/16 275/15 276/12 276/13 279/14 280/18 280/24 284/16 297/1 297/15 300/16 300/19 304/16 305/16 310/2 311/5
**ones [1]** 285/5
**ongoing [2]** 290/20 292/15
**only [7]** 270/20 279/22 282/23 292/18 293/23 296/4 311/7
**open [2]** 271/19 294/18
**opened [1]** 286/19
**opposing [1]** 314/19
**options [1]** 289/22
**order [1]** 314/17
**organ [1]** 275/23
**organization [1]** 275/24
**original [2]** 314/10 314/23
**other [7]** 275/25 279/16 279/16 279/17 294/13 303/9 303/12
**others [3]** 275/17 293/16 307/25
**otherwise [1]** 313/14
**our [9]** 285/10 285/11 285/13 285/15 287/18 287/13 287/14 314/15 314/16
**out [17]** 285/21 289/24 290/12 291/5 291/12 294/5 294/15 300/12 303/19 305/1 308/14 309/7 310/2 310/21 310/23 311/4 311/5
**outcome [2]** 299/15 313/15
**outline [1]** 306/5
**outside [1]** 279/5
**over [8]** 269/18 269/19 286/10 296/11 296/23 299/12 308/4 308/6
**overall [2]** 288/7 306/3
**own [1]** 301/18

## P

**p.m [4]** 266/15 309/17 309/18 311/23
**page [11]** 268/2 271/20 271/22 271/24 280/24

**289/24 289/6 309/8 312/4 314/10 314/13
**paperwork [1]** 300/11
**Parady [1]** 267/7
**parady.com [1]** 267/9
**paragraph [3]** 272/25 273/6 274/17
**part [11]** 273/6 276/14 277/11 285/6 285/8 285/15 303/21 305/25 307/24 308/7 308/8
**particular [1]** 277/23
**particularly [1]** 306/8
**parties [6]** 304/19 304/19 305/15 309/21 313/8 313/14
**partly [1]** 285/3
**pasted [1]** 286/1
**pause [1]** 310/12
**PDF [2]** 281/6 284/18
**people [1]** 279/23
**per [8]** 273/19 277/4 277/16 277/16 283/10 285/21 295/8 303/11
**perfect [2]** 270/10 271/16
**performance [13]** 283/10 283/19 284/22 285/11 285/18 285/21 286/4 287/2 287/6 287/12 287/14 288/10 288/19
**performer [3]** 288/11 288/19 288/20
**Perhaps [1]** 287/24
**period [1]** 285/22
**periods [1]** 287/7
**person [2]** 275/9 303/22
**personally [1]** 292/21
**perspective [4]** 282/23 292/18 294/24 296/1
**perspectives [1]** 305/15
**phone [4]** 267/5 267/9 267/15 310/17
**phraseology [2]** 273/25 274/4
**piece [1]** 294/14
**pieces [1]** 276/1
**place [1]** 313/9
**places [1]** 272/20
**Plaintiff [3]** 266/5 266/18 267/2
**please [3]** 284/10 314/10 314/13
**point [11]** 277/16 285/1 289/3 290/18 292/3 296/8 301/10 301/11 301/21 302/2 306/3
**points [2]** 297/21 298/24
**policies [1]** 305/1
**policy [4]** 277/4 277/5 277/17 305/12
**portion [1]** 292/7
**possibility [7]** 295/1 295/4 294/11 297/4 301/12 301/19 302/5
**possible [5]** 290/11

**302/9 287/10 309/8
**299/22 300/2 300/2 304/21
**potential [8]** 277/4 277/5 277/6 277/18 290/11 291/10 301/12 301/15
**practice [2]** 305/16 305/23
**practices [2]** 304/3 304/10
**preclude [1]** 297/23
**preparation [4]** 300/20 307/15 308/11 308/17
**prepare [2]** 291/7 291/13
**prepared [6]** 289/17 300/10 300/13 300/13 301/1 302/8
**preparing [2]** 290/10 303/15
**Present [1]** 267/17
**pretty [1]** 308/14
**previous [2]** 287/10 313/5
**previously [2]** 269/3 285/2
**primarily [1]** 303/22
**primary [6]** 278/16 278/24 294/9 296/11 296/23 299/12
**prior [13]** 268/10 275/10 277/12 285/10 285/11 285/18 285/18 287/11 294/4 301/2 303/19 307/12 314/18
**privilege [1]** 310/19
**privy [1]** 295/15
**problem [1]** 269/13
**Procedure [2]** 266/17 315/17
**proceeding [1]** 269/21
**proceedings [2]** 311/22 313/12
**process [2]** 287/15 301/17
**procure [1]** 305/6
**production [1]** 310/2
**Professional [4]** 266/18 313/3 313/22 314/22
**progress [2]** 279/8 297/18
**provide [4]** 286/15 291/6 291/18 298/18
**provided [11]** 291/19 293/1 293/25 298/23 299/4 307/2 307/6 309/3 309/22 310/18 310/20
**Public [3]** 266/18 312/23 313/4
**pull [2]** 283/19 300/22
**pulled [1]** 285/4
**pursuant [4]** 266/17 305/12 315/15 315/17
**put [2]** 306/2 306/14

## Q

**question [22]** 274/1

**299/2 300/2 300/2
**questions [3]** 271/4 284/10 313/11
**quick [1]** 309/6

## R

**race [15]** 272/17 275/10 278/12 279/2 279/20 291/16 292/21 293/3 295/2 298/5 299/23 303/24 304/4 304/11 305/17
**radar [1]** 301/11
**raising [2]** 272/13 276/11
**range [1]** 288/18
**rated [1]** 288/18
**rather [2]** 311/4 311/19
**rating [3]** 287/22 287/22 287/23
**ratings [2]** 288/2 288/10
**re [3]** 269/17 314/8 315/6
**re-sworn [1]** 269/17
**read [5]** 272/5 284/13 284/25 312/1 312/4
**reading [1]** 273/19
**READS [1]** 312/4
**realistic [1]** 301/19
**realized [1]** 309/22
**really [2]** 294/23 299/21
**reason [3]** 270/7 289/20 310/3
**recall [21]** 272/1 272/8 274/19 276/16 278/4 283/1 283/7 284/25 286/21 286/23 287/1 287/16 289/4 289/17 298/25 300/17 300/23 302/22 303/17 307/17 309/21
**recalling [2]** 276/5 285/12
**receive [3]** 270/20 275/7 282/16
**received [2]** 270/15 282/6 310/5
**receiving [2]** 283/9 303/15
**recently [2]** 302/6 302/16
**Recess [1]** 309/17
**recessed [1]** 311/23
**recollection [17]** 270/4 270/8 270/10 274/24 277/11 279/15 280/11 280/15 282/5 282/25 287/4 288/1 288/8 288/25 291/2 301/7 306/24
**recommendation [2]**

**R**

recommendation... [2] 293/5 293/8
recommendations [4] 292/12 294/1 295/2 297/20
recommended [1] 295/11
record [6] 272/6 311/17 311/21 312/2 314/23 315/22
Record/original [1] 314/23
records [1] 278/6
redactions [1] 310/18 310/22
reduced [1] 313/10
REFERENCE [1] 268/10
references [4] 273/10
referring [4] 308/2 308/17 309/12 309/23
reflected [1] 310/19
refresh [1] 282/5
regardless [1] 298/16
Registered [4] 266/18 313/3 313/22 314/22
REHAB [1] 266/4
related [9] 275/15 277/7 278/18 283/3 290/20 290/21 297/17 308/9 313/13
relation [1] 313/7
relinquished [1] 294/9
relooking [1] 272/12
remaining [1] 310/24
remember [12] 270/17 287/21 287/23 288/6 294/14 300/16 300/21 302/19 307/1 307/20 307/22 309/7
remembered [1] 271/3
remembering [2] 287/14 290/23
remind [2] 269/14 300/15
REMOTELY [1] 266/11
repeat [1] 308/12
repeating [1] 304/7
rephrase [2] 296/19 296/20
Reporter [4] 266/18 313/4 313/22 314/22
REPORTER'S [1] 313/1
Reporting [2] 314/1 315/1 315/21
request [3] 283/10 286/11 308/8
requested [2] 283/2 308/9
requests [1] 283/16
reread [1] 272/21
rescheduled [1] 310/25
resend [2] 271/13 300/22
resolution [2] 305/15

306/13
resolved [1] 278/21
resource [2] 266/7 306/10
respect [1] 283/18
respond [1] 284/7
responsibility [9] 275/7 276/23 277/3 277/18 282/18 294/9 296/12 296/23 299/13
responsible [3] 275/9 278/11 303/23
responsive [1] 271/4
rest [2] 269/10 310/8
restate [1] 296/19
resume [1] 310/13
retaliated [1] 272/10
retaliation [35] 272/19 273/7 273/10 273/13 273/21 274/14 274/17 275/8 275/11 276/23 277/6 277/19 278/12 279/3 281/4 281/11 281/22 282/17 282/19 283/12 284/6 291/16 292/22 293/4 295/3 298/6 299/23 302/7 302/16 303/1 303/24 304/4 304/12 305/11 305/18
return [1] 314/13
returning [1] 309/20
review [11] 270/3 284/18 284/21 285/12 285/22 286/3 286/4 307/12 308/10 308/16 310/7
reviewed [8] 270/14 270/16 271/9 289/1 289/8 305/25 307/10 307/13
reviews [12] 283/19 284/9 284/17 284/22 285/1 285/2 285/4 285/5 285/10 287/2 288/8 289/2
right [17] 274/11 285/4 285/20 286/5 286/5 286/5 286/21 293/6 296/2 296/3 298/6 299/16 300/12 302/8 308/5 308/22 309/8
RM [1] 284/18
role [2] 288/11 288/20
roles [1] 287/10
row [1] 289/23
RPR [1] 314/22
Ruby [6] 267/17 276/8 283/20 284/9 288/1 292/14
Rule [1] 314/15
Rules [2] 266/17 315/17

**S**

said [9] 271/7 274/21 275/19 278/14 278/22 290/9 298/22 306/7 313/8

same [6] 284/3 281/10 284/5 302/7 302/15 312/2
saw [2] 297/21 307/16
say [16] 273/18 274/15 277/1 278/7 289/9 290/17 293/7 293/23 295/11 301/9 301/12 304/14 304/14 304/16 308/1 310/16
saying [3] 273/2 276/3 284/7
says [3] 273/20 274/16 283/18
scale [1] 287/23
scenarios [2] 290/11 301/15
Schacht [2] 272/2 281/12
scope [1] 275/22
screen [1] 301/11
Scroll [1] 281/6
Scrolling [2] 281/17 281/19
sdittmer [2] 314/1 315/1
se [1] 303/11
Sean [15] 275/17 276/9 278/1 278/10 278/16 278/24 279/12 279/22 280/9 281/14 281/21 282/10 282/14 283/2 284/8
Sean's [1] 283/10
second [3] 271/22 280/24 284/17
see [15] 271/17 272/13 272/23 272/23 272/23 273/8 280/7 280/19 281/10 282/1 282/1 283/8 284/8 285/25 309/15
seeing [1] 285/24
seen [1] 274/19
sending [1] 286/5
sense [1] 303/7
sent [6] 275/2 278/4 282/1 284/22 286/10 309/25
sentence [1] 273/23
separation [2] 301/5 302/8
session [1] 270/21
set [6] 283/25 284/3 305/1 307/18 307/24 315/19
setting [1] 272/14
settlement [1] 315/20
several [2] 276/19 289/3 307/11
severely [1] 294/18
shaken [1] 295/21
shape [1] 306/12
share [1] 280/16
shared [1] 307/11
she [10] 272/9 272/19 272/20 273/12 273/19 273/20 273/22 274/16 287/13 310/20

she's [4] 272/13 273/20 274/15 274/16
she's -- you [1] 273/20
sheet [1] 314/14
sheets [2] 312/2 314/13
Shelly [1] 311/16
shift [1] 298/11
shifted [5] 287/14 287/16 298/1 298/3 300/8
short [2] 286/15 309/20
shorthand [1] 313/9
should [2] 280/13 312/4
showed [1] 301/1
SHRM [17] 271/20 272/14 276/22 277/2 277/21 277/21 279/23 280/8 280/25 281/8 288/18 289/21 290/15 308/5 310/1 314/8 315/6
sign [2] 299/18 315/15
signature [5] 313/16 314/10 314/11 314/13 315/11
Signed [2] 315/12 315/13
similar [1] 305/22
since [6] 270/16 271/1 276/10 276/11 276/11 315/19
Sincerely [1] 314/21
sir [1] 271/15
situation [1] 298/11
situations [1] 297/16
SKC [3] 266/2 314/8 315/7
so [60]
SOCIETY [1] 266/7
solid [6] 287/12 288/8 288/8 288/10 288/19 288/20
solution [1] 305/8
some [5] 273/24 287/9 304/10 310/17 311/7
something [8] 274/3 274/8 277/10 291/11 291/13 292/11 297/25 303/6
sometime [3] 299/3 299/4 299/4
sorry [8] 280/20 281/18 282/4 282/4 293/7 296/17 304/6 311/3
sort [4] 276/9 287/18 287/19 305/10
sound [2] 288/11 288/14
sounds [2] 278/20 286/18
speak [5] 270/24 282/23 291/22 292/18 297/19
specific [3] 274/23 307/17 308/21

specifically [2] 278/7 284/25
spend [1] 308/20
SPITTELL [7] 267/13 270/18 309/25 310/17 310/20 314/4 314/9
spitellk [1] 267/15
spoke [2] 270/25 310/17
spoken [3] 270/18 270/22 271/1
spreadsheet [1] 284/16
stamp [1] 301/1
standard [1] 301/3
start [1] 271/8
State [1] 313/4
stated [2] 277/25 280/6
STATES [1] 266/1
stay [1] 311/17
steps [2] 283/7 311/12
still [4] 269/14 269/20 290/24 303/2
stipulation [1] 315/15
stories [1] 311/8
Street [5] 267/4 267/8 267/14 314/5 315/5
structure [1] 287/17
structured [1] 285/5
studied [2] 286/21 286/24
Subscribed [1] 312/19
subsequent [1] 272/18
subsequently [1] 278/5
substantiate [2] 301/20 303/3
successful [1] 273/2
such [2] 279/16 298/4
sufficient [1] 269/25
Suite [5] 267/4 267/8 267/14 314/5 315/5
Sullivan [32] 275/18 278/1 278/10 278/16 278/24 279/12 279/22 280/9 281/14 281/21 282/16 282/18 283/3 283/15 284/5 284/23 286/12 286/20 291/15 291/20 291/23 293/1 293/6 293/8 294/1 294/10 295/1 296/24 297/5 298/24 299/16 299/22
Sullivan's [3] 283/11 292/6 297/1
summary [1] 290/7
sure [8] 283/24 284/3 285/4 286/4 286/9 289/23 300/22 305/2
surgery [2] 290/14 291/12
SWAIN [7] 267/3 267/3 268/5 269/6 315/4 315/4 315/9
swainemploymentlaw. com [1] 267/5
sworn [5] 269/3 269/17 269/20 312/19 313/6

**S**

**system [5]** 285/6
285/11 285/13 285/18
287/13
**systems [1]** 285/10

**T**

**take [4]** 296/7 307/5
309/5 311/19
**taken [6]** 266/17 283/7
307/19 309/17 313/9
314/7
**taking [3]** 285/16
295/16 311/18
**talk [1]** 291/1
**talked [6]** 275/12
275/20 276/1 300/19
301/22 301/23
**tautological [1]** 296/7
**telephone [1]** 270/22
**tell [4]** 304/2 304/9
306/23 311/7
**telling [1]** 280/2
**template [5]** 300/13
301/3 301/3 301/6
302/8
**termination [5]** 277/21
280/5 282/7 289/18
300/11
**terminology [1]** 288/6
**terms [5]** 277/23
294/21 303/7 311/11
311/12
**testified [1]** 269/4
**testify [1]** 313/6
**testimony [5]** 276/22
290/7 303/22 312/2
313/12
**than [2]** 288/20 311/4
**thank [6]** 269/9 269/11
273/17 286/17 311/2
314/20
**Thanks [1]** 284/8
**that [284]**
**that it [1]** 286/10
**that's [13]** 270/1 270/1
271/22 277/15 279/25
280/24 289/5 289/9
289/17 294/20 297/14
297/14 297/18
**their [1]** 277/5
**them [14]** 276/18
284/10 284/22 286/21
286/24 289/8 307/17
308/20 308/21 308/22
308/25 309/25 310/7
310/18
**then [20]** 271/1 271/16
282/10 282/14 284/5
285/11 285/22 287/20
290/25 297/23 299/7
303/16 303/16 304/22
305/7 306/11 306/11
306/25 311/11 311/12
**then in [1]** 311/11
**there [42]** 271/18 273/7
273/9 274/24 276/14
277/17 278/9 279/1

**279/9 279/15 279/16**
284/15 286/8 287/9
287/9 287/21 290/18
290/19 290/25 290/25
291/3 291/3 291/4
292/15 293/1 294/2
294/25 295/4 295/9
296/10 296/18 297/12
300/16 300/18 302/1
302/2 304/7 305/1
305/9 305/14 311/4
311/14
**there's [4]** 273/21
274/16 277/17 297/4
**thereafter [1]** 313/10
**these [3]** 305/23 310/5
**they [7]** 286/19 289/9
307/18 307/24 309/1
309/2 309/2
**things [14]** 270/8
275/22 279/8 291/6
293/24 294/7 297/15
297/15 297/20 298/11
299/9 302/22 304/15
311/4
**think [27]** 270/7 270/24
275/6 275/19 275/24
277/2 277/2 282/20
282/22 282/24 287/11
287/22 292/14 294/13
295/10 298/10 298/12
298/13 298/14 303/5
303/12 303/12 304/17
305/2 306/2 306/4
306/7
**thinking [1]** 303/19
**this [62]**
**thoroughly [1]** 284/25
**those [9]** 276/25
284/22 286/2 288/14
306/25 307/1 308/6
308/10 308/16
**thought [2]** 301/15
301/17
**three [4]** 270/9 287/16
287/17 287/23
**three-tier [2]** 287/16
287/23
**through [9]** 285/17
291/1 301/15 305/14
306/8 307/16 308/20
308/21 308/24
**tier [4]** 287/16 287/17
287/23 287/24
**time [22]** 269/9 277/5
287/3 289/4 289/22
290/16 290/23 291/14
299/5 299/11 301/1
301/22 302/2 308/20
310/6 311/2 311/13
311/18 311/20 313/9
314/17 315/15
**timeline [2]** 294/22
302/21
**times [1]** 289/8
**timestamps [1]** 302/23
**timing [3]** 300/21
303/14 303/14
**TIMMY [7]** 266/9 269/2

