

April 4, 2016

Rehab Mohamed
7110 Fairchild Dr. Apt. #201
Alexandria, VA 22306

Dear Rehab:

On behalf of The Society for Human Resource Management (SHRM), I am pleased to extend to you an offer of employment as Specialist, e-Learning Products. This position reports to Jen Walsh, Manager, e-Learning Products. Your total rewards package includes: Compensation at a biweekly rate of $2,307.70 which is $60,000.00 per year on an annualized basis. SHRM's Incentive Compensation Plan is a bonus plan paid at the discretion of SHRM that is based on organization and individual performance. If awarded, the current annual incentive plan would provide you with a target payout of 5% of your actual earnings during the year, and will be prorated for 2016. You must be a full-time, active employee at the time the bonus is paid in order to receive it. You are eligible for a merit review, in March of 2017 during the SHRM annual compensation review period. In addition to your compensation, you will be eligible to receive the benefits that are offered to all regular, full-time employees. These benefits are described in the enclosed materials.

Your effective date of employment will be Monday, April 18th, 2016. On your first day of work, please arrive at 9:00AM and ask for Jen Walsh. Please bring the appropriate documents as listed on the enclosed sheet on your first day. Your New Hire Orientation will be held on Tuesday, April 19th, 2016 from 10AM – 11:30AM in Library C conference room.

Your employment is contingent upon receipt of proof of eligibility to work in the United States, and a successful background check to the satisfaction of SHRM.

Just as you retain the right to resign, without notice or cause, SHRM has the same right with respect to termination. Your employment is at will and is for no definite term, regardless of any other oral or written statement by any SHRM officer or representative. If you understand and accept these terms, please sign and return one copy of this letter to our Human Resources Department by Tuesday, April 12th, 2016. An envelope is enclosed for your convenience.

We believe SHRM is an outstanding organization with a capable, dedicated staff. We anticipate that you will become a valuable, enthusiastic member of our team.

Welcome to the Society for Human Resource Management!

Sincerely,

Bettina A. Deynes, MBA, MIM
SHRM-SCP, IPMA-CP
Vice President, Human Resources & Diversity

I agree to the terms of the offer as described above. I understand that SHRM is an "employment-at-will" employer and understand that this letter is not to be construed as an employment contract.

I, _Rehab Mohamed_____, hereby accept this offer of employment as Specialist, e-Learning Products.

Signed: _____ Date: _4/13/16_ Start Date: _4/18/2016_

1800 Duke Street  ▪  Alexandria, VA 22314-3499  ▪  +1.703.548.3440  ▪  +1.703.548.6999 TTY/TDD  ▪  shrm.org

**SHRM 0375**