Confidential 2018-cb1852BH0b4b9d00collbase45nh E0k5et 5b5048B0260X02850b0seagle of
CONFIDENTIAL



**SOCIETY FOR HUMAN**
**RESOURCE MANAGEMENT**

June 22, 2018

Rehab Mohamed
1202 S. Washington Street #110
Alexandria, VA 22314

Dear Rehab,

We would like to notify you that your position with SHRM will be changing, which will lead to a change in your job duties and responsibilities. Effective July 2, 2018, your position will be Instructional Designer. This is an exempt position and your job description is enclosed with this letter. You will continue to report to Kim Lang, Manager, Instructional Design.

Your base salary compensation will remain the same. You will continue to be eligible for SHRM's Annual Incentive Plan, which is paid at the discretion of SHRM and is based on organization and individual performance. If awarded, your Annual Incentive Plan payout will be calculated based on incentive eligible earnings in 2018. You must be an active regular employee at the time the incentive is paid in order to receive it. Your next merit review will be during the 2019 annual salary review period.

Please sign and return this letter and your new job description to Human Resources by June 29, 2018. The signed documents will be stored in your employee file. Please keep the second copy of this letter for your records.

Your employment with SHRM remains at-will, and nothing in this letter is to be construed as an employment contract.

Thank you for your continued contributions to SHRM. We wish you much success in your new role.

Sincerely,


Emily M. Dickens
Chief of Staff

I acknowledge receipt of this letter.

Signed: _____ Date: _7/2/2018_____
Rehab Mohamed

EXHIBIT A-3

CONFIDENTIAL
MOHAMED 000354