CONFIDENTIAL



SOCIETY FOR HUMAN
RESOURCE MANAGEMENT

January 29, 2020

Ruby Mohamed
901 Sherman St.
Denver, CO  80203

Dear Ruby:

I would like to congratulate you on your promotion to a new position at SHRM.  Your new position title is Senior Instructional Designer and you will report to Carolyn Barley, Manager Instructional Design.  Your compensation is at a bi-weekly rate of $3,076.93 which is $80,000 per year on an annualized basis.  If awarded, your annual incentive plan payout will be prorated and calculated based on incentive eligible earnings for 2020.   You must be an active employee at the time the bonus is paid in order to receive it.  The effective date of this change will be Monday, February 10, 2020.

Two confirmation letters and job description are enclosed.  Please sign one copy of each and return to Heather Whitman in Human Resources for your file.  The second set is for your records.

Thank you for your continued contributions to SHRM.  We wish you much success in your new role.

Sincerely,

Sean T. Sullivan
Chief Human Resources Officer

I agree to the terms of the offer as described above. I understand that SHRM is an "employment-at-will" employer and understand that this letter is not to be construed as an employment contract.

I, _Rehab Mohamed____, hereby accept this offer of employment as Senior Instructional Designer.

Signed: _____     Date: 01/31/2020     Start Date: 01/31/2020

1800 Duke Street   ▪   Alexandria, VA 22314-3499   ▪   +1-703-548-3440  +1-703-535-6490 Fax  +1-703-548-6999 TTY/TDD   ▪   www.shrm.org

EXHIBIT A-4