

# Employee Action Form

| | | | |
|---|---|---|---|
| **New Hire Data** | | | |
| Employee Name | Ruby Mohamed | Hire Date | 2/10/2020 |
| Rehire | N/A | Orientation Date | N/A |
| Temp to Perm | N/A | | |
| Employee Replacing | Geneva Dampare | Recruiting Range | |
| Referral Bonus Eligible | No | Min: | $72,000.00 |
| Referral Name | N/A | Mid: | $90,000.00 |
| Sign-On Bonus $ | N/A | Max: | $96,000.00 |

| | | | |
|---|---|---|---|
| Employee Name | Ruby Mohamed | Employee ID | 832356 |
| Change Action Reason | Promote - Promotion | Effective Date | 2/10/2020 |

| **Employee Data** | Current Data (If Existing EE) | New Hire Information/Change Request |
|---|---|---|
| Job Code | 1076 | 1075 |
| Job Title | Instructional Designer | Sr Instructional Designer |
| Company Code | 412 | SHRM |
| Manager Name | Morris, Jeanne | Carolyn Barley |
| Division Name | Global Development | Global Development |
| Department Name | Ed Prgms General | Ed Prgms General |
| Employee Type | Regular Full-Time | Regular Full-Time (ARF) |
| Pay Rate | Salary | Salary |
| Location | Regional | Regional |
| State | Colorado | Colorado |
| Benefit Eligibility | SFT | Salary F/T (SFT) |
| Direct Reports | No | |
| (If Yes, List Names Of All Direct Reports) | N/A | |

| **Compensation** | Current Data (If Existing EE) | New Hire Information/Change Request |
|---|---|---|
| Job Family | Education | Education |
| Job Level | Specialist | Sr Specialist |
| FLSA | Exempt | Exempt |
| Annual | $65,856.70 | |
| Bi-Weekly/Hourly Rate | $2,532.95 | |
| **New Exempt Salary Information** | | |
| Annual | | $80,000.00 |
| Bi-Weekly Rate | | $3,076.93 |
| ADP Annual Value | | $80,000.18 |
| **New Non-Exempt Salary Information** | | |
| Salary Amount | | |
| Hourly Rate | | $0.00 |
| ADP Annual Value | | $0.00 |

EXHIBIT A-5

SHRM 0253