CONFIDENTIAL

# JOB DESCRIPTION



## JOB TITLE: Senior Instructional Designer

## POSITION ATTRIBUTES & SPECIFICATIONS

| | COMPLETED BY HUMAN RESOURCES |
|---|---|
| JOB CODE | 1075 |
| JOB FAMILY | Education |
| JOB LEVEL | Senior Specialist |
| JOB FLSA STATUS | Exempt |
| DIVISION | Global Development |
| DEPARTMENT | Ed Prgms General |

| SUPERVISION | COMPLETED BY SUPERVISOR |
|---|---|
| SUPERVISOR (List position title only) | Manager, Instructional Design |
| SUPERVISOR RESPONSIBILITY (If yes, list all positions that report to this position) | No |
| DIRECT REPORTS (List position titles only) | N/A |

## POSITION SUMMARY

COMPLETED BY SUPERVISOR

The Senior Instructional Designer is responsible for the development and delivery of SHRM's eLearning and Seminar product portfolio directed to both organizations and HR professionals. These products help HR professionals develop their skills, competencies, and in turn, support the advancement of the HR profession. In this capacity, the Senior Instructional Designer conducts analyses and audits to assess customer needs and designs, develops and enhances new and existing education programs. Using instructional design methodologies and adult learning principles, the Senior Instructional Designer leads the development of eLearning, virtual, classroom, and blended programs for both domestic and global audiences.

2

CONFIDENTIAL
MOHAMED 000373
EXHIBIT A-6

CONFIDENTIAL

MOHAMED 000374

CONFIDENTIAL

## POSITION RESPONSIBILITIES & DUTIES COMPLETED BY SUPERVISOR

Designs and develops new education programs and products including materials to support eLearning, instructor-led seminars, virtual Instructor-led seminars, and blended learning opportunities.

Creates project plans including summary, content outline, design approach, and timeline.

Uses a project management tool to create projects and tasks, track time on projects, and deliver projects in a timely manner. Manages multiple time-sensitive projects.

Designs and develops appropriate discussions, activities, and interactive concepts to enhance learning.

Collaborates with internal stakeholders regarding program features, overview, outline, and learning objectives for marketing and pricing purposes.

Interviews Subject Matter Experts (SMEs) during the analysis and development lifecycle for their input and review.

Conducts annual audits of eLearning products and seminars to determine necessary updates. Redesigns and updates current programs to reflect new laws and changes in the workplace. Informs appropriate departments of new features/content for inclusion in brochures and advertising materials.

Makes recommendations on how our programs can be tailored to provide custom solutions for corporate clients.

Researches current and emerging learning and development trends and technologies to stay current in the field of instructional design.

Uses learner, SME, and peer feedback to improve course effectiveness.

Applies adult learning principles, theories, and practices when designing and developing content, to ensure adult learners are engaged, retain content, and implement what they learned to improve their own, and their organization's performance.

Coaches and mentors junior designers/specialists.

Other duties as assigned.

CONFIDENTIAL

MOHAMED 000375

CONFIDENTIAL

MOHAMED 000376

CONFIDENTIAL

# POSITION REQUIREMENTS

| EDUCATION | COMPLETED BY SUPERVISOR |
|---|---|
| REQUIRED | Bachelor's degree in Education, or a related field. |
| PREFERRED | Master's degree in Instructional Design, Education, Educational/Instructional Technology, or a related field. |

| CERTIFICATION | COMPLETED BY SUPERVISOR |
|---|---|
| SHRM-CP/SHRM-SCP preferred. | |

| EXPERIENCE | COMPLETED BY SUPERVISOR |
|---|---|
| REQUIRED | 5 years of experience designing Virtual Instructor-Led, Web-Based Asynchronous, and Classroom Instructor-Led Training. |
| PREFERRED | Experience in developing education programs for private or public-sector organizations; Practical knowledge or hands-on experience in Human Resources. |

| SKILLS & ABILITIES | COMPLETED BY SUPERVISOR |
|---|---|
| REQUIRED | Proficient with Microsoft Office Word and Excel for analysis and design documents, PowerPoint for seminar development. Proficient with Adobe Connect (or similar platform) for virtual seminars, and Adobe Creative Suite for graphics editing. Proficient with Articulate Storyline (or other eLearning authoring tools) for eLearning development. Strong attention to detail. Ability to effectively listen, understand business requirements and translate them into products. Team player with a strong work ethic and collaboration skills. Effective written and oral communication skills. |
| PREFERRED | Proficient in executing all stages of the instructional design process - analysis, design, development, implementation, and evaluation - with an emphasis on new development and redesign. Ability to design and develop experiential and transformational content for a variety of delivery methods including classroom, eLearning, and virtual synchronous (via virtual delivery platforms). |

