<div style="text-align:center; color:red;">**CONFIDENTIAL**</div>

<div style="text-align:right; color:blue;">**EXHIBIT A-10**</div>

9/24/2020

Dayforce

## 2020 SHRM Review #1

SHRM

| | |
|---|---|
| Employee: | **Mohamed, Rehab** |
| Title: | **Sr. Instructional Designer** |
| Manager: | **Barley, Carolyn** |

Period:   1/1/2020 - 4/30/2020     Review Completed Date:   5/21/2020

Barley, Carolyn's Avg. Rating   **Use Individual Ratings (No Overall Average)**

## Performance Review

Sectional Weight
**100 %**

Carolyn's Avg. Rating
**Use Individual Ratings (No Overall Average)**

**JOB: How effective was this individual in performing their assigned tasks, duties, and responsibilities?**

Manager's Answer

**Solid Performer**

**MISSION: How effective was this individual in living SHRM's mission, vision, and organizational objectives?**

Manager's Answer

**Solid Performer**

**CULTURE: How effective was this individual in living SHRM's guiding principles?**

Manager's Answer

**Role Model**

**EFFORT: How effective was this individual in contributing above and beyond their assigned role and responsibilities?**

Manager's Answer

**Solid Performer**

**What were key accomplishments for the individual from this review period?**

Manager's Answer

During the first half of 2020, here are a few notable contributions you made:

1.   Your design and initial development of Digital HR program has been complete, accurate, creative and well executed. You were flexible when COVID-19 raised the question of pivoting the program to focus on the critical need for technology to sustain business. Your collaborative openness has been at the forefront throughout the development of this program. You have been receptive to feedback and focused on creating an innovative program.

2.   You continue to be smart and curious when we face challenges with Docebo. When the HR Department of One Specialty Credential was unexpectedly not registering completions, you stepped in to jump in and figure out a resolution. And, when the resolution wasn't a quick fix, you boldly stuck with it to ensure our customers have the best access and treatment possible. This is your normal and it is noticed.

3.   As you transitioned into your new role as a Senior Instructional Designer, you jumped into the new expectation of carrying additional side projects. You have supported and continue to support a vendor developing Compliance and Employment Law program. You made yourself available to the vendor and supported his needs to collaborate. In projects like these, I'd like you to continue to take more ownership by setting the communication cadence with the vendor and providing updates proactively to leadership.

4.   Your efforts and contributions on the PMQ also should be noted. Your reviews of the content from design to storyboards to draft products were valuable and essential to creating a world-class product. The extra time spent keeping up with the pace to meet deadlines is greatly appreciated.

**What were opportunities for development for the individual from this review period?**

Manager's Answer

Your professional development and growth are important to me, so let's please keep conversations going about your career goals, so we can achieve them together. Some thoughts and observations include:

1.   As a Senior Instructional Designer and having experience at SHRM, the organization greatly benefits from your creativity and institutional knowledge. As you continue to grow in your design experience, you'll be able to balance those pieces against timelines for improved efficiency and business impact.

2.   As you focus your professional development in growing your instructional design skills, keep exploring the technology implications but also continue to expand your foundational knowledge in visual design principles. For example, there is a brief LinkedIn Learning course called Power Design Principles for eLearning to start your thinking. It discusses the 6 principles of design. I also recommend doing research on the 6 design principles for eLearning (Multimedia, contiguity, modality, redundancy, coherence and personalization principles). Let me know how I can help. There a few good books but I'm sure you can find information online as well. Let's work together . Infusing these types of principles with your natural creativity will result in extremely powerful program.

3.   As PMQ's pilot occurs and the product is launched, SHRM would benefit from more internal resources to be able to support future revisions. Developing yourself in Adapt will make you an incredible asset to the PMQ and any future program created in this tool.

**Please provide additional feedback and information not captured above.**

Manager's Answer

"Ruby brought a lot of creativity and perspective to the PMQ development and was a strong partner in the CA HR updates – on the seminar, assessment and eLearning sides."

-Liz Lacey, Director, Education Programs, SHRM

**SHRM 0054**

Case No. 1:22-cv-01625-GPG-KAS Document 42-53 filed 08/04/23 USDC Colorado pg 2 of 2

## Approval Process

**Barley, Carolyn**
Review Submitted on 5/20/2020 6:53 AM

**Morris, Jeanne L**
Review Accepted on 5/20/2020 11:31 AM

## Signature

Employee:   Mohamed, Rehab                                Manager:   Barley, Carolyn

|                        5/21/2020         |                        5/21/2020         |
| Signature              Date              | Signature              Date              |

Mohamed, Rehab's Comments                                Barley, Carolyn's Comments

**SHRM 0055**