June 3, 2020

I was contacted via text from Jeanne Morris that Ruby shared concerns about my communication and management style. She would set up a time for the 3 of us to talk the following day.

I reached out to Ruby and asked what was wrong. She said she just had some things to share but would wait until the meeting.

June 4, 2020 – Ruby, Jeanne and Carolyn meeting

The meeting began with some small talk. Jeanne asked how we felt about Johnny's message at the SHRM Town Hall a few hours earlier. (background context – this was the week following George Floyd's murder and Johnny addressed some of SHRM's statement and position). I said I appreciated Johnny's message as usual – I like his leadership style. I didn't say much because I had no idea what this meeting was about.

Jeanne gave a brief intro to why we are here. Ruby shared some concerns and Jeanne felt it was important for her to share them with me. This meeting was not for me to respond but for Ruby to be able to share her insights. I said ok – happy to listen.

Ruby started by asking me what my management style was. I responded well I didn't prepare anything because I wasn't sure what this meeting was about. Am I supposed to be listening or should I respond? Jeanne said I could respond. Ruby's tone was accusatory, loud and confrontational. I was very upset – not only because of the lead in and build up without any knowledge what was going on – I also received a phone call about 1 hour before the call that I had a death in the family. Granted, I did not disclose that information because I hadn't slept worrying about what this meeting was about. Why did Ruby go to my supervisor? What on earth did I do to make her feel like she had to do that? I thought Ruby and I had a good dialogue, working relationship, etc.

The conversation continued in the pattern of Ruby making an accusation with an example and trying to force me to defend/agree/acknowledge. Every accusation, I tried to stay calm. I continually acknowledged her feeling, appreciated her for sharing, apologized for her feeling that way and any part I had in it. We didn't seem to get anywhere. Jeanne tried to keep the conversation focused on resolutions.

The summary of things I heard were:

- Micro-managing by asking to join meetings and being copied on emails
- Taking credit for her work
- Unfair deadlines among team
- Lack of support when she moved/unfairness on how I treated her vs a team member

In my response, I have very different views of each of these activities.

- I can only be fair if I know what is going on. For example, we were in communication of the specific days that the IWC Assessment was going to be available. I have given more than a month's notice with continued updates reminding Ruby of the time it would come. I asked if that timing was ok and if Ruby would block time on her calendar. We had a tight turn around so that we could get the assessment out given the SC was already out. The whole time Ruby confirmed no problem, this wasn't a challenge, etc. The assessment would be coming on the Wednesday/Thursday and we needed it as soon as possible. Monday of that week, Ruby submitted a leave request for Friday without any explanation, conversation, etc. I asked her about it before approving and asked if she was still ok to do the assessment and if Friday was essential. She just said yes she needed the day but she would make sure to complete the assessment. There was no mention of moving until just a couple weeks ago. Had I known it was for moving, we could have worked something out when I told her the timeline up front.

Jeanne messaged after the meeting to do some thinking and reflecting and we would revisit next week.

The following week in my one on one with Jeanne, I asked if Jeanne should be part of follow up conversations with Ruby. Jeanne said she didn't need to be and that actions were more important. I felt a convo was important, too. I am committed to making this better.

I scheduled time with Ruby and met on Friday, June 12.

June 12, 2020 – Carolyn and Ruby meeting.

