**CONFIDENTIAL**

**A/C Privileged**

**EXHIBIT A-12**

**From:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Sent:** Friday, June 12, 2020 4:01 PM
**To:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Subject:** RE: Follow Up

Hi Carolyn,
I would like to thank you for being open to having this discussion with me. I believe this is a good step towards building a healthy relationship. I hope that sharing my experience under the previous management and the negative impact it had on me has demonstrated my openness, and helped explain the concerns I had when a similar pattern of behaviors began to surface under your management. While I understand that you can't be responsible for the previous situations, I am glad we could both agree that having good intentions alone simply cannot prevent these situations from happening again. That's why I truly appreciate that we were both willing to commit to being mindful of how our actions can impact others and to holding each other accountable with empathy. The changes already made regarding the management of the compliance program have made a big difference (a positive one ), which reassured me that we can achieve great things when working together.

I look forward to our bi-weekly meetings and to continue to collaborate with you and the team to build great programs!
Thank you and I hope you have a great weekend.
Ruby

**SHRM 0044**

**CONFIDENTIAL**

**Ruby Mohamed | Senior Instructional Designer**
**Educational Programs | Remote**
Society for Human Resource Management
Ruby.mohamed@shrm.org | +1.703.535.6416
shrm.org

---

**From:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Sent:** Friday, June 12, 2020 1:34 PM
**To:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Subject:** Follow Up

Hi Ruby –
Thank you for taking the time to talk with me this morning. I appreciate your raising your concerns with me about your experiences both with me and previous managers. While I can't be responsible for previous situations, it helps to have that context in your experience. We've already made some changes in project such as the Compliance and Employment Law program. We are also looking at different approaches across the team such as clarity on what to include in the weekly ID Team report. I'm confident that we can continue to work together and trust that we both do want the same goal(s).
As we discussed, I am going to schedule bi-weekly meetings for you and I to check in. I think this will help our communication.
I look forward to continue collaborating with you.
You are a great asset to the team and I want to position you for success.
Many thanks,
Carolyn

**Carolyn Barley | Manager, Instructional Designer**
**Education Programs | Losey 4W04**
Society for Human Resource Management
Carolyn.Barley@shrm.org | +1.703.535.6213 | +1.717.940.5487 M

**SHRM 0045**