**CONFIDENTIAL**

**EXHIBIT A-14**

| | |
|---|---|
| **From:** | Barley, Carolyn |
| **To:** | James-Rouse, La Tanya |
| **Subject:** | FW: Response to Complaint |
| **Date:** | Wednesday, December 9, 2020 12:21:52 PM |
| **Attachments:** | RMohamed Response 08312020.pdf |
| | image001.png |

**Carolyn Barley | Manager, Instructional Design**
**Education Programs | Losey 4W04**
Society for Human Resource Management
Carolyn.Barley@shrm.org| +1.703.535.6213 | +1.717.940.5487 M



**From:** Sullivan, Sean <Sean.Sullivan@shrm.org>
**Sent:** Monday, August 31, 2020 1:53 PM
**To:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Cc:** Schacht, Nick <Nick.Schacht@shrm.org>; Morris, Jeanne <Jeanne.Morris@shrm.org>; Barley, Carolyn <Carolyn.Barley@shrm.org>
**Subject:** Response to Complaint

Ruby:
As Nick had indicated in his email to you on Aug 21, I am following up in response to the complaint you have brought forward. I have included on this email distribution the same recipients as on Nick's email to you. My written response is attached and concludes the review of your complaint.

Respectfully,
Sean

**Sean T. Sullivan, SHRM-SCP | Chief Human Resources Officer**
Society for Human Resource Management
1800 Duke Street | Alexandria, VA 22314 USA
Sean.Sullivan@shrm.org | +1.703.535.6208
shrm.org

**SHRM 0042**

CONFIDENTIAL



**BETTER WORKPLACES**
**BETTER WORLD™**

800.283.SHRM (7476) | 1800 DUKE STREET, ALEXANDRIA, VA 22314 | SOCIETY FOR HUMAN RESOURCE MANAGEMENT

**Date:** August 31, 2020

**To:** Ruby Mohamed

**From:** Sean Sullivan

**Subject:** Response to Complaint of Discrimination and Retaliation

You have made a complaint of race discrimination and retaliation regarding your manager's treatment of you, citing concerns that you raised in early June and continuing through the present. Throughout this time, I, and members of my HR team (Mike Jackson, Bernée Long), and senior leadership (Jeanne Morris, Nick Schacht) have been involved in varying degrees to understand and respond to your complaint. Additionally, as we encourage all employees to do, you exercised SHRM's open door policy in reaching out to discuss your concerns with SHRM's CEO and President, Johnny C. Taylor, Jr.

I have reviewed the information and examples you've provided me and others, both in writing and from discussion. My team and I have also spoken with your manager and other people that you've referenced. I've also reviewed recent, relevant employment-related documents, including your promotion from specialist to senior specialist six months ago and your May 2020 performance review. Your manager, Carolyn Barley, advocated for your promotion in February, and conducted the May review, which I found to be positive in its characterization of your work and supportive in tone.

Based on a review of all of this information, I do not find a basis to support your complaint that you have been subject to race-based discrimination or retaliatory actions by your manager. The assertions that you made, when put in a fuller context of circumstances and information, are not found to be characterized as actions or decisions that your manager took or made on the basis of your race or the race of your colleagues. While SHRM stands by its policy of non-retaliation, I would also share that bringing forward a complaint does not shield a person from the routine responsibilities associated with their work tasks or the manager's responsibilities for directing those activities. In that regard, in what you have described as retaliatory actions, I found to be conventional supervisory communications and actions for managing the tasks of a staff member.

Clearly, though, the working relationship between you and Carolyn has been strained for several months. In an effort to find constructive resolution to that, earlier in August I assigned Bernée Long from my team to facilitate discussions between you and Carolyn. While Bernée reported last week that some progress had been made, she also noted that more work would be needed. All parties involved acknowledged that in the light of today's due dates for your work projects, it was best to put those efforts on hold last week.

While I find the matter of the complaint to be closed, this issue of the working relationship remains unresolved and subject to further consideration.


SHRM.ORG

**SHRM 0043**