**CONFIDENTIAL**

**EXHIBIT A-15**

**Subject:** Next Week
**Date:** Friday, August 7, 2020 at 4:53:45 PM Eastern Daylight Time
**From:** Sullivan, Sean <Sean.Sullivan@shrm.org>
**To:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**CC:** Long, Bernée E. <Bernee.Long@shrm.org>

Ruby:

I am sorry we weren't able to speak today. I wanted to let you know what to expect for next Monday. I've asked Bernée Long, Director, Organizational Learning and Talent Development, to facilitate and mediate discussions with you and Carolyn Barley in an effort to determine a path forward. I have not identified an outside facilitator with right skill set to take this on or take this on in a timely manner. Bernée has extensive mediation experience and expertise and while I've been reluctant to pull her away from other work, I also believe it's important that we pull Bernée into this for next week.

Please watch for meeting notices for Monday morning to kick this off.

Sean

**Sean T. Sullivan, SHRM-SCP | Chief Human Resources Officer**
Society for Human Resource Management
1800 Duke Street | Alexandria, VA 22314 USA
Sean.Sullivan@shrm.org | +1.703.535.6208
shrm.org

**SHRM 0049**