UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01625-GPG-SKC

_____

REHAB MOHAMED,

     Plaintiff,

vs.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

     Defendant.

_____

VIDEOCONFERENCE DEPOSITION OF SEAN THOMAS SULLIVAN

APPEARING REMOTELY

_____

Thursday, June 15, 2023

8:54 a.m.

PURSUANT TO NOTICE and the Federal Rules of Civil
Procedure, the above-entitled deposition was taken via
Zoom, on behalf of Plaintiff, before K. Michelle Dittmer,
Registered Professional Reporter and Notary Public within
Colorado.

```
 1    APPEARANCES:  (VIA VIDEOCONFERENCE)

 2    ON BEHALF OF THE PLAINTIFF:

 3              HUNTER A. SWAIN, ESQ.
              Swain Law, LLC
 4              1490 North Lafayette Street, Suite 303
              Denver, Colorado 80218
 5              Phone: 720-815-5281
              Email: hunter@swainemploymentlaw.com
 6

 7              ARIEL B. DeFAZIO, ESQ.
              Lowrey Parady Lebsack, LLC
 8              1490 North Lafayette Street, Suite 304
              Denver, Colorado 80218
 9              Phone: 303-593-2595
              Email: ariel@lowrey-parady.com
10

11
      ON BEHALF OF THE DEFENDANT:
12

13              KAITLIN I. SPITTELL, ESQ.
              Hall & Evans LLC
14              1001 17th Street, Suite 300
              Denver, Colorado 80202
15              Phone: 303-628-3300
              Email: spittellk@hallevans.com
16

17    Also Present:  Ruby Mohamed

18

19

20

21

22

23

24

25
```

```
 1                      I N D E X

 2    EXAMINATION                                    PAGE

 3    June 15, 2023

 4

 5    By Mr. Swain                                      4

 6

 7    EXHIBITS                               INITIAL REFERENCE

 8
      Exhibit 61    Email chain, top email to Sean Sullivan  59
 9                  from Bernée Long, dated 8/21/20
                    (SHRM 0459 - 0463)
10
      Exhibit 62    8/7/20 Email to Ruby Mohamed from Sean  112
11                  Sullivan
                    (SHRM 0049)
12
      Exhibit 63    Email chain, top email to Sean          126
13                  Sullivan and Bernée Long from Mike
                    Jackson, dated 8/21/20
14                  (SHRM 0418 - 0428)

15    Exhibit 64    Typed-up notes entitled "Call between   152
                    Sean Sullivan and Ruby Mohamed"
16                  (SHRM 0575 - 0579)

17    Exhibit 65    Typed-up notes entitled "7/23/2020      154
                    Call with Sean Sullivan and Ruby
18                  Mohamed"
                    (SHRM 0566 - 0569)
19

20

21

22

23

24

25
```

```
 1   PRIOR MARKED EXHIBITS:

 2   16                                                      140

 3   17                                                      136

 4   24                                                      115

 5   27                                                       60

 6   37                                                       67

 7   49                                                      112

 8   50                                                      147

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case No. 1:22-cv-01626-PGG-KAS Document 40-3 filed 08/04/23 USDC Colorado pg 5 of

```
 1                   P R O C E E D I N G S
 2                    SEAN THOMAS SULLIVAN,
 3      having been first duly sworn, was examined and
 4      testified as follows:
 5                        EXAMINATION
 6      BY MR. SWAIN:
 7             Q.   Good morning, Mr. Sullivan.  We met off
 8      the record a few minutes ago.  My name is Hunter Swain.
 9      I am one of Ruby Mohamed's attorneys.
10                  Can you state your full name and spell it
11      for the record.
12             A.   Certainly.  Sean Thomas Sullivan, S-e-a-n,
13      T-h-o-m-a-s, S-u-l-l-i-v-a-n.
14             Q.   What is your home address, Mr. Sullivan?
15             A.   21573 Burnt Hickory Court, Broadlands,
16      Virginia 20148.
17             Q.   Where is Broadlands, Virginia, by the way,
18      in relation to DC?
19             A.   So it's about 40, 45 minutes northwest of
20      DC.  It's about 15 minutes northwest of Dulles Airport.
21             Q.   Okay.
22             A.   Yeah.
23             Q.   Have you ever had your deposition taken
24      before?
25             A.   I have not.
```

Case No. 1:22-cv-01525-SPB-CAS Document 40-83 Filed 08/04/23 USDC Colorado pg 6 of 188

```
 1              Q.   I will go through some of the ground rules

 2    just to make sure that we're on the same page about how

 3    today will work.  Okay?

 4              A.   Thank you.

 5              Q.   So you've been sworn in and you're under

 6    oath, and you understand that willfully not telling the

 7    truth under oath is a crime called perjury, correct?

 8              A.   Correct.

 9              Q.   Everything we say today is being

10    transcribed by Ms. Dittmer, and so the way that today

11    will unfold is somewhat different than a normal

12    conversation to ensure that we've got a clear record of

13    the deposition.

14                   One of the ways it will be different is

15    you and I need to take special care not to speak over

16    each other so Ms. Dittmer can get a clear record of what

17    you're saying and what I'm saying and what Ms. Spittell

18    is saying.

19                   Understood?

20              A.   Yes.

21              Q.   Because in a normal conversation, we tend

22    to speak over each over and folks understand what each

23    other is saying, but we need to know -- we need to have

24    complete sentences instead of, you know, half of a

25    sentence and then a word and then the other half.
```

Case No. 1:22-cv-01626-PBG-KAS Document 40-3 filed 08/04/25 USDC Colorado pg 7 of
pg 7 188

         1                 And then similarly, I will ask you to wait

         2    until I'm finished asking my question for you to answer,

         3    even if you think you know what the question is.

         4                 Understood?

         5         A.    Yes.

         6         Q.    And I'll do my best not to start asking

         7    another question while you are still talking.

         8                 There's another added challenge of

         9    Ms. Dittmer transcribing everything we say, which is that

        10    you need to take special care to give answers like "yes"

        11    or "no" instead of "uh-huh" or "huh-uh," which is another

        12    thing that we tend to do in less formal conversations.

        13                 Does that make sense?

        14         A.    Yes.

        15         Q.    So at times, you know, if you forget and

        16    say "uh-huh," I might say, "Was that a yes?"  And I'm not

        17    doing that just to be rude, but just to make sure that we

        18    have a clear record.

        19                 Okay?

        20         A.    Yes.

        21         Q.    If you need a break, just let me know.

        22    You know, this is not an endurance test to see how long

        23    you can go without going to the bathroom or anything like

        24    that.  And I may say at times, "Okay, let's take a quick

        25    break."

Case No. 1:22-cv-01616-PGG-KAS Document 40-3 Filed 08/04/23 DC USDC Colo page 8 of pg 8 188

1                    All right?

2                    You are on Eastern Time, correct?

3          A.    Yes.

4          Q.    So that means it's almost 11:00 where you

5     are.  I want to make sure that we take a break for you to

6     have some lunch, so when do you think might be a good

7     time to do that?

8          A.    So thank you.  I'm -- I would say probably

9     anytime between 12:00 and 12:30.  And I'd be happy, you

10    know, if we're in the middle of a stream of questions it

11    just makes sense to conclude, I can certainly wait until

12    12:30.  So perhaps sometimes in -- sometime in that

13    window, Hunter, where it seems like there may be a

14    natural break, I'd be happy to take it.

15         Q.    Understood.

16                If you're feeling your stomach rumbling

17    and you think it's a good time to break and I haven't

18    brought it up, just let me know.

19         A.    Thank you.

20         Q.    And on a related note, if you do need to

21    take a break, I will ask you not to request one while

22    there's a question pending.  If I've asked a question, we

23    need to make sure that you've completely answered it

24    before you request a break.

25                Make sense?

```
 1              A.   Yes.

 2              Q.   Ms. Spittell will probably object to some

 3    of my questions.  When she objects, the purpose of doing

 4    that is to make a clear record that she found something

 5    about the question objectionable.  But you still need to

 6    answer the question unless she instructs you not to

 7    answer the question.

 8                   Does that make sense?

 9              A.   Yes.

10              Q.   And you'll have an opportunity to review

11    the transcript once Ms. Dittmer has completed preparing

12    it and make corrections.  The purpose of doing that is to

13    correct stenographical errors or if you genuinely

14    misspoke about something; not to change the substance of

15    your testimony.

16                   Agreed?

17              A.   Yes.

18              Q.   Are you currently employed, Mr. Sullivan?

19              A.   Yes, I am.

20              Q.   And where are you employed?

21              A.   I am employed at the National Electrical

22    Manufacturers Association, also known as NEMA.

23              Q.   And generally, what does NEMA do as an

24    organization?

25              A.   It is a professional trade association
```

Case No. 1:22-cv-01832-CPC-KAS Document 40-16 Filed 08/04/23 DC Colorado pg 10 of 188

 1    representing manufacturers of elec- -- who are in the

 2    electro industry.

 3              Q.    What is your job title at NEMA?

 4              A.    Vice president of human resources.

 5              Q.    And generally, can you describe what that

 6    position entails in terms of your duties?

 7              A.    Yes.  So I think of it in terms of two

 8    buckets, Mr. Swain.  The first is the employee

 9    experience, so everything from applicants and candidates

10    who apply for our jobs, the hiring process and working

11    with hiring managers, right through the talent management

12    while people are with us.

13                   And then, of course, the process of

14    separating or retiring for employees.  So I look at it as

15    the full life cycle employee experience that's under my

16    responsibility.

17                   And the other part is to represent the

18    needs of human capital, strategy, and priorities in terms

19    of the overall business strategy for NEMA.

20              Q.    Who do you report to?

21              A.    I report --

22              Q.    Go ahead.

23              A.    I report to the CEO, the chief executive

24    officer and president of NEMA.  And that is Debra

25    Phillips.

```
 1                Q.   Is there an individual with the title
 2      chief human resources officer at NEMA?
 3                A.   There is not.
 4                Q.   Okay.  So to me, it sounds like your role
 5      could be considered the equivalent of a chief human
 6      resources officer role at other organizations; is that
 7      fair to say?
 8                A.   Yes.
 9                Q.   How long have you occupied your current
10      role at NEMA?
11                A.   Since January 23 of this year, 2023.
12                Q.   And were you employed immediately before
13      you accepted the position at NEMA?
14                A.   No, I was not.
15                Q.   Were you self-employed or doing anything
16      professionally before you occupied that role?
17                A.   I was doing some occasional consulting
18      work, but no, otherwise not fully employed.
19                Q.   What's the most recent employment position
20      that you held before your current position at NEMA?
21                A.   That would be the chief human resources
22      officer position at SHRM, or the Society for Human
23      Resource Management.
24                Q.   Good.  And I was going to ask you if we
25      can agree to call it "SHRM" because "Society for Human
```

Case No. 1:22-cv-00685-CPCK-KAS Document 408-16 Filed 06/04/23 USDC Colorado pg 02

1     Resource Management" is somewhat of a mouthful.

2                    Is that okay?

3          A.    Yes, it is.

4          Q.    Okay.  And when did you leave your

5     position at SHRM?

6          A.    I left in February of 2022.

7          Q.    And so you had approximately one year in

8     between when you left SHRM and when you started NEMA that

9     you were not employed, correct?

10         A.    Yes.

11         Q.    And what was the position that you

12    occupied at SHRM before you left?

13         A.    That was the chief human resources officer

14    position.

15         Q.    And who did you report to -- and can -- do

16    you mind if I refer to it as "CHRO"?

17         A.    I do not mind.

18         Q.    Another lengthy phrase that we can

19    abbreviate, save ourselves some time.

20                    In your CHRO position at SHRM, who did you

21    report to?

22         A.    I reported to the CEO and president,

23    Johnny C. Taylor, Jr.

24         Q.    And was Johnny C. Taylor, Jr. the CEO of

25    SHRM the entire time that you worked at SHRM?

Case No. 1:22-cv-00035-GPG-KAS Document 083-16 filed 08/04/23 USDC Colorado pg 13
pg 13 of 188

```
 1              A.   Yes.
 2              Q.   When did you start working at SHRM?
 3              A.   I started working at SHRM early in 2019,
 4       so it would have been early February of 2019.
 5              Q.   And that means that you worked at SHRM for
 6       approximately three years, correct?
 7              A.   Yes.
 8              Q.   Did you hold your CHRO position at SHRM
 9       throughout your entire employment, or did you ever have
10       any other job titles at SHRM?
11              A.   I held the title of CHRO at SHRM the
12       entire time of my employment at SHRM.  I did not have any
13       other job title.
14              Q.   And I understand that you have decades of
15       human resources experience; is that correct?
16              A.   Yes.
17              Q.   I will not make you recount your entire
18       job history for me, but can you describe your experience
19       and qualifications generally as a human resources
20       professional?
21              A.   Yes.
22                   From an experience -- a work experience
23       perspective, I started my career working as an individual
24       contributor in what would be commonly referred to as HR
25       generalist roles.  And that was primarily at TRW, which
```

Case No. 1:22-cv-00635-CRC-KAS   Document 4083-16   Filed 08/04/23   USDC Colorado pg 04
pg 04 of 188                                                                        Page 14

 1    was subsequently acquired by Northrop Grumman.  And I

 2    moved into a director position at SAIC and took on

 3    subsequent roles of higher responsibility at SAIC.

 4                    From there, I moved to take on the lead HR

 5    role at Tufts Medical Center in Boston, and then I moved

 6    into the position at SHRM.

 7                    From an academic standpoint, my

 8    undergraduate degree is a liberal arts degree, but my

 9    master's degree was in public administration with a

10    concentration in human resources.

11                    During the course of my career, I have

12    been certified through SHRM as an HR professional.  My

13    first certification was in 2000.  In 2019, I recertified

14    because SHRM had a different certification.  It had

15    changed the nature of that certification in approximately

16    2015.  And prior to my joining SHRM, I wanted to make

17    sure I was current with that credential.

18                    Over the years, I've also taken a number

19    of different courses, both in person, as well as virtual

20    courses, on particular areas of human resources, learning

21    and expertise to keep up with my skills.

22              Q.    What year was it that you earned your

23    undergraduate degree?

24              A.    1986.

25              Q.    And what was the focus of that degree?

```
 1                    A.    That was a political science and American

 2       studies degree.

 3                    Q.    And what year did you earn your master's

 4       degree?  And you said it was in public administration?

 5                    A.    Yes.  So I earned that degree in 1988.

 6       It's a master's in public administration.

 7                    Q.    And you indicated that your career in

 8       human resources started in a role that would be

 9       equivalent to a human resources generalist, correct?

10                    A.    Yes, that's correct.

11                    Q.    Approximately what year was that that you

12       started in that role?

13                    A.    So that started in 1988.

14                          And if I may, Hunter, if I could modify

15       the record or correct the record, my very first job out

16       of my public -- out of my master's degree program was

17       with the Internal Revenue Service in a human resources

18       capacity.

19                    Q.    So -- and was that in 1986?

20                    A.    No.  1986 is when I graduated from my

21       undergraduate degree.  I moved on directly to my master's

22       program and completed that.

23                          I did not begin work as an HR professional

24       until 1988, and that is when I -- I joined the Internal

25       Revenue Service.
```

```
 1              Q.   And since 1988, have you been more or less
 2   continuously employed as an HR professional?
 3              A.   Yes.
 4              Q.   So you have approximately 35 years of
 5   human resources experience on the job, not counting your
 6   coursework while you were studying for your master's
 7   degree, correct?
 8              A.   Yes.
 9              Q.   What did you do to prepare for today's
10   deposition?
11              A.   To prepare for today's preposition [sic],
12   I had a meeting earlier this week with Kaitlin Spittell.
13   And documents that I understand are part of the overall
14   record for this particular case, I had the opportunity to
15   review some of those.
16              Q.   And which documents do you remember
17   reviewing?
18              A.   There is the joint statement that was
19   made -- and I'm glancing over it because I have a
20   printout of it here.
21                   This is a document dated April 21, 2021,
22   and it is from Ms. Spittell's law firm and it is a joint
23   response.  And so I had the opportunity to review that.
24              Q.   And is -- it sounds like you're referring
25   to the position statement that SHRM and several
```

```
 1   individuals, including yourself, submitted to the
 2   Colorado Civil Rights Division.
 3               Is that correct?
 4        A.   Yes.
 5        Q.   Does it have a Bates number stamped at the
 6   bottom right of the first page?
 7        A.   I'm sorry, Mr. Swain?
 8        Q.   Does it have a number stamped on the
 9   bottom right of the first page?
10               You know, I lost you, but it doesn't
11   appear that you're muted.  I am not sure what's going on
12   with the --
13        A.   Yeah, that was on my headset.
14               I do not see a stamp in the bottom-right
15   corner.
16        Q.   Understood.
17               And what other documents do you have
18   printed out there that are related to this case?
19        A.   So I have a document on SHRM letterhead
20   that is dated August 31, 2020 that is a memo from me to
21   Ruby Mohamed.
22        Q.   And does that document have a number on
23   the bottom right of the page?
24        A.   Yes.
25        Q.   What's the --
```

```
 1              A.    Yes.

 2              Q.    -- number?

 3              A.    0475.

 4              Q.    Is that SHRM 04 --

 5              A.    Yeah.

 6              Q.    -- 75?

 7              A.    That is correct.  It's SHRM 0475.

 8              Q.    And the reason why I ask that is certain

 9    documents start with "MOHAMED" and then a letter as well,

10    so I'm just clarifying which party produced that one.

11                    What else do you have?

12              A.    I have a document: SHRM 0575.

13              Q.    And can you describe generally what that

14    document says?

15              A.    The headline -- or the header on it is a

16    call between Sean Sullivan -- myself -- and Ruby Mohamed.

17              Q.    Okay.  What else?

18              A.    On SHRM 0566 --

19              Q.    Okay.

20              A.    -- the headline --

21              Q.    I was asking if you could describe that

22    one generally as well.

23              A.    The header on that document is:

24    7/23/2020, Call with Sean Sullivan and Ruby Mohamed.

25              Q.    Anything else?
```

1           A.   I have SHRM 0526.  That is an email, a

2    copy of an email from Ruby Mohamed to me, and the subject

3    is:  Re: Next Week.

4           Q.   Okay.  What else?  And I'll ask the same

5    question for each document, kind of generally, what it's

6    about?

7           A.   Uh-huh.

8                SHRM 0527, and the subject is:  Next Week.

9    That is an email printout from me, Sean Sullivan, to Ruby

10   Mohamed.  It is dated August 7, 2020.

11          Q.   What else?

12          A.   SHRM 0788.  That is an email printout,

13   Sean Sullivan to Carolyn Barley.  Subject:  Re: Touching

14   Base.

15          Q.   What else?

16          A.   SHRM 0789.  That is, at the top, an email,

17   Carolyn Barley's name appears at the top.  The substance

18   of it is an email from me, Sean Sullivan.  It is dated

19   August 7, 2020, and it is to Carolyn Barley.

20          Q.   It sounds like you have a big stack of

21   papers.  Can you hold it up so I can see how thick it is?

22          A.   Yeah.  It's four more pieces of paper.

23          Q.   Okay.  Well, let's go through the rest of

24   them.

25          A.   SHRM 0790.  That is a printout.  My

1    signature block is at the top from an email, but it

2    appears to be an email from Carolyn Barley, dated

3    August 7, 2020, to Sean Sullivan.

4              Q.    Okay.

5              A.    And the subject is:  Re: Touching Base.

6              Q.    Go on with the remainder of them.

7              A.    Yeah.  I have a repeat of SHRM 0526.

8              Q.    Okay.

9              A.    The remaining two that I have:  SHRM 0527,

10   that is an email from me, Sean Sullivan, to Ruby Mohamed.

11   It is dated August 7, 2020.  And the subject is:  Next

12   Week.

13             And SHRM 0481.  The subject is:  FW: ISD

14   Team Draft for Your Review and One-to-One Inquiry -- or

15   One-on-One Inquiry.  It is dated Thursday, August 13.  It

16   is from Bernée Long to me, Sean Sullivan.

17             And then the final document that I had is

18   the joint response that I referred to initially, and I do

19   not have a number on that.

20             Q.    Okay.  Thank you.

21             Did you select those documents to review

22   before today's deposition, or did someone else send them

23   to you?

24             A.    I selected those because I was trying to

25   refresh my memory.

CaseNo.1222cv0062535GPGCKKAS DocDocument4083-16ed 08/04/2306/23DCUSDCaColorpag201
pg 21168188

```
 1                    Q.    How many total documents do you have in
 2       your possession related to this case?
 3                    A.    It is those documents that I -- that I
 4       just shared with you.
 5                    Q.    So you selected to review all of the
 6       documents in your possession in preparation for today's
 7       deposition; is that correct?
 8                    A.    Yes.
 9                    Q.    How many times did you meet with
10       Ms. Spittell before today's deposition to prepare?
11                    A.    Once.
12                    Q.    And for how long did you meet with her
13       during that one meeting?
14                    A.    I would say that was probably at least
15       90 minutes.  It could have approached two hours.
16                    Q.    Have you met with any of -- any of SHRM's
17       other lawyers in preparation for today's deposition?
18                    A.    I have not.
19                    Q.    Did anyone provide you a copy of the
20       protective order that the parties have agreed to in this
21       case?
22                    A.    I do not recall.
23                    Q.    Do you have anything open on your
24       computer, other than the Zoom window?
25                    A.    I have my email from my current NEMA job,
```

1    and that's a Microsoft server based at -- at NEMA.

2              Q.    Have you ever spoken to Ms. Spittell

3    before your preparation meeting for today's deposition?

4              A.    I don't recall speaking with her.  We've

5    had several email exchanges on the logistics of the

6    timing for the deposition.

7              Q.    Are you represented by the Hall & Evans

8    law firm in this case?

9              A.    I am not.  My understanding is that Hall &

10   Evans is representing SHRM.  I'm a party to the joint --

11   the joint agreement, the joint response, by virtue of my

12   former position at SHRM.

13             Q.    And I just want to clarify.

14                   You are not a defendant in this lawsuit.

15   You're being deposed as a witness in the lawsuit.  With

16   some of the other witnesses, there appears to have been

17   some confusion about their status in the case.

18                   So I can just represent to you,

19   Ms. Mohamed filed what's called a Charge of

20   Discrimination against you individually early on in the

21   case, and then when it became time to actually file the

22   lawsuit, she filed a lawsuit against SHRM, but not any of

23   the individuals.

24                   Do you understand that?

25             A.    Yes.

1                   Q.    Okay.  Did you speak with anyone other

2       than Ms. Spittell to prepare for today's deposition?

3                   A.    No.

4                   Q.    You didn't speak with Jeanne Morris, Nick

5       Schacht, Carolyn Barley, Bernée Long, Mike Jackson, or

6       Johnny Taylor?

7                   A.    No.

8                   Q.    When is the last time you spoke to Jeanne

9       Morris?

10                  A.    That would have been in probably early

11      2022 to say good-bye and farewell as I was departing

12      SHRM.

13                  Q.    And I'd like to clarify my question.

14                  When I say "spoke," I mean, you know,

15      having a conversation or communicating in writing, you

16      know, by text or email or something like that.

17                  Does that change any of your answers about

18      whether you communicated with those folks in preparation

19      for today's deposition?

20                  A.    No, it does not.

21                  Q.    When is the last time you communicated

22      with Nick Schacht?

23                  A.    Generally speaking, that would have been

24      in February of 2022.  The last time that I saw Nick was

25      at a farewell party that was held for me in late

1    February 2022.

2              Q.   When is the last time you communicated

3    with Carolyn Barley?

4              A.   That would have been either late 2021 or

5    perhaps early 2022.

6              Q.   Same question for Bernée Long:  When is

7    the last time you communicated with her?

8              A.   Sometime in the fall of 2021.

9              Q.   Same question about Mike Jackson:  When is

10   the last time you communicated with him?

11             A.   That would have also been the fall of

12   2021.  We subsequently exchanged LinkedIn messages with

13   respect to my new job at NEMA, but that's the only other

14   communication that I've had with Mike Jackson.

15             Q.   When is the last time you communicated

16   with Johnny C. Taylor, Jr.?

17             A.   Johnny and I last communicated in January

18   of this year.  Johnny served as a reference for me for

19   the NEMA position, and so we had conversations about

20   NEMA, about the opportunity.  And that was the extent of

21   our discussion, aside from some social and personal

22   exchange about each of our families.

23             Q.   You haven't communicated with Mr. Taylor

24   about this case since you left SHRM?

25             A.   That is correct.  I have not communicated

Case No. 1:22-cv-00035-GPG-CKK-SS Document 40-13 Filed 08/04/23 USDC Colorado pg 25
pg 25 of 188

1    with Mr. Taylor about this.

2              Q.   You left SHRM in February of 2022, you

3    indicated.  Was that a voluntary or involuntary

4    separation?

5              A.   That was a voluntary separation.  It was a

6    mutual agreement between me and SHRM.

7              Q.   Did Mr. Taylor indicate that it was time

8    for you to leave SHRM?

9              A.   I had conversations with Johnny that it

10   was something that I was contemplating, and we reached an

11   agreement on how that would -- how that would occur.

12             Q.   Why did you leave SHRM?  I mean, what was

13   your reasoning for wanting to leave the organization?

14             A.   For personal reasons.

15             Q.   What are the personal reasons?

16             A.   At the time, my wife -- at the end of

17   2021, my wife was in the process of accepting an

18   executive position at a firm close-by here in Northern

19   Virginia.  It was an executive role.  It was the first

20   full-time role she was taking on in a number of years.

21                  And Christine and I -- Christine being my

22   wife -- Christine and I talked about how to make that

23   transition, and that it would be very positive and

24   helpful if I had the opportunity to step back and

25   Christine would have the opportunity to focus on work.

1               Q.   And the reason why I ask is, in my

2     experience, it's unusual for a C-suite level executive of

3     an organization to leave without something else lined up

4     and then be unemployed for a year if their departure is

5     voluntary.

6               Would you agree with that generally?

7               MS. SPITTELL:   Objection.   Form.

8     Foundation.

9               You can answer, Sean.

10              A.   I don't think I would agree with that

11    generally.   I think through the course of several years

12    of the pandemic and I think through different needs that

13    individuals have, I think there's a range of reasons why

14    someone might take a particular course of action.

15              Q.   (By Mr. Swain)   Did SHRM give you a

16    severance amount when you were leaving?

17              A.   Yes.

18              Q.   And you worked at SHRM for approximately

19    three years.   Do you have any criticisms of SHRM?

20              A.   I do not.   I enjoyed the time that I had

21    with SHRM, and I have a great respect for the

22    organization.

23              Q.   So you have nothing bad to say about SHRM

24    at all, correct?

25              A.   That's --

```
 1                    MS. SPITTELL:  Objection --

 2          A.    -- correct.

 3                    MS. SPITTELL:  -- form.

 4                    Go ahead.

 5          A.    That is correct.

 6          Q.    (By Mr. Swain)   In your 35-year career as a

 7   human resources professional, have you conducted or

 8   overseen investigations of employee complaints of

 9   discrimination?

10          A.    I'm sorry, Mr. Swain.  Could you repeat

11   that?  Something cut out.

12          Q.    Sure.

13                    In your 35-year career as a human

14   resources professional, have you either conducted or

15   supervised investigations of employee complaints of

16   discrimination?

17          A.    Yes, I have.

18          Q.    How many?

19          A.    That would be difficult to put a number

20   to, Mr. Swain, with -- with any certainty.  Certainly it

21   isn't in the hundreds.  It's probably in the -- the tens,

22   but I -- I, in the moment, would be hesitant to put a

23   specific number to it.

24          Q.    Between 10 and 100?

25          A.    Yes, that would be accurate.
```

1          Q.    Do you think it's between 10 and 50?

2          A.    Yes.

3          Q.    Is it closer to 50 or closer to 10?

4          A.    I would say it's probably, as I think

5     through it, it may be somewhere in the middle, about

6     couple of dozen.

7          Q.    25 to 30, approximately?

8          A.    If I were to hazard a guess today, I would

9     say that seems reasonable.

10          Q.    And my question before related to

11     complaints of discrimination.  I also want to ask you the

12     same question for employee complaints of retaliation.

13               When you were approximating how many of

14     those investigations you've either conducted or

15     supervised, were you including retaliation in that

16     number?  Or in your mind, are they separate categories of

17     investigation?

18          A.    I was thinking primarily of discrimination

19     because that is -- that's what you inquired about.

20          Q.    So when you total the number of employee

21     complaints of discrimination and retaliation that you

22     either conducted or supervised, how many would you

23     approximate?

24          A.    So if I added those together, I would say

25     the retaliation claims may be approximately half of what

```
 1    I stated for the discrimination claims.  So let's put it
 2    in a ballpark of high 30s to 40 in total.
 3              Q.    Because discrimination and retaliation are
 4    distinct concepts, correct?
 5         A.    Yes.
 6              Q.    And conducting or supervising an
 7    investigation into a discrimination complaint entails
 8    different factual things that you need to focus on from a
 9    complaint of retaliation, correct?
10         A.    Factually, yes.
11              Q.    I'm going to ask you, in general terms,
12    can you describe to me what you understand this case to
13    be about?
14         A.    Generally what I understand is that
15    Ms. Mohamed is contending that she was treated
16    different -- differently because of her race by her
17    manager.  And then when she raised complaints about that
18    treatment, she felt that there was retaliation to her
19    that ultimately affected her employment at SHRM.
20              Q.    And by "affected her employment," you mean
21    she was fired, right?
22         A.    Yes.
23              Q.    Who made the decision to fire Ms. Mohamed?
24              MS. SPITTELL:  Objection.  Foundation.
25              Go ahead.
```

```
 1                    MR. SWAIN:  Let me restate the question.
 2              Q.   (By Mr. Swain)  To your knowledge, who made
 3        the decision to fire Ms. Mohamed?
 4              A.   The decision to fire Ms. Mohamed was made
 5        by the manager and by the vice president to whom she
 6        reported, and I supported that recommendation.
 7              Q.   And the manager is Carolyn Barley,
 8        correct?
 9              A.   That is correct.
10              Q.   And the vice president to whom she
11        reported would be Jeanne Morris, correct?
12              A.   Yes.
13              Q.   So your testimony is that the decision to
14        fire Ms. Mohamed was made by Jeanne Morris and Carolyn
15        Barley, and you supported their decision, correct?
16              A.   Yes.
17              Q.   What -- so describe the nature of -- well,
18        the -- never mind.  I'll move on and we can come back to
19        that later.
20                   Describe to me generally the process for
21        terminating an individual contributor in June, July, and
22        August of 2020 within SHRM's instructional design team.
23              A.   I'm sorry, Mr. Swain.  Could you repeat
24        that question?
25              Q.   Sure.
```

```
 1                      Before I repeat the question, let me ask

 2    you:

 3                      So in your position as chief human

 4    resources officer of SHRM, what was your role in

 5    evaluating or carrying out employee terminations

 6    generally?

 7           A.     For any involuntary termination that

 8    occurred, I would review the -- the recommendation or the

 9    proposed course of action.  It would be our usual

10    practice that a member of my staff would have worked with

11    that particular manage -- manager or management team

12    within SHRM, and I would review the reasons for the

13    course of action and either support or propose a

14    different course of action.

15           Q.     And in Ms. Mohamed's case, you supported

16    involuntarily terminating her rather than proposing a

17    different course of action; is that correct?

18           A.     Yes.

19           Q.     Are you willing to take responsibility for

20    the decision to terminate Ms. Mohamed's employment from

21    SHRM?

22                      MS. SPITTELL:  Objection.  Form and

23    foundation.

24                      Go ahead and answer.

25           A.     So, Mr. Swain, I -- it would help me to
```

1    understand how you're characterizing "responsibility."  I

2    think of it in one way, from a -- from the executive role

3    that I was in, and so I -- I just like to understand how

4    you characterize "taking responsibility."

5              Q.   (By Mr. Swain)  Okay.  So as SHRM's CHRO,

6    you testified that you had to personally approve all

7    involuntary terminations, correct?

8              A.   Yes.

9              Q.   Do you stand by your decision to approve

10   Ms. Mohamed's involuntary termination?

11             A.   Yes, I do.

12             Q.   When -- and I want to understand more

13   about the termination process generally.  Okay?

14             So walk me through how an employee's

15   termination unfolded at SHRM in August 2020, from the

16   manager's recommendation of termination all the way

17   through the actual termination.

18             A.   I'm not sure I follow.  I don't recall

19   having any other -- I apologize.  I'm just not sure I

20   follow the -- the -- the question.

21             And I say that because I think each

22   situation that presents has its unique circumstances and

23   details.  And so I'm not sure I can describe to you a

24   generic, one-size-fits-all process for the specific steps

25   that we would take.

Case No. 1:22-cv-00685-CPK-KAS Document 4083-16 Filed 08/04/23 DC USDC Colorado pg 63
pg 88 of 188

1          Q.   Are you aware that at the time Ms. Mohamed

2   was notified of her termination, SHRM presented her with

3   a termination letter and a proposed severance agreement?

4          A.   I'm sorry.  I'm trying to recall.  I do

5   recall the termination letter.  I don't recall the -- the

6   severance agreement.

7          Q.   Was it a common practice at SHRM during

8   your tenure as CHRO for employees being involuntarily

9   terminated to be presented with a termination letter?

10          A.   That would be a consistent practice, yes.

11          Q.   To your knowledge, whose responsibility

12   was it to prepare those termination letters?

13          A.   It would typically be someone from my

14   staff.  I would typically review any -- any letter.  And

15   depending on the circumstances, I may have been the

16   person to -- to write that letter.

17          Q.   And do you recall who wrote the letter in

18   Ms. Mohamed's case?

19          A.   I do not.

20          Q.   And do you recall if you instructed anyone

21   to prepare any termination documents in Ms. Mohamed's

22   case?

23          A.   I recall -- I recall working through that

24   process with, you know, generally several people.  I

25   don't recall the specific steps.

```
 1                  Q.    Who are the several people you're
 2    referring to?
 3                  A.    Well, specifically what comes to mind
 4    would be Mike Jackson because Mike had been working on
 5    both the investigation, as well as the related employee
 6    relations issues.  And Mike was our go-to person for
 7    employee relations.
 8                        And I believe that for the specific date
 9    of the exit or separation meeting with Ms. Mohamed, I
10    believe we needed to pull in another staff member: our
11    director for total rewards, Keren Maldonado.
12                  Q.    And you just testified that you recall
13    kind of working through the process of Ms. Mohamed's
14    termination with those two individuals.
15                        Tell me what you recall about the process.
16                  A.    I generally recall having the
17    recommendation brought forward from the management team
18    for that department -- which would be Carolyn Barley and
19    Jeanne Morris -- reviewing that, and I believe discussing
20    that with Mike Jackson.
21                        Keren Maldonado was not involved in -- in
22    that part of the -- the process.  We only pulled her in
23    to actually be involved the day of the separation because
24    Mike Jackson was not able to -- to be there.
25                        And as a general practice, I would have
```

Case No. 1:22-cv-01825-GPG-KAS Document 4083-16 filed 08/04/23 USDC Colorado pg 65 of 188

1    discussed the decision to terminate with our general

2    counsel, James Banks or Jim Banks.  But I don't recall a

3    specific time or -- or meeting with Jim about that, but

4    it would be a usual practice to inform Jim and ensure

5    that we -- that our general counsel was aware of the

6    course of action.

7            Q.    Did you discuss every involuntary

8    termination with Jim Banks?

9            A.    It would be -- it would certainly be

10   typical to discuss with Jim Banks.  Jim and I worked

11   closely together.

12                 I cannot say categorically that every

13   single involuntary termination was subject to discussion,

14   but the general practice was that Jim and I would be on

15   the same page with respect to -- to terminations.  That

16   was typically to consult with Jim.  Jim was not a

17   decision-maker.

18           Q.    But you do believe that you consulted with

19   Mr. Banks about Ms. Mohamed's termination, correct?

20           A.    Yes, I believe so.

21           Q.    And you indicated that the recommendation

22   to terminate Ms. Mohamed was provided to you by Carolyn

23   Barley and Jeanne Morris, and then you reviewed it,

24   correct?

25           A.    Yes.

1              Q.   And did they provide their recommendation
2    to terminate Ms. Mohamed to you in writing or by some
3    other means?
4              A.   I don't recall.
5              Q.   Typically, during your tenure as CHRO at
6    SHRM, did you receive termination recommendations in
7    writing or by some other means?
8              A.   I'm -- I would say it was -- it was both.
9    In a -- you know, in some circumstances, if there was
10   urgency to an issue, we may have been acting upon verbal
11   discussion and meetings and proceeding on that basis.
12   And as I recall, more often it would typically be by --
13   by email.
14             Q.   Was there urgency in Ms. Mohamed's
15   termination?
16             A.   I would -- no.
17             Q.   So you would expect, given that there
18   wasn't urgency in her termination, that the
19   recommendation to fire her would have been provided to
20   you in writing, correct?
21             A.   That seems reasonable.  I -- I just
22   honestly can't recall specifically.
23             Q.   Do you recall the date that Ms. Mohamed
24   was actually terminated from her job at SHRM?
25             A.   I believe it was on September 1, 2021.

1          Q.   And you did recently review the joint

2     position statement to the Colorado Civil Rights Division,

3     correct?

4          A.   That's correct.

5          Q.   And did that -- did reviewing that

6     document refresh your recollection about the date that

7     Ms. Mohamed was fired?

8          A.   I -- I believe so, and I -- I believe it

9     references September 1.

10         Q.   Do you recall how close in time to

11    Ms. Mohamed's actual termination the decision to

12    terminate her was recommended by Ms. Barley and

13    Ms. Morris and then approved by you?

14         A.   I don't recall the specific time frame.

15         Q.   How about the general time frame?

16         A.   General time frame, I would say it would

17    have been late in August of 2021.

18         Q.   You can't be more specific than late

19    August of 2021?

20         A.   No.

21         Q.   Are you aware that Mike Jackson prepared a

22    termination letter for Ms. Mohamed on August 21,

23    2021 [sic]?

24         A.   I am aware that Mike would have prepared a

25    letter.  I don't recall the -- the specific date.

```
 1            Q.   Let me ask you:

 2                 So before Ms. Barley and Ms. Morris

 3    formally recommended Ms. Mohamed's termination, had you

 4    ever informally discussed the possibility of terminating

 5    Ms. Mohamed with either of those two?

 6                 MS. SPITTELL:  Objection.  Form.

 7                 You can answer.

 8            A.   I don't recall a specific discussion.  I

 9    do -- it would be not unusual to talk about a range of

10    potential actions, depending on what was happening with

11    the employee.  And that would hold for a number of

12    different situations, not just for Ruby, but, you know,

13    there is -- it's not unusual to consider a range of

14    actions up to and including termination when dealing with

15    employee relations issues.

16            Q.   (By Mr. Swain)  Do you recall discussing

17    potential termination of Ms. Mohamed with Mr. Jackson in

18    early August 2020?

19            A.   I -- I don't recall a specific

20    conversation, and I don't recall -- generally, that

21    doesn't strike a bell in terms of saying that we -- we

22    addressed that in early August.

23            Q.   What other potential outcomes for

24    Ms. Mohamed did you discuss with Mike Jackson, Keren

25    Barley, Jeanne Morris, other than termination?
```

Case No. 1:22-cv-00825-GPG-KAS   Document 408-16   Filed 08/04/23   USDC Colorado
pg 89 of 188

1              MS. SPITTELL:  Objection.  Form.

2              You can answer.

3         A.    During the month of August, we were trying

4    to see if there was a way of improving or repairing the

5    working relationship between Ruby Mohamed and Carolyn

6    Barley, and one of the -- the actions that we undertook

7    and that I specifically recommended was to have a

8    mediator participate and facilitate discussions between

9    Carolyn and Ruby with the specific intent of trying to

10   get that relationship back on -- on track.

11        Q.    (By Mr. Swain)  Did you ever consider or

12   discuss moving Ms. Mohamed to another direct supervisor?

13        A.    I don't recall having that discussion, and

14   I don't recall that because there was a limited -- there

15   wasn't another instructional design supervisor that would

16   have logically made sense to be able to -- to move her

17   to.  It was a relatively small department.

18        Q.    Do you recall the reasons why Ms. Mohamed

19   was terminated?

20        A.    Yes.  Failure to perform her job,

21   specifically in two major deliverables that she was

22   unable to complete.

23        Q.    And other than those two deliverables that

24   you say she was unable to complete, were there any other

25   reasons that Ms. Mohamed was terminated?

Case No. 1:22-cv-01865-CPK-KAS Document 40-16 Filed 08/04/23 USDC Colorado
pg 40 of 188

```
 1                  A.    Those were the primary reasons.  It was
 2     performance based.
 3                  Q.    What are the secondary or tertiary
 4     reasons?
 5                  A.    So let me correct that.
 6                        Those were the reasons for terminating
 7     Ms. Mohamed's employment.  We did not contemplate and we
 8     did not address a notion of secondary or tertiary
 9     reasons.
10                  Q.    So my question was:  Were there any other
11     reasons for her termination, other than the two
12     deliverables that you just mentioned?
13                  A.    I do not recall there being other reasons.
14     It was for the lack of performance as exemplified by
15     those two.
16                  Q.    And describe to me what you remember about
17     the two deliverables you cited as the reason for
18     Ms. Mohamed's termination.
19                  A.    I believe they were two training packages,
20     for lack of a -- of a better term, each with a different
21     audience and for a different purpose.  And beyond that, I
22     can't recall specifics about them.
23                        MR. SWAIN:  It's noon your time, or
24     almost.  Do you want to take a lunch break, or you want
25     to keep going?
```

Case No. 1:22-cv-01865-CPCK-KAS Document 4083-16 filed 08/04/23 06/23 DC USDCA Colorado pg 41
pg 41 of 188                                                                                        Page 41

1                    THE WITNESS:  I'd be -- why don't we try
2      and go 10 or 15 more minutes.  That would be fine.
3                    MR. SWAIN:  Okay.
4               Q.  (By Mr. Swain)  And to whom was Ms. Mohamed
5      expected to deliver these two projects?
6               A.   I don't know the end user.  The reviewer
7      in terms of completion would have been Carolyn Barley.
8               Q.   Do you remember what the deadlines were
9      for submission of these two projects?
10              A.   Let's see.  One of them was at the end of
11     August.  Another one had had an earlier deadline and I
12     think there was some negotiation over when that should be
13     done, and that also, I believe, landed it towards the end
14     of August.
15              Q.   To your knowledge, did Carolyn Barley
16     review what Ms. Mohamed submitted before she recommended
17     terminating Ms. Mohamed for failure to miss the -- to
18     meet the deadlines?
19              A.   Yes.
20              Q.   How do you know that?
21              A.   Because I recall Carolyn reacting to and
22     raising concerns about the quality or the completeness of
23     both pieces of work or the pieces that she received
24     relative to them.
25              Q.   Are you referring to a conversation you

1  had with Ms. Barley or some kind of written

2  communication?

3           A.    I believe it -- it may have been both.

4           Q.    Did Carolyn Barley tell you that she had

5  reviewed the material submitted by Ms. Mohamed, or did

6  you just make that inference from other things she was

7  saying?

8           A.    I don't recall specifically.

9           Q.    How about generally?

10          A.    I wish to be cautious because I feel

11  confident that she did review it.  I don't recall a

12  specific statement or email explicitly saying, "I -- I

13  reviewed this."  I can't point to that specifically, but

14  my general recollection is that that occurred.

15          Q.    And I just want to be clear.

16                So if you can't recall Carolyn Barley

17  telling you that she had reviewed the materials, how are

18  you confident that she did it?

19          A.    I don't recall the specific statement or

20  email, but it would seem to not make sense that we would

21  take action if we did not have confidence that Ms. Barley

22  had reviewed the -- the materials.

23          Q.    So you're making the logical inference

24  that Carolyn Barley reviewed those materials because she

25  recommended that Ms. Mohamed be fired for failure to

1    complete them, correct?

2          A.    No.

3          Q.    Why not?

4          A.    Ms. Barley was reviewing those materials.

5    There were ongoing discussions in July and in August

6    about the nature of Ms. Mohamed's work.

7                It was not the case, from what I

8    recollect, that there was one particular moment where

9    Ms. Barley made that statement.  There were a series of

10   events that occurred that were addressed for at least the

11   months of July and August in terms of work product that

12   highlighted ongoing concerns about the ability to

13   complete, about the ability to finish work.

14               And so I want to be clear, it was not an

15   inference.  This was an ongoing issue that we understood

16   to be a legitimate performance concern.

17         Q.    Well, a moment ago, you testified that

18   Ms. Mohamed was terminated specifically for failing to

19   complete deliverables by the deadline, correct?

20         A.    Yes.

21         Q.    Okay.  So the decision -- if that is true,

22   then the decision to terminate Ms. Mohamed's employment

23   must have been made after the deadline had passed,

24   correct?

25         A.    I don't -- I don't recall.

Case No. 1:22-cv-01825-CPG-KAS  Document 40-3-16  Filed 08/04/23  USDC Colorado  pg 44
pg 44 of 188

```
 1                Q.   You don't recall when the decision to fire
 2      Ms. Mohamed was made, whether it was before or after her
 3      deadlines had passed?
 4                A.   No, I don't recall the specific timeline.
 5                MR. SWAIN:   I think now is a good time for
 6      a break because I need to go to the restroom.
 7                So can we -- is half an hour good for you
 8      to eat lunch?
 9                THE WITNESS:   Yes.
10                MR. SWAIN:   Okay.   Let's return at -- my
11      clock says 10:01 a.m. Mountain Time.   So 10:30-ish
12      Mountain Time, 12:30-ish Eastern Time.
13                THE WITNESS:   Okay.
14                MS. SPITTELL:   Okay, perfect.
15                And just an FYI, my -- our Internet came
16      back on so I have to, like, restart my computer to get
17      off the hotspot and all that good stuff, so I'll make
18      sure to log back in once I do all of that.
19                MR. SWAIN:   Good.
20                MS. SPITTELL:   But just so everyone knows,
21      that's why I'm logging out of the Zoom.
22                MR. SWAIN:   Good.   Thanks.
23                (Recess taken from 10:02 a.m. until
24      10:31 a.m.)
25                Q.   (By Mr. Swain)  Mr. Sullivan, did you have
```

1    a good lunch break?

2              A.    Yes.   Thank you.

3              Q.    Did you get an opportunity to talk to

4    Ms. Spittell during the break?

5              A.    We spoke briefly.

6              Q.    Would you like to change or supplement any

7    of your answers after talking to Ms. Spittell during the

8    break?

9              A.    No.

10             Q.    Do you recall we were talking about the

11   decision to terminate Ms. Mohamed before we took a break?

12             A.    Yes.

13             Q.    Can you think of any reason why Mike

14   Jackson would have prepared Ms. Mohamed's termination

15   letter ten days before her deadline even arrived?

16             A.    Yes.

17             Q.    What is it?

18             A.    So Mike was in the process of going

19   through a medical procedure in that -- excuse me, in that

20   time frame and was preparing to be out towards the end of

21   August and then with limited access or work after that.

22                   And so Mike, being someone who is a pretty

23   thorough person, I can understand him preparing something

24   like that in the event that a document were to be needed,

25   and, you know, that's -- that's why I would assume Mike

```
 1    prepared it at that time.
 2              Q.    But you're just making the assumption that
 3    that's why he did it then, correct?
 4              A.    That's correct.
 5              Q.    And can you think of a reason why
 6    Mr. Jackson would have taken a draft termination letter
 7    and finalized it by including a termination date if the
 8    decision to terminate Ms. Mohamed had not already been
 9    made?
10              MS. SPITTELL:   Objection.   Form.
11    Foundation.
12              You can answer.
13              A.    Yeah.   I'm sorry.   Can you repeat the
14    question?
15              Q.   (By Mr. Swain)   Sure.
16              Just one moment, though.   Someone in my
17    office is making noise.   I'm going to ask them to quiet
18    down.
19              A.    Okay.
20              (A pause occurred in the proceedings.)
21              Q.   (By Mr. Swain)   My apologies.
22              A.    Sure.
23              Q.    My question was:   Can you think of any
24    reason why Mr. Jackson would have taken his draft
25    termination letter and finalized it with an actual
```

 1    termination date if the decision had not been made to

 2    terminate Ms. Mohamed yet?

 3                    MS. SPITTELL:  Objection.  Form.

 4    Foundation.

 5                    Go ahead and answer.

 6            A.   On -- again, I would say it goes back to

 7    an earlier point, where we would consider a range of

 8    potential outcomes for any particular situation.  And in

 9    this instance, the communications with Ms. Mohamed had

10    been clear in terms of what the -- the deadlines were, so

11    we had a known event that was -- that was approaching.

12            Q.   (By Mr. Swain)  But earlier, you testified

13    you couldn't recall if the decision to terminate

14    Ms. Mohamed was made before or after the actual deadline

15    had passed, correct?

16            A.   Yes.

17            Q.   Let's -- we've been talking around

18    Ms. Mohamed, but now let's talk about her.

19                    When did you first meet Ruby Mohamed?

20            A.   I'm -- I recall speaking with Ruby Mohamed

21    in the July 2021 time frame.  I don't recall meeting her

22    prior to that.

23            Q.   And you said 2021.  I believe you meant

24    2020 because Ms. Mohamed was terminated in 2020.

25            A.   I'm sorry.  That's correct.  I meant

 1   July 2020, somewhere in that time frame.

 2           Q.    I figured that's what you meant.  I just

 3   wanted to clarify.

 4           A.    Thank you.

 5           Q.    And did you ever have occasion to

 6   personally observe Ms. Mohamed's work and her work

 7   performance?

 8           A.    I did not, but that's not uncommon.

 9   That's not really an operational aspect of the work that

10   I do, and I would couple that with the fact that

11   Ms. Mohamed worked remotely from the Denver area.

12                 And so even that opportunity to generally

13   observe or bump into somebody in the office was -- was

14   not present with any kind of interaction with

15   Ms. Mohamed.

16           Q.    And the times that you interacted with

17   Ms. Mohamed, did you meet with her via video call or

18   telephone or by what method?

19           A.    It would have been by phone, by phone

20   call.

21           Q.    Have you ever seen what she looks like?

22           A.    I don't recall.  I -- no, I don't think

23   so.

24           Q.    Do you know Ms. Mohamed's race?

25           A.    I know it from recency in terms of the

Case No. 1:22-cv-01685-GPG-KAS Document 40-16 filed 06/02/23 USDC Colorado pg 49
pg 49 of 188          Page 49

 1    document that I reviewed, which identifies that

 2    Ms. Mohamed is of Egyptian descent.

 3              Q.   And Egyptian isn't a race, is it?  I mean,

 4    it's a national origin.

 5              Can we agree on that?

 6              A.   Yes, we can agree on that.

 7              Q.   Okay.  So my question was about her race.

 8              Do you know her race?

 9              A.   I -- I assume it to be Black or

10    African-American.

11              Q.   Why do you assume that?

12              A.   Because of what I recall of the conver- --

13    one of the conversations that I had with her in which she

14    talked about feeling as though she was being treated

15    differently as a woman of color.  I can't recall if she

16    specifically said Black or African-American.

17              Q.   Understood.

18              And can we agree that determining

19    Ms. Mohamed's race is a necessary step to investigate a

20    complaint of race discrimination made by her?

21              A.   Yes, we can agree on that.

22              Q.   Because it wouldn't make sense to

23    investigate a complaint of race discrimination made by

24    someone if you didn't even know their race, correct?

25              A.   Correct.

1          Q.   Now, at some point, you became aware that

2    Ms. Mohamed had made a complaint of race discrimination

3    against her supervisor, Carolyn Barley, correct?

4          A.   Yes.

5          Q.   Do you recall when you first learned that

6    Ms. Mohamed had made a complaint of race discrimination?

7          A.   I believe that was in the June 2020 time

8    frame.

9          Q.   And how did you learn that she had made

10   her race discrimination complaint?

11         A.   If I recall, it was either brought up by

12   Carolyn Barley or by Mike Jackson, but I don't recall

13   specifically.

14         Q.   What do you recall about the nature of her

15   race discrimination complaint?  Can you describe what she

16   was complaining about specifically?

17         A.   From what I recall, she was complaining

18   about how she was being managed by Ms. Barley and that

19   she felt she was being treated differently than her peers

20   and felt that she was being micromanaged by Ms. Barley.

21         Q.   Did you ever learn specific examples of

22   the way that Ms. Mohamed felt she was being treated

23   differently than her white peers by Carolyn Barley?

24         A.   I vaguely recall, you know, some issues of

25   her feeling that some email communications were examples

Case No. 1:22-cv-00685-CPC-KAS Document 40-16 Filed 08/04/25 USDC Colorado pg 51
pg 51 of 188

```
 1    of that and that she had concerns that she was being

 2    asked by Carolyn to include her in, I think vendor

 3    meetings, that Ms. Mohamed felt Carolyn was not doing

 4    with -- with other employees.

 5              Q.    Do you recall Ms. Mohamed complaining that

 6    Carolyn Barley was more lenient with extending project

 7    deadlines with her white peers than with nonwhite folks

 8    on her team?

 9         A.    Yes.

10              Q.    Did SHRM conduct an investigation into

11    Ms. Mohamed's complaints of discrimination?

12         A.    Yes.

13              Q.    And who conducted that investigation?

14         A.    Michael Jackson.

15              Q.    Did you conduct any part of the

16    investigation?

17         A.    I would consider the two phone calls that

18    I had with Ms. Mohamed in, I believe the July 2020 time

19    frame, to be characterized as kind of the intake process

20    in terms of the concerns that Ms. Mohamed had and just

21    understanding the nature of those concerns.

22              Q.    And what steps did you take to investigate

23    the concerns of race discrimination that Ms. Mohamed had

24    raised after you spoke with her in the July 2020 time

25    frame?
```

         1              A.    I shared those concerns with Mike Jackson.

         2     Mike then undertook a process of -- of investigating

         3     those -- those issues.

         4              Q.    To your knowledge, what did Mr. Jackson do

         5     to investigate those issues after your two meetings with

         6     Ms. Mohamed in July 2020?

         7              A.    Yeah.  So I believe he interviewed the

         8     people involved principally:  Carolyn Barley, Jeanne

         9     Morris, Ruby Mohamed, and other members of the

        10     instructional design team.

        11              Q.    And you believe that he conducted those

        12     interviews following your July 2020 meetings with

        13     Ms. Mohamed?

        14              A.    Yes, I believe so.

        15              Q.    Did you -- and just to be clear, so your

        16     testimony is that Mr. Jackson is the one who was

        17     investigating Ms. Mohamed's complaints, not you

        18     personally; is that correct?

        19              A.    Yes --

        20                    MS. SPITTELL:  Objection --

        21              A.    -- that's correct.

        22                    MS. SPITTELL:  -- form.

        23              Q.    (By Mr. Swain)  Did you -- during the two

        24     meetings that you referred to with Ms. Mohamed in

        25     July 2020, did you inform her that you were treating

1    those meetings as an intake process that would guide the
2    investigation of her complaint?
3              A.    It seems reasonable that I would have.  I
4    don't recall the specific words that I -- I would have
5    conveyed that to her in.
6              Q.    So are you saying you don't remember if
7    you told her that?
8              A.    I'm saying I don't recall the specific
9    words, but I feel confident that I would have conveyed
10   that to her.
11             Q.    Do you feel confident that you would have
12   conveyed that to her because it stands to reason that you
13   would have done that, or because you remember telling her
14   that you were treating the calls as an intake process for
15   her complaints of discrimination?
16             A.    That it stands to reason.
17             Q.    So you don't remember actually telling her
18   that, correct?
19             A.    That's correct.
20             Q.    Does SHRM have any policies about
21   conducting internal investigations of discrimination
22   complaints?  Or let me -- before you answer, I'm talking
23   specifically about the June, July, August 2020 time
24   frame.
25                   So I can repeat the question if you like.

```
 1                    A.    Yes, please.
 2                    Q.    In June, July, and August of 2020, did
 3    SHRM have any policies about conducting internal
 4    investigations of employee complaints of discrimination?
 5                    A.    Yes.
 6                    Q.    Can you describe those policies to me.
 7                    A.    The policy was, from what I recall, a
 8    general statement of antidiscrimination and that
 9    complaints could be brought forward through multiple
10    channels and would be investigated.  And I don't believe
11    we had a document that went into further detail
12    procedurally.
13                    Q.    Did SHRM have procedures for conducting
14    such investigations?
15                    MS. SPITTELL:  Objection.  Foundation.
16                    Q.    (By Mr. Swain)  Before you answer, you were
17    the chief human resources officer of SHRM during the time
18    period we're talking about, correct?
19                    A.    Correct.
20                    Q.    Did -- to your knowledge, did SHRM have
21    procedures for investigating such complaints at that time
22    period?
23                    A.    Not written procedures that I recall.
24                    Q.    Did it have unwritten procedures?
25                    A.    No.
```

```
 1              Q.   Were there best practices that you
 2    expected SHRM employees to follow when conducting
 3    investigations of employee complaints of discrimination
 4    during that time period?
 5              A.   Yes.
 6              Q.   What were they?
 7              A.   To treat all participants respectfully.
 8    To solicit information in a confidential manner or to the
 9    greatest degree that confidentiality could be extended.
10    And to -- those are -- are the several things that --
11    that strike me.
12              Q.   Did you expect as a best practice that
13    employees investigating discrimination complaints would
14    document the information they collected as part of their
15    investigation?
16              A.   Yes.
17              Q.   To your knowledge, did Mr. Jackson
18    document the information that he collected as part of his
19    investigation into Ms. Mohamed's race discrimination
20    complaints?
21              A.   Yes, I believe so.
22              Q.   You indicated that Mr. Jackson interviewed
23    Ms. Mohamed, Carolyn Barley, Jeanne Morris.
24              Anyone else?
25              A.   I believe several other members of the
```

1    instructional design team.

2              Q.   Did Mr. Jackson document the information

3    that he elicited from those folks during his interviews

4    of them?

5              MS. SPITTELL:   Objection.   Foundation.

6              Q.   (By Mr. Swain)   To your knowledge.

7              A.   I believe so.

8              Q.   Why do you believe that?

9              A.   More to the point that it stands to

10   reason.

11             Q.   Because that would have been your

12   expectation of him, correct?

13             A.   Yes.

14             Q.   To your knowledge, have you ever reviewed

15   the documentation that you believe Mr. Jackson compiled

16   from the information he elicited from those folks he

17   interviewed?

18             A.   I -- I cannot recall.

19             Q.   Well, you ultimately made the

20   determination about the outcome of the investigation,

21   correct, that Ms. Mohamed's complaints of discrimination

22   and retaliation were unfounded?

23             A.   Yes.

24             Q.   Did you review all the documentation that

25   Mr. Jackson kept as the person conducting the

 1    investigation?

 2           A.    That stands to reason, but I don't recall

 3    the specific steps.

 4           Q.    If Mr. Jackson did not document the

 5    information from his interviews in writing, would that

 6    surprise you?

 7           A.    Yes.

 8           Q.    Because it would be a departure from the

 9    best practices that you expected, correct?

10           A.    Yes.

11           Q.    Would you agree that another best practice

12    is that as the person -- well, let me restart that

13    question.  Okay?

14                 So you've investigated, you said, between

15    30 and 40 complaints of discrimination and retaliation in

16    your career, correct?

17           A.    Yes.

18           Q.    And in your experience conducting and

19    supervising those investigations, how common is it for

20    the person making the complaint to provide additional

21    details throughout the life cycle of the investigation?

22           A.    I think it all depends on the

23    circumstances, so I -- I don't know how to -- to answer

24    that definitively.

25           Q.    So if the person who made a complaint of

1    discrimination or retaliation articulates additional

2    details and examples during the investigation, would you

3    agree it's a best practice to investigate those

4    additional details and examples, in addition to the

5    information initially provided by the person complaining?

6              A.    Yes, it would seem so.

7              Q.    And would you have expected Mr. Jackson to

8    investigate any additional details that Ms. Mohamed

9    provided underlying her complaints of discrimination?

10             A.    I would, within certain bounds of

11   reasonableness.

12             Q.    And -- okay.  So describe the bounds of

13   reasonableness to me.

14             A.    I think as long as it was something that

15   seemed to be, you know, pertinent to her original

16   complaint or one's original complaint, that it -- it

17   would make sense to -- to include.

18             Q.    I would like to show you an exhibit, and

19   this is the first exhibit I'm showing you.

20                   So the way this will work is, I am sending

21   a document via Zoom's chat feature, and it will appear

22   here.  I will ask you, once you receive the document, to

23   open it up, and then I will ask you questions about it.

24                   Make --

25             A.    Okay.

```
1                Q.   -- sense?

2                A.   Sure.

3                Q.   Bear with me just one moment.  My computer

4      does not want to cooperate.

5                     Here we go.  I am now sharing a document

6      which I am marking Deposition Exhibit 61.  When you

7      receive it in the chat function, please open it up.

8                     Do you have that open, Mr. Sullivan?

9                A.   I don't have anything in the chat window.

10               Q.   Oh, goodness.

11               A.   Oh, okay.  Now I do.

12               Q.   While you're opening it up, I'll state for

13     the record, Deposition Exhibit 61 bears the Bates Numbers

14     SHRM 0459 to SHRM 0463.

15                    (A pause occurred in the proceedings.)

16               A.   Okay.  I have the document open.

17               Q.   I will direct your attention to the middle

18     of the first page, the page marked SHRM 0459.

19               A.   Okay.

20               Q.   It's an email from you, Sean Sullivan, to

21     Bernée Long on August 21, 2020.

22                    Do you see that?

23               A.   Yes.

24               Q.   And the text of the email says:

25                    "Bernée:"
```

```
 1                    "At this point, do Jeanne and Carolyn have
 2        the letter attachment that Ruby had sent?  If so, how is
 3        Jeanne reacting to it (knowing that Carolyn is on
 4        vacation this week)."
 5                    "I have shared the letter with Nick and
 6        Jim because of the nature of the issues raised and
 7        allegations made, and will endeavor to respond to it next
 8        week."
 9                    Did I read that correctly?
10        A.    Yes.
11        Q.    Do you recall what letter you were
12        referring to in this email?
13        A.    I do not.
14        Q.    I will show you another deposition
15        exhibit.
16                    This document has been previously marked
17        as Deposition Exhibit 27.
18        A.    Okay.  Okay, I have that document open.
19        Q.    Deposition Exhibit 27 is a copy of a
20        letter that Ms. Mohamed sent to Bernée Long during the
21        mediation process.
22                    Have you seen this letter before,
23        Deposition Exhibit 27?
24        A.    I don't recall.
25                    I don't recall.
```

Case No. 1:22-cv-00035-GPG-KAS   Document 83-16   filed 08/02/23   USDC Colorado   pg 61 of 188

```
 1                 Q.   I heard you.

 2                      I'll draw your attention to the bottom of

 3    the page that's marked MOHAMED 000623.  That's the first

 4    page of the letter.

 5                      Do you see in bold where the letter says,

 6    "POC are treated with less credibility and respect

 7    comparing to other members on the team"?

 8            A.   I do see that.

 9                 Q.   And below that, it says, "Examples," and

10    there are five bullet points, going on to the next page.

11                      Do you see that?

12            A.   I do.

13                 Q.   And would you agree that each one of those

14    bullet points appears to be referring to a particular

15    factual occurrence or behavior by Carolyn Barley?

16            A.   I don't see it attributed specifically to

17    Carolyn Barley.

18                 Q.   Well, let's look above where it says "POC

19    are treated with less credibility and respect" and so on.

20                      So that last sentence says, "Additionally,

21    here are [a] few scenarios from my own experience with my

22    manager" to determine -- I'm sorry, "to demonstrate what

23    does the lack of a safe workplace environment for all

24    protected groups, including POC looks like."

25                      Did I read that correctly?
```

```
 1            A.   Yes.

 2            Q.   Scroll to the very last page of the

 3    document, the one that's marked MOHAMED 000627.

 4            A.   Okay.

 5            Q.   Whose signature is that at the end of the

 6    letter?

 7            A.   Well, I don't see a signature.  I do see

 8    Ruby Mohamed's name.

 9            Q.   Okay.  And back to the first page,

10    MOHAMED 000623.

11                 So this letter is written in first person,

12    some portions of it at least, right?  "Here are a few

13    scenarios from my own experience with my manager."

14                 So who was Ms. Mohamed's manager on

15    August 13, 2020?

16            A.   Carolyn Barley.

17            Q.   Okay.  So can we agree it's a reasonable

18    inference that Ms. Mohamed is writing this about her

19    experiences with Carolyn Barley?

20            A.   Yes.

21            Q.   To your knowledge, did SHRM investigate

22    the factual allegations in the five bullet points that

23    start at the top of page MOHAMED 000623 and go on to

24    MOHAMED 000624?

25            A.   I don't recall, but I don't recall seeing
```

          1    this letter.

          2              Q.   Well, you've read the letter sitting here

          3    now, correct?

          4              A.   Yes.

          5              Q.   Do you -- to your knowledge, did SHRM

          6    investigate these allegations?

          7              A.   I don't recall.

          8              Q.   You would have expected SHRM to

          9    investigate these allegations as part of its

         10    investigation into Ms. Mohamed's race discrimination

         11    complaints if Mohamed had provided this letter to SHRM,

         12    correct?

         13              A.   Yes.

         14              Q.   Let's move on to the next bolded statement

         15    on the letter, which is on the top half of

         16    MOHAMED 000624.

         17              It says, "Requests put forward by POC are

         18    subjected to stricter scrutiny and met with less

         19    flexibility, credibility and empathy comparing to

         20    requests submitted by white team members."

         21              Did I read that correctly?

         22              A.   Yes.

         23              Q.   Do you understand that the term "POC" to

         24    mean "people of color"?

         25              A.   Yes.

 1                Q.    And then there are two more examples in
 2      bullet points underneath that statement, and one has a
 3      sub-bullet point under it.
 4                      Do you see that?
 5                A.    Uh-huh.
 6                Q.    To your knowledge, did SHRM investigate
 7      these factual allegations as part of its investigation
 8      into Ms. Mohamed's complaint of race discrimination?
 9                A.    Yes, I believe so.
10                Q.    What did SHRM do to investigate these
11      factual allegations?
12                A.    I believe that was part of Mike Jackson's
13      investigation, and I believe he spoke with Carolyn
14      Barley, and I believe he would have spoken with
15      Ms. Mohamed about this.
16                Q.    Why do you believe that he spoke to
17      Ms. Barley and that he would have spoken to Ms. Mohamed
18      about this?
19                A.    Because it seems as though this -- these
20      two particular issues were ones that I recall being
21      raised and -- and addressed.
22                Q.    And again, if Mr. Jackson interviewed
23      Ms. Barley and Ms. Mohamed about these factual
24      allegations, you would have expected him to document the
25      information he elicited from them in writing, correct?

1           A.   Yes, I would expect that.

2           Q.   Because failure to document that

3    information would be a departure from the best practices

4    that you expected of him in conducting his investigation,

5    correct?

6           A.   Yes.

7           Q.   Let's move on to the next bolded statement

8    in the letter that's also on the page MOHAMED 000624.

9                It says, "The lack of a safe space for POC

10   to bring up allegations of wrongdoing" when they are

11   not -- "where they are not met with racial gaslighting

12   and retaliation."

13               Did I read that correctly?

14          A.   Yes.

15          Q.   And it goes on to define racial

16   gaslighting according to Professor Angelique Davis, and

17   then says, "Here is an example of how two complaints

18   about managers were treated differently when brought up

19   by a POC comparing to a white [woman] on the same team."

20               Did I -- is that correct?

21          A.   Yes.

22          Q.   Okay.  And it has two more bullet points

23   that go on from the bottom of MOHAMED 000624 all the way

24   through the end of the page on MOHAMED 000625, correct?

25          A.   Yes.

```
 1                     Q.   To your knowledge, did SHRM investigate

 2      the factual allegations and those bullet points as part

 3      of its investigation into Ms. Mohamed's race

 4      discrimination complaints?

 5             A.   I -- I don't recall.

 6                     Q.   But, again, you would have expected SHRM

 7      to investigate these factual allegations if Ms. Mohamed

 8      had provided this letter to SHRM, correct?

 9             A.   Yes.

10                     Q.   Because it would be a pretty significant

11      departure from best practices in conducting such

12      investigations to ignore these allegations and not look

13      into them further, correct?

14                     MS. SPITTELL:  Objection.  Form.

15             A.   I'm sorry, I think I missed the -- between

16      the objection and the question.  Are we --

17             Q.   (By Mr. Swain)  I asked --

18             A.   I'm not sure --

19             Q.   -- a question and Ms. Spittell objected,

20      but I don't think you've answered the question.

21             A.   I would expect issues to have been

22      addressed and investigated.  And I just -- you know, for

23      the record, I do not recall seeing this letter.  It may

24      have -- I -- I may have seen it at the time.  I don't

25      recall.
```

1          MR. SWAIN:  Ms. Dittmer, can you read back

2     my prior question because the answer was nonresponsive.

3          (The following question was read:

4          "QUESTION:  Because it would be a pretty

5     significant departure from best practices in conducting

6     such investigations to ignore these allegations and not

7     look into them further, correct?")

8     A.    Yes.

9     Q.    (By Mr. Swain)  Did you ever become aware

10    that Ms. Mohamed had complained, not only of race

11    discrimination, but of retaliation as well?

12    A.    Yes.

13    Q.    Do you recall when you became aware that

14    Ms. Mohamed had complained specifically about

15    retaliation?

16    A.    I don't recall specifically.  Generally, I

17    would assume it to be August time frame of 2020.

18    Q.    I am going to show you an exhibit that has

19    been previously marked as Deposition Exhibit 37.

20    A.    Okay.

21    Q.    Let me know when you have it.

22    A.    Okay.

23          Yes, I have it open.

24    Q.    And I will direct your attention to the

25    second page of the PDF, the one marked SHRM 0133.  And

1    specifically, we're going to look at the email that's on

2    the top half of that page.

3              A.    Okay.

4              Q.    And this email, which really carries over

5    onto the first page, SHRM 0132, is from Ms. Mohamed to

6    Nick Schacht, Carolyn Barley, and Jeanne Morris on

7    August 19, 2020.

8                    Do you see that?

9              A.    Yes.

10             Q.    And in the body of the email, Ms. Mohamed

11   writes:

12                   "Hi Nick,"

13                   "I am following up on my email from

14   Friday.  Over the weekend, I spent a lot of time

15   reflecting on our email exchange below and how it fits

16   into the events that have been taking place over the past

17   couple of months."

18                   "As an employee who has been with the

19   organization for almost five years and with a documented

20   history of excellent performance, I am very troubled that

21   I have just now started receiving criticism about my

22   performance and vague complaints about the tone of my

23   conversations with others.  As you know, I made a

24   complaint of race discrimination about my manager's

25   treatment of me in early June.  I have elaborated on my

1    discrimination complaints and repeated them several times

2    since, including in conversations with you, Jeannie, and

3    Carolyn (not to mention with HR and . . . SHRM's CEO and

4    CHRO).  Almost immediately after Jeanne and Carolyn

5    learned that my discrimination claims have been reported

6    to you and the rest of the division, I started being

7    subjected to hostility, undeserved criticism, increased

8    scrutiny and other forms of retaliation.  One of the

9    things I complained about was [my] differential treatment

10   by Carolyn compared to my white peers.  I have given lots

11   of examples and am happy to provide them again.  Now,

12   just weeks after I made my discrimination complaints,

13   SHRM is setting me up to fail by imposing an inflexible

14   and unrealistic deadline on me while denying me the

15   support I need to successfully complete the project

16   before the deadline.  Meanwhile, white colleagues are

17   given support, allowed to delegate tasks to others when

18   necessary to complete deadlines, and are allowed to

19   freely miss or extend similar deadlines."

20                   "This retaliation against me and ongoing

21   discrimination goes against SHRM's guiding principles and

22   everything you have been communicating to us about

23   'challenge culture and open conversation'.  I have spent

24   almost five years going above and beyond to help SHRM

25   move forward, and I sincerely hope that I can continue to

```
 1    be a successful member of our team without further
 2    retaliation."
 3                   "With respect,"
 4                   "Ruby."
 5                   Did I read that correctly?
 6         A.    Yes.
 7         Q.    And do you recall seeing a copy of this
 8    email in --
 9         A.    Yes.
10         Q.    -- August 2020?
11         A.    Yes, I do.
12         Q.    And how did you get a copy of the email,
13    because it wasn't addressed to you?
14         A.    I don't recall how I specifically received
15    that.
16         Q.    Someone must have forwarded it to you,
17    correct?
18         A.    That would seem reasonable.
19         Q.    Let's go to the first page of Deposition
20    Exhibit 37, the one that's marked SHRM 0132.
21                   And below the black redaction box at the
22    top of the page, there's an email from Nick Schacht to
23    Carolyn Barley and Jeanne Morris, dated August 21.
24                   Do you see that?
25         A.    I do.
```

Case No. 1:22-cv-01983-CPG-KAS Document 408-16 Filed 08/04/23 USDC Colorado pg 71 of 188

```
 1                Q.    And in the email, Mr. Schacht writes:
 2     "Update - I spoke with Sean yesterday afternoon.  He's
 3     reviewing response language with Jim Banks.  This has
 4     been escalated appropriately."
 5                      Did I read that correctly?
 6          A.    Yes.
 7                Q.    So "yesterday afternoon" on August 21
 8     would have been the afternoon of August 20, 2020,
 9     correct?
10          A.    Yes.
11                Q.    Do you recall speaking with Mr. Schacht on
12     August 20, 2020 about Ms. Mohamed's August 19, 2020
13     email?
14          A.    Not specifically.
15                Q.    How about --
16          A.    I don't --
17                Q.    -- generally?
18          A.    I'm assuming -- I just don't recall a -- a
19     conversation.
20                Q.    You do acknowledge that you became aware
21     of Ms. Mohamed's August 19, 2020 retaliation complaint on
22     or before August 20, 2020, correct?
23          A.    Yes.
24                Q.    And do you recall reviewing response
25     language with Jim Banks?
```

Case No. 1:22-cv-01865-GPG-KAS Document 48-16 filed 08/02/23 USDC Colorado pg 72
pg 72 of 188

1           A.    Not specifically, but it, you know, seems

2     reasonable.  That would have been one of -- that would be

3     common practice.

4           Q.    Did you ensure that Mike Jackson was

5     provided a copy of this August 19, 2020 email by

6     Ms. Mohamed?

7           A.    I don't recall.  It seems likely that I

8     would have, but I also don't recall exactly when Mike was

9     out of the office, either.

10          Q.    Well, can we agree, in Ms. Mohamed's

11    August 19, 2020 email, she's making an explicit and

12    unambiguous complaint of retaliation?

13          A.    Yes.

14          Q.    And so you said you don't recall if you

15    shared the email specifically with Mr. Jackson, correct?

16          A.    Correct.

17          Q.    Mr. Jackson was the person tasked with

18    investigating Ms. Mohamed's complaints of discrimination

19    and retaliation, correct?

20          A.    Correct.

21          Q.    And the investigation didn't formally

22    conclude until August 31, 2020, correct?

23          A.    Correct.

24          Q.    Because that's when you issued your letter

25    to Ms. Mohamed sharing your findings that her complaints

1    were unfounded, right?

2         A.   Yes.

3         Q.   So to your knowledge, what did SHRM do to

4    investigate Ms. Mohamed's August 19, 2020 complaint of

5    retaliation?

6         A.   I believe that we reviewed email

7    communications and discussions that Carolyn and possibly

8    Jeanne may have had with Ruby Mohamed to assess if those

9    were retaliatory in nature.

10        Q.   Who is "we"?  You said "we reviewed" them.

11        A.   So Mike Jackson.

12        Q.   Who else?

13        A.   Mike Jackson and -- and myself, and I

14   would have relied on -- on Mike doing the -- you know,

15   the actual interviews or -- or discussions.

16        Q.   And to your knowledge, did Mr. Jackson or

17   anyone else attempt to interview Ms. Mohamed about the

18   factual basis for her claims in this email?

19        A.   I believe so.  That would seem reasonable,

20   but I don't recall specifically.

21        Q.   And I want to make sure we're clear about

22   the distinction between something that sounds reasonable,

23   that it could have happened, versus something that

24   actually happened.

25             So do you know if anyone interviewed

```
 1    Ms. Mohamed about her August 19, 2020 retaliation

 2    complaint?

 3              A.    And I want to be very clear, Mr. Swain,

 4    that you are asking about events that occurred three

 5    years ago.  And I want to be further clear that you have

 6    put me on notice that I must tell the truth, and I am

 7    endeavoring to do that.  And there is not a lot that I

 8    recall specifically about what occurred during that time

 9    frame.

10              I want it further on the record that it

11    was during a time when many things were happening in a

12    work -- workplace and society affected by a pandemic.

13              And so there were many things that

14    occurred in that time frame, many of which I don't recall

15    the specifics on.

16              Q.    Do you know if someone interviewed

17    Ms. Mohamed, or do you not know?

18              A.    I don't recall.

19              Q.    You would have expected Mr. Jackson to

20    interview Ms. Mohamed about the contents of this email,

21    given that he was the person you had assigned to conduct

22    the investigation into her complaints, correct?

23              MS. SPITTELL:  Objection.  Form.

24              You can answer.

25              A.    Yes.
```

Case No. 1:22-cv-01983-CPC-KAS Document 40-83-16 Filed 06/04/23 06/23 DC USDC Colorado pg 75
pg 75 of 188

1           Q.   (By Mr. Swain)   Because failing to

2    interview the complainant who's made such a direct and

3    unambiguous retaliation complaint would be a departure

4    from the best practices you expected of Mr. Jackson in

5    conducting his investigation, correct?

6           A.   Yes.

7           Q.   And you never personally spoke to

8    Ms. Mohamed about her complaints of discrimination and

9    retaliation after late July, correct?

10          A.   I don't recall us having an additional

11   conversation.  We were in the process of trying to have

12   another SHRM HR staff member work with Ms. Mohamed and

13   Ms. Barley to try to improve the working relationship

14   there.

15          Q.   You're referring to Bernée Long, correct?

16          A.   Yes, that's correct.

17          Q.   We'll talk about her a little bit later.

18               My question was about your personal

19   interactions with Ms. Mohamed as it related to her

20   complaints of discrimination and retaliation.

21          A.   I don't recall an additional phone

22   conversation after the late July time frame.

23          Q.   I'd like to talk about Mr. Jackson now.

24               What -- so Mr. Jackson's job title at this

25   time, June, July, August 2020, was manager of employee

 1    experience; is that correct?

 2            A.    That's correct.

 3            Q.    And he reported directly to you; is that

 4    right?

 5            A.    That's correct.

 6            Q.    Did Mr. Jackson have any other individuals

 7    that he directly reported to at that time?

 8            A.    No.

 9            Q.    And can you describe your working

10    relationship with Mr. Jackson as it pertained to

11    Ms. Mohamed and her complaints of discrimination and

12    retaliation in the summer of 2020?

13                 MS. SPITTELL:  Objection.  Form.

14                 You can answer.

15            A.    I was Mike's manager, and I'm not sure how

16    else to characterize that working relationship.

17            Q.    (By Mr. Swain)  How frequently did you

18    interact with Mr. Jackson during that time period?

19            A.    I would say Mike and I interacted

20    frequently on a whole range of things, given the nature

21    of Mike's job.  And so it -- you know, in terms of

22    generally meeting with Mike, I'm sure we touched base at

23    least several times a week.

24            Q.    Was Mr. Jackson someone who was competent

25    enough at his job that he could perform his duties

```
 1    without close personal supervision, or did you need to
 2    closely watch what he was doing to ensure that he was
 3    doing a good job?
 4              A.    Mr. Jackson was competent at what he did,
 5    and I did not believe that his work required close
 6    supervision because of any concerns about competence.
 7              Q.    How long did Mr. Jackson report to you
 8    directly at SHRM?
 9              A.    I believe that was from the fall of 2019
10    until the fall of 2021.
11              Q.    And is it true that he stopped reporting
12    to you because he left SHRM for another job?
13              A.    Yes.
14              Q.    So you supervised him for approximately
15    two years, correct?
16              A.    Yes.
17              Q.    Do you have any criticisms of
18    Mr. Jackson's job performance from the two years that
19    you directly supervised him?
20              A.    No.  I -- nothing comes to mind.  I mean,
21    my lasting impression of working with Mike was, you know,
22    a very professional person.  He covered a lot of
23    waterfront, if you will.  There were a lot of things that
24    he did for SHRM, and he worked tremendously hard.  He put
25    a lot of hours in.
```

Case No. 1:22-cv-01576-SKC-PCKKSS   Document 40-1   Filed 08/04/23  USDC Colorado
pg 78 of 188

```
 1                    So no, I don't have any criticism that --

 2     that would come to mind.

 3              Q.    And we've already discussed that

 4     Mr. Jackson was the person responsible for conducting the

 5     investigation into Ms. Mohamed's complaints of race

 6     discrimination and retaliation, correct?

 7              A.    Yes.

 8              Q.    At any point before Ms. Mohamed's

 9     termination, did Mr. Jackson turn over responsibility for

10     the investigation to you personally?

11              A.    No.

12              Q.    Are you the person who selected

13     Mr. Jackson to investigate Ms. Mohamed's complaints of

14     discrimination and retaliation?

15              A.    Yes.

16              Q.    Why did you select Mr. Jackson to be

17     responsible for investigating Ms. Mohamed's complaints of

18     race discrimination and retaliation?

19              A.    It was consistent with Mike's scope of

20     work and responsibilities, and so it was a logical

21     choice.

22                    MR. SWAIN:  Let's take a quick five-minute

23     break.  Back at 1:35 your time.  Okay?

24                    THE WITNESS:  Okay.

25                    (Recess taken from 11:30 a.m. until
```

 1    11:38 a.m.)

 2              Q.   (By Mr. Swain)   Mr. Sullivan, did you get a

 3    chance to talk with Ms. Spittell during the break?

 4              A.   Yes.

 5              Q.   Did you discuss your testimony?

 6              A.   We had a discussion.

 7              Q.   Is that a yes?

 8              A.   We had a discussion about the --

 9                   MS. SPITTELL:   I'm going to --

10              A.   -- procedural --

11                   MS. SPITTELL:   -- direct you not to

12    testify about the subject of our communication.

13              Q.   (By Mr. Swain)   And that's an important

14    distinction.   So I am allowed to ask you about the

15    subject matters you discussed, but I do not want you to

16    share the substance of exactly what you said and what

17    Ms. Spittell said.

18                   Okay?

19                   MS. SPITTELL:   I'm going to object to

20    that.   He's not going to answer any questions about

21    our -- the subject of our communications.

22                   If you have case law or a statutory cite

23    that allows you to ask about the subject matter, you can

24    go ahead and send that to me and I can analyze it.

25                   MR. SWAIN:   I'm not going to do that.

 1                    Q.   (By Mr. Swain)   The law on attorney-client

 2       privilege is clear and well-known.   I'm allowed to ask

 3       about the general topics you discussed with Ms. Spittell,

 4       but not the substance of what was communicated.

 5                    So answer the question:   Did you discuss

 6       your testimony with Ms. Spittell during the break?

 7                    MS. SPITTELL:   He's not answering about

 8       the contents of our communications, Mr. Swain.

 9                    Q.   (By Mr. Swain)   And that is an important

10       distinction.   I'm not asking you about the substance.

11                    I'm asking you about the general subject

12       matters that you discussed with her.

13                    MS. SPITTELL:   So do you believe that a

14       subject matter has nothing to do with the contents of the

15       communication?   Isn't the subject matter regarding the

16       contents?

17                    I don't see your distinction, and if you

18       want to send me statutory law or a cite or a case cite,

19       I'm happy to review that, but he's not answering that

20       question.

21                    Q.   (By Mr. Swain)   Did you discuss testimony

22       with anyone other -- that other witnesses have given in

23       this case?

24                    MS. SPITTELL:   He can answer that as long

25       as it has nothing to do with my communications with him.

```
 1                   Q.   (By Mr. Swain)   Okay --

 2                        MS. SPITTELL:   If you're trying --

 3                   Q.   (By Mr. Swain) -- so I'm asking you a

 4         clear --

 5                        MS. SPITTELL:   If you're --

 6                   Q.   (By Mr. Swain) -- yes-or-no question --

 7                        MS. SPITTELL:   -- trying to infer that I

 8         am coaching the witness, then just come out and say it,

 9         and we can talk about it on the record.

10                   Q.   (By Mr. Swain)   Mr. Sullivan, this is a

11         yes-or-no question:

12                        Have you discussed with anyone the

13         testimony that's been given by other witnesses in this

14         case?

15                        MS. SPITTELL:   And he can answer to the

16         extent that it doesn't discuss the communications with

17         me.

18                   A.   I have not discussed testimony with

19         respect to other witnesses in the case.   I haven't spoken

20         with other witnesses in the case.

21                   Q.   (By Mr. Swain)   And I'm not asking you

22         about speaking with other witnesses.

23                        Have you discussed the testimony of other

24         witnesses with anyone?

25                   A.   No.
```

1               Q.   Would you like to change, supplement, or

2    amend any of your prior answers after speaking with

3    Ms. Spittell?

4               A.   No.

5               Q.   So you indicated before the break that you

6    selected Mr. Jackson to investigate Ms. Mohamed's

7    complaints of race discrimination and retaliation

8    because -- I'm paraphrasing you -- because it fell within

9    the purview of her -- his duty so it was a logical

10   choice.

11                   Is that a fair summary of what you said

12   before the break?

13                   MS. SPITTELL:  Objection.  Form.

14                   You can answer.

15              A.   Yes.

16              Q.   (By Mr. Swain)  And do you believe that

17   Mr. Jackson was qualified to conduct investigations of

18   employee complaints of discrimination and retaliation?

19              A.   Yes.

20              Q.   Why?

21              A.   Mike had been doing that as part of his

22   job since he came into the position and was doing it

23   effectively.

24              Q.   How many investigations of employee

25   complaints of discrimination or retaliation had

1    Mr. Jackson conducted at SHRM before Ms. Mohamed's?

2         A.    I can't recall.  I was thinking more in

3    terms of the employee relations issues that Mike would

4    have addressed, and I can't recall if any of those

5    specifically included charges of discrimination.

6              From an employee relations perspective, I

7    was confident that Mike was capable of doing the

8    investigation.

9         Q.    Do you know if Mr. Jackson had ever

10   investigated a complaint of discrimination or retaliation

11   before Ms. Mohamed's?

12        A.    I don't know.

13        Q.    Did you ask him?

14        A.    I can't recall.

15        Q.    And you agree that determining if someone

16   had ever conducted such an investigation would be an

17   important data point in determining if they're qualified

18   to do it?

19        A.    When a person's role includes employee

20   relations responsibilities, that encompasses

21   discrimination, and so I recall not having any

22   reservations about Mike's ability to conduct the

23   investigation.

24        Q.    That was a nonresponsive answer so I'm

25   going to ask Ms. Dittmer to reread the question.

Case No. 1:22-cv-01608-GPG-KAS   Document 108-16   Filed 08/04/23   USDC Colorado
pg 84 of 188

```
 1                     (The following question was read:
 2                     "QUESTION:  And you agree that determining
 3    if someone had ever conducted such an investigation would
 4    be an important data point in determining if they're
 5    qualified to do it?")
 6             A.    Yes, to the extent that it is a -- a data
 7    point.
 8             Q.  (By Mr. Swain)  What are the other data
 9    points?
10             A.    The ability to handle similarly sensitive
11    kinds of situations and -- and experience in doing
12    investigations generally.  So I would consider those
13    additional factors.
14             Q.    Anything else?
15             A.    The resources and timeliness of being able
16    to be responsive to a complaint.
17             Q.    Do you know what training, if any,
18    Mr. Jackson had in conducting internal investigations
19    before he was tasked with investigating Ms. Mohamed's
20    complaints of race discrimination and retaliation?
21             A.    If I recall, Mike had his SHRM
22    certification.  That includes material on conducting
23    investigations generally.  And I don't recall other
24    specific formal qualifications.
25             Q.    Did Mr. Jackson tell you that he had that
```

Case No. 1:22-cv-01065-GPG-KAS Document 408-16 Filed 08/04/23 USDC Colorado pg 85 of 188
pg 85 of 188

```
 1    certification, or how do you know that he did?
 2              MS. SPITTELL:  Objection.
 3              You can answer.
 4              THE COURT REPORTER:  I'm sorry, what was
 5    your objection, Kaitlin?
 6              MS. SPITTELL:  Sorry.
 7              Objection.  Form.
 8              You can go ahead and answer, Mr. Sullivan.
 9         A.   So the certification was something that
10    once -- once achieved, we recognize that within the
11    organization.  And I recall sometime in the 2019/early
12    2020 time frame, I believe Mike had received his
13    certification.
14         Q.   (By Mr. Swain)  What was that certification
15    again?
16         A.   It would have been the SHRM CP.
17         Q.   What does "CP" stand for?
18         A.   Certified Professional.
19         Q.   And what does the SHRM CP certification
20    entail in terms of subject matters that you need to study
21    to achieve it?
22         A.   So it really includes, broadly, all
23    aspects of human resources, from employment law to
24    compensation to employee relations to learning and
25    development, talent management practices, talent
```

 1    acquisition practices.
 2            Q.   So it's not focused, per se, on EEO law or
 3    conducting internal investigations.  That CP
 4    certification is just -- entails those two topics among
 5    many, correct?
 6            A.   That is correct.  It is a professional
 7    certification.
 8            Q.   Do you know if Mr. Jackson had any
 9    training or certifications that were specially geared
10    towards conducting investigations?
11            A.   No.
12            Q.   Does it matter to you if he did or not?
13            A.   In the con- -- no.
14            Q.   Do you know if Mr. Jackson has any
15    specialized knowledge about race discrimination or
16    retaliation law?
17            A.   I don't know.
18            Q.   Does it matter if he did?
19            A.   No.
20            Q.   Throughout today's deposition, we've
21    discussed some best practices that you testified you
22    expected of Mr. Jackson as the person tasked with
23    investigating Ms. Mohamed's complaints of race
24    discrimination and retaliation.
25                 Do you remember discussing those best

1   practices?

2           A.   Yes.

3           Q.   One of them was documenting in writing the

4   information elicited from witness interviews, correct?

5           A.   Yes.

6           Q.   And another one was investigating new

7   factual allegations as they arrive during the course of

8   the investigation, correct?

9           A.   Yes.

10          Q.   Did you communicate those best practices

11  to Mr. Jackson at the time that you appointed him to

12  investigate Ms. Mohamed's claims of race discrimination

13  and retaliation?

14          A.   I don't recall.

15          Q.   You certainly expected him to follow those

16  best practices, though, correct?

17          A.   Yes.

18          Q.   Do you think it would cast doubt on the

19  integrity of the investigation if Mr. Jackson failed to

20  follow those best practices that we've discussed?

21          A.   I am not sure.

22          Q.   It certainly could cast doubt on the

23  integrity of the investigation, couldn't it?

24          A.   It could, but it may not.

25          Q.   Mr. Jackson testified that he learned that

Case No. 1:22-cv-00685-CPK-KAS   Document 40-3   Filed 08/04/23   USDC Colorado   pg 88
pg 88 of 188

```
 1    the decision to terminate Ms. Mohamed had been made in an

 2    email from you.

 3              Do you recall sending him an email to that

 4    effect?

 5         A.   I do not recall.

 6         Q.   Do you have any reason to cast doubt on

 7    his memory about that?

 8         A.   I -- no, I don't have a reason to.

 9         Q.   You said Mr. Jackson's a pretty thorough,

10    hard-working guy, correct?

11         A.   Yes, I did.

12         Q.   Do you believe it's -- let's talk about

13    another best practice for conducting internal

14    investigations of employee complaints of discrimination

15    and retaliation.

16              Do you think it's a best practice for the

17    individual investigating claims of discrimination and

18    retaliation to maintain impartiality?

19         A.   Yes, I do.

20         Q.   And neutrality as well, correct?

21         A.   Yes.

22         Q.   Why are those important, neutrality and

23    impartiality, in these investigations?

24         A.   To ensure a fair process has been

25    followed.
```

```
 1                Q.    Anything else?

 2                A.    No.

 3                Q.    Because if the investigator doesn't

 4   maintain impartiality and neutrality, that casts doubt on

 5   the fairness of the investigation, doesn't it?

 6                      MS. SPITTELL:  Objection.  Form and

 7   foundation.

 8                      Go ahead and answer.

 9                A.    It could.

10                Q.    (By Mr. Swain)  Do you think Mr. Jackson

11   was impartial and neutral in this investigation?

12                A.    Yes, I do.

13                Q.    Why is that?

14                A.    Because I have worked with Mike, and I

15   know how he conducted his work.

16                Q.    Anything else?

17                A.    No.

18                Q.    Generally, do you think it's important

19   that when an employee makes a complaint of

20   discrimination, that the employer thoroughly investigate

21   it?

22                A.    Yes, I do.

23                Q.    Why?

24                A.    I'm sorry.  I'm just -- my mind is

25   blanking.  I mean, the response that comes to mind is
```

 1    "because," and because, you know, an organization should

 2    treat those kinds of concerns seriously and respond to

 3    them seriously.

 4              Q.   Well, race discrimination is wrong, isn't

 5    it?

 6              A.   Yes.

 7              Q.   I mean, it's illegal, correct?

 8              A.   You're the lawyer.

 9              Q.   Well, you're a 35-year human resources

10    professional, aren't you?

11              A.   Yes.  So why are we asking about this?

12    Yes.

13              Q.   And race discrimination is also immoral,

14    isn't it?

15              A.   Yes.

16                   MS. SPITTELL:  Objection.  Form.

17              Q.   (By Mr. Swain)  Why is it immoral?

18                   THE WITNESS:  Kaitlin, I'm looking to you.

19    I don't understand this line of questioning, and so I'm

20    not sure why my answers to this are specifically required

21    for this deposition.

22                   MS. SPITTELL:  Is there a pending

23    question?

24                   MR. SWAIN:  There is.

25                   MS. SPITTELL:  Okay.

```
 1                Q.   (By Mr. Swain)   Why is race discrimination
 2    immoral?
 3                MS. SPITTELL:   So, Sean, I would suggest
 4    that you answer the question and if you need some
 5    guidance, I'm happy to talk to you.   Once you've answered
 6    the question, we can take a brief break, but we can't
 7    take a break during a pending question.
 8                THE WITNESS:   Oh, that's fine.   I'm -- I
 9    will respond.   I don't understand why we're talking
10    philosophically at this point in the deposition.
11                A.    But to answer the question, the reason why
12    race discrimination is immoral is because it is creating
13    unequal conditions and unequal -- potentially unequal
14    outcomes in -- if we're talking specifically about the
15    workplace, in the workplace when those kinds of factors
16    about the color of one's skin should not be a factor in
17    how one is treated in the workplace.
18                Q.   (By Mr. Swain)   Do you need to take a break
19    so your lawyer can coach you before we continue with this
20    line of questioning?
21                MS. SPITTELL:   Mr. Hunter, if you're going
22    to continue to insinuate that I'm coaching the witness, I
23    would happily call the Court because that's just not
24    going to fly today.
25                My client is clearly seeking some guidance
```

Case No. 1:22-cv-01922-GPG-KAS Document 083-16 Filed 08/04/23 USDC Colorado pg 92
pg 92 of 188

```
 1    on the purpose of a deposition, and so I have a

 2    responsibility to enlighten him on the scope of what a

 3    deposition can include.

 4                 And if you're going to continue to

 5    insinuate any wrongdoing on my part, let's go ahead and

 6    end the deposition and get the Court on the phone.

 7                 MR. SWAIN:  You offered to take a break so

 8    you could talk to him about the questioning after that

 9    answer, so I'm just asking if he wants to take you up on

10    that offer.

11          A.    So let me be --

12                 MS. SPITTELL:  So you think every --

13                 One minute, Mr. Sullivan.

14                 So you believe every communication between

15    Mr. Sullivan and me today is coaching when -- I mean,

16    what basis do you have for that?  Because if you're going

17    to make that type of really baseless allegation, let's

18    get it on the record.

19                 MR. SWAIN:  I'm just asking if

20    Mr. Sullivan wants to take you up on your invitation to

21    take a break so you can talk about the questions before

22    we resume.

23                 MS. SPITTELL:  No one said that that's

24    what was happening.  I told him that he needed to -- to

25    answer the question.  He clearly has a question on what a
```

 1    deposition is and what the scope can include.

 2                    Don't you think it's important for your

 3    deponent to truthfully and honestly and completely answer

 4    the questions, and if he understands what a deposition

 5    is -- i.e., the scope of questions you may ask today -- I

 6    think that helps you, don't you?

 7                    MR. SWAIN:  I agree and that's why I was

 8    asking --

 9                    MS. SPITTELL:  Great.

10                    MR. SWAIN:  -- Mr. Sullivan --

11                    MS. SPITTELL:  That's perfect.

12                    MR. SWAIN:  -- if he wants to take you

13    up --

14                    MS. SPITTELL:  We're going to go --

15                    MR. SWAIN:  -- on your offer.

16            Q.   (By Mr. Swain)  Do you think it's important

17    for employers to thoroughly investigate employee

18    complaints of retaliation in addition to employee

19    complaints of race discrimination?

20                    MS. SPITTELL:  No, no, no.  No, no, no.

21    There is no pending question.  I already said that we're

22    going on a break.

23                    I need four -- five minutes.

24                    MR. SWAIN:  Four to five minutes, you

25    said?

```
 1                      MS. SPITTELL:  Yeah, it's 12:01, so --
 2                      MR. SWAIN:  Well, we're not going to take
 3      a break until he's answered the question that I just
 4      asked.
 5                      MS. SPITTELL:  No, he's not answering that
 6      question because I'm sure that the record shows that I
 7      said we're going on a break before you said that
 8      question.  There's no pending question.
 9                      MR. SWAIN:  This is my deposition, and
10      you're answering the question before we take a break.
11                      MS. SPITTELL:  No, he's not.  He has no
12      obligation to answer that, and he can go ahead and --
13      whatever, mute and stop his video.  There's no pending
14      question.
15                      MR. SWAIN:  This is my deposition and
16      we're continuing --
17                      MS. SPITTELL:  Yes, it is your deposition,
18      and I understand that.  And he doesn't have an obligation
19      to not go on a break when there's no pending question.
20      You can't just unilaterally deny someone going on a
21      break.
22                      So --
23                      MR. SWAIN:  You didn't ask for a break, so
24      he's going to answer --
25                      MS. SPITTELL:  I did ask for a break.  I
```

```
 1   did.

 2              MR. SWAIN:  We'll take a break after he

 3   answers the question.

 4              MS. SPITTELL:  He's not answering that

 5   question.  There's -- there's no pending question.  I

 6   said let's go on a break before you posed that question.

 7              MR. SWAIN:  I'm not taking a break right

 8   now, so you're going to answer the question before we do.

 9              MS. SPITTELL:  Shelly, were you able to

10   catch, after Mr. Swain and I conferred on his

11   implications of coaching, that I asked -- that I said

12   we're going on a break?

13              THE COURT REPORTER:  Can we go off the

14   record for me to check what was said?

15              MS. SPITTELL:  Sure.

16              (Discussion off the record.)

17              MR. SWAIN:  Back on the record.

18              And, Ms. Dittmer, can you repeat the

19   question that I posed.

20              (The following question was read:

21              "QUESTION:  Do you think it's important

22   for employers to thoroughly investigate employee

23   complaints of retaliation in addition to employee --")

24         Q.   (By Mr. Swain)  So the end of the question

25   was:  In addition to employee complaints of
```

```
 1   discrimination?

 2         A.   Yes.

 3              MR. SWAIN:  Would you like to take a break

 4   now, Mr. Sullivan?

 5              THE WITNESS:  I --

 6              MS. SPITTELL:  We're taking a break.

 7              THE WITNESS:  Yes.

 8              MS. SPITTELL:  There's no question about

 9   it.

10              See you back in five minutes.

11              (Recess taken from 12:03 p.m. until

12   12:10 p.m.)

13         Q.   (By Mr. Swain)  Mr. Sullivan, did you get a

14   chance to talk to Ms. Spittell during the break?

15         A.   Yes, I did.

16         Q.   Would you like to change or supplement any

17   of your prior answers after talking to Ms. Spittell?

18         A.   No.

19         Q.   And I'll just clarify.

20              I do my best to be flexible when folks

21   request a break, but the decision whether to take one or

22   not is mine because I'm the person taking the deposition,

23   so --

24              MS. SPITTELL:  That's not true.

25              MR. SWAIN:  If anyone wants a break going
```

Case No. 1:22-cv-00035-GPG-KAS   Document 408-15   filed 08/04/23   USDC Colorado   pg 97 of 188

```
 1    forward, feel free to let me know, and I will find a good

 2    stopping place and we can take one then.

 3                    MS. SPITTELL:  We will let you know when

 4    we need breaks, and we will be taking them as necessary.

 5    Thank you.

 6                    MR. SWAIN:  We'll deal with that if it

 7    comes up.

 8            Q.    (By Mr. Swain)  Before the break,

 9    Mr. Sullivan, you indicated that you believe it's

10    important that employers thoroughly investigate employee

11    complaints of retaliation.

12                    Is that an accurate summary of what you

13    said right before the break?

14                    MS. SPITTELL:  Objection.  Form.

15                    You can answer.

16            A.    Yes.

17            Q.    (By Mr. Swain)  Why is that important?

18            A.    I believe that I answered that previously,

19    but I'm happy to respond again.

20                    It's important to take those allegations

21    seriously and to respond and demonstrate that those

22    issues are taken seriously in the organization.

23            Q.    Well, it's also important to make sure

24    that retaliation is not occurring, correct?

25            A.    Yes.
```

Case No. 1:22-cv-01983-SKC-KAS Document 1083-16 Filed 08/04/23 USDC Colorado pg 98
pg 08 168 188

```
 1              Q.   Because retaliation is wrong; would you
 2    agree?
 3              A.   Yes.
 4              Q.   Not only because it's illegal, but because
 5    it's immoral, correct?
 6              A.   Yes.
 7              Q.   Why is retaliation immoral?
 8                   MS. SPITTELL:  Objection.  Form.
 9    Foundation.
10                   You can answer.
11              A.   Retaliation is immoral because it
12    jeopardizes the -- the fair and thorough treatment of an
13    employee's concerns.
14              Q.   (By Mr. Swain)  Well, and also because a
15    retaliatory termination can disrupt an employee's
16    livelihood, correct?
17              A.   Yes, it can.
18              Q.   And cause them significant emotional
19    distress and other harms, right?
20              A.   Yes, it could.
21              Q.   You indicated that over the course of your
22    career, you have either investigated or supervised the
23    investigation of 30 to 40 complaints of discrimination
24    and retaliation; is that correct?
25              A.   Yes.
```

```
 1                    Q.    How many times in your career has one of
 2      those investigations substantiated an employee's claim of
 3      discrimination or retaliation?
 4             A.    I don't recall.
 5             Q.    You can't think of one?
 6             A.    I'm saying I don't recall.
 7             Q.    Okay.  Did Mr. Jackson provide you a
 8      written summary of his conclusions at the conclusion of
 9      the investigation into Ms. Mohamed's complaints of race
10      discrimination and retaliation?
11             A.    Yes, I believe he did.
12             Q.    And do you recall if he did that by email
13      or by some other means?
14             A.    I don't recall.  It would seem reasonable
15      to have received that via email, but I -- I don't recall.
16             Q.    And the August 31, 2020 letter that you
17      prepared explaining the conclusions of the investigation
18      to Ms. Mohamed, did you base that letter on the
19      conclusions that Mr. Jackson provided to you?
20                    MS. SPITTELL:  Objection.  Form.
21                    Go ahead and answer.
22             A.    Yes.
23             Q.    (By Mr. Swain)  And did you perform an
24      independent analysis of his factual findings?
25             A.    How would you characterize "independent
```

1    analysis"?

2               Q.    Well, you tell me.   What does the word

3    "independent analysis" mean to you?

4               A.    Well, it can mean many different things,

5    depending on the circumstances.   If what you mean is, did

6    I assess the information that Mr. Jackson brought

7    forward -- and this is how I would characterize it -- as

8    an independent analysis and assess that against my

9    understanding of the events that occurred and the

10   fullness of the information that was brought forward,

11   then yes, I conducted an independent analysis.

12              Q.    And you indicated that you believe

13   Mr. Jackson documented in writing the information he

14   solicited from his interviews as part of the

15   investigation, right?

16              A.    I believe so.

17              Q.    Did you review that written documentation

18   while you were conducting your independent analysis?

19              A.    That seems reasonable.   I just don't

20   recall.

21              Q.    And again, I want to make clear the

22   distinction between something that seems reasonable or

23   something that you know happened.

24                    So your testimony is that you don't recall

25   reviewing that written documentation of the information

Case No. 1:22-cv-01626-PAB-KAS Document 40-3 filed 08/04/23 USDC Colorado pg 101

```
 1    that Mr. Jackson elicited from his witness interviews,
 2    correct?
 3              A.    I don't recall.
 4              Q.    But we can agree it would have been one of
 5    the best practices that SHRM would expect for an ultimate
 6    decision-maker to review the written documentation
 7    collected as part of an investigation into discrimination
 8    and retaliation complaints before making a decision,
 9    correct?
10              A.    Yes.
11              Q.    By the way, you said that you and
12    Mr. Jackson, together, looked into Ms. Mohamed's
13    August 19, 2020 complaint of retaliation; is that
14    correct?
15              A.    Yes.
16              Q.    And you said that you did that by
17    reviewing email communications by Ms. Mohamed,
18    Ms. Barley, and Ms. Morris, correct?
19              A.    That's what I recall doing.  I can't
20    recall exactly what steps Mike Jackson took.
21              Q.    Did you document in writing the
22    information that you reviewed as that portion of the
23    investigation?
24              A.    I don't recall.
25              Q.    But documenting the information that you
```

```
 1    reviewed in writing as that portion of the investigation

 2    would have been a best practice, correct?

 3              A.    Unless the information stood independently

 4    as a self-explanatory reference document.

 5              Q.    Can you explain what you mean by that?

 6              A.    Yeah.

 7                    I would not take additional notes on an

 8    email that seemed to be self-explanatory.

 9              Q.    But would you document somewhere that you

10    actually had reviewed that particular email as part of

11    your investigative process?

12              A.    I may not have.

13              Q.    Why not?

14              A.    It -- I think it just depends on, you

15    know, what -- what seems necessary at that time to -- to

16    be able to document.

17              Q.    And how -- what decision-making process

18    would you utilize to determine if documenting a certain

19    part of the investigation is necessary while documenting

20    another part of the investigation is not necessary?

21                    MS. SPITTELL:  Objection.  Form.

22                    You can answer.

23              A.    That would be -- seem to be situational.

24              Q.    (By Mr. Swain)  Subjective, correct?

25              A.    Situational.
```

         1              Q.   What's the difference between situational
         2    and subjective in this context?
         3              MS. SPITTELL:  Objection.  Form.
         4    Foundation.
         5              You can answer.
         6              A.   Situational is what the particular
         7    circumstances may have seemed to require at that moment
         8    in time.
         9              Q.   (By Mr. Swain)  In your subjective view,
        10    correct?
        11              A.   I would not call it my "subjective view,"
        12    but if that's your terminology, then I -- it would be
        13    dependent on my assessment.
        14              Q.   Well, let me ask you a different way then.
        15              Are there any objective metrics to
        16    determine which situational factors require you to
        17    document certain parts of the investigation but not
        18    others?
        19              A.   I'm -- I'm not sure.  I don't -- I'm not
        20    sure I understand what you mean by "objective" measures.
        21              Q.   Well, sure.
        22              So objective and subjective are conceptual
        23    opposites, right?
        24              A.   Uh-huh.
        25              Q.   So in my --

Case No. 1:22-cv-01562-SPG-AS Document 40-83 Filed 08/04/23 DC Colo pg 104 of 188

```
 1                    MS. SPITTELL:  Can you --

 2          Q.   (By Mr. Swain)  -- view, the word

 3     "objective" means that you can verify something according

 4     to metrics that exist outside of your own mind, and

 5     "subjective" means that you make a decision, not based on

 6     external requirements, but on your own decision-making

 7     capacity.

 8                    Is that a fair summary of what the phrases

 9     "objective" and "subjective" mean?

10                    MS. SPITTELL:  Objection.  Form.

11     Foundation.

12                    And, Mr. Sullivan, when you answer, make

13     sure to answer verbally.  Your last answer was a

14     "uh-huh."

15                    You can answer.

16          A.   Yes.

17          Q.   (By Mr. Swain)  So are there objective

18     metrics that you utilize when you are making an internal

19     decision:  "Do I need to document that I reviewed this

20     email," or is that not necessary?

21          A.   I don't recall.

22          Q.   You don't recall if objective metrics

23     exist to guide that decision-making process?

24          A.   I'm simply saying I -- I don't recall the

25     specific process that I went through.
```

```
 1              Q.    Because it's not documented, right?
 2              A.    A specific procedural or process document
 3     did not exist for a specific investigation, no.
 4              Q.    It was up to your judgment and Mike
 5     Jackson's judgment to determine what would be documented
 6     in the investigation and what would not be, correct?
 7              A.    Yes.
 8              Q.    I want to talk about the process that SHRM
 9     went through, to your knowledge, to collect relevant
10     documents in this case.
11                    So you stopped working for SHRM in
12     February of 2022, correct?
13              A.    Yes.
14              Q.    Since February 2022, have you provided any
15     documents about Ms. Mohamed or about this case generally
16     to SHRM?
17              A.    No.
18              Q.    Before February 2022, did you provide
19     documents about Ms. Mohamed or about this case generally
20     to anyone at SHRM?
21              A.    I don't recall.
22              Q.    I want to talk about Bernée Long.
23                    Do you recall Ms. Long -- or asking
24     Ms. Long to serve as a mediator for Ms. Mohamed's race
25     discrimination complaints?
```

```
 1          A.    Yes, I do.

 2          Q.    Tell me what you recall about that.

 3          A.    I recall being concerned about what seemed

 4    to be a deterioration in communications between

 5    Ms. Mohamed and Ms. Barley and believing that we should

 6    try different approaches to seeing if we could repair

 7    that relationship and had -- I recall expressing that

 8    both to Ms. Barley and Ms. Mohamed.  I can't recall

 9    specifically which may have been by email, which may have

10    been by phone call.

11                And I had taken steps to see if there were

12    someone externally that we may be able to use.  Part of

13    that was in an effort to get a fully disinterested party,

14    and part of it was recognizing that with many, many

15    things going on in the workplace, the people that may be

16    available to do that had many other things going on.

17                And so I was hoping to be able to find

18    that capability externally.  When that did not prove to

19    be fruitful, I considered what resources we had

20    internally, and that's when I turned to Bernée.

21          Q.    You indicated that part of the reason that

22    you were looking for a mediator was that you were

23    concerned about what you perceived as a deteriorating

24    work relationship between Ms. Mohamed and Ms. Barley; is

25    that right?
```

1           A.    That's correct.

2           Q.    Were you also concerned that race

3    discrimination might be occurring at SHRM?

4           A.    Yes.

5           Q.    Because of the nature of SHRM's mission

6    and its work, do you think SHRM is less likely to have

7    unlawful race discrimination occurring within its

8    organization?

9                 MS. SPITTELL:  Objection.  Form.

10   Foundation.

11                You can answer.

12          A.    That's certainly our aspiration.  That

13   said, we're an organization of people and, you know,

14   interactions between people get difficult at times.

15                And so while I know we aspire to that,

16   aspiration doesn't mean that there's a, you know,

17   100 percent certainty that it doesn't exist within an

18   organization, even one that has aspirations like SHRM.

19          Q.    (By Mr. Swain)  So race discrimination

20   could occur at SHRM; is that what you're saying?

21                MS. SPITTELL:  Objection.  Foundation.

22          A.    I'm saying yes, it could.  I believe it

23   could happen in many places that one might not

24   intuitively think or suspect.  I believe wherever people

25   interact, there is a possibility of that.

```
 1                      Q.   (By Mr. Swain)   Do you think SHRM has a

 2    responsibility to be a model workplace given its mission

 3    and the work that it does?

 4                      MS. SPITTELL:   Objection.   Form.

 5                      You can answer.

 6             A.   Yes, I do.

 7                      Q.   (By Mr. Swain)   Do you think SHRM lives up

 8    to that responsibility?

 9             A.   Yes, I do.

10             Q.   You indicated that after you decided to

11    bring in a third party as a mediator, that you took steps

12    to find someone externally; is that correct?

13             A.   Yes.

14             Q.   What steps did you take to find someone

15    externally?

16             A.   I recall reaching out through my own

17    network of colleagues that are in similar kinds of

18    positions, and I also recall speaking with our general

19    counsel, Jim Banks, to see if he had any personal

20    recommendations.

21             Q.   And did you receive any recommendations

22    through your network?

23             A.   I did not.

24             Q.   Did you receive any recommendations from

25    Mr. Banks?
```

Case No. 1:22-cv-01622-SPB-KAS Document 40-83 filed 08/04/23 USDC Colorado pg 109

1           A.    I did.

2           Q.    Okay.  And who were they?

3           A.    There was a particular person who was an

4    attorney in the New Jersey area.  I can't recall that

5    person's name.  She had experience and expertise in Equal

6    Employment Opportunity kinds of cases.  We had a couple

7    of good discussions.

8                 In terms of her availability, she was not

9    going to be available to take on this kind of consulting

10   arrangement or assignment until late September, going

11   into October.  And when I was making this assessment in

12   the, you know, late July/early August time frame, I

13   needed somebody who could be available more immediately.

14          Q.    Because Ms. Mohamed was fired well before

15   late September, right?

16          A.    No.  What I'm saying is, I was concerned

17   about the situation and I wanted to be able to have

18   somebody who could work with Ms. Mohamed and Ms. Barley

19   more quickly than the end of September or beginning of

20   October.

21          Q.    We can agree that Ms. Mohamed was

22   terminated well before that particular mediator became

23   available, right?

24          A.    Yes.

25          Q.    Did you think it was important to find

Case No. 1:22-cv-01026-SPB-KAS Document 140-83 Filed 08/04/23 DC USDC Colorado
pg 10 of 188

1    someone who was experienced in Equal Employment

2    Opportunity issues to conduct this mediation?

3         A.    I thought it would be helpful, but what I

4    wanted was somebody who, at the end of the day, could be

5    an effective mediator of bringing two parties together.

6              The purpose was not specifically to

7    directly address EEOC issues.  It was to see if there was

8    a path forward that we could identify as a more

9    constructive way for these two parties to be able to work

10   together.

11        Q.    But Ms. Mohamed's race discrimination

12   complaints were a significant component of the dispute

13   here, right?

14        A.    Yes.

15        Q.    And why would it have been helpful to have

16   someone experienced in those Equal Employment Opportunity

17   issues as the mediator?

18        A.    I think just, you know, having the ability

19   to, you know, help facilitate those -- those discussions

20   and, you know, the issues that may have been preventing

21   the two of those people from working closely together,

22   it -- it would be helpful.

23        Q.    And you indicated that you believed it was

24   important to find someone disinterested, correct?

25        A.    Yes.

1          Q.   Why is that important?

2          A.   Because I think in a mediation situation,

3   you want both parties to have faith and trust that there

4   is a neutral broker in between.

5          Q.   Well, and it's also not just about the

6   parties' faith and trust, but the existence of neutrality

7   itself is important, correct?

8               MS. SPITTELL:  Objection.  Form.

9               You can answer.

10         A.   Yes.

11         Q.  (By Mr. Swain)  Why is that?

12         A.   To get to a constructive outcome.

13         Q.   I'd like to show a document to you that's

14   been previously marked as Deposition Exhibit 49.

15              Let me know when you have that.

16         A.   Okay.

17         Q.   You know what?  I -- that's not the

18   exhibit that I meant to send.

19         A.   Okay.

20         Q.   You've probably been asking yourself, What

21   is this?

22              Hang on just one moment while I track down

23   what I'm looking for.

24         A.   Okay.

25              MS. SPITTELL:  Can he exit out of this

```
 1    exhibit?

 2                   MR. SWAIN:  Yes, please.

 3                   MS. SPITTELL:  Okay.

 4                   MR. SWAIN:  I know what happened.  Okay.

 5          Q.   (By Mr. Swain)  I'm now marking Deposition

 6    Exhibit 62, which I am going to share.

 7                   And I'll tell you what happened.  That --

 8    that was marked as Deposition Exhibit 49, and I'm sending

 9    you a document that's Bates-numbered SHRM 0049.

10          A.   Ah, okay.

11          Q.   And please let me know when you have

12    Deposition Exhibit 62 open.

13          A.   Okay.  I have that open.

14          Q.   And Deposition Exhibit 62 is an email from

15    you, Sean Sullivan, to Ruby Mohamed, copying Bernée Long,

16    on August 7, 2020, correct?

17          A.   Yes.

18          Q.   And in this email, you are informing

19    Ms. Mohamed that you have asked Bernée Long to facilitate

20    and mediate discussions with her and Carolyn Barley,

21    correct?

22          A.   Yes.

23          Q.   On the third line of the body of the

24    email, you say:  "I have not identified an outside

25    facilitator with [the] right skill set to take this on or
```

Case No. 1:22-cv-01601-SPB-RSW Document 40-3 filed 08/04/23 USDC Colorado pg 13
pg 113 188

```
 1   take this on in a timely manner.  Bernée has extensive
 2   mediation experience and expertise and while I've been
 3   reluctant to pull her away from other work, I also
 4   believe it's important that we pull Bernée into this for
 5   next week."
 6              Did I read that correctly?
 7        A.   Yes.
 8        Q.   So you indicated that Ms. Long "has
 9   extensive mediation experience."
10              Tell me what you recall about her
11   extensive mediation experience.
12        A.   What I recall is, at some point, speaking
13   with Bernée about work that she had done in academic
14   settings where she had helped mediate different kinds of
15   discussions and disputes, sometimes among students,
16   sometimes among students and faculty.
17        Q.   Do you recall if Ms. Long had ever
18   mediated a dispute that involved allegations of race
19   discrimination before?
20        A.   I don't recall.
21        Q.   Did you ask her if she had?
22        A.   I may have.  I don't recall.
23        Q.   It sounds like it wasn't a top-of-mind
24   consideration for you; is that fair?
25        A.   It was a consideration.  I was trying to
```

Case No. 1:22-cv-01626-SPC-KAS Document 40-3 filed 08/04/23 USDC Colorado pg 114 of 188

1    find somebody who could do decent mediation work.

2              Q.   And the letter we looked at earlier in

3    which Ms. Mohamed shared examples of her race

4    discrimination complaint with bullet points, do you

5    recall looking at that with me?

6              A.   Yes, I do.

7              Q.   And are you aware whether Ms. Mohamed sent

8    that letter to Bernée Long during the mediation sessions?

9              A.   I am not aware.

10             Q.   If Ms. Mohamed had submitted that letter

11   to Bernée Long, would you have expected Bernée Long to

12   share the allegations in the letter with you or Mike

13   Jackson?

14             A.   Yes, that would seem reasonable.

15             Q.   Well, it would be a best practice, too,

16   for attempting to eliminate race discrimination in the

17   workplace, right?

18             A.   Yes.

19             Q.   To your knowledge, was Bernée Long also

20   assisting Carolyn Barley in her management interactions

21   with Ruby Mohamed while she was serving as a mediator?

22             A.   I don't recall.

23             Q.   To your knowledge, was Mike Jackson

24   assisting Carolyn Barley in her management interactions

25   with Ms. Mohamed while he was serving as the investigator

Case No. 1:22-cv-01640-SKC-KAS Document 40-83 filed 08/04/23 USDC Colorado pg 115 of 188
pg 115 of 188

```
 1    of Ms. Mohamed's race discrimination and retaliation
 2    complaints?
 3           A.    I don't recall.
 4           Q.    I'm sharing with you a deposition exhibit
 5    that's been marked as Exhibit 24.
 6           A.    Okay.  I have that open.
 7           Q.    And let's scroll to the very end of
 8    Deposition Exhibit 24, the page that's Bates-marked
 9    SHRM 0543.
10           A.    Okay.
11           Q.    And there's an email from Nick Schacht to
12    Jeanne Morris, where the body of the email is
13    highlighted.
14                 Do you see that?
15           A.    I do.
16           Q.    Sent by Mr. Schacht on August 13, 2020,
17    correct?
18           A.    Correct.
19           Q.    And do you know why the text of this email
20    is highlighted?
21           A.    I -- I don't.
22           Q.    In the body of the email, Mr. Schacht
23    writes to Jeanne Morris:
24                 "You may already be working down this
25    track."
```

```
 1                    "I suggest having Carolyn confer with Mike

 2     Jackson on a response to Ruby's email.  That email

 3     shouldn't go unanswered by Ruby's manager - but this

 4     offers an opportunity to get the right language on the

 5     table to correct her quickly, or to support an eventual

 6     case for termination.  We want the right words in there."

 7                    Did I read that correctly?

 8          A.    Yes.

 9          Q.    By August 13, 2020, had you already

10     discussed the possibility of Ms. Mohamed's termination

11     with anyone?

12          A.    I don't recall.

13          Q.    Okay.  Let's go up to the response email

14     to that one, sent from Jeanne Morris to Nick Schacht,

15     copying Bernée Long, on August 13, 2020 at 8:29 a.m.

16                    The body of that email says:

17                    "Hi Nick,"

18                    "Carolyn is working with Bernée and Mike

19     on a response."

20                    "I have a [doctor's] appointment at 9:30,

21     so will be offline for a bit."

22                    "Thanks,"

23                    "Jeanne."

24                    Did I read that correctly?

25          A.    Yes.
```

Case No. 1:22-cv-01032-PKC-JRC Document 463-3 filed 08/04/23 USDC Colorado pg 117 of 188
pg 117 of 188
Page 117

```
 1                 Q.   And so do you recall that you first put
 2    Ms. Mohamed in touch with Bernée Long on August 7, 2020?
 3                 A.   Based on what we reviewed in the previous
 4    emails, yes.
 5                 Q.   Well, and -- well, we reviewed an email
 6    that you sent, correct?
 7                 A.   Well, yes, to be date specific.  That's
 8    the reason why I'm citing the email, yes.
 9                 Q.   Yes.
10                      And so do you know on which date the
11    mediations between Ms. Barley and Ms. Mohamed concluded?
12                 A.   I don't recall.  At some point,
13    Ms. Mohamed indicated that she did not wish to
14    participate further.
15                 Q.   Do you know why she indicated that she
16    didn't wish to participate further?
17                 A.   I don't.
18                 Q.   You didn't ask her?
19                 A.   I did not ask her personally.
20                 Q.   Did you indirectly learn that someone else
21    had asked her why?
22                 A.   I -- I believe that Bernée had, but I -- I
23    don't recall.
24                 Q.   Did you care why Ms. Mohamed indicated
25    that she was no longer interested in pursuing
```

 1    mediation --

 2              A.    Yes.

 3              Q.    -- at the time?

 4                    So why didn't you ask Ms. Mohamed?

 5              A.    Because I -- I -- I don't recall why I --

 6    I would not have asked her directly.

 7              Q.    Do you know, one way or the other, whether

 8    the mediation sessions were still ongoing as of

 9    August 13, 2020?

10              A.    I'm not sure.  I believe they were.

11              Q.    And so in Deposition Exhibit 24, the page

12    that we were just looking at, SHRM 0543, Nick -- I'm

13    sorry, Jeanne Morris is asking Nick Schacht -- or telling

14    him that "Carolyn is working with Bernée and Mike on a

15    response" to Ms. Mohamed's email.

16                    Does that refresh your memory whether

17    Ms. Long and Mr. Jackson were assisting Carolyn Barley in

18    her management interactions with Ruby Mohamed as of that

19    time?

20              A.    I'm not familiar with that particular

21    email so I -- I don't know.

22              Q.    You're not?  Okay.

23                    Well, let's go to the bottom of page

24    SHRM 0541.

25              A.    Okay.

```
 1                    Q.    An email from Sean Sullivan to Bernée Long
 2     on August 13, 2020 at 10:29 a.m.
 3                    Do you see that?
 4            A.    Yes.
 5                    Q.    And in the body -- Sean Sullivan is you,
 6     right?
 7            A.    Yes.
 8                    Q.    Okay.  And so in the body of the email,
 9     you write to Bernée:  "Thank you, yes, please draft a
10     response with Mike and I'll review, and I concur that
11     brevity is warranted."
12                    So that's you instructing Bernée Long and
13     Mike Johnson [sic] to draft a response for Carolyn Barley
14     to send to Ruby Mohamed, correct?
15            A.    Yes.
16                    Q.    And you're not familiar with the fact that
17     they were assisting Carolyn Barley in her management
18     interactions with Ms. Mohamed as of August 13, 2020?
19            A.    So -- based on this, yes, that -- I --
20     yes.
21                    Q.    Do you think it was appropriate for
22     Mr. Jackson to be ghostwriting an email on behalf of the
23     person that he was investigating a discrimination
24     complaint against?
25                    MS. SPITTELL:  Objection.  Form.
```

         1    Foundation.

         2              You can answer.

         3        A.   Yes.

         4        Q.   (By Mr. Swain)  Why?

         5        A.   Because I think Mike was operating wearing

         6    a couple of different hats.  This one would be with an HR

         7    business partner, kind of the other aspect of his role,

         8    to be able to advise and provide guidance to managers.

         9        Q.   Let's go back to the bottom of the page

        10    SHRM 0543.  That's the last page of the PDF.  Okay?

        11        A.   Okay.

        12        Q.   So when Mr. Schacht first suggests having

        13    Carolyn confer with Mike Jackson on a response to Ruby's

        14    email, he explicitly writes that "this offers an

        15    opportunity to get the right language on the table to

        16    correct her quickly, or to support" a case -- "an

        17    eventual case for termination."

        18              Correct?

        19        A.   Yes.

        20        Q.   So do you think it was appropriate for

        21    Mr. Jackson to wear the dual hats of investigating

        22    Ms. Mohamed's complaint of discrimination against Carolyn

        23    Barley and helping Barley write an email that would

        24    support an eventual case for termination of Ruby Mohamed

        25    at the same time?

        1              A.   I think that in the context of having a

        2    small staff and what I recall of the circumstances, I can

        3    understand Mike operating with those two perspectives.

        4              Q.   Can you agree that that raises doubts

        5    about Mr. Jackson's impartiality and -- while he was

        6    wearing his investigator hat?

        7              A.   No, I can't agree to that.

        8              Q.   Why not?

        9              A.   Because in the work that we do, there's a

       10    need to be able to compartmentalize what we're doing in

       11    one aspect of our work versus another aspect of the work.

       12    I think Mike was capable of doing that.

       13              Q.   And Ms. Long wasn't a HR generalist,

       14    right?

       15                   MS. SPITTELL:  Objection.  Foundation.

       16                   Go ahead and answer.

       17              A.   No, she was not.

       18              Q.   (By Mr. Swain)  So why -- why did you

       19    approve pulling her into ghostwriting Carolyn Barley's

       20    email that would support an eventual case for

       21    termination?

       22              A.   So I have a reaction to the word

       23    "ghostwrite," but I won't quibble about that.

       24                   But I think Mike and Bernée were trying to

       25    be responsive to -- to a situation, and I think both had

 1    some aspect, some knowledge of -- of what was happening.
 2                 Q.    What was happening that SHRM was already
 3    considering an eventual case for termination even as of
 4    August 13, 2020?
 5                 A.    I think I've been clear with you,
 6    Mr. Swain, that in any employee relations situation, the
 7    full scope of potential outcomes is considered, up to and
 8    including termination.  That's not unusual.
 9                        And so I don't find it unusual in this
10    circumstance, either.
11                 Q.    And remind me, what other outcomes were
12    being considered?
13                 A.    So the other outcomes were the work that
14    we intended to occur through mediation, that something
15    could be worked out with Ms. Barley and Ms. Mohamed in
16    terms of improving the working relationship.  And also
17    determining what the outcome of the investigation would
18    be with respect to the complaints that Ms. Mohamed
19    brought forward.
20                 Q.    And you said you can't recall what
21    Mr. Jackson did to investigate Ms. Mohamed's complaints
22    of discrimination and retaliation after August 13, 2020,
23    correct?
24                 A.    That's correct.
25                 Q.    And you can't recall what you did to

Case No. 1:22-cv-01626-SBP-KAS Document 40-3 filed 08/04/23 USDC Colorado pg 123
pg 123 of 188

 1    investigate her complaints of discrimination or

 2    retaliation after August 2020, correct -- or August 13,

 3    2020, correct?

 4              A.    That's correct, but I also can't recall

 5    specifically what was done prior to that, either.

 6              Q.    And the best source of us reconstructing

 7    what was done on a certain date in the investigation

 8    would be written documentation, correct?

 9              A.    That would seem reasonable, yes.

10              Q.    Because, I mean, that's why it's the best

11    practice, right?  So you can figure out who did what and

12    when, correct?

13              A.    Correct.

14              Q.    Did you ever consider bringing in anyone

15    else external to conduct the investigation of

16    Ms. Mohamed's complaints of race discrimination and

17    retaliation?

18              A.    No.  It was not a practice that we had

19    used before.  We did not have somebody at hand or

20    identified as an external resource to do that.

21              Q.    Well, the reason why I ask is you said it

22    would have been preferable to have someone external as a

23    mediator, right?

24              A.    Yes.

25              Q.    Because of the importance of being

```
 1    disinterested, impartial, knowledgeable about the subject

 2    matter at hand, and so on, right?

 3                    MS. SPITTELL:  Objection.  Form.

 4                    You can answer.

 5         A.    Yes.

 6         Q.    (By Mr. Swain)  But you were confident that

 7    Mike Jackson was qualified to conduct the investigation

 8    thoroughly and impartial, correct?

 9         A.    Yes.

10         Q.    And again, you indicated that Mr. Jackson

11    was in charge of the investigation into Ms. Mohamed's

12    race discrimination and retaliation complaints all the

13    way through the process, correct?

14         A.    Yes.

15         Q.    And he did not hand over responsibility

16    for the investigation to you at any time during the

17    process, correct?

18         A.    I don't recall that, no.

19                    MR. SWAIN:  Take a short break,

20    five minutes.

21                    MS. SPITTELL:  Great.

22                    (Recess taken from 12:58 p.m. until

23    1:15 p.m.)

24         Q.    (By Mr. Swain)  Mr. Sullivan, did you speak

25    with Ms. Spittell during the break?
```

Case 1:22-cv-01616-GPG-KAS Document 40-3 filed 08/04/23 USDC Colorado pg 125 of 188

```
 1              A.    Yes.
 2              Q.    Would you like to change or supplement any
 3    of your answers after speaking with her?
 4              A.    No.
 5              Q.    Earlier, when I was asking you about your
 6    instruction for Mike Jackson and Bernée Long to
 7    collaborate with Carolyn Barley on a response email to
 8    Ms. Mohamed, you said that you objected to the term
 9    "ghostwriting."
10              Do you remember that?
11              A.    I do.
12              Q.    What was your objection to that phrase?
13              A.    I think it's just a knee-jerk reaction in
14    terms of -- you know, it -- I don't think of it as -- as
15    ghostwriting, but that's more just kind of a nuance, I
16    think.  It's not a -- I don't think it's a material
17    objection to what you were trying to characterize.
18              Q.    Because in my mind -- well, my
19    understanding of the term "ghostwriting" is when one
20    person writes something and another person publishes it
21    under their name as if they were the author.
22              MS. SPITTELL:  Objection --
23              Q.    (By Mr. Swain)  Do you disagree with that
24    description of the phrase?
25              MS. SPITTELL:  Objection.  Form and
```

1    foundation.

2              You can answer.

3         A.   No, I don't object to -- to that phrase.

4    I typically think of that as, you know, applying to the

5    world of publishing and the media world, and I don't

6    necessarily think of it as a term I would apply

7    internally to work -- work situations, but it's -- it is

8    not an inaccurate characterization.

9         Q.   (By Mr. Swain)  I'd like to look at an

10   exhibit that I am marking as Deposition Exhibit 63.  And

11   it's the document with Bates-range numbers of SHRM 0418

12   through SHRM 0428.

13             And you can start looking at that, and I

14   will be right back.

15             THE WITNESS:  So on the record, are we

16   taking a break, or is this not a break?

17             MS. SPITTELL:  Not a break, but he's

18   giving you an opportunity to read the pages.

19             THE WITNESS:  Thank you.

20        Q.   (By Mr. Swain)  I apologize.  What I was

21   doing is telling some of my office coworkers to be quiet

22   again.

23             MS. SPITTELL:  I thought that may be the

24   case.

25             Unfortunately, the noises we're hearing

1    outside, I have no control over, if you can hear the

2    sirens or anything.

3              Q.   (By Mr. Swain)  So, Mr. Sullivan, I'll

4    direct your attention to the page that's Bates-numbered

5    SHRM 0149 [sic], and we're looking at the email on the

6    top of that page, okay?  Page 2 of the PDF.

7              MS. SPITTELL:  Can you repeat that page

8    number, that Bates label again?

9              MR. SWAIN:  SHRM 0419.

10             A.   Okay.

11             (A pause occurred in the proceedings.)

12             A.   Okay.

13             Q.   (By Mr. Swain)  And this is the lengthy

14   email that I read into the record earlier, where

15   Ms. Mohamed is making a complaint of retaliation on

16   August 19, 2020, correct?

17             A.   Correct.

18             Q.   Scroll up to SHRM 0418, the page 1 of the

19   PDF of Deposition Exhibit 63.

20             A.   Okay.

21             Q.   And do you see at the bottom, that's an

22   email from Nick Schacht to you on August 19, 2020,

23   two minutes after the -- Ms. Mohamed sent her email, and

24   he's forwarding it to you.

25             Correct?

```
 1              A.   Yes.

 2              Q.   And Mr. Schacht says:   "For discussion

 3    tomorrow - just received this."

 4                   "Best regards,"

 5                   "Nick Schacht"

 6                   And two days later, on August 21, 2020,

 7    you forwarded the email again to Bernée Long and Mike

 8    Jackson, correct?

 9              A.   Uh-huh.

10              Q.   Is that a yes?

11              A.   I'm sorry.   Yes.

12              Q.   And to be clear, the email that you're

13    forwarding to Bernée Long and Mike Jackson is

14    Ms. Mohamed's August 19 email in which she made a

15    complaint of retaliation, correct?

16              A.   Yes.

17              Q.   And in the body of your email, you said:

18                   "Wanted to keep you both aware of Ruby's

19    latest email to Nick."

20                   "Bernée, can you please send me the email

21    or emails that Ruby has sent to you expressing her

22    concerns or examples of issues she has expressed concerns

23    about?"

24                   "Mike, can we pull the last couple of

25    performance reviews for Ruby?"
```

Case No. 1:22-cv-01605-SPG-ASDoc CumentN40-83-Filed 08/04/2306/23DC USDCaColpqgd29
pg 129168188

```
 1                         "I'd like to make sure I'm looking at

 2      [the] fullest set of information."

 3                         Did I read that correctly?

 4              A.    Yes.

 5              Q.    And do you recall if Ms. Long sent you the

 6      email or emails that you were requesting?

 7              A.    I -- I don't recall.  I don't see why she

 8      would not have, but I -- I just don't recall.

 9              Q.    All right.  And just above, Mr. Jackson

10      says -- responds to your email, saying, "Thanks Sean for

11      the update.  See attached reviews for Ruby from 2020 back

12      to 2017."

13                         Do you see that?

14              A.    Yes.

15              Q.    And then it has what looks like two

16      attachments:  An Excel spreadsheet called "2017-2019

17      Reviews - Mohamed," and then a PDF called "RM 2020

18      Review 1."

19                         Do you see that?

20              A.    I see the document references that you're

21      saying, the attachments.

22              Q.    Right.

23              A.    But I'm not seeing the attachments

24      themselves, no.

25              Q.    Right.  Understood.
```

Case No. 1:22-cv-01622-SPB-AS Document 40-3 filed 08/04/23 USDC Colorado pg 130 pg 130 of 188 Page 130

```
 1                    But you can see that they were attached to

 2    the email, correct?

 3            A.    Correct.

 4            Q.    Do you recall reviewing those performance

 5    reviews?

 6            A.    Generally.  I don't recall the specific

 7    act, but generally, yes.

 8            Q.    And do you recall what your conclusions

 9    about Ms. Mohamed's performance history were upon

10    reviewing those?

11            A.    Yes.  It confirmed what I believed to be

12    true about Ms. Mohamed's performance over time, was that

13    she was both a solid performer and a strong performer, in

14    different years.

15                    And that was consistent with the reason

16    why she was promoted in January of 2020 as well.  So I

17    don't recall being surprised by anything in the

18    performance reviews, and it just confirmed my overall

19    sense of -- of how Ruby had done through much of her

20    career at SHRM.

21            Q.    Because SHRM had viewed her as a -- at

22    least as a solid performer, generally, up to this point,

23    correct?

24            A.    Yes.  Absolutely.  And I think that's

25    reflective -- or an indicator of that was her performance
```

1    in January -- or her promotion in the January time frame.

2              Q.   Do you recall why you asked Mr. Jackson to

3    send the performance reviews on August 21, 2020?

4              A.   I don't recall specifically if there was

5    a, you know, specific, you know, reference or particular

6    item that would have prompted that, but I -- you know, I

7    believe it was in the effort to just make sure that, you

8    know, there wasn't a prior issue that was unknown to me

9    that may have been relevant to any aspect of what we were

10   considering in the -- in the current time.

11             Q.   And it sounds like you concluded that

12   there weren't any prior performance issues that you were

13   unaware of, correct?

14             A.   That's correct.

15             Q.   And so I'd like to draw your attention

16   back to your email to Bernée Long and Mike Jackson on

17   SHRM 0418.

18             So we already established that in this

19   email, you were both forwarding Ms. Mohamed's retaliation

20   complaint to Mr. Jackson and Ms. Long and asking them

21   each to do a certain task for you, correct?

22             A.   Correct.

23             Q.   And you testified earlier that you would

24   have expected Mr. Jackson to investigate Ms. Mohamed's

25   complaint of retaliation if he had learned about this

1    email, correct?

2          A.   Yes.

3          Q.   So now having seen that Mr. Jackson did

4    receive a copy of this retaliation complaint email, can

5    you say that he should have conducted an investigation of

6    the complaints in this email?

7          A.   Yes.

8          Q.   And you are not aware of what, if

9    anything, he did to investigate the retaliation

10   complaints specifically, correct?

11         A.   I don't recall.

12         Q.   I'd like to turn back to a -- an exhibit

13   that we looked at earlier.

14              But before we do that, I want to -- you to

15   note the date of your request to Ms. Long that she sent

16   the emails to you, okay?  August 1 -- August 21, 2020.

17         A.   Okay.

18         Q.   All right.  In your chat box, can you

19   scroll back up to Exhibit 61?  That's the first document

20   that we looked at today.

21         A.   Sure.  Okay.

22         Q.   Let me know when you have it.

23         A.   Okay.  I have it.

24         Q.   And let's go to the very bottom of page

25   SHRM 0459.  It's an email from Bernée Long to you on

1    August 21, 2020.

2              A.    Okay.

3              Q.    Do you see that email?

4              A.    Yeah.

5              Q.    And Ms. Long writes in her email:

6                    "Good Morning, Sean,"

7                    "As per your request."

8                    "Bernée."

9                    Correct?

10             A.    Yes.

11             Q.    And the email chain that she's forwarding

12   is a series of emails between Ms. Mohamed and Ms. Long

13   pertaining to the mediation and the information that

14   Ms. Mohamed has shared with Ms. Long about her race

15   discrimination complaints, correct?

16             A.    Yes.

17             Q.    And let's move to the bottom of the page

18   Bates-numbered SHRM 0460.

19             A.    Okay.

20             Q.    It's an email from Ruby Mohamed to Bernée

21   Long on August 19, 2020, correct?

22             A.    Yes.

23             Q.    And that's the same date that Ms. Mohamed

24   sent her retaliation complaint email to Mr. Schacht that

25   was forwarded to you by Mr. Schacht, correct?

```
 1              A.    Yes.

 2              Q.    And in Ms. Mohamed's August 19, 2020 email

 3       to Ms. Long, she says -- I'm going to move to the last

 4       paragraph, even though they're not indented.

 5                    It starts with:  "Lastly, what is the

 6       status on the letter I submitted in my previous email

 7       'Together Moving Forward'?  How is the leadership in the

 8       education department planning to address the points made

 9       in the letter?  Is there any feedback to share?"

10                    "Thanks again for all your efforts,"

11                    "With respect,"

12                    "Ruby."

13                    Did I read that correctly?

14              A.    Yes.

15              Q.    And move back up to the page

16       Bates-numbered SHRM 0459.

17              A.    Okay.

18              Q.    The email from you, Sean Sullivan, to

19       Bernée Long on August 21, 2020.

20              A.    Uh-huh.

21              Q.    That says:

22                    "At this point, do Jeanne and Carolyn have

23       the letter attachment that Ruby had sent?  If so, how is

24       Jeanne reacting to it (knowing that Carolyn is on

25       vacation this week)."
```

Case No. 1:22-cv-01626-PBG-KAS Document 40-83 filed 08/04/23 DC Colorado pg 135
pg 135 of 188

1              "I have shared the letter with Nick and

2     Jim because of the nature of the issues raised and

3     allegations made, and will endeavor to respond to it next

4     week."

5          A.   Okay.

6          Q.   And I'll ask that you go back to

7     Deposition Exhibit 27 in the -- in the chat.  It's the

8     second exhibit that we looked at today.

9          A.   Okay.

10              Okay.  I have that up.

11          Q.   And do you recall looking at Deposition

12    Exhibit 27 earlier?

13          A.   Earlier today, yes.

14          Q.   And this is the letter that we went

15    through a number of factual allegations underlying

16    Ms. Mohamed's complaints of discrimination, correct?

17          A.   We went through the allegations, yes.

18          Q.   And you indicated that you would have

19    expected them to be investigated, correct?

20          A.   Yes.

21          Q.   And do you deny having seen this letter

22    before?

23          A.   I don't deny having seen it.  I just don't

24    recall specifically reviewing it.

25          Q.   Do you have any reason to believe that you

```
 1    were talking about a different letter in your August 21,

 2    2020 email to Bernée Long?

 3              A.    I mean, the letter that comes to mind is

 4    the email that Ruby had sent to Nick Schacht, I believe,

 5    or -- yeah.

 6              Q.    Do you consider emails to be a letter?

 7              A.    I would probably use the terms

 8    interchangeably, so I -- I don't know.  I mean, I

 9    sometimes refer to emails as a "note" or a "letter" or a

10    "message."

11              Q.    It's your testimony that you use the words

12    "letter" and "email" interchangeably?

13              A.    On occasion, I -- yeah.

14              Q.    Let's take a look at what's been

15    previously marked as Deposition Exhibit 17, which I'm

16    sharing in the Zoom Chat.

17              A.    Okay.

18              Q.    Before you open that, though -- sorry to

19    jump back and forth.

20              A.    Okay.

21              Q.    So back to Deposition Exhibit 61, the one

22    that we were looking at a moment ago.

23                    Do you still have it open?

24              A.    I'll have to pull it open here.

25                    Okay.  Yes.
```

     1              Q.   Let's go back to your -- on the first
     2    page, SHRM 0459, your email from Sean Sullivan to Bernée
     3    Long.
     4              A.   Okay.
     5              Q.   And so it says:
     6                   "Bernée:"
     7                   "At this point, do Jeanne and Carolyn have
     8    the letter attachment that Ruby had sent?"
     9                   So is it your testimony that "the letter
    10    attachment that Ruby had sent" refers to her August 19,
    11    2020 email in which she's complaining of retaliation?
    12              A.   I don't know.  When I first saw this,
    13    that's -- that's what I thought.  I -- I'm not sure.
    14              Q.   Well, let's go back to Deposition
    15    Exhibit 63.  Please open that one again.
    16              A.   Okay.
    17                   Okay.
    18              Q.   The second page of the PDF, the one
    19    Bates-numbered SHRM 0419.
    20              A.   Okay.
    21              Q.   So this is the email that you weren't sure
    22    if you were referring to it as "the letter attachment
    23    that [Ms. Mohamed] had sent," correct?
    24              A.   That's correct.  This is what I recall of
    25    Ruby's concerns that she had expressed, and this is the

```
 1   communication that I think of in terms of the expression
 2   of that --
 3            Q.    And --
 4            A.    -- complaint.
 5            Q.    -- two days later, on August 21, you sent
 6   an email to Bernée Long saying:  "At this point, do
 7   Jeanne and Carolyn have the letter attachment that Ruby
 8   had sent?"
 9                  Do you recall that?
10            A.    Based on the emails that we just saw, yes.
11            Q.    Right.
12                  So in this Deposition Exhibit 63,
13   Ms. Mohamed sent this email to Jeanne Morris and Carolyn
14   Barley, correct?
15            A.    I'm sorry.  Exactly which email are you
16   referring to?  0419?
17            Q.    Yes.
18            A.    Well, it looks like she sent it to Nick,
19   Carolyn, and Jeanne.
20            Q.    Correct.
21                  So would it make sense to ask if Jeanne
22   and Carolyn had a copy of an email that had been sent
23   directly to them?
24                  MS. SPITTELL:  Objection.  Form.
25   Foundation.
```

```
 1                         You can answer.

 2              A.    No.  Apparently it wouldn't.

 3              Q.    (By Mr. Swain)  So can we agree it probably

 4    does not refer to this August 19, 2020 complaint email,

 5    "the letter attachment"?

 6              A.    Yes.

 7              Q.    Because that wouldn't make logical sense,

 8    right?

 9              A.    Well, apparently not, no.

10              Q.    Okay.  Now I will ask you to turn to

11    Deposition Exhibit 17, which is the most recent one that

12    I shared in the chat.

13              A.    Okay.

14              Q.    Have you seen this document before?

15              A.    Yes.

16              Q.    What is it?

17              A.    It is the separation notice that we

18    provided to Ruby on the date of her separation.

19              Q.    Do you know who prepared this separation

20    notice?

21              A.    I don't recall specifically.

22              Q.    How about generally?

23              A.    It would either be Mike Jackson or myself.

24              Q.    Did you personally prepare termination

25    letters when you were CHRO of SHRM?
```

Case No. 1:22-cv-01616-GPG-KAS Document 40-3 filed 08/04/23 USDC Colorado pg 140 of 188

```
 1                    A.    That would not be a typical practice, but
 2      again, I can't recall the timeline of Mike Jackson being
 3      out and so I'm -- I'm just not sure.
 4                    Q.    So you don't know who prepared the
 5      termination documents and when; is that correct?
 6                    A.    That's correct.
 7                    Q.    Okay.  Let's take a look at Deposition
 8      Exhibit 16 now.
 9                          And I'll direct your attention to the
10      second page, which is Bates-numbered SHRM 0043.
11                    A.    Okay.
12                    Q.    This is one of the documents that you said
13      you reviewed in preparation for today's deposition,
14      right?
15                    A.    Yes, that's correct.
16                    Q.    Who drafted this letter?
17                          MS. SPITTELL:  Objection.  Foundation.
18                          You can answer.
19                    A.    I believe I drafted it.
20                    Q.    (By Mr. Swain)  Well, it's from you, right?
21                    A.    Yes.
22                    Q.    Do you ever send out letters that other
23      people have drafted without reviewing them first?
24                    A.    No.
25                    Q.    Okay.  To your knowledge and memory, did
```

Case No. 1:22-cv-01262-SBP-KAS   Document 140-3   filed 08/04/23   USDC Colorado   pg 141
pg 141 of 188

1    anyone assist you in the drafting of this letter?

2              A.    I don't recall.

3              Q.    Does this letter accurately state

4    everything you and SHRM did to investigate Ms. Mohamed's

5    complaints of discrimination and retaliation?

6                    And take a moment to read it in its

7    entirety, if you like.

8              A.    Sure.

9                    (A pause occurred in the proceedings.)

10             A.    Okay.

11             Q.   (By Mr. Swain)   Does this letter accurately

12   identify everything you and SHRM did to investigate

13   Ms. Mohamed's complaints of discrimination and

14   retaliation?

15             A.    Yes, to the very best of my recollection.

16             Q.    And you said you don't know who actually

17   wrote this letter, whether it was you or someone else,

18   right?

19             A.    No, that's incorrect.   You asked if

20   someone drafted this for me.   I could not recall.   But I

21   am the author and the final writer of -- of this.

22             Q.    Okay.   So explain to me the distinction

23   between the person who drafts a letter and the author of

24   the letter.

25             A.    One might be a working version that a --

```
 1          the final author may take and reshape significantly or

 2          not significantly.

 3                    Q.    So I'm not quite sure I understand.  So --

 4                    A.    So let me be clear.

 5                          I wrote this letter.  I am responsible for

 6          the writing in it.

 7                          The initial question that you asked about

 8          drafting was something that I was trying to contemplate

 9          if I had any feedback or input on in written form that I

10          would have taken into this letter.  As I read through the

11          letter, it is my words, it is my authorship, and I take

12          responsibility for it.

13                          Is that clear enough?

14                    Q.    Yes.

15                          Do --

16                    A.    Thank you.

17                    Q.    -- you -- do you also take responsibility

18          for the integrity of the investigation into Ms. Mohamed's

19          complaints of discrimination and retaliation?

20                    A.    Yes, I do.

21                          MS. SPITTELL:  Objection.  Form and

22          foundation.

23                    A.    And I will answer:  Yes, I do.

24                    Q.    (By Mr. Swain)  Do you take responsibility

25          for SHRM's decision to fire Ms. Mohamed?
```

          1                    MS. SPITTELL:  Objection.  Form.

          2    Foundation.

          3              A.    We have covered this before, and I take

          4    responsibility for supporting that action and approving

          5    the termination of Ms. Mohamed for performance.

          6              Q.    (By Mr. Swain)  You're aware that

          7    Ms. Mohamed escalated her complaints of discrimination to

          8    Johnny C. Taylor, Jr. at some point before her

          9    termination, correct?

         10              A.    Yes.

         11              Q.    Did you ever discuss Ms. Mohamed's

         12    complaints with Mr. Taylor?

         13              A.    I recall us having a conversation when

         14    Mr. Taylor turned -- or directed Ms. Mohamed to me and

         15    talking to Johnny about the fact that I would speak with

         16    Ms. Mohamed and then we would take steps from there.

         17              Q.    I want to go back to your discussions

         18    in -- earlier in August 2020, before SHRM made the final

         19    decision to terminate Ms. Mohamed.

         20                    So you indicated that one of the options

         21    being considered was Ms. Mohamed's eventual termination,

         22    correct?

         23                    MS. SPITTELL:  Objection.  Form.

         24                    You can answer.

         25              A.    Yes, as a potential outcome.  Yes.

Case No. 1:22-cv-02652-PAB-KAS   Document 40-3   filed 08/04/23   USDC Colorado   pg 144

```
 1                    Q.   (By Mr. Swain)  Did SHRM consider Carolyn
 2      Barley's termination as a potential outcome?
 3                    A.    If Ms. Barley had been found to be acting
 4      in a racially discriminatory way, then yes, we would have
 5      taken action, up to and including termination.
 6                    Q.    Well, let's reorient ourselves.
 7                          SHRM was considering Ms. Mohamed's
 8      termination while the investigation was still ongoing,
 9      correct?
10                    MS. SPITTELL:  Objection --
11              A.    Correct.
12                    MS. SPITTELL:  -- foundation.
13                    Q.   (By Mr. Swain)  Was SHRM considering
14      Carolyn Barley's termination while the investigation was
15      still ongoing?
16                    MS. SPITTELL:  Objection.  Foundation.
17                    You can answer.
18              A.    It was not ruled out, but it was not a
19      serious consideration.
20                    Q.   (By Mr. Swain)  Why not?
21              A.    The evidence and the information that we
22      had at the time did not support the allegation that
23      Ms. Barley was acting in a discriminatory fashion.
24                    Q.    At what time are you talking about right
25      now?
```

```
1              A.   I would say in the August time frame.

2              Q.   Early August?

3              A.   I would say throughout the month of

4    August.

5              Q.   So SHRM never seriously considered

6    termination of Carolyn Barley as a -- an outcome,

7    correct?

8              A.   No.

9              Q.   Ms. Barley was the subject of a race

10   discrimination complaint, not only by Ms. Mohamed, but by

11   another black employee, Ebony Thompson, too; isn't that

12   right?

13              MS. SPITTELL:  Objection.  Form.

14   Foundation.

15              You can answer.

16              A.   I do not recall Ms. Ebony's situation.

17              Q.   (By Mr. Swain)  Well, if Mike Jackson had

18   become aware that Ebony Thompson had made complaints of

19   race discrimination, would you have expected him to

20   investigate those complaints as well?

21              A.   Yes, I would.  I just don't recall that

22   the complaints had been made.

23              Q.   Well, do you think when one manager has

24   been accused of race discrimination by multiple employees

25   at the same time, it requires an organization to take
```

1    both complaints more seriously?

2         A.    Yes, I would.  I just, I do not recall

3    Ms. Ebony's -- a formal complaint being registered by

4    Ms. Thompson.

5         Q.    In your mind, does an employee have to

6    make a formal complaint to trigger an employer's duty to

7    investigate?

8         A.    I think that to be recognized, it has to

9    be brought forward to a -- you know, one of multiple

10   channels.  I don't think it needs to be a specific

11   channel.  I just don't recall Ms. Thompson exercising one

12   of those -- one of those channels.

13        Q.    What channels are you referring to right

14   now?

15        A.    So it could be general counsel, it could

16   be an ethics hotline, it could be her manager, it could

17   be her manager's manager, it could be HR.  So multiple

18   channels, both internal or external.  And the employees

19   do have, also, the board of directors that they can

20   communicate with.

21        Q.    And an employee making a complaint of race

22   discrimination through any of those channels would

23   trigger SHRM's duty to investigate the complaint of

24   discrimination; is that right?

25        A.    Yes.

```
 1                 Q.   So if an employee made a complaint of race
 2     discrimination about Carolyn Barley in the presence of
 3     Mike Jackson, that would trigger SHRM's duty to
 4     thoroughly investigate the employee's complaint, wouldn't
 5     it?
 6                 A.   Yes, it would seem so.
 7                 Q.   Are you aware of Mike Jackson ever
 8     investigating a complaint of race discrimination brought
 9     forward by Ebony Thompson?
10                 A.   I don't recall.
11                 Q.   You would have expected him to, though,
12     right, if he had learned about it?
13                 A.   If he had learned about it, then yes, I
14     would expect him to.
15                 Q.   I want to talk about your two meetings
16     with Ms. Mohamed in July 2020.  Okay?
17                 A.   Yes.
18                 Q.   Do you recall the dates of those meetings?
19                 A.   I -- I don't recall specifically what
20     dates they are -- or they were.
21                 Q.   I will share Deposition Exhibit 50 with
22     you.
23                      Do you have it open?
24                 A.   Yes, I do.
25                 Q.   And at the bottom of the page
```

```
 1    Bates-numbered SHRM 0205, it's an email from Mike Jackson

 2    to you on July 23, 2020, correct?

 3              A.    Yes.

 4              Q.    Subject line is "Initial Notes."  And

 5    Mr. Jackson writes, "Sean - haven't cleaned these up at

 6    all but here are my initial notes of call."

 7                    Did I read that right?

 8              A.    Yes.

 9              Q.    And then you proceed to forward

10    Mr. Jackson's email to Bernée Long, copying Mr. Jackson,

11    on August 7, 2020, correct?

12              A.    Yes.

13              Q.    "Bernée"

14                    "Am sending you notes that Mike helped

15    with from my first discussion with Ruby - I had a

16    follow-up with her but don't have those notes

17    transcribed."

18                    "Mike may have some additional background

19    for you.  At the end of the day, I think some of the

20    background is fine but I also don't think it's helpful to

21    getting both parties to focus forward.  Too exhausting to

22    litigate the past because both will go there and that

23    becomes a huge time and energy drain."

24                    Did I read that correctly?

25              A.    Yes.
```

1          Q.   So what did you mean, if you remember, by

2    "At the end of the day, I think some of the background is

3    fine"?

4          A.   As I read that, what I recall thinking is

5    it's helpful to have some context for what has occurred,

6    but to a certain extent, what we wanted the mediator or

7    Bernée in a mediation role to be able to do was to be

8    able to work on the relationship going forward.  And it

9    just seemed at the time that that needed to be the focus

10   as opposed to trying to reconcile everything that had

11   occurred previously.

12         Q.   But you indicated earlier that these two

13   calls that you had with Ms. Mohamed were a part of your

14   investigation into her complaints of discrimination,

15   right?

16         A.   Yes.

17         Q.   Why did you feel the need to share your

18   investigation notes with Bernée Long as part of the

19   mediation?

20         A.   Because I felt that they were -- they

21   provided Ruby's perspective for some things that had

22   occurred, and because Bernée was within the human

23   resources team and would handle those notes appropriately

24   as an HR professional.

25         Q.   And at this time, the investigation was

 1   still ongoing, correct?  And by that I mean, the

 2   investigation into Ms. Mohamed's complaints of race

 3   discrimination.

 4            A.   Yes.

 5                 MS. SPITTELL:  Objection.  Form.

 6            Q.   (By Mr. Swain)  And you indicated that you

 7   viewed these two calls as a -- a consultation of sorts to

 8   try to figure out what the landscape of Ms. Mohamed's

 9   race discrimination complaints were.

10                 And I know I'm paraphrasing you, but is

11   that an accurate summary of what you said?

12                 MS. SPITTELL:  Objection.  Form.

13                 You can answer.

14            A.   So that seems relatively accurate.  I

15   think the way I characterized it was an intake

16   discussion.

17            Q.   (By Mr. Swain)  Thank you.  I was trying to

18   remember the precise word you used.

19                 So -- but the purpose of the intake

20   discussion was to guide the remainder of the

21   investigation; is that right?

22            A.   Yes.

23            Q.   So the investigation was really just at

24   its beginning at this point, after your second call with

25   Ms. Mohamed, right?

1            A.    Yes.

2            Q.    What was Ms. Long's role, if any, in

3     participating in the investigation into Ms. Mohamed's

4     complaints?

5            A.    She didn't have a formal role in the

6     investigation.  The inclusion of her here was in

7     preparation for her stepping in as -- in a mediation

8     role.

9            Q.    Is it your typical practice to share

10    investigation notes with other folks who are not involved

11    in the investigation in any way when you are

12    investigating complaints of race discrimination or

13    retaliation?

14           A.    It's not a typical practice, but my

15    typical practice is to try and find a solution to

16    difficult workplace situations.  This was one.  And I was

17    doing what I felt was meaningful steps, taking meaningful

18    steps to try to get to a better place for this particular

19    situation.

20           Q.    Did SHRM find a solution to this

21    particular situation?

22           A.    We -- well, not to the management

23    relationship or the working relationship between Carolyn

24    and Ms. Mohamed.

25           Q.    But SHRM did terminate Ms. Mohamed, right?

 1                    A.    Yes.  So that was a resolution of sorts,

 2     yes.

 3                    Q.    Let's look at Deposition Exhibit 64, which

 4     I'm just now marking.  The Bates Number is SHRM 0575 to

 5     0579.

 6                    A.    Okay.

 7                    Q.    And I'd like you to look at the title of

 8     the document.

 9                          I will represent to you that other than

10     the beginning, "Ex. 64 -," everything that starts with

11     "SHRM" is how this document was produced to us by SHRM.

12     Okay?

13                    A.    Okay.

14                    Q.    And the title is:  Call between Sean

15     Sullivan and Ruby Mohamed, 7/22/2020.

16                          Do you see that?

17                    A.    I do.

18                    Q.    So do you have any reason to believe that

19     these are not the notes that Mr. Jackson sent from the

20     call between you and Ms. Mohamed?

21                    A.    No.

22                    Q.    Why did you ask Mr. Jackson to join the

23     call?

24                    A.    Well, I asked him to join the call so that

25     he could take some notes while I was having the

 1    discussion.  It's not an unusual practice so that one can

 2    focus on where the discussion is going and, you know,

 3    less on the, you know, keeping track of where the

 4    discussion has been.

 5              Q.   Any other reasons you asked him to join

 6    the call?

 7              A.   No, none that I can think of.

 8              Q.   And I'm going to ask you if these notes

 9    accurately represent your memory of what you said and

10    what Ms. Mohamed said in the discussion.

11              So if you like, take a moment to review

12    the notes before you answer.

13              A.   Okay.

14              (A pause occurred in the proceedings.)

15              A.   So yes, I think that's a fairly accurate

16    record of the discussion that we had.  There's one

17    exception on SHRM 0577, and I think it's just a

18    transcription.  The second paragraph, where it says "SS,"

19    I think that's an error.  I think that was continuation

20    of -- on Ruby's thoughts at that time.

21              But aside from that, I think it's a -- a

22    fair characterization of how the discussion went.

23              Q.   (By Mr. Swain)  Does anything appear to be

24    missing from these notes that you remember you saying or

25    Ms. Mohamed saying?

1          A.   I -- I don't recall.  I don't -- I don't
2     think so.
3               I -- as a matter of practice, I think I
4     would typically explain that Mike Jackson -- or, you
5     know, another party was in the meeting.  I don't see that
6     reflected here and that seems like an omission, and I
7     feel like that's something I would have shared with Ruby.
8          Q.   Anything else?
9          A.   No.  I don't believe so.
10         Q.   Let's look at Deposition Exhibit 50- --
11    65, I'm sorry, Bates-numbered SHRM 0566 to 0569.
12         A.   Okay.
13         Q.   And same question -- well, first of all,
14    you know, you see the title of this document.
15              Do you have any reason to believe that
16    this is not Mike Jackson's notes from your call the
17    following day, July 23, 2020?
18         A.   No.
19         Q.   And same question:
20              You know, from your knowledge of the
21    meeting, do these notes accurately and completely capture
22    what you said and what Ms. Mohamed said?
23              (A pause occurred in the proceedings.)
24         A.   That seems relatively accurate.
25         Q.   (By Mr. Swain)  And are you sure that you

```
 1      told Ms. Mohamed that someone else was listening in on
 2      the call?
 3                      MS. SPITTELL:  Can you repeat that
 4      question?  You --
 5                      MR. SWAIN:  Sure.
 6              Q.  (By Mr. Swain)  This question is for --
 7      relating to the July 22 meeting that we were just
 8      discussing:
 9                      Are you sure that you told Ms. Mohamed
10      that someone else was listening in on the call?
11              A.   No, I am not sure.  And I can't recall if
12      I did.  If I did not, then that was an omission.  That's
13      something I would normally or typically do by -- by
14      practice if that was the situation.
15              Q.   Do you know, in Colorado, it's illegal to
16      eavesdrop on a phone call without letting the person know
17      that you're listening in?
18                      MS. SPITTELL:  Objection.  Form.
19      Foundation.
20                      You can answer.
21              A.   No, I did not know that.
22              Q.  (By Mr. Swain)  I'd like to direct your
23      attention to the last page of Deposition Exhibit 65, the
24      one marked SHRM 0569.
25              A.   Okay.
```

Case No. 1:22-cv-01525-SKC-ASD Document 40-3 filed 08/04/23 USDC Colorado pg 156

```
1               Q.   Do you see at the top of the page where

2    Ms. Mohamed says:  "Also Ebony Thompson, she has

3    experienced discriminatory acts"?

4               A.   Yes.

5               Q.   So can we agree that you became aware at

6    least Ms. Mohamed was complaining that Ebony Thompson was

7    facing race discrimination as of July 23, 2020?

8               A.   Yes.

9               Q.   Did you instruct Mr. Jackson to

10   investigate whether Ebony Thompson was facing race

11   discrimination?

12              A.   I do not recall.

13              Q.   Mr. Jackson was present in the meeting,

14   though, right?

15              A.   Yes.

16              Q.   And you said that if he -- if someone had

17   communicated in his presence that Ebony Thompson was

18   facing race discrimination as well, he had a duty to

19   investigate it, correct?

20              A.   That's correct.

21              Q.   Did you do anything to ensure that

22   allegations of race discrimination against [sic] Ebony

23   Thompson were investigated?

24              A.   I don't recall.

25              Q.   You said that you had to personally
```

```
 1   approve all termination recommendations, correct?

 2        A.   Yes.

 3             Q.   Do you recall that Ebony Thompson was

 4   fired within about two weeks, less than two weeks of this

 5   call?

 6             A.   Generally, that -- you know, that time

 7   frame sounds accurate.

 8             Q.   And you would have had to personally

 9   approve the recommendation to fire Ms. Thompson, correct?

10        A.   Yes.

11             Q.   Do you recall who Ms. Thompson reported

12   to?

13             A.   Yes.  Mr. Thompson reported to Carolyn

14   Barley.

15             Q.   And do you recall who made the

16   recommendation to you that Ms. Thompson be fired?

17             A.   I don't.  It would seem logical for it to

18   have come from Ms. Barley and/or Jeanne, but I -- I just

19   don't recall the circumstances.

20             Q.   Do you think it's unusual that the two

21   women who complained of race discrimination against

22   Carolyn Barley were both fired within a month of each

23   other?

24                  MS. SPITTELL:  Objection.  Form.

25   Foundation.
```

Case No. 1:22-cv-01652-PAB-KAS Document 40-3 filed 08/04/23 USDC Colorado pg 158
pg 158 of 188          Page 158

```
 1                    Go ahead and answer.
 2          A.    I don't think it's unusual that two women
 3     were terminated from a particular department.
 4          Q.    (By Mr. Swain)  Do you think it's unusual
 5     that the only two Black people in the department were
 6     fired shortly after they complained of race
 7     discrimination?
 8                    MS. SPITTELL:  Objection.  Form.
 9     Foundation.
10                    Go ahead and answer.
11          A.    I don't think that it's unusual that we
12     would have taken steps to address issues in -- in the
13     workplace.
14          Q.    (By Mr. Swain)  Can you understand how
15     someone not involved -- directly involved in the
16     termination would find it very suspicious that the only
17     two Black people that reported to Carolyn Barley were
18     both fired within a month of each other shortly after
19     both of them complain that she was subjecting them to
20     race discrimination?
21                    MS. SPITTELL:  Objection.  Form.
22     Foundation.
23                    Go ahead and answer.
24          A.    Yes, I can understand how that might
25     appear.
```

```
 1                    Q.   (By Mr. Swain)  How might it appear?

 2              A.    It may seem odd or unusual.

 3              Q.    Or retaliatory, right?

 4                    MS. SPITTELL:  Objection.  Form.

 5    Foundation.

 6                    Go ahead and answer.

 7              A.    It may seem odd and unusual.

 8                    MR. SWAIN:  Let's take a quick break.

 9    Five minutes.

10                    MS. SPITTELL:  Perfect.

11                    (Recess taken from 2:14 p.m. until

12    2:23 p.m.)

13              Q.    (By Mr. Swain)  Mr. Sullivan, when did you

14    first learn that Carolyn Barley had concerns about Ruby

15    Mohamed's performance?

16              A.    Certainly I was aware in the August time

17    frame, and it could have been in the mid-to-late July

18    time frame.

19              Q.    And that's July and --

20              A.    2020.

21              Q.    -- August 2020?  Yes.

22                    After Ms. Mohamed had made her complaints

23    of discrimination, correct?

24              A.    I'm trying to recall.  I -- I don't recall

25    precisely.
```

```
 1                  Q.   And you reviewed all of Ms. Mohamed's
 2     performance reviews in late August 2020, correct?
 3                  A.   Yes.
 4                  Q.   And upon your review of all of
 5     Ms. Mohamed's performance reviews, you concluded that
 6     SHRM had always viewed her performance as satisfactory or
 7     better, correct?
 8                  A.   Yes, which is why I think there was
 9     concern and surprise that the performance at that time
10     was not consistent with that previous performance.
11                  Q.   What about her performance was not
12     consistent with her previous performance, other than, you
13     know, the notion that she didn't deliver her deliverables
14     on time?
15                  MS. SPITTELL:  Objection.  Form.
16     Foundation.
17                  A.   Well, what I would say is that wasn't just
18     a notion.  That was the foundation of the concern because
19     that was -- those two items were her major work products
20     and responsibilities.  And the organization, that team,
21     was expecting those work products to be able to deliver
22     for their customers.
23                  Q.   (By Mr. Swain)  Okay.  So my question --
24     let me rephrase it because you took issue with a word
25     that I used.
```

Case No. 1:22-cv-01626-SPB-GKS Document 40-83 Filed 08/04/23 06/23 DC USDC Colo pg 161
pg 161 168 188                                                           Page 161

```
 1                       So other than the deadlines on those two
 2       projects, what was inconsistent about Ms. Mohamed's work
 3       performance with her years of strong performance?
 4              A.    I think it was the behaviors related to
 5       how that work was going, such as at times being
 6       incommunicative with her manager, Carolyn, and not -- not
 7       taking steps to get her work completed or updated to
 8       Carolyn.
 9              Q.    And what's the source of your knowledge
10       that Ms. Mohamed was incommunicative with Ms. Barley?
11              A.    As I recall, I think that would have been
12       information from Carolyn.  I can't recall if that was
13       relayed directly from Carolyn or from Mike Jackson in the
14       course of the work that he was doing.
15              Q.    But either way, that complaint originated
16       from Carolyn Barley herself and not from any personal
17       observations that you had, correct?
18              A.    That's correct.
19              Q.    You indicated that you've conducted or
20       supervised between 30 and 40 complaints of discrimination
21       or retaliation throughout your career, correct?
22              A.    Correct.
23              Q.    How many of those investigations occurred
24       while you were the CHRO of SHRM?
25              A.    I don't recall precisely.  I think those
```

1    were -- you know, this occurred in 2020.  I had been

2    there for just over a year.  I don't recall a previous

3    complaint about discrimination, but I -- I can't recall

4    at the moment.

5            Q.    Do you recall a woman who reported

6    directly to Nick Schacht making a complaint of

7    discrimination?

8            A.    I don't recall.

9            Q.    With the benefit of hindsight, would you

10   have done anything differently in June, July, or August

11   of 2020?

12               MS. SPITTELL:  Objection.  Form.

13   Foundation.

14               Go ahead and respond.

15          A.    Yeah, I'm thinking about that question and

16   I'm -- I -- given what was happening at the time, given

17   the situation we were in in managing a workforce in the

18   early stages of the pandemic, no, I don't think I -- I

19   would do anything differently.

20               But that's -- you know, that's

21   hypothetically speaking and it's difficult to go back in

22   time and say:  Gosh, I would have done this, this, and

23   this.

24          Q.   (By Mr. Swain)  I mean, I -- in my personal

25   life, I have regrets about things that I've done or said

1   or didn't do.  It's not hard for me to admit that I could

2   have done things better in the past.

3                   So I was just giving you an opportunity to

4   say if there's anything you would have done differently

5   with regard to Ms. Mohamed or any of this.

6                   MS. SPITTELL:  Objection.  Form.

7   Foundation.

8                   Is there a question there, Mr. Swain?

9                   MR. SWAIN:  Yes.  I'm just repeating the

10  question in case he, upon introspection, thinks of

11  something that he wishes he or SHRM or anyone working

12  there could have done better or differently with regard

13  to Ms. Mohamed.

14                  MS. SPITTELL:  Objection.  Form.

15  Foundation.

16                  You can answer the question based on your

17  own knowledge.

18          A.   So based on my own knowledge, I -- you

19  know, thinking back in terms of that time, no, I wouldn't

20  change anything at this point.

21          Q.   (By Mr. Swain)  Do you think SHRM treated

22  Ms. Mohamed fairly?

23          A.   Yes, I do.

24          Q.   If you had an opportunity to say something

25  to Ms. Mohamed, what would you say to her, if anything?

```
 1                   A.    I think I would say I hope that she's

 2      moved on to work that she enjoys and a workplace that

 3      works well for her.

 4                   Q.    Anything else?

 5                   A.    No.

 6                         MR. SWAIN:  I have no further questions.

 7                         MS. SPITTELL:  All righty.  I guess we can

 8      go off the record.

 9                         THE COURT REPORTER:  You're handling

10      signature, Kaitlin?

11                         MS. SPITTELL:  Yes.  I'll handle

12      signature.  I'll take a PDF and all of the exhibits that

13      were discussed today.

14                         THE COURT REPORTER:  Including the prior

15      ones or just the new ones?

16                         MS. SPITTELL:  Just the new ones.

17                         (WHEREUPON, the within proceedings were

18      concluded at 2:33 p.m. on the 15th day of June, 2023.)

19                         *     *     *     *     *

20

21

22

23

24

25
```

```
1              I, SEAN THOMAS SULLIVAN, hereby certify that I
       have read the foregoing transcript, and that the same and
2      accompanying correction sheets, if any, constitute a true
       and complete record of my testimony.
3

4      PAGE  LINE           NOW READS              SHOULD READ

5      ____  ____   _____   _____

6      ____  ____   _____   _____

7      ____  ____   _____   _____

8      ____  ____   _____   _____

9      ____  ____   _____   _____

10     ____  ____   _____   _____

11     ____  ____   _____   _____

12     ____  ____   _____   _____

13     ____  ____   _____   _____

14     ____  ____   _____   _____

15     ____  ____   _____   _____

16     ____  ____   _____   _____

17

18                     _____
                       SEAN THOMAS SULLIVAN

19             Subscribed and sworn to before me this _____

20     day of _____, 20____.

21
               My Commission expires: _____
22

23                     _____
                       Notary Public
24                     Address: _____

25                              _____
```

1                    REPORTER'S CERTIFICATE

2

3          I, K. MICHELLE DITTMER, Registered Professional

4    Reporter and Notary Public, State of Colorado, do hereby

5    certify that previous to the commencement of the

6    examination, the deponent was duly sworn by me to testify

7    to the truth in relation to the matters in controversy

8    between the parties hereto; that the said deposition was

9    taken in machine shorthand by me at the time and place

10   aforesaid and was thereafter reduced to typewritten form;

11   that the foregoing is a true transcript of the questions

12   asked, testimony given, and proceedings had.  I further

13   certify that I am not employed by, related to, nor

14   counsel for any of the parties herein, nor otherwise

15   interested in the outcome of this litigation.

16          IN WITNESS WHEREOF, I have affixed my signature

17   this 26th day of June, 2023.

18

19          My commission expires April 15, 2024.

20

21   _____
                    K. MICHELLE DITTMER
                 Registered Professional Reporter

22

23

24

25

```
 1   Dittmer Reporting
     sdittmer@comcast.net
 2   (303) 257-8702

 3   June 27, 2023

 4   KAITLIN I. SPITTELL, ESQ.
     Hall & Evans LLC
 5   1001 17th Street, Suite 300
     Denver, Colorado 80202
 6
     Deposition of:  SEAN THOMAS SULLIVAN
 7   Taken:  June 15, 2023

 8   In Re:  Mohamed v. SHRM
             Civil Action No. 1:22-cv-01625-GPG-SKC
 9
     Dear Ms. Spittell:
10
     Enclosed please find the original signature page(s) of
11   the above deposition.  It was agreed that you would
     arrange for signature of SEAN THOMAS SULLIVAN's
12   deposition by means of your copy transcript.

13   Also enclosed are amendment sheets for changes if
     necessary.  Please return the signature page(s) and
14   amendment sheet(s) ...

15   __XXX____ to our office for filing within 35 days to
               comply with the Rule.
16
     _____ to our office before _____, in
17             order that the deposition may be filed in time
               for trial.
18
     _____ to THE COURT prior to trial, furnishing copies
19             of amendments to opposing counsel.

20   Thank you for your attention to this matter.

21   Sincerely,

22   K. MICHELLE DITTMER, RPR
     Registered Professional Reporter
23
     cc: Counsel of Record/original transcript
24

25
```

Case No. 1:22-cv-01625-GPG-SKC Document 40-3 filed 08/04/23 USDC Colorado pg 168

```
 1   Dittmer Reporting
     sdittmer@comcast.net
 2   Arvada, Colorado  80003
     (303) 257-8702
 3

 4   HUNTER A. SWAIN, ESQ.
     Swain Law, LLC
 5   1490 North Lafayette Street, Suite 303
     Denver, Colorado 80218
 6
     RE:  Mohamed v. SHRM
 7   Civil Action No. 1:22-cv-01625-GPG-SKC

 8

 9   Dear Mr. Swain:

10   Enclosed is the deposition of:  SEAN THOMAS SULLIVAN

11   _____ Signature waived.

12   _____ Signed, no changes.

13   _____ Signed, with changes, copy of which is
                enclosed.
14
                _____ Unsigned, pursuant to stipulation of counsel
15                         that the deponent may sign at the time of
                           trial.
16
                _____ Unsigned, notice duly given_____,
17                         pursuant to the Rules of Civil Procedure.

18   _____ Unsigned, notice duly given _____,
                since trial is set for _____.
19
                _____ Unsigned, due to settlement of case.
20

21   DITTMER REPORTING

22   cc:  Counsel of Record

23

24

25
```

MR. SWAIN: [36] 30/1
40/23 41/3 44/5 44/10
44/19 44/22 67/1 78/22
79/25 90/24 92/7 92/19
93/7 93/10 93/12 93/15
93/24 94/2 94/9 94/15
94/23 95/2 95/7 95/17
96/3 96/25 97/6 112/2
112/4 124/19 127/9
155/5 159/8 163/9
164/6
MS. SPITTELL: [102]
26/7 27/1 27/3 29/24
31/22 38/6 39/1 44/14
44/20 46/10 47/3 52/20
52/22 54/15 56/5 66/14
74/23 76/13 79/9 79/11
79/19 80/7 80/13 80/24
81/2 81/5 81/7 81/15
82/13 85/2 85/6 89/6
90/16 90/22 90/25 91/3
91/21 92/12 92/23 93/9
93/11 93/14 93/20 94/1
94/5 94/11 94/17 94/25
95/4 95/9 95/15 96/6
96/8 96/24 97/3 97/14
98/8 99/20 102/21
103/3 104/1 104/10
107/9 107/21 108/4
111/8 111/25 112/3
119/25 121/15 124/3
124/21 125/22 125/25
126/17 126/23 127/7
138/24 140/17 142/21
143/1 143/23 144/10
144/12 144/16 145/13
150/5 150/12 155/3
155/18 157/24 158/8
158/21 159/4 159/10
160/15 162/12 163/6
163/14 164/7 164/11
164/16
THE COURT
REPORTER: [4] 85/4
95/13 164/9 164/14
THE WITNESS: [10]
41/1 44/9 44/13 78/24
90/18 91/8 96/5 96/7
126/15 126/19

'

'challenge [1] 69/23
'Together [1] 134/7

0

000623 [3] 61/3 62/10
62/23
000624 [4] 62/24 63/16
65/8 65/23
000625 [1] 65/24
000627 [1] 62/3
0043 [1] 140/10
0049 [2] 31/1 112/9
0132 [2] 68/5 70/20
0133 [1] 67/25
0149 [1] 127/5
0205 [1] 148/1
04 [1] 18/4

0418 [4] 3/14 126/11
127/18 131/17
0419 [3] 127/9 137/19
138/16
0428 [2] 3/14 126/12
0459 [6] 3/9 59/14
59/18 132/25 134/16
137/2
0460 [1] 133/18
0463 [2] 3/9 59/14
0475 [2] 18/3 18/7
0481 [1] 20/13
0526 [2] 19/1 20/7
0527 [2] 19/8 20/9
0541 [1] 118/24
0543 [3] 115/9 118/12
120/10
0566 [3] 3/18 18/18
154/11
0569 [3] 3/18 154/11
155/24
0575 [2] 3/16 18/12
152/4
0577 [1] 153/17
0579 [2] 3/16 152/5
0788 [1] 19/12
0789 [1] 19/16
0790 [1] 19/25

1

10 [4] 27/24 28/1 28/3
41/2
100 [1] 27/24
100 percent [1] 107/17
1001 [2] 2/14 167/5
10:01 a.m [1] 44/11
10:02 a.m [1] 44/23
10:29 a.m [1] 119/2
10:30-ish [1] 44/11
10:31 a.m [1] 44/24
112 [2] 3/10 4/7
115 [1] 4/4
11:00 [1] 8/4
11:30 a.m [1] 78/25
11:38 [1] 79/1
126 [1] 3/12
12:00 [1] 8/9
12:01 [1] 94/1
12:03 p.m [1] 96/11
12:10 p.m [1] 96/12
12:30 [2] 8/9 8/12
12:30-ish [1] 44/12
12:58 p.m [1] 124/22
13 [11] 20/15 62/15
115/16 116/9 116/15
118/9 119/2 119/18
122/4 122/22 123/2
136 [1] 4/3
140 [1] 4/2
147 [1] 4/8
1490 [3] 2/4 2/8 168/5
15 [6] 1/13 3/3 5/20
41/2 166/19 167/7
152 [1] 3/15
154 [1] 3/17
15th [1] 164/18
16 [2] 4/2 140/8
17 [3] 4/3 136/15
139/11

170 [1] 2/11 167/5
19 [15] 68/7 71/12
71/21 72/5 72/11 73/4
74/1 101/13 127/16
127/22 128/14 133/21
134/2 137/10 139/4
1986 [3] 14/24 15/19
15/20
1988 [4] 15/5 15/13
15/24 16/1
1:15 p.m [1] 124/23
1:22-cv-01625-GPG-SK
C [3] 1/2 167/8 168/7
1:35 [1] 78/23

2

20 [7] 3/9 3/10 3/13
71/8 71/12 71/22
165/20
2000 [1] 14/13
20148 [1] 5/16
2015 [1] 14/16
2017 [1] 129/12
2017-2019 [1] 129/16
2019 [5] 13/3 13/4
14/13 77/9 129/16
2019/early [1] 85/11
2020 [80] 3/17 17/20
18/24 19/10 19/19 20/3
20/11 30/22 32/15
38/18 47/24 47/24 48/1
50/7 51/18 51/24 52/6
52/12 52/25 53/23 54/2
59/21 62/15 67/17 68/7
70/10 71/8 71/12 71/12
71/21 72/22 72/5 72/11
72/22 73/4 74/1 75/25
76/12 85/12 99/16
101/13 112/16 115/16
116/9 116/15 117/2
118/9 119/2 119/18
122/4 122/22 123/2
123/3 127/16 127/22
128/6 129/11 129/17
130/16 131/3 132/16
133/1 133/21 134/2
134/19 136/2 137/11
139/4 143/18 147/16
148/2 148/11 152/15
154/17 156/7 159/20
159/21 160/2 162/1
162/11
2021 [12] 16/21 24/4
24/8 24/12 25/17 36/25
37/17 37/19 37/23
47/21 47/23 77/10
2022 [9] 12/6 23/11
23/24 24/1 24/5 25/2
105/12 105/14 105/18
2023 [7] 1/13 3/3 11/11
164/18 166/17 167/3
167/7
2024 [1] 166/19
21 [12] 16/21 37/22
59/21 70/23 71/7 128/6
131/3 132/16 133/1
134/19 136/1 138/5
21573 [1] 5/15
22 [1] 155/7

23 [4] 11/11 148/2
154/17 156/7
24 [4] 4/4 115/5 115/8
118/11
25 [1] 28/7
257-8702 [2] 167/2
168/2
2595 [1] 2/9
26th [1] 166/17
27 [7] 4/5 60/17 60/19
60/23 135/7 135/12
135/22
2:14 p.m [1] 159/11
2:23 p.m [1] 159/12
2:33 p.m [1] 164/18

3

30 [4] 28/7 57/15 98/23
161/20
300 [2] 2/14 167/5
303 [4] 2/4 167/2 168/2
168/5
303-593-2595 [1] 2/9
303-628-3300 [1] 2/15
304 [1] 2/8
30s [1] 29/2
31 [3] 17/20 72/22
99/16
3300 [1] 2/15
35 [2] 16/4 167/15
35-year [3] 27/6 27/13
90/9
37 [3] 4/6 67/19 70/20

4

40 [5] 5/19 29/2 57/15
98/23 161/20
45 [1] 5/19
49 [3] 4/7 111/14 112/8

5

50 [5] 4/8 28/1 28/3
147/21 154/10
5281 [1] 2/5
59 [1] 3/8

6

60 [1] 4/5
61 [5] 3/8 59/6 59/13
132/19 136/21
62 [4] 3/10 112/6
112/12 112/14
63 [5] 3/12 126/10
127/19 137/15 138/12
64 [3] 3/15 152/3
152/10
65 [3] 3/17 154/11
155/23
67 [1] 4/6

7

7/22/2020 [1] 152/15
7/23/2020 [2] 3/17
18/24
720-815-5281 [2] 2/5
75 [1] 18/6

8

8/21/20 [2] 3/9 3/13

8/7/20 [2] 3/10
80003 [1] 168/2
80202 [2] 2/14 167/5
80218 [3] 2/4 2/8 168/5
8702 [2] 167/2 168/2
8:29 a.m [1] 116/15
8:54 [1] 1/14

9

90 minutes [1] 21/15
9:30 [1] 116/20

A

a.m [8] 1/14 44/11
44/23 44/24 78/25 79/1
116/15 119/2
abbreviate [1] 12/19
ability [5] 43/12 43/13
83/22 84/10 110/18
able [14] 34/24 39/16
84/15 95/9 102/16
106/12 106/17 109/17
110/9 120/8 121/10
149/7 149/8 160/21
about [130] 5/19 5/20
6/2 9/5 9/14 19/6 22/17
23/17 24/9 24/19 24/20
24/22 24/24 25/1 25/22
29/17 32/13 34/15 35/3
35/19 37/6 37/15 38/9
40/16 40/22 41/22 42/9
43/6 43/12 43/13 45/10
47/18 49/7 49/14 50/14
50/16 50/18 53/20
53/23 54/3 54/18 56/20
58/23 62/18 64/15
64/18 64/23 65/18
67/14 68/21 68/22
68/24 69/9 69/22 71/12
71/15 73/17 73/21 74/1
74/4 74/8 74/20 75/8
75/17 75/18 75/23 77/6
79/8 79/12 79/14 79/20
79/23 80/3 80/7 80/10
80/11 81/9 81/22 83/22
86/15 88/7 88/12 90/11
91/14 91/16 92/8 92/21
96/8 105/8 105/15
105/15 105/19 105/19
105/22 106/2 106/3
106/23 109/17 111/5
113/10 113/13 121/5
121/23 124/1 125/5
128/23 130/9 130/12
131/25 133/14 136/1
139/22 142/7 143/15
144/24 147/2 147/12
147/13 147/15 157/4
159/14 160/11 161/2
162/3 162/15 162/25
above [5] 1/16 61/18
69/24 129/9 167/11
above-entitled [1] 1/16
Absolutely [1] 130/24
academic [2] 14/7
113/13
accepted [1] 11/13
accepting [1] 25/17

**A**

access [1] 45/21
accompanying [1] 165/2
according [2] 65/16 104/3
accurate [7] 27/25 97/12 150/11 150/14 153/15 154/24 157/7
accurately [4] 141/3 141/11 153/9 154/21
accused [1] 145/24
achieve [1] 85/21
achieved [1] 85/10
acknowledge [1] 71/20
acquired [1] 14/1
acquisition [1] 86/1
act [1] 130/7
acting [3] 36/10 144/3 144/23
action [12] 1/2 26/14 31/9 31/13 31/14 31/17 35/6 42/21 143/4 144/5 167/8 168/7
actions [3] 38/10 38/14 39/6
acts [1] 156/3
actual [5] 32/17 37/11 46/25 47/14 73/15
actually [7] 22/21 34/23 36/24 53/17 73/24 102/10 141/16
added [2] 7/8 28/24
addition [4] 58/4 93/18 95/23 95/25
additional [9] 57/20 58/1 58/4 58/8 75/10 75/21 84/13 102/7 148/18
Additionally [1] 61/20
address [14] 5/14 40/8 110/7 134/8 158/12 165/23
addressed [6] 38/22 43/10 64/21 66/22 70/13 83/4
administration [3] 14/9 15/4 15/6
admit [1] 163/1
advise [1] 120/8
affected [3] 29/19 29/20 74/12
affixed [1] 166/16
aforesaid [1] 166/10
African [2] 49/10 49/16
African-American [2] 49/10 49/16
after [25] 43/23 44/2 45/7 45/21 47/14 51/24 52/5 69/4 69/12 75/9 75/22 82/2 92/8 95/2 95/10 96/17 108/10 122/22 123/2 125/3 127/23 150/24 158/6 158/18 159/22
afternoon [3] 71/2 71/7 71/8
again [14] 47/6 64/22
66/6 69/11 85/15 97/19 100/21 124/10 126/22 127/8 128/7 134/10 137/15 140/2
against [10] 22/20 22/22 50/3 69/20 69/21 100/8 119/24 120/22 156/22 157/21
ago [4] 5/8 43/17 74/5 136/22
agree [22] 11/25 26/6 26/10 49/5 49/6 49/18 49/21 57/11 58/3 61/13 62/17 72/10 83/15 84/2 93/7 98/2 101/4 109/21 121/4 121/7 139/3 156/5
agreed [3] 9/16 21/20 167/11
agreement [5] 22/11 25/6 25/11 33/3 33/6 88/13 102/20 121/11 125/20 145/11 154/5
Ah [1] 112/10
ahead [17] 10/22 27/4 29/25 31/24 47/5 79/24 85/8 89/8 92/5 94/12 99/21 121/16 158/1 158/10 158/23 159/6 162/14
Airport [1] 5/20
all [25] 8/1 21/5 26/24 32/6 32/16 32/24 44/17 44/18 55/7 56/24 57/22 61/23 65/23 85/22 124/12 129/9 132/18 134/10 148/6 154/13 157/1 160/1 160/4 164/7 164/12
allegation [2] 92/17 144/22
allegations [20] 60/7 62/22 63/6 63/9 64/7 64/11 64/24 65/10 66/2 66/7 66/12 67/6 87/7 97/20 113/18 114/12 135/3 135/15 135/17 156/22
allowed [4] 69/17 69/18 79/14 80/2
allows [1] 79/23
almost [5] 8/4 40/24 68/19 69/4 69/24
already [7] 46/8 78/3 93/21 115/24 116/9 122/2 131/18
also [23] 2/17 9/22 14/18 24/11 28/11 41/13 65/8 72/8 90/13 97/23 98/14 107/2 108/18 111/5 113/3 114/19 122/16 123/4 142/17 146/19 148/20 156/2 167/13
always [1] 160/6
am [25] 5/9 9/19 9/21 17/11 22/9 37/24 58/20 59/5 59/6 67/18 68/13 68/20 69/11 74/6 79/14 81/8 87/21 112/6 114/9 126/10 141/21 142/5
110/18 155/1 166/13
amend [1] 82/2
amendment [2] 167/13 167/14
amendments [1] 167/19
American [3] 15/1 49/10 49/16
among [3] 86/4 113/15 113/16
amount [1] 26/16
analysis [6] 99/24 100/1 100/3 100/8 100/11 100/18
analyze [1] 79/24
Angelique [1] 65/16
another [19] 7/7 7/8 7/11 12/18 34/10 39/12 39/15 41/11 57/11 60/14 75/12 77/12 87/6 88/13 102/20 121/11 125/20 145/11 154/5 158/10 158/23 159/6 162/14
answer [62] 7/2 9/6 9/7 26/9 31/24 38/7 39/2 46/12 47/5 53/22 54/16 57/23 67/2 74/24 76/14 79/20 80/5 80/24 81/15 82/14 83/24 85/3 85/8 89/8 91/4 91/11 92/9 92/25 93/3 94/12 94/24 95/8 97/15 98/10 99/21 102/22 103/5 104/12 104/13 104/13 104/15 107/11 108/5 111/9 120/2 121/16 124/4 126/2 139/1 140/18 142/23 143/24 144/17 145/15 150/13 153/12 155/20 158/1 158/10 158/23 159/16 163/16
answered [5] 8/23 66/20 91/5 94/3 97/18
answering [5] 80/7 80/19 94/5 94/10 95/4
answers [8] 7/10 23/17 45/7 82/2 90/20 95/3 96/17 125/3
antidiscrimination [1] 54/8
any [62] 13/10 13/12 21/16 21/16 22/22 23/17 26/19 27/20 31/7 32/19 33/14 33/14 33/21 39/24 40/10 45/6 45/13 46/23 47/8 48/14 51/15 53/20 54/3 58/8 76/6 77/6 77/17 78/1 78/8 79/20 82/2 83/4 83/21 84/7 86/8 86/14 88/6 92/5 96/16 103/15 105/14 108/19 108/21 108/24 122/6 124/16 125/2 131/9 131/12 134/9 135/25 142/9 146/22 151/2 151/11 152/18 153/5 154/15 161/16 163/5 165/2 166/14
anyone [15] 21/19 23/1
33/20 55/24 73/17 73/25 80/22 81/12 81/24 96/25 105/20 116/11 123/14 141/1 163/11
anything [20] 7/23 11/15 18/25 21/23 59/9 84/14 89/1 89/16 127/2 130/17 132/9 153/23 154/8 156/21 162/10 162/19 163/4 163/20 163/25 164/4
anytime [1] 8/9
apologies [1] 46/21
apologize [2] 32/19 126/20
apparently [2] 139/2 139/9
appear [5] 17/11 58/21 153/23 158/25 159/1
APPEARANCES [1] 1/21
APPEARING [1] 1/10
appears [4] 19/17 20/2 22/16 61/14
applicants [1] 10/9
apply [2] 10/10 126/6
applying [1] 126/4
appointed [1] 87/11
appointment [1] 116/20
approached [1] 21/15
approaches [1] 106/6
approaching [1] 47/11
appropriate [2] 119/21 120/20
appropriately [2] 71/4 149/23
approve [5] 32/6 32/9 121/19 157/1 157/9
approved [1] 37/13
approving [1] 143/4
approximate [1] 28/23
approximately [9] 12/7 13/6 14/15 15/11 16/4 26/18 28/7 28/25 77/14
approximating [1] 28/13
April [2] 16/21 166/19
April [21] 16/21 16/21
are [64] 7/7 8/2 8/5 9/18 9/20 10/1 10/12 16/13 17/18 22/7 22/14 25/15 28/16 29/3 31/19 33/1 34/1 37/21 40/3 41/25 42/17 53/6 55/10 55/10 61/6 61/10 61/19 61/21 62/12 63/17 64/1 65/10 65/11 66/16 69/16 69/18 74/4 78/12 84/8 88/22 90/11 90/20 97/22 103/15 103/22 104/17 104/18 108/17 112/18 114/7 126/15 132/8 138/15 144/24 146/13 147/7 147/20 148/6 151/10 151/11 152/19 154/25 155/9 167/13
area [2] 48/11 109/4
areas [1] 14/20
aren't [1] 90/10
ariel [2] 2/7 2/9
around [1] 47/17
arrange [1] 167/11
arrangement [1] 109/10
arrive [1] 87/7
arrived [1] 45/15
articulates [1] 58/1
arts [1] 14/8
as [114] 5/4 9/22 9/23 10/14 12/16 13/19 13/23 13/24 14/12 14/19 14/19 15/23 16/2 18/9 18/22 22/15 23/11 24/18 27/6 27/13 28/4 31/3 32/5 33/8 34/5 34/5 34/25 36/5 36/12 40/14 40/17 49/14 49/15 51/19 53/1 53/14 55/12 55/14 55/18 56/25 57/12 58/14 58/14 60/17 63/9 64/7 64/19 66/2 67/11 67/19 68/18 68/23 75/19 76/10 80/24 80/25 82/21 86/22 87/7 88/20 97/4 100/7 100/14 101/7 101/22 102/1 102/4 102/10 105/24 106/23 108/11 110/8 110/17 111/14 112/8 114/21 114/25 115/5 118/8 118/18 119/18 122/3 123/20 123/22 125/14 125/14 125/21 126/4 126/6 126/10 130/16 130/21 130/22 133/7 136/9 136/15 137/22 142/10 143/25 144/2 145/6 145/20 149/4 149/10 149/18 149/24 150/7 151/7 154/3 156/7 156/18 160/6 161/5 161/11
aside [2] 24/21 153/21
ask [32] 7/1 8/21 11/24 18/8 19/4 26/1 28/11 29/11 31/1 38/1 46/17 58/22 58/23 79/14 79/23 80/22 83/13 83/25 93/5 94/23 94/25 103/14 113/21 117/18 117/19 118/4 123/21 135/6 138/21 139/10 152/22 153/8
asked [14] 8/22 51/2 66/17 94/4 95/11 112/19 117/21 118/6 131/2 141/19 142/7 152/24 153/5 166/12
asking [17] 7/2 7/6 18/21 74/4 80/10 80/11 81/3 81/21 90/11 92/9 92/19 93/8 105/23 111/20 118/13 125/5

**A**

asking... [1] 131/20
aspect [6] 48/9 120/7 121/11 121/11 122/1 131/9
aspects [1] 85/23
aspiration [2] 107/12 107/16
aspirations [1] 107/18
aspire [1] 107/15
assess [3] 73/8 100/6 100/8
assessment [2] 103/13 109/11
assigned [1] 74/21
assignment [1] 109/10
assist [1] 141/1
assisting [4] 114/20 114/24 118/17 119/17
association [2] 9/22 9/25
assume [4] 45/25 49/9 49/11 67/17
assuming [1] 71/14
assumption [1] 46/2
attached [2] 129/11 130/1
attachment [7] 60/2 134/23 137/8 137/10 137/22 138/7 139/5
attachments [3] 129/16 129/21 129/23
attempt [1] 73/17
attempting [1] 114/16
attention [8] 59/17 61/2 67/24 127/4 131/15 140/9 155/23 167/20
attorney [2] 80/1 109/4
attorney-client [1] 80/1
attorneys [1] 79/3
attributed [1] 61/16
audience [1] 40/21
August [78] 17/20 19/10 19/19 20/3 20/11 20/15 30/22 32/15 37/17 37/19 37/22 38/18 38/22 39/3 41/11 41/14 43/5 43/11 45/21 53/23 54/2 59/21 62/15 67/17 68/7 70/10 70/23 71/7 71/8 71/12 71/12 72/22 73/4 74/1 75/25 99/16 101/13 109/12 112/16 115/16 116/9 116/15 117/2 118/9 119/2 119/18 122/4 122/22 123/2 123/2 127/16 127/22 128/6 128/14 131/3 132/16 132/16 133/1 133/21 134/2 134/19 136/1 137/10 138/5 139/4 143/18 145/1 145/2 145/4 148/11 159/16 159/21 160/2 162/10
August 1 [1] 132/16
August 13 [11] 20/15 62/15 115/16 116/9 116/15 118/9 119/2 119/18 122/4 122/22 123/2
August 19 [15] 68/7 71/12 71/21 72/5 72/11 73/4 74/1 101/13 127/16 127/22 128/14 133/21 134/2 137/10 139/4
August 20 [3] 71/8 71/12 71/12
August 2020 [9] 32/15 38/18 53/23 70/10 75/25 123/2 143/18 159/21 160/2
August 21 [11] 37/22 59/21 70/23 71/7 128/6 131/3 132/16 133/1 134/19 136/1 138/5
August 31 [3] 17/20 72/22 99/16
August 7 [7] 19/10 19/19 20/3 20/11 112/16 117/2 148/11

**B**

back [26] 25/24 30/18 39/10 44/16 44/18 47/6 62/9 67/1 78/23 95/17 96/10 120/9 126/14 129/11 131/16 132/12 132/19 134/15 135/6 136/19 136/21 137/1 137/14 143/17 162/21 163/19
background [3] 148/18 148/20 149/2
bad [1] 26/23
ballpark [1] 29/2
Banks [9] 35/2 35/2 35/8 35/10 35/19 71/3 71/25 108/19 108/25
Barley [69] 19/13 19/19 20/2 23/5 24/3 30/7 30/15 34/18 35/23 37/12 38/2 38/25 39/6 41/7 41/15 42/1 42/4 42/16 42/21 42/24 43/4 43/9 50/3 50/12 50/18 50/20 50/23 51/6 52/8 55/23 61/15 61/17 62/16 62/19 64/14 64/17 64/23 68/6 70/23 75/13 101/18 106/5

author [4] 125/21 141/21 141/23 142/1
authorship [1] 142/11
availability [1] 109/8
available [4] 106/16 109/9 109/13 109/23
aware [17] 33/1 35/5 37/21 37/24 50/1 67/9 67/13 71/20 114/7 114/9 128/18 132/8 143/6 145/18 147/7 156/5 159/16
away [1] 113/3

Barley's [4] 19/17 121/19 144/2 144/14
base [4] 19/14 20/5 76/22 99/18
based [8] 22/1 40/2 104/5 117/3 119/19 138/10 163/16 163/18
baseless [1] 92/17
basis [3] 36/11 73/18 92/16
Bates [14] 17/5 59/13 112/9 115/8 126/11 127/4 127/8 133/18 134/16 137/19 140/10 148/1 152/4 154/11
Bates-marked [1] 115/8
Bates-numbered [8] 112/9 127/4 133/18 134/16 137/19 140/10 148/1 154/11
Bates-range [1] 126/11
bathroom [1] 7/23
be [132] 6/14 7/17 8/6 8/9 8/13 8/14 11/5 11/21 13/24 15/8 20/2 25/23 26/4 27/19 27/22 30/11 31/9 33/9 33/10 33/13 34/4 34/18 34/23 34/24 35/4 35/9 35/9 35/14 36/12 37/18 38/9 39/16 41/11 41/2 41/12 42/10 42/15 42/25 43/14 43/16 45/20 45/24 49/9 51/19 52/15 54/9 54/10 55/9 57/8 58/15 61/14 65/3 66/10 67/4 67/17 70/1 72/2 74/3 74/5 75/3 78/16 83/16 84/4 84/16 91/16 92/11 96/20 97/4 102/8 102/16 102/23 102/23 103/12 105/5 105/6 106/4 106/12 106/15 106/17 106/19 107/3 108/2 109/9 109/13 110/9 110/22 114/15 115/24 116/21 117/7 119/22 120/6 120/8 121/21 121/25 122/15 122/18 123/8 126/14 126/21 126/23 128/12 130/11 135/19 136/6 139/23 140/1 141/25 142/4 144/3 146/8 146/9 146/10 146/15 146/16 146/16 146/17 146/17 149/7 149/7

1980 [1] 66/14
11/20 114/20 114/24 117/11 118/17 119/13 119/17 120/23 120/23 122/15 125/7 138/14 144/3 144/23 145/6 145/9 147/2 157/14 157/18 157/22 158/17 159/14 161/10 161/16

149/9 153/23 157/16 160/21 167/17
Bear [1] 59/3
bears [1] 59/13
became [6] 22/21 50/1 67/13 71/20 109/22 156/5
because [68] 6/21 11/25 14/14 16/19 20/24 28/19 29/3 29/16 32/21 34/4 34/23 39/14 41/21 42/10 42/24 44/6 47/24 49/12 49/22 53/12 53/13 56/11 57/8 60/6 64/19 65/2 66/10 67/2 67/4 70/13 72/24 75/1 77/6 77/12 82/8 82/8 89/3 89/14 90/1 90/1 91/12 91/23 92/16 94/6 96/22 98/9 98/4 98/11 98/14 105/1 107/5 109/14 111/2 118/5 120/5 121/9 123/10 123/25 125/18 130/21 135/2 139/7 148/22 149/20 149/22 160/18 160/24
become [2] 67/9 145/18
becomes [1] 148/23
been [61] 5/3 6/5 13/4 14/12 16/1 22/16 23/10 23/23 24/4 24/11 33/15 34/4 36/10 36/19 37/17 41/7 42/3 43/23 46/8 47/1 47/10 47/17 48/19 56/11 60/16 66/21 67/19 68/16 68/18 69/5 69/22 71/4 71/8 72/2 81/13 82/21 85/16 88/1 88/24 101/4 102/2 106/9 106/10 110/15 110/20 111/14 111/20 113/2 115/5 122/5 123/22 131/9 136/14 138/22 144/3 145/22 145/24 153/4 159/17 161/11 162/1
before [53] 1/17 5/24 8/24 11/12 11/16 11/20 12/12 20/22 21/10 22/3 28/10 31/1 38/2 41/16 44/2 45/11 45/15 47/14 53/22 54/16 60/22 69/16 71/22 78/8 82/5 82/12 83/1 83/11 84/19 91/19 92/21 94/7 94/10 95/6 95/8 97/8 97/13 101/8 105/18 109/14 109/22 113/19 123/19 132/14 135/22 136/18 139/14 143/3 143/8 143/18 153/12 165/19 167/16
begin [1] 15/23
beginning [3] 109/19 150/24 152/10
behalf [4] 1/17 2/2 2/11 119/22

behavior [1] 61/15
behaviors [1] 161/4
being [23] 6/9 22/15 25/21 33/8 40/13 45/22 49/14 50/18 50/19 50/20 50/22 51/1 64/20 69/6 84/15 106/3 122/12 123/25 130/17 140/2 143/21 146/3 161/5
believe [54] 34/8 34/10 34/19 35/18 35/20 36/25 37/8 37/8 40/19 41/13 42/3 47/23 50/7 51/18 52/7 52/11 52/14 54/10 55/21 55/25 56/7 56/8 56/15 64/9 64/12 64/13 64/14 64/16 73/6 73/19 77/5 77/9 80/13 82/16 85/12 88/12 92/14 97/9 97/18 99/11 100/12 100/16 107/22 107/24 113/4 117/22 118/10 131/7 135/25 136/4 140/19 152/18 154/9 154/15
believed [2] 110/23 130/11
believing [1] 106/5
bell [1] 38/21
below [2] 61/9 68/15 70/21
benefit [1] 162/9
Bernée [47] 3/9 3/13 20/16 23/5 24/6 59/21 59/25 60/20 75/15 105/22 106/20 112/15 112/19 113/1 113/4 113/13 114/8 114/11 114/11 114/19 116/15 116/18 117/2 117/22 118/14 119/1 119/9 119/12 121/24 125/3 128/7 128/13 128/20 131/16 132/25 133/8 133/20 134/19 136/2 137/6 138/6 148/10 148/13 149/7 149/18 149/22
best [25] 7/6 55/1 55/12 57/9 57/11 58/3 65/3 66/11 67/5 75/4 86/21 86/25 87/10 87/16 87/20 88/13 88/16 96/20 101/5 102/2 114/15 123/6 123/10 128/4 141/15
better [5] 40/20 151/18 160/7 163/2 163/12
between [27] 3/15 8/9 12/8 18/16 25/6 27/24 28/1 39/5 39/8 57/14 66/15 73/22 92/14 100/22 103/1 106/4 106/24 107/14 111/4 117/11 133/12 141/23 151/23 152/14 152/20 161/20 166/8
beyond [2] 40/21 69/24

**B**

big [1] 19/20
bit [2] 75/17 116/21
black [6] 49/9 49/16
70/21 145/11 158/5
158/17
blanking [1] 89/25
block [1] 20/1
board [1] 146/19
body [8] 68/10 112/23
115/12 115/22 116/16
119/5 119/8 128/17
bold [1] 61/5
bolded [2] 63/14 65/7
Boston [1] 14/5
both [18] 14/19 34/5
36/8 41/23 42/3 106/8
111/3 121/25 128/18
130/13 131/19 146/1
146/18 148/21 148/22
157/22 158/18 158/19
bottom [12] 17/6 17/9
17/14 17/23 61/2 65/23
118/23 120/9 127/21
132/24 133/17 147/25
bottom-right [1] 17/14
bounds [2] 58/10
58/12
box [2] 70/21 132/18
break [48] 7/21 7/25
8/5 8/14 8/17 8/21 8/24
40/24 44/6 45/1 45/4
45/8 45/11 78/23 79/3
80/6 82/5 82/12 91/6
91/7 91/18 92/7 92/21
93/22 94/3 94/7 94/10
94/19 94/21 94/23
94/25 95/2 95/6 95/7
95/12 96/3 96/6 96/14
96/21 96/25 97/8 97/13
124/19 124/25 126/16
126/16 126/17 159/8
breaks [1] 97/4
brevity [1] 119/11
brief [1] 91/6
briefly [1] 45/5
bring [2] 65/10 108/11
bringing [2] 110/5
123/14
Broadlands [2] 5/15
5/17
broadly [1] 85/22
broker [1] 111/4
brought [10] 8/18
34/17 50/11 54/9 65/18
100/6 100/10 122/19
146/9 147/8
buckets [1] 10/8
bullet [8] 61/10 61/14
62/22 64/2 64/3 65/22
66/2 114/4
bump [1] 48/13
Burnt [1] 5/15
business [2] 10/19
120/7
bye [1] 23/11

**C**

C-suite [1] 26/2

call [22] 3/15 3/17
11/25 18/16 18/24
48/17 48/20 91/23
103/11 106/10 148/6
150/24 152/14 152/20
152/23 152/24 153/6
154/16 155/2 155/10
155/16 157/5
called [4] 6/7 22/19
129/16 129/17
calls [4] 51/17 53/14
149/13 150/7
came [2] 44/15 82/22
can [105] 5/10 6/16
7/23 8/11 10/5 11/25
12/15 12/18 13/18
18/13 19/21 19/21
22/18 26/9 29/12 30/18
32/23 38/7 39/2 44/7
45/13 45/23 46/5 46/12
46/13 46/23 46/5 49/6
49/18 49/21 50/15
53/25 54/6 62/17 67/1
69/25 72/10 74/24 76/9
76/14 79/23 79/24
80/24 81/9 81/15 82/14
85/3 85/8 91/6 91/19
92/3 92/21 93/1 94/12
95/13 95/18 97/2 97/15
98/10 98/15 98/17
100/4 101/4 102/5
102/22 103/5 104/1
104/3 104/15 107/11
108/5 109/21 111/9
111/25 120/2 121/2
121/4 123/11 124/4
126/2 126/13 127/1
127/7 128/20 128/24
130/1 132/4 132/18
139/1 139/3 140/18
143/24 144/17 145/15
146/19 150/13 153/1
153/7 155/3 155/20
156/5 158/14 158/24
163/16 164/7
can't [23] 36/22 37/18
40/22 42/13 42/16
49/15 83/2 83/4 83/14
91/6 94/20 99/5 101/19
106/8 109/4 121/7
122/20 122/25 123/4
140/2 155/11 161/12
162/3
candidates [1] 10/9
cannot [2] 35/12 56/18
capability [2] 106/18
capable [2] 83/7
121/12
capacity [2] 15/18
104/7
capital [1] 10/18
capture [1] 154/21
care [3] 6/15 7/10
117/24
career [10] 13/23 14/11
15/7 27/6 27/13 57/16
98/22 99/1 130/20
161/21
Carolyn [73] 19/13

chance [2] 79/3 96/14
change [7] 9/14 23/17
45/6 82/1 96/16 125/2
163/20
changed [1] 14/15
changes [3] 167/13
168/12 168/13
channel [1] 146/11
channels [6] 54/10
146/10 146/12 146/13
146/18 146/22
characterization [2]
126/8 153/22
characterize [5] 32/4
76/16 99/25 100/7
125/17
characterized [2]
51/19 150/15
characterizing [1] 32/1
charge [2] 22/19
124/11
charges [1] 83/5
chat [7] 58/21 59/7
59/9 132/18 135/7
136/16 139/12
check [1] 95/14
chief [7] 10/23 11/2
11/5 11/21 12/13 31/3
54/17
choice [2] 78/21 82/10
Christine [4] 25/21
25/21 25/22 25/25
CHRO [10] 12/16 12/20
13/8 13/11 32/5 33/8
36/5 69/4 139/25
161/24
circumstance [1]
122/10
circumstances [8]
32/22 33/15 36/9 57/23
100/5 103/7 121/2
157/19
cite [3] 79/22 80/18
80/18
cited [1] 40/17
citing [1] 117/8
Civil [7] 1/2 1/16 17/2
37/2 167/8 168/7
168/17
claim [1] 99/2
claims [6] 28/25 29/1
69/5 73/18 87/12 88/17
clarify [4] 22/13 23/13
48/3 96/19
clarifying [1] 18/10
cleaned [1] 148/5
clear [18] 6/12 6/16
7/18 9/4 42/15 43/14
47/10 52/15 73/21 74/3
74/5 80/2 81/4 100/21
122/5 128/12 142/4
142/13
clearly [2] 91/25 92/25
client [2] 80/1 91/25
clock [1] 44/11
close [4] 25/18 37/10
77/1 77/5
close-by [1] 25/18
closely [3] 35/11 77/2

chance [2] 79/3 96/14
110/21
closer [2] 28/3 28/3
coach [1] 91/19
coaching [4] 81/8
91/22 92/15 95/11
collaborate [1] 125/7
colleagues [2] 69/16
108/17
collect [1] 105/9
collected [3] 55/14
55/18 101/7
color [3] 49/15 63/24
91/16
COLORADO [12] 1/1
1/18 2/4 2/8 2/14 17/2
37/2 155/15 166/4
167/5 168/2 168/5
comcast.net [2] 167/1
168/1
come [4] 30/18 78/2
81/8 157/18
comes [5] 34/3 77/20
89/25 97/7 136/3
commencement [1]
166/5
commission [2]
165/21 166/19
common [2] 33/7
57/19 72/3
commonly [1] 13/24
communicate [2]
87/10 146/20
communicated [11]
23/18 23/21 24/2 24/7
24/10 24/15 24/17
24/23 24/25 80/4
156/17
communicating [2]
23/15 69/22
communication [6]
24/14 42/2 79/12 80/15
92/14 138/1
communications [9]
47/9 50/25 73/7 79/21
80/8 80/25 81/16
101/17 106/4
compared [1] 69/10
comparing [3] 61/7
63/19 65/19
compartmentalize [1]
121/10
compensation [1]
85/24
competence [1] 77/6
competent [2] 76/24
77/4
compiled [1] 56/15
complain [1] 158/19
complainant [1] 75/2
complained [5] 67/10
67/14 69/9 157/21
158/6
complaining [6] 50/16
50/17 51/5 58/5 137/11
156/6
complaint [46] 29/7
29/9 49/20 49/23 50/2
50/6 50/10 50/15 53/2
57/20 57/25 58/16

**C**

complaint... [34] 58/16 64/8 68/24 71/21 72/12 73/4 74/2 75/3 83/10 84/16 89/19 101/13 114/4 119/24 120/22 127/15 128/15 131/20 131/25 132/4 133/24 138/4 139/4 145/10 146/3 146/6 146/21 146/23 147/1 147/4 147/8 161/15 162/3 162/6

complaints [76] 27/8 27/15 28/11 28/12 28/21 29/17 51/11 52/17 53/15 53/22 54/4 54/9 54/21 55/3 55/13 55/20 56/21 57/15 58/9 63/11 65/17 66/4 68/22 69/1 69/12 72/18 72/25 74/22 75/8 75/20 76/11 78/5 78/13 78/17 82/7 82/18 82/25 84/20 86/23 88/14 93/18 93/19 95/23 95/25 97/11 98/23 99/9 101/8 105/25 110/12 115/2 122/18 122/21 123/1 123/16 124/12 132/6 132/10 133/15 135/16 141/5 141/13 142/19 143/7 143/12 145/18 145/20 145/22 146/1 149/14 150/2 150/9 151/4 151/12 159/22 161/20

complete [9] 6/24 39/22 39/24 43/1 43/13 43/19 69/15 69/18 165/2

completed [3] 9/11 15/22 161/7

completely [2] 8/23 93/3 154/21

completeness [1] 41/22

completion [1] 41/7

comply [1] 167/15

component [1] 110/12

computer [3] 21/24 44/16 59/3

con [1] 86/13

concentration [1] 14/10

concepts [1] 29/4

conceptual [1] 103/22

concern [3] 43/16 160/9 160/18

concerned [4] 106/3 106/23 107/2 109/16

concerns [14] 41/22 43/12 51/1 51/20 51/21 51/23 52/1 77/6 90/2 98/13 128/22 128/22 137/25 159/14

conclude [2] 8/11 72/22

concluded [4] 117/1 131/11 160/5 164/18

conclusion [1] 99/8

conclusions [4] 99/8 99/17 99/19 130/8

concur [1] 119/10

conditions [1] 91/13

conduct [8] 51/10 51/15 74/21 82/17 83/22 110/2 123/15 124/7

conducted [13] 27/7 27/14 28/14 28/22 51/13 52/11 83/1 83/16 84/3 89/15 100/11 132/5 161/19

conducting [18] 29/6 53/21 54/3 54/13 55/2 56/25 57/18 65/4 66/11 67/5 75/5 78/4 84/18 84/22 86/3 86/10 88/13 100/18

confer [2] 116/1 120/13

conferred [1] 95/10

confidence [1] 42/21

confident [6] 42/11 42/18 53/9 53/11 83/7 124/6

confidential [1] 55/8

confidentiality [1] 55/9

confirmed [2] 130/11 130/18

confusion [1] 22/17

consider [8] 38/13 39/11 47/7 51/17 84/12 123/14 136/6 144/1

consideration [3] 113/24 113/25 144/19

considered [6] 11/5 106/19 122/7 122/12 143/21 145/5

considering [4] 122/3 131/10 144/7 144/13

consistent [5] 33/10 78/19 130/15 160/10 160/12

constitute [1] 165/2

constructive [2] 110/9 111/12

consult [1] 35/16

consultation [1] 150/7

consulted [1] 35/18

consulting [2] 11/17 109/9

contemplate [2] 40/7 142/8

contemplating [1] 25/10

contending [1] 29/15

contents [4] 74/20 80/8 80/14 80/16

context [3] 103/2 121/1 149/5

continuation [1] 153/19

continue [4] 69/25 91/19 91/22 92/4

continuing [1] 94/16

continuous [1] 16/2

contr... [4] 11/17

contributor [2] 13/24 30/21

control [1] 127/1

controversy [1] 166/7

conver [1] 49/12

conversation [6] 6/12 6/21 23/15 38/20 41/25 71/19 75/11 75/22 143/13

conversation' [1] 69/23

conversations [6] 7/12 24/19 25/9 49/13 68/23 69/2

conveyed [3] 53/5 53/9 53/12

cooperate [1] 59/4

copies [1] 167/18

copy [10] 19/2 21/19 60/19 70/7 70/12 72/5 132/4 138/22 167/12 168/13

copying [3] 112/15 116/15 148/10

corner [1] 17/15

correct [171]

correction [1] 165/2

corrections [1] 9/12

correctly [12] 60/9 61/25 63/21 65/13 70/5 71/5 113/6 116/7 116/24 129/3 134/13 148/24

could [35] 11/5 15/14 18/21 21/15 27/10 30/23 54/9 55/9 73/23 76/25 87/22 87/24 89/9 92/8 98/20 106/6 107/20 107/22 107/23 109/13 109/18 110/4 110/8 114/1 122/15 141/20 146/15 146/15 146/16 146/16 146/17 152/25 159/17 163/1 163/12

couldn't [2] 47/13 87/23

counsel [9] 35/2 35/5 108/19 146/15 166/14 167/19 167/23 168/14 168/22

counting [1] 16/5

couple [6] 28/6 48/10 68/17 109/6 120/6 128/24

course [12] 10/13 14/11 26/11 26/14 31/9 31/13 31/14 31/17 35/6 87/7 98/21 161/14

courses [2] 14/19 14/20

coursework [1] 16/6

COURT [5] 1/1 5/15 91/23 92/6 167/18

covered [2] 77/22 143/3

coworkers [1] 126/21

CP [4] 85/16 85/17

corre... [??]

85/19 86/3

creating [1] 91/12

credential [1] 14/17

credibility [3] 61/6 61/19 63/19

crime [1] 6/7

criticism [3] 68/21 69/7 78/1

criticisms [2] 26/19 77/17

culture [1] 69/23

current [5] 11/9 11/20 14/17 21/25 131/10

currently [1] 9/18

customers [1] 160/22

cut [1] 27/11

cv [3] 1/2 167/8 168/7

cycle [2] 10/15 57/21

**D**

data [4] 83/17 84/4 84/6 84/8

date [12] 34/8 36/23 37/6 37/25 46/7 47/1 117/7 117/10 123/7 132/15 133/23 139/18

dated [10] 3/9 3/13 16/21 17/20 19/10 19/18 20/2 20/11 20/15 70/23

dates [2] 147/18 147/20

Davis [1] 65/16

day [8] 34/23 110/4 148/19 149/2 154/17 164/18 165/20 166/17

days [4] 45/15 128/6 138/5 167/15

DC [2] 5/18 5/20

deadline [7] 41/11 43/19 43/23 45/15 47/14 69/14 69/16

deadlines [8] 41/8 41/18 44/3 47/10 51/7 69/18 69/19 161/1

deal [1] 97/6

dealing [1] 38/14

Dear [2] 167/9 168/9

Debra [1] 10/24

decades [1] 13/14

decent [1] 114/1

decided [1] 108/10

decision [28] 29/23 30/3 30/4 30/13 30/15 31/20 32/9 35/1 35/17 37/11 43/21 43/22 44/1 45/11 46/8 47/1 47/13 88/1 96/21 101/6 101/8 102/17 104/5 104/6 104/19 104/23 142/25 143/19

decision-maker [2] 35/17 101/6

decision-making [3] 102/17 104/6 104/23

DeFAZIO [2] 2/7

defendant [3] 1/8 2/11 22/14

define [1] 65/15

85/19 86/3

definitively [1] 57/24

degree [12] 14/8 14/8 14/9 14/23 14/25 15/2 15/4 15/5 15/16 15/21 16/7 55/9

delegate [1] 69/17

deliver [3] 41/5 160/13 160/21

deliverables [6] 39/21 39/23 40/12 40/17 43/19 160/13

demonstrate [2] 61/22 97/21

Denver [6] 2/4 2/8 2/12 48/11 167/5 168/5

deny [3] 94/20 135/21 135/23

denying [1] 69/14

departing [1] 23/11

department [5] 34/18 39/17 134/8 158/3 158/5

departure [6] 26/4 57/8 65/3 66/11 67/5 75/3

dependent [1] 103/13

depending [3] 33/15 38/10 100/5

depends [2] 57/22 102/14

deponent [3] 93/3 166/6 168/15

deposed [1] 22/15

deposition [62] 1/9 1/16 5/23 6/13 16/10 20/22 21/7 21/10 21/17 22/3 22/6 23/2 23/19 59/6 59/13 60/14 60/17 60/19 60/23 67/19 70/19 86/20 90/21 91/10 92/1 92/3 92/6 93/1 93/4 94/9 94/15 94/17 96/22 111/14 112/5 112/8 112/12 112/14 115/4 115/8 118/11 126/10 127/19 135/7 135/11 136/15 136/21 137/14 138/12 139/11 140/7 140/13 147/21 152/3 154/10 155/23 166/8 167/6 167/11 167/12 167/17 168/10

descent [1] 49/2

describe [13] 10/5 13/18 18/13 18/21 29/12 30/17 30/20 32/23 40/16 50/15 54/6 58/12 76/9

description [1] 125/24

design [4] 30/22 39/15 52/10 56/1

detail [1] 54/11

details [5] 32/23 57/21 58/2 58/4 58/8

deteriorating [1] 106/23

deterioration [1] 106/4

determination [1] 56/20

**D**

determine [4] 61/22
102/18 103/16 105/5
determining [6] 49/18
83/15 83/17 84/2 84/4
122/17
development [1] 85/25
did [160] 12/4 12/15
12/20 13/2 13/8 13/9
13/12 15/3 15/23 16/9
20/21 20/22 21/9 21/12
21/19 23/1 25/7 25/12
26/15 35/7 36/1 36/6
37/1 37/5 37/5 38/24
39/11 40/7 40/8 41/15
42/4 42/5 42/11 42/18
42/21 44/25 45/3 46/3
47/19 48/5 48/8 48/17
50/9 50/21 51/10 51/15
51/22 52/4 52/15 52/23
52/25 54/2 54/13 54/20
54/20 54/24 55/12
55/17 56/2 56/24 57/4
60/9 61/25 62/21 63/5
63/21 64/6 64/10 65/13
65/20 66/1 67/9 70/5
70/12 71/5 72/4 73/3
73/16 76/6 76/17 77/1
77/4 77/5 77/7 77/24
78/9 78/16 79/2 79/5
80/5 80/21 83/13 84/25
85/1 86/12 86/18 87/10
88/11 94/25 95/1 96/13
96/15 99/7 99/11 99/12
99/18 99/23 100/5
100/17 101/16 101/21
105/3 105/18 106/18
108/14 108/21 108/23
108/24 109/1 109/25
113/6 113/21 116/7
116/24 117/13 117/19
117/20 117/24 121/18
122/21 122/25 123/11
123/14 123/19 124/15
124/24 129/3 132/3
132/9 134/13 139/24
140/25 141/4 141/12
143/11 144/1 144/22
148/7 148/24 149/1
149/17 151/20 151/25
152/22 155/12 155/12
155/21 156/9 156/21
159/13
did SHRM [1] 64/6
didn't [10] 23/4 49/24
72/21 94/23 117/16
117/18 118/4 151/5
160/13 163/1
difference [1] 103/1
different [19] 6/11 6/14
14/14 14/19 26/12 29/8
29/16 31/14 31/17
38/12 40/20 40/21
100/4 103/14 106/6
113/14 120/6 130/14
136/1
differential [1] 69/9
differently [1] 29/16

difficult [4] 27/19
107/14 151/16 162/21
direct [8] 39/12 59/17
67/24 75/2 79/11 127/4
140/9 155/22
directed [1] 143/14
directly [11] 15/21 76/3
76/7 77/8 77/19 110/7
118/6 138/23 158/15
161/13 162/6
director [2] 14/2 34/11
directors [1] 14/8
disagree [1] 125/23
discrimination [109]
22/20 27/9 27/16 28/11
28/18 28/21 29/1 29/3
29/7 49/20 49/23 50/2
50/6 50/10 50/15 51/11
51/23 53/15 53/21 54/4
55/3 55/13 55/19 56/21
57/15 58/1 58/9 63/10
64/8 66/4 67/11 68/24
69/1 69/5 69/12 69/21
72/18 75/8 75/20 76/11
78/6 78/14 78/18 82/7
82/18 82/25 83/5 83/10
83/21 84/20 86/15
86/24 87/12 88/14
88/17 89/20 90/4 90/13
91/1 91/12 93/19 96/1
98/23 99/3 99/10 101/7
105/25 107/3 107/7
107/19 110/11 113/19
114/4 114/16 115/1
119/23 120/22 122/22
123/1 123/16 124/12
133/15 135/16 141/5
141/13 142/19 143/7
145/10 145/19 145/24
146/22 146/24 147/2
147/8 149/14 150/3
150/9 151/12 156/7
156/11 156/18 156/22
157/21 158/7 158/20
159/23 161/20 162/3
162/7
discriminatory [3]
144/4 144/23 156/3
discuss [9] 35/7 35/10
38/24 39/12 79/5 80/5
80/21 81/16 143/11
discussed [13] 35/1
38/4 78/3 79/15 80/3
80/12 81/12 81/18
81/23 86/21 87/20
116/10 164/13
discussing [4] 34/19
38/16 86/25 155/8
discussion [18] 24/21
35/13 36/11 38/8 39/13
79/6 79/8 95/16 128/2
148/15 150/16 150/20
153/1 153/2 153/4
153/10 153/16 153/22
discussions [9] 39/8
43/5 73/7 73/15 109/7

49/15 50/19 50/23
65/18 162/10 162/19
163/4 163/12
disinterested [3]
106/13 110/24 124/1
dispute [2] 110/12
113/18
disputes [1] 113/15
disrupt [1] 98/15
distinct [1] 29/4
distinction [6] 73/22
79/14 80/10 80/17
100/22 141/22
distress [1] 98/19
DISTRICT [2] 1/1 1/1
Dittmer [14] 1/17 6/10
6/16 7/9 9/11 67/1
83/25 95/18 166/3
166/21 166/24 167/22
167/24 168/21
division [3] 17/2 37/2
69/6
do [197]
doctor's [1] 116/20
document [41] 16/21
17/19 17/22 18/12
18/14 18/23 19/5 20/17
37/6 45/24 49/1 54/11
55/14 55/18 56/2 57/4
58/21 58/22 59/5 59/16
60/16 60/18 62/3 64/24
65/2 101/21 102/4
102/9 102/16 103/17
104/19 105/2 111/13
112/9 126/11 129/20
132/19 139/14 152/8
152/11 154/14
documentation [6]
56/15 56/24 100/17
100/25 101/6 123/8
documented [4] 68/19
100/13 105/1 105/5
documenting [4] 87/3
101/25 102/18 102/19
documents [14] 16/13
16/16 17/17 18/9 20/21
21/1 21/3 21/6 33/21
105/10 105/15 105/19
140/5 140/12
does [23] 7/13 9/8 9/23
17/5 17/8 17/22 23/17
23/20 53/20 59/4 61/23
85/17 85/19 86/12
86/18 100/2 108/3
118/16 139/4 141/3
141/11 146/5 153/2
doesn't [8] 17/10 38/21
81/16 89/3 89/5 94/18
107/16 107/17
doing [19] 7/17 9/3
9/12 11/5 11/17 51/3
73/14 77/2 77/3 82/21
82/22 83/7 84/11
101/19 121/10 121/12
126/21 151/17 161/14
don't [135] 22/4 26/10
32/18 33/5 33/25 35/2
36/4 37/14 37/25 38/8
38/19 38/20 39/13
39/14 41/1 41/6 42/8

42/11 42/19 43/25
43/25 44/1 44/4 47/21
48/22 48/22 50/12 53/4
53/6 53/8 53/17 54/10
57/2 57/23 59/9 60/24
60/25 61/16 62/7 62/25
62/25 63/7 66/5 66/20
66/24 67/16 70/14
71/16 71/18 72/7 72/8
72/14 73/20 74/14
74/18 75/10 75/21 78/1
80/17 83/12 84/23
86/17 87/14 88/8 90/19
91/9 93/2 93/6 99/4
99/6 99/14 99/15
100/19 100/24 101/3
101/24 103/19 104/21
104/22 104/24 105/21
113/20 113/22 114/22
115/3 115/21 116/12
117/12 117/17 117/23
118/5 118/21 122/9
124/18 125/14 125/16
126/3 126/5 129/7
129/7 129/8 130/6
130/17 131/4 132/11
135/23 135/23 136/8
137/12 139/21 140/4
141/2 141/16 145/21
146/10 146/11 147/10
147/19 148/16 148/20
154/1 154/1 154/1
154/5 154/9 156/24
157/17 157/19 158/2
158/11 159/24 161/25
162/2 162/8 162/18
done [12] 41/13 53/13
113/13 123/5 123/7
130/19 162/10 162/22
162/25 163/2 163/4
163/12
doubt [4] 87/18 87/22
88/6 89/4
doubts [1] 121/4
down [3] 46/18 111/22
115/24
dozen [1] 28/6
draft [5] 20/14 46/6
46/24 119/9 119/13
drafted [4] 140/16
140/19 140/23 141/20
drafting [2] 141/1
142/8
drafts [1] 141/23
drain [1] 148/23
draw [1] 61/2 131/15
dual [1] 120/21
due [1] 168/19
Dulles [1] 5/20
duly [4] 5/3 166/6
168/16 168/18
during [24] 14/11
21/13 33/7 36/5 39/3
45/4 45/7 52/23 54/17
55/4 56/3 58/2 60/20
74/8 74/11 76/18 79/3
80/6 87/7 91/7 96/14
114/8 124/16 124/25
duties [2] 10/6 76/25

42/11 42/19 43/25
43/25 44/4 47/4 47/21
48/22 48/22 50/12 53/4
53/53 54/1 54/4 44/7
71/16 71/18 72/7 72/8
72/14 73/20 74/14
74/18 75/10 75/21 78/1
80/17 83/12 84/23
86/17 87/14 88/8 90/19
91/9 93/2 93/6 99/4
99/6 99/14 99/15
100/19 100/24 101/3
101/24 103/19 104/21
104/22 104/24 105/21
113/20 113/22 114/22
115/3 115/21 116/12
117/12 117/17 117/23
118/5 118/21 122/9
124/18 125/14 125/16
126/3 126/5 129/7
129/7 129/8 130/6
130/17 131/4 132/11
135/23 135/23 136/8
137/12 139/21 140/4
141/2 141/16 145/21
146/10 146/11 147/10
147/19 148/16 148/20
154/1 154/1 154/1
154/5 154/9 156/24
157/17 157/19 158/2
158/11 159/24 161/25
162/2 162/8 162/18
duty [5] 82/9 146/6
146/23 147/3 156/18

**E**

each [11] 6/16 6/22
6/22 19/5 24/22 32/21
40/20 61/13 131/21
157/22 158/18
earlier [13] 16/12 41/11
47/7 47/12 114/2 125/5
127/14 131/23 132/13
135/12 135/13 143/18
149/12
early [12] 13/3 13/4
22/20 23/10 24/5 38/18
38/22 68/25 85/11
109/12 145/2 162/18
earn [1] 15/3
earned [2] 14/22 15/5
Eastern [2] 8/2 44/12
eat [1] 44/8
eavesdrop [1] 155/16
Ebony [1] 145/11
145/18 147/9 156/2
156/6 156/10 156/17
156/22 157/3
Ebony's [1] 145/16
146/3
education [1] 134/8
EEO [1] 86/2
EEOC [1] 110/7
effect [1] 88/4
effective [1] 110/5
effectively [1] 82/23
effort [2] 106/13 131/7
efforts [1] 134/10
Egyptian [2] 49/2 49/3
either [3] 24/4 27/14
28/14 28/22 31/13 38/5
50/11 72/9 98/22
122/10 123/5 139/23
161/15
elaborated [1] 68/25
elec [1] 10/1
Electrical [1] 9/21
electro [1] 10/2
elicited [5] 56/3 56/16
64/25 87/4 101/1
eliminate [1] 114/16
else [22] 18/11 18/17
18/25 19/14 19/19 19/15
20/22 26/3 55/24 73/12
73/17 76/16 84/14 89/1
89/16 117/20 123/15
141/17 154/8 155/1
155/10 164/4
email [114] 2/5 2/9
2/15 3/8 3/8 3/10 3/12
3/12 19/1 19/2 19/9
19/12 19/16 19/18 20/1
20/2 20/10 21/25 22/5
23/16 36/13 42/12
42/20 50/25 59/20
59/24 60/12 68/1 68/4
68/10 68/13 68/15 70/8
70/12 70/22 71/1 71/13
72/5 72/11 72/15 73/6
73/18 74/20 88/2 88/3
99/12 99/15 101/17

**E**

email... [66] 102/8
102/10 104/20 106/9
112/14 112/18 112/24
115/11 115/12 115/19
115/22 116/2 116/2
116/13 116/16 117/5
117/8 118/15 118/21
119/1 119/8 119/22
120/14 120/23 121/20
125/7 127/5 127/14
127/22 127/23 128/7
128/12 128/14 128/17
128/19 128/20 129/6
129/10 130/2 131/16
131/19 132/1 132/4
132/6 132/25 133/3
133/5 133/11 133/20
133/24 134/2 134/6
134/18 136/2 136/4
136/12 137/2 137/11
137/21 138/6 138/13
138/15 138/22 139/4
148/1 148/10
emails [8] 117/4
128/21 129/6 132/16
133/12 136/6 136/9
138/10
emotional [1] 98/18
empathy [1] 63/19
employed [9] 9/18 9/20
9/21 11/12 11/15 11/18
12/9 16/2 166/13
employee [34] 10/8
10/15 27/8 27/15 28/12
28/20 31/5 34/5 34/7
38/11 38/15 54/4 55/3
68/18 75/25 82/18
82/24 83/3 83/6 83/19
85/24 88/14 89/19
93/17 93/18 95/22
95/23 95/25 97/10
122/6 145/11 146/5
146/21 147/1
employee's [5] 32/14
98/13 98/15 99/2 147/4
employees [7] 10/14
33/8 51/4 55/2 55/13
145/24 146/18
employer [1] 89/20
employer's [1] 146/6
employers [3] 93/17
95/22 97/10
employment [12]
11/19 13/9 13/12 29/19
29/20 31/20 40/7 43/22
85/23 109/6 110/1
110/16
enclosed [4] 167/10
167/13 168/10 168/13
encompasses [1]
83/20
end [14] 25/16 41/6
41/10 41/13 45/20 62/5
65/24 92/6 95/24
109/19 110/4 115/7
148/19 149/2
endeavor [1] 60/7
135/3
endeavoring [1] 74/7
endurance [1] 7/22
energy [1] 148/23
enjoyed [1] 26/20
enjoys [1] 164/2
enlighten [1] 92/2
enough [2] 76/25
142/13
ensure [6] 6/12 35/4
72/4 77/2 88/24 156/21
entail [1] 85/20
entails [3] 10/6 29/7
86/4
entire [4] 12/25 13/9
13/12 13/17
entirety [1] 141/7
entitled [3] 1/16 3/15
3/17
environment [1] 61/23
Equal [3] 109/5 110/1
110/16
equivalent [2] 11/5
15/9
error [1] 153/19
errors [1] 9/13
escalated [2] 71/4
78/7
ESQ [5] 2/3 2/7 2/13
167/4 168/4
established [1] 131/18
ethics [1] 146/16
evaluating [1] 31/5
Evans [2] 2/13 22/7
22/10 167/4
even [7] 7/3 45/15
48/12 49/24 107/18
122/3 134/4
event [2] 45/24 47/11
events [4] 43/10 68/16
74/4 100/9
eventual [6] 116/5
120/17 120/24 121/20
122/3 143/21
ever [18] 5/23 13/9
22/2 38/4 39/11 48/5
48/21 50/21 56/14 67/9
83/9 83/16 84/3 113/17
123/14 140/22 143/11
147/7
every [4] 35/7 35/12
92/12 92/14
everyone [1] 44/20
everything [8] 6/9 7/9
10/9 69/22 141/4
141/12 149/10 152/10
evidence [1] 144/21
Ex [1] 152/10
exactly [4] 72/8 79/16
101/20 138/15
examination [3] 3/2
5/5 166/6
examined [1] 5/5
example [1] 65/17
examples [9] 50/21
50/25 58/2 58/4 61/9
64/1 69/11 114/3
128/22
Excel [1] 129/16
exception [1] 153/17
exchange [2] 24/22
68/15
exchanged [1] 24/12
exchanges [1] 22/5
excuse [1] 45/19
executive [5] 10/23
25/18 25/19 26/2 32/2
exemplified [1] 40/14
exercising [1] 146/11
exhausting [1] 148/21
exhibit [45] 3/8 3/10
3/12 3/15 3/17 58/18
58/19 59/6 59/13 60/15
60/17 60/19 60/23
67/18 67/19 70/20
111/14 111/18 112/1
112/6 112/8 112/12
112/14 115/4 115/5
115/8 118/11 126/10
126/10 127/19 132/12
132/19 135/7 135/8
135/12 136/15 136/21
137/15 138/12 139/11
140/8 147/21 152/3
154/10 155/23
Exhibit 16 [1] 140/8
Exhibit 17 [2] 136/15
139/11
Exhibit 24 [3] 115/5
115/8 118/11
Exhibit 27 [5] 60/17
60/19 60/23 135/7
135/12
Exhibit 37 [2] 67/19
70/20
Exhibit 49 [2] 111/14
112/8
Exhibit 50 [1] 147/21
Exhibit 61 [4] 59/6
59/13 132/19 136/21
Exhibit 62 [3] 112/6
112/12 112/14
Exhibit 63 [4] 126/10
127/19 137/15 138/12
Exhibit 64 [1] 152/3
exhibits [3] 3/7 4/1
164/12
exist [4] 104/4 104/23
105/3 107/17
existence [1] 111/6
exit [2] 34/9 111/25
expect [6] 36/17 55/12
65/1 66/21 101/5
147/14
expectation [1] 56/12
expected [17] 41/5
55/2 57/9 58/7 63/8
64/24 65/4 66/6 74/19
75/4 86/22 87/15
114/11 131/24 135/19
145/19 147/11
expecting [1] 160/21
experience [17] 10/9
10/15 13/15 13/18
13/22 13/22 16/5 26/2
57/18 61/21 62/13 76/1
84/11 109/5 113/2
excellent [1] 68/20
experienced [3] 110/1
110/16 156/3
experiences [1] 62/19
expertise [1] 14/21
109/5 113/2
expires [2] 165/21
166/19
explain [3] 102/5
141/22 154/4
explaining [1] 99/17
explanatory [2] 102/4
102/8
explicit [1] 72/11
explicitly [2] 42/12
120/14
expressed [2] 128/22
137/25
expressing [2] 106/7
128/21
expression [1] 138/1
extend [1] 69/19
extended [1] 55/9
extending [1] 51/6
extensive [3] 113/1
113/9 113/11
extent [4] 24/20 81/16
84/6 149/6
external [5] 104/6
123/15 123/20 123/22
146/18
externally [4] 106/12
106/18 108/12 108/15

**F**

facilitate [3] 39/8
110/19 112/19
facilitator [1] 112/25
facing [3] 156/7 156/10
156/18
fact [3] 48/10 119/16
143/15
factor [1] 91/16
factors [3] 84/13 91/15
103/16
factual [12] 29/8 61/15
62/22 64/7 64/11 64/23
66/2 66/7 73/18 87/7
99/24 135/15
Factually [1] 29/10
faculty [1] 113/16
fail [1] 69/13
failed [1] 87/19
failing [1] 43/18 75/1
failure [4] 39/20 41/17
42/25 65/2
fair [7] 11/7 82/11
88/24 98/12 104/8
113/24 153/22
fairly [2] 153/15 163/22
fairness [1] 89/5
faith [2] 111/3 111/6
fall [4] 24/8 24/11 77/9
77/10
familiar [2] 118/20
119/16
families [1] 24/22
farewell [2] 23/11
23/25
113/9 113/11
experienced [3] 110/1
fashion [1] 144/23
feature [1] 58/21
February [2] 12/6 13/4
23/24 24/1 25/2 105/12
105/14 105/18
February 2022 [3] 24/1
105/14 105/18
Federal [1] 1/16
feedback [2] 134/9
142/9
feel [6] 42/10 53/9
53/11 97/1 149/17
154/7
feeling [3] 8/16 49/14
50/25
fell [1] 82/8
felt [7] 29/18 50/19
50/20 50/22 51/3
149/20 151/17
few [3] 5/8 61/21 62/12
figure [2] 123/11 150/8
figured [1] 48/2
file [1] 22/21
filed [3] 22/19 22/22
167/17
filing [1] 167/15
final [4] 20/17 141/21
142/1 143/18
finalized [2] 46/7 46/25
find [12] 97/1 106/17
108/12 108/14 109/25
110/24 114/1 122/9
151/15 151/20 158/16
167/10
findings [2] 72/25
99/24
fine [4] 41/2 91/8
148/20 149/3
finish [1] 43/13
finished [1] 7/2
fire [8] 29/23 30/3 30/4
30/14 36/19 44/1
142/25 157/9
fired [9] 29/21 37/7
42/25 109/14 157/4
157/16 157/22 158/6
158/18
firm [3] 16/22 22/8
25/18
first [25] 5/3 10/8 14/13
15/15 17/6 17/9 25/19
47/19 50/5 58/19 59/18
61/3 62/9 62/11 68/15
70/19 117/1 120/12
132/19 137/1 137/12
140/23 148/15 154/13
159/14
fits [2] 32/24 68/15
five [10] 61/10 62/22
68/19 69/24 78/22
93/23 93/24 96/10
124/20 159/9
five minutes [1]
124/20
five-minute [1] 78/22
flexibility [1] 63/19
flexible [1] 96/20
fly [1] 91/24
focus [6] 14/25 25/25

**F**

focus... [4]  29/8 148/21
149/9 153/2
focused [1]  86/2
folks [7]  6/22 23/18
51/7 56/3 56/16 96/20
151/10
follow [6]  32/18 32/20
55/2 87/15 87/20
148/16
follow-up [1]  148/16
followed [1]  88/25
following [6]  52/12
67/3 68/13 84/1 95/20
154/17
follows [1]  5/4
foregoing [2]  165/1
166/11
forget [1]  7/15
form [45]  26/7 27/3
31/22 38/6 39/1 46/10
47/3 52/22 66/14 74/23
76/13 82/13 85/7 89/6
90/16 97/14 98/8 99/20
102/21 103/3 104/10
107/9 108/4 111/8
119/25 124/3 125/25
138/24 142/9 142/21
143/1 143/23 145/13
150/5 150/12 155/18
157/24 158/8 158/21
159/4 160/15 162/12
163/6 163/14 166/10
formal [5]  7/12 84/24
146/3 146/6 151/5
formally [2]  38/3 72/21
former [1]  22/12
forms [1]  69/8
forth [1]  136/19
forward [14]  34/17
54/9 63/17 69/25 97/1
100/7 100/10 110/8
122/19 146/9 147/9
148/9 148/21 149/8
Forward' [1]  134/7
forwarded [3]  70/16
128/7 133/25
forwarding [4]  127/24
128/13 131/19 133/11
found [2]  9/4 144/3
foundation [33]  26/8
29/24 31/23 46/11 47/4
54/15 56/5 89/7 98/9
103/4 104/11 107/10
107/21 120/1 121/15
126/1 138/25 140/17
142/22 143/2 144/12
144/16 145/14 155/19
157/25 158/9 158/22
159/5 160/16 160/18
162/13 163/7 163/15
four [3]  19/22 93/23
93/24
frame [21]  37/14 37/15
37/16 45/20 47/21 48/1
50/8 51/19 51/25 53/24
67/17 74/9 74/14 75/22
85/12 109/12 131/1

145/1 157/7 159/17
159/18
free [1]  97/1
freely [1]  69/19
frequently [2]  76/17
76/20
Friday [1]  68/14
fruitful [1]  106/19
full [4]  5/10 10/15
25/20 122/7
full-time [1]  25/20
fullest [1]  129/2
fullness [1]  100/10
fully [2]  11/18 106/13
function [1]  59/7
furnishing [1]  167/18
further [10]  54/11
66/13 67/7 70/1 74/5
74/10 117/14 117/16
164/6 166/12
FW [1]  20/13
FYI [1]  44/15

**G**

gaslighting [2]  65/11
65/16
geared [1]  86/9
general [13]  29/11
34/25 35/1 35/5 35/14
37/15 37/16 42/14 54/8
80/3 80/11 108/18
146/15
generalist [3]  13/25
15/9 121/13
generally [31]  9/23
10/5 13/19 18/13 18/22
19/5 23/23 26/6 26/11
29/14 30/20 31/6 32/13
33/24 34/16 38/20 42/9
48/12 67/16 71/17
76/22 84/12 84/23
89/18 105/15 105/19
130/6 130/7 130/22
139/22 157/6
generic [1]  32/24
genuinely [1]  9/13
get [16]  6/16 39/10
44/16 45/3 70/12 79/2
92/6 92/18 96/13
106/13 107/14 111/12
116/4 120/15 151/18
161/7
getting [1]  148/21
ghostwrite [1]  121/23
ghostwriting [5]
119/22 121/19 125/9
125/15 125/19
give [2]  7/10 26/15
given [13]  36/17 69/10
69/17 74/21 76/20
80/22 81/13 108/2
162/16 162/16 166/12
168/16 168/18
giving [2]  126/18 163/3
glancing [1]  16/19
go [44]  6/1 7/23 10/22
19/23 20/6 27/4 29/25
31/24 34/6 41/2 44/6
106/19 108/19 109/5
109/6 113/13 113/14

113/18 114/10
116/9 117/21 117/22
121/25 123/18 130/19
130/21 131/25 134/23
136/4 137/8 137/10
137/23 137/25 138/8
138/22 138/22 142/9
144/3 144/22 145/17
145/18 145/22 147/12
147/13 148/15 149/10
149/13 149/21 153/16
156/16 156/18 156/25
157/8 159/14 159/22
160/6 161/17 162/1
163/24 166/12
half [6]  6/24 6/25 28/25
44/7 63/15 68/2
Hall [4]  2/13 22/7 22/9
167/4
hallevans.com [1]  2/15
hand [3]  123/19 124/2
124/15
handle [3]  84/10
149/23 164/11
handling [1]  164/9
Hang [1]  111/22
happen [1]  107/23
happened [5]  73/23
73/24 100/23 112/4
112/7
happening [6]  38/10
74/11 92/24 122/1
122/2 162/16
happily [1]  91/23
happy [6]  8/9 8/14
69/11 80/19 91/5 97/19
hard [3]  77/24 88/10
163/1
hard-working [1]
88/10
harms [1]  98/19
has [28]  9/11 32/22
60/16 64/2 65/22 67/18
68/18 71/3 80/14 80/25
86/14 88/24 92/25
94/1 99/1 107/18
108/1 113/1 113/8
128/21 128/22 129/15
133/14 145/23 146/8
149/5 153/4 156/2
hat [1]  121/6
hats [2]  120/6 120/21
have [210]
haven't [4]  8/17 24/23
81/19 148/5
having [16]  5/3 23/15
32/19 34/16 39/13
75/10 83/21 110/18
116/1 120/12 121/1
132/3 135/21 135/23
143/13 152/25
hazard [1]  28/8
he [66]  46/3 52/7 52/11
55/18 56/3 56/16 56/16
64/13 64/14 64/16
64/17 64/25 74/21 76/3
76/7 76/25 77/2 77/2
77/4 77/11 77/12 77/22
77/24 77/24 77/24

113/7 113/21 114/10
116/9 117/21 117/22
121/25 123/18 130/19
130/21 131/25 134/23
136/4 137/8 137/10
137/23 137/25 138/8
138/22 138/22 142/9
144/3 144/22 145/17
145/18 145/22 147/12
147/13 148/15 149/10
149/13 149/21 153/16
156/16 156/18 156/25
157/8 159/14 159/22
160/6 161/17 162/1
163/24 166/12
he's [11]  71/2 79/20
80/7 80/19 94/3 94/5
94/11 94/24 95/4
126/17 127/24
header [2]  18/15 18/23
18/20
headline [2]  18/15
18/20
headset [1]  17/13
hear [1]  127/1
heard [1]  61/1
hearing [1]  126/25
held [2]  11/20 13/11
23/25
help [3]  31/25 69/24
110/19
helped [2]  113/14
148/14
helpful [6]  25/24 110/3
110/15 110/22 148/20
149/5
helping [1]  120/23
helps [1]  93/6
her [110]  21/12 22/4
24/7 29/16 29/16 29/18
29/19 29/20 31/16 33/2
33/2 34/22 36/18 36/19
36/24 37/12 39/16
39/20 40/11 44/2 45/15
47/18 47/21 48/6 48/17
49/7 49/8 49/13 49/20
50/3 50/10 50/14 50/19
50/23 50/25 51/2 51/7
51/8 51/24 52/25 53/2
53/5 53/7 53/10 53/12
53/13 53/15 53/17 58/9
58/15 62/18 72/25
73/18 74/1 74/22 75/8
75/17 75/19 76/11
80/12 82/9 109/8
112/20 113/3 113/10
113/21 114/3 114/20
114/24 116/5 117/18
117/19 117/21 118/6
121/19 123/1 125/3
127/23 128/21 130/19
130/21 130/25 131/1
133/5 133/14 133/24
137/10 139/18 143/7
143/8 146/16 146/17
148/16 149/14 151/6
151/7 159/22 160/6
160/11 160/12 160/13
160/19 161/3 161/6
161/7 163/25 164/3
here [13]  16/20 25/18

**H**

**here... [11]** 58/22 59/5 61/21 62/12 63/2 65/17 110/13 136/24 148/6 151/6 154/6

**hereby [2]** 165/1 166/4

**herein [1]** 166/14

**hereto [1]** 166/8

**herself [1]** 161/16

**hesitant [1]** 27/22

**Hi [2]** 68/12 116/17

**Hickory [1]** 5/15

**high [1]** 29/2

**higher [1]** 14/3

**highlighted [3]** 43/12 115/13 115/20

**him [21]** 24/10 45/23 56/12 64/24 65/4 77/14 77/19 80/25 83/13 87/11 87/15 88/3 92/2 92/8 92/24 118/14 145/19 147/11 147/14 152/24 153/5

**hindsight [1]** 162/9

**hiring [2]** 10/10 10/11

**his [24]** 46/24 55/18 56/3 57/5 65/4 75/5 76/25 76/25 77/5 82/9 82/21 84/21 85/12 88/7 89/15 94/13 95/10 99/8 99/24 100/14 101/1 120/7 121/6 156/17

**history [3]** 13/18 68/20 130/9

**hold [3]** 13/8 19/21 38/11

**home [1]** 5/14

**honestly [2]** 36/22 93/3

**hope [2]** 69/25 164/1

**hoping [1]** 106/17

**hostility [1]** 69/7

**hotline [1]** 146/16

**hotspot [1]** 44/17

**hour [1]** 44/7

**hours [2]** 21/15 77/25

**how [53]** 6/2 7/22 11/9 19/21 21/1 21/9 21/12 25/11 25/11 25/22 27/18 28/13 28/22 32/1 32/3 32/14 37/10 37/15 41/20 42/9 42/17 50/9 50/18 57/19 57/23 60/2 65/17 68/15 70/12 70/14 71/15 76/15 76/17 77/7 82/24 85/1 89/15 91/17 99/1 99/25 100/7 102/17 130/19 134/7 134/23 139/22 152/11 153/22 158/14 158/24 159/1 161/5 161/23

**HR [11]** 13/24 14/4 14/12 15/23 16/2 69/3 75/12 120/6 121/13 146/17 149/24

**huge [1]** 148/23

**huh [9]** 7/11 7/11 7/16 19/7 64/5 103/24

**huh-uh [1]** 7/11

**human [24]** 1/7 10/4 10/18 11/2 11/5 11/21 11/22 11/25 12/13 13/15 13/19 14/10 14/20 15/8 15/9 15/17 16/5 27/7 27/13 31/3 54/17 85/23 90/9 149/22

**hundreds [1]** 27/21

**hunter [7]** 2/3 2/5 5/8 8/13 15/14 91/21 168/4

**hypothetically [1]** 162/21

**I**

**I'd [12]** 8/9 8/14 23/13 41/1 75/23 111/13 126/9 129/1 131/15 132/12 152/7 155/22

**I'll [15]** 7/6 19/4 30/18 44/17 59/12 61/2 96/19 112/7 119/10 127/3 135/6 136/24 140/9 164/11 164/12

**I'm [89]** 6/17 7/2 7/16 8/8 16/19 17/7 18/10 22/10 27/10 29/11 30/23 32/18 32/19 32/23 33/4 33/4 36/8 44/21 46/13 46/17 47/20 47/25 53/8 53/22 58/19 61/22 66/15 66/18 71/18 76/15 76/22 79/9 79/19 79/25 80/2 80/10 80/11 80/19 81/3 81/21 82/8 83/24 85/4 89/24 89/24 90/18 90/19 91/5 91/8 91/22 92/9 92/19 94/6 95/7 96/22 97/19 99/6 103/19 103/19 103/19 104/24 107/22 109/16 111/23 112/5 112/8 115/4 117/8 118/10 118/12 118/20 128/11 129/1 129/23 134/3 136/15 137/13 138/15 140/3 140/3 142/3 150/10 152/4 153/8 154/11 159/24 162/15 162/16 163/9

**I've [6]** 8/22 14/18 24/14 113/2 122/5 162/25

**i.e [1]** 93/5

**identified [2]** 112/24 123/20

**identifies [1]** 49/1

**identify [2]** 110/8 141/12

**ignore [2]** 66/12 67/6

**illegal [3]** 90/7 98/4 155/15

**immediately [3]** 11/12 69/4 109/13

**immoral [7]** 90/13 90/17 91/2 91/10 98/5

**impartial [3]** 89/11 124/1 124/8

**impartiality [4]** 88/18 88/23 89/4 121/5

**implications [1]** 95/11

**importance [1]** 123/25

**important [18]** 79/13 80/9 83/17 84/4 88/22 89/18 93/2 93/16 95/21 97/10 97/17 97/20 97/23 109/25 110/24 111/1 111/7 113/4

**imposing [1]** 69/13

**impression [1]** 77/21

**improve [1]** 75/13

**improving [2]** 39/4 122/16

**inaccurate [1]** 126/8

**include [4]** 51/2 58/17 92/3 93/1

**included [1]** 83/5

**includes [3]** 83/19 84/22 85/22

**including [9]** 17/1 28/15 38/14 46/7 61/24 69/2 122/8 144/5 164/14

**inclusion [1]** 151/6

**incommunicative [2]** 161/6 161/10

**inconsistent [1]** 161/2

**incorrect [1]** 141/19

**increased [1]** 69/7

**indented [1]** 134/4

**independent [6]** 99/24 99/25 100/3 100/8 100/11 100/18

**independently [1]** 102/3

**indicate [1]** 25/7

**indicated [21]** 15/7 25/3 35/21 55/22 82/5 97/9 98/21 100/12 106/21 108/10 110/23 113/8 117/13 117/15 117/24 124/10 135/18 143/20 149/12 150/6 161/19

**indicator [1]** 130/25

**indirectly [1]** 117/20

**individual [4]** 11/1 13/23 30/21 88/17

**individually [1]** 22/20

**individuals [5]** 17/1 22/23 26/13 34/14 76/6

**industry [1]** 10/2

**infer [1]** 81/7

**inference [4]** 42/6 42/23 43/15 62/18

**inflexible [1]** 69/13

**inform [2]** 35/4 52/25

**informally [1]** 38/4

**information [21]** 55/8 55/14 55/18 56/2 56/16 57/5 58/5 64/25 65/3 87/4 100/6 100/10 100/13 100/25 101/22 101/25 102/3 129/2

**impartial [3]** 89/11
**informing [1]** 112/18

**initial [4]** 3/7 142/7 148/4 148/6

**initially [2]** 20/18 58/5

**input [1]** 142/9

**inquired [1]** 28/19

**Inquiry [2]** 20/14 20/15

**insinuate [2]** 91/22 92/5

**instance [1]** 47/9

**instead [2]** 6/24 7/11

**instruct [1]** 156/9

**instructed [1]** 33/20

**instructing [1]** 119/12

**instruction [1]** 125/6

**instructional [4]** 30/22 39/15 52/10 56/1

**instructs [1]** 9/6

**intake [5]** 51/19 53/1 53/14 150/15 150/19

**integrity [3]** 87/19 87/23 142/18

**intended [1]** 122/14

**intent [1]** 39/9

**interact [2]** 76/18 107/25

**interacted [2]** 48/16 76/19

**interaction [1]** 48/14

**interactions [6]** 75/19 107/14 114/20 114/24 118/18 119/18

**interchangeably [2]** 136/8 136/12

**interested [2]** 117/25 166/15

**internal [9]** 15/17 15/24 53/21 54/3 84/18 86/3 88/13 104/18 146/18

**internally [1]** 106/20 126/7

**Internet [1]** 44/15

**interview [3]** 73/17 74/20 75/2

**interviewed [6]** 52/7 55/22 56/17 64/22 73/25 74/16

**interviews [7]** 52/12 56/3 57/5 73/15 87/4 100/14 101/1

**introspection [1]** 163/10

**intuitively [1]** 107/24

**investigate [33]** 49/19 49/23 51/22 52/5 58/3 58/8 62/21 63/6 63/9 64/6 64/10 66/1 66/7 73/4 78/13 82/6 87/12 89/20 93/17 95/22 97/10 122/21 123/1 131/24 132/9 141/4 141/12 145/20 146/7 146/23 147/4 156/10 156/19

**investigated [7]** 54/10 57/14 66/22 83/10 98/22 135/19 156/23

**investigating [14]** 52/2 52/17 54/21 55/13 72/18 78/17 84/19 86/23 87/6 88/17 119/23 120/21 147/8 151/12

**investigation [64]** 28/17 29/7 34/5 51/10 51/13 51/16 53/2 55/15 55/19 56/20 57/1 57/21 58/2 63/10 64/7 64/13 65/4 66/3 72/21 74/22 75/5 78/5 78/10 83/8 83/16 83/23 84/3 87/8 87/19 87/23 89/5 89/11 98/23 99/9 99/17 100/15 101/7 101/23 102/1 102/19 102/20 103/17 105/3 105/6 122/17 123/7 123/15 124/7 124/11 124/16 132/5 142/18 144/8 144/14 149/14 149/18 149/25 150/2 150/21 150/23 151/3 151/6 151/10 151/11

**investigations [21]** 27/8 27/15 28/14 53/21 54/4 54/14 55/3 57/19 66/12 67/6 82/17 82/24 84/12 84/18 84/23 86/3 86/10 88/14 88/23 99/2 161/23

**investigative [1]** 102/11

**investigator [3]** 89/3 114/25 121/6

**invitation [1]** 92/20

**involuntarily [2]** 31/16 33/8

**involuntary [6]** 25/3 31/7 32/7 32/10 35/7 35/13

**involved [7]** 34/21 34/23 52/8 113/18 151/10 158/15 158/15

**is [241]**

**ISD [1]** 20/13

**ish [2]** 44/11 44/12

**isn't [6]** 27/21 49/3 80/15 90/4 90/14 145/11

**issue [4]** 36/10 43/15 131/8 160/24

**issued [1]** 72/24

**issues [18]** 34/6 38/15 50/24 52/3 52/5 60/6 64/20 66/21 83/3 97/22 110/2 110/7 110/17 110/20 128/22 131/12 135/2 158/12

**it [281]**

**it's [60]** 5/19 5/20 8/4 8/17 15/16 18/7 19/5 19/22 26/2 27/21 28/1 28/4 38/13 40/23 49/4 58/3 59/20 62/17 86/2 88/12 88/16 89/18 90/7 93/2 93/16 94/1 95/21

Case No. 1:22-cv-01032-PAB-SKC Document 10-63 filed 08/09/23 USDC Colorado pg 178 of 188

**I**

**it's... [33]** 97/9 97/20 97/23 98/4 98/5 105/1 111/5 113/4 123/10 125/13 125/16 125/16 126/7 126/11 132/25 133/20 135/7 136/11 140/20 148/1 148/20 149/5 151/14 153/1 153/17 153/21 155/15 157/20 158/2 158/4 158/11 162/21 163/1
**item [1]** 131/6
**items [1]** 160/19
**its [9]** 32/22 63/9 64/7 66/3 107/6 107/7 108/2 141/6 150/24
**itself [1]** 111/7

**J**

**Jackson [98]** 3/13 23/5 24/9 24/14 34/4 34/20 34/24 37/21 38/17 38/24 45/14 46/6 46/24 50/12 51/14 52/1 52/4 52/16 55/17 55/22 56/2 56/15 56/25 57/4 58/7 64/22 72/4 72/15 72/17 73/11 73/13 73/16 74/19 75/4 75/23 76/6 76/10 76/18 76/24 77/4 77/7 78/4 78/9 78/13 78/16 82/6 82/17 83/1 83/9 84/18 84/25 86/8 86/14 86/22 87/11 87/19 87/25 89/10 99/7 99/19 100/6 100/13 101/1 101/12 101/20 114/13 114/23 116/2 118/17 119/22 120/13 120/21 122/21 124/7 124/10 125/6 128/8 128/13 129/9 131/2 131/16 131/20 131/24 132/3 139/23 140/2 145/17 147/3 147/7 148/1 148/5 148/10 152/19 152/22 154/4 156/9 156/13 161/13
**Jackson's [8]** 64/12 75/24 77/18 88/9 105/5 121/5 148/10 154/16
**James [1]** 35/2
**January [5]** 11/11 24/17 130/16 131/1 131/1
**January 23 [1]** 11/11
**Jeanne [28]** 23/4 23/8 30/11 30/14 34/19 35/23 38/25 52/8 55/23 60/1 60/3 68/6 69/4 70/23 73/8 115/12 115/23 116/14 116/23 118/13 134/22 134/24 137/7 138/7 138/13 138/19 138/21 157/18
**Jeannie [1]** 69/2
**jeopardizes [1]** 98/12

**jerk [1]** 125/13
**Jersey [1]** 109/4
**Jim [14]** 35/2 35/3 35/4 35/8 35/10 35/10 35/14 35/16 35/16 60/6 71/3 71/25 108/19 135/2
**job [17]** 10/3 13/10 13/13 13/18 15/15 16/5 21/25 24/13 36/24 39/20 75/24 76/21 76/25 77/3 77/12 77/18 82/22
**jobs [1]** 10/10
**Johnny [9]** 12/23 12/24 23/6 24/16 24/17 24/18 25/9 143/8 143/15
**Johnson [1]** 119/13
**join [3]** 152/22 152/24 153/5
**joined [1]** 15/24
**joining [1]** 14/16
**joint [7]** 16/18 16/22 20/18 22/10 22/11 22/11 37/1
**Jr [4]** 12/23 12/24 24/16 143/8
**judgment [2]** 105/4 105/5
**July [24]** 30/21 43/5 43/11 47/21 48/1 51/18 51/24 52/6 52/12 52/25 53/23 54/2 75/9 75/22 75/25 109/12 147/16 148/2 154/17 155/7 156/7 159/17 159/19 162/10
**July 2020 [7]** 48/1 51/18 51/24 52/6 52/12 52/25 147/16
**July 2021 [1]** 47/21
**July 22 [1]** 155/7
**July 23 [3]** 148/2 154/17 156/7
**July/early [1]** 109/12
**jump [1]** 136/19
**June [13]** 1/13 3/3 30/21 50/7 53/23 54/2 68/25 75/25 162/10 164/18 166/17 167/3 167/7
**June 2020 [1]** 50/7
**just [70]** 6/2 7/17 7/17 7/21 8/11 8/18 18/10 21/4 22/13 22/18 32/3 32/19 34/12 36/21 38/12 40/12 42/6 42/15 44/15 44/20 46/2 46/16 48/2 51/20 52/15 59/3 66/22 68/21 69/12 71/8 81/8 86/4 89/24 91/23 92/9 92/19 94/3 94/20 96/19 100/19 102/14 110/18 111/5 111/22 118/12 125/13 125/15 128/3 129/8 129/9 130/18 131/7 135/23 138/10 140/3 145/21 146/2 146/11 149/9 150/23 152/4

**jerk [1]** 125/13

**Jersey [1]** 109/4

**K**

**KAITLIN [6]** 2/13 16/12 85/5 90/18 164/10 167/4
**keep [3]** 14/21 40/25 128/18
**keeping [1]** 153/3
**kept [1]** 56/25
**Keren [3]** 34/11 34/21 38/24
**kind [8]** 19/5 34/13 42/1 48/14 51/19 109/9 120/7 125/15
**kinds [6]** 84/11 90/2 91/15 108/17 109/6 113/14
**knee [1]** 125/13
**knee-jerk [1]** 125/13
**know [90]** 6/23 6/24 7/3 7/15 7/21 7/22 8/10 8/18 17/10 23/14 23/16 33/24 36/9 38/12 41/6 41/20 45/25 48/24 48/25 49/8 49/24 50/24 57/23 58/15 66/22 67/21 68/23 72/1 73/14 73/25 74/16 74/17 76/21 77/21 83/9 83/12 84/17 85/1 86/8 86/14 86/17 89/15 90/1 97/1 97/3 100/23 102/15 107/13 107/15 107/16 109/12 110/18 110/19 110/20 111/15 111/17 112/4 112/11 115/19 117/10 117/15 118/7 118/21 125/14 126/4 131/8 132/22 136/8 137/12 139/19 140/4 141/16 146/9 150/10 153/2 153/3 154/5 154/14 154/20 155/15 155/16 155/21 157/6 160/13 162/1 162/20 163/19
**knowing [2]** 60/3 134/24
**knowledge [24]** 30/2 33/11 41/15 52/4 54/20 55/17 56/6 56/14 62/21 63/5 64/6 66/1 73/3 73/16 86/15 105/9 114/19 114/23 122/1 140/25 154/20 161/9 163/17 163/18
**knowledgeable [1]** 124/1
**known [5]** 9/22 47/11 80/2
**knows [1]** 44/20

**L**

**label [1]** 127/8
**lack [4]** 40/14 40/20

61/23 65/9
**Lafayette [3]** 2/4 2/8 168/5
**landed [1]** 41/13
**landscape [1]** 150/8
**language [4]** 71/3 71/25 116/4 120/15
**last [15]** 23/8 23/21 23/24 24/2 24/7 24/10 24/15 24/17 61/20 62/2 104/13 120/10 128/24 134/3 155/23
**lasting [1]** 77/21
**Lastly [1]** 134/5
**late [11]** 23/25 24/4 37/17 37/18 75/9 75/22 109/10 109/12 109/15 159/17 160/2
**later [4]** 30/19 75/17 128/6 138/5
**latest [1]** 128/19
**law [10]** 2/3 16/22 22/8 79/22 80/1 80/18 85/23 86/2 86/16 168/4
**lawsuit [4]** 22/14 22/15 22/22 22/22
**lawyer [2]** 90/8 91/19
**lawyers [1]** 21/17
**lead [1]** 14/4
**leadership [1]** 134/7
**learn [4]** 50/9 50/21 117/20 159/14
**learned [6]** 50/5 69/5 87/25 131/25 147/12 147/13
**learning [2]** 14/20 85/24
**least [6]** 21/14 43/10 62/12 76/23 130/22 156/6
**leave [5]** 12/4 25/8 25/12 25/13 26/3
**leaving [1]** 26/16
**Lebsack [1]** 2/7
**left [6]** 12/6 12/8 12/12 24/24 25/2 77/12
**legitimate [1]** 43/16
**lengthy [2]** 12/18 127/13
**lenient [1]** 51/6
**less [8]** 7/12 16/1 61/6 61/19 63/18 107/6 153/3 157/4
**let [18]** 7/21 8/18 30/1 31/1 38/1 40/5 53/22 57/12 67/21 92/11 97/1 97/3 103/14 111/15 112/11 132/22 142/4 160/24
**let's [30]** 7/24 19/23 29/1 41/10 44/10 47/17 47/18 61/18 63/14 65/7 70/19 78/22 88/12 92/5 92/17 95/6 115/7 116/13 118/23 120/9 132/24 133/17 136/14 137/1 137/14 140/7 144/6 152/3 154/10 159/8
**letter [61]** 18/9 33/3 33/5 33/9 33/14 33/16 33/17 37/22 37/25 45/15 46/6 46/25 60/2 60/5 60/11 60/20 60/22 61/4 61/5 62/6 62/11 63/1 63/2 63/11 63/15 65/8 66/8 66/23 72/24 99/16 99/18 114/2 114/8 114/10 114/12 134/6 134/9 134/23 135/1 135/14 135/21 136/1 136/3 136/6 136/9 136/12 137/8 137/9 137/22 138/7 139/5 140/16 141/1 141/3 141/11 141/17 141/23 141/24 142/5 142/10 142/11
**letterhead [1]** 17/19
**letters [3]** 33/12 139/25 140/22
**letting [1]** 155/16
**level [1]** 26/2
**liberal [1]** 14/8
**life [37]** 7/10 7/23 8/13 11/4 16/24 19/20 23/13 23/16 32/3 44/16 45/6 45/24 48/21 53/25 58/18 61/24 75/23 82/1 96/3 96/16 107/18 111/13 113/23 125/2 126/9 129/1 129/15 131/11 131/15 132/12 138/18 141/7 152/7 153/11 154/6 154/7 155/22
**likely [2]** 72/7 107/6
**limited [2]** 39/14 45/21
**line [5]** 90/19 91/20 112/23 148/4 165/4
**lined [1]** 26/3
**LinkedIn [1]** 24/12
**listening [1]** 155/1 155/10 155/17
**litigate [1]** 148/22
**litigation [1]** 166/15
**little [1]** 75/17
**livelihood [1]** 98/16
**lives [1]** 108/7
**LLC [5]** 2/3 2/7 2/13 167/4 168/4
**log [1]** 44/18
**logging [1]** 44/21
**logical [5]** 42/23 78/20 82/9 139/7 157/17
**logically [1]** 39/16
**logistics [1]** 22/5
**long [50]** 3/9 3/13 7/22 11/9 20/16 21/12 23/5 24/6 58/14 59/21 60/20 75/15 77/7 80/24 105/22 105/23 105/24 112/15 112/19 113/8 113/17 114/8 114/11 114/11 114/19 116/15 117/2 118/17 119/1

# L

**long... [21]** 119/12
121/13 125/6 128/7
128/13 129/5 131/16
131/20 132/15 132/25
133/5 133/12 133/14
133/21 134/3 134/19
136/2 137/3 138/6
148/10 149/18
**Long's [1]** 151/2
**longer [1]** 117/25
**look [11]** 10/14 61/18
66/12 67/7 68/1 126/9
136/14 140/7 152/3
152/7 154/10
**looked [5]** 101/12
114/2 132/13 132/20
135/8
**looking [10]** 90/18
106/22 111/23 114/5
118/12 126/13 127/5
129/1 135/11 136/22
**looks [4]** 48/21 61/24
129/15 138/18
**lost [1]** 17/10
**lot [5]** 68/14 74/7 77/22
77/23 77/25
**lots [1]** 69/10
**lowrey [2]** 2/7 2/9
**lowrey-parady.com [1]** 2/9
**lunch [4]** 8/6 40/24
44/8 45/1

# M

**machine [1]** 166/9
**made [33]** 16/19 29/23
30/2 30/4 30/14 39/16
43/9 43/23 44/2 46/9
47/1 47/14 49/20 49/23
50/2 50/6 50/9 56/19
57/25 60/7 68/23 69/12
75/2 88/1 128/14 134/8
135/3 143/18 145/18
145/22 147/1 157/15
159/22
**maintain [2]** 88/18 89/4
**major [2]** 39/21 160/19
**make [29]** 6/2 7/13
7/17 8/5 8/23 8/25 9/4
9/8 9/12 13/17 14/16
25/22 42/6 42/20 44/17
49/22 58/17 58/24
73/21 92/17 97/23
100/21 104/5 104/12
129/1 131/7 138/21
139/7 146/6
**maker [2]** 35/17 101/6
**makes [2]** 8/11 89/19
**making [14]** 42/23 46/2
46/17 57/20 72/11
101/8 102/17 104/6
104/18 104/23 109/11
127/15 146/21 162/6
**Maldonado [2]** 34/11
34/21
**manage [1]** 31/11
**managed [1]** 50/18

**management [12]** 1/7
10/11 11/23 12/1 31/19
34/17 85/25 114/20
114/24 118/18 119/17
151/22
**manager [14]** 29/17
30/5 30/7 31/11 61/22
62/13 62/14 75/25
76/15 116/3 145/23
146/16 146/17 161/6
**manager's [3]** 32/16
68/24 146/17
**managers [3]** 10/11
65/18 120/8
**managing [1]** 162/17
**manner [2]** 55/8 113/1
**manufacturers [2]**
9/22 10/1
**many [17]** 21/1 21/9
27/18 28/13 28/22
74/11 74/13 74/14
82/24 86/5 99/1 100/4
106/14 106/14 106/16
107/23 161/23
**marked [14]** 4/1 59/18
60/16 61/3 62/3 67/19
67/25 70/20 111/14
112/8 115/5 115/8
136/15 155/24
**marking [4]** 59/6 112/5
126/10 152/4
**master's [6]** 14/9 15/3
15/6 15/16 15/21 16/6
**material [3]** 42/5 84/22
125/16
**materials [4]** 42/17
42/22 42/24 43/4
**matter [8]** 79/23 80/14
80/15 86/12 86/18
124/2 154/3 167/20
**matters [4]** 79/15
80/12 85/20 166/7
**may [30]** 7/24 8/13
15/14 28/5 28/25 33/15
36/10 42/3 66/23 66/24
73/8 87/24 93/5 102/12
103/7 106/9 106/9
106/12 106/15 110/20
113/22 115/24 126/23
131/9 142/1 148/18
159/2 159/7 167/17
168/15
**me [64]** 7/21 8/18 11/4
13/18 17/20 19/2 19/9
19/18 20/10 20/16
23/25 24/18 25/6 29/12
30/1 30/20 31/1 31/25
32/14 34/15 38/1 40/5
40/16 45/19 53/22 54/6
55/11 57/12 58/13 59/3
67/21 68/25 69/13
69/14 69/14 69/20 74/6
79/24 80/18 81/17
92/11 92/15 95/14 97/1
100/2 103/14 106/2
111/15 112/11 113/10
114/5 122/11 128/20
131/8 132/22 141/20
141/22 142/4 143/14

**166/6** 166/8 165/19
106/6 166/9
**mean [22]** 23/14 25/12
29/20 49/3 63/24 77/20
89/25 90/7 92/15 100/3
100/4 100/5 102/5
103/20 104/9 107/16
123/10 136/3 136/8
149/1 150/1 162/24
**meaningful [2]** 151/17
151/17
**means [8]** 8/4 13/5
36/3 36/7 99/13 104/3
104/5 167/12
**meant [4]** 47/23 47/25
48/2 111/18
**Meanwhile [1]** 69/16
**measures [1]** 103/20
**media [1]** 126/5
**mediate [2]** 112/20
113/14
**mediated [1]** 113/18
**mediation [15]** 60/21
110/2 111/2 113/2
113/9 113/11 114/1
114/8 118/1 118/8
122/14 133/13 149/7
149/19 151/7
**mediations [1]** 117/11
**mediator [10]** 39/8
105/24 106/22 108/11
109/22 110/5 110/17
114/21 123/23 149/6
**medical [2]** 14/5 45/19
**meet [5]** 21/9 21/12
41/18 47/19 48/17
**meeting [11]** 16/12
21/13 22/3 34/9 35/3
47/21 76/22 154/5
154/21 155/7 156/13
**meetings [8]** 36/11
51/3 52/5 52/12 52/24
53/1 147/15 147/18
**member [4]** 31/10
34/10 70/1 75/12
**members [4]** 52/9
55/25 61/7 63/20
**memo [1]** 17/20
**memory [5]** 20/25 88/7
118/16 140/25 153/9
**mention [1]** 69/3
**mentioned [1]** 40/12
**message [1]** 136/10
**messages [1]** 24/12
**met [4]** 5/7 21/16 63/18
65/11
**method [1]** 48/18
**metrics [4]** 103/15
104/4 104/18 104/22
**Michael [1]** 51/14
**Michelle [4]** 1/17 166/3
166/21 167/22
**micromanaged [1]**
50/20
**Microsoft [1]** 22/1
**mid [1]** 159/17
**middle [3]** 8/10 28/5
59/17
**might [8]** 7/16 8/6

26/14 107/3 107/23
141/25 158/24 159/1
**Mike [65]** 3/13 23/5
24/9 24/14 34/4 34/4
34/6 34/20 34/24 37/21
37/24 38/24 45/13
45/18 45/22 45/25
50/12 52/1 52/2 64/12
72/4 72/8 73/11 73/13
73/14 76/19 76/22
77/21 82/21 83/3 83/7
84/21 85/12 89/14
101/20 105/4 114/12
114/23 116/1 116/18
118/14 119/10 119/13
120/5 120/13 121/3
121/12 121/24 124/7
125/6 128/7 128/13
128/24 131/16 139/23
140/2 145/17 147/3
147/7 148/1 148/14
148/18 154/4 154/16
161/13
**Mike's [4]** 76/15 76/21
78/19 83/22
**mind [14]** 12/16 12/17
28/16 30/18 34/3 77/20
78/2 89/24 89/25 104/4
113/23 125/18 136/3
146/5
**mine [1]** 96/22
**minute [2]** 78/22 92/13
**minutes [11]** 5/8 5/19
5/20 21/15 41/2 93/23
93/24 96/10 124/20
127/23 159/9
**miss [2]** 41/17 69/19
**missed [1]** 66/15
**missing [1]** 153/24
**mission [2]** 107/5
108/2
**misspoke [1]** 9/14
**model [1]** 108/2
**modify [1]** 15/14
**MOHAMED [165]** 1/4
2/17 3/10 3/15 3/18
17/21 18/9 18/16 18/24
19/2 19/10 20/10 22/19
29/15 29/23 30/3 30/4
30/14 33/1 34/9 35/22
36/2 36/23 37/7 37/22
38/5 38/17 38/24 39/5
39/12 39/18 39/25 41/4
41/16 41/17 42/5 42/25
43/18 44/2 45/11 46/8
47/2 47/9 47/14 47/18
47/19 47/20 47/24
48/11 48/15 48/17 49/2
50/2 50/6 50/22 51/3
51/5 51/18 51/20 51/23
52/6 52/9 52/13 52/24
55/23 58/8 60/20 61/3
62/3 62/10 62/18 62/23
62/24 63/11 63/16
64/15 64/17 64/23 65/8
65/23 65/24 66/7 67/10
67/14 68/5 68/10 72/6
72/25 73/8 73/17 74/1
74/17 74/20 75/8 75/12

75/19 76/11 88/1 99/18
101/17 105/15 105/19
106/5 106/8 106/24
109/14 109/18 109/21
112/15 112/19 114/3
114/7 114/10 114/21
114/25 117/2 117/11
117/13 117/24 118/4
118/18 119/14 119/18
120/24 122/15 122/18
125/8 127/15 127/23
129/17 133/12 133/14
133/20 133/23 137/23
138/13 142/25 143/5
143/7 143/14 143/16
143/19 145/10 147/16
149/13 150/25 151/24
151/25 152/15 152/20
153/10 153/25 154/22
155/1 155/9 156/2
156/6 159/22 161/10
163/5 163/13 163/23
163/25 167/8 168/6
**MOHAMED 000623 [1]**
62/10
**MOHAMED 000624 [1]**
63/16
**Mohamed's [74]** 5/7
31/15 31/20 32/10
33/18 33/21 34/13
35/19 36/14 37/11 38/3
40/7 40/18 43/6 43/22
45/14 48/6 48/24 49/19
51/11 52/17 55/19
56/21 62/8 62/14 63/10
64/8 66/3 71/12 71/21
72/10 72/18 73/4 78/5
78/8 78/13 78/17 82/6
83/1 83/11 84/19 86/23
87/12 99/9 101/12
105/24 110/11 115/1
116/10 118/15 120/22
122/21 123/16 124/11
128/14 130/9 130/12
131/19 131/24 134/2
135/16 141/4 141/13
142/18 143/11 143/21
144/7 150/2 150/8
151/3 159/15 160/1
160/5 161/2
**moment [11]** 27/22
43/8 43/17 46/16 59/3
103/7 111/22 136/22
141/6 153/11 162/4
**month [4]** 39/3 145/3
157/22 158/18
**months [2]** 43/11
68/17
**more [16]** 16/1 19/22
32/12 36/12 37/18 41/2
51/6 56/9 64/1 65/22
83/2 109/13 109/19
110/8 125/15 146/1
**morning [2]** 5/7 133/6
**Morris [19]** 23/4 23/9
30/11 30/14 34/19
35/23 37/13 38/2 38/25
52/9 55/23 68/6 70/23
101/18 115/12 115/23

**M**

Morris... [3] 116/14 118/13 138/13
most [2] 11/19 139/11
Mountain [2] 44/11 44/12
mouthful [1] 12/1
move [8] 30/18 39/16 63/14 65/7 69/25 133/17 134/3 134/15
moved [5] 14/2 14/4 14/5 15/21 164/2
moving [2] 39/12 134/7
Mr [5] 3/5 5/6 93/10 129/9 168/9
Mr. [114] 5/7 5/14 9/18 10/8 17/7 24/23 25/1 25/7 27/10 27/20 30/23 31/25 35/19 38/17 44/25 46/6 46/24 52/4 52/16 55/17 55/22 56/2 56/15 56/25 57/4 58/7 59/8 64/22 71/1 71/11 72/15 72/17 73/16 74/3 74/19 75/4 75/23 75/24 76/6 76/10 76/18 76/24 77/4 77/7 77/18 78/4 78/9 78/13 78/16 79/2 80/8 81/10 82/6 82/17 83/1 83/9 84/18 84/25 85/8 86/8 86/14 86/22 87/11 87/19 87/25 88/9 89/10 91/21 92/13 92/15 92/20 95/10 96/4 96/13 97/9 99/7 99/19 100/6 100/13 101/1 101/12 104/12 108/25 115/16 115/22 118/17 119/22 120/12 120/21 121/5 122/6 122/21 124/10 124/24 127/3 128/2 131/2 131/20 131/24 132/3 133/24 133/25 143/12 143/14 148/5 148/10 148/10 152/19 152/22 156/9 156/13 157/13 159/13 163/8
Mr. Banks [2] 35/19 108/25
Mr. Hunter [1] 91/21
Mr. Jackson [63] 38/17 46/6 46/24 52/4 52/16 55/17 55/22 56/2 56/15 56/25 57/4 58/7 64/22 72/15 72/17 73/16 74/19 75/4 75/23 76/6 76/10 76/18 76/24 77/4 77/7 78/4 78/9 78/13 78/16 82/6 82/17 83/1 83/9 84/18 84/25 85/8 86/14 86/22 87/11 87/19 87/25 89/10 99/7 99/19 100/6 100/13 101/1 101/12 118/17 119/22 120/21 121/13 124/10 124/10 132/3 133/5 143/12 143/14 148/5 148/10 148/10 152/19 152/22 156/9 156/13

Mr. Jackson's [5] 75/24 77/18 88/9 121/5 148/10
Mr. Schacht [8] 71/1 71/11 115/16 115/22 120/12 128/2 133/24 133/25
Mr. Sullivan [18] 5/7 5/14 9/18 44/25 59/8 79/2 81/10 85/8 92/13 92/15 92/20 96/4 96/13 97/9 104/12 124/24 127/3 159/13
Mr. Swain [11] 10/8 17/7 27/10 27/20 30/23 31/25 74/3 80/8 95/10 122/6 163/8
Mr. Taylor [5] 24/23 25/1 25/7 143/12 143/14
Mr. Thompson [1] 157/13
Ms [1] 167/9
Ms. [270]
Ms. Barley [23] 37/12 38/2 42/1 42/21 43/4 43/9 50/18 50/20 64/17 64/23 75/13 101/18 106/5 106/8 106/24 109/18 117/11 122/15 144/3 144/23 145/9 157/18 161/10
Ms. Dittmer [7] 6/10 6/16 7/9 9/11 67/1 83/25 95/18
Ms. Ebony's [2] 145/16 146/3
Ms. Long [13] 105/23 105/24 113/8 113/17 118/17 121/13 129/5 131/20 132/15 133/5 133/12 133/14 134/3
Ms. Long's [1] 151/2
Ms. Mohamed [128] 22/19 29/15 29/23 30/3 30/4 30/14 33/1 34/9 35/22 36/2 36/23 37/7 37/22 38/5 38/17 38/24 39/12 39/18 39/25 41/4 41/16 41/17 42/5 42/25 43/18 44/2 45/11 46/8 47/2 47/9 47/14 47/18 47/24 48/11 48/15 48/17 49/2 50/2 50/6 50/22 51/3 51/5 51/18 51/20 51/23 52/6 52/12 52/24 55/23 58/8 60/20 62/18 64/15 64/17 64/23 66/7 67/10 67/14 68/5 68/10 72/6 72/25 73/17 74/1 74/17 74/20 75/8 75/12 75/19 76/11 88/1 99/18 101/17 105/15 105/19 106/5 106/8 106/24 109/14 109/18 109/21 112/19 114/3 114/7 114/10

117/11 118/4 119/18 122/15 122/18 125/8 127/15 127/23 133/12 133/14 133/23 137/23 138/13 142/25 143/5 143/7 143/14 143/16 143/19 145/10 147/16 149/13 150/25 151/24 151/25 152/20 153/10 153/25 154/22 155/1 155/9 156/2 156/6 159/22 161/10 163/5 163/13 163/22 163/25
Ms. Mohamed's [71] 31/15 31/20 32/10 33/18 33/21 34/13 35/19 36/14 37/11 38/3 40/7 40/18 43/6 43/22 45/14 48/6 48/24 49/19 51/11 52/17 55/19 56/21 62/14 63/10 64/8 66/3 71/12 71/21 72/10 72/18 73/4 78/5 78/8 78/13 78/17 82/6 83/1 83/11 84/19 86/23 87/12 99/9 101/12 105/24 110/11 115/1 116/10 118/15 120/22 122/21 123/16 124/11 128/14 130/9 130/12 131/19 131/24 134/2 135/16 141/4 141/13 142/18 143/11 143/21 144/7 150/2 150/8 151/3 160/1 160/5 161/2
Ms. Morris [3] 37/13 38/2 101/18
Ms. Spittell [16] 6/17 9/2 21/10 22/2 23/2 45/4 45/7 66/19 79/3 79/17 80/3 80/6 82/3 96/14 96/17 124/25
Ms. Spittell's [1] 16/22
Ms. Thompson [5] 146/4 146/11 157/9 157/11 157/16
much [1] 130/19
multiple [4] 54/9 145/24 146/9 146/17
must [3] 43/23 70/16 74/6
mute [1] 94/13
muted [1] 17/11
mutual [1] 25/6
my [91] 5/8 7/2 7/6 9/3 10/15 13/12 13/23 14/7 14/8 14/11 14/12 14/16 14/21 15/15 15/16 15/20 15/21 17/13 19/25 20/25 21/25 22/9 22/11 23/13 24/13 25/16 25/17 25/21 26/1 28/10 31/10 33/13 40/10 42/14 44/10 44/15 44/16 46/16 46/21

46/23 49/7 59/3 61/21 61/21 62/13 62/13 67/2 68/13 68/21 68/22 68/24 68/25 69/5 69/9 69/10 69/12 75/18 77/21 80/25 89/24 90/20 91/25 92/5 94/9 94/15 96/20 100/8 103/11 103/13 103/25 108/16 125/18 125/18 126/21 130/18 134/6 141/15 142/11 142/11 148/6 148/15 151/14 160/23 162/24 163/18 165/2 165/21 166/16 166/19
myself [3] 18/16 73/13 139/23

**N**

name [6] 5/8 5/10 19/17 62/8 109/5 125/21
national [2] 9/21 49/4
natural [1] 8/14
nature [10] 14/15 30/17 43/6 50/14 51/21 60/6 73/9 76/20 107/5 135/2
necessarily [1] 126/6
necessary [8] 49/19 69/18 97/4 102/15 102/19 102/20 104/20 167/13
need [20] 6/15 6/23 6/23 7/10 7/21 8/20 8/23 9/5 29/8 44/6 69/15 77/1 85/20 91/4 91/18 93/23 97/4 104/19 121/10 149/17
needed [5] 34/10 45/24 92/24 109/13 149/9
needs [3] 10/18 26/12 146/10
negotiation [1] 41/12
NEMA [15] 9/22 9/23 10/3 10/19 10/24 11/2 11/10 11/13 11/20 12/8 21/25 22/1 24/13 24/19 24/20
network [2] 108/17 108/22
neutral [2] 89/11 111/4
neutrality [4] 88/20 88/22 89/4 111/6
never [3] 30/18 75/7 145/5
new [5] 24/13 87/6 109/4 164/15 164/16
next [9] 19/3 19/8 20/11 60/7 61/10 63/14 65/7 113/5 135/3
Nick [19] 23/4 23/22 23/24 60/5 68/6 68/12 70/22 115/11 116/14 116/17 118/12 118/13 127/22 128/5 128/19 135/1 136/4 138/18 162/6

no [76] 1/2 7/11 11/14 11/18 15/20 23/3 23/7 23/20 36/16 37/20 43/2 44/4 45/9 48/22 54/25 76/8 77/20 78/1 78/11 81/6 81/11 81/25 82/4 86/11 86/13 86/19 88/8 89/2 89/17 92/23 93/20 93/20 93/20 93/20 93/20 93/20 93/21 94/5 94/8 94/11 94/11 94/13 94/19 95/5 96/8 96/18 105/3 105/17 109/16 117/25 121/7 121/17 123/18 124/18 125/4 126/3 127/1 129/24 139/2 139/9 140/24 141/19 145/8 152/21 153/7 154/9 154/18 155/11 155/21 162/18 163/19 164/5 164/6 167/8 168/7 168/12
noise [1] 46/17
noises [1] 126/25
none [1] 153/7
nonresponsive [2] 67/2 83/24
nonwhite [1] 51/7
noon [1] 40/23
normal [2] 6/11 6/21
normally [1] 155/13
North [3] 2/4 2/8 168/5
Northern [1] 25/18
Northrop [1] 14/1
northwest [2] 5/19 5/20
not [178]
Notary [1] 1/17 165/23 166/4
note [8] 8/20 132/15 136/9
notes [17] 3/15 3/17 102/7 148/4 148/6 148/14 148/16 149/18 149/23 151/10 152/19 152/25 153/8 153/12 153/24 154/16 154/21
nothing [4] 26/23 77/20 80/14 80/25
notice [6] 1/16 74/6 139/17 139/20 168/16 168/18
notified [1] 33/2
notion [3] 40/8 160/13 160/18
now [19] 44/5 47/18 50/1 59/5 59/11 63/3 68/21 69/11 75/23 95/8 96/4 112/5 132/3 139/10 140/8 144/25 146/14 152/4 165/15
nuance [1] 125/15
number [15] 14/18 17/5 17/8 17/22 18/2 20/19 25/20 27/19 27/23 28/16 28/20 38/11 127/8 135/15 152/4
numbered [8] 112/9

**N**

numbered... [7] 127/4
133/18 134/16 137/19
140/10 148/1 154/11
numbers [2] 59/13
126/11

**O**

oath [2] 6/6 6/7
object [3] 9/2 79/19
126/3
objected [2] 66/19
125/8
objection [57] 26/7
27/1 29/24 31/22 38/6
39/1 46/10 47/3 52/20
54/15 56/5 66/14 66/16
74/23 76/13 82/13 85/2
85/5 85/7 89/6 90/16
97/14 98/8 99/20
102/21 103/3 104/10
107/9 107/21 108/4
111/8 119/25 121/15
124/3 125/12 125/17
125/22 125/25 138/24
140/17 142/21 143/1
143/23 144/10 144/16
145/13 150/5 150/12
155/18 157/24 158/8
158/21 159/4 160/15
162/12 163/6 163/14
objectionable [1] 9/5
objective [7] 103/15
103/20 103/22 104/3
104/9 104/17 104/22
objects [1] 9/3
obligation [2] 94/12
94/18
observations [1]
161/17
observe [2] 48/6 48/13
occasion [2] 48/5
136/13
occasional [1] 11/17
occupied [3] 11/9
11/16 12/12
occur [3] 25/11 107/20
122/14
occurred [18] 31/8
42/14 43/10 46/20
59/15 74/4 74/8 74/14
100/9 127/11 141/9
149/5 149/11 149/22
153/14 154/23 161/23
162/1
occurrence [1] 61/15
occurring [3] 97/24
107/3 107/7
October [2] 109/11
109/20
odd [2] 159/2 159/7
off [5] 5/7 44/17 95/13
95/16 164/8
offer [2] 92/10 93/15
offered [1] 92/7
offers [2] 116/4 120/14
office [6] 46/17 48/13
72/9 126/21 167/15

officer [7] 10/24 11/2
11/6 11/22 12/13 31/4
54/17
offline [1] 116/21
often [1] 36/12
Oh [3] 59/10 59/11
91/8
okay [97] 5/21 6/3 7/19
7/24 11/4 12/2 12/4
18/17 18/19 19/4 19/23
20/4 20/8 20/20 23/1
32/5 32/13 41/3 43/21
44/10 44/13 44/14
46/19 49/7 57/13 58/12
58/25 59/11 59/16
59/19 60/18 60/18 62/3
62/9 62/17 65/22 67/20
67/22 68/3 78/23 78/24
79/18 81/1 90/25 99/7
109/2 111/16 111/19
111/24 112/3 112/4
112/10 112/13 115/6
115/10 116/13 118/22
118/25 119/8 120/10
120/11 127/6 127/10
127/12 127/20 132/16
132/17 132/21 132/23
133/2 133/19 134/17
135/5 135/9 135/10
136/17 136/20 136/25
137/4 137/16 137/17
137/20 139/10 139/13
140/7 140/11 140/25
141/10 141/22 147/16
152/6 152/12 152/13
153/13 154/12 155/25
160/23
omission [2] 154/6
155/12
once [7] 9/11 21/11
44/18 58/22 85/10
85/10 91/5
one [61] 5/9 6/14 8/21
12/7 18/10 18/22 20/14
20/14 20/15 20/15
21/13 32/2 32/24 39/6
41/10 41/11 43/8 46/16
49/13 52/16 59/3 61/13
62/3 64/2 67/25 69/8
70/20 72/2 87/3 87/6
91/17 92/13 92/23
96/21 97/2 99/1 99/5
101/4 107/18 107/23
111/22 116/14 118/7
120/6 121/11 125/19
136/21 137/15 137/18
139/11 140/12 141/25
143/20 145/23 146/9
146/11 146/12 151/16
153/1 153/16 155/20
one's [2] 58/16 91/16
one-size-fits-all [1]
32/24
ones [4] 64/20 164/15
164/15 164/16
ongoing [8] 43/5 43/12
43/15 69/20 118/8
144/8 144/15 150/1

98/16 24/23 34/22
07/10 98/4 145/10
158/5 158/16
open [16] 21/23 58/23
59/7 59/8 59/16 60/18
67/23 69/23 112/12
112/13 115/6 136/18
136/23 136/24 137/15
147/23
opening [1] 59/12
operating [2] 120/5
121/3
operational [1] 48/9
opportunity [16] 9/10
16/14 16/23 24/20
25/24 25/25 45/3 48/12
109/6 110/2 110/16
116/4 120/15 126/18
163/3 163/24
opposed [1] 149/10
opposing [1] 167/19
opposites [1] 103/23
options [1] 143/20
order [2] 21/20 167/17
organization [13] 9/24
25/13 26/3 26/22 68/19
85/11 90/1 97/22 107/8
107/13 107/18 145/25
160/20
organizations [1] 11/6
origin [1] 49/4
original [4] 58/15
58/16 167/10 167/23
originated [1] 161/15
other [55] 6/16 6/23
6/25 10/17 11/6 13/10
13/13 17/17 21/17
21/24 22/16 23/1 24/13
32/19 36/3 36/7 38/23
38/25 39/23 39/24
40/10 40/11 40/13 42/6
51/4 52/9 55/25 61/7
69/8 76/6 80/22 80/22
81/13 81/19 81/20
81/22 81/23 84/8 84/23
98/19 99/13 106/16
113/3 118/7 120/7
122/11 122/13 140/22
151/10 152/9 153/5
157/23 158/18 160/12
161/1
others [3] 68/23 69/17
103/18
otherwise [2] 11/18
166/14
our [20] 10/10 24/21
24/22 31/9 34/6 34/10
35/1 35/5 44/15 68/15
70/1 79/12 79/21 79/21
80/8 107/12 108/18
121/11 167/15 167/16
ourselves [2] 12/19
144/6
out [17] 15/15 15/16
17/18 27/11 31/5 44/21
45/20 72/9 81/8 108/16
111/25 122/15 123/11
140/3 140/22 144/18
150/8

outcome [7] 56/20
111/12 122/17 143/25
144/2 145/6 166/15
outcomes [6] 38/23
47/8 91/14 122/7
122/11 122/13
outside [3] 104/4
112/24 127/1
over [15] 6/15 6/22
6/22 14/18 16/19 41/12
68/4 68/14 68/16 78/9
98/21 124/15 127/1
130/12 162/2
overall [3] 10/19 16/13
130/18
overseen [1] 27/8
own [7] 61/21 62/13
104/4 104/6 108/16
163/17 163/18

**P**

p.m [7] 96/1 96/12
124/22 124/23 159/11
159/12 164/18
packages [1] 40/19
page [43] 3/2 6/2 17/6
17/9 17/23 35/15 59/18
59/18 61/3 61/4 61/10
62/2 62/9 62/23 65/8
65/24 67/25 68/2 68/5
70/19 70/22 115/8
118/11 118/23 120/9
120/10 127/4 127/6
127/6 127/7 127/18
132/24 133/17 134/15
137/2 137/18 140/10
147/25 155/23 156/1
165/4 167/10 167/13
page 1 [1] 127/18
Page 2 [1] 127/6
pages [1] 126/18
pandemic [3] 26/12
74/12 162/18
paper [1] 19/22
papers [1] 19/21
Parady [1] 2/7
parady.com [1] 2/9
paragraph [2] 134/4
153/18
paraphrasing [2] 82/8
150/10
part [22] 10/17 16/13
34/22 51/15 55/14
55/18 63/9 64/7 64/12
66/2 82/21 92/5 100/14
101/7 102/10 102/19
102/20 106/12 106/14
106/21 149/13 149/18
participants [1] 55/7
participate [3] 39/8
117/14 117/16
participating [1] 151/3
particular [17] 14/20
16/14 26/14 31/11 43/8
47/8 61/14 64/20
102/10 103/6 109/3
109/22 118/20 131/5
151/18 151/21 158/3
parties [7] 21/20 110/5

outcome... continued
108/19 111/16 162/24
parties' [1] 111/6
partner [1] 120/7
parts [1] 103/17
party [6] 10/10 22/10
23/25 106/13 108/11
154/5
passed [3] 43/23 44/3
47/15
past [3] 68/16 148/22
163/2
path [1] 110/8
pause [6] 46/20 59/15
127/11 141/9 153/14
154/23
PDF [7] 67/25 120/10
127/6 127/19 129/17
137/18 164/12
peers [4] 50/19 50/23
51/7 69/10
pending [8] 8/22 90/22
91/7 93/21 94/8 94/13
94/19 95/5
people [13] 10/12
33/24 34/1 52/8 63/24
106/15 107/13 107/14
107/24 110/21 140/23
158/5 158/17
per [2] 86/2 133/7
perceived [1] 106/23
percent [1] 107/17
perfect [3] 44/14 93/11
159/10
perform [3] 39/20
76/25 99/23
performance [26] 40/2
40/14 43/16 48/7 68/20
68/22 77/18 128/25
130/4 130/9 130/12
130/18 130/25 131/3
131/12 143/5 159/15
160/2 160/5 160/6
160/9 160/10 160/11
160/12 161/3 161/3
performer [1] 130/13
130/13 130/22
perhaps [2] 8/12 24/5
period [4] 54/18 54/22
55/4 76/18
perjury [1] 6/7
person [23] 14/19
33/16 34/6 45/23 56/25
57/12 57/20 57/25 58/5
62/11 72/17 74/21
77/22 78/4 78/12 86/22
96/22 109/3 119/23
125/20 125/20 141/23
155/16
person's [2] 83/19
109/5
personal [8] 24/21
25/14 25/15 75/18 77/1
108/19 161/16 162/24
personally [9] 32/6
48/6 52/18 75/7 78/10
117/19 139/24 156/25
157/8
perspective [3] 13/23

# P

**perspective...** [2] 83/6
149/21
**perspectives** [1] 121/3
**pertained** [1] 76/10
**pertaining** [1] 133/13
**pertinent** [1] 58/15
**Phillips** [1] 10/25
**philosophically** [1]
91/10
**phone** [10] 2/5 2/9
2/15 48/19 48/19 51/17
75/21 92/6 106/10
155/16
**phrase** [4] 12/18
125/12 125/24 126/3
**phrases** [1] 104/8
**pieces** [3] 19/22 41/23
41/23
**place** [4] 68/16 97/2
151/18 166/9
**places** [1] 107/23
**Plaintiff** [3] 1/5 1/17
2/2
**planning** [1] 134/8
**please** [9] 54/1 59/7
112/2 112/11 119/9
128/20 137/15 167/10
167/13
**POC** [7] 61/6 61/18
61/24 63/17 63/23 65/9
65/19
**point** [20] 42/13 47/7
50/1 56/9 60/1 64/3
78/8 83/17 84/4 84/7
91/10 113/12 117/12
130/22 134/22 137/7
138/6 143/8 150/24
163/20
**points** [9] 61/10 61/14
62/22 64/2 65/22 66/2
84/9 114/4 134/8
**policies** [3] 53/20 54/3
54/6
**policy** [1] 54/7
**political** [1] 15/1
**portion** [2] 101/22
102/1
**portions** [1] 62/12
**posed** [2] 95/6 95/19
**position** [19] 10/6
11/13 11/19 11/20
11/22 12/5 12/11 12/14
12/20 13/8 14/2 14/6
16/25 22/12 24/19
25/18 31/3 37/2 82/22
**positions** [1] 108/18
**positive** [1] 25/23
**possession** [2] 21/2
21/6
**possibility** [3] 38/4
107/25 116/10
**possibly** [1] 73/7
**potential** [7] 38/10
38/17 38/23 47/8 122/7
143/25 144/2
**potentially** [1] 91/13
**practice** [23] 31/10

33/7 33/10 34/25 35/4
35/14 55/12 57/11 58/3
72/3 88/13 88/16 102/2
114/15 123/11 123/18
140/1 151/9 151/14
151/15 153/1 154/3
155/14
**practices** [14] 55/1
57/9 65/3 66/11 67/5
75/4 85/25 86/1 86/21
87/1 87/10 87/16 87/20
101/5
**precise** [1] 150/18
**precisely** [2] 159/25
161/25
**preferable** [1] 123/22
**preparation** [6] 21/6
21/17 22/3 23/18
140/13 151/7
**prepare** [7] 16/9 16/11
21/10 23/2 33/12 33/21
139/24
**prepared** [7] 37/21
37/24 45/14 46/1 99/17
139/19 140/4
**preparing** [3] 9/11
45/20 45/23
**preposition** [1] 16/11
**presence** [2] 147/2
156/17
**present** [3] 2/17 48/14
156/13
**presented** [2] 33/2
33/9
**presents** [1] 32/22
**president** [5] 10/4
10/24 12/22 30/5 30/10
**pretty** [4] 45/22 66/10
67/4 88/9
**preventing** [1] 110/20
**previous** [6] 117/3
134/6 160/10 160/12
162/2 166/5
**previously** [6] 60/16
67/19 97/18 111/14
136/15 149/11
**primarily** [2] 13/25
28/18
**primary** [1] 40/1
**principally** [1] 52/8
**principles** [1] 69/21
**printed** [1] 17/18
**printout** [4] 16/20 19/9
19/12 19/25
**prior** [11] 3/20 16/14
47/22 67/2 82/2 96/17
123/5 131/8 131/12
164/14 167/18
**priorities** [1] 10/18
**privilege** [1] 80/2
**probably** [9] 8/8 9/2
21/14 23/10 27/21 28/4
111/20 136/7 139/3
**procedural** [2] 79/10
105/2
**procedurally** [1] 54/12
**procedure** [3] 1/16
45/19 168/17
**procedures** [1] 54/13

33/23 84/24
148/9
**proceed** [1] 148/9
**proceeding** [1] 36/11
**proceedings** [8] 46/20
59/15 127/11 141/9
153/14 154/23 164/17
166/12
**process** [26] 10/10
10/13 25/17 30/20
32/13 32/24 33/24
34/13 34/15 34/22
45/18 51/19 52/2 53/1
53/14 60/21 75/11
88/24 102/11 102/17
104/23 104/25 105/2
105/8 124/13 124/17
**produced** [2] 18/10
152/11
**product** [1] 43/11
**products** [2] 160/19
160/21
**professional** [16] 1/17
9/25 13/20 14/12 15/23
16/2 27/7 27/14 77/22
85/18 86/6 90/10
149/24 166/3 166/21
167/22
**professionally** [1]
11/16
**Professor** [1] 65/16
**program** [2] 15/16
15/22
**project** [2] 51/6 69/15
**projects** [3] 41/5 41/9
161/2
**promoted** [1] 130/16
**promotion** [1] 131/1
**prompted** [1] 131/6
**propose** [1] 31/13
**proposed** [2] 31/9 33/3
**proposing** [1] 31/16
**protected** [1] 61/24
**protective** [1] 21/20
**prove** [1] 106/18
**provide** [7] 1/19 36/1
57/20 69/11 99/7
105/18 120/8
**provided** [11] 35/22
36/19 58/5 58/9 63/11
66/8 72/5 99/19 105/14
139/18 149/21
**public** [7] 1/17 14/9
15/4 15/6 15/16 165/23
166/4
**publishes** [1] 125/20
**publishing** [1] 126/5
**pull** [5] 34/10 113/3
113/4 128/24 136/24
**pulled** [1] 34/22
**pulling** [1] 121/19
**purpose** [6] 9/3 9/12
40/21 92/1 110/6
150/19
**pursuant** [3] 1/16
168/14 168/17
**pursuing** [1] 117/25
**purview** [1] 82/9
**put** [7] 27/19 27/22
29/1 63/17 74/6 77/24

117/1

# Q

**qualifications** [2]
13/19 84/24
**qualified** [4] 82/17
83/17 84/5 124/7
**quality** [1] 41/22
**question** [73] 7/2 7/3
7/7 8/22 8/22 9/5 9/6
9/7 19/5 23/13 24/6
24/9 28/10 28/12 30/1
30/24 31/1 32/20 40/10
46/14 46/23 49/7 53/25
57/13 66/16 66/19
66/20 67/2 67/3 67/4
75/18 80/5 80/20 81/6
81/11 83/25 84/1 84/2
90/23 91/4 91/6 91/7
91/11 92/25 92/25
93/21 94/3 94/6 94/8
94/8 94/10 94/14 94/19
95/3 95/5 95/5 95/6
95/8 95/19 95/20 95/21
95/24 96/8 142/7
154/13 154/19 155/4
155/6 160/23 162/15
163/8 163/10 163/16
**questioning** [3] 90/19
91/20 92/8
**questions** [9] 8/10 9/3
58/23 79/20 92/21 93/4
93/5 164/6 166/11
**quibble** [1] 121/23
**quick** [3] 7/24 78/22
159/8
**quickly** [3] 109/19
116/5 120/16
**quiet** [2] 46/17 126/21
**quite** [1] 142/3

# R

**race** [61] 29/16 48/24
49/3 49/7 49/8 49/19
49/20 49/23 49/24 50/2
50/6 50/10 50/15 51/23
55/19 63/10 64/8 66/3
67/10 68/24 78/5 78/18
82/7 84/20 86/15 86/23
87/12 90/4 90/13 91/1
91/12 93/19 99/9
105/24 107/2 107/7
107/19 110/11 113/18
114/3 114/16 115/1
123/16 124/12 133/14
145/9 145/19 145/24
146/21 147/1 147/8
150/2 150/9 151/12
156/7 156/10 156/18
156/22 157/21 158/6
158/20
**racial** [2] 65/11 65/15
**racially** [1] 144/4
**raised** [5] 29/17 51/24
60/6 64/21 135/2
**raises** [1] 121/4
**raising** [1] 41/22
**range** [6] 26/13 38/9
38/13 47/7 76/20

126/11
**rather** [1] 31/16
**Re** [5] 19/3 19/13 20/5
167/8 168/6
**reached** [1] 25/10
**reaching** [1] 108/16
**reacting** [3] 41/21 60/3
134/24
**reaction** [2] 121/22
125/13
**read** [25] 60/9 61/25
63/2 63/21 65/13 67/1
67/3 70/5 71/5 84/1
95/20 113/6 116/7
116/24 126/18 127/14
129/3 134/13 141/6
142/10 148/7 148/24
149/4 165/1 165/4
**READS** [1] 165/4
**really** [5] 48/9 68/4
85/22 92/17 150/23
**reason** [20] 18/8 26/1
40/17 45/13 46/5 46/24
53/12 53/16 56/10 57/2
88/6 88/8 91/11 106/21
117/8 123/21 130/15
135/25 152/18 154/15
**reasonable** [13] 28/9
36/21 53/3 62/17 70/18
72/2 73/19 73/22 99/14
100/19 100/22 114/14
123/9
**reasonableness** [2]
58/11 58/13
**reasoning** [1] 25/13
**reasons** [13] 25/14
25/15 26/13 31/12
39/18 39/25 40/1 40/4
40/6 40/9 40/11 40/13
153/5
**recall** [180]
**receive** [6] 36/6 58/22
59/7 108/21 108/24
132/4
**received** [6] 41/23
70/14 85/12 99/15
128/3
**receiving** [1] 68/21
**recency** [1] 48/25
**recent** [2] 11/19 139/11
**recently** [1] 37/1
**recertified** [1] 14/13
**Recess** [5] 44/23 78/25
96/11 124/22 159/11
**recognize** [1] 85/10
**recognized** [1] 146/8
**recognizing** [1] 106/14
**recollect** [1] 43/8
**recollection** [3] 37/6
42/14 141/15
**recommendation** [9]
30/6 31/8 32/16 34/17
35/21 36/1 36/19 157/9
157/16
**recommendations** [5]
36/6 108/20 108/21
108/24 157/1
**recommended** [5]
37/12 38/3 39/7 41/16

**R**

recommended... [1]
42/25

reconcile [1] 149/10

reconstructing [1]
123/6

record [25] 5/8 5/11
6/12 6/16 7/18 9/4
15/15 15/15 16/14
59/13 66/23 74/10 81/9
92/18 94/6 95/14 95/16
95/17 126/15 127/14
153/16 164/8 165/2
167/23 168/22

Record/original [1]
167/23

recount [1] 13/17

redaction [1] 70/21

reduced [1] 166/10

refer [3] 12/16 136/9
139/4

reference [4] 3/7 24/18
102/4 131/5

references [2] 37/9
129/20

referred [3] 13/24
20/18 52/24

referring [9] 16/24 34/2
41/25 60/12 61/14
75/15 137/22 138/16
146/13

refers [1] 137/10

reflected [1] 154/6

reflecting [1] 68/15

reflective [1] 130/25

refresh [3] 20/25 37/6
118/16

regard [2] 163/5
163/12

regarding [1] 80/15

regards [1] 128/4

registered [5] 1/17
146/3 166/3 166/21
167/22

regrets [1] 162/25

REHAB [1] 1/4

related [8] 8/20 17/18
21/2 28/10 34/5 75/19
161/4 166/13

relating [1] 155/7

relation [2] 5/18 166/7

relations [8] 34/6 34/7
38/15 83/3 83/6 83/20
85/24 122/6

relationship [11] 39/5
39/10 75/13 76/10
76/16 106/7 106/24
122/16 149/8 151/23
151/23

relative [1] 41/24

relatively [3] 39/17
150/14 154/24

relayed [1] 161/13

relevant [2] 105/9
131/9

relied [1] 73/14

reluctant [1] 113/3

remainder [2] 20/6

remaining [1] 20/9

remember [11] 16/16
40/16 41/8 53/6 53/13
53/17 86/25 125/10
149/1 150/18 153/24

remind [1] 122/11

remotely [2] 1/10
48/11

reorient [1] 144/6

repair [1] 106/6

repairing [1] 39/4

repeat [9] 20/7 27/10
30/23 31/1 46/13 53/25
95/18 127/7 155/3

repeated [1] 69/1

repeating [1] 163/9

rephrase [1] 160/24

report [6] 10/20 10/21
10/23 12/15 12/21 77/7

reported [10] 12/22
30/6 30/11 69/5 76/3
76/7 157/11 157/13
158/17 162/5

Reporter [1] 1/17
166/4 166/21 167/22

REPORTER'S [1]
166/1

reporting [4] 77/11
167/1 168/1 168/21

represent [4] 10/17
22/18 152/9 153/9

represented [1] 22/7

representing [2] 10/1
22/10

request [5] 8/21 8/24
96/21 132/15 133/7

requesting [1] 129/6

requests [2] 63/17
63/20

require [2] 103/7
103/16

required [2] 77/5 90/20

requirements [1] 104/6

requires [1] 145/25

reread [1] 83/25

reservations [1] 83/22

reshape [1] 142/1

resolution [1] 152/1

resource [4] 1/7 11/23
12/1 123/20

resources [22] 10/4
11/2 11/6 11/21 12/13
13/15 13/19 14/10
14/20 15/8 15/9 15/17
16/5 27/7 27/14 31/4
54/17 84/15 85/23 90/9
106/19 149/23

respect [9] 24/13 26/21
35/15 61/6 61/19 70/3
81/19 122/18 134/11

respectfully [1] 55/7

respond [7] 60/7 90/2
91/9 97/19 97/21 135/3
162/14

responds [1] 129/10

response [14] 16/23
20/18 22/11 71/3 71/24
89/25 116/2 116/19

responsibilities [3]
78/20 83/20 160/20

responsibility [15]
10/16 14/3 31/19 32/1
32/4 33/11 78/9 92/2
108/2 108/8 124/15
142/12 142/17 142/24
143/4

responsible [3] 78/4
78/17 142/5

responsive [2] 84/16
121/25

rest [2] 19/23 69/6

restart [1] 44/16 57/12

restate [1] 30/1

restroom [1] 44/6

resume [1] 92/22

retaliation [68] 28/12
28/15 28/21 28/25 29/3
29/9 29/18 56/22 57/15
58/1 65/12 67/11 67/15
69/8 69/20 70/2 71/21
72/12 72/19 73/5 74/1
75/3 75/9 75/20 76/12
78/6 78/14 78/18 82/7
82/18 82/25 83/10
84/20 86/16 86/24
87/13 88/15 88/18
93/18 95/23 97/11
97/24 98/1 98/7 98/11
98/24 99/3 99/10 101/8
101/13 115/1 122/22
123/2 123/17 124/12
127/15 128/15 131/19
131/25 132/4 132/9
133/24 137/11 141/5
141/14 142/19 151/13
161/21

retaliatory [3] 73/9
98/15 159/3

retiring [1] 10/14

return [2] 44/10 167/13

Revenue [2] 15/17
15/25

review [20] 9/10 16/15
16/23 20/14 20/21 21/5
31/8 31/12 33/14 37/1
41/16 42/11 56/24
80/19 100/17 101/6
119/10 129/18 153/11
160/4

Review 1 [1] 129/18

reviewed [18] 35/23
42/5 42/13 42/17 42/22
42/24 49/1 56/14 73/6
73/10 101/22 102/1
102/10 104/19 117/3
117/5 140/13 160/1

reviewer [1] 41/6

reviewing [12] 16/17
34/19 37/5 43/4 71/3
71/24 100/25 101/17
104/3 130/10 135/24
140/23

reviews [8] 128/25
129/11 129/17 130/5
130/18 131/3 160/2

rewards [1] 34/11

right [52] 8/1 10/11
17/6 17/9 17/14 17/23
29/21 62/12 73/1 76/4
95/7 97/13 98/19
100/15 103/23 105/1
106/25 109/15 109/23
110/13 112/25 114/17
116/4 116/6 119/6
120/15 121/14 123/11
123/23 124/2 126/14
129/9 129/22 129/25
132/18 138/11 139/8
140/14 140/20 141/18
144/24 145/12 146/13
146/24 147/12 148/7
149/15 150/21 150/25
151/25 156/14 159/3

Rights [2] 17/2 37/2

righty [1] 164/7

RM [1] 129/17

role [17] 11/4 11/6
11/10 11/16 14/5 15/8
15/12 25/19 25/20 31/4
32/2 83/19 120/7 149/7
151/2 151/5 151/8

roles [2] 13/25 14/3

RPR [1] 167/22

Ruby [42] 2/17 3/10
3/15 3/17 5/9 17/21
18/16 18/24 19/2 19/9
20/10 38/12 39/5 39/9
47/19 47/20 52/9 60/2
62/8 70/4 73/8 112/15
114/21 118/18 119/14
120/24 128/21 128/25
129/11 130/19 133/20
134/12 134/23 136/4
137/8 137/10 138/7
139/18 148/15 152/15
154/7 159/14

Ruby's [7] 116/2 116/3
120/13 128/18 137/25
149/21 153/20

rude [1] 7/17

Rule [1] 167/15

ruled [1] 144/18

rules [3] 1/16 6/1
168/17

rumbling [1] 8/16

**S**

safe [2] 61/23 65/9

SAIC [2] 14/2 14/3

said [37] 15/4 47/23
49/16 57/14 72/14
73/10 79/16 79/17
82/11 88/9 92/23 93/21
93/25 94/7 94/7 95/6
95/11 95/14 97/13
101/11 101/16 107/13
122/20 123/21 125/8
128/17 140/12 141/16
150/11 153/9 153/10
154/22 154/22 156/16
156/25 162/25 166/8

same [13] 6/2 19/4
24/6 24/9 28/12 35/15

65/19 120/25 133/23
145/25 154/13 154/19
165/1

satisfactory [1] 160/6

save [1] 12/19

saw [3] 23/24 137/12
138/10

say [32] 6/9 7/9 7/16
7/16 7/24 8/8 11/7
21/14 23/11 23/14
26/23 28/4 28/9 28/24
32/21 35/12 36/8 37/16
39/24 47/6 76/19 81/8
112/24 132/5 145/1
145/3 160/17 162/22
163/4 163/24 163/25
164/1

saying [19] 6/17 6/17
6/18 6/23 38/21 42/7
42/12 53/6 53/8 99/6
104/24 107/20 107/22
109/16 129/10 129/21
138/6 153/24 153/25

scenarios [2] 61/21
62/13

Schacht [19] 23/5
23/22 68/6 70/22 71/1
71/11 115/11 115/16
115/22 116/14 118/13
120/12 127/22 128/2
128/5 133/24 133/25
136/4 162/6

science [1] 15/1

scope [5] 78/19 92/2
93/1 93/5 122/7

scroll [4] 62/2 115/7
127/18 132/19

scrutiny [2] 63/18 69/8

sdittmer [2] 167/1
168/1

se [1] 86/2

SEAN [34] 1/9 3/8 3/10
3/12 3/15 3/17 5/2 5/12
18/16 18/24 19/9 19/13
19/18 20/3 20/10 20/16
26/9 59/20 71/2 91/3
112/15 119/1 119/5
129/10 133/6 134/18
137/2 148/5 152/14
165/1 165/18 167/6
167/11 168/10

second [6] 67/25 135/8
137/18 140/10 150/24
153/18

secondary [2] 40/3
40/8

see [34] 7/22 17/14
19/21 39/4 41/10 59/22
61/5 61/8 61/11 61/16
62/7 62/7 64/4 68/8
70/24 80/17 96/10
106/11 108/19 110/7
115/14 119/3 121/21

**S**

see... [11] 129/7
129/11 129/13 129/19
129/20 130/1 133/3
152/16 154/5 154/14
156/1

seeing [5] 62/25 66/23
70/7 106/6 129/23

seeking [1] 91/25

seem [12] 42/20 58/6
70/18 73/19 99/14
102/23 114/14 123/9
147/6 157/17 159/2
159/7

seemed [5] 58/15
102/8 103/7 106/3
149/9

seems [13] 8/13 28/9
36/21 53/3 64/19 72/1
72/7 100/19 100/22
102/15 150/14 154/6
154/24

seen [7] 48/21 60/22
66/24 132/3 135/21
135/23 139/14

select [2] 20/21 78/16

selected [4] 20/24 21/5
78/12 82/6

self [3] 11/15 102/4
102/8

self-employed [1]
11/15

self-explanatory [2]
102/4 102/8

send [8] 20/22 79/24
80/18 111/18 119/14
128/20 131/3 140/22

sending [4] 58/20 88/3
112/8 148/14

sense [12] 7/13 8/11
8/25 9/8 39/16 42/20
49/22 58/17 59/1
130/19 138/21 139/7

sensitive [1] 84/10

sent [22] 60/2 60/20
114/7 115/16 116/14
117/6 127/23 128/21
129/5 132/15 133/24
134/23 136/4 137/8
137/10 137/23 138/5
138/8 138/13 138/18
138/22 152/19

sentence [2] 6/25
61/20

sentences [1] 6/24

separate [1] 28/16

separating [1] 10/14

separation [7] 25/4
25/5 34/9 34/23 139/17
139/18 139/19

September [5] 36/25
37/9 109/10 109/15
109/19

September 1 [2] 36/25
37/9

series [2] 43/9 133/12

serious [1] 144/19

seriously [6] 90/2 90/3

97/21 97/22 145/5
146/1

serve [1] 105/24

served [1] 24/18

server [1] 22/1

Service [2] 15/17 15/25

serving [2] 114/21
114/25

sessions [2] 114/8
118/8

set [3] 112/25 129/2
168/18

setting [1] 69/13

settings [1] 113/14

settlement [1] 168/19

several [9] 16/25 22/5
26/11 33/24 34/1 55/10
55/25 69/1 76/23

severance [3] 26/16
33/3 33/6

share [7] 79/16 112/6
114/12 134/9 147/21
149/17 151/9

shared [9] 21/4 52/1
60/5 72/15 114/3
133/14 135/1 139/12
154/7

sharing [4] 59/5 72/25
115/4 136/16

she [60] 9/3 9/4 9/6
22/22 25/20 29/15
29/17 29/18 29/21 30/5
30/10 39/21 39/24
41/16 41/23 42/4 42/6
42/11 42/17 42/18
42/24 48/21 49/13
49/14 49/15 50/9 50/15
50/17 50/18 50/19
50/19 50/20 50/22 51/1
51/1 109/5 109/8
113/13 113/14 113/21
114/21 117/13 117/15
117/15 117/25 121/17
128/14 128/22 129/7
130/13 130/16 132/15
134/3 137/25 138/18
151/5 156/2 158/19
160/13 164/2

she's [4] 72/11 133/11
137/11 164/1

sheet [1] 167/14

sheets [2] 165/2
167/13

Shelly [1] 95/9

short [1] 124/19

shorthand [1] 166/9

shortly [2] 158/6
158/18

should [6] 41/12 90/1
91/16 106/5 132/5
165/4

shouldn't [1] 116/3

show [4] 58/18 60/14
67/18 111/13

showing [1] 58/19

shows [1] 94/6

SHRM [148] 3/9 3/11
3/14 3/16 3/18 11/22
11/25 12/5 12/8 12/12

113/1 13/5 13/8 13/10
13/11 13/12 14/6 14/12
14/14 14/16 16/25
17/19 18/4 18/7 18/12
18/18 19/1 19/8 19/12
19/16 19/25 20/7 20/9
20/13 22/10 22/12
22/22 23/12 24/24 25/2
25/6 25/8 25/12 26/15
26/18 26/19 26/21
26/23 29/19 31/4 31/12
31/21 32/15 33/2 33/7
36/6 36/24 51/10 53/20
54/3 54/13 54/17 54/20
55/2 59/14 59/14 59/18
62/21 63/5 63/8 63/11
64/6 64/10 66/1 66/6
66/8 67/25 68/5 69/13
69/24 70/20 73/3 75/12
77/8 77/12 77/24 83/1
84/21 85/16 85/19
101/5 105/8 105/11
105/16 105/20 107/3
107/6 107/18 107/20
108/1 108/7 112/9
115/9 118/12 118/24
120/10 122/2 126/11
126/12 127/5 127/9
127/18 130/20 130/21
131/17 132/25 133/18
134/16 137/2 137/19
139/25 140/10 141/4
141/12 143/18 144/1
144/7 144/13 145/5
148/1 151/20 151/25
152/4 152/11 152/11
153/17 154/11 155/24
160/6 161/24 163/11
163/21 167/8 168/6

SHRM 0459 [1] 59/18

SHRM 0541 [1] 118/24

SHRM 0543 [1] 115/9

SHRM's [9] 21/16
30/22 32/5 69/3 69/21
107/5 142/25 146/23
147/3

sic [5] 16/11 37/23
119/13 127/5 156/22

sign [1] 168/15

signature [10] 20/1
62/5 62/7 164/10
164/12 166/16 167/10
167/11 167/13 168/11

Signed [2] 168/12
168/13

significant [4] 66/10
67/5 98/18 110/12

significantly [2] 142/1
142/2

similar [2] 69/19
108/17

similarly [2] 7/1 84/10

simply [1] 104/24

since [7] 11/11 16/1
24/24 69/2 82/22
105/14 168/18

sincerely [2] 69/25
167/21

single [1] 35/13

sirens [1] 127/2

sitting [1] 63/2

situation [11] 32/22
47/8 109/17 111/2
121/25 122/6 145/16
151/19 151/21 155/14
162/17

situational [5] 102/23
102/25 103/1 103/6
103/16

situations [4] 38/12
84/11 126/7 151/16

size [1] 32/24

SKC [3] 1/2 167/8
168/7

skill [1] 14/21

skills [1] 14/21

skin [1] 91/16

small [2] 39/17 121/2

so [192]

social [1] 24/21

society [4] 1/7 11/22
11/25 74/12

solicit [1] 55/8

solicited [1] 100/14

solid [2] 130/13 130/22

solution [2] 151/15
151/20

some [34] 6/1 8/6 9/2
11/17 12/19 16/15
22/16 22/17 24/21 36/2
36/7 36/9 41/12 42/1
50/1 50/24 50/25 62/12
86/21 91/4 91/25 99/13
113/12 117/12 122/1
122/1 126/21 143/8
148/18 148/19 149/2
149/5 149/21 152/25

somebody [6] 48/13
109/13 109/18 110/4
114/1 123/19

someone [26] 20/22
26/14 33/13 45/22
46/16 49/24 70/16
74/16 76/24 83/15 84/3
94/20 106/12 108/12
108/14 110/1 110/16
110/24 117/20 123/22
141/17 141/20 155/1
155/10 156/16 158/15

something [21] 9/4
9/14 23/16 25/10 26/3
27/11 45/23 58/14
73/22 73/23 85/9
100/22 100/23 104/3
122/14 125/20 142/8
154/7 155/13 163/11
163/24

sometime [3] 8/12 24/8
85/11

sometimes [4] 8/12
113/15 113/16 136/9

somewhat [2] 6/11
12/1

somewhere [3] 28/5
48/1 102/9

sorry [16] 17/7 27/10
30/23 33/4 46/13 47/25

61/22 66/15 85/4 85/6
89/24 118/13 128/11
136/18 138/15 154/11

sorts [2] 150/7 152/1

sounds [7] 11/4 16/24
19/20 73/22 113/23
131/11 157/7

source [2] 123/6 161/9

space [1] 65/9

speak [6] 6/15 6/22
23/1 23/4 124/24
143/15

speaking [10] 22/4
23/23 47/20 71/11
81/22 82/2 108/18
113/12 125/3 162/21

special [2] 6/15 77/10

specialized [1] 86/15

specially [1] 86/9

specific [26] 27/23
32/24 33/25 34/8 35/3
37/14 37/18 37/25 38/8
38/19 39/9 42/12 42/19
44/4 50/21 53/4 53/8
57/3 84/24 104/25
105/2 105/3 117/7
130/6 131/5 146/10

specifically [32] 34/3
36/22 39/7 39/21 42/8
42/13 43/18 49/16
50/13 50/16 53/23
61/16 67/14 67/16 68/1
70/14 71/14 72/1 72/15
73/20 74/8 83/5 90/20
91/14 106/9 110/6
123/5 131/4 132/10
135/24 139/21 147/19

specifics [2] 40/22
74/15

spell [1] 5/10

spent [2] 68/14 69/23

SPITTELL [20] 2/13
6/17 9/2 16/12 21/10
22/2 23/2 45/4 45/7
66/19 79/3 79/17 80/3
80/6 82/3 96/14 96/17
124/25 167/4 167/9

Spittell's [1] 16/22

spittellk [1] 2/15

spoke [5] 23/8 23/14
45/5 51/24 64/13 64/16
71/2 75/7

spoken [4] 22/2 64/14
64/17 81/19

spreadsheet [1]
129/16

SS [1] 153/18

stack [1] 139/21

staff [5] 31/10 33/14
34/10 75/12 121/2

stages [1] 162/14

stamp [1] 17/14

stamped [2] 17/5 17/8

stand [2] 32/9 85/17

standpoint [1] 14/7

stands [4] 53/12 53/16
56/9 57/2

start [5] 7/6 13/2 18/9
62/23 126/13

Case No. 1:22-cv-01032-PKC-JAM Document 40-83 filed 09/06/23 USDC Colorado pg 185 of 188

# S

**started [8]** 12/8 13/3 13/23 15/8 15/12 15/13 68/21 69/6
**starts [2]** 134/5 152/10
**state [4]** 5/10 59/12 141/3 166/4
**stated [1]** 29/1
**statement [10]** 16/18 16/25 37/2 42/12 42/19 43/9 54/8 63/14 64/2 65/7
**STATES [1]** 1/1
**status [2]** 22/17 134/6
**statutory [2]** 79/22 80/18
**stenographical [1]** 9/13
**step [2]** 25/24 49/19
**stepping [1]** 151/7
**steps [13]** 32/24 33/25 51/22 57/3 101/20 106/11 108/11 108/14 143/16 151/17 151/18 158/12 161/7
**still [7]** 7/7 9/5 118/8 136/23 144/8 144/15 150/1
**stipulation [1]** 168/14
**stomach [1]** 8/16
**stood [1]** 102/3
**stop [1]** 94/13
**stopped [2]** 77/11 105/11
**stopping [1]** 97/2
**strategy [2]** 10/18 10/19
**stream [1]** 8/10
**Street [5]** 2/4 2/8 2/14 167/5 168/5
**stricter [1]** 63/18
**strike [2]** 38/21 55/11
**strong [2]** 130/13 161/3
**students [2]** 113/15 113/16
**studies [1]** 15/2
**study [1]** 85/20
**studying [1]** 16/6
**stuff [1]** 44/17
**sub [1]** 64/3
**sub-bullet [1]** 64/3
**subject [18]** 19/2 19/8 19/13 20/5 20/11 20/13 35/13 79/12 79/15 79/21 79/23 80/11 80/14 80/15 85/20 124/1 145/9 148/4
**subjected [2]** 63/18 69/7
**subjecting [1]** 158/19
**subjective [7]** 102/24 103/2 103/9 103/11 103/22 104/5 104/9
**submission [1]** 41/9
**submitted [6]** 17/1 41/16 42/5 63/20 114/10 134/6

**Subscribed [1]** 165/19
**subsequent [1]** 14/3
**subsequently [2]** 14/1 24/12
**substance [5]** 9/14 19/17 79/16 80/4 80/10
**substantiated [1]** 99/2
**successful [1]** 70/1
**successfully [1]** 69/15
**such [8]** 54/14 54/21 66/11 67/6 75/2 83/16 84/3 161/5
**suggest [2]** 91/3 116/1
**suggests [1]** 120/12
**suite [6]** 2/4 2/8 2/14 26/2 167/5 168/5
**SULLIVAN [46]** 1/9 3/8 3/11 3/13 3/15 3/17 5/2 5/7 5/12 5/14 9/18 18/16 18/24 19/9 19/13 19/18 20/3 20/10 20/16 44/25 59/8 59/20 79/2 81/10 85/8 92/13 92/15 92/20 93/10 96/4 96/13 97/9 104/12 112/15 119/1 119/5 124/24 127/3 134/18 137/2 152/15 159/13 165/1 165/18 167/6 168/10
**SULLIVAN's [1]** 167/11
**summary [5]** 82/11 97/12 99/8 104/8 150/11
**summer [1]** 76/12
**supervised [7]** 27/15 28/15 28/22 77/14 77/19 98/22 161/20
**supervising [2]** 29/6 57/19
**supervision [2]** 77/1 77/6
**supervisor [3]** 39/12 39/15 50/3
**supplement [4]** 45/6 82/1 96/16 125/2
**support [8]** 31/13 69/15 69/17 116/5 120/16 120/24 121/20 144/22
**supported [3]** 30/6 30/15 31/15
**supporting [1]** 143/4
**sure [41]** 6/2 7/17 8/5 8/23 14/17 17/11 27/12 30/25 32/18 32/19 32/23 44/18 46/15 46/22 59/2 66/18 73/21 76/15 76/22 87/21 90/20 94/6 95/15 97/23 103/19 103/20 103/21 104/13 118/10 129/1 131/7 132/21 137/13 137/21 140/3 141/8 142/3 154/25 155/5 155/9 155/11
**surprise [2]** 57/6 160/9
**surprised [1]** 130/17
**suspect [1]** 107/24
**suspicious [1]** 158/16

**sweep [1]** 2/3 2/3 3/5 5/6 5/8 10/8 17/7 27/10 27/20 30/23 31/25 74/3 80/8 95/10 122/6 163/8 168/4 168/4 168/9
**swainemploymentlaw. com [1]** 2/5
**sworn [4]** 5/3 6/5 165/19 166/6

# T

**table [2]** 116/5 120/15
**take [49]** 6/15 7/10 7/24 8/5 8/14 8/21 14/4 26/14 31/19 32/25 40/24 42/21 51/22 78/22 91/6 91/7 91/18 92/7 92/9 92/20 92/21 93/12 94/2 94/10 95/2 96/3 96/21 97/2 97/20 102/7 108/14 109/9 112/25 113/1 124/19 136/14 140/7 141/6 142/1 142/11 142/17 142/24 143/3 143/16 145/25 152/25 153/11 159/8 164/12
**taken [17]** 1/16 5/23 14/18 44/23 46/6 46/24 78/25 96/11 97/22 106/11 124/22 142/10 144/5 158/12 159/11 166/9 167/7
**taking [10]** 25/20 32/4 68/16 95/7 96/6 96/22 97/4 126/16 151/17 161/7
**talent [3]** 10/11 85/25 85/25
**talk [15]** 38/9 45/3 47/18 75/17 75/23 79/3 81/9 88/12 91/5 92/8 92/21 96/14 105/8 105/22 147/15
**talked [2]** 25/22 49/14
**talking [12]** 7/7 45/7 45/10 47/17 53/22 54/18 91/9 91/14 96/17 136/1 143/15 144/24
**task [1]** 131/21
**tasked [2]** 72/17 84/19 86/22
**tasks [1]** 69/17
**Taylor [10]** 12/23 12/24 23/6 24/16 24/23 25/1 25/7 143/8 143/12 143/14
**team [13]** 20/14 30/22 31/11 34/17 51/8 52/10 56/1 61/7 63/20 65/19 70/1 149/23 160/20
**telephone [1]** 48/18
**tell [8]** 34/15 42/4 74/6 84/25 100/2 106/2 112/7 113/10
**telling [6]** 6/6 42/17 53/13 53/17 118/13 126/21
**ten [1]** 45/15

**tend [2]** 6/21 7/12
**tens [1]** 27/21
**tenure [2]** 33/8 36/5
**term [5]** 40/20 63/23 125/8 125/19 126/6
**terminate [13]** 31/20 35/1 35/22 36/2 37/12 43/22 45/11 46/8 47/2 47/13 88/1 143/19 151/25
**terminated [8]** 33/9 36/24 39/19 39/25 43/18 47/24 109/22 158/3
**terminating [5]** 30/21 31/16 38/4 40/6 41/17
**termination [53]** 31/7 32/10 32/13 32/15 32/16 32/17 33/2 33/3 33/5 33/9 33/12 33/21 34/14 35/8 35/13 35/19 36/6 36/15 36/18 37/11 37/22 38/3 38/14 38/17 38/25 40/11 40/18 45/14 46/6 46/7 46/25 47/1 78/9 98/15 116/6 116/10 120/17 120/24 121/21 122/3 122/8 139/24 140/5 143/5 143/9 143/21 144/2 144/5 144/8 144/14 145/6 157/1 158/16
**terminations [3]** 31/5 32/7 35/15
**terminology [1]** 103/12
**terms [19]** 10/6 10/7 10/18 29/11 38/21 41/7 43/11 47/10 48/25 51/20 76/21 83/3 85/20 109/8 122/16 125/14 136/7 138/1 163/19
**tertiary [2]** 40/3 40/8
**test [1]** 7/22
**testified [8]** 5/4 32/6 34/12 43/17 47/12 86/21 87/25 131/23
**testify [2]** 79/12 166/6
**testimony [14]** 9/15 30/13 52/16 79/5 80/6 80/21 81/13 81/18 81/23 100/24 136/11 137/9 165/2 166/12
**text [3]** 23/16 59/24 115/19
**than [16]** 6/11 21/24 23/2 31/16 37/18 38/25 39/23 40/11 50/19 50/23 51/7 109/19 152/9 157/4 160/12 161/1
**thank [12]** 6/4 8/8 8/19 20/20 45/2 48/4 97/5 119/9 126/19 142/16 150/17 167/20
**Thanks [4]** 44/22 116/22 129/10 134/10
**that [808]**
**that's [75]** 10/15 15/10 22/1 24/13 26/25 28/19

37/4 44/21 45/25 45/25 46/3 46/4 47/25 48/2 48/8 48/9 52/21 53/19 61/3 61/3 62/3 65/8 68/1 70/20 72/24 75/16 76/2 76/5 79/13 81/13 91/8 91/23 92/23 93/7 93/11 96/24 101/19 103/12 106/20 107/1 107/12 111/13 111/17 112/9 115/5 115/8 117/7 119/12 120/10 122/8 122/24 123/4 123/10 125/15 127/4 127/21 130/24 131/14 132/19 133/23 137/13 137/13 137/24 140/6 140/15 141/19 153/15 153/19 154/7 155/12 156/20 159/19 161/18 162/20 162/20
**their [8]** 22/17 26/4 30/15 36/1 49/24 55/14 125/21 160/22
**them [25]** 19/24 20/6 20/22 40/22 41/10 41/24 43/1 46/17 56/4 64/25 66/13 67/7 69/1 69/11 73/10 87/3 90/3 97/4 98/18 131/20 135/19 138/23 140/23 158/19 158/19
**themselves [1]** 129/24
**then [31]** 6/25 6/25 7/1 10/13 14/5 18/9 20/17 22/21 26/4 29/17 35/23 37/13 43/22 45/21 46/3 52/2 58/23 64/1 65/17 81/8 97/2 100/11 103/12 103/14 129/15 129/17 143/16 144/4 147/13 148/9 155/12
**there [52]** 8/13 11/1 11/3 14/4 16/18 17/18 22/16 29/18 34/24 36/9 36/14 36/17 38/13 39/4 39/14 39/14 39/24 40/10 40/13 41/12 43/5 43/8 43/9 55/1 61/10 64/1 74/7 74/13 75/14 77/23 90/22 90/24 93/21 103/15 104/17 106/11 107/25 109/3 110/7 111/3 116/6 131/4 131/8 131/12 134/9 143/16 148/22 160/8 162/2 163/8 163/12
**there's [15]** 7/8 8/22 26/13 70/22 94/8 94/13 94/19 95/5 95/6 96/8 107/16 115/11 121/9 153/16 163/4
**thereafter [1]** 166/10
**these [20]** 41/5 41/9 63/6 63/9 64/7 64/10 64/19 64/23 66/7 66/12 67/6 88/23 110/9 148/5 149/12 150/7 152/19

Case No. 1:22-cv-01032-PKC-AS Document 40-63 filed 06/01/2024 USDC Colorado pg 186 of 188

# T

**these... [3]** 153/8
153/24 154/21

**they [19]** 28/16 36/1
40/19 55/6 55/14 65/10
65/11 87/7 109/2
118/10 119/17 125/21
130/1 146/19 147/20
147/20 149/20 149/20
158/6

**they're [3]** 83/17 84/4
134/4

**thick [1]** 19/21

**thing [1]** 7/12

**things [14]** 29/8 42/6
55/10 69/9 74/11 74/13
76/20 77/23 100/4
106/15 106/16 149/21
162/25 163/2

**think [83]** 7/3 8/6 8/17
10/7 26/10 26/11 26/12
26/13 28/1 28/4 32/2
32/21 41/12 44/5 45/13
46/5 46/23 48/22 51/2
57/22 58/14 66/15
66/20 87/18 88/16
89/10 89/18 92/12 93/2
93/6 93/16 95/21 99/5
102/14 107/6 107/24
108/1 108/7 109/25
110/18 111/2 119/21
120/5 120/20 121/1
121/12 121/24 121/25
122/5 123/13 125/14
125/16 125/16 126/4
126/6 130/24 138/1
145/23 146/8 146/10
148/19 148/20 149/2
150/15 153/7 153/15
153/17 153/19 153/19
153/21 154/2 154/3
157/20 158/2 158/4
158/11 160/8 161/4
161/11 161/25 162/18
163/21 164/1

**thinking [5]** 28/18 83/2
149/4 162/15 163/19

**thinks [1]** 163/10

**third [2]** 108/11 112/23

**this [129]** 7/22 11/11
16/12 16/14 16/21
17/18 21/2 21/20 22/8
22/14 24/18 24/24 25/1
29/12 42/13 43/15 47/9
58/19 58/20 60/1 60/4
60/12 60/16 60/22
62/11 62/18 63/1 63/11
64/15 64/18 64/19 66/8
66/23 68/4 69/20 70/7
71/3 72/5 73/18 74/20
75/24 80/23 81/10
81/13 89/11 90/11
90/19 90/20 90/21
91/10 91/19 94/9 94/15
100/7 103/2 104/19
105/10 105/15 105/19
109/9 109/11 110/2
111/21 111/25 112/18

112/25 113/1 113/4
115/19 115/24 116/3
119/19 120/6 120/14
122/9 126/16 127/13
128/3 130/22 131/18
131/25 132/4 132/6
134/22 134/25 135/14
135/21 137/17 137/12
137/21 137/24 137/25
138/6 138/12 138/13
139/4 139/14 139/19
140/12 140/16 141/1
141/3 141/11 141/17
141/20 141/21 142/5
142/10 143/3 149/25
150/24 151/16 151/18
152/10 152/11 154/14
154/16 155/6 157/4
162/1 162/22 162/22
162/23 163/5 163/20
165/19 166/15 166/17
167/20

**THOMAS [8]** 1/9 5/2
5/12 165/1 165/18
167/6 167/11 168/10

**Thompson [15]** 145/11
145/18 146/4 146/11
147/9 156/2 156/6
156/10 156/17 156/23
157/3 157/9 157/11
157/13 157/16

**thorough [3]** 45/23
88/9 98/12

**thoroughly [6]** 89/20
93/17 95/22 97/10
124/8 147/4

**those [64]** 16/15 20/21
20/24 21/3 23/18 28/14
28/24 33/12 34/14 38/5
39/23 40/1 40/6 40/15
42/24 43/4 51/21 52/1
52/3 52/3 52/5 52/11
53/1 54/6 55/10 56/3
56/16 57/19 58/3 61/13
66/2 73/8 83/4 84/12
86/4 86/25 87/10 87/15
87/20 88/22 90/2 91/15
97/20 97/21 99/2
110/16 110/19 110/19
110/21 121/3 130/4
130/10 145/20 146/12
146/12 146/22 147/18
148/16 149/23 160/19
160/21 161/1 161/23
161/25

**though [8]** 46/16 49/14
64/19 87/16 134/4
136/18 147/11 156/14

**thought [3]** 110/3
126/23 137/13

**thoughts [1]** 153/20

**three [3]** 13/6 26/19
74/4

**through [26]** 6/1 10/11
14/12 19/23 26/11
26/12 28/5 32/14 32/17
33/23 34/13 45/19 54/9
65/24 104/25 105/9
108/16 108/22 122/14

**throughout [5]** 13/9
57/21 86/20 145/3
161/21

**Thursday [2]** 1/13
20/15

**time [82]** 8/2 8/7 8/17
12/19 12/25 13/12
22/21 23/8 23/21 23/24
24/2 24/7 24/10 24/15
25/7 25/16 25/20 26/20
33/1 35/3 37/10 37/14
37/15 37/16 40/23 44/5
44/11 44/12 44/12
45/20 46/1 47/21 48/1
50/7 51/18 51/24 53/23
54/17 54/21 55/4 66/24
67/17 68/14 74/8 74/11
74/14 75/22 75/25 76/7
76/18 78/23 85/12
87/11 102/15 103/8
109/12 118/3 118/19
120/25 124/16 130/12
131/1 131/10 144/22
144/24 145/1 145/25
148/23 149/9 149/25
153/20 157/6 159/16
159/18 160/9 160/14
162/16 162/22 163/19
166/9 167/17 168/15

**timeline [2]** 44/4 140/2

**timeliness [1]** 44/15

**timely [1]** 113/1

**times [9]** 7/15 7/24
21/9 48/16 69/1 76/23
99/1 107/14 161/5

**timing [1]** 22/6

**title [8]** 10/3 11/1 13/11
13/13 75/24 152/7
152/14 154/14

**titles [1]** 13/10

**today [11]** 6/3 6/9 6/10
28/8 91/24 92/15 93/5
132/20 135/8 135/13
164/13

**today's [11]** 16/9 16/11
20/22 21/6 21/10 21/17
22/3 23/2 23/19 86/20
140/13

**together [6]** 28/24
35/11 101/12 110/5
110/10 110/21

**told [4]** 53/7 92/24
155/1 155/9

**tomorrow [1]** 128/3

**tone [1]** 68/22

**too [3]** 114/15 145/11
148/21

**took [5]** 14/2 45/11
101/20 108/11 160/24

**top [12]** 3/8 3/12 19/16
19/17 20/1 62/23 63/15
68/2 70/22 113/23
127/6 156/1

**topics [2]** 80/3 86/4

**total [4]** 21/1 28/20
29/2 34/11

**touch [1]** 117/2

**touched [1]** 76/22

**Touching [2]** 19/13
20/5

**towards [3]** 41/13
45/20 86/10

**track [4]** 39/10 111/22
115/25 153/3

**trade [1]** 9/25

**training [3]** 40/19
84/17 86/9

**transcribed [2]** 6/10
148/17

**transcribing [1]** 7/9

**transcript [5]** 9/11
165/1 166/11 167/12
167/23

**transcription [1]**
153/18

**transition [1]** 25/23

**treat [2]** 55/7 90/2

**treated [9]** 29/15 49/14
50/19 50/22 61/6 61/19
65/18 91/17 163/21

**treating [2]** 52/25
53/14

**treatment [4]** 29/18
68/25 69/9 98/12

**tremendously [1]**
77/24

**trial [4]** 167/17 167/18
168/15 168/18

**trigger [3]** 146/6
146/23 147/3

**troubled [1]** 68/20

**true [6]** 43/21 77/11
96/24 130/12 165/2
166/11

**trust [2]** 111/3 111/6

**truth [5]** 6/7 74/6 166/7

**truthfully [1]** 93/3

**TRW [1]** 13/25

**try [6]** 41/1 75/13 106/6
150/8 151/15 151/18

**trying [14]** 20/24 33/4
39/3 39/9 75/11 81/2
81/7 113/25 121/24
125/17 142/8 149/10
150/17 159/24

**Tufts [1]** 14/5

**turn [3]** 78/9 132/12
139/10

**turned [2]** 106/20
143/14

**two [42]** 10/7 20/9
21/15 34/14 38/5 39/21
39/23 40/1 40/15
40/17 40/19 41/5 41/9
51/17 52/5 52/23 64/1
64/20 65/17 65/22
77/15 77/18 86/4 110/5
110/9 110/21 121/3
138/5 147/15 149/12
150/7 157/4 157/4
157/20 158/2 158/5
158/17 160/19 161/1

**two minutes [1]**
127/23

**two years [1]** 77/15

**type [1]** 92/17

**Typed [2]** 3/15 3/17

**Typed-up [2]** 3/15 3/17

**typewritten [1]** 166/10

**typical [5]** 35/10 140/1
151/9 151/14 151/15

**typically [8]** 33/13
33/14 35/16 36/5 36/12
126/4 154/4 155/13

# U

**uh [9]** 7/11 7/11 7/16
19/7 64/5 103/24
104/14 128/9 134/20

**uh-huh [8]** 7/11 7/16
19/7 64/5 103/24
104/14 128/9 134/20

**ultimate [1]** 105/5

**ultimately [2]** 29/19
56/19

**unable [2]** 39/22 39/24

**unambiguous [2]**
72/12 75/3

**unanswered [1]** 116/3

**unaware [1]** 131/13

**uncommon [1]** 48/8

**under [5]** 6/5 6/7 10/15
64/3 125/21

**undergraduate [3]**
14/8 14/23 15/21

**underlying [2]** 58/9
135/15

**underneath [1]** 64/2

**understand [20]** 6/6
6/22 13/14 16/13 22/24
29/12 29/14 32/1 32/3
32/12 45/23 63/23
90/19 91/9 94/18
103/20 121/3 142/3
158/14 158/24

**understanding [4]**
22/9 51/21 100/9
125/19

**understands [1]** 93/4

**understood [7]** 6/19
7/4 8/15 17/16 43/15
49/17 129/25

**undertook [2]** 39/6
52/2

**undeserved [1]** 69/7

**unemployed [1]** 26/4

**unequal [3]** 91/13
91/13 91/13

**unfold [1]** 6/11

**unfolded [1]** 32/15

**Unfortunately [1]**
126/25

**unfounded [2]** 56/22
73/1

**unilaterally [1]** 94/20

**unique [1]** 32/22

**UNITED [1]** 1/1

**unknown [1]** 131/8

**unlawful [1]** 107/7

**unless [2]** 9/6 102/3

**unrealistic [1]** 69/14

**Unsigned [4]** 168/14
168/16 168/18 168/21

Case No. 1:22-cv-01602-GPG-KAS Document 63-1 filed 06/05/24 USDC Colorado pg 187 of 188

**U**

**until** [12]  7/2 8/11 15/24 44/23 72/22 77/10 78/25 94/3 96/11 109/10 124/22 159/11

**unusual** [12]  26/2 38/9 38/13 122/8 122/9 153/1 157/20 158/2 158/4 158/11 159/2 159/7

**unwritten** [1]  54/24

**up** [31]  3/15 3/17 8/18 14/21 19/21 26/3 38/14 50/11 58/23 59/7 59/12 65/10 65/18 68/13 69/13 92/9 92/20 93/13 97/7 105/4 108/7 116/13 122/7 127/18 130/22 132/19 134/15 135/10 144/5 148/5 148/16

**update** [2]  71/2 129/11

**updated** [1]  161/7

**upon** [4]  36/10 130/9 160/4 163/10

**urgency** [3]  36/10 36/14 36/18

**us** [6]  10/12 69/22 75/10 123/6 143/13 152/11

**use** [3]  106/12 136/7 136/11

**used** [3]  123/19 150/18 160/25

**user** [1]  41/6

**usual** [2]  31/9 35/4

**utilize** [2]  102/18 104/18

**V**

**vacation** [2]  60/4 134/25

**vague** [1]  68/22

**vaguely** [1]  50/24

**vendor** [1]  51/2

**verbal** [1]  36/10

**verbally** [1]  104/13

**verify** [1]  104/3

**version** [1]  141/25

**versus** [2]  73/23 121/11

**very** [10]  15/15 25/23 62/2 68/20 74/3 77/22 115/7 132/24 141/15 158/16

**via** [5]  1/16 2/1 48/17 58/21 99/15

**vice** [3]  10/4 30/5 30/10

**video** [2]  48/17 94/13

**VIDEOCONFERENCE** [2]  1/9 2/1

**view** [3]  103/9 103/11 104/2

**viewed** [3]  130/21 150/7 160/6

**Virginia** [3]  5/16 5/17 25/19

**virtual** [1]  14/19

**virtue** [1]  22/11

**voluntary** [3]  25/3 25/5 26/5

**vs** [1]  1/6

**W**

**wait** [2]  7/1 8/11

**waived** [1]  168/11

**walk** [1]  32/14

**want** [23]  8/5 22/13 28/11 32/12 40/24 40/24 42/15 43/14 59/4 73/21 74/3 74/5 74/10 79/15 80/18 100/21 105/8 105/22 111/3 116/6 132/14 143/17 147/15

**wanted** [6]  14/16 48/3 109/17 110/4 128/18 149/6

**wanting** [1]  25/13

**wants** [4]  92/9 92/20 93/12 96/25

**warranted** [1]  119/11

**was** [277]

**wasn't** [7]  36/18 39/15 70/13 113/23 121/13 131/8 160/17

**watch** [1]  77/2

**waterfront** [1]  77/23

**way** [17]  5/17 6/10 32/2 32/16 39/4 50/22 58/20 65/23 101/11 103/14 110/9 118/7 124/13 144/4 150/15 151/11 161/15

**ways** [1]  6/14

**we** [112]  5/7 6/9 6/21 6/23 6/23 7/9 7/12 7/17 8/5 8/22 11/24 12/18 24/12 24/19 25/10 30/18 32/25 34/10 34/22 35/5 36/10 38/21 38/21 39/3 39/6 40/7 40/7 41/1 42/20 42/21 43/15 44/7 45/5 45/10 45/11 47/7 47/11 49/5 49/6 49/18 49/21 54/11 59/5 62/17 66/16 72/10 73/6 73/10 73/10 75/11 76/22 79/6 79/8 81/9 85/10 90/11 91/6 91/6 91/19 92/22 94/10 95/8 95/13 97/2 97/3 97/4 97/4 101/4 106/5 106/6 106/12 106/19 107/15 109/6 109/21 110/8 113/4 114/2 116/6 117/3 117/5 118/12 121/9 122/14 123/18 123/19 126/15 128/24 131/9 131/18 132/13 132/14 132/20 135/8 135/14 135/17 136/22 138/10 139/3 139/17 143/3 143/16 144/4 144/21 149/6 151/22 153/16 155/7 156/5

**we'll** [3]  75/17 95/2 97/6

**we're** [18]  6/2 8/10 54/18 68/1 73/21 91/9 91/14 93/14 93/21 94/2 94/7 94/16 95/12 96/6 107/13 121/10 126/25 127/5

**we've** [6]  6/12 22/4 47/17 78/3 86/20 87/20

**wear** [1]  120/21

**wearing** [2]  120/5 121/6

**week** [10]  16/12 19/3 19/8 20/12 60/4 60/8 76/23 113/5 134/25 135/4

**weekend** [1]  68/14

**weeks** [3]  69/12 157/4 157/4

**well** [51]  14/19 18/9 18/22 19/23 30/17 34/3 34/5 43/17 56/19 57/12 61/18 62/7 63/2 67/11 72/10 80/2 88/20 90/4 90/9 94/2 97/23 98/14 100/2 100/4 103/14 103/21 109/14 109/22 111/5 114/15 117/5 117/5 117/7 118/23 123/21 125/18 130/16 137/14 138/18 139/9 140/20 144/6 145/17 145/20 145/23 151/22 152/24 154/13 156/18 160/17 164/3

**well-known** [1]  80/2

**went** [6]  54/11 104/25 105/9 135/14 135/17 153/22

**were** [83]  11/12 11/15 12/9 16/6 26/16 28/8 28/13 28/15 39/3 39/24 40/1 40/6 40/10 40/19 41/8 43/5 43/9 43/10 45/10 45/24 47/10 50/25 52/25 53/14 54/16 55/1 55/6 56/22 60/11 64/20 65/18 73/1 73/9 74/11 74/13 75/11 77/23 86/9 95/9 100/18 106/11 106/22 106/22 107/2 109/2 110/12 118/8 118/10 118/12 118/17 119/17 121/24 122/11 122/13 124/6 125/17 125/21 129/6 130/1 130/9 131/9 131/12 131/21 136/1 136/22 137/23 139/25 147/20 149/13 149/20 150/9 155/7 156/23 157/22 158/3 158/5 158/17 160/19 161/24 161/2 162/17 164/13 164/17

**weren't** [2]  131/12 137/21

**what** [152]  5/14 6/16 6/17 6/17 6/22 7/3 9/23 10/3 10/5 12/11 13/24 14/22 14/25 15/3 15/11 16/9 17/17 18/11 18/13 18/17 19/4 19/5 19/11 19/15 25/12 25/15 28/19 28/25 29/12 29/14 30/17 31/4 34/3 34/15 38/10 38/23 40/3 40/16 41/8 41/16 43/7 45/17 47/10 48/2 48/18 48/21 49/12 50/14 50/15 50/17 51/22 52/4 54/7 55/6 60/11 61/22 64/10 73/3 74/8 75/24 77/2 77/4 79/16 79/16 80/4 82/11 84/8 84/17 85/4 85/14 85/17 85/19 92/2 92/16 92/24 92/25 93/1 93/4 95/14 97/12 100/2 100/5 101/19 101/20 102/15 102/15 102/17 103/6 103/20 104/8 105/5 105/6 106/2 106/3 106/19 106/23 107/20 108/14 109/16 110/3 111/17 111/20 111/23 112/4 112/7 113/10 113/12 113/7 121/2 121/10 122/1 122/2 122/11 122/17 122/20 122/25 123/5 123/7 123/11 125/12 125/17 126/20 129/15 130/8 130/11 131/9 132/8 134/5 137/13 137/24 139/16 144/24 146/13 147/19 149/1 149/4 149/5 149/6 150/8 150/1 151/2 151/17 153/9 153/10 154/22 154/2 160/11 160/17 161/2 162/16 163/25

**what's** [7]  11/19 17/11 17/25 22/19 103/1 136/14 161/9

**whatever** [1]  94/13

**when** [62]  8/6 9/3 12/4 12/8 12/8 13/2 15/20 15/24 22/21 23/8 23/14 23/21 24/2 24/6 24/9 24/15 26/16 28/13 28/20 29/17 32/12 38/14 41/12 44/1 47/19 50/5 55/2 59/6 65/10 65/18 67/13 67/21 69/17 72/8 72/24 74/11 83/19 89/19 91/15 92/15 94/19 96/20 97/3 104/12 104/18 106/18 106/20 109/11 111/15 112/11 120/12 123/12 125/5 125/19 132/22 137/12 139/25 140/5 143/13 145/23 151/11 159/13

**where** [16]  5/17 8/4 8/13 9/20 43/8 47/7 61/5 61/18 65/11 113/14 115/12 127/14 153/2 153/3 153/18 156/1

**WHEREOF** [1]  166/16

**WHEREUPON** [1]  164/17

**wherever** [1]  107/24

**whether** [8]  23/18 44/2 96/21 114/7 118/7 118/16 141/17 156/10

**which** [27]  7/9 7/11 13/25 16/16 18/10 34/18 49/1 49/13 59/6 63/15 68/4 74/14 103/16 106/9 106/9 112/6 114/3 117/10 128/14 136/15 137/11 138/15 139/11 140/10 152/3 160/8 168/13

**while** [18]  7/7 8/21 10/12 16/6 59/12 69/14 100/18 102/19 107/15 111/22 113/2 114/21 114/25 121/5 144/8 144/14 152/25 161/24

**white** [6]  50/23 51/7 63/20 65/19 69/10 69/16

**who** [37]  10/1 10/10 10/20 12/15 12/20 29/23 30/2 33/17 34/1 45/22 51/13 52/16 57/25 62/14 68/18 73/10 73/12 76/24 78/12 109/2 109/3 109/13 109/18 110/1 110/4 114/1 123/11 139/19 140/4 140/16 141/16 141/23 151/10 157/11 157/15 157/21 162/5

**who's** [1]  75/2

**whole** [1]  76/20

**whom** [3]  30/5 30/10 41/4

**whose** [2]  33/11 62/5

**why** [54]  18/8 25/12 26/1 26/13 39/18 41/1 43/3 44/21 45/13 45/25 46/3 46/5 46/24 49/11 56/8 64/16 78/16 82/20 88/22 89/13 89/23 90/11 90/17 90/20 91/1 91/9 91/11 93/7 97/17 98/7 102/13 110/15 111/1 111/11 115/19 117/8 117/15 117/21 117/24 118/4 118/5 120/4 121/8 121/18 121/18 123/10 123/21 129/7 130/16 131/2 144/20 149/17 152/22 160/8

**wife** [3]  25/16 25/17 25/22

**will** [29]  6/1 6/3 6/11 6/14 7/1 8/21 9/2 13/17

Case 1:22-cv-01002-CFC-CJB Document 40-63 Filed 08/04/23 Page 188 of 188 PageID # 188

**W**

**will... [21]** 58/20 58/21 58/22 58/23 59/17 60/7 60/14 67/24 77/23 91/9 97/1 97/3 97/4 116/21 126/14 135/3 139/10 142/23 147/21 148/22 152/9

**willfully [1]** 6/6
**willing [1]** 31/19
**window [3]** 8/13 21/24 59/9
**wish [3]** 42/10 117/13 117/16
**wishes [1]** 163/11
**within [14]** 1/17 30/22 31/12 58/10 82/8 85/10 107/7 107/17 149/22 157/4 157/22 158/18 164/17 167/15
**without [6]** 7/23 26/3 70/1 77/1 140/23 155/16
**witness [6]** 22/15 81/8 87/4 91/22 101/1 166/16
**witnesses [7]** 22/16 80/22 81/13 81/19 81/20 81/22 81/24
**woman [3]** 49/15 65/19 162/5
**women [2]** 157/21 158/2
**won't [1]** 121/23
**word [6]** 6/25 100/2 104/2 121/22 150/18 160/24
**words [5]** 53/4 53/9 116/6 136/11 142/11
**work [41]** 6/3 11/18 13/22 15/23 25/25 41/23 43/6 43/11 43/13 45/21 48/6 48/6 48/9 58/20 74/12 75/12 77/5 78/20 89/15 106/24 107/6 108/3 109/18 110/9 113/3 113/13 114/1 121/9 121/11 121/11 122/13 126/7 126/7 149/8 160/19 160/21 161/2 161/5 161/7 161/14 164/2
**worked [9]** 12/25 13/5 26/18 31/10 35/10 48/11 77/24 89/14 122/15
**workforce [1]** 162/17
**working [22]** 10/10 13/2 13/3 13/23 33/23 34/4 34/13 39/5 75/13 76/9 76/16 77/21 88/10 105/11 110/21 115/24 116/18 118/14 122/16 141/25 151/23 163/11
**workplace [11]** 61/23 74/12 91/15 91/15 91/17 106/15 108/2 114/17 151/16 158/13

**works [1]** 164/3
**world [2]** 126/5 126/5
**would [187]**
**wouldn't [5]** 49/22 139/2 139/7 147/4 163/19
**write [3]** 33/16 119/9 120/23
**writer [1]** 141/21
**writes [7]** 68/11 71/1 115/23 120/14 125/20 133/5 148/5
**writing [12]** 23/15 36/2 36/7 36/20 57/5 62/18 64/25 87/3 100/13 101/21 102/1 142/6
**written [9]** 42/1 54/23 62/11 99/8 100/17 100/25 101/6 123/8 142/9
**wrong [2]** 90/4 98/1
**wrongdoing [2]** 65/10 92/5
**wrote [3]** 33/17 141/17 142/5

**X**

**XXX [1]** 167/15

**Y**

**yeah [13]** 5/22 17/13 18/5 19/22 20/7 46/13 52/7 94/1 102/6 133/4 136/5 136/13 162/15
**year [11]** 11/11 12/7 14/22 15/3 15/11 24/18 26/4 27/6 27/13 90/9 162/2
**years [13]** 13/6 14/18 16/4 25/20 26/11 26/19 68/19 69/24 74/5 77/15 77/18 130/14 161/3
**yes [245]**
**yesterday [2]** 71/2 71/7
**yet [1]** 47/2
**you [776]**
**you directly [1]** 77/19
**you'll [1]** 9/10
**you're [29]** 6/5 6/17 8/16 16/24 17/11 22/15 32/1 34/1 42/23 46/2 59/12 75/15 81/2 81/5 90/8 90/9 91/21 92/4 92/16 94/10 95/8 107/20 118/22 119/16 128/12 129/20 143/6 155/17 164/9
**you've [9]** 6/5 8/23 28/14 57/14 63/2 66/20 91/5 111/20 161/19
**your [132]** 5/10 5/14 5/23 8/16 9/15 10/3 10/6 11/4 11/9 11/20 12/4 12/20 13/8 13/9 13/17 13/18 14/22 15/3 15/7 16/5 16/6 20/14 21/2 21/6 21/23 22/3 23/17 25/13 27/6 27/13

27/14 28/2 29/13 31/3 31/4 32/9 33/8 33/11 36/5 37/6 40/23 41/15 45/7 52/4 52/5 52/12 52/15 54/20 55/17 56/6 56/11 56/14 57/16 57/18 59/17 61/2 62/21 63/5 64/6 66/1 67/24 72/24 72/25 73/3 73/16 75/18 76/9 78/23 79/5 80/6 80/17 82/2 85/5 91/19 92/20 93/2 93/15 94/17 96/17 98/21 99/1 100/18 100/24 102/11 103/9 103/12 104/4 104/6 104/13 105/4 105/9 108/22 114/19 114/23 118/16 125/3 125/5 125/12 127/4 128/17 129/10 130/8 131/15 131/16 132/15 132/18 133/7 134/10 136/1 136/11 137/1 137/2 137/9 140/9 140/25 143/17 146/5 147/15 149/13 149/17 150/24 151/9 153/9 154/16 154/20 155/22 160/4 161/9 161/21 163/16 167/12 167/20
**yourself [2]** 17/1 111/20

**Z**

**Zoom [4]** 1/17 21/24 44/21 136/16
**Zoom's [1]** 58/21