UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01625-GPG-SKC

_____

REHAB MOHAMED,

     Plaintiff,

vs.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

     Defendant.

_____

VIDEOCONFERENCE DEPOSITION OF BERNÉE ELIZABETH LONG

APPEARING REMOTELY

_____

Friday, May 19, 2023

9:00 a.m.

PURSUANT TO NOTICE and the Federal Rules of Civil
Procedure, the above-entitled deposition was taken via
Zoom, on behalf of Plaintiff, before K. Michelle Dittmer,
Registered Professional Reporter and Notary Public within
Colorado.

EXHIBIT A-17

```
1    APPEARANCES: (VIA VIDEOCONFERENCE)

2    ON BEHALF OF THE PLAINTIFF:
             ARIEL B. DeFAZIO, ESQ.
3            Lowrey Parady Lebsack, LLC
             1490 North Lafayette Street, Suite 304
4            Denver, Colorado 80218
             Phone: 303-593-2595
5            Email: ariel@lowrey-parady.com

6            HUNTER A. SWAIN, ESQ.
             Swain Law, LLC
7            1490 North Lafayette Street, Suite 303
             Denver, Colorado 80218
8            Phone: 720-815-5281
             Email: hunter@swainemploymentlaw.com
9
     ON BEHALF OF THE DEFENDANT:
10           KATHERINE N. HOFFMAN, ESQ.
             Hall & Evans LLC
11           1001 17th Street, Suite 300
             Denver, Colorado 80202
12           Phone: 303-628-3300
             Email: hoffmank@hallevans.com
13

14   Also Present:  Ruby Mohamed

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2    EXAMINATION                                    PAGE

3    May 19, 2023

4    By Ms. DeFazio                                    5

5

6    EXHIBITS                              INITIAL REFERENCE

7    Exhibit 50    Email chain, top email to Sean Sullivan   69
                   and Bernée Long from Mike Jackson,
8                  dated 8/7/20
                   (SHRM 0205 - 0206)
9
     Exhibit 51    Email chain, top email to Ruby Mohamed    91
10                 from Bernée Long, dated 8/19/20
                   (MOHAMED 008109 - 008112)
11
     Exhibit 52    Email chain, top email to Bernée Long    102
12                 from Carolyn Barley, dated 8/27/20
                   (SHRM 0408 - 0411)
13
     Exhibit 53    Email chain, top email to Ruby Mohamed   103
14                 from Bernée Long, dated 8/27/20
                   (MOHAMED 010637 - 010638)
15

16

17

18

19

20

21

22

23

24

25

1    PRIOR MARKED EXHIBITS:

2    Exhibit 14                                                62

3    Exhibit 16                                               134

4    Exhibit 24                                               105

5    Exhibit 27                                               120

6    Exhibit 28                                                51

7    Exhibit 30                                                58

8    Exhibit 34                                               111

9    Exhibit 39                                               145

10    Exhibit 46                                              149

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case No. 1:22-cv-01032-PAB-SBP Document 141-83 filed 08/04/23 USDC Colorado pg 5 of pg 5 188

```
 1                    P R O C E E D I N G S
 2                    BERNÉE ELIZABETH LONG,
 3     having been first duly sworn, was examined and
 4     testified as follows:
 5                         EXAMINATION
 6     BY MS. DeFAZIO:
 7              Q.   Good morning, Ms. Long.  We met off the
 8     record, but my name again is Ariel DeFazio, and I'm one
 9     of Ruby Mohamed's attorneys in this case.
10              Can you please state your full name and
11     your home address for the record.
12              A.   Bernée Elizabeth Long, 6104 Townley Way,
13     McCalla, Alabama.  That's M-c-C-a-l-l-a.  35111.
14              Q.   Thank you for the spelling.
15              What is your current employment?
16              A.   I am no longer employed.
17              Q.   No longer --
18              A.   I'm retired.
19              Q.   Oh, good for you.
20              Was that an intentional decision,
21     hopefully?
22              A.   I guess it became intentional, yes.
23              Q.   Okay.  You did have your own company for
24     some time; is that right?
25              A.   I still do.
```

Case 1:22-cv-01616-GPG-KAS Document 40-3 Filed 08/04/23 USDC Colorado
pg 6 of 188

1                Q.    And that's GENersection, LLC?

2                A.    Uh-huh, yes.

3                Q.    And do you just no longer have a role with

4      that organization?

5                A.    Well, it was -- it's just me.  I guess I

6      don't think about that as being employed per se, so --

7                Q.    Sure.

8                A.    Yeah, that was just my interpretation of

9      the question, that I don't have an employer.  I have --

10               Q.    Gotcha.

11               A.    -- my own business, yeah.

12               Q.    Gotcha.  But you still have your own

13     business?

14               A.    Uh-huh.

15               Q.    Okay.  How much time do you spend, you

16     know, with it on a weekly basis?

17               A.    I don't know, but lots.  I guess I feel

18     like I'm not "not retired."

19               Q.    So you're retired from working for someone

20     else, but not for yourself?

21               A.    Exactly, I guess, yes.

22               Q.    Okay.  What is your role at that

23     organization?

24               A.    I'm the founder of it.

25               Q.    Okay.  And how long have you had that

1    company?

2              A.    Officially as an LLC, just over a year,

3    February of 2022.

4              Q.    But I would imagine there was work you did

5    on it prior to that?

6              A.    Yes.

7              Q.    Okay.  How far back had you started that

8    work on GENersection?

9              A.    It wasn't even GENersection, so I -- I

10   mean, like, I do coaching, talent development work.  So

11   that's -- that was what I was doing in my employment.  So

12   I've just been doing that on the side for, I don't know,

13   a few years.

14             Q.    Gotcha.  Longer than five years?

15             A.    This is 2023.  Let's see.  Probably, yes.

16             Q.    Okay.

17             A.    I would say yes, probably.

18             Q.    Fewer than ten years, do you think?

19             A.    Yes.

20             Q.    Okay.

21             A.    Fewer than ten years.

22             Q.    All right.  And then just prior to your

23   retirement, had you been at SHRM?  Was that your last

24   position?

25             A.    Yes.

```
 1              Q.   Okay.  And that's the Society for Human

 2    Resource Management.  I'll be referring to it as "SHRM"

 3    throughout this deposition.

 4                   Does that make sense?

 5         A.   Uh-huh.

 6              Q.   Okay.  Great.

 7                   So have you ever been deposed before?

 8         A.   Yes.

 9              Q.   Okay.  When were you deposed?

10         A.   I don't know.  It was a long time ago, but

11    I have been deposed before.

12              Q.   Okay.  How many times?

13         A.   Once.

14              Q.   And was it during your employment with

15    SHRM or prior?

16         A.   No.  It was years ago.

17              Q.   Got it.

18         A.   Like years ago.  I don't even know how

19    many years ago, but it was a long time ago.

20              Q.   Sure.

21                   What do you recall about the context, if

22    anything?

23         A.   As the reason I was being deposed?

24              Q.   Sure.

25         A.   It was pursuant to a lawsuit about
```

```
 1   unlawful entry.

 2             Q.    Okay.  Were you a party or a witness?

 3             A.    I was a party.

 4             Q.    Okay.  And had you brought the lawsuit?

 5             A.    Yes.

 6             Q.    Okay.  All right.  Well, that can't have

 7   been pleasant.

 8             A.    Not so much.

 9             Q.    And you have your Juris Doctorate; is that

10   right?

11             A.    Yes.

12             Q.    So have you taken a deposition in your

13   practice?

14             A.    No.

15             Q.    Okay.

16             A.    Never practiced.

17             Q.    Okay.  Gotcha.

18                   All right.  Well, I'll give you just a

19   brief orientation.  I'm sure your experience years ago

20   was probably seared in your mind.

21                   So you've been sworn in, as you would if

22   this were a matter in front of a court.  So this is the

23   same oath you would take if you were a witness in -- at

24   trial.

25                   Everything we say is being transcribed so,
```

1    really, that's the most important, you know, aspect of

2    this deposition, is that we not speak over each other.

3    That's difficult in normal conversation and also with

4    Zoom because there's sometimes a delay.

5              So I will try my very best to not speak

6    over you, even if I can anticipate what your answer is,

7    and I just ask that you do the same for me.

8              Do you agree?

9         A.   Yes.

10        Q.   Okay.  Great.

11             And then we also have to give, you know,

12   verbal answers.  So if you, you know, nod or shake your

13   head, I might, you know, follow up and say, "Is that a

14   yes?"  "Is that a no?"

15             I'm not trying to be rude.  I'm just

16   trying to make sure we have a clear record.

17             Does that --

18        A.   Okay.

19        Q.   -- make sense?

20        A.   Yes.

21        Q.   Okay.  Great.

22             And if you need a break, let me know.  I

23   would just ask that if there is a pending question, you

24   answer that first.  Otherwise, we'll plan to break, you

25   know, at least once an hour, once every hour and a half

```
 1   or so.
 2                Ms. Hoffman will likely object to some of
 3   my questions.  That's to preserve her objections on the
 4   record.  However, unless she instructs you otherwise, you
 5   do still need to answer them.
 6                Does that make sense?
 7        A.   Yes.
 8        Q.   Okay.  And you will have the opportunity
 9   to review the transcript of your deposition after it's
10   been completed.  You will be able to make changes if
11   anything was mistranscribed or if there's maybe a date
12   that you got incorrect.
13                However, if there's a significant change,
14   you know, changing a "yes" to a "no," I may reserve the
15   right to open your deposition to follow up on that.
16                Does that make sense?
17        A.   Yes.
18        Q.   Any questions for me before we get going?
19        A.   No.
20        Q.   Okay.
21        A.   At this time, no.
22        Q.   Great.
23                So we briefly talked -- or I asked you
24   about having a Juris Doctorate.
25                Where did you graduate from with your JD?
```

Case No. 1:22-cv-00685-CPC-KAS Document 408-17 Filed 08/04/23 USDC Colorado pg 12 of 188

```
 1              A.   Washington University in St. Louis.
 2              Q.   And you said you never practiced?
 3              A.   No.
 4              Q.   But you -- you spent time as an adjunct
 5    professor; is that right?
 6              A.   I did.
 7              Q.   Okay.  What did you teach?
 8              A.   Contracts and alternative dispute
 9    resolution.
10              Q.   And what's your experience in ADR?
11              A.   I worked for the Iowa Public Employment
12    Relations Board.  I can't tell you exactly when that was.
13    In the '80s, but I don't remember when I, you know,
14    started or stopped.  And yeah, it was the Iowa Public --
15    so we called it PERB.  That's what it was.
16              Q.   Got it.
17                   And what was your position at PERB?
18              A.   Administrative law judge.
19              Q.   Oh, an ALJ.  And so you did ADR work as an
20    ALJ?
21              A.   Yes.
22              Q.   Okay.  And what kinds of ADR work?
23              A.   They -- PERB was responsible -- it was a
24    public employment relations board, so they have -- Iowa
25    has collective bargaining for public employees, so
```

Case No. 1:22-cv-01685-GPG-KAS   Document 83-17   filed 08/09/23   USDC Colorado   pg 13
pg 13 of 188

1    negotiating contracts between, you know, employers and

2    unions.

3              Q.   Uh-huh.

4              A.   The nature of it was, I guess, labor

5    relations type-work.

6              Q.   Got it.

7                   So would you actually do -- facilitate

8    mediations?

9              A.   So if I was involved, like, with -- so my

10   role, I guess, as the ALJ was that there were cases that

11   I mediated, there were cases that I would actually be the

12   ALJ on.  And, of course, I didn't mediate the ones that I

13   was the ALJ on.

14                  So that -- I guess I had both roles:  As a

15   mediator, as well as the person who was hearing when

16   mediations failed.

17             Q.   Gotcha.

18                  So actually being the decision-maker in

19   those --

20             A.   Yes.

21             Q.   -- latter group of cases?

22             A.   Yes.

23             Q.   Did you ever deal with cases that involved

24   discrimination or retaliation allegations?

25             A.   No.

Case No. 1:22-cv-01006-GPG-KAS   Document 83-17   filed 08/04/23   USDC Colorado   pg 14
pg 14 of 188

 1                    Q.   Have you ever, you know, been -- had any
 2       professional experience with discrimination or
 3       retaliation cases, legally speaking?
 4                    A.   No.
 5                    Q.   Any other training or experience with
 6       discrimination and retaliation cases as a, you know,
 7       trainer, an investigator?
 8                    A.   No.
 9                    Q.   In your mind, what does workplace racism
10       look like?  And I know that's a loaded question --
11                    MS. HOFFMAN:  Yeah.  Object --
12                    Q.   (By Ms. DeFazio)  -- so take your time.
13                    MS. HOFFMAN:  Just object to form.
14                    But you could answer.
15                    A.   I don't really know what you -- look like?
16       Like, I think -- I think racism is probably something
17       that one feels.  I don't know if it's something that I
18       can say that it looks like something.  I don't know how
19       to answer that question.
20                    Q.   (By Ms. DeFazio)  Sure.  Well, let me try
21       it this way:
22                    Do you believe that racism occurs in the
23       workplace?
24                    A.   I think racism occurs where there are
25       people, yes.

```
 1              Q.   Yeah.  I agree with you on that.

 2                   Are there circumstances -- well, would you

 3     agree with me that workplace racism can occur even

 4     without overt signs of racism, like, you know, the use of

 5     racial slurs?

 6                   MS. HOFFMAN:   Form.

 7              A.   So I think there's a distinction between

 8     racism and one being racist and having bias.

 9              Q.  (By Ms. DeFazio)  Sure.

10              A.   So I'm not really sure how to answer that

11     question.  I don't know that I'm qualified to fully

12     answer that question.

13              Q.   Sure.

14                   Well, based on your, you know, personal

15     lived and professional experience, give it a try.

16                   MS. HOFFMAN:   Same --

17              A.   Could you --

18                   MS. DeFAZIO:  -- objection.

19              A.   -- repeat the question?  I'm --

20              Q.  (By Ms. DeFazio) Sure.

21              A.   -- sorry.

22              Q.   No, that's fine.

23                   MS. DeFAZIO:  Ms. Dittmer, can you repeat

24     my last question?  I can't even remember right now.

25                   (The following question was read:
```

Case No. 1:22-cv-01535-CPC-KAS Document 40-17 filed 08/04/23 USDC Colorado pg 16
pg 16 of 188

    1                    "QUESTION:  Are there circumstances --
    2    well, would you agree with me that workplace racism can
    3    occur even without overt signs of racism, like, you know,
    4    the use of racial slurs?")
    5                    MS. HOFFMAN:  Same objection.
    6              A.   I'm going to need you -- that's a -- it's
    7    a compound question, so I -- I want --
    8              Q.   (By Ms. DeFazio)  Sure.
    9              A.   -- to make sure I understand exactly what
   10    you're asking me --
   11              Q.   Sure.
   12              A.   -- because there's a lot to that question.
   13                   So could you repeat that again?
   14              Q.   Sure.  Well, let me restate it.
   15              A.   Okay.
   16              Q.   So would you agree with me that at a
   17    workplace, if racial slurs are being used, that that is
   18    probably a situation where racism is occurring?
   19              A.   Yes.
   20                   MS. HOFFMAN:  Form.
   21              Q.   (By Ms. DeFazio)  Okay.  So absent a
   22    situation like that, are there other instances when
   23    racism could be occurring in the workplace?
   24                   MS. HOFFMAN:  Form.
   25              A.   And I would say that racism can occur

Case No. 1:22-cv-01640-CPK-KAS   Document 408-17   Filed 08/04/25 USDC Colorado
pg 17 of 188

```
 1    whenever there are people involved.  So yes, racism would

 2    occur in the workplace because that's where people are.

 3                 Q.   (By Ms. DeFazio)  Yeah.

 4                      And do you think that -- or would you

 5    agree with me that workplace racism can include treating

 6    some employees of color one way and employees who are

 7    white in another way?

 8                 MS. HOFFMAN:  Form.

 9            A.   I think that could occur.

10                 Q.   (By Ms. DeFazio)  And would you agree with

11    me that workplace racism can include circumstances where

12    subjective criteria are being used to critique a person

13    of color's performance?

14                 MS. HOFFMAN:  Form.

15            A.   Subjective criteria would be based upon

16    the person who is, I guess, using those criteria?

17                 Q.   (By Ms. DeFazio)  Uh-huh, yeah.

18            A.   Then yes.

19                 Q.   Okay.  Would you agree with me that

20    workplace racism can include circumstances where a person

21    of color is criticized for their tone?

22                 MS. HOFFMAN:  Form.

23            A.   I don't know.  You want to repeat that?  I

24    don't -- I don't know how to answer that.

25                 Q.   (By Ms. DeFazio)  Sure.  Sure.
```

Case No. 1:22-cv-01685-GPG-KAS Document 088-17 Filed 06/04/23 USDC Colorado pg 18
of 188

```
 1                    Well, are there circumstances where, you

 2     know, for instance, a woman of color can be accused of

 3     having a tone that's snarky?  Do you think there are

 4     circumstances where that would constitute racism?

 5                    MS. HOFFMAN:  Form.

 6           A.    I don't know if it would be consti- -- I

 7     don't know if it would constitute racism, but I do

 8     believe that there would be circumstances where the

 9     person being categorized in that way would feel that they

10     were being -- there was some level of bias against them,

11     yes.

12           Q.    (By Ms. DeFazio)  And are you familiar with

13     the term "microaggressions"?

14           A.    Yes, I am.

15           Q.    And what does that term mean to you?

16           A.    There's, I guess, subtle kinds of things

17     where things are done and said that may or may not be

18     intentional, but the impact of those things is felt by

19     the receiver.

20           Q.    Can microaggressions be discriminatory?

21           A.    Yes.

22                    MS. HOFFMAN:  Form.

23           A.    I believe they can.

24           Q.    (By Ms. DeFazio)  Okay.  Can you think of

25     any examples, either from your own life or examples
```

Case No. 1:22-cv-01560-GPG-KAS   Document 40-17   Filed 08/04/23   USDC Colorado   pg 19
pg 19 of 188

```
 1    you've been privy to?

 2                    MS. HOFFMAN:   Form.

 3            A.    I think I had an incident once in my life

 4    when somebody said -- and I'm not saying that it only --

 5    I've only had one incident, but this is what comes to

 6    mind.

 7            Q.   (By Ms. DeFazio)   Sure.

 8            A.    When someone said that the reason they

 9    didn't communicate with me about whatever it was that

10    they -- they were feeling is because they were worried

11    that I would be angry.  And I -- you know, I didn't know

12    quite how -- how to -- how was that assumption, what was

13    that based on?  So I --

14            Q.    Sure.

15            A.    And the way in which it was said.

16                    So, you know, when you talk about tone, it

17    was the way in which it was said that, you know, there

18    was a stereotype, I guess, in my own head of, that's

19    strange.

20            Q.    Yeah.

21            A.    That was a strange thing to say to me.

22            Q.    And presumably, you're not a particularly

23    angry person, so that --

24            A.    No --

25            Q.    -- was just --
```

Case No. 1:22-cv-01825-CPC-KAS Document 4083-17 Filed 08/04/23 USDC Colorado pg 20
pg 20 of 188

1           A.    -- not by nature, huh-uh.

2           Q.    -- not an accurate assumption --

3           A.    Right.

4           Q.    -- to make about you?

5                 Okay.  How would you define your race?

6           A.    Black or African-American.

7           Q.    And have you experienced racism in a job?

8           A.    Yeah, I would say so.

9           Q.    Okay.  Tell me about that.

10          A.    Let's see.  I was thinking recently

11  about -- and this is not a job; this is experience I had

12  in law school.

13                And I had a classmate tell me that I was

14  the reason that a friend of his from Georgetown wasn't

15  admitted, because I was in his seat.  I found that pretty

16  offensive and racist.

17          Q.    Yeah, I could understand that.

18                And are there any examples that come out

19  at you -- or pop out at you from a work situation?

20          A.    I had -- I had a -- early in my career, I

21  had someone, a boss that I had -- and I didn't report

22  directly to her, but she was a colleague to my boss.  And

23  she made a statement about, something about -- she used

24  the term "bitchy," and she said it was kind of like

25  endearing.  And I didn't find anything endearing about

Case No. 1:22-cv-00035-CBK-CKAS Document 083-17 Filed 08/04/23 06/23 DC USDC Colorado pg 21 pg 21 168 188

```
 1    that in the context in which she was using it.

 2               Q.    She was calling you bitchy?

 3               A.    Yeah.  She was talking about -- it wasn't

 4    particularly about me being bitchy, but it was -- it was

 5    in the context of -- it was inappropriate, I thought.

 6                     First of all, we were in a work

 7    environment, and she was a white female and I'm a Black

 8    female, so that just -- that was not -- in my culture of

 9    how I grew up, that's not a word we use as a term of

10    endearment.

11               Q.    No.  I -- I don't think it is one,

12    personally.

13                     Any other examples that you can think of

14    from a work --

15               A.    It's not like --

16               Q.    -- context?

17               A.    -- anything comes, you know, readily to

18    mind.  I'm not saying that I have not been -- I don't --

19    I guess I don't choose to dwell a lot on it because it's

20    not -- it's just not a pleasant thing.

21               Q.    Of course.

22                     Do you feel that you were ever treated

23    differently while you were at SHRM because of your race?

24                     MS. HOFFMAN:  Form.

25               A.    No, I don't.
```

```
 1                    Q.   (By Ms. DeFazio)  Did you observe any other
 2      individuals at SHRM being treated differently because of
 3      their race?
 4                    A.   No.  I -- no.
 5                    Q.   Were you going to add something --
 6                    A.   I just --
 7                    Q.   -- to your answer?
 8                    A.   -- can't think of -- you know what I mean?
 9      Like, it's hard to know why people do things.  So just
10      saying I'm walking around and saying, "Oh, that's --
11      that's a racist behavior," no, I can't say that I
12      observed that.
13                    Q.   Do you think that SHRM, because of its
14      role -- its function as, you know, training people to --
15      training -- you know, trying to instill better
16      workplaces, do you think that they're immune from, you
17      know, racist conduct by managers?
18                    A.   Oh, no, I don't think that.
19                         MS. HOFFMAN:  Form.
20                    Q.   (By Ms. DeFazio)  And why not?
21                    A.   I don't think anybody's immune from
22      something that is just cruel behavior to other humans.
23                    Q.   And as you testified earlier, wherever
24      there are people, there is racism, right?
25                    A.   I think there's always a possibility of
```

Case No. 1:22-cv-01983-SKC-KAS   Document 40-17   filed 08/09/23   USDC Colorado   pg 23
pg 188
Page 23

 1    racism where there are people, because people bring their

 2    whole selves to work.

 3          Q.   Yes.

 4          A.   So whatever -- whatever career you're in,

 5    I mean, one's doctor could be racist because whatever

 6    their internal -- whatever's going on, I don't know that.

 7    I don't have privy to that.

 8          Q.   Sure.

 9          A.   But they certainly bring it with them

10    wherever they go.

11          Q.   Yes.

12               Would you agree with me that some part of

13    that is implicit bias?

14               MS. HOFFMAN:  Form.

15          A.   How would you define "implicit bias"?

16          Q.   (By Ms. DeFazio)  Well, how would you

17    define implicit bias?

18          A.   I --

19          Q.   We'll see --

20          A.   I'm not qualified --

21          Q.   -- if we're on the same --

22          A.   -- to define it.  That's why I want a -- I

23    want a definition to be able to answer the question.

24          Q.   Sure.

25          A.   I think --

```
 1                   Q.   Well --
 2                   A.   -- that's kind of a precise term that I --
 3      you know what I'm saying?  Like I -- I don't want to give
 4      testimony about something that I'm not qualified to
 5      answer.
 6                   Q.   Sure.
 7                   Well, just to be clear, you know, you're
 8      not -- we're not holding you up as an expert in this
 9      area, so this is just based on your lay understanding of
10      these concepts, which I'm sure have come up in your life
11      and in -- certainly in your experience at SHRM.
12                   So just like we talked about,
13      "microaggressions" and your understanding of that term,
14      you know, how would you -- what is your understanding of
15      implicit bias?
16                   A.   I don't know that I can put that into
17      words.  I might have to think on that.  I don't know.
18                   Q.   Okay.  All right.  Well, feel free -- if
19      something comes to mind --
20                   A.   Okay.
21                   Q.   -- or after a break, let me know.  Okay?
22                   A.   Okay.
23                   Q.   During your time at SHRM, did anyone ever
24      complain to you that they thought they were being
25      discriminated against based on their race?
```

Case No. 1:22-cv-01983-GPG-KAS   Document 40-17   filed 08/04/23   USDC Colorado   pg 25 of 188
pg 25 of 188
Page 25

1          A.   I guess the complaints in the context of
2    this matter were brought to my attention.
3          Q.   So Ms. Mohamed?
4          A.   Uh-huh.  But not that she came and filed a
5    complaint with me or, you know, that we had a
6    conversation before the mediation.  It was nothing
7    outside of that.
8          Q.   Okay.
9          A.   No, that wasn't really the general tenor
10   of what people would come to me to talk about.
11         Q.   Sure.
12              Well, whether it was, you know, a formal
13   complaint or just an informal oral complaint, did anyone
14   ever -- did anyone other than Ms. Mohamed ever tell you
15   they were concerned they were being treated differently
16   because of their race?
17         A.   I can't think of anybody.
18         Q.   What about Tyra Janelle Smith; does that
19   name ring a bell?
20         A.   Uh-huh.
21         Q.   Okay.  Do you recall that she came to you
22   and said that she thought she was being discriminated
23   against at work?
24         A.   I don't recall that being a topic of our
25   conversation.  I think she had had some things that were

1    going on in her life where -- because she worked

2    remotely, and there were things that were happening in

3    her life that she shared.  But I don't remember it being

4    related to SHRM.

5            Q.   Do you remember having that interaction

6    with her while you were at SHRM?

7            A.   Yes, I do.

8            Q.   Okay.  What do you recall about why you

9    ended up meeting with her?

10           A.   She requested meeting with me, I think,

11   but there was something going on with her.  There was

12   something in her -- her life about something -- it was

13   almost like a stalking kind of situation, but I -- you

14   know, I don't -- I don't recall the details, but there

15   was something in her life.

16                And so for me, a lot of that was -- you

17   know, when people share things, I'm -- people trust me,

18   so I don't -- right? -- like, there's a reason they do.

19   I don't -- I don't divulge things that people share with

20   me.

21                And over time, I don't even remember the

22   details of a lot of what people will share with me for

23   that reason:  I don't continue to talk about it.

24           Q.   Sure.

25           A.   Yeah.  I remember -- I do remember us

```
 1    talking, and I know that there was something going on
 2    that caused her concerns.  But I -- what I remember most
 3    about it, I guess, is that there was -- she moved a lot
 4    because of some situation.
 5                 Details of it at this point are kind of
 6    fuzzy.  I don't -- you know, I don't know.
 7         Q.    Gotcha.
 8                 Do you remember anything else about why
 9    she had requested speaking to you specifically at SHRM?
10         A.    No.
11         Q.    Okay.
12         A.    I've shared all I can remember.
13         Q.    And again, other than Ms. Mohamed, you
14    don't recall anyone else bringing concerns to you about
15    being discriminated against at their time -- while at
16    SHRM?
17         A.    I can't think of anybody right now.  I
18    just, I cannot think of anyone.
19         Q.    Okay.
20         A.    And I talk to a lot -- I will say I did
21    talk to a lot of employees.
22         Q.    Yeah.
23         A.    But somebody feeling like they were being
24    discriminated against, there's just nothing that comes to
25    mind --
```

Case No. 1:22-cv-01601-CPCCK-KAS Document 408-17 filed 08/04/23 06/23 DC USDC Colorado pg 28

```
 1                 Q.    Sure.

 2                 A.    -- to me.

 3                 Q.    And same question for retaliated against:

 4       Do you recall anyone sharing concerns with you about that

 5       while at SHRM?

 6                 A.    On the basis of?

 7                 Q.    Any basis.

 8                 A.    Oh, any basis, okay.  Because I -- I can't

 9       think of anything on -- I just can't think of anything on

10       any basis.  That's why I asked, like --

11                 Q.    Sure.

12                 A.    -- is there a specific basis to help me

13       hone in, but I can't think of anything.

14                 Q.    Sure.  Sure.

15                       Well, it may not bring up anything else,

16       but anyone who expressed concern that because they had

17       complained of race discrimination, they were being

18       retaliated against?

19                 A.    No, nothing comes to mind.

20                 Q.    All right.  Well, let's talk about your

21       role at SHRM.

22                       You were there for about two years; is

23       that right?  Or three years?

24                 A.    Almost three, I think.

25                 Q.    Okay.
```

```
 1                A.    I'd have to -- yeah, three.

 2                Q.    Okay.  I think you're right.

 3                      It was January 2019 to January of 2022;

 4      does that sound right?

 5                A.    Right, uh-huh.

 6                Q.    Okay.  And the entire time, was your role

 7      as the director of organizational learning and talent

 8      development?

 9                A.    Yes.

10                Q.    Okay.  So tell me what -- what were your

11      duties in that role?

12                A.    Oh.  I came there to do a lot of coaching

13      and training and leadership development and those kinds

14      of things.  The position was housed in HR, so I kind of

15      got pulled into a lot of other ancillary-type things that

16      really weren't why I came there.

17                      But we had a lot of infrastructure work

18      that needed to be done when I arrived.

19                Q.    Got it.

20                A.    I would say the first two years of my job,

21      we -- we spent most of that time standing up HRIS, Human

22      Resources Information System.

23                Q.    Got it.

24                      And had that been something you planned to

25      work on?
```

```
 1                   A.    No.  I never worked in HR before, so that
 2      wasn't even something that I was familiar with, like,
 3      what is a HRIS?  I mean, it was just way beyond my scope
 4      of -- of training.
 5                   Q.    Sure.
 6                         And my -- that kind of segues into my
 7      question as to why that role was in HR because it
 8      seems --
 9                   A.    I don't --
10                   Q.    -- like you were --
11                   A.    -- know.  That's just where it was.  You
12      know what I mean?
13                   Q.    Yeah.
14                   A.    It was -- I quickly realized, as I learned
15      more about just HR and different roles -- and, I mean, I
16      knew HR as an employee.
17                   Q.    Sure.
18                   A.    But I quickly realized that I was a
19      learning and development professional in HR and not an HR
20      professional.
21                   Q.    Uh-huh, uh-huh.  Got it.
22                         So prior to your time at SHRM, you had no
23      experience with HR, other than as the employee maybe --
24                   A.    That's correct.
25                   Q.    -- utilizing it?
```

1          A.    That's correct.

2          Q.    And it sounds like in that -- in your role

3    as director of organizational learning and talent

4    development, you had a lot of one-on-one interaction with

5    employees at SHRM; is --

6          A.    I did.

7          Q.    -- that right?

8          A.    Yes.

9          Q.    Okay.  At what time would those occur?

10   What would the context be?

11         A.    One, because as part of leadership

12   development, we were introducing a strengths-based

13   approach.  So I had a lot of one-on-one employees just in

14   terms of the results of their assessment, just talk --

15   you know, talking about:  Okay, here's -- here's the

16   assessment.  These are your results.  Let's talk about

17   what that kind of means in terms of you leveraging your

18   individual talents to be the best version of you.

19              A strengths-based approach focuses on

20   employee -- basically not focusing on their lesser

21   strengths and leveraging those top ten strengths.  And --

22   and then I did team coaching around that.  So as I would

23   meet with people individually and they understood who

24   they were as individuals, being able to then take that

25   information into a team and say:  Okay, so how do we work

1    best as a team?

2              And part of that was the concept of:  If

3    I -- if I have these -- these strengths and then I have

4    these lesser strengths, I should spend the least amount

5    of time on my lesser strengths so that I partner with

6    people who have strengths where my lesser strengths are

7    and together, like, we're able to be a powerful unit.

8              So it's a wonderful science and I

9    really -- I believe in it.

10             Q.   Got it.

11                  What is the kind of test that's utilized

12   to determine that?

13             A.   So Gallup has what's called the

14   CliftonStrengths Assessment.

15             Q.   So did SHRM then have all employees take

16   that test?

17             A.   Pretty much.  I know I did trainings.  So

18   I introduced it to the whole organization, and then we

19   were just going unit by unit, having people take this

20   assessment.

21                  Now, whether I coached everybody, I don't

22   think I got around to doing everybody.  There was so much

23   going on in terms of just workload there.

24             Q.   Right.

25             A.   But I -- there were a number of teams and

Case No. 1:22-cv-01815-CPP-KAS Document 40-17 Filed 08/04/23 USDC Colorado pg 63
pg 33 of 188

 1    a number of individuals who actively participated and --

 2    and seemed to have gotten benefit from it.

 3              Q.   And would you have been pulled in to do

 4    those coaching sessions just at their request, or were

 5    there times when you were, you know -- you were, you

 6    know -- how would that have happened?

 7              A.   Either way.

 8              Q.   Okay.

 9              A.   So, I mean, because I was going around

10    doing the introductions, like -- you know, the whole

11    laying out, this is what -- I guess we call it rolling

12    out a new initiative.

13              And so --

14              Q.   Sure.

15              A.   -- as I was going around doing that, I was

16    able to hit all the teams.  And then from there, they

17    were scheduling their assessments.  They had to get their

18    codes from me, but we -- we issued out -- I don't know,

19    we spent a lot of money on codes --

20              Q.   Sure.

21              A.   -- to make sure that every employee had

22    one.

23              And then we started giving them to

24    employees through new employee orientation so that it was

25    just being incorporated as a part of what we did coming

Case No. 1:22-cv-01685-GPG-KAS   Document 83-17   filed 08/04/23   USDC Colorado   pg 34 of 188

```
 1    in.

 2             Q.    Got it.

 3                   So they came into the organization with

 4    their ten strengths and maybe their --

 5             A.    Came into --

 6             Q.    -- lesser strengths?

 7             A.    -- the organization and received their

 8    codes to take the assessment to get to their strengths.

 9             Q.    I see.  Gotcha.

10             A.    So they get all 34.

11             Q.    Okay.  Gotcha.

12                   So other than being involved with either

13    teams or individuals to talk about their strengths and

14    kind of helping them navigate through that, in what other

15    contexts would you be, you know, working one-on-one with

16    employees?

17             A.    Anytime an employee would just want to

18    talk about, really, anything, if they -- they wanted to

19    talk, I -- I -- that was something that, you know, to me,

20    as -- as part of learning and development and being, you

21    know, in a coach-type role, that I was always open to

22    that.

23             Q.    Okay.  So did you pitch yourself as a

24    resource to employees to reach out to you if they needed

25    anything?
```

```
 1                    A.    I think just as people got to know me, I
 2      don't know, it's -- it's kind of like everybody kind of
 3      has their way they show up in the world.
 4                    Q.    Uh-huh.
 5                    A.    And so -- and particularly with me being
 6      in HR, I think there was a value add from that
 7      perspective with me being in HR because I was a person
 8      that people felt comfortable that they could talk to.
 9                    Q.    Yeah.  Okay.
10                          Although, I would think that that would
11      have drawn you away from some of your other duties if
12      people are coming to you?
13                    A.    Well, it was a lot.  It was a lot.
14                    Q.    All right.  And at some point, you -- you
15      served as a facilitator/mediator for Ms. Mohamed and then
16      her supervisor at the time, Carolyn Barley, right?
17                    A.    Yes.
18                    Q.    Okay.  Had you been in a situation like --
19      like, served in a role like that before during your time
20      at SHRM?
21                    A.    No.
22                    Q.    Okay.  So that was the first time that you
23      had actually been pulled in to help mediate an issue
24      between a supervisor and their employee?
25                    A.    I'm -- I'm trying to remember if it -- I
```

Case No. 1:22-cv-01129-GPG-CKK   Document 408-17   Filed 08/04/23   USDC Colorado pg 86
pg 36 of 188
Page 36

1    don't think I ever was in another mediation situation,

2    but there were -- there were employees who were having, I

3    guess, issues either with other employees or -- or with

4    managers.

5              Q.   Okay.  And what was your role in those

6    situations?

7              A.   I'm a person that's about people getting

8    along, right?  I mean --

9              Q.   Uh-huh.

10             A.   -- it's just, it's kind of how I'm

11   hardwired.

12                  And so most of the time, if I'm talking to

13   people one-on-one, then it's about:  Okay, like, how do

14   we take this step back and try to see the other person's

15   side, you know.  And then even -- I mean, and if I -- if

16   I was ever involved even with the other person's side,

17   like, it's all about perspective to me.

18                  I'm a really big advocate of, like,

19   mindset and emotional intelligence and those kinds of

20   concepts.  And when people are able to do what I think is

21   incredibly hard work, that hard look at oneself to say:

22   Okay, what am I filtering through my mind about what was

23   said and how I'm receiving it?

24                  Because we all bring -- we all bring

25   whatever, like, our collection of experiences to every

1    conversation, every interaction.  It's just part of what

2    happens as humans.

3              But that -- like I said, it is very hard

4    work to look in the mirror and say:  I don't know,

5    Bernée, you might have overreacted to that in your own

6    mind, like, and read more into that or whatever.

7              It's hard work, and I can't say that

8    people really are willing to do it, but it was something

9    that I challenged people to do while -- during my time at

10   SHRM.

11             And even as we were developing the

12   leadership development program, I feel like

13   self-awareness is foundational.

14        Q.   What other employees do you recall being

15   asked to assist with when they were having issues with

16   their manager?

17        A.   Gosh, I know this may sound really crazy,

18   but I'm -- you know, specifically me trying to come up

19   with -- I mean, I've been gone a couple years, and then

20   it's -- I don't -- I can't recall specific incidents.

21             I just, generally speaking, remember that

22   there were conflicts that people had with managers.  And

23   I was thinking about one instance, and I can't remember

24   her name at the moment, but she -- she ended up leaving

25   SHRM.

Case No. 1:22-cv-01625-GPG-KAS   Document 40-33   filed 08/04/23   USDC Colorado   pg 68
pg 38188

```
 1                Q.   So was that -- was that an instance when
 2    you were brought in to work with both the employee and --
 3                A.   No.
 4                Q.   -- the manager?
 5                A.   Huh-uh.  It wasn't.  I -- I never had an
 6    incident I can -- I can't recall having -- being called
 7    into a situation other than this one.
 8                Q.   Gotcha.
 9                A.   Doesn't say that it didn't happen.  I
10    just --
11                Q.   You just don't remember?
12                A.   I don't remember right now.
13                Q.   Okay.
14                A.   Can't think of it right now.
15                Q.   So those other kind of, you know,
16    nebulous, gray kind of instances that you can't remember
17    specifically, those were -- it sounds like those were
18    instances when maybe an employee either approached you
19    or, you know -- or maybe it was only when an employee
20    approached you saying they were having difficulty with a
21    manager.
22                     Is that what you're remembering?
23                A.   Right.
24                Q.   Vaguely?  Okay.
25                A.   Right.
```

Case No. 1:22-cv-01685-SGRC-KAS Document 083-17 Filed 08/04/23 USDC Colorado pg 89 of 188
pg 89 of 188

```
 1                    Q.   But then this situation with facilitating

 2     discussions between Ms. Barley and Ms. Mohamed was the

 3     only instance you were ever pulled in to actually work

 4     with an employee and their manager?

 5                    MS. HOFFMAN:   Form.

 6          A.   That I can recall.

 7          Q.   (By Ms. DeFazio)   Okay.   Do you remember an

 8     employee named Minchew Truong?   T-r-u-o-n-g is her last

 9     name.

10          A.   I don't remember the name, but she went by

11     something else.   I -- I think I know who you're talking

12     about.

13          Q.   Okay.   What do you recall about your

14     involvement with her at SHRM?

15          A.   She had a conflict -- if -- so this is --

16     let me say this.   If I'm talking about the same person --

17     because I don't recall that name.

18          Q.   Uh-huh.

19          A.   But I do remember that she was having an

20     incident with -- I guess not an incident, but just -- she

21     was having conflict with her manager, and I remember

22     talking to both of them separately.   I can't remember

23     mediating.   I'm thinking back to it.

24                    I don't remember mediating between them,

25     but I do remember that they had -- they had -- they had a
```

Case No. 1:22-cv-01083-CPK-KAS Document 83-17 Filed 08/04/23 USDC Colorado pg 40
pg 40 of 188

 1    combative relationship.

 2              Q.    Do you recall if they were in the

 3    education department at SHRM?

 4              A.    Who did they report to?

 5                    You know what?  I don't know who they

 6    reported to.

 7              Q.    Do you recall how that resolved, the

 8    situation?

 9              A.    The young woman that was the employee

10    ended up losing her job.

11              Q.    Okay.  So SHRM terminated her?

12              A.    Yes.

13              Q.    Okay.  And did you know why?

14              A.    I think it may have been job performance.

15    I think there had been a history of not coming to work

16    consistently, on time.  I think all of it was related to

17    just general kind of work ethic, work habits,

18    expectations that a manager would have of an employee.

19              Q.    Did that employee go by "MC"?  Does that

20    sound familiar?

21              A.    She went by something.  I remember

22    there -- I remember what you're talking about, right?

23              Q.    Okay.

24              A.    But I can't -- and it -- I can't even

25    recall her manager's name, but I can -- I can see them

Case No. 1:22-cv-01685-GPG-KAS   Document 40-3   Filed 08/04/23   USDC Colorado   pg 41 of 188
pg 41 of 188

```
 1   both in my face -- I mean, in my eyes, right, like in my
 2   mind.
 3            Q.   Yeah, yeah.
 4            A.   I just can't -- I can't recall either one
 5   of their names.
 6            Q.   Okay.
 7            A.   Yeah.
 8            Q.   And were you involved in the decision to
 9   terminate her?
10            A.   No.
11            Q.   Okay.  I'm just looking for some
12   information to see if I can jog your memory at all.
13            A.   Okay.
14            Q.   Other than that incident or that situation
15   with this employee whose name you can't recall and their
16   manager, are there any other instances that you can
17   recall of having worked with an employee or their manager
18   during your time at SHRM?
19            A.   I can't say the two -- being involved with
20   the two.  I -- I know that there were people that I
21   talked to that were having, you know, whatever their
22   conflicts were with managers.
23                 And managers, I talked to some managers
24   who were having, you know, problems getting along with
25   employees.
```

Case No. 1:22-cv-00835-CBK-KAS Document 40-3 Filed 08/04/23 USDC Colorado pg 42

```
 1                  But the actual mediating of the two and,
 2    you know, the whole setting that up and then talking to
 3    one, then talking to -- like, trying to get resolution, I
 4    can't recall having done that with anybody else.
 5           Q.   Okay.  I'm going to just read off a couple
 6    of names of people who may have been managers:
 7                  Liz, Olga, or Rebecca.  Do those sound
 8    familiar?
 9           A.   Olga --
10           Q.   May have been the manager?
11           A.   -- was --
12           Q.   Olga?
13           A.   Olga was the manager of the employee
14    that -- that you're describing.
15           Q.   MC maybe?
16           A.   I'm pretty sure that, yeah --
17           Q.   Okay.
18           A.   -- that was -- like I said, I don't
19    remember -- I knew she went by something other than
20    name that -- that name, I don't know it.
21           Q.   Got it.
22           A.   But Olga had an employee -- so I'll do
23    this.  I remember Olga, and Olga had an employee that she
24    was having difficulty with, and I do remember that that
25    particular employee's mother worked for SHRM.
```

```
 1              Q.   Okay.  How interesting.
 2                   All right.  Do you recall anything else
 3   about the situation, knowing their -- that name?
 4              A.   I remember that there was a lot of
 5   frustration on both sides about their working
 6   relationship.  And I do remember that when it came time
 7   to -- when the decision was made, I guess, by the
 8   employer or team or -- I don't know who made the
 9   decision.  But I do know that I was in the room when that
10   conversation took place, the ultimate conversation of
11   being dismissed.
12              Q.   Oh, really?
13              A.   Yeah.
14              Q.   Would that have been unusual for you to
15   have been in that conversation?
16              A.   No, because -- because, like I said, by
17   sitting in HR, I ended up doing other responsibilities.
18   So the day that I started, the person who was doing
19   employee relations left.
20              Q.   Oh, jeez.
21              A.   That was her last day.
22              Q.   Got it.
23                   Was that person you had been reporting to?
24              A.   No, I didn't know her.  I mean, it was my
25   first day on the job.
```

```
 1                    Q.    Jeez.

 2                          Who was your supervisor throughout your

 3     time at SHRM?

 4                    A.    When I first got there, I reported to

 5     Emily -- I don't know why I can't remember her last name,

 6     but chief of staff.

 7                    Q.    Okay.

 8                    A.    And then Sean was -- Sean Sullivan was

 9     hired maybe about a month or so after I got there.

10                    Q.    Okay.  So then you reported directly to

11     Mr. Sullivan?

12                    A.    Yes.

13                    Q.    Okay.  Did you -- did you have any

14     reporting relationship with Mike Jackson?

15                    A.    No.  Mike Jackson came in to fill that

16     role.

17                    Q.    Ah.

18                    A.    That -- right, that I was doing at the

19     time.

20                    Q.    Okay.  And what was Mr. Jackson's role

21     there?

22                    A.    So he became the person who was doing the

23     employee relations work, but I was doing that work in

24     conjunction with what I was hired to do initially because

25     we had that vacancy.
```

Case No. 1:22-cv-01685-GPG-KAS Document 083-17 Filed 08/04/23 USDC Colorado pg 45
pg 45 of 188

```
 1                Q.   Got it.

 2                A.   And --

 3                Q.   How --

 4                A.   -- was in the field until Sean was hired

 5     and had been there for a little bit --

 6                Q.   Got it.

 7                A.   -- until we hired somebody.

 8                Q.   So how long did you take on those duties?

 9                A.   Well, I can't remember exactly when Sean

10     came; but after he came, I bet it was another

11     three months or so after he got there before that job was

12     filled.

13                Q.   Okay.  So that may have been anywhere from

14     three to six months where you were filling in on a -- a

15     pretty major role?

16                A.   Yes.

17                Q.   Okay.  And you've -- and at the time --

18     and this is -- I don't mean anything disparaging by

19     this -- but you did not have an HR background to actually

20     perform those duties, did you?

21                A.   No.

22                     MS. HOFFMAN:   Form.

23                Q.   (By Ms. DeFazio)  Okay.  Did you enjoy

24     doing those duties?

25                A.   I like for people to get along, so no,
```

Case No. 1:22-cv-01823-GPG-KAS Document 40-17 filed 08/04/23 USDC Colorado pg 46

```
 1    that was not pleasant for me.

 2              Q.    So did it involve terminations?

 3              A.    Yes.

 4              Q.    Okay.  How many people did you end up

 5    being involved in their terminations during that

 6    three-to-six-month period?

 7              A.    I don't know, but it was more than one.

 8              Q.    Yeah.  Okay.

 9                    Did you receive any kind of training to

10    help you perform those duties during your time at SHRM?

11              A.    No.  I think -- I think I actually

12    probably was quote/unquote good at it.  I just -- like I

13    said, I show up with my whole self and I care about

14    people.  It is not an easy thing to do.  I did not enjoy

15    it.

16                    I realized that what made it difficult for

17    me is because I probably care too much, and so then I

18    kind of internalize that, like, I carry that.  Again,

19    that's a lot for me, so that's not a good role for a

20    person who's wired the way I'm wired.

21              Q.    Right.  Well, and is it fair to say that

22    at the point you were being involved, probably whatever

23    situation had devolved, you couldn't have -- I mean, you

24    weren't able to help; it had already deteriorated?

25              A.    Right.
```

1                     MS. HOFFMAN:  Form.

2           Q.  (By Ms. DeFazio)  And that must be hard, I

3    would imagine, for someone like you who wants to, you

4    know, help and for people to get along?

5           A.   It was difficult.  I mean, nobody wants to

6    lose their job, nobody I've ever known.

7           Q.   Yeah.

8                Were you trained on any of the relevant --

9    or let me ask this:

10               Were there relevant policies to

11   termination that you were aware of during the time when

12   you were fulfilling that role?

13          A.   I don't know.  I don't really know how to

14   answer that.  I know that there was kind of a --

15   procedural things that had to be covered during the

16   termination process.

17          Q.   Okay.

18          A.   But I can't tell you anything more than

19   that.

20          Q.   Okay.  Do you recall any of those

21   procedural things that need to be -- needed to be covered

22   before terminating someone?

23          A.   I remember there was a document and that

24   it was kind of laid out on the document, so we didn't

25   have to remember -- memorize it all.  But it talked about

Case No. 1:22-cv-01585-GPG-KAS   Document 40-17   filed 08/04/23   USDC Colorado   pg 48
pg 48 of 188
Page 48

```
 1   what would happen with your health insurance, what would
 2   happen with your 401(k) if you were enrolled in that,
 3   keys being turned in, laptop -- other computer --
 4   computer -- you know, the things that were property of
 5   the company.
 6           Q.    Sure.
 7           A.    Nothing I would say that would be, you
 8   know -- you know, I use ordinary -- "out of the ordinary"
 9   loosely, but I think is what I -- as an employee that I
10   would have experienced in any other, you know, job, that
11   there's just certain things that happen when you leave.
12   Whether you leave voluntary or involuntarily, there's
13   just certain things that take place.
14           Q.    Sure.
15           And it sounds to me like basically a
16   termination checklist or separation checklist to just
17   make sure that you've got, you know -- the employee has
18   their personal belongings back, they know how to get on
19   COBRA, the company gets their items back; is that fair?
20           A.    That's fair.
21           Q.    Okay.  Do you remember being involved
22   prior to the termination decision and if -- yeah, in any
23   of those situations during that three to six months when
24   you were in that role?
25           A.    I guess in -- I mean, with the Olga
```

Case No. 1:22-cv-01652-CPCH-KAS   Document 4083-17   Filed 08/04/23   USDC Colorado   pg 49
pg 49 of 188                                                     Page 49

1    situation, I guess I wasn't involved in the decision, but

2    I was involved in hearing both -- I knew there was a

3    problem.

4              Q.   Sure.

5              A.   So yes, my level of involvement was my

6    awareness --

7              Q.   Uh-huh.

8              A.   -- that we had a problem.

9              Q.   Got it.   But in -- I'm sorry to talk over

10   you.

11                  In that three-to-six-month period when you

12   were basically in that role as an employee relations

13   person, did a manager ever consult with you prior to

14   deciding to terminate an employee about that decision?

15             A.   When you say "consult" with me, could you

16   elaborate on what you're asking?

17             Q.   Sure.

18                  So if -- you know, during that

19   three-to-six-month period, it sounds like more than one

20   person was terminated and you, I guess, oversaw that

21   termination, for lack of a better word; is that right?

22             A.   Yes.

23             Q.   Okay.   Had that decision already been made

24   and you were just assisting with processing the

25   termination, or were you actually spoken to prior about

Case No. 1:22-cv-00685-GPG-KAS   Document 4083-17   Filed 08/04/23   USDC Colorado pg 50
pg 50 of 188

 1    whether the termination should actually occur?

 2              A.   No.  I wasn't talking to people about

 3    whether they should make, you know, this decision to

 4    terminate.  I was the, I guess implementing --

 5              Q.   Ah.

 6              A.   Right.  -- the actual carrying out of the

 7    duty --

 8              Q.   Got it.

 9              A.   -- of the termination, yes.

10              Q.   Got it.

11                   So as far as you're aware, during your

12    time at SHRM, was there a policy about having to ensure

13    that other progressive discipline was followed before an

14    individual was terminated?

15              A.   So I don't know what to tell you about

16    progressive discipline, and part of that was my -- and

17    I'm fuzzy on this.  There was -- there was something

18    going on about how -- the way we were changing our rating

19    systems or something in that line -- in that line.

20                   And I -- again, that's really beyond what

21    I can speak to, so I'm not aware of progressive

22    discipline in the traditional sense of one -- what one

23    would think of as progressive discipline.

24              Q.   So as far as you're aware, SHRM did not

25    have a progressive discipline requirement before

1      terminating an employee?

2                      MS. HOFFMAN:   Form.

3              A.    I don't know.

4              Q.    (By Ms. DeFazio)   Okay.   And you didn't

5      receive any training on that during that

6      three-to-six-month period when you were in the employee

7      relations role?

8              A.    On progressive discipline?

9              Q.    Right.

10             A.    No.

11             Q.    Okay.

12             A.    I remember that the -- rather than annual

13     reviews, that the increasing -- the increased frequency

14     of review -- performance reviews were addressing what

15     would have been, I guess -- or what other companies would

16     have considered to be progressive discipline.

17             Q.    Sure.

18             A.    That's the best as I can really explain

19     that kind of nuance.

20             Q.    Sure.

21                   I'm going to share with you a document

22     that's already been marked as Exhibit 28, so again, this

23     is going to come through your chat function.

24                   So have you got that window open?   Do you

25     see anything yet?

Case No. 1:22-cv-01685-GPG-KAS   Document 83-17   filed 08/04/23   USDC Colorado   pg 52
pg 52 of 188

1              A.   I see it.  I'm trying to --

2              Q.   If you click on it, it will open up into

3    some folder.  If you could find it again, good for you.

4              A.   Okay.  I have it now.

5              Q.   Oh, great.

6                   And just let me know when you've got that

7    open in front of you.

8              A.   Okay.  I have it.

9              Q.   Wonderful.

10                  So does this policy and procedure

11   regarding resignation/termination look familiar to you?

12             A.   I can't say that I have -- you know, off

13   the top of my head, I've read every piece of this before.

14   I'm sure that I did because it definitely is in the

15   format of our policies and procedures.

16             Q.   Sure.

17                  And judging from the effective date, it

18   appears that it was in effect during your employment; is

19   that fair to say?

20             A.   Hold on one second.

21             Q.   Sure.

22             A.   I don't have it in front of me.  Figure

23   out where it went.

24                  Yes, it looks like it was last revised in

25   April of 2017.

```
 1                Q.   Okay.  So look with me to the second page.
 2     And in the bottom right-hand corner, you'll see a page
 3     number that says SHRM 0037.
 4                Do you see that?
 5           A.   Yes, I do.
 6                Q.   Okay.  So if you look under "b.
 7     Involuntary Departure," that first paragraph says:  "If a
 8     supervisor believes an employee should be terminated, the
 9     supervisor must first discuss the situation with the
10     Director, Human Resources or the Manager, Employee
11     Relations."
12                Do you see that?
13           A.   Yes, I do.
14                Q.   Okay.  That role that you filled for
15     several months before Mr. Sullivan was hired, was that
16     one of those two roles?
17           A.   The manager of employee relations, I would
18     have been filling that role.
19                Q.   Gotcha.
20                And so is it your testimony that the
21     supervisor during that time never did speak to you about
22     terminating an employee prior to making the decision?
23                MS. HOFFMAN:   Form.
24           A.   Not that I can recall.  And based upon the
25     language in this policy, it's highly possible that they
```

Case No. 1:22-cv-00035-CPG-KAS   Document 408-17   Filed 08/04/23   Page 54
pg 54 of 188
Page 54

```
 1    spoke to the director, which would have been the person I
 2    would have been reporting to.
 3              Q.   (By Ms. DeFazio)   Okay.   And who was that
 4    person at the time?
 5              A.    At the time, that would have been Emily.
 6              Q.    Okay.   And then the next sentence says:
 7    "The Director, Human Resources or the Manager, Employee
 8    Relations will ensure that the progressive discipline
 9    policy has been adhered to, as appropriate, prior to
10    concurring with an involuntary termination."
11              Do you see that?
12              A.    I do.
13              Q.    Okay.   And my question here is, what -- do
14    you know what that progressive discipline policy is?
15              A.    No.
16              Q.    Okay.   Did you receive annual reviews
17    during your employment with SHRM?
18              A.    I received reviews, and I think they were
19    more frequent than annual.
20              Q.    Maybe quarterly?
21              A.    Maybe.
22              Q.    Okay.   And were they -- do you feel you
23    were rated fairly in those reviews?
24              A.    I think performance reviews are highly
25    subjective.
```

Case No. 1:22-cv-01083-GPG-KAS Document 08-17 Filed 08/04/23 USDC Colorado pg 55
pg 55 of 188

1           Q.    Yeah.  And why do you say that?

2           A.    Because they are based on the opinion of

3    one person against another person or about another

4    person.

5           Q.    Yeah.  Do you believe there are ways to

6    mitigate that subjectivity in reviews?

7                 MS. HOFFMAN:   Form.

8           A.    I don't know.  I mean, I was a manager,

9    too, and I had employees that I had to rate and, you

10   know, it was not fun.  None of this is fun to me.

11          Q.    (By Ms. DeFazio)  Yeah, I hear you.

12                So during your employment at SHRM, you had

13   direct reports?

14          A.    I did.

15          Q.    Okay.  And how many?

16          A.    Two.

17          Q.    Who were they?

18          A.    Laurie McIntosh and Amy -- Amy whose name

19   I can't remember, but Amy.

20          Q.    Sure.

21                And what were their roles?

22          A.    Let's see.  I want to say that Laurie

23   was -- we had these roles called specialists, and I had

24   never been in a job that had -- had that title before.  I

25   want to say she was either a specialist or a senior

 1    specialist, I'm not sure.

 2                    And Amy was a new employee who had been an

 3    intern, and I don't recall what her title was.

 4           Q.    And were they both in the learning and

 5    development space, or --

 6           A.    Yes.

 7           Q.    -- were they -- okay.

 8           A.    They were hired -- I hired both of them.

 9           Q.    Oh, okay.  Oh, that's great.

10                    So you actually had a hand in selecting

11    both of them?

12           A.    Yes.

13           Q.    Okay.  And were you happy with their

14    performance?

15           A.    Yeah.

16           Q.    Were they both still employed there when

17    you left SHRM?

18           A.    Amy had left.  I can't remember exactly

19    when she left, but she -- she had relocated out of state.

20    But Laurie is still there, to my knowledge.

21           Q.    Got it.

22                    Do you think you had a good relationship

23    with them throughout your employment with SHRM?

24           A.    I think I had an open and honest

25    relationship with them.  I don't know how they -- you

```
 1    know, I don't know how they would characterize it as

 2    good, bad, or whatever.

 3                    But I consistently said -- and this is how

 4    I lead -- that I want to create an environment where

 5    employees always feel like they can come and talk to me,

 6    say what they feel if I say something that's

 7    inappropriate, hurts their feelings or whatever.

 8                    But if they don't choose to come, which is

 9    what I would say to them, like, all I can do is create

10    the environment.  I can't make them believe it, trust it,

11    you know, any of that.

12          Q.    Sure.

13                    So you saw value in having an open door

14    with your -- with your employees to come to you with

15    concerns?

16          A.    I did.

17          Q.    And do you think that's helpful to have a

18    work environment where people feel safe bringing forward

19    concerns?

20                    MS. HOFFMAN:   Form.

21          A.    I find it helpful as an employee to have

22    that, and I think my own management philosophy -- you

23    know, to my knowledge, if you would have a conversation,

24    I guess, with all the people that I've managed in my

25    career, that people felt like I was fair.
```

```
 1                    Q.   (By Ms. DeFazio)  And do you think fairness
 2       is important in employment?
 3                    A.   I think trying to be as fair as you can to
 4       people.
 5                    Q.   Do you have an independent memory of the
 6       employee survey results that came out in 2020?
 7                    A.   No, I don't.  The employee survey results
 8       were part of the role that I was no longer in, so I
 9       didn't administer it, see the results of it, none of -- I
10       wasn't privy to any of that.
11                    Q.   Okay.  Were you involved -- even if you
12       weren't actually in charge of it, but were you involved
13       in, you know, either meetings or conversations about the
14       survey results when they --
15                    A.   No.
16                    Q.   -- came in?
17                    A.   No.
18                    Q.   All right.  I'm going to share with you a
19       document that has already been marked as Exhibit 30.
20                    A.   Okay.
21                    Q.   Just let me know when you've got that
22       open.
23                         Do you have that open in front of you?
24                    A.   Uh-huh.
25                    Q.   Okay, great.  You're just taking a look at
```

```
 1    it?
 2              A.    I am, uh-huh.
 3              Q.    All right.  This appears to me to be an
 4    email from Nick Schacht to, I think a distribution list
 5    of -- I don't know if it was the entire company.
 6                    But I'm assuming you were on this because
 7    a couple pages back, on -- in the lower right-hand
 8    corner, MOHAMED 003329, there's an email from you --
 9              A.    Uh-huh.
10              Q.    -- that it looks like he's responding to
11    or at least adding to.
12                    Is that fair?
13              A.    Uh-huh.
14              Q.    Okay.  My question for you is, on the very
15    first page?
16              A.    Uh-huh.
17              Q.    So MOHAMED 3327, in the first full
18    paragraph?
19              A.    Uh-huh.
20              Q.    He says -- he comments on your email and
21    says:  "First, let me thank Bernee for answering Ruby's
22    question from our Tuesday meeting so quickly and so well
23    below."
24                    Do you have a memory as to what the
25    question was and anything else about that meeting?
```

Case No. 1:22-cv-01685-GPG-KAS   Document 40-17   filed 08/04/23   USDC Colorado   pg 60 of 188

```
 1              A.    I don't.  I don't -- I don't even

 2    remember -- I -- I was not a part of this.  That email

 3    that I sent went out to the organization.

 4              Q.    Okay.

 5              A.    So that team SHRM -- it went out to

 6    everybody and it was -- it was a learning and

 7    development.  You know, me, it was in my role as L&D

 8    person.

 9              Q.    Sure.

10              A.    So I'm talking to people about this

11    learning path that we put -- because we bought a LinkedIn

12    Learning subscription and -- so that was a generic -- it

13    wasn't about any one employee.

14                    It was about a follow-up saying:  Hey,

15    we've got these kind of courses.  Here's our CEO talking

16    about this, and what are some things that we can do to be

17    more empathetic and kind.

18              Q.    Okay.

19              A.    It was the kind of thing that I would send

20    out.

21              Q.    Yeah.

22                    But you don't have a memory of, in

23    particular --

24              A.    I've never seen this document that

25    you're --
```

```
 1                    Q.   Okay.

 2                    A.   -- referring to, this --

 3                    Q.   The first email?

 4                    A.   Yes.

 5                    Q.   Okay.

 6                    A.    It looks like it's addressed to "Global

 7     Development Team."  I'm not a part of that, but because I

 8     sent the email to everybody at the organization, then

 9     they would have received that email --

10                    Q.   I see.

11                    A.   -- about empathy and kindness.

12                    Q.   Okay.  Gotcha.

13                    Do you have any memory of there being

14     particularly low ratings among the education team in

15     response to that employee survey result in 2020?

16                    A.   I wasn't in those post-survey results

17     meetings, discussions, or anything around that.

18                    Q.   Sure.

19                    All right.  So you testified to this a bit

20     earlier, but there was a point when you came to

21     understand that Ms. Mohamed had raised concerns about

22     discrimination; is that right?

23                    A.   Right.

24                    Q.   Okay.  And when do you recall, you know,

25     coming to that understanding?
```

```
 1                    A.   When I had a discussion with Sean about

 2       the conflict between she and her manager and would I be

 3       willing to try to, you know, do what I do.

 4                    Q.   Right.

 5                    A.   And try to help people get along.

 6                    Q.   Right.  And do you recall when that

 7       discussion was with Sean Sullivan?

 8                    A.   A specific date?

 9                    Q.   Uh-huh, or month.

10                    A.   No.

11                    Q.   Okay.  All right.  I'm going to share with

12       you an exhibit that's been marked as 14.

13                    A.   Okay.

14                    Q.   And this appears to be an email from

15       Mr. Sullivan to Ms. Mohamed, with you cc'd.

16                         Do you see that?

17                    A.   Not yet, but --

18                    Q.   Okay.

19                    A.   -- I'm getting it.

20                    Q.   Sure.

21                    A.   The options are different on each

22       document.  Some let --

23                    Q.   Oh, how --

24                    A.   -- me open, some download, so . . .

25                    Q.   Oh, how fun.
```

1              A.   So let me get it open.

2                   Okay.  So this email says that it was on

3    August the 7th --

4              Q.   Uh-huh.

5              A.   -- of -- wait a minute, I closed it.

6                   August 7, 2020.

7              Q.   Uh-huh.  Do you recall receiving this

8    email?

9              A.   Yes.

10             Q.   Okay.  So you're -- the conversation that

11   you just testified to or the discussion with Mr. Sullivan

12   about Ms. Mohamed, would that have occurred prior to him

13   sending out this email, do you think?

14             A.   Oh, yeah.

15             Q.   Okay.  Do you think it was days prior or

16   earlier that day?

17             A.   I would think it would have had to have

18   been around the same time, but that's speculation.  I

19   don't know exactly -- the email says that -- the email is

20   dated, you said August -- hold on, I keep closing it.

21   I'm sorry, maybe I should keep it open.

22             Q.   Yeah, I would.

23             A.   Hold on one second --

24             Q.   Sure.

25             A.   -- because I've got a lot of stuff open.

1    Give me a minute.

2             Q.   Sure thing.

3             A.   Okay.

4                  Okay.  So the email says that he sent this

5    out on a Friday at 4:53, so it's the end of the day,

6    about the following week.

7                  And apparently, they were supposed -- I'm

8    just looking at the context of this.  They were

9    supposed -- Ruby and Sean Sullivan were scheduled,

10   perhaps, to speak on that same day, and that didn't

11   happen.  And he's saying that on the following week, that

12   Monday, he asked me to facilitate and mediate discussions

13   to determine a path forward.

14            Q.   Uh-huh.

15            A.   So what is your question now?

16            Q.   Your -- the discussion that you had with

17   Mr. Sullivan that occurred prior to this email being sent

18   out, whenever that may have been that you had it, tell me

19   what you remember about what he shared with you.

20            A.   I just remember him saying that they were

21   not -- apparently there had been something going on

22   before to try to resolve whatever was going on and that

23   it was not going well.  It was not being resolved.

24                 So I don't know how long that had been

25   happening before, but him asking me, I guess, was an

```
 1    attempt to bring in somebody else maybe who's just trying

 2    to be neutral and, you know, again, my -- my general, I

 3    guess, reputation, perhaps, for just trying to get people

 4    to work well together.

 5              Q.   Did he -- and Mr. Sullivan was your

 6    supervisor, correct?

 7              A.   Yes, uh-huh.

 8              Q.   Okay.  So did he talk to you at all about

 9    the impact this would have on your ability to do your

10    other duties?

11              A.   I don't recall that he said anything

12    specifically other than -- and this is not to quote --

13    but something along the effect like:  Okay, I know you

14    already have a lot going on.  You know --

15              Q.   Yeah.

16              A.   -- that kind of thing.

17                   And --

18              Q.   Got it.

19              A.   -- yes, that's true, I mean, that -- yes.

20              Q.   Okay.

21              A.   That would be true.

22              Q.   Got it.

23                   Did he say anything about whether he had

24    looked at bringing in an external facilitator instead of

25    using you?
```

         1              A.    The email says that.  He and I didn't talk
         2    about it.
         3              Q.    Right.  Right now, I'm asking about your
         4    recollection of that discussion that you had with Sean
         5    before this email.
         6              So you don't --
         7              A.    I don't --
         8              Q.    -- remember --
         9              A.    -- remember it being a long discussion.
        10    It was like:  Would I be willing?  I'm like:  Sure.
        11              Q.    Okay.  And then what else did he share
        12    with you about the -- the reason why things weren't going
        13    well between these two people:  Ms. Mohamed and
        14    Ms. Barley?
        15              A.    So we didn't get into a lot of the
        16    details.  I remember when I was getting started that
        17    there was some sharing of information that I chose to not
        18    get involved with, even look at, because I wanted to be
        19    neutral.
        20              Q.    Sure.
        21              So who provided you with that information
        22    in advance?
        23              A.    I can't remember whether it was Sean or
        24    Mike or Sean and Mike, but I know that they had both been
        25    involved before I got involved.

```
 1                Q.   Got it.
 2                     And in that discussion with Mr. Sullivan
 3     before he sent out this Exhibit 14, did he mention that
 4     Ms. Mohamed had expressed concerns about discrimination?
 5                A.   I don't remember the details of the -- I
 6     don't remember the details of that conversation or the
 7     details of what was the nature of their dispute, the
 8     dispute between Carolyn and Ruby.
 9                Q.   Okay.  When do you think you first learned
10     that?
11                     MS. HOFFMAN:  Form.
12                A.   I think I got into the details of it when
13     I had the -- started having the individual meetings --
14                Q.   (By Ms. DeFazio)  Gotcha.
15                A.   -- with the two of them.
16                Q.   I see.  So it came out in your meetings
17     with them?
18                A.   To my knowledge, yes.
19                Q.   Okay.  Gotcha.
20                     So at this point, on August 7 when
21     Mr. Sullivan sends out this email, how would you describe
22     your -- he describes it as "extensive mediation
23     experience."
24                     So tell me what -- what experience you had
25     at that time.
```

Case No. 1:22-cv-01822-CPK-KAS Document 40-17 Filed 08/04/23 USDC Colorado pg 68
pg 68 of 188

1          A.   As I previously stated, that I had been a

2     mediator, an ALJ, at Iowa Public Employment Relations

3     Board.

4          Q.   Okay.  And you said that was -- that was

5     in the 1980s?

6          A.   '80s, early '90s, yes.

7          Q.   Okay.  How many years had you been in that

8     role?

9          A.   I think I said earlier, I couldn't

10    remember.  So I'm thinking I still can't remember that.

11         Q.   Okay.  That's fair.

12              Was it, you know, more than ten years?

13         A.   No.  I wasn't there that long.

14         Q.   Okay.  Maybe five, if you had to guess?

15         A.   No.

16         Q.   Okay.  All right.  Fewer than five years?

17         A.   Yes.

18         Q.   Okay.  And how many cases -- if you can

19    estimate, how many cases do you think you mediated during

20    your time as an ALJ?

21         A.   I have no idea.

22         Q.   Is it in the hundreds?

23         A.   I have no idea.

24         Q.   Okay.  And what training -- at this point,

25    in August 7, 2020, what training had you received in

1    facilitating or mediating disputes?

2              A.   Nothing formal through -- you know, I

3    didn't go get a certification in it or anything.  It was

4    something that I had learned through experience and then,

5    again, I think my personality lends itself to it, but

6    no -- no certification.

7              Q.   Okay.

8                   MS. HOFFMAN:   Is now a good time for a

9    quick five-minute break?

10                  MS. DeFAZIO:   Yeah, sure.  That's just

11   fine.

12                  Does that work for you, Ms. Long?

13                  THE WITNESS:   Yes.

14                  MS. DeFAZIO:   Great.

15                  MS. HOFFMAN:   Great.

16                  MS. DeFAZIO:   All right.  We'll see you

17   back in five.

18                  (Recess taken from 10:13 a.m. until

19   10:23 a.m.)

20                  MS. DeFAZIO:   So going back on the record.

21             Q.   (By Ms. DeFazio)   I'm going to send you an

22   exhibit that will be marked Exhibit 50, so that will show

23   up in your chat box momentarily.

24                  Just let me know when you've got it open

25   in front of you.

```
 1                    A.    Okay.  I have it open now.

 2                    Q.    Great.

 3                          So you testified a little bit earlier that

 4       prior to your meeting with Ms. Mohamed and Ms. Barley,

 5       either Mr. Jackson or Mr. Sullivan had sent you some

 6       notes?

 7                    A.    Uh-huh.

 8                    Q.    Did I summarize that right?

 9                    A.    Yes, uh-huh.

10                    Q.    Is this the exchange in which those notes

11       were sent to you, as far as you can recall?

12                    A.    I guess so.  I don't remember, you know,

13       how they came.  I imagine they came in email.

14                          What I was testifying to was the fact that

15       I didn't open and access those -- the document -- right,

16       the attachment.

17                    Q.    Sure.  Sure thing.

18                          So in this email string, it looks like,

19       Mr. Sullivan, in kind of the second email down --

20                    A.    Uh-huh.

21                    Q.    -- forwards you notes.  And this is at

22       5:19 p.m., so after he had sent the exhibit that we

23       looked at, Exhibit 14.

24                          And then Mike, it looks like, he follows

25       up shortly thereafter with some additional notes.
```

```
1                        Does that look right?
2            A.    Right.
3            Q.    Okay.  And so your testimony is that you
4      did not review those?
5            A.    No, I did not.
6            Q.    Okay.  Did you ever review them?
7            A.    No.  I made a decision to hear the
8      parties.
9            Q.    Sure.
10                      Yeah, and you testified earlier that you
11     think it's important to -- it was important to come in
12     neutral; is that right?
13           A.    Right.
14           Q.    And why do you think that neutrality is
15     important as a mediator?
16           A.     I think it's humans and so it really
17     talks -- it refers back to, we were talking about
18     subjectivity earlier, right?
19           Q.    Uh-huh.
20           A.     So the more information that you have
21     about anything, the more stuff you've got to process
22     through.  I think we're all subject to unconscious bias,
23     and so I don't -- I didn't want any of that, right?  I
24     didn't want anything that I may not -- I mean, by
25     definition is unconscious.
```

1            So I didn't want anything to be there in

2    my head that may influence me one way or the other

3    without just hearing what the parties had to say.

4          Q.    Sure.

5            So you wanted to go in with as clean a

6    slate as possible?

7          A.    I did.

8          Q.    And really, it seems like all you knew

9    going in was -- from Sean -- there was a problem between

10   those two people; something had been happening to

11   mitigate that, that didn't work; and it was still not

12   going well.

13           Is that about --

14         A.    Right.

15         Q.    -- right?

16         A.    That's right.

17         Q.    Okay.  Other than neutrality, are there

18   other attributes that you had found had made you

19   successful in previous mediations?

20         A.    I mean, I don't want to describe myself as

21   an empath, because it has some little bit negative

22   connotations to it, but I do think I have high levels of

23   empathy and compassion.  If one were to look at my

24   CliftonStrengths, connectedness is my number two, like

25   I -- I don't understand how humans just don't -- yeah, I

    1    feel very strongly emotionally about human interaction.
    2            Q.    Gotcha.
    3                  Any other strengths that -- that have made
    4    you successful as a mediator prior to your work with
    5    Ms. Mohamed and Ms. Barley?
    6            A.    I think my ability to recognize that there
    7    are usually more -- there's more than one version of
    8    facts, right?  Because everybody sees things through
    9    their own lenses.  And I can't really put into words how
   10    I do what I do, but it is something that I think, like,
   11    we all are born with some innate talents, and we don't
   12    really recognize them fully until somebody else says,
   13    "Oh, I can't do that."
   14                  I don't know what that is, but there is
   15    something that -- I think I probably was a better
   16    mediator and ALJ than I would have ever been a litigator.
   17            Q.    Uh-huh.
   18            A.    Like, I'm not adversarial by nature.
   19            Q.    Yeah.
   20                  So other than what you've shared already,
   21    what was your understanding of your role as a mediator
   22    and facilitator coming into this situation with
   23    Ms. Barley and Ms. Mohamed?
   24            A.    I was hopeful to try to get beyond, for
   25    lack of a better term, impasse.  I think when you're

Case No. 1:22-cv-01075-CPC-KAS   Document 40-17   filed 08/04/23   USDC Colorado
pg 74 of 188

1     calling in mediators and arbitrators, like, you're at a

2     place where you can't resolve it between yourselves.  So

3     I went in very hopeful that maybe I could get them to

4     hear each other differently.

5               Q.   Okay.  Was your -- was evaluating

6     Ms. Mohamed's discrimination or retaliation claims part

7     of your role as a mediator?

8               A.   Evaluating it?

9               Q.   Yes.

10              A.   What do you mean by that?

11              Q.   Determining if it was true or not.

12              A.   Oh, no, that was not my role.

13              Q.   Doing any kind of investigation around her

14    claims of discrimination or retaliation?

15              A.   No.  That wasn't my role, either.

16              Q.   Okay.  Do you know whose role either of

17    those was:  To either evaluate or investigate

18    Ms. Mohamed's claims of discrimination and retaliation?

19              A.   I don't know.  I mean, I -- yeah, I don't

20    want to speculate, so I don't know.

21              Q.   Sure.

22              A.   But it wasn't -- it wasn't my role.

23              Q.   Given your understanding of how, you know,

24    duties fell to various people in HR during your time at

25    SHRM, whose role would that have been, to the best of

1    your knowledge?

2              A.    I don't know.  Maybe -- maybe at the CHRO

3    level.

4              Q.    So Mr. Sullivan?

5              A.    Uh-huh.

6              Q.    All right.  But you're not sure?

7              A.    I'm not sure.

8              Q.    Okay.  And again, that is not the reason

9    why you were brought in to mediate the situation?

10             A.    No, that was not the reason.

11             Q.    All right.  So let's talk about these

12   sessions.

13                   Did you have a joint session with the two

14   of them?

15             A.    It started out with a joint session, yes.

16             Q.    Okay.  And do you think that happened the

17   week after Exhibit 14, the email from Mr. Sullivan, was

18   sent?

19             A.    I don't know when that -- I don't know

20   when the first session was.  I -- I imagine that I had to

21   schedule, get on both of their calendars.  So it would

22   have been whenever I could find that mutually agreeable

23   date to do it.

24             Q.    And did you end up meeting next with -- or

25   let me ask it this way:

```
 1                      After that joint session, who did you meet

 2   with next?

 3            A.    Probably Ruby, but I don't know.  I don't

 4   know for sure.

 5            Q.    Do you recall how many times you met with

 6   Ms. Mohamed before the mediation stopped?

 7            A.    Maybe two or three times.

 8            Q.    And then same question for Ms. Barley:

 9   How many times did you meet with her before the mediation

10   stopped?

11            A.    Probably about the same.

12            Q.    Okay.  All right.  So tell me what you

13   remember about the joint session, so the first session

14   you had with them.

15            A.    The purpose of the joint session was

16   really to just say:  Okay, this is what mediation is.

17   This is why I'm here.  What we're trying to accomplish,

18   so to speak.

19                  I don't remember it being a long

20   conversation.

21            Q.    Was it a video call?

22            A.    Now, that, I don't know.

23            Q.    Okay.  But presumably not in person?

24            A.    No, not in person because --

25            Q.    Okay.
```

Case No. 1:22-cv-01683-GPC-KAS Document 83-17 Filed 08/04/23 USDC Colorado pg 77
pg 77 of 188

```
 1                   A.    -- Ruby lives -- didn't live in -- she
 2      wasn't in the building --
 3                   Q.    Sure.
 4                   A.    -- right?  It wasn't in person, no.
 5                   Q.    Sure.
 6                         Were you and Ms. Barley in the same room?
 7                   A.    No.
 8                   Q.    Okay.  What else do you recall about that
 9      first session?
10                   A.    That's pretty much it.  I think it was
11      just kind of laying the land and talking about, I need to
12      get calendars, get on people's schedules or whatever.
13      But --
14                   Q.    Did you invite -- did you invite both of
15      them to share anything about why they were there or their
16      goals, or was it really just you letting them know the
17      lay of the land?
18                   A.    Well, I kind of was chuckling because I
19      just want to say, at this point, like, I'm not quite as
20      young as I used to be.  Like I want -- I really do want
21      to remember, but, like, I -- that's --
22                   Q.    Sure.
23                   A.    -- that's really specific.  I -- I --
24                   Q.    Sure.
25                   A.    I don't.  I just don't.
```

```
 1                Q.    Okay.  So you --

 2                A.    Yeah.

 3                Q.    -- don't -- you don't recall if they

 4       shared anything personally about different --

 5                A.    I don't recall.

 6                Q.    Yeah.  If they shared anything at all?

 7                A.    (Witness shook head from side to side.)

 8                Q.    Okay.  Well, if you recall, let's talk

 9       about your sessions with Ms. Mohamed.  And if you recall

10       them separately, great.  If it's just sort of a blur,

11       that's fine.

12                A.    Okay.

13                Q.    Do you recall your first session with her?

14                A.    I can't say that I recall which session

15       was -- you know, like, the -- I can talk about maybe some

16       things we talked about.

17                Q.    Sure.

18                A.    But whether it occurred in the first

19       session, the second session, like no, I can't give you

20       that degree of specificity.

21                Q.    Okay.  Well, tell me what you do recall

22       about your sessions with Ms. Mohamed.

23                A.    I believe that she was hurting.  There

24       were lots of tears.  I did feel a sense of compassion for

25       her pain.  I had no doubt that she was in pain.
```

Case No. 1:22-cv-01985-CPECK-KAS Document 408-17 Filed 08/02/06/29 DC USDLCColorado pg 79 of 188
pg 79 of 188
Page 79

1            I tried to talk about, you know, things

2    that I thought would encourage her, trying to help with,

3    like I spoke of earlier, perspective.  You know, let's

4    think about the lens through which -- you know, because I

5    don't know what's going on.  This is the first, second,

6    whatever meeting, but just trying to get an understanding

7    of where she was coming from without really getting into

8    merits of -- I mean, because a claim of discrimination

9    really gets into, like, legal definitions and, you know,

10   those kinds of things.

11           So I wasn't trying to get into any of

12   that, but trying to figure out, is there a way that we

13   could get to some level of trying to understand each

14   other.

15           I think the nature of claims of racial

16   discrimination are inherently painful.  They're just

17   painful.  And -- and I feel that pain.  Like, I

18   certainly -- you know, I could certainly relate to where

19   she was coming from.

20           I know I talked to her about, you know,

21   some other people who had had TED Talks on the subject.

22   I remember sending her resources that I thought might be,

23   you know, positive, encouraging, maybe, you know -- they

24   weren't designed to be anything that was going to make

25   her feel bad, you know what I mean?  Like, it was --

```
 1    again, and it's perspective.

 2                   I think -- I don't remember all the

 3    particulars of each one or whatever, but I think the idea

 4    of perspective, about how people perceive actions of

 5    others, and we have choices about a lot of those kinds of

 6    things.

 7                   But I think what I -- what I'm -- remember

 8    most vividly is that it was difficult for us to have a

 9    conversation in any of our meetings without her pain

10    coming -- like, we -- the -- she was hurting.  She was

11    hurting, and I could feel that she was hurting.  And so

12    it's difficult to mediate any situation when emotions are

13    so high.

14                   So yeah, that's -- that's certainly a very

15    vivid memory for me.

16         Q.    And did you have an understanding of why

17    she was in so much pain?

18         A.    She was filing a claim of racial

19    discrimination.  I don't know anybody who's -- and I'm

20    not saying that there aren't people --

21         Q.    Sure.

22         A.    -- but in this particular instance, racial

23    discrimination is a painful thing.

24                   We were on the -- you know, we're talking

25    about the summer after George Floyd, so emotions were
```

```
 1    high across the country.  It was -- I mean, it's a
 2    difficult thing to really even talk about today, right?
 3    I mean, that happened on my mother's birthday, so, like,
 4    I -- that's very vivid to me that --
 5              Q.    Yeah.
 6              A.    -- that's when George Floyd died.
 7                    And -- yeah.  It's a tough thing to talk
 8    about.  I mean, so she was in pain.  Like, I feel that
 9    now.
10              Q.    Yes.
11                    And you said she was crying, lots of
12    tears --
13              A.    Yes.
14              Q.    -- were shed?  Okay.
15                    How else could you determine from her
16    demeanor that she was upset?
17              A.    Well, tears are a pretty good indication.
18    I don't --
19              Q.    Okay.
20              A.    -- think you need much else to go with
21    those.
22              Q.    Uh-huh.  Yeah.
23                    Did she tell you that it was very -- the
24    way that she was treating -- being treated was very
25    hurtful to her?
```

1              A.    Yes, she said that.

2              Q.    Okay.  So clearly in this conversation, it

3    became obvious that she had a claim -- or a concern about

4    discrimination, that she was being discriminated against

5    by Ms. Barley, right?

6              A.    It became obvious she was in pain.

7              Q.    Uh-huh, yeah.

8                    Do you recall telling her that it's hard

9    for a Black woman to bring her blackness to the

10   workplace?

11             A.    I don't know that I said that.  I can't

12   recall having said that.

13             Q.    Uh-huh.  And then what about that it's

14   hard for Ms. Barley as a white woman to understand

15   certain things that a Black woman might experience in the

16   workplace?

17             A.    It may have been hard for a white woman to

18   understand being a Black woman because I don't know what

19   it's like to be a white woman.

20             Q.    Sure.

21                   Do you think --

22             A.    So, I mean, I can't quote to say what

23   exactly I said, but that makes logical sense to me,

24   right?  Like, I can empathize to a degree with certain

25   things, but I've never been a white woman.

```
 1                    Q.    Sure.

 2                    A.    And I don't know a white woman who's ever

 3    been a Black woman, so it's -- there is no direct -- I

 4    would say that my ability to empathize with where Ruby

 5    was coming from as a Black female, there was a more

 6    direct kind of correlation, even though there is no

 7    singular Black experience.

 8                    Q.    Sure.

 9                          So upon meeting Ms. Mohamed, you

10    understood that she was Black?

11                    A.    Well, she looked Black to me.  I

12    just . . .

13                    Q.    I agree.

14                    A.    She was a person of color.  How about

15    that?

16                    Q.    Yeah.

17                    A.    Yes.

18                    Q.    So do you think it's possible you may have

19    shared that, you know, piece of information about, you

20    know, it may be hard for Ms. Barley as a white woman to

21    understand the experience of a Black woman?

22                    A.    It may be, yeah.  I can't say that I did

23    or did not.

24                    Q.    Sure.

25                    A.    But I don't think that's an unreasonable
```

1    thing that I could have said, but --

2         Q.    Sure.

3         A.    -- I can't -- I can't swear to it under

4    oath.

5         Q.    Sure.

6              Were you going to provide some resources

7    to Ms. Barley about the experience of nonwhite employees

8    in the workplace?

9         A.    That wasn't really where our conversation

10   was going.  I do recall -- this just kind of stood out in

11   my mind -- that she didn't feel that she was racist

12   and --

13        Q.    This was -- oh, in your conversation with

14   Ms. Barley?

15        A.    Yes, in my --

16        Q.    Okay.

17        A.    -- conversation with Ms. Barley.

18        Q.    Please, yeah, go ahead.

19        A.    She didn't feel that she was a racist and

20   she, too, was hurting.  So, you know, there was -- there

21   was crying on both sides, lots of it.

22              But there was a comment that she made as

23   a -- I guess kind of a defense to not being a racist --

24   or a defense to being a racist, that I -- I remember we

25   touched on it.  I don't know, like, how deep we went into

Case No. 1:22-cv-01285-CPG-KAS Document 83-17 Filed 08/09/23 USDC Colorado pg 85 of 188

```
 1    it.  But about her interactions with people of other
 2    races and that, you know, by definition, the fact that
 3    you have friends in other races doesn't make you
 4    non-racist.
 5            Q.   Uh-huh.  To the best that you can
 6    remember, what did Ms. Barley say about -- in that
 7    regard?
 8            A.   Her children of -- are of mixed heritage.
 9            Q.   Okay.  And so she was implying that
10    because of that, she -- she could not be racist?
11            A.   Right.
12                 MS. HOFFMAN:  Form.
13            Q.   (By Ms. DeFazio)  Okay.  So she said
14    something along the lines of, she has children of mixed
15    heritage, so it would just not be possible for her to be
16    racist?
17                 MS. HOFFMAN:  Form.
18            A.    It was something, right, to that effect.
19            Q.   (By Ms. DeFazio)  Okay.  How did you
20    respond to that?
21            A.    I don't remember specifically saying --
22    you know, what I said specifically, but -- and I hate to
23    speculate, but I imagine the conversation would have been
24    something along the lines of:  That's not, like, by
25    definition, what racism is all about.
```

```
 1                    Q.    Right.
 2                    A.    There was a question of that -- I guess my
 3        initial response in hearing it is, this is a situation
 4        where education is necessary.
 5                    Q.    Uh-huh.  And why was that your response?
 6                    A.    Because that's not the definition.  I have
 7        white friends.  That doesn't mean that I don't have bias
 8        against white people.
 9                    Q.    Uh-huh.  Did you ever make that
10        recommendation that education, you know, be involved,
11        either to Ms. Barley directly or to anyone else?
12                    A.    I didn't talk to anybody else about it.
13        And I can't remember -- I don't know if I made a
14        recommendation.
15                          But, I mean, I felt comfortable talking to
16        Carolyn, just one-on-one, you know, just as a person.
17        And so to say that I would have shied away from saying:
18        That's not really how you might want to look at that,
19        right?
20                          Like, I don't know what I said, you know,
21        specifically.  But I'm sure that I was comfortable enough
22        to address it in that moment.
23                    Q.    Got it.  Instead of to let it lay?
24                    A.    Right.
25                    Q.    Okay.  Going back to your sessions with
```

Case No. 1:22-cv-01865-CPK-KAS Document 4083-17 Filed 08/04/23 06/23 DC USDC Colorado pg 87
pg 87 of 188

1    Ms. Mohamed, did -- you know, did Ms. Mohamed seem open

2    to feedback in your meetings with her?

3              A.    Feedback from me or --

4              Q.    Yeah.  Well, let me be a little more

5    specific.

6                    Did she ask, you know, what she could be

7    doing differently in the situation with Ms. Barley?

8              A.    I don't know if she asked that

9    specifically.  I don't know.

10             Q.    Yeah.  Yeah.  Or did, you know, she invite

11   feedback about how she could be -- you know, what she

12   could be doing to get along better with Ms. Barley?

13                   MS. HOFFMAN:  Form.

14             A.    I can't say that she did or didn't.  I --

15   I --

16             Q.    (By Ms. DeFazio)  Sure.

17             A.    That's too specific to answer that.

18             Q.    Well, did she demand that Ms. Barley

19   apologize for how she had been treating Ms. Mohamed?

20             A.    I don't know.  I don't know.  I don't

21   remember any discussions around, like, that apology would

22   be the answer.  I don't remember that.  I don't remember

23   any discussions -- I don't remember that.

24             Q.    Sure.

25                   So as far as you can recall, Ms. Mohamed

```
 1    didn't demand that Ms. Barley apologize to her?
 2              A.   I --
 3                   MS. HOFFMAN:   Form.
 4              A.   I can't remember that being --
 5              Q.   (By Ms. DeFazio)   Okay.
 6              A.   I'm not saying that it didn't, so I --
 7              Q.   Sure.
 8              A.   -- just -- I'm not trying to say that Ruby
 9    did or didn't say certain things, right?
10              Q.   Sure.
11              A.   I just can't remember.
12              Q.   Sure.   That's honest and that's fine.
13                   And what about, did Ms. Mohamed say that
14    Ms. Barley had to be fired or disciplined?
15              A.   I don't remember that, either.
16              Q.   Okay.   And you're just not sure, either
17    way?
18              A.   I mean, I'm just -- I'm trying to -- it's
19    been so long ago.
20                   I think we spent a lot of time discussing
21    how Ruby felt.   Because that sounds like what you're
22    asking would have been resolutions or -- and I -- I think
23    we talked about, you know, trying to get to a place of
24    what would it take on both sides to kind of come to a
25    resolution.   But I don't think we ever got to even try to
```

```
1    get that drafted because I think everything ended before
2    we got to that place.
3              Q.    Got it.
4                    So your recollection is you spent more
5    time talking about how she felt rather than moving
6    towards a resolution?
7              A.    I think we spent a lot of time talking
8    about how she felt.  A lot of time talking about how she
9    felt and her work in terms of the expectations for
10    delivering on her work.
11              Q.    Okay.  Tell me what you remember about
12    what she shared about her work and her expectations of
13    delivering.
14              A.    I don't know that it was about her
15    expectations of delivering, per se, as my knowledge that
16    the nature of the work that that team does is real
17    time-sensitive.
18                    And I do remember that I said more than
19    one time that:  "Be mindful of your work," because, to
20    me -- and I -- and I do remember having this
21    conversation -- "if -- if your work demands are not being
22    met, then it almost is going to overshadow any other
23    claims that you have because you're here to do a job
24    first and then those other" -- right?
25                    Like, so, to me, the -- and I -- it was
```

1    coming from a place of love, to say to Ruby that:  "Let's

2    not have that on the table."

3              Q.    Uh-huh.

4              A.    "Let's make sure you get your work done,

5    you meet deadlines, so that is not on the table."

6              Q.    Uh-huh.

7                    And how did you learn that there were --

8    there were relevant deadlines coming up?

9              A.    Somewhere in there, I don't know if it was

10   Carolyn that said it or it -- somewhere in the mediation,

11   it came out in the conversation about what needed to --

12   to happen, what was expected.

13                   So it may have been with Carolyn -- I

14   don't know exactly where -- but I know that I did come to

15   knowledge about Ruby's work.  And we both talked -- I

16   mean, I talked to both of them about it.

17             Q.    Got it.

18                   But you didn't have any direct knowledge

19   of what those deadlines were, where they had come from,

20   anything of that nature, did you?

21             A.    When you say "direct," as in where would I

22   have gotten them from?  Who would have been the source?

23             Q.    Yeah.

24                   Well, was Ms. Barley the source of that

25   information about the deadlines?

```
 1                    A.    It had to be either Ruby or Carolyn

 2      because those were the parties involved in the media- --

 3      I wasn't talking to other people about it.

 4              Q.    Got it.

 5                    But you're -- you weren't a member of the

 6      ISD team, so --

 7              A.    Oh, no.

 8              Q.    -- you didn't -- yeah, so you didn't have

 9      any understanding of the projects, exactly, that Ruby was

10      working on or why they were due when they were due,

11      right?

12              A.    No.

13              Q.    Okay.  You were just kind of going off of

14      what you were told either by Ms. Mohamed or Ms. Barley

15      about those deadlines, right?

16              A.    (Witness nodded head up and down.)

17              Q.    Okay.  All right.  I'm going to share with

18      you a document that will be marked Exhibit 51.

19              A.    Okay.

20              Q.    And here it comes.

21                    Do you have that open?

22              A.    I do, uh-huh.

23              Q.    Great.

24                    So looking at the last page, so

25      MOHAMED 008112.
```

1              Are you there?

2         A.   I am here, uh-huh.

3         Q.   Okay.  So it looks like an email from you

4    to Ms. Mohamed, with several TED Talks; is that right?

5         A.   Right, uh-huh.

6         Q.   Okay.  And this was sent on August 11.

7              Do you think it's safe to say that you had

8    already had your first session with her by this point?

9         A.   Yeah, because the subject says

10   "Conversation FollowUp."

11        Q.   That makes sense.  Okay.

12             And you are asking for Ms. Mohamed's

13   thoughts on whether any of these videos might be helpful?

14        A.   ". . . in bridging communication," yes.

15        Q.   Yeah.  Okay.

16             And then she responds in her next email to

17   you that she likes the "Color Blind or Color Brave" talk.

18             Do you see that?

19        A.   Uh-huh.

20        Q.   Okay.  What did you do, if anything, with

21   that information from -- with that feedback from her?

22        A.   I don't know specifically, but in light of

23   what I stated earlier about the comment that Carolyn had

24   made, that would have been -- and I don't remember all

25   the details of what the TED Talk is, you know, right now.

Case No. 1:22-cv-01815-GPG-KAS Document 83-17 filed 08/02/23 USDC Colorado pg 93
pg 93 of 188

1                    Q.    Sure.

2                    A.    But that would have been a way to convey

3        that, you know, that -- it's an educational process,

4        right?

5                    Q.    Yes.

6                    A.    The whole idea of understanding that even

7        if a person doesn't intend to be biased, it doesn't mean

8        the effect of it on the other person isn't a biased

9        effect.

10                        So -- and like I said, I can't say

11       specifically what that conversation was.  But I do

12       remember in that moment of having to just kind of address

13       with Carolyn that that does -- that's -- that's not a

14       useful -- that's not a useful kind of defense, so to

15       speak, about one's unconscious or conscious bias.

16                   Q.    Sure.

17                        Do you think you sent this link to

18       Ms. Barley?

19                   A.    I would have -- there would have been an

20       email of it, I guess, if I had.

21                   Q.    Okay.  Would that have been your intention

22       to have done that?

23                   A.    I don't know if I would have sent that

24       directly to her, or would I have talked to -- the high

25       points from it and brought it out in terms of -- I don't

1    know.

2              Q.   Okay.  But one way or the other, it was

3    your intention to relay at least the high points of it or

4    the video itself to Ms. Barley to educate her?

5              A.   Well, more from the perspective of Ruby

6    saying that she thought it would be helpful.

7              Q.   Uh-huh.

8              A.   And so that -- I guess, for me, thinking

9    about it in -- in a role as a mediator, that that

10   education piece is important.

11             Q.   Uh-huh.  Do you --

12             A.   Because --

13             Q.   -- think --

14             A.   -- I'm trying to bridge -- I'm trying to

15   bridge understanding across both sides.

16             Q.   Sure.

17             A.   Uh-huh.

18             Q.   In listening to, you know, Ms. Mohamed's

19   perspective and then Ms. Barley's, do you think it was

20   possible that Ms. Barley was treating Ms. Mohamed

21   differently based on unconscious bias?

22                  MS. HOFFMAN:  Form and foundation.

23             A.   I guess anything's possible, but I -- I

24   have no way of really knowing that.

25             Q.   (By Ms. DeFazio)  But did you think it was

1    possible?

2                   MS. HOFFMAN:  Form and foundation.

3          A.   I think anything is possible.  I think

4    anything is possible.

5          Q.   (By Ms. DeFazio)  So it was possible that

6    that was happening?

7                   MS. HOFFMAN:  Same objection.

8          A.   Am I missing something here?

9          Q.   (By Ms. DeFazio)  Oh.  So you believe that

10   was possible then?

11                  MS. HOFFMAN:  Same objection.

12                  But you can answer, if you know.

13         A.   I have no way of knowing.

14         Q.   (By Ms. DeFazio)  Okay.  But you -- I'm

15   just making the logical connection that if anything is

16   possible, in fact, it was possible that Ms. Barley was

17   treating Ms. Mohamed differently because of her race

18   because of an unconscious bias?

19                  MS. HOFFMAN:  Form and foundation.

20         A.   I guess it's possible.

21         Q.   (By Ms. DeFazio)  Do you think, you know,

22   based on your conversations with Ms. Mohamed, was her

23   concern that she was being treated differently based on

24   her race, was that a good faith belief on her part?

25                  MS. HOFFMAN:  Form and foundation.

 1                    Q.   (By Ms. DeFazio)   In other words, you know,
 2      did she seem sincere in her concern?
 3                    MS. HOFFMAN:   Same objection.
 4           A.    Well, as I previously stated, it was
 5      evident to me that she was hurting.
 6                    Q.   (By Ms. DeFazio)   Yeah.
 7           A.    So the impact of her belief, regardless of
 8      where it came from, like, her belief caused her pain.
 9           Q.    Yeah.
10                    So as far as you could tell, she wasn't
11      just making it up?
12                    MS. HOFFMAN:   Form and foundation.
13           A.    I think in terms of analogies.  So -- so
14      for me, part of what I do with myself is sometimes when
15      things happen, whatever they are, that cause me to feel
16      some kind of way, I have to go and say:  Okay, what's
17      triggering that, what's causing it?
18                    Like, there's a process of thinking, and
19      that's something that I also try to bring to a mediation
20      to get to:  Okay, so you're feeling this, but what --
21      what things went through our minds to -- you know, what
22      thoughts and interpretations on the words of others then
23      led to a specific reaction on our part or response on our
24      part?
25                    Q.   (By Ms. DeFazio)   Visiting your -- again,

     1     your sessions with Ms. Barley, I'm presuming, is that

     2     also a situation where you don't recall the individual

     3     sessions, but more just collectively what you talked --

     4            A.    Right.

     5            Q.    -- about with her?

     6            A.    Right.

     7            Q.    Okay.

     8            A.    Collectively, yeah.

     9            Q.    Okay.  So other than the -- the item that

    10     that stood out to you that you discussed earlier about

    11     her having children of mixed heritage, what else do you

    12     remember about your meetings with Ms. Barley that you had

    13     just alone with her in this mediation context?

    14            A.    It was -- I would say the thing that

    15     struck me was the similarity of the intensity of how both

    16     of them felt.

    17                  Carolyn's feelings with having found

    18     herself being the subject of someone labeling her as

    19     discriminatory were as intense as Ruby's feelings at

    20     being labeled -- at feeling that she had been

    21     discriminated against.

    22                  Like, it was -- it was excruciatingly

    23     painful on both sides.

    24            Q.    Do you remember anything else that she

    25     told you specifically about the pain she was feeling,

Case No. 1:22-cv-01256-GPG-KAS   Document 40-17   Filed 08/29/23   USDC Colorado   pg 98 of 188

 1    Ms. Barley?

 2            A.    I think -- when I -- you know, I guess my

 3    general sense with both was that that pain, in many ways,

 4    prevented us from being able to move forward in a way

 5    that I would have liked because it was pervasive, it was

 6    pervasive on both sides.

 7            Q.    Yeah.

 8                  Did Ms. Barley say that she was upset at

 9    having been accused of being discriminatory?

10            A.    Well, given that it was pervasive -- I

11    mean, like, did she say those words?  Or did I interpret

12    those actions to be that she was upset?  I -- I would say

13    she was upset, yes.  Whether she used those words, I

14    don't -- I can't tell you.

15            Q.    Sure.

16                  What else do you remember about your

17    meetings with Ms. Barley during the mediation process?

18            A.    I do remember the discussion about the

19    work coming up, and that was adding to her stress because

20    as the manager, you know, you're responsible for managing

21    a team that has to -- to deliver on a deadline.

22            Q.    Do you remember anything else she said

23    about the work?

24            A.    No.  I think the deadline was, for my

25    purposes, right, like, the thing that was looming.  I

Case No. 1:22-cv-01062-SKC-KAS Document 83-17 Filed 08/02/23 USDC Colorado pg 99 of 188

 1    can't say that she did or didn't say anything else, but

 2    it really, for me, would not have been as relevant

 3    because I don't know the nature of the work, right?

 4               Like it --

 5         Q.    Sure.

 6         A.    -- it was about work that needed to be

 7    done and needed to be done by a certain time.

 8         Q.    Okay.  What else do you recall about your

 9    meetings with Ms. Barley?

10         A.    I can't really think of anything else.

11         Q.    Okay.  So you've told me everything you

12    can remember about those meetings with her during the

13    mediation?

14         A.    Told you everything I can remember in this

15    moment.

16         Q.    Okay.  And that's my -- one of my roles

17    today is to just squeeze, kind of squeeze out the -- your

18    memory until we're exhausted.  So it's not a memory test,

19    but just a time to, you know, get what I can.

20               And then had you told me everything you

21    could recall about your meetings with Ms. Mohamed?

22         A.    I can't think of anything else because

23    nothing else is standing out in my head about them.

24         Q.    Okay.  Do you remember Ms. Mohamed

25    expressing any concern that the mediation sessions were

         1    becoming more about her performance than about

         2    Ms. Barley's behavior?

         3              A.   I don't know that there was -- I don't

         4    know that there was a weighing, per se.  I do know that

         5    whenever I would talk about not allowing this not doing

         6    your work to become an issue, it did kind of put her in

         7    more of a -- that wasn't received well, I guess.  Like,

         8    it seemed to upset her more, and that was not my goal.

         9              Q.   Sure.  You were just trying to keep that

        10    issue out of kind of --

        11              A.   I really did want --

        12              Q.   -- being a live issue?

        13              A.   Yes, I really did want that to not be an

        14    issue for her.

        15              Q.   Do you recall her sharing anything about

        16    why she was upset about the deadline or found it

        17    upsetting when you brought it up?

        18              A.   It coming up, because it was all in the

        19    context of actions that she thought were, you know,

        20    discriminatory.  But I can't give you the specifics of,

        21    you know, an in-depth play-by-play of -- of the

        22    conversation.

        23              Q.   Sure.

        24                   Well, did she -- I mean, do you remember

        25    if she shared with you that she thought that the

1    deadlines were unfair?

2              A.   I don't know if "unfair" was the word, but

3    I do recall the conversation about they weren't the same

4    deadlines that other people had or the way the deadlines

5    were handled weren't the same across the board.  I

6    remember her saying something along those lines.

7              Q.   Okay.  Were those other people white

8    people?

9              A.   I think if she -- let me see.  I think she

10   mentioned a couple of people on that team, and I think

11   the people she mentioned would have been, yes, white.

12             Q.   Okay.  So that -- she expressed that maybe

13   she wasn't being held to the same standard as those white

14   individuals with respect to deadlines?

15             MS. HOFFMAN:  Form.

16             A.   I think that was her belief, yes.

17             Q.   (By Ms. DeFazio)  Okay.  So could you

18   understand why, you know, mentioning the deadlines to her

19   might be upsetting?

20             MS. HOFFMAN:  Form and foundation.

21             A.   I don't know exactly, like, the -- I don't

22   understand all of why Ruby was upset, other than the big

23   picture that we talked about an hour ago, that she was in

24   pain.

25             Q.   (By Ms. DeFazio)  During the process -- or

```
 1    during the time when you were serving as a mediator

 2    between Ms. Barley and Ms. Mohamed, were you also helping

 3    Ms. Barley manage Ms. Mohamed?

 4            A.    Manage her?

 5            Q.    Yeah, or, you know, deal with interactions

 6    with her.

 7            A.    I'm not sure what you mean by that

 8    question.

 9            Q.    Sure.

10            A.    Can you clarify for me?

11            Q.    Yeah, yeah.

12                  Well, let's -- let's first start with some

13    clarification on, you know, when the mediation process

14    stopped.

15            A.    Okay.

16            Q.    All right.  So I'm going to share with

17    you, it will be marked as Exhibit 52.

18                  Just let me know when you've got that

19    open.

20            A.    Okay.

21                  It's open.

22            Q.    Sure, great.

23                  So I'll have you look at the second page,

24    so this is SHRM 0409.

25                  And there --
```

1           A.   Uh-huh.

2           Q.   -- is -- the first full email on that page

3    is from you to Ms. Barley on August 27.

4                And you say:

5                "Good morning, Carolyn,"

6                "I hope the start of this new day finds

7    you well.  Just a note to let you know that Ruby is no

8    longer interested in pursuing mediation."

9                Do you see that?

10          A.   Uh-huh.

11          Q.   Okay.  So obviously at this point, you

12   learned that Ms. Mohamed was no longer interested in

13   mediating anymore?

14          A.   I'm not clear as to when I learned it, but

15   that's when I communicated it, it looks like.  I'm trying

16   to --

17          Q.   Sure.

18          A.   -- see --

19          Q.   Well, here, let me --

20          A.   -- email --

21          Q.   Sorry.

22               Let me send you another exhibit: 53.

23               And that --

24          A.   Okay.

25          Q.   -- should hopefully be the one.

Case No. 1:22-cv-01626-PAB-KAS Document 40-83 Filed 08/04/25 USDC Colorado pg 104 of 188

```
 1                    A.   Okay.  I have it.

 2                    Q.   Okay.  So does this look like --

 3    Exhibit 53 -- the email from Ms. Mohamed that alerted you

 4    to the fact that she no longer wanted to participate in

 5    mediation?

 6                    A.   Yes.

 7                    Q.   Okay.  And then it looks like within, you

 8    know, an hour or two, you were -- you communicated that

 9    to Ms. Barley, right?

10                    A.   Let's see.  7:46.

11                         Yes, looks like it was a couple hours,

12    yeah.

13                    Q.   Okay.  In the interim period between, you

14    know, the time when you first started the mediation

15    process, which occurred at some point after August 7,

16    until August 27?

17                    A.   Uh-huh.

18                    Q.   Did you assist Ms. Barley in any way in

19    managing Ms. Mohamed in, you know, crafting a response to

20    her, talking to her about managing Ms. Mohamed?

21                         MS. HOFFMAN:  Form.

22                         You can answer.

23                    A.   So I don't know that I would characterize

24    where you're going with this as managing --

25                    Q.   (By Ms. DeFazio)  Sure.
```

Case No. 1:22-cv-01632-SPB-KAS Document 40-83 Filed 08/04/23 DC USDC Colorado pg 105
pg 105 188 Page 105

1          A.    -- Ruby, but I do recall that somewhere in
2    the process, Ruby sent an email to her manager's
3    manager's manager, so it would have been at the executive
4    level.  And when I became aware of that, it was because
5    he was directing Carolyn, like, she needed to respond to
6    Ruby.

7               And yes, I did assist in drafting a
8    response because my goal as a mediator -- and like I
9    said, I don't know when the timing of this was, so maybe
10   it was after I was the mediator -- but my thought was:
11   We are not putting fuel on the fire, because that -- that
12   email being written by Ruby kind of ignited something in
13   terms of:  Okay, we're trying to resolve and -- you know,
14   like I said, and I don't remember the time frame of it,
15   but the -- the context of -- that was outside of what was
16   trying to happen in the mediation.

17          Q.    Okay.  Well, I'll share with you what's
18   been already marked as Exhibit 24.

19          A.    Uh-huh.

20          Q.    And my interpretation of this email --

21          A.    Uh-huh.

22          Q.    -- is that it's what you -- what you
23   referenced just a moment ago:  That you were pulled in to
24   helping Ms. Barley to respond to an email from
25   Ms. Mohamed.

```
 1                    So just let me know if you think that's
 2    fair when you look at it.
 3             A.    The email from Ms. Mohamed to the -- Nick?
 4             Q.    Yes.
 5             A.    With Carolyn?
 6             Q.    But that --
 7             A.    Correct?
 8             Q.    I'm sorry.  I thought you testified that
 9    you helped Ms. Barley to craft a response to Ms. Mohamed
10    in response to Ms. Mohamed's email to Nick Schacht.
11             A.    That is what I said --
12             Q.    Okay.
13             A.    -- but when you --
14             Q.    Great.
15             A.    -- asked the question, you -- I -- I
16    interpreted what you said or had heard -- what I heard
17    was that it was the -- she was crafting a response to
18    Ruby as though she had -- Ruby had communicated
19    directly --
20             Q.    Sure.
21             A.    -- to her.
22             Q.    That may have been my poor question as
23    well.
24                    So is that a fair assessment of this
25    email, that this is when you were pulled in to help craft
```

 1    that response for Ms. Barley?

 2                    MS. HOFFMAN:   Form.

 3          A.    Oh, I don't even have that up yet.   I

 4    don't --

 5          Q.   (By Ms. DeFazio)   Sure.

 6          A.    -- know what I -- hold on one second.

 7          Q.   Sure thing.

 8          A.   What happened to my . . .

 9                    (A pause occurred in the proceedings.)

10          A.   Yes.

11          Q.   (By Ms. DeFazio)   So on the last page of

12    Exhibit 24 --

13          A.   Uh-huh.

14          Q.    -- SHRM 0543, Mr. Schacht is emailing

15    Jeanne Morris, say -- suggesting that Ms. Barley confer

16    with Mike Jackson on a response to Ruby's email.

17                    Then you get pulled in, it looks like, by

18    Ms. Morris.   And then --

19          A.   I'm sorry, by whom?

20          Q.   By Ms. Morris.

21          A.   Oh --

22          Q.   Looks like --

23          A.    -- Morris, okay.

24          Q.   Yeah.

25          A.   Gotcha, okay, uh-huh.

```
 1                    Q.   And then you email Mr. Sullivan at

 2      9:51 a.m. on August 13:  "Carolyn reached out to Mike and

 3      I this morning via Slack in response to Nick's email."

 4      Presumably the one on SHRM 0543.  "Let me know if you'd

 5      like me to draft a brief response for Carolyn's use for

 6      your review."

 7            A.   Uh-huh.

 8            Q.   "I think brevity is warranted in this

 9      situation."

10                 Do you see that?

11            A.   I do.

12            Q.   Okay.  Why were you being tasked with

13      helping to write a response?

14                 MS. HOFFMAN:  Form.

15            A.   I wasn't tasked with it.  I asked if that

16      was something for me to do, so that -- that wasn't

17      something that was assigned.

18            Q.   (By Ms. DeFazio)  Okay.

19            A.   And my statement about brevity was, again,

20      to stick to the immediate and not get into all -- I'm

21      trying to avoid inflammation, right?

22            Q.   Uh-huh.

23            A.   Like, I don't want this thing to -- to get

24      out of -- out of control.

25                 And, in fact, looking at the date of this,
```

Case No. 1:22-cv-01616-PAB-KAS Document 140-83 Filed 08/04/23 USDC Colorado pg 109
pg 109 of 188
Page 109

```
 1    we're -- we're at the beginning of mediation still when

 2    all this happened.  So I'm trying to control that

 3    environment.

 4             Q.    Sure.

 5                   Did you have any concern that, you know,

 6    being involved in drafting this would, you know, taint

 7    that neutrality that you had with the parties?

 8                   MS. HOFFMAN:  Form.

 9             A.    I didn't.

10             Q.    (By Ms. DeFazio)  Okay.

11             A.    I drafted a lot of things at SHRM,

12    primarily because they think I'm a good writer.

13             Q.    Uh-huh, okay.  But you, again, did not

14    have any concerns about being involved on this back-end

15    piece?

16             A.    I didn't.

17                   MS. HOFFMAN:  Form.

18             Q.    (By Ms. DeFazio)  Okay.  You mention that

19    Carolyn reached out to Mike and you via Slack.

20                   Do you see that?

21             A.    Uh-huh, I do.

22             Q.    Okay.  Did you use Slack much when you

23    were at SHRM?

24             A.    It was a platform that we had, but I can't

25    tell you the degree of how much I used it or even how
```

```
 1   effectively because, like, that's a lot of

 2   multi-communication for me.  I'm just trying to open up

 3   your attachments that are being screen-shared and it's a

 4   challenge, so . . .

 5           Q.   I understand.

 6           A.   I can't tell you about, you know, how much

 7   I used Slack.  Wouldn't necessarily -- I would say -- I

 8   don't dislike it, but it was just an added layer.

 9           Q.   Sure.  It's yet something else to check.

10           A.   Right.

11           Q.   But at least in this instance, Ms. Barley

12   reached out to you for assistance via Slack; is that

13   right?

14           A.   Uh-huh, uh-huh.

15           Q.   Okay.  And that's a yes?

16           A.   Yes.  That's a yes.

17           Q.   Okay.

18           A.   I'm sorry.

19           Q.   Great.  No problem.

20                Were you ever asked by anybody to preserve

21   your Slack messages that related in any way to

22   Ms. Mohamed?

23           A.   I don't remember being asked to preserve

24   them.  I'm sure they're there.

25           Q.   Yeah, me too.
```

Case No. 1:22-cv-01626-PGC-KAS Document 40-3 Filed 08/04/23 USDC Colorado pg 111 of 188
pg 111 of 188

```
 1                      I'm going to show you Exhibit 34.
 2                      And my question here -- it's a rather long
 3      string and you're not, I don't think, included on any of
 4      it.  I'm just curious if you recognize the email that you
 5      helped Ms. Barley to craft.
 6                      So once you have it open, let me know, and
 7      I'll have you turn to a particular page.
 8              A.      Let's see.
 9              Q.      And then once we do that, we'll take a
10      five-minute break to give you the chance to get up.
11              A.      Tell me the number again of the last --
12              Q.      Sure.
13              A.      -- exhibit.
14              Q.      Sure.  It's Exhibit 34.
15              A.      34, okay.  Got it.  Got it, got it.
16              Q.      Great.
17                      So if you turn to, in the lower right-hand
18      corner, MOHAMED 008702, which is the third page of the
19      PDF.
20              A.      Okay.  Uh-huh.
21              Q.      At the bottom, the very bottom is an email
22      that starts from Ms. Barley --
23              A.      Uh-huh.
24              Q.      -- to Ms. Mohamed, Mr. Schacht,
25      Ms. Morris, sent August 13 at 6:02 p.m.
```

Case No. 1:22-cv-01626-PAB-KAS Document 140-3 filed 08/04/23 USDC Colorado pg 112 of 188
pg 112 of 188

```
 1                    Do you see that?

 2          A.   Yes, uh-huh.

 3          Q.   Okay.  And can you just read that message

 4   and tell me if this is the one that you recall helping

 5   her to craft?

 6               MS. HOFFMAN:   Form.

 7          A.   I can't say with certainty.

 8          Q.   (By Ms. DeFazio)  And I'll say, the time

 9   stamp from your message to Sean asking, "Let me know if

10   you'd like me to draft a brief response," is August 13 at

11   9:51 a.m.

12          A.   Uh-huh.

13          Q.   And then this email from Ms. Barley is at

14   6:02, that same day, p.m.

15          A.   I --

16          Q.   But --

17          A.   -- don't know.

18          Q.   -- you're not --

19          A.   Is there --

20          Q.   You're not certain?

21          A.   Well, I guess -- can I ask a question?

22   I --

23          Q.   Why not.

24          A.   -- don't know if that --

25          Q.   Sure.
```

```
 1                    A.   So I guess the best way for me to say what
 2       I said or didn't say and what was actually sent or
 3       whatever would be for me to see what I sent.
 4                    Q.   I agree.  I will represent to you that I
 5       do not have any other email from you with a draft.  But
 6       you think if you did draft something, you would have
 7       emailed it to Ms. Barley or Mr. Sullivan maybe?
 8                    A.   I'm thinking, based upon the earlier
 9       correspondence, to Sean.
10                    Q.   Okay.  Well, I don't have that, sadly, or
11       I would show it to you.
12                    A.   Oh.
13                    Q.   Looking back at Exhibit 34, if you
14       remember --
15                    A.   Uh-huh.
16                    Q.   -- looking at the bottom of MOHAMED
17       008703.
18                    A.   Uh-huh.
19                    Q.   There's an email from Ms. Mohamed sent to
20       Ms. Barley, August 12 at 8:50 a.m.
21                         Do you see that?
22                    A.   I do, uh-huh.
23                    Q.   Do you have any memory as to whether this
24       was the email that needed to be responded to?
25                    A.   I thought the email that needed to be
```

 1    responded to was the email that Ruby sent to Nick.

 2            Q.   Okay.  If you take a look at -- feel free

 3    to look through Exhibit 34, and if you see that email,

 4    let me know.

 5                 If you don't have an independent memory of

 6    which one it is, that's perfectly fine.

 7            A.   You're saying the email that Ruby sent to

 8    Nick?

 9            Q.   Well --

10            A.   Would you -- what do you want me to look

11    for now?

12            Q.   Sure.  Well, let me ask you this:

13                 Do you -- do you remember what it was that

14    you were helping her craft a response to?  You said it

15    was an email that Ruby had sent to Mr. Schacht?

16            A.   Uh-huh.

17            Q.   Do you have any recollection of what was

18    in that email that needed to be responded to or why it

19    needed to be responded to?

20            A.   I think that was in something you shared

21    with me earlier about -- I'm trying to find it.

22            Q.   Well, Exhibit 24 is the one that -- where

23    you volunteer to draft a response, but I don't believe --

24    it does not include the email itself to which a response

25    is required.

Case No. 1:22-cv-01616-GPG-KAS  Document 40-83  filed 08/04/23  USDC Colorado  pg 115
of 188

```
 1                  A.   Oh.  And I don't know.  Because that's --

 2     that's where I'm looking -- like, it was an email to

 3     Nick, and I respond to that being forwarded to me about a

 4     response.

 5                  But the email would have been from Ruby to

 6     Nick, and I don't know where that is or -- I don't know

 7     what that -- I don't know what all the contents of it was

 8     about.

 9             Q.   Sure.

10             A.   Let's see.

11                  None of this looks familiar to me.  This

12     is a lot -- this is a long string with a lot of detail

13     about stuff going on on the team and the -- yeah, I think

14     there's something missing maybe.

15             Q.   Okay.

16             A.   Because there would have been -- I'm

17     thinking --

18             Q.   Uh-huh.

19             A.   -- memory serves.  The email went from

20     Ruby to Nick, and nobody else was copied on that.

21             Q.   Oh, I see.

22                  So your understanding is, it was an email

23     from Ruby to Nick Schacht that you were helping

24     Ms. Barley to respond to?

25             A.   Right.  Because based upon what's here --
```

Case No. 1:22-cv-01926-SKC-KAS Document 40-83 Filed 08/04/23 USDC Colorado pg 116 of 188

```
 1    I'm just trying to follow this train of thought, right?
 2            Q.    Uh-huh.
 3            A.    Like, how all this -- it says:  I suggest
 4    having Carolyn confer with Mike on a response to Ruby's
 5    email.  It should not go unanswered by her manager.
 6            Q.    Sure.
 7                  Outside of -- you know, without looking at
 8    Exhibit 34, because I know it's a lot -- do you have any
 9    independent memory as to, you know, what it was about the
10    email that warranted a response?
11            A.    I can't remember what the email was.
12            Q.    Sure.
13            A.    But if it -- you know, if it was any kind
14    of claims, allegations, or whatever it may have been, I
15    think it would have warranted a response.  That's what
16    Nick is saying.
17            Q.    Okay.  But you don't have an independent
18    memory of what was in the email that warranted a
19    response?
20            A.    Huh-uh, I don't.
21            Q.    Okay.
22                  MS. DeFAZIO:  Well, why don't we take a
23    five-minute break to give you a chance --
24                  THE WITNESS:  Okay.
25                  MS. DeFAZIO:  -- to move around a little.
```

```
 1                    THE WITNESS:  Okay.

 2                    MS. DeFAZIO:  We'll be back shortly.

 3                    THE WITNESS:  Okay.  Thank you.

 4                    MS. DeFAZIO:  Sure.

 5                    (Recess taken from 11:28 a.m. until

 6      11:38 a.m.)

 7             Q.  (By Ms. DeFazio)  All right.  Ms. Long, I'm

 8      going to share with you another -- no, actually, I'm

 9      going to have you reopen Exhibit 51 --

10             A.  Okay.

11             Q.  -- which hopefully is somewhere where you

12      can find it.

13             A.  Yeah.  I've got a whole downloads full of

14      stuff now.

15             Q.  Oh, fun.

16             A.  Hold on.  Let me go back.

17                 Tell me the number again.

18             Q.  Sure.  51.

19             A.  Okay.  I got it.

20             Q.  Okay.  So on the second page, so MOHAMED

21      008110, there's an email from Ms. Mohamed about halfway

22      down on August 13 at 4:03 p.m. to you.

23                 Do you see that?

24             A.  I do.

25             Q.  So then she -- it looks like she's kind of
```

Case No. 1:22-cv-01621-PAB-KAS Document 140-3 Filed 08/04/23 USDC Colorado pg 118

```
 1    reporting back on things that she's done --

 2             A.    Uh-huh.

 3             Q.    -- since, you know, her first mediation

 4    session with you.

 5                   In reviewing this, does it kind of jog

 6    your memory as to any content that had come up during

 7    your first session with her?

 8                   (A pause occurred in the proceedings.)

 9             Q.    And I'd say, from my perspective, you

10    know, two of the three bullets involved Ms. Mohamed's

11    coworkers.

12                   So "Carrie" is Carrie Mills and "Ann" is

13    Ann Godmere.

14             A.    Uh-huh.

15             Q.    So do you recall that -- her interactions

16    with her coworkers coming up during your mediation

17    sessions?

18             A.    Vaguely.

19             Q.    Okay.

20             A.    And I was trying to remember whether I

21    remember it coming up as being a negative thing.  I

22    thought -- I could be totally wrong -- but I thought her

23    relationship with Ann and Carrie was not combative.  I

24    mean, forgive me if I -- I don't know.

25             Q.    Yeah.  Well, that -- I think you're right
```

```
 1   on that.

 2            But it sounds like you're just not quite

 3   sure?

 4       A.   Right.  I'm not.

 5       Q.   Right.

 6            And then in her -- another email from her

 7   that starts at the bottom of the first page, so MOHAMED

 8   008109, that was sent to you on August 19 at 8:44 a.m.

 9            Do you see that?

10       A.   Okay.  Hold one second.

11       Q.   Sure.

12       A.   See what --

13       Q.   And this is --

14       A.   Oh, oh, I see.

15       Q.   Okay.

16       A.   Okay.  Yes, I see.

17       Q.   So I want to direct your attention to

18   the -- one of the last sentences that says, "Lastly, what

19   is the status on the letter I submitted in my previous

20   email 'Together Moving Forward'?"

21            Do you see that?

22       A.   Yes.

23       Q.   Okay.  I'm going to show you what I'm

24   quite certain is that letter.

25            So I will also send that to you now, and
```

1    it is rather lengthy, just as a warning.

2              A.   Okay.

3              Q.   My question is, have you seen it before?

4                   THE COURT REPORTER:   This is Exhibit 27,

5    right?

6              A.   I think I've seen it, but I don't recall

7    the -- the -- it's long, and I'm trying to remember,

8    like . . .

9              Q.   (By Ms. DeFazio)  Yeah.

10                  Sorry, did you say that it is not the

11   first time you've seen it?

12             A.   I don't know.

13             Q.   Okay.

14             A.   I'm saying that the correspondence from

15   Ruby implies that she shared this with me.

16             Q.   Well, the last page of Exhibit 27, MOHAMED

17   627, does have her -- you know, "With respect, Ruby

18   Mohamed," and then dated 8/13/2020.

19                  Do you see that?

20             A.   I do, uh-huh.

21             Q.   Okay.  I mean, do you have any reason to

22   believe that's not accurate, that she submitted it and

23   that that was the date?

24             A.   Oh, I'm -- I'm not doubting that she

25   submitted it.  I'm just saying that I don't recall the

Case No. 1:22-cv-01562-SPB-KAS   Document 40-83   Filed 08/04/23   USDC Colorado   pg 121 of 188

1    context of us talking about it or --

2              Q.   Sure.

3              A.   Because she's asking in the subsequent

4    email about the status of it.

5              Q.   Sure.

6              A.   And I'm not sure, like -- even looking at

7    now, like:  Okay, what would I have done with this

8    exactly?

9              Q.   Sure.  Well, that's exactly -- that's my

10   next question.

11             A.   Right.

12             Q.   Do you remember if you did anything with

13   it?

14             A.   I don't know who I would have given it --

15   like, I don't know what I would have done with this.

16             Q.   Sure.

17                  So do you remember forwarding it to

18   anyone?

19             A.   I don't.  Doesn't mean I didn't, but I

20   just . . .

21             Q.   Okay.

22             A.   And in my mind, if I were to forward it,

23   probably would have been my manager and not anybody

24   involved on the -- the ISD team, but . . .

25             Q.   Okay.  But you don't have any independent

1    memory as to if you sent it to anyone?

2              A.    No.

3              Q.    Okay.  Looking at it now -- and I know

4    it's long -- I think we could agree that it refers to

5    some issues that Ms. Mohamed viewed as systemic racism at

6    SHRM.

7                    Do you think that's fair?

8              A.    I don't know if it's fair, and the reason

9    I say that is because I would need to sit and read this.

10             Q.    Sure, sure.

11             A.    And, you know, this may not be the best

12   thing to say.  If I received it, it may be that I did not

13   read it in depth at that time, either.

14             Q.    Uh-huh.

15             A.    This is a lot and in terms of what we were

16   trying to accomplish, I -- I don't know what I would have

17   done with this --

18             Q.    Sure.

19             A.    -- in -- in that moment in time.

20             Q.    Yeah.

21             A.    And just -- and like I said, just

22   scrolling through, like, I would have to sit and read

23   this.  And the day-to-day at SHRM probably would not have

24   allowed me to just dig into this and then really try to

25   figure out:  Okay, now what -- what would I do with this,

Case No. 1:22-cv-01606-PAB-SKC Document 40-83 Filed 08/04/23 USDC Colorado pg 123
of 188

 1    other than it is an expression of what Ruby is feeling,

 2    what she sees, all these things.

 3                    And perhaps, had we gotten to the stage

 4    of -- and I think we did talk about:  Okay, let's maybe

 5    try to come up with an agreement.

 6                    This would have been a document that,

 7    maybe at that time, I would have gone back to and looked

 8    at and say:  Okay, here are some things that would be --

 9    like, what's being asked, you know, the whole -- this

10    side is requesting this, this side is requesting this.

11    You know, what -- what can we put together in a summary

12    document to see where -- how we could get a path forward.

13    But we didn't get there.

14            Q.    Got it.

15            A.    And so it may have been -- I don't know --

16    that I just was kind of like:  Okay, I'm going to hold

17    onto this for now.

18            Q.    Got it.

19            A.    Because I don't really recognize it.  But,

20    you know, I'm going to be honest -- I try to be honest --

21            Q.    Yeah.

22            A.    -- on any given day, an email this --

23    something with this length attached, it kind of sits for

24    a minute, right?

25            Q.    Sure.

Case No. 1:22-cv-01619-SEB-CSG Document 40-83 Filed 08/04/23 DC Colorado pg 124
pg 124 of 188

1              A.    Like, I'm going to get back to that.

2              Q.    Right.

3                    I mean, and is it safe to say that if it

4    does include concerns about systemic issues at SHRM, that

5    may have been outside the scope of your involvement as a

6    mediator?

7              A.    Well, I think that, yeah, that would be

8    fair to say.

9              Q.    Okay.  So really your concern was more on

10   helping these two people, Ms. Barley and Ms. Mohamed,

11   move forward?

12             A.    Exactly.

13             Q.    All right.  But you don't remember feeling

14   any, you know, compelling sense that you had to pass this

15   on to someone or, you know, report it up the chain?

16                   MS. HOFFMAN:   Form.

17             A.    I don't feel that I would have felt that I

18   needed to.  I don't know.  Like I said, if anybody, it

19   would have perhaps been my manager.  But I don't know.

20             Q.    (By Ms. DeFazio)  Okay.

21             A.    I don't know.

22             Q.    Looking back at Exhibit 51, the very first

23   page, an email from you to Ms. Mohamed on August 19.  In

24   the second paragraph, about halfway through, you said:

25   ". . . I am using time this week to think about the

Case No. 1:22-cv-01162-SPB-KAS Document 40-3 Filed 08/04/2306/23 DC Colo. pg 125
pg 125 of 188
Page 125

 1    concerns raised to date as well as possible resolution."

 2               If you -- do you see that?

 3         A.    Yes, uh-huh.

 4         Q.    Okay.  Do you have any memory as to what

 5    you were thinking about, how you thought the situation

 6    could be resolved?

 7         A.    No.  I mean, I -- I think I've already

 8    spoken to this, that my goal, I like to help them hear

 9    each other.  And I don't know that I was effective as I

10    would have liked to have been to even accomplish that.

11               Like, I think my ability to accomplish

12    that does require the parties to be willing to kind of

13    step back for a minute, and I think emotions were just so

14    high on both sides that that was -- it was just difficult

15    to --

16         Q.    Yeah.

17         A.    -- get to that place.

18         Q.    Yeah.

19               But it sounds like, from what you've

20    testified to, your next step in the process would have

21    been trying to come to some sort of written agreement

22    with maybe expectations or an understanding of what each

23    person expected from the other --

24         A.    Right.

25         Q.    -- is that right?  Okay.

```
 1                      A.   I was trying to get there because the

 2        constant rehashing of, you know, feelings wasn't --

 3        that's -- that wasn't productive.  So being able to get

 4        to that place and perhaps -- this is speculation -- that

 5        that was what Ruby took, I would think, a lot of time out

 6        to draft this, was in anticipation of, you know, having

 7        that kind of:  This is what I'm looking for.

 8                      Q.   Yeah.

 9                           Do you feel disappointed, even now, that

10        you were not able to help them more?

11                      MS. HOFFMAN:   Form.

12                      A.   I feel disappointed on a lot of levels.

13                      Q.   (By Ms. DeFazio)  Yeah.  Tell me about

14        that.

15                      A.   I'm disappointed that I'm a party to this.

16                      Q.   Yeah.

17                      A.   I came into it to help, so . . .

18                      Q.   Yeah.

19                           Do you think there's anything that you

20        would have done differently looking back at it now?

21                      A.   No.  I -- well, I guess when you say

22        "looking back at it," yeah, I guess this -- from the --

23        hindsight is 20/20.  I would have never gotten involved,

24        right?  Because I had no idea that it was -- you know

25        what I mean?  Like, it was going to get to litigation
```

Case No. 1:22-cv-01062-PAB-KAS   Document 140-3   filed 08/04/23   USDC Colorado   pg 127
pg 127 of 188

1   and -- and this is not -- this is not where I like to be,

2   right?

3                    This is -- like other things that I

4   testified to earlier, like, I don't like -- I don't like

5   conflict, so want to try to resolve it as best I can.

6                    So certainly, you know, any situation when

7   you go in and you think that you got good intentions,

8   your heart's in the right place, and you find yourself

9   being -- I guess accused, for lack of another word,

10  because I'm named as a defendant.

11                   So that puts me in an adversarial position

12  to the people that I was trying to help, like, that --

13  that's hurtful and, yes, that's disappointing to me.

14            Q.   Is it your understanding that you're a

15  defendant in this lawsuit?

16            A.   I'm here testifying.  I figured that's

17  what -- I had to have been named somewhere along the way.

18  I don't know why I'm here otherwise.

19            Q.   Okay.  You're a witness, just to tell you.

20  You're not a defendant.  You were named in a Charge of

21  Discrimination.

22                   Do you recall being interviewed by

23  somebody at the Colorado Civil Rights Division about that

24  Charge?

25            A.   I don't remember.  Maybe that's where I

1    got the idea that I was a defendant, right?  Like --

2            Q.    Yeah.

3            A.    -- if I've been named --

4            Q.    Uh-huh.

5            A.    -- that doesn't sound like a witness to

6    me, but . . .

7            Q.    Yeah.  Sure.

8                  Well, it's not my deposition to testify,

9    but rest assured that you are not a defendant in this

10   case.

11           A.    Okay.  That's good.

12           Q.    When Ms. Mohamed sent you that email that

13   we looked at a little earlier saying that she

14   respectfully declined further involvement in mediation,

15   what was your next step, if any, with regard to your

16   involvement with the two of them, Ms. Mohamed and

17   Ms. Barley?

18           A.    Well, we discussed that I notified Carolyn

19   of the same, and that was the 27th.  So I don't know

20   what happened, if anything, with me --

21           Q.    Okay.

22           A.    -- after that.

23           Q.    Yeah.

24           A.    I don't know of anything.

25           Q.    Did you talk to Sean to let him know that

Case 1:22-cv-01632-PGG-KAS Document 40-83 Filed 08/04/23 DC USDC Page 129
pg 129 of 188

```
 1    you would be no longer involved?

 2              A.    Oh, yeah.

 3              Q.    Okay.

 4              A.    Yeah.

 5              Q.    Do you think that was pretty soon after

 6    you learned of the end of the mediation process?

 7              A.    Yeah.  I mean, I would have notified my

 8    manager.

 9              Q.    Sure.

10                    Do you recall anything about that

11    interaction?  Did you actually meet with him?

12              A.    I don't know that we had a special call

13    meeting.  I mean, we were having weekly, I think,

14    one-on-ones anyway.  And I probably -- for it to be --

15    you know, that was kind of a time-sensitive, perhaps --

16    maybe that's -- I don't know how to describe it.

17                    But the nature of what was going on, I

18    would have wanted to have kept him in the loop.  So

19    probably didn't wait until a one-on-one unless I was

20    having one that day and most likely would have just

21    emailed him.

22              Q.    Sure.

23                    But do you have any memory of actually

24    talking to him, whether it was in a one-on-one or a

25    special meeting, about how the mediation had gone?
```

```
 1              A.   Oh, no.  I don't remember there being a
 2    special meeting.  I mean, once we got to the place of one
 3    party doesn't want to move forward, like, it's over.
 4              Q.   Yes.
 5                   But you -- did you debrief with him at any
 6    point to tell him what had gone on in these mediation
 7    sessions?
 8              A.   No.  I think, other than "we're talking,
 9    we're meeting, we're making progress," I consider
10    mediations to be confidential.
11              Q.   Uh-huh.
12              A.   I mean, like my other interactions with
13    employees.  So I can't -- I don't remember there being a
14    debrief, like --
15              Q.   Sure.
16              A.   -- you know:  Here's mediation.  One party
17    is no longer willing to move forward.  We didn't -- we
18    couldn't make that happen.
19                   So what happened next would have been
20    beyond me.
21              Q.   Got it.
22                   Did you take notes during any of the
23    sessions, the mediation sessions, with Ms. Barley or
24    Ms. Mohamed?
25              A.   Yes, I was taking notes at the time.
```

```
 1                 Q.    Okay.  Did you keep them?

 2                 A.    I don't keep notes from meetings with

 3      employees.  In fact, I used to take them home, like, an

 4      employee would meet with me and I would take that home.

 5                 Q.    Uh-huh.

 6                 A.    In the thought that if something were to

 7      happen to me overnight, that that's something

 8      confidential that somebody had shared with me, and so

 9      that should die with me.

10                 Q.    Got it.

11                 A.    That's just kind of how I think.

12                 Q.    What did you do with the notes?

13                 A.    I got rid of them.  I would have shredded

14      them, because I have a shredder in my office and I

15      regularly shred stuff that I think is confidential that

16      shouldn't be in anybody else's hands.

17                 Q.    Got it.  When --

18                 A.    And down the road, like I -- I had no way

19      of knowing, right?  All I knew was, this has ended so I

20      don't want -- you know, something happens to me, they

21      hire somebody else and that's -- that's something that's

22      personal that somebody has shared with me.  I don't --

23      that's not me.  I don't -- I don't do that.

24                 Q.    Sure.

25                       So when would you have shredded those
```

```
 1   notes?
 2            A.   When -- when Ruby notified me that this --
 3   she doesn't want to go forward, to the best of my
 4   recollection.  I don't know what day, what time.
 5            Q.   Sure.
 6            A.   But I would not have been holding onto
 7   that.
 8            Q.   Got it.
 9                 So it occurred at some point after
10   August 27, right?
11            A.   On or after.
12            Q.   Got it.
13                 But at that point, you know, you knew that
14   there was a claim of discrimination in the works, right?
15                 MS. HOFFMAN:   Form.
16            A.   So the whole thing that we -- like, when
17   you say "claim," like, you mean something formal
18   versus --
19            Q.   (By Ms. DeFazio)  Well --
20            A.   The whole thing was based on a claim of
21   discrimination.
22            Q.   Sure, yes.  Well, that -- that answers my
23   question.  So you -- you know, we -- and you testified to
24   this already.  I'm just being classically redundant as an
25   attorney.
```

    1                    But you understood that discrimination was
    2       an issue that was at play in the interaction between
    3       these two people?
    4              A.    Uh-huh.
    5              Q.    Okay.  Did you talk to Ms. -- to Jeanne
    6       Morris about the fact that Ms. Mohamed had opted out of
    7       mediation?
    8              A.    I don't recall having talked to Jeanne
    9       about that.  I -- you know, Jeanne and I would have
   10       conversations about a number of things, so she was
   11       somebody that I think I had a good working relationship
   12       with.
   13                    But I don't recall talking to her about
   14       the particulars of the event, again, because they're not
   15       direct parties to what's going on.
   16              Q.    Sure.
   17                    Do you remember telling her that
   18       Ms. Mohamed no longer wanted to continue working on her
   19       relationship with Ms. Barley?
   20              A.    I don't recall.
   21              Q.    Okay.  So if Ms. Morris testified to that,
   22       do you think that would be accurate?
   23                    MS. HOFFMAN:  Form and foundation.
   24              A.    I don't think Jeanne would have a reason
   25       to lie on me.

```
 1                    Q.   (By Ms. DeFazio)  Well --
 2              A.   I just don't recall it.
 3              Q.   Sure.
 4                   Well, do you think sometimes people
 5    misremember things or, you know, remember them
 6    differently than others?
 7                    MS. HOFFMAN:  Form.
 8              A.   Oh, absolutely.  That happens.
 9              Q.   (By Ms. DeFazio)  Did you have any
10    involvement with Ms. Mohamed's employment after
11    August 27, when the mediation process stopped?
12              A.   No.
13              Q.   So did you have any -- were you involved
14    at all in the -- I think we talked about this earlier,
15    and I apologize for the redundancy.
16                   But you didn't have any role in the
17    investigation into her claims of discrimination and
18    retaliation, right?
19              A.   No.
20              Q.   Okay.  Did you ever see the kind of
21    response to her claim of discrimination?
22              A.   I wasn't involved in anything beyond that
23    role I was trying to be as a mediator.
24              Q.   Sure.
25                   I'm going to have you look at Exhibit 16.
```

1    Here it comes.

2                    Do you have that open?

3            A.    I do, uh-huh.

4            Q.    Okay.  So the first page is an email that

5    you were not copied on, so I don't expect that you've

6    ever seen it.

7                    My question is about the second page, SHRM

8    0043.

9            A.    Uh-huh.

10           Q.    And do you see that's a "Response to

11   Complaint of Discrimination and Retaliation" to

12   Ms. Mohamed from Mr. Sullivan --

13           A.    Yeah.

14           Q.    -- dated August 31?

15           A.    Uh-huh.

16           Q.    And my question for you is, have you seen

17   this before?

18           A.    It does not look familiar to me.

19           Q.    Okay.  I'm guessing I can anticipate your

20   response to this next question, which is:  Did you play

21   any role in the drafting of this?

22           A.    Oh, no.

23           Q.    Okay.  And in the first paragraph, the

24   third line down, Mr. Sullivan writes, ". . . I, and

25   members of my HR team" -- and then in parentheses --

```
 1      "(Mike Jackson, Bernée Long), and senior leadership . . .
 2      have been involved in varying degrees to understand and
 3      respond to your complaint."
 4              Do you see that?
 5          A.   You said the third para- --
 6          Q.   Third line.
 7          A.   Oh, third line.  Okay.  My apologies.
 8      First paragraph.  Okay.
 9          Q.   No, that's fine.
10          A.   I'm looking down for the third paragraph.
11      Okay.  I see it now.  I'm sorry.
12          Q.   Okay.  No problem.
13              And I know you didn't write this, but do
14      you have any understanding as to what Mr. Sullivan meant
15      when he wrote that you "have been involved in varying
16      degrees to understand and respond to your complaint"?
17              MS. HOFFMAN:  Form and foundation.
18          A.   We've been testifying -- talking about me
19      being a mediator.
20          Q.   (By Ms. DeFazio)  Sure.
21          A.   That's my role, right?
22          Q.   Sure.
23              So that -- as far as you're aware, your
24      role as a mediator is all he's talking about?
25          A.   Right.
```

Case No. 1:22-cv-01032-PGC-KAS Document 40-83 Filed 08/04/23 USDC Colorado pg 137 of 188

```
 1                    Q.    Okay.  All right.  And it sounds like, you

 2     know, your involvement in understanding Ms. Mohamed's

 3     complaint was just with respect to helping her to move

 4     forward in her relationship with Ms. Barley; is that

 5     right?

 6                    A.    Right.

 7                    Q.    Okay.  Did you ever decide independently

 8     whether Ms. Mohamed's complaint of race discrimination

 9     was -- had merit?

10                    A.    That wasn't for me to decide.

11                    Q.    Okay.  Did you ever come to that

12     conclusion just of your own volition?

13                    A.    That's not for me to decide.

14                    Q.    Oh, I understand.

15                          But did you ever arrive at a conclusion in

16     your own mind?

17                    A.    I don't know.  Conversation with self.

18     Like, I don't -- that's not for me to -- I can't answer

19     that question.  I don't even know -- I don't know how to

20     answer that question.

21                    Q.    Sure.

22                          It sounds like you didn't.  You just --

23     you never came to the conclusion one way or the other?

24                    A.    Right.

25                    Q.    Okay.  And were you involved in any
```

1   discussions about Ms. Mohamed being terminated?

2          A.   No.  I was actually shocked to hear that

3   she had been terminated.

4          Q.   Really?

5          A.   So I don't know when all that happened,

6   but it was done when I heard about it.

7          Q.   Got it.

8               Who did you hear it from?

9          A.   I don't know.  I'm on the HR team, right?

10  So somewhere along -- I don't know.

11         Q.   Okay.

12         A.   But there's very few terminations that

13  happen that, you know, the HR team is not aware of at

14  some point.

15         Q.   Sure.

16              So you became aware, it sounds like, after

17  she had already been terminated?

18         A.   Right.

19         Q.   Okay.  And why were you shocked?

20         A.   Because I didn't know that's where it was

21  leading.  I mean, that was -- my intent was for Ruby to

22  keep her job, which is why I spent a lot of time talking

23  about, "Let's get the work done."

24              And then, you know, the other issues --

25  she'd still have her job, and the other issues would

Case No. 1:22-cv-01616-GPG-KAS Document 40-83 filed 08/04/23 USDC Colorado pg 139
pg 139 of 188      Page 139

1    still be on the table.  She would still have the right to
2    do whatever she might have decided to do, but -- I don't
3    want anybody to lose their job.
4              Q.    Sure.
5              A.    It's -- that's a tough place to be.
6              Q.    Yeah.
7                    After Ms. Mohamed was terminated, were you
8    ever brought in to mediate or facilitate with Ms. Barley
9    again with any other direct reports she had?
10             A.    I don't remember there being anybody else.
11   This is -- we're still in 2020, right?  August.
12             Q.    Uh-huh.
13             A.    I can't -- I have no recollection of --
14   definitely not in a form of a mediation that says -- like
15   that, right?  Like, what -- what -- what that was, to my
16   memory, was the only incident of me being involved in
17   something like that --
18             Q.    Sure.
19             A.    -- with employees.
20             Q.    Sure.
21                   Were you ever privy to concerns from other
22   people who reported to Ms. Barley about her management?
23             A.    No.  I don't -- I can't even tell you that
24   there was ever anybody else in terms of people who did
25   come to the office about, you know, things they were

Case No. 1:22-cv-01265-PTG-IDD   Document 40-3   Filed 08/04/23   Page 140 of 188 Case 1:22-cv-01265-PTG-IDD   Document 40-3   Filed 08/04/23   Page 140

1    having with their manager.  I can't name anybody that

2    reported to Carolyn that ever came to talk to me.

3              Q.    Sure.

4                    Other than the one or more terminations

5    that took place in your first three to six months of

6    employment when you were filling in as the manager in

7    HR --

8              A.    Uh-huh.

9              Q.    -- have you ever played a role in deciding

10   to terminate an employee at SHRM?

11             A.    No.

12             Q.    Good for you.

13                   Were you ever involved in deciding to

14   discipline anyone short of termination?

15             A.    (Witness shook head from side to side.)

16             Q.    Have you ever -- do you have knowledge of

17   anyone at SHRM being disciplined short of termination?

18   For example, being, you know, put on a performance

19   improvement plan or written up or suspended?

20             A.    No, because in that role, like I said, it

21   was pretty limited for me.  It was -- it was really a:

22   I'm a part of a team.  This person's gone, the other two

23   people saying they got, you know, too much to do, and I'm

24   new.  And I'm like, it's got to be done.

25             Q.    Yeah.

 1              A.    So somebody's got to step up.

 2              Q.    Sure.

 3              A.    But it was more of the formality of when

 4     this decision has been made, somebody in HR has to go sit

 5     with the employee and go through this checklist we talked

 6     about.

 7              Q.    Okay.

 8              A.    So that's what I did.

 9              Q.    All right.  We talked a little bit about

10     your use of Slack and whether, you know, anyone had you

11     preserve those.  Let's talk about a few other mediums for

12     communication.

13              A.    All right.

14              Q.    When you were at SHRM, did you use a cell

15     phone for work?

16              A.    I had my own cell phone.

17              Q.    Okay.  Did you --

18              A.    I didn't have a SHRM cell phone.

19              Q.    Sure.

20                    Did you communicate with people from work

21     using your cell phone?

22              A.    Yeah, I would think so.  Yeah.

23              Q.    Okay.  And text messages?

24              A.    Yes.

25              Q.    Okay.  Would you communicate with

 1   Mr. Sullivan by text message?

 2           A.   I have communicated with him by text, yes.

 3           Q.   Okay.  And what about Ms. Barley or

 4   Ms. Mohamed, do you recall texting with either of them?

 5           A.   I can't say specifically, but I'm sure it

 6   would be in here if I had.

 7           Q.   Okay.  Do you save your text messages?

 8           A.   Not all of them.  Just because -- memory,

 9   right?

10           Q.   Uh-huh.

11           A.   I don't show that there's a single thing

12   in here from Ruby, which I guess would require her name

13   to be in here as a number that I have.  I don't have a

14   number for her in my phone.

15           Q.   Do you have texts in that phone that date

16   back to 2020?

17           A.   I don't know if they go back that far

18   because I have to dump them, right?

19           Q.   Sure.

20           A.   Over time, I have to just dump stuff if

21   it's got attachments and all that kind of stuff.

22           Q.   Okay.

23           A.   And I can't remember -- like, this phone,

24   which it would have carried over.  This phone, I think,

25   is newer than 2020.

```
 1              Q.   Okay.
 2              A.   But I imagine -- you know what I mean,
 3    like, it would have just carried over.
 4              But the other thing was -- well, no, those
 5    would have been emails.  So all of that is part of the
 6    exit process, like, you have to get rid of your SHRM --
 7    your ability to check SHRM email on your phone.
 8              Q.   Sure.
 9              A.   Exchange, whatever that's called.
10              Q.   Sure.
11              A.   So all that's gone.
12              Q.   Sure thing.
13              Were you ever asked by anyone to preserve
14    your text messages that may have been sent regarding
15    this -- Ms. Mohamed or anything about her case?
16              A.   No.  I remember our counsel at the time,
17    one of the -- you know, staff attorney asked me to
18    produce emails.
19              Q.   Okay.
20              A.   But other than that . . .
21              Q.   Okay.  So emails only?
22              A.   Yeah.
23              Q.   Did they ask you to save emails, or to
24    send them emails that you felt were relevant, or
25    something else?
```

```
 1               A.    I don't remember exactly what the request

 2      was, but I know I was supposed to -- anything that was

 3      related in any way to Ruby and Carolyn.  So I guess it

 4      would have been anything -- I guess that's how you got

 5      the emails around, you know, when I was saying, "Hey,

 6      let's schedule this, and let's do" -- like, that's --

 7      that's how you have all of that, I guess, because those

 8      are my emails.

 9               Q.    Sure.

10                     So you recall actually sending them to

11      SHRM's counsel?

12               A.    Uh-huh.

13               Q.    Okay.

14               A.    Either sent or printed, somehow.  I mean,

15      they were delivered to her.  I mean, I did comply with

16      that request.

17               Q.    Got it.

18                     Do you remember when that request was made

19      of you?

20               A.    No, I don't.

21               Q.    Okay.  Was it before -- obviously, before

22      you left?

23               A.    Oh, yeah.  It was before I left, but it

24      was after the mediation had ended.

25               Q.    Got it.
```

```
 1                    Okay.  Do you think it was after

 2    Ms. Mohamed had been terminated?

 3            A.    I don't know.

 4            Q.    Okay.

 5            A.    I don't know.

 6            Q.    I'm going to show you Exhibit 39.

 7            A.    Okay.

 8            Q.    This is also a lengthy letter, and my

 9    question for you is if you've ever seen it before?

10            A.    No.  I've never heard of Swain Law, LLC.

11    I think this is addressed to Johnny.

12            Q.    Uh-huh.

13            A.    No, I don't remember getting that.

14            Q.    Okay.  So you were never provided a copy

15    of this?

16            A.    Huh-uh.  It does not look familiar to me.

17            Q.    Ms. Long, why did you end up leaving SHRM?

18            A.    My position was eliminated.

19            Q.    Oh, I didn't know that.  Effective when?

20            A.    January 4 or so, January of 2022.

21            Q.    Did that come as a surprise to you?

22            A.    Yeah, it did.

23            Q.    So did you -- you learned about it the day

24    you were eliminated, or had they let you know in advance?

25            A.    I learned about it towards the end of
```

Case No. 1:22-cv-01626-PAB-KAS Document 40-83 filed 08/04/23 USDC Colorado pg 146
pg 146 of 188

 1    December.  I don't know what day it was, but it was -- it

 2    was -- it was -- I'm trying to think if it was before or

 3    after Christmas.  It might have been after Christmas,

 4    but, you know, since it was January 4, like, that

 5    wouldn't have been a whole lot of lead time.  But I did

 6    find out about it the month before.

 7              Q.   Okay.

 8              A.   Sometime -- I'm pretty sure it was

 9    December.

10              Q.   Okay.  So you weren't kind of handed a --

11    you weren't told the day of?

12              A.   Oh, no.

13              Q.   You had some lead time?

14              A.   I knew that it was coming, yeah.

15              Q.   Okay.  And do you have any understanding

16    as to who made the decision to eliminate your position?

17              A.   No, I don't.

18              Q.   Okay.  And did Mr. Sullivan tell you that

19    it had --

20              A.   Yes.

21              Q.   -- been eliminated?

22              A.   Uh-huh.

23              Q.   Okay.  Does the position still continue

24    not to exist as far as you know?

25              A.   As far as I know, they have not filled it

Case No. 1:22-cv-01626-SDG-RDC Document 40-83 filed 08/04/23 USDC Colorado pg 147
pg 147 of 188
Page 147

```
 1    or there is -- there is no director of learning and

 2    development, to my knowledge.

 3              Q.    Okay.  Do you know who took over your

 4    duties?

 5              A.    I don't.

 6              Q.    Okay.

 7              A.    Because the person that was on my team, it

 8    is my understanding, she's now doing what Mike Jackson

 9    was doing.

10              Q.    Oh, Laurie McIntosh?

11              A.    I think -- uh-huh.  So I think that

12    whole -- if she went over there and I'm gone and the

13    other girl had already left, like, there is no learning

14    and development, as best I can tell.

15              Q.    Got it.

16                    Do you feel like you left on good terms?

17              A.    I wasn't mad.

18              Q.    Did you --

19              A.    I mean, I'm not angry.

20              Q.    Sure.

21                    Did they give you any severance?

22              A.    Yes.

23              Q.    Okay.  How much did they give you?

24              A.    I forget how many weeks it was, but

25    there's a formula about how long you've been there and
```

```
 1    what your title was or rank or whatever -- there's a
 2    formula.
 3           Q.   Sure.
 4           A.   So I don't know exactly how many.
 5           Q.   Sure.
 6                Was it six months or less?
 7           A.   Oh, it wasn't that much.  It was weeks.
 8           Q.   Okay.
 9           A.   Let's say 12, because that's three months,
10    somewhere in there.
11           Q.   Okay.
12           A.   I don't think it was exactly 12, but I
13    remember it being stated in weeks.
14           Q.   Okay.
15           A.   On the severance agreement, yeah.
16           Q.   Sure.
17                Did you signed a release of claims against
18    SHRM?
19           A.   Uh-huh.
20           Q.   Okay.
21                MS. DeFAZIO:  Well, let's take a
22    five-minute break -- actually, let's take a ten-minute
23    break because I think I'm getting close to -- to wrapping
24    up.  So just gather my notes and then we'll get back and
25    finish this up.  Okay?
```

```
 1                    THE WITNESS:  Okay.
 2                    MS. DeFAZIO:  Does that work for you,
 3      Kate?
 4                    MS. HOFFMAN:  Yes, thank you.
 5                    MS. DeFAZIO:  Okay.  Wonderful.  Sure.
 6                    (Recess taken from 12:15 p.m. until
 7      12:30 p.m.)
 8              Q.   (By Ms. DeFazio)  So, Ms. Long, just a few
 9      questions that I'm going to, you know, bounce around a
10      little bit, but this is all in the effort of almost being
11      done with what we're doing.
12              A.   Okay.
13              Q.   So I'm going to show you I think one more
14      document.  It's Exhibit 46, and just let me know when
15      you've got that open.
16              A.   Okay.
17                    (A pause occurred in the proceedings.)
18              A.   Okay.
19              Q.   So this is an email from Ms. Barley to
20      Mr. Schacht, Jeanne Morris, yourself, and Mr. Jackson
21      from August 25.
22                    Do you see that?
23              A.   Yes.
24              Q.   Okay.  So this was still during a period
25      when -- before you had learned that Ms. Mohamed was
```

1    opting out of mediation; is that correct?

2              A.    Right, because that was the 27th, right?

3    I think.

4              Q.    That's right.  I think you're right.

5                    So in this email, it appears that

6    Ms. Barley is updating you all on a meeting that she had

7    had with Ms. Mohamed on her projects.

8              A.    Uh-huh.

9              Q.    And she writes, "Per Nick's advice, he

10   suggested I share my documentation of the meeting.  Ruby

11   has 2 projects with deadlines of August 31.  I've

12   included Bernée since Mike is OOO," which I assume is

13   "out of office"?

14             A.    Correct.

15             Q.    Were you -- did that make sense that she

16   would have included you because Mike was unavailable?

17             A.    Right, because I was --

18                   MS. HOFFMAN:    Form.

19             A.    -- the person on the HR team who was

20   involved at -- on some level, right?  Like, that there --

21   who else in HR, I guess, would she have shared that with,

22   perhaps.

23             Q.    (By Ms. DeFazio)  Sure.

24                   Were you his -- kind of his stand-in if he

25   was out of office?

1           A.   Huh-uh.  I was involved, though, in the --
2    right, like, I'm his colleague.  I was his colleague.
3           Q.   Okay.  And when you say you were involved,
4    because of your role as a mediator?
5           A.   Of the mediation, right.  I mean --
6           Q.   Okay.
7           A.   -- I guess she could have sent it to the
8    compensation person, who would have said, "I don't know
9    anything about this."
10          Q.   Right, right.  I mean, did you see it as a
11   problem that she was including you on this, given that
12   you were kind of -- you had your neutral hat on as a
13   mediator during this time period?
14          A.   I didn't.  She said it was a documentation
15   of a conversation.
16          Q.   Okay.  I mean, and take your time in
17   reading it, but I would venture -- or I would set forth
18   that this is not a very -- it doesn't set forth a very
19   flattering picture of Ms. Mohamed in this documentation.
20   And feel free to, you know, look at it and let me know if
21   you agree with me.
22          A.   So this is kind of like -- you know, it's
23   the blow-by-blow, let me tell you every single thing that
24   happened because now everybody's doing the "I gotta CYA"
25   whatever kind of stuff, right?  Like, I --

1           Q.   Right.
2           A.   -- I don't -- I don't even really remember
3    it and probably because, again, that's what I'm trying
4    to -- I'm not trying to get involved in that.
5           Q.   Sure.
6                But in the documentation, Ms. Barley, you
7    know, refers to Ms. Mohamed as being snarky, ranting,
8    getting a tone.
9                I mean, those -- you would agree with me
10   those are not very flattering comments about Ms. Mohamed,
11   right?
12               MS. HOFFMAN:   Form.
13          A.   I would say it probably was not good
14   judgment in how to communicate in writing.
15          Q.   (By Ms. DeFazio)   Good judgment on
16   Ms. Barley's part, you mean?
17          A.   Right.
18          Q.   So do you feel strongly that throughout
19   your time as a mediator between Ms. Mohamed and
20   Ms. Barley that you maintained your neutrality?
21          A.   I feel like I did.
22          Q.   And other than, you know, not reviewing
23   the notes that, you know, Mike had shared with you, you
24   know, what other things -- what other steps did you take
25   to ensure that you could remain neutral during that time?

1              A.    I try to close off the outside chatter,

2    right?  Like, I -- you know, it's almost like the -- this

3    is in kind of the same vein of receiving outside

4    correspondence from Ruby that was also lengthy.  I'm

5    trying to stay focused on the issue at hand and the

6    other -- like, we weren't even at a place where I might

7    want to sit down and start getting into that.

8              Q.    Okay.  So is it fair to say that no matter

9    who it was coming from, you were just tuning out a lot of

10   this information?

11             A.    Yes.  I was trying to --

12                   MS. HOFFMAN:   Form.

13             A.    -- as best as humanly possible.

14             Q.    (By Ms. DeFazio)  Had you ever -- before

15   you learned that Ms. Mohamed had been terminated, did you

16   ever hear anybody discuss the possibility of terminating

17   her?

18             A.    I don't remember being in the conversation

19   about her being terminated.

20             Q.    Okay.  Or it even coming up as a

21   potential?

22             A.    So the E-Team is on the fifth floor, so --

23   and you have to have key card access to get up there.  So

24   it's not like I'm just hanging out.  You know what I

25   mean?  If anybody else on the team was having those

Case No. 1:22-cv-01653-PAB-KAS Document 140-83 filed 08/04/23 USDC Colorado pg 154
pg 154 of 188     Page 154

```
 1    conversations or they were having it among themselves,

 2    then, like, my access was limited.

 3              Q.   Sure.

 4                   What about among HR people, like

 5    Mr. Sullivan and Mr. Jackson?

 6              A.   So again, if anybody on the HR team was

 7    having a conversation with Sean on the fifth floor, that

 8    happened on the fifth floor in his office.

 9              Q.   Is that where Sean was located?

10              A.   Right.

11              Q.   Okay.  Gotcha.

12                   So where was your office in comparison to

13    Mr. Jackson and Mr. Sullivan's?

14              A.   So the HR suite is on the first floor, so

15    Mike -- the HR staff was on the first floor.

16              Q.   Gotcha.

17              A.   But the entire executive team was on the

18    fifth floor.

19              Q.   Including Mr. Sullivan?

20              A.   Including Mr. Sullivan.

21              Q.   Okay.  But you weren't privy to any

22    conversations with Mr. Jackson in his office or in the HR

23    suite about Ms. Mohamed being --

24              A.   No.

25              Q.   -- terminated?
```

Case No. 1:22-cv-01626-SPB-CAS   Document 40-83   Filed 08/04/23   USDC Colorado   pg 155

1                    A.   My office is -- was, when you come into

2    the HR suite, like, immediately to the left.

3                    Q.   Uh-huh.

4                    A.   Mike Jackson's office was all the way in

5    the back in the opposite corner, like --

6                    Q.   Got it.

7                    A.   -- like, total opposite corner.

8                    Q.   Got it.

9                    A.   So, you know, my ability to hear -- unless

10   he's just talking exceptionally loud -- and I had a door

11   to my office, so . . .

12                   Q.   Got it.

13                        Do you think that Ms. Mohamed deserved to

14   be fired?

15                        MS. HOFFMAN:   Form.   Foundation.

16                   A.   Nobody deserves to be fired, right?   Like,

17   I mean, I think -- I think people sometimes take actions

18   that result in them being fired and -- and, you know,

19   failure to perform work happens; that happens to be a

20   cause for terminations of a lot of people I think in

21   life.

22                        But, again -- and I guess "deserved,"

23   that's a tough word, right?   Like, that's -- that's kind

24   of a judgmental call, and I don't want to make a

25   judgmental call.

    1            Q.   (By Ms. DeFazio)  That's true.
    2            A.   But the fact of, you know, my personal
    3   opinion about wanting to see her be fired or anything
    4   like that, no, I didn't want that for her.
    5            Q.   Yeah.
    6            Do you think that SHRM treated her fairly?
    7            MS. HOFFMAN:  Form and foundation.
    8            A.   So when you say "fair" and "treated,"
    9   like, help me understand.  What -- like --
   10            Q.   (By Ms. DeFazio)  Sure.
   11            A.   -- like, treated fairly in terms of -- and
   12   then -- you know, and then you say "SHRM."  SHRM -- SHRM
   13   is an entity, so who are we talking about?  Like -- you
   14   know what I mean?  That's a -- that's a difficult
   15   question to say -- to answer.
   16            Q.   Sure.
   17            Well, looking -- the situation having
   18   unfolded in the way that it did --
   19            A.   Uh-huh.
   20            Q.   -- do you think that Ms. Mohamed was
   21   treated fairly by the institution and the people who were
   22   involved in her termination and everything that led up to
   23   it?
   24            MS. HOFFMAN:  Form and foundation.
   25            A.   So you're saying the decision, the fact

Case No. 1:22-cv-01626-SPB-KAS Document 140-83 Filed 08/04/25 DC USDC Colorado pg 157
pg 157 168 188

1    that she was terminated, was that fair?

2              Q.   (By Ms. DeFazio)  Yeah.

3              A.   Is that what you're asking me?

4              Q.   Sure.

5              A.   I don't know.  One, because I don't know

6    the basis for her ultimately being fired.  I -- I

7    don't -- I don't know the basis.  I think if -- you know,

8    the whole work issue and those deadlines, I think it was

9    probably an issue if I were to guess because, again, I'm

10   not a party to it.  I don't want to suggest that I was.

11             But I don't know.  I just -- I guess every

12   decision, you put yourself into the shoes of another.

13             Q.   Yeah.

14             A.   And I think I would have been focusing on

15   getting my work, trying to get that work done to the best

16   of my ability.  I don't -- I don't know what else to add

17   to that.

18             Q.   Sure.

19             Do you have any reason to think that

20   Ms. Mohamed was not focused on trying to get her work

21   done?

22             MS. HOFFMAN:  Form and foundation.

23             A.   I don't know that I can judge whether she

24   was focused on it.  I think that the high-level emotions

25   surrounding what she was feeling would have resulted in

Case 1:22-cv-01625-RDB-ADC Document 40-3 Filed 08/04/23 Page 158

```
 1    stress, would have resulted in an inability to focus.

 2                 But that's about -- that's all speculation

 3    on my part, right?  Like, just thinking about, you know,

 4    a typical service, to answer if I put myself in her

 5    shoes, that -- that would have been difficult, I would

 6    think, yeah.

 7                 Q.   (By Ms. DeFazio)  Do you think that

 8    Ms. Barley should have taken that into account with

 9    respect to deadlines?

10                 A.   So I can't speak to that because the one

11    thing I know about that -- that team, they're under a lot

12    of pressure.  I mean, those products are set to roll out

13    at a certain time, having those classes and all the

14    things, you know, that they do.  Their -- their, you

15    know, business decisions are based on financial, right?

16    And --

17                 Q.   Uh-huh.

18                 A.   -- so things have to happen within a

19    timely way.  So, look, at the end of the day, this is a

20    really, really unfortunate set of circumstances.  Two

21    people who I think are good people had a major, just

22    didn't see eye-to-eye on a matter.  It was painful on

23    both parties' parts.

24                 And I don't know.  I -- I don't think, in

25    some ways, SHRM culture allowed for a major situation
```

Case 1:22-cv-01626-SPC-AS Document 40-83 Filed 08/04/23 DC USDC Colo pg 159 of 188

1    of -- I'm feeling, I'm having feeling, because, you know,

2    even when I'm having, you know, days of, "Oh, my God, I'm

3    overwhelmed," or whatever it is, so there's not room --

4    you got work to do still, like, and it's -- that's a hard

5    balance.

6              And I think that's true -- I think that's

7    true about the world of work today.  The pace at which we

8    work has gotten to be where people are -- they're just --

9    I mean, I think that's why we're talking so much more

10   about mental health.

11        Q.    Yeah.

12        A.    Like, the conversation has -- has just

13   escalated around a topic that we never used to talk about

14   at all because there was a shame around it, but we

15   weren't built to be machines.

16        Q.    Sure.

17        A.    And the advent of technology -- and I've

18   been in the workforce for 40-some years, right?  It's --

19   it's a lot.  It's a lot.

20              So, you know, when something of that

21   magnitude happens and you already have a stressful

22   deadline, deadline driven kind of job, it's -- that's a

23   tough place to be.

24        Q.    Yeah.

25        A.    It's tough on both parties' part because

1    they both had deliverables.

2            Q.   What -- what was it about SHRM's culture

3    in particular that you think made it difficult to have

4    room for those, you know, big feelings?

5            A.   I just think --

6                 MS. HOFFMAN:   Form.

7            A.   -- it's just fast-paced.

8            Q.   (By Ms. DeFazio)   Okay.

9            A.   Yeah.

10           Q.   Do you see the pain of experiencing

11   discrimination or perceiving that you're experiencing

12   discrimination, do you see that as equivalent to being

13   accused of being -- of discriminating against someone?

14                MS. HOFFMAN:   Form.

15           A.   Wait.  Do I see the pain -- would you

16   repeat that again?  Do I --

17           Q.   (By Ms. DeFazio)   Sure.

18           A.   -- see the pain?

19           Q.   Sure.

20                Well, you talked -- you testified that,

21   you know, both parties here, Ms. Barley and Ms. Mohamed,

22   were both -- seemed to be in a lot of pain --

23           A.   Uh-huh, uh-huh.

24           Q.   -- because of this situation.

25           A.   Uh-huh.

1                     Q.    Do you see them as equivalent?  So

2       Ms. Mohamed being upset that she, you know, perceived

3       herself to be being treated differently based on her race

4       and Ms. Barley being upset being accused of doing that.

5                     Do you --

6             A.    Oh.

7             Q.    -- see those as equivalent?

8                     MS. HOFFMAN:  Same objection.

9             A.    I see the possibility of people feeling

10      the pain, I think they could have equivalent levels of

11      pain for reasons unknown; but I think they could both

12      feel a level of distress.

13                    I don't -- again, I don't know anybody who

14      wants to be discriminated against, and I certainly don't

15      know anybody who wants to be labeled as being someone who

16      discriminated.  I mean, like, that's a -- I don't know

17      anybody on this call would say that is not a -- that's a

18      hot -- we live in America.  That's -- that's tough.

19            Q.    (By Ms. DeFazio)  Uh-huh.  Are you

20      represented by Hall & Evans?  Are they your -- are they

21      your attorney in this case?

22            A.    As in did I retain them?

23            Q.    Yes.

24            A.    Am I paying them and all that good stuff?

25            Q.    Yeah.

```
1                  A.   No.

2                  Q.   Did you sign a fee agreement with them?

3                  A.   No.

4                  Q.   Okay.  Do you understand if you are

5      represented by counsel in this case?

6                  A.   I don't know that I -- I mean, you said

7      I'm a witness.  So I don't know how I'm supposed to be

8      able to answer that exactly, but I did not retain any

9      independent counsel to represent me in this matter, no, I

10     did not undertake that expense.

11                 MS. HOFFMAN:  And I'm going to step in

12     just because there seems to be confusion here.  She's a

13     high-level executive with the company who's left, who was

14     previously named as a defendant, so Hall & Evans

15     represents her as part of SHRM.

16                 MS. DeFAZIO:  Okay.

17                 Q.   (By Ms. DeFazio)  Ms. Long, before you left

18     SHRM, were you familiar at all with the hashtag

19     "fixitshrm"?

20                 A.   Fixitshrm.  Where was that being --

21     hashtag?  That's --

22                 Q.   Yeah.

23                 A.   -- social media.

24                 Q.   Yeah.  Twitter, uh-huh.

25                 A.   Oh, yeah.  My little footprint on social
```

    1    media.  You know, I'm trying to do better, but again,
    2    that's another level of technology for somebody who grew
    3    up with the IBM Selectric typewriter.  That's a lot.
    4              Q.    Yeah.
    5                    Well, did you ever hear about it just
    6    being discussed among your coworkers?
    7              A.    I don't remember people talking to me
    8    about that.
    9              Q.    Okay.
   10              A.    What was it?
   11              Q.    Yeah.  Well, if you don't know, that's
   12    fine.
   13              A.    Okay.
   14              Q.    Do you recall any concerns during your
   15    time at SHRM about just toxicity in the workplace there?
   16              A.    I mean, I think people felt some level of
   17    that, yes.  I mean, when I think about -- you know,
   18    people come into the office, you know, expressing
   19    whatever their various concerns were.  Yeah, that would
   20    come up.
   21              Q.    Okay.  And did it seem to be at a -- more
   22    than you had seen in other -- at other employment?
   23              A.    Oh, gosh.  It's hard to compare because
   24    I've been in some tough places over a 40-year career,
   25    so --

```
 1                    Q.    Sure.

 2                    A.    It was -- it was definitely up there.

 3                    Q.    Uh-huh.

 4                    A.    High level of -- of just kind of a -- it

 5       was a demanding culture, I guess.  Maybe that's -- that's

 6       the best, like -- like, I worked long hours to keep pace.

 7                    Q.    Uh-huh.  And that expectation was set by

 8       Mr. Sullivan?

 9                    A.    I would -- no, I think culture is a

10       collective from the entire executive level.  I mean, I

11       don't think -- employees don't set culture.

12                    Q.    True.  Okay.

13                    MS. DeFAZIO:  Well, that's all I have for

14       you today, so that's the end of my questioning.

15                    THE WITNESS:  Well, thank you.

16                    MS. DeFAZIO:  Thank you.

17                    MS. HOFFMAN:  And I don't have any

18       questions.

19                    THE WITNESS:  Okay.

20                    MS. DeFAZIO:  Well, thank you so much for

21       your time, Ms. Long.

22                    THE WITNESS:  Thank you for the gift of

23       time back in my day.

24                    THE COURT REPORTER:  Are you handling

25       signature on this transcript, Kate?
```

```
 1                    MS. HOFFMAN:  I am.  Thank you.

 2                    MS. DeFAZIO:  Well, take care, everybody.

 3      Have a good weekend.

 4                    (WHEREUPON, the within proceedings were

 5      concluded at 12:52 p.m. on the 19th day of May, 2023.)

 6                         *     *     *     *     *

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1               I, BERNÉE ELIZABETH LONG, hereby certify that I
       have read the foregoing transcript, and that the same and
 2     accompanying correction sheets, if any, constitute a true
       and complete record of my testimony.
 3

 4     PAGE  LINE          NOW READS              SHOULD READ

 5     ____  ____    _____    _____

 6     ____  ____    _____    _____

 7     ____  ____    _____    _____

 8     ____  ____    _____    _____

 9     ____  ____    _____    _____

10     ____  ____    _____    _____

11     ____  ____    _____    _____

12     ____  ____    _____    _____

13     ____  ____    _____    _____

14     ____  ____    _____    _____

15     ____  ____    _____    _____

16     ____  ____    _____    _____

17
                     _____
18                   BERNÉE ELIZABETH LONG

19            Subscribed and sworn to before me this _____

20     day of _____, 20____.

21
              My Commission expires: _____
22

23                   _____
                     Notary Public
24                   Address:  _____

                               _____
25
```

1                    REPORTER'S CERTIFICATE

2

3           I, K. MICHELLE DITTMER, Registered Professional

4    Reporter and Notary Public, State of Colorado, do hereby

5    certify that previous to the commencement of the

6    examination, the deponent was duly sworn by me to testify

7    to the truth in relation to the matters in controversy

8    between the parties hereto; that the said deposition was

9    taken in machine shorthand by me at the time and place

10   aforesaid and was thereafter reduced to typewritten form;

11   that the foregoing is a true transcript of the questions

12   asked, testimony given, and proceedings had.  I further

13   certify that I am not employed by, related to, nor

14   counsel for any of the parties herein, nor otherwise

15   interested in the outcome of this litigation.

16           IN WITNESS WHEREOF, I have affixed my signature

17   this 23rd day of June, 2023.

18

19           My commission expires April 15, 2024.

20

21   _____
                    K. MICHELLE DITTMER
                Registered Professional Reporter
22

23

24

25

```
 1   Dittmer Reporting
     sdittmer@comcast.net
 2   (303) 257-8702

 3   June 26, 2023

 4

 5   KATHERINE N. HOFFMAN, ESQ.
     Hall & Evans LLC
 6   1001 17th Street, Suite 300
     Denver, Colorado 80202
 7
     Deposition of:  BERNÉE ELIZABETH LONG
 8   Taken:  May 19, 2023

 9   In Re:  Mohamed v. SHRM
             Civil Action No. 1:22-cv-01625-GPG-SKC
10
     Dear Ms. Hoffman:
11
     Enclosed please find the original signature page(s) of
12   the above deposition.  It was agreed that you would
     arrange for signature of BERNÉE ELIZABETH LONG's
13   deposition by means of your copy transcript.

14   Also enclosed are amendment sheets for changes if
     necessary.  Please return the signature page(s) and
15   amendment sheet(s) ...

16   __XXX____  to our office for filing within 35 days to
                comply with the Rule.
17
     _____  to our office before _____, in
18                order that the deposition may be filed in time
                   for trial.
19
     _____  to THE COURT prior to trial, furnishing copies
20                of amendments to opposing counsel.

21   Thank you for your attention to this matter.

22   Sincerely,

23   K. MICHELLE DITTMER, RPR
     Registered Professional Reporter
24
     cc: Counsel of Record/original transcript
25
```

```
 1   Dittmer Reporting
     sdittmer@comcast.net
 2   Arvada, Colorado  80003
     (303) 257-8702
 3

 4   ARIEL B. DeFAZIO, ESQ.
     Lowrey Parady Lebsack, LLC
 5   1490 North Lafayette Street, Suite 304
     Denver, Colorado 80218
 6
     RE:  Mohamed v. SHRM
 7   Civil Action No. 1:22-cv-01625-GPG-SKC

 8

 9   Dear Ms. DeFazio:

10   Enclosed is the deposition of:  BERNÉE ELIZABETH LONG

11   _____ Signature waived.

12   _____ Signed, no changes.

13   _____ Signed, with changes, copy of which is
                 enclosed.
14
     _____ Unsigned, pursuant to stipulation of counsel
15               that the deponent may sign at the time of
                 trial.
16
     _____ Unsigned, notice duly given_____,
17               pursuant to the Rules of Civil Procedure.

18   _____ Unsigned, notice duly given _____,
                 since trial is set for _____.
19
     _____ Unsigned, due to settlement of case.
20

21   DITTMER REPORTING

22   cc:  Counsel of Record

23

24

25
```

**MS. DeFAZIO: [18]**
15/18 15/23 69/10
69/14 69/16 69/20
116/22 116/25 117/2
117/4 148/21 149/2
149/5 162/16 164/13
164/16 164/20 165/2

**MS. HOFFMAN: [66]**
14/11 14/13 15/6 15/16
16/5 16/20 16/24 17/8
17/14 17/22 18/5 18/22
19/2 21/24 22/19 23/14
39/5 45/22 47/1 51/2
53/23 55/7 57/20 67/11
69/8 69/15 85/12 85/17
87/13 88/3 94/22 95/2
95/7 95/11 95/19 95/25
96/3 96/12 101/15
101/20 104/21 107/2
108/14 109/8 109/17
112/6 124/16 126/11
132/15 133/23 134/7
136/17 149/4 150/18
152/12 153/12 155/15
156/7 156/24 157/22
160/6 160/14 161/8
162/11 164/17 165/1

**THE COURT
REPORTER: [2]** 120/4
164/24

**THE WITNESS: [8]**
69/13 116/24 117/1
117/3 149/1 164/15
164/19 164/22

**'**
'80s [1] 12/13 68/6
'90s [1] 68/6
'Together [1] 119/20

**-**
-- I [1] 137/18

**0**
003329 [1] 59/8
0037 [1] 53/3
0043 [1] 135/8
008109 [2] 3/10 119/8
008110 [1] 117/21
008112 [2] 3/10 91/25
008702 [1] 111/18
008703 [1] 113/17
010637 [1] 3/14
010638 [1] 3/14
0205 [1] 3/8
0206 [1] 3/8
0408 [1] 3/12
0409 [1] 102/24
0411 [1] 3/12
0543 [2] 107/14 108/4

**1**
1001 [2] 2/11 168/6
102 [1] 3/11
103 [1] 3/13
105 [1] 4/4
10:13 a.m [1] 69/18
10:23 a.m [1] 69/19

**11** [1] 92/6
**111** [1] 4/8
**11:28 a.m** [1] 117/5
**11:38 a.m** [1] 117/6
**12** [3] 113/20 148/9
148/12
**120** [1] 4/5
**12:15 p.m** [1] 149/6
**12:30 p.m** [1] 149/7
**12:52 p.m** [1] 165/5
**13** [4] 108/2 111/25
112/10 117/22
**134** [1] 4/3
**14** [5] 4/2 62/12 67/3
70/23 75/17
**145** [1] 4/9
**149** [1] 4/10
**1490** [3] 2/3 2/7 169/5
**15** [1] 167/19
**16** [2] 4/3 134/25
**17th** [2] 2/11 168/6
**19** [5] 1/13 3/3 119/8
124/23 168/8
**1980s** [1] 68/5
**19th** [1] 165/5
**1:22-cv-01625-GPG-SK
C** [3] 1/2 168/9 169/7

**2**
**20** [6] 3/8 3/10 3/12
3/14 126/23 166/20
**20/20** [1] 126/23
**2017** [1] 52/25
**2019** [1] 29/3
**2020** [8] 58/6 61/15
63/6 68/25 120/18
139/11 142/16 142/25
**2022** [3] 7/3 29/3
145/20
**2023** [7] 1/13 3/3 7/15
165/5 167/17 168/3
168/8
**2024** [1] 167/19
**23rd** [1] 167/17
**24** [4] 4/4 105/18
107/12 114/22
**25** [1] 149/21
**257-8702** [2] 168/2
169/2
**2595** [1] 2/4
**26** [1] 168/3
**27** [7] 4/5 103/3 104/16
120/4 120/16 132/10
134/11
**27th** [2] 128/19 150/2
**28** [2] 4/6 51/22

**3**
**30** [2] 4/7 58/19
**300** [2] 2/11 168/6
**303** [3] 2/7 168/2 169/2
**303-593-2595** [1] 2/4
**303-628-3300** [1] 2/12
**304** [2] 2/3 169/5
**31** [2] 135/14 150/11
**3300** [1] 2/12
**3327** [1] 59/17
**34** [8] 4/8 34/10 111/1
111/14 111/15 113/13

**35** [1] 168/16
**35111** [1] 5/13
**39** [2] 4/9 145/6

**4**
**40-some** [1] 159/18
**40-year** [1] 163/24
**401** [1] 48/2
**46** [2] 4/10 149/14
**4:03 p.m** [1] 117/22
**4:53** [1] 64/5

**5**
**50** [2] 3/7 69/22
**51** [6] 3/9 4/6 91/18
117/9 117/18 124/22
**52** [2] 3/11 102/17
**53** [3] 3/13 103/22
104/3
**58** [1] 4/7
**5:19 p.m** [1] 70/22

**6**
**6104** [1] 5/12
**62** [1] 4/2
**627** [1] 120/17
**69** [1] 3/7
**6:02** [1] 112/14
**6:02 p.m** [1] 111/25

**7**
**720-815-5281** [1] 2/8
**7:46** [1] 104/10
**7th** [1] 63/3

**8**
**8/13/2020** [1] 120/18
**8/19/20** [1] 3/10
**8/27/20** [2] 3/12 3/14
**8/7/20** [1] 3/8
**80003** [1] 169/2
**80202** [2] 2/11 168/6
**80218** [3] 2/4 2/7 169/5
**8702** [2] 168/2 169/2
**8:44 a.m** [1] 119/8
**8:50 a.m** [1] 113/20

**9**
**91** [1] 3/9
**9:00** [1] 1/14
**9:51 a.m** [2] 108/2
112/11

**A**
**a.m** [9] 1/14 69/18
69/19 108/2 112/11
113/20 117/5 117/6
119/8
**ability** [7] 65/9 73/6
83/4 125/11 143/7
155/9 157/16
**able** [11] 11/10 23/23
31/24 32/7 33/16 36/20
46/24 98/4 126/3
126/10 162/8
**about [202]**
**above** [2] 1/16 168/12

**above-entitled** [1] 1/16
**absent** [1] 16/21
**absolutely** [1] 134/8
**access** [3] 70/15
153/23 154/2
**accompanying** [1]
166/2
**accomplish** [4] 76/17
122/16 125/10 125/11
**account** [1] 158/8
**accurate** [3] 20/2
120/22 133/22
**accused** [5] 18/2 98/9
127/9 160/13 161/4
**across** [3] 81/1 94/15
101/5
**Action** [1] 1/2 168/9
169/7
**actions** [4] 80/4 98/12
100/19 155/17
**actively** [1] 33/1
**actual** [2] 42/1 50/6
**actually** [18] 13/7
13/11 13/18 35/23 39/3
45/19 46/11 49/25 50/1
56/10 58/12 113/2
117/8 129/11 129/23
138/2 144/10 148/22
157/16
**add** [3] 22/5 35/6
157/16
**added** [1] 110/8
**adding** [2] 59/11 98/19
**additional** [1] 70/25
**address** [4] 5/11 86/22
93/12 166/23
**addressed** [2] 61/6
145/11
**addressing** [1] 51/14
**adhered** [1] 54/9
**adjunct** [1] 12/4
**administer** [1] 58/9
**Administrative** [1]
12/18
**admitted** [2] 20/15
**ADR** [3] 12/10 12/19
12/22
**advance** [2] 66/22
145/24
**advent** [1] 159/17
**adversarial** [2] 73/18
127/11
**advice** [1] 150/9
**advocate** [1] 36/18
**affixed** [1] 167/16
**aforesaid** [1] 167/10
**African** [1] 20/6
**African-American** [1]
20/6
**after [22]** 11/9 24/21
44/9 45/10 45/11 70/22
75/17 76/1 80/25
104/15 105/10 128/22
129/5 132/9 132/11
134/10 138/16 139/7
144/24 145/1 146/3
146/3
**again [25]** 5/8 16/13
27/13 46/18 50/20
51/22 52/3 65/2 69/5

**above-entitled** [1] 1/16
75/8 80/7 96/25 108/19
109/13 111/1 111/17
133/14 139/9 152/3
154/6 155/22 157/9
160/16 161/13 163/1
**against** [4] 18/10
24/25 25/23 27/15
27/24 28/3 28/18 55/3
82/4 86/8 97/21 148/17
160/13 161/14
**ago [9]** 8/10 8/16 8/18
8/19 8/19 9/19 88/19
101/23 105/23
**agree [14]** 10/8 15/1
15/3 16/2 16/16 17/5
17/10 17/19 23/12
83/13 113/4 122/4
151/21 152/9
**agreeable** [1] 75/22
**agreed** [1] 168/12
**agreement** [4] 123/5
125/21 148/15 162/2
**Ah** [2] 44/17 50/5
**ahead** [1] 84/18
**Alabama** [1] 5/13
**alerted** [1] 104/3
**ALJ** [8] 12/19 12/20
13/10 13/12 13/13 68/2
68/20 73/16
**all [69]** 7/22 9/6 9/18
21/6 24/18 27/12 28/20
32/15 33/16 34/10
35/14 36/17 36/24
36/24 40/16 41/12 43/2
47/25 57/9 57/24 58/18
59/3 61/19 62/11 65/8
68/16 69/16 71/22 72/8
73/11 75/6 75/11 76/12
78/6 80/2 85/25 91/7
92/24 100/18 101/22
102/16 108/20 109/2
115/7 116/3 117/7
123/2 124/13 131/19
134/14 136/24 137/1
138/5 141/9 141/13
142/8 142/21 143/5
143/11 144/7 149/10
150/6 155/4 158/2
158/13 159/14 161/24
162/18 164/13
**allegations** [2] 13/24
116/14
**allowed** [2] 122/24
158/25
**allowing** [1] 100/5
**almost [5]** 26/13 28/24
89/22 149/10 153/2
**alone** [1] 97/13
**along [12]** 36/8 41/24
45/25 47/4 62/5 65/13
85/14 85/24 87/12
101/6 127/17 138/10
**already [13]** 46/24
49/23 51/22 58/19
65/14 73/20 92/8
105/18 125/7 132/24
138/17 147/13 159/21
**also [10]** 2/14 10/3
10/11 96/19 97/2 102/2

**A**

also... [4] 119/25 145/8 153/4 168/14
alternative [1] 12/8
Although [1] 35/10
always [3] 22/25 34/21 57/5
am [10] 5/16 18/14 36/22 59/2 92/2 95/8 124/25 161/24 165/1 167/13
amendment [2] 168/14 168/15
amendments [1] 168/20
America [1] 161/18
American [1] 20/6
among [4] 61/14 154/1 154/4 163/6
amount [1] 32/4
Amy [5] 55/18 55/18 55/19 56/2 56/18
analogies [1] 96/13
ancillary [1] 29/15
ancillary-type [1] 29/15
angry [3] 9/11 19/23 147/19
Ann [3] 118/12 118/13 118/23
annual [3] 51/12 54/16 54/19
another [11] 17/7 36/1 45/10 55/3 55/3 103/22 117/8 119/6 127/9 157/12 163/2
answer [21] 10/6 10/24 11/5 14/14 14/19 15/10 15/12 17/24 22/7 23/23 24/5 47/14 87/17 87/22 95/12 104/22 137/18 137/20 156/15 158/4 162/8
answering [1] 59/21
answers [2] 10/12 132/22
anticipate [2] 10/6 135/19
anticipation [1] 126/6
any [73] 11/18 14/1 14/5 18/25 20/18 21/13 22/1 28/7 28/8 28/10 41/16 44/13 46/9 47/8 47/20 48/10 48/22 51/5 57/11 58/10 60/13 61/13 71/23 73/3 74/13 79/11 80/9 80/12 87/21 87/23 89/22 90/18 91/9 92/13 99/25 104/18 109/5 109/14 110/21 111/3 113/5 113/23 114/17 116/8 116/13 118/6 120/21 121/25 123/22 124/14 125/4 127/6 128/15 129/23 130/5 130/22 134/9 134/13 134/16 135/21 136/14 137/16 139/9

144/3 146/15 147/21 154/21 157/19 162/8 163/14 164/17 166/2 167/14
anybody [19] 25/17 27/17 42/4 80/19 86/12 110/20 121/23 124/18 131/16 139/3 139/10 139/24 140/1 153/16 153/25 154/6 161/13 161/15 161/17
anybody's [1] 22/21
anymore [1] 103/13
anyone [14] 24/23 25/13 25/14 27/14 27/18 28/4 28/16 86/11 121/18 122/1 140/14 140/17 141/10 143/13
anything [49] 8/22 11/11 20/25 21/17 27/8 28/9 28/9 28/13 28/15 34/18 34/25 43/2 45/18 47/18 51/25 59/25 61/17 65/11 65/23 69/3 71/21 71/24 72/1 77/15 78/4 78/6 79/24 90/20 92/20 95/3 95/4 95/15 97/24 98/22 99/1 99/10 99/22 100/15 121/12 126/19 128/20 128/24 129/10 134/22 143/15 144/2 144/4 151/9 156/3
anything's [1] 94/23
Anytime [1] 34/17
anyway [1] 129/14
anywhere [1] 45/13
apologies [1] 136/7
apologize [3] 87/19 88/1 134/15
apology [1] 87/21
apparently [2] 64/7 64/21
APPEARANCES [1] 1/21
APPEARING [1] 1/10
appears [4] 52/18 59/3 62/14 150/5
approach [2] 31/13 31/19
approached [2] 38/18 38/20
appropriate [1] 54/9
April [2] 52/25 167/19
arbitrators [1] 74/1
are [56] 14/24 15/2 16/1 16/17 16/22 17/1 17/2 17/6 17/12 18/1 18/3 18/12 18/17 20/18 22/24 23/1 27/5 31/16 32/6 35/12 36/20 37/8 41/16 54/24 55/2 55/5 60/16 62/21 72/17 73/7 73/11 79/16 80/12 81/17 85/8 89/21 92/1 92/12 96/15 105/11 110/3 123/8 128/9 144/8 152/10 156/13 158/12 158/15 158/21

151/6 161/19 161/20 167/20 162/4 164/24 168/14
area [1] 24/9
aren't [1] 80/20
ariel [4] 2/2 2/5 5/8 169/4
around [14] 22/10 31/22 32/22 33/9 33/15 61/17 63/18 74/13 87/21 116/25 144/5 149/9 159/13 159/14
arrange [1] 168/12
arrive [1] 137/15
arrived [1] 29/18
Arvada [1] 169/2
as [139] 5/4 6/6 7/2 8/2 8/23 9/21 12/4 12/19 13/10 13/14 13/15 13/15 14/6 21/9 22/14 22/23 24/8 29/7 30/7 30/14 30/16 30/23 31/3 31/11 31/22 31/24 32/1 33/15 33/25 34/20 34/20 34/23 35/1 35/15 37/2 37/11 48/9 49/12 50/11 50/11 50/23 50/24 50/24 51/18 51/22 54/9 57/1 57/21 58/3 58/3 58/19 59/24 60/7 62/12 67/22 68/1 68/20 70/11 70/11 71/15 72/5 72/6 72/20 73/4 73/21 74/7 77/19 77/20 82/14 83/5 83/20 84/22 86/16 87/25 87/25 89/15 90/21 94/9 96/4 96/10 96/10 97/18 97/19 97/19 98/20 99/2 101/13 102/1 102/17 103/14 104/24 105/8 105/18 106/18 106/22 113/23 116/9 118/6 118/21 120/1 122/1 122/5 124/5 125/1 125/1 125/4 125/9 127/5 127/10 132/24 134/23 136/14 136/23 136/23 136/24 140/6 142/13 145/21 146/16 146/24 146/24 146/25 146/25 147/14 151/4 151/10 151/12 152/7 152/19 153/13 153/13 153/20 160/12 161/1 161/7 161/15 161/22 162/14 162/15
ask [8] 10/7 10/23 47/9 75/25 87/6 112/21 114/12 143/23
asked [13] 11/23 28/10 37/15 64/12 87/8 106/15 108/15 110/20 110/23 123/9 143/13 143/17 167/12
asking [9] 46/10 49/16 64/25 66/3 88/22 92/12 112/9 121/3 157/3
aspect [1] 10/1

assessment [6] 31/14 31/16 32/14 32/20 34/8 106/24
assessments [1] 33/17
assigned [1] 108/17
assist [3] 37/15 104/18 105/7
assistance [1] 110/12
assisting [1] 49/24
assume [1] 150/12
assuming [1] 59/6
assumption [2] 19/12 20/2
assured [1] 128/9
attached [1] 123/23
attachment [1] 70/16
attachments [1] 110/3 142/21
attempt [1] 65/1
attention [3] 25/2 119/17 168/21
attorney [3] 132/25 143/17 161/21
attorneys [1] 5/9
attributes [1] 72/18
August [22] 63/3 63/6 63/20 67/20 68/25 92/6 103/3 104/15 104/16 108/2 111/25 112/10 113/20 117/22 119/8 124/23 132/10 134/11 135/14 139/11 149/21 150/11
August 11 [1] 92/6
August 12 [1] 113/20
August 13 [4] 108/2 111/25 112/10 117/22
August 19 [2] 119/8 124/23
August 25 [1] 149/21
August 27 [1] 103/3 104/16 132/10 134/11
August 31 [2] 135/14 150/11
August 7 [4] 63/6 67/20 68/25 104/15
avoid [1] 108/21
aware [8] 47/11 50/11 50/21 50/24 105/4 136/23 138/13 138/16
awareness [1] 37/13 49/6
away [2] 35/11 86/17

**B**

back [26] 7/7 36/14 39/23 48/18 48/19 59/7 69/17 69/20 71/17 86/25 109/14 113/13 117/2 117/16 118/1 123/7 124/1 124/22 125/13 126/20 126/22 142/16 142/17 148/24 155/5 164/23
back-end [1] 109/14
background [1] 45/19
bad [2] 57/2 79/25
balance [1] 159/5
bargaining [1] 12/25

Barley [65] 3/12 35/16 39/2 66/14 70/4 73/5 73/23 76/8 77/6 82/5 82/14 83/20 84/7 84/14 84/17 85/6 86/11 87/7 87/12 87/18 88/1 88/14 90/24 91/14 93/18 94/4 94/20 95/16 97/1 97/12 98/1 98/8 98/17 99/9 102/2 102/3 103/3 104/9 104/18 105/24 106/9 107/1 107/15 110/11 111/5 111/22 112/13 113/7 113/20 115/24 124/10 128/17 130/23 133/19 137/4 139/8 139/22 142/3 149/19 150/6 152/6 152/20 158/6 160/21 161/4
Barley's [3] 94/19 100/2 152/16
based [17] 15/14 17/15 19/13 24/9 24/25 31/12 31/19 53/24 55/2 94/21 95/22 95/23 113/8 115/25 132/20 158/15 161/3
basically [3] 31/20 48/15 49/12
basis [8] 6/16 28/6 28/7 28/8 28/10 28/12 157/6 157/7
be [109] 8/2 10/15 11/10 13/11 16/23 17/15 18/2 18/6 18/8 18/17 18/20 19/11 23/5 23/23 24/7 29/18 31/10 31/18 32/7 34/15 47/2 47/15 47/21 47/21 48/7 51/16 53/8 58/3 59/3 60/16 62/2 62/14 65/2 65/21 66/10 66/18 69/22 72/1 77/20 79/22 79/24 82/19 83/20 83/22 85/10 85/15 85/15 86/10 87/4 87/6 87/11 87/12 87/22 88/14 89/19 91/1 91/18 92/13 93/7 94/6 98/12 99/6 99/7 100/13 101/19 102/17 103/25 113/3 113/24 113/25 114/18 114/19 117/2 118/22 122/11 122/12 123/8 123/20 123/20 124/7 125/6 125/12 127/1 129/1 129/14 130/10 131/16 133/22 134/23 139/1 139/5 140/24 142/6 142/13 155/14 155/16 155/19 156/3 159/8 159/15 159/23 160/22 161/3 161/14 161/15 162/7 162/12 163/21 168/18
be being [1] 161/3
became [6] 5/22 44/22 82/3 82/6 105/4 138/16

Case 1:22-cv-01602-PAB-KAS Document 103-3 filed 06/09/23 USDC Colorado pg 9 of 24

## B

**because [96]** 10/4
16/12 17/2 19/10 20/15
21/19 21/23 22/2 22/13
23/1 23/5 25/16 26/1
27/4 28/8 28/16 30/7
31/11 33/9 35/7 36/24
39/17 43/16 43/16
44/24 46/17 52/14 55/2
59/6 60/11 61/7 63/25
66/18 72/21 73/8 76/24
77/18 79/4 79/8 82/18
85/10 86/6 88/21 89/1
89/19 89/23 91/2 92/9
94/12 95/17 95/18 98/5
98/19 99/3 99/22
100/18 105/4 105/8
105/11 109/12 110/1
115/1 115/16 115/25
116/8 121/3 122/9
123/19 126/1 126/24
127/10 131/14 133/14
138/20 140/20 142/8
142/18 144/7 147/7
148/9 148/23 150/2
150/16 150/17 151/4
151/24 152/3 157/5
157/9 158/10 159/1
159/14 159/25 160/24
162/12 163/23
**become [1]** 100/6
**becoming [1]** 100/1
**been [101]** 5/3 7/12
7/23 8/7 8/11 9/7 9/21
11/10 14/1 19/1 21/18
29/24 33/3 35/18 35/23
37/19 40/14 40/15 42/6
42/10 43/14 43/15
43/23 45/5 45/13 49/23
51/15 51/22 53/18 54/1
54/2 54/5 54/9 55/24
56/2 58/19 62/12 63/18
64/18 64/21 64/24
66/24 68/1 68/7 72/10
73/16 74/25 75/22
82/17 82/25 83/3 85/23
87/19 88/19 88/22
90/13 90/22 92/24 93/2
93/19 93/21 97/20 98/9
99/2 101/11 105/3
105/18 106/22 115/5
115/16 116/14 121/23
123/6 123/15 124/5
124/19 125/10 125/21
127/17 128/3 130/19
132/6 136/2 136/15
136/18 138/3 138/17
141/4 143/5 143/14
144/4 145/2 146/3
146/5 146/21 147/25
153/15 157/14 158/5
159/18 163/24
**before [35]** 1/17 8/7
8/11 11/18 25/6 30/1
35/19 45/11 47/22
50/13 50/25 52/13
53/15 55/24 64/22
64/25 66/5 66/25 67/3
76/6 76/9 89/1 120/3
135/17 144/21 144/21
144/23 145/9 146/2
146/6 149/25 153/14
162/17 166/19 168/17
**beginning [1]** 109/1
**behalf [3]** 1/17 2/2 2/9
**behavior [3]** 22/11
22/22 100/2
**being [90]** 6/6 8/23
9/25 13/18 15/8 16/17
17/12 18/9 18/10 21/4
22/2 24/24 25/15 25/22
25/24 26/3 27/15 27/23
28/17 31/24 33/25
34/12 34/20 35/5 35/7
37/14 38/6 41/19 43/11
46/5 46/22 48/3 48/21
61/13 64/17 64/23 66/9
76/19 81/24 82/4 82/18
84/23 84/24 88/4 89/21
95/23 97/18 97/20 98/4
98/9 100/12 101/13
105/12 108/12 109/6
109/14 110/3 110/23
115/3 118/21 123/9
126/3 127/9 127/22
130/1 130/13 132/24
136/19 138/1 139/10
139/16 140/17 140/18
148/13 149/10 152/7
153/18 153/19 154/23
155/18 157/6 160/12
160/13 161/2 161/3
161/4 161/4 161/15
162/20 163/6
**belief [4]** 95/24 96/7
96/8 101/16
**believe [10]** 14/22 18/8
18/23 32/9 55/5 57/10
78/23 95/9 114/23
120/22
**believes [1]** 53/8
**bell [1]** 25/19
**belongings [1]** 48/18
**below [1]** 59/23
**benefit [1]** 33/2
**Bernee [1]** 59/21
**BERNÉE [15]** 1/9 3/7
3/10 3/11 3/14 5/2 5/12
37/5 136/1 150/12
166/1 166/18 168/7
168/12 169/10
**best [14]** 10/5 31/18
32/1 51/18 74/25 85/5
113/1 122/11 127/5
132/3 147/14 153/13
157/15 164/6
**bet [1]** 45/10
**better [6]** 22/15 49/21
73/15 73/25 87/12
163/1
**between [15]** 13/1 15/7
35/24 39/2 39/24 62/2
66/13 67/8 72/9 74/2
102/2 104/13 133/2
152/19 167/8
**beyond [5]** 30/3 50/20
73/24 130/20 134/22

**bias [16]** 16/8 18/10
23/13 23/15 23/17
24/15 71/22 86/7 93/15
94/21 95/18
**biased [2]** 93/7 93/8
**big [3]** 36/18 101/22
160/4
**birthday [1]** 81/3
**bit [6]** 45/5 61/19 70/3
72/21 141/9 149/10
**bitchy [3]** 20/24 21/2
21/4
**Black [11]** 20/6 21/7
82/9 82/15 82/18 83/3
83/5 83/7 83/10 83/11
83/21
**blackness [1]** 82/9
**Blind [1]** 92/17
**blow [2]** 151/23 151/23
**blur [1]** 78/10
**board [4]** 12/12 12/24
68/3 101/5
**born [1]** 73/11
**boss [2]** 20/21 20/22
**both [29]** 13/14 38/2
39/22 41/1 43/5 49/2
56/4 56/8 56/11 56/16
66/24 75/21 77/14
84/21 88/24 90/15
90/16 94/15 97/15
97/23 98/3 98/6 125/14
158/23 159/25 160/1
160/21 160/22 161/11
**bottom [5]** 53/2 111/21
111/21 113/16 119/7
**bought [1]** 60/11
**bounce [1]** 149/9
**box [1]** 69/23
**Brave [1]** 92/17
**break [8]** 10/22 10/24
24/21 69/9 111/10
116/23 148/22 148/23
**brevity [2]** 108/8
108/19
**bridge [2]** 94/14 94/15
**bridging [1]** 92/14
**brief [3]** 9/19 108/5
112/10
**briefly [1]** 11/23
**bring [3]** 23/1 23/9
28/15 36/24 36/24 65/1
82/9 96/19
**bringing [1]** 27/14
57/18 65/24
**brought [7]** 9/4 25/2
38/2 75/9 93/25 100/17
139/8
**building [1]** 77/2
**built [1]** 159/15
**bullets [1]** 118/10
**business [3]** 6/11 6/13
158/15

## C

**calendars [2]** 75/21
**call [6]** 33/11 76/21
129/12 155/24 155/25
161/17

**called [5]** 12/15 32/13
38/6 55/23 143/9
**calling [2]** 21/2 74/1
**came [21]** 25/4 25/21
29/12 29/16 34/3 34/5
43/6 44/15 45/10 45/10
58/6 58/16 61/20 67/16
70/13 70/13 90/11 96/8
126/17 137/23 140/2
**can [50]** 5/10 10/6
14/18 15/3 15/23 16/2
16/25 17/5 17/11 17/20
18/2 18/20 18/23 18/24
21/13 24/16 27/12 38/6
39/6 40/25 40/25 41/12
41/16 50/21 51/18
53/24 57/5 57/9 58/3
60/16 68/18 70/11
78/15 82/24 85/5 87/25
95/12 99/12 99/14
99/19 102/10 104/22
112/3 112/21 117/12
123/11 127/5 135/19
147/14 157/23
**can't [65]** 9/6 12/12
15/24 22/8 22/11 25/17
27/17 28/8 28/9 28/13
37/7 37/20 37/23 38/6
38/14 38/16 39/22
40/24 40/24 41/4 41/4
41/15 41/19 42/4 44/5
45/9 47/18 52/12 55/19
56/18 57/10 66/23
68/10 73/9 73/13 74/2
78/14 78/19 82/11
82/22 83/22 84/3 84/3
86/13 87/14 88/4 88/11
92/10 98/14 99/1 99/10
110/6 112/7 116/11
130/13 137/18 139/13
139/23 140/1 142/5
142/23 158/10
**cannot [1]** 27/18
**card [1]** 153/23
**care [3]** 46/13 46/17
165/2
**career [4]** 20/20 23/4
57/25 163/24
**Carolyn [18]** 3/12
35/16 67/8 86/16 90/10
90/13 91/1 92/23 93/13
103/5 105/5 106/5
108/2 109/19 116/4
128/18 140/2 144/3
**Carolyn's [2]** 97/17
108/5
**Carrie [3]** 118/12
118/12 118/23
**carried [2]** 142/24
143/3
**carry [1]** 46/18
**carrying [1]** 50/6
**case [6]** 5/9 128/10
143/15 161/21 162/5
169/19
**cases [8]** 13/10 13/11
13/21 13/23 14/3 14/6
68/18 68/19

**categorized [1]** 18/9
**cause [2]** 96/15 155/20
**caused [2]** 27/2 96/8
**causing [1]** 96/17
**cc [2]** 168/24 169/22
**cc'd [1]** 62/15
**cell [4]** 141/14 141/16
141/18 141/21
**CEO [1]** 60/15
**certain [9]** 48/11 48/13
82/15 82/24 88/9 99/7
112/20 119/24 158/13
**certainly [7]** 23/9 24/11
79/18 79/18 80/14
127/6 161/14
**certainty [1]** 112/7
**CERTIFICATE [1]**
167/1
**certification [2]** 69/3
69/6
**certify [3]** 166/1 167/5
167/13
**chain [5]** 3/7 3/9 3/11
3/13 124/15
**challenge [1]** 110/4
**challenged [1]** 37/9
**chance [2]** 111/10
116/23
**change [1]** 11/13
**changes [4]** 11/10
168/14 169/12 169/13
**changing [1]** 11/14
50/18
**characterize [2]** 57/1
104/23
**charge [3]** 58/12
127/20 127/24
**chat [2]** 51/23 69/23
**chatter [1]** 153/1
**check [2]** 110/9 143/7
**checklist [3]** 48/16
48/16 141/5
**chief [1]** 44/6
**children [5]** 85/8 85/14
97/11
**choices [1]** 80/5
**choose [2]** 21/19 57/8
**chose [1]** 66/17
**Christmas [2]** 146/3
146/3
**CHRO [1]** 75/2
**chuckling [1]** 77/18
**circumstances [8]**
15/2 16/1 17/11 17/20
18/1 18/4 18/8 158/20
**Civil [6]** 1/2 1/16
127/23 168/9 169/7
169/17
**claim [7]** 79/8 80/18
82/3 132/14 132/17
132/20 134/21
**claims [8]** 74/6 74/14
74/18 79/15 89/23
116/14 134/17 148/17
**clarification [1]** 102/13
**clarify [1]** 102/10
**classes [1]** 158/13
**classically [1]** 132/24
**classmate [1]** 20/13

**C**

clean [1] 72/5
clear [3] 10/16 24/7 103/14
clearly [1] 82/2
click [1] 52/2
CliftonStrengths [2] 32/14 72/24
close [2] 148/23 153/1
closed [1] 63/5
closing [1] 63/20
coach [1] 34/21
coach-type [1] 34/21
coached [1] 32/21
coaching [4] 7/10 29/12 31/22 33/4
COBRA [1] 48/19
codes [3] 33/18 33/19 34/8
colleague [3] 20/22 151/2 151/2
collection [1] 36/25
collective [2] 12/25 164/10
collectively [2] 97/3 97/8
color [6] 17/6 17/21 18/2 83/14 92/17 92/17
color's [1] 17/13
COLORADO [10] 1/1 1/18 2/4 2/7 2/11 127/23 167/4 168/6 169/2 169/5
combative [2] 40/1 118/23
comcast.net [2] 168/1 169/1
come [21] 20/18 24/10 25/10 37/18 51/23 57/5 57/8 57/14 71/11 88/24 90/14 90/19 118/6 123/5 125/21 137/11 139/25 145/21 155/1 163/18 163/20
comes [7] 19/5 21/17 24/19 27/24 28/19 91/20 135/1
comfortable [3] 35/8 86/15 86/21
coming [18] 33/25 35/12 40/15 61/25 73/22 79/7 79/19 80/10 83/5 90/1 90/8 98/19 100/18 118/16 118/21 146/14 153/9 153/20
commencement [1] 167/5
comment [2] 84/22 92/23
comments [2] 59/20 152/10
commission [2] 166/21 167/19
communicate [4] 19/9 141/20 141/25 152/12
communicated [4] 103/15 104/8 106/18 142/2

communication [3] 92/14 110/2 141/12
companies [1] 51/15
company [6] 5/23 7/1 48/5 48/19 59/5 162/13
compare [1] 163/23
comparison [1] 154/12
compassion [2] 72/23 78/24
compelling [1] 124/14
compensation [1] 151/8
complain [1] 24/24
complained [1] 28/17
complaint [8] 25/5 25/13 25/13 135/11 136/3 136/16 137/3 137/8
complaints [1] 25/1
complete [1] 166/2
completed [1] 11/10
comply [2] 144/15 168/16
compound [1] 16/7
computer [2] 48/3 48/4
concept [1] 32/2
concepts [2] 24/10 36/20
concern [7] 28/16 82/3 95/23 96/2 99/25 109/5 124/9
concerned [1] 25/15
concerns [13] 27/2 27/14 28/4 57/15 57/19 61/21 67/4 109/14 124/4 125/1 139/21 163/14 163/19
concluded [1] 165/5
conclusion [3] 137/12 137/15 137/23
concurring [1] 54/10
conduct [1] 22/17
confer [2] 107/15 116/4
confidential [3] 130/10 131/8 131/15
conflict [4] 39/15 39/21 62/2 127/5
conflicts [2] 37/22 41/22
confusion [1] 162/12
conjunction [1] 44/24
connectedness [1] 72/24
connection [1] 95/15
connotations [1] 72/22
conscious [1] 93/15
consider [1] 130/9
considered [1] 51/16
consistently [2] 40/16 57/3
constant [1] 126/2
consti [1] 18/6
constitute [3] 18/4 18/7 166/2
consult [2] 49/13 49/15
content [1] 118/6
contents [1] 115/7
context [11] 8/21 21/1

communication [3] 1/31/10
contexts [1] 34/15
continue [3] 26/23 133/18 146/23
contracts [2] 12/8 13/1
control [2] 108/24 109/2
controversy [1] 167/7
conversation [28] 10/3 25/6 25/25 37/1 43/10 43/10 43/15 57/23 63/10 67/6 76/20 80/9 82/2 84/9 84/13 84/17 85/23 89/21 90/11 92/10 93/11 100/22 101/3 137/17 151/15 153/18 154/7 159/12
conversations [5] 58/13 95/22 133/10 154/1 154/22
convey [1] 93/2
copied [2] 115/20 135/5
copies [1] 168/19
copy [3] 145/14 168/13 169/13
corner [5] 53/2 59/8 111/18 155/5 155/7
correct [6] 30/24 31/1 65/6 106/7 150/1 150/14
correction [1] 166/2
correlation [1] 83/6
correspondence [3] 113/9 120/14 153/4
could [32] 14/14 15/17 16/13 16/23 17/9 20/17 23/5 35/8 49/15 52/3 74/3 75/22 79/13 79/18 80/11 81/15 84/1 85/10 87/6 87/11 87/12 96/10 99/21 101/17 118/22 122/4 123/12 125/6 151/7 152/25 161/10 161/11
couldn't [3] 46/23 68/9 130/18
counsel [9] 143/16 144/11 162/5 162/9 167/14 168/20 168/24 169/14 169/22
country [1] 81/1
couple [5] 37/19 42/5 59/7 101/10 104/11
course [2] 13/12 21/21
courses [1] 60/15
court [3] 1/1 9/22 168/19
covered [2] 47/15 47/21
coworkers [1] 118/11 118/16 163/6
craft [5] 106/9 106/25 111/5 112/5 114/14
crafting [1] 104/19 106/17
crazy [1] 37/17

create [2] 57/4 57/9
criteria [3] 17/12 17/15 17/16
criticized [1] 17/21
critique [1] 17/12
cruel [1] 22/22
crying [2] 81/11 84/21
culture [6] 21/8 158/25 160/2 164/5 164/9 164/11
curious [1] 111/4
current [1] 5/15
cv [3] 1/2 168/9 169/7
CYA [1] 151/24

**D**

date [8] 11/11 52/17 62/8 75/23 108/25 120/23 125/1 142/15
dated [4] 3/8 3/10 3/12 3/14 63/20 120/18 135/14
day [21] 43/18 43/21 43/25 63/16 64/5 64/10 103/6 112/14 122/23 122/23 123/22 129/20 132/4 145/23 146/1 146/11 158/19 164/23 165/5 166/20 167/17
days [3] 63/15 159/2 168/16
deadline [5] 98/21 98/24 100/16 159/22 159/22
deadlines [13] 90/5 90/8 90/19 90/25 91/15 101/1 101/4 101/4 101/14 101/18 150/11 157/8 158/9
deal [2] 13/23 102/5
Dear [1] 168/10 169/9
debrief [2] 130/5 130/14
December [2] 146/1 146/9
decide [3] 137/7 137/10 137/13
decided [1] 139/2
deciding [3] 49/14 140/9 140/13
decision [16] 5/20 13/18 41/8 43/7 43/9 48/22 49/1 49/14 49/23 50/3 53/22 71/7 141/4 146/16 156/25 157/12
decision-maker [1] 13/18
decisions [1] 158/15
declined [1] 128/14
deep [1] 84/25
DeFAZIO [5] 2/2 3/4 5/6 5/8 169/4 169/9
defendant [8] 1/8 2/9 127/10 127/15 127/20 128/1 128/9 162/14
defense [4] 84/23 84/24 93/14
define [4] 20/5 23/15 23/17 23/22

definitely [3] 52/14 139/14 164/2
definition [5] 23/23 71/25 85/2 85/25 86/6
definitions [1] 79/9
degree [3] 78/20 82/24 109/25
degrees [2] 136/2 136/16
delay [1] 10/4
deliver [1] 98/21
deliverables [1] 160/1
delivered [1] 144/15
delivering [3] 89/10 89/13 89/15
demand [2] 87/18 88/1
demanding [1] 164/5
demands [1] 89/21
demeanor [1] 81/16
Denver [5] 2/4 2/7 2/11 168/6 169/5
department [1] 40/3
Departure [1] 53/7
deponent [2] 167/6 169/15
deposed [4] 8/7 8/9 8/11 8/23
deposition [14] 1/9 1/16 8/3 9/12 10/2 11/9 11/15 128/8 167/8 168/7 168/12 168/13 168/18 169/10
depth [2] 100/21 122/13
describe [3] 67/21 72/20 129/16
describes [1] 67/22
describing [1] 42/14
deserved [2] 155/13 155/22
deserves [1] 155/16
designed [1] 79/24
detail [1] 115/12
details [9] 26/14 26/22 27/5 66/16 67/5 67/6 67/7 67/12 92/25
deteriorated [1] 46/24
determine [3] 32/12 64/13 81/15
Determining [1] 74/11
developing [1] 37/11
development [13] 7/10 29/8 29/13 30/19 31/4 31/12 34/20 37/12 56/5 60/7 61/7 147/2 147/14
devolved [1] 46/23
did [138] 5/23 7/4 11/25 12/6 12/7 12/19 13/23 22/1 24/23 25/13 25/14 27/20 31/6 31/22 32/15 32/17 33/25 34/23 40/4 40/13 40/19 44/13 44/13 45/8 45/19 45/20 45/23 46/2 46/4 46/9 46/14 49/13 50/24 52/14 53/21 54/16 55/14 57/16 65/5 65/8 65/23 66/11 67/3 70/8 71/4 71/5 71/6 72/7

**D**

**did... [90]** 75/13 75/24 76/1 76/9 77/14 77/14 78/24 80/16 81/23 83/22 83/23 85/6 85/19 86/9 87/1 87/1 87/6 87/10 87/14 87/18 88/9 88/13 90/7 90/14 90/20 92/20 94/25 96/2 98/8 98/11 98/11 99/1 100/6 100/11 100/13 100/24 104/18 105/7 109/5 109/13 109/22 113/6 120/10 121/12 122/12 130/5 130/22 131/1 131/12 133/5 134/9 134/13 134/20 135/20 137/7 137/11 137/15 138/8 139/24 141/8 141/14 141/17 141/20 143/23 144/15 145/17 145/21 145/22 145/23 146/5 146/18 147/18 147/21 147/23 148/17 150/15 151/10 152/21 152/24 153/15 156/18 161/22 162/2 162/8 162/10 163/5 163/21
**didn't [47]** 13/12 19/9 19/11 20/21 20/25 38/9 43/24 47/24 51/4 58/9 64/10 66/1 66/15 69/3 70/15 71/23 71/24 72/1 72/11 77/1 84/11 84/19 86/12 87/14 88/1 88/6 88/9 90/8 91/8 91/8 99/1 109/9 109/16 113/2 121/19 123/13 129/19 130/17 134/16 136/13 137/22 138/20 141/18 145/19 151/14 156/4 158/22
**die [1]** 131/9
**died [1]** 81/6
**different [3]** 30/15 62/21 78/4
**differently [11]** 21/23 22/2 25/15 74/4 87/7 94/21 95/17 95/23 126/20 134/6 161/3
**difficult [10]** 10/3 46/16 47/5 80/8 80/12 81/2 125/14 156/14 158/5 160/3
**difficulty [2]** 38/20 42/24
**dig [1]** 122/24
**direct [8]** 55/13 83/3 83/6 90/18 90/21 119/17 133/15 139/9
**directing [1]** 105/5
**directly [5]** 20/22 44/10 86/11 93/24 106/19
**director [6]** 29/7 31/3 53/10 54/1 54/7 147/1
**disappointed [3]** 126/9 126/12 126/15

**disappointing [1]** 127/13
**discipline [10]** 50/13 50/16 50/22 50/23 50/25 51/8 51/16 54/8 54/14 140/14
**disciplined [2]** 88/14 140/17
**discriminated [8]** 24/25 25/22 27/15 27/24 82/4 97/21 161/14 161/16
**discriminating [1]** 160/13
**discrimination [24]** 13/24 14/2 14/6 28/17 61/22 67/4 74/6 74/14 74/18 79/8 79/16 80/19 80/23 82/4 127/21 132/14 132/21 133/1 134/17 134/21 135/11 137/8 160/11 160/12
**discriminatory [4]** 18/20 97/19 98/9 100/20
**discuss [2]** 53/9 153/16
**discussed [3]** 97/10 128/18 163/6
**discussing [1]** 88/20
**discussion [8]** 62/1 62/7 63/11 64/16 66/4 66/9 67/2 98/18
**discussions [6]** 39/2 61/17 64/12 87/21 87/23 138/1
**dislike [1]** 110/8
**dismissed [1]** 43/11
**disparaging [1]** 45/18
**dispute [3]** 12/8 67/7 67/8
**disputes [1]** 69/1
**distinction [1]** 15/7
**distress [1]** 161/12
**distribution [1]** 59/4
**DISTRICT [2]** 1/1 1/1
**Dittmer [8]** 1/17 15/23 167/3 167/21 167/24 168/23 168/25 169/21
**Division [1]** 127/23
**divulge [1]** 26/19
**do [204]**
**doctor [1]** 23/5
**Doctorate [2]** 9/9 11/24
**document [11]** 47/23 47/24 51/21 58/19 60/24 62/22 70/15 91/18 123/6 123/12 149/14
**documentation [4]** 150/10 151/14 151/19 152/6
**does [24]** 8/4 10/17 11/6 11/16 14/9 18/15 25/18 29/4 40/19 52/10 69/12 71/1 89/16 93/13 104/2 114/24 118/5 120/17 124/4 125/12 135/18 145/16 146/23

**doesn't [10]** 38/9 85/3 86/7 93/7 93/7 121/19 128/5 130/3 132/3 151/18
**doing [20]** 7/11 7/12 32/22 33/10 33/15 43/17 43/18 44/18 44/22 44/23 45/24 74/13 87/7 87/12 100/5 147/8 147/9 149/11 151/24 161/4
**don't [252]**
**don't -- I [1]** 152/2
**done [18]** 18/17 29/18 42/4 90/4 93/22 99/7 99/7 118/1 121/7 121/15 122/17 126/20 138/6 138/23 140/24 149/11 157/15 157/21
**door [2]** 57/13 155/10
**doubt [1]** 78/25
**doubting [1]** 120/24
**down [7]** 70/19 91/16 117/22 131/18 135/24 136/10 153/7
**download [1]** 62/24
**downloads [1]** 117/13
**draft [6]** 108/5 112/10 113/5 113/6 114/23 126/6
**drafted [2]** 89/1 109/11
**drafting [2]** 105/7 109/6 135/21
**drawn [1]** 35/11
**driven [1]** 159/22
**due [3]** 91/10 91/10 169/19
**duly [5]** 5/3 167/6 169/16 169/18
**dump [2]** 142/18 142/20
**during [30]** 8/14 24/23 35/19 37/9 41/18 46/5 46/10 47/11 47/15 48/23 49/18 50/11 51/5 52/18 53/21 54/17 55/12 68/19 74/24 98/17 99/12 101/25 102/1 118/6 118/16 130/22 149/24 151/13 152/25 163/14
**duties [9]** 29/11 35/11 45/8 45/20 45/24 46/10 65/10 74/24 147/4
**duty [1]** 50/7
**dwell [1]** 21/19

**E**

**E-Team [1]** 153/22
**each [7]** 10/2 62/21 74/4 79/13 80/3 125/9 125/22
**earlier [15]** 22/23 61/20 63/16 68/9 70/3 71/10 71/18 79/3 92/23 97/10 113/8 114/21 127/4 128/13 134/14
**early [2]** 20/20 68/6

**easy [1]** 46/14
**educate [1]** 94/4
**education [5]** 40/3 61/14 86/4 86/10 94/10
**educational [1]** 93/3
**effect [5]** 52/18 65/13 85/18 93/8 93/9
**effective [3]** 52/17 125/9 145/19
**effectively [1]** 110/1
**effort [1]** 149/10
**either [20]** 18/25 33/7 34/12 36/3 38/18 41/4 55/25 58/13 70/5 74/15 74/16 74/17 86/11 88/15 88/16 91/1 91/14 122/13 142/4 144/14
**elaborate [1]** 49/16
**eliminate [1]** 146/16
**eliminated [3]** 145/18 145/24 146/21
**ELIZABETH [8]** 1/9 5/2 5/12 166/1 166/18 168/7 168/12 169/10
**else [34]** 6/20 27/8 27/14 28/15 39/11 42/4 43/2 59/25 65/1 66/11 73/12 77/8 81/15 81/20 86/11 86/12 97/11 97/24 98/16 98/22 99/1 99/8 99/10 99/22 99/23 110/9 115/20 131/21 139/10 139/24 143/25 150/21 153/25 157/16
**else's [1]** 131/16
**email [81]** 2/5 2/8 2/12 3/7 3/7 3/9 3/9 3/11 3/11 3/13 3/13 59/4 59/8 59/20 60/2 61/3 61/8 61/9 62/14 63/2 63/8 63/13 63/19 63/19 64/4 64/17 66/1 66/5 67/21 70/13 70/18 70/19 75/17 92/3 92/16 93/20 103/2 103/20 104/3 105/2 105/12 105/20 105/24 106/3 106/10 106/25 107/16 108/1 108/3 111/4 111/21 112/13 113/5 113/19 113/24 113/25 114/1 114/3 114/7 114/15 114/18 114/24 115/2 115/5 115/19 115/22 116/5 116/10 116/11 116/18 117/21 116/9 119/20 121/4 123/22 124/23 128/12 134/4 143/7 149/19 150/5
**emailed [2]** 113/7 129/21
**emailing [1]** 107/14
**emails [7]** 143/5 143/18 143/21 143/23 143/24 144/5 144/8
**Emily [2]** 44/5 54/5
**emotional [1]** 36/19
**emotionally [1]** 73/1

**emotions [4]** 80/12 80/25 125/13 157/24
**empath [1]** 72/21
**empathetic [1]** 60/17
**empathize [2]** 82/24 83/4
**empathy [2]** 61/11 72/23
**employed [4]** 5/16 6/6 56/16 167/13
**employee [42]** 30/16 30/23 31/20 33/21 33/24 34/17 35/24 38/2 38/18 38/19 39/4 39/8 40/9 40/18 40/19 41/15 41/17 42/13 42/22 42/23 43/19 44/23 48/9 48/17 49/12 49/14 51/1 51/6 53/8 53/10 53/17 53/22 54/7 56/2 57/21 58/6 58/7 60/13 61/15 131/4 140/10 141/5
**employee's [1]** 42/25
**employees [22]** 12/25 17/6 17/6 27/21 31/5 31/13 32/15 33/24 34/16 34/24 36/2 36/3 37/14 41/25 55/9 57/5 57/14 84/7 130/13 131/3 139/19 164/11
**employer [2]** 6/9 43/8
**employers [1]** 13/1
**employment [14]** 5/15 7/11 8/14 12/11 12/24 52/18 54/17 55/12 56/23 58/2 68/2 134/10 140/6 163/22
**enclosed [4]** 168/11 168/14 169/10 169/13
**encourage [1]** 79/2
**encouraging [1]** 79/23
**end [9]** 46/4 64/5 75/24 109/14 129/6 145/17 145/25 158/19 164/14
**endearing [2]** 20/25 20/25
**endearment [1]** 21/10
**ended [7]** 26/9 37/24 40/10 43/17 89/1 131/19 144/24
**enjoy [2]** 45/23 46/14
**enough [1]** 86/21
**enrolled [1]** 48/2
**ensure [3]** 50/12 54/8 152/25
**entire [4]** 29/6 59/5 154/17 164/10
**entitled [1]** 1/16
**entity [1]** 156/13
**entry [1]** 9/1
**environment [5]** 21/7 57/4 57/10 57/18 109/3
**equivalent [4]** 160/12 161/1 161/7 161/10
**escalated [1]** 159/13
**ESQ [5]** 2/2 2/6 2/10 168/5 169/4
**estimate [1]** 68/19
**ethic [1]** 40/17

Case No. 1:22-cv-01032-PKC-JAM Document 473 filed 06/29/2024 USDC Colorado pg 175 of 188

**E**

**evaluate [1]** 74/17
**evaluating [2]** 74/5 74/8
**Evans [4]** 2/10 161/20 162/14 168/5
**even [30]** 7/9 8/18 10/6 15/3 15/24 16/3 26/21 30/2 36/15 36/16 37/11 40/24 58/11 60/1 66/18 81/2 83/6 88/25 93/6 107/3 109/25 121/6 125/10 126/9 137/19 139/23 152/2 153/6 153/20 159/2
**event [1]** 133/14
**ever [35]** 8/7 13/23 14/1 21/22 24/23 25/14 25/14 36/1 36/16 39/3 47/6 49/13 71/6 73/16 83/2 86/9 88/25 110/20 134/20 135/6 137/7 137/11 137/15 139/8 139/21 139/24 140/2 140/9 140/13 140/16 143/13 145/9 153/14 153/16 163/5
**every [7]** 10/25 33/21 36/25 37/1 52/13 151/23 157/11
**everybody [7]** 32/21 32/22 35/2 60/6 61/8 73/8 165/2
**everybody's [1]** 151/24
**everything [6]** 9/25 89/1 99/11 99/14 99/20 156/22
**evident [1]** 96/5
**exactly [17]** 6/21 12/12 16/9 45/9 56/18 63/19 82/23 90/14 91/9 101/21 121/8 121/9 124/12 144/1 148/4 148/12 162/8
**examination [3]** 3/2 5/5 167/6
**examined [1]** 5/3
**example [1]** 140/18
**examples [4]** 18/25 18/25 20/18 21/13
**exceptionally [1]** 155/10
**exchange [2]** 70/10 143/9
**excruciatingly [1]** 97/22
**executive [4]** 105/3 154/17 162/13 164/10
**exhausted [1]** 99/18
**exhibit [42]** 3/7 3/9 3/11 3/13 4/2 4/3 4/4 4/5 4/6 4/7 4/8 4/9 4/10 51/22 58/19 62/12 67/3 69/22 69/22 70/22 70/23 75/17 91/18 102/17 103/22 104/3 105/18 107/12 111/1 111/13 111/14 113/13

**Exhibit 14 [2]** 67/3 70/23
**Exhibit 16 [1]** 134/25
**Exhibit 24 [3]** 105/18 107/12 114/22
**Exhibit 27 [1]** 120/16
**Exhibit 28 [1]** 51/22
**Exhibit 30 [1]** 58/19
**Exhibit 34 [5]** 111/1 111/14 113/13 114/3 116/8
**Exhibit 39 [1]** 145/6
**Exhibit 46 [1]** 149/14
**Exhibit 50 [1]** 69/22
**Exhibit 51 [3]** 91/18 117/9 124/22
**Exhibit 52 [1]** 102/17
**Exhibit 53 [1]** 104/3
**EXHIBITS [2]** 3/6 4/1
**exist [1]** 146/24
**exit [1]** 143/6
**expect [1]** 135/5
**expectation [1]** 164/7
**expectations [5]** 40/18 89/9 89/12 89/15 125/22
**expected [2]** 90/12 125/23
**expense [1]** 162/10
**experience [15]** 9/19 12/10 14/2 14/5 15/15 20/11 24/11 30/23 67/23 67/24 69/4 82/15 83/7 83/21 84/7
**experienced [2]** 20/7 48/10
**experiences [1]** 36/25
**experiencing [2]** 160/10 160/11
**expert [1]** 24/8
**expires [2]** 166/21 167/19
**explain [1]** 51/18
**expressed [1]** 28/16 67/4 101/12
**expressing [2]** 99/25 163/18
**expression [1]** 123/1
**extensive [1]** 67/22
**external [1]** 65/24
**eye [2]** 158/22 158/22
**eyes [1]** 41/1

**F**

**face [1]** 41/1
**facilitate [3]** 13/7 64/12 139/8
**facilitating [1]** 39/1 69/1
**facilitator [3]** 35/15 65/24 73/22
**facilitator/mediator [1]** 35/15
**fact [9]** 70/14 85/2 95/16 104/4 108/25

**114/3 114/22 116/8 117/19 120/4 120/16 124/22 134/25 145/6 149/14
**facts [1]** 73/8
**failed [1]** 13/16
**failure [1]** 155/19
**fair [16]** 46/21 48/19 48/20 52/19 57/25 58/3 59/12 68/11 106/2 106/24 122/7 122/8 124/8 153/8 156/8 157/1
**fairly [4]** 54/23 156/6 156/11 156/21
**faith [1]** 95/24
**familiar [9]** 18/12 30/2 40/20 42/8 52/11 115/11 135/18 145/16 162/18
**far [10]** 7/7 50/11 50/24 70/11 87/25 96/10 136/23 142/17 146/24 146/25
**fast [1]** 160/7
**fast-paced [1]** 160/7
**February [1]** 7/3
**Federal [1]** 1/16
**fee [1]** 162/2
**feedback [4]** 87/2 87/3 87/11 92/21
**feel [27]** 6/17 18/9 21/22 24/18 37/12 54/22 57/5 57/6 57/18 73/1 78/24 79/17 79/25 80/11 81/8 84/11 84/19 96/15 114/2 124/17 126/9 126/12 147/16 151/20 152/18 152/21 161/12
**feeling [11]** 19/10 27/23 96/20 97/20 97/25 123/1 124/13 157/25 159/1 159/1 161/9
**feelings [5]** 57/7 97/17 97/19 126/2 160/4
**feels [1]** 14/17
**fell [1]** 74/24
**felt [12]** 18/18 35/8 57/25 86/15 88/21 89/5 89/8 89/9 97/16 124/17 143/24 163/16
**female [1]** 21/7 21/8 83/5
**few [4]** 7/13 138/12 141/11 149/8
**Fewer [3]** 7/18 7/21 68/16
**field [1]** 45/4
**fifth [4]** 153/22 154/7 154/8 154/18
**figure [3]** 52/22 79/12 122/25
**figured [1]** 127/16
**filed [2]** 25/4 168/18
**filing [2]** 80/18 168/16
**fill [1]** 44/15
**filled [3]** 45/12 53/14 146/25

**filling [3]** 45/14 53/18 140/6
**filtering [1]** 36/22
**financial [1]** 158/15
**find [9]** 20/25 52/3 57/21 75/22 114/21 117/12 127/8 146/6 168/11
**finds [1]** 103/6
**fine [7]** 15/22 69/11 78/11 88/12 114/6 136/9 163/12
**finish [1]** 148/25
**fire [1]** 105/11
**fired [6]** 88/14 155/14 155/16 155/18 156/3 157/6
**first [36]** 5/3 10/24 21/6 29/20 35/22 43/25 44/4 53/7 53/9 59/15 59/17 59/21 61/3 67/9 75/20 76/13 77/9 78/13 78/18 79/5 89/24 92/8 102/12 103/2 104/14 118/3 118/7 119/7 120/11 124/22 135/4 135/23 136/8 140/5 154/14 154/15
**five [8]** 7/14 68/14 68/16 69/9 69/17 111/10 116/23 148/22
**five-minute [4]** 69/9 111/10 116/23 148/22
**fixitshrm [2]** 162/19 162/20
**flattering [2]** 151/19 152/10
**floor [6]** 153/22 154/7 154/8 154/14 154/15 154/18
**Floyd [2]** 80/25 81/6
**focus [1]** 158/1
**focused [3]** 153/5 157/20 157/24
**focuses [1]** 31/19
**focusing [2]** 31/20 157/14
**folder [1]** 52/3
**follow [4]** 10/13 11/15 60/14 116/1
**follow-up [1]** 60/14
**followed [1]** 50/13
**following [3]** 15/25 64/6 64/11
**follows [2]** 5/4 70/24
**FollowUp [1]** 92/10
**footprint [1]** 162/25
**foregoing [2]** 166/1 167/11
**forget [1]** 147/24
**forgive [1]** 118/24
**form [55]** 14/13 15/6 16/20 16/24 17/8 17/14 17/22 18/5 18/22 19/2 21/24 22/19 23/14 39/5 45/22 47/1 51/2 53/23 55/7 57/20 67/11 85/12 85/17 87/13 88/3 94/22 95/2 95/19 95/25 96/12

**101/15 101/20 104/21 107/2 108/14 109/8 109/17 112/6 124/16 126/11 132/15 133/23 134/7 136/17 139/14 150/18 152/12 153/12 155/15 156/7 156/24 157/22 160/6 160/14 167/10
**formal [3]** 25/12 69/2 132/17
**formality [1]** 141/3
**format [1]** 52/15
**formula [2]** 147/25 148/2
**forth [1]** 151/17 151/18
**forward [10]** 57/18 64/13 98/4 121/22 123/12 124/11 130/3 130/17 132/3 137/4
**Forward' [1]** 119/20
**forwarded [1]** 115/3
**forwarding [1]** 121/17
**forwards [1]** 70/21
**found [4]** 20/15 72/18 97/17 100/16
**foundation [12]** 94/22 95/2 95/19 95/25 96/12 101/20 133/23 136/17 155/15 156/7 156/24 157/22
**foundational [1]** 37/13
**founder [1]** 6/24
**frame [1]** 105/14
**free [3]** 24/18 114/2 151/20
**frequency [1]** 51/13
**frequent [1]** 54/19
**Friday [2]** 1/13 64/5
**friend [1]** 20/14
**friends [3]** 85/3 86/7
**front [5]** 9/22 52/7 52/22 58/23 69/25
**frustration [1]** 43/5
**fuel [1]** 105/11
**fulfilling [1]** 47/12
**full [4]** 5/10 59/17 103/2 117/13
**fully [2]** 15/11 73/12
**fun [4]** 55/10 55/10 62/25 117/15
**function [2]** 22/14 51/23
**furnishing [1]** 168/19
**further [2]** 128/14 167/12
**fuzzy [2]** 27/6 50/17

**G**

**Gallup [1]** 32/13
**gather [1]** 148/24
**general [4]** 25/9 40/17 65/2 98/3
**generally [1]** 37/21
**generic [1]** 60/12
**GENersection [3]** 6/1 7/8 7/9
**George [2]** 80/25 81/6
**Georgetown [1]** 20/14

Case No. 1:22-cv-01032-PKC-JAM Document 463 filed 08/30/24 USDC Colorado pg 176 of 188

**G**

get [46]  11/18 33/17
34/8 34/10 42/3 45/25
47/4 48/18 62/5 63/1
65/3 66/15 66/18 69/3
73/24 74/3 75/21 77/12
77/12 79/6 79/11 79/13
87/12 88/23 89/1 90/4
96/20 99/19 107/17
108/20 108/23 111/10
123/12 123/13 124/1
125/17 126/1 126/3
126/25 138/23 143/6
148/24 152/4 153/23
157/15 157/20
gets [2]  48/19 79/9
getting [10]  36/7 41/24
62/19 66/16 79/7
145/13 148/23 152/8
153/7 157/15
gift [1]  164/22
girl [1]  147/13
give [11]  9/18 10/11
15/15 24/3 64/1 78/19
100/20 111/10 116/23
147/21 147/23
given [8]  74/23 98/10
121/14 123/22 151/11
167/12 169/16 169/18
giving [1]  33/23
Global [1]  61/6
go [14]  23/10 40/19
69/3 72/5 81/20 84/18
96/16 116/5 117/16
127/7 132/3 141/4
141/5 142/17
goal [3]  100/8 105/8
125/8
goals [1]  77/16
God [1]  159/2
Godmere [1]  118/13
going [52]  11/18 16/6
22/5 23/6 26/1 26/11
27/1 32/19 32/23 33/9
33/15 42/5 50/18 51/21
51/23 58/18 62/11
64/21 64/22 64/23
65/14 66/12 69/20
69/21 72/9 72/12 79/5
79/24 84/6 84/10 86/25
89/22 91/13 91/17
102/16 104/24 111/1
115/13 117/8 117/9
119/23 123/16 123/20
124/1 126/25 129/17
133/15 134/25 145/6
149/9 149/13 162/11
gone [7]  37/19 123/7
129/25 130/6 140/22
143/11 147/12
good [22]  5/7 5/19
46/12 46/19 52/3 56/22
57/2 69/8 81/17 95/24
103/5 109/12 127/7
128/11 133/11 140/12
147/16 152/13 152/15
158/21 161/24 165/3
gosh [2]  37/17 163/23

**H**

**G**

got [73]  8/17 11/12
12/16 13/6 29/15 29/19
29/23 30/21 30/12
32/22 34/2 35/1 42/21
43/22 44/4 44/9 45/1
45/6 45/11 48/17 49/9
50/8 50/10 51/24 52/6
56/21 58/21 60/15
63/25 65/18 65/22
66/25 67/1 67/12 69/24
71/21 86/23 88/25 89/2
89/3 90/17 91/4 102/18
111/15 111/15 111/15
117/13 117/19 123/14
123/18 127/7 128/1
130/2 130/21 131/10
131/13 131/17 132/8
132/12 138/7 140/23
140/24 141/1 142/21
144/4 144/17 144/25
147/15 149/15 155/6
155/8 155/12 159/4
Gotcha [17]  6/10 6/12
7/14 9/17 13/17 27/7
34/9 34/11 38/8 53/19
61/12 67/14 67/19 73/2
107/25 154/11 154/16
gotta [1]  151/24
gotten [5]  33/2 90/22
123/3 126/23 159/8
GPG [3]  1/2 168/9
169/7
graduate [1]  11/25
gray [1]  38/16
great [16]  8/6 10/10
10/21 11/22 52/5 56/9
58/25 69/14 69/15 70/2
78/10 91/23 102/22
106/14 110/19 111/16
grew [2]  21/9 163/2
group [1]  13/21
guess [50]  5/22 6/5
6/17 6/21 13/4 13/10
13/14 17/16 18/16
19/18 21/19 25/1 27/3
33/11 36/3 39/20 43/7
48/25 49/1 49/20 50/4
51/15 57/24 64/25 65/3
68/14 70/12 84/23 86/2
93/20 94/8 94/23 95/20
98/2 100/7 112/21
113/1 126/21 126/22
127/9 142/12 144/3
144/4 144/7 150/21
151/7 155/22 157/9
157/11 164/5
guessing [1]  135/19

**H**

habits [1]  40/17
had [143]  6/25 7/7 7/23
9/4 13/14 14/1 19/3
19/5 20/11 20/13 20/20
20/20 20/21 20/21 25/5
25/25 25/25 27/9 28/16
29/17 29/24 30/22 31/4
31/13 33/17 33/21
35/18 35/23 37/22 38/5
39/15 39/25 39/25

**G**

131/19 131/22 141/4
141/4 150/11 159/8
159/12 159/12
hashtag [2]  162/18
162/21
hat [1]  151/12
hate [1]  85/22
have [227]
having [39]  5/3 11/24
15/8 18/3 26/5 32/19
36/2 37/15 38/6 38/20
39/19 39/21 41/17
41/21 41/24 42/4 42/24
50/12 57/13 67/13
82/12 89/20 93/12
97/11 97/17 98/9 116/4
126/6 129/13 129/20
133/8 140/1 153/25
154/1 154/7 156/17
158/13 159/1 159/2
he [24]  44/22 45/10
45/11 59/20 59/20 64/4
64/12 64/19 65/5 65/8
65/11 65/23 65/23 66/1
66/11 67/3 67/3 67/22
70/22 70/24 105/5
136/15 150/9 150/24
he's [4]  59/10 64/11
136/24 155/10
head [8]  10/13 19/18
52/13 72/2 78/7 91/16
99/23 140/15
health [2]  48/1 159/10
hear [9]  55/11 71/7
74/4 125/8 138/2 138/8
153/16 155/9 163/5
heard [4]  106/16
116/16 138/6 145/10
hearing [4]  13/15 49/2
72/3 86/3
heart's [1]  127/8
held [1]  101/13
help [3]  28/12 35/23
46/10 46/24 47/4 62/5
79/2 106/25 125/8
126/10 126/17 127/12
156/9
helped [2]  106/9 111/5
helpful [4]  57/17 57/21
92/13 94/6
helping [9]  34/14
102/2 105/24 108/13
112/4 114/14 115/23
124/10 137/3
her [118]  11/3 20/22
26/1 26/3 26/6 26/9
26/11 26/12 26/12
26/15 27/2 35/16 37/24
39/8 39/14 39/21 40/10
40/11 40/25 41/9 43/21
43/24 44/5 56/3 62/2
74/13 76/9 78/13 78/25
79/2 79/20 79/22 79/25
80/9 81/15 81/25 82/8
82/9 85/1 85/8 85/15
87/2 88/1 89/9 89/10
89/12 89/12 89/14 92/8
92/16 92/21 93/24 94/4
95/17 95/22 95/24

**G**

95/24 96/2 96/7 96/8
96/8 97/5 97/11 97/13
97/18 98/19 99/12
100/1 100/6 100/8
100/14 100/15 101/6
101/16 101/18 102/4
102/6 104/20 104/20
105/2 106/21 112/5
114/14 116/5 118/3
118/7 118/15 118/16
118/22 119/6 119/6
120/17 133/13 133/17
133/18 134/17 134/21
137/3 137/4 138/22
138/25 139/22 142/12
142/14 143/15 144/15
150/7 153/17 153/19
156/3 156/4 156/6
156/22 157/6 157/20
158/4 161/9 163/2 163/6
her -- you [1]  120/17
here [18]  54/13 76/17
89/23 91/20 92/2 95/8
103/19 111/2 115/25
123/8 127/16 127/18
135/1 142/6 142/12
142/13 160/21 162/12
here's [4]  31/15 31/15
60/15 130/16
hereby [2]  166/1 167/4
herein [1]  167/14
hereto [1]  167/8
heritage [3]  85/8 85/15
97/11
herself [2]  97/18 161/3
Hey [2]  60/14 144/5
high [9]  72/22 80/13
81/1 93/24 94/3 125/14
157/24 162/13 164/4
high-level [2]  157/24
162/13
highly [1]  53/25 54/24
him [11]  63/12 64/20
64/25 128/25 129/11
129/18 129/21 129/24
130/5 130/6 142/2
hindsight [1]  126/23
hire [1]  131/21
hired [7]  44/9 44/24
45/4 45/7 53/15 56/8
56/8
his [8]  20/14 20/15
150/24 150/24 151/2
151/2 154/8 154/22
history [1]  40/15
hit [1]  33/16
HOFFMAN [4]  2/10
11/2 168/5 168/10
hoffmank [1]  2/12
hold [7]  52/20 63/20
63/23 107/6 117/16
119/10 123/16
holding [2]  128/4 132/6
home [3]  5/11 131/3
131/4
hone [1]  28/13
honest [4]  56/24 88/12
123/20 123/20
hope [1]  103/6

Case No. 1:22-cv-01032-PKC-JRC Document 173 filed 08/05/2019 USDC Colorado pg 177 of 188

**H**

hopeful [2]  73/24 74/3
hopefully [3]  5/21
103/25 117/11
hot [1]  161/18
hour [4]  10/25 10/25
101/23 104/8
hours [2]  104/11 164/6
housed [1]  29/14
how [78]  6/15 6/25 7/7
8/12 8/18 14/18 15/10
17/24 19/12 19/12
19/12 20/5 21/9 23/15
23/16 24/14 31/25 33/6
36/10 36/13 36/23 40/7
43/1 45/3 45/8 46/4
47/13 48/18 50/18
55/15 56/25 57/1 57/3
62/23 62/25 64/24
67/21 68/7 68/18 68/19
70/13 72/25 73/9 74/23
76/5 76/9 80/4 81/15
83/14 84/25 85/19
86/18 87/11 87/19
88/21 89/5 89/8 89/8
90/7 97/15 109/25
109/25 110/6 116/3
123/12 125/5 129/16
129/25 131/11 137/19
144/4 144/7 147/23
147/24 147/25 148/4
152/14 162/7
However [2]  11/4
11/13
HR [26]  29/14 30/1
30/7 30/15 30/16 30/19
30/19 30/23 35/6 35/7
43/17 45/19 74/24
135/25 138/9 138/13
140/7 141/4 150/19
150/21 154/4 154/6
154/14 154/15 154/22
155/2
HRIS [2]  29/21 30/3
huh [105]  6/2 6/14 8/5
13/3 17/17 20/1 25/4
25/20 29/5 30/21 30/21
35/4 36/9 38/5 39/18
49/7 58/24 59/2 59/9
59/13 59/16 59/19 62/9
63/4 63/7 64/14 65/7
70/7 70/9 70/20 71/19
73/17 75/5 81/22 82/7
82/13 85/5 86/5 86/9
90/3 90/6 91/22 92/2
92/5 92/19 94/7 94/11
94/17 103/1 103/10
104/17 105/19 105/21
107/13 107/25 108/7
108/22 109/13 109/21
110/14 110/14 111/20
111/23 112/2 112/12
113/15 113/18 113/22
114/16 115/18 116/2
116/20 118/2 118/14
120/20 122/14 125/3
128/4 130/11 131/5
133/4 135/3 135/9

**I**

I'd [2]  29/1 118/9
I'll [7]  8/2 9/18 42/22
102/23 105/17 111/7
112/8
I'm [140]  5/8 5/18 6/18
6/24 9/19 10/15 10/15
15/10 15/11 15/19 16/6
19/4 21/7 21/18 22/10
23/20 24/3 24/4 24/10
26/17 35/25 35/25 36/7
36/10 36/12 36/18
36/23 37/18 39/16
39/23 41/11 42/5 42/16
46/20 49/9 50/17 50/21
51/21 52/1 52/14 56/1
58/18 59/6 60/10 61/7
62/11 62/19 63/21 64/7
66/3 66/10 68/10 69/21
73/18 75/7 76/17 77/19
80/7 80/19 86/21 88/6
88/8 88/18 88/19 91/17
94/14 94/14 95/14 97/1
102/7 102/16 103/14
103/15 106/8 107/19
108/20 109/2 109/12
110/2 110/18 110/24
111/1 111/4 113/8
114/21 115/2 115/16
116/1 117/7 117/8
119/4 119/23 119/23
120/7 120/14 120/24
120/24 120/25 121/6
123/16 123/20 124/1
126/7 126/15 126/15
127/10 127/16 127/18
132/24 134/25 135/19
136/10 136/11 138/9
140/22 140/23 140/24
142/5 145/6 146/2
146/8 147/12 147/19
148/23 149/9 149/13
151/2 152/3 152/4
153/4 153/24 157/9
159/1 159/1 159/2
159/2 162/7 162/7
135/15 139/12 140/8
142/10 144/12 145/12
145/16 146/22 147/11
148/19 150/8 151/1
155/3 156/19 158/17
160/23 160/23 160/25
161/19 162/24 164/3
164/7
huh-uh [5]  20/1 38/5
116/20 145/16 151/1
human [6]  1/7 8/1
29/21 53/10 54/7 73/1
humanly [1]  153/13
humans [4]  22/22 37/2
71/16 72/25
hundreds [1]  68/22
hunter [2]  2/6 2/8
hurtful [2]  81/25
127/13
hurting [6]  78/23 80/10
80/11 80/11 84/20 96/5
hurts [1]  57/7

**I**

I've [18]  7/12 19/5
27/12 37/19 47/6 52/13
57/24 60/24 63/25
82/25 117/13 120/6
125/7 128/3 145/10
150/11 159/17 163/24
IBM [1]  163/3
idea [6]  68/21 68/23
80/3 93/6 126/24 128/1
ignited [1]  105/12
imagine [6]  7/4 47/3
70/13 75/20 85/23
143/2
immediate [1]  108/20
immediately [1]  155/2
immune [2]  22/16
22/21
impact [3]  18/18 65/9
96/7
impasse [1]  73/25
implementing [1]  50/4
implicit [4]  23/13 23/15
23/17 24/15
implies [1]  120/15
implying [1]  85/9
important [6]  10/1 58/2
71/11 71/11 71/15
94/10
improvement [1]
140/19
inability [1]  158/1
inappropriate [2]  21/5
57/7
incident [7]  19/3 19/5
38/6 39/20 39/20 41/14
139/16
incidents [1]  37/20
include [5]  17/5 17/11
17/20 114/24 124/4
included [3]  111/3
150/12 150/16
including [3]  151/11
154/19 154/20
incorporated [1]  33/25
incorrect [1]  11/12
increased [1]  51/13
increasing [1]  51/13
incredibly [1]  36/21
independent [6]  58/5
114/5 116/9 116/17
121/25 162/9
independently [1]
137/7
indication [1]  81/17
individual [4]  31/18
50/14 67/13 97/2
individually [1]  31/23
individuals [5]  22/2
31/24 33/1 34/13
101/14
inflammation [1]
108/21
influence [1]  72/2
informal [1]  25/13
information [10]  29/22
31/25 41/12 66/17
66/21 71/20 83/19
90/25 92/21 153/10
infrastructure [1]
29/17
inherently [1]  79/16
initial [2]  3/6 86/3
initially [1]  44/24
initiative [1]  33/12
innate [1]  73/11
instance [6]  18/2 37/23
38/1 39/3 80/22 110/11
instances [4]  16/22
38/16 38/18 41/16
instead [2]  65/24 86/23
instill [1]  22/15
institution [1]  156/21
instructs [1]  11/4
insurance [1]  48/1
intelligence [1]  36/19
intend [1]  93/7
intense [1]  97/19
intensity [1]  97/15
intent [1]  138/21
intention [2]  93/21
94/3
intentional [3]  5/20
5/22 18/18
intentions [1]  127/7
interaction [6]  26/5
31/4 37/1 73/1 129/11
133/2
interactions [4]  85/1
102/5 118/15 130/12
interested [3]  103/8
103/12 167/15
interesting [1]  43/1
interim [1]  104/13
intern [1]  56/3
internal [1]  23/6
internalize [1]  46/18
interpret [1]  98/11
interpretation [2]  6/8
105/20
interpretations [1]
96/22
interpreted [1]  106/16
interviewed [1]  127/22
introduced [1]  32/18
introducing [1]  31/12
introductions [1]
33/10
investigate [1]  74/17
investigation [2]  74/13
134/17
investigator [1]  14/7
invite [3]  77/14 77/14
87/10
involuntarily [1]  48/12
involuntary [2]  53/7
54/10
involve [1]  46/2
involved [37]  13/9
13/23 17/1 34/12 36/16
41/8 41/19 46/5 46/22
48/21 49/1 49/2 58/11
58/12 66/18 66/25
66/25 86/10 91/2 109/6
109/14 118/10 121/24
126/23 129/1 134/13
134/22 136/2 136/15
137/25 139/16 140/13

**J**

Jackson [11]  3/7 44/14
44/15 70/5 107/16
136/1 147/8 149/20
154/5 154/13 154/22
Jackson's [2]  44/20
155/4
Janelle [1]  25/18
January [5]  29/3 29/3
145/20 145/20 146/4
January 2019 [1]  29/3
January 4 [2]  145/20
146/4
January of [1]  145/20
JD [1]  11/25
Jeanne [6]  107/15
133/5 133/8 133/9
133/24 149/20
jeez [2]  43/20 44/1
job [15]  20/7 20/11
29/20 40/10 40/14
43/25 45/11 47/6 48/10
55/24 89/23 138/22
138/25 139/3 159/22
jog [2]  41/12 118/5

**infrastructure column** — (already included above)

**J** — (included)

*(bottom-left overflow)*
133/4 135/3 135/9

# J

**Johnny [1]** 145/11
**joint [5]** 75/13 75/15 76/1 76/13 76/15
**judge [2]** 12/18 157/23
**judging [1]** 52/17
**judgment [2]** 152/14 152/15
**judgmental [2]** 155/24 155/25
**June [2]** 167/17 168/3
**Juris [2]** 9/9 11/24
**just [135]** 6/3 6/5 6/8 7/2 7/12 7/22 9/18 10/7 10/15 10/23 14/13 19/25 21/8 21/20 22/6 22/9 22/22 24/7 24/9 24/12 25/13 27/18 27/24 28/9 30/3 30/11 30/15 31/13 31/14 32/19 32/23 33/4 33/25 34/17 35/1 36/10 37/1 37/21 38/10 38/11 39/20 40/17 41/4 41/11 48/16 49/24 52/6 58/21 58/25 63/11 64/8 64/20 65/1 65/3 69/10 69/24 72/3 72/25 76/16 77/11 77/16 77/19 77/25 78/10 79/6 79/16 83/12 84/10 85/15 86/16 86/16 88/8 88/11 88/16 88/18 91/13 93/12 95/15 96/11 97/3 97/13 99/17 99/19 100/9 102/18 103/7 105/23 106/1 110/2 110/8 111/4 112/3 116/1 119/2 120/1 120/25 121/20 122/21 122/21 122/24 123/16 125/13 125/14 127/19 129/20 131/11 132/24 134/2 137/3 137/12 137/22 142/8 142/20 143/3 148/24 149/8 149/14 153/9 153/24 155/10 157/11 158/3 158/21 159/8 159/12 160/5 160/7 162/12 163/5 163/15 164/4

# K

**Kate [2]** 149/3 164/25
**KATHERINE [2]** 2/10 168/5
**keep [7]** 63/20 63/21 100/9 131/1 131/2 138/22 164/6
**kept [1]** 129/18
**key [1]** 153/23
**keys [1]** 48/3
**kind [60]** 20/24 24/2 26/13 27/5 29/14 30/6 31/17 32/11 34/14 35/2 35/2 36/10 38/15 38/16 40/17 46/9 46/18 47/14

**47/24 51/19 60/15 60/17 60/19 65/16 70/19 74/13 77/11 77/18 83/6 84/10 84/23 88/24 91/13 93/12 93/14 96/16 99/17 100/6 100/10 105/12 116/13 117/25 118/5 123/16 123/23 125/12 126/7 129/15 131/11 134/20 142/21 146/10 150/24 151/12 151/22 151/25 153/3 155/23 159/22 164/4
**kindness [1]** 61/11
**kinds [6]** 12/22 18/16 29/13 36/19 79/10 80/5
**knew [7]** 30/16 42/19 49/2 72/8 131/19 132/13 146/14
**know [343]**
**knowing [4]** 43/3 94/24 95/13 131/19
**knowledge [9]** 56/20 57/23 67/18 75/1 89/15 90/15 90/18 140/16 147/2
**known [1]** 47/6

# L

**labeled [2]** 97/20 161/15
**labeling [1]** 97/18
**labor [1]** 13/4
**lack [3]** 49/21 73/25 127/9
**Lafayette [3]** 2/3 2/7 169/5
**laid [1]** 47/24
**land [2]** 77/11 77/17
**language [1]** 53/25
**laptop [1]** 48/3
**last [11]** 7/23 15/24 39/8 43/21 44/5 52/24 91/24 107/11 111/11 119/18 120/16
**Lastly [1]** 119/18
**latter [1]** 13/21
**Laurie [4]** 55/18 55/22 56/20 147/10
**law [4]** 2/6 12/18 20/12 145/10
**lawsuit [3]** 8/25 9/4 127/15
**lay [3]** 24/9 77/17 86/23
**layer [1]** 110/8
**laying [2]** 33/11 77/11
**lead [3]** 57/4 146/5 146/13
**leadership [4]** 29/13 31/11 37/12 136/1
**leading [1]** 138/21
**learn [1]** 90/7
**learned [10]** 30/14 67/9 69/4 103/12 103/14 129/6 145/23 145/25 149/25 153/15
**learning [10]** 29/7

**47/24 51/19 60/15 ...** 
**19/8 20/1 34/20 56/4 147/13
**least [5]** 10/25 32/4 59/11 94/3 110/11
**leave [2]** 48/11 48/12
**leaving [2]** 37/24 145/17
**Lebsack [2]** 2/3 169/4
**led [2]** 96/23 156/22
**left [11]** 43/19 56/17 56/18 56/19 144/22 144/23 147/13 147/16 155/2 162/13 162/17
**legal [1]** 79/9
**legally [1]** 14/3
**lends [1]** 69/5
**length [1]** 123/23
**lengthy [3]** 120/1 145/8 153/4
**lens [1]** 79/4
**lenses [1]** 73/9
**less [1]** 148/6
**lesser [5]** 31/20 32/4 32/5 32/6 34/6
**let [32]** 10/22 14/20 16/14 24/21 39/16 47/9 52/6 58/21 59/21 62/22 63/1 69/24 75/25 86/23 87/4 101/9 102/18 103/7 103/19 103/22 106/1 108/4 111/6 112/9 114/4 114/12 117/16 128/25 145/24 149/14 151/20 151/23
**let's [23]** 7/15 20/10 28/20 31/16 55/22 75/11 78/8 79/3 90/1 90/4 102/12 102/12 104/10 111/8 115/10 123/4 138/23 141/11 144/6 144/6 148/9 148/21 148/22
**letter [3]** 119/19 119/24 145/8
**letting [1]** 77/16
**level [13]** 18/10 49/5 75/3 79/13 105/4 150/20 157/24 161/12 162/13 163/2 163/6 164/4 164/10
**levels [3]** 72/22 126/12 161/10
**leveraging [2]** 31/17 31/21
**lie [1]** 133/25
**life [8]** 18/25 19/3 24/10 26/1 26/3 26/12 26/15 155/21
**light [1]** 92/22
**like [182]**
**like -- I [1]** 127/4
**liked [5]** 98/5 125/10
**likely [2]** 11/2 129/20
**likes [1]** 92/17
**limited [2]** 140/21 154/2
**line [6]** 50/19 50/19 135/24 136/6 136/7

**166/4**
**lines [3]** 85/14 85/24 101/6
**link [2]** 93/17
**LinkedIn [1]** 60/11
**list [1]** 59/4
**listening [1]** 94/18
**litigation [2]** 126/25 167/15
**litigator [1]** 73/16
**little [9]** 45/5 70/3 72/21 87/4 116/25 128/13 141/9 149/10 162/25
**live [3]** 77/1 100/12 161/18
**lived [1]** 77/1
**lives [1]** 77/1
**Liz [1]** 42/7
**LLC [8]** 2/3 2/6 2/10 6/1 7/2 145/10 168/5 169/4
**loaded [1]** 14/10
**located [1]** 154/9
**logical [2]** 82/23 95/15
**long [34]** 1/9 3/7 3/10 3/11 3/14 5/2 5/7 5/12 6/25 8/10 8/19 45/8 64/24 66/9 68/3 69/12 76/19 88/19 111/2 115/12 117/7 120/7 122/4 136/1 145/17 147/25 149/8 162/17 164/6 164/21 166/1 166/19 167/10
**LONG's [1]** 168/12
**longer [11]** 5/16 5/17 6/3 7/14 58/8 103/8 103/12 104/4 129/1 130/17 133/18
**look [23]** 14/10 14/15 36/21 37/4 52/11 53/1 53/6 58/25 66/18 71/1 72/23 86/18 102/23 104/2 106/2 114/2 114/3 114/10 134/25 135/18 145/16 151/20 158/19
**looked [5]** 65/24 70/23 83/11 123/7 128/13
**looking [16]** 41/11 64/8 91/24 108/25 113/13 113/16 115/2 116/7 121/6 122/3 124/22 126/7 126/20 126/22 136/10 156/17
**looks [14]** 14/18 52/24 59/10 61/6 70/18 70/24 92/3 103/15 104/7 104/11 107/17 107/22 115/11 117/25
**looming [1]** 98/25
**loop [1]** 129/18
**loosely [1]** 48/9
**lose [2]** 47/6 139/3
**losing [1]** 40/10
**lot [41]** 16/12 21/19 26/16 26/22 27/3 27/20 27/21 29/12 29/15

**29/17 3/14 31/13 33/19 35/13 35/13 43/3 43/4 46/19 63/25 65/14 66/15 80/5 88/20 89/7 89/8 109/11 110/1 115/12 115/12 116/8 122/15 126/5 126/12 138/22 146/5 153/9 155/20 158/11 159/19 159/19 160/22 163/3
**lots [4]** 6/17 78/24 81/11 84/21
**loud [1]** 155/10
**Louis [1]** 12/1
**love [1]** 90/1
**low [1]** 61/14
**lower [2]** 59/7 111/17
**lowrey [3]** 2/3 2/5 169/4
**lowrey-parady.com [1]** 2/5

# M

**M-c-C-a-l-l-a [1]** 5/13
**machine [1]** 167/9
**machines [1]** 159/15
**mad [1]** 147/17
**made [15]** 20/23 43/7 43/8 46/16 49/23 71/7 72/18 73/3 84/22 86/13 92/24 141/4 144/18 146/16 160/3
**magnitude [1]** 159/21
**maintained [1]** 152/20
**major [3]** 45/15 158/21 158/25
**make [19]** 8/4 10/16 10/19 11/6 11/10 11/16 16/9 20/4 33/21 48/17 50/3 57/10 79/24 85/3 86/9 90/4 130/18 150/15 155/24
**maker [1]** 13/18
**makes [2]** 82/23 92/11
**making [4]** 53/22 95/15 96/11 130/9
**manage [2]** 102/3 102/4
**managed [1]** 57/24
**management [4]** 1/7 8/2 57/22 139/22
**manager [24]** 37/16 38/21 38/21 39/4 39/21 40/18 41/16 41/17 42/10 42/13 49/7 53/10 53/17 54/7 55/8 62/2 98/20 105/3 116/5 121/23 124/19 129/8 140/1 140/6
**manager's [3]** 40/25 105/2 105/3
**managers [7]** 22/17 36/4 37/22 41/22 41/23 41/23 42/6
**managing [4]** 98/20 104/19 104/20 104/24
**many [12]** 8/12 8/19 46/4 55/15 68/7 68/18 68/19 76/5 76/9 98/3

**M**

**many... [2]** 147/24 148/4

**marked [8]** 4/1 51/22 58/19 62/12 69/22 91/18 102/17 105/18

**matter [6]** 9/22 25/2 153/8 158/22 162/9 168/21

**matters [1]** 167/7

**may [30]** 1/13 3/3 11/14 18/17 18/17 28/15 37/17 40/14 42/6 42/10 45/13 64/18 71/24 72/2 82/17 83/18 83/20 83/22 90/13 106/22 116/14 122/11 122/12 123/15 124/5 143/14 165/5 168/8 168/18 169/15

**maybe [28]** 11/11 30/23 34/4 38/18 38/19 42/15 44/9 54/20 54/21 63/21 65/1 68/14 74/3 75/2 75/2 76/7 78/15 79/23 101/12 105/9 113/7 115/14 123/4 123/7 125/22 127/25 129/16 164/5

**MC [2]** 40/19 42/15

**McCalla [1]** 5/13

**McIntosh [2]** 55/18 147/10

**me [148]** 6/5 10/7 10/22 11/18 14/20 15/3 16/2 16/10 16/14 16/16 17/5 17/11 17/19 19/9 19/21 20/9 20/13 21/4 23/12 24/21 25/5 25/10 26/10 26/16 26/17 26/20 26/22 28/2 28/12 29/10 33/18 34/19 35/1 35/5 35/7 36/17 37/18 39/16 46/1 46/17 46/19 47/9 48/15 49/15 52/6 52/22 53/1 55/10 57/5 58/21 59/3 59/21 60/7 62/24 63/1 64/1 64/12 64/18 64/25 67/24 69/24 72/2 75/25 76/12 78/21 80/15 81/4 82/23 83/11 87/3 87/4 89/11 89/20 89/25 94/8 96/5 96/14 96/15 97/15 99/2 99/11 99/20 101/9 102/10 102/18 103/19 103/22 106/1 108/4 108/5 108/16 110/2 110/25 111/6 111/11 112/4 112/9 112/10 113/1 113/3 114/4 114/10 114/12 114/21 115/3 115/11 117/16 117/17 118/24 120/15 122/24 126/13 127/11 127/13 128/6 128/20 130/20 131/4 131/7 131/8 131/9 131/20

**me to [1]** 137/18

**mean [68]** 7/10 18/15 22/8 23/5 30/3 30/12 30/15 33/9 36/8 36/15 37/19 41/1 43/24 45/18 46/23 47/5 48/25 55/8 65/19 71/24 72/20 74/10 74/19 79/8 79/25 81/1 81/3 81/8 82/22 86/7 86/15 88/18 90/16 93/7 98/11 100/24 102/7 118/24 120/21 121/19 124/3 125/7 126/25 129/7 129/13 130/2 130/12 132/17 138/21 143/2 144/14 144/15 147/19 151/5 151/10 151/16 152/9 152/16 153/25 155/17 156/14 158/12 159/9 161/16 162/6 163/16 163/17 164/10

**means [2]** 31/17 168/13

**meant [1]** 136/14

**media [3]** 91/2 162/23 163/1

**mediate [6]** 13/12 35/23 64/12 75/9 80/12 139/8

**mediated [2]** 13/11 68/19

**mediating [5]** 39/23 39/24 42/1 69/1 103/13

**mediation [32]** 25/6 36/1 67/22 76/6 76/9 76/16 90/10 96/19 97/13 98/17 99/13 99/25 102/13 103/8 104/5 104/14 105/16 109/1 118/3 118/16 128/14 129/6 129/25 130/6 130/16 130/23 133/7 134/11 139/14 144/24 150/1 151/5

**mediations [4]** 13/8 13/16 72/19 130/10

**mediator [19]** 13/15 35/15 68/2 71/15 73/4 73/16 73/21 74/7 94/9 102/1 105/8 105/10 124/6 134/23 136/19 136/24 151/4 151/13 152/19

**mediators [1]** 74/1

**mediums [1]** 141/11

**meet [6]** 31/23 76/1 76/9 90/5 129/11 131/4

**meeting [14]** 26/9 26/10 59/22 59/25 70/4

**meeting [31]** 131/22 131/23 132/2 133/25 135/18 136/18 137/10 137/13 137/18 139/16 140/2 140/21 143/17 145/16 149/14 151/20 151/21 151/23 152/9 156/9 157/3 162/9 163/7 166/19 167/6 167/9

**meetings [12]** 58/13 61/17 67/13 67/16 80/9 87/2 97/12 98/17 99/9 99/12 99/21 131/2

**member [1]** 91/5

**members [1]** 135/25

**memorize [1]** 47/25

**memory [19]** 41/12 58/5 59/24 60/22 61/13 80/15 99/18 99/18 113/23 114/5 115/19 116/9 116/18 118/6 122/1 125/4 129/23 139/16 142/8

**mental [1]** 159/10

**mention [2]** 67/3 109/18

**mentioned [2]** 101/10 101/11

**mentioning [1]** 101/18

**merit [1]** 137/9

**merits [1]** 79/8

**message [3]** 112/3 112/9 142/1

**messages [4]** 110/21 141/23 142/7 143/14

**met [3]** 5/7 76/5 89/22

**Michelle [4]** 1/17 167/3 167/21 168/23

**microaggressions [3]** 18/13 18/20 24/13

**might [11]** 10/13 24/17 37/5 79/22 82/15 86/18 92/13 101/19 139/2 146/3 153/6

**Mike [17]** 3/7 44/14 44/15 66/24 66/24 70/24 107/16 108/2 109/19 116/4 136/1 147/8 150/12 150/16 152/23 154/15 154/4

**Mills [1]** 118/12

**Minchew [1]** 39/8

**mind [13]** 9/20 14/9 19/6 21/18 24/19 27/25 28/19 36/22 37/6 41/2 84/11 121/22 137/16

**mindful [1]** 89/19

**minds [1]** 96/21

**mindset [1]** 36/19

**minute [9]** 63/5 64/1 69/9 111/10 116/23 123/24 125/13 148/22 148/22

**mirror [1]** 37/4

**misremember [1]** 134/5

**missing [2]** 95/8 115/14

**mistranscribed [1]** 11/11

**mitigate [1]** 55/6 72/11

**mixed [3]** 85/8 85/14 97/11

**MOHAMED [86]** 1/4 2/14 3/9 3/10 3/13 3/14

**MOHAMED 008112 [1]** 91/25

**Mohamed's [10]** 5/9 74/6 74/18 92/12 94/18 106/10 118/10 134/10 137/2 137/8

**moment [6]** 37/24 86/22 93/12 99/15 105/23 122/19

**momentarily [1]** 69/23

**Monday [1]** 64/12

**money [1]** 33/19

**month [7]** 44/9 46/6 49/11 49/19 51/6 62/9 146/6

**months [7]** 45/11 45/14 48/23 53/15 140/5 148/6 148/9

**more [28]** 30/15 37/6 46/7 47/18 49/19 54/19 60/17 68/12 71/20 71/21 73/7 73/7 83/5 87/4 89/4 89/18 94/5 97/3 100/1 100/7 100/8 124/9 126/10 140/4 141/3 149/13 159/9 163/21

**morning [3]** 5/7 103/5 108/3

**Morris [8]** 107/15 107/18 107/20 107/23 111/25 133/6 133/21 149/20

**most [6]** 10/1 27/2 29/21 36/12 80/8 129/20

**mother [1]** 42/25

**mother's [1]** 81/3

**move [3]** 98/4 116/25 124/11 130/3 130/17 137/3

**moved [1]** 27/3

**moving [2]** 89/5 119/20

**Mr [1]** 75/17

**Mr. [33]** 44/11 44/20 53/15 62/15 63/11 64/17 65/5 67/2 67/21 70/5 70/5 70/19 75/4 107/14 108/1 111/24 113/7 114/15 135/12 135/24 136/14 142/1 146/18 149/20 149/20 154/5 154/5 154/13 154/13 154/19 154/20 154/22 164/8

**Mr. Jackson [5]** 70/5 149/20 154/5 154/13 154/22

**Mr. Jackson's [1]** 44/20

**Mr. Schacht [4]** 107/14 111/24 114/15 149/20

**Mr. Sullivan [22]** 44/11 53/15 62/15 63/11 64/17 65/5 67/2 67/21 70/5 70/19 75/4 108/1 113/7 135/12 135/24 136/14 142/1 146/18 154/5 154/19 154/20 164/8

**Mr. Sullivan's [1]** 154/13

**Ms [6]** 3/4 5/6 111/5 133/5 168/10 169/9

**Ms. [156]** 5/7 11/2 15/23 25/3 25/14 27/13 35/15 39/2 39/2 61/21 62/15 63/12 66/13 66/14 67/4 69/12 70/4 70/4 73/5 73/5 73/23 73/23 74/6 74/18 76/6 76/8 77/6 78/9 78/22 82/5 82/14 83/9 83/20 84/7 84/14 84/17 85/6 86/11 87/1 87/1 87/7 87/12 87/18 87/19 87/25 88/1 88/13 88/14 90/24 91/14 91/14 92/4 92/12 93/18 94/4 94/18 94/19 94/20 94/20 95/16 95/17 95/22 97/1 97/12 98/1 98/8 98/17 99/9 99/21 99/24 100/2 102/2 102/2 102/3 102/3 103/3 103/12 103/4 103/9 103/11 104/9 104/18 104/19 104/20 105/24 105/25 106/3 106/9 106/9 106/10 107/1 107/15 107/18 107/20 110/11 110/22 111/22 111/24 111/25 112/13 113/7 113/19 113/20 115/24 117/7 117/21 118/10 122/5 124/10 124/10 124/23 128/12 128/16 128/17 130/23 130/24 133/6 133/8 133/19 133/21 134/10 135/12 137/2 137/4 137/8 138/1 139/7 139/8 139/22 142/3 142/4 143/15 145/2

## M

**Ms.... [25]** 145/17
149/8 149/19 149/25
150/6 150/7 151/19
152/6 152/7 152/10
152/16 152/19 152/20
153/15 154/23 155/13
156/20 157/20 158/8
160/21 160/21 161/2
161/4 162/17 164/21
**Ms. Barley [62]** 39/2
66/14 70/4 73/5 73/23
76/8 77/6 82/5 82/14
83/20 84/7 84/14 84/17
85/6 86/11 87/7 87/12
87/18 88/1 88/14 90/24
91/14 93/18 94/4 94/20
95/16 97/1 97/12 98/1
98/8 98/17 99/9 102/2
104/18 105/24 106/9
107/1 107/15 110/11
111/22 112/13 113/7
113/20 115/24 124/10
128/17 130/23 133/19
137/4 139/8 139/22
142/3 149/19 150/6
152/6 152/20 158/8
160/21 161/4
**Ms. Barley's [3]** 94/19
100/2 152/16
**Ms. Dittmer [1]** 15/23
**Ms. Hoffman [1]** 11/2
**Ms. Long [7]** 5/7 69/12
117/7 145/17 149/8
162/17 164/21
**Ms. Mohamed [69]**
25/3 25/14 27/13 35/15
39/2 61/21 62/15 63/12
66/13 67/4 70/4 73/5
73/23 76/6 78/9 78/22
83/9 87/1 87/1 87/19
87/25 88/13 91/14 92/4
94/20 95/17 95/22
99/21 99/24 102/2
102/3 103/12 104/3
104/19 104/20 105/25
106/3 106/9 110/22
111/24 113/19 117/21
122/5 124/10 124/23
128/12 128/16 130/24
133/6 133/18 135/12
138/1 139/7 142/4
143/15 145/2 149/25
150/7 151/19 152/7
152/10 152/19 153/15
154/23 155/13 156/20
157/20 160/21 161/2
**Ms. Mohamed's [9]**
74/6 74/18 92/12 94/18
106/10 118/10 134/10
137/2 137/8
**Ms. Morris [4]** 107/18
107/20 111/25 133/21
**much [16]** 6/15 9/8
32/17 32/22 46/17
77/10 80/17 81/20
109/22 109/25 110/6

140/23 147/23 148/7
159/9 164/20
**multi [1]** 110/2
**multi-communication
[1]** 110/2
**must [2]** 47/2 53/9
**mutually [1]** 75/22
**my [116]** 5/8 6/8 6/11
7/11 10/5 11/3 13/9
15/24 19/3 19/18 20/20
20/22 21/8 25/2 29/20
30/3 30/6 30/6 32/5
32/6 36/22 37/9 41/1
41/1 41/1 43/24 46/13
49/5 49/5 50/16 52/13
54/13 56/20 57/22
57/23 57/24 59/14 60/7
65/2 65/2 67/18 69/5
72/2 72/23 72/24 73/6
74/12 74/15 74/22 81/3
83/4 84/11 84/15 86/2
89/15 98/2 98/24 99/16
99/16 99/23 100/8
105/8 105/10 105/20
106/22 107/8 108/19
111/2 118/9 119/19
120/3 121/9 121/22
121/23 124/19 125/8
125/11 128/8 129/7
130/12 131/14 132/3
132/22 135/7 135/16
135/25 136/7 136/21
138/21 139/15 141/16
142/14 144/8 145/8
145/18 147/2 147/7
147/8 148/24 150/10
154/2 155/1 155/9
155/11 156/2 157/15
157/16 158/3 159/2
162/25 164/14 164/23
166/2 166/21 167/16
167/19
**myself [3]** 72/20 96/14
158/4

## N

**name [16]** 5/8 5/10
25/19 37/24 39/9 39/10
39/17 40/25 41/15
42/20 42/20 43/3 44/5
55/18 140/1 142/12
**name that [1]** 42/20
**named [6]** 39/8 127/10
127/17 127/20 128/3
162/14
**names [2]** 41/5 42/6
**nature [9]** 13/4 20/1
67/7 73/18 79/15 89/16
90/20 99/3 129/17
**navigate [1]** 34/14
**nebulous [1]** 38/16
**necessarily [1]** 110/7
**necessary [2]** 86/4
168/14
**need [7]** 10/22 11/5
16/6 47/21 77/11 81/20
122/9
**needed [12]** 29/18
34/24 47/21 90/11 99/6

990/16 533/24
117/25 114/18 114/19
124/18
**negative [2]** 72/21
118/21
**negotiating [1]** 13/1
**neutral [5]** 65/2 66/19
71/12 151/12 152/25
**neutrality [4]** 71/14
72/17 109/7 152/20
**never [13]** 9/16 12/2
30/1 38/5 53/21 55/24
60/24 82/25 126/23
137/23 145/10 145/14
159/13
**new [5]** 33/12 33/24
56/2 103/6 140/24
**newer [1]** 142/25
**next [9]** 54/6 75/24
76/2 92/16 121/10
125/20 128/15 130/19
135/20
**Nick [10]** 59/4 106/3
106/10 114/1 114/8
115/3 115/6 115/20
115/23 116/16
**Nick's [2]** 108/3 150/9
**no [111]** 1/2 5/16 5/17
6/3 8/16 9/14 10/14
11/14 11/19 11/21 12/3
13/25 14/4 14/8 15/22
19/24 21/11 21/25 22/4
22/4 22/11 22/18 25/9
27/10 28/19 30/1 30/22
35/21 38/3 41/10 43/16
43/24 44/15 45/21
54/15 58/7 58/8 58/15
58/17 62/10 68/13
68/15 68/21 68/23 69/6
69/6 71/5 71/7 74/12
74/15 75/10 76/24 77/4
77/7 78/19 78/25 83/3
83/6 91/7 91/12 94/24
95/13 98/24 103/7
103/12 104/4 110/19
117/8 122/2 125/7
126/21 126/24 129/1
130/1 130/8 130/17
131/18 133/18 134/12
134/19 135/22 136/9
136/12 138/2 139/13
139/23 140/11 140/20
143/4 143/16 144/20
145/10 145/13 146/12
146/17 147/1 147/13
153/8 154/24 156/4
162/1 162/3 162/9
164/9 168/9 169/7
169/12
**nobody [4]** 47/5 47/6
115/20 155/16
**nod [1]** 10/12
**nodded [1]** 91/16
**non [1]** 85/4
**non-racist [1]** 85/4
**none [3]** 55/10 58/9
115/11
**nonwhite [1]** 84/7

**normal [1]** 10/3
**North [3]** 2/3 2/7 169/5
**not [142]** 6/18 6/18
6/20 9/8 10/2 10/5
10/15 15/10 18/17 19/4
19/22 20/1 20/20 20/11
21/8 21/9 21/15 21/18
21/18 21/20 21/20
22/20 23/20 24/4 24/8
24/8 25/4 28/15 30/19
31/20 39/20 40/15
45/19 46/1 46/14 46/14
46/19 50/21 50/24
53/24 55/10 56/1 60/2
61/7 62/17 64/21 64/23
64/23 65/12 66/17 71/4
71/5 71/24 72/11 73/18
74/11 74/12 75/6 75/7
75/8 75/10 76/23 76/24
77/19 80/20 83/23
84/23 85/10 85/15
85/24 86/6 86/18 88/6
88/8 88/16 89/21 90/2
90/5 93/13 93/14 99/2
99/18 100/5 100/5
100/8 100/13 102/7
103/14 105/11 108/20
109/13 111/3 112/18
112/20 112/23 113/5
114/24 116/5 118/23
119/2 119/4 120/10
120/22 120/24 121/6
121/23 122/11 122/12
122/23 126/10 127/1
127/1 127/20 128/8
128/9 131/23 132/6
133/14 135/5 135/18
137/13 137/18 138/13
139/14 142/8 145/16
146/24 146/25 147/19
151/18 152/4 152/10
152/13 152/22 153/24
157/10 157/20 159/3
161/17 162/8 162/10
167/13
**Notary [3]** 1/17 166/23
167/4
**note [1]** 103/7
**notes [11]** 70/6 70/10
70/21 70/25 130/22
130/25 131/2 131/12
132/1 148/24 152/23
**nothing [6]** 25/6 27/24
28/19 48/7 69/2 99/23
**notice [3]** 1/16 169/16
169/18
**notified [3]** 128/18
129/7 132/2
**now [26]** 15/24 27/17
32/21 38/12 38/14 52/4
64/15 66/3 69/8 70/1
76/22 81/9 92/25
114/11 117/14 119/25
121/7 122/3 122/25
123/17 126/9 126/20
136/11 147/8 151/24
166/4
**nuance [1]** 51/19
**number [9]** 32/25 33/1

53/3 72/24 111/11
117/17 133/10 142/13
142/14

## O

**oath [2]** 9/23 84/4
**object [3]** 11/2 14/11
14/13
**objection [6]** 15/18
16/5 95/7 95/11 96/3
161/8
**objections [1]** 11/3
**observe [1]** 22/1
**observed [1]** 22/12
**obvious [2]** 82/3 82/6
**obviously [2]** 103/11
144/21
**occur [7]** 15/3 16/3
16/25 17/2 17/9 31/9
50/1
**occurred [8]** 63/12
64/17 78/18 104/15
107/9 118/8 132/9
149/17
**occurring [2]** 16/18
16/23
**occurs [2]** 14/22 14/24
**off [5]** 5/7 42/5 52/12
91/13 153/1
**offensive [1]** 20/16
**office [13]** 131/14
139/25 150/13 150/25
154/8 154/12 154/22
155/1 155/4 155/11
163/18 168/16 168/17
**Officially [1]** 7/2
**oh [43]** 5/19 12/19
22/10 22/18 28/8 29/12
43/12 43/20 52/5 56/9
56/9 62/23 62/25 63/14
73/13 74/12 84/13 91/7
95/9 107/3 107/21
113/12 115/1 115/21
117/15 119/14 119/14
120/24 129/2 130/1
134/8 135/22 136/7
137/14 144/23 145/19
146/12 147/10 148/7
159/2 161/6 162/25
163/23
**okay [305]**
**Olga [8]** 42/7 42/9
42/12 42/13 42/22
42/23 42/23 48/25
**once [7]** 8/13 10/25
10/25 19/3 111/6 111/9
130/2
**one [60]** 5/8 14/17 15/8
17/6 19/5 21/11 31/4
31/4 31/11 31/13 31/13
33/22 34/15 34/15
36/13 36/13 37/23 38/7
41/4 42/3 46/7 49/19
50/22 50/22 52/20
53/16 55/3 60/13 63/23
72/2 72/23 73/7 80/3
86/16 86/16 89/19 94/2
99/16 103/25 107/6
108/4 112/4 114/6

Case 1:22-cv-01042-RDA-JFA Document 103-3 filed 06/10/25 PageID.# 181
pg 181 of 188

**O**

**one... [17]** 114/22
119/10 119/18 129/14
129/19 129/19 129/20
129/24 129/24 130/2
130/16 137/23 140/4
143/17 149/13 157/5
158/10

**one's [2]** 23/5 93/15
**ones [2]** 13/12 129/14
**oneself [1]** 36/21
**only [6]** 19/4 19/5
38/19 39/3 139/16
143/21

**OOO [1]** 150/12
**open [24]** 11/15 34/21
51/24 52/2 52/7 56/24
57/13 58/22 58/23
62/24 63/1 63/21 63/25
69/24 70/1 70/15 87/1
91/21 102/19 102/21
110/2 111/6 135/2
149/15

**opinion [2]** 55/2 156/3
**opportunity [1]** 11/8
**opposing [1]** 168/20
**opposite [2]** 155/5
155/7

**opted [1]** 133/6
**opting [1]** 150/1
**options [1]** 62/21
**oral [1]** 25/13
**order [1]** 168/18
**ordinary [2]** 48/8 48/8
**organization [7]** 6/4
6/23 32/18 34/3 34/7
60/3 61/8

**organizational [2]** 29/7
31/3

**orientation [2]** 9/19
33/24

**original [2]** 168/11
168/24

**other [73]** 10/2 14/5
16/22 21/13 22/1 22/22
25/14 27/13 29/15
30/23 34/12 34/14
35/11 36/3 36/14 36/16
37/14 38/7 38/15 41/14
41/16 42/19 43/17 48/3
48/10 50/13 51/15
65/10 65/12 72/2 72/17
72/18 73/3 73/20 74/4
79/14 79/21 85/1 85/3
89/22 89/24 91/3 93/8
94/2 96/1 97/9 101/4
101/7 101/22 113/5
123/1 125/9 125/23
127/3 130/8 130/12
137/23 138/24 138/25
139/9 139/21 140/4
140/22 141/11 143/4
143/20 147/13 152/22
152/24 152/24 153/6
163/22 163/22

**others [3]** 80/5 96/22
134/6

**otherwise [4]** 10/24

**our [14]** 25/24 36/25
50/18 52/15 59/22
60/15 80/9 84/9 96/21
96/23 96/23 143/16
168/16 168/17

**out [45]** 20/18 20/19
33/11 33/12 33/18
34/24 47/24 48/8 50/6
52/23 56/19 58/6 60/3
60/5 60/20 63/13 64/5
64/18 67/3 67/16 67/21
75/15 79/12 84/10
90/11 93/25 97/10
99/17 99/23 100/10
108/2 108/24 108/24
109/19 110/12 122/25
126/5 133/6 146/6
150/1 150/13 150/25
153/9 153/24 158/12

**outcome [1]** 167/15
**outside [6]** 25/7 105/15
116/7 124/5 153/1
153/3

**over [12]** 7/2 10/2 10/6
26/21 49/9 130/3
142/20 142/24 143/3
147/3 147/12 163/24

**overnight [1]** 131/7
**overreacted [1]** 37/5
**oversaw [1]** 49/20
**overshadow [1]** 89/22
**overt [2]** 15/4 16/3
**overwhelmed [1]**
159/3

**own [11]** 5/23 6/11
6/12 18/25 19/18 37/5
57/22 73/9 137/12
137/16 141/16

**P**

**p.m [7]** 70/22 111/25
112/14 117/22 149/6
149/7 165/5

**pace [2]** 159/7 164/6
**paced [1]** 160/7
**page [19]** 3/2 53/1 53/2
59/15 91/24 102/23
103/2 107/11 111/7
111/18 117/20 119/7
120/16 124/23 135/4
135/7 166/4 168/11
168/14

**pages [1]** 59/7
**pain [17]** 78/25 78/25
79/17 80/9 80/17 81/8
82/6 96/8 97/25 98/3
101/24 160/10 160/15
160/18 160/22 161/10
161/11

**painful [5]** 79/16 79/17
80/23 97/23 158/22
**para [1]** 136/5
**Parady [2]** 2/3 169/4
**parady.com [1]** 2/5
**paragraph [6]** 53/7
59/18 124/24 135/23
136/8 136/10

**parentheses [1]**

**part [21]** 23/12 31/11
32/2 33/25 34/20 37/1
50/16 58/8 60/2 61/7
74/6 95/24 96/14 96/23
96/24 140/22 143/5
152/16 158/3 159/25
162/15

**participate [1]** 104/4
**participated [1]** 33/1
**particular [5]** 42/25
60/23 80/22 111/7
160/3

**particularly [4]** 19/22
21/4 35/5 61/14
**particulars [2]** 80/3
133/14

**parties [1]** 71/8 72/3
91/2 109/7 125/12
133/15 160/21 167/8
167/14

**parties' [2]** 158/23
159/25

**partner [1]** 32/5
**parts [1]** 158/23
**party [6]** 9/2 9/3 126/15
130/3 130/16 157/10
**pass [1]** 124/14
**path [3]** 60/11 64/13
123/12

**pause [3]** 107/9 118/8
149/17

**paying [1]** 161/24
**PDF [1]** 111/19
**pending [1]** 10/23
**people [72]** 14/25 17/1
17/2 22/9 22/14 22/24
23/1 23/1 25/10 26/17
26/17 26/19 26/22
31/23 32/6 32/19 35/1
35/8 35/12 36/7 36/13
36/20 37/8 37/9 37/22
41/20 42/6 45/25 46/4
46/14 47/4 50/2 57/18
57/24 57/25 58/4 60/10
62/5 65/3 66/13 72/10
74/24 79/21 80/4 80/20
85/1 86/8 91/3 101/4
101/7 101/8 101/10
101/11 124/10 127/12
133/13 134/4 139/22
139/24 140/23 141/20
154/4 155/17 155/20
156/21 158/21 158/21
159/8 161/9 163/7
163/16 163/18

**people's [1]** 77/12
**per [4]** 6/6 89/15 100/4
150/9

**PERB [3]** 12/15 12/17
12/23

**perceive [1]** 80/4
**perceived [1]** 161/2
**perceiving [1]** 160/11
**perfectly [1]** 114/6
**perform [3]** 45/20
46/10 155/19
**performance [7]** 17/13
40/14 51/14 54/24

**perhaps [7]** 64/10 65/3
123/3 124/19 126/4
129/15 150/22
**period [7]** 46/6 49/11
49/19 51/6 104/13
149/24 151/13

**person [32]** 13/15
17/12 17/16 17/20 18/9
19/23 35/7 36/7 39/16
43/18 43/23 44/22
46/20 49/13 49/20 54/1
54/4 55/3 55/3 55/4
60/8 76/23 76/24 77/4
83/14 86/16 93/7 93/8
125/23 147/7 150/19
151/8

**person's [3]** 36/14
36/16 140/22
**personal [4]** 15/14
48/18 131/22 156/2
**personality [1]** 69/5
**personally [2]** 21/12
78/4

**perspective [8]** 35/7
36/17 79/3 80/1 80/4
94/5 94/19 118/9
**pervasive [3]** 98/5 98/6
98/10

**philosophy [1]** 57/22
**phone [12]** 2/4 2/8
2/12 141/15 141/16
141/18 141/21 142/14
142/15 142/23 142/24
143/7

**picture [2]** 101/23
151/19

**piece [4]** 52/13 83/19
94/10 109/15
**pitch [1]** 34/23
**place [15]** 43/10 48/13
74/2 88/23 89/2 90/1
125/17 126/4 127/8
130/2 139/5 140/5
153/6 159/23 167/9
**places [1]** 163/24
**Plaintiff [3]** 1/5 1/17
2/2

**plan [2]** 10/24 140/19
**planned [1]** 29/24
**platform [1]** 109/24
**play [4]** 100/21 100/21
133/2 135/20
**played [1]** 140/9
**pleasant [3]** 9/7 21/20
46/1

**please [4]** 5/10 84/18
168/11 168/14
**point [14]** 27/5 35/14
46/22 61/20 67/20
68/24 77/19 92/8
103/11 104/15 130/6
132/9 132/13 138/14
**points [2]** 93/25 94/3
**policies [2]** 47/10
52/15

**policy [5]** 50/12 52/10
53/25 54/9 54/14
**poor [1]** 106/22

**pop [1]** 20/19
**position [7]** 7/24 12/17
29/14 127/11 145/18
146/16 146/23
**positive [1]** 79/23
**possibility [3]** 22/25
153/16 161/9
**possible [16]** 53/25
72/6 83/18 85/15 94/20
94/23 95/1 95/3 95/4
95/5 95/10 95/16 95/16
95/20 125/1 153/13
**post [1]** 61/16
**post-survey [1]** 61/16
**potential [1]** 153/21
**powerful [1]** 32/7
**practice [1]** 9/13
**practiced [2]** 9/16 12/2
**precise [1]** 24/2
**Present [1]** 2/14
**preserve [1]** 11/3
110/20 110/23 141/11
143/13

**pressure [1]** 158/12
**presumably [1]** 19/22
76/23 108/4
**presuming [1]** 97/1
**pretty [9]** 20/15 32/17
42/16 45/15 77/10
81/17 129/5 140/21
146/8

**prevented [1]** 98/4
**previous [3]** 72/19
119/19 167/5
**previously [3]** 68/1
96/4 162/14
**primarily [1]** 109/12
**printed [1]** 144/14
**prior [16]** 3/16 7/5 7/22
8/15 30/22 48/22 49/13
49/25 53/22 54/9 63/12
63/15 64/17 70/4 73/4
168/19

**privy [5]** 19/1 23/7
58/10 139/21 154/21
**probably [18]** 7/15
7/17 9/20 14/16 16/18
46/12 46/17 46/22
73/15 76/3 76/11
121/23 122/23 129/14
129/19 152/3 152/13
157/9

**problem [6]** 49/3 49/8
72/9 110/19 136/12
151/11

**problems [1]** 41/24
**procedural [2]** 47/15
47/21

**procedure [3]** 1/16
52/10 169/17
**procedures [1]** 52/15
**proceedings [5]** 107/9
118/8 149/17 165/4
167/12

**process [13]** 47/16
71/21 93/3 96/18 98/17
101/25 102/13 104/15
105/2 125/20 129/6
134/11 143/6

**P**

processing [1] 49/24
produce [1] 143/18
productive [1] 126/3
products [1] 158/12
professional [8] 1/17
14/2 15/15 30/19 30/20
167/3 167/21 168/23
professor [1] 12/5
program [1] 37/12
progress [1] 130/9
progressive [9] 50/13
50/16 50/21 50/23
50/25 51/8 51/16 54/8
54/14
projects [3] 91/9 150/7
150/11
property [1] 48/4
provide [1] 84/6
provided [2] 66/21
145/14
public [8] 1/17 12/11
12/14 12/24 12/25 68/2
166/23 167/4
pulled [7] 29/15 33/3
35/23 39/3 105/23
106/25 107/17
purpose [1] 76/15
purposes [1] 98/25
pursuant [4] 1/16 8/25
169/14 169/17
pursuing [1] 103/8
put [8] 24/16 60/11
73/9 100/6 123/11
140/18 157/12 158/4
puts [1] 127/11
putting [1] 105/11

**Q**

qualified [3] 15/11
23/20 24/4
quarterly [1] 54/20
question [37] 6/9
10/23 14/10 14/19
15/11 15/12 15/19
15/24 15/25 16/1 16/7
16/12 23/23 28/3 30/7
54/13 59/14 59/22
59/25 64/15 76/8 86/2
102/8 106/15 106/22
111/2 112/21 120/3
121/10 132/23 135/7
135/16 135/20 137/19
137/20 145/9 156/15
questioning [1] 164/14
questions [5] 11/3
11/18 149/9 164/18
167/11
quick [1] 69/9
quickly [3] 30/14 30/18
59/22
quite [4] 19/12 77/19
119/2 119/24
quote [3] 46/12 65/12
82/22
quote/unquote [1]
46/12

**R**

race [10] 20/5 21/23
22/3 24/25 25/16 28/17
95/17 95/24 137/8
161/3
races [2] 85/2 85/3
racial [6] 15/5 16/4
16/17 79/15 80/18
80/22
racism [23] 14/9 14/16
14/22 14/24 15/3 15/4
15/8 16/2 16/3 16/18
16/23 16/25 17/1 17/5
17/11 17/20 18/4 18/7
20/7 22/24 23/1 85/25
122/5
racist [12] 15/8 20/16
22/11 22/17 23/5 84/11
84/19 84/23 84/24 85/4
85/10 85/16
raised [2] 61/21 125/1
rank [1] 148/1
ranting [1] 152/7
rate [1] 55/9
rated [1] 54/23
rather [4] 51/12 89/5
111/2 120/1
rating [1] 50/18
ratings [1] 61/14
Re [2] 168/9 169/6
reach [1] 34/24
reached [3] 108/2
109/19 110/12
reaction [1] 96/23
read [10] 15/25 37/6
42/5 52/13 112/3 122/9
122/13 122/22 166/1
166/4
readily [1] 21/17
reading [1] 151/17
READS [1] 166/4
real [1] 89/16
realized [3] 30/14
30/18 46/16
really [40] 10/1 14/15
15/10 25/9 29/16 32/9
34/18 36/18 37/8 37/17
43/12 47/13 50/20
51/18 71/16 72/8 73/9
73/12 76/16 77/16
77/20 77/23 79/7 79/9
81/2 84/9 86/18 94/24
99/2 99/10 100/11
100/13 122/24 123/19
124/9 138/4 140/21
152/2 158/20 158/20
reason [12] 8/23 19/8
20/14 26/18 26/23
66/12 75/8 75/10
120/21 122/8 133/24
157/19
reasons [1] 161/11
Rebecca [1] 42/7
recall [61] 8/21 25/21
25/24 26/8 26/14 27/14
28/4 37/14 37/20 38/6
39/6 39/13 39/17 40/2
40/7 40/25 41/4 41/15

race [10] ... (continued right column next)

remain [1] 152/25
remember [108] 12/13
15/24 26/3 26/6 26/21
26/25 26/25 27/2 27/8
27/12 35/25 37/21
37/23 38/11 38/12
38/16 39/7 39/10 39/19
39/21 39/22 39/24
42/19 42/23 42/24 43/4
43/6 44/5 45/9 47/23
47/25 48/21 51/12
55/19 56/18 60/2 64/19
64/20 66/8 66/9 66/16
66/23 67/5 67/6 68/10
68/10 70/12 76/13
76/19 77/21 79/22 80/2
80/7 84/24 85/6 85/21
86/13 87/21 87/22
87/22 87/23 88/4 88/11
88/15 89/11 89/18
89/20 92/24 93/12
97/12 97/24 98/16
98/18 98/22 99/12
99/14 99/24 100/24
101/6 105/14 110/23
113/14 114/13 116/11
118/20 118/21 120/7
121/12 121/17 124/13
127/25 130/1 130/13
133/17 134/5 139/10
142/23 143/16 144/1
144/18 145/13 148/13
152/2 153/18 163/7
remembering [1] 38/22
remotely [2] 1/10 26/2
reopen [1] 117/9
repeat [5] 15/19 15/23
16/13 17/23 160/16
report [3] 20/21 40/4
124/15
reported [5] 40/6 44/4
44/10 139/22 140/2
Reporter [4] 1/17
167/4 167/21 168/23
REPORTER'S [1]
167/1
reporting [7] 43/23
44/14 54/2 118/1 168/1
169/1 169/21
reports [2] 55/13 139/9
represent [2] 113/4
162/9
represented [2] 161/20
162/5
represents [1] 162/15
reputation [1] 65/3
request [4] 33/4 144/1
144/16 144/18
requested [2] 26/10
27/9
requesting [2] 123/10
123/10
require [2] 125/12
142/12
required [1] 114/25
requirement [1] 50/25
reserve [1] 11/14
resignation [1] 52/11

resignation/terminatio
n [1] 52/11
resolution [5] 12/9
42/3 88/25 89/6 125/1
resolutions [1] 88/22
resolve [4] 64/22 74/2
105/13 127/5
resolved [3] 40/7 64/23
125/6
resource [3] 1/7 8/2
34/24
resources [5] 29/22
53/10 54/7 79/22 84/6
respect [4] 101/14
120/17 137/3 158/9
respectfully [1] 128/14
respond [7] 85/20
105/5 105/24 115/3
115/24 136/3 136/16
responded [4] 113/24
114/1 114/18 114/19
responding [1] 59/10
responds [1] 92/16
response [26] 61/15
86/3 86/5 96/23 104/19
105/8 106/9 106/10
106/17 107/1 107/16
108/3 108/5 108/13
110/12 114/14 114/23
114/24 115/4 116/4
116/10 116/15 116/19
134/21 135/10 135/20
responsibilities [1]
43/17
responsible [2] 12/23
98/20
rest [1] 128/9
restate [1] 16/14
result [2] 61/15 155/18
resulted [2] 157/25
158/1
results [7] 31/14 31/16
58/6 58/7 58/9 58/14
61/16
retain [2] 161/22 162/8
retaliated [2] 28/3
28/18
retaliation [8] 13/24
14/3 14/6 74/6 74/14
74/18 134/18 135/11
retired [5] 5/18 6/18
6/19
retirement [1] 7/23
return [1] 168/14
review [5] 11/9 51/14
71/4 71/6 108/6
reviewing [2] 118/5
152/22
reviews [7] 51/13
51/14 54/16 54/18
54/23 54/24 55/6
revised [1] 52/24
rid [2] 131/13 143/6
right [150] 5/24 7/22
9/6 9/10 9/18 11/15
12/5 15/24 20/3 22/24
24/18 26/18 27/17
28/20 28/23 29/2 29/4
29/5 31/7 32/24 35/14

**R**

right... [129] 35/16
36/8 38/12 38/14 38/23
38/25 40/22 41/1 43/2
44/18 46/21 46/25
49/21 50/6 51/9 53/2
58/18 59/3 59/7 61/19
61/22 61/23 62/4 62/6
62/11 66/3 66/3 68/16
69/16 70/8 70/15 71/1
71/2 71/12 71/13 71/18
71/23 72/14 72/15
72/16 73/8 75/6 75/11
76/12 77/4 81/2 82/5
82/24 85/11 85/18 86/1
86/19 86/24 88/9 89/24
91/1 91/15 91/17 92/4
92/5 92/25 93/4 97/4
97/6 98/25 99/3 102/16
104/9 108/21 110/10
110/13 111/17 115/25
116/1 117/7 118/25
119/4 119/5 120/5
121/11 123/24 124/2
124/13 125/24 125/25
126/24 127/2 127/8
128/1 131/19 132/10
132/14 134/18 136/21
136/25 137/1 137/5
137/6 137/24 138/9
138/18 139/1 139/11
139/15 141/9 141/13
142/9 142/18 150/2
150/2 150/4 150/4
150/17 150/20 151/2
151/5 151/10 151/10
151/25 152/1 152/11
152/17 153/2 154/10
155/16 155/23 158/3
158/15 159/18
right-hand [3] 53/2
59/7 111/17
Rights [1] 127/23
ring [1] 25/19
road [1] 131/18
role [41] 6/3 6/22 13/10
22/14 28/21 29/6 29/11
30/7 31/2 34/21 35/19
36/5 44/16 44/20 45/15
46/19 47/12 48/24
49/12 51/7 53/14 53/18
58/8 60/7 68/8 73/21
74/7 74/12 74/15 74/16
74/22 74/25 94/9
134/16 134/23 135/21
136/21 136/24 140/9
140/20 151/4
roles [6] 13/14 30/15
53/16 55/21 55/23
99/16
roll [1] 158/12
rolling [1] 33/11
room [4] 43/9 77/6
159/3 160/4
RPR [1] 168/23
Ruby [39] 2/14 3/9
3/13 5/9 64/9 67/8 76/3
77/1 83/4 88/8 88/21

90/1 91/1 91/9 94/5
101/22 103/7 105/1
105/2 105/6 105/12
106/18 106/18 114/1
114/7 114/15 115/5
115/20 115/23 120/15
120/17 123/1 126/5
132/2 138/21 142/12
144/3 150/10 153/4
Ruby's [5] 59/21 90/15
97/19 107/16 116/4
rude [1] 10/15
Rule [1] 168/16
Rules [2] 1/16 169/17

**S**

sadly [1] 113/10
safe [3] 57/18 92/7
124/3
said [46] 12/2 18/17
19/4 19/8 19/15 19/17
20/24 25/22 36/23 37/3
42/18 43/16 46/13 57/3
63/20 65/11 68/4 68/9
81/11 82/1 82/11 82/12
82/23 84/1 85/13 85/22
86/20 89/18 90/10
93/10 98/22 105/9
105/14 106/11 106/16
113/2 114/14 122/21
124/18 124/24 136/5
140/20 151/8 151/14
162/6 167/8
same [23] 9/23 10/7
15/16 16/5 23/21 28/3
39/16 63/18 64/10 76/8
76/11 77/6 95/7 95/11
96/3 101/3 101/5
101/13 112/14 128/19
153/3 161/8 166/1
save [2] 142/7 143/23
saw [1] 57/13
say [78] 7/17 9/25
10/13 14/18 16/25
19/21 20/8 22/11 27/20
29/20 31/25 36/21 37/4
37/7 38/9 39/16 41/19
46/21 48/7 49/15 52/12
52/19 55/1 55/22 55/25
57/6 57/6 57/9 65/23
72/3 76/16 77/19 78/14
82/22 83/4 83/22 85/6
86/17 87/14 88/8 88/9
88/13 90/1 90/21 92/7
93/10 96/16 97/14 98/8
98/11 98/12 99/1 99/1
103/4 107/15 110/7
112/7 112/8 113/1
113/2 118/9 120/10
122/9 122/12 123/8
124/3 124/8 126/21
132/17 142/5 148/9
151/3 152/13 153/8
156/8 156/12 156/15
161/17
saying [23] 19/4 21/18
22/10 22/10 24/3 38/20
60/14 64/11 64/20
80/20 85/21 86/17 88/6

94/5 104/13 104/17
116/16 120/14 120/25
128/13 140/23 144/5
156/25
says [14] 53/3 53/7
54/6 59/20 59/21 63/2
63/19 64/4 66/1 73/12
92/9 116/3 119/18
139/14
Schacht [7] 59/4
106/10 107/14 111/24
114/15 115/23 149/20
schedule [1] 75/21
144/6
scheduled [1] 64/9
schedules [1] 77/12
scheduling [1] 33/17
school [1] 20/12
science [1] 32/8
scope [2] 30/3 124/5
screen [1] 110/3
screen-shared [1]
110/3
scrolling [1] 122/22
sdittmer [2] 168/1
169/1
se [3] 6/6 89/15 100/4
Sean [17] 3/7 44/8 44/8
45/4 45/9 62/1 62/7
64/9 66/4 66/23 66/24
72/9 112/9 113/9
128/25 154/7 154/9
seared [1] 9/20
seat [1] 20/15
second [12] 52/20 53/1
63/23 70/19 78/19 79/5
102/23 107/6 117/20
119/10 124/24 135/7
see [57] 7/15 20/10
23/19 34/9 36/14 40/25
41/12 51/25 52/1 53/2
53/4 53/12 54/11 55/22
58/9 61/10 62/16 67/16
69/16 92/18 101/9
103/9 103/18 104/10
108/10 109/20 111/8
112/1 113/3 113/21
114/3 115/10 115/21
117/23 119/9 119/12
119/14 119/16 119/21
120/19 123/12 125/2
134/20 135/10 136/4
136/11 149/22 151/10
156/3 158/22 160/10
160/12 160/15 160/18
161/1 161/7 161/9
seem [3] 87/1 96/2
163/21
seemed [3] 33/2 100/8
160/22
seems [3] 30/8 72/8
162/12
seen [8] 60/24 120/3
120/6 120/11 135/6
135/16 145/9 163/22
sees [2] 73/8 123/2
segues [1] 30/6
selecting [1] 56/10
Selectric [1] 163/3

self [3] 37/13 46/13
137/17
self-awareness [1]
37/13
selves [1] 23/2
send [5] 60/19 69/21
103/22 119/25 143/24
sending [3] 63/13
79/22 144/10
sends [1] 67/21
senior [2] 55/25 136/1
sense [11] 8/4 10/19
11/6 11/16 50/22 78/24
82/23 92/11 98/3
124/14 150/15
sensitive [2] 89/17
129/15
sent [26] 60/3 61/8
64/4 64/17 67/3 70/5
70/11 70/22 75/18 92/6
93/17 93/23 105/2
111/25 113/2 113/3
113/19 114/1 114/7
114/15 119/8 122/1
128/12 143/14 144/14
151/7
sentence [1] 54/6
sentences [1] 119/18
separately [2] 39/22
78/10
separation [1] 48/16
served [2] 35/15 35/19
serves [1] 115/19
service [1] 158/4
serving [1] 102/1
session [15] 75/13
75/15 75/20 76/1 76/13
76/13 76/15 77/9 78/13
78/14 78/19 78/19 92/8
118/4 118/7
sessions [12] 33/4
75/12 78/9 78/22 86/25
97/1 97/3 99/25 118/17
130/7 130/23 130/23
set [7] 151/17 151/18
158/12 158/20 164/7
164/11 169/18
setting [1] 42/2
settlement [1] 169/19
several [2] 53/15 92/4
severance [2] 147/21
148/15
shake [1] 10/12
shame [1] 159/14
share [13] 26/17 26/19
26/22 51/21 58/18
62/11 66/11 77/15
91/17 102/16 105/17
117/8 150/10
shared [16] 26/3 27/12
64/19 73/20 78/4 78/6
83/19 89/12 100/25
110/3 114/20 120/15
131/8 131/22 150/21
152/23
sharing [3] 28/4 66/17
100/15
she [136] 11/4 20/22
20/23 20/23 20/24 21/1

21/2 21/3 21/7 25/4
25/21 25/22 25/22
25/25 26/1 26/3 26/10
27/3 27/9 37/24 37/24
39/10 39/15 39/19
39/20 40/21 42/19
42/23 55/25 56/19
56/19 56/19 62/2 77/1
78/23 78/25 79/7 79/19
80/10 80/10 80/11
80/17 80/18 81/8 81/11
81/16 81/23 81/24 82/1
82/3 82/4 82/6 83/10
83/11 83/14 84/11
84/11 84/19 84/19
84/20 84/22 85/9 85/10
85/10 85/13 85/14 87/6
87/6 87/8 87/10 87/11
87/11 87/14 87/18
87/19 89/5 89/8 89/8
89/12 92/16 92/17 94/6
95/23 96/2 96/5 96/10
97/20 97/24 97/25 98/8
98/11 98/12 98/13
98/13 98/22 99/1
100/16 100/19 100/24
100/25 100/25 101/9
101/9 101/11 101/12
101/13 101/23 104/4
105/5 106/17 106/18
117/25 120/15 120/22
120/24 123/2 128/13
132/3 133/10 138/3
138/17 139/1 139/2
139/9 147/12 150/6
150/9 150/15 150/21
151/7 151/11 151/14
157/1 157/23 157/25
161/2
she'd [1] 138/25
she's [5] 117/25 118/1
121/3 147/8 162/12
shed [1] 81/14
sheet [1] 168/15
sheets [2] 166/2
168/14
shied [1] 86/17
shocked [2] 138/2
138/19
shoes [2] 157/12 158/5
shook [2] 78/7 140/15
short [2] 140/14
140/17
shorthand [1] 167/9
shortly [2] 70/25 117/2
should [10] 32/4 50/1
50/3 53/8 63/21 103/25
116/5 131/9 158/8
166/4
shouldn't [1] 131/16
show [9] 35/3 46/13
69/22 111/1 113/11
119/23 142/11 145/6
149/13
shred [1] 131/15
shredded [2] 131/13
131/25
shredder [1] 131/14
SHRM [65] 3/8 3/12

**S**

**SHRM... [63]** 7/23 8/2 8/15 21/23 22/2 22/13 24/11 24/23 26/4 26/6 27/9 27/16 28/5 28/21 30/22 31/5 32/15 35/20 37/10 37/25 39/14 40/3 40/11 41/18 42/25 44/3 46/10 50/12 50/24 53/3 54/17 55/12 56/17 56/23 60/5 74/25 102/24 107/14 108/4 109/11 109/23 122/6 122/23 124/4 135/7 140/10 140/17 141/14 141/18 143/6 143/7 145/17 148/18 156/6 156/12 156/12 156/12 158/25 162/15 162/18 163/15 168/9 169/6
**SHRM's [2]** 144/11 160/2
**side [9]** 7/12 36/15 36/16 78/7 78/7 123/10 123/10 140/15 140/15
**sides [7]** 43/5 84/21 88/24 94/15 97/23 98/6 125/14
**sign [2]** 162/2 169/15
**signature [6]** 164/25 167/16 168/11 168/12 168/14 169/11
**signed [3]** 148/17 169/12 169/13
**significant [1]** 11/13
**signs [2]** 15/4 16/3
**similarity [1]** 97/15
**since [4]** 118/3 146/4 150/12 169/18
**sincere [1]** 96/2
**Sincerely [1]** 168/22
**single [2]** 142/11 151/23
**singular [1]** 83/7
**sit [4]** 122/9 122/22 141/4 153/7
**sits [1]** 123/23
**sitting [1]** 43/17
**situation [27]** 16/18 16/22 20/19 26/13 27/4 35/18 36/1 38/7 39/1 40/8 41/14 43/3 46/23 49/1 53/9 73/22 75/9 80/12 86/3 87/7 97/2 108/9 125/5 127/6 156/17 158/25 160/24
**situations [2]** 36/6 48/23
**six [8]** 45/14 46/6 48/23 49/11 49/19 51/6 140/5 148/6
**SKC [3]** 1/2 168/9 169/7
**Slack [7]** 108/3 109/19 109/22 110/7 110/12 110/21 141/10
**slate [1]** 72/6
**slurs [1]** 15/5 16/4

16/17
**Smith [1]** 25/18
**snarky [2]** 18/3 152/7
**so [291]**
**social [2]** 162/23 162/25
**SOCIETY [2]** 1/7 8/1
**some [38]** 5/24 11/2 17/6 18/10 23/12 25/25 27/4 35/11 35/14 41/11 41/23 52/3 60/16 62/22 62/24 66/17 70/5 70/25 72/21 73/11 78/15 79/13 79/21 84/6 96/16 102/12 104/15 122/5 123/8 125/21 132/9 138/14 146/13 150/20 158/25 159/18 163/16 163/24
**somebody [12]** 19/4 27/23 45/7 65/1 73/12 127/23 131/8 131/21 131/22 133/11 141/4 163/2
**somebody's [1]** 141/1
**somehow [1]** 144/14
**someone [9]** 6/19 19/8 20/21 47/3 47/22 97/18 124/15 160/13 161/15
**something [51]** 14/16 14/17 14/18 20/23 22/5 22/22 24/4 24/19 26/11 26/12 26/12 26/15 27/1 29/24 30/2 34/19 37/8 39/11 40/21 42/19 50/17 50/19 57/6 64/21 65/13 69/4 72/10 73/10 73/15 85/14 85/18 85/24 95/8 96/19 101/6 105/12 108/16 108/17 110/9 113/6 114/20 115/14 123/23 131/6 131/7 131/20 131/21 132/17 139/17 143/25 159/20
**Sometime [1]** 146/8
**sometimes [4]** 10/4 96/14 134/4 155/17
**somewhere [7]** 90/9 90/10 105/1 117/11 127/17 138/10 148/10
**soon [1]** 129/5
**sorry [9]** 15/21 49/9 63/21 103/21 106/8 107/19 110/18 120/10 136/11
**sort [2]** 78/10 125/21
**sound [5]** 29/4 37/17 40/20 42/7 128/5
**sounds [10]** 31/2 38/17 48/15 49/19 88/21 119/2 125/19 137/1 137/22 138/16
**source [2]** 90/22 90/24
**space [1]** 56/5
**speak [8]** 10/2 10/5 50/21 53/21 64/10 76/18 93/15 158/10
**speaking [3]** 14/3 27/9

**special [3]** 129/12 129/25 130/2
**specialist [2]** 55/25 56/1
**specialists [1]** 55/23
**specific [7]** 28/12 37/20 62/8 77/23 87/5 87/17 96/23
**specifically [12]** 27/9 37/18 38/17 65/12 85/21 85/22 86/21 87/9 92/22 93/11 97/25 142/5
**specificity [1]** 78/20
**specifics [1]** 100/20
**speculate [2]** 74/20 85/23
**speculation [3]** 63/18 126/4 158/2
**spelling [1]** 5/14
**spend [2]** 6/15 32/4
**spent [7]** 12/4 29/21 33/19 88/20 89/4 89/7 138/22
**spoke [2]** 54/1 79/3
**spoken [2]** 49/25 125/8
**squeeze [2]** 99/17 99/17
**St. [1]** 12/1
**St. Louis [2]** 12/1
**staff [3]** 44/6 143/17 154/15
**stage [1]** 123/3
**stalking [1]** 26/13
**stamp [1]** 112/9
**stand [1]** 150/24
**stand-in [1]** 150/24
**standard [1]** 101/13
**standing [2]** 29/21 99/23
**start [3]** 102/12 103/6 153/7
**started [8]** 7/7 12/14 33/23 43/18 66/16 67/13 75/15 104/14
**starts [2]** 111/22 119/7
**state [3]** 5/10 56/19 167/4
**stated [4]** 68/1 92/23 96/4 148/13
**statement [2]** 20/23 108/19
**STATES [1]** 1/1
**status [2]** 119/19 121/4
**stay [1]** 153/5
**step [6]** 36/14 125/13 125/20 128/15 141/1 162/11
**steps [1]** 152/24
**stereotype [1]** 19/18
**stick [1]** 108/20
**still [15]** 5/25 6/12 11/5 56/16 56/20 68/10 72/11 109/1 138/25 139/1 139/1 139/11 146/23 149/24 159/4
**stipulation [1]** 169/14
**stood [2]** 84/10 97/10

**stopped [5]** 12/14 76/6 76/10 102/14 134/11
**strange [2]** 19/19 19/21
**Street [5]** 2/3 2/7 2/11 168/6 169/5
**strengths [14]** 31/12 31/19 31/21 31/21 32/3 32/4 32/5 32/6 32/6 34/4 34/6 34/8 34/13 73/3
**strengths-based [2]** 31/12 31/19
**stress [2]** 98/19 158/1
**stressful [1]** 159/21
**string [3]** 70/18 111/3 115/12
**strongly [2]** 73/1 152/18
**struck [1]** 97/15
**stuff [9]** 63/25 71/21 115/13 117/14 131/15 142/20 142/21 151/25 161/24
**subject [4]** 71/22 79/21 92/9 97/18
**subjective [3]** 17/12 17/15 54/25
**subjectivity [2]** 55/6 71/18
**submitted [3]** 119/19 120/22 120/25
**Subscribed [1]** 166/19
**subscription [1]** 60/12
**subsequent [1]** 121/3
**subtle [1]** 18/16
**successful [2]** 72/19 73/4
**suggest [2]** 116/3 157/10
**suggested [1]** 150/10
**suggesting [1]** 107/15
**suite [8]** 2/3 2/7 2/11 154/14 154/23 155/2 168/6 169/5
**Sullivan [27]** 3/7 44/8 44/11 53/15 62/7 62/15 63/11 64/9 64/17 65/5 67/2 67/21 70/5 70/19 75/4 75/17 108/1 113/7 135/12 135/24 136/14 142/1 146/18 154/5 154/19 154/20 164/8
**Sullivan's [1]** 154/13
**summarize [1]** 70/8
**summary [1]** 123/11
**summer [1]** 80/25
**supervisor [7]** 35/16 35/24 44/2 53/8 53/9 53/21 65/6
**supposed [4]** 64/7 64/9 144/2 162/7
**sure [164]** 6/7 8/20 8/24 9/19 10/16 14/20 15/9 15/10 15/13 15/20 16/8 16/9 16/11 16/14 17/25 17/25 19/7 19/14 23/8 23/24 24/6 24/10 25/11 26/24 28/1 28/11

28/14 28/14 30/5 30/17 33/14 33/20 33/21 42/16 48/6 48/14 48/17 49/4 49/17 51/17 51/20 52/14 52/16 52/21 55/20 56/1 57/12 60/9 61/18 62/20 63/24 64/2 66/10 66/20 69/10 70/17 70/17 71/9 72/4 74/21 75/6 75/7 76/4 77/3 77/5 77/22 77/24 78/17 80/21 82/20 83/1 83/8 83/24 84/2 84/5 86/21 87/16 87/24 88/7 88/10 88/12 88/16 90/4 93/1 93/16 94/16 98/15 99/5 100/9 100/23 102/7 102/9 102/22 103/17 104/25 106/20 107/5 107/7 109/4 110/9 110/24 111/12 111/14 112/25 114/12 115/9 116/6 116/12 117/4 117/18 119/3 119/11 121/2 121/5 121/6 121/9 121/16 122/10 122/10 122/18 123/25 128/7 129/9 129/22 130/15 131/24 132/5 132/22 133/16 134/3 134/24 136/20 136/22 137/21 138/15 139/4 139/18 139/20 140/3 141/2 141/19 142/5 142/19 143/8 143/10 143/12 144/9 146/8 147/20 148/3 148/5 148/16 149/5 150/23 152/5 154/3 156/10 156/16 157/4 157/18 159/16 160/17 160/19 164/1
**surprise [1]** 145/21
**surrounding [1]** 157/25
**survey [5]** 58/6 58/7 58/14 61/15 61/16
**suspended [1]** 140/19
**SWAIN [3]** 2/6 2/6 145/10
**swainemploymentlaw.com [1]** 2/8
**swear [1]** 84/3
**sworn [4]** 5/3 9/21 166/19 167/6
**System [1]** 29/22
**systemic [2]** 122/5 124/4
**systems [1]** 50/19

**T**

**T-r-u-o-n-g [1]** 39/8
**table [3]** 90/2 90/5 139/1
**taint [1]** 109/6
**take [22]** 9/23 14/12 31/24 32/15 32/19 34/8 36/14 45/8 48/13 88/24 111/9 114/2 116/22

**take...** [9]  130/22 131/3
131/4 148/21 148/22
151/16 152/24 155/17
165/2

**taken** [8]  1/16 9/12
69/18 117/5 149/6
158/8 167/9 168/8

**taking** [2]  58/25 130/25

**talent** [3]  7/10 29/7
31/3

**talents** [2]  31/18 73/11

**talk** [32]  19/16 25/10
26/23 27/20 27/21
28/20 31/14 31/16
34/13 34/18 34/19 35/8
49/9 57/5 65/8 66/1
75/11 78/8 78/15 79/1
81/2 81/7 86/12 92/17
92/25 100/5 123/4
128/25 133/5 140/2
141/11 159/13

**talked** [18]  11/23 24/12
41/21 41/23 47/25
78/16 79/20 88/23
90/15 90/16 93/24 97/3
101/23 133/8 134/14
141/5 141/9 160/20

**talking** [33]  21/3 27/1
31/15 36/12 39/11
39/16 39/22 40/22 42/2
42/3 50/2 60/10 60/15
71/17 77/11 80/24
86/15 89/5 89/7 89/8
91/3 104/20 121/1
129/24 130/8 133/13
136/18 136/24 138/22
155/10 156/13 159/9
163/7

**talks** [3]  71/17 79/21
94/4

**tasked** [2]  108/12
108/15

**teach** [1]  12/7

**team** [24]  31/22 31/25
32/1 43/8 60/5 61/7
61/14 89/16 91/6 98/21
101/10 115/13 121/24
135/25 138/9 138/13
140/22 147/7 150/19
153/22 153/25 154/6
154/17 158/11

**teams** [3]  32/25 33/16
34/13

**tears** [3]  78/24 81/12
81/17

**technology** [2]  159/17
163/2

**TED** [3]  79/21 92/4
92/25

**tell** [27]  12/12 20/9
20/13 25/14 29/10
47/18 50/15 64/18
67/24 76/12 78/21
81/23 89/11 96/10
98/14 109/25 110/6
111/11 112/4 117/17
126/13 127/19 130/6

139/23 146/18 147/14
151/23

**telling** [2]  82/8 133/17

**ten** [6]  7/18 7/21 31/21
34/4 68/12 148/22

**ten-minute** [1]  148/22

**tenor** [1]  25/9

**term** [7]  18/13 18/15
20/24 21/9 24/2 24/13
73/25

**terminate** [4]  41/9
49/14 50/4 140/10

**terminated** [13]  40/11
49/20 50/14 53/8 138/1
138/3 138/17 139/7
145/2 153/15 153/19
154/25 157/1

**terminating** [4]  47/22
51/1 53/22 153/16

**termination** [13]  47/11
47/16 48/16 48/22
49/21 49/25 50/1 50/9
52/11 54/10 140/14
140/17 156/22

**terminations** [5]  46/2
46/5 138/12 140/4
155/20

**terms** [11]  31/14 31/17
32/23 89/9 93/25 96/13
105/13 122/15 139/24
147/16 156/11

**test** [3]  32/11 32/16
99/18

**testified** [12]  5/4 22/23
61/19 63/11 70/3 71/10
106/8 125/20 127/4
132/23 133/21 160/20

**testify** [2]  128/8 167/6

**testifying** [3]  70/14
127/16 136/18

**testimony** [5]  24/4
53/20 71/3 166/2
167/12

**text** [5]  141/23 142/1
142/2 142/7 143/14

**texting** [1]  142/4

**texts** [1]  142/15

**than** [35]  7/14 7/18
7/21 25/14 27/13 30/23
34/12 38/7 41/14 42/19
46/7 47/18 49/19 51/12
54/19 65/12 68/12
68/16 72/17 73/7 73/16
73/20 89/5 89/18 97/9
100/1 101/22 123/1
130/8 134/6 140/4
142/25 143/20 152/22
163/22

**thank** [10]  5/14 59/21
117/3 149/4 164/15
164/16 164/20 164/22
165/1 168/21

**that** [882]

**that's** [127]  5/13 6/1
7/11 8/1 10/1 10/3 11/3
12/15 14/10 15/22 16/6
17/2 18/3 19/18 21/9
22/10 22/11 23/22 24/2
28/10 30/11 30/24 31/1

139/24 146/7 146/19 46/19
48/20 50/20 51/18
51/22 56/9 57/6 57/17
62/12 63/18 65/19
68/11 69/10 72/16
77/10 77/21 77/23
78/11 80/14 80/14 81/4
81/6 83/25 85/24 86/6
86/18 87/17 88/12
88/12 93/13 93/13
93/14 96/19 99/16
103/15 106/1 110/1
110/15 110/16 114/6
115/1 115/2 116/15
120/22 121/9 121/9
122/7 126/3 127/13
127/13 127/16 127/25
128/11 129/16 131/7
131/11 131/21 131/21
131/21 131/23 135/10
136/9 136/21 137/13
137/18 138/20 139/5
141/8 143/9 143/11
144/4 144/6 144/7
148/9 150/4 152/3
155/23 155/23 155/23
156/1 156/14 156/14
158/2 158/2 159/4
159/6 159/6 159/9
159/22 161/16 161/17
161/18 161/18 162/21
163/2 163/3 163/11
164/14

**their** [43]  17/21 22/3
23/1 23/6 24/25 25/16
27/15 31/14 31/20 33/4
33/17 33/17 34/4 34/4
34/7 34/8 34/13 35/3
35/24 37/16 39/4 41/5
41/15 41/17 41/21 43/3
43/5 46/5 47/6 48/18
48/19 55/21 56/13 57/7
67/7 73/9 75/21 77/15
139/3 140/1 158/14
158/14 163/19

**them** [47]  11/5 18/10
23/9 33/23 34/14 39/22
39/24 40/25 56/8 56/11
56/23 56/25 57/9 57/10
67/15 67/17 71/6 73/12
74/3 75/14 76/14 77/15
77/16 78/10 90/16
90/22 97/16 99/23
110/24 125/8 126/10
128/16 131/1 131/3
131/13 131/14 134/5
142/4 142/8 142/18
143/24 144/10 155/18
161/1 161/22 161/24
162/2

**themselves** [1]  154/1

**then** [50]  7/22 10/11
17/18 31/22 31/24 32/3
32/15 32/18 33/16
33/23 35/15 36/13
36/15 37/19 39/1 42/2
42/3 44/8 44/10 46/17
54/6 61/8 66/11 69/4

70/24 76/8 82/13 89/22
89/24 92/16 94/19
95/10 96/22 99/20
104/7 107/17 107/18
108/1 111/9 112/13
117/25 119/6 120/18
122/24 135/25 138/24
148/24 154/2 156/12
156/12

**there** [108]  7/4 10/23
13/10 13/11 14/24 15/2
16/1 16/22 17/1 18/1
18/3 18/8 18/10 19/17
20/18 22/24 22/24 23/1
26/2 26/11 26/11 26/14
27/1 27/3 28/12 28/22
29/12 29/16 32/22
32/23 32/25 33/5 33/16
35/6 36/2 36/2 37/22
40/15 40/22 41/16
41/20 43/4 44/4 44/9
44/21 45/5 45/11 47/10
47/14 47/23 49/2 50/12
50/17 50/17 55/5 56/16
56/20 61/13 61/20
64/21 66/17 68/13 72/1
72/9 72/17 73/6 73/14
77/15 78/23 79/12
80/20 83/3 83/5 83/6
84/20 84/20 84/22 86/2
90/7 90/8 90/9 92/1
93/19 100/3 100/4
102/25 110/24 112/19
115/16 123/13 126/1
130/1 130/13 132/14
139/10 139/24 147/1
147/1 147/12 147/13
147/25 148/10 150/20
153/23 159/14 162/12
163/15 164/2

**there's** [23]  10/4 11/11
11/13 15/7 16/12 18/16
22/25 26/18 27/24
48/11 48/12 59/8 73/7
96/18 113/19 115/14
117/21 126/19 138/12
142/11 147/25 148/1
159/3

**thereafter** [2]  70/25
167/10

**these** [14]  24/10 31/16
32/3 32/3 32/4 55/23
60/15 66/13 75/11
92/13 123/2 124/10
130/6 133/3

**they** [88]  12/23 12/24
18/9 18/23 19/8 19/10
19/10 19/10 23/9 23/10
24/24 24/24 25/15
25/15 26/18 27/23
28/16 28/17 31/23
31/24 33/16 33/17 34/3
34/10 34/18 34/18
34/24 35/3 35/8 37/15
38/20 39/25 39/25
39/25 40/2 40/4 40/5
48/18 50/3 53/25 54/18
54/22 55/2 55/17 56/4
56/7 56/8 56/16 56/25

57/1 57/8 57/6 57/8
58/14 61/9 64/7 64/8
64/20 66/24 70/13
70/13 77/15 78/3 78/6
79/23 90/19 91/10
91/10 96/15 101/3
109/12 131/20 139/25
140/23 142/17 143/23
144/15 145/24 146/25
147/21 147/23 154/1
158/14 160/1 161/10
161/11 161/20 161/20

**they're** [6]  22/16 79/16
110/24 133/14 158/11
159/8

**thing** [24]  19/21 21/20
46/14 60/19 64/2 65/16
70/17 80/23 81/2 81/7
84/1 97/14 98/25 107/7
108/23 118/21 122/12
132/16 132/20 142/11
143/4 143/12 151/23
158/11

**things** [38]  18/16 18/17
18/18 22/9 25/25 26/2
26/17 26/19 29/14
29/15 47/15 47/21 48/4
48/11 48/13 60/16
66/12 73/8 78/16 79/1
79/10 80/6 82/15 82/25
88/9 96/15 96/21
109/11 118/1 123/2
123/8 127/3 133/10
134/5 139/25 152/24
158/14 158/18

**think** [174]

**thinking** [10]  20/10
37/23 39/23 68/10 94/8
96/18 113/8 115/17
125/5 158/3

**third** [6]  111/18 135/24
136/5 136/6 136/7
136/10

**third para** [1]  136/5

**this** [183]

**those** [53]  13/19 17/16
18/18 29/13 31/9 31/21
33/4 36/5 36/19 38/15
38/17 38/17 42/7 45/8
45/20 45/24 46/10
47/20 48/23 53/16
54/23 61/16 70/10
70/15 71/4 72/10 74/17
79/10 80/5 81/21 89/24
90/19 91/2 91/15 98/11
98/12 98/13 99/12
101/6 101/7 101/13
131/25 141/11 143/4
144/7 152/9 152/10
153/25 157/8 158/12
158/13 160/4 161/7

**though** [3]  83/6 106/18
151/1

**thought** [16]  21/5
24/24 25/22 79/2 79/22
94/6 100/19 100/25
105/10 106/8 113/25
116/1 118/22 118/22
125/5 131/6

186

# T

**thoughts [2]** 92/13 96/22
**three [14]** 28/23 28/24 29/1 45/11 45/14 46/6 48/23 49/11 49/19 51/6 76/7 118/10 140/5 148/9
**three months [1]** 45/11
**three-to-six-month [4]** 46/6 49/11 49/19 51/6
**through [14]** 33/24 34/14 36/22 51/23 69/2 69/4 71/22 73/8 79/4 96/21 114/3 122/22 124/24 141/5
**throughout [4]** 8/3 44/2 56/23 152/18
**time [74]** 5/24 6/15 8/10 8/19 11/21 12/4 14/12 24/23 26/21 27/15 29/6 29/21 30/22 31/9 32/5 35/16 35/19 35/22 36/12 37/9 40/16 41/18 43/6 44/3 44/19 45/17 46/10 47/11 50/12 53/21 54/4 54/5 63/18 67/25 68/20 69/8 74/24 88/20 89/5 89/7 89/8 89/17 89/19 99/7 99/19 102/1 104/14 105/14 112/8 120/11 122/13 122/19 123/7 124/25 126/5 129/15 130/25 132/4 138/22 142/20 143/16 146/5 146/13 151/13 151/16 152/19 152/25 158/13 163/15 164/21 164/23 167/9 168/18 169/15
**time-sensitive [2]** 89/17 129/15
**timely [1]** 158/19
**times [3]** 8/12 33/5 76/5 76/7 76/9
**timing [1]** 105/9
**title [3]** 55/24 56/3 148/1
**today [4]** 81/2 99/17 159/7 164/14
**together [3]** 32/7 65/4 123/11
**told [6]** 91/14 97/25 99/11 99/14 99/20 146/11
**tone [4]** 17/21 18/3 19/16 152/8
**too [6]** 46/17 55/9 84/20 87/17 110/25 140/23
**took [4]** 43/10 126/5 140/5 147/3
**top [6]** 3/7 3/9 3/11 3/13 31/21 52/13
**topic [2]** 25/24 159/13
**total [1]** 155/7
**totally [1]** 118/22
**touched [1]** 84/25

**tough [7]** 81/7 139/5 155/23 159/23 159/25 161/18 163/24
**towards [2]** 89/6 145/25
**Townley [1]** 5/12
**toxicity [1]** 163/15
**traditional [1]** 50/22
**train [1]** 116/1
**trained [1]** 47/8
**trainer [1]** 14/7
**training [9]** 14/5 22/14 22/15 29/13 30/4 46/9 51/5 68/24 68/25
**trainings [1]** 32/17
**transcribed [1]** 9/25
**transcript [6]** 11/9 164/25 166/11 167/11 168/13 168/24
**treated [10]** 21/22 22/2 25/15 81/24 95/23 156/6 156/8 156/11 156/21 161/3
**treating [5]** 17/5 81/24 87/19 94/20 95/17
**trial [5]** 9/24 168/18 168/19 169/15 169/18
**tried [1]** 79/1
**triggering [1]** 96/17
**true [9]** 65/19 65/21 74/11 156/1 159/6 159/7 164/12 166/2 167/11
**Truong [1]** 39/8
**trust [2]** 26/17 57/10
**truth [1]** 167/7
**try [15]** 10/5 14/20 15/15 36/14 62/3 62/5 64/22 73/24 88/25 96/19 122/24 123/5 123/20 127/5 153/1
**trying [45]** 10/15 10/16 22/15 35/25 37/18 42/3 52/1 58/3 65/1 65/3 76/17 79/2 79/6 79/11 79/12 79/13 88/8 88/18 88/23 94/14 94/14 100/9 103/15 105/13 105/16 108/21 109/2 110/2 114/21 116/1 118/20 120/7 122/16 125/21 126/1 127/12 134/23 146/2 152/3 152/4 153/5 153/11 157/15 157/20 163/1
**Tuesday [1]** 59/22
**tuning [1]** 153/9
**turn [2]** 111/7 111/17
**turned [1]** 48/3
**Twitter [1]** 162/24
**two [20]** 28/22 29/20 41/19 41/20 42/1 53/16 55/16 66/13 67/15 72/10 72/24 75/13 76/7 104/8 118/10 124/10 128/16 133/3 140/22 158/20
**type [3]** 13/5 29/15 34/21

**type-written [1]** 13/5
**typewriter [1]** 163/3
**typewritten [1]** 167/10
**typical [1]** 158/4
**Tyra [1]** 25/18

# U

**uh [105]** 6/2 6/14 8/5 13/3 17/17 20/1 25/4 25/20 29/5 30/21 30/21 35/4 36/9 38/5 39/18 49/7 58/24 59/2 59/9 59/13 59/16 59/19 62/9 63/4 63/7 64/14 65/7 70/7 70/9 70/20 71/19 73/17 75/5 81/22 82/7 82/13 85/5 86/5 86/9 90/3 90/6 91/22 92/2 92/5 92/19 94/7 94/11 94/17 103/1 103/10 104/17 105/19 105/21 107/13 107/25 108/7 108/22 109/13 109/21 110/14 110/14 111/20 111/23 112/2 112/12 113/15 113/18 113/22 114/16 115/18 116/2 116/20 118/2 118/14 120/20 122/14 125/3 128/4 130/11 131/5 133/4 135/3 135/9 135/15 139/12 140/8 142/10 144/12 145/12 145/16 146/22 147/11 148/19 150/8 151/1 155/3 156/19 158/17 160/23 160/23 160/25 161/19 162/24 164/3 164/7
**uh-huh [100]** 6/2 6/14 8/5 13/3 17/17 25/4 25/20 29/5 30/21 30/21 35/4 36/9 39/18 49/7 58/24 59/2 59/9 59/13 59/16 59/19 62/9 63/4 63/7 64/14 65/7 70/7 70/9 70/20 71/19 73/17 75/5 81/22 82/7 82/13 85/5 86/5 86/9 90/3 90/6 91/22 92/2 92/5 92/19 94/7 94/11 94/17 103/1 103/10 104/17 105/19 105/21 107/13 107/25 108/7 108/22 109/13 109/21 110/14 110/14 111/20 111/23 112/2 112/12 113/15 113/18 113/22 114/16 115/18 116/2 118/2 118/14 120/20 122/14 125/3 128/4 130/11 131/5 133/4 135/3 135/9 135/15 139/12 140/8 140/8 142/10 144/12 145/12 146/22 147/11 148/19 150/8 153/6 155/3 156/19 158/17 160/23 160/25 161/19 162/24 164/3 164/7
**ultimate [1]** 43/10
**ultimately [1]** 157/6
**unanswered [1]** 116/5
**unavailable [1]** 150/16
**unconscious [5]** 71/22 71/25 93/15 94/21 95/18
**under [3]** 53/6 84/3 158/11
**understand [16]** 16/9 20/17 61/21 72/25 79/13 82/14 82/18 83/21 101/18 101/22 110/5 136/2 136/16 137/14 156/9 162/4
**understanding [18]** 24/9 24/13 24/14 61/25 73/21 74/23 79/6 80/16 91/9 93/6 94/15 115/22 125/22 127/14 136/14 137/2 146/15 147/8
**understood [3]** 31/23 83/10 133/1
**undertake [1]** 162/10
**unfair [2]** 101/1 101/2
**unfolded [1]** 156/18
**unfortunate [1]** 158/20
**unions [1]** 13/2
**unit [3]** 32/7 32/19 32/19
**UNITED [1]** 1/1
**University [1]** 12/1
**unknown [1]** 161/11
**unlawful [1]** 9/1
**unless [3]** 11/4 129/19 155/9
**unquote [1]** 46/12
**unreasonable [1]** 83/25
**Unsigned [4]** 169/14 169/16 169/18 169/19
**until [9]** 45/4 45/7 69/18 73/12 99/18 104/16 117/5 129/19 149/6
**unusual [1]** 43/14
**up [46]** 10/13 11/15 21/9 24/8 24/10 26/9 28/15 29/21 35/3 37/18 37/24 40/10 42/2 43/17 46/4 46/13 52/2 60/14 69/23 70/25 75/24 90/8 91/16 96/11 98/19 100/17 100/18 107/3 110/2 111/10 118/6 118/16 118/21 123/5 124/15 140/19 141/1 145/17 148/24 148/25 153/20 153/23 156/22 163/3 163/20 164/2
**updating [1]** 150/6
**upon [5]** 17/15 53/24 83/9 113/8 115/25
**upset [9]** 81/16 98/8 98/12 98/13 100/8 100/16 101/22 161/2 161/4
**upsetting [2]** 100/17 101/19

**ultimate [1]** 43/10
**ultimately [1]** 157/6
**unanswered [1]** 116/5
**unavailable [1]** 150/16
**unconscious [5]** 71/22 71/25 93/15 94/21 95/18
**us [4]** 28/25 80/8 98/4 121/1
**use [8]** 15/4 16/4 21/9 48/8 108/5 109/22 141/10 141/14
**used [9]** 16/17 17/12 20/23 77/20 98/13 109/25 110/7 131/3 159/13
**useful [2]** 93/14 93/14
**using [5]** 17/16 21/1 65/25 124/25 141/21
**usually [1]** 73/7
**utilized [1]** 32/11
**utilizing [1]** 30/25

# V

**vacancy [1]** 44/25
**Vaguely [2]** 38/24 118/18
**value [2]** 35/6 57/13
**various [2]** 74/24 163/19
**varying [2]** 136/2 136/15
**vein [1]** 153/3
**venture [1]** 151/17
**verbal [1]** 10/12
**version [2]** 31/18 73/7
**versus [1]** 132/18
**very [15]** 10/5 37/3 59/14 73/1 74/3 80/14 81/4 81/23 81/24 111/21 124/22 138/12 151/18 151/18 152/10
**via [5]** 1/16 2/1 108/3 109/19 110/12
**video [2]** 76/21 94/4
**VIDEOCONFERENCE [2]** 1/9 2/1
**videos [1]** 92/13
**viewed [1]** 122/5
**Visiting [1]** 5/6
**vivid [2]** 80/15 81/4
**vividly [1]** 80/8
**volition [1]** 137/12
**voluntary [1]** 48/12
**volunteer [1]** 114/23
**vs [1]** 1/6

# W

**wait [3]** 63/5 129/19 160/15
**waived [1]** 169/11
**walking [1]** 22/10
**want [32]** 16/7 17/23 23/22 23/23 24/3 34/17 55/22 55/25 57/4 71/23 71/24 72/1 72/20 74/20 77/19 77/20 77/20 86/18 100/11 100/13 108/23 114/10 119/17 127/5 130/3 131/20 132/3 139/3 153/7 155/24 156/4 157/10
**wanted [6]** 34/16 66/18 72/5 104/4 129/18 133/18
**wanting [1]** 156/3

Case No. 1:22-cv-01032-PKC-ASC Document 10-73 filed 08/09/24 PageID USDC Colorado
pg 187 of 188

**W**

wants [4]  47/3 47/5
161/14 161/15
warning [1]  120/1
warranted [4]  108/8
116/10 116/15 116/18
was [439]
Washington [1]  12/1
wasn't [31]  7/9 20/14
21/3 25/9 30/2 38/5
49/1 50/2 58/10 60/13
61/16 68/13 74/15
74/22 74/22 77/2 77/4
79/11 84/9 91/3 96/10
100/7 101/13 108/15
108/16 126/2 126/3
134/22 137/10 147/17
148/7
way [34]  5/12 14/21
17/6 17/7 18/9 19/15
19/17 30/3 33/7 35/3
46/20 50/18 72/2 75/25
79/12 81/24 88/17 93/2
94/2 94/24 95/13 96/16
98/4 101/4 104/18
110/21 113/1 127/17
131/18 137/23 144/3
155/4 156/18 158/19
ways [3]  55/5 98/3
158/25
we [85]  5/7 9/25 10/2
10/11 10/16 11/18
11/23 12/15 21/6 21/9
24/12 25/5 29/17 29/21
29/21 31/12 32/25
32/18 33/11 33/18
33/18 33/19 33/23
33/25 36/14 36/24
36/24 37/11 44/25 45/7
47/24 49/8 50/18 55/23
60/11 60/11 60/16
66/15 70/22 71/17
73/11 73/11 78/16
79/12 80/5 80/10 80/24
84/24 84/25 88/20
88/23 88/25 89/2 89/7
90/15 101/23 105/11
109/24 111/9 116/22
122/4 122/15 123/3
123/4 123/11 123/12
123/13 128/13 128/18
129/12 129/13 130/2
130/17 130/17 132/16
132/23 134/14 141/5
141/9 153/6 156/13
159/7 159/13 159/14
161/18
we'll [6]  10/24 23/19
69/16 111/9 111/9 117/2
148/24
we're [16]  23/21 24/8
32/7 71/22 76/17 80/24
99/18 105/13 109/1
109/1 130/8 130/9
130/9 139/11 149/11
159/9
we've [2]  60/15 136/18
week [4]  64/6 64/11

weekend [1]  165/3
weekly [2]  6/16 129/13
weeks [3]  147/24
148/7 148/13
weighing [1]  100/4
well [71]  6/5 9/6 9/18
13/15 14/20 15/2 15/14
16/2 16/14 18/1 23/16
24/1 24/7 24/18 25/12
28/15 28/20 35/13 45/9
46/21 59/22 64/23 65/4
66/13 72/12 77/18 78/8
78/21 81/17 83/11 87/4
87/18 90/24 94/5 96/4
98/10 100/7 100/24
102/12 103/7 103/19
105/17 106/23 112/21
113/10 114/9 114/12
114/22 116/22 118/25
120/16 121/9 124/7
125/1 126/21 128/8
128/18 132/19 132/22
134/1 134/4 143/4
148/21 156/17 160/20
163/5 163/11 164/13
164/15 164/20 165/2
went [11]  39/10 40/21
42/19 52/23 60/3 60/5
74/3 84/25 96/21
115/19 147/12
were [155]  8/9 9/2 9/22
9/23 13/10 13/11 18/10
19/10 19/10 21/6 21/22
21/23 22/5 24/24 25/2
25/15 25/15 25/25 26/2
26/2 26/6 27/23 28/17
28/22 29/10 30/10
31/12 31/24 32/19
32/25 33/4 33/5 33/5
33/17 36/2 36/2 36/2
37/11 37/15 37/22 38/2
38/17 38/17 38/20 39/3
40/2 41/8 41/20 41/21
41/22 41/24 45/14
46/22 47/8 47/10 47/11
47/12 48/2 48/4 48/24
49/12 49/24 49/25
50/18 51/6 51/14 54/18
54/22 54/23 55/17
55/21 56/4 56/7 56/8
56/13 56/16 58/8 58/11
58/12 59/6 64/7 64/8
64/9 64/20 70/11 71/17
72/23 75/9 77/6 77/15
78/24 80/24 80/25
81/14 84/6 90/7 90/8
90/19 91/2 91/10 91/10
91/13 91/14 97/19
99/25 100/9 100/19
101/1 101/5 101/7
102/1 102/2 104/8
105/23 106/25 108/12
109/23 110/20 114/14
115/23 121/22 122/15
125/5 125/13 126/10
127/20 129/13 131/6
134/13 135/5 137/25
138/19 139/7 139/21

75/17 124/25
141/14 143/1 143/24
144/15 145/14 145/24
150/15 150/24 151/3
151/12 153/9 154/1
156/21 157/9 160/22
162/18 163/19 165/4
weren't [13]  29/16
46/24 58/12 66/12
79/24 91/5 101/3 101/5
146/10 146/11 153/6
154/21 159/15
what [194]
what's [9]  12/10 32/13
79/5 96/16 96/17
105/17 115/25 123/9
133/15
whatever [23]  19/9
23/4 23/4 23/5 36/25
37/6 41/21 46/22 57/2
57/7 64/22 77/12 79/6
80/3 96/15 113/3
116/14 139/2 143/9
148/1 151/25 159/3
163/19
whatever's [1]  23/6
when [90]  8/9 12/12
12/13 13/15 16/22 19/4
19/8 19/16 26/17 29/18
33/5 36/20 37/15 38/1
38/18 38/19 43/6 43/7
43/9 44/4 45/9 47/11
48/11 48/23 49/11
49/15 51/6 52/6 56/16
56/19 58/14 58/21
61/20 61/24 62/1 62/6
66/16 67/9 67/12 67/20
69/24 73/25 75/19
75/20 80/12 81/6 90/21
91/10 96/14 98/2
100/17 102/1 102/13
102/18 103/14 103/15
104/14 105/4 105/9
106/2 106/13 106/25
109/1 109/22 126/21
127/6 128/12 131/17
131/25 132/2 132/2
132/16 134/11 136/15
138/5 138/6 140/6
141/3 141/14 144/5
144/18 145/19 149/14
149/25 151/3 155/1
156/8 159/2 159/20
163/17
whenever [4]  17/1
64/18 75/22 100/15
where [43]  11/25 14/24
16/18 17/2 17/11 17/20
18/1 18/4 18/8 18/17
23/1 26/1 30/11 32/6
45/14 52/23 57/4 57/18
74/2 79/7 79/18 83/4
84/9 86/4 90/14 90/19
90/21 96/8 97/2 104/24
114/22 115/2 115/6
117/11 123/12 127/1
127/25 138/20 153/6
154/9 154/12 159/8
162/20

WHEREOF [1]  167/16
WHEREUPON [1]
165/4
wherever [2]  22/23
23/10
whether [16]  25/12
32/21 48/12 50/1 50/3
65/23 66/23 78/18
92/13 98/13 113/23
118/20 129/24 137/8
141/10 157/23
whether I [1]  118/20
which [21]  19/15 19/17
21/1 24/10 54/1 57/8
70/10 78/14 79/4
104/15 111/18 114/6
114/24 117/11 135/20
138/22 142/12 142/24
150/12 159/7 169/13
while [5]  21/23 26/6
27/15 28/5 37/9
white [13]  17/7 21/7
82/14 82/17 82/19
82/25 83/2 83/20 86/7
86/8 101/7 101/11
101/13
who [43]  13/15 17/6
17/16 28/16 31/23 32/6
33/1 36/2 39/11 40/4
40/5 41/24 42/6 43/8
43/18 44/2 44/22 47/3
54/3 55/17 56/2 66/21
76/1 79/21 90/22
121/14 138/8 139/22
139/24 146/16 147/3
150/19 150/21 151/8
158/21 161/13 161/15
161/15 162/13 163/2
who's [5]  46/20 65/1
80/19 83/2 162/13
whole [13]  23/2 32/18
33/10 42/2 46/13 93/6
117/13 123/9 132/16
132/20 146/5 147/12
157/8
whom [1]  107/19
whose [4]  41/15 55/18
74/16 74/25
why [31]  22/9 22/20
23/22 26/8 27/8 28/10
29/16 30/7 40/13 44/5
55/1 66/12 71/14 75/9
76/17 77/15 80/16 86/5
91/10 100/16 101/18
101/22 108/12 112/23
114/18 116/22 127/18
138/19 138/22 145/17
159/9
will [14]  10/5 11/2 11/8
11/10 26/22 27/20 52/2
54/8 69/22 69/22 91/18
102/17 113/4 119/25
willing [5]  37/8 62/3
66/10 125/12 130/17
window [1]  51/24
wired [2]  46/20 46/20
within [5]  1/17 104/7
158/18 165/4 168/16

without [6]  15/4 16/3
72/3 79/7 80/9 116/7
witness [9]  9/2 9/23
78/7 91/16 127/19
128/5 140/15 162/7
167/16
woman [13]  18/2 40/9
82/9 82/14 82/15 82/17
82/18 82/19 82/25 83/2
83/3 83/20 83/21
wonderful [3]  32/8
52/9 149/5
word [5]  21/9 49/21
101/2 127/9 155/23
words [6]  24/17 73/9
96/1 96/22 98/11 98/13
work [54]  7/4 7/8 7/10
12/19 12/22 13/5 20/19
21/6 21/14 23/2 25/23
29/17 29/25 31/25
36/21 37/4 37/7 38/2
39/3 40/15 40/17 40/17
44/23 44/23 57/18 65/4
69/12 72/11 73/4 89/9
89/10 89/12 89/16
89/19 89/21 90/4 90/15
98/19 98/23 99/3 99/6
100/6 138/23 141/15
157/8 157/15 157/15
157/20 159/4 159/7
159/8
worked [6]  12/11 26/1
30/1 41/17 42/25 164/6
workforce [1]  159/18
working [6]  6/19 34/15
43/5 91/10 133/11
133/18
workload [1]  32/23
workplace [14]  14/9
14/23 15/3 16/2 16/17
16/23 17/2 17/5 17/11
17/20 82/10 82/16 84/8
163/15
workplaces [2]  22/16
22/16
works [1]  132/14
world [2]  35/3 159/7
worried [1]  19/10
would [166]  7/4 7/17
9/21 9/23 10/23 13/7
13/11 15/2 16/2 16/16
16/25 17/1 17/4 17/10
17/15 17/19 18/4 18/6
18/7 18/8 18/9 19/11
20/5 20/8 23/12 23/15
23/16 24/14 25/10
29/20 31/9 31/10 31/22
33/3 33/6 34/15 34/17
35/10 35/10 40/18
43/14 47/3 48/1 48/1
48/7 48/7 48/10 50/23
51/15 51/15 53/17 54/1
54/2 54/5 57/1 57/9
57/23 60/19 61/9 62/2
63/12 63/17 63/17
63/22 65/9 65/21 66/10
67/21 73/16 74/25
75/21 79/2 83/4 85/15
85/23 86/17 87/21

## W

would... **[89]** 88/22
88/24 90/21 90/22
92/24 93/2 93/19 93/19
93/21 93/23 93/24 94/6
97/14 98/5 98/12 99/2
100/5 101/11 104/23
105/3 109/6 110/7
113/3 113/6 113/11
114/10 115/5 115/16
116/15 121/7 121/14
121/15 121/23 122/9
122/16 122/22 122/23
122/25 123/6 123/7
123/8 124/7 124/17
124/19 125/10 125/20
126/5 126/20 126/23
129/1 129/7 129/18
129/20 130/19 131/4
131/4 131/13 131/25
132/6 133/9 133/22
133/24 138/25 139/1
141/22 141/25 142/6
142/12 142/24 143/3
143/5 144/4 150/16
150/21 151/8 151/17
151/17 152/9 152/13
157/14 157/25 158/1
158/5 158/5 160/15
161/17 163/19 164/9
168/12
wouldn't **[2]** 110/7
146/5
wrapping **[1]** 148/23
write **[2]** 108/13 136/13
writer **[1]** 109/12
writes **[2]** 135/24 150/9
writing **[1]** 152/14
written **[3]** 105/12
125/21 140/19
wrong **[1]** 118/22
wrote **[1]** 136/15

## X

XXX **[1]** 168/16

## Y

yeah **[108]** 6/8 6/11
12/14 14/11 15/1 17/3
17/17 19/20 20/8 20/17
21/3 26/25 27/22 29/1
30/13 35/9 41/3 41/3
41/7 42/16 43/13 46/8
47/7 48/22 55/1 55/5
55/11 56/15 60/21
63/14 63/22 65/15
69/10 71/10 72/25
73/19 74/19 78/2 78/6
80/14 81/5 81/7 81/22
82/7 83/16 83/22 84/18
87/4 87/10 87/10 90/23
91/8 92/9 92/15 96/6
96/9 97/8 98/7 102/5
102/11 102/11 104/12
107/24 110/25 115/13
117/13 118/25 120/9
122/20 123/21 124/7
125/16 125/18 126/8
126/13 126/16 126/18

126/22 128/2 128/7
128/23 129/2 129/4
129/7 135/13 139/6
140/25 141/22 141/22
143/22 144/23 145/12
146/14 148/15 156/5
157/2 157/13 158/6
159/11 159/24 160/9
161/25 162/22 162/24
162/25 163/4 163/11
163/19
year **[2]** 7/2 163/24
years **[16]** 7/13 7/14
7/18 7/21 8/16 8/18
8/19 9/19 28/22 28/23
29/20 37/19 68/7 68/12
68/16 159/18
yes **[93]** 5/22 6/2 6/21
7/6 7/15 7/17 7/19 7/25
8/8 9/5 9/11 10/9 10/14
10/20 11/7 11/14 11/17
12/21 13/20 13/22
14/25 16/19 17/1 17/18
18/11 18/14 18/21 23/3
23/11 26/7 29/9 31/8
35/17 40/12 44/12
45/16 46/3 49/5 49/22
50/9 52/24 53/5 53/13
56/6 56/12 61/4 63/9
65/7 65/19 65/19 67/18
68/6 68/17 69/13 70/9
74/9 75/15 81/10 81/13
82/1 83/17 84/15 92/14
93/5 98/13 100/13
101/11 101/16 104/6
104/11 105/7 106/4
107/10 110/15 110/16
110/16 112/2 119/16
119/22 125/3 127/13
130/4 130/25 132/22
141/24 142/2 146/20
147/22 149/4 149/23
153/11 161/23 163/17
yet **[4]** 51/25 62/17
107/3 110/9
you **[852]**
you'd **[2]** 108/4 112/10
you'll **[1]** 53/2
you're **[40]** 6/19 16/10
19/22 23/4 24/7 29/2
38/22 39/11 40/22
42/14 49/16 50/11
50/24 58/25 60/25
63/10 73/25 74/1 75/6
88/16 88/21 89/23 91/5
96/20 98/20 104/24
111/3 112/18 112/20
114/7 118/25 119/2
127/14 127/19 127/20
136/23 150/4 156/25
157/3 160/11
you've **[17]** 9/21 19/1
45/17 48/17 52/6 58/21
69/24 71/21 73/20
99/11 102/18 120/11
125/19 135/5 145/9
147/25 149/15
young **[2]** 40/9 77/20
your **[152]** 5/10 5/11

5/18 6/5 7/22 6/22
7/22 7/23 8/14 9/9 9/12
9/19 9/20 10/6 10/12
11/9 11/15 11/25 12/10
12/17 14/9 14/12 15/14
18/25 20/5 21/23 22/7
24/9 24/10 24/11 24/13
24/14 24/23 28/20 29/6
29/10 30/22 31/2 31/16
31/17 35/11 35/19 36/5
37/5 39/13 41/12 41/18
44/2 44/2 46/10 48/1
48/2 50/11 51/23 52/18
53/20 54/17 55/12
56/23 57/14 57/14
59/20 64/15 64/16 65/5
65/9 65/9 66/3 67/16
67/22 68/20 69/23 70/4
71/3 73/4 73/21 73/21
74/5 74/7 74/23 74/24
75/1 78/9 78/13 78/22
84/13 86/5 86/25 87/2
89/4 89/19 89/21 90/4
92/8 93/21 94/3 95/22
96/25 97/1 97/12 98/16
99/8 99/17 99/21 100/6
108/6 110/3 110/21
112/9 115/22 118/6
118/7 118/16 119/17
124/5 124/9 125/20
127/8 127/14 128/15
128/15 135/19 136/3
136/16 136/23 137/2
137/12 137/16 140/5
141/10 141/21 142/7
143/6 143/7 143/7
143/14 146/16 147/3
148/1 151/4 151/12
151/16 152/19 152/20
154/12 161/20 161/21
163/6 163/14 164/21
168/13 168/21
yourself **[5]** 6/20 34/23
127/8 149/20 157/12
yourselves **[1]** 74/2

## Z

Zoom **[2]** 1/17 10/4