| | |
|---|---|
| **From:** | Sullivan, Sean |
| **To:** | Barley, Carolyn; Jackson, Mike |
| **Subject:** | Re: Touching Base |
| **Date:** | Friday, August 7, 2020 11:32:25 AM |

Carolyn:

It cannot be the case that an employee is non-responsive to their manager.

Mike and I are meeting this afternoon to discuss, we have some ideas and ways to address and manage and just need time to put our heads together. Will circle back with you later.

**Sean T. Sullivan, SHRM-SCP | Chief Human Resources Officer**
Society for Human Resource Management
1800 Duke Street | Alexandria, VA 22314 USA
Sean.Sullivan@shrm.org | +1.703.535.6208
shrm.org

---

**From:** "Barley, Carolyn" <Carolyn.Barley@shrm.org>
**Date:** Friday, August 7, 2020 at 10:49 AM
**To:** "Sullivan, Sean" <Sean.Sullivan@shrm.org>, "Jackson, Mike" <Mike.Jackson@shrm.org>
**Subject:** RE: Touching Base

Hi Sean and Mike –

I do want to circle back on this after giving it some more thought. I think you are both aware of how things were before Ruby was OOO this past week and a half. Since the July 20 meeting between Mike, Jeanne and the ISD team, Ruby has cancelled her meetings with me and the team right before they have been scheduled to happen. She had not responded to any team emails either. The only real contact we had was her reaching out on Slack on July 27 requesting leave for July 29 – August 7. She did follow up with a team email on July 28 giving a project update but no indication of timeline. She also recused herself from the PMQ project with strong statements to Nick about why.

I do not expect Ruby to return my call or email regarding the team update given the behavior before her leave. I'm even more challenged given that she reached out directly to you, Sean today rather than return my call or email. I'm growing more and more concerned about the work. Her projects are now 3 weeks behind with her unexpected leave and actions the week prior.

What is expected of me Monday if Ruby won't return my call or email?

Thank you,
Carolyn

EXHIBIT A-18

**CONFIDENTIAL** **SHRM 0788**