CONFIDENTIAL

EXHIBIT A-19

SHRM 0139



**CONFIDENTIAL**

**From:** Ruby Mohamed <Ruby.Mohamed@shrm.org>
**Date:** Friday, August 28, 2020 at 1:15 PM
**To:** Nick Schacht <Nick.Schacht@shrm.org>, "Barley, Carolyn" <Carolyn.Barley@shrm.org>, Jeanne Morris <Jeanne.Morris@shrm.org>
**Cc:** "Sullivan, Sean" <Sean.Sullivan@shrm.org>
**Subject:** RE: Follow up - RE: ISD Operations Report

Hello,

As we are approaching the deadlines discussed below, I wanted to follow up and bring you up to speed on the current status of my projects.

**Digital HR** – I've implemented the requested revisions for the program and delivered the final version. Currently the program is undergoing the editor review.

- August 27 – I shared the finalized version of the program with the editor and management.

Outstanding work
- Editor feedback – I will implement the editor feedback once received (the editor confirmed that their feedback will be provided by 9/3.)
- Remaining materials – I will work on finishing out the remaining materials for the program (participant guide, virtual layouts, etc.)
- Link to access the program materials delivered: https://shrmad-my.sharepoint.com/:p:/g/personal/ruby_mohamed_shrm_org/ESZvx8MbdsVNiLH9Awg-xxUBMAhPsX7Ij7MRFf2zbv62ZQ?e=Cpkpp3

**Compliance in HR** – The legal review for the finalized modules is complete. As of today, the vendor still hasn't delivered the agreed upon materials for the last three modules.

- August 24 – I shared with my manager the finalized Alpha draft for the modules we received content for.
- August 25 – The manager advised me to continue to work with the vendor and find creative ways to get the legal information needed. I was also advised to explore a different SME as backup.
- Link to access the program materials delivered: https://shrmad-my.sharepoint.com/:p:/g/personal/ruby_mohamed_shrm_org/Eac4f7SmefRJv9bK18e8XFIBx3yAcs_TLOML5jHqfpNiNw?e=biBFbT

Outstanding work
- Legal review – I will work on implementing the feedback received from legal review.
- Employment laws information for the last three modules –
  - Per management request, I will try to find ways to continue to work with the vendor to get the missing materials.
  - Per management request, I will work with the Knowledge Center to secure a backup SME.

Best regards,
Ruby

**Ruby Mohamed | Senior Instructional Designer**
**Educational Programs | Remote**
Society for Human Resource Management
Ruby.mohamed@shrm.org | +1.703.535.6416
shrm.org

---

**From:** Schacht, Nick <Nick.Schacht@shrm.org>
**Sent:** Friday, August 21, 2020 3:19 PM
**To:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>; Barley, Carolyn <Carolyn.Barley@shrm.org>; Morris, Jeanne <Jeanne.Morris@shrm.org>
**Cc:** Sullivan, Sean <Sean.Sullivan@shrm.org>

**SHRM 0140**

**CONFIDENTIAL**

**Subject:** Re: Follow up - RE: ISD Operations Report

Hello Ruby,

I want to acknowledge that I've received and considered your note (at great length). I've also shared and discussed it with Sean, as HR is actively involved and engaged with the issues you refer to regarding your working relationship with Carolyn. I'll note that SHRM has already invested substantial time and energy into reviewing and addressing this issue, including Bernée's involvement with both of you last week and ongoing discussions.

Regarding your work deadlines, the deadlines that have been set for your current projects are neither unfair nor unrealistic. The deadline for the Digital HR course has been extended multiple times based on your conversations with your manager, and the deadline for the Compliance course has been set for a long time. Neither of these deadlines has been changed without your knowledge or input, and they reflect the current financial and operational plans of the business.

We take the issues you raise about discrimination and retaliation very seriously, and our level of attention is demonstrated through the involvement of Sean and the HR team in reviewing those issues. I will make the point that until this note, you have never raised nor discussed those issues directly with me in recent months. Sean will follow up with you directly on these matters.

