| | |
|---|---|
| **From:** | Barley, Carolyn |
| **To:** | Schacht, Nick; Morris, Jeanne; Long, Bernée E.; Jackson, Mike |
| **Subject:** | Conversation Documentation |
| **Date:** | Tuesday, August 25, 2020 11:36:00 AM |
| **Attachments:** | image003.png |

EXHIBIT A-20

Hi Nick, Jeanne, Mike and Bernée –

I just had a one on one check in with Ruby on her projects. Per Nick's advice, he suggested I share my documentation of the meeting. Ruby has 2 projects with deadlines of August 31. I've included Bernée since Mike is OOO. The whole meeting lasted about 10 minutes.

> I opened the meeting saying that I don't have any updates to share but I wanted to keep the meeting so she could provide project updates.
>
> Ruby jumped in immediately and said well is there an update to the deadlines given the emails and correspondences? I said I don't have any updates to the deadlines. She said so you mean that the deadlines are still 8/31? I said yes. She then got very snarky and ranting about she's told me that she shouldn't be held accountable for the vendor not doing his work. She saw my note about interviewing him but how can she know HR law and the legal implications to document. She needs the SME. She got even more of a tone saying you should know all this, you're a designer. (she went on for a bit). I said first, Ruby, could you please change your tone. Let's talk and focus on solutions. She snapped back that she didn't know she had a tone. I said no problem, I'm asking you to be aware so we can focus this conversation on updates and solutions. I questioned why we were waiting on Lou for documentation. I was just copied on a note last week while I was out asking him for content. I told her I was confused and that we shifted the roles so we wouldn't be waiting on Lou. I used Digital HR as an example – you would get the info from Deborah or any other SME from conversations or emails without waiting on documentation. She then said yes of course (again with tone). And that's what I emailed you . That's exactly how I was doing it with Lou for the first two modules. He gave me documentation and I made the modules. But for the last 3 he has stopped sending documentation. I said ok, now I'm confused, are you waiting on documentation or not. I would interview Lou to fill in gaps of how you are designing the program and ask him to review. I wouldn't wait for documentation. She then said so do you have any other updates for me regarding deadlines. I said Ruby are you asking me to change it? She said no, that's not what I'm saying. I just want to know if you have any updates on the deadlines for me. I said I don't have any updates right now. I was looking for updates from you to help brainstorm solutions so you can keep your projects on track. She said she will just respond to my emails. She has communicated everything she needs to in emails. She then said thank you and hung up.

She has since responded to emails and is again asking Lou for a timing update which is putting the burden of documentation on him. She is going to reach out to Amber for other resources as well. I am going to respond to her noting Amber's last name and help her link up with the knowledge center. I'm also going to remind Ruby she could interview Lou rather than ask for documentation in alignment with how we shifted roles earlier this summer.

**CONFIDENTIAL**                                                                                                                    SHRM 0714

Please let me know if anyone would like to discuss,
Thank you,
Carolyn

**Carolyn Barley | Manager, Instructional Design**
**Education Programs | Losey 4W04**
Society for Human Resource Management
Carolyn.Barley@shrm.org | +1.703.535.6213 | +1.717.940.5487 M



CONFIDENTIAL

SHRM 0715