UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01625-GPG-KAS

REHAB MOHAMED,

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

## JOINT UPDATE

Pursuant to the Court's September 18, 2025 Order (Dkt. 103), Plaintiff Rehab Mohamed and Defendant Society for Human Resource Management (collectively "the Parties") provide the following update to the Court as to outstanding issues needful of resolution and the possibility of settlement of this matter.

### I. Outstanding Issues Needful of Resolution

1. <u>Pending Motions.</u> Defendant intends to file both a motion in limine and a motion to bifurcate. Both motions are opposed and Plaintiff will respond accordingly.

2. <u>Defendant's May Call Witnesses</u>.

<u>Plaintiff's Statement</u>: Counsel for Plaintiff has asked whether Defendant intends to call the out-of-state witnesses on its may call list, i.e., Mike Jackson, Keren Maldonado, and Sean Sullivan, as this will impact Plaintiff's final witness list, whether or not she will make deposition designations, and if measures are necessary to subpoena these individuals. Defendant has neither provided the information nor an estimate of when it

will do so. Plaintiff will continue to attempt to confer with Defendant on this point.

Defendant's Statement:  As counsel for Defendant has informed Plaintiff's counsel, some of Defendant's witnesses have conflicts at certain points during the week of trial. Accordingly, on September 15, 2025, counsel for Defendant emailed Plaintiff's counsel asking that it provide their most up-to-date list of witness, including the order that they intend to call such witnesses to ensure that they are available and present for trial. On September 19, 2025, Plaintiff's counsel stated that they would try their best to get us the requested information the following week. Since that time, Plaintiff's counsel has not provided any indication of who they plan to call as witnesses or the order in which they intend to call them.

       3.      Availability of Defendant's Will Call Witnesses.

Plaintiff's Statement: Counsel for Defendant has stated that some of its witnesses have conflicts at certain points during the week of trial. Counsel has requested Plaintiff's most up-to-date witness list in order to ensure that all of the witnesses are available and present at trial. Plaintiff initially offered to provide a draft list but doing so is difficult without first knowing if Defendant intends to call the out-of-state witnesses who are on its may call list. In the alternative, counsel for Plaintiff has requested the conflicts for each of Defendant's will call witnesses; Defendant has neither provided the information nor an estimate of when it will do so. Plaintiff will continue to attempt to confer with Defendant on this point.

Defendant's Statement: Apart from a single email, Plaintiff's counsel has made no effort to confer with counsel for Defendant to resolve this matter before bringing it to the

Court's attention. Indeed, and as stated above, Plaintiff's counsel indicated that it would be providing an updated witnesses list, which counsel for Defendant have yet to receive.

## II. Possibility of Settlement

The Parties have scheduled a private mediation for October 6, 2025.

Lowrey Parady Lebsack, LLC

*s/Ariel B. DeFazio*
Ariel B. DeFazio
1490 Lafayette Street, Suite 304
Denver, CO 80218
Phone: (303) 593-2595
Fax: (303) 502-9119
ariel@lowrey-parady.com

Swain Law, LLC

*s/Hunter A. Swain*
Hunter A. Swain
1490 Lafayette Street, Suite 303
Denver, CO 80218
Phone: (720) 815-5281
hunter@swainemploymentlaw.com
*Attorneys for Plaintiff*

Littler Mendelson P.C.

*s/Tanja L. Darrow*
Tanja L. Darrow
633 West 5th Street, 63rd Floor
Los Angeles, CA 90071
Phone: (213) 443-4300
Fax: (213) 443-4299
tdarrow@littler.com

Virginia LeeAnn Woodfork
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Phone: (303) 362-2880
Fax: (303) 629-0200
vwoodford@littler.com
*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

I certify that on September 26, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Tanja Darrow
tdarrow@littler.com

Virginia L. Woodfork
vwoodfork@littler.com

*Attorneys for Defendant SHRM*

                                                                s/Ariel B. DeFazio
                                                                Ariel B. DeFazio