IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Case No.: <u>1:22-cv-01625-GPG-KAS</u>                    Date: <u>October 10, 2025</u>

Case Title: <u>Rehab Mohamed v. Society for Human Resource Management</u>

**<u>DEFENDANT SOCIETY FOR HUMAN RESOURCE MANAGEMENT'S FINAL WITNESS LIST</u>**

| WITNESS & DATE (MAY / WILL) | Direct | Cross | Total |
|---|---|---|---|
| Carolyn Barley (Will) | 3 Hrs | 1 Hr | |
| Jeanne Morris (Will) | 1 Hrs | 0.5 Hr | |
| Nick Schacht (Will) | 1 Hrs | 0.5 Hr | |
| Liz Lacey (Will) | 2 Hrs | 1 Hr | |
| Rehab Mohamed (Will) | 1.5 Hr | 4 Hrs | |
| Mike Jackson (May) | 2 Hrs | 1.5 Hr | |
| Bernée Long (May) | 2 Hrs | 0.5 Hr | |
| Ann Godmere (May) | 1.5 Hrs | 1 Hr | |
| Keren Maldonado (May) | 1 Hrs | 0.5 Hr | |

4909-0124-5807 / 122983.1001

Dated: October 10, 2025

        *s/ Virginia L. Woodfork*
        Virginia L. Woodfork
        LITTLER MENDELSON, P.C.
        1900 Sixteenth Street, Suite 800
        Denver, CO  80202
        Telephone: 303.362.2824
        Facsimile:  303.629.0200
        Email: vwoodfork@littler.com

        Tanja Darrow
        LITTLER MENDELSON, P.C.
        633 West Fifth Street, 63rd Floor
        Los Angeles, CA 90071
        Telephone: 213.443.4300
        Facsimile:   213.443.4299
        Email: tdarrow@littler.com

        ***Attorneys for Defendant***

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October 2025, a true and correct copy of the foregoing **DEFENDANT SOCIETY FOR HUMAN RESOURCE MANAGEMENT'S FINAL WITNESS LIST** was filed by CM/ECF and was served on the following parties:

Ariel Beryl DeFazio
Lowrey Parady Lebsack LLC
1490 Lafayette Street, Suite 304
Denver, CO 80218
Tel: 303-593-2595
ariel@lowrey-parady.com

Hunter Anthony Swain
Swain Law LLC
1490 North Lafayette Street, Suite 303
Denver, CO 80218
Tel: 720-815-5281
hunter@swainemploymentlaw.com

*Attorneys for Plaintiff*

Robert Allen Lees
Robert A. Lees & Associates
5655 South Yosemite Street, Suite 350
Greenwood Village, CO 80111
Tel: 303-292-1020
ral@robertalees.com

*Attorney for Interested Party*

          *s/Elisabeth L. Egan*
          Elisabeth L. Egan

4909-0124-5807 / 122983.1001