IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Case No.: <u>1:22-cv-01625-GPG-KAS</u>                                    Date: <u>October 10, 2025</u>

Case Title: <u>REHAB MOHAMED vs. SOCIETY FOR HUMAN RESOURCE MANAGEMENT</u>

**PLAINTIFF'S FINAL WITNESS LIST**

| WITNESS & DATE (MAY / WILL) | Direct | Cross | Total |
|---|---|---|---|
| Carolyn Barley (MAY) | 2 hrs | 3 hrs | 5 hrs |
| Mike Jackson (MAY) | 2 hrs | 2 hrs | 4 hrs |
| Keren Maldonado (MAY) | 1 hr | 1 hr | 2 hrs |
| Carrie Mills (MAY) | 1.5 hrs | 2 hrs | 3.5 hrs |
| Ruby Mohamed (WILL) | 4 hrs | 4 hrs | 8 hrs |
| Jeanne Morris (MAY) | 1.5 hrs | 1 hr | 2.5 hrs |
| Nick Schacht (MAY) | 1.5 hrs | 1 hr | 2.5 hrs |
| Sean Sullivan (MAY) (by deposition) | 1 hr | 1 hr | 2 hrs |

## CERTIFICATE OF SERVICE

      I certify that on October 10, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Tanja Darrow
tdarrow@littler.com

Virginia L. Woodfork
vwoodfork@littler.com

*Attorneys for Defendant SHRM*

                                        s/Ariel B. DeFazio
                                        Ariel B. DeFazio