UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01625-GPG-KAS

REHAB MOHAMED,

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

## PLAINTIFF'S PROPOSED VOIR DIRE

Plaintiff proposes the following voir dire questions for the Court.

1. If an employee brings up a concern at work, how do you think an employer should respond?

2. What do you think is the role of Human Resources employees in responding to an employee's concerns?

3. Have you, a close friend, or relative ever been retaliated against for bringing up a concern at work? If so, what happened?

4. Have you ever been a supervisor or manager? If so, has anyone who you supervised or managed ever made a complaint about you? What happened?

5. Have you ever been in a situation at work where you felt that you were being discriminated against? If so, what happened?

6. Have you, a close friend, or relative ever been accused of discriminating against anyone? If so, what happened?

7. Do you know anybody who has experienced any type of discrimination? If so, please tell us about that situation.

Dated: October 10, 2025.

*s/Hunter A. Swain*
Hunter A. Swain
SWAIN LAW, LLC
1490 N. Lafayette St., Ste. 303
Denver, CO 80218
(720) 815-5281

*s/Ariel B. DeFazio*
Ariel B. DeFazio
LOWREY, PARADY, LEBSACK, LLC
1490 N. Lafayette St., Ste. 304
Denver, CO 80218
(303) 293-2595

*Attorneys for Plaintiff Rehab Mohamed*

## CERTIFICATE OF SERVICE

      I certify that on October 10, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Tanja Darrow
tdarrow@littler.com

Virginia L. Woodfork
vwoodfork@littler.com

*Attorneys for Defendant SHRM*

                                  s/Ariel B. DeFazio
                                Ariel B. DeFazio