IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01625-GPG-SKC

REHAB MOHAMED,

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

## ENTRY OF APPEARANCE

Please take notice that Julian G.G. Wolfson, of the law firm Littler Mendelson, P.C., enters his appearance on behalf of Defendant Society for Human Resource Management. Mr. Wolfson certifies that he is a member in good standing of the bar of this Court.

Respectfully submitted this 16th day of October, 2025.

    *s/Julian G.G. Wolfson*
    Julian G.G. Wolfson
    Littler Mendelson, P.C.
    1900 Sixteenth Street, Suite 800
    Denver, CO  80202
    Telephone: 303.362.2824
    Fax: 303.629.0200
    Email: jwolfson@littler.com

    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2025, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed by CM/ECF and was served on the following parties:

Ariel Beryl DeFazio
Lowrey Parady Lebsack LLC
1490 Lafayette Street, Suite 304
Denver, CO 80218
Phone: 303-593-2595
Fax: 303-502-9119
ariel@lowrey-parady.com

Hunter Anthony Swain
Swain Law LLC
1490 North Lafayette Street, Suite 303
Denver, CO 80218
Phone: 720-815-5281
hunter@swainemploymentlaw.com

*Attorneys for Plaintiff*

Robert Allen Lees
Robert A. Lees & Associates
5655 South Yosemite Street, Suite 350
Greenwood Village, CO 80111
Phone: 303-292-1020
ral@robertalees.com

*Attorney for Interested Party*

                              *s/ Patricia Perez*
                              Patricia Perez, Legal Assistant

122983-1001