IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Date:                     October 17, 2025
Courtroom Deputy:         Donald L. Clement
Court Reporter:           Megan Strawn

Civil Action No. **22-cv-01625-GPG-KAS**          Counsel:

REHAB MOHAMED,                                    Ariel Beryl DeFazio
                                                  Hunter Anthony Swain

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE                        Tanja L. Darrow
MANAGEMENT,                                       Virginia LeeAnn Woodfork
                                                  Nicholas Hankins
                                                  Julian G. G. Wolfson

    Defendant.

## COURTROOM MINUTES

**Video Final Trial Preparation Conference**

**9:05 a.m.        Court in session.**

Court calls case. Appearances of counsel.

Opening remarks by the Court.

Discussion held regarding direction of case, courtroom location, setting concerns, opening statements, stipulations of facts, witness lists, trial length, exhibit lists, voir dire, pending motions, jury instructions, jury questionnaires, the Court's practice standards, and tech training prior to the jury trial.

The Court reserves five (5) days for trial. Each side shall have 30 minutes for voir dire, 30 minutes for opening statements and 60 minutes for closing arguments.

Mr. Swain orally makes motion for witnesses to appear remotely. Defendants have no objection.

Ms. Darrow orally makes a motion for a gag order pertaining to communication with the press.

**ORDERED:** Court **DENIES** request for a gag order.

**ORDERED:** Court **GRANTS** oral motion to allow witnesses to appear virtually by VTC.

**ORDERED:** Court authorizes late designation of depositions testimony.

**ORDERED:** First Motion in Limine [D. 105] is **DENIED WITHOUT PREJUDICE** with the ability to readdress those things at an appropriate time during trial.

**ORDERED:** Motion to Bifurcate Punitive Damages Claim [D. 106] is **DENIED**.

**ORDERED:** Plaintiff is to file a Motion in Limine pertaining to Defendant's Exhibit 115 on or before Monday October 20, 2025, that is not to exceed four (4) pages. Defendant's response shall be submitted on or before October 22, 2025, that is not to exceed four (4) pages.

**ORDERED:** A five-day jury trial is set to commence at 8:00 a.m. on Monday, November 17, 2025, in Courtroom C202 (Denver).

**ORDERED:** On or before October 17, 2025, counsel shall exchange with each other their designation of anticipated deposition and videotaped deposition testimony. Plaintiff's designations shall be highlighted in yellow; Defendant's designations highlighted in blue.

**ORDERED:** On or before October 27, 2025, the parties shall file their counter-designations and objections regarding deposition designations.

**ORDERED:** On or before November 3, 2025, parties shall submit directly to Chambers the transcript of the designated highlighted deposition testimony with the objections highlighted in red and a notation as to the basis for the objection along with a response to such objection.

**ORDERED:** On or before November 3, 2025, the parties shall contact Courtroom Deputy Donald Clement at Donald_Clement@cod.uscourts.gov to address any technology questions and arrange a technology training session.

**ORDERED:**    On or before November 10, 2025, the parties shall email to Gallagher_Chambers@cod.uscourts.gov a glossary of any difficult, unusual, scientific or technical words, names, or phrases, along with the spellings of witnesses' names, names of persons or entities that will be referenced and acronyms or abbreviations that may be used in testimony or argument.

**ORDERED:**    On or before November 13, 2025, each side shall submit to chambers, via email, a roster identifying by name and capacity at trial everyone who will be at counsel tables.

**ORDERED:**    On or before November 13, 2025, by 9:00 am, the parties shall submit one USB flash drive and three exhibit notebooks, one containing the original exhibits and two containing copies of the exhibits for the Court.

**ORDERED:**    On the first day of trial, the parties will provide three (3) copies of the glossary to the Courtroom Deputy.

**ORDERED:**    On the first day of trial, each party shall provide the Courtroom Deputy with four (4) paper copies of the final list of its witnesses, which includes an estimate of the time anticipated for each witness's direct and cross-examination.

**9:49 a.m.**    **Court in recess. Hearing concluded.**

Total time in court:  44 minutes