

February 24, 2021

**VIA EMAIL ONLY**: DORA_CCRDIntake@state.co.us
Colorado Civil Rights Division
1560 Broadway, Suite 825
Denver, CO 80202-5143

Re:   Entry of Appearance

**Ruby Mohamed v. Society for Human Resource Management (new charge for filing)**
**Ruby Mohamed v. Johnny C. Taylor Jr. (new charge for filing, individual respondent)**
**Ruby Mohamed v. Sean Sullivan (new charge for filing, individual respondent)**
**Ruby Mohamed v. Nick Schacht (new charge for filing, individual respondent)**
**Ruby Mohamed v. Carolyn Barley (new charge for filing, individual respondent)**
**Ruby Mohamed v. Jeanne Morris (new charge for filing, individual respondent)**
**Ruby Mohamed v. Bernee Long (new charge for filing, individual respondent)**

Dear CCRD,

SWAIN LAW, LLC represents Rehab "Ruby" Mohamed with respect to her charge of discrimination against her former employer, Society for Human Resources Management. Also enclosed are charges against individual respondents Johnny C. Taylor Jr., Sean Sullivan, Nick Schacht, Carolyn Barley, Jeanne Morris, and Bernee Long. Because the DORA offices are currently closed to the public because of the exigent circumstances of the COVID-19 coronavirus pandemic, I am filing Ms. Mohamed's charges of discrimination by email.

Please send me a copy of each charge that is stamped as received and inform me of the charge number assigned to each charge. Please direct all communications to me instead of to Ms. Mohamed. In addition, please contact me as soon as possible with the name of the mediator or investigator assigned to this case.

Lastly, pursuant to the CCRD's updated procedures regarding position statements, upon receipt of Respondents' position statements, please provide a copy to me along with **all non-confidential attachments** provided by Respondents or contact me with a date and time when I may come to the CCRD, review the attachments, and make copies.

Ruby Mohamed v. Society for Human Resource Management et al
Page 2 of 2
February 24, 2021

If you have any questions regarding this matter, please do not hesitate to call me or email me at hunter@swainemploymentlaw.com.

Sincerely,

Hunter A. Swain

Attachments