# Declaration of Carrie Mills

## Background

1. My name is Carrie Mills. I worked for the Society of Human Resource Management (SHRM) as a Senior Instructional Designer from February 24, 2020 until March 5, 2021. Throughout that time, I reported to Carolyn Barley, Instructional Design Manager. Carolyn oversaw other Senior Instructional Designers, who were my peers, including: Rehab (Ruby) Mohamed, Ann Godmere, and Ebony Thompson.

2. I made $90,000 per year as a Senior Instructional Designer with SHRM. I came to the role with four to five years of experience as an instructional designer.

## Carolyn Barley's Different Treatment of Ruby Mohamed

3. I observed Carolyn Barley treat Ruby Mohamed differently than me and my other white co-worker, Ann Godmere, throughout my employment with SHRM.

4. This started even before my employment. During my interview with Carolyn Barley on February 6, 2020, when she was describing the members of the ISD team, she did not present Ruby Mohamed as a peer. Instead, she said that Ruby was a "junior designer" who would be helping me with my designs and that working with Ruby would be a great mentoring opportunity for me. After I started work at SHRM, I learned that Ruby and I were both Senior Instructional Designers.

5. Throughout my employment, Carolyn Barley made comments that disparaged Ruby Mohamed's abilities. For example, Carolyn mentioned that Ruby had only been recently promoted to a Senior Instructional Designer and that she had "a long way to go" with respect to her skills. Carolyn also actively discouraged me from reaching out to Ruby with questions or even building social connections with her since she was a full-time remote employee. Carolyn did not make similar comments about Ann Godmere who was a full-time remote employee located in Florida.

6. When we were all on Teams calls together, Carolyn Barley's tone with Ruby Mohamed was overly aggressive, whereas she was friendly with me and Ann Godmere. During those same Teams calls, Carolyn did not hesitate to direct statements at and ask questions of Ruby that were accusatory and humiliating, for example, implying that Ruby was not completing her work when she was. Carolyn did not make these types of comments to me or Ann.

7. Because Carolyn Barley's and my cubicles were side by side at SHRM's Alexandria, Virginia office, I was able to overhear many of her conversations. I could always tell when Carolyn was having a one-on-one conversation with Ruby Mohamed because Carolyn's tone became short, directive, and condescending. During those calls, she would spend roughly 80% of the call talking at Ruby and asking for answers to various questions. This was very different from my one-on-one interactions with Carolyn where there was a more equitable split of conversation and Carolyn's tone was softer and jovial.

Declaration of Carrie Mills
Page 2

8. During my employment, Carolyn Barley was leading the People Manager Qualification (PMQ) project and assigned a portion of the new content to me to help develop. Part of my development work included convening and leading meetings with other SHRM employees to get their feedback on additional content. Carolyn told me repeatedly that she did not want Ruby Mohamed or Ebony Thompson, another Black Senior Instructional Designer, in these PMQ meetings despite the fact that they could offer input as both Instructional Designers and women of color. Carolyn said "we can find diversity elsewhere" and made a point of recruiting other SHRM employees with no design experience, most of whom were white, to join these meetings instead.

9. During the summer of 2020, I recall that Ruby Mohamed told me that Carolyn Barley had excluded her from one particular meeting about the PMQ project and I told Ruby that I very much wanted her to attend. She did end up joining the meeting. Afterward, I saw Carolyn at the office and she expressed her frustration with the fact that Ruby had attended and participated and she reiterated that she did not want Ruby there because we should not be "sucking up every designer's time for this." However, shortly thereafter, she added Ann Godmere to the panel of people invited to these meetings despite the fact that Ann was also an Instructional Designer.

