# EXHIBIT B TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE

## *Rehab Mohamed v. Society for Human Resource Management*

## Case No.: 1:22-cv-01625-GPG-KAS

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.1:22-cv-01625-GPG-KAS

REHAB MOHAMED,

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

**DEFENDANT'S THIRD SUPPLEMENTAL RESPONSE AND OBJECTIONS TO
PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS**

Defendant Society for Human Resource Management ("Defendant"), by and through undersigned counsel, hereby submits its Third Supplemental Response and Objections to Plaintiff's Request for Production No. 6 from Plaintiff's First Set of Discovery Requests. Defendant incorporates by reference its prior Responses and Objections to Plaintiff's First Set of Discovery Requests, including its Preliminary Statement and General Objections, as if fully restated herein.

**SUPPLEMENTAL RESPONSE AND OBJECTIONS TO REQUEST FOR
PRODUCTION NO. 6**

**REQUEST FOR PRODUCTION NO. 6:** Produce all documents related to the hiring, work performance and qualifications, compensation and benefits, promotions, discipline, separation from employment, and all complaints and/or expressions of concern all individuals identified in response to Interrogatories Nos. 1, 4, 5, 11, and 12.

**THIRD SUPPLEMENTAL RESPONSE:** Objection. See General Objections Nos. 1, 2, 3, 4, 5, 6, 7, 8, and 9. Defendant further objects to this request as overly broad and not proportional to the needs of the case. Defendant further objects in that the time period is overly broad, as it encompasses a period beyond the date of Plaintiff's termination which has no bearing on the issues in this matter. Defendant further objects to the breadth of this request, which seeks documents related to employees who were not employed within the Instructional Design team, and thus were not similarly situated to Plaintiff. Such documents are irrelevant to the present litigation and unlikely to lead to discovery of admissible evidence. Without waving the foregoing objections, Defendant has identified the following additional document: SHRM 1324.

Dated: June 13, 2024

*s/ Tanja Darrow*
Tanja Darrow
Littler Mendelson, P.C.
633 West Fifth Street, 63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299
Email: tdarrow@littler.com

M. Levy Leatherman
Virginia L. Woodfork
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.362.2824
Fax: 303.629.0200
Email: lleatherman@littler.com
          vwoodfork@littler.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June 2024, a true and correct copy of the foregoing **DEFENDANT'S THIRD SUPPLEMENTAL RESPONSE AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS** was served on the following parties:

Ariel Beryl DeFazio
Lowrey Parady Lebsack LLC
1490 Lafayette Street, Suite 304
Denver, CO 80218
Phone: 303-593-2595
Fax: 303-502-9119
ariel@lowrey-parady.com

Hunter Anthony Swain
Swain Law LLC
1490 North Lafayette Street, Suite 303
Denver, CO 80218
Phone: 720-815-5281
hunter@swainemploymentlaw.com

*s/ Levy Leatherman*
Levy Leatherman