# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | November 10, 2025 |
| Courtroom Deputy: | Laura Galera |
| Court Reporter: | Megan Strawn |

| | |
|---|---|
| Civil Action No. 22-cv-1625-GPG-KAS | Counsel: |
| REHAB MOHAMED, | Ariel DeFazio |
| Plaintiff, | |
| v. | |
| SOCIETY FOR HUMAN RESOURCE MANAGEMENT, | Tanja Darrow |
| | Virginia Woodfork |
| Defendant. | Julian Wolfson |
| | Nicholas Hankins |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**2:06 p.m.    Court in session.**

Court calls case. Appearances of counsel.

Opening remarks by the Court.

Discussion regarding length of trial, witness schedules and voir dire.

**ORDERED:** A five day jury trial is set to commence Monday, **December 1, 2025, at 8:00 a.m. through Friday, December 5, 2025,** before Judge Gordon P. Gallagher, 1929 Stout St., Courtroom C202, Denver, CO.

**ORDERED:** Additional voir dire questions to be submitted by counsel no later than **November, 14, 2025.**

**2:17 p.m.    Court in recess. Hearing concluded.**

Total time in court: 0:11