IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 22-cv-01625-GPG-KAS

REHAB MOHAMED,

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

## MINUTE ORDER

### Entered by District Judge Gordon P. Gallagher

The Court issues the following rulings on Defendant's Objections and Counter-Designations to Plaintiff's Deposition Designations for Sean Sullivan (Designations), either sustaining Defendant's objections for the reasons stated in the Designations or overruling them for the reasons stated in the Plaintiff's responses, which were submitted to the Court by email as notes in the transcript.

| Objected Portion of Transcript | Ruling on Objection |
| --- | --- |
| 36:5–36:22 | Overruled |
| 34:25–35:20 | Overruled |
| 46:23-47:16 | Sustained |
| 54:2–12 | Overruled |
| 67:18-71:19 | Overruled |
| 71:24–72:3 | Overruled |
| 90:4-17 | Overruled |
| 90:18-91:17 | Sustained |
| 98:4-20 | Sustained |
| 98:21–25 | Overruled |

1

| Objected Portion of Transcript | Ruling on Objection |
|---|---|
| 99:1-6 | Sustained |
| 107:5-108:9 | Sustained |
| 115:4-115:25 | Overruled |
| 126:9-12, 127:3-132:11 [1] | Overruled |
| 144:1–145:8 | Overruled |
| 151:9–19 | Overruled |
| 163:21-164:5 | Sustained |

---

[1] The notes provided by Plaintiff here included a response to an objection not listed in the Designations.