UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01625-GPG-KAS

REHAB MOHAMED,

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

## PLAINTIFF'S AMENDED PROPOSED VOIR DIRE

Plaintiff proposes the following voir dire questions for the Court. Plaintiff also reserves her right to ask voir dire questions submitted by Defendant, which were previously approved by the Court with no objection by Plaintiff.

1. If an employee brings up a concern at work, how do you think an employer should respond?

2. What do you think is the role of Human Resources employees in responding to an employee's concerns?

3. Have you, a close friend, or relative ever been retaliated against for bringing up a concern at work? If so, what happened?

4. Have you ever been a supervisor or manager? If so, has anyone who you supervised or managed ever made a complaint about you? What happened?

5. Do you think employers should be held responsible when their employees or managers engage in discrimination or retaliation?

6. Does anyone here feel uncomfortable evaluating the credibility of company representatives or HR personnel?

7. Who here believes that race discrimination still occurs in the workplace today?

8. Some people think that race discrimination is a thing of the past. Does anyone agree with that?

9. Who here thinks that people are sometimes too quick to interpret events as discrimination?

10. How comfortable are you discussing issues involving race?

11. Have you ever been in a situation at work where you felt that you were being discriminated against? If so, what happened?

12. Same with retaliation. Has anyone ever been in a situation at work where they believed they were retaliated against for making a complaint. What happened?

13. Have you, a close friend, or relative ever been accused of discriminating against anyone? If so, what happened?

14. Do you know anybody who has experienced any type of discrimination? If so, please tell us about that situation.

15. What comes to mind when you hear the phrase "employment discrimination lawsuit"?

16.     Some people believe that too many people file discrimination and retaliation lawsuits; that once you're fired, you should just move on. How many of you believe that? Why?

17.     Other people believe that most people who file discrimination complaints are exaggerating to try to get money? Does anyone here feel that way?

18.     Others think that discrimination and retaliation do happen in the workplace and that, when people are fired, they should take those cases to court if they have to. How many of you believe that? Why?

19.     Because this is a civil trial, the standard that Ms. Mohamed must meet is "preponderance of the evidence." And you'll hear much more about that from the judge if you are selected to serve on the jury. For example, one of Ms. Mohamed's claims is that SHRM retaliated against her after she expressed concern about being treated differently because she is Black. She will need to prove that each of the elements of that retaliation claim is more probably true than not; that is 50% plus a feather. That is a much less strict standard than "beyond a reasonable doubt." Even knowing the distinction between the civil and criminal burdens of proof, some people might have a difficult time finding for a plaintiff and awarding her money damages unless they are far more certain than 50% and a feather. How many of you feel that way?

20.     How many of you have heard the expression "it's a case of he said/she said"? What does that mean to you?

21.Some people think that a fact is more believable if more than one person testifies to it. Who feels that way? Would you be able to weigh both sides equally despite the fact that there are two or more witnesses on one side and only one on the other?

22.We all know someone who has been fired; it's not an uncommon occurrence. In this trial we will be asking the jury to award Ms. Mohamed damages to compensate her for emotional distress, humiliation, loss of enjoyment of life, and other harms. How do you feel about employees receiving compensation for emotional distress or other kinds of harms?

23.Some people might have a difficult time awarding any amount of compensatory damages to someone simply because of how they were treated at work. Who feels that way? Why?

24.A jury in this district recently awarded a plaintiff with the same claims as Ms. Mohamed–race discrimination and retaliation under Section 1981–$20 million in damages. Does a verdict that size make any of you uncomfortable? Why or why not?

25.Who actually has a figure or range in their mind, an amount that they just could not go above in an award for a plaintiff no matter what the evidence says?

26.Does anyone here feel that they can follow the judge's instructions even if they might personally disagree with aspects of the law?

27.SHRM is the world's largest association devoted to human resource management. It provides resources, professional development, and certification for HR professionals. Would the work that SHRM does or its professional reputation make you more likely to believe or disbelieve discrimination or retaliation claims against it?

28. Would you be able to hold a large HR-focused organization like SHRM to the same standards as any other employer?

29. Do you view organizations that set HR standards or best practices as particularly trustworthy or neutral?

30. Do you believe an organization with HR expertise is less likely to engage in discrimination or retaliation?

Dated: November 14, 2025.

*s/Hunter A. Swain*
Hunter A. Swain
SWAIN LAW, LLC
1490 N. Lafayette St., Ste. 303
Denver, CO 80218
(720) 815-5281

*s/Ariel B. DeFazio*
Ariel B. DeFazio
LOWREY, PARADY, LEBSACK, LLC
1490 N. Lafayette St., Ste. 304
Denver, CO 80218
(303) 293-2595

*Attorneys for Plaintiff Rehab Mohamed*

## CERTIFICATE OF SERVICE

      I certify that on November 14, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Tanja Darrow
tdarrow@littler.com

Virginia L. Woodfork
vwoodfork@littler.com

Julian Wolfson
jwolfson@littler.com

Nicholas Hankins
nhankins@littler.com

*Attorneys for Defendant SHRM*

s/