# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | November 21, 2025 |
| Courtroom Deputy: | Donald L. Clement |
| Court Reporter: | Megan Strawn |

Civil Action No. **1:22-cv-01625-GPG-TPO**           Counsel:

REHAB MOHAMED,                                              Ariel Beryl DeFazio
                                                            Hunter Anthony Swain

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE                                  Virginia LeeAnn Woodfork
MANAGEMENT,                                                 Tanja L. Darrow

    Defendants.

## COURTROOM MINUTES

**VIDEO STATUS CONFERENCE**

**1:51 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Opening remarks by the Court.

Discussion regarding remote testimony, deposition concerns, voir dire questions, and setting tech training.

**ORDERED:** that Defendants objection to Plaintiff's Voir Dire question 24 at ECF 127 is GRANTED and the question cannot be asked.

**ORDERED:** that Defendants objection to Plaintiff's Voir Dire question 25 at ECF 127 is GRANTED IN PART AND DENIED IN PART. The objection is granted, and question cannot be asked as written but the question can be modified and resubmitted.

**ORDERED:** that Defendants objection to Plaintiff's Voir Dire question 19 is DENIED.

**ORDERED:** that Defendants objection to Plaintiff's Voir Dire question 20 is GRANTED.

**2:17 p.m.      Court in recess. Hearing concluded.**
Total time in court: 00:26 Minutes