IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 22-cv-01625-GPG-KAS

REHAB MOHAMED,

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

## MINUTE ORDER

**Entered by District Judge Gordon P. Gallagher**

    The Court has prepared a proposed set of introductory jury instructions, which are attached to this Minute Order. These instructions will be read to the jury after jury selection, but before opening statements.