IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 22-cv-01625-GPG-KAS

REHAB MOHAMED,

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

## MINUTE ORDER

**Entered by District Judge Gordon P. Gallagher**

The Court issues the following rulings on deposition designations for Michael Timmy Jackson, either sustaining the objections for the reasons stated therein or overruling them for the reasons stated in the responses thereto, which were submitted to the Court by email as notes in the transcript.

| Objected Portion of Transcript | Ruling on Objection |
| --- | --- |
| **Plaintiff's Objections** | |
| 149:1-17 | Overruled |
| 294:25-295[:6] | Sustained |
|  |  |
| **Defendant's Objections** | |
| 48:2-49:14 | Overruled |
| 52:8-53:10 | Overruled |
| 54:11-55:8 | Overruled |
| 57:5-16 | Overruled |
| 64:18-65:14 | Overruled |
| 65:25-66:15 | Overruled |
| 70:5-17 | Overruled |

1

| Objected Portion of Transcript | Ruling on Objection |
|---|---|
| 72:10-19 | Overruled |
| 158:15-159:16 | Overruled |
| 238:14-249:2 | Overruled |
| 109:12-110:12 | Overruled |
| 132:3-133:20 | Overruled if email is admitted |
| 135:3-8 | Overruled |
| 135:21-136:10 | Overruled |
| 163:11-18 | Overruled |
| 177:8-178-4 | Overruled as to 177:8-17; Sustained as to remainder |
| 215:2-14[1] | Sustained |
| 217:6-218:24 | Sustained |
| 220:1-222:9[2] | Sustained as to 221:5-22; Overruled as to the remainder if the email is admitted |
| 250:15-252:4 | Overruled |
| 283:11-284:20 (Vol. II) | Overruled if email is admitted |

---

[1] The highlighted portion in the provided transcript begins on the prior page.
[2] The highlighted portion in the provided transcript begins on the prior page.