**FINAL LIST OF JOINT EXHIBITS**

CASE NO.: <u>1:22-cv-01625-GPG-KAS</u>

CASE CAPTION: <u>REHAB MOHAMED vs. SOCIETY FOR HUMAN RESOURCE MANAGEMENT</u>  DATE: <u>November 28, 2025</u>

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Mohamed Offer Letter (SHRM 375) | | X | | | | | |
| 2 | | Mohamed Resume (SHRM 397) | | | | | | | |
| 3 | | Job Description of Mohamed's First Job at SHRM (SHRM 376-79) | | X | | | | | |
| 4 | | SHRM Employee Code of Conduct (SHRM 1-29) | | X | | | | | |
| 5 | | SHRM Equal Employment Opportunity Policy (SHRM 40-41) | | X | | | | | |
| 6 | | Letter to Mohamed re change of position to Instructional Designer dated 6/22/18 (MOHAMED 354) | | X | | | | | |
| 7 | | Job Description, Instructional Designer | | X | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | (MOHAMED 355-360) |  |  |  |  |  |  |  |
| 8 |  | Q4 and 2019 Mohamed Performance Review (SHRM 745-46) |  |  |  |  |  |  |  |
| 9 |  | Letter to Mohamed re promotion to Senior Instructional Designer dated 1/29/20 (MOHAMED 369) |  | X |  |  |  |  |  |
| 10 |  | Job Description, Senior Instructional Designer (MOHAMED 373-83) |  | X |  |  |  |  |  |
| 11 |  | Mohamed Performance Review dated 5/21/20 (SHRM 54-55) |  | X |  |  |  |  |  |
| 12 |  | Email re Compliance Program dated 3/26/20-5/26/20 (MOHAMED 007597-7619) |  | X |  |  |  |  |  |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 13 | | Email from Morris setting meeting with Mohamed and Barley dated 6/4/20 (MOHAMED 3147) | | X | | | | | |
| 14 | | Email re Weekly updates dated 6/5/20 (MOHAMED 17006) | | | | | | | |
| 15 | | Barley Conversation Notes June – Aug. 2020 (SHRM 726-735) | | | | | | | |
| 16 | | Mohamed and Barley Emails dated 6/12/20 (SHRM 44-45) | | X | | | | | |
| 17 | | Email re Weekly ID Team Report Week Ending June 12 (MOHAMED 011764-66) | | X | | | | | |
| 18 | | E mails re Compliance Program Update dated 6/25/20-6/26/20 (MOHAMED 7574-76) | | X | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH- ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 19 | | Digital Transformation- Next Steps email dated July 21, 2020 (MOHAMED 14398) | | | | | | | |
| 20 | | Slack chat with Mohamed and Lacey dated July 1 and July 6 (MOHAMED 017129) | | X | | | | | |
| 21 | | Mohamed and Schacht emails re PMQ Project on workplace bias and social justice dated 7/21/20 (MOHAMED 10330-33) | | | | | | | |
| 22 | | Jackson notes re 7/22/20 call between Sullivan and Mohamed (SHRM 575-579) | | | | | | | |
| 23 | | Jackson notes re 7/23/20 call between Sullivan and Mohamed (SHRM 566-569) | | | | | | | |
| 24 | | Emails re Jackson Notes on call with Mohamed dated | | | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | 7/23/20 to 8/7/20 (SHRM 205-206) | | | | | | | |
| 25 | | Jackson handwritten notes (SHRM 592-611) | | X | | | | | |
| 26 | | Aug. 7, 2020 Email re Next Week from S. Sullivan to B. Long and S. Sullivan (MOHAMED 6387) | | X | | | | | |
| 27 | | Sullivan, Jackson, and Barley emails Re Touching Base dated 8/7/2020 to 8/8/20 (SHRM 788-790) | | | | | | | |
| 28 | | Emails re ISD Operations Report dated 7/16/20 to 8/12/20 (MOHAMED 9556-9559) | | X | | | | | |
| 29 | | Emails re ISD Operations Report dated 7/16/20 to 8/28/20 (SHRM 139-147) | | X | | | | | |
| 30 | | Slack conversation re vacation request | | X | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | dated 7/27 (MOHAMED 17133) |  |  |  |  |  |  |  |
| 31 |  | Email re Time off request for Wednesday, July 29, 2020 has been approved (MOHAMED 13063) |  | X |  |  |  |  |  |
| 32 |  | Email re Updates dated 7/28/20 (MOHAMED 11475-76) |  | X |  |  |  |  |  |
