IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Date:            December 1, 2025
Deputy Clerk:    Donald L. Clement
Court Reporter:  Megan Strawn
Law Clerk:       Alex Ruge

| Civil Action No. **1:22-cv-01625-GPG-KAS** | Counsel: |
|---|---|
| REHAB MOHAMED, | Ariel Beryl DeFazio |
|  | Hunter Anthony Swain |
| Plaintiff, |  |
| v. |  |
| SOCIETY FOR HUMAN RESOURCE MANAGEMENT, | Tanja L. Darrow |
|  | Virginia LeeAnn Woodfork |
| Defendant. |  |
| DANIELLE POLIFRONI, | Robert Allen Lees |
| Interested Party |  |

## COURTROOM MINUTES

**Jury Trial, Day 1**

**8:01 a.m.   Court in session.** Jury panel not present.

Appearances of Counsel.

Also seated at Plaintiff's table: Carol Allen.  Also seated at Defendant's table: Michelle Davidson and Alexis Forbes.

Opening remarks by the Court.

**ORDERED:** At the conclusion of the jury trial, before counsel departs, counsel **SHALL** meet with the Courtroom Deputy and immediately take possession of their respective original exhibits, depositions, transcripts, or papers identified, offered, or admitted at trial by that party, and any additional copies that were delivered to the court, and **SHALL** retain such until all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

**ORDERED:** Defendant's oral motion for Rule 615 sequestration is granted, all witnesses are sequestered and excluded from the courtroom.

| | |
|---|---|
| **8:10 a.m.** | **Court in recess.** |
| **8:31 a.m.** | **Court in session.** |

**Jury Selection**

Jury panel is present.

Court's remarks to prospective jurors.

Voir dire of prospective jurors by the Court.

Jurors excused for hardship:

1. 100567182
2. 100535986
3. 100559272

9:25 a.m. Jury Excused

Discussion outside the presence of the jury.

| | |
|---|---|
| **9:28 a.m.** | **Court in recess.** |
| **9:42 a.m.** | **Court in session.** |

Continued Voir Dire by the Court

Jurors excused

4. 100523043
5. 100530044
6. 100557526
7. 100551749

Voir dire by the plaintiff.

**10:47 a.m.**     **Court in recess. Jury Excused.**
**11:00 a.m.**     **Court in session.**

Voir dire by the defense.

Continued Voir Dire by Plaintiff.

Continued Voir Dire by Defendant.

Challenges for cause:

1. 100538493

Continued Voir Dire by Plaintiff.

Continued Voir Dire by Defendant.

The parties exercise their peremptory challenges.

Plaintiff's challenges:

1. 100543787
2. 100552716
3. 100526731

Defendant's challenges:

1. 100535597

Jurors sworn to try case:

1. 100560453
2. 100529576
3. 100563260
4. 100521696
5. 100546182
6. 100538819
7. 100550939
8. 100538383
9. 100560080

Nine (9) jurors seated and sworn.

The Court's Juror Code of Conduct is distributed to all jurors and counsel.

The Court reviews the Code of Conduct with the members of the jury.

| | |
|---|---|
| **12:34 p.m.** | **Court in recess.** |
| **1:48 p.m.** | **Court in session.** |

Jury present.

Court reads Jury Instructions to the Jurors.

2:02 p.m.   Opening statement for the plaintiffs by Ms. DeFazio.

| | |
|---|---|
| **2:34 p.m.** | **Court in recess. Jury Excused.** |
| **2:45 p.m.** | **Court in session. Jury present.** |

2:46 p.m.   Opening statement for the defense by Ms. Darrow.

3:19 p.m. Plaintiff's witness Ms. Rehab Mohamed is called and placed under oath by the Court.

Direct examination of Ms. Mohamed by Ms. DeFazio.

Plaintiff Exhibits 52 and 8 are admitted into evidence.

| | |
|---|---|
| **3:48 p.m.** | **Court in recess. Jury Excused.** |
| **4:03 p.m.** | **Court in session. Jury present.** |

Continued Direct examination of Ms. Mohamed by Ms. DeFazio.

| | |
|---|---|
| **4:25 p.m.** | **Court in recess. Jury Excused.** |
| **4:30 p.m.** | **Court in session.** |

Discussion outside the presence of the jury.

| | |
|---|---|
| **4:35 p.m.** | **Court in recess. Jury Excused.** |
| **4:43 p.m.** | **Court in session.** |

Discussion outside the presence of the Jury.

4:44 p.m. Jury Present.

Continued Direct examination of Ms. Mohamed by Ms. DeFazio

4:53 p.m.   Jury released, to return at 7:50 a.m. on Tuesday, December 2, 2025.

**4:58 p.m.**   **Court in recess. Trial continued.**

Total time in court: 6 Hours 16 Minutes