1: 22-cv-01625-GPG-KAS

| Seat | Name | Plaintiff's Challenges | Defendant's Challenges |
|---|---|---|---|
| 1 | ▉▉▉▉▉▉▉▉▉▉ | X | |
| 2 | ▉▉▉▉▉▉▉▉▉▉ | | X |
| 3 | ▉▉▉▉▉ | X | |
| 4 | Passed | | |
| 5 | ▉▉▉▉▉ | X | |
| 6 | Passed | | |
| | | | |