# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | December 3, 2025 |
| Deputy Clerk: | Donald L. Clement |
| Court Reporter: | Megan Strawn |
| Law Clerk: | Alex Ruge |

Civil Action No. **1: 22-cv-01625-GPG-KAS**       Counsel:

REHAB MOHAMED,                                      Ariel Beryl DeFazio
                                                    Hunter Anthony Swain

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE                          Tanja Darrow
MANAGEMENT,                                         Virginia LeeAnn Woodfork

    Defendant,

DANIELLE POLIFRONI,                                 Robert Allen Lees

    Interested Party,

## COURTROOM MINUTES

**Jury Trial, Day 3**

**7:47 a.m.      Court in session.**

All counsel, Paralegal Carol Allen, and Paralegal Michelle Davidson are present in the courtroom.

Discussion outside the presence of the jury.

**8:01 a.m.      Court in Recess**
**8:09 a.m.      Court in Session**

Discussion outside the presence of the jury.

8:10 a.m. Jury Present.

8:10 a.m. Plaintiff's witness Ms. Carolyn Barley is called and placed under oath by the Court.

Cross/Direct examination of Ms. Barley by Ms. Darrow.

Defendant's Exhibits 94, 112 are admitted into evidence.

9:35 a.m. Jury Excused

Discussion outside the presence of the jury.

**ORDERED:** Oral objection/motion to limit potential testimony is DENIED/OVERRULED for reasons stated on the record.

**9:39 a.m.**     **Court in recess.**
**9:53 a.m.**     **Court in session.** Jury present.

Discussion outside the presence of the jury.

9:54 a.m. Jury present.

Continued Cross/Direct examination of Ms. Barley by Ms. Barley.

Redirect examination of Ms. Barley by Mr. Swain.

Ms. Barley is excused.

10:25 a.m. Plaintiff's witness Ms. Carrie Mills is called and placed under oath by the Court.

Direct examination of Ms. Mills by Ms. DeFazio.

11:25 a.m. Jury Excused.

**11:26 am.**     **Court in recess.**
**11:35 a.m.**     **Court in session.** Jury present.

Continued Direct examination of Ms. Mills by Ms. DeFazio.

Cross examination of Ms. Mills by Ms. Darrow.

12:25 p.m. Jury Excused.

Discussion outside the presence of the jury.

**12:27 p.m.**     **Court in recess.**

**12:30 p.m.**      **Court in session.** Jury present.

Discussion outside the presence of the jury.

**12:34 p.m.**      **Court in recess.**
**1:44 p.m.**       **Court in session.**

**Discussion outside the presence of the jury**

**1:47 p.m. Jury present**

Continued cross examination of Ms. Mills by Ms. Darrow.

Redirect examination of Ms. Mills by Ms. DeFazio.

Ms. Mills is excused.

1:53 p.m. Jury Excused

**1:54 p.m.**       **Court in recess.**
**2:11 p.m.**       **Court in session. Jury Present**

2:12 p.m. Plaintiff's witness Ms. Keren Maldonado is called and placed under oath by the Court.

Direct examination of Ms. Maldonado by Mr. Swain.

Plaintiff's exhibits 63 and 61 are admitted into evidence.

Sealed deposition opened by the Clerk with the permission of the Court.

Cross examination of Ms. Maldonado by Ms. Woodfork.

Redirect examination of Ms. Maldonado by Mr. Swain.

Ms. Maldonado is excused.

2:32 p.m. Defendant's witness Ms. Jeanne Morris is called and placed under oath by the Court.

Direct examination of Ms. Morris by Ms. Darrow.

Defendant's exhibit is/are admitted into evidence.

Cross examination of Ms. Morris by Ms. DeFazio.

Redirect examination of Ms. Morris by Ms. Darrow.

Ms. Morris is excused.

**3:13 p.m.      Court in recess.**
**3:25 p.m.      Court in session.**

3:25 p.m. Plaintiff's witness Mr. Nicholas Schacht is called and placed under oath by the Court.

Direction examination of Mr. Schacht by Ms. DeFazio.

Plaintiff's exhibit 35 is referenced.

Plaintiff's exhibit 49 is admitted into evidence

Cross examination of Mr. Schacht by Ms. Darrow.

Redirect examination of Mr. Schacht by Ms. DeFazio

Mr. Schacht is excused.

4:15 p.m. Plaintiff's witness Laurie McIntosh by deposition is called and deposition reader is placed under oath by the Court.

Deposition is read into the record.

4:29 pm Jury Excused

4:31 p.m. Jury present

Court provides advisement to jury.

4:33 p.m. Jury released, to return at 7:50 a.m. on Thursday, December 4, 2025.

Discussion outside the presence of the jury.

**4:37 p.m.      Court in recess. Trial continued.**

Total time in court: 6 Hours 37 Minutes