## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | December 4, 2025 |
| Deputy Clerk: | Donald L. Clement |
| Court Reporter: | Megan Strawn |
| Law Clerk: | Alex Ruge |

| | |
|---|---|
| Civil Action No. **1: 22-cv-01625-GPG-KAS** | Counsel: |
| REHAB MOHAMED, | Ariel Beryl DeFazio |
| | Hunter Anthony Swain |
| Plaintiff, | |
| v. | |
| SOCIETY FOR HUMAN RESOURCE MANAGEMENT, | Tanja Darrow |
| | Virginia LeeAnn Woodfork |
| Defendant, | |
| DANIELLE POLIFRONI, | Robert Allen Lees |
| Interested Party, | |

## COURTROOM MINUTES

**Jury Trial, Day 4**

**7:55 a.m.**     **Court in session.**

All counsel, Paralegal Carol Allen are present in the courtroom.

Discussion outside the presence of the jury.

**7:58 a.m. Court in recess**
**8:04 a.m. Court in session. Jury Present.**

Courts provide instructions to jurors about deposition reading to jurors.

8:06 a.m. Plaintiff's witness Mr. Michael Jackson is called and deposition is read into the record.

Plaintiff's Exhibit(s) 62, 64, and 59 are admitted into evidence.

9:27 a.m. Jury Excused.

Discussion outside the presence of the jury.

**9:30 a.m.**     **Court in recess.**
**9:43 a.m.**     **Court in session.** Jury present.

Discussion outside the presence of the jury

9:44 a.m. Jury Present.

Continued reading of witness Mr. Jackson's deposition.

Plaintiff's Exhibit 65 is admitted into evidence.

**10:50 a.m. Jury excused.**

**10:52 a.m.**    **Court in recess.**
**11:04 a.m.**    **Court in session.** Jury present.

Discussion outside of the presence of the jury.

**11:08 a.m.**    **Court in recess.**
**11:19 a.m.**    **Court in session.**

Discussion outside the presence of the jury.

11:21 a.m. Jury Present

Continued reading of witness Mr. Jackson's deposition.

Plaintiff's Exhibit 40 is admitted into evidence.

Plaintiff rests.

Court provides additional instructions to the jury.

11:27 a.m.     Jury excused from courtroom.

Court raises Defendant's Motion for Judgement [D. 146] for argument.

**ORDERED:** Defendant's Rule 50 motion is TAKEN ADVISEMENT AT THIS TIME.

**11:33 a.m.**  **Court in recess.**
**12:48 p.m.**  **Court in session.** Jury present.

Discussion outside the presence of the jury.

1:05 p.m. Jury Present

1:07 p.m. Defendant's witness Mr. Johnny Taylor is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Taylor by Ms. Darrow.

Cross examination of Mr. Taylor by Mr. Swain.

Mr. Taylor is excused.

**1:31 p.m.**  **Court in recess. Jury Excused**
**1:38 p.m.**  **Court in session.** Jury present.

1:38 p.m. Defendant's witness Ms. Bernee Long is called and placed under oath by the Court.

Direct examination of Ms. Long by Ms. Darrow.

Defendant's Exhibit(s) 24, 34, 46, 42, and 41 are admitted into evidence.

**2:27 p.m.**  **Court in recess. Jury Excused**
**2:38 p.m.**  **Court in session.**

2:39 p.m. Jury present

Cross examination of Ms. Long by Ms. DeFazio.

Plaintiff's exhibits 35 is admitted into evidence.

Ms. Long is excused.

2:58 p.m. Defendant's witness Ms. Elizabeth "Liz" Lacey is called and placed under oath by the Court.

Direct examination of Ms. Lacey by Ms. Darrow.

Defendants Exhibit 4 is admitted into evidence.

**3:53 p.m.**  **Court in recess.**
**4:01 p.m.**  **Court in session.** Jury present

Continued direct examination of Ms. Lacey by Ms. Darrow

Defendant exhibits 5 and 9 are admitted.

Cross examination of Ms. Lacey by Ms. DeFazio.

Redirect examination of Ms. Lacey by Ms. Darrow.

Ms. Lacey is excused.

Defendant rests.

Plaintiff has no rebuttal witnesses.

4:20 p.m. Plaintiff's witness Ms. Rehab Mohamed called and placed under oath by the Court.

Direct examination of Ms. Mohamed by Ms. DeFazio

Ms. Mohamed is excused

4:31 p.m. Jury released, to return at 7:50 a.m. on Friday, December 5, 2025.

Defendant's renewed oral Rule 50 Motion.

**ORDERED:** Defendant's renewed Rule 50 Motion [D. 146] is DENIED as stated on the record.

Discussion outside the presence of the jury.

Plaintiff orally motions to not allow Defendant to use slides during closing arguments.

**ORDERED:** Plaintiff's oral motion to deny Defendant's use of slides during closing arguments is DENIED and the slides are to be provided to Plaintiff's counsel within one hour after Court closes.

**4:44 p.m.** **Court in recess.**
**4:59 p.m.** **Court in session.**

Discussion held regarding jury instructions.

Admitted Exhibits verified with the parties by Courtroom Deputy off the record.

**ORDERED:** that no exhibits that are admitted during the trial shall be provided to any party while the trial is ongoing and all admitted exhibits will be returned to the parties at the conclusion of the trial.

**5:40 p.m.**     **Court in recess.**
**5:54 p.m.**     **Court in session.**

Further jury instruction conference.

**6:03 p.m.**     **Court in recess. Trial continued.**

Total time in court: 7 Hours 16 Minutes