# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | December 5, 2025 |
| Deputy Clerk: | Donald L. Clement |
| Court Reporter: | Megan Strawn |
| Law Clerk: | Alex Ruge |

| | |
|---|---|
| Civil Action No. **1: 22-cv-01625-GPG-KAS** | Counsel: |
| REHAB MOHAMED, | Ariel Beryl DeFazio |
| | Hunter Anthony Swain |
| Plaintiff, | |
| v. | |
| SOCIETY FOR HUMAN RESOURCE MANAGEMENT, | Tanja Darrow |
| | Virginia LeeAnn Woodfork |
| Defendant, | |
| DANIELLE POLIFRONI, | Robert Allen Lees |
| Interested Party, | |

## COURTROOM MINUTES

**Jury Trial, Day 5**

**7:46 a.m.      Court in session.**

All counsel, Paralegal Carol Allen, and Michelle Davidson are present in the courtroom.

Discussion outside the presence of the jury pertaining to closing arguments and jury instructions.

8:04 a.m. Jury Present

The Court's final set of jury instructions are read to the jury.

8:36 a.m. Plaintiff's opening closing argument by Mr. Swain.

| | |
|---|---|
| **9:28 a.m.** | **Court in recess.** |
| **9:40 a.m.** | **Court in session.** |

**9:41 a.m.** Jury present

9:42 a.m. Defendant's closing arguments by Ms. Darrow.

10:39 a.m. Plaintiff's closing rebuttal argument by Mx. LAST.

10:46 a.m. Court Security Officer placed under oath by Courtroom Deputy.

10:46 a.m. Jury is escorted to the jury deliberation room by the bailiff to begin deliberations.

Counsel is to stay within 10 minutes of the courthouse.

**ORDERED:** Lunches are to be provided to the jury beginning December 5, 2025, and for the duration of deliberation.

| | |
|---|---|
| **10:48 a.m.** | **Court in recess.** |
| **2:23 p.m.** | **Court in session.** Jury not present |

Parties discussed jurors' questions.

The Court prepares a response to the questions with input from counsel; response is given to the jury.

| | |
|---|---|
| **2:26 p.m.** | **Court in recess.** |
| **3:06 p.m.** | **Court in session.** Jury not present |

**3:07 p.m.** Jury present.

Verdict tendered to the Court. Court reads verdict.

Jury finds in favor of the Plaintiff on the liability claim and race discrimination and/or retaliation claim. The jury awards compensatory damages in the amount of $1.5 million and punitive damages in the amount of $10 million for Plaintiff.

3:12 p.m. Jury is discharged.

Exhibits are returned to the custody of their respective parties.

**3:14 p.m.**   **Court is adjourned. Trial concluded.**

Total time in court: 3 Hours 1 Minute