IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Case Number: 22-cv-01625

## NOTE TO COURT

____ We the jury have reached a verdict.

X We the jury have a question.

Who receives punitive damages
AND
Is there a formula or max value for punitive damages

12/5/25  14:14
Date & Time

## Answer from the Court

1. Any punitive damages, should you chose to award them, would go to the Plaintiff.

2. While there is no specific formula for calculation of punitive damages, I refer you back to instruction 23 for factors you can consider

12/5/25 @ 2:25 p.v.
Date & Time

Judge Gordon P. Gallagher