IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Case Number: 22-cv-01625

## NOTE TO COURT

__X__  We the jury have reached a verdict.

_____  We the jury have a question.

_____

12/5/2025
**Date & Time**

**Answer from the Court**

_____

**Date & Time**                    **Judge Gordon P. Gallagher**