IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 1:22-cv-01625-GPG-KAS

REHAB MOHAMED,

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

## VERDICT FORM

We the jury, on our oaths, present our Answers to Questions submitted by the Court, to which we have all agreed:

**PART ONE:** LIABILITY FOR CLAIMS UNDER 42 U.S.C. § 1981 ("Section 1981")

1. Did Ms. Mohamed prove by a preponderance of the evidence that but for her race Defendant SHRM would not have terminated her in violation of Section 1981?

    **ANSWER:** Yes __X__   No _____

2. Did Ms. Mohamed prove by a preponderance of the evidence that but for her complaints about race discrimination and/or retaliation Defendant SHRM would not have terminated her in violation of Section 1981?

    **ANSWER:** Yes __X__   No _____

1

[If you answered "Yes" to either Question No. 1 or Question No. 2 or if you answered "Yes" to both Question No. 1 and Question No. 2, then proceed to PART TWO. If you answered "No" to both Questions No. 1 and No. 2, please skip all remaining questions and date and sign this Verdict Form.]

## PART TWO: DAMAGES

3. Did Ms. Mohamed prove by a preponderance of the evidence that she is entitled to an award of compensatory damages, as described in Instruction No. 21?

**ANSWER:** Yes  **X**     No _____

If you answered "Yes," state the amount of such damages: $ **1.6 Million**

4. Do you find by a preponderance of the evidence that Ms. Mohamed is entitled to an award of punitive damages, as described in Instruction No. 23?

**ANSWER:** Yes  **X**     No _____

If you answered "Yes," state the amount of such damages: $ **10 Million**

Please sign and date this Verdict Form on the lines provided below.

12/5/2025

Date                                             Foreperson

2