**Exhibits Admitted**
**Case No. 1:22-cv-01625-GPG-KAS**

| Date Admitted | Exhibit Number & Comments[1] |
|---|---|
| 12/1/25 | **52**- Digital Transformations PowerPoint (SHRM 1043) |
| 12/1/25 | **8**- Q4 and 2019 Mohamed Performance Review (SRHM 745-46) |
| 12/1/25 | **11** – Mohamed Performance Review dated 5/21/20 (SHRM 54-55) |
| 12/2/25 | **16**- Mohamed and Barley Emails dated 6/12/20 (SHRM 44-45) |
| 12/2/25 | **19**- July to August 2020 Emails (Mohamed 14398, 16570, 15520, 14399, 15535, 16801, 16802, 16645, 16646, 16998) |
| 12/2/25 | **21**- Mohamed and Schacht emails re PMQ Project on workplace bias and social justice dated 7/21/20 (Mohamed 10330-33) |
| 12/2/25 | **103** – July 21, 2020 Email from Plaintiff to J. Taylor re Request to Meet (Mohamed 16978) |
| 12/2/25 | **30**- Slack conversation re vacation request dated 7/27 (Mohamed 17133) |
| 12/2/25 | **31**- Email re Time off request for Wednesday, July 29, 2020 has been approved (Mohamed 13063) |
| 12/2/25 | **32**- Email re Updates dated 7/28/20 (Mohamed 11475-76) |
| 12/2/25 | **107** – Mar. 13, 2020 Email re ID Team Weekly Report Ending March 13 (Mohamed 005263 – 5265) |
| 12/2/25 | **12**- Email re compliance program dated 3/26/20-5/26/20 (Mohamed 007597-7619) |
| 12/2/25 | **100**- Weekly Report Ending May 22, 2020 (Mohamed 13446 – 13448) |
| 12/2/25 | **17**- Email re Weekly ID Team report Week Ending June 12 (Mohamed 011764-66) |
| 12/2/25 | **109**- Junne 22, 2020 Emails re Emergent Issue (Mohamed 008519) |
| 12/2/25 | **18**- Emails re Compliance Program Update dated 6/25/20-6/26/20 (Mohamed 7574-76) |
| 12/2/25 | **28**- Emails re ISD Operations Report dated 7/16/20 to 8/12/20 (Mohamed 9556-9559) |
| 12/2/25 | **95**- March 11, 2020, Email from C. Barley to Plaintiff re Optimizing the digital Experience (Mohamed 10138-10140) |

---

[1] FDPO = For Demonstrative Purposes Only
Highlighted exhibits DO NOT GO TO JURY

1

**Exhibits Admitted**
**Case No. 1:22-cv-01625-GPG-KAS**

| Date Admitted | Exhibit Number & Comments[1] |
|---|---|
| 12/2/25 | 26 – Emails re ISD Operations Report dated 7/16/20 to 8/28/20 (SHRM 139-147) |
| 12/2/25 | 29- Emails re ISD Operations Report Dated 7/16/25 to 8/28/20 (SHRM 139-147) |
| 12/2/25 | 54- Sullivan Email re Response to complaint dated 8/31/20 (SHRM 42-43) |
| 12/2/25 | 51- Emails re Digital Transformation Program dated 8/26/20 to 8/28/20 (Mohamed 8322-8326) |
| 12/2/25 | 50- Barley Email re Daily Count report for week 35 dated 8/26/20 (Mohamed 4557-4559) |
| 12/2/25 | 47- Email re Compliance program update 8/25/20 (SHRM 1126-27) |
| 12/2/25 | 44- Audio Recording of Mohamed/Barley Conversation dated 8/25/20 (Mohamed 17107) |
| 12/2/25 | 53- Compliance in HR PowerPoint (SHRM 1044) |
| 12/2/25 | 58- Maldonado Email re Termination of Employment dated 9/1/20 (SHRM 200) |
| 12/2/25 | 57- Letter from Maldonado to Mohamed re Separation agreement Dated 9/1/25 |
| 12/2/25 | 60- Separation Agreement (Mohamed 589) |
| 12/2/25 | 10- Job Description, Senior Instructional Designer Dated 1/29/20 (Mohamed 373-383) |
| 12/2/25 | 108- Email thread re Digital HR: A guide to technology-Enabled Human Resources (Mohamed 014398, 014399, 015520, 015535, 016570, 16645-6, 016801-02, 016998) |
| 12/2/25 | 97- Aug. 21, 2020 email from d. Waddill to Plaintiff re Virtual Digital HR Contract (Mohamed 16761-16770) |
| 12/2/25 | 96- June 12, 2020 Emails from Plaintiff to C Barley re Follow Up (Mohamed 14572-14573) |
| 12/2/25 | ==C. Barley Deposition Opened== |
| 12/2/25 | 15- Barley Conversation Notes June – Aug 2020 (SHRM 726-735) |
| 12/2/25 | 38- Emails re ISD Operations Report dated 7/16/20 to 8/13/20 (SHRM 1053-1056) |
| 12/2/25 | 39- ==referenced== Draft email to Mohamed (SHRM 1066) |
| 12/2/25 | 37- Emails re ISD operations report dated 7/16 to 8/21 (SHRM 1053-1056) |

