# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | December 1, 2025 |
| Deputy Clerk: | Donald L Clement |
| Court Reporter: | Megan Strawn |
| Law Clerk: | Alex Ruge |

| | Counsel: |
|---|---|
| Civil Action No. **1:22-cv-01625-GPG-KAS** | |
| REHAB MOHAMED, | Ariel Beryl DeFazio |
| | Hunter Anthony Swain |
| Plaintiff, | |
| v. | |
| SOCIETY FOR HUMAN RESOURCE MANAGEMENT, | Tanja Darrow |
| | Virginia LeeAnn Woodfork |
| Defendant, | |
| DANIELLE POLIFRONI, | Robert Allen Lees |
| Interested Party | |

## WITNESS LIST

| PLF | DEF | NAMES OF WITNESSES |
|---|---|---|
| X | | Rehab "Ruby" Mohamed 12/1/25 |
| X | | Rehab "Ruby" Mohamed 12/2/25 |
| X | | Carolyn Barley 12/2/25 |
| | X | Carolyn Barley 12/3/25 (Cross and Direct) |
| X | | Carrie Mills 12/3/25 |
| X | | Keren Maldonado 12/3/25 |
| | X | Jeanne Morris 12/3/25 |
| X | | Nick Schacht 12/3/25 |
| X | | Laurie McIntosh Deposition Read 12/3/25 |
| X | | Mike Jackson Deposition Read 12/4/25 |

|  | X | Johnny Taylor 12/4/25 |
|--|---|------------------------|
|  | X | Bernee Long 12/4/25 |
|  | X | Liz Lacey 12/4/25 |