IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 1:22-cv-01625-GPG-KAS

REHAB MOHAMED,

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

## FINAL JUDGMENT

    This matter was tried on December 1, 2025, through December 5, 2025, before a jury of nine duly sworn to try the issues herein, the Honorable Gordon P. Gallagher, Judge, presiding.

    Pursuant to the Jury Verdict [D. 154] returned on December 5, 2025, it is

    **ORDERED** that judgment shall enter in favor of Plaintiff Rehab Mohamed and against Defendant Society for Human Resource Management.  It is further

    **ORDERED** that plaintiff is awarded his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case is closed.

    Dated at Grand Junction, Colorado this 12th day of January 2026.

FOR THE COURT:

APPROVED:

Jeffrey P. Colwell, Clerk

_____    By:_____
United States District Judge                        Deputy Clerk