IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-01625-GPG-KAS

REHAB MOHAMED,

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE RESPONSE TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT
AS A MATTER OF LAW [Dkt. 170]**

---

Plaintiff, by and through her counsel, hereby submits the following unopposed motion for a two-week extension of time, up to and including Friday, March 13, 2026, to file her response to Defendant's Renewed Motion for Judgment as a Matter of Law [Dkt. 170]. In support of the same, she states as follows.

**D.C.COLO.LCivR 7.1(a) Certification:** The undersigned has conferred with counsel for Defendant, who represents that Defendant does not object to the relief sought in this motion.

1.    On December 5, 2025, following a five-day jury trial, the jury returned a verdict of $11.5 million for Ms. Mohamed on her race discrimination and retaliation claims under 42 U.S.C. § 1981 [Dkt. 154].

2.    On January 12, 2026, the Court entered final judgment for Ms. Mohamed against Defendant Society for Human Resource Management ("SHRM") [Dkt. 164].

3. On February 6, 2026, SHRM filed Defendant's Renewed Motion for Judgment as a Matter of Law [Dkt. 170]. Ms. Mohamed has until Friday, February 27, 2026 to file her response to the same.

4. Plaintiff's response to Defendant's Renewed Motion for Judgment as a Matter of Law will require extensive legal argument, as well as citations to the trial record.

5. An extension of two weeks is necessary for Plaintiff to provide the Court with a complete response to Defendant's motion.

6. Plaintiff has not requested any previous extensions to this deadline.

7. The requested extension will not prejudice any party and is unopposed by SHRM.

**WHEREFORE**, Plaintiff respectfully requests an order granting her a two-week extension of time up to and including March 13, 2026 to submit her response to Defendant's Renewed Motion for Judgment as a Matter of Law [Dkt. 170].

Respectfully submitted February 25, 2026, by:

| | |
|---|---|
| SWAIN LAW, LLC | LOWREY PARADY LEBSACK, LLC |
| *s/Hunter A. Swain* <br> Hunter A. Swain <br> 1490 North Lafayette Street, Suite 303 <br> Denver, CO 80218 <br> Phone: (720) 815-5281 <br> hunter@swainemploymentlaw.com | *s/Ariel B. DeFazio* <br> Ariel B. DeFazio <br> 1490 Lafayette Street, Suite 304 <br> Denver, CO 80218 <br> Phone: (303) 593-2595 <br> Fax: (303) 502-9119 <br> ariel@lowrey-parady.com |
| Attorney for Plaintiff | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

I certify that on February 25, 2026 I personally filed the foregoing with the Clerk of Court using the CM/ECF system, which has been served on the following via email:

Rehab Mohamed
*Plaintiff*
(via email pursuant to D.C.COLO.LCivR 6.1(c))

Tanja L. Darrow
tdarrow@littler.com

Virginia LeeAnn Woodfork
vwoodfork@littler.com

Julian G. G. Wolfson
jwolfson@littler.com

Nicholas Hankins
nhankins@littler.com
*Attorneys for Defendant*
(via CM/ECF)

                                             *s/Ariel B. DeFazio*
                                             Ariel B. DeFazio