EXHIBIT 2    Lowrey Parady Lebsack DeFazio, LLC Attorneys' Fees Statement

| Date | Description | hrs. | Billed By |
|---|---|---|---|
| 3/17/2026 | Review HS changes to motion for attorney fees and revise accordingly, 0.6; review and revise ABD affidavit in support of motion for attorney fees, 0.3; review supportive declarations, 0.1; review updated time records, 0.2 | 1.2 | Ariel DeFazio |
| 3/13/2026 | Review HS's feedback on response to motion for new trial and integrate same, 0.3; review and revise response to motion for new trial, 1; email corresp with CA and HS re same, 0.2; review, revise, and finalize response to motion for new trial, 0.8 | 2.3 | Ariel DeFazio |
| 3/12/2026 | Email correspondence with attorneys providing supporting affidavits, 0.1; draft response to motion for new trial, 1.7; review and revise response to motion for new trial, 5.6; review and revise response to renewed motion for judgment as a matter of law and send feedback to HS, 0.8 | 8.2 | Ariel DeFazio |
| 3/11/2026 | Legal research re whether compensatory and punitive damages awards are excessive, 6; draft response to motion for new trial, 1.2 | 7.2 | Ariel DeFazio |
| 3/10/2026 | Met with HS re responses to SHRM motions, 0.2; Legal research re excessive verdicts, 2 | 2.2 | Ariel DeFazio |
| 3/5/2026 | Review motion for new trial, conduct legal research, and draft outline for response to same, 2.2 | 2.2 | Ariel DeFazio |
| 3/4/2026 | Review Motion for New Trial, conduct legal research re same, and draft outline for response, 3 | 3 | Ariel DeFazio |
| 3/2/2026 | Review and revise response to motion re bond, 0.5 | 0.5 | Ariel DeFazio |
| 2/25/2026 | Email corresp with OC re extension of time to respond to post-trial motions, 0.1; draft motion for extension of time to respond to defendant's renewed motion for JMOL, 0.3; draft motion for extension of time to respond to defendant's motion for new trial, 0.1; finalize and file both, 0.2; send to client, 0.1; draft proposed orders and send same to chambers, 0.2 | 1 | Ariel DeFazio |
| 2/24/2026 | Email corresp with OC re extension of time to file responses to post-trial motions, 0.1 | 0.1 | Ariel DeFazio |
| 2/23/2026 | Met with HS re responses to post-trial motions, 0.2 | 0.2 | Ariel DeFazio |
| 2/11/2026 | Review D's motion for new trial, 0.2 | 0.2 | Ariel DeFazio |
| 2/9/2026 | Email corresp with OC re conferral re motions, 0.2; email corresp with attorneys providing declarations in support of motion for attorneys fees, 0.2; draft and file second unopposed motion for extension of time to file motion for attorney fees, 0.6; email corresp with client re same and SHRM's post-trial motions, 0.1; draft proposed order and send same to chambers, 0.1; email corresp with attorneys drafting declarations in support of motion for AFs re extension, 0.1 | 1.3 | Ariel DeFazio |
| 2/6/2026 | Review D's Renewed Motion for JML, 0.3 | 0.3 | Ariel DeFazio |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 2/5/2026 | Legal research re recent attorney fees orders, 0.8; draft motion for attorney fees, 2; review and revise same, 1; corresp with OC re post-trial motions, 0.1; corresp with HS re same, 0.1 | 4 | Ariel DeFazio |
| 2/4/2026 | Email corresp with OC re conferral for motion for attorney fees, 0.2; draft motion for attorney fees, 1.3; legal research re recent orders on attorney fees motions in D. Colo., 0.6 met with HS re same, 0.2 | 2.3 | Ariel DeFazio |
| 1/26/2026 | Email corresp with OC re bill of costs conferral, 0.1; review, revise, finalize, and file bill of costs and supporting invoices, 0.5; email corresp with client re filed bill of costs, 0.1 | 0.7 | Ariel DeFazio |
| 1/22/2026 | Review OC's objections to bill of cost items and corresp with HS re same, 0.3; TC with HS re same, 0.1; review and revise bill of costs, 0.1; email corresp with OC re same, 0.2 | 0.7 | Ariel DeFazio |
| 1/21/2026 | Email corresp with OC re motion for EOT to file motion for AFs, 0.1; draft motion for EOT to file motion for AFs, 0.6; finalize and file same, 0.2; email corresp with client re same, 0.1; email corresp with OC re conferring about bill of costs, 0.1; email corresp with Culver re material for declaration, 0.1; review and revise billing statement for motion for attorney fees, 1.2; email corresp with Killmer and Culver re same, 0.2 | 2 | Ariel DeFazio |
| 1/20/2026 | Email corresp with OC re filing EOT for motion for attorney fees, 0.1; corresp with HS re same, 0.1; review attorney time for motion for attorney fees and instructions to SS re making clarifications to same, 0.9 | 1.1 | Ariel DeFazio |
| 1/19/2026 | Email corresp to client with update, 0.1; email corresp to OC re following up on bill of costs, 0.1; review time entries for motion for attorney fees, 0.6 | 0.8 | Ariel DeFazio |
| 1/15/2026 | Met with HS re motion for attorney fees, 0.6; review email from OC re bill of costs, 0.1; TC with OC re same, 0.1; corresp with HS re same, 0.1 | 0.9 | Ariel DeFazio |
| 1/14/2026 | Draft email to attorney drafting declaration in support of motion for attorney fees and include draft affidavit, docket history, and explanation of procedural history of case, 0.7 | 0.7 | Ariel DeFazio |
| 1/13/2026 | Email corresp with attorneys re drafting declarations in support of attorney fees motion, 0.1; draft ABD affidavit in support of motion for attorney fees, 0.8 | 0.9 | Ariel DeFazio |
| 12/22/2025 | Met with client and HS re next steps in case, 0.4 | 0.4 | Ariel DeFazio |
| 12/17/2025 | Finalize bill of costs and send same to OC, 0.4 | 0.4 | Ariel DeFazio |
| 12/16/2025 | Review and revise bill of costs and send to HS to review, 0.4 | 0.4 | Ariel DeFazio |
| 12/12/2025 | Corresp with HS re bill of costs and affidavits for motion for attorney fees, 0.2 | 0.2 | Ariel DeFazio |
| 12/11/2025 | Review bill of costs guidance & GSA mileage and other cost information, 0.4; draft bill of costs, 0.4; correspondence with SS re same, 0.2; correspondence with HS re same, 0.1 | 1.1 | Ariel DeFazio |

