IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-01625-GPG-KAS

REHAB MOHAMED,

    Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

    Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES [DKT. 184]**

---

Plaintiff, by and through her counsel, hereby submits the following unopposed motion for a nine-day extension of time, up to and including Friday, May 1, 2026, to file her Reply in Support of Motion for Attorneys' Fees. In support of the same, she states as follows.

**D.C.COLO.LCivR 7.1(a) Certification:** The undersigned has conferred with counsel for Defendant, who does not object to the relief sought in this motion.

1.    Following a five-day jury trial on December 1-5, 2025, the jury returned a verdict of $11.5 million for Ms. Mohamed on her race discrimination and retaliation claims under 42 U.S.C. § 1981 [Dkt. 154].

2.    On January 12, 2026, the Court entered final judgment for Ms. Mohamed against Defendant Society for Human Resource Management [Dkt. 164].

3.      Under 42 U.S.C. § 1988(b), the Court may award Ms. Mohamed her reasonable attorneys' fees. Pursuant to Fed. R. Civ. P. 54(d)(2)(B)(i), Ms. Mohamed's motion for attorneys' fees was initially due no later than 14 days after the entry of judgment, i.e., January 26, 2026.

4.      Plaintiff requested two unopposed motions for extensions of time to file her motion for attorneys' fees [Dkt. 165, 172], which the Court granted [Dkt. 166, 173].

5.      Plaintiff filed her motion for attorneys' fees on March 19, 2026 [Dkt. 184] and Defendant filed its Response in Opposition to Plaintiff's Motion for Attorneys' Fees on April 8, 2026 [Dkt. 189]. Plaintiff's reply in support of her motion is due on or before Wednesday, April 22.

6.      Undersigned counsel is diligently working on a reply in support of her motion for attorneys' fees, including reviewing the time reductions for which SHRM advocates in its response and conducting legal research accordingly.

7.      An extension of nine days will allow Plaintiff to complete her reply so that the matter can be fully briefed for the Court's consideration.

8.      Plaintiff has not requested nor has the Court granted any previous extensions to the deadline to file her reply. She has twice requested an extension of the deadline to file the motion for attorneys' fees itself (*supra* ¶ 4).

9.      The requested extension will not prejudice any party and is unopposed by Defendant.

**WHEREFORE**, Plaintiff respectfully requests an order granting her a nine-day extension of time up to and including Friday, May 1, 2026 to submit her Reply in Support of Plaintiff's Motion for Attorneys' Fees.

Respectfully submitted April 17, 2026, by:

SWAIN LAW, LLC

*s/Hunter A. Swain*
Hunter A. Swain
1490 North Lafayette Street, Suite 303
Denver, CO 80218
Phone: (720) 815-5281
hunter@swainemploymentlaw.com



Attorney for Plaintiff

LOWREY PARADY LEBSACK, LLC

*s/Ariel B. DeFazio*
Ariel B. DeFazio
1490 Lafayette Street, Suite 304
Denver, CO 80218
Phone: (303) 593-2595
Fax: (303) 502-9119
ariel@lowrey-parady.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on April 17, 2026 I personally filed the foregoing with the Clerk of Court using the CM/ECF system, which has been served on the following via email:

Rehab Mohamed
*Plaintiff*
(via email pursuant to D.C.COLO.LCivR 6.1(c))

Tanja L. Darrow
tdarrow@littler.com

Virginia LeeAnn Woodfork
vwoodfork@littler.com

Julian G. G. Wolfson
jwolfson@littler.com

Nicholas Hankins
nhankins@littler.com
*Attorneys for Defendant*
(via CM/ECF)

*s/Ariel B. DeFazio*
Ariel B. DeFazio

4