**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.1:22-cv-01625-GPG-KAS

REHAB MOHAMED,

       Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

       Defendant.

---

### DEFENDANT'S NOTICE OF APPEAL

---

Notice is hereby given that Defendant Society of Human Resource Management ("Defendant") hereby appeals to the United States Court of Appeals for the Tenth Circuit from:

1.     The Court's Order denying Defendant's Motion to Strike the Declaration and Testimony of Carrie Mills entered on September 9, 2024. [Dkt. No. 82.]

2.     The Court's Order denying Defendant's Motion for Summary Judgment entered on October 8, 2024. [Dkt. No. 89.]

3.     The Court's Order denying Defendant's Motion to Bifurcate Punitive Damages Claim entered on October 17, 2025. [Dkt. No. 119.]

4.     The Court's Order denying Defendant's Motion for Judgment as a Matter of Law entered on December 4, 2025. [Dkt. No. 162.]

5.     The Final Judgment entered in this matter on January 12, 2026. [Dkt. No. 164.]

6.  The Court's Order denying Defendant's Renewed Motion for Judgment as a Matter of Law and Defendant's Motion for New Trial entered on April 15, 2026. [Dkt. No. 190.]

Dated April 23, 2026.

<u>*s/Nicholas Hankins*</u>
Virginia L. Woodfork
Julian G.G. Wolfson
Nicholas Hankins
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.362.2824
Facsimile: 303.629.0200
Email: vwoodfork@littler.com
        jwolfson@littler.com
        nhankins@littler.com

Tanja Darrow
LITTLER MENDELSON, P.C.
633 West Fifth Street, 63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile:   213.443.4299
Email: tdarrow@littler.com

*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April 2026, a true and correct copy of the

foregoing **DEFENDANT'S NOTICE OF APPEAL** was served on the following parties via

CM/ECF:

| | |
|---|---|
| Ariel Beryl DeFazio<br>Lowrey Parady Lebsack LLC<br>1490 Lafayette Street, Suite 304<br>Denver, CO 80218<br>Tel: 303-593-2595<br>ariel@lowrey-parady.com | Robert Allen Lees<br>Robert A. Lees & Associates<br>5655 South Yosemite Street, Suite 350<br>Greenwood Village, CO 80111<br>Tel: 303-292-1020<br>ral@robertalees.com |
| Hunter Anthony Swain<br>Swain Law LLC<br>1490 North Lafayette Street, Suite 303<br>Denver, CO 80218<br>Tel: 720-815-5281<br>hunter@swainemploymentlaw.com | *Attorney for Interested Party* |

*Attorneys for Plaintiff*

s/ Elisabeth L. Egan
Elisabeth L. Egan

2