**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**District Judge Gordon P. Gallagher**

Civil Action No. 1:22-cv-01625-GPG-KAS

Bond Number: 800235193

REHAB MOHAMED,

Plaintiff,

v.

SOCIETY FOR HUMAN RESOURCE MANAGEMENT,

Defendant.

**SUPERSEDEAS BOND**

We, SOCIETY FOR HUMAN RESOURCE MANAGEMENT as principal, and ATLANTIC SPECIALTY INSURANCE COMPANY, as surety, are held and firmly bound unto THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, as Obligee, in the maximum aggregate penal sum of $11,500,000.00, to be paid to the Obligee, its successors, executors, administrators and assigns; to which payment, to be made, we bind ourselves, our heirs, executors, and administrators, jointly and severally by this document.

WHEREAS, on January 12th, 2026, Judgment was rendered against Principal, and Principal intends to file a Notice of Appeal from Judgment. Execution of or any proceedings to enforce the Judgement entered against the principal rendered in this action shall be stayed pending the disposition of the appeal of the defendants from the judgment for plaintiff, provided that Principal give a bond in the maximum aggregate penal sum of $11,500,000.00, conditioned for the satisfaction of the Judgement in full, if the Judgement is finally sustained.

NOW THEREFORE, the condition of this obligation is such, that if Principal shall satisfy the Judgement in full together with interest and costs, or shall satisfy in full such modification of the Judgement and costs and interest as may be finally determined by a final, unappealable judgment, but in no event shall the liability of the surety exceed the maximum aggregate penal sum of this bond, then this obligation to be void; otherwise to remain in full force and effect.

PROVIDED, HOWEVER that regardless of the number of years this bond is in force,

the liability of the surety shall not be cumulative and shall not exceed the maximum penal sum set forth above.

Society for Human Resource Management

By: ____________________

Atlantic Specialty Insurance Company

ATLANTIC SPECIALTY INSURANCE COMPANY CORPORATE SEAL 1986 NEW YORK

By: ____________________
Malerie Janet Williams, Attorney-in-Fact

[intact INSURANCE]

# Power of Attorney

KNOW ALL MEN BY THESE PRESENTS, that ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation with its principal office in Plymouth, Minnesota, does hereby constitute and appoint: **Ashley Alexis, Connor Wolpert, Doritza Mojica, Jonathan Gleason, Malerie Janet Williams, Michelle Anne McMahon**, each individually if there be more than one named, its true and lawful Attorney-in-Fact, to make, execute, seal and deliver, for and on its behalf as surety, any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof; provided that no bond or undertaking executed under this authority shall exceed in amount the sum of: **unlimited** and the execution of such bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof in pursuance of these presents, shall be as binding upon said Company as if they had been fully signed by an authorized officer of the Company and sealed with the Company seal. This Power of Attorney is made and executed by authority of the following resolutions adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

> Resolved: That the President, any Senior Vice President or Vice-President (each an "Authorized Officer") may execute for and in behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and affix the seal of the Company thereto; and that the Authorized Officer may appoint and authorize an Attorney-in-Fact to execute on behalf of the Company any and all such instruments and to affix the Company seal thereto; and that the Authorized Officer may at any time remove any such Attorney-in-Fact and revoke all power and authority given to any such Attorney-in-Fact.
>
> Resolved: That the Attorney-in-Fact may be given full power and authority to execute for and in the name and on behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and any such instrument executed by any such Attorney-in-Fact shall be as binding upon the Company as if signed and sealed by an Authorized Officer and, further, the Attorney-in-Fact is hereby authorized to verify any affidavit required to be attached to bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof.

This power of attorney is signed and sealed by facsimile under the authority of the following Resolution adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

> Resolved: That the signature of an Authorized Officer, the signature of the Secretary or the Assistant Secretary, and the Company seal may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing an Attorney-in-Fact for purposes only of executing and sealing any bond, undertaking, recognizance or other written obligation in the nature thereof, and any such signature and seal where so used, being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, ATLANTIC SPECIALTY INSURANCE COMPANY has caused these presents to be signed by an Authorized Officer and the seal of the Company to be affixed this first day of January, 2023.

ATLANTIC SPECIALTY INSURANCE COMPANY CORPORATE SEAL 1986 NEW YORK

By [signature]
Sarah A. Kolar, Vice President and General Counsel

STATE OF MINNESOTA
HENNEPIN COUNTY

On this first day of January, 2023, before me personally came Sarah A. Kolar, Vice President and General Counsel of ATLANTIC SPECIALTY INSURANCE COMPANY, to me personally known to be the individual and officer described in and who executed the preceding instrument, and she acknowledged the execution of the same, and being by me duly sworn, that she is the said officer of the Company aforesaid, and that the seal affixed to the preceding instrument is the seal of said Company and that the said seal and the signature as such officer was duly affixed and subscribed to the said instrument by the authority and at the direction of the Company.

ALISON D. NASH-TROUT
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2030

[signature]
Notary Public

I, the undersigned, Secretary of ATLANTIC SPECIALTY INSURANCE COMPANY, a New York Corporation, do hereby certify that the foregoing power of attorney is in full force and has not been revoked, and the resolutions set forth above are now in force.

Signed and sealed. Dated 17th day of April, 2026.

ATLANTIC SPECIALTY INSURANCE COMPANY CORPORATE SEAL 1986 NEW YORK

This Power of Attorney expires
January 31, 2030

[signature]
Kara L.B. Barrow, Secretary

Please direct bond verifications to surety@intactinsurance.com