**312/1 314/18** 314/6
314/7 315/10
**title [2]** 284/16 284/18
**today [5]** 270/3 270/19
270/21 271/2 311/2
**took [1]** 306/25
**top [3]** 271/24 281/2
300/24
**topic [1]** 276/17
**tranche [1]** 310/1
**transcript [4]** 312/1
313/11 314/12 314/23
**transition [1]** 285/9
**transitioning [1]**
285/14
**treatment [2]** 276/10
303/7
**trial [4]** 314/17 314/18
315/16 315/19
**trick [1]** 289/5
**troubled [1]** 298/18
**true [2]** 312/2 313/11
**truth [1]** 313/7
**trying [2]** 291/10
298/13
**turned [1]** 296/11
296/23 299/12 308/4
308/6
**two [7]** 273/9 276/14
279/22 284/16 291/5
295/16 304/14
**types [1]** 305/23
**typewritten [1]** 313/10
**typical [1]** 279/8
**typically [2]** 279/9
287/13 287/18

**U**

**Uh [9]** 271/25 281/1
281/20 281/24 283/14
283/21 304/13 309/10
309/14
**Uh-huh [9]** 271/25
281/1 281/20 281/24
283/14 283/21 304/13
309/10 309/14
**ultimate [6]** 293/9
298/4 298/20 299/15
299/24 300/1
**ultimately [8]** 282/14
293/13 293/17 295/23
297/5 299/17 300/6
300/6
**unambiguous [2]**
273/13 274/13
**under [2]** 269/15
289/13
**understand [3]** 269/16
292/5 296/18
**understanding [1]**
295/13
**Understood [5]** 286/25
289/15 309/4 310/14
310/15
**unfortunately [1]**
283/6
**unit [1]** 279/7
**UNITED [1]** 266/1
**unless [1]** 311/17

**Unsigned [4]** 315/15
315/17 315/18 315/20
**until [3]** 295/10 295/10
309/17
**up [19]** 269/9 272/14
272/21 276/8 276/12
281/6 281/17 281/19
295/19 297/13 299/16
300/22 302/3 303/7
303/9 304/6 311/13
311/18 311/19
**update [1]** 284/8
**ups [1]** 272/18
**us [4]** 269/10 280/12
309/25 310/20
**use [2]** 306/11 308/5
**used [2]** 273/10 301/4
**uses [1]** 272/19
**using [1]** 273/25
**utilize [1]** 304/10

**V**

**vein [1]** 305/22
**very [5]** 270/25 281/2
286/7 288/8 289/13
**via [3]** 266/17 267/1
270/20
**VIDEOCONFERENCE**
**[2]** 266/9 267/1
**VOLUME [1]** 266/10
312/1 314/6 314/12
315/10
**VOLUME II [1]** 314/12
**vs [1]** 266/6

**W**

**Wait [1]** 302/10
**waived [1]** 315/11
**want [5]** 269/14 276/21
289/13 309/6 310/12
**wanted [3]** 286/15
289/22 291/6
**wants [1]** 311/17
**was [99]**
**wasn't [6]** 275/1 278/8
292/18 301/18 303/10
303/11
**we [38]** 271/9 273/12
274/12 275/12 275/23
276/1 278/4 279/8
279/15 281/3 283/19
285/4 285/14 285/14
285/15 287/13 287/14
287/15 287/15 296/10
299/1 300/19 300/23
301/1 301/4 301/4
301/23 302/19 302/23
306/16 309/22 310/2
310/5 310/7 310/18
310/23 311/13 311/16
**we're [6]** 309/5 309/6
309/8 309/19 310/12
311/17
**we've [2]** 282/15 307/6
**week [1]** 270/12
**weeks [2]** 276/19
291/5
**well [21]** 272/20
275/17 276/14 277/5

**278/10 280/6 282/8**
290/1 290/1 290/5
291/14 293/5 294/25
301/6 301/14 302/6
302/9 303/4 304/25
309/5 310/22
**went [1]** 289/23
**were [38]** 268/8 272/11
273/9 275/16 275/23
276/14 278/10 278/24
279/15 279/16 279/17
280/9 281/3 284/15
285/5 285/14 287/9
288/2 288/2 288/3
288/3 289/23 290/19
290/25 292/2 297/20
298/6 300/12 303/22
307/18 307/19 307/19
307/24 309/2 309/2
309/23 310/18 311/22
**weren't [1]** 278/13
**what [50]** 270/2 271/5
273/1 273/4 274/4
275/20 275/20 278/8
279/5 280/7 280/11
280/19 283/2 283/8
285/17 286/20 287/1
288/4 289/3 289/9
291/8 291/21 292/18
293/20 296/2 296/6
296/18 297/19 297/20
298/16 300/17 300/18
301/21 302/19 302/19
302/22 303/13 304/2
304/9 304/20 306/6
306/7 307/6 307/20
307/21 307/22 309/1
309/7 310/21 311/14
**what's [1]** 280/16
**whatever [4]** 275/13
275/13 288/6 306/13
**when [6]** 271/19
298/16 298/25 301/15
304/10 308/1
**where [5]** 283/11
287/17 294/6 302/3
302/4
**WHEREOF [1]** 313/16
**WHEREUPON [1]**
311/22
**whether [1]** 282/6
**which [9]** 272/9 275/17
285/14 285/14 288/20
298/12 305/24 306/25
315/13
**while [4]** 290/12
291/12 300/12 309/6
**who [2]** 279/23 297/1
**Why [1]** 301/8
**will [6]** 269/18 269/23
310/23 311/12 311/13
311/14
**winded [1]** 286/14
**within [21]** 266/15
275/22 278/14 278/15
279/7 279/7 279/9
280/13 280/14 287/13
294/14 298/1 298/1
304/24 304/24 306/3

**W**

**within... [5]**  306/14
306/14 307/18 311/22
314/15
**without [3]**  276/6
278/5 285/24
**witness [3]**  305/19
306/20 313/16
**word [2]**  272/19 273/10
**work [3]**  292/15 305/14
305/14
**workday [1]**  290/13
**works [1]**  310/24
**would [62]**
**wrap [1]**  269/9
**writes [1]**  273/22
**writing [3]**  305/18
305/24 306/19
**written [3]**  302/7
306/16 307/13
**wrong [1]**  302/11

**X**

**XXX [1]**  314/15

**Y**

**yeah [8]**  277/15 278/23
289/7 289/10 289/10
289/12 289/12 296/9
**year [1]**  285/20
**years [2]**  288/4 289/3
**yep [10]**  271/18 271/21
271/23 273/7 280/22
281/1 281/7 281/9
281/16 302/14
**yes [24]**  269/11 269/17
271/15 273/7 273/8
274/1 274/10 279/25
280/21 281/13 281/16
282/1 283/23 284/2
284/14 288/12 289/19
295/6 304/8 305/21
306/18 306/22 307/23
311/15
**you [659]**
**you'd [1]**  311/4
**you'll [2]**  272/1 309/21
**you're [4]**  274/5 306/8
308/17 309/12
**you've [1]**  305/25
**your [47]**  269/10
269/12 270/7 274/3
274/3 274/6 276/22
277/16 278/9 280/23
282/5 287/1 289/23
290/7 292/6 293/5
293/8 295/1 296/7
296/18 298/18 299/11
300/11 301/18 303/2
303/22 304/2 304/9
306/1 306/3 306/3
306/20 307/13 307/14
307/15 308/1 308/11
308/18 309/1 309/22
310/8 310/13 311/2
311/8 311/18 314/12
314/20

**Z**

**Zoom [2]**  266/18
270/23

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01625-GPG-SKC

_____

REHAB MOHAMED,

        Plaintiff,

vs.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

        Defendant.

_____

VIDEOCONFERENCE DEPOSITION OF MICHAEL TIMMY JACKSON

VOLUME III

APPEARING REMOTELY

_____


Thursday, July 13, 2023

12:03 p.m.


PURSUANT TO NOTICE and the Federal Rules of Civil
Procedure, the above-entitled deposition was taken via
Zoom, on behalf of Plaintiff, before K. Michelle Dittmer,
Registered Professional Reporter and Notary Public within
Colorado.

```
 1   APPEARANCES: (VIA VIDEOCONFERENCE)

 2   ON BEHALF OF THE PLAINTIFF:

 3           HUNTER A. SWAIN, ESQ.
             Swain Law, LLC
 4           1490 North Lafayette Street, Suite 303
             Denver, Colorado 80218
 5           Phone: 720-815-5281
             Email: hunter@swainemploymentlaw.com
 6

 7
     ON BEHALF OF THE DEFENDANT:
 8

 9           KAITLIN I. SPITTELL, ESQ.
             Hall & Evans LLC
10           1001 17th Street, Suite 300
             Denver, Colorado 80202
11           Phone: 303-628-3300
             Email: spittellk@hallevans.com
12

13   Also Present:  Ruby Mohamed

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2    EXAMINATION                                    PAGE

 3    July 13, 2023

 4

 5    By Mr. Swain                                    319

 6

 7    EXHIBITS                              INITIAL REFERENCE

 8
      Exhibit 66    Handwritten notes                 320
 9                  (SHRM 0592 - SHRM 0611)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2                 MICHAEL TIMMY JACKSON,
 3    having been previously duly sworn, was examined and
 4    testified as follows:
 5                        EXAMINATION
 6    BY MR. SWAIN:
 7           Q.    Good afternoon, Mr. Jackson.
 8           A.    Good afternoon.
 9           Q.    Thank you for making the time once again
10    on your schedule to get this wrapped up today.
11                 I'll just remind you that you're still
12    under oath.  Is that understood?
13           A.    Yes, that is understood.
14           Q.    Have you remembered any information that
15    would have been responsive to my questions in the prior
16    two deposition sessions?
17           A.    Well, one, that's a very broad question;
18    but no, there's been nothing that -- that -- you know,
19    that -- that's, you know, come to mind that -- you know,
20    in the intervening period that we didn't discuss, you
21    know, on the previous two conversations.
22           Q.    And at the end of the prior deposition
23    session, we learned that some documents had inadvertently
24    not been produced to us.
25                 Do you recall that?
```

1          A.    Yes, I do.

2          Q.    And the Bates range of those documents

3    were SHRM 0592 to SHRM 0611, and I am going to mark that

4    document as Deposition Exhibit 66 right now.

5                And it's working its way through the chat,

6    so when you get it, open it up.

7          A.    Okay.

8                All right.  Let's see here.

9                And can you repeat the Bates number, just

10   so I make sure that I've the right one open?

11         Q.    SHRM 0592 through SHRM 0611.

12         A.    Through 0611.  Yes, I've got it open.

13         Q.    Okay.  And do you recognize this document,

14   Deposition Exhibit 66?

15         A.    Yes, I do.

16         Q.    What is it?

17         A.    These are my handwritten notes from my --

18   from my notebook of -- of various conversations relevant

19   to the matter of Ruby Mohamed.

20         Q.    Relevant to Ms. Mohamed's complaints of

21   race discrimination specifically, correct?

22         A.    It -- correct.

23         Q.    And other topics, too?

24         A.    Correct.

25         Q.    When did you prepare these notes,

1    Mr. Jackson?

2              A.    These were done in real -- you know,

3    these -- these notes were taken in realtime conversations

4    as I was going through in -- in various meetings.  You'll

5    see, you know, I did, you know, in red, go through and

6    note that -- the date and purpose, you know, added that

7    additional -- separately, you know.

8              But the -- you know, but most of the

9    information on the -- on the pages are my realtime notes

10   from, you know, going through with various conversations.

11             Q.    And I want to make sure I understand when

12   you say with "most of the information."

13             So --

14             A.    So --

15             Q.    -- other than --

16             A.    -- if you --

17             Oh, go ahead.

18             Q.    Other than the notations in red, which you

19   added after the fact to clarify what the notes were

20   about, were any of the other notes in Deposition

21   Exhibit 66 added after the time that these conversations

22   occurred?

23             A.    They -- I don't believe so, but if you'll

24   give me just a minute, I can quickly scan and see if

25   there was anything that might have . . .

1               I think you can -- I think, you know, one

2    thing, again, you can see in the scanned-in tabs that --

3    that I added as I was going through and flagging pages,

4    that would have been done initially.

5               But it looks like the notes written were

6    done realtime except for what was -- you know, what was

7    done in red.  And again, that was what I added, you know,

8    providing context, you know, on what the -- the notes

9    were during the document collection.

10               Q.    Understood.

11               Well, let's start with the first page of

12    Deposition Exhibit 66, which is SHRM 0592.

13               At the top in red, you have denoted that

14    this is from a June 30 conversation with Carolyn Barley;

15    is that correct?

16               A.    That is correct.

17               Q.    And that's June 30, 2020, correct?

18               A.    Correct -- no -- June 30, 2020, yes, yes,

19    sorry.  I -- I misread that in my head as 2022.  Sorry.

20               Q.    2020, correct?

21               A.    Uh-huh.  Correct, 2020.

22               Q.    And -- well, let me ask you.  Did you

23    review the notes in Deposition Exhibit 66 before today's

24    deposition?

25               A.    I -- these -- that -- the -- this

1    document, you know, Exhibit 66, the items Bates

2    Numbers 592 to 611, were provided to me, you know, by --

3    by counsel as part of items, you know, for review prior

4    to the first deposition.

5                    After that, I did -- I opened the document

6    again per your request on the last deposition when we

7    were -- when we were talking about the Bates numbers, but

8    I have not reviewed since that time.

9              Q.    Understood.

10                   So based on your review of these before

11   the first segment of the deposition, can you say that

12   these notes completely and accurately capture the

13   substance of the discussions that you were participating

14   in?

15             A.    The -- I would say that they -- you know,

16   that the -- that the notes capture -- you know, capture,

17   you know, to, you know -- you know, to the fullest extent

18   that I could, with -- withstanding -- you know,

19   notwithstanding, you know, that again, you know, I'm

20   taking notes as I was going through in conversation.

21                   So, you know -- you know, they're not a

22   transcript, but trying to -- to capture as many of the

23   salient details as possible.

24             Q.    So --

25             A.    And -- and which was, you know -- and, you

1    know -- and this was, you know -- and again, you'll see

2    that these were handwritten in rough -- you know, in

3    rough notes, you know, again, you know, done -- you know,

4    done as I was going through the conversation.

5              Q.   So given that these notes are not an

6    attempt to transcribe these conversations, can we agree

7    that it's possible that there were things said during

8    each of these conversations that are not reflected in

9    your notes?

10             A.   That -- you know, that -- that is

11   certainly possible because, again, there -- it is not --

12   you know, as you correctly mentioned, it is not a

13   transcript.  But again, what I, you know, tried to do to

14   the -- to the extent that I could, you know -- you know,

15   was, you know, capture the, you know -- you know,

16   significant items or major points within the

17   conversation.

18             Q.   Understood.

19                  Well, let's look at that first page, 592,

20   okay?

21             A.   Yeah.

22             Q.   And so the first bullet point says:

23   Meeting with PMQ 6/29.

24                  Is that a fair reading of your

25   handwriting?

1                A.    Correct, correct.  And my apologies to you

2      and to the full team in navigating -- in navigating my

3      handwriting.

4                Q.    That's okay.  I'll admit that I had

5      trouble with some parts of it, but I think --

6                A.    Yes.

7                Q.    -- my handwriting could give yours a run

8      for its money, so --

9                A.    Yeah.  Well, if it makes you feel better,

10     you know, sometimes I have issues, you know, rereading my

11     own handwriting, and I wrote it, so . . .

12               Q.    Understood.

13               So was this -- does this reflect a

14     conversation with Carolyn Barley about the PMQ meeting

15     that happened on June 29?

16               A.    My recollection was that -- that this

17     conversation -- you know, this was a conversation that

18     came after a PMQ meeting that occurred on -- you know,

19     and I believe it was the 29th.  It was -- you know, it

20     was a late June meeting and -- you know, and I know it's

21     been -- been -- we -- we have talked about that

22     previously and referenced elsewhere.

23               But yes, that -- you know, it was in

24     regard -- it was that post-PMQ meeting.

25               Q.    Who initiated this conversation: you or

1    Ms. Barley?

2              A.    I believe Ms. -- you know, I believe that

3    Ms. Barley reached out to me wanting to talk, is my

4    recollection.    Again, I, you know -- you know, with the

5    caveat that it's been three years.    My recollection was

6    that she reached out wanting to speak.

7              Q.    Let's look at the second bullet point that

8    you wrote.

9              Can you read that to me?

10             A.    I -- I glad -- Lord, I can't even read

11   that last word.    Looks like:    Glad you found -- you know,

12   "just join and listen."    And if I -- yeah, I think it --

13   Lord, I can't -- you know -- and this gets back to the

14   issue of sometimes I can't read my writing when I do it.

15             I think, it looks like "found" but --

16   or -- I can't -- I don't know.    That doesn't make sense

17   in context, but the second part is, "just join and

18   listen."

19             Q.    And do you recall what "just join and

20   listen" means?

21             A.    That would be -- my recollection was that

22   she was recounting to me the -- you know, the concerns

23   that -- that Ruby had raised in the, you know -- you

24   know -- you know, following the PMQ meeting, whenever

25   that was.    You know, I believe it was the 29th, but I

 1    know it was late June.

 2                    I have the 29th listed here, but it --

 3    you know, it -- you know, but I know -- I can't remember

 4    the date that was listed in the deposition documents and

 5    elsewhere, but the -- but basically this was, you know,

 6    taking notes of her -- of her recount of what Ruby had

 7    raised in their conversation.

 8             Q.    Specifically that Ms. Mohamed had

 9    complained that Carolyn Barley had told her if she was

10    going to join the PMQ meeting, just sit --

11             A.    Join.

12             Q.    -- in on it and --

13             A.    Yeah.

14             Q.    -- don't say anything, correct?

15             A.    Correct.

16             Q.    Did you ask Ms. Barley if she had said

17    that to Ms. Mohamed?

18             A.    The -- I -- you know, I don't have -- let

19    me -- you know, and again, let me read -- sorry, let me

20    look through the . . .

21                    I don't -- I don't recall if I

22    specifically asked the question or if -- or if she

23    brought up in the conversation.  My recollection -- and I

24    don't necessarily see it noted here -- was that, you

25    know -- you know, I -- that -- that she had -- that she

1    had said that with -- you know, in the context of the

2    conversation of:  If she wasn't able to prepare, just

3    join in and listen.

4                    You know, I think, you know -- you know, I

5    don't see that, again, within my notes, but that --

6    that -- that aligns with my recollection.  And I believe

7    that she brought that up when -- when -- you know, as

8    part of the -- you know, as she was sharing the -- the

9    events.  But -- you know, so I didn't have to ask that

10   question.

11                   But again, I don't have it in my notes

12   here and -- and -- and again, I'm working just off of,

13   you know, the best of my recollection and ability.

14            Q.   So your recollection is that Carolyn

15   Barley did not deny saying that to Ms. Mohamed; she just

16   said that Ms. Mohamed hadn't understood her intent.