4

MOHAMED 000377

CONFIDENTIAL

MOHAMED 000378

Collaterals-2010-00345BHBHHX0xxbbbxbbbh42f4bd-fbff-0000-00000-00bbb0bxxxgg9-ef
CONFIDENTIAL

## DEPARTMENT SUMMARY

The Educational Programs Department supports SHRM's mission and strategic goals through the development and delivery of professional development programs to a global and domestic audience. This department is focused on building and sustaining educational partnerships with human resource and other workplace professionals by providing educational offerings to individuals and corporate members across professional experience levels, business sectors, and HR competencies. To enhance relationships with corporate clients, this department also provides discounts and opportunities for organizations to increase their total professional development value.

## PHYSICAL REQUIREMENTS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| | |
|---|---|
| ☒ | Regularly required to sit; talk and hear, use hands to type, file, handle or feel. The employee is frequently required to reach with hands and arms. Occasionally required to stand; walk and stoop, kneel, crouch, or crawl. Visual acuity to use a keyboard, prepare and analyze data and figures; transcribing, viewing a computer terminal; extensive reading. |
| ☐ | May require ordinary ambulatory skills sufficient to visit other locations; or the ability to stand, walk, lift, carry and move light to medium weight. Requires good hand-eye coordination, arm, hand and finger dexterity, including ability to grasp, and visual acuity to use a keyboard, operate equipment and learn technical information. |
| ☐ | This position is very active and requires standing, walking, bending, kneeling, stooping, crouching, crawling, and climbing all day. Visual acuity requirements include close vision, distance vision, color vision, peripheral vision, depth perception and ability to adjust focus. |
| ☒ | Light lifting is required. Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force to constantly move objects. |
| ☐ | Moderate lifting is required. Exerting up to 50 pounds of force occasionally, and/or up to 30 pounds of force frequently, and/or up to 10 pounds of force to constantly move objects. |
| ☐ | Heavy lifting is required. Exerting up to 100 pounds of force occasionally, and/or up to 50 pounds of force frequently, and/or up to 20 pounds of force to constantly move objects. |

5

MOHAMED 000379

CONFIDENTIAL

MOHAMED 000380

CONFIDENTIAL

## WORK ENVIRONMENT <span>COMPLETED BY SUPERVISOR</span>

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

| | |
|---|---|
| ☒ | Work is regularly performed in a professional office environment and routinely uses standard office equipment. |
| ☐ | Work is regularly performed in a combination of office and conference settings and routinely uses standard office equipment. |
| ☐ | Work is regularly performed in a warehouse setting and routinely uses standard office equipment and standard warehouse equipment. |
| ☒ | Work is regularly performed in a combination of home office and conference settings, and routinely uses standard office equipment. It may require the maintenance of home office and proximity to an airport for work related travel. |
| ☐ | This job requires occasional travel 0-10%. |
| ☐ | This job requires moderate travel 20-30%. |
| ☐ | This job requires frequent travel 50% or more. |

6

CONFIDENTIAL

MOHAMED 000381

CONFIDENTIAL

MOHAMED 000382

**DOCUMENT REVIEW**

Prepared by: Carolyn Barley

Human Resources Approval: Virginie Perret-Wilson

Approved date: 6/19/2018

Revised date: 11/13/2019



| | |
|---|---|
| | 01/31/2020 |
| Employee Signature | Date |

*SHRM is an equal opportunity employer (Minority/Female/Disabled/Veterans).*

*If you need reasonable accommodation for any part of the employment process due to a physical or mental disability, please send an email to: accessibility@shrm.org or TDD (703-548-6900)*

*The statements in this job description are intended to describe the general nature and level of work being performed by incumbent(s) assigned to this classification. They are not intended to be construed as an exhaustive list of all responsibilities, duties, and skills required of personnel so classified. This job description does not constitute a contract of employment. This position is for at-will employment. This job description is subject to change at any time.*

7