- I thanked Ruby for taking the time to meet. I wanted to acknowledge her feelings. I let her know this was extremely important to me to understand more where she is coming from and more importantly talk about solutions that can help going forward.
- Some solutions include:
    - Asking team to send me their weekly updates on large and small projects so that I don't misrepresent their work.
    - ID Team review before Alpha.
    - A regular cadence for Ruby and I to meet.
- I proposed having a bi-weekly meeting for her to have a platform to talk to me about concerns and issues on projects. One issues was the micro-managing. I am still a little confused because one issue was that she didn't think I needed to be on meetings with SMEs yet she is also still telling me to come to one of these that is happening right now. At one point, Ruby made the statement, if I were a white male would you ask to be on those meetings? I said, what? I'm completely confused. What makes you think that and ask that about me? I'm on meetings with all of the team members and emails, etc. I'm not treating you any differently. Plus, we don't even have any males on our team so that is a big accusation without any facts.
- The other items will take time to show. I brought up the leave issue she had mentioned about Carrie vs. her. I shared that my from point of view there was a deadline she committed to and the leave was requested last minute. She still got the leave. She also still met her deadline. I'm confused about the unfair treatment. I also did not know why she needed last minute leave and only knew she moved well after that occurred. She said she's private and doesn't always share what is going on. I said well Ruby I can't help the situation if I don't know how you feel or what is going on.
- I was also confused because I thought we had a good relationship. I said I've been your manager basically for 6 months. I thought we had some great dialogue at the beginning of the year about what you wanted/didn't want. Set a good tone. You also got a promotion. We talked about expectations, what you needed from me/didn't need, etc. She said yes I agree but then right around when COVID-19 started and everyone went to telework I saw patterns start again.
- This started a different topic. I was confused – I asked her what patterns? I had only just started as your manager how could I have a pattern? She said oh you know from before – my experiences with other managers. Ruby began disclosing a situation she experienced with a prior manager, Liz Jackson and her supervisor, Christine Paradise. Ruby and I were on the same team under Liz for about 4 months. I had started in January 2018 and Liz left in April 2018. I was completely confused about what Ruby was sharing. She claimed that there was a discrimination lawsuit in the works and that Liz and Christine were forced to leave SHRM. This was the very first I ever heard about this. I was concerned and spoke with Ruby quite a bit to understand what happened. She insisted that I knew. I shared no I didn't – my experiences at that time were quite different. I got some folders from Liz and was surrounded with a lot of confusion about who I was now reporting to – not to mention I was still new. Then, during the transition, Kim Lang came in and asked me to a conference room. Stated, you now report to me and we need to discuss your eLearning programs. She continued to yell at me, tell me I had no idea what I was doing as a designer, she didn't know where I worked before but this level of work just isn't going to cut it, etc. I shared this info for Ruby

- to understand what was going on in my world at the time she claimed I was part of this other situation. I told Ruby I was sorry she experienced that before. I did share that knowing this background context is helpful for me going forward as her manager. I also said I couldn't be accountable for what others did.
- The conversation ended positively.

I followed up by email later that day:

**From:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Sent:** Friday, June 12, 2020 1:34 PM
**To:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Subject:** Follow Up

Hi Ruby –

Thank you for taking the time to talk with me this morning. I appreciate your raising your concerns with me about your experiences both with me and previous managers. While I can't be responsible for previous situations, it helps to have that context in your experience. We've already made some changes in project such as the Compliance and Employment Law program. We are also looking at different approaches across the team such as clarity on what to include in the weekly ID Team report. I'm confident that we can continue to work together and trust that we both do want the same goal(s).

As we discussed, I am going to schedule bi-weekly meetings for you and I to check in. I think this will help our communication.

I look forward to continue collaborating with you.

You are a great asset to the team and I want to position you for success.

Many thanks,
Carolyn

Ruby's response:




**RE: Follow Up**

Mohamed, Ruby
To Barley, Carolyn
Fri 6/12/2020 4:01 PM

Hi Carolyn,
I would like to thank you for being open to having this discussion with me. I believe this is a good step towards building a healthy relationship. I hope that sharing my experience under the previous management and the negative impact it had on me has demonstrated my openness, and helped explain the concerns I had when a similar pattern of behaviors began to surface under your management. While I understand that you can't be responsible for the previous situations, I am glad we could both agree that having good intentions alone simply cannot prevent these situations from happening again. That's why I truly appreciate that we were both willing to commit to being mindful of how our actions can impact others and to holding each other accountable with empathy. The changes already made regarding the management of the compliance program have made a big difference (a positive one 😊), which reassured me that we can achieve great things when working together.

I look forward to our bi-weekly meetings and to continue to collaborate with you and the team to build great programs!
Thank you and I hope you have a great weekend.
Ruby

Ruby Mohamed | Senior Instructional Designer
Educational Programs | Remote
Society for Human Resource Management
Ruby.mohamed@shrm.org | +1.703.535.6416
shrm.org

**From:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Sent:** Friday, June 12, 2020 1:34 PM
**To:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Subject:** Follow Up

I also spoke with Mike Jackson later that day on June 12 for advice. Ruby's accusations about race made me very concerned about it I needed to document anything. Most importantly, I did not think I was treating Ruby differently and very upset by the accusations.

Mike shared that I needed to document for myself what occurred. I also need to ensure I keep documentation going forward. As far as micro-managing, I do still need to manage her but ok to work on compromising on the points she raised. He agreed to keep conversations open with her. He also asked to be kept in the loop.

Friday, June 19, 2020

Ruby and I had a check in meeting. It seemed to go well on my end. We talked about projects. She seems clear on next steps with Lou and the compliance program. She has a solid plan of what to do. I've told her to let me know when I can help. I continue to offer resources as support if the two projects (compliance and digital HR) collide in timing. Someone else can help do workbooks, virtual layouts, etc.