Thank you for your note – I wanted you to know that I am indeed paying attention.

Best regards,

**Nick Schacht, SHRM-SCP | Chief Global Development Officer**
+1.703.535.6079 | +1.571.228.6718 M

---

**From:** Ruby Mohamed <Ruby.Mohamed@shrm.org>
**Date:** Wednesday, August 19, 2020 at 8:18 AM
**To:** Nick Schacht <Nick.Schacht@shrm.org>, "Barley, Carolyn" <Carolyn.Barley@shrm.org>, Jeanne Morris <Jeanne.Morris@shrm.org>
**Subject:** Follow up - RE: ISD Operations Report

Hi Nick,
I am following up on my email from Friday. Over the weekend, I spent a lot of time reflecting on our email exchange below and how it fit into the events that have been taking place over the past couple of months.

As an employee who has been with the organization for almost five years and with a documented history of excellent performance, I am very troubled that I have just now started receiving criticism about my performance and vague complaints about the tone of my conversations with others. As you know, I made a complaint of race discrimination about my manager's treatment of me in early June. I have elaborated on my discrimination complaints and repeated them several times since, including in conversations with you, Jeannie, and Carolyn (not to mention with HR and with SHRM's CEO and CHRO). Almost immediately after Jeanne and Carolyn learned that my discrimination claims have been reported to you and the rest of the division, I started being subjected to hostility, undeserved criticism, increased scrutiny and other forms of retaliation. One of the things I complained about was differential treatment by Carolyn compared to my white peers. I have given lots of examples and am happy to provide them again. Now, just weeks after I made my discrimination complaints, SHRM is setting me up to fail by imposing an inflexible and unrealistic deadline on me while denying me the support I need to successfully complete the project before the deadline. Meanwhile, white colleagues are given support, allowed to delegate tasks to others when necessary to complete deadlines, and are allowed to freely miss or extend similar deadlines.

This retaliation against me and ongoing discrimination goes against SHRM's guiding principles and everything you have been communicating to us about "challenge culture and open conversation". I have spent almost five years going above and beyond to help SHRM move forward, and I sincerely hope that I can continue to be a successful member of our team without further retaliation.

With respect,

Ruby

**Ruby Mohamed | Senior Instructional Designer**
**Educational Programs | Remote**
Society for Human Resource Management
Ruby.mohamed@shrm.org | +1.703.535.6416
shrm.org

**SHRM 0141**

**CONFIDENTIAL**

**From:** Schacht, Nick <Nick.Schacht@shrm.org>
**Sent:** Friday, August 14, 2020 4:30 PM
**To:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>; Barley, Carolyn <Carolyn.Barley@shrm.org>; Morris, Jeanne <Jeanne.Morris@shrm.org>
**Subject:** Re: ISD Operations Report

Thank you, Ruby. Have a wonderful weekend!

Best regards,

**Nick Schacht, SHRM-SCP | Chief Global Development Officer**
+1.703.535.6079 | +1.571.228.6718 M

---

**From:** Ruby Mohamed <Ruby.Mohamed@shrm.org>
**Date:** Friday, August 14, 2020 at 4:24 PM
**To:** Nick Schacht <Nick.Schacht@shrm.org>, "Barley, Carolyn" <Carolyn.Barley@shrm.org>, Jeanne Morris <Jeanne.Morris@shrm.org>
**Subject:** RE: ISD Operations Report

Hi Nick,

Thank you for using this opportunity to provide a teachable lesson, as I am always looking for ways to improve and better myself. It's helpful to know that my second note portrayed a better tone than the first one. I will continue to use and strengthen the later approach in the future and keep communication in mind as we move forward.
Thanks again,
Ruby

**Ruby Mohamed | Senior Instructional Designer**
**Educational Programs | Remote**
Society for Human Resource Management
Ruby.mohamed@shrm.org | +1.703.535.6416
shrm.org

---

**From:** Schacht, Nick <Nick.Schacht@shrm.org>
**Sent:** Friday, August 14, 2020 4:09 PM
**To:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>; Barley, Carolyn <Carolyn.Barley@shrm.org>; Morris, Jeanne <Jeanne.Morris@shrm.org>
**Subject:** Re: ISD Operations Report

Ruby,

Thank you for copying me on these communications and including Carolyn and Jeanne, as we discussed. I appreciate the note you just sent – particularly since I was disappointed in some of your tone and your approach to the dialogue in your previous note.