10. I found Carolyn Barley's scrutiny of Ruby Mohamed to be truly puzzling. I had the opportunity to see Ruby's work and I believe that it was above average for the team. Even so, Carolyn was very critical of Ruby's work and, starting around April 2020, encouraged both me and Ann to review Ruby's draft decks and leave her negative feedback. When Carolyn would follow up with me regarding my thoughts on Ruby's drafts, I would say that I had suggested some changes but that they were not critical or important. In contrast, I found Ann Godmere's work product to be quite poor and yet Carolyn treated her with tremendous deference, held her work up as a standard for others, and never, to my knowledge, critiqued her designs.

11. During the summer of 2020 before SHRM fired Ruby Mohamed, Carolyn Barley would offer up unsolicited comments to me about Ruby while we were in person at the office. This included the fact that Ruby had raised concerns that Carolyn was treating her differently based on Ruby's race. Carolyn was highly offended by this accusation and said, among other things, that she was not capable of being racist because one of her children is biracial. Carolyn was clearly quite distraught about this accusation; she shared that with me and reiterated that she had a biracial child every two to three days for weeks at a time.

## My Expressions of Concern About Race Discrimination

12. I told several people at SHRM that I believed that Carolyn Barley was treating Ruby Mohamed differently because of Ruby's race. Several of these conversations occurred before SHRM fired Ruby.

Declaration of Carrie Mills
Page 3

13. On July 15, 2020, I spoke with Nick Schacht in person. He asked me to share my assessment of the situation with Carolyn Barley and Ruby Mohamed. In response, I said that I believed that Carolyn was acting out of racial bias, and that the average white person in America in general is racist. I expressed concern that Carolyn was making decisions about Ruby based on race and I gave him three to four examples of how Carolyn was treating Ruby differently than me and Ann Godmere. This included the way that Carolyn spoke with Ruby and scrutinized her work product. I also said that I was getting tired of Carolyn using her son's ethnicity as an excuse or explanation for why she could not possibly be racist. After the first example or two, Nick responded by explaining away the differences in treatment. By the third and/or fourth example, he said that he would "continue to coach Carolyn" and he gave me the sense that he would address the issue with Carolyn.

14. At some point after my conversation with Nick Schacht and before Ruby Mohamed was terminated, I met with Jeanne Morris virtually.. Jeanne told me that Nick had suggested that she speak to me about Carolyn Barley. Jeanne expressed some difficulty with accepting that Carolyn was acting out of racist intent and she asked me if things were "that bad under her?" I said that it was difficult reporting to her and shared some of the same examples that I had shared with Nick about how Carolyn treated Ruby differently from me and Ann. Jeanne committed to do something to "make change."

15. At some point in August 2020, Bernée Long asked to meet with me to discuss my understanding of the situation with Ruby Mohamed and Carolyn Barley. I was very candid with her and shared that I did believe that Carolyn was acting out of racist intent. I shared some of the same examples with her that I had shared with Nick Schacht and Jeanne Morris. I also told her that I felt that Carolyn gave Ann Godmere and I considerable leeway with deadlines but that she did not do the same for Ruby. Bernée seemed to recognize that there was an issue and said that she would work to get Carolyn training.

16. Before SHRM fired Ruby Mohamed, Mike Jackson asked to speak with me about Ruby Mohamed's allegations of race discrimination. I shared my same concerns with him that I shared with Nick Schacht, Jeanne Morris, and Bernée Long, i.e., that I believed that Carolyn Barley was acting out of racial bias and that I believed that race was playing a factor in the way that she was treating Ruby.

17. On February 25, 2021, I met with Jeanne Morris to explain why I was leaving SHRM. I told her explicitly that I was leaving because of Carolyn Barley, that I could not do my best work under her and that I could not get past what Carolyn had done to Ruby Mohamed. Jeanne asked me if there were any circumstances under which I would return to SHRM; I responded that I would come back only if Carolyn was fired. I did not say that I was leaving because of SHRM's CEO Johnny Taylor, Jr. During this conversation, Jeanne mentioned that she "regretted" promoting Carolyn to Instructional Design Manager. After providing 2 weeks' notice but prior to this meeting with Jeanne, Carolyn and Jeanne asked me if I would be willing to continue my projects as a paid external consultant. I initially expressed interest in the offer, but in realizing this would keep me in

Declaration of Carrie Mills
Page 4

communication with Carolyn, I informed Jeanne in the February 25, 2021 meeting that I would not pursue this offer because of my desire to be free from Carolyn.