| 33 |  | Slack conversation 7/28 and 7/29 (MOHAMED 017134) |  | X |  |  |  |  |  |
| 34 |  | Long and Mohamed Emails re Conversation Follow Up dated 8/11/20-8/19/20 (MOHAMED 8109-8112) |  | X |  |  |  |  |  |
| 35 |  | Schacht, Morris, and Long Emails re Mohamed's retaliation complaint dated 8/13/20 (SHRM 541-543) |  |  |  |  |  |  |  |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 36 | | Emails re Mohamed Retaliation Complaint and ISD Operations Report dated 7/16/20 to 8/21/20 (MOHAMED 8700-8706) | | | | | | | |
| 37 | | Emails re Mohamed Retaliation Complaint and ISD Operations Report dated 7/16/20 to 8/21/20 (SHRM 132-138) | | | | | | | |
| 38 | | Emails re ISD Operations Report dated 7/16/20 to 8/13/20 (SHRM 1053-1056) | | X | | | | | |
| 39 | | Draft email to Mohamed (SHRM 1066) | | | | | | | |
| 40 | | Jackson, Sullivan, and Long Emails re Mohamed performance history and ISD Operations Report dated | | | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | 7/16/20 to 8/21/20 (SHRM 418-428) | | | | | | | |
| 41 | | Long and Sullivan Conversation Follow Up Emails dated 8/11/20 to 8/21/20 (SHRM 459-463) | | X | | | | | |
| 42 | | Letter from Mohamed to Long dated 8/13/20 (MOHAMED 623-627) | | | | | | | |
| 43 | | Email re Compliance program update dated 8/24/20 (MOHAMED 14373) | | | | | | | |
| 44 | | Audio Recording of Mohamed/Barley Conversation dated 8/25/20 (MOHAMED 17107) | | | | | | | |
| 45 | | Long and Barley emails re Resuming the Mediation Process dated 8/25/20 to 8/27/20 (SHRM 408-411) | | X | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 46 | | Long and Mohamed emails re Resuming the Mediation Process dated 8/25/20 to 8/27/20 (MOHAMED 10637-38) | | X | | | | | |
| 47 | | Email re Compliance program update 8/25/20 (SHRM 1126-27) | | X | | | | | |
| 48 | | Barley Email to Schacht, Morris, Long, and Jackson re Conversation Documentation dated 8/25/20 (SHRM 714-715) | | X | | | | | |
| 49 | | Emails re Compliance in HR Training Program dated 8/26/20 to 8/31/20 (SHRM 148-151) | | X | | | | | |
| 50 | | Barley Email re Daily Count Report for Week 35 dated 8/26/20 (MOHAMED 4557-4559) | | | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 51 | | Emails re Digital Transformation Program dated 8/26/20 to 8/28/20 (MOHAMED 8322-8326) | | X | | | | | |
| 52 | | Digital Transformations PowerPoint (SHRM 1043) | | | | | | | |
| 53 | | Compliance in HR PowerPoint (SHRM 1044) | | | | | | | |
| 54 | | Sullivan Email re Response to Complaint dated 8/31/20 (SHRM 42-43) | | | | | | | |
| 55 | | Mohamed Termination Letter dated 8/31/20 (MOHAMED 557) | | | | | | | |
| 56 | | Maldonado Termination Letter dated 8/31/20 (MOHAMED 561) | | | | | | | |
| 57 | | Letter from Maldonado to Mohamed re Separation Agreement dated 9/1/20 (SHRM 87) | | | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 58 | | Maldonado Email re Termination of Employment dated 9/1/20 (SHRM 200) | | | | | | | |
| 59 | | Jackson draft letter re termination (MOHAMED 585) | | | | | | | |
| 60 | | Separation Agreement (MOHAMED 589) | | | | | | | |
| 61 | | Maldonado letter re Separation Agreement dated 8/31/2020 (MOHAMED 560) | | | | | | | |
| 62 | | Maldonado letter re termination dated 8/31/20 (MOHAMED 557) | | | | | | | |
| 63 | | Termination checklist with 8/31/20 termination date (MOHAMED 563) | | | | | | | |
| 64 | | Separation Agreement with 8/31/20 Termination Date (MOHAMED 562) | | | | | | | |
| 65 | | SHRM Resignation - Termination | | | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH- ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | Policy (SHRM 36-37) | | | | | | | |