2

**Exhibits Admitted**
**Case No. 1:22-cv-01625-GPG-KAS**

| Date Admitted | Exhibit Number & Comments[1] |
|---|---|
| 12/2/25 | **48-** Barley email to Schacht, Morris, Long, and Jackson re Conversation Doc dated 8/25/20 (SHRM 714-715) |
| 12/3/25 | **94-** Jan. 31, 2020 Email from Plaintiff to C. Barley re Time to Celebrate (Mohamed 10138-10140) |
| 12/3/25 | **112-** August 2020 email Chain re Compliance program update (Mohamed 007626-007628) |
| 12/3/25 | **63-** Termination checklist with 8/31/20 termination date (Mohamed 563) |
| 12/3/25 | **61-** Maldonado letter re Separation Agreement dated 8/31/2020 (Mohamed 560) |
| 12/3/25 | **35-** Schacht, Morris and Long emails re Mohamed retaliation complaint dated 8/13/20 (SHRM 541-543) ==referenced only== |
| 12/3/25 | **49-** emails re compliance in HR Training Program dated 8/26/20 to 8/31/20 (SHRM 148-151) |
| 12/4/25 | **62-** Maldonado letter re termination dated 8/31/20 (Mohamed 557) |
| 12/4/25 | **64-** Separation Agreement with 8/31/20 termination date (Mohamed 562) |
| 12/4/25 | **59-** Jackson draft letter re termination (Mohamed 585) |
| 12/4/25 | **65-** SHRM Resignation/Termination Policy (SHRM 36-37) |
| 12/4/25 | **40-** Jackson, Sullivan, and Long emails re Mohamed performance history and ISD Operations Report dated 7/16/20 to 8/21/20 (SHRM 418-428) |
| 12/4/25 | **24-** Emails re Jackson notes on call with Mohamed dated 7/23/20 to 8/7/20 (SHRM 205-206) |
| 12/4/25 | **34-** Long and Mohamed emails re Conversation follow up dated 8/11/20 to 8/19/20 (Mohamed 8109-8112) |
| 12/4/25 | **46-** Long and Mohamed emails re resuming the mediation process dated 8/25/20 to 8/27/20 (Mohamed 10637-38) |
| 12/4/25 | **42-** Letter from Mohamed to Long dated 8/13/20 (Mohamed 623-627) |
| 12/4/25 | **41-** Long and Sullivan conversation follow up emails dated 8/11/20 to 8/21/20 (SHRM 459-462) |
| 12/4/25 | **35-** Schacht, Morris and Long emails re Mohamed's retaliation complaint dated 8/13/20 (SHRM 541-543) |
| 12/4/25 | **4-** SHRM Employee Code of Conduct (SHRM 1-29) |

3

**Exhibits Admitted**
**Case No. 1:22-cv-01625-GPG-KAS**

| Date Admitted | Exhibit Number & Comments[1] |
|---|---|
| 12/4/25 | **5-** SHRM Employee code of conduct (SHRM 40-41) |
| 12/4/25 | **9-** Letter to Mohamed re promotion to Senior Instructional designer dated 1/29/20 (Mohamed 369) |