| 12/10/2025 | TC with client re next steps, 1.1 | 1.1 Ariel DeFazio |
|---|---|---|
| 12/5/2025 | Attend trial day 5, 7 | 7 Ariel DeFazio |
| 12/4/2025 | Attend trial day 4, 10; review closing draft and email HS re same, 0.3 | 10.3 Ariel DeFazio |
| 12/3/2025 | Attend trial day 3, 9; Met with client, HS, CA, 0.4; review and respond to HS email re closing, 0.1; review Long depo and draft Long exam, 2.5; TC with HS re closing, 0.5 | 12.5 Ariel DeFazio |
| 12/2/2025 | Attend trial day 2, 9.2; met with HS re same, 0.3; TC with witness, 0.2; review and revise Mills exam, 0.9; review and revise Morris exam, 1; review and revise Schacht exam, 1 | 12.5 Ariel DeFazio |
| 12/1/2025 | Prep for trial, 0.2; attend trial day 1, 9; met with HS re witness list, 0.3; revise witness list and email HS re same, 0.2; email corresp with OC re same, 0.2; review trial notes and adjust Plaintiff's testimony, 0.3 | 10.2 Ariel DeFazio |
| 11/30/2025 | Review and revise Morris exam, 1.7; review and revise Schacht exam, 0.6; review and revise opening, 3; Compile documents for trial, 0.2 | 5.5 Ariel DeFazio |
| 11/29/2025 | Review and revise opening, 3; Draft Schacht exam, 1.2; review 990s and conduct legal research re relevance of executive compensation to punitive damages, 0.4; review and revise Morris exam, 0.3 | 4.9 Ariel DeFazio |
| 11/28/2025 | Met with HS re OC's objections to opening slides, 0.2; review and revise opening, 0.4; practice and revise opening, 0.7; draft email to chambers re opening slide issue, 0.4; Review and revise Mohamed direct exam, 4.5; TC with OC re final exhibit list and witness list, 0.1; finalize and file exhibit list, 0.2; met with HS re voir dire, 0.2; met with HS re Defendant's witness list, 0.2; email corresp with OC re same, 0.1; email corresp with client re examination, 0.1; review and finalize witness list, 0.2; met with HS re same, 0.1; review and practice opening, 0.8 | 8.2 Ariel DeFazio |
| 11/27/2025 | Review FRE and create document summarizing same for trial, 1.2; compile potential trial objections, 1; review and finalize witness list and map out schedule of exams, 0.8; finalize witness list and send to OC, 0.2; review and revise Mills testimony, 1.7; review and revise opening statement, 4.5; legal research re opening statement, 0.3; draft response to OC's objections to opening visual, 0.7 | 10.4 Ariel DeFazio |
| 11/26/2025 | Prep for mock opening statement, 1; Mock opening statement and met with group re same, 1.5; met with client and HS re same, 0.3; review and revise opening slides, 0.5; email corresp with OC re same, 0.2; email corresp with OC re updated exhibit list and witness scheduling, 0.1; met with client re testimony, 3.3 | 6.9 Ariel DeFazio |

| Date | Description | Hours | Timekeeper |
|---|---|---|---|
| 11/25/2025 | Draft opening, 0.6; met with CA and HS re exhibits, 0.5; attend tech training at court, 0.7; met with client re examination, 1.8; work on opening and create visuals for same, 6 | 9.6 | Ariel DeFazio |
| 11/24/2025 | Met with HS re Barley exam and exhibits, 0.3; review exhibits and directions to CA re altering Ex. 19, 0.3; corresp with HS re same, 0.1; TC with OC, 0.1; update exhibit list and email corresp with OC re same, 0.2; review Barley depo and draft changes to Mills and Mohamed exams accordingly, 3.8; Met with HS re Barley exam, 0.5;draft opening statement, 4.4 | 9.7 | Ariel DeFazio |
| 11/23/2025 | Review and revise Mohamed direct exam, 2.5; email corresp with client re same, 0.1; draft opening argument, 2 | 4.6 | Ariel DeFazio |
| 11/22/2025 | Review and revise Mohamed exam, 4.5; email corresp with HS re exhibits, 0.2 | 4.7 | Ariel DeFazio |
| 11/21/2025 | Finalize and submit glossary, 0.2; Review introductory jury instructions and email corresp with HS re same and items for status conference, 0.4; review Defendant's objections to voir dire, 0.1; correspondence with CA re exhibits, 0.1; TC with HS re status conference, 0.3; attend status conference, 0.4; review court filings, 0.2; email corresp with OC re final witness order, 0.2; review and revise Mills exam, 4 | 5.9 | Ariel DeFazio |
| 11/20/2025 | Review witness order and email corresp with OC re same, 0.3; draft glossary and send same to HS, 0.3; review and revise Mohamed examination,  2; meet with client re examination, 3; meet with witness Mills re examination, 2.7 | 8.3 | Ariel DeFazio |
| 11/19/2025 | Prep for meeting with client, 0.6; met with client re trial testimony, 7.4; met with HS re same, 0.1; review introductory jury instructions, 0.1 | 7.6 | Ariel DeFazio |
| 11/18/2025 | Met with HS re Jackson designations, 0.2; review and revise Mohamed direct, 5; met with HS re objections and status conference, 0.2; review correspondence regarding status conference, 0.1; draft Long cross, 1; draft Schacht cross, 0.7 | 7.2 | Ariel DeFazio |
| 11/17/2025 | Review email corresp between HS and OC re 30(b)(6) and Jackson designations, 0.1; review Schacht deposition, 0.3 | 0.4 | Ariel DeFazio |
| 11/16/2025 | Review and revise Mohamed direct, review exhibits and integrate same into examination, 5.3; TC with HS re Jackson depo designations, 0.2 | 5.5 | Ariel DeFazio |
| 11/15/2025 | Review and revise Mohamed direct, review exhibits and integrate same into examination, 3 | 3 | Ariel DeFazio |
| 11/14/2025 | Review and revise voir dire, 0.3; TC with HS re voir dire and exhibits, 0.2; review and revise Mohamed direct exam, 2.5; draft glossary, 0.2; review and revise 11/14 exhibit list and email corresp with OC re same, 0.4 | 3.6 | Ariel DeFazio |

| Date | Description | Hours | Timekeeper |
|---|---|---|---|
| 11/13/2025 | Email corresp with court re scheduling tech training session, 0.1; review email corresp with OC re designations, 0.1; review email from OC re exhibits and stipulations, 0.2; email corresp with HS re same, 0.1; review and revise Mohamed direct examination, 2; meet with client re same, 4; review Court's ruling on Sullivan designations, 0.1; review and revise final list of joint exhibits, 0.3 | 6.9 | Ariel DeFazio |
| 11/12/2025 | Review and revise Mills exam, 1.5; prep with witness, 3 | 4.5 | Ariel DeFazio |
| 11/11/2025 | Draft plaintiff's proposed voir dire and send same to HS, 0.7 | 0.7 | Ariel DeFazio |
| 11/10/2025 | Met with HS re status conference, 0.2; attend status conference, 0.4; met with HS re same, 0.1; email corresp with client, 0.1; email corresp with witness re same, 0.1 | 0.9 | Ariel DeFazio |
| 11/7/2025 | Review email correspondence between OC and court staff re resetting trial, 0.2; email corresp with same, 0.2; TC with OC re witness examination times, 0.1; TC with HS re resetting trial, 0.3; email update to client, 0.2; email corresp with witness, 0.1 | 1.1 | Ariel DeFazio |
| 11/6/2025 | Review and respond to email from OC re exhibit notebooks, 0.1; review and respond to email from court re trial date, 0.1; met with HS re same, 0.2; TC with HS and client re same, 0.2; email corresp with witness re same, 0.1; review email correspondence between court staff and OC, 0.2; email corresp with same re setting status conference, 0.1 and witness availability, 0.1 | 1.1 | Ariel DeFazio |
| 11/5/2025 | Review Exhibits 52 and 53 and print same, 0.4; instructions to CA re labeling same and compiling all exhibits, 0.2; review joint exhibit list for stipulations, 0.8 | 1.4 | Ariel DeFazio |
| 11/4/2025 | Email corresp with court re binders, 0.1; correspondence with CA re same, 0.1; email corresp with OC re same, 0.1; review and revise Mills exam, 3.4; Email corresp with witness re travel plans for trial, 0.1; review and revise Mohamed direct exam, 0.8; review and revise Plaintiff's second competing and non-stipulated jury instructions and email corresp with OC re same, 0.4 | 5 | Ariel DeFazio |
| 11/3/2025 | Review exhibits and draft Mohamed exam, 1; TC with client re same, 3.2; Prep for meeting with Carrie Mills, 0.2; Meeting with Carrie Mills re testimony, 2; review emails between HS and OC re deposition designations, 0.1; email corresp to Court re juror notebooks, 0.1 | 6.6 | Ariel DeFazio |
| 11/1/2025 | Review exhibits and draft Mohamed direct examination, 5.5; draft Lacey cross, 0.4; review and revise Mills direct examination, 1 | 6.9 | Ariel DeFazio |