17                   Is that correct?

18            A.   Correct.

19            Q.   At this time, on June 29, 2020, you

20   already knew that Ms. Mohamed had made a complaint of

21   race discrimination about Carolyn Barley, didn't you?

22            A.   Correct.  There had been -- I -- you know,

23   there had been a prior conversation, you know, that --

24   you know, earlier in June.

25            Q.   And at this time, were you already

1    investigating that complaint of race discrimination that

2    Ms. Mohamed had made?

3            A.    We -- you know, in term -- you know, I --

4    you know, I -- in -- in terms of the, you know -- in

5    terms of the issues raised, I can't remember

6    specifically.

7                 I know that -- you know, that there -- you

8    know, that the conversation had been kind of -- but I --

9    I don't recall at this point if the -- you know, if -- if

10   the full investigation had been -- if the investigation

11   had begun, you know, after this meeting or prior.   I

12   believe it was after this conversation.

13           Q.    Understood.

14                 So after that bullet point we just looked

15   at, I think it says:   Called her.

16           A.    Correct.

17           Q.    And then:   "Confused by note" --

18           A.    Note and Email.

19           Q.    -- "email."

20                 Did --

21           A.    Correct.

22           Q.    Did you ask Ms. Barley more about the

23   email she was referencing?

24           A.    I believe -- you know, I -- the -- in

25   terms of the email, I'm not sure that I, you know -- I

1   don't recall whether -- you know, how -- how much I

2   followed up on the -- on that email specifically.  I know

3   we talked more about the -- the phone conversation, as

4   you can see, you know, within, I think -- within the

5   bullet below.

6           Q.   So did you ask --

7           A.   Not a bullet.  The line below.  Excuse me.

8           Q.   Did you ask Ms. Barley for a copy of the

9   email she was referencing?

10          A.   I don't -- that is a good question.  I

11  would -- you know, I -- I know that I -- you know, I --

12  you know, if I recall correctly in the context of the

13  conversation, you know, I can't recall if I asked or if

14  she, you know, had said that she would send over, you

15  know, before I asked, but I -- if I recall -- and again,

16  this would be a question of looking through the -- you

17  know, through the email history and seeing sort of

18  when -- when things were -- were sent.

19               You know, I do recall that -- you know,

20  that she, you know, did send -- if I recall, I think, you

21  know, there was a number of things sent after this point,

22  but I can't recall specifically the, you know -- you

23  know, sort of how that came about.

24          Q.   Let's turn to the second page of

25  Deposition Exhibit 66, which is SHRM 0593.

```
 1              A.   Yeah.

 2              Q.   And this page is a continuation of your

 3    notes from your conversation with Carolyn Barley on

 4    June 29, 2020, correct?

 5              A.   Correct.

 6              Q.   At the top of the page, I believe it says,

 7    "Ebony," and then it has three kind of dashes --

 8              A.   Yeah.

 9              Q.   -- all about Ebony.

10                   One of --

11              A.   Correct.

12              Q.   -- them says:  Bias with Carolyn.

13              A.   Yeah.

14              Q.   The next dash says:  Women of color.

15              A.   Yeah.

16              Q.   And then the next dash says:  Same

17    concern.

18              A.   Correct.

19              Q.   Is that accurate?

20              A.   That -- that -- that is how I read the --

21    the statement there, correct.

22              Q.   And who do you understand "Ebony" to be

23    referring to?

24              A.   That would be Ebony Thompson.

25              Q.   Ebony Thompson, the instructional designer
```

 1   who reported directly to Carolyn Barley, correct?

 2           A.    That aligns with my recollection.  I can't

 3   remember, you know, if her title varied a bit there, but

 4   she was on the instructional design team and reported to

 5   Carolyn Barley.

 6           Q.    And what is your understanding of the

 7   note:  Bias with Carolyn?

 8           A.    My -- you know, my recollection from the

 9   conversation, you know -- you know, with Carolyn was

10   saying -- was basically, you know, Ruby recounting

11   that -- that, you know -- that -- that Ebony had

12   similar -- similar concerns.

13           Q.    Similar race discrimination concerns,

14   correct?

15           A.    Concerns about, you know, bias and how she

16   was treated, you know, and --

17           Q.    Racial --

18           A.    -- and the --

19           Q.    -- bias, correct?

20           A.    Yeah -- I'm sorry, say again?

21           Q.    Racial bias, correct?

22           A.    In -- in -- you know, based off of the

23   second bullet here, "women of color," you know, I would

24   say yes.

25           Q.    So either shortly before this meeting or

1    shortly after this meeting, you began investigating

2    Ms. Mohamed's complaints that Ms. Mohamed was suffering

3    race discrimination at the hands of Carolyn Barley,

4    correct?

5              A.    Correct.

6              Q.    Did you investigate the complaint that

7    Carolyn Barley was subjecting Ebony Thompson to race

8    discrimination as well?

9              A.    In my, you know -- you know, again, I, you

10   know -- you know, I don't recall -- you know, I know that

11   I discussed the -- you know, the matter of Ebony Thompson

12   with Sean Sullivan.  And we discussed, you know, how --

13   how to handle, you know -- you know, with this.  You

14   know, we -- we did not do the same -- same level or type

15   of investigation, you know, related to -- to Ebony

16   Thompson.

17             Q.    Why not?

18             A.    I don't recall specifically the -- the

19   reason -- the -- the reasons why, unfortunately.

20             Q.    Well, did you --

21             A.    I think -- I think, you know -- I -- you

22   know, from the best of my recollection -- and again, you

23   know, with -- with that caveat, you know, I think, you

24   know, there were some different -- you know, there were

25   differences in circumstances and I think also, you

1    know -- you know, sort of what had been, you know, been

2    raised and how.

3                   But, I -- you know, and again, that's

4    something that I don't recall the -- the specific nuances

5    of and something that -- you know, that perhaps -- you

6    know, perhaps Sean Sullivan might remember more than I

7    do.

8                   But we did discuss it, you know, but, you

9    know -- you know -- you know, in that case and then, you

10   know -- you know -- you know, after this conversation.  I

11   don't remember exactly when we discussed it, but . . .

12                  Q.   Well, with the benefit of hindsight, do

13   you think you should have done more to investigate the

14   complaints of discrimination against Ebony Thompson?

15                  A.   I -- you know, I -- you know, I think, you

16   know, as I had mentioned in the last conversation, I

17   think that there were a number of -- you know, number

18   of -- you know, number -- you know, with the advantage of

19   hindsight, you know, opportunities to go more in-depth

20   in -- in a number of areas.

21                  And I think looking, you know, at -- at

22   this, as well as, you know, areas that we talked about

23   before, I -- I think were, you know, in hindsight,

24   opportunities, you know, where there could have been, you

25   know -- you know, there could have been, you know -- you

1    know -- you know, more -- more, you know, looking into

2    and then also, you know, documentation.

3            Q.    Remind me what other topics we discussed

4    before where more could have been done.

5            A.    We had talked about before, you know, just

6    in terms of the -- you know, in terms of, you know -- you

7    know -- you know -- you know, writing out, you know --

8    because a lot of the conversations, as we had talked

9    about before, you know, with various matters related to

10   Ms. Mohamed, you know, were -- were done as -- as

11   conversations between Mr. Sullivan and myself, you know,

12   where there's -- wasn't necessarily, you know, a written

13   record there, you know.

14           I think, you know -- you know, as -- you

15   know, and certainly from my experience, looking back on

16   something three -- you know, three years past, that --

17   you know, that proves very challenging.

18           And I think that's where, you know, again,

19   having, you know -- you know, having notes and written

20   record, you know, I think, you know, allows for, you

21   know, not only capturing, you know, sort of the realtime

22   dialogue and back-and-forth.  But in a situation like

23   this, being able to -- you know, being able to -- to

24   accurately and clearly look back, you know -- you know,

25   through the haze of three years.

  1                  Q.   And it would have been a best practice to

  2     document more thoroughly what you were doing in the

  3     investigation, right?

  4                  A.   I think that's a best practice overall,

  5     and I think, you know -- and I -- and I -- and as I said,

  6     in the -- I can't remember if it was the initial

  7     deposition or the second one, the -- you know, they

  8     start, you know, running together on me.

  9                  That -- I think that there was more --

 10     that there was opportunity, you know, in -- with the

 11     advantage of hindsight, that, you know -- you know, more

 12     could have been done in that area.

 13                  Q.   Other than documenting the steps you took

 14     in your investigation more thoroughly, what else could

 15     you have done better in the investigation?

 16                  MS. SPITTELL:  Objection.  Foundation.

 17     Form.

 18                  You can answer.

 19                  A.   That's a -- it's a good question.  I think

 20     that -- you know, in some respects, I think, you know --

 21     you know, I think that that's something that -- you know,

 22     that -- that -- you know, that really -- you know, I

 23     think others would, you know -- would be, you know,

 24     better suited for others to -- to advise on, you know.

 25                  I mean, I, you know -- you know, at the

 1    time working with Mr. Sullivan, we -- you know, we --

 2    we -- you know, we went through and -- you know, and

 3    investigated and -- and -- you know, and looked into

 4    different matters.

 5                    I think, you know -- you know, what we did

 6    or not -- you know, did or didn't do or what we could

 7    have done better, I think, is a -- you know, is a -- you

 8    know, is a -- is a bit challenging for me in my -- I

 9    think, you know, that would be, you know -- you know,

10    where others could advise.

11                    Q.   (By Mr. Swain)   Are you saying you don't

12    know?

13                    A.   I'm just -- well, I'm saying that it's --

14    you know, that it -- you know, again, you know, looking

15    back over three years, is, you know -- you know, it's

16    hard for me to -- you know, to say what, you know -- you

17    know -- you know, what could have been done differently.

18                    I think, you know -- you know, we -- you

19    know, we -- you know, we went through -- we, you know --

20    we investigated and documented -- you know, we documented

21    and went through, you know, the various process and --

22    you know, and with -- you know, with the various items

23    raised.

24                    And I think, you know, as I mentioned, you

25    know -- you know -- you know, based off the last

1    question, I think that there, you know -- you know -- you

2    know, I raised -- you know, I mentioned to you that the

3    area -- again, based off our conversation, I do think

4    that there was area for improvement.

5              I think there certainly could have been --

6    you know, certainly could have been and are others with

7    the idea of hindsight.  Again, it's just with the -- you

8    know, I think just being able to have the -- you know,

9    to, you know -- you know -- you know, I think partly, you

10   know, it's a bit challenging for me to flag that, again,

11   you know, with -- you know, with my position.

12             Q.   But can you agree that SHRM -- someone at

13   SHRM, whether you or Mr. Sullivan -- should have

14   investigated the complaints that Ebony Thompson was being

15   subjected to race discrimination?

16             A.   I -- you know, the -- I would, you know --

17   you know, again, you know, without, you know, going back

18   and revisiting this, but -- you know, the specifics of

19   it, you know, I do know we discussed how to handle, you

20   know, that situation.

21             You know, my recollection was that there

22   were, you know, differences in the circumstances.  But,

23   you know, again, you know, I don't, you know -- you know,

24   I don't recall the specific reasoning on why her -- her

25   situation was handled, you know, differently than

1    Ms. Mohamed's.

2              Q.   I'm not asking you about those

3    circumstances.

4              I'm asking you, can you agree that her

5    complaints should have been investigated?  The answer is

6    a yes or a no.

7              A.   I -- you know, I would -- you know, I

8    think, you know -- again, I think, you know -- well, part

9    of this, and if -- and if I recall -- and I think this

10   would need to get back and look at the -- you know, at

11   the specific wording of our policy.

12             I can't remember what the criteria was

13   for, you know, when something, you know, was raised or

14   not raised because in my, you know -- you know, I don't

15   know what the particular circumstances about how this

16   came about resulted.

17             You know, again, I think, you know, each

18   case is, you know, particular.  We -- you know, we have,

19   you know -- you know, very clear guidelines within the --

20   within the policy that we looked at.  And I -- and if I

21   recall, I think we talked through that in the first

22   deposition, maybe -- yeah, I think it was the first

23   deposition.

24             Q.   So, I mean, as the manager of employee

25   experience, if you are personally aware of allegations

1    that an employee is being subjected to race

2    discrimination, you don't think that's sufficient to

3    trigger SHRM's duty to investigate those complaints of

4    discrimination?

5              A.    And I would say, you know, I think, you

6    know, SHRM has a responsibility to -- you know, to -- you

7    know, and under our policy, you know, investigate and

8    look into, you know -- you know, issues of

9    discrimination.

10             Again, I can't -- what I can't say, you

11   know, is, again, I can't -- you know, why the -- the --

12   the Ebony Thompson situation was handled differently.

13             Q.   Let's look at page 594 of Deposition

14   Exhibit 66.  This appears to be a -- notes of a different

15   meeting.

16             A.   Yeah, sorry, one second.  You said 594?

17             Q.   Yes, sir.

18             A.   Yep, okay.  Got it.

19             Q.   And is it accurate to state that these are

20   notes of a call between you and Ruby Mohamed on July 6,

21   2020?

22             A.   Correct.

23             Q.   And you said:  Note -- your notes say

24   this:  "Note:  This was scheduled at Ruby's request prior

25   to a facilitated conversation with her and Carolyn

1    Barley."

2              A.   Yep.

3              Q.   Okay.  So did you -- tell me, as of

4    July 6, 2020, had you started investigating Ms. Mohamed's

5    complaints of race discrimination?

6              A.   As -- as I mentioned, we, you know -- you

7    know -- you know, my recollection is that we started --

8    you know, started investigating after the June 30

9    conversation, you know.

10             You know, I can't -- you know, the -- the

11   specific, you know, timing -- and -- and again, this gets

12   back to some of the other documents that we looked at

13   previously, I believe, when we were talking about the

14   setting up of this facilitated conversation and -- you

15   know, and this is where, you know -- you know, Ruby, you

16   know, I think prior to that facilitated conversation --

17   and this gets to the note in red, you know -- you know,

18   Ruby had reached out wanting -- you know, requesting a

19   conversation, and so we had that conversation on the

20   6th.

21             And these are the notes, my -- my notes

22   from my notebook from that conversation.

23             Q.   Did you consider this conversation to be

24   an interview of Ms. Mohamed as part of your investigation

25   into her complaints of race discrimination?

1            A.   I -- you know, this -- you know, the --

2    the contents of this conversation, you know -- you

3    know -- you know, did factor into the overall

4    investigation.

5            Q.   That's not what I asked you, Mr. Jackson.

6            MR. SWAIN:  Ms. Dittmer, can you read back

7    the question.

8            (The following question was read:

9            "QUESTION:  Did you consider this

10   conversation to be an interview of Ms. Mohamed as part of

11   your investigation into her complaints of race

12   discrimination?")

13           A.   I think the question -- you know, I think

14   this gets to the definition of "interview."  I don't

15   think that either, you know, Ms. Mohamed or myself framed

16   it as an -- as an interview, you know.

17                You know, again, this was a conversation,

18   you know, and -- and when she reached out, you know,

19   she -- you know, she wanted to, you know -- my

20   recollection, you know -- and again, I would -- you know,

21   and I haven't gone back and reread these notes today so,

22   you know -- you know -- you know, I'm not sure if this

23   is, you know, written down there anywhere.

24                My -- my recollection is that she wanted

25   to make sure that I heard her perspective.  And so, you

1    know, I don't -- so to that point, I don't think either

2    myself or Ms. Mohamed, you know, framed it as a -- as an

3    interview, but really -- you know, but I think -- you

4    know, but again, I think that's getting into nuances.

5    It's really -- you know, but it's really a conversation

6    to make sure -- you know, so that I heard her

7    perspective.

8              You know, I don't think we used the term

9    "interview," but again, that conversation, you know --

10   and, you know, did, you know, factor in -- into looking

11   at the overall -- overall scope.

12             Q.   (By Mr. Swain)  Did you ever interview

13   Ms. Mohamed as part of your investigation of her

14   complaints of race discrimination?

15             A.   I -- my recollection, as we discussed

16   before, was that -- that I had two conversations with --

17   with Ms. Mohamed:  This conversation and then the

18   facilitated conversation.

19             Q.   Was either of those conversations an

20   effort to interview Ms. Mohamed as part of your

21   investigation of her complaint --

22             A.   A formal interview, no.

23             Q.   What about an informal interview?

24             A.   Well, as -- as I mentioned, you know,

25   we -- you know, we had two conversations and, you know --

1    you know, and -- you know, and that, you know -- and

2    again, you know, this gets to, you know, her being able

3    to share.  And then that's -- and that's just with what

4    I -- you know, the conversations that I've had.

5                 You know, as we had talked about before,

6    you know, there were additional conversations had by Sean

7    Sullivan separately.

8                 Q.   Did you ask Ms. Mohamed questions during

9    this July 6, 2020 conversation?

10               A.   My -- my -- my recollection was that it

11   was a -- it was a conversation back and forth.  I -- you

12   know, I -- you know, I believe, you know, knowing my

13   style, I, you know -- you know, would -- would have tried

14   to ask follow-up questions as I needed to to try to make

15   sure that I had clarity on things that were being raised,

16   you know.

17               But, you know, whether you're, you know --

18   you know, but -- so, again, my notes, you know -- I would

19   need to go back and read this, you know, and see if I

20   specifically noted a question that I had.

21               But typically with -- you know, with --

22   you know, as I go through with a conversation, you

23   know -- you know, I would follow up on -- on -- with

24   questions.

25               Q.   Okay.

1              MR. SWAIN:  Well, let's go off the record

2    so you can review it, and then we will come back on.

3              THE WITNESS:  Okay.

4              MR. SWAIN:  Thank you.

5              (Discussion off the record.)

6              (Recess taken from 12:34 p.m. until

7    12:37 p.m.)

8              MR. SWAIN:  Back on the record.

9         Q.  (By Mr. Swain)  So you reviewed the notes

10   from your June 6, 2020 conversation with Ms. Mohamed.

11             Did you see any notes that reflect

12   statements that you made during this conversation?

13        A.   Not that I -- you know, I did not, you

14   know, see specific questions that I had -- that I had

15   mentioned.  It seemed to be, again, noting, you know,

16   different -- you know, different items raised related to

17   the conversation.

18             But, you know, I will say that that -- you

19   know, that's not to say that I didn't ask follow-up

20   questions there.  Again, but I don't see that I made a

21   note of any -- of questions that I had during that

22   conversation.

23        Q.   That would just mean that some of the

24   statements from the conversation were omitted from your

25   notes, correct?

1          A.   That -- you know, again, as we had talked

2    about before, you know, I tried to, going through notes,

3    make it -- you know, tried to capture as many of the --

4    you know, the salient or important points as I could, but

5    that it wasn't a transcript.

6              And so there certainly could be -- you

7    know, could be things that were not captured, and I think

8    that includes, you know -- you know, any questions that I

9    would have asked, you know, in that conversation.