We also spoke about her helping to coach and support Ebony. Jeanne brought this to my attention that Ruby was open to trying. We spoke about it. I shared thoughts on the flow of Succession Planning, background context with SMEs and instructors. I said I could follow up with Ebony so she's in the loop. Ruby advised and suggested that I don't and let Ruby just reach out to Ebony casually. She thought this would be better received. I agreed and told

her I completely trust her judgment. The goal here is to help Ebony get over the onboarding hurdle. We'll keep trying different things until we figure it out together.

June 18, 2020

Ebony and Ruby verbally disagreed about SHRM not honoring and giving June 19 as a holiday. The comment is that its sad that Johnny of all people should know better. SHRM was making yet another mistake. First Johnny's law enforcement support and now this.

June 30, 2020

This morning I emailed Ruby regarding the PMQ pilot decisions to follow up about a demographic concern across the characters. My email:

**From:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Sent:** Monday, June 29, 2020 10:24 PM
**To:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Subject:** PMQ Pilot Feedback - Demographics

Hi Ruby -
I wanted to follow up regarding the comments you saw in the feedback about demographic concerns (too many white males in authority) in PMQ. I did a review of the program and came up with the attached demographic spread by Friend across the program. For many of the supporting cast, it is a judgment call based on image.
What are your thoughts based on the comments you saw?
I wanted to get your opinion before circulating with the larger group 😊
Best -
Carolyn

Carolyn Barley | Manager, Instructional Design
Education Programs | Losey 4W04
Society for Human Resource Management
Carolyn.Barley@shrm.org | +1.703.535.6213 | +1.717.940.5487 M

More exchanges:

**From:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Sent:** Tuesday, June 30, 2020 8:02 AM
**To:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Subject:** RE: PMQ Pilot Feedback - Demographics

Hi Ruby –
Ok, great. I appreciate you bringing those comments up.
Hope you have a great morning!
Best –
Carolyn

Carolyn Barley | Manager, Instructional Design
Education Programs | Losey 4W04
Society for Human Resource Management
Carolyn.Barley@shrm.org | +1.703.535.6213 | +1.717.940.5487 M

**From:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Sent:** Tuesday, June 30, 2020 7:47 AM
**To:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Subject:** RE: PMQ Pilot Feedback - Demographics

Hi there,
It appears to be a diverse group based on the demographic breakdown you shared. Thanks for checking.
Ruby

More exchanges:

CONFIDENTIAL

SHRM 0730

**From:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Sent:** Tuesday, June 30, 2020 8:34 AM
**To:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Subject:** RE: PMQ Pilot Feedback - Demographics

I always value your input. I don't recall saying just "join and listen". If I did, I'm sorry for that and definitely didn't mean to imply you shouldn't share your thoughts. You have been and definitely continue to be a critical member of the PMQ project.

Carolyn Barley | Manager, Instructional Design
Education Programs | Losey 4W04
Society for Human Resource Management
Carolyn.Barley@shrm.org | +1.703.535.6213 | +1.717.940.5487 M

**From:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Sent:** Tuesday, June 30, 2020 8:29 AM
**To:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Subject:** RE: PMQ Pilot Feedback - Demographics

I am glad you found my comments to be helpful. I know you instructed me during our last team meeting to just "join and listen" but I felt compelled to share my input.
Ruby

Ruby Mohamed | Senior Instructional Designer
Educational Programs | Remote
Society for Human Resource Management
Ruby.mohamed@shrm.org | +1.703.535.6416
shrm.org

After I hit send, I called Ruby as well. I was a little confused by her note and didn't think email was the best way to get to a resolution. She was extremely angry with me, yelled at me. She told me that I do nothing but disrespect her. I said that the intent of the team meeting regarding this point was that I would like her to join but that if she did not have time to review given other priorities it was ok if she just joined and participated. If she had time to prepare, great but if not, just joining would be great. I'm sure that leadership would direct some of the conversation but we can all contribute.

She disagreed that this is my intent. Says that I do nothing to value her. She cannot do anything to work this out but she can just focus on her work. I apologized that I offended her. It was not my intent. I value her, respect her and do think she does good work. I also said that I had no idea she was feeling this way. I only had a clue based on her email which came 3 days after the meeting. She said well I didn't want to bring it up. I said well Ruby I can't know if you don't tell me. I'm trying to change and show you that is not how I feel. I can't do that though. Sometimes we will also disagree. She said she talked with all 3 members of the ID team and they all agreed that my instruction was for her to just attend and listen only.