I am hopeful the situation is on an improving trend, but in the interest of promoting clear and open communication, here are things I would have hoped you would have expressed differently in the original note.

- In your first two paragraphs you present problems without recommending solutions. Simply kicking the problem up to your manager is not complete work – it is far better to present the information and recommend an approach. Your manager can discuss your recommendation with you, and you might decide to proceed differently, but this approach makes the process work better, and more efficiently. Simply saying that you have a problem and asking your manager to solve it for you isn't fully doing the job.
- More concerning to me is your tone in the next two paragraphs. The deadlines for these courses have not been a last-minute surprise – in fact, you've known about them for some time, and your manager has worked with you to extend them in some cases. Hopefully you would have factored the deadlines into your decision to schedule and take a short-notice vacation – but your tone makes it sound as if you expect your manager to schedule your work around your own availability. I'm sure as a Senior Specialist you understand that you have the responsibility for managing your time to meet deadlines.

It's possible that the words you chose did not accurately reflect what you meant to say but it's important to me that you understand how your communications can be received and interpreted by others. How we communicate and how we assume accountability for our job responsibilities are key elements of our culture. I hope that you receive my comments in the spirit of constructive criticism – thank you.

Best regards,

**Nick Schacht, SHRM-SCP | Chief Global Development Officer**
+1.703.535.6079 | +1.571.228.6718 M

**SHRM 0142**

**CONFIDENTIAL**

**From:** Ruby Mohamed <Ruby.Mohamed@shrm.org>
**Date:** Friday, August 14, 2020 at 3:45 PM
**To:** "Barley, Carolyn" <Carolyn.Barley@shrm.org>, Nick Schacht <Nick.Schacht@shrm.org>, Jeanne Morris <Jeanne.Morris@shrm.org>
**Subject:** RE: ISD Operations Report

Happy Friday everyone,

It appears that there is confusion regarding my projects' timeline and status. I understand that we all are juggling multiple projects at a time and it's hard to keep up with all the details, so I am happy to clarify.

Prior to the decision made to make further revisions to the program on July 23rd, the Digital HR program was complete and available on SHRM's store for registration. According to the deadline mention in the ISD report below, the program content was initially delivered on time. Here are the events that prompted the delay of the program:

- By July 8th, we had 0 registrations for the Digital Transformation program that was scheduled for July 28th. This prompt us to push the program's launch from July 28th to October 27 – November 19. The decision to push the program was made on July 9th.
- On July 9th, I presented the final version of the program to leadership and the team after incorporating revisions based on a discussion that Nick and I had. The team and leadership responded positively and confirmed that the program is in a strong shape (see attached follow up email "RE: Digital HR - Revisions Review"). The next step in the process was to send the slides to the editor for review.
- On July 13th, I was informed to hold off sending the final deck to the editor and the instructor until we meet with Deborah Will, the author of Digital HR. (see attached email "Digital HR - editor review")
- On July 23rd , After meeting with Deborah Will, leadership made the decision to assign her as the new instructor for the program, make further revisions to the program based on her feedback, and offer her book as a supplement to the program (see attached email "RE: Digital Transformation" and "RE: Digital HR: A Guide To Technology-Enabled Human Resources")

I hope this information helps clarify any misunderstandings and the current state of the program. I understand the heavy load the team is currently holding and I appreciate you taking that into consideration. It was great that you offered Ann the option to tap in with Sarah Cole if she needs help with her projects after sharing her updates during today's meeting. I was only asking for the same willingness to support to be extended to the every member on the team, rather than negotiating deadlines.

Per your advice, I am going to focus on what is in my control to get these projects out on time. Here is the plan to move forward that I shared with you and the team earlier today during the ISD meeting.