18. At some point before my last day of employment with SHRM, I shared with Mary Cheddie, Division Director East for SHRM, that I believed that Carolyn Barley was racist and that she had pushed Ruby Mohamed out of the organization based on Ruby's race.

19. Around my last day of work in February 2021, I met with a representative of SHRM's Human Resources department named Amy Earl (Title: Associate Specialist, Onboarding and HR Processes) for my exit interview. In my interview, I said that I was leaving, in part because I believed that Carolyn Barley is racist and because of what happened to Ruby Mohamed. Amy replied that SHRM was "aware" and it had "all been reported."

**Target Completion Dates**

20. In the approximately three weeks leading up to Ruby Mohamed's termination, Carolyn Barley began to talk to me about how Ruby was not going to meet her project deadlines. She also shared with me how the workflow might change if Ruby did not meet the deadlines, i.e., that I would be assigned one of Ruby's projects. I found Carolyn's focus on deadlines to be quite odd given that neither me nor Ann Godmere were held to the same standard. Project deadlines were viewed as flexible and were frequently extended by Carolyn for me and Ann.

21. During my interview for the Senior Instructional Design position, Carolyn Barley told me that I would be expected to complete about two projects every year and that an average project would take about six months to complete. This expectation did not change at any point during my employment.

22. "Completion" of a program includes completing the course materials, building a virtual environment in Adobe Connect for a virtual session, and uploading all relevant files to the correct shared folder. There was at least one time when Ann Godmere announced to the team that she had completed a course when she had just finished the course materials but not the virtual environment in Adobe. As far as I am aware, she was not disciplined, coached, or otherwise scrutinized for this.

23. At the very beginning of the project, we would have a kickoff meeting with key stakeholders during which we would come up with a timeline for the completion of the project, including milestones for completion and a target completion deadline. In my experience, I was never held to those deadlines and, to my knowledge, they were never used for capacity tracking purposes.

24. The expectation communicated to me and the rest of the ISD team by Carolyn Barley was that a program should be completed at least two weeks before the program was supposed to go live, but ideally one month prior. It is not accurate to say that the ideal completion for a program was two months prior to implementation. In my experience, an instructor

MOHAMED 017170

Declaration of Carrie Mills
Page 5

    did not use one month, let alone two months, to review the content of the course; most of the time, they reviewed it just days prior to implementation.

25. In addition, it was not unusual for program sessions to be cancelled and rescheduled, especially if there were not enough registrants.

26. Not once during my employment with SHRM did I *ever* meet the target completion deadline for a major project, e.g., the development of a half-day instructor-led course. I was never disciplined or coached for missing a deadline. The fact that I missed a project deadline was never even mentioned in my performance evaluation. I worked on several projects where the target completion date was moved forward more than once without any negative consequence.

27. When I had a project coming due and I knew that I would not be able to meet the deadline, I would mention to Carolyn Barley during our next one-on-one meeting that the project was not on track and I would give her a reason for the delay. These reasons were sometimes factors outside of my control, like a subject matter expert (SME) not getting me content that I needed, or ones that were within my control, like wanting more time to do additional research on a topic. Regardless of the reason, Carolyn would always accept my reason at face value and then push the target completion date forward as I requested.

28. There were also times when I would alert Carolyn Barley, Liz Lacey, and Jeanne Morris to the fact that I would not be meeting a project deadline via email and present them with options, one of which would be moving the target completion date; they always opted to move the target completion date. Again, I was not disciplined, coached, or even criticized for asking for more time.