| 66 | | Email re Compliance Program, 7/6/20 (MOHAMED 7620-21) | | X | | | | | |
| 67 | | Email re Compliance Program – Follow up, 7/6/20 (MOHAMED 7563-7565) | | X | | | | | |
| 68-89 reserved for Plaintiff | | | | | | | | | |
| 90 | | Empathy and Kindness Email (MOHAMED 003327 – 003329) | | X | | | | | |
| 91 | | Comments on Design Document Email (MOHAMED 007553 – 007554) | | X | | | | | |
| 92 | | Creative Counseling Center Client Charts (MOHAMED | | | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | 017052 – 017103) | | | | | | | |
| 93 | | Jan. 31, 2020 Email from J. Morris to Plaintiff re Time to Celebrate (MOHAMED 4769) | | X | | | | | |
| 94 | | Jan. 31, 2020 Email from Plaintiff to C. Barley re Time to Celebrate (MOHAMED 16678) | | X | | | | | |
| 95 | | March 11, 2020 Email from C. Barley to Plaintiff re Optimizing the Digital Experience (MOHAMED 10138 – 10140) | | X | | | | | |
| 96 | | June 12, 2020 Emails from Plaintiff to C. Barley re Follow Up (MOHAMED 14572 – 14573) | | X | | | | | |
| 97 | | Aug. 21, 2020 Emails from D. Waddill to Plaintiff | | X | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | re Virtual Digital HR Contract (MOHAMED 16761-16770) |  |  |  |  |  |  |  |
| 98 |  | Jan. 31, 2020 Email re Time to Celebrate (MOHAMED 4762) | X |  |  |  |  |  |  |
| 99 |  | June 29, 2020 Email Thread re Compliance Program – Update (MOHAMED 7570) |  | X |  |  |  |  |  |
| 100 |  | Weekly Report Ending May 22 2020 (MOHAMED 13446 – 13448) |  | X |  |  |  |  |  |
| 101 |  |  |  |  |  |  |  |  |  |
| 102 |  | Carrie Mills Slack Message re Mtg with N. Schacht (MOHAMED 17118) |  | X |  |  |  |  |  |
| 103 |  | July 21, 2020 Email from Plaintiff to J. Taylor re Request to meet |  | X |  |  |  |  |  |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | (MOHAMED 16978) | | | | | | | |
| 104 | | Aug. 19, 2020 Email Thread re Virtual HR Contract (MOHAMED 16771) | | X | | | | | |
| 105 | | July 16 – Aug. 14, 2020 Email Thread re ISD Operations Report (MOHAMED 9549-9553) | X | | | | | | |
| 106 | | Aug. 31, 2020 Email Thread re Compliance in HR training program (MOHAMED 7560-7561) | | X | | | | | |
| 107 | | Mar. 13, 2020 Email Re ID Team Weekly Report Ending March 13 (MOHAMED 005263 – 5265) | | X | | | | | |
| 108 | | Email thread re Digital HR: A Guide to Technology-Enabled Human | | X | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Resources (MOHAMED 015520-15523) |  |  |  |  |  |  |  |
| 109 |  | June 22, 2020 Emails re Emergent Issue (MOHAMED 008519) |  | X |  |  |  |  |  |
| 110 |  | June and July 2020 Email Chain re Good morning (MOHAMED 015717 – 015720) |  | X |  |  |  |  |  |
| 111 |  | June through August 2020 Email Chain re Compliance Program Alpha Draft__ Legal Review (MOHAMMED 007623 – 007625) |  | X |  |  |  |  |  |
| 112 |  | August 2020 Email Chain re Compliance program update (MOHAMED 007626 – 007628) |  | X |  |  |  |  |  |
| 113 |  | March 15, 2025 Email re Editor Needs | X |  |  |  |  |  |  |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | (MOHAMED 003269) | | | | | | | |
| 114 | | July 2020 Email Chain re Digital Transformation (MOHAMED 004577) | X | | | | | | |
| 115 | | Carrie Mills Exit Interview Recording (SHRM 1324) | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**CERTIFICATE OF SERVICE**

I certify that on November 28, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Tanja L. Darrow
tdarrow@littler.com

Virginia LeeAnn Woodfork
vwoodfork@littler.com

Julian G. G. Wolfson
jwolfson@littler.com

Nicholas Hankins
nhankins@littler.com

*Attorneys for Defendant*

s/Ariel B. DeFazio
Ariel B. DeFazio