| Date | Description | Hours | Name |
|---|---|---|---|
| 10/31/2025 | Check in with CA re exhibits, 0.1; draft Morris exam, 1.2; review exhibits/establish timeline and draft Mohamed exam, 0.6; TC with client re examination, 1.8; TC with OC re deposition designations, 0.5; TC with HS re same, 0.1; review and revise modified jury instruction for 1981 retaliation and send to OC, 0.2 | 4.5 | Ariel DeFazio |
| 10/29/2025 | Draft Morris exam, 4.5; Confer with HS re witness examinations and witness order, 0.5; review and revise 1981 jury instruction, 0.1; email corresp with OC re same, 0.1 | 5.2 | Ariel DeFazio |
| 10/28/2025 | Email corresp with witness, 0.2; review and revise 1981 jury instruction, 0.5; email corresp with HS re same, 0.2; draft Morris direct, 2.5; review Sullivan designations, 0.8; email to HS re same, 0.1 | 4.3 | Ariel DeFazio |
| 10/27/2025 | TC with Carrie Mills re scheduling time to review testimony, 0.1; Review Mohamed deposition and make counterdesignations and start drafting Mohamed direct examination, 4.3; draft objections and send to OC, 0.2 | 4.6 | Ariel DeFazio |
| 10/26/2025 | TC with HS re deposition testimony, 0.2; review Mohamed testimony for counter designation, 0.7 | 0.9 | Ariel DeFazio |
| 10/23/2025 | Draft Mills exam, 3.5 | 3.5 | Ariel DeFazio |
| 10/22/2025 | TC with OC re trial, 0.2; draft notes for trial, 0.6 | 0.8 | Ariel DeFazio |
| 10/19/2025 | Draft MIL and compile exhibits in support of same, 1.3 | 1.3 | Ariel DeFazio |
| 10/18/2025 | Review email corresp between counsel re deposition designations, 0.1; send Plaintiff's trial exhibits to OC, 0.1; email corresp with CA re same, 0.1 | 0.3 | Ariel DeFazio |
| 10/17/2025 | Prep for trial preparation conference, 0.6; attend trial prep conference, 0.8; met with HS re same, 0.2; review order, 0.2; email corresp with client re updates, 0.2 | 2 | Ariel DeFazio |
| 10/16/2025 | Appear for VTC test, 0.3; met with HS re trial prep conference, 0.3; prep for same, 1.8 | 2.4 | Ariel DeFazio |
| 10/15/2025 | Review and revise response to MIL, 0.8; finalize and file same, 0.1; email corresp with court re scheduling VTC, 0.1; review emails from OC re witness' conflicts, 0.1 | 1 | Ariel DeFazio |
| 10/14/2025 | Review and revise response to MIL and send same to HS, 1 | 1 | Ariel DeFazio |
| 10/13/2025 | Review motion to bifurcate and cases cited therein, 1.6; legal research re bifurcation in D. Colo., 1; draft response to motion to bifurcate, 2 | 4.6 | Ariel DeFazio |
| 10/10/2025 | Review and revise response to MIL and legal research re same, 2; met with HS re upcoming deadlines, 0.2; email corresp with Court re VTC information for trial prep conference, 0.1; review and revise response to MIL, 0.4; review Defendant's exhibits for stipulations, 0.7; met with HS re crosses for defendant's witnesses, 0.2; email corresp with OC re same, 0.1; finalize and file Plaintiff's witness list, 0.2; finalize and file Plaintiff's Proposed Voir Dire, 0.2; finalize and file joint exhibit list, 0.2; email all pleadings to client, 0.1 | 4.4 | Ariel DeFazio |

| Date | Description | Hours | Name |
|---|---|---|---|
| 10/9/2025 | Draft proposed voir dire and send same to HS, 0.4; review and revise response to motion in limine and legal research re same, 2.7; TC with witness, 0.3; review email from OC with joint witness list, 0.1 | 3.5 | Ariel DeFazio |
| 10/8/2025 | Review and revise Joint Exhibit List, 0.3; met with HS re exhibits and witnesses, 0.7; draft Plaintiff's Witness List and send same to OC, 0.4; review, revise, and finalize Joint Exhibit List, 1.5; email corresp with client re same, 0.1 | 3 | Ariel DeFazio |
| 10/7/2025 | Draft voir dire, 0.3; TC with HS re response to MIL, 0.2 | 0.5 | Ariel DeFazio |
| 10/6/2025 | Prep for mediation, 0.5; attend mediation, 4; draft joint exhibit list and review discovery for other potential exhibits, 4 | 8.5 | Ariel DeFazio |
| 10/5/2025 | Review Morris deposition and draft notes re witness examination, 1 | 1 | Ariel DeFazio |
| 10/2/2025 | TC with Judge Donald, 0.5; TC with client re mediation, 0.5 | 1 | Ariel DeFazio |
| 10/1/2025 | Email corresp with JAMS re mediation | 0.1 | Ariel DeFazio |
| 9/30/2025 | Met with HS re mediation and meeting with client, 0.3; review mediation statement and exhibits, 0.2; review email correspondence with HS and OC, 0.1; review motion for extension of time to file response to motion in limine, 0.1 | 0.7 | Ariel DeFazio |
| 9/29/2025 | Met with HS re mediation statement, 0.1; review and revise mediation statement, 0.7 | 0.8 | Ariel DeFazio |
| 9/28/2025 | Review upcoming deadlines and correspondence with CA re same, 0.2 | 0.2 | Ariel DeFazio |
| 9/26/2025 | Review and revise draft of Plaintiff's arguments to Defendant's competing and non-stipulated jury instructions, 1.2; review Defendant's objections to Plaintiff's jury instructions and revise Plaintiff's arguments in support of the same accordingly, 1; review and revise joint status report/update, 0.3; file same, 0.1; finalize all jury instructions and verdict form and send to chambers, 0.3; TC with OC, 0.1; TC with HS, 0.2; email to client with update, 0.1; review motions in limine and to bifurcate, 0.1 | 3.4 | Ariel DeFazio |
| 9/25/2025 | Review Defendant's and Plaintiff's draft jury instructions, 1.5; met with HS re same, 0.8; TC with OC re jury instructions, 0.9; Draft joint update to court re outstanding issues and settlement efforts, 0.7; compile, format, and finalize stipulated exhibits and send to OC to review, 0.9; review and respond to correspondence with mediator, 0.2; email corresp with OC re same and draft joint update, 0.1; compile plaintiff's competing and non-stipulated jury instructions, 3.8; draft arguments against defendant's competing and non-stip instructions, 3.8; review emails from mediator and respond to JAMS contact and HS re same, 0.2 | 12.9 | Ariel DeFazio |