10         Q.   Well, as the person investigating

11   Ms. Mohamed's complaints of discrimination, can you agree

12   that it would have been a best practice for you to record

13   the questions you were asking her as part of the

14   investigation?

15         A.   You know, as -- as I mentioned before, I

16   think that, you know -- I think, you know, things that

17   could have been done to provide that written record to be

18   able to -- to help, you know, look back three years

19   later, you know, I think certainly would have been, I

20   think, a best practice and very helpful, you know, for --

21   for -- I think for me and for you and others in this

22   situation.

23              And so I think that, you know, the short

24   answer or the answer in hindsight is, you know -- you

25   know, I -- I wish I would have.  It would have been very

1   helpful for my memory and recollection, at the very

2   least.

3          Q.   During this June 6, 2020 conversation, did

4   Ms. Mohamed provide examples of behaviors on the part of

5   Carolyn Barley that form the basis of her race

6   discrimination complaints?

7          A.   She provided a number of examples that did

8   form into the -- you know, in -- into the -- you know,

9   into the complaint, though, you know -- you know, really

10  framed, again, in terms of sort of -- in terms of

11  management style and things there.

12         Q.   And some of the behaviors that Ms. Mohamed

13  was referencing related to her email interactions with

14  Ms. Barley, correct?

15         A.   Correct.

16         Q.   Did you ask Ms. Mohamed for a copy of any

17  of the emails she was discussing?

18         A.   I -- I don't recall.

19         Q.   That would --

20         A.   Again --

21         Q.   -- have been a best practice to do that,

22  though; can you agree?

23              MS. SPITTELL:  Objection --

24         A.   Again --

25              MS. SPITTELL:  -- form.

1          A.   Again, in -- in -- in -- you know, I don't

2    recall, you know, what -- you know, what may or may not

3    have been provided after the conversation.  You know,

4    I -- like I said, I don't recall, but that doesn't mean

5    that something, you know, wasn't provided.

6               Again, you know, to my -- I don't

7    specifically recall, but again, I'm working off of my

8    recollection.

9          Q.   (By Mr. Swain)  Did you ask Ms. Mohamed to

10   review these notes after your conversation with her to

11   ensure that they accurately reflected what she was trying

12   to convey to you?

13         A.   No, I did not.

14         Q.   Why not?

15         A.   Because these -- you know, typical --

16   typically, these -- these notes, you know, were, you

17   know -- you know, were for -- for, you know, my record

18   and for -- and for the -- and for the HR files, not

19   something -- and, you know, and this was something

20   similar, you know, and typical with other, you know --

21   you know, other conversations like this, you know, such

22   as the conversation on June 30.

23               You know, I, you know, did not share my

24   notes with Carolyn Barley of the conversation, either.

25   So, you know -- you know, that was not, you know, my

 1    practice for, you know, conversations like this.

 2            Q.    Let's turn to page 595 of Deposition

 3    Exhibit 66.

 4            A.    Okay.  One moment.

 5                  595.  Yes.

 6            Q.    And this is still notes of your June 6,

 7    2020 conversation with Ms. Mohamed, correct?

 8            A.    Yes, that is correct.

 9            Q.    About halfway through the page, there's a

10    dash that says:  "Subtle aggressions are happening."  And

11    then underneath that, it looks like a bullet point that

12    says:  "Very mad that CB did this."

13            A.    "Did this."

14            Q.    Did I read that correctly?

15            A.    Yes.  That is -- that is how I read it as

16    well.

17            Q.    Did you ask Ms. Mohamed what subtle

18    aggressions were happening?

19            A.    I can't remember if I, you know, did it

20    this -- you know, at this particular point.  I know that,

21    you know, this was where -- and again, you know, looking

22    at the -- you know, I -- I'm looking -- sorry,

23    revisiting.

24                  It looks like, again, that the -- you

25    know, that the -- that the topic follow -- well, hold on.

1                    The -- you know, I -- I -- you know, I

2     can't recall specifically what follow-up was done based

3     on that.  I do know that a number of parts of the

4     conversation, again, you know, the handling of the -- of

5     the PMQ meeting, you know, plus, you know -- plus the,

6     you know, tone and I think, you know, the -- you know --

7     you know -- you know, I think general, you know, concerns

8     about respect of her knowledge and ability to -- to

9     manage on projects, you know, came up in different

10    points.

11                   Again, I think, you know, what I don't

12    recall is where that fell within.  So whether that, you

13    know -- you know, so, you know, I do have that as a point

14    that she made.  But again, without specifying again, you

15    know, I'm not sure what -- you know, what follow-up I did

16    or was needed based on that.

17                   But it does look like -- again, you know,

18    it looks like, you know, that, you know, there were a

19    number of questions after that that dealt with the -- you

20    know, or, excuse me, not questions -- notes that dealt

21    with the area of respect, you know, and that, you know,

22    goes from 59- -- you know, 595 into 596.

23              Q.    Well, let's look at 596 on the bottom.

24    This is --

25              A.    Yeah.

```
 1              Q.    -- still more notes from that July 6, 2020

 2   conversation.

 3              A.    Uh-huh.

 4              Q.    So do you see near the end of 596, it

 5   says:  "Team member missed deadlines by weeks - nothing,

 6   but" --

 7              A.    Uh-huh.

 8              Q.    -- "RM gets notes."

 9                    Did I read that correctly?

10              A.    Correct.

11              Q.    "RM" is Ruby --

12              A.    That's how --

13              Q.    -- Mohamed?

14              A.    -- I would read it.  Correct.

15              Q.    Did you ask Ms. Mohamed which team members

16   she was referring to?

17              A.    I don't -- you know, I -- I don't recall.

18   And -- and -- and I don't have that, you know -- you

19   know, I don't have that in the notes here, you know,

20   if -- you know, if -- you know, if there was a follow-up

21   because I don't see, you know, initials of a

22   particular -- of a team member where that would be, you

23   know, a particular follow-up.

24              Q.    Well, I mean, if Ms. Mohamed had given you

25   the name of the person, you would have written it down,
```

1    don't you think?

2              A.    That would have -- that would have been

3    my -- you know, I -- you know, that -- that's what I

4    would expect.  And so that's where I don't think that --

5    that, you know -- that that was -- you know, that I --

6    that I got the name.

7              Q.    What did you do to investigate this

8    element of Ms. Mohamed's complaint of discrimination?

9              A.    If, you know -- you know, with -- if I

10   recall correctly, I do believe -- you know, I think both

11   the elements of sort of -- of treatment across the team,

12   you know, I -- you know, I think -- you know, I think did

13   come up in conversations both with Ms. Barley, but then

14   I -- you know, and -- and then I think it -- it -- you

15   know, but it also came up, I think, in three contexts:

16              One, you know, I think, you know,

17   subsequent conversations that -- you know, that -- that

18   myself or Sean Sullivan had with Ms. Barley.

19              Two, I -- you know, again -- you know, and

20   again, without going back and looking at the -- at the --

21   at the typed notes of the conversation that -- that Sean

22   Sullivan had with Carolyn -- with -- with Ruby Mohamed

23   on -- in July, I can't remember -- mid-July, I think it

24   was.  You know, I think if I -- without having gone back

25   and, you know, have that pulled up, I feel like it came

1    up in that context.

2              But then also, I believe it comes up, you

3    know, in conversations with -- you know, with -- with

4    other team members that are included in the -- in -- in

5    further -- notes further down within the -- within this

6    context.

7              Q.    I mean, how could --

8              A.    Or within this document, excuse me.

9              Q.    How could you meaningfully investigate

10   this part of Ms. Mohamed's complaints if you didn't even

11   ask her who she was talking about?

12             A.    Again, you know, as I -- you know, as I --

13   as I noted, you know, I -- you know, I don't have

14   anything noted here, you know.

15             I can't recall, you know -- you know, that

16   coming, you know -- you know -- you know, specifically

17   asking -- you know, asking, you know.  But again, that

18   doesn't say that it did not -- you know, that it did not,

19   but I -- but I don't remember the provenance of the --

20   you know, of sort of the conversation and the information

21   that was conveyed, unfortunately.

22             Q.    Move on to the next page.

23             A.    Yeah.

24             Q.    Actually, I would like to move on to

25   page SHRM 0599.

1          A.    Uh-huh.  Yeah, one moment.

2                Okay.  I've got it here.

3          Q.    And your notation indicates that these are

4    notes from a July 14, 2020 division meeting with the

5    global --

6          A.    Global --

7          Q.    -- division --

8          A.    -- division.

9          Q.    -- which Ruby --

10         A.    Correct.

11         Q.    -- was a part of?

12         A.    Correct.  And -- you know, and -- and to

13   provide a -- provide you a little context here, this --

14   you know, this meeting comes out of the employee

15   engagement survey that -- that was done.  We had did the

16   survey in March, but got the results back and rolled them

17   out in -- in the summer of 2020.

18                And so we did -- what we did was an

19   overall rollout to -- you know, to -- you know, to the

20   organization and then did a number of division meetings,

21   you know, to -- to talk through results specific, you

22   know, to that division.

23                And so this meeting on the 14th was with

24   the global division, which was one of the largest

25   divisions, that included the -- the instructional design

1    team that -- that -- that both Carolyn Barley and Ruby

2    Mohamed were -- were a part of.

3                    And so this was that -- you know, these

4    were my notes from that conversation with the -- with

5    that -- with that division.

6            Q.    So the purpose of this meeting was for

7    members of the global division to provide feedback

8    directly to Mr. Schacht; is that correct?

9            A.    Correct.  And if I recall correctly,

10   the -- the -- you know, the structure of this, I think,

11   you know, I -- I believe that different -- different

12   part -- different departments within the division, you

13   know -- you know, would basically -- you know, basically

14   divided up different sections and then talked about, you

15   know, the -- the results from within their area.

16                   So, for example, here on, you know, 0599,

17   you see an employee, you know, talking about the results

18   from -- you know, reporting out the results from the

19   advertising, sales and business development section.  And

20   so that, you know -- you know, sort of, you know, would

21   occur on down.

22           Q.    Okay.  Well, let's look at the bottom of

23   that page, SHRM 0599.

24                   It says:  "ET Communications."

25                   Is that correct?

```
 1           A.    Uh-huh.

 2           Q.    Do you understand "ET" to refer to Ebony

 3    Thompson?

 4           A.    No.   That -- in this context, this is

 5    referring to executive team.

 6           Q.    Executive team.

 7           A.    Correct.

 8           Q.    So --

 9           A.    And -- and --

10           Q.    Go ahead.

11           A.    -- and that -- and --

12                 Sorry.   I'm . . .

13           Q.    Go --

14           A.    This --

15           Q.    -- ahead.

16           A.    Yeah, and -- yeah, because this gets to,

17    you know, one of the -- one of the big, you know -- you

18    know, one of the -- one of the big takeaways for -- if I

19    recall correctly, for this division, but overall, it was

20    really communication and communication from the executive

21    team.

22                 And so you'll see, you know -- you know,

23    their, you know, elements, you know, talking about, you

24    know, the -- the town halls that we were doing lacking

25    in -- you know, lacking in depth coming to mind, you
```

 1    know, glossing over issues, you know, challenges with the

 2    return-to-office rollout that we did, again, bringing

 3    people back into the office after -- after we started

 4    doing so once the COVID restrictions were lifted by

 5    Arlington County.

 6             So -- yeah, so this was -- this particular

 7    element was really dealing with that communication piece

 8    coming from leadership.

 9        Q.    So after "RTO rollout" -- return-to-office

10    rollout -- it says, "race relations."

11             Right?

12        A.    Correct.

13        Q.    What do you remember about the discussion

14    of race relations in this context?

15        A.    In this -- in this context, it's a couple

16    of fold.

17             One, you know -- you know, and this is

18    where a little -- you know, the context of timing is

19    critically important because this was -- you know,

20    this -- this meeting was a month and a half, more or

21    less, after the death of George Floyd.  And this was

22    something that, you know -- you know -- you know,

23    would -- you know, had a significant impact externally

24    but also internally.

25             And there was a number -- and if I'm

1    recalling correctly, you know, there -- you know, there

2    was -- there was concern, both internally with staff, as

3    well as externally, sort of how SHRM as an organization

4    responded to the death of George Floyd in terms of the, I

5    think -- and if I recall statements that we put out,

6    materials, content that we put out there, you know, I --

7    if I recall, I think there may have even been a member

8    petition one -- you know, that had been started, you

9    know -- you know -- you know, by -- by members.

10                   And so this was something that, you

11   know -- you know, that -- you know, in -- you know,

12   that -- that a number of staff had raised concerns

13   that -- that SHRM as an organization has -- but in

14   particular our executive team, you know, really didn't

15   handle well in terms of its communication, externally but

16   also internally.

17                   Q.   Did anything about this July 14 global

18   division meeting, was this related in any way to your

19   investigation of Ms. Mohamed's complaints of race

20   discrimination or retaliation?

21                   A.   No.   This would -- this -- this meeting

22   would have -- would have occurred irregardless of

23   anything occurring related to -- to Ruby Mohamed.

24                   Q.   Let's move on to the page Bates-numbered

25   SHRM 0604.

```
 1              A.    Okay.  One moment.

 2                    Yep, I've -- I've got it up here.

 3              Q.    And your notation indicates that, starting

 4    on this page, are notes from a conversation with Jeanne

 5    Morris from July 16, 2020, correct?

 6              A.    That is correct.

 7              Q.    Did you conduct this conversation with

 8    Jeanne Morris on July 16, 2020 as part of your

 9    investigation into Ms. Mohamed's complaints of race

10    discrimination and retaliation?

11              A.    My recollection was that this conversation

12    was a follow-up on the division meeting that we just

13    talked about that occurred on July 14.

14                    And if you'll, you know, bear with me a

15    second, let me -- you know, I -- I think I -- you know, I

16    need to -- you know, to understand the impetus for this

17    conversation, you need to refer back to the notes on, you

18    know -- you know, from the prior conversation.  And I'm

19    just making sure that I get the right ones here.

20                    I believe --

21              Q.    Mr. Jackson, my question was --

22              A.    Yeah.

23              Q.    -- much more straightforward, which was:

24                    Was this conversation with Jeanne Morris

25    part of your investigation into Ms. Mohamed's complaints
```

1    of race discrimination and retaliation?

2              And I believe your answer was no; is

3    that --

4              A.    My --

5              Q.    -- correct?

6              A.    Correct.  My answer was no.

7              Q.    Okay.  On page SHRM 0604, towards the top

8    of the page, there's a dash that says:  Ruby and Ebony

9    happy with CB.

10             Do you see that?

11             A.    Uh-huh.

12             Q.    What is the word that comes after "CB"?

13             A.    It looks like the word "felt."  You know,

14   that looks like, you know, where I, you know -- I -- I --

15   I don't know if I -- looks like I started a sentence but

16   didn't finish it.

17             Q.    Was that a statement that Ms. Morris made

18   to you during this meeting?

19             A.    That -- my, you know -- and if you will

20   bear with me.  Had a . . .

21             If I -- you know, my recollection, again,

22   just looking at this quickly, notes to -- you know, that

23   this was, you know -- you know, Jeanne Morris providing

24   her -- her -- what -- you know, her impression that she

25   had going into the conversation.

1                    And again, this stems from -- you know,

2       and where this comes in, it -- you know, on that

3       conversation on the 14th, you know, and if -- and if

4       you refer back to SHRM 0600, I think that's 060- -- yes,

5       you know, there's -- you know, you'll see the notation:

6       Management versus leadership.

7                    You know, that -- you know, one of the

8       things that -- that, you know -- that came up in this

9       conversation was, you know, concerns about, you know --

10      you know, about sort of, you know, leadership within --

11      within the team.

12                   And if I recall, someone, you know -- you

13      know, had -- you know, there -- some -- I can't remember

14      if this team had also raised, you know, concerns about,

15      you know -- there was a question about, you know, does

16      SHRM operate ethically?  You know, and that was something

17      that I think had -- you know, had been flagged in the

18      education-particular conversation.

19                   But, you know, I think, you know, where

20      this thing comes in is that Jeanne felt blindsided by

21      these findings with -- you know, the conversation that

22      occurred on the 14th.  And this is where her saying

23      that Ruby -- you know, that she -- that she thought that

24      things were, you know -- you know, were good with -- you

25      know, with -- with Ruby Mohamed that -- and that things

1    were good with, you know -- with -- better overall, but

2    that the conversation that the -- that the non-managers

3    had met before to provide notes and that I think that

4    somehow things got shifted after that.

5              Q.    Back on SHRM 604, near the bottom of the

6    page, it says -- it looks like it says:  "PPI feeling

7    bias in managers with unethical behavior."

8              Do you see that?

9              A.    That's -- that should be, I think, "PPl."

10             Q.    "People"?

11             A.    "People," correct.

12             Q.    Turn to page SHRM 605.

13             A.    605.  Yep, I've got that up.

14             Q.    Near the top of the page, it says:

15   "Eddice feeling uncomfortable with race conversations -

16   where they are taking place"?

17             A.    I -- I'm not sure if that's "place" or

18   "path."  You know, "place" would make more --

19             Q.    Yeah.

20             A.    Would --

21             Q.    Okay.

22             A.    -- make more sense.

23             But -- but from my recollection and my

24   writing, "taking path," but that doesn't make sense.

25   "Negative" -- "some folks taking down" -- well, and I

1    think that -- you know, I think -- I think that's

2    referring to -- I think it is "path" if you look at the

3    sentence below, you know:  Some folks, you know, feeling

4    that it's taken -- taken the team down a negative path.

5         Q.    Understood.

6               Let's skip down a little bit.  It says:

7    "Not going to be under attack by RM."

8               Do you see that?

9         A.    Uh-huh.

10        Q.    "RM" is Ruby Mohamed, agreed?

11        A.    Correct.

12        Q.    What is -- is that a statement that

13   Ms. Morris made to you, that she's not going to be under

14   attack by Ruby Mohamed?

15        A.    It's -- it's in my notes and, you know --

16   and it -- you know, and it aligns with my recollection.

17        Q.    Did she tell you that she felt like she

18   was under attack by Ruby Mohamed?

19        A.    I -- you know, in the -- you know, in the

20   course of the conversation, I think she felt that she was

21   under attack by the -- by -- by multiple members of the

22   team.

23               And this gets back, again, to this point

24   of feeling blindsided and feeling that -- you know,

25   that -- you know, by -- by the broader team, you know,

1    and that -- you know, and that, you know -- that -- you

2    know, and I think the concerns that came out of the

3    14th meeting and then -- you know, and then I know that

4    there were conversations that she had with the team after

5    that -- that, to my recollection, you know -- you know,

6    did not -- you know, that worsened, rather than improved,

7    circumstances.

8             So there was -- I think, at this point,

9    there was a real, you know -- you know, concern about

10   sort of, you know, her relationship with the -- with --

11   with multiple members of the team, and including Ruby.