She was not open to talking more. I said we need to figure out something to help this situation. I am trying and will brainstorm to see if there is anything else we can try. We had our regularly scheduled check in later that morning. I asked if we should keep it. She said she had nothing left to say so I said I would move it. We then hung up. She also said she would email me a reply to document for the record what I said in the team meeting. This is her reply:



RE: PMQ Pilot Feedback - Demographics

Mohamed, Ruby
To Barley, Carolyn
Tue 6/30/2020 9:02 AM

Hi Carolyn,
During the team meeting, you have clearly instructed me to, first, feel free to skip the meeting because "big decisions" will be made. Second, if I decide to join the meeting, then I can feel free to "just join and listen", which is a clear implication that I shouldn't share my thoughts.
Just wanted to clarify the events that took place.
Best,
Ruby

Ruby Mohamed | Senior Instructional Designer
Educational Programs | Remote
Society for Human Resource Management
Ruby.mohamed@shrm.org | +1.703.535.6416
shrm.org

I immediately texted Jeanne and reached out to Mike Jackson. I will be speaking with Mike today at 11:30. Jeanne will be calling me. These quotes are extremely out of context and not at all the intent of the meeting.

**CONFIDENTIAL**     SHRM 0731

Also, note, since our meeting with Jeanne – I offered to not attend the calls with Lou. She insisted that I attend. I tried to give her a project to lead on tagging content. She declined and did not want the extra work. I have gone out of my way to compliment, encourage and try to demonstrate change.

I am not sure how to make this situation better. I enjoy my work and being part of SHRM's mission. I am really struggling with how I can do that successfully. I feel that anything I say is going to be criticized. It is borderline getting toxic. I'm just trying to have open collaborative dialogue and I'm being told that I am treating her unfairly. At this point, I'm going out of my way to compliment, encourage and validate and that does not seem to be working.

Met with Mike

- Suggested a facilitated conversation with HR and documenting.
- Follow up on Strengths finder with Bernee or Laurie (or coaching session to help with her transition as new in her role, frame it in the context of overall professional development resources).

Goal

- Common next steps between her and I
- Coaching for her as well on new position

July 14, 2020

Ruby made rather harsh comments in the Employee Engagement survey results debrief with Nick. I'm noticing a lack of accountability on her part.

July 16, 2020

In verbal team meeting and in email, Ruby is showing aggression toward Ann. In response to a light email from Ann, she responded questioning and dissecting individual words. The intent of Ann's email was to acknowledge and appreciate the team norm the manager has been requesting for over 8 months and Carrie and Ann are the only ones following. Ebony and Ruby did in April/May when reminded the last time but since then they have not. As a manager, asking the team to put current versions of the projects on the S drive is completely reasonable.

July 17, 2020

I had discussions with Jeanne regarding both Ebony and Ruby. She shared that there were challenges in the employee engagement individual contributor debrief meeting. She has asked Mike to facilitate a meeting with the members of the ISD team with Jeanne on Monday, July 20. I am not to attend. I expressed I was confused and concerned given so many conversations continue to occur without me present that seem to directly involve me. Jeanne and Mike both advised to let this meeting happen and then we would meet to discuss next steps.

July 20, 2020

I reached out to Ruby in the afternoon asking for her thoughts on Succession Planning content. I believed she had been coaching Ebony and was curious on her opinion of the draft Ebony sent. Ruby said she had a meeting soon but would connect with me after.

The ISD meeting occurred.

Ruby sent me a note immediately after saying she was not feeling well and could not connect. She would reach out to me the next day.

July 21, 2020

Ruby did not connect regarding Ebony. Ruby and Ebony both stopped replying to team emails and slack messages.

Jeanne, Mike and I had a follow up discussion. This was originally scheduled with Mike as a follow up to the facilitated discussion we had with Ruby. Jeanne had asked to join. In this meeting, they shared that Ruby made many accusations during the ISD team discussion. She and Ebony were both crying. Carrie and Ann both were supportive and had little constructive feedback – if any. Jeanne shared that Ruby said she will no longer work with Carolyn unless she apologies and admits that she had discriminated against her. I said I would not do that because its not true. This is getting out of hand. Mike said he was going to reach out to Bernee for coaching to figure out how to proceed.

July 22, 2020

I get a phone call from Jeanne. She shared that Ruby reached out to Nick and recused herself from the new PMQ project. She refuses to work with Carolyn until I admit her request. I believe Nick told her that she can be off the project but he is not going to discuss her relationship with me. Jeanne encouraged me to talk to Nick so he knew my truth.