Digital HR – Since the program is already in a solid shape for launch, I will use my best judgment to incorporate parts of the book that would add the most value within the time given to complete the revisions. I will submit the final version by August 31st. Is it Okay to send questions and bounce ideas about parts that I am having trouble to decide on? I am happy to refrain from doing so if it would add additional stress on you and other members on the team.

Compliance in HR – I will continue to reach out to the SME and ask for the remaining content. As a reminder, the SME was supposed to deliver all content for the program by March 2020. I will copy you on all future communication with the SME to keep you in the loop. To help save time, I will work with La Tanya from legal to conduct legal review for the finalized sections as I wait to receive additional content from the SME.

If you have any questions or recommendations, please share. I am happy to adapt and adjust in any way to help us achieve the business needs.

Thank you and have a great weekend.
Ruby


**Ruby Mohamed | Senior Instructional Designer**
**Educational Programs | Remote**
Society for Human Resource Management
Ruby.mohamed@shrm.org| +1.703.535.6416
shrm.org

**From:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Sent:** Thursday, August 13, 2020 6:02 PM
**To:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>; Schacht, Nick <Nick.Schacht@shrm.org>; Morris, Jeanne <Jeanne.Morris@shrm.org>
**Subject:** RE: ISD Operations Report

Good Afternoon, Ruby,

Thank you for outlining your concerns and offering suggestions for how the ISD team can collectively meet its deadlines.

It is my expectation that as a Senior Instructional Designer and vital member of the team, you will step up to help us meet our goals and business

**SHRM 0143**

**CONFIDENTIAL**

needs. We are all currently carrying a heavy load, so I cannot in good conscience delegate any portion of the programs you are currently working on to your teammates.

As discussed during our meeting on July 21, the leadership team trusts your judgment to make the decisions regarding the edits that should be incorporated in the Digital HR program. As a reminder, the original deadline for this program was the end of April with an approved extension until the end of May. With regards to the Compliance program, your assurance that the program was on track for completion as scheduled formed the basis for my approval of your request for leave. Accordingly, the August 31 deadline for both projects is non-negotiable.

Best –
Carolyn

**Carolyn Barley | Manager, Instructional Design**
**Education Programs | Losey 4W04**
Society for Human Resource Management
Carolyn.Barley@shrm.org | +1.703.535.6213 | +1.717.940.5487 M

---

**From:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Sent:** Wednesday, August 12, 2020 9:45 AM
**To:** Schacht, Nick <Nick.Schacht@shrm.org>; Morris, Jeanne <Jeanne.Morris@shrm.org>
**Cc:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Subject:** FW: ISD Operations Report

Hi all,
In efforts of full transparency and collaboration, I wanted to bring you up to speed on my projects and the conversation that Carolyn and I are having regarding next steps.
Best regards,
Ruby

**Ruby Mohamed | Senior Instructional Designer**
**Educational Programs | Remote**
Society for Human Resource Management
Ruby.mohamed@shrm.org | +1.703.535.6416
shrm.org

---

**From:** Mohamed, Ruby
**Sent:** Wednesday, August 12, 2020 8:50 AM
**To:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Subject:** RE: ISD Operations Report

Hi Carolyn,
Thank you for your response. I have a couple of questions/clarifications to ensure that we are on the same page.

As for Digital HR, the 10% is referring to the book content that will be used verbatim. However, the SME has identified well over 10% of the book to be used. My understanding was to restructure the additional content from the book after reaching that 10%. My question is, should I only focus on 10% of the content the SME identified to include and ignore the rest? If so, it would be very helpful if you can take a look at the SME's feedback and identify which parts should be included and which parts should be left out. I've attached the syllabus that was previously shared where the SME identified sections to include for your reference.

As for the Compliance program, any advice on what should I do in the case of the SME not providing sufficient information, and not responding or returning the work on time? As you and I both know, the SME has an established record of these behaviors that we have struggled with in the past and caused the program deadline to be pushed several times. Currently, I still haven't received content from the SME for the last three modules of the program, even though I have asked twice so far.