29. At the time that SHRM terminated Ruby Mohamed, I was working on a project entitled Leading a Future-Focused People Strategy. Although the target completion deadline was August 2020, I did not complete it until September 2020, a full week after the due date. As a joke, I created a birth announcement for the project and sent it to Carolyn Barley, the other Instructional Designers on my team, Jeanne Morris, Nick Schacht, and Liz Lacey on the day that I completed it (a week late). Although Carolyn seemed a little annoyed – noting during a subsequent one-on-one meeting that the project was late – I was not disciplined, coached, or scrutinized for this.

### Ruby Mohamed's Projects

30. After SHRM terminated Ruby Mohamed, Carolyn Barley reassigned one of the projects that Ruby was working on, Digital Transformation: Cultivating Elastic HR, to me. When Carolyn assigned it to me, she did not provide me with a target completion date or a directive that it needed to be completed with any sense of urgency. She said that she was not sure how complete it was – she thought perhaps 50% – and asked me to let her know how much more time I needed to complete it. By the time the project was reassigned to me, the course had already been cancelled and had not yet been rescheduled.

Declaration of Carrie Mills
Page 6

31. After reviewing the Digital Transformation project that Ruby Mohamed had completed, it was my assessment that the project was very near completion. I completed it within a week's time and expect that Ruby could have done the same.

32. I am aware of some of the reasons why the Digital Transformation project deadline had been pushed previously and they were due to circumstances outside of Ruby Mohamed's control. Namely, months after the project was assigned to Ruby, SHRM decided that the content of the presentation should track a book on the subject that SHRM had only just published. Then, SHRM wanted to have the author lead the course. Then it changed direction again and wanted a different instructor to lead it. Each time this occurred, Ruby had to shift her focus and rework the material.

33. I am also aware of the reason why the Employment and Compliance Law program project was delayed – the fact that the SME was not providing Ruby Mohamed with the content that she needed – which was again outside of Ruby's control. The SME, Louis Lessig, had a reputation for providing content in a very belated manner. When the project and Louis's very slow response came up at a team meeting earlier in 2020, Ann even shared that "this always happens with Louis."

34. After SHRM terminated Ruby Mohamed, Carolyn Barley reassigned the Employment and Compliance Law program to Ann Godmere. In doing so, Carolyn was clear that Ann's only role was to continue to follow up with Louis to get the content; there was no expectation that Ann do anything to pivot to do the design and development work herself by, for example, finding a different SME to provide content or interviewing a SME and including that substance into the program. It is my understanding that, after Louis continued to be unresponsive to Ann, SHRM eventually handed the Employment and Compliance Law program over to him to complete and lead without the involvement of an Instructional Designer.

35. I have personal knowledge of the above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on Sep 8, 2023            .

*Carrie Mills*
Carrie Mills (Sep 8, 2023 12:27 EDT)
Carrie Mills

MOHAMED 017172

# 2023.09.08 Mills Declaration

Final Audit Report                                                                 2023-09-08

| Created: | 2023-09-08 |
|---|---|
| By: | Ariel DeFazio (ariel@lowrey-parady.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAY3aXnpYQKSBO4ERmWTgm-TRvqZxwYTcA |

## "2023.09.08 Mills Declaration" History

- Document created by Ariel DeFazio (ariel@lowrey-parady.com)
  2023-09-08 - 4:25:26 PM GMT

- Document emailed to Carrie Mills (carrietmills@gmail.com) for signature
  2023-09-08 - 4:25:44 PM GMT

- Email viewed by Carrie Mills (carrietmills@gmail.com)
  2023-09-08 - 4:26:14 PM GMT

- Document e-signed by Carrie Mills (carrietmills@gmail.com)
  Signature Date: 2023-09-08 - 4:27:01 PM GMT - Time Source: server

- Agreement completed.
  2023-09-08 - 4:27:01 PM GMT

**Adobe Acrobat Sign**

MOHAMED 017173