| Date | Description | Hours | Name |
|---|---|---|---|
| 9/24/2025 | Review email from client re mediation dates and forward dates to OC, 0.1; TC with HS re outstanding issues, 0.1; Email corresp with OC re same, 0.2; review | 0.4 | Ariel DeFazio |
| 9/23/2025 | Email corresp with client re mediation dates, 0.1; met with HS re same, 0.1 | 0.2 | Ariel DeFazio |
| 9/18/2025 | Review information re mediator and correspondence with HS re same, 0.1; email corresp with client re same, 0.1; review court order re joint update, 0.1 | 0.3 | Ariel DeFazio |
| 9/17/2025 | Review and respond to email from OC re witnesses, mediation, etc., 0.2; reach out to JAMS re availability, 0.1 | 0.3 | Ariel DeFazio |
| 9/16/2025 | Met with HS re response to OC, 0.1 | 0.1 | Ariel DeFazio |
| 9/15/2025 | Met with HS re jury instructions, 0.2; Review and revise jury instructions and verdict form and send to OC, 1; review email from OC and post to PELA and NELA re mediators, 0.2 | 1.4 | Ariel DeFazio |
| 9/12/2025 | Review and revise draft jury instructions (including statement of the case and pretext instruction) and legal research for same, 3 | 3 | Ariel DeFazio |
| 9/10/2025 | Confer with HS re witness list, 0.2 | 0.2 | Ariel DeFazio |
| 9/2/2025 | TC with witness, 0.2 | 0.2 | Ariel DeFazio |
| 9/1/2025 | Review and revise proposed verdict form, 0.4; review response to MSJ and draft notes re case facts, 0.4 | 0.8 | Ariel DeFazio |
| 8/27/2025 | TC with HS and client, 0.5 | 0.5 | Ariel DeFazio |
| 8/20/2025 | Review documents for TC with OC, 0.2; Met with HS re call with OC, 0.3; TC with OC, 0.3 | 0.8 | Ariel DeFazio |
| 8/19/2025 | Review email from OC, 0.1 | 0.1 | Ariel DeFazio |
| 8/18/2025 | Met with HS re case and jury instructions, 0.4 | 0.4 | Ariel DeFazio |
| 8/6/2025 | Review pre-trial deadlines, 0.1 | 0.1 | Ariel DeFazio |
| 8/5/2025 | Review Gallagher standing order and calculate pre-trial deadlines, 0.2; met with HS re same, 0.5; review email from HS to OC, 0.1 | 0.8 | Ariel DeFazio |
| 8/1/2025 | Email corresp with client, 0.1 | 0.1 | Ariel DeFazio |
| 7/29/2025 | Review and respond to email from client, 0.1 | 0.1 | Ariel DeFazio |
| 6/17/2025 | Met with HS re call with OC, 0.2; TC with OC, 0.2; Met with HS re same, 0.1 | 0.5 | Ariel DeFazio |
| 6/16/2025 | Review email from OC and email corresp with HS re same, 0.1; review HS's email to OC, 0.1 | 0.2 | Ariel DeFazio |
| 6/10/2025 | Call to OC, 0.1; email corresp with same, 0.1 | 0.2 | Ariel DeFazio |
| 6/6/2025 | Email corresp with client and HS re opening offer, 0.1 | 0.1 | Ariel DeFazio |
| 5/27/2025 | Met with client, 0.8; met with HS re same, 0.2; email corresp with OC re joint email with chambers re pretrial deadlines, 0.1 | 1.1 | Ariel DeFazio |

| Date | Description | Hours | Timekeeper |
|---|---|---|---|
| 5/23/2025 | Review and respond to email with OC re proposal to move pretrial deadlines, 0.1; review draft motion from OC to extend pretrial deadlines, 0.1; call to OC re same, 0.1; review Gallagher standing civil order, 0.1; email to OC re same, 0.1 | 0.4 | Ariel DeFazio |
| 5/22/2025 | Call with client and HS re next steps, 0.8 | 0.8 | Ariel DeFazio |
| 5/21/2025 | Met with HS re upcoming call with client, 0.2 | 0.2 | Ariel DeFazio |
| 5/12/2025 | Email corresp with client re scheduling meeting, 0.1 | 0.1 | Ariel DeFazio |
| 5/7/2025 | TC with HS re conversation with OC, 0.2; email corresp with client re scheduling meeting, 0.1 | 0.3 | Ariel DeFazio |
| 5/6/2025 | TC with OC re getting case to mediation, 0.1 | 0.1 | Ariel DeFazio |
| 4/3/2025 | Draft email to OC re potential mediators, 0.1 | 0.1 | Ariel DeFazio |
| 4/2/2025 | Reviewed potential mediators and sent same to HS, 0.2 | 0.2 | Ariel DeFazio |
| 3/31/2025 | TC with HS re phone call with OC, 0.3; TC with OC, 0.2 | 0.5 | Ariel DeFazio |
| 2/20/2025 | Review unopposed motion to reset trial and order granting same, 0.1; send same to client, 0.1; call to witness re new trial date, 0.1 | 0.3 | Ariel DeFazio |
| 2/19/2025 | Review email corresp between OC and Court re resetting trial, 0.1 | 0.1 | Ariel DeFazio |
| 2/18/2025 | Email corresp with OC and Court re dates for trial and trial prep conference, 0.2; email corresp with client re trial dates, 0.1 | 0.3 | Ariel DeFazio |
| 2/13/2025 | TC with OC and HS re potential of settlement and motion to continue trial, 0.4; email corresp with client re trial continuance, 0.1; email corresp with OC re same, 0.1 | 0.6 | Ariel DeFazio |
| 2/12/2025 | TC with client and HS re mediation, 0.2 | 0.2 | Ariel DeFazio |
| 2/11/2025 | TC with HS re approaching SHRM re mediation, 0.2; email corresp with client re setting time to discuss same, 0.1; compile all documents in case and send to OC at their request, 0.5 | 0.8 | Ariel DeFazio |
| 2/3/2025 | Email corresp with OC re speaking re settlement negotiations, 0.1 | 0.1 | Ariel DeFazio |
| 1/22/2025 | TC with HS re conversation with client, 0.2; TC with HS and client, 0.6 | 0.8 | Ariel DeFazio |
| 12/10/2024 | Prep for pre trial conference, 0.1; attend same, 0.2; email corresp with client re trial dates, 0.1; calendar trial dates and trial prep conference, 0.1 | 0.5 | Ariel DeFazio |
| 12/6/2024 | Attend VTC trial run, 0.2 | 0.2 | Ariel DeFazio |
| 12/5/2024 | Met with HS re Defendant's contributions to PTO and exhibit and witness lists, 0.1; review PTO and revise same, 0.2; email corresp with OC re same, 0.1; finalize same, 0.1 | 0.5 | Ariel DeFazio |
| 12/4/2024 | Email revised witness list to OC and request update on D's inserts and lists, 0.1; review order granting EOT to file PTO, 0.1 | 0.2 | Ariel DeFazio |
| 12/3/2024 | TC with OC re status of defendant's inserts to PTO and exhibit and witness lists, 0.2; email corresp with OC re same, 0.2 | 0.4 | Ariel DeFazio |

| Date | Description | Hours | Name |
|---|---|---|---|
| 12/2/2024 | Review and revise exhibit and witness lists, 0.5; met with HS re same, 0.4; send same to OC, 0.1; email corresp with client re addresses for witnesses, 0.1; TC with witness, 0.1 | 1.2 | Ariel DeFazio |
| 11/20/2024 | Review and revise pre trial order draft, including stipulated facts, 1; email corresp with HS re same, 0.1 | 1.1 | Ariel DeFazio |
| 11/19/2024 | Email corresp with OC re phone call to confer on PTO, 0.1; email corresp with HS re PTO, 0.1 | 0.2 | Ariel DeFazio |
| 11/13/2024 | Email corresp with OC re scheduling conferral call re PTO, 0.1 | 0.1 | Ariel DeFazio |
| 11/11/2024 | Email corresp with HS re Pretrial Order (PTO), 0.1 | 0.1 | Ariel DeFazio |
| 10/15/2024 | Review email from court and forward notes to HS re same, 0.1 | 0.1 | Ariel DeFazio |
| 10/14/2024 | TC with client re next steps following order on MSJ, 0.3; Call to witness, 0.1; Review email corresp with Court re setting final pretrial conference, 0.1 | 0.5 | Ariel DeFazio |
| 10/8/2024 | Review Order on MSJ, 0.1 | 0.1 | Ariel DeFazio |
| 9/27/2024 | Review Defendant's reply ISO MSJ, 0.2 | 0.2 | Ariel DeFazio |
| 9/17/2024 | Review email corresp b/w OC and court, 0.1; review unopposed motion for extension of time to file reply ISO MSJ and order re same, 0.1 | 0.2 | Ariel DeFazio |
| 9/16/2024 | Email corresp with HS re correspondence from OC, 0.1 | 0.1 | Ariel DeFazio |
| 9/6/2024 | Review order in response to motion to strike, 0.2; TC with HS re same, 0.1; email corresp with client re same, 0.1 | 0.4 | Ariel DeFazio |
| 8/6/2024 | Review email from OC re communicating with magistrate judge, 0.1 | 0.1 | Ariel DeFazio |
| 7/24/2024 | Met with HS re conferral call, 0.3; conferral call with OC re Mills deposition and next steps, 0.3 | 0.6 | Ariel DeFazio |
| 7/19/2024 | Email corresp with OC re conferral, 0.1 | 0.1 | Ariel DeFazio |
| 7/18/2024 | Email corresp with HS and OC re conferral, 0.2 | 0.2 | Ariel DeFazio |
| 7/3/2024 | Met with HS re call with OC re Mills, 0.2; TC with OC re conferral, 0.3; call to witness, 0.1 | 0.6 | Ariel DeFazio |
| 6/20/2024 | Review email from OC re Mills declaration and respond to same, 0.5; met with HS re same, 0.2 | 0.7 | Ariel DeFazio |
| 6/19/2024 | Call to witness, 0.1; Met with HS re same, 0.1 | 0.2 | Ariel DeFazio |
| 6/17/2024 | Met with HS re recent email from OC, 0.2; call to witness, 0.1 | 0.3 | Ariel DeFazio |
| 6/14/2024 | Listen to Carrie Mills exit interview with Jeanne, 1 | 1 | Ariel DeFazio |
| 6/13/2024 | Review email from OC, 0.1 | 0.1 | Ariel DeFazio |
| 2/29/2024 | Review D's reply in support of motion to strike and forward same to client, 0.3 | 0.3 | Ariel DeFazio |
| 2/15/2024 | Met with HS re response to motion to strike, 0.2; revise same, 0.8; email final copies filed to client, 0.1 | 1.1 | Ariel DeFazio |
| 2/14/2024 | TC with client re response to motion to strike, 0.3; Draft response to motion to strike (Woodworker's factors), 2; legal research re 26(a)(1) and sanctions for deficient disclosures, 1.6; draft response to motion to strike (26(g) reasonable inquiry section), 1.3 | 5.2 | Ariel DeFazio |