12        Q.   Understood.

13             And then it says:  "AA women viewed as

14   aggressive."

15             "AA" is African-American, correct?

16        A.   That -- you know, I don't spell it out

17   here, but that, you know -- based on my recollection

18   and -- you know, and -- and looking at context, that

19   would be how I would -- I would -- I would say that "AA"

20   does mean African-American.

21        Q.   Let's skip down to the bottom of 605.

22             It has the word "Who" and then that's

23   crossed out, and then you wrote "ET" next to it.

24             Do you see that?

25        A.   Uh-huh.

1              Q.   You understand "ET" to refer to Ebony

2    Thompson in this context?

3              A.   Let me -- sorry, one second.

4                   That -- you know, that looks to be my

5    understanding based -- looking at the notes in the -- in

6    the totality.  I don't think it's referring to executive

7    team here.  I -- you know, I think it is referring to

8    Ebony Thompson.

9              Q.   And it says:  "It's about race rather than

10   performance."

11                  Do you see that?

12             A.   Correct, I see that sentence.

13             Q.   So is your understanding that Jeanne

14   Morris was conveying to you that Ebony Thompson was

15   making a complaint she was being evaluated on her race

16   rather than her performance?

17             A.   I'm afraid I don't remember the con- --

18   the -- you know, the context of that particular

19   statement.  You know -- you know, all I have is, again,

20   what -- what I see here.

21             Q.   Okay.

22             A.   You know, I think --

23                  Sorry.  Go ahead.  What were you going to

24   say?

25             Q.   I just said, Okay.

1          A.    Okay, I'm sorry.

2          Q.    Let's move on to SHRM 608.  And --

3          A.    608.

4          Q.    That's right.

5          A.    One second.

6                606, 607.  Yes, 608.  I got it.

7          Q.    And your notation says:  This is a

8    conversation with Ann Godmere.  It occurred either on

9    July 21 or July 22, 2020.

10               Correct?

11         A.    Correct.  And --

12         Q.    Why did you -- why did --

13         A.    Sorry, go ahead.

14         Q.    -- you feel you needed to have this

15   conversation with Ann Godmere?

16         A.    My, you know -- you know, my recollection,

17   you know -- you know -- you know, was trying to -- you

18   know, to have, you know, conversations with -- with --

19   you know, with a couple of folks on the -- you know, a

20   couple of folks on the team, again, trying to I think

21   ascertain what's going on both in the -- in the context

22   of the -- of matters related to Ruby Mohamed, but with

23   the -- you know, with the -- with the -- the issues, you

24   know, related with the employee engagement survey

25   overall.

1              And so it looks here, you know -- you

2    know, again, on SHRM 607, you know -- sorry, SHRM 608,

3    that I scheduled the conversation with -- you know, had a

4    conversation with Ann Godmere and then around this same

5    time, again, varying-type conversations with -- I had

6    conversation with Carry Mills.  And again, that's SHRM

7    609.

8         Q.   How did you decide to interview Ann

9    Godmere and Carrie Mills but not Ebony Thompson in this

10   investigation?

11        A.   I don't -- you know, unfortunately, I

12   don't, you know -- there -- you know, I don't recall

13   the -- you know, the decision-making process of, you

14   know -- you know, the decision with -- with Ann, Carrie,

15   you know, or -- you know -- yeah, unfortunately, I

16   don't -- I don't recall.

17        Q.   Did you rely on your --

18             MS. SPITTELL:  Can we --

19        Q.   (By Mr. Swain) -- conversation --

20             MS. SPITTELL:  We need to check the time.

21   It looks like an hour has been done.

22             You can finish this question, but . . .

23        Q.   (By Mr. Swain)  Did you rely on your

24   conversations with Ann Godmere and Carrie Mills in

25   reaching the conclusion of your investigation that no

 1   discrimination or retaliation had occurred?

 2           A.   You know, these -- these conversations,

 3   along with -- you know, with other conversations, you

 4   know -- you know, factored into the information that I

 5   used based in looking at the situation and the

 6   recommendations and -- you know, that -- that I provided

 7   to Sean Sullivan.

 8           Q.   You never spoke to Ms. Mohamed --

 9           MS. SPITTELL:  No more follow-up.  That

10   was the last question.

11           We should go off the record to make sure

12   it's been an hour.

13           MR. SWAIN:  Let me ask one more follow-up

14   question, okay, and then we'll -- and then we'll be done.

15           MS. SPITTELL:  Okay.  I'm objecting to

16   this because time has run.

17           MR. SWAIN:  Objection noted.

18           Q.   (By Mr. Swain)  So you never met with

19   Ms. Mohamed personally again after your facilitated

20   discussion with her and Carolyn Barley in early July,

21   correct?

22           A.   That is my understanding.

23           MR. SWAIN:  No further questions.  Thank

24   you.

25           THE WITNESS:  Absolutely.

1                    THE COURT REPORTER:  Okay.  Same orders?

2                    MS. SPITTELL:  Yeah.

3                    (WHEREUPON, the within proceedings were

4        concluded at 1:04 p.m. on the 13th day of July, 2023.)

5                        *      *      *      *      *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1            I, MICHAEL TIMMY JACKSON, hereby certify that I
       have read the foregoing transcript, VOLUME III, and that
 2     the same and accompanying correction sheets, if any,
       constitute a true and complete record of my testimony.
 3

 4     PAGE  LINE           NOW READS              SHOULD READ

 5     ____  ____    _____    _____

 6     ____  ____    _____    _____

 7     ____  ____    _____    _____

 8     ____  ____    _____    _____

 9     ____  ____    _____    _____

10     ____  ____    _____    _____

11     ____  ____    _____    _____

12     ____  ____    _____    _____

13     ____  ____    _____    _____

14     ____  ____    _____    _____

15     ____  ____    _____    _____

16     ____  ____    _____    _____

17

18                     _____
                       MICHAEL TIMMY JACKSON

19            Subscribed and sworn to before me this _____

20     day of _____, 20____.

21
              My Commission expires: _____
22

23                     _____
                       Notary Public
24                     Address: _____

                                _____
25
```

1                      REPORTER'S CERTIFICATE

2

3            I, K. MICHELLE DITTMER, Registered Professional

4    Reporter and Notary Public, State of Colorado, do hereby

5    certify that previous to the commencement of the

6    examination, the deponent was duly sworn by me to testify

7    to the truth in relation to the matters in controversy

8    between the parties hereto; that the said deposition was

9    taken in machine shorthand by me at the time and place

10   aforesaid and was thereafter reduced to typewritten form;

11   that the foregoing is a true transcript of the questions

12   asked, testimony given, and proceedings had.  I further

13   certify that I am not employed by, related to, nor

14   counsel for any of the parties herein, nor otherwise

15   interested in the outcome of this litigation.

16            IN WITNESS WHEREOF, I have affixed my signature

17   this 20th day of July, 2023.

18

19            My commission expires April 15, 2024.

20

21

22   _____
                  K. MICHELLE DITTMER
                Registered Professional Reporter
23

24

25

```
 1   Dittmer Reporting
     sdittmer@comcast.net
 2   (303) 257-8702

 3   July 21, 2023

 4   KAITLIN I. SPITTELL, ESQ.
     Hall & Evans LLC
 5   1001 17th Street, Suite 300
     Denver, Colorado 80202
 6
     Deposition of:  MICHAEL TIMMY JACKSON - VOLUME III
 7   Taken:  July 13, 2023

 8   In Re:  Mohamed v. SHRM
             Civil Action No. 1:22-cv-01625-GPG-SKC
 9
     Dear Ms. Spittell:
10
     Enclosed please find the original signature page(s) of
11   the above deposition.  It was agreed that you would
     arrange for signature of MICHAEL TIMMY JACKSON's
12   VOLUME III deposition by means of your copy transcript.

13   Also enclosed are amendment sheets for changes if
     necessary.  Please return the signature page(s) and
14   amendment sheet(s) ...

15   __XXX____ to our office for filing within 35 days to
               comply with the Rule.
16
     _____ to our office before _____, in
17             order that the deposition may be filed in time
               for trial.
18
     _____ to THE COURT prior to trial, furnishing copies
19             of amendments to opposing counsel.

20   Thank you for your attention to this matter.

21   Sincerely,

22   K. MICHELLE DITTMER, RPR
     Registered Professional Reporter
23
     cc: Counsel of Record/original transcript
24

25
```

```
 1    Dittmer Reporting
      sdittmer@comcast.net
 2    Arvada, Colorado 80003
      (303) 257-8702
 3


 4    HUNTER A. SWAIN, ESQ.
      Swain Law, LLC
 5    1490 North Lafayette Street, Suite 303
      Denver, Colorado 80218
 6
      RE:  Mohamed v. SHRM
 7    Civil Action No. 1:22-cv-01625-GPG-SKC


 8


 9    Dear Mr. Swain:

10    Enclosed is the deposition of:  MICHAEL TIMMY JACKSON -
                                      VOLUME III
11
      _____ Signature waived.
12
      _____ Signed, no changes.
13
      _____ Signed, with changes, copy of which is
14               enclosed.

15    _____ Unsigned, pursuant to stipulation of counsel
                 that the deponent may sign at the time of
16               trial.

17    _____ Unsigned, notice duly given_____,
                 pursuant to the Rules of Civil Procedure.
18
      _____ Unsigned, notice duly given _____,
19               since trial is set for _____.

20    _____ Unsigned, due to settlement of case.