I reached out to Nick and connected mid-day that day. I shared my concerns. He reassured me that rumors are not going to change peoples opinion of me. I said I get that but this is going on for some time now for me – over a month. I need to know what is happening because Ruby is spreading these accusations across Education. Nick told me that Ruby was talking to Sean per Johnny's request. Ruby also called Johnny the afternoon before.

I'm so upset, more and more about this situation. These accusations have no justification. Ruby is allowed to keep saying them and is damaging my character and reputation across SHRM. And, continues to be rewarded for it.

I am not sure how I can get passed this knowing a colleague can threaten me and not be held accountable.

July 24, 2020

I had my one on one with Jeanne. She encouraged me to be patient and that she values me on the team.

July 27, 2020

Ruby requested leave this morning for 8 days starting July 29. I approved but would like to address the short notice. It's a long amount of leave –I'm ok with it but the way Ruby goes about it is not right. But, I feel like I can't address these issues given her current ultimatum.

I reached out to Mike to find out what next steps are being taken. At this point, Ruby and Ebony are withdrawn from the team. From what I'm being told, Ruby is spreading accusations across SHRM about me. I am continued to being told to wait. Mike said Ruby spoke to Sean the Wednesday and Thursday before. He would connect with Sean when he returns from the ET retreat later this week.

Jeanne shared with me that she is connecting with Sean on Thursday. She said I am free to do so.

I am unsure what I am supposed to do. I'm feeling harassed or bullied by this situation.

July 30

Jeanne messaged me after speaking with Sean that she suggested he and I connect. I am happy to do so and reached out to Sean to coordinate a time on calendars.

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**SHRM 0733**

August 6

I spoke with Sean. Today was also Ebony's last day. I called Ruby and left a voicemail to call me about team updates at her convenience. I knew she was OOO but wanted to give her some updates. I communicated with Carrie and Ann as well.

August 7

I followed up with Ruby via email to connect with me about team updates.

Sean reached out to me because Ruby asked to meet with him. I let him know that I did not speak with Ruby yet but have left her messages that she hasn't responded to.

Sean advised that Ruby and I would be mediating with Bernée starting Monday.

August 8

Ebony sent an email that she left SHRM. The team all now knows.

August 10

Ruby reached out and we connected. I told her about Ebony. She was angry and wanted to know if she was fired or it was voluntary. I told her that I couldn't discuss the details since it was a personnel matter but we wish Ebony well on her next endeavors. She said fine, well if you can't answer my question than I don't have anything else to say.

Began mediation with Bernée.

August 17 – 21, Carolyn was OOO on a pre-planned vacation requested earlier in the year.

One on One on August 25 – lasted about 10 minutes.

Ruby jumped in immediately and said well is there an update to the deadlines given the emails and correspondences? I said I don't have any updates to the deadlines. She said so you mean that the deadlines are still 8/31? I said yes. She then got very snarky and ranting about she's told me that she shouldn't be held accountable for the vendor not doing his work. She saw my note about interviewing him but how can she know HR law and the legal implications to document. She needs the SME. She got even more of a tone saying you should know all this, you're a designer. (she went on for a bit). I said first, Ruby, could you please change your tone. Let's talk and focus on solutions. She snapped back that she didn't know she had a tone. I said no problem, I'm asking you to be aware so we can focus this conversation on updates and solutions. I questioned why we were waiting on Lou for documentation. I was just copied on a note last week while I was out asking him for content. I told her I was confused and that we shifted the roles so we wouldn't be waiting on Lou. I used Digital HR as an example – you would get the info from Deborah or any other SME from conversations or emails without waiting on documentation. She then said yes of course (again with tone). And that's what I emailed you . That's exactly how I was doing it with Lou for the first two modules. He gave me documentation and I made the modules. But for the last 3 he has stopped sending documentation. I said ok, now I'm confused, are you waiting on documentation or not. I would interview Lou to fill in gaps of how you are designing the program and ask him to review. I wouldn't wait for documentation. She then said so do you have any other updates for me regarding deadlines. I said Ruby are you asking me to change it? She said no, that's not what I'm saying. I just want to know if you have any updates on the deadlines for me. I said I don't have any updates right now. I was looking for updates from you to help

brainstorm solutions so you can keep your projects on track. She said she will just respond to my emails. She has communicated everything she needs to in emails. She then said thank you and hung up.

8/25 – Ruby notified me when she would need the editor for Digital HR. I've communicated before that we need advance notice to get on the editor's schedule. She is external. She said the materials would be ready by EOD 8/26. I should add that I had coordinate the editor 3 times previously per Ruby and then she did not deliver materials.

CONFIDENTIAL

SHRM 0735