Finally, it's apparent from your email that the end of the month deadline for both projects is very urgent, so I invite you to work with me to ensure that these deadlines are met. For example, I am open to delegating parts of the either programs to you or others to finalize as I simultaneously work on the rest of the content. Any ideas that can help us reach the deadline for both programs? All ideas and collaboration efforts are greatly appreciated.

It's important to note that I took my first long vacation in 2020 and was out of the office in August for a week and a half. Please keep that in mind as you are assessing and setting deadlines for my projects.

If you have any questions, please let me know.

Many thanks,

**SHRM 0144**

**CONFIDENTIAL**

Ruby

**Ruby Mohamed | Senior Instructional Designer**
**Educational Programs | Remote**
Society for Human Resource Management
Ruby.mohamed@shrm.org | +1.703.535.6416
shrm.org

---

**From:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Sent:** Wednesday, August 12, 2020 8:07 AM
**To:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Subject:** RE: ISD Operations Report

Ruby –
I appreciate the updates. Both programs to be finished by the end of the month, August 31.

For Digital HR, the changes to incorporate information from Deborah Waddill were not going to exceed 10%. I imagine we should be close to compete.
For the Compliance program, it needs to be ready to go by the end of the month.

Best -
Carolyn

**Carolyn Barley | Manager, Instructional Design**
**Education Programs | Losey 4W04**
Society for Human Resource Management
Carolyn.Barley@shrm.org | +1.703.535.6213 | +1.717.940.5487 M

---

**From:** Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Sent:** Tuesday, August 11, 2020 7:49 AM
**To:** Barley, Carolyn <Carolyn.Barley@shrm.org>; Godmere, Ann <Ann.Godmere@shrm.org>; Mills, Carrie <carrie.mills@shrm.org>
**Subject:** RE: ISD Operations Report

Good morning,

For Digital HR, the target completion date mentioned below, July 2020, was set prior to management's decision to incorporate Deborah Waddill's book, Digital HR, with the program. The completion date below should be adjusted accordingly.
As for the Compliance program, we are still on target to have the deck ready for legal review by the end of August.

Please keep in mind that both programs rely heavily on the SMEs' availability and response time. Just factors to consider that might impact our ability to make the deadlines.

If you have any questions, please let me know.
Ruby

**Ruby Mohamed | Senior Instructional Designer**
**Educational Programs | Remote**
Society for Human Resource Management
Ruby.mohamed@shrm.org | +1.703.535.6416
shrm.org

---

**From:** Barley, Carolyn <Carolyn.Barley@shrm.org>
**Sent:** Monday, August 10, 2020 1:13 PM
**To:** Godmere, Ann <Ann.Godmere@shrm.org>; Mills, Carrie <carrie.mills@shrm.org>; Mohamed, Ruby <Ruby.Mohamed@shrm.org>
**Subject:** FW: ISD Operations Report

Hi Team –
August is well underway. The dashboard below had timelines for each program provided by each of you.

Please provide me a more specific update on currently active programs. Specifically, what date will be they complete?
- PMQ New Content areas – Carrie, I'm good on this one.
- Elevating Performance

**SHRM 0145**

**CONFIDENTIAL**

- Digital HR
- Leading a Future Focused People Strategy
- Compliance and HR Law

Many thanks,
Carolyn

**Carolyn Barley | Manager, Instructional Design**
**Education Programs | Losey 4W04**
Society for Human Resource Management
Carolyn.Barley@shrm.org | +1.703.535.6213 | +1.717.940.5487 M