| Date | Description | Hours | Name |
|---|---|---|---|
| 1/31/2024 | Review motion to strike, 0.2; met with HS re responding same, 0.2 | 0.4 | Ariel DeFazio |
| 1/30/2024 | Met with HS re response to motion to strike, 0.2 | 0.2 | Ariel DeFazio |
| 1/29/2024 | Met with HS re response to motion to strike, 0.4 | 0.4 | Ariel DeFazio |
| 1/26/2024 | Review motion to strike and motion for extension of time to file reply ISO MSJ, 0.2; calendar deadlines for responding to same, 0.1; forward same to client, 0.1 | 0.4 | Ariel DeFazio |
| 1/24/2024 | Prepare 5th supplemental responses to discovery, 1; email corresp with client re same, 0.1 | 1.1 | Ariel DeFazio |
| 1/23/2024 | TC with HS and OC re motion to strike, 0.3; TC with HS re same, 0.1; review email from OC re correspondence with Carrie Mills and compile same, 0.3 | 0.7 | Ariel DeFazio |
| 1/22/2024 | Review email from OC re motion to strike, 0.1; TC with HS re same, 0.1 | 0.2 | Ariel DeFazio |
| 1/19/2024 | Review and revise MSJ response argument, 0.7; review and revise facts, 1.2; Compile appendix, 0.3; input appendix cites into response, 1.2; review, revise, and finalize response to MSJ, 1.3 | 4.4 | Ariel DeFazio |
| 1/18/2024 | Review and revise statement of disputed facts, 2; review, revise, and cut length of response to MSJ, 2; review Gallagher uniform procedures for citations and add same, 1; review and cut length of response to MSJ, 1; compile exhibits to same, 0.7; met w/HS re response, 0.5 | 7.2 | Ariel DeFazio |
| 1/17/2024 | Draft statement of disputed facts, 2; TC with HS re response, 0.7; review previous unopposed motion to file documents restricted and court's order re same, 0.2; email corresp with OC re conferral on not filing exhibits as restricted, 0.4 | 3.3 | Ariel DeFazio |
| 1/16/2024 | Review Schacht deposition transcript and draft additional disputed facts for draft response to MSJ accordingly, 1.2; Met with HS re response to MSJ, 0.7 | 1.9 | Ariel DeFazio |
| 1/15/2024 | Review Morris deposition and draft Statement of Additional Disputed Facts based on same, 2; review deposition exhibits and draft Statement of Additional Disputed Facts based on same, 0.5 | 2.5 | Ariel DeFazio |
| 1/12/2024 | Review Morris deposition for citations for additional statement of disputed facts, 0.5; email corresp with HS re same, 0.1 | 0.6 | Ariel DeFazio |
| 1/9/2024 | Review Mills declaration and add substance to additional disputed facts in draft response to MSJ, 1.6; review Morris deposition and add substance to additional disputed facts, 1 | 2.6 | Ariel DeFazio |
| 12/14/2023 | Attend 30(b)(6) deposition, 2; met with HS and client re same, 0.2 | 2.2 | Ariel DeFazio |
| 12/13/2023 | Met with HS re upcoming deposition, 0.2; review emails re same, 0.1 | 0.3 | Ariel DeFazio |
| 11/17/2023 | Draft fourth motion for extension of time to respond to MSJ, 0.4; send same to client, 0.1; review order approving extension and forward to client, 0.1 | 0.6 | Ariel DeFazio |

| Date | Description | Hours | Name |
|---|---|---|---|
| 11/15/2023 | Email corresp with OC re conferral on 4th EOT to file response to MSJ | 0.2 | Ariel DeFazio |
| 11/13/2023 | Email corresp with OC re deadline for fourth EOT to file response to MSJ, 0.1 | 0.1 | Ariel DeFazio |
| 11/2/2023 | TC with witness, 0.2; TC with HS re same, 0.1 | 0.3 | Ariel DeFazio |
| 10/19/2023 | Review motion to withdraw, EOA, and order granting motion to withdraw, 0.1; send same to client and TC with client re same, 0.2 | 0.3 | Ariel DeFazio |
| 10/19/2023 | TC with new Littler OC, 0.2; met with HS re same, 0.1 | 0.3 | Ariel DeFazio |
| 10/17/2023 | TC with OC re motion to withdraw, 0.1; TC with HS re same, 0.2 | 0.3 | Ariel DeFazio |
| 10/16/2023 | Draft and file third motion for extension of time to file response to MSJ, 0.7; email same to client, 0.1; review order granting motion and note same on calendar, 0.1 | 0.9 | Ariel DeFazio |
| 10/12/2023 | Review correspondence with OC re scheduling 30(b)(6) deposition, 0.1; email corresp with OC re motion for response to MSJ, 0.1; met with HS re same, 0.2 | 0.4 | Ariel DeFazio |
| 10/3/2023 | Review email corresp from OC re rescheduling 30(b)(6) deposition | 0.1 | Ariel DeFazio |
| 9/29/2023 | Review email from HS to OC re rescheduling 30(b)(6). | 0.1 | Ariel DeFazio |
| 9/28/2023 | Review Minute Order re suspended rule 30(b)(6) deposition and TC with HS re same. | 0.3 | Ariel DeFazio |
| 9/27/2023 | Attend discovery hearing with HS, 2 | 2 | Ariel DeFazio |
| 9/22/2023 | Draft, finalize, and file motion for extension of time to file response to MSJ, 0.6; email corresp with client re same, 0.1; email corresp with OC re same, 0.1 | 0.8 | Ariel DeFazio |
| 9/19/2023 | Met with HS re responding to motion for summary judgment, 1.1; draft outline for statement of additional disputed facts, 0.5 | 1.6 | Ariel DeFazio |
| 9/11/2023 | Attend 30(b)(6) deposition, 0.4; met with HS re same, 0.2; review and revise supplemental disclosures and email corresp with client re same, 0.5; email corresp with client re same and revise according to her feedback, 0.2; finalize and serve same, 0.2 | 1.5 | Ariel DeFazio |
| 9/8/2023 | Review MSJ and draft notes re same, 0.4; Review witness' changes to declaration and revise accordingly, 0.2; finalize same and send to client, 0.2; Attend 30(b)(6) deposition, 2.5; TC with client and HS re deposition, 0.2; TC with client re supplementing disclosures with witnesses, 0.2; calculate damages and revise 1st supplemental disclosures accordingly, 0.3; review and revise same and send to HS, 0.1 | 4.1 | Ariel DeFazio |
| 9/7/2023 | Review notes from TC with witness (Carrie Mills) and draft declaration for same, 1.3; draft follow up questions, 0.2; TC with witness, 1; draft declaration based on TC, 1.2; review and revise declaration, 0.7; send same to HS, 0.1; met with HS re upcoming deposition and case, 0.2; review feedback from HS and make changes to same and send to witness, 0.2 | 4.9 | Ariel DeFazio |