21
      DITTMER REPORTING
22
      cc:  Counsel of Record
23


24


25
```

MR. SWAIN: [7] 342/6
345/1 345/4 345/8
368/13 368/17 368/23
MS. SPITTELL: [8]
336/16 347/23 347/25
367/18 367/20 368/9
368/15 369/2
THE COURT
REPORTER: [1] 369/1
THE WITNESS: [2]
345/3 368/25

**0**

0592 [4] 318/9 320/3
320/11 322/12
0593 [1] 330/25
0599 [3] 353/25 355/16
355/23
060 [1] 361/4
0600 [1] 361/4
0604 [2] 358/25 360/7
0611 [4] 318/9 320/3
320/11 320/12

**1**

1001 [2] 317/10 372/5
12:03 [1] 316/15
12:34 p.m [1] 345/6
12:37 p.m [1] 345/7
13 [3] 316/14 318/3
372/7
13th [1] 369/4
14 [3] 354/4 358/17
359/13
1490 [2] 317/4 373/5
14th [4] 354/23 361/3
361/22 364/3
15 [1] 371/19
16 [2] 359/5 359/8
17th [2] 317/10 372/5
1:04 p.m [1] 369/4
1:22-cv-01625-GPG-SK
C [3] 316/2 372/8 373/7

**2**

20 [1] 370/20
2020 [18] 322/17
322/18 322/20 322/21
328/19 331/4 340/21
341/4 344/9 345/10
347/3 349/7 351/1
354/4 354/17 359/5
359/8 366/9
2022 [1] 322/19
2023 [6] 316/14 318/3
369/4 371/17 372/3
372/7
2024 [1] 371/19
20th [1] 371/17
21 [2] 366/9 372/3
22 [1] 366/9
257-8702 [2] 372/2
373/2
29 [4] 324/23 325/15
328/19 331/4
29th [3] 325/19 326/25
327/2

**3**

30 [5] 322/14 322/17
322/18 341/8 348/22
300 [2] 317/10 372/5
303 [4] 317/4 372/2
373/2 373/5
303-628-3300 [1]
317/11
319 [1] 318/5
320 [1] 318/8
3300 [1] 317/11
35 [1] 372/15

**5**

5281 [1] 317/5
59 [1] 350/22
592 [2] 323/2 324/19
594 [2] 340/13 340/16
595 [3] 349/2 349/5
350/22
596 [3] 350/22 350/23
351/4

**6**

6/29 [1] 324/23
604 [1] 362/5
605 [3] 362/12 362/13
364/21
606 [1] 366/6
607 [2] 366/6 367/2
608 [4] 366/2 366/3
366/6 367/2
609 [1] 367/7
611 [1] 323/2
66 [10] 318/8 320/4
320/14 321/21 322/12
322/23 323/1 330/25
340/14 349/3
6th [1] 341/20

**7**

720-815-5281 [1] 317/5

**8**

80003 [1] 373/2
80202 [2] 317/10 372/5
80218 [2] 317/4 373/5
8702 [2] 372/2 373/2

**A**

AA [3] 364/13 364/15
364/19
ability [2] 328/13 350/8
able [6] 328/2 335/23
335/23 338/8 344/2
346/18
about [35] 321/20
323/7 325/14 325/21
328/21 329/22 330/3
330/23 331/9 332/15
334/22 335/5 335/9
339/2 339/15 339/16
341/13 343/23 344/5
346/2 349/9 350/8
353/11 355/14 355/17
356/23 357/13 358/17
359/13 361/9 361/10
361/14 361/15 364/9
365/9

appve [2] 316/17
377/11
above-entitled [1]
316/17
Absolutely [1] 368/25
accompanying [1]
370/2
accurate [2] 331/19
340/19
accurately [3] 323/12
335/24 348/11
across [1] 352/11
Action [3] 316/2 372/8
373/7
Actually [1] 353/24
added [5] 321/6 321/19
321/21 322/3 322/7
additional [2] 321/7
344/6
Address [1] 370/23
admit [1] 325/4
advantage [2] 334/18
336/11
advertising [1] 355/19
advise [2] 336/24
337/10
affixed [1] 371/16
aforesaid [1] 371/10
afraid [1] 365/17
African [2] 364/15
364/20
African-American [2]
364/15 364/20
after [22] 321/19
321/21 323/5 325/18
329/11 329/12 329/14
330/21 333/1 334/10
341/8 348/3 348/10
350/19 357/3 357/3
357/9 357/21 360/12
362/4 364/4 368/19
afternoon [2] 319/7
319/8
again [67]
against [1] 334/14
aggressions [2]
349/10 349/18
aggressive [1] 364/14
agree [5] 324/6 338/12
339/4 346/11 347/22
agreed [2] 363/10
372/11
ahead [5] 321/17
356/10 356/15 365/23
366/13
aligns [1] 328/6 332/2
363/16
all [3] 320/8 331/9
365/19
allegations [1] 339/25
allows [1] 371/10
along [1] 368/3
already [2] 328/20
328/25
also [9] 317/13 333/25
335/2 352/15 353/2
357/24 358/16 361/14
372/13
am [2] 320/3 371/13

amendment [2] 372/13
372/14
amendments [1]
372/19
American [2] 364/15
364/20
Ann [6] 366/8 366/15
367/4 367/8 367/14
367/24
answer [6] 336/18
339/5 346/24 346/24
360/2 360/6
any [9] 319/14 321/20
345/11 345/21 346/8
347/16 358/18 370/2
371/14
anything [5] 321/25
327/14 353/14 358/17
358/23
anywhere [1] 342/23
apologies [1] 325/1
APPEARANCES [1]
316/21
APPEARING [1]
316/11
appears [1] 340/14
April [1] 371/19
are [15] 320/17 321/9
324/5 324/8 337/11
338/6 339/25 340/19
341/21 349/10 353/4
354/3 359/4 362/16
372/13
area [5] 336/12 338/3
338/4 350/21 355/15
areas [2] 334/20
334/22
Arlington [1] 357/5
around [1] 367/4
arrange [1] 372/11
Arvada [1] 373/2
as [61]
ascertain [1] 366/21
ask [15] 322/22 327/16
328/9 329/22 330/6
330/8 344/8 344/14
345/19 347/16 348/9
349/17 351/15 353/11
368/13
asked [6] 327/22
330/13 330/15 342/5
346/9 371/12
asking [5] 339/2 339/4
346/13 353/17 353/17
attack [4] 363/7 363/14
363/18 363/21
attempt [1] 324/6
attention [1] 372/20
aware [1] 339/25

**B**

back [23] 326/13
335/15 335/22 335/24
337/15 338/17 339/10
341/12 342/6 342/21
344/11 344/19 345/2
345/8 346/18 352/20
352/24 354/16 357/3
359/17 361/4 362/5

amendment [2] 372/13
363/23
Barley [23] 324/14
325/14 326/1 326/3
327/9 327/16 328/15
328/21 329/22 330/8
331/3 332/1 332/5
333/3 333/7 341/1
347/5 347/14 348/24
352/13 352/18 355/1
368/20
based [9] 323/10
332/22 337/25 338/3
350/2 350/16 364/17
365/5 368/5
basically [4] 327/5
332/10 355/13 355/13
basis [1] 347/5
Bates [5] 320/2 320/9
323/1 323/7 358/24
Bates-numbered [1]
358/24
be [21] 326/21 330/16
331/22 331/24 336/23
337/9 340/14 341/23
342/10 345/15 346/6
346/7 346/17 351/22
362/9 363/7 363/13
364/19 365/4 368/14
372/17
bear [2] 359/14 360/20
because [8] 324/11
335/8 339/14 348/15
351/21 356/16 357/19
368/16
been [35] 319/3 319/15
319/18 319/24 322/4
325/21 325/21 326/5
328/22 328/23 329/8
329/10 334/1 334/1
334/24 334/25 335/4
336/1 336/12 337/17
338/5 338/6 339/5
346/12 346/17 346/19
346/25 347/21 348/3
352/2 358/7 358/8
361/17 367/21 368/12
before [16] 316/18
322/23 323/10 330/15
332/25 334/23 335/4
335/5 335/9 343/16
344/5 346/2 346/15
362/3 370/19 372/16
began [1] 333/1
begun [1] 329/11
behalf [3] 316/18 317/2
317/7
behavior [1] 362/7
behaviors [2] 347/4
347/12
being [8] 335/23
335/23 338/8 338/14
340/1 344/2 344/15
365/15
believe [16] 321/23
325/19 326/2 326/2
326/25 328/6 329/12
329/24 331/6 341/13
344/12 352/10 353/2
355/11 359/20 360/2

**B**

**below [3]** 330/5 330/7 363/3
**benefit [1]** 334/12
**best [7]** 328/13 333/22 336/1 336/4 346/12 346/20 347/21
**better [5]** 325/9 336/15 336/24 337/7 362/1
**between [3]** 335/11 340/20 371/8
**bias [6]** 331/12 332/7 332/15 332/19 332/21 362/7
**big [2]** 356/17 356/18
**bit [4]** 332/3 337/8 338/10 363/6
**blindsided [2]** 361/20 363/24
**both [5]** 352/10 352/13 355/1 358/2 366/21
**bottom [4]** 350/23 355/22 362/5 364/21
**bringing [1]** 357/2
**broad [1]** 319/17
**broader [1]** 363/25
**brought [2]** 327/23 328/7
**bullet [7]** 324/22 326/7 329/14 330/5 330/7 332/23 349/11
**business [1]** 355/19

**C**

**call [1]** 340/20
**Called [1]** 329/15
**came [8]** 325/18 330/23 339/16 350/9 352/15 352/25 361/8 364/2
**can [17]** 320/9 321/24 322/1 322/2 323/11 324/6 326/9 330/4 336/18 338/12 339/4 342/6 345/2 346/11 347/22 367/18 367/22
**can't [20]** 326/10 326/13 326/14 326/16 327/3 329/5 330/13 330/22 332/2 336/6 339/12 340/10 340/10 340/11 341/10 349/19 350/2 352/23 353/15 361/13
**capture [6]** 323/12 323/16 323/16 323/22 324/15 346/3
**captured [1]** 346/7
**capturing [1]** 335/21
**Carolyn [19]** 322/14 325/14 327/9 328/14 328/21 331/3 331/12 332/1 332/5 332/7 332/9 333/3 333/7 340/25 347/5 348/24 352/22 355/1 368/20
**Carrie [3]** 367/9 367/14 367/24
**Carry [1]** 367/6
**case [3]** 334/9 339/18 373/20
**caveat [2]** 326/5 333/23
**CB [3]** 349/12 360/9 360/12
**cc [2]** 372/23 373/22
**certainly [6]** 324/11 335/15 338/5 338/6 346/6 346/19
**CERTIFICATE [1]** 371/1
**certify [3]** 370/1 371/5 371/13
**challenges [1]** 357/1
**challenging [3]** 335/17 337/8 338/10
**changes [3]** 372/13 373/12 373/13
**chat [1]** 320/5
**check [1]** 367/20
**circumstances [5]** 333/25 338/22 339/3 339/15 364/7
**Civil [5]** 316/2 316/17 372/8 373/7 373/17
**clarify [1]** 321/19
**clarity [1]** 344/15
**clear [1]** 339/19
**clearly [1]** 335/24
**collection [1]** 322/9
**color [2]** 331/14 332/23
**COLORADO [8]** 316/1 316/19 317/4 317/10 371/4 372/5 373/2 373/5
**comcast.net [2]** 372/1 373/1
**come [3]** 319/19 345/2 352/13
**comes [5]** 353/2 354/14 360/12 361/2 361/20
**coming [3]** 353/16 356/25 357/8
**commencement [1]** 371/5
**commission [2]** 370/21 371/19
**communication [4]** 356/20 356/20 357/7 358/15
**Communications [1]** 355/24
**complained [1]** 327/9
**complaint [7]** 328/20 329/1 333/6 343/21 347/9 352/8 365/15
**complaints [16]** 320/20 333/2 334/14 338/14 339/5 340/3 341/5 341/25 342/11 343/14 346/11 347/6 353/10 358/19 359/9 359/25
**complete [1]** 370/2
**completely [1]** 323/12
**comply [1]** 372/15
**concern [3]** 331/17 358/2 364/9
**concerns [9]** 326/22 332/12 332/13 332/15 350/7 358/12 361/9 361/14 364/2
**concluded [1]** 369/4
**conclusion [1]** 367/25
**conduct [1]** 359/7
**Confused [1]** 329/17
**consider [2]** 341/23 342/9
**constitute [1]** 370/2
**content [1]** 358/6
**contents [1]** 342/2
**context [15]** 322/8 326/17 328/1 330/12 353/1 353/6 354/13 356/4 357/14 357/15 357/18 364/18 365/2 365/18 366/21
**contexts [1]** 352/15
**continuation [1]** 331/2
**controversy [1]** 371/7
**conversation [75]** 319/21 320/18 321/3 321/10 321/21 324/6 324/8 335/8 335/11 343/16 343/19 343/25 344/4 344/6 348/21 349/1 352/13 352/17 353/3 362/15 364/4 366/18 367/5 367/24 368/2 368/3
**convey [1]** 348/12
**conveyed [1]** 353/21
**conveying [1]** 365/14
**copies [1]** 372/18
**copy [4]** 330/8 347/16 372/12 373/13
**correct [55]** 320/21 320/22 320/24 322/15 322/16 322/17 322/18 322/20 322/21 325/1 325/1 327/14 327/15 328/17 328/18 328/22 329/16 329/21 331/4 331/5 331/11 331/18 331/21 332/1 332/14 332/19 332/21 333/4 333/5 340/22 345/25 347/14 347/15 349/7 349/8 351/10 351/14 354/10 354/12 355/8 355/9 355/25 356/7 357/12 359/5 359/6 360/5 360/6 362/11 363/11 364/15 365/12 366/10 366/11 368/21
**correction [1]** 370/2
**correctly [8]** 324/12 330/12 349/14 351/9 352/10 355/9 356/19 358/1
**could [19]** 323/18 324/14 325/7 334/24 334/25 335/4 336/12
**cpn [1]** 369/7
**csr [1]** 331/17 358/2 364/9
**counsel [6]** 323/3 371/14 372/19 372/23 373/15 373/22
**County [1]** 357/5
**couple [3]** 357/15 366/19 366/20
**course [1]** 363/20
**COURT [1]** 316/1 372/18
**COVID [1]** 357/4
**criteria [1]** 339/12
**critically [1]** 357/19
**crossed [1]** 364/23
**cv [3]** 316/2 372/8 373/7
**dash [4]** 331/14 331/16 349/10 360/8
**dashes [1]** 331/7
**date [2]** 321/6 327/4
**day [3]** 369/4 370/20 371/17
**days [1]** 372/15
**deadlines [1]** 351/5
**dealing [1]** 357/7
**dealt [2]** 350/19 350/20
**Dear [2]** 372/9 373/9
**death [2]** 357/21 358/4
**decide [1]** 367/8
**decision [2]** 367/13 367/14
**decision-making [1]** 367/13
**Defendant [2]** 316/8 317/7
**definition [1]** 342/14
**denoted [1]** 322/13
**Denver [4]** 317/4 317/10 372/5 373/5
**deny [1]** 328/15
**departments [1]** 355/12
**deponent [2]** 371/6 373/15
**deposition [26]** 316/9 316/17 319/16 319/22 320/4 320/14 321/20 322/12 322/23 322/24 323/4 323/6 323/11 327/4 330/25 336/7 339/22 339/23 340/13 349/2 371/8 372/6 372/11 372/12 372/17 373/10
**depth [2]** 334/19 356/25
**design [2]** 332/4 354/25
**designer [1]** 331/25
**details [1]** 323/23
**development [1]** 355/19
**dialogue [1]** 335/22
**did [58]** 320/25 321/5
**336/14 337/6 337/10** 337/7 338/5 338/6 346/4 346/6 346/7 346/17 353/7 353/9
**counsel [6]** 323/3 371/14 372/19 372/23 373/15 373/22
**didn't [8]** 319/20 328/9 328/21 337/6 345/19 353/10 358/14 360/16
**differences [2]** 333/25 338/22
**different [10]** 333/24 337/4 340/14 345/16 345/16 350/9 355/11 355/11 355/12 355/14
**differently [3]** 337/17 338/25 340/12
**directly [2]** 332/1 355/8
**discrimination [22]** 320/21 328/21 329/1 332/13 333/3 333/8 334/14 338/15 340/2 340/4 340/9 341/5 341/25 342/12 343/14 346/11 347/6 352/8 358/20 359/10 360/1 368/1
**discuss [2]** 319/20 334/8
**discussed [6]** 333/11 333/12 334/11 335/3 338/19 343/15
**discussing [1]** 347/17
**discussion [3]** 345/5 357/13 368/20
**discussions [1]** 323/13
**DISTRICT [2]** 316/1 316/1
**Dittmer [8]** 316/18 342/6 371/3 371/12 371/25 372/22 372/24 373/21
**divided [1]** 355/14
**division [12]** 354/4 354/7 354/8 354/20 354/22 354/24 355/5 355/7 355/12 356/19 358/18 359/12
**divisions [1]** 354/25
**do [29]** 319/25 320/1 320/13 320/15 324/13 326/14 326/19 330/19 331/22 333/14 334/8 334/12 337/6 338/3 338/19 347/21 350/3 350/13 351/4 352/7

**D**

do... [9] 352/10 356/2
357/13 360/10 362/8
363/8 364/24 365/11
371/4
document [7] 320/4
320/13 322/9 323/1
323/5 336/2 353/8
documentation [1]
335/2
documented [2]
337/20 337/20
documenting [1]
336/13
documents [4] 319/23
320/2 327/4 341/12
does [4] 325/13 350/17
361/15 364/20
doesn't [4] 326/16
348/4 353/18 362/24
doing [3] 336/2 356/24
357/4
don't [49] 321/23
326/16 327/14 327/18
327/21 327/21 327/24
328/5 328/11 329/9
330/1 330/10 333/10
333/18 334/4 334/11
337/11 338/23 338/24
339/14 340/2 342/14
343/1 343/1 343/8
345/20 347/18 348/1
348/4 348/6 350/11
351/17 351/17 351/18
351/19 351/21 352/1
352/4 353/13 353/19
360/15 364/16 365/6
365/17 367/11 367/12
367/12 367/16 367/16
done [18] 321/2 322/4
322/6 322/7 324/3
324/4 334/13 335/4
335/10 336/12 336/15
337/7 337/17 346/17
350/2 354/15 367/21
368/14
down [8] 342/23
351/25 353/5 355/21
362/25 363/4 363/6
364/21
due [1] 373/20
duly [4] 319/3 371/6
373/17 373/18
during [7] 322/9 324/7
344/8 345/12 345/21
347/3 360/18
duty [1] 340/3

**E**

each [2] 324/8 339/17
earlier [1] 328/24
early [1] 368/20
Ebony [18] 331/7
331/9 331/22 331/24
331/25 332/11 333/7
333/11 333/15 334/14
338/14 340/12 356/2
360/8 365/1 365/8

365/14 367/9
Eddice [1] 362/15
education [1] 361/18
education-particular
[1] 361/18
effort [1] 343/20
either [6] 332/25
342/15 343/1 343/19
348/24 366/8
element [2] 352/8
357/7
elements [2] 352/11
356/23
else [1] 336/14
elsewhere [2] 325/22
327/5
email [10] 317/5
317/11 329/18 329/19
329/23 329/25 330/2
330/9 330/17 347/13
emails [1] 347/17
employed [1] 371/13
employee [5] 339/24
340/1 354/14 355/17
366/24
enclosed [4] 372/10
372/13 373/10 373/14
end [2] 319/22 351/4
engagement [2]
354/15 366/24
ensure [1] 348/11
entitled [1] 316/17
ESQ [4] 317/3 317/9
372/4 373/4
ET [4] 355/24 356/2
364/23 365/1
ethically [1] 361/16
evaluated [1] 365/15
Evans [2] 317/9 372/4
even [3] 326/10 353/10
358/7
events [1] 328/9
ever [1] 343/12
exactly [1] 334/11
examination [3] 318/2
319/5 371/6
examined [1] 319/3
example [1] 355/16
examples [2] 347/4
347/7
except [1] 322/6
excuse [3] 330/7
350/20 353/8
executive [5] 356/5
356/6 356/20 358/14
365/6
Exhibit [10] 318/8
320/4 320/14 321/21
322/12 322/23 323/1
330/25 340/14 349/3
Exhibit 66 [9] 320/4
320/14 321/21 322/12
322/23 323/1 330/25
340/14 349/3
EXHIBITS [1] 318/7
expect [1] 352/4
experience [2] 335/15
339/25
expires [2] 370/21

Eddice [1] 362/15

extent [2] 323/17
324/14
externally [3] 357/23
358/3 358/15

**F**

facilitated [5] 340/25
341/14 341/16 343/18
368/19
fact [1] 321/19
factor [2] 342/3 343/10
factored [1] 368/4
fair [1] 324/24
Federal [1] 316/17
feedback [1] 355/7
feel [3] 325/9 352/25
366/14
feeling [5] 362/6
362/15 363/3 363/24
363/24
fell [1] 350/12
felt [4] 360/13 361/20
363/17 363/20
filed [1] 372/17
files [1] 348/18
filing [1] 372/15
find [1] 372/10
findings [1] 361/21
finish [2] 360/16
367/22
first [7] 322/11 323/4
323/11 324/19 324/22
339/21 339/22
flag [1] 338/10
flagged [1] 361/17
flagging [1] 322/3
Floyd [2] 357/21 358/4
fold [1] 357/16
folks [4] 362/25 363/3
366/19 366/20
follow [11] 344/14
344/23 345/19 349/25
350/2 350/15 351/20
351/23 359/12 368/9
368/13
follow-up [9] 344/14
345/19 350/2 350/15
351/20 351/23 359/12
368/9 368/13
followed [1] 330/2
following [2] 326/24
342/8
follows [1] 319/4
foregoing [2] 370/1
371/11
form [5] 336/17 347/5
347/8 347/25 371/10
formal [1] 343/22