---

**From:** Barley, Carolyn
**Sent:** Thursday, July 16, 2020 7:13 PM
**To:** Schacht, Nick <Nick.Schacht@shrm.org>; Alonso, Alexander <Alexander.Alonso@shrm.org>; Morris, Jeanne <Jeanne.Morris@shrm.org>; Woolever, Nancy <Nancy.Woolever@shrm.org>; Lacey, Elizabeth <Liz.Lacey@shrm.org>; Davis, Susie <Susie.Davis@shrm.org>; SaraBeth Davis <Sarabeth.Davis@shrm.org>; Hawa, Samantha <Samantha.Hawa@shrm.org>; White, Scott <Scott.White@shrm.org>; Evans, Melissa <Melissa.Evans@shrm.org>; Almeida, Marcelo <marcelo.almeida@shrm.org>
**Cc:** Godmere, Ann <Ann.Godmere@shrm.org>; Mohamed, Ruby <Ruby.Mohamed@shrm.org>; Thompson, Ebony <Ebony.Thompson@shrm.org>; Mills, Carrie <carrie.mills@shrm.org>
**Subject:** ISD Operations Report

Hi Everyone –

The ISD operations report will now be communicated on a quarterly basis. Overall, we are aligning with the direction of our research, editorial and communication departments. In line with creating a more "one-stop shop" as indicated in communication strategy shared by Tina, we are proposing a new product line providing shorter durations of content in a self-paced delivery method. We are also continually watching the marketing personas evolve to identify and fill gaps in the curriculum.

Below you will find three categories for more information about what is currently happening and what is coming:
- Content Dashboard
- Evaluation Summary
- Proposed New Product/Delivery Method

In addition to these major projects, the ISD team continues to support a variety of cross-functional projects including a Tiger team representative, podcast interviews, marketing product bundling, remote procturing communications and more. The ISD team is also meeting regularly with the Enterprise team to provide updates on program availability as well as new content area walk-throughs.

Please let me know what questions or comments on the information provided here as well as your thoughts on this new format and cadence.

Many thanks,
Carolyn

**Content Dashboard:**

| Topic Area | Lead Designer | Target Completion |
|---|---|---|
| PMQ Project | Team with SweetRush | 1st Week of August 2020 |
| PMQ -New Content Areas<br>- Workplace Bias<br>- Social Justice | Carolyn | TBD<br>Proposal coming from SweetRush week of July 20 |
| Elevating Performance | Ann Godmere | September 2020 |
| Succession Planning: People-Centric Workforce Strategies | Ebony Thompson | August 2020 |
| Digital Transformation: Cultivating Elastic HR | Ruby Mohamed | July 2020 |
| Leading a Future-Focused People Strategy (replace Strategic HR) | Carrie Mills | August 2020 |
| Employment and Compliance Law Program | Ruby Mohamed | August 2020 |
| Specialty Credential: Leading Internal Investigations | Ruby Mohamed and Carrie Mills | Late November 2020<br>*Assessment will be later |
| Mastering the HR Generalist | Ann Godmere | August 2020 |
| HR for Small Business<br>*need to do further analysis if this is a program or a specialty credential opportunity | TBD | TBD |
| Updating existing Specialty Credentials<br>- CA HR Law<br>- Talent Acquisition | TBD<br>(instructor support may allow Talent to be updated sooner) | Specialty Credentials begin expiring April 2021 |

**SHRM 0146**

**CONFIDENTIAL**

| Workplace Planning | Ebony Thompson | December 2020 |
|---|---|---|
| HR Business Partners: Enhancing Your Strategic Contributions | TBD | Early 2021 |

**Evaluation Summary:**
Year over year virtual scores have improved from 82 to 89 based on design improvements made to user experience.

**New Product Lines/Development**
Discussions around a new product line focused on snackable content. The goal here is to convert and leverage existing content to Rise and expand beyond our current in-person and live virtual for core content. Eventually, this could result in a robust HR academy of sorts with content broken into shorter, self-paced pieces. Initial topic areas include:
- Business Acumen content areas
- Foundations of Compensation
- Elevating Performance
- SHRM Essentials (2021 discussions in conjunction with Holmes contract)

Market research data has proven a high interest in a Leading Internal Investigations Specialty Credential. We have the majority of content for this, but will add a module on leading remote investigations as well as review and update all existing content and building an assessment.

**Carolyn Barley | Manager, Instructional Design**
**Education Programs | Losey 4W04**
Society for Human Resource Management
Carolyn.Barley@shrm.org | +1.703.535.6213 | +1.717.940.5487 M

SHRM 0147