| Date | Description | Hours | Name |
|---|---|---|---|
| 8/30/2023 | Attend 30(b)(6) deposition of Darlene Holt, 1.2; TC with client and HS re same, 0.2; prepare interview questions for witness (Carrie Mills), 0.2; attempt to call same, 0.1; TC with witness (Carrie Mills), 1.2; TC with HS re same, 0.2 | 3.1 | Ariel DeFazio |
| 8/28/2023 | Review email corresp re scheduling 30(b)(6) depositions | 0.1 | Ariel DeFazio |
| 8/25/2023 | Prep for deposition of Danielle Polifroni, 0.2; attend deposition of Danielle Polifroni, 1.9 | 2.1 | Ariel DeFazio |
| 8/22/2023 | Email corresp with OC re Defendant's position on motion for extension of time to file response to MSJ, 0.1; draft motion for extension of time, 0.6; finalize and file same, 0.2 | 0.9 | Ariel DeFazio |
| 8/22/2023 | TC with representative for Danielle Polifroni re deposition, 0.2; update to client and HS re same, 0.1; email corresp with OC re same, 0.1; review orders on motion to restrict and motion for extension of time to file response to MSJ, 0.2 | 0.6 | Ariel DeFazio |
| 8/18/2023 | Attend 30(b)(6) deposition, 2; met with HS re same, 0.4 | 2.4 | Ariel DeFazio |
| 8/14/2023 | TC with HS and OC re 30(b)(6) notice, 0.2; call to court re same, 0.7 | 0.9 | Ariel DeFazio |
| 8/10/2023 | Review joint motion to extend discovery cutoff, 0.1; met with HS re same, 0.1 | 0.2 | Ariel DeFazio |
| 8/8/2023 | Review and respond to email correspondence from OC re scheduling deposition of Polifroni, vacating pretrial conference, and accessing restricted documents, 0.4 | 0.4 | Ariel DeFazio |
| 8/8/2023 | Review and respond to email correspondence from OC re extending discovery deadline and vacating pretrial conference, 0.2; draft motion to vacate pretrial conference and send same to OC to review, 0.4; finalize and file motion requesting same, 0.2; email corresp with OC and client re Polifroni deposition, 0.1 | 0.9 | Ariel DeFazio |
| 8/3/2023 | Review email corresp re scheduling 30(b)(6) deponents, 0.1; review correspondence to Polifroni re scheduling deposition, 0.1 | 0.2 | Ariel DeFazio |
| 7/28/2023 | Review correspondence with OC re scheduling 30(b)(6) deposition | 0.1 | Ariel DeFazio |
| 7/25/2023 | Review correspondence with OC re scheduling 30(b)(6) deposition | 0.1 | Ariel DeFazio |
| 7/24/2023 | Review Order re disclosure of defendant's litigation hold letter, 0.1; met with HS re same, 0.1 | 0.2 | Ariel DeFazio |
| 7/21/2023 | Review email corresp from client re contact with Polifroni, 0.1; TC with HS re same, 0.2; call to OC and email to OC re same, 0.2 | 0.5 | Ariel DeFazio |
| 7/20/2023 | Review and revise Joint statement re litigation hold notices discovery issue and email correspondence with OC re same, 0.3 | 0.3 | Ariel DeFazio |
| 7/19/2023 | TC with HS and client re outcome of discovery hearing and deposition of therapist, 0.3 | 0.3 | Ariel DeFazio |
| 7/18/2023 | Review correspondence with OC re scheduling 30(b)(6) deposition, 0.1; review and respond to email from client re communications with Polifroni, 0.1; attend telephone discovery hearing before Judge Crews, 1.5 | 1.7 | Ariel DeFazio |
| 7/17/2023 | Email correspondence with client re contacting Polifroni | 0.1 | Ariel DeFazio |

| Date | Description | Hours | Timekeeper |
|---|---|---|---|
| 7/14/2023 | Review email correspondence from OC re contacting Polifroni | 0.1 | Ariel DeFazio |
| 7/11/2023 | Review email correspondence between OC and HS re plaintiff's release of information for Polifroni | 0.1 | Ariel DeFazio |
| 7/7/2023 | Review Minute Order and met with HS re same, 0.3; review correspondence with OC re same, 0.1 | 0.4 | Ariel DeFazio |
| 6/26/2023 | Review order granting motion for extension of discovery cutoff and note same on deadlines, 0.2; met with HS re 30(b)(6) response to court, 0.1 | 0.3 | Ariel DeFazio |
| 6/22/2023 | Email corresp with OC re OC's inquiry re status of deposition transcripts, 0.1; TC with OC and HS re 30(b)(6) deposition, 0.7 | 0.8 | Ariel DeFazio |
| 6/16/2023 | Attend continued Jackson deposition, 1.5; review new documents/notes, 0.2 | 1.7 | Ariel DeFazio |
| 6/15/2023 | Attend deposition of Sean Sullivan, 4; confer with HS re same, 0.5 | 4.5 | Ariel DeFazio |
| 6/13/2023 | Review correspondence between HS and OC re 30(b)(6) deposition, 0.2; TC with HS and client re deposition of therapist (Polifroni), 0.2 | 0.4 | Ariel DeFazio |
| 6/12/2023 | Attend Michael Jackson deposition | 5.5 | Ariel DeFazio |
| 6/9/2023 | TC with HS re Jackson deposition | 0.2 | Ariel DeFazio |
| 6/1/2023 | Review errata sheet for client's deposition  and email same to court reporter and OC, 0.2; TC with OC re discovery issues, 0.3; email corresp with OC re same, 0.1 | 0.6 | Ariel DeFazio |
| 5/31/2023 | Review emails from OC re discovery disputes and subpoenas and respond to same | 0.5 | Ariel DeFazio |
| 5/30/2023 | Email corresp with client re signing errata sheet for deposition, 0.2; review GPG civil practice standards, 0.5 | 0.7 | Ariel DeFazio |
| 5/29/2023 | Draft subpoenas DT for Jackson and Sullivan and send same to OC | 0.3 | Ariel DeFazio |
| 5/27/2023 | Review email from OC re on-going discovery issues and respond to same, 0.3; review email correspondence between HS and OC re setting 30(b)(6) deposition, 0.1; TC with HS re discovery issue, 0.1; review client's changes to deposition and email corresp with client re same, 0.2 | 0.7 | Ariel DeFazio |
| 5/25/2023 | Conferral call with OC and HS | 0.4 | Ariel DeFazio |
| 5/19/2023 | Draft depo outline for Bernee Long deposition, 0.5; prepare for deposition, 0.3; take deposition of Bernee Long, 4; review notes re documents missing from Defendants' document production and draft email to OC re same, 0.4 | 5.2 | Ariel DeFazio |
| 5/18/2023 | Draft outline for Long deposition, 2.2; compile exhibits for same, 0.6 | 2.8 | Ariel DeFazio |
| 5/17/2023 | Attend deposition of Carolyn Barley and meet with HS and client re same, 7.5; draft Plaintiff's 3rd Supplemental Responses to Discovery and serve same, 0.7; draft outline for Long deposition, 1.4 | 9.6 | Ariel DeFazio |
| 5/15/2023 | Email corresp with client re additional documents, 0.1; review same, 0.2 | 0.3 | Ariel DeFazio |