forth [2] 335/22 344/11
found [2] 326/11
326/15
Foundation [1] 336/16
framed [2] 342/15
343/2 347/10
full [2] 325/2 329/10
fullest [1] 323/17
furnishing [1] 372/18
further [4] 353/5 353/5

368/23 371/12

**G**

general [1] 350/7
George [2] 357/21
358/4
get [4] 319/10 320/6
339/10 359/19
gets [8] 326/13 341/11
341/17 342/14 344/2
351/8 356/16 363/23
getting [1] 343/4
give [2] 321/24 325/7
given [5] 324/5 351/24
371/12 373/17 373/18
glad [2] 326/10 326/11
global [5] 354/5 354/6
354/24 355/7 358/17
glossing [1] 357/1
go [11] 321/5 321/17
334/19 344/19 344/22
345/1 356/10 356/13
365/23 366/13 368/11
Godmere [5] 366/8
366/15 367/4 367/9
367/24
goes [1] 350/22
going [15] 320/3 321/4
321/10 322/3 323/20
324/4 327/10 338/17
346/2 352/20 360/25
363/7 363/13 365/23
366/21
gone [2] 342/21 352/24
good [6] 319/7 319/8
330/10 336/19 361/24
362/1
got [9] 320/12 340/18
352/6 354/2 354/16
359/2 362/4 362/13
366/6
GPG [3] 316/2 372/8
373/7
guidelines [1] 339/19

**H**

had [55] 319/23 325/4
326/23 327/6 327/8
327/9 327/16 327/25
328/1 328/20 328/22
328/23 329/2 329/8
329/10 329/11 330/14
332/11 334/1 334/16
335/5 335/8 341/4
341/18 341/19 343/16
343/25 344/4 344/5
344/6 344/15 344/20
345/14 345/14 345/21
346/1 351/24 352/18
352/22 354/15 357/23
358/8 358/12 360/20
360/25 361/13 361/14
361/17 361/17 362/3
364/4 367/3 367/5
368/1 371/12
hadn't [1] 328/16
half [1] 357/20
halfway [1] 349/9
Hall [2] 317/9 372/4

hallevans.com [1]
317/11
halls [1] 356/24
handle [3] 333/13
338/19 358/15
handled [2] 338/25
340/12
handling [1] 350/4
hands [1] 333/3
handwriting [4] 324/25
325/3 325/7 325/11
handwritten [3] 318/8
320/17 324/2
happened [1] 325/15
happening [2] 349/10
349/18
happy [1] 360/9
hard [1] 337/16
has [6] 331/7 340/6
358/13 364/22 367/21
368/16
have [52] 319/14
319/15 321/25 322/4
322/13 323/8 325/10
325/21 327/2 327/18
328/9 328/11 334/13
334/24 334/25 335/4
336/1 336/12 336/15
337/7 337/17 338/5
338/6 338/8 338/13
339/5 339/18 344/13
346/9 346/12 346/17
346/19 346/25 346/25
347/21 348/3 350/13
351/18 351/19 351/25
352/2 352/2 352/25
353/13 358/7 358/22
358/22 365/19 366/14
366/18 370/1 371/16
haven't [1] 342/21
having [4] 319/3
335/19 335/19 352/24
haze [1] 335/25
head [1] 322/19
heard [2] 342/25 343/6
help [1] 346/18
helpful [2] 346/20
347/1
her [31] 327/6 327/6
327/9 328/16 329/15
332/3 338/24 338/24
339/4 340/20 341/25
342/11 342/25 343/6
343/13 343/21 344/2
346/13 347/5 347/13
348/10 350/8 353/11
360/24 360/24 360/24
361/22 364/10 365/15
365/16 368/20
here [16] 320/8 327/2
327/24 328/12 332/23
351/19 353/14 354/2
354/13 355/16 359/2
359/19 364/17 365/7
365/20 367/1
hereby [2] 370/1 371/4
herein [1] 371/14
hereto [1] 371/8
hindsight [6] 334/12

## H

hindsight... [5] 334/19
334/23 336/11 338/7
346/24
history [1] 330/17
hold [1] 349/25
hour [2] 367/21 368/12
how [17] 330/1 330/1
330/23 331/20 332/15
333/12 333/13 334/2
338/19 339/15 349/15
351/12 353/7 353/9
358/3 364/19 367/8
how could [1] 353/7
HR [1] 348/18
huh [8] 322/21 351/3
351/7 354/1 356/1
360/11 363/9 364/25
HUMAN [1] 316/7
hunter [3] 317/3 317/5
373/4

## I

I'll [2] 319/11 325/4
I'm [19] 323/19 328/12
329/25 332/20 337/13
337/13 339/2 339/4
342/22 348/7 349/22
350/15 356/12 357/25
359/18 362/17 365/17
366/1 368/15
I've [7] 320/10 320/12
344/4 354/2 359/2
359/2 362/13
idea [1] 338/7
III [5] 316/10 370/1
372/6 372/12 373/10
impact [1] 357/23
impetus [1] 359/16
important [2] 346/4
357/19
impression [1] 360/24
improved [1] 364/6
improvement [1] 338/4
inadvertently [1]
319/23
included [2] 353/4
354/25
includes [1] 346/8
including [1] 364/11
indicates [2] 354/3
359/3
informal [1] 343/23
information [5] 319/14
321/9 321/12 353/20
368/4
initial [2] 318/7 336/6
initially [1] 322/4
initials [1] 351/21
initiated [1] 325/25
instructional [3]
331/25 332/4 354/25
intent [1] 328/16
interactions [1] 347/13
interested [1] 371/15
internally [3] 357/24
358/2 358/16
intervening [1] 319/20

interview [11] 341/24
342/10 342/14 342/16
343/3 343/9 343/12
343/20 343/22 343/23
367/8
investigate [6] 333/6
334/13 340/3 340/7
352/7 353/9
investigated [4] 337/3
337/20 338/14 339/5
investigating [5] 329/1
333/1 341/4 341/8
346/10
investigation [17]
329/10 329/10 333/15
336/3 336/14 336/15
341/24 342/4 342/11
343/13 343/21 346/14
358/19 359/9 359/25
367/10 367/25
irregardless [1] 358/22
is [67]
issue [1] 326/14
issues [5] 325/10
329/5 340/8 357/1
366/23
it [93]
it's [18] 320/5 324/7
325/20 326/5 336/19
337/13 337/15 338/7
338/10 343/5 343/5
357/15 363/4 363/15
363/15 365/6 365/9
368/12
items [5] 323/1 323/3
324/16 337/22 345/16
its [3] 320/5 325/8
358/15

## J

JACKSON [10] 316/9
319/2 319/7 321/1
342/5 359/21 370/1
370/18 372/6 373/10
JACKSON's [1] 372/11
Jeanne [6] 359/4 359/8
359/24 360/23 361/20
365/13
join [6] 326/12 326/17
326/19 327/10 327/11
328/3
July [20] 316/14 318/3
340/20 341/4 344/9
351/1 352/23 352/23
354/4 358/17 359/5
359/8 359/13 366/9
366/9 368/20 369/4
371/17 372/3 372/7
July 14 [3] 354/4
358/17 359/13
July 16 [2] 359/5 359/8
July 21 [1] 366/9
July 22 [1] 366/9
July 6 [4] 340/20 341/4
344/9 351/1
June [14] 322/14
322/17 322/18 325/15
325/20 327/1 328/19
328/24 331/4 341/8

345/10 347/3 348/22
349/6
June 29 [3] 325/15
328/19 331/4
June 30 [4] 322/14
322/17 322/18 341/8
June 6 [3] 345/10
347/3 349/6
just [21] 319/11 320/9
321/24 326/12 326/17
326/19 327/10 328/2
328/12 328/15 329/14
335/5 337/13 338/7
338/8 344/3 345/23
359/12 359/19 360/22
365/25

## K

KAITLIN [2] 317/9
372/4
kind [2] 329/8 331/7
knew [1] 328/20
know [650]
knowing [1] 344/12
knowledge [1] 350/8

## L

lacking [2] 356/24
356/25
Lafayette [1] 317/4
373/5
largest [1] 354/24
last [5] 323/6 326/11
334/16 337/25 368/10
late [2] 325/20 327/1
later [1] 346/19
Law [2] 317/3 373/4
leadership [3] 357/8
361/6 361/10
learned [1] 319/23
least [1] 347/2
less [1] 357/21
let [7] 322/22 327/18
327/19 327/19 359/15
365/3 368/13
let's [14] 320/8 322/11
324/19 326/7 330/24
340/13 345/1 349/2
350/23 355/22 358/24
363/6 364/21 366/2
level [1] 333/14
lifted [1] 357/4
like [19] 322/5 326/11
326/15 335/22 348/4
348/21 349/1 349/11
349/24 350/17 350/18
352/25 353/24 360/13
360/14 360/15 362/6
363/17 367/21
line [2] 330/7 370/4
listed [3] 327/2 327/4
listen [4] 326/12
326/18 326/20 328/3
litigation [1] 371/15
little [3] 354/13 357/18
363/6
LLC [4] 317/3 317/9
372/4 373/4
look [12] 324/19 326/7

345/10 335/24 339/10
340/8 340/13 346/18
350/17 350/23 355/22
363/2
looked [4] 329/14
337/3 339/20 341/12
looking [13] 330/16
334/21 335/1 335/15
337/14 343/10 349/21
349/22 352/20 360/22
364/18 365/5 368/5
looks [13] 322/5
326/11 326/15 349/11
349/24 350/18 360/13
360/14 360/15 362/6
365/4 367/1 367/21
Lord [2] 326/10 326/13
lot [1] 335/8

## M

machine [1] 371/9
mad [1] 349/12
made [7] 328/20 329/2
345/12 345/20 350/14
360/17 363/13
major [1] 324/16
make [11] 320/10
321/11 326/16 342/25
343/6 344/14 346/3
362/18 362/22 362/24
368/11
makes [1] 325/9
making [4] 319/9
359/19 365/15 367/13
manage [1] 350/9
management [3] 316/7
347/11 361/6
manager [1] 339/24
managers [2] 362/2
362/7
many [2] 323/22 346/3
March [1] 354/16
mark [1] 320/3
materials [1] 358/6
matter [3] 320/19
333/11 372/20
matters [4] 335/9
337/4 366/22 371/7
may [5] 348/2 348/2
358/7 372/17 373/15
maybe [1] 339/22
me [27] 321/24 322/22
323/2 326/3 326/9
326/22 327/19 327/19
327/19 330/7 335/3
336/8 337/8 337/16
338/10 341/3 346/21
350/20 353/8 359/14
359/15 360/20 365/3
368/13 370/19 371/6
371/9
me read [1] 327/19
mean [7] 336/25
339/24 345/23 348/4
351/24 353/7 364/20
meaningfully [1] 353/9
means [2] 326/20
372/12
meeting [22] 324/23

325/14 325/18 325/20
325/24 326/24 327/10
329/11 332/25 333/1
340/15 350/5 354/4
354/14 354/23 355/6
357/20 358/18 358/21
359/12 360/18 364/3
meeting that [1]
359/12
meetings [2] 321/4
354/20
member [3] 351/5
351/22 358/7
members [6] 351/15
353/4 355/7 358/9
363/21 364/11
memory [1] 347/1
mentioned [8] 324/12
334/16 337/24 338/2
341/6 343/24 345/15
346/15
met [2] 362/3 368/18
MICHAEL [7] 316/9
319/2 370/1 370/18
372/6 372/11 373/10
Michelle [4] 316/18
371/3 371/22 372/22
mid [1] 352/23
mid-July [1] 352/23
might [2] 321/25 334/6
Mills [3] 367/6 367/9
367/24
mind [2] 319/19 356/25
minute [1] 321/24
misread [1] 322/19
missed [1] 351/5
MOHAMED [42] 316/4
317/13 320/19 327/8
327/17 328/15 328/16
328/20 329/2 333/2
335/10 340/20 341/24
342/10 342/15 343/2
343/13 343/17 343/20
344/8 345/10 347/4
347/12 347/16 348/9
349/7 349/17 351/13
351/15 351/24 352/22
355/2 358/23 361/25
363/10 363/14 363/18
366/22 368/8 368/19
372/8 373/6
Mohamed's [10]
320/20 333/2 339/1
341/4 346/11 352/8
353/10 358/19 359/9
359/25
moment [3] 349/4
354/1 359/1
money [1] 325/8
month [1] 357/20
more [19] 329/22 330/3
334/6 334/13 334/19
335/1 335/1 335/4
336/2 336/9 336/11
336/14 351/1 357/20
359/23 362/18 362/22
368/9 368/13
Morris [7] 359/5 359/8
359/24 360/17 360/23

**M**

Morris... [2]  363/13
365/14
most [2]  321/8 321/12
move [4]  353/22
353/24 358/24 366/2
Mr [3]  318/5 319/6
373/9
Mr. [8]  319/7 321/1
335/11 337/1 338/13
342/5 355/8 359/21
Mr. Jackson [4]  319/7
321/1 342/5 359/21
Mr. Schacht [1]  355/8
Mr. Sullivan [3]  335/11
337/1 338/13
Ms [2]  326/2 372/9
Ms. [48]  320/20 326/1
326/3 327/8 327/16
327/17 328/15 328/16
328/20 329/2 329/22
330/8 333/2 333/2
335/10 339/1 341/4
341/24 342/6 342/10
342/15 343/2 343/13
343/17 343/20 344/8
345/10 346/11 347/4
347/12 347/14 347/16
348/9 349/7 349/17
351/15 351/24 352/8
352/13 352/18 353/10
358/19 359/9 359/25
360/17 363/13 368/8
368/19
Ms. Barley [8]  326/1
326/3 327/16 329/22
330/8 347/14 352/13
352/18
Ms. Dittmer [1]  342/6
Ms. Mohamed [27]
327/8 327/17 328/15
328/16 328/20 329/2
333/2 335/10 341/24
342/10 342/15 343/2
343/13 343/17 343/20
344/8 345/10 347/4
347/12 347/16 348/9
349/7 349/17 351/15
351/24 368/8 368/19
Ms. Mohamed's [10]
320/20 333/2 339/1
341/4 346/11 352/8
353/10 358/19 359/9
359/25
Ms. Morris [2]  360/17
363/13
much [2]  330/1 359/23
multiple [2]  363/21
364/11
my [71]
myself [4]  335/11
342/15 343/2 352/18

**N**

name [2]  351/25 352/6
navigating [2]  325/2
325/2
near [3]  351/4 362/5
362/14
necessarily [2]  327/24
335/12
necessary [1]  372/13
need [5]  339/10 344/19
359/16 359/17 367/20
needed [3]  344/14
350/16 366/14
negative [2]  362/25
363/4
never [2]  368/8 368/18
next [4]  331/14 331/16
353/22 364/23
no [16]  316/2 319/18
322/18 339/6 343/22
348/13 356/4 358/21
360/2 360/6 367/25
368/9 368/23 372/8
373/7 373/12
non [1]  362/2
non-managers [1]
362/2
North [1]  317/4 373/5
not [38]  319/24 323/8
323/21 324/5 324/8
324/11 324/12 328/15
329/25 330/7 333/14
333/17 335/21 337/6
339/2 339/14 342/5
342/22 345/13 345/13
345/19 346/7 348/2
348/13 348/14 348/18
348/23 348/25 350/15
350/20 353/18 353/18
362/17 363/7 363/13
364/6 367/9 371/13
Notary [3]  316/18
370/23 371/4
notation [4]  354/3
359/3 361/5 366/7
notations [1]  321/18
note [8]  321/6 329/17
329/18 332/7 340/23
340/24 341/17 345/21
notebook [2]  320/18
341/22
noted [5]  327/24
344/20 353/13 353/14
368/17
notes [50]  318/8
320/17 320/25 321/3
321/9 321/19 321/20
322/5 322/8 322/23
323/12 323/16 323/20
324/3 324/5 324/9
327/6 328/5 328/11
331/3 335/19 340/14
340/20 340/23 341/21
341/21 342/21 344/18
345/9 345/11 345/25
346/2 348/10 348/16
348/24 349/6 350/20
351/1 351/8 351/19
352/21 353/5 354/4
355/4 359/4 359/17
360/22 362/3 363/15
365/5
nothing [2]  319/18
351/5

notice [3]  346/17
373/17 373/18
noting [1]  345/15
notwithstanding [1]
323/19
now [2]  320/4 370/4
nuances [2]  334/4
343/4
number [12]  320/9
330/21 334/17 334/17
334/18 334/20 347/7
350/3 350/19 354/20
357/25 358/12
numbered [1]  358/24
numbers [2]  323/2
323/7
Numbers 592 [1]  323/2

**O**

oath [1]  319/12
objecting [1]  368/15
Objection [3]  336/16
347/23 368/17
occur [1]  355/21
occurred [7]  321/22
325/18 358/22 359/13
361/22 366/8 368/1
occurring [1]  358/23
off [8]  328/12 332/22
337/25 338/3 345/1
345/5 348/7 368/11
office [5]  357/2 357/3
357/9 372/15 372/16
Oh [1]  321/17
okay [20]  320/7 320/13
324/20 325/4 340/18
341/3 344/25 345/3
349/4 354/2 355/22
359/1 360/7 362/21
365/21 365/25 366/1
368/14 368/15 369/1
omitted [1]  345/24
once [2]  319/9 357/4
one [21]  319/17 320/10
322/1 331/10 336/7
340/16 349/4 352/16
354/1 354/24 356/17
356/17 356/18 356/18
357/17 358/8 359/1
361/7 365/3 366/5
368/13
ones [1]  359/19
only [1]  335/21
open [3]  320/6 320/10
320/12
opened [1]  323/5
operate [1]  361/16
opportunities [2]
334/19 334/24
opportunity [1]  336/10
opposing [1]  372/19
order [1]  372/17
orders [1]  369/1
organization [3]
354/20 358/3 358/13
original [1]  372/10
372/23
other [11]  320/23
321/15 321/18 321/20

335/3 336/13 341/12
348/20 348/21 353/4
368/3
others [5]  336/23
336/24 337/10 338/6
346/21
otherwise [1]  371/14
our [6]  338/3 339/11
340/7 358/14 372/15
372/16
out [13]  326/3 326/6
335/7 341/18 342/18
354/14 354/17 355/18
358/5 358/6 364/2
364/16 364/23
outcome [1]  371/15
over [3]  330/14 337/15
357/1
overall [8]  336/4 342/3
343/11 343/11 354/19
356/19 362/1 366/25
own [1]  325/11

**P**

p.m [4]  316/15 345/6
345/7 369/4
page [22]  318/2 322/11
324/19 330/24 331/2
331/6 340/13 349/2
349/9 353/22 353/25
355/23 358/24 359/4
360/7 360/8 362/6
362/12 362/14 370/4
372/10 372/13
page 594 [1]  340/13
page 595 [1]  349/2
page SHRM [2]  353/25
360/7
pages [2]  321/9 322/3
part [16]  323/3 326/17
328/8 339/8 341/24
342/10 343/13 343/20
346/13 347/4 353/10
354/11 355/2 355/12
359/8 359/25
participating [1]
323/13
particular [9]  339/15
339/18 349/20 351/22
351/23 357/6 358/14
361/18 365/18
parties [2]  371/8
371/14
partly [1]  338/9
parts [2]  325/5 350/3
past [1]  335/16
path [4]  362/18 362/24
363/2 363/4
people [3]  357/3
362/10 362/11
per [1]  323/6
performance [2]
365/10 365/16
perhaps [2]  334/5
334/6
period [1]  319/20
person [2]  346/10
351/25
personally [2]  339/25

368/19
perspective [2]  342/25
343/7
petition [1]  358/8
phone [3]  317/5 317/11
330/3
piece [1]  357/7
place [4]  362/16
362/17 362/18 371/9
Plaintiff [3]  316/5
316/18 317/2
please [2]  372/10
372/13
plus [2]  350/5 350/5
PMQ [7]  324/23 325/14
325/18 325/24 326/24
327/10 350/5
point [11]  324/22 326/7
329/9 329/14 330/21
343/1 349/11 349/20
350/13 363/23 364/8
points [3]  324/16 346/4
350/10
policy [1]  339/11
339/20 340/7
position [1]  338/11
possible [5]  323/23
324/7 324/11
post [1]  325/24
post-PMQ [1]  325/24
PPI [1]  362/6
PPI [1]  362/9
practice [6]  336/1
336/4 346/12 346/20
347/21 349/1
prepare [2]  320/25
328/2
Present [1]  317/13
previous [2]  319/21
371/5
previously [3]  319/3
325/22 341/13
prior [9]  319/15 319/22
323/3 328/23 329/11
340/24 341/16 359/18
372/18
Procedure [2]  316/17
373/17
proceedings [2]  369/3
371/12
process [2]  337/21
367/13
produced [1]  319/24
Professional [4]
316/18 371/3 371/22
372/22
projects [1]  350/9
provenance [1]  353/19
proves [1]  335/17
provide [6]  346/17
347/4 354/13 354/13
355/7 362/3
provide a [1]  354/13
provided [5]  323/2
347/7 348/3 348/5
368/6
providing [2]  322/5
360/23
Public [3]  316/18

**P**

Public... [2] 370/23
371/4
pulled [1] 352/25
purpose [2] 321/6
355/6
pursuant [3] 316/17
373/15 373/17
put [2] 358/5 358/6

**Q**

question [17] 319/17
327/22 328/10 330/10
330/16 336/19 338/1
342/7 342/8 342/9
342/13 344/20 359/21
361/15 367/22 368/10
368/14
questions [13] 319/15
344/8 344/14 344/24
345/14 345/20 345/21
346/8 346/13 350/19
350/20 368/23 371/11
quickly [2] 321/24
360/22

**R**

race [21] 320/10
328/21 329/1 332/13
333/3 333/7 338/15
340/1 341/5 341/25
342/11 343/14 347/5
357/10 357/14 358/19
359/9 360/1 362/15
365/9 365/15