| Date | Description | Hours | Name |
|---|---|---|---|
| 5/11/2023 | TC with OC and HS re 30(b)(6) notice, 0.5; met with HS re same, 0.1; email corresp with client re documents to disclose, 0.1; review email from OC re Slack and text messages, 0.1 | 0.8 | Ariel DeFazio |
| 5/8/2023 | Email corresp with court reporter and OC re start time of depositions | 0.1 | Ariel DeFazio |
| 5/5/2023 | Prep for deposition of Nick Schacht, 0.5; Take deposition of Nick Schacht, 5.5; met w/ client and HS re same, 0.3; met w/HS re same, 0.2 | 6.5 | Ariel DeFazio |
| 5/4/2023 | Draft Plaintiff's Second Supplemental Responses to Discovery and serve same on OC, 0.4; email corresp with court reporter re Zoom link for May 5 deposition, 0.1; review documents and compile potential exhibits for Schacht deposition, 1.5; draft outline for same, 2; email corresp with OC re duplicate bates numbers, 0.3 | 4.3 | Ariel DeFazio |
| 5/3/2023 | TC with client re Schacht deposition, 0.8; review possible exhibits for deposition, 0.5; email corresp with OC re request for supplemental responses to RFPs (texts and Slack messages), 0.2; review Slack messages from client, 0.2 | 1.7 | Ariel DeFazio |
| 5/1/2023 | Review emails from OC re scheduling additional depositions and respond to HS re same, 0.1; email corresp with client and HS re scheduling time to discuss Schacht deposition, 0.1 | 0.2 | Ariel DeFazio |
| 4/28/2023 | TC with HS re upcoming depositions and discovery issues, 0.3; review email correspondence re same, 0.1 | 0.4 | Ariel DeFazio |
| 4/27/2023 | Email corresp with OC re deposition dates for Sullivan and Jackson, 0.1; email corresp with HS re missing discovery, 0.1 | 0.2 | Ariel DeFazio |
| 4/26/2023 | Prep for deposition of Jeanne Morris, 0.8; conduct deposition of Jeanne Morris, 7; met with HS re same, 0.2 | 8 | Ariel DeFazio |
| 4/25/2023 | Attend Plaintiff's deposition, 7.5; review and revise Morris deposition outline and compile potential exhibits for same, 1.6 | 9.1 | Ariel DeFazio |
| 4/24/2023 | Met with client and HS re upcoming deposition of client, 1.5; review discovery documents, 2; met with HS re Morris deposition, 0.4; identify potential exhibits for same, 0.1; review and revise outline for Morris deposition, 1.2 | 5.2 | Ariel DeFazio |
| 4/23/2023 | Review discovery documents and identify possible exhibits for Morris dep, 1.5; draft depo outline, 0.5 | 2 | Ariel DeFazio |
| 4/22/2023 | Review documents for Morris dep, 1; draft dep outline, 0.3 | 1.3 | Ariel DeFazio |
| 4/21/2023 | Draft depo outline for Jeanne Morris, 1; review relevant documents and possible deposition exhibits, 2 | 3 | Ariel DeFazio |
| 4/20/2023 | Draft depo outline for Jeanne Morris, 1; review relevant documents and possible deposition exhibits, 0.4 | 1.4 | Ariel DeFazio |

| Date | Description | Hours | Name |
|---|---|---|---|
| 4/18/2023 | Met with client and HS re deposition, 0.6 | 0.6 | Ariel DeFazio |
| 4/17/2023 | Review and revise 30(b)(6) notice, 1; email corresp with HS re same, 0.1 | 1.1 | Ariel DeFazio |
| 4/11/2023 | Email correspondence with OC re motion to amend scheduling order and filing same, 0.1; review, finalize, and file joint motion and send same to client, 0.2 | 0.3 | Ariel DeFazio |
| 4/10/2023 | Draft joint motion to amend scheduling order and send same to OC | 0.8 | Ariel DeFazio |
| 4/7/2023 | Draft notices of deposition for Schacht, Barley, and Long and send same to OC and court reporter, 0.4 | 0.4 | Ariel DeFazio |
| 4/5/2023 | Email corresp with HS re confirming depositions, 0.1; email correspondence with OC re same, 0.1 | 0.2 | Ariel DeFazio |
| 4/3/2023 | Review Defendant's supplemental disclosures, 0.2; met with HS re same and on-going discovery issues, 0.4; email corresp with OC re same, 0.5 | 1.1 | Ariel DeFazio |
| 3/28/2023 | Review outstanding discovery items and draft email to OC re same | 0.7 | Ariel DeFazio |
| 3/22/2023 | Review correspondence with OC re outstanding discovery items from Defendant and email corresp with OC re same, 0.6; met with HS re same, 0.1 | 0.7 | Ariel DeFazio |
| 3/2/2023 | Email corresp with OC and HS re scheduling client's deposition, 0.1; email corresp with HS re same, 0.1 | 0.2 | Ariel DeFazio |
| 2/27/2023 | Met with HS re discovery conferral, 0.2; TC with HS and OC re conferral re Def's responses to discovery requests, 1.1; met with HS re same, 0.1 | 1.4 | Ariel DeFazio |
| 2/21/2023 | Review email correspondence between OC and HS re scheduling conferral call | 0.1 | Ariel DeFazio |
| 2/20/2023 | Review Def's responses to discovery and revise HS draft of conferral letter re same, 1.5; TC with HS re same, 0.1; review email corresp between HS and OC re same, 0.1 | 1.7 | Ariel DeFazio |
| 2/13/2023 | Met with HS re need for expert economics report | 0.2 | Ariel DeFazio |
| 1/6/2023 | Met with HS re conferral letter from OC, 0.2; review email correspondence between OC and HS re same, 0.1 | 0.3 | Ariel DeFazio |
| 12/28/2022 | Email corresp with OC re filing joint status report, 0.1; review OC's revisions to same, 0.1; finalize and file document, 0.1; email corresp with client re outgoing discovery, status report, and next steps, 0.2 | 0.5 | Ariel DeFazio |
| 12/26/2022 | Review SKC civil practice standards and draft joint status report, 0.3; email corresp with OC and HS re same, 0.1 | 0.4 | Ariel DeFazio |
| 12/16/2022 | Review and revise outgoing discovery requests, 0.8; email corresp with HS re same, 0.1 | 0.9 | Ariel DeFazio |
| 12/15/2022 | Review and revise outgoing discovery draft | 0.5 | Ariel DeFazio |
| 12/12/2022 | Review and finalize P's discovery responses, 0.4; TC with client re same, 0.2; email corresp with OC and client with final copies, 0.2 | 0.8 | Ariel DeFazio |
| 12/9/2022 | Email corresp with client re completing discovery responses, 0.1; review information from same and update discovery responses draft, 0.2; compile responsive documents and send same to HS, 0.2 | 0.5 | Ariel DeFazio |