Racial [2] 332/17
332/21
raised [11] 326/23
327/7 329/5 334/2
337/23 338/2 339/13
339/14 344/15 345/16
358/12 361/14
range [1] 320/2
rather [3] 364/6 365/9
365/16
Re [2] 372/8 373/6
reached [4] 326/3
326/6 341/18 342/18
reaching [1] 367/25
read [14] 326/9 326/10
326/14 327/19 331/20
342/6 342/8 344/19
349/14 349/15 351/9
351/14 370/1 370/4
reading [1] 324/24
READS [1] 370/4
real [2] 321/2 364/9
really [8] 336/22 343/3
343/5 343/5 347/9
356/20 357/7 358/14
realtime [4] 321/3
321/9 322/6 335/21
reason [1] 333/19
reasoning [1] 338/24
reasons [1] 333/19
recall [33] 319/25
326/19 327/21 329/9
330/1 330/12 330/13
330/15 330/19 330/20

330/22 333/10 333/18
334/4 338/24 339/9
339/21 347/18 348/2
348/4 348/7 350/2
350/12 351/17 352/10
353/15 355/9 356/19
358/5 358/7 361/12
367/12 367/16
recalling [1] 358/1
Recess [1] 345/6
recognize [1] 320/13
recollection [26]
325/16 326/4 326/5
326/21 327/23 328/6
328/13 328/14 332/2
332/8 333/22 338/21
341/7 342/20 342/24
343/15 344/10 347/1
348/8 359/11 360/21
362/23 363/16 364/5
364/17 366/16
recommendations [1]
368/6
record [12] 335/13
335/20 345/1 345/5
345/8 346/12 346/17
348/17 368/11 370/2
372/23 373/22
Record/original [1]
372/23
recount [1] 327/6
recounting [2] 326/22
332/10
red [5] 321/5 321/18
322/7 322/13 341/17
reduced [1] 371/10
refer [4] 356/2 359/17
361/4 365/1
REFERENCE [1] 318/7
referenced [1] 325/22
referencing [1] 329/23
330/9 347/13
referring [6] 331/23
351/16 356/5 363/2
365/6 365/7
reflect [2] 325/13
345/11
reflected [2] 324/8
348/11
regard [1] 325/24
Registered [4] 316/18
371/3 371/22 372/22
REHAB [1] 316/4
related [9] 333/15
335/9 345/16 347/13
358/18 358/23 366/22
366/24 371/13
relation [1] 371/7
relations [2] 357/10
357/14
relationship [1] 364/10
relevant [2] 320/18
320/20
rely [2] 367/17 367/23
remember [13] 327/3
329/5 332/3 334/6
334/11 336/6 339/12
349/19 352/23 353/19
357/13 361/13 365/17

remembered [1]
319/14
remind [2] 319/11
335/3
REMOTELY [1] 316/11
repeat [1] 320/9
reported [2] 332/1
332/4
Reporter [4] 316/18
371/4 371/22 372/22
REPORTER'S [1]
371/1
reporting [4] 355/18
372/1 373/1 373/21
request [2] 323/6
340/24
requesting [1] 341/18
reread [1] 342/21
rereading [1] 325/10
RESOURCE [1] 316/7
respect [2] 350/8
350/21
respects [1] 336/20
responded [1] 358/4
responsibility [1]
340/6
responsive [1] 319/15
restrictions [1] 357/4
resulted [1] 339/16
results [5] 354/16
354/21 355/15 355/17
355/18
retaliation [4] 358/20
359/10 360/1 368/1
return [3] 357/2 357/9
372/13
review [5] 322/23
323/3 323/10 345/2
348/10
reviewed [2] 323/8
345/9
revisiting [2] 338/18
349/23
right [7] 320/4 320/8
320/10 336/3 357/11
359/19 366/4
RM [4] 351/8 351/11
363/7 363/10
rolled [1] 354/16
rollout [4] 354/19
357/2 357/9 357/10
rough [2] 324/2 324/3
RPR [1] 372/22
RTO [1] 357/9
Ruby [21] 317/13
320/19 326/23 327/6
332/10 340/20 341/15
341/18 351/11 352/22
354/9 355/1 358/23
360/8 361/23 361/25
363/10 363/14 363/18
364/11 366/22
Ruby's [1] 340/24
Rule [1] 372/15
Rules [2] 316/17
373/17
run [2] 325/7 368/16
running [1] 336/8

**S**

said [11] 324/7 327/16
328/1 328/16 330/14
336/5 340/16 340/23
348/4 365/25 371/8
sales [1] 355/19
salient [2] 323/23
346/4
same [6] 331/16
333/14 333/14 367/4
369/1 370/2
say [15] 321/12 323/11
323/15 327/14 332/20
332/24 337/16 340/5
340/10 340/23 345/18
345/19 353/18 364/19
365/24
saying [5] 328/15
332/10 337/11 337/13
361/22
says [19] 324/22
329/15 331/6 331/12
331/14 331/16 349/10
349/12 351/5 355/24
357/10 360/8 362/6
362/6 362/14 363/6
364/13 365/9 366/7
scan [1] 321/24
scanned [1] 322/2
scanned-in [1] 322/2
Schacht [1] 355/8
schedule [1] 319/10
scheduled [2] 340/24
367/3
scope [1] 343/11
sdittmer [2] 372/1
373/1
Sean [6] 333/12 334/6
344/6 352/18 352/21
368/7
second [9] 326/7
326/17 330/24 332/23
336/7 340/16 359/15
365/3 366/5
section [1] 355/19
sections [1] 355/14
see [24] 320/8 321/5
321/24 322/2 324/1
327/24 328/5 330/4
344/19 345/11 345/14
345/20 351/4 351/21
355/17 356/22 360/10
361/5 362/8 363/8
364/24 365/11 365/12
365/20
seeing [1] 330/17
seemed [1] 345/15
segment [1] 323/11
send [2] 330/14 330/20
sense [3] 326/16
362/22 362/24
sent [2] 330/18 330/21
sentence [3] 360/15
363/3 365/12
separately [2] 321/7
344/7
session [1] 319/23
sessions [1] 319/16

set [1] 373/19
setting [1] 341/14
settlement [1] 373/20
share [2] 344/3 348/23
sharing [1] 328/8
she [38] 326/6 326/22
327/9 327/16 327/22
327/25 327/25 328/2
328/7 328/8 328/15
329/23 330/9 330/14
330/14 330/20 332/4
332/15 342/18 342/19
342/19 342/24 347/7
347/17 348/11 350/14
351/16 353/11 360/24
361/23 361/23 363/17
363/17 363/17 363/20
363/20 364/4 365/15
she's [1] 363/13
sheet [1] 372/14
sheets [2] 370/2
372/13
shifted [1] 362/4
short [1] 346/23
shorthand [1] 371/9
shortly [2] 332/25
333/1
should [6] 334/13
338/13 339/5 362/9
368/11 370/4
SHRM [27] 318/9 318/9
320/3 320/3 320/11
320/11 322/12 330/25
338/12 338/13 340/6
353/25 355/23 358/3
358/13 358/25 360/7
361/4 361/16 362/5
362/12 366/2 367/2
367/2 367/6 372/8
373/6
SHRM's [1] 340/3
sign [1] 373/15
signature [5] 371/16
372/10 372/11 372/13
373/11
Signed [2] 373/12
373/13
significant [2] 324/16
357/23
similar [4] 332/12
332/12 332/13 348/20
since [2] 323/8 373/19
Sincerely [1] 372/21
sir [1] 340/17
sit [1] 327/10
situation [6] 335/22
338/20 338/25 340/12
346/22 368/5
SKC [3] 316/2 372/8
373/7
skip [2] 363/6 364/21
so [52] 320/6 320/10
321/13 321/14 321/23
323/10 323/21 323/24
324/5 324/22 325/8
325/11 325/13 328/9
328/14 329/14 330/6
332/25 339/24 341/3
341/19 342/21 342/25

**S**

**so... [29]** 343/1 343/6
344/18 345/2 345/9
346/6 346/23 348/25
350/12 350/13 351/4
352/4 354/18 354/23
355/3 355/6 355/16
355/20 356/8 356/22
357/4 357/6 357/6
357/9 358/10 364/8
365/13 367/1 368/18
**SOCIETY [1]** 316/7
**some [10]** 319/23
325/5 333/24 336/20
341/12 345/23 347/12
361/13 362/25 363/3
**somehow [1]** 362/4
**someone [2]** 338/12
361/12
**something [11]** 334/4
334/5 335/16 336/21
339/13 348/5 348/19
348/19 357/22 358/10
361/16
**sometimes [2]** 325/10
326/14
**sorry [12]** 322/19
322/19 327/19 332/20
340/16 349/22 356/12
365/3 365/23 366/1
366/13 367/2
**sort [11]** 330/17 330/23
334/1 335/21 347/10
352/11 353/20 355/20
358/3 361/10 364/10
**speak [1]** 326/6
**specific [6]** 334/4
338/24 339/11 341/11
345/14 354/21
**specifically [11]**
320/21 327/8 327/22
329/6 330/2 330/22
333/18 344/20 348/7
350/2 353/16
**specifics [1]** 338/18
**specifying [1]** 350/14
**spell [1]** 364/16
**SPITTELL [3]** 317/9
372/4 372/9
**spittellk [1]** 317/11
**spoke [1]** 368/8
**staff [2]** 358/2 358/12
**start [2]** 322/11 336/8
**started [6]** 341/4 341/7
341/8 357/3 358/8
360/15
**starting [1]** 359/3
**state [2]** 340/19 371/4
**statement [4]** 331/21
360/17 363/12 365/19
**statements [3]** 345/12
345/24 358/5
**STATES [1]** 316/1
**stems [1]** 361/1
**steps [1]** 336/13
**still [3]** 319/11 349/6
351/1
**stipulation [1]** 373/15

**straightforward [1]**
359/23
**Street [4]** 317/4 317/10
372/5 373/5
**structure [1]** 355/10
**style [2]** 344/13 347/11
**subjected [2]** 338/15
340/1
**subjecting [1]** 333/7
**Subscribed [1]** 370/19
**subsequent [1]** 352/17
**substance [1]** 323/13
**subtle [2]** 349/10
349/17
**such [1]** 348/21
**suffering [1]** 333/2
**sufficient [1]** 340/2
**Suite [4]** 317/4 317/10
372/5 373/5
**suited [1]** 336/24
**Sullivan [9]** 333/12
334/6 335/11 337/1
338/13 344/7 352/18
352/22 368/7
**summer [1]** 354/17
**sure [11]** 320/10
321/11 329/25 342/22
342/25 343/6 344/15
350/15 359/19 362/17
368/11
**survey [3]** 354/15
354/16 366/24
**SWAIN [7]** 317/3 317/3
318/5 319/6 373/4
373/4 373/9
**swainemploymentlaw.
com [1]** 317/5
**sworn [3]** 319/3 370/19
371/6

**T**

**tabs [1]** 322/2
**takeaways [1]** 356/18
**taken [7]** 316/17 321/3
345/6 363/4 363/4
371/9 372/7
**taking [5]** 323/20 327/6
362/16 362/24 362/25
**talk [2]** 326/3 354/21
**talked [10]** 325/21
330/3 334/22 335/5
335/8 339/21 344/5
346/1 355/14 359/13
**talking [5]** 323/7
341/13 353/11 355/17
356/23
**team [21]** 325/2 332/4
351/5 351/15 351/22
352/11 353/4 355/1
356/5 356/6 356/21
358/14 361/11 361/14
363/4 363/22 363/25
364/4 364/11 365/7
366/20
**tell [2]** 341/3 363/17
**term [2]** 329/3 343/8
**terms [9]** 329/4 329/5
329/25 335/6 335/6
347/10 347/10 358/4

**this [120]**
**Thompson [3]** 331/24
331/25 333/7 333/11
333/16 334/14 338/14
340/12 356/3 365/2
365/8 365/14 367/9
**thoroughly [2]** 336/2
336/14
**those [4]** 320/2 339/2
340/3 343/19
**though [2]** 347/9
347/22
**thought [1]** 361/23
**three [8]** 326/5 331/7
335/16 335/16 335/25
337/15 346/18 352/15
**through [21]** 320/5
320/11 320/12 321/4
321/5 321/10 322/3
323/20 324/4 327/20
330/16 330/17 335/25
337/2 337/19 337/21
339/21 344/22 346/2
349/9 354/21
**Thursday [1]** 316/14
**time [12]** 319/9 321/21
323/8 328/19 328/25
337/1 367/5 367/20
368/16 371/9 372/17
373/15
**timing [2]** 341/11
357/18
**TIMMY [7]** 316/9 319/2
370/1 370/18 372/6
372/11 373/10
**title [1]** 332/3
**today [2]** 319/10
342/21
**today's [1]** 322/23
**together [1]** 336/8
**told [1]** 327/9
**tone [1]** 350/6
**too [1]** 320/23
**took [1]** 336/13
**top [4]** 322/13 331/6
360/7 362/14
**topic [1]** 349/25
**topics [2]** 320/23 335/3
**totality [1]** 365/6
**towards [1]** 360/7
**town [1]** 356/24
**transcribe [1]** 324/6
**transcript [7]** 322/2
324/13 346/5 370/1
371/11 372/12 372/23
**treated [1]** 332/16
**treatment [1]** 352/11
**trial [4]** 372/17 372/18
373/16 373/19
**tried [4]** 324/13 344/13
346/2 346/3
**trigger [1]** 340/3
**trouble [1]** 325/5
**true [2]** 370/2 371/11
**truth [1]** 371/7
**try [1]** 344/14
**trying [2]** 323/22
348/11 366/17 366/20
**turn [3]** 330/24 349/2

362/12
**two [5]** 319/16 319/21
343/16 343/25 352/19
**type [2]** 333/14 367/5
**typed [1]** 352/21
**typewritten [1]** 371/10
**typical [2]** 348/15
348/20
**typically [2]** 344/21
348/16

**U**

**Uh [8]** 322/21 351/3
351/7 354/1 356/1
360/11 363/9 364/25
**Uh-huh [8]** 322/21
351/3 351/7 354/1
356/1 360/11 363/9
364/25
**uncomfortable [1]**
362/15
**under [6]** 319/12 340/7
363/7 363/13 363/18
363/21
**underneath [1]** 349/11
**understand [5]** 321/11
331/22 356/2 359/16
365/1
**understanding [4]**
332/6 365/5 365/13
368/22
**understood [10]**
319/12 319/13 322/10
323/9 324/18 325/12
328/16 329/13 363/5
364/12
**unethical [1]** 362/7
**unfortunately [4]**
333/19 353/21 367/11
367/15
**UNITED [1]** 316/1
**Unsigned [4]** 373/15
373/17 373/18 373/20
**until [1]** 345/6
**up [26]** 319/10 320/6
327/23 328/7 330/2
341/14 344/14 344/23
345/19 350/2 350/9
350/15 351/20 351/23
352/13 352/15 352/25
353/1 353/2 355/14
359/2 359/12 361/8
362/8 369/8 368/13
**us [1]** 319/24
**used [2]** 343/8 368/5

**V**

**varied [1]** 332/3
**various [6]** 320/18
321/4 321/10 335/9
337/21 337/22
**varying [1]** 367/5
**varying-type [1]** 367/5
**versus [1]** 361/6
**very [7]** 319/17 335/17
339/19 346/20 346/25
347/1 349/12
**via [2]** 316/17 317/1
**VIDEOCONFERENCE
[2]** 316/9 317/1

**testified [1]** 319/4
**testify [1]** 371/6
**testimony [2]** 370/2
371/12
**than [8]** 321/15 321/18
334/6 336/13 338/25
364/6 365/9 365/16
**Thank [4]** 319/9 345/4
368/23 372/20
**that [375]**
**That would [1]** 326/21
**that's [25]** 319/17
319/19 322/17 325/4
334/3 335/18 336/4
336/19 336/21 340/2
342/5 343/4 344/3
344/3 345/19 351/12
352/3 352/4 361/4
362/9 362/17 363/1
364/22 366/4 367/6
**their [3]** 327/7 355/15
356/23
**them [2]** 331/12 354/16
**then [22]** 329/17 331/7
331/16 334/9 335/2
343/17 344/3 345/2
349/11 352/13 352/14
353/2 354/20 355/14
364/3 364/3 364/13
364/22 364/23 367/4
368/14 368/14
**there [40]** 321/25 324/7
324/11 328/22 328/23
329/7 330/21 331/21
332/3 333/24 333/24
334/17 334/24 334/25
335/13 336/9 336/10
338/1 338/4 338/5
338/21 342/23 344/6
345/20 346/6 347/11
350/18 351/20 357/25
358/1 358/1 358/2
358/6 358/7 361/13
361/15 364/4 364/8
364/9 367/12
**there's [5]** 319/18
335/12 349/9 360/8
361/5
**thereafter [1]** 371/10
**these [25]** 320/17
320/25 321/2 321/3
321/3 321/21 322/25
323/10 323/12 324/2
324/5 324/6 324/8
340/19 341/21 342/21
348/10 348/15 348/16
348/16 354/3 355/3
361/21 368/2 368/2
**they [5]** 321/23 323/15
336/7 348/11 362/16
**they're [1]** 323/21
**thing [2]** 322/2 361/20
**things [11]** 324/7
330/18 330/21 344/15
346/7 346/16 347/11
361/8 361/24 361/25
362/4
**think [94]**

**V**

viewed [1] 364/13
VOLUME [5] 316/10
370/1 372/6 372/12
373/10
VOLUME III [1] 372/12
vs [1] 316/6

**W**

waived [1] 373/11
want [1] 321/11
wanted [2] 342/19
342/24
wanting [3] 326/3
326/6 341/18
was [118]
wasn't [4] 328/2
335/12 346/5 348/5
way [2] 320/5 358/18
we [60]
we'll [2] 368/14 368/14
weeks [1] 351/5
well [22] 319/17
322/11 322/22 324/19
325/9 333/8 333/20
334/12 334/22 337/13
339/8 343/24 345/1
346/10 349/16 349/25
350/23 351/24 355/22
358/3 358/15 362/25
went [3] 337/2 337/19
337/21
were [45] 320/3 321/2
321/3 321/19 321/20
322/5 322/9 323/2
323/7 323/7 323/13
324/2 324/7 328/25
330/18 330/18 333/24
333/24 334/17 334/23
335/10 335/10 336/2
338/22 341/13 344/6
344/15 345/24 346/7
346/13 348/16 348/17
349/18 350/18 355/2
355/2 355/4 356/24
357/4 361/24 361/24
362/1 364/4 365/23
369/3
what [42] 320/16
321/19 322/6 322/6
322/7 322/8 324/13
326/19 327/6 332/6
334/1 335/3 336/2
336/14 337/5 337/6
337/16 337/17 339/12
339/15 340/10 342/5
343/23 344/3 348/2
348/2 348/11 349/17
350/2 350/11 350/15
350/15 352/3 352/7
354/18 357/13 360/12
360/24 363/12 365/20
365/20 365/23
what's [1] 366/21
when [14] 320/6
320/25 321/11 323/6
323/7 326/14 328/7
328/7 330/18 330/18

334/11 339/13 341/11
342/18
whenever [1] 326/24
where [16] 334/24
335/4 335/12 335/18
337/10 341/15 349/21
350/12 351/22 352/4
357/18 360/14 361/2
361/19 361/22 362/16
WHEREOF [1] 371/16
WHEREUPON [1]
369/3
whether [4] 330/1
338/13 344/17 350/12
which [9] 321/18
322/12 323/25 330/25
351/15 354/9 354/24
359/23 373/13
who [5] 325/25 331/22
332/1 353/11 364/22
why [7] 333/17 333/19
338/24 340/11 348/14
366/12 366/12
will [3] 345/2 345/18
360/19
wish [1] 346/25
within [17] 316/18
324/16 328/5 330/4
330/4 339/19 339/20
350/12 353/5 353/5
353/8 355/12 355/15
361/10 361/11 369/3
372/15
without [4] 338/17
350/14 352/20 352/24
withstanding [1]
323/18
WITNESS [1] 371/16
women [3] 331/14
332/23 364/13
word [4] 326/11 360/12
360/13 364/22
wording [1] 339/11
working [4] 320/5
328/12 337/1 348/7
worsened [1] 364/6
would [49] 319/15
322/4 323/15 326/21
330/11 330/14 330/16
331/24 332/23 336/1
336/23 336/23 337/9
338/16 339/7 339/10
340/5 342/20 344/13
344/13 344/18 344/23
345/23 346/9 346/12
346/19 346/25 346/25
347/19 351/14 351/22
351/25 352/2 352/2
352/4 353/24 355/13
355/20 357/23 358/21
358/22 358/22 362/18
362/20 364/19 364/19
364/19 364/19 372/11
wrapped [1] 319/10
writing [3] 326/14
335/7 362/24
written [6] 322/5
335/12 335/19 342/23
346/17 351/25

wrote [3] 326/11 326/8
364/23

**X**

XXX [1] 372/15

**Y**

yeah [21] 324/21 325/9
326/12 327/13 331/1
331/8 331/13 331/15
332/20 339/22 340/16
350/25 353/23 354/1
356/16 356/16 357/6
359/22 362/19 367/15
369/2
years [5] 326/5 335/16
335/25 337/15 346/18
Yep [4] 340/18 341/2
359/2 362/13
yes [16] 319/13 320/1
320/12 320/15 322/18
322/18 325/6 325/23
332/24 339/6 340/17
349/5 349/8 349/15
361/4 366/6
you [755]
you'll [6] 321/4 321/23
324/1 356/22 359/14
361/5
you're [2] 319/11
344/17
your [33] 319/10 323/6
323/10 324/9 324/24
328/14 331/2 331/3
332/6 336/14 340/23
341/24 342/11 343/13
343/20 345/10 345/24
348/10 349/6 354/3
358/18 359/3 359/8
359/25 360/2 365/13
366/7 367/17 367/23
367/25 368/19 372/12
372/20
yours [1] 325/7

**Z**

Zoom [1] 316/18