| Date | Description | Hours | Timekeeper |
|---|---|---|---|
| 12/7/2022 | Review client's responses to interrogatories, 0.8; respond to client re information missing from same, 0.3; draft objections and responses to interrogatories, 2; review and revise same, 0.6; compile responses to interrogatories and requests for production of documents, 0.4; review mitigation documents from client and email corresp with HS re same, 0.4 | 4.5 | Ariel DeFazio |
| 12/5/2022 | Met with HS re responses to Def's discovery requests | 0.5 | Ariel DeFazio |
| 11/23/2022 | Email corresp with OC re filing stipulation for 14-day extension to response to discovery requests, 0.1; draft stipulation and send same to OC to review, 0.3; email corresp with client re responses to discovery, 0.1 | 0.5 | Ariel DeFazio |
| 11/22/2022 | Email corresp with OC re extension to P's responses to D's first set of discovery | 0.1 | Ariel DeFazio |
| 11/21/2022 | Review signed release re client records and directions to CA re sending same | 0.1 | Ariel DeFazio |
| 11/18/2022 | Prep for call with client, 0.1; TC with client re responses to Def's discovery requests, 0.7 | 0.8 | Ariel DeFazio |
| 11/15/2022 | Review Def's discovery requests, 0.4; email corresp with client re responding to same, 0.3 | 0.7 | Ariel DeFazio |
| 11/11/2022 | Interview with potential witness | 1.1 | Ariel DeFazio |
| 10/15/2022 | Email corresp with HS re finalizing protective order | 0.1 | Ariel DeFazio |
| 10/12/2022 | Review and revise protective order and email to HS re same | 0.5 | Ariel DeFazio |
| 10/6/2022 | Prep for scheduling conference, 0.1; attend same, 0.3; met with HS re same, 0.1 | 0.5 | Ariel DeFazio |
| 9/27/2022 | Review court filing re scheduling conference, 0.1; met with HS re same, 0.1; call and email to OC re same, 0.2; call to chambers re same, 0.2 | 0.6 | Ariel DeFazio |
| 9/23/2022 | TC with HS re initial disclosures, 0.2; review same, 0.2; review pleadings (assignment to Art III judge and vacatur of scheduling conference), 0.1 | 0.5 | Ariel DeFazio |
| 9/22/2022 | TC with client and HS re initial disclosures, 0.3; draft initial disclosures, 1.5; met with HS re same, 0.4 | 2.2 | Ariel DeFazio |
| 9/21/2022 | Met with HS re initial disclosures | 0.3 | Ariel DeFazio |
| 9/14/2022 | Review and revise proposed scheduling order, 0.7; email same to HS, 0.1 | 0.8 | Ariel DeFazio |
| 9/13/2022 | TC with HS before 26(f) meeting, 0.2; 26(f) meeting, 0.6 | 0.8 | Ariel DeFazio |
| 9/12/2022 | Review OC's redlines to proposed scheduling order, 0.2; review email correspondence b/w HS and OC, 0.1 | 0.3 | Ariel DeFazio |
| 9/7/2022 | Review and revise proposed scheduling order, 0.5; discuss same with HS, 0.1; forward same to OC, 0.1 | 0.7 | Ariel DeFazio |
| 7/21/2022 | Review court order setting scheduling conference and deadlines flowing from same | 0.2 | Ariel DeFazio |
| 7/1/2022 | Draft and file entry of appearance | 0.2 | Ariel DeFazio |
| 6/30/2022 | Review email corresp between HS and client re finalizing complaint; email corresp with HS re judicial assignment and waiver of service request | 0.3 | Ariel DeFazio |
| 6/29/2022 | Review and revise complaint and send same to HS | 1 | Ariel DeFazio |

| 6/6/2022 | Review and revise complaint, 0.8; met with HS re same, 0.4 | 1.2 | Ariel DeFazio |
| 6/5/2022 | Review and revise complaint | 1.7 | Ariel DeFazio |
| | | 527.20 | |

| Date | Description | hrs. | Billed By |
|---|---|---|---|
| 3/13/2026 | Proofread Response to Motion for New Trial. Exchange messages with ABD re edits. | 0.5 | Carol Allen |
| 3/12/2026 | Pull transcript excerpts for use in Response to Motion for New Trial. Exchange messages with ABD re same. | 0.6 | Carol Allen |
| 1/14/2026 | Locate resume and make small revisions. Send to ABD for use in attorneys fees affidavit. | 0.2 | Carol Allen |
| 12/5/2025 | Attend Day 5 of trial to assist attorneys. | 7.5 | Carol Allen |
| 12/4/2025 | Attend Day 4 of trial to assist attorneys. | 9.5 | Carol Allen |
| 12/3/2025 | Attend Day 3 of trial to assist attorneys. | 9.5 | Carol Allen |
| 12/2/2025 | Attend morning of Day 2 of trial to assist attorneys. | 4.5 | Carol Allen |
| 12/1/2025 | Attend Day 1 of trial to assist attorneys. | 9 | Carol Allen |
| 11/30/2025 | Make copies of Exhibit 40 to replace in exhibit binders. Send parking, packing checklist and other information to ABD and HS for trial prep. Finish organizing for trial. | 1.8 | Carol Allen |
| 11/29/2025 | Troubleshoot problem with Exhibit 40. Review all exhibits to make sure no additional formatting errors. Organize documents for trial. | 2.5 | Carol Allen |
| 11/29/2025 | Prepare juror charts for voir dire. Research lunch options. Get organized for trial. | 1.5 | Carol Allen |
| 11/25/2025 | Update trial notebooks. Meet with ABD and HS re trial. | 0.7 | Carol Allen |
| 11/25/2025 | Attend court technology training. | 1 | Carol Allen |
| 11/21/2025 | Troubleshoot printing issue with Exhibits 35, 41 and 45. | 0.8 | Carol Allen |
| 11/21/2025 | Fix issue with Exhibits 35, 41 and 45 (text being cut off). | 0.5 | Carol Allen |
| 11/5/2025 | Stamp and add page numbers to exhibits 52 and 53. | 0.3 | Carol Allen |
| 11/3/2025 | Print additional exhibits for trial notebooks. Add exhibits to notebooks. | 0.6 | Carol Allen |
| 10/31/2025 | Confer with HS and ABD regarding remaining trial exhibits. Convert exhibits to PDF, add bates number and exhibit sticker. Print for notebooks. | 0.8 | Carol Allen |
| 10/24/2025 | Troubleshoot printing PP slides with speaker notes. Save notes to PDF. | 0.7 | Carol Allen |
| 10/23/2025 | Prepare exhibit notebooks. | 4.6 | Carol Allen |
| 10/20/2025 | Add exhibit stickers to Plaintiff's exhibits. Troubleshoot exhibits which were converted from image files. Confer with ABD re docs in native format. | 2 | Carol Allen |
| 10/17/2025 | Review Minute Order and calendar trial deadlines. | 0.2 | Carol Allen |
| 10/9/2025 | Pull trial exhibits and send to client. | 2.6 | Carol Allen |
| 8/6/2025 | Calendar all pre-trial deadlines. | 0.3 | Carol Allen |
| 2/20/2025 | Review GPG Standing Order. Update lit timeline with deadlines stemming from new trial date and Trial Prep Conference date. | 0.6 | Carol Allen |
| 12/12/2024 | Review Practice Standards and Minute Order. Update litigation timeline with trial related deadlines. | 0.4 | Carol Allen |
| 12/5/2024 | Troubleshoot formatting problems with Pretrial Order. | 0.3 | Carol Allen |

| Date | Description | Hours | Name |
|---|---|---|---|
| 10/22/2024 | Calendar Final Pretrial Conference. Update litigation timeline. Review Practice Standards and calendar deadlines stemming from Final Pretrial Conference date. | 0.2 | Carol Allen |
| 1/19/2024 | Pull depo pages to use as exhibits with MSJ response. | 2.6 | Carol Allen |
| 6/21/2023 | Update deposition exhibit list. | 0.4 | Carol Allen |
| 5/18/2023 | Prepare depo exhibit list. | 0.5 | Carol Allen |
| 5/15/2023 | Prepare deposition exhibit notebook. | 0.5 | Carol Allen |
| 5/10/2023 | Save Morris depo transcript. Send to client. | 0.1 | Carol Allen |
| 4/25/2023 | Pull exhibits for Morris deposition. | 0.7 | Carol Allen |
| 4/25/2023 | Pull exhibits from client's deposition. | 0.5 | Carol Allen |
| 4/4/2023 | Download and save 4th and 5th supplemental disclosures from OC. | 0.1 | Carol Allen |
| 12/8/2022 | Exchange several emails with Creative Counseling. Review and save documents. Send to HS. | 0.3 | Carol Allen |
| 12/7/2022 | Call with Creative Counseling re status of medical records request. Email to ABD re status. | 0.1 | Carol Allen |
| 10/7/2022 | Review Scheduling Order and Practice Standards. Update litigation timeline and calendar case deadlines. | 0.6 | Carol Allen |
| 9/13/2022 | Review and save Magistrate Non-Consent. Update litigation timeline. Calculate and calendar disclosure deadline. | 0.2 | Carol Allen |
| 7/21/2022 | Update litigation timeline with dates stemming from Scheduling Conference. Calendar deadlines. | 0.2 | Carol Allen |
| 7/5/2022 | Prepare litigation timeline. | 0.1 | Carol Allen |
| 5/25/2022 | Organize client file. Email to ABD re CCRD NRTS deadline. | 0.5 | Carol